OAO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Louisiana |

Jennifer McKnight and Scott McKnight
V.
Martin Insurance Agency, Inc., Lexington Insurance Company and Travelers Insurance Company

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-7687 "F"

TO: Custodian of Records, Winter's Title Agency, Inc., 630 North Carrollton Avenue, New Orleans, LA 70119

☒ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Any and all records and/or documents, including any and all insurance records in any way related to the closing for Scott and Jennifer McKnight that occurred on October 2, 2003 for the property located at 6824 Vicksburg Avenue, New Orleans, LA

| PLACE | DATE AND TIME |
| --- | --- |
| Ungarino & Eckert, 3850 N. Causeway Boulevard, Suite 1280, Metairie, Louisiana | Friday, February 16, 2007 at 10:00 a.m. |

☒ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen M. Gelé. (LA Bar Roll 22385), 3850 N. Causeway Boulevard, Suite 1280, Metairie, LA 70002, phone (504) 836-7537
(See Rule 45. Federal Rules of Civil Procedure. Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.



EXHIBIT A

# NOTICE TO BORROWER
## IN
## SPECIAL FLOOD HAZARD AREA

Borrower: MCKNIGHT, SCOTT                              Loan #: 0010773349

Property Location: 6824 VICKSBURG ST
NEW ORLEANS, LA 70124

National Flood Insurance Program Community: NEW ORLEANS, CITY & ORLEANS PARISH

This Notice Date is as of: 09/23/03

Notice is hereby given to the borrower(s)/applicant(s) named above that the improved real estate or mobile home described on the attached *Standard Flood Hazard Determination Form* ("SFHDF") is or will be located in an area designated by the Director of the Federal Emergency Management Agency as in a Special Flood Hazard Area ("SFHA"). This area is delineated on the Flood Insurance Rate Map ("FIRM") for the community noted on the SFHDF, or if the FIRM is unavailable, on the Flood Hazard Boundary Map. This area has a 1% chance of being flooded within any given year. The risk of exceeding the 1% chance increases with time periods longer than one year. For example, during the life of a 30 year mortgage, a structure located in a SFHA has a 26% chance of being flooded.

Flood insurance coverage under the National Flood Insurance Program ("NFIP") may be purchased through an insurance agent who will obtain the policy either directly through the NFIP or through an insurance company that participates in the NFIP. Flood insurance may also be available from private insurers that do not participate in the NFIP. Flood insurance must be purchased in an amount equal to the *lesser of*: (1) the outstanding balance of the loan; (2) the insurable value of the structure; or (3) the maximum amount of coverage allowed for the type of property under the NFIP. Some lenders may require flood insurance on principal dwellings to be the lesser of 80% of replacement cost or the maximum available under the NFIP.

## NOTICE TO BORROWER ABOUT FEDERAL DISASTER ASSISTANCE
## NOTICE IN *PARTICIPATING* COMMUNITIES

The improved real estate or mobile home securing your loan is or will be located in a community that is now participating in the NFIP. In the event such property is damaged by flooding in a federally declared disaster, Federal disaster relief assistance may be available. This assistance, usually in the form of a loan with a favorable interest rate, may be available for damages incurred in excess of your flood insurance.

Federal law will not allow us to make you the loan that you have applied for if you do not purchase flood insurance. The flood insurance must be maintained for the life of the loan. The attached Standard Flood Hazard Determination Form sets forth the information your insurance agent, or company, will need to place flood insurance coverage on the property described therein.

I/We, the undersigned borrower(s)/applicant(s), hereby acknowledge that on the date indicated below I/we have received a Notice to Borrower in Special Flood Hazard Area, indicating that the property securing my/our loan is in an area identified as having special flood hazards, and a Notice to Borrower About Federal Disaster Assistance, indicating that such assistance may be available for such property.

| Borrower/Applicant _[signature]_ | Date 10/2/03 | Borrower/Applicant | Date |
| Borrower/Applicant _[signature]_ | Date 10/2/03 | Borrower/Applicant | Date |
| Borrower/Applicant | Date | Borrower/Applicant | Date |

EXHIBIT B

# ACKNOWLEDGMENT OF RECEIPT OF SETTLEMENT STATEMENT

| | |
|---|---|
| Borrower: | SCOTT A. MCKNIGHT and JENNIFER JENKINS MCKNIGHT |
| Seller: | SCOTT LAMAR JORDAN and CYNTHIA LOUISE VOORHIES JORDAN |
| Lender: | REGIONS BANK DBA REGIONS MORTG |
| Settlement Agent: | WINTERS TITLE AGENCY, INC. |
| | (504)488-0091 |
| Place of Settlement: | 630 N. CARROLLTON AVENUE |
| | NEW ORLEANS, LA 70119 |
| Settlement Date: | October 2, 2003 |
| Property Location: | 6824 VICKSBURG STREET |
| | NEW ORLEANS, LA 70124 |
| | ORLEANS PARISH, LA |
| | LOTS 31, 32 SQUARE 104 |
| | LAKEVIEW |
| | SECOND DISTRICT |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____
SCOTT A. MCKNIGHT

_____
JENNIFER JENKINS MCKNIGHT

_____
SCOTT LAMAR JORDAN, REPRESENTED BY HIS
AGENT AND ATTORNEY IN FACT:
TANYA CATALANOTTO   *Tanya Catalanotto*

_____
CYNTHIA LOUISE VOORHIES JORDAN,
REPRESENTED BY HER AGENT AND ATTORNEY IN
FACT: TANYA CATALANOTTO
*Tanya Catalanotto*

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
WINTERS TITLE AGENCY, INC.
Settlement Agent

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

EXHIBIT C

OMB NO. 2502-0265

| | | |
|---|---|---|
| A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>**SETTLEMENT STATEMENT** | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS.<br>6. FILE NUMBER  03-0963D<br>8. MORTGAGE INS CASE NUMBER | 7. LOAN NUMBER  0010773349 |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

1.0   3/98   (03-0963D.PFD/03-0963D/15)

| D. NAME AND ADDRESS OF BORROWER<br>SCOTT A. MCKNIGHT and<br>JENNIFER JENKINS MCKNIGHT<br>6824 VICKSBURG STREET<br>NEW ORLEANS, LA 70124 | E. NAME AND ADDRESS OF SELLER<br>SCOTT LAMAR JORDAN and<br>CYNTHIA LOUISE VOORHIES JORDAN<br>202 KILBOURNE STREET<br>CAREN CROW, LA 70520 | F. NAME AND ADDRESS OF LENDER<br>ATTN: IMAGE CENTER, REF: NEW LOAN<br>REGIONS BANK DBA REGIONS MORTGAGE<br>605 SOUTH PERRY STREET<br>MONTGOMERY, AL 36104 |
|---|---|---|
| G. PROPERTY LOCATION<br>6824 VICKSBURG STREET<br>NEW ORLEANS, LA 70124<br>ORLEANS PARISH, LA<br>LOTS 31, 32 SQUARE 104<br>LAKEVIEW<br>SECOND DISTRICT | H. SETTLEMENT AGENT    72-1103668<br>WINTERS TITLE AGENCY, INC.<br>PLACE OF SETTLEMENT<br>630 N. CARROLLTON AVENUE<br>NEW ORLEANS, LA 70119 | I. SETTLEMENT DATE<br>October 2, 2003 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 285,000.00 | 401. Contract Sales Price | 285,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 8,904.97 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes   10/02/03 to 01/01/04 | 403.08 | 406. City/Town Taxes   10/02/03 to 01/01/04 | 403.08 |
| 107. County Taxes   to | | 407. County Taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 294,308.05 | **420. GROSS AMOUNT DUE TO SELLER** | 285,403.08 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 228,000.00 | 502. Settlement Charges to Seller (Line 1400) | 14,794.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage to PROVIDENT FUNDING A | 120,584.89 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. | |
| 207. | | 507. (Deposit disb. as proceeds) | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes   to | | 510. City/Town Taxes   to | |
| 211. County Taxes   to | | 511. County Taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218 | | 518 | |

**Martin Insurance Agency, Inc.**   PO Box 19600,   New Orleans, LA 70179

OFFICE: (504) 486-6133                                FAX: (504) 482-3514

DATE: 9-30-03

TO: Kim                                               FAX 488-1931

FROM: Aug                                             PAGES 12

RE: Scott McKnight + Jennifer Jenkins w/o/A

|   | Company | Coverage Amount | Ded. | Premium |
|---|---|---|---|---|
| HOMEOWNERS | Lexington | 130,000 | 1,000 | 1,945.65 |
| FLOOD | Travelers | 120,000 | 500 | 529 |
|   |   |   | AGENCY FEE: | 35 |
|   |   |   | **PLEASE COLLECT** | 2509.65 |

***Please have applications signed and returned with premium check*

***Please Make Checks Payable to Martin Insurance Agency***

**Martin Insurance Agency, Inc.**   PO Box 19600,   New Orleans, LA 70179

EXHIBIT D

Martin Insurance Agency, Inc.   PO Box 19600,   New Orleans, LA 70179

## \*\*\*\* *IMPORTANT* \*\*\*\*

ALL APPLICATIONS **MUST BE SIGNED** BY INSURED AT CLOSING

AND **MAILED** TO MARTIN ALONG WITH CHECK **WITHIN 24**

**HOURS OF CLOSING**

**OR COVERAGE WILL NOT BE BOUND**

THANK YOU FOR YOUR COOPERATION

# ACORD

DATE (MM/DD/YY): 10/01/03

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**PRODUCER**
Martin Insurance Agency, Inc.
4700 Orleans Avenue
P.O. Box 19600
New Orleans    LA    70179

**COMPANY**
Hull & Co., Inc.(IBM)
P.O. Box 21567
Ft. Lauderdale    FL    33335

CODE:    SUB CODE:
AGENCY CUSTOMER ID #:

**INSURED**
Scott A McKnight + Jennifer Jenkins w/o/A
6824 Vicksburg Street
New Orleans    LA    70124

LOAN NUMBER: 10773349
POLICY NUMBER: QLE0280163
EFFECTIVE DATE: 10/02/03
EXPIRATION DATE: 10/02/04
CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

**PROPERTY INFORMATION**
LOCATION/DESCRIPTION
1 Family, Frame Dwelling located at:    6824 Vicksburg Street    New Orleans LA 70124

**COVERAGE INFORMATION**

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| DWELLING | 120000 | 1000 |
| OTHER STRUCTURES | 12000 | |
| CONTENTS | 60000 | |
| LOSS OF USE | 24000 | |
| LIABILITY | 100000 | |
| GUEST MED | 1000 | |

ANNUAL PREMIUM: 1945.65

**REMARKS**
COVERAGE IS WRITTEN ON A HO3 FORM (REPLACEMENT COST CONTRACT) WITH REPLACEMENT COST ON CONTENTS

ANIMAL EXCLUSION- NO LIABILITY FOR ANIMALS PROVIDED BY THIS POLICY

**CANCELLATION**
THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW _____ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

**ADDITIONAL INTEREST**
NAME AND ADDRESS
REGIONS BANK D/B/A REGIONS MORTGAGE
ISAOA
P O BOX 11026
ORANGE    CA    92856

[X] MORTGAGEE    [ ] ADDITIONAL INSURED
LOSS PAYEE

AUTHORIZED REPRESENTATIVE
Gregory J. Masson

# ACORD HOMEOWNER APPLICATION

DATE: 10/01/03

**PRODUCER**
Martin Insurance Agency, Inc.
4700 Orleans Avenue
P.O. Box 19800
New Orleans LA 70179
(504) 486-6133

CODE: SUBCODE:
AGENCY CUSTOMER ID: 001 18741 002

**APPLICANT'S NAME AND MAILING ADDRESS (include county & ZIP+4)**
Scott A McKnight + Jennifer Jenkins w/o/a
6824 Vicksburg Street
New Orleans LA 70124

NAIC CODE:
FACILITY CODE:
POLICY #: QLE0280163

**CO/PLAN:** Hull & Co., Inc.(IBM)
HOME PHONE #: (504) 598-0336
EFFECTIVE DATE: 10/02/03
EXPIRATION DATE: 10/02/04
BUSINESS PHONE #:

## APPLICANT INFORMATION

**PREVIOUS ADDRESS (if less than 3 years):**

**LOCATION OF PROPERTY IF DIFF FROM ABOVE (inc county & ZIP):**
6824 Vicksburg Street
New Orleans LA 70124

APPLICANT'S OCCUPATION:
APPLICANT'S EMPLOYER NAME AND ADDRESS:
CO-APPLICANT'S OCCUPATION:
CO-APPLICANT'S EMPLOYER NAME AND ADDRESS:

HOW LONG HAVE YOU KNOWN THE APPLICANT?
DATE AGENT LAST INSPECTED PROPERTY:

## COVERAGES/LIMITS OF LIABILITY

| BASIC COVERAGES | LIMITS OF LIABILITY | PREMIUM CHARGES | OPTIONAL ENDORSEMENTS | LIMITS OF LIABILITY | ADDITIONAL PREMIUMS |
|---|---|---|---|---|---|
| DWELLING | $ 120000 | $ | DWELLING REPLACEMENT COST | | $ |
| OTHER STRUCTURES | $ 12000 | $ INCL | INFLATION GUARD | | $ |
| PERSONAL PROPERTY | $ 60000 | $ INCL | PERSONAL PROPERTY REPLACEMENT COST | $ included | $ |
| LOSS OF USE | $ 24000 | $ INCL | SCHEDULED PERSONAL PROPERTY | $ SEE SCHEDULE | $ |
| PERSONAL LIABILITY (Each Occurrence) | $ 100000 | $ INCL | PERSONAL COMPUTER | $ | $ |
| MEDICAL PAYMENTS (Each Person) | $ 1000 | $ INCL | | $ | $ |
| | $ | $ | inspection fee | $ | $ 50.00 |
| | $ | $ | policy fee | $ | $ 100.00 |
| HO FORM | 1000 ALL PERIL | NAMED HURRICANE | surplus ins tax | $ | $ 92.65 |
| HO-3 DED: | WINDSTORM & HAIL | EARTHQUAKE | | $ | $ |
| | THEFT | | | $ | $ |
| TOTAL PREMIUM FOR BASIC COVERAGES | | $ 1703 | TOTAL PREMIUM FOR OPTIONAL ENDORSEMENTS | | $ 1945.65 |
| ESTIMATED TOTAL PREMIUM | | $ 0.00 | DEPOSIT PREMIUM ENCLOSED WITH APPLICATION | | $ 0.00 |

## PAYMENT PLAN

ACCOUNT #:
BILLING: [X] AGENCY BILL
IF DIRECT BILL: BILL APPLICANT / BILL MORTGAGEE / OTHER
IF APPLICANT BILL: FULL PAY / OTHER
MAIL POLICY TO: AGENT / APPLICANT / OTHER

## RATING/UNDERWRITING

[X] FRAME
YR BUILT: 1955
SQ FT: 2066
STRUCTURE TYPE: [X] DWELLING
USAGE TYPE: [X] PRIMARY
# FAMILIES: 1
HSEHLD RES:
NUMBER OF FIRE DIVS / UNITS IN FIRE DIV: 36
PREM GROUP: 2
PROTECT CLASS: 1000
DISTANCE TO HYDRANT: 1000
FIRE STATION: CENTRAL
PROTECTION DEVICE TYPE: FIRE / SMOKE DETECTOR
HEAT TYPE PRIMARY: Natural Gas
WIRING: [X] 98
PLUMBING: [X] 98
HEATING: [X] 99
ROOFING: [X] 99

FIRE/EC RATE: NOFD
DWELLING LOCATION: [X] WITHIN CITY LIMITS
OCCUPIED BY: [X] OWNER
[X] DEADBOLT
[X] VISIBLE TO NEIGHBORS
[X] SMOKE DETECTOR
HOUSEKEEPING CONDITION: Excellent
[X] FIRE EXTINGUISHER
OCCUPIED DAILY? [X] YES
WIND CLASS: SEMI-RESISTIVE
ROOF TYPE: Composition
FOUNDATION: [X] OPEN
STORM SHUTTERS: [X] NO
SWIMMING POOL: [X] NO

ACORD 80 (1/98)
PLEASE COMPLETE REVERSE SIDE
© ACORD CORPORATION 1981

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES IN REMARKS

| # | Question | YES | NO |
|---|---|---|---|
| 1. | ANY BUSINESS CONDUCTED ON PREMISES? (Including day/child care) | | X |
| 2. | ANY FULL TIME RESIDENCE EMPLOYEES? (Number of employees) | | X |
| 3. | ANY FLOODING, BRUSH, FOREST FIRE HAZARD, LANDSLIDE, ETC? | | X |
| 4. | ANY OTHER RESIDENCE OWNED, OCCUPIED OR RENTED? | | X |
| 5. | ANY OTHER INSURANCE WITH THIS COMPANY? (List policy numbers) | | X |
| 6. | HAS INSURANCE BEEN TRANSFERRED WITHIN AGENCY? | | X |
| 7. | ANY COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE LAST 3 YEARS? NOT APPLICABLE IN MO | | X |
| 8. | HAS APPLICANT HAD A FORECLOSURE, REPOSSESSION OR BANKRUPTCY DURING THE PAST FIVE YEARS? | | X |
| 9. | DOES APPLICANT OR ANY TENANT HAVE ANY ANIMALS OR EXOTIC PETS? | | X |
| 10. | IS PROPERTY LOCATED WITHIN TWO MILES OF TIDAL WATER? | X | |
| 11. | IS PROPERTY SITUATED ON MORE THAN FIVE ACRES? | | X |
| 12. | DOES APPLICANT OWN ANY RECREATIONAL VEHICLES (SNOW MOBILES, DUNE BUGGYS, MINI BIKES, ATVS, ETC)? (List year, type, make, model) | | X |
| 13. | IS BUILDING RETROFITTED FOR EARTHQUAKE (If applicable)? | | X |
| 14. | DURING THE LAST TEN YEARS, HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In RI, failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment.) | | X |
| 15. | RENTERS AND CONDOS ONLY: IS THERE A MANAGER IN THE PREMISES? | | |
| 16. | IS THERE A SECURITY ATTENDANT? | | |
| 17. | IS THE BUILDING ENTRANCE LOCKED? | | |
| 18. | ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 19. | IS BUILDING UNDERGOING RENOVATION OR RECONSTRUCTION? | | X |
| 20. | IS HOUSE FOR SALE? | | X |
| 21. | IS PROPERTY WITHIN 300 FT OF A COMMERCIAL OR NON-RESIDENTIAL PROPERTY? | | X |
| 22. | IS THERE A TRAMPOLINE ON THE PREMISES? | | X |
| 23. | WAS THE STRUCTURE ORIGINALLY BUILT FOR OTHER THAN A PRIVATE RESIDENCE AND THEN CONVERTED? | | X |

**LOSS HISTORY** — ANY LOSSES, WHETHER OR NOT PAID BY INSURANCE DURING THE LAST 3 YEARS, AT THIS OR AT ANY OTHER LOCATION  YES [ ] NO [X]  IF YES, INDICATE BELOW  APPLICANT'S INITIALS

| DATE | TYPE | DESCRIPTION OF LOSS | AMOUNT |
|---|---|---|---|
| | | | |

### PRIOR COVERAGE

| PRIOR CARRIER | PRIOR POLICY NUMBER | EXPIRATION DATE | RISK NEW TO AGENCY |
|---|---|---|---|
| NEW PURCHASE | | | YES [ ] NO [ ] |

### ADDITIONAL INTEREST

| INT # | | NAME AND ADDRESS | LOAN NUMBER |
|---|---|---|---|
| | X MORTGE ADDL INT | Regions Bank d/b/a Regions Mortgage ISAOA   P O BOX 11026   Orange   CA   92856-8126 | 1077S348 |
| | MORTGE ADDL INT | | |

### REMARKS

### ATTACHMENTS

- INLAND MARINE APPLICATION
- REPLACEMENT COST ESTIMATE
- PHOTOGRAPH
- WOODBURNING STOVE QUESTIONNAIRE
- EARTHQUAKE APPLICATION
- PROTECTION DEVICE CERTIFICATE
- PERS EXCESS/UMBRELLA APP
- RECREATIONAL VEHICLE APP
- WATERCRAFT APPLICATION

FOR COMPANY USE ONLY

### BINDER/SIGNATURE

INSURANCE BINDER
EFFECTIVE DATE | EXPIRATION DATE
TIME | 12:01 AM / NOON
COVERAGE IS NOT BOUND

IF THE "BINDER" BOX TO THE LEFT IS COMPLETED, THE FOLLOWING CONDITIONS APPLY: THIS COMPANY BINDS THE KIND(S) OF INSURANCE STIPULATED ON THIS APPLICATION. THIS INSURANCE IS SUBJECT TO THE TERMS, CONDITIONS AND LIMITATIONS OF THE POLICY(IES) IN CURRENT USE BY THE COMPANY. THIS BINDER MAY BE CANCELLED BY THE INSURED BY SURRENDER OF THIS BINDER OR BY WRITTEN NOTICE TO THE COMPANY STATING WHEN CANCELLATION WILL BE EFFECTIVE. THIS BINDER MAY BE CANCELLED BY THE COMPANY BY NOTICE TO THE INSURED IN ACCORDANCE WITH THE POLICY CONDITIONS. THIS BINDER IS CANCELLED WHEN REPLACED BY A POLICY. IF THIS BINDER IS NOT REPLACED BY A POLICY, THE COMPANY IS ENTITLED TO CHARGE A PREMIUM FOR THE BINDER ACCORDING TO THE RULES AND RATES IN USE BY THE COMPANY. THE QUOTED PREMIUM IS SUBJECT TO VERIFICATION AND ADJUSTMENT, WHEN NECESSARY, BY THE COMPANY.

**Notice of Insurance Information Practices**
Personal information about you, including information from a credit report, may be collected from persons other than you. Such information as well as other personal and privileged information collected by us or our agents may in certain circumstances be disclosed to third parties. You have the right to review your personal information in our files and can request correction of any inaccuracies. A more detailed description of your rights and our practices regarding such information is available upon request. Contact your agent or broker for instruction on how to submit a request to us.

[ ] Copy of the notice of information practices (privacy) has been given to the applicant. (Not applicable in all states)

Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and [NY: substantial] civil penalties. (Not applicable in Nebraska)

Applicant's Statement: I have read the above application and any attachments. I declare that the information provided in them is true, complete and correct to the best of my knowledge and belief. This information is being offered to the company as an inducement to issue the policy for which I am applying.

| APPLICANT'S SIGNATURE | DATE | PRODUCER'S SIGNATURE | *Gregory J. Masson* |
|---|---|---|---|

ACORD 80 (1/98)

# Lexington Insurance Company

## Supplemental Acord Application

The following shall be attached to, and made part of, the <u>fully completed</u> Acord application signed by the applicant:

Applicant: Scott A. McKnight, Jennifer Jenkins w/o/s   Producer: Gregory J Maxwell

Policy Type: (note Yes or No)

| TYPE | | COV. PART 1 | | | COV. PART 2 | | COV. PART 3 | COV. PART |
|---|---|---|---|---|---|---|---|---|
| [✓] New | HO-3 | HO-4 | HO-6 | Build. Risk | Umbrella | Excess Liability | Excess Flood | PAF |
| [ ] Renewal | [✓] Yes [ ] No | [ ] Yes [✓] No | [ ] Yes [✓] No | [ ] Yes [✓] No | [ ] Yes [✓] No | [ ] Yes [✓] No | [ ] Yes [✓] No | [ ] Yes [✓] No |

** Please note that for Umbrella, Excess Liability, Excess Flood and Personal Article coverage parts, the applicable section of the LexElite Application (ELITE APP 02 00) must be fully completed.

## Coverage Part 1: Supplemental Homeowner Information

Optional Coverages:

| Coverage | Y | N | Coverage | Y | N | Coverage | Y | N |
|---|---|---|---|---|---|---|---|---|
| Personal Injury | | ✓ | Replacement Cost Contents | ✓ | | All Risk Contents | | |
| Increased Special Limits: | | ✓ | Increased Business Property - $10,000 limit | | ✓ | Builders Risk Options: | | |
| Option 1-Increased Jewelry/Watches/Furs | | | Special Computer Coverage | | ✓ | Theft of Building Materials | | |
| Option 2-All Special Limits increased | ✓ | | Water Backup Coverage | | ✓ | Builders Risk Liability | | |
| Identity Fraud Expense Coverage | ✓ | | | | ✓ | All Risk Dwelling (HO6 only) | | |
| Watercraft Liability: Engine Type___ HP___ Length___ | | ✓ | Golf Cart Coverage: Liab___ Phys Dam. Value $___ | | ✓ | Ordinance or Law (includes 10%) % Requested___ | | |
| Extending Liability: # of locs.___ State(s)___ | | ✓ | Earthquake Coverage: Earthquake Zone:___ | | ✓ | Loss Assessment (includes $1000): Limit $___ | | |

FL Residents Only: ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE (817.234).

NJ Residents Only: ANY PERSON WHO INCLUDES ANY FALSE OR MISLEADING INFORMATION ON AN APPLICATION FOR AN INSURANCE POLICY SUBJECT TO CRIMINAL AND CIVIL PENALTIES (Bulletin 95-16, citing P.L.1995, c.132).

VA Residents Only: IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS (52-40

Note to Agents: No binding or quoting authority! Please call or fax for same day binding and follow up with an application. Application must be signed by the Named Insured. Any incomplete applications received could jeopardize binding coverage!

Applicant's statement: I have read the above application and I declare that to the best of my knowledge and belief, all of the foregoing statements are true and that these statements are offered as an inducement to the company to issue the policy for which I am applying.

APPLICANT'S SIGNATURE: _____   DATE: _____

SUPL APP 02 00

LOUISIANA DEPARTMENT OF INSURANCE
FORM 1263.1
AUTHORIZED NON-ADMITTED AFFIDAVIT

Approved unauthorized insurers, designated as surplus lines companies, are provided for under the Louisiana Revised Statutes 22§1249 et. seq. L.R.S. 22§1257 states that certain insurance coverages that cannot be procured from authorized insurers may be procured from unauthorized insurers provided that the insurance is procured through a licensed surplus lines producer.

Any licensed Louisiana property and casualty producer procuring personal lines coverage from a surplus line company must complete this affidavit acknowledging that the coverage has been placed with an approved unauthorized insurer through a duly licensed Louisiana surplus lines producer. After completion, this affidavit must be forwarded to the licensed Louisiana surplus lines producer, who will retain the affidavit as part of the insured's file. The affidavit must be submitted within thirty days of the effective date of the binder or policy.

A licensed Louisiana property and casualty producer procuring personal lines surplus lines coverage is required to conduct a diligent effort to place the coverage with an admitted company. The signature of the producer and insured must attest to the results of the diligent effort. The licensed Louisiana property and casualty producer is also required to expressly advise the insured, in the event of the insolvency of the surplus line company, CLAIMS OR LOSSES WILL NOT BE PAID BY THE LOUISIANA INSURANCE GUARANTY ASSOCIATION.

---

**LICENSED LOUISIANA PROPERTY AND CASUALTY PRODUCER CERTIFICATION**

As required by L.R.S. 22§1263.1, a diligent effort to place the risk with an admitted company was conducted. The results of the diligent effort are as follows:

Name of Approved Unauthorized Insurer from which the coverage was procured:

LEXINGTON
(Insurer's Name)

COMPLETION OF THE FOLLOWING THREE CHECK BOXES AND SPACE FOR THE REASON IN CONJUNCTION WITH THE THIRD IS MANDATORY:

☐ The company listed above was on the Approved Unauthorized Insurers List maintained by the Louisiana Department of Insurance the date the coverage was procured.

☐ The company listed above met the requirements of L.R.S. 22:1262 the date the coverage was procured.

☒ Reason for placing this coverage with an approved unauthorized insurer:
BEST TERMS & CONDITIONS WE COULD OBTAIN AT THIS TIME

Louisiana Surplus Lines Producer's Name: HULL & COMPANY, INC.

Surplus Lines Producer's Louisiana License Number: 54696

Policy or Binder Number (if available): _____

Name of Property & Casualty Producer: MARTIN INS AGENCY, INC

Address: P.O. BOX 19600  City: NEW ORLEANS  ST: LA  Zip: 70179

Signature: _____  Date: _____  Phone: (504) 486-6133
(Property & Casualty Producer)

---

**INSURED'S ATTESTATION**

I acknowledge an approved unauthorized insurer has provided my insurance coverage. I also acknowledge and have been expressly advised by the producer above that in the event of insolvency of the approved unauthorized insurer providing my coverage, CLAIMS OR LOSSES WILL NOT BE COVERED BY THE LOUISIANA INSURANCE GUARANTY ASSOCIATION.

Name: _____  Signature: _____  Date: _____

---

NOTICE
The language and format of this Form must not be altered.

FORM 1263.1 (REVISED 2003)
May be reproduced for future use

# FLOOD INSURANCE APPLICATION



Travelers Flood Insurance Program

## GENERAL INFORMATION

Quote ID: 205849225

| | |
|---|---|
| Application Status: | NON-SUBMITTED |
| Policy Type: | Standard |
| Effective Date: | 10/02/2003 |
| Waiting Period: | Loan Activity |
| Payer: | First Mortgage - regions bank d/b/a regions mtg |
| Agency Name: | MARTIN INS AGCY INC |
| Agency ID: | 720917567 |

## POLICY HOLDER INFORMATION

Insured Name: scott a mcknight
Additional Name: jennifer jenkins w/o/a

Mailing Address:
6824 VICKSBURG ST
NEW ORLEANS, LA 70124

Property Address:
6824 VICKSBURG ST
NEW ORLEANS, LA 70124

Home Phone:
Social Security Number:

Work Phone:

## MORTGAGEE INFORMATION

| | |
|---|---|
| Mortgage Type: | First Mortgage |
| Mortgage Name: | regions bank d/b/a regions mtg |
| Clause: | ISAOA |
| Loan Number: | 10773349 |

Lender 1 Address:
P O BOX 11026
ORANGE, CA 92856-2126

Lender 2 Address:

https://www.travelersflood.com/travelersagency1/ObjectDisplayServlet?formid=s1065035897007231&se... 10/1/200

| | |
|---|---|
| Insured Name: | scott a mcknight |
| Additional Name: | jennifer jenkins w/o/a |
| Quote ID: | 205849225 |
| Travelers Agency ID: | 720917567 |

## RATING INFORMATION

| | | | |
|---|---|---|---|
| Community-Panel Number: | 225203 0160 E | State Govt. Owned: | No |
| Program Type: | Regular | Builder's Risk: | No |
| FIRM Zone: | A03 | Principle Residence: | Yes |
| Hazard Area: | Yes | Elevated Building: | Yes |
| Building Occupancy: | Single Family | Post FIRM: | No |
| Basement: | None | Date Built: | 01/01/1955 |
| Building Type: | Split Level | Condo Type: | Not a condo |
| Obstruction: | | | |

## ELEVATION INFORMATION

| | | | |
|---|---|---|---|
| Lowest Floor: | -2.4 | Source of Certificate: | Elevation Certificate |
| Base Flood: | -2.5 | Prior Policy Number: | |
| Lowest Adjacent Grade: | -2.4 | Certificate Date: | 06/26/1996 |
| Diagram Number: | 5 | Certificate Type: | Elevation/Survey |

## CONTENTS INFORMATION

| | |
|---|---|
| Contents Location: | Lowest Floor Above Ground Level and Higher |
| Contents Household: | Yes |
| Contents Description: | |

## RCBAP INFORMATION

Total Number of Units:

## COVERAGE AND RATING DETAIL

| | Basic Limits | | Additional Limits | | Deductible | Basic and Additional Insurance | Total Premium |
|---|---|---|---|---|---|---|---|
| | Amount of Insurance | Rate | Amount of Insurance | Rate | Premium Reduction/Increase | | |
| Building | $50,000.00 | 0.65 | $70,000.00 | 0.08 | $0.00 | $120,000.00 | $381.00 |
| Contents | $20,000.00 | 0.72 | $20,000.00 | 0.12 | $0.00 | $40,000.00 | $168.00 |

| | | | |
|---|---|---|---|
| Building Deductible: | $500.00 | Annual Subtotal: | $549.0 |
| Contents Deductible: | $500.00 | ICC Premium: | $6.0 |
| | | CRS Discount: | $56.0 |
| Deductible Credit: | 1.0 | Subtotal: | $499.0 |
| | | Probation Surcharge: | $0.0 |
| Policy Term: | One Year | Expense Constant: | $0.0 |
| Replacement Cost: | 120000.00 | Federal Policy Fee: | $30.0 |
| | | Total Premium Due: | $529.0 |

https://www.travelersflood.com/travelersagency1/ObjectDisplayServlet?formid=s1065035897007231&se... 10/1/200

PART 2 Section 1

| | |
|---|---|
| Insured Name: | scott a mcknight |
| Additional Name: | jennifer jenkins w/o/a |
| Quote ID: | 205849225 |
| Travelers Agency ID: | 720917567 |

**BASEMENT INFORMATION**           **Units:**                              **Feet Above Floor:**

Furnace:
Heat Pump:
Elevator Equipment:
Oil Tank:
Hot Water Heater:
Air Conditioner:
Washer:
Dryer:
Food Freezer:
Other:
Other Description:

## GARAGE INFORMATION

| | |
|---|---|
| Attached Garage: | No |
| Openings to Code: | Yes |
| Used for Parking/Storage/Access: | No |
| Garage Use Description: | |
| Garage Floor below floor of building: | |
| Garage Floor Elevation: | |

**Units:**                              **Feet Above Floor:**

Furnace:
Heat Pump:
Elevator Equipment:
Oil Tank:
Hot Water Heater:
Air Conditioner:
Washer:
Dryer:
Food Freezer:
Other:
Other Description:

https://www.travelersflood.com/travelersagency1/ObjectDisplayServlet?formid=s1065035897007231&se...   10/1/200

PART 2 Section 2

| | |
|---|---|
| Insured Name: | scott a mcknight |
| Additional Name: | jennifer jenkins w/o/a |
| Quote ID: | 205849225 |
| Travelers Agency ID: | 720917567 |

## ELEVATED BUILDING

| | | | |
|---|---|---|---|
| Building Constructed On: | Piles, Posts, or Piers | Elevated Floor Feet above Ground: | |
| Is there Enclosure: | false | Enclosure Type: | |
| Enclosure Square Feet: | | Enclosure Floor Elevation: | |
| Enclosure Wall/Type: | | Openings to Code: | false |
| Used for Parking/Storage/Access: | true | Enclosure Use Description: | |

**Units:** **Feet Above Floor:**

Furnace:
Heat Pump:
Elevator Equipment:
Oil Tank:
Hot Water Heater:
Air Conditioner:
Washer:
Dryer:
Food Freezer:
Other:
Other Description:

## PART 2 Section 3

### MOBILE HOME INFORMATION

| | |
|---|---|
| Make: | Model Number: |
| Serial Number: | Manufacture Date: |
| Dimensions (Length X Width): X | Permanent Additions or Extensions: |
| Properly Anchored: | Type of Anchor: |
| Located in a Park/Subdivision: | Date Placed on Foundation: |

https://www.travelersflood.com/travelersagency1/ObjectDisplayServlet?formid=s1065035897007231&se... 10/1/200