UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | § | |
| | § | |

## ORDER

Having considered the Ex Parte Motion for Enlargement of Time, and for good cause shown, it is hereby ORDERED that the Ex Parte Motion for Enlargement of Time is GRANTED. The parties shall be given an additional week, through and including March 7, 2007, in which to file a Rule 26(f) Report.

New Orleans, Louisiana, this  27th day of       February       , 2007.

_____
UNITED STATES DISTRICT JUDGE