# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL CASES | § | |
| | § | |

## ORDER

Having considered the Ex Parte Motion for Enlargement of Time, and for good cause shown, it is hereby ORDERED that the Ex Parte Motion for Enlargement of Time is GRANTED. The United States shall be given an additional 24 hours, until noon, February 28, 2007, in which to file its response to Plaintiffs' Motion to Toll (R.D. 3259).

New Orleans, Louisiana, this 27th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE