UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> _____ § <br> **PERTAINS TO:** § <br> LEVEE (06-5260) § <br> BOBBY L. LEDUFF, ET AL. § <br> § <br> § <br> § | CIVIL ACTION <br> No. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |

**PLAINTIFF'S RULE 41(a)(2) MOTION TO DISMISS DEFENDANT STATE OF LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT WITHOUT PREJUDICE**

Plaintiffs **Bobby L. Leduff, *et al.***, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, files this motion to dismiss all of Plaintiffs' claims against Defendant State of Louisiana, through the Department of Transportation and Development **only, without prejudice.**

**I.**

Plaintiffs have determined they no longer wish to pursue their claims against Defendant State of Louisiana, through the Department of Transportation and Development. As such, Plaintiffs respectfully requests that this Court dismiss Defendant State of Louisiana, through the Department of Transportation and Development **only, without prejudice**.

**II.**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that upon consideration, this Court enter an Order: 1) dismissing all of Plaintiffs' claims against Defendant State of Louisiana, through the Department of Transportation and Development **only, without prejudice**. Plaintiffs specifically reserve all rights and causes of action against all other parties.

Respectfully submitted,

**BROUSSARD & HART LLC**


By: _____/s/ Randall Hart_____
   **Randall Hart**
   Louisiana Bar No. 23119
   Admitted to Western District of Louisiana
   Admission to Eastern District of Louisiana Pending
   1301 Common Street
   Lake Charles, LA  70601
   Tel:  (337) 439-2450
   Fax:  (337) 439-3450

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**

**GRADY, SCHNEIDER & NEWMAN, LLP**
   **Peter B. Schneider (TRIAL ATTORNEY)**
   Texas State Bar No.: 00791615
   **Keith Grady**
   Texas State Bar No. 00786853
   **William T. Jones, Jr.**
   Texas State Bar No. 24032601
   **Rodney Miles**
   Texas State Bar No. 24027514
   801 Congress, 4th Floor
   Houston, Texas 77002
   Tel:  (713) 228-2200
   Fax:  (713) 228-2210

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic filing as required by the Federal Rules of Civil Procedure on this the 28th day of February, 2007.

       /s/ Randall Hart_____
       **Randall Hart**