# EXHIBIT 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA RELATED<br>ST. RITA'S NURSING HOME | CIVIL ACTION<br><br>NO 07-0269 "K" (2)<br><br>JUDGE DUVAL |
| SANDRA LOPEZ, INDIVIDUALLY<br>AND ON BEHALF OF HER MOTHER,<br>JANET MARIE PARKER, DECEASED | MAGISTRATE JUDGE<br>WILKINSON |
| VS. | |
| SALVADOR A. MANGANO, MABEL B.<br>MANGANO, MANGUEST, INC.,<br>MANGANO CONSULTANTS, INC.,<br>MANGANO MANAGEMENT, INC.,<br>MANACA, INC., BUFFMAN, INC., THE<br>MANGANO CORPORATION, ABC<br>INSURANCE COMPANY AND ST.<br>RITA'S NURSING HOME, | |

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes plaintiff Sandra Lopez, individually and on behalf of her mother, Janet Marie Parker, who respectfully moves this Court to have this Honorable Court issue an Order remanding this action to the 34th Judicial District Court for the Parish of St. Bernard pursuant to 28 U.S.C. 1447(c).

I.

Plaintiff was served with a Notice of Removal, filed on January 12, 2007 by the third party defendant United States of America asserting jurisdiction in this Court pursuant to 28 U.S.C. §§ 1346(b)(1) and 1442(a).

II.

The third party demand filed by third-party plaintiffs, Buffman, Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano and Salvador Mangano (Third-Party Plaintiffs"), is merely calculated to divest the state court of jurisdiction by improperly joining the United States as a party to invoke federal question jurisdiction.

III.

This Court has no jurisdiction over the claims of the plaintiff's causes of action for wrongful death, survival and medical malpractice under Louisiana civilian and statutory law and should be remanded pursuant to 28 U.S.C. § 1447(c). The third party plaintiff parties are non-diverse and the matter exercises no federal question.

IV.

Alternatively, if the Court exercises review under its removal jurisdiction, if the Court finds at a later date and time that it has no jurisdiction as to the United States of America and dismisses the third party defendant, plaintiff is entitled to have this matter remanded when the United States ceases to be a party to the action, all as set forth in the attached memorandum in support.

WHEREFORE, for the reasons assigned, plaintiff Sandra Lopez respectfully requests that the claims be remanded to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully Submitted:

Damon A. Kirin, LSBA 24729
Robert J. Diliberto, LSBA 24783
DILIBERTO & KIRIN, L.L.C.
3636 S. I 10 Service Rd., W.
Suite 210
Metairie, LA 70001
Telephone (504) 828 1600
Facsimile (504) 828 1555
Counsel for Sandra Lopez

**/s/ Crawford A. Rose**
Crawford A. Rose, III, LSBA 26717
Attorney at Law
3636 S. I 10 Service Rd., W.
Suite 210
Metairie, LA 70001
Telephone (504) 828 1600
Facsimile (504) 828 1555
Counsel for Sandra Lopez

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Remand, Memorandum in Support, Order and Notice of Hearing has been forwarded to all counsel of record by ECF and by depositing a copy of the same in the United States mail, property addressed, and first class postage prepaid, on this 1st day of February, 2007.

/s/ Crawford A. Rose, III