UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| LEVEE/RESPONDER | * | |
|     06-5786 (O'Dwyer) | * | |
| | * | MAG. WILKINSON |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER ON BEHALF OF THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT AND REQUEST FOR TRIAL BY JURY

**NOW INTO COURT**, through undersigned counsel, comes the BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT who answers the Protective Petition for Compensatory and Exemplary Damages, And For Reasonable Attorney's Fees and Expenses of Litigation In a Class Action Lawsuit Filed in State Court Pursuant to The Louisiana Code of Civil Procedure, as follows:

### FIRST DEFENSE

The Petition fails to state a claim against the Board of Commissioners for the Lake Borgne Basin Lake District upon which relief may be granted.

1

**SECOND DEFENSE**

To the extent that this action purports to be a class action, it fails to meet the requirements of Rule 23 of the Federal Rules of Civil Procedure for treatment as a class action.

**THIRD DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent that any of said loss or damages alleged herein was caused by the actions or inactions of third-parties for whom the Board of Commissioners for the Lake Borgne Basin Levee District is not responsible or liable.

**FOURTH DEFENSE**

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent that any of said losses or damages alleged herein were caused by pre-existing conditions over which the Board of Commissioners for the Lake Borgne Basin Levee District had/have no control.

**FIFTH DEFENSE**

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent the acts or omissions of others including other parties that have not been named in these proceedings, were intervening, superceding, new and/or independent causes of any of the loss or damage alleged herein.

**SIXTH DEFENSE**

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent any of said loss or damage alleged herein

were caused by Plaintiffs' own comparative fault, and/or contributory negligence, and/or assumption of risk.

### SEVENTH DEFENSE

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent that Plaintiffs failed to mitigate, minimize, avoid or abate any of the losses or damages alleged herein.

### EIGHTH DEFENSE

The Petition fails to state a cause of action against the Board of Commissioners for the Lake Borgne Basin Levee District for attorneys' fees.

### NINTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, alleges that it is entitled to discretionary immunity pursuant to La. R.S. 9:2798.1 as well as La. R.S. 13:5106.

### TENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, alleges that it is entitled to all defenses and immunities pursuant to La. R.S. 9:2800.

### ELEVENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that Plaintiffs were negligent in failing to follow lawful orders to evacuate as well as for other acts and omissions of Plaintiffs to be proven at trial.

### TWELVTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that the risk of flooding, injury and loss of property constitute known risks.

### THIRTEENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that any levee for which Defendant may be responsible was constructed in accordance with specific federal guidelines.

### FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Supremacy Clause Article VI of the United States Constitution because those claims are pre-empted by federal law including 32 U.S.C. §701, et seq.

### FIFTEENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges it is immune from liability for any damages caused by floodwaters. See 33 U.S.C. §702(c).

### SIXTEENTH DEFNSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that Plaintiffs' injuries and damages alleged herein resulted from circumstances and causes that could not have been prevented by Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District.

**SEVENTEENTH DEFENSE**

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges it cannot be held liable to Plaintiffs because Defendant was in compliance with the designs, plans, specifications and requirements of the United States Army Corp of Engineers and others.

**EIGHTEENTH DEFENSE**

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, herein responds to the specific allegations plead in the Petition as follows:

I.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph I.

II.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph II.

III.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph III.

IV.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph IV.

V.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph V.

VI.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph VI.

VII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph VII.

VIII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph VIII.

IX.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph IX.

X.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph X.

XI.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XI.

XII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XII.

XIII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XIII.

XIV.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XIV.

XV.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XV.

XVI.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XVI.

XVII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XVII.

XVIII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XVIII.

XIX.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XIX.

XX.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XX.

XXI.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXI.

XXII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXII.

XXIII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXIII.

XXIV.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXIV.

XXV.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXV.

XXVI.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXVI.

XXVII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXVII.

XXVIII.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, denies the allegations contained in Paragraph XXVIII.

XXIX.

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, prays for trial by jury.

**WHEREFORE**, Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, prays that this Answer be deemed good and sufficient and after all due and legal proceedings are had herein, that there be judgment rendered in favor of Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, and against Plaintiffs, dismissing Plaintiffs' suit with prejudice, at their costs.  Additionally, Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, prays for trial by jury.

Respectfully submitted,

***DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK***

s/ Lawrence J. Duplass

LAWRENCE J. DUPLASS (#5199)
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
lduplass@duplass.com
***ATTORNEY FOR DEFENDANT, BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

s/ Lawrence J. Duplass
_____
LAWRENCE J. DUPLASS
lduplass@duplass.com