

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO: 06-4931 (Emma Brock, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

### MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come petitioners in the above captioned matter, who respectfully pray for leave to file their First Supplemental and Amending Complaint against the defendants, and respectfully represent:

1.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the petitioners wish to supplement and amend the original complaint as outlined in the attached First Supplemental and Amending Complaint.

2.

Petitioners show that leave of court is required for this pleading, but that leave shall be freely given when justice so requires.

3.

Petitioners further show that the claims asserted in the amending pleading arose out of the conduct, transaction and occurrence set forth in the original pleading.

**WHEREFORE**, the petitioners pray that this Court grant leave for the filing of their First

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

Supplemental and Amending Complaint and that same be filed in accordance with law.

Respectfully submitted,

THE CALUDA LAW FIRM

**Robert J. Caluda, Bar No. 3804**
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid, this __27__ day of __Feb__, 2007

ROBERT J. CALUDA