## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO:   06-4931 | * | SECTION: "K" (2) |
| (Emma Brock, et al) | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

### NOTICE OF HEARING

Considering the foregoing Motion and opposition expressed:

**IT IS ORDERED**, that defendants show cause on the ~~23rd~~ 21st day of March, 2007 at ~~9:30~~ 11:00 a.m. o'clock, why plaintiffs should not be granted the relief requested.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2007.

_____
JUDGE