UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES | * | SECTION: "K" (2) |
| PERTAINS TO:    06-4931<br>(Emma Brock, et al) | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

### FIRST SUPPLEMENTAL AND AMENDING CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel comes complainants, Emma Brock, a person of the full age of majority domiciled in the Parish of Orleans, State of Louisiana; Joann B. Plaier, a person of the full age of majority domiciled in the Parish of Orleans, State of Louisiana; Sandra Jackson, wife of/and Robert Jackson, both persons of the full age of majority domiciled in the Parish of Orleans, State of Louisiana; John J. Signorelli, a person of the full age of majority domiciled in the Parish of Jefferson, State of Louisiana; Hilda Clark, wife of/ and Albert Clark, both persons of the full age of majority domiciled in the Parish of Orleans, State of Louisiana; and Shirley Allen Taylor, a person of the full age of majority domiciled in the Parish of Orleans, State of Louisiana who file this First Supplemental and Amending Class Action Complaint , on their own behalf, and on behalf of a class of complainants similarly situated, as complainants herein represent that they have injuries common to all those similarly situated who incurred damages arising out of the breach and failure of the hurricane protection levees and flood walls which occurred in the Parishes of Orleans, State of Louisiana in the wake of Hurricane Katrina.

I.

All of these individuals have timely presented their claims to the Army Corps and the United

States for damages arising as a result of Hurricane Katrina, six (6) months have elapsed since the presentation of the claim and the Corps has failed to act by either accepting or rejecting the claim and complainants elect to consider such failure to act as a final denial of the claim.

II.

Complainants desire to supplement and amend their original class action complaint by adopting the allegations contained in the pleading <u>Laura Greer, Gary Greer, Gary Bird, Cynthia Bird, Thurman Kaiser and Patricia Monteleone, on behalf of themselves and all others similarly situated v. The United States of America, Department of the Army, Corps of Engineers</u>, on the docket of the United States District Court, Eastern District of Louisiana, Civil Action Number 07-647 (K-2), filed February 8, 2007 by Joseph M. Bruno and the Levee Litigation Group by adopting paragraphs III through IX, inclusive of pages 6 through 35 of the Complaint for Damages- Class Action referred to above.

Wherefore, considering the foregoing complainants pray that their original Class Action Complaint be amended in the above particulars.

Respectfully Submitted,

THE CALUDA LAW FIRM

_____
Robert J. Caluda Bar No. 3804
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161