**From:** Smith, Robin (CIV)
**Sent:** Monday, February 26, 2007 3:17 PM
**To:** 'Joseph Bruno'
**Cc:** 'Calvin Fayard'; 'Gerald Edward Meunier '; 'Ralph Hubbard'
**Subject:** Plaintiffs' motion

Joe, unless I misunderstood, the judge asked you to file your papers by noon today. That was more than two hours ago. If you have filed anything, please send it to me immediately, as the delay is reducing the time I have to prepare a response. PACER does not reflect that you have filed anything today.

Thank you for your prompt attention to this.

Robin D. Smith
Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC  20044
202-616-4289 (voice)
202-616-5200 (fax)