file:///k|/My%20Documents/Katrina/KATRINA%20CANAL%20BREACHES...xh.%20B%20(Bruno%20email%20promising%20papers%20shortly).htm

Case 2:05-cv-04182-SRD-JCW    Document 3288-3    Filed 02/28/07    Page 1 of 2

**From:** Joe Bruno [jbruno@brunobrunolaw.com]
**Sent:** Monday, February 26, 2007 5:44 PM
**To:** Smith, Robin (CIV)
**Cc:** Calvin Fayard; Gerald Edward Meunier ; Ralph Hubbard; Joni Scioneaux
**Subject:** RE: Plaintiffs' motion

I apologize. Our group promised that it would be sent shortly.

**Joseph M. Bruno**
Managing Partner
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 561-6775
jbruno@brunobrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Monday, February 26, 2007 2:17 PM
**To:** Joe Bruno
**Cc:** Calvin Fayard; Gerald Edward Meunier ; Ralph Hubbard
**Subject:** Plaintiffs' motion

Joe, unless I misunderstood, the judge asked you to file your papers by noon today.  That was more than two hours ago.  If you have filed anything, please send it to me immediately, as the delay is reducing the time I have to prepare a response.  PACER does not reflect that you have filed anything today.

Thank you for your prompt attention to this.

Robin D. Smith
Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC  20044
202-616-4289 (voice)
202-616-5200 (fax)