# EXHIBIT D

## Smith, Robin (CIV)

| | |
|---|---|
| **From:** | Smith, Robin (CIV) |
| **Sent:** | Friday, January 26, 2007 1:06 PM |
| **To:** | 'Joseph Bruno' |
| **Cc:** | Colquette, Traci L. (CIV); Miller, Kara K. (CIV); McConnon, Jim (CIV); 'Ralph S. Hubbard (rhubbard@lawla.com)' |
| **Subject:** | Plaintiffs' proposed revisions |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

| Tracking: | Recipient | Read |
|---|---|---|
| | 'Joseph Bruno' | |
| | Colquette, Traci L. (CIV) | Read: 01/26/2007 1:06 PM |
| | Miller, Kara K. (CIV) | Read: 01/26/2007 1:07 PM |
| | McConnon, Jim (CIV) | Read: 01/26/2007 1:18 PM |
| | 'Ralph S. Hubbard (rhubbard@lawla.com)' | |
| | Pyles, Phyllis (CIV) | Read: 01/26/2007 4:49 PM |
| | Corlies, Catherine (CIV) | Read: 01/26/2007 1:13 PM |

Joe: The United States strenuously objects to the substantial last-minute changes and additions from the plaintiffs, especially those concerning the Robinson litigation. We will attempt to respond to them within the remaining few hours, but must make it clear at the outset that we do not consider the time available to be sufficient to perform a thorough review and to make a carefully considered response.

The United States provided its insertions more than a week ago, yet the plaintiffs' draft version that we were presented after the close of business last night was unchanged with respect to the MRGO litigation from the version that you gave us last week. We spent most of the day yesterday working through changes proposed for the working document, but you did not suggest any changes to the MRGO language. Providing entirely new provisions today, on the day the document is due to be submitted is wholly inexcusable.

Robin

02/28/2007