# EXHIBIT F



| | |
|---|---|
| SKShutler<br>Telephone: (202) 616-4046  Fax 4159<br>Email: Sharon.Shutler@usdoj.gov | **U.S. Department of Justice**<br>Civil Division<br><br>Post Office Box 14271<br>Washington, D.C. 20044-4271 |

February 20, 2007

Via Electronic Mail

Joseph M. Bruno, Esq.
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, LA 70113

Re:   Statute of Limitations for Claims in Admiralty

Dear Mr. Bruno:

    At the status conference, 13 February, 2007, you requested that I advise you of the Department of Justice's position regarding the relationship between the filing of claims pursuant to the Admiralty Extension Act, 46 U.S.C. app. § 740, and the statute of limitations prescribed by the Suits in Admiralty Act, 46 U.S.C. § 745. The statute of limitations is two years. A claimant may file suit six months after filing a claim against the United States. The six month claim period does not toll the statute of limitations.

    I trust this clarifies our position. Please feel free to contact me should you have any other questions.

Very truly yours,

*Sharon Shutler*

SHARON K. SHUTLER
Trial Attorney
Torts Branch, Civil Division

cc: Stephen G. Flynn
    Robin Smith