# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL CASES | | |

DECLARATION OF SHARON K. SHUTLER

I, Sharon K. Shutler, declare as follows:

1. I am a trial attorney with the U.S. Department of Justice employed in the Torts Branch, Aviation and Admiralty Litigation and one of the attorneys for the United States in these consolidated actions.

2. On Tuesday, February 13, 2007, I attended the status conference before Judge Duval with Robin Smith, also of the Department of Justice. Mr. Bruno approached Mr. Smith in the courtroom and, after a moment or two of conversation, of which I was not a part, Mr. Smith introduced me to Mr. Bruno. Mr. Smith stated to Mr. Bruno that I was

1

one of the attorneys handling admiralty related matters for the Department and could better answer his questions.

3. Mr. Bruno wanted to know the Department's position regarding the relationship between the statute of limitations applicable to admiralty causes of action and the filing of administrative claims. Mr. Bruno said he understood that administrative claims should be filed within 18 months to satisfy the statute of limitations for admiralty causes of action but hoped that the Department of Justice might take a different position and "make us happy." I informed Mr. Bruno that my understanding of the law was that claims should be filed within 18 months to be safe but that I would verify this position upon my return to Washington.

4. At no time during my discussion with Mr. Bruno did he suggest that there was an existing agreement between the Department of Justice and the plaintiffs to treat the filing of an administrative claim under admiralty as having the same effect on the applicable statute of limitations as the filing of an administrative claim under the Federal Torts Claims Act. In fact his question indicated the opposite. Had Mr. Bruno said that it was his opinion that there was already an agreement to treat the filing of a claim as tolling the statute of limitations under the Suits in Admiralty Act, I would have been surprised and would certainly recall his statement.

5. On Tuesday, February 20, 2007, I sent a letter to Mr. Bruno confirming that under the Suits in Admiralty Act, 46 U.S.C. § 745, the statute of limitations is two years.

A claimant may file suit six months after filing a claim against the United States. The six month claim period does not toll the statute of limitations. *See* Exh. G (letter from Shutler to Bruno, dated 2/20/2007).

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2007.

*Sharon K. Shutler*
SHARON K. SHUTLER