UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION   * <br> * <br> _____ * <br> * <br> LEVEE CASES   * <br> PERTAINS TO:  06-11208   * <br> (Speed)   * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION <br><br> NUMBER  05-4182 <br><br> SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)

Defendant, the Public Belt Railroad Commission for the City of New Orleans (the "Public Belt"), moves this Court for leave to file the attached "Reply In Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6)" (the "Motion to Dismiss"). The Public Belt's Motion to Dismiss is Doc. No. 3029.

The Public Belt's Reply responds to the plaintiffs' opposition memorandum and does not simply reargue the Public Belt's original supporting memorandum. The Public Belt respectfully suggests that the Reply will assist the Court in ruling on the Motion to Dismiss. In compliance with Uniform District Court Rule 7.3E, a proposed order is attached.

-2-

          Respectfully submitted,

          HAMILTON, BROWN & BABST

          */s/ Galen S. Brown*
          GALEN S. BROWN, T.A. (#3556)
          KAREN E. MILNER (#8499)
          601 POYDRAS STREET, SUITE 2750
          NEW ORLEANS, LOUISIANA  70130
          TELEPHONE:  (504) 566-1805
          FAX:  (504) 566-1569
          E-MAIL: gbrown@hamiltonfirm.net

          Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 28th day of February, 2007.

          */s/ Galen S. Brown*
          GALEN S. BROWN