UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION          * | | |
|                                   * | | NUMBER 05-4182 |
|                                   * | | |
|                                   * | | SECTION "K" (2) |
| LEVEE CASES                       * | | |
| PERTAINS TO: 06-11208             * | | JUDGE DUVAL |
| (Speed)                           * | | |
|                                   * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## O R D E R

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Reply In Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6);

**IT IS ORDERED** that the Reply of the Public Belt Railroad Commission for the City of New Orleans in Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6), be filed as requested.

New Orleans, Louisiana, this _____ day of _____, 2007.

**UNITED STATES DISTRICT JUDGE**