IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § PERTAINS TO: § § ALL CASES § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

## PLAINTIFFS' MOTION TO TOLL THE PERIOD DURING WHICH MARITIME SUITS MAY BE FILED BY ALL HURRICANE KATRINA VICTIMS

NOW COME Phillip Reed, on behalf of himself and all others similarly situated (the plaintiff in Civil Action No. 06-2152); Lowana Artus, *et al.*, on behalf of themselves and all others similarly situated, (the plaintiffs in Civil Action No. 06-2824); Eric Anderson, on behalf of himself and all others similarly situated (the plaintiff in Civil Action No. 06-5162); Angele J. Guient, *et al.*, on behalf of themselves and all others similarly situated (the plaintiffs in Civil Action No. 07-621); and Laura Greer, *et al.*, on behalf of themselves and all others similarly situated (the plaintiffs in Civil Action No. 07-647) (collectively "Plaintiffs"), and respectfully request that the Court enter an order tolling the period during which all victims of Hurricane Katrina are required to file maritime suits against the United States of America (the "Government") under the Suits in Admiralty Act, 46 U.S.C. app. §§

741 et seq. ("SAA"), the Public Vessels Act, 46 U.S.C. app. §§ 781 et seq. ("PVA") and/or the Extension of Admiralty Jurisdiction Act, 46 U.S.C. app §§ 781 et seq. ("ASA"), until at least six months after the Court decides whether or not to certify a class in these consolidated suits, for the reasons set forth in the attached memorandum filed in support hereof.

Respectfully Submitted:

*s/Joseph M. Bruno*
Joseph M. Bruno (Louisiana Bar No. 3604)
David S. Scalia (Louisiana Bar No. 21369)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, LA 70113
Telephone: 504-525-1335
Facsimile: 504-561-5775
E-Mail: jbruno@brunobrunolaw.com
Liaison Counsel for all Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 26th day of February, 2007 served a copy of the foregoing pleading on all parties to this proceeding electronically via the courts CM/ECF system.

*s/Joseph M. Bruno*
JOSEPH M. BRUNO
