UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION   * <br> * <br> _____ * <br> * <br> LEVEE CASES * <br> PERTAINS TO: 06-11208 * <br> (Speed) * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION <br><br> NUMBER  05-4182 <br><br> SECTION "K"  (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## O R D E R

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Reply In Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6);

**IT IS ORDERED** that the Reply of the Public Belt Railroad Commission for the City of New Orleans in Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6), be filed as requested.

New Orleans, Louisiana, this __1st__ day of _____March_____, 2007.

_____
UNITED STATES DISTRICT JUDGE