# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | |
| | | * | NO. 05-4182 "K"(2) |
| | | * | |
| PERTAINS TO LEVEE: | 06-11208 (Speed) | * | JUDGE DUVAL |
| | | * | |
| | | * | MAG. WILKINSON |

## EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)

Defendant, the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF"), moves this Court for leave to file the attached "Supplemental Memorandum in Support of BNSF Railway Company's Motion for Dismissal Under Rule 12(b)(6)." The BNSF Railway Company's Motion to Dismiss is Doc. No. 3028.

The BNSF Railway Company's Reply responds to the plaintiffs' opposition memorandum. The BNSF Railway Company respectfully suggests that the Reply will assist the Court in ruling on the Motion to Dismiss. In compliance with Uniform District Court Rule 7.3E, a proposed order is attached.

Respectfully submitted,

**FRILOT, PARTRIDGE, L.C.**


*/s/* Michael R. Phillips
**PATRICK A. TALLEY, JR. (#1616)**
**MICHAEL R. PHILLIPS (#21020)**
**CARL E. HELLMERS, III (#25705)**
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have on this 1st day of March, 2007 served a copy of the foregoing on all counsel of record via facsimile and/or by the United State Postal Service properly addressed and postage prepaid.

*/s/* Michael R. Phillips