UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO LEVEE:   06-11208 (Speed) | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

**ORDER**

Considering the above and foregoing Motion by defendant, the BNSF Railway Company, for Leave to File Reply in Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6);

**IT IS ORDERED** that the Supplemental Memorandum in Support of BNSF Railway Company's Motion for Dismissal Under Rule 12(b)(6) be filed as requested.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

1