UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" 2 JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-5104 - *Gorbaty v. Amica*) | § § § § § § | |

## UNOPPOSED *EX PARTE* MOTION TO EXTEND EXPERT REPORT DEADLINES AND INCORPORATED MEMORANDUM

PLAINTIFFS, Matthew and Amanda Gorbaty ("Gorbaty"), move this Court for an extension of time of eighteen days, or until **March 20, 2007**, to issue expert reports. Correspondingly, Gorbaty moves this Court to extend the deadline for defendant, Amica Mutual Insurance Company ("Amica"), to issue expert reports to **April 20, 2007**.

Pursuant to the Scheduling Order, expert reports are due for Gorbaty on March 2, 2007 and Amica on April 2, 2007. In part because of difficulties in arranging for experts to inspect the property at issue, Gorbaty needs additional time for its experts to prepare and deliver a report to Amica. On February 26, 2007, counsel for Gorbaty conferred with Christopher Jones, counsel for Amica. Counsel for Amica does not oppose the filing of the instant motion.

Case 2:05-cv-04182-SRD-JCW    Document 3300    Filed 03/01/07    Page 2 of 2

Trial in this matter has been set for June 21, 2007. The proposed extension will not affect the trial date. Other than this motion, neither party has requested an extension of any deadline. Accordingly, Gorbaty respectfully requests that this Court grant this unopposed motion and extend the deadline for parties to issue expert reports to **March 20, 2007** (for Gorbaty) and **April 20, 2007** (for Amica).

_____
JAMES M. GARNER #19589 (T.A.)
CHRISTOPHER T. CHOCHELES #26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR MATTHEW AND AMANDA GORBATY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 1st day of March, 2007.

_____
JAMES M. GARNER