UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" 2 JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-5104 - *Gorbaty v. Amica*) | |

## ORDER

CONSIDERING THE FOREGOING MOTION: Unopposed *ex Parte* otion to Extend Expert Report Deadlines:

IT IS HEREBY ORDERED that the Unopposed *Ex Parte* Motion to Extend Expert Report Deadlines of Plaintiffs, Matthew and Amanda Gorbaty, is GRANTED. The deadline for Plaintiffs to issue expert reports shall be extended to March 20, 2007 and the deadline for defendant, Amica Mutual Insurance Company, to issue expert reports shall be extended to April 20, 2007.

New Orleans, Louisiana, this ____ day of March, 2007.

_____
U.S. DISTRICT COURT JUDGE