# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ST. RITA | § | |
| *Alfonso, 06-9641* | § | |
| *Aliff, 06-9642* | § | |
| *Anguzza, 06-9038* | § | |
| *Beatmann, 06-8947* | § | |
| *Bell, 06-9037* | § | |
| *Berthelot, 06-8810* | § | |
| *Bracklien, 06-7633* | § | |
| *Conlon, 06-9321* | § | |
| *Darsam, 06-9569* | § | |
| *DePascual, 06-8982* | § | |
| *Dorand, 06-9191* | § | |
| *Franz, 06-10426* | § | |
| *Gallodoro, 06-9206* | § | |
| *Gonzales, 06-8972* | § | |
| *Herzog, 06-8992* | § | |
| *Hubert, 06-8219* | § | |
| *Johnson, 06-7400* | § | |
| *Kenney, 06-7355* | § | |
| *Kramer, 06-7457* | § | |
| *Lepine, 08-8881* | § | |
| *Lewis, 06-8107* | § | |
| *Lopez, 07-269* | § | |
| *Lott, 06-9236* | § | |
| *Montalbano, 06-8963* | § | |
| *Morales, 06-5962* | § | |
| *Mullins, 06-7802* | § | |

|  |  |
|---|---|
| *Poissenot, 06-7858* | § |
| *Rodrigue, 06-6639* | § |
| *Thedy, 06-8106* | § |
| *Thomason, 06-9192* | § |
| *Verges, 06-8731* | § |
| *Vidrios, 06-10790* | § |
|  | § |

## UNITED STATES' EX PARTE MOTION FOR LEAVE TO FILE A REPLY WITH INCORPORATED MEMORANDUM IN SUPPORT

Third-party defendant, the United States of America, hereby requests leave to file a Reply Memorandum in support of its Motion to Dismiss Third-Party Demands (Rec. Doc. 1959).[1]

The United States seeks dismissal of the third-party demands because the Court lacks jurisdiction over the subject matter of the third-party demands against the United States. The United States requests leave to file a reply memorandum to respond to the arguments made by the defendants/third-party plaintiffs in their opposition memorandum.

---

[1] On December 4, 2006, the United States filed Rec. Doc. 1959, a consolidated motion to dismiss the third-party demands against it in all St. Rita-related cases consolidated under the *In re Katrina Canal Breaches Consolidated Litigation* umbrella at that time. After the filing of that consolidated motion to dismiss, additional St. Rita-related cases were consolidated, and the United States filed individual motions to dismiss each of those cases. *See Aliff* (06-9642), Rec. Doc. 2206; *Beatmann* (06-8947), Rec. Doc. 2194; *Bracklien* (06-7633), Rec. Doc. 2176; *Darsam* (06-9569), Rec. Doc. 2201; *Franz* (06-10426), Rec. Doc. 2003; *Lepine* (06-8881), Rec. Doc. 2183; *Lopez* (07-269), Rec. Doc. 3084; *Mullins* (06-7802), Rec. Doc. 2171; *Vidrios* (06-10790), Rec. Doc. 2650. Each third-party demand against the United States has been identical, and the United States' motions to dismiss raised identical grounds for dismissal. The United States seeks to file one consolidated reply memorandum in support of each of its motions to dismiss the St. Rita-related third-party demands against it.

The United States' proposed reply memorandum is attached hereto. The defendants/third-party plaintiffs have no objection to the United States' request.

Pursuant to Local Rule 7.3E, this motion is accompanied by a proposed order.

Dated: March 1, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　C. FREDERICK BECKNER III
　　　　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　PHYLLIS J. PYLES
　　　　　　　　　　　　　　　　　　　　Director, Torts Branch

　　　　　　　　　　　　　　　　　　　　s/ Kara K. Miller
　　　　　　　　　　　　　　　　　　　　Kara K. Miller
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Torts Branch, Civil Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Benjamin Franklin Station, P.O. Box 888
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　　(202) 616-4448 / (202) 616-5200 (Fax)
　　　　　　　　　　　　　　　　　　　　Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Kara K. Miller, hereby certify that on March 1, 2007, I served a true copy of the United States' Motion for Leave to File a Reply With Incorporated Memorandum in Support and the United States' proposed Reply Memorandum upon all counsel of record by ECF, electronic mail, or first class mail.

                                      s/ Kara K. Miller
                                           Kara K. Miller