**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ST. RITA | § | |
| *Alfonso, 06-9641* | § | |
| *Aliff, 06-9642* | § | |
| *Anguzza, 06-9038* | § | |
| *Beatmann, 06-8947* | § | |
| *Bell, 06-9037* | § | |
| *Berthelot, 06-8810* | § | |
| *Bracklien, 06-7633* | § | |
| *Conlon, 06-9321* | § | |
| *Darsam, 06-9569* | § | |
| *DePascual, 06-8982* | § | |
| *Dorand, 06-9191* | § | |
| *Franz, 06-10426* | § | |
| *Gallodoro, 06-9206* | § | |
| *Gonzales, 06-8972* | § | |
| *Herzog, 06-8992* | § | |
| *Hubert, 06-8219* | § | |
| *Johnson, 06-7400* | § | |
| *Kenney, 06-7355* | § | |
| *Kramer, 06-7457* | § | |
| *Lepine, 08-8881* | § | |
| *Lewis, 06-8107* | § | |
| *Lopez, 07-269* | § | |
| *Lott, 06-9236* | § | |
| *Montalbano, 06-8963* | § | |
| *Morales, 06-5962* | § | |
| *Mullins, 06-7802* | § | |

| | |
|---|---|
| *Poissenot, 06-7858* | § |
| *Rodrigue, 06-6639* | § |
| *Thedy, 06-8106* | § |
| *Thomason, 06-9192* | § |
| *Verges, 06-8731* | § |
| *Vidrios, 06-10790* | § |
| _____ | § |

## **ORDER**

Having considered the United States' Ex Parte Motion for Leave to File a Reply with Incorporated Memorandum in Support, for good cause shown, it is hereby ORDERED that the United States of America is granted leave to file its proposed Reply Memorandum in Support of its Motion to Dismiss Third-Party Demands.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE