IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE (06-5163) | * | |
| CREATO GORDON, ET AL. v. | * | |
| UNITED STATES OF AMERICA, ET AL. | * | |
| | * | |
| | * | |

**REPLY MEMORANDUM CONCERNING T.L. JAMES & COMPANY, INC.'S
MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)
OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT
PURSUANT TO RULE 56**

NOW INTO COURT, through undersigned counsel, comes defendant, T.L. James &

Company, Inc. (hereinafter "T.L. James"), to respectfully suggest to this Court that: on or about

February 1, 2007, T.L. James moved this Court to dismiss the Complaint of Creato Gordon, et al,

Civil Action No. 06-5163 on the grounds that any claims alleged by plaintiffs against T.L. James are

perempted and the further ground that the plaintiffs' allegations of fraud are conclusory and deficient

as a matter of law; pursuant to this Court's Minute Entry of December 6, 2006 (Doc. # 2034), any

opposition to T.L. James' motion was due on or before February 22, 2007; and, as of the date of this reply, undersigned counsel has not received any opposition on behalf of plaintiffs nor has any opposition been entered on the docket of these proceedings. Accordingly, T.L. James respectfully suggests that its Motion to Dismiss Pursuant to Rule 12(b)(6) or in the Alternative Motion for Summary Judgment Pursuant to Rule 56 is unopposed and therefore should be granted.

Respectfully submitted,

**MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, LLP**

---

**A. GORDON GRANT, JR. (#6221) (T.A.)**
**PHILIP S. BROOKS, JR. (#21501)**
**KENNETH J. GELPI, JR. (#24103)**
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
*T.L. James & Company, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _1st_ day of _March_, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, electronic filing, facsimile, email, overnight mail and/or by U.S. Mail.

---