UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FAGEY LUPIN FISCHMAN** | * | CIVIL ACTION |
| **Plaintiff,** | * | |
| | * | NO. 06-4952 |
| **VERSUS** | * | |
| | * | SECTION: K; DIV. (2) |
| **STATE FARM INSURANCE COMPANY** | * | |
| **Defendant.** | * | JUDGE: DUVAL |
| | * | |
| | * | MAGISTRATE: WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S UNOPPOSED MOTION
### PURSUANT TO LR 3.E TO SUPPLEMENT AND AMEND COMPLAINT

Plaintiff, Fagey Lupin Fischman, through undersigned counsel moves to supplement and amend her previously filed complaint to plead error and reformation. During a status conference on February 14, 2007, before the Honorable Lance Africk before whom this matter was then pending, counsel for plaintiff advised counsel for defendant that plaintiff would amend her complaint to plead

error and reformation, to which defendant consented to allow the filing of a supplemental and amending complaint.

Respectfully submitted,

_____
JAMES M. GARNER, #19589, T.A.
DEBRA J. FISCHMAN #5578
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
dfischman@shergarner.com

**ATTORNEYS FOR PLAINTIFF,
FAGEY LUPIN FISCHMAN**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on ALL counsel of record by facsimile, electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 1st day of March, 2007.

_____
DEBRA J. FISCHMAN

-2-