UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FAGEY LUPIN FISCHMAN** | * | CIVIL ACTION |
| Plaintiff, | * | |
| | * | NO. 06-4952 |
| **VERSUS** | * | |
| | * | SECTION: K;  DIV. (2) |
| **STATE FARM INSURANCE COMPANY** | * | |
| Defendant. | * | JUDGE:     DUVAL |
| | * | |
| | * | MAGISTRATE: WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Plaintiff's Unopposed Motion Pursuant to LR 3.E to Supplement and Amend Complaint filed on behalf of Plaintiff, Fagey Lupin Fischman;

IT IS HEREBY ORDERED, that Plaintiff, Fagey Lupin Fischman, be allowed to supplement and amend her previously filed complaint to plead error and reformation.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE