**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB 28 PM 4: 37
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-5032) NATHANIEL JOSEPH, ET AL. V. NEW ORLEANS SEWERAGE AND WATER BOARD, ET AL. | § § § § § | |

### MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Nathaniel Joseph, Tommy Thompson, Jamie Espadron, Kandy Espadron, Frank Mitchell, Lucinda Mitchell, on behalf of themselves and all others similarly situated, who respectfully represent to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice.

Respectfully submitted:

THE LAW OFFICE OF
MARION OVERTON WHITE

_____
MARION OVERTON WHITE
Louisiana Bar: 13428
511 E. Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 12 day of February, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Marion Overton White/*
MARION OVERTON WHITE
Louisiana Bar: 13428
511 E. Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296