UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR -2  AM 9: 57

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> LEVEE (06-5032) § <br> NATHANIEL JOSEPH, ET AL. V. NEW ORLEANS § <br> SEWERAGE AND WATER BOARD, ET AL. § | CIVIL ACTION <br> NO.: 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKERSON |

## ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, Nathaniel Joseph, Tommy Thompson, Jamie Espadron, Kandy Espadron, Frank Mitchell, Lucinda Mitchell, on behalf of themselves and all others similarly situated, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice. Each party is to bear their own costs.

New Orleans, Louisiana, this 1st day of March, 2007.

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____