UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:                          CIVIL ACTION NO: 05-4182

ST. RITA:    <u>Montalbano</u> (06-8963)     SECTION "K"

                                      MAGISTRATE: 2

**************************************************************************

JOINT VOLUNTARY MOTION TO DISMISS
<u>THIRD PARTY DEMAND</u>

**NOW INTO COURT**, through undersigned counsel come Plaintiffs, Albert Montalbano, Joseph Montalbano, Jr., and Linda Montalbano and Defendants, Salvador Mangano, Mabel Mangano, and Buffman, Inc., a/k/a St. Rita's Nursing Home, who move this Court to dismiss without prejudice the United States of America as a third party defendant in this suit while maintaining defendants' Third Party Demand against Kathleen Blanco, in her official capacity of Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals, Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General, State of Louisiana; the Lake Borgne Basin Levee District; and Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard.

RESPECTFULLY SUBMITTED:

**/s/ Dominick F. Impastato, III**
LLOYD N. FRISCHHERTZ, #5749
DOMINICK F. IMPASTATO, III, #29056
MARC L. FRISCHHERTZ, #29194
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, Louisiana 70130
504-523-1500 (phone)
504-581-1670 (fax)
*Attorneys for Plaintiffs*

and

**/s/   Susan E. Henning**
SUSAN E. HENNING (#6793)
JAMES A. COBB, JR. (#4213)
LOUIS G. SPENCER (#26520)
1515 Poydras Street, Suite 1950
New Orleans, LA 70112
Telephone: (504) 581-1301
Facsimile: (504) 581-6020

## CERTIFICATE OF SERVICE

I hereby certify that on **March 2, 2007,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> James A. Cobb, Jr
>
> John F. Emmett
>
> Clifton O. Bingham, Jr
>
> Lawrence J. Duplass
>
> William M. Hudson, III
>
> Rachelle D. Dick
>
> Michael McGrath Duran, Sr
> Brent Bennett Barriere
>
> Stephen H. Vogt

      Stevens E. Moore

      Amanda G. Clark

      Louis G. Spencer
      Jeremy D. Goux
      Catherine Elena Lasky
      Robert R. Wood, Jr
      Kara K. Miller

      I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

      **/s/ Dominick F. Impastato, III**
      La. Bar No. 29056