UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:                                    CIVIL ACTION NO: 05-4182

ST. RITA: <u>Montalbano</u> (06-8963)              SECTION "K"

                                                MAGISTRATE: 2

*************************************************************************

## ORDER

Considering the foregoing Motion to Remand:

It is hereby adjudged and decreed that this Court matter is to be remanded to the 34th Judicial Court for the Parish of St. Bernard for further proceedings.

Signed this _____ day of _____, 2007.

_____
JUDGE