UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION NO: 05-4182
CONSOLIDATED LITIGATION

SECTION "K"

PERTAINS TO:

MAGISTRATE: 2

ST. RITA: <u>Mattox</u> (07-657)

*************************************************************************

**ORDER**

CONSIDERING THE FOREGOING, Voluntary Motion to Dismiss filed by Fred Mattox, et al. And Defendants, Salvador A. Mangano, Mabel B. Mangano, and Buffman, Inc. a/k/a St. Rita's Nursing Home;

IT IS HEREBY ORDERED the United States of America, made third party defendant herein is hereby dismissed from this matter, without prejudice, and shall no longer be a party to this litigation.

Signed this _____ day of March, 2007 in New Orleans, Louisiana

_____
JUDGE