**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION NO: 05-4182
CONSOLIDATED LITIGATION

                                        SECTION "K"
PERTAINS TO:
                                        MAGISTRATE: 2
ST. RITA: Kenney (06-7355)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT VOLUNTARY MOTION TO DISMISS**
**THIRD PARTY DEMAND**

        **NOW INTO COURT**, through undersigned counsel come Plaintiffs, Jeffrey M. Kenney,

et al. and Defendants, Salvador Mangano, Mabel Mangano, and Buffman, Inc., a/k/a St. Rita's

Nursing Home, who move this Court to dismiss without prejudice the United States of America

as a third party defendant in this suit while maintaining defendants' Third Party Demand against

Kathleen Blanco, in her official capacity of Governor of the State of Louisiana; State of

Louisiana, Department of Transportation and Development; State of Louisiana, Department of

Health and Hospitals, Frederick P. Cerise, M.D., in his official capacity as Secretary, Department

of Health and Hospitals; State of Louisiana, Office of the Attorney General, State of Louisiana;

the Lake Borgne Basin Levee District; and Henry J. Rodriguez, in his official capacity as

President, Parish of St. Bernard.

                                        RESPECTFULLY SUBMITTED:

                                        **/s/ Dominick F. Impastato, III**
                                        LLOYD N. FRISCHHERTZ, #5749
                                        DOMINICK F. IMPASTATO, III, #29056
                                        MARC L. FRISCHHERTZ, #29194

Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, Louisiana 70130
504-523-1500 (phone)
504-581-1670 (fax)
*Attorneys for Plaintiffs*

and


   **/s/  Susan E. Henning**
SUSAN E. HENNING (#6793)
JAMES A. COBB, JR. (#4213)
LOUIS G. SPENCER (#26520)
1515 Poydras Street, Suite 1950
New Orleans, LA 70112
Telephone: (504) 581-1301
Facsimile: (504) 581-6020


## CERTIFICATE OF SERVICE

I hereby certify that on **March 2, 2007,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James A. Cobb, Jr
John F. Emmett
Clifton O. Bingham, Jr
Lawrence J. Duplass
William M. Hudson, III
Rachelle D. Dick
Michael McGrath Duran, Sr
Brent Bennett Barriere
Stephen H. Vogt
Stevens E. Moore
Amanda G. Clark
Louis G. Spencer
Jeremy D. Goux
Catherine Elena Lasky
Robert R. Wood, Jr
Kara K. Miller

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

**/s/ Dominick F. Impastato, III**

La. Bar No. 29056