UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

NO. 06-5116 (SIMS)                                  NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)                         NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)                    NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)                    NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)                    NO. 06-5140 (PORTER)

**MOTION FOR ENTRY OF A PROCEDURE ORDER
SIMPLYFYING THE PROCEDURES FOR THE ADDITION
OF CLAIMS AGAINST THE CORPS OF ENGINEERS,
AND FOR ADDING NEW PARTIES ASSERTING LIKE CLAIMS**

**NOW INTO COURT**, through undersigned counsel come the Plaintiffs in Sims, et al, Case No. 06-5116, Christophe, et al, Case No. 06-5134, Richard, et al, Case No. 06-5118, Williams, et al, Case No. 06-5137, Augustine, et al, Case No. 06-5142, DePass, et al, Case No. 06-5127, Ferdinand, et al, Case No. 06-5132, Adams, et al, Case No. 06-5128, Bourgeois, et al, Case No. 06-5131, Porter, et al, Case No. 06-5140, to seek entry of a Procedures Order pursuant to which:

(a)     any named Plaintiff may be deemed to assert his cause of action against the United States Army Corps of Engineers under the Federal Tort Claims Act and/or Suit in Admiralty Act upon mere passage of the six months of filing of a Form SF 95 asserting same, as amended, by means of a notice of filing of claim providing the claim identification number or other acknowledgment of receipt thereof; and

(b)     A non-party may be added as a plaintiff to the existing suit, upon filing of a notice of intervention, through or with the consent of counsel of record in the particular case, thereby becoming a Plaintiff in the proceeding for all purposes; and

providing further, that the named defendants in such proceeding will be deemed served process with respect to such claim (a) or such action (b) if a copy of the notice of claim or notice of intervention is sent to said defendant through counsel of record and evidenced by the certificate of counsel; the answer or motions filed or pending shall be deemed applicable to the added cause of action or claims by the party so added.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.   /s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com
Attorneys for Plaintiffs

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W358510

CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of March, 2007, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                              /s/ William C. Gambel

W358510