## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) and (3) |
| _____ | * | |
| | | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## MOTION FOR ENTRY OF A PROCEDURE ORDER
## SIMPLYFYING THE PROCEDURES FOR THE ADDITION
## OF CLAIMS AGAINST THE CORPS OF ENGINEERS,
## AND FOR ADDING NEW PARTIES ASSERTING LIKE CLAIMS

**NOW INTO COURT**, through undersigned counsel come the Plaintiffs in Sims, et al,

Case No. 06-5116, Christophe, et al, Case No. 06-5134, Richard, et al, Case No. 06-5118,

Williams, et al, Case No. 06-5137, Augustine, et al, Case No. 06-5142, DePass, et al, Case No.

06-5127, Ferdinand, et al, Case No. 06-5132, Adams, et al, Case No. 06-5128, Bourgeois, et al,

Case No. 06-5131, Porter, et al, Case No. 06-5140, to seek entry of a Procedures Order pursuant

to which:

(a)     any named Plaintiff may be deemed to assert his cause of action against the

United States Army Corps of Engineers under the Federal Tort Claims Act and/or Suit in

Admiralty Act upon mere passage of the six months of filing of a Form SF 95 asserting

same, as amended, by means of a notice of filing of claim providing the claim

identification number or other acknowledgment of receipt thereof; and

(b)     A non-party may be added as a plaintiff to the existing suit, upon filing of a notice

of intervention, through or with the consent of counsel of record in the particular case,

thereby becoming a Plaintiff in the proceeding for all purposes; and

providing further, that the named defendants in such proceeding will be deemed served process

with respect to such claim (a) or such action (b) if a copy of the notice of claim or notice of

intervention is sent to said defendant through counsel of record and evidenced by the certificate

of counsel; the answer or motions filed or pending shall be deemed applicable to the added cause

of action or claims by the party so added.


                                        Respectfully submitted,


OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.   /s/ William C. Gambel
                                 William C. Gambel (LA Bar No. 5900)
                                 909 Poydras Street, Suite 2300
                                 New Orleans, LA  70112-1010
                                 Telephone:  (504) 569-7000
                                 Telecopy:  (504) 569-7001
                                 wgambel@millinglaw.com
                                 Attorneys for Plaintiffs


John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W358510


                                        2

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2007, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/ William C. Gambel

W358510