UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion for Entry of a Procedure Order Simplifying the Procedures for the Addition of Claims Against the Corps of Engineers, and for Adding New Parties Asserting Like Claims has been scheduled and set for the 21st day of March, 2007, at 9:30 a.m. before the Honorable Stanford R. Duval, Jr., United States District Judge President.

Respectfully submitted,

OF COUNSEL:  
MILLING BENSON WOODWARD, LLP

/s/ William C. Gambel  
WILLIAM C. GAMBEL (#5900)  
909 Poydras Street, Suite 2300  
New Orleans, LA  70112-1010  
Telephone:  (504) 569-7000  
Telecopy:   (504) 569-7001  
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)  
Cummings & Cummings

416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423


W358910

## CERTIFICATE OF SERVICE

     I certify that on this 2nd day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                            /S/ William C. Gambel

W358910