UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE:   06-11208 (Speed) | * * * | JUDGE DUVAL  MAG. WILKINSON |

### ORDER

Considering the above and foregoing Motion by defendant, the BNSF Railway Company, for Leave to File Reply in Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6);

**IT IS ORDERED** that the Supplemental Memorandum in Support of BNSF Railway Company's Motion for Dismissal Under Rule 12(b)(6) be filed as requested.

New Orleans, Louisiana, this __5th__ day of _____March_____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

1