UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § | |
| _____ § **PERTAINS TO:** § LEVEE (06-5260) § BOBBY L. LEDUFF, ET AL. § § § § | CIVIL ACTION No. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |

**ORDER ON PLAINTIFF'S RULE 41(a)(2) MOTION TO DISMISS DEFENDANT STATE OF LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT WITHOUT PREJUDICE**

Pending before the Court is **PLAINTIFF'S RULE 41(a)(2) MOTION TO DISMISS DEFENDANT STATE OF LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT WITHOUT PREJUDICE**.  After due consideration of the motion, this Court is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE, **ORDERED**, **ADJUDGED** and **DECREED** that:

1) All of Plaintiffs' claims against Defendant State of Louisiana, through the Department of Transportation and Development only are dismissed WITHOUT prejudice; and

2) Plaintiffs and Defendant State of Louisiana, through the Department of Transportation and Development shall bear their own costs.

SIGNED THIS __5th__ DAY OF _____March_____, 2007.

_____
UNITED STATES DISTRICT JUDGE