## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA RELATED
    ST. RITA'S NURSING HOME

FREDA D. MATTOX, JUDITH E.
LATAPIE AND LOUIS C. MAHONEY,
JR., Individually and on behalf of Their
Deceased Mother, ANNA GRACE
SCHIELDER

    VS.

SALVADOR A. MANGANO, MABEL B.
MANGANO, BUFFMAN, INC., D/B/A
ST. RITA'S NURSING HOME, and
LOUISIANA NURSING HOME
ASSOCIATION TRUST

CIVIL ACTION

NO 07-657   "K"  (2)

JUDGE DUVAL

MAGISTRATE JUDGE
WILKINSON

## JOINT MOTION TO DISMISS THIRD-PARTY DEMAND

**NOW INTO COURT**, though undersigned counsel, come third-party defendants

Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of

Louisiana; Department of Transportation and Development; Johnny Bradberry, in his official

capacity as Secretary of the Louisiana Department of Transportation and Development; State of

Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official

capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the

Attorney General; and Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants"), respectfully move this Court to dismiss them from the above-captioned proceeding, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

The Louisiana Defendants are protected from suits in federal court pursuant to the Eleventh Amendment of the United States Constitution, because they are all administrative arms and officials of the State of Louisiana to whom sovereign immunity applies.  Consequently, the Louisiana Defendants are entitled to dismiss all claims against them.

The third-party demand filed by third-party plaintiffs, Buffman, Inc. d/b/a St. Rita's Nursing Home Facility, Mabel Mangano and Salvador Mangano ("Third-Party Plaintiffs"), fails to state a cause of action for which relief can be granted against Louisiana Defendants.

**WHEREFORE**, for the foregoing reasons (as more fully detailed in the attached supporting memorandum), third-party defendants Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana; Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana, respectfully pray that their motion to dismiss be granted, and that the claims asserted against them in the third-party demand be dismissed.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:    /s/  Brent B. Barriere
        Brent B. Barriere (La. Bar No. 2818)
        Special Assistant Attorney General

        Susie Morgan (La. Bar No. 9715)
        Catherine E. Lasky (La. Bar No. 28652)
        Robert R. Wood, Jr. (La. Bar No. 29488)
        **PHELPS DUNBAR LLP**
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF**
**TRANSPORTATION AND DEVELOPMENT,**
**JOHNNY BRADBERRY, SECRETARY**


BY:    /s/  William M. Hudson, III
        William M. Hudson, III (La. Bar No. 1970)
        Special Assistant Attorney General
        Oats & Hudson
        100 East Vermillion Street, Suite 400
        Lafayette, LA  70501
        Telephone:  (337) 233-1100
        Facsimile:  (337) 233-1178

        Clifton O. Bingham, Jr. (La. Bar No. 3052)
        Special Assistant Attorney General
        Oats & Hudson
        343 Third Street, Suite 550
        Baton Rouge, LA  70801
        Telephone:  (225) 383-9993
        Facsimile:  (225) 383-6993

NO.99763639.1

Michael M. Duran, Jr. (La. Bar No. 18875)
Special Assistant Attorney General
Oats & Hudson
530 Natchez Street, Suite 200
New Orleans, LA  70130
Telephone:  (504) 527-0960
Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN
BLANCO, GOVERNOR**


**BY:**/s/  Shelly D. Dick
        Shelly D. Dick (La. Bar No. 18865)
        Special Assistant Attorney General
        Amanda G. Clark (La. Bar No. 24432)
        Forrester, Jordan & Dick
        4981 Bluebonnet Avenue
        Baton Rouge, LA  70809
        Telephone:  (225) 928-5400
        Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS
OFFICIAL CAPACITY AS SECRETARY,
DEPARTMENT OF HEALTH AND
HOSPITALS**

**BY:**   /s/  Stephen Vogt
        Stephen Vogt (La. Bar No. 07706)
        Special Assistant Attorney General
        Thibaut, Thibaut & Vogt
        P. O. Box 36
        7809 Jefferson Hwy, Suite D-3
        Baton Rouge, LA  70809
        Telephone:  (225) 923-3200
        Facsimile:  (225)

NO.99763639.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 5th day of March, 2007.

/s/   Brent B. Barriere

## ST. RITA SERVICE LIST

| | |
|---|---|
| J. E. Cullens, Jr.<br>Moore, Walters, Thompson, Thomas, Papillion & Cullens<br>6513 Perkins Rd.<br>Baton Rouge, LA 70808-0359 | Stevens E. Moore<br>833 Baronne Street<br>New Orleans, LA 70113 |
| Daniel L. Dysart<br>Paul A. Tabary, III<br>3510 N. Causeway Blvd., Suite 600<br>Metairie, LA 70002 | Chadwick W. Collings<br>Tom W. Thornhill<br>1308 Ninth Street<br>Slidell, LA 70458 |
| Michael C. Code<br>J.A. "Jay" Beatmann, Jr.<br>3445 N. Causeway Blvd., Suite 724<br>Metairie, LA 70002 | Gregory J. Noto<br>532 E. Judge Perez Drive, Suite 102<br>Chalmette, LA 70043 |
| Jeremy D. Goux<br>Martha D. Bowden<br>417 North Theard Street<br>Covington, LA 70433 | William E. Rittenberg<br>Larry Samuel<br>715 Girod Street, Suite 200<br>New Orleans, LA 70130 |
| M. Chad Trammell<br>Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards St., 8th Floor, Suite 820<br>Shreveport, LA 71101 | Caprice Ieyoub<br>Kathryn W. Landry<br>Ieyoub & Landry<br>8180 YMCA Plaza, Suite C<br>Baton Rouge, LA 70810 |
| Leon N. Frischhertz<br>Marc L. Frischhertz<br>Dominick F. Impastato, III<br>Frischhertz & Associates<br>634 Connell's Park Lane | James B. Guest<br>1900 32nd Street<br>Kenner, LA 70065 |

NO.99763639.1

| | |
|---|---|
| Baton Rouge, LA  70806 | |
| Joseph P. Lopinto, III<br>P. O. Box 246<br>Metairie, LA  70004 | William R. Mustian<br>3117 22nd Street, Suite 6<br>Metairie, LA  70002 |
| Lawrence J. Duplass<br>Duplass, Zwain, Bourgeois, Morton,<br>  Pfister & Weinstock<br>3838 N. Causeway Blvd., Suite 2900<br>Metairie, LA  70002 | David O. Walker<br>2220 Bonaventure Court<br>P. O. Box 1190<br>Alexandria, LA  71309-1190 |
| James A. Cobb, Jr.<br>Emmett, Cobb, Waits & Kessenich<br>1515 Poydras St., Suite 1950<br>New Orleans, LA  70112 | Patrick G. Kehoe, Jr.<br>833 Baronne Street<br>New Orleans, LA  70113 |
| Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards Street<br>Suite 820<br>Shreveport, LA  71101 | Stephen R. Rue<br>Stephen R. Rue & Associates<br>3309 Williams Blvd.<br>Kenner, LA  70005 |
| Damon A, Kirin<br>Dilberto & Kirin<br>3636 S. I-10 Service Road, W.<br>Suite 210<br>Metairie, LA  70001 | |

NO.99763639.1