## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA RELATED<br>ST. RITA'S NURSING HOME | CIVIL ACTION<br><br>NO 07-657   "K"  (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE JUDGE<br>WILKINSON |
| **FREDA D. MATTOX, JUDITH E. LATAPIE AND LOUIS C. MAHONEY, JR.,** Individually and on behalf of Their Deceased Mother, **ANNA GRACE SCHIELDER** | |
| VS. | |
| **SALVADOR A. MANGANO, MABEL B. MANGANO, BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, and LOUISIANA NURSING HOME ASSOCIATION TRUST** | |

### NOTICE OF HEARING

TO:   James A. Cobb, Jr.
      Emmett, Cobb, Waits & Kessenich
      1515 Poydras St., Suite 1950
      New Orleans, LA  70112

**PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the

Attorney General; Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To Dismiss, on the 21st day of March, 2007, at 9:30 o'clock a.m., before the Honorable Stanwood R. Duval, Jr.

          Respectfully submitted,

          **CHARLES C. FOTI, JR.**
          **ATTORNEY GENERAL**

BY:   /s/   Brent B. Barriere
         Brent B. Barriere (La. Bar No. 2818)
         Special Assistant Attorney General

         Susie Morgan (La. Bar No. 9715)
         Catherine E. Lasky (La. Bar No. 28652)
         Robert R. Wood, Jr. (La. Bar No. 29488)
         **PHELPS DUNBAR LLP**
         Canal Place
         365 Canal Street • Suite 2000
         New Orleans, Louisiana 70130-6534
         Telephone: (504) 566-1311
         Telecopier: (504) 568-9130