UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MRGO, Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

**UNOPPOSED MOTION OF PLAINTIFFS' LIAISON COUNSEL FOR AN ORDER DIRECTING ALL PLAINTIFF COUNSEL IN LEVEE, MR-GO, AND INSURANCE CASES WHO HAVE FILED CLASS ACTION COMPLAINTS TO FORWARD COPIES OF THEIR COMPLAINTS AND ALL SUPPLEMENTAL AND AMENDING COMPLAINTS TO LIAISON COUNSEL FOR THEIR RESPECTIVE SUB-GROUPS AND TO PLAINTIFFS' LIAISON COUNSEL, JOSEPH M. BRUNO**

NOW COMES Joseph M. Bruno, Plaintiffs' Liaison Counsel, who with respect states:

I.

Case Management Order No. 4 sets forth in Paragraph II(B)(1) that Plaintiffs must file Master Consolidated Class Action Complaints in each of the Levee, MRGO, and Insurance categories no later than March 15, 2007, which Master Consolidated Class Action Complaints shall supercede and replace all previously filed class action complaints.

II.

In order to comply with the order of the Court in Case Management Order No. 4, Paragraph II(B)(1), liaison counsel must incorporate all allegations of all class action complaints previously filed in each of the categories of Levee, MRGO, and Insurance.

III.

In order to assist in facilitation liaison counsels' compliance with the Order of the Court in Case Management Order No. 4, Paragraph II(B)(1), all allegations of all class action complaints previously filed in each of the categories of Levee, MRGO, and Insurance must be made available to Liaison Counsel.

IV.

Mover has informed Defendants' Liaison Counsel, Ralph Hubbard of the filing of this motion and Mr. Hubbard has stated that he has no objection.

WHEREFORE, mover prays for an Order that all plaintiffs' counsel who have previously filed a class action in the category of Levee, MRGO, or Insurance send immediately, and no later than noon on Wednesday March 7, 2007, via e-mail or fax, copies of their Complaint and all Supplemental and/or Amending Complaints to Liaison Counsel for their respective subgroup as well as to Plaintiffs' Liaison Counsel Joseph M. Bruno.

Respectfully Submitted,

s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com