UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MRGO, Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF PLAINTIFFS' LIAISON COUNSEL FOR AN ORDER DIRECTING ALL PLAINTIFF COUNSEL IN LEVEE, MR-GO, AND INSURANCE CASES WHO HAVE FILED CLASS ACTION COMPLAINTS TO COPIES OF THEIR COMPLAINTS AND ALL SUPPLEMENTAL AND AMENDING COMPLAINTS TO LIAISON COUNSEL FOR THEIR RESPECTIVE SUB-GROUPS AND TO PLAINTIFFS' LIAISON COUNSEL, JOSEPH M. BRUNO**

MAY IT PLEASE THE COURT:

Joseph M. Bruno, Plaintiffs' Liaison Counsel, without opposition from Defendants' Liaison Counsel, Ralph Hubbard moves for an Order as described in the title of the memorandum for the following reasons:

Case Management Order No. 4 sets forth in Paragraph II(B)(1) that Plaintiffs must file Master Consolidated Class Action Complaints in each of the Levee, MRGO, and Insurance categories no later than March 15, 2007, which Master Consolidated Class Action Complaints shall supercede and replace all previously filed class action complaints.

In order to comply with the order of the Court in Case Management Order No. 4, Paragraph II(B)(1), liaison counsel must incorporate all allegations of all class action complaints previously filed in each of the categories of Levee, MRGO, and Insurance.

In order to assist in facilitating liaison counsels' compliance with the Order of the Court in Case Management Order No. 4, Paragraph II(B)(1), all allegations of all class action complaints previously filed in each of the categories of Levee, MRGO, and Insurance must be made available to Liaison Counsel.

It is therefore necessary that liaison counsel be provided with this information forthwith, and so it is requested that all plaintiffs' counsel who have previously filed a class action in the category of Levee, MRGO, or Insurance send immediately, and no later than noon on Wednesday March 7, 2007, via e-mail or fax, copies of their Complaint and all Supplemental and/or Amending Complaints to Liaison Counsel for their respective subgroup as well as to Plaintiffs' Liaison Counsel Joseph M. Bruno.

Respectfully Submitted,

s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com