UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

                                                        NO. 05-4182 "K" (2)
PERTAINS TO:  Levee, MRGO, Insurance        JUDGE DUVAL
                                                        MAG. WILKINSON

## ORDER

Considering the deadlines as set forth in Paragraph II(B)(1) of Case Management and Scheduling Order No. 4 ordering the filing of Master Complaints by the PSLC's for the Levee, Insurance, and MR-GO subgroups;

**IT IS HEREBY ORDERED** that the Unopposed Motion of Plaintiffs' Liaison Counsel for an Order Directing All Plaintiff Counsel in Levee, Mr-go, and Insurance Cases Who Have Filed Class Action Complaints to Forward Copies of Their Complaints and All Supplemental and Amending Complaints to Liaison Counsel for Their Respective Sub-groups and to Plaintiffs' Liaison Counsel, Joseph M. Bruno, be and is hereby GRANTED; and

IT IS HEREBY FURTHER ORDER THAT all plaintiffs' counsel who have filed a class action in the category of Levee, MRGO, or Insurance send immediately and no later than noon on Wednesday March 7, 2007, via e-mail at jbruno@brunobrunolaw.com or fax to (504) 561-6775, copies of their Complaint and all Supplemental and/or Amending Complaints to Liaison Counsel for their respective subgroup as well as to Plaintiffs' Liaison Counsel Joseph M. Bruno.

New Orleans, Louisiana, this _____ Day of March, 2007.

                                                        UNITED STATES DISTRICT JUDGE