UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MRGO, Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, Plaintiffs' Liaison Counsel, Joseph M. Bruno in has inquired of Defendants' Liaison Counsel, Ralph Hubbard whether there is any objection to the filing of the Unopposed Motion of Plaintiffs' Liaison Counsel for an Order Directing All Plaintiff Counsel in Levee, Mr-go, and Insurance Cases Who Have Filed Class Action Complaints to Forward Copies of Their Complaints and All Supplemental and Amending Complaints to Liaison Counsel for Their Respective Sub-groups and to Plaintiffs' Liaison Counsel, Joseph M. Bruno. Mr. Hubbard has stated that he has no objection.

Respectfully submitted,

s/Joseph M. Bruno
JOSEPH M. BRUNO (La Bar No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of March, 2007, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery or by fax, e-mail or other electronic means.

s/Joseph M. Bruno
Joseph M. Bruno