UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |
| PERTAINS TO: | * | |
| LEVEE | * | JUDGE DUVAL |
| ADAMS, NO. 06-4065 | * | |
| | * | MAG. WILKINSON |
| * * * * * * * * * * * * * | | |

## ORDER

Considering Boh Bros.ø Memorandum in Opposition to the Motion in the õAdamsö Case to Continue the Hearing on its Peremption Motion Currently Set for March 23, 2007,

**IT IS ORDERED** that plaintifføs Motion to continue the hearing on its peremption motion currently set for March 23, 2007, be and is hereby DENIED.

New Orleans, Louisiana, this _____ day of March, 2007.

_____
Judge, United States District Court