UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|                                                                  |   |                          |
|------------------------------------------------------------------|---|--------------------------|
|                                                                  | * |                          |
| IN RE KATRINA CANAL BREACHES                                     | * | CIVIL ACTION             |
| CONSOLIDATED LITIGATION                                          | * |                          |
|                                                                  | * | NO. 05-4182 "K" (2)      |
| PERTAINS TO:                                                     | * |                          |
| INSURANCE        (*Aaron*, 06-4746)                              | * | JUDGE DUVAL              |
|                                                                  | * |                          |
|                                                                  | * | MAGISTRATE WILKINSON     |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS CLAIMS OF DARLENE AND JERRY WHITTINGTON

**NOW INTO COURT**, through undersigned counsel of record, come Darlene and

Jerry Whittington ("the Whittingtons") and State Farm Fire and Casualty Company ("State

Farm"), who, having amicably resolved, settled and compromised all claims between the

Whittingtons and State Farm, move that this Court enter an Order dismissing all claims asserted

by the Whittingtons against State Farm in this lawsuit, with prejudice, each party to bear its own

costs.

Respectfully submitted,

Jim S. Hall, 21644
Joseph W. Rausch, 11394
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail Address: jim@jimshall.com

Attorneys for Plaintiffs

Wayne J. Lee, 7916
Mary L. Dumestre, 18873
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
Heather S. Lonian, 29956
  of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorneys for Defendant State Farm Fire &
Casualty Company

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Joint Motion to Dismiss Claims of Darlene and Jerry Whittington has been served upon all counsel of record by electronic service through the Court's CM/ECF system or placing same in the United States mail, postage prepaid and properly addressed, this ____ day of March, 2007.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|                                                      |   |                            |
|------------------------------------------------------|---|----------------------------|
|                                                      | * |                            |
| IN RE KATRINA CANAL BREACHES                         | * | CIVIL ACTION               |
| CONSOLIDATED LITIGATION                              | * |                            |
|                                                      | * | NO. 05-4182 "K" (2)        |
| PERTAINS TO:                                         | * |                            |
| INSURANCE      (*Aaron*, 06-4746)                    | * | JUDGE DUVAL                |
|                                                      | * |                            |
|                                                      | * | MAGISTRATE WILKINSON       |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based upon the foregoing Joint Motion to Dismiss Claims of Darlene and Jerry Whittington ("the Whittingtons"),

**IT IS ORDERED** that all claims asserted by the Whittingtons against State Farm Fire and Casualty Company are **DISMISSED WITH PREJUDICE**. The Whittingtons and State Farm shall each bear their own costs with respect to those claims. All other existing claims of the parties to this lawsuit are reserved.

_____

JUDGE

859806v.1