UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br> INSURANCE     (*Aaron,* 06-4746) | *  <br> *  CIVIL ACTION <br> *  <br> *  NO. 05-4182 "K" (2) <br> *  <br> *  JUDGE DUVAL <br> *  <br> *  MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based upon the foregoing Joint Motion to Dismiss Claims of Darlene and Jerry Whittington ("the Whittingtons"),

**IT IS ORDERED** that all claims asserted by the Whittingtons against State Farm Fire and Casualty Company are **DISMISSED WITH PREJUDICE**.  The Whittingtons and State Farm shall each bear their own costs with respect to those claims.  All other existing claims of the parties to this lawsuit are reserved.

_____
JUDGE

859806v.1