UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| _____ | * | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: INSURANCE, | * | |
| *Xavier Univ. of La.*, No. 06-0516 | * | |

### JOINT MOTION AND INCORPORATED MEMORANDUM TO CONTINUE THE MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING BURDEN OF PROOF FILED BY XAVIER UNIVERSITY OF LOUISIANA (REC. DOC. 3131)

**NOW COMES** Plaintiffs' Liaison Counsel, Joseph M. Bruno, and Defendants' Liaison Counsel, Ralph S. Hubbard III, who hereby jointly move this Honorable Court for the entry of an order continuing, without date, but subject to being reset by the Court pursuant to Case Management Order No. 4, the Motion for Partial Summary Judgment Regarding Burden of Proof filed by Xavier University of Louisiana ("Xavier's Motion") [Rec. Doc. 3131].

Inasmuch as Case Management Order No. 4 provides the methodology for filing motions for summary judgment and other plaintiffs and defendants, which are not parties to the *Xavier* litigation (No. 06-0516), have an interest in Xavier's Motion, Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel pray that this Court enter said order.

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:	jbruno@brunobrunolaw.com

**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:	rhubbard@lawla.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of March 2007, a copy of the foregoing Joint Motion and Incorporated Memorandum to Continue the Motion for Partial Summary Judgment Regarding Burden of Proof Filed by Xavier University of Louisiana was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Joseph M. Bruno


/s/ Ralph S. Hubbard