UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE CASES                          JUDGE DUVAL
06-4065 "K" (2) C. Adams, et al.                  MAG. WILKINSON


**ENGINEERS' OBJECTION TO EX PARTE MOTION BY PLAINTIFFS IN C.A. 06-4065
(SECTION "K"), TO CONTINUE MARCH 23, 2007 HEARING ON MOTIONS FOR
SUMMARY JUDGMENT FILED BY ENGINEERS AND CONTRACTORS**

Defendant Engineers, Burk-Kleinpeter, Inc. (BKI), Modjeski and Masters, Inc.

(Modjeski), and Eustis Engineering Company, Inc. (Eustis), object strenuously to the

motion by plaintiffs in *Cathy Adams, et al. v. Boh Bros. Construction Company, LLC, et al.*

(C.A. No. 06-4065)(Cathy Adams Plaintiffs) to postpone the March 23 hearing date for the

Motions for Summary Judgment filed by Movers and Go-Tech, Inc., on the following

grounds:

1.      Plaintiffs neither inquired whether the undersigned had objection to the

motion, nor notified the undersigned that they intended to file a motion to continue the

March 23 hearing date.

2.      The Complaint filed by *Cathy Adams, et al.* (Cathy Adams Plaintiffs) was filed

on August 1, 2006, and immediately allotted to Section K.  Thereafter it was consolidated

with the *Berthelot* case and all other cases under the Katrina umbrella.  Thus, the Cathy

Adams Plaintiffs are bound by the Court's Minute Entry of December 6, 2006, following the

conference of November 29, 2006 "concerning continuing motion practice."  That Minute

Entry specifically provided that the following "procedures, deadlines and scheduling cut-offs

are established with respect to <u>all cases that have been filed or will be filed and</u>

<u>consolidated with</u> [*Berthelot*] <u>as of December 15, 2006</u>." (Emphasis added)(Document No.

2034, 12-06-06 Minute Entry, page 1)

3.      That Minute Entry also provided that "all Rule 12 motions on the pleadings

must be filed no later than February 1, 2007. . ., (and) be noticed for hearing on Friday,

March 23, 2007.  It also provided that "responses/oppositions must be filed" by February

22, 2007.

4.      The first ground for the Motion by Cathy Adams Plaintiffs to continue the

hearing date is that a master complaint is to be filed shortly and might name some of the

movers for summary judgment (including Objectors here) as "defendants in admiralty," so

that they (Cathy Adams Plaintiffs) "would like to wait until the master (sic) has been filed

to determine if their complaint should be amended."  But CMO No. 4, entered on March

1, 2007, made it abundantly clear that the "deadline for amending pleadings is now

deemed lapsed and only answers and responsive motions may now be filed with the court,"

because "ample time for completion of pleadings has been provided in the first phase of

these consolidated matters through the call dockets conducted by the court."  (CMO No.

4, pages 12-13) In other words, plaintiffs complaints cannot now be amended to add new

counts; the master complaint is only to consolidate the counts already pled.

5.      Thus, these late amendments could not be permitted except by special order

of the court, or on contradictory motion noticed for hearing, with a showing of good cause;

and Objectors show that there is no good cause since the admiralty issue has been

bandied about since the August 25, 2006 argument on Engineers' First Joint Motion; and

it already has been pled by some parties.

6.      The second stated ground for postponement is that plaintiffs have been

barraged "with the task of finalizing and/or amending Form 95s."  The problem apparently

was "the confusion of a t.v. announcement on February 23, 2007;" but that announcement

came one day after the deadline for the Cathy Adams Plaintiffs to file an Opposition to the

Engineers' pending Motion for Summary Judgment; and the Cathy Adams Plaintiffs had

since February 1, 2007 to prepare that opposition, and did not do so.

7.      The Court's CMO No. 4, just entered, is a product of considerable study and effort; and it sets out a schedule for reasonable completion of all tasks necessary to prepare this case for trial over the next two years.  Postponing these summary judgments would be unreasonable and the request for a continuance could lead to great prejudice as it indicates that there can be new allegations made not only in the master complaint, but by future amended complaints making additional allegations.  The Engineers would have to file serially new motions *ad infinitum*.

Respectfully submitted:


 S/Francis J. Barry, Jr.                                    S/Charles F. Seemann, Jr.

FRANCIS J. BARRY, JR. (#2830)              CHARLES F. SEEMANN, JR. (11912)
(*Engineers Liaison Counsel*)                   Deutsch, Kerrigan & Stiles, L.L.P.
FREDERICK R. BOTT (#3285)                   755 Magazine Street
KEITH J. BERGERON (#25574)                 New Orleans, LA 70130-3672
SCOTT J. HEDLUND (#30549)                  Telephone:    (504) 581-5141
Deutsch, Kerrigan & Stiles, L.L.P.               Facsimile:     (504) 566-1201
755 Magazine Street                              COUNSEL FOR BURK-KLEINPETER, INC.
New Orleans, LA 70130-3672
Telephone:    (504) 581-5141                    S/Mat M. Gray, III

Facsimile:     (504) 566-1201                   MAT M. GRAY, III (#6264)
COUNSEL FOR MODJESKI AND              ALANSON T. CHENAULT, IV (#20747)
MASTERS, INC.                                      Fowler Rodriguez
                                                          400 Poydras Street, 30th Floor
                                                          New Orleans, LA 70130
                                                          Telephone:    (504) 523-2600
                                                          Facsimile:     (504) 523-2705

COUNSEL FOR EUSTIS ENGINEERING
COMPANY, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2007, I served a copy of the foregoing pleading on

all parties in this case via facsimile, e-mail, and/or U.S. Mail.


  s/Francis J. Barry, Jr.
FRANCIS J. BARRY, JR. (#2830)
(*Engineers Liaison Counsel*)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:    (504) 566-1201
E-Mail: fbarry@dkslaw.com
COUNSEL FOR MODJESKI AND
MASTERS, INC.