Click Here & Upgrade
Expanded Features
Unlimited Pages
Documents
Complete
PDF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br>NO: 05-4182<br>JUDGE DUVAL<br>MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PERTAINS TO:
**LEVEE GROUP**
**CASE NO. 06-4065 (Adams)**

**B&K'S MEMORANDUM IN OPPOSITION
TO PLAINTIFFS' MOTION TO CONTINUE
MARCH 23, 2007 HEARING ON B&K'S MOTION
TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT
<u>BASED ON PEREMPTION</u>**

MAY IT PLEASE THE COURT:

B&K Construction Company, Inc. ("B&K") opposes the Motion to Continue the March 23, 2007 hearing[1] on its Motion to Dismiss and/or Motion for Summary Based on

---

[1] The Court has stated that there will be no oral argument on this date.



Peremption (Doc. 2968), filed by Plaintiffs in the *Adams* case, Civil Action No. 06-4065.

B&K hereby incorporates the grounds and arguments in opposition to the Motion to Continue, as stated in Boh Bros.' Memorandum in Opposition to Motion in "Adams" Case to Continue the Hearing on its Peremption Motion Currently Set for March 23,2 007 (Doc. 3328) and Engineers' Objection to Ex Parte Motion by Plaintiffs in C.A. 06-4065 (Section "K"), to Continue March 23, 2007 Hearing on Motions for Summary Judgment Filed by Engineers and Contractors (Doc. 3335)

Respectfully submitted,

\_\_\_/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr.  (#6899)
Betty F. Mullin, (#9818)
Wade M. Bass (#29081)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 7th day of March, 2007.

    ___/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr., Bar No. 6899
Betty F. Mullin, Bar No. 9818
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Center
New Orleans, Louisiana 70163
(504) 569-2030
Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Consolidated Pleadings\Opposition-Continue-Adams.wpd