UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO.  05-4182 |
| PERTAINS TO:<br><br>LEVEE (Breithoff-Weller, No. 06-5367) | * * * * * | SECTION K-2<br><br>JUDGE STANWOOD DUVAL<br><br>MAGISTRATE WILKINSON |

**MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT**
**C.R.PITTMAN CONSTRUCTION COMPANY, INC.,WITHOUT PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Carole A. Breithoff (Weller) and Francis G. Weller, who respectfully represent that based on representations made to them by counsel for defendant C.R.Pittman Construction Company, Inc., Plaintiffs desire to dismiss  said defendant  without prejudice.

Respectfully submitted:

s/Francis G. Weller
FRANCIS G. WELLER (13351) pro se
215 Jewel Street
New Orleans, Louisiana  70124
(504) 908-5708
(504) 288-2986

1

## CERTIFICATE OF SERVICE

I hereby certify that on the _7th___ day of _March____, a copy of the foregoing was filed electronically with the Clerk of Court through the CM/ECF system.

s/Francis G.Weller

FRANCIS G. WELLER
