UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * | CIVIL ACTION  NO. 05-4182  SECTION K-2  JUDGE STANWOOD DUVAL  MAGISTRATE WILKINSON |
| PERTAINS TO:  LEVEE (Breithoff-Weller, No. 06-5367) | | |

**ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT
C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE**

IT IS HEREBY ORDERED that Plaintiffs' claims against defendant in this action be, and they are hereby, dismissed without prejudice, each party to bear its costs.

New Orleans, LA, this _____ day of _____, 2007

_____
JUDGE STANWOOD DUVAL

1

Respectfully submitted:

_____
FRANCIS G. WELLER (13351)
215 Jewel Street
New Orleans, Louisiana  70124
(504) 908-5708
(504) 288-2986
Pro Se

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing a legible copy of same in the United States Mail, properly addressed and postage prepaid, this _____ day of January, 2007, as follows:

_____
FRANCIS G. WELLER