UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | § | |
| _____ | § | |

EX PARTE/CONSENT MOTION FOR ENLARGEMENT OF TIME
AND INCORPORATED MEMORANDUM IN SUPPORT

At the status conference on February 13, 2007, the Court instructed the parties in the *Robinson* case to confer pursuant to Fed. R. Civ. P. 26(f) and to provide the Court with a report on the possibility of implementing a discovery and trial plan in the *Robinson* litigation separate from the case management plan for the consolidated litigation.  On February 27, 2007, the United States requested a one week extension in which to file the report.  The Court granted the extension (Record Doc. No. 3278), and, accordingly, the deadline for filing the report is March 7, 2007.  The parties hereby respectfully request an additional enlargement of time of one day, through and including March 8, 2007, in which to file the Rule 26(f) report.

1

The parties have conferred twice be telephone, once on February 26, 2007, and again on March 5, 2007, and have exchanged several drafts of the report. On March 1, 2007, the Court issued a Case Management Order for the consolidated litigation, and, on March 6, 2007, the *Robinson* plaintiffs provided the United States with a draft Rule 26(f) report which contained several objections to the United States' proposal. Both of these occurrences caused the United States to make changes to its Rule 26(f) proposal. The plaintiffs are currently reviewing a draft of the Rule 26(f) report provided by the United States but have informed counsel for the United States by electronic mail this afternoon that they will not be able to provide their changes until noon EST on March 8, 2007. Counsel for the United States will then need to review the plaintiffs' edits before we can approve the filing of the document with the Court. For these reasons, and despite the parties' best efforts to complete the Rule 26(f) report by March 7, 2007, the parties request a brief enlargement of time.

For good cause shown, the enlargement should be granted. Pursuant to Local Rule 7.3E, a Proposed Order granting this motion is provided.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        /s/ Traci L. Colquette
        TRACI L. COLQUETTE
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 305-7536
        (202) 616-5200 (fax)
        Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Traci L. Colquette, hereby certify that on March 7, 2007, I served a true copy of the above Ex Parte/Consent Motion for Enlargement of Time and Incorporated Memorandum in Support and Proposed Order upon all counsel of record by ECF.

/s/ Traci L. Colquette
Traci L. Colquette