**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | § | |
| _____ | § | |

## ORDER

Having considered the Ex Parte/Consent Motion for Enlargement of Time, and for good cause shown, it is hereby ORDERED that the Ex Parte/Consent Motion for Enlargement of Time is GRANTED.  The parties shall be given an additional day, through and including March 8, 2007, in which to file a Rule 26(f) Report.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE