UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: Levee and MRGO, | § | |
| *Cohen*, No. 06-5042 | § | |
| _____ | § | |

EX PARTE MOTION FOR LEAVE TO FILE RULE 12 MOTION AND
INCORPORATED MEMORANDUM IN SUPPORT

The United States respectfully requests leave to file a Fed. R. Civ. P. 12(b)(1) and 12(h)(3) motion out of time to respond to the Complaint in the instant action in accordance with the Court's Case Management and Scheduling Order No. 4 (Doc. Rec. No. 3299, n.3) in the *In Re: Katrina Canal Breaches Consolidated Litigation*, CA 05-4182.[1]  The Court's Minute Entry of its November 29, 2006, conference concerning the *In Re: Katrina Canal Breaches Consolidated Litigation* required the parties to file their Rule 12 motions with the Court by

---

[1] A lack of subject matter jurisdiction may be raised by a party, or by the Court sua sponte, at any time during the course of a proceeding.  Fed. R. Civ. P. 12(h)(3); *Randall & Blake, Inc. v. Evans (In re Canion)*, 196 F3d 579, 585 (5th Cir. 1999); *Odeco Oil and Gas Co. v. Bonnette*, 4 F.3d 401, 403 n.2 (5th Cir. 1993).

February 1, 2007, for complaints filed prior to December 15, 2006.  Doc. Rec. No. 2034 at 1, 3.

In this case, the plaintiffs filed their Complaint with the Court on August 28, 2006 (Doc. Rec. No. 1).  The Complaint was consolidated with the *In Re: Katrina Canal Breaches Consolidated Litigation* on November 16, 2006 (Doc. Rec. No. 10).  As such, the Court's February 1, 2007, deadline for filing Rule 12 motions with the Court was applicable to this Complaint.  However, because the plaintiffs did not serve the United States with their Complaint until January 24, 2007 (only seven days from the February 1 deadline), the United States was under the misapprehension that it could file its Rule 12 motion on February 8, 2007[2] or later on March 31, 2007[3] in accordance with the Court's Minute Entries of January 24 and February 7, 2007.  Regrettably, the United States misconstrued the Court's instruction regarding the deadline for filing Rule 12 motions in this litigation; and as such, did not file its Rule 12 motion to dismiss this Complaint by February 1, 2007.

For good cause shown, the United States respectfully requests that it be granted leave to file a Rule 12 motion out of time for the instant Complaint.[4]  Pursuant to Local Rule 7.3E, a

---

[2] Per the Court's Minute Entry of January 24, 2007, which provides "that the time to file responsive pleadings in all matters consolidated hereunder is **CONTINUED** to **February 8, 2007**."  Doc. Rec. No. 2860 at 1. (emphasis in original)

[3] Per the Court's Minute Entry of February 7, 2007, which provides "that the time to file responsive pleadings in all matters consolidated hereunder is **CONTINUED** to March 31, 2007."  Doc. Rec. No. 3143 at 2. (emphasis in original)

[4] The United States' Motion to Dismiss with Memorandum in Support is being filed with the Court today.

Proposed Order granting this motion is provided.

Dated: March 8, 2007                              Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  C. FREDERICK BECKNER III
                                                  Deputy Assistant Attorney General

                                                  PHYLLIS J. PYLES
                                                  Director, Torts Branch

                                                  JAMES G. TOUHEY, JR.
                                                  Assistant Director, Torts Branch


                                                  s/ James F. McConnon, Jr.
                                                  JAMES F. MCCONNON, JR.
                                                  Trial Attorney
                                                  Torts Branch, Civil Division
                                                  U.S. Department of Justice
                                                  P.O. Box 888
                                                  Benjamin Franklin Station
                                                  Washington, D.C.  20044
                                                  (202) 353-2604
                                                  (202) 616-5200 (fax)
                                                  jim.mcconnon@usdoj.gov
                                                  Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

    I, James F. McConnon, Jr., hereby certify that on March 8, 2007, I served a true copy of "Ex Parte Motion for Leave to File Rule 12 Motion and Incorporated Memorandum in Support" upon all counsel of record by ECF, electronic mail, or first class mail.

                     /s/ <u>James F. McConnon, Jr.</u>
                        James F. McConnon, Jr.