UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: Levee and MRGO, | § | |
| *Cohen*, No. 06-5042 | § | |
| _____ | § | |

## ORDER

Having considered the Ex Parte Motion for Leave to File Rule 12 Motion and Incorporated Memorandum In Support, and for good cause shown, it is hereby ORDERED that the Ex Parte Motion for Leave to File Rule 12 Motion is GRANTED.  The United States shall have until March 8, 2007, to file its Rule 12 motion.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE