UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>　　　　CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO: Levee and MRGO,<br>　　　　　　　*Cohen*, No. 06-5042<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**DEFENDANT UNITED STATES' MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) and 12(h)(3), Fed. R. Civ. P., the United States moves to dismiss this action for lack of subject-matter jurisdiction. In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, the

1

Exhibit submitted herewith, and the entire record.

                                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        C. FREDERICK BECKNER III
                                        Deputy Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        JAMES G. TOUHEY, JR.
                                        Assistant Director, Torts Branch


                                        s/ <u>James F. McConnon, Jr.</u>
                                        JAMES F. MCCONNON, JR.
                                        Trial Attorney
                                        Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 888
                                        Benjamin Franklin Station
                                        Washington, D.C.  20044
                                        (202) 353-2604
                                        (202) 616-5200 (fax)
                                        jim.mcconnon@usdoj.gov
                                        Attorneys for Defendant United States

March 8, 2007

3

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on March 8, 2007, I served a true copy of "United States' Motion to Dismiss" upon all counsel of record by ECF, electronic mail, or first class mail.

/s/ <u>James F. McConnon, Jr.</u>
James F. McConnon, Jr.