**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  Levee and MRGO, | § | |
| *Cohen*, No. 06-5042 | § | |
| _____ | § | |

<u>**ORDER**</u>

  Having considered the United States Motion to Dismiss, Exhibit thereto, Memorandum in Support thereof, any opposition thereto, and the entire record herein, it is hereby ORDERED that plaintiffs' action is dismissed.

  New Orleans, Louisiana, this _____ day of _____, 2007.


_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana