UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AUDREY WILLIAMS AND | * | |
| REVEREND ANDREW WILLIAMS | * | CIVIL ACTION 06-10714 |
| | * | |
| VERSUS | * | JUDGE MARY ANN VIAL LEMMON |
| | * | |
| ALLSTATE INSURANCE CO., ET AL | * | MAGISTRATE WILKINSON |

*********************************************************************

### NOTICE OF HEARING

Audrey Williams and Reverend Andrew Williams, through their undersigned counsel will bring on for hearing his Motion to Remand and Stay on the ___7th___ day of ___February___, 200_7_, at ___10:00___ o'clock, _A_ M., before the United States District Court, Eastern District of Louisiana. Any objections, answer, or opposition to the Motion must be filed with the Clerk, U.S. District Court, Eastern District, 500 Poydras Street, New Orleans, Louisiana 70130, and a copy sent to the undersigned counsel not less than eight (8) calendar days prior to the hearing.

RESPECTFULLY SUBMITTED:

_____
JOHN W. REDMANN #19984
MARGARET E. MADERE # 28666
LAW OFFICE OF JOHN W. REDMANN, PLC
5407 Mac Arthur Blvd.
New Orleans, Louisiana 70131
Tel: (504) 433-5550
Fax: (504) 433-5556

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a copy of the above and foregoing has this day been served upon all counsel of record and parties by hand delivering, telefaxing, and/or placing same in the U.S. mail, properly addressed and postage prepaid. New Orleans, Louisiana, this _____ day of _____ 200__.

_____
John W. Redmann

16