UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF Orleans

### AFFIDAVIT

BEFORE ME, the undersigned authority, duly commissioned, qualified, and sworn in and for the State and Parish aforesaid, PERSONALLY CAME AND APPEARED:

Reverend Andrew Williams, Jr.

who after being by me first duly sworn, did depose and say:

(1) That he and his wife are the owners of the property located at 5647 Hempstead Road, New Orleans, Louisiana 70127.

(2) That they had a policy of insurance that covered the property issued by Allstate and purchased through Arceneaux.

(3) That Arceneaux serviced their accounts for a number of years providing all manner of insurance advice over a multitude of coverage issues.

(4) That Arceneaux advised them so as to obtain sufficient coverage and insurance protection in case of a hurricane.

(5) That Arceneaux never advised them in any manner or fashion that there was a gap in coverage or otherwise no coverage if Allstate deemed the loss to have been a combination of wind and flood.

(6) That Arceneaux failed to advise them of the need for additional coverage in the event their loss was due to a combination of wind and water.

(7) That Arceneaux advised and assured them prior to Hurricane Katrina that any loss due to both wind and water would be prorated, and they would have complete coverage in the event of hurricane related damage.

(8) That Arceneaux failed to provide the insurance coverage they requested to be completely protected in the event of a hurricane.

(9) That they relied on the expertise and assurances of Arceneaux in order to make their insurance decisions.

(10) That they understood and relied upon the fact that Arceneaux and Allstate would provide an annual "Check Up" of their Policies and that if any changes should be made they would be informed of the necessity.

(11) That they were not contacted by Arceneaux concerning deficiencies in their policy.

(12) That they understood this to mean that there were no deficiencies in their policy.

(13) That to the best of their knowledge and recollection the Williams had conversations with Arceneaux regarding their policy and/or made changes to their policy within the past three years.

(14) That he has read the Petition for Damages filed in the State Court and he asserts that all of the issues of fact contained therein are true and accurate to the best of his knowledge and recollection.

(15) That he has read the Motion and Incorporated Memorandum to Remand and Stay that is being filed in the United States District Court for the Eastern District of Louisiana and he asserts that all of the issues of fact contained therein are true and accurate to the best of his knowledge and recollection.

(16) That any and all paperwork regarding the conversations or correspondence that the Williams had with Arceneaux were destroyed during Hurricane Katrina.

*Rev. Andrew Williams Jr.*
Reverend Andrew Williams, Jr.

Sworn to and subscribed before me this  5th  day of  December , 2006.

_____
Notary Public

My commission expires  at Death .

**ASHLEY D. NICHOLS**
**NOTARY PUBLIC**
Parish of Jefferson, State of Louisiana
LSBA 28703
My Commission is issued for Life.