UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                NO. 05-4182

PERTAINS TO:                                          SECTION "K" (2)
*Hughes*, C.A. No. 06-8885

## ORDER

Before the Court is Plaintiffs' Motion to Remand (Rec.Doc.No. 1920). Plaintiffs bring this action seeking damages for, *inter alia*, the negligence of their flood insurer Allstate in failing to provide coverage that complemented their homeowner's policy.[1] A claim of negligence against a WYO involves the NFIP,[2] and thus, falls within the Court's exclusive subject matter jurisdiction as granted by 42 U.S.C. § 4072. For the reasons set forth in *Stay-N-Play Discovery School, Inc. v. Alverez*, 2006 WL 2947878 (E.D. La Oct. 14, 2006) and *Perret v. American Nat. Property and Cas.*, 2006 WL 3412267 (E.D. La. Nov. 27, 2006), the Court finds that Plaintiffs' motion is without merit. Accordingly,

---

[1] Plaintiff brings claims against its flood insurer despite admitting that flood insurance proceeds have been disbursed. Moreover, the procurement claims against the flood insurer are somewhat questionable, as there seems to be no legal duty for the flood insurer to procure flood insurance for the insured. Yet, this motion does not give the Court occasion to resolve these questions, and thus, the ruling is limited to the instant motion to remand.

[2] *See* C.A. No. 05-4182, Order on Motion Remand, at p. 5 (Rec.Doc.No. 2501); *pertains to Ludwig et al. v. Alliance Ins. Agency Servs., Inc., et al.*, No. 06-8935 (removed Oct. 23, 2006).

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Rec.Doc.No. 1920) is hereby **DENIED**.

New Orleans, Louisiana, on this  8th  day of March, 2007.

　　　　　　　　　　　　　　　　　　STANWOOD R. DUVAL, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE