

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DENNIS J. MULLER, O.D., AND MULLER EYE CENTER, L.L.C., D/B/A COOPER EYE CLINIC,<br>**Plaintiffs** | * * * | CIVIL ACTION NO. 06-9108<br>JUDGE: STANWOOD R. DUVAL, JR.<br>SECTION "K" |
| **VERSUS** | * | MAG.JUDGE: 2 |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND HARRY KELLEHER & CO., INC.,<br>**Defendants** | * * | JOSEPH C. WILKINSON, JR.<br>JURY DEMAND |

\* \* \* \* \* \* \* \* \*

### ANSWER TO PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Harry Kelleher & Company, Inc. ("Kelleher") who, in response to plaintiffs' Petition for Damages, respectfully avers as follows:

### FIRST DEFENSE

The Petition fails to state a claim for which relief can be granted.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

## SECOND DEFENSE

Any losses which plaintiffs have suffered, the existence of which are hereby denied, were caused by the negligence or breaches of duty of third persons for whom Kelleher is not responsible and/or by plaintiffs' own negligence, breaches of duty, want of care in the administration and handling of their own affairs, and/or assumption of known risks, all of which either bar or reduce the amount of any recovery that would otherwise be available to plaintiffs in this case.

## THIRD DEFENSE

Plaintiffs' claims are barred by laches, estoppel, and/or the applicable statute of limitations.

## FOURTH DEFENSE

Any recovery to which plaintiffs are entitled, which is specifically denied, is barred or must be reduced due to plaintiffs' failure to mitigate their own damages.

## FIFTH DEFENSE

Any recovery to which plaintiffs are entitled, which is specifically denied, is governed by the terms and conditions of the insurance policy issued to plaintiffs.

## SIXTH DEFENSE

**AND NOW**, for answer to the individual, numbered, and enumerated separate paragraphs, defendant, Harry Kelleher & Company, Inc., represents as follows:

I.

The allegations in paragraph 1 that pertain to Kelleher are denied. The allegations in paragraph 1 that pertain to Travelers are denied for lack of sufficient information to justify a belief as to their truth and veracity.

II.

The allegations in paragraph 2 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

III.

The allegations in paragraph 3 require no answer.

IV.

The allegations in paragraph 4 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

V.

The allegations in paragraph 5 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

VI.

The allegations in paragraph 6 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

VII.

The allegations in paragraph 7 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

VIII.

The allegations in paragraph 8 are denied.

IX.

The allegations in paragraph 9 are denied.

X.

The allegations in paragraph 10 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XI.

The allegations in paragraph 11 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XII.

The allegations in paragraph 12 are denied except that Kelleher admits that on August 29, 2005, Hurricane Katrina made landfall.

XIII.

The allegations in paragraph 13 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XIV.

The allegations in paragraph 14 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XV.

The allegations in paragraph 15 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XVI.

The allegations in paragraph 16 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XVII.

The allegations in paragraph 17 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XVIII.

The allegations in paragraph 18 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XIX.

The allegations in paragraph 19 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XX.

The allegations in paragraph 20 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXI.

The allegations in paragraph 21 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXII.

The allegations in paragraph 22 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXIII.

The allegations in paragraph 23 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXIV.

The allegations in paragraph 24 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXV.

The allegations in paragraph 25 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXVI.

The allegations in paragraph 26 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXVII.

The allegations in paragraph 27 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXVIII.

The allegations in paragraph 28 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXIX.

The allegations in paragraph 29 require no answer.

XXX.

The allegations in paragraph 30 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXXI.

The allegations in paragraph 31 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXXII.

The allegations in paragraph 32 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXXIII.

The allegations in paragraph 33 require no answer.

XXXIV.

The allegations in paragraph 34 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XXXV.

The allegations in paragraph 35 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

### XXXVI.

The allegations in paragraph 36 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

### XXXVII.

The allegations in paragraph 37 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

### XXXVIII.

The allegations in paragraph 38 require no answer.

### XXXIX.

The allegations in paragraph 39 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

### XL.

The allegations in paragraph 40 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

### XLI.

The allegations in paragraph 41 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

### XLII.

The allegations in paragraph 42 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

### XLIII.

The allegations in paragraph 43 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XLIV.

The allegations in paragraph 44 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XLV.

The allegations in paragraph 45 require no answer.

XLVI.

The allegations in paragraph 46 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XLVII.

The allegations in paragraph 47 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XLVIII.

The allegations in paragraph 48 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

XLIX.

The allegations in paragraph 49 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

L.

The allegations in paragraph 50 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

LI.

The allegations in paragraph 51 require no answer.

LII.

The allegations in paragraph 52 are denied.

LIII.

The allegations in paragraph 53 fail to state a claim against Kelleher for which relief can be granted. In addition, the allegations in paragraph 53 are denied.

LIV.

The allegations in paragraph 54 fail to state a claim against Kelleher for which relief can be granted. In addition, the allegations in paragraph 54 are denied.

LV.

The allegations in paragraph 55 are denied.

LVI.

The allegations in paragraph 56 that pertain to Kelleher are denied. The allegations in paragraph 56 that pertain to Travelers are denied for lack of sufficient information to justify a belief as to their truth and veracity.

LVII.

The allegations in paragraph 57 are denied.

LVIII.

The allegations in paragraph 58 are denied for lack of sufficient information to justify a belief as to their truth and veracity.

LIX.

The allegations in paragraph 59 are denied.

LX.

The allegations in paragraph 60 are denied.

LXI.

The allegations in paragraph 61 set forth legal conclusions for which no answer is required. However, to the extent an answer is required, the same are denied.

LXII.

The allegations in paragraph 62 fail to state a claim against Kelleher for which relief can be granted. Furthermore, to the extent that the allegations in paragraph 62 pertain to Kelleher, the same are denied. To the extent that the allegations in paragraph 62 pertain to Travelers, the same are denied for lack of sufficient information to justify a belief as to their truth and veracity.

LXIII.

The allegations in paragraph 63 are denied.

LXIV.

The allegations in paragraph 64 request procedural relief for which no answer is required.

LXV.

The allegations in paragraph 65 require no answer.

LXVI.

The allegations in the prayer for relief set forth legal conclusions and/or request procedural relief for which no answer is required. However, to the extent an answer is required, the same are denied.

**WHEREFORE**, defendant, Harry Kelleher & Company, Inc., prays that its answer be deemed good and sufficient and that after the completion of these proceedings, there be judgment rendered in favor of defendant and against plaintiffs dismissing the Petition for Damages with prejudice, assessing all costs against plaintiffs, and awarding all just and equitable relief to which Kelleher may be entitled.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN,
 ALLWEISS & HAUVER, L.L.P.**

_____
**MAX J. COHEN (17515)
MARCELLE P. MOULEDOUX (30339)**
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735
(504) 581-2450
(504) 581-2461 (Fax)
Email: MCohen@LSHAH.COM
            MMouledoux@LSHAH.COM
**Attorneys for Harry Kelleher & Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding by hand delivery, by fax, by Federal Express, or by placing a copy in the United States Mail, postage prepaid and properly addressed this 6th day of _____March_____, 2007.

_____
**MAX J. COHEN**