UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE:<br>*La. Environmental Action Network*<br>*(06-9147)* | * | JUDGE DUVAL<br><br>MAG. WILKINSON |

MOTION FOR LEAVE TO FILE MEMORANDUM
IN OPPOSITION TO UNITED STATES'
MOTION TO DISMISS UNDER 12(b)(6)

**NOW INTO COURT** through undersigned counsel, come Plaintiffs in *Bourgeois et al.*, Case No. 06-5131, *Adams et al.*, Case No. 06-5128 and *Ferdinand et al.*, Case No. 06-5132, home, property and business owners, and residents who suffered damages and losses from flooding proximately caused by the failure of the London Outfall Canal Levee, requests leave to file the attachedto Memorandum in Opposition to the Motion of the United States to Dismiss the claims asserted by the Louisiana Acton Environmental Network (LEAN.  (Doc. 2951).

March 8, 2007.

Respectfully submitted,

OF COUNSEL:                                     /s/ William C. Gambel
MILLING BENSON WOODWARD, LLP    WILLIAM C. GAMBEL (#5900)
                                                             909 Poydras Street, Suite 2300
                                                             New Orleans, LA  70112-1010
                                                             Telephone:  (504) 569-7000
                                                             Telecopy:   (504) 569-7001
                                                             wgambel@millinglaw.com

                                                             Attorneys for Amici Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:     (504) 522-8423

W359137

CERTIFICATE OF SERVICE

      I certify that on this 8th day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                            /s/ William C. Gambel

W359137