**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | | **NO. 05-4182 "K" (2)** |
| _____ | * | |
| **PERTAINS TO LEVEE:** | * | **JUDGE DUVAL** |
| *La. Environmental Action Network* | | |
| *(06-9147)* | | **MAG. WILKINSON** |

**ORDER**

Considering the foregoing Motion for Leave to File Memorandum in Opposition to United States' Motion to Dismiss under 12(b)(6),

IT IS ORDERED that the said Motion for Leave to File Memorandum in Opposition to the Motion of the United States to Dismiss the claims asserted by the Louiosiana Action Environmental Network (LEAN) (Doc. 2951) filed by Plaintiffs in *Bourgeois et al*., Case No. 06-5131, *Adams et al*., Case No. 06-5128 and *Ferdinand et al*., Case No. 06-5132, home, property and business owners, and residents who suffered damages and losses from flooding proximately caused by the failure of the London Outfall Canal Levee, be and the same hereby is GRANTED.

New Orleans, Louisiana on this the \_\_\_\_\_day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

W359138