Case 2:05-cv-04182-SRD-JCW   Document 3352-3   Filed 03/08/07   Page 1 of 1

Independent Levee
Investigation Team

New Orleans Levee Systems
Hurricane Katrina
July 31, 2006

of electricity to power the pumping station, and (4) shut-down or disruption of the pump facilities as a result of flooding. Pumping failure from evacuations, flooding, loss of electricity, and loss of lubrication (potable water) accounted for 46%, 26%, 8%, and 4% loss of total pumping capacity, respectively (Figure 10.53). These failures and breakdowns do not reflect multiple failure modes, such as a pump station being evacuated, only later to be overwhelmed as a result of breaches in the flood defense system (i.e. a break in the drainage canal wall such as at 17th Street Canal).

In addition to these four failure modes, there are three other significant pump and drainage system-based failure modes that impacted the proper performance of the pump and drainage system during Hurricane Katrina. These failure modes are (1) reverse flow (Figure 10.54) through the pumping stations due to inadequate pump discharge elevation clearance (and a lack of internal reverse-flow protection), (2) loss of drainage capabilities as a result of breach of the drainage canal [such as within the 17th Street Drainage Canal, the Orleans Canal, and the London Avenue Drainage Canal as shown in Figure 10.55], and (3) lack of sufficient temporary storage capacity [such as within St. Bernard parish between the interior levee and the MRGO exterior levee], where discharged water is ponded behind the MRGO levee until the gates of the two control structures can be opened to allow the stored water to drain into Lake Borgne. It is interesting to note that water discharged from the Lower 9th Ward must drain through approximately 10.5 miles of bayou (Figure 10.55) until it is finally discharged from the protected area through the control structure gates, which are not configured to allow discharge of water during storm events, instead of having the pump station discharge directly into the much closer IHNC about 650 feet from the pump station.

Mitigation of these systemic flaws and performance inhibitors will require significant effort, and should prompt a full re-evaluation of the pumping and unwatering system configuration and details in order to develop an improved system that can function reliably both during and after major storm events.

## 10.10  Conclusions

Hurricane Katrina resulted in the catastrophic flooding of the greater New Orleans area. Although the magnitude of the storm surge that overwhelmed the levee flood defense system was greater than the capacity of the system, the extent of the devastating damage could have been greatly minimized if the system had been robustly designed. There were many miles of earthen levees that were significantly overtopped, but did not breach catastrophically. These levees that did not breach were only overtopped for a few hours' duration and the quantity of water that did flow over the levees could have been pumped out of the protected area utilizing the existing drainage network and pump infrastructure (see Chapter 4). The levees that were not able to withstand overtopping breached catastrophically, allowing the full magnitude of the storm surge to overwhelm the protected area.

Design guidelines need to be updated to ensure the design and construction of robust levee systems. All failure mechanisms must be acknowledged and included in the design evaluation. All levees should be designed to withstand overtopping. Material selection and compaction are critical components to ensure adequate performance and appropriate