deciding when another lift will be constructed, the general policy has been that if a foot of settlement has occurred then preparation of plans and specifications should begin.

As the lifts are constructed over time, the rate of subsidence generally tends to decrease. This means that the length of time between levee lift may increase, and the amount of material required to raise the levee will decrease. For the Lake Pontchartrain and Vicinity project, the initial through the final lift includes an additional amount of fill called overbuild. This material is used to raise the levee somewhat higher than the design elevations to account for shrinkage and long-term subsidence

### 3.2.1.2. History

The Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project originated from an act of Congress, approved June 15, 1955, that authorized examinations and surveys of the coastal and tidal areas of the eastern and southern United States susceptible to damage from hurricanes.

Subsequently, the New Orleans District submitted the Interim Survey Report, Lake Pontchartrain, Louisiana, and Vicinity on November 21, 1962. To prevent large tidal surges from entering Lake Pontchartrain during the approach of hurricanes from the Gulf of Mexico, the survey report advocated a hurricane protection plan that consisted of a barrier at the eastern end of the lake, complete with tidal and navigation structures in the Rigolets and Chef Menteur Pass and a dual purpose navigation lock in the Inner Harbor Navigation Canal (IHNC) at Seabrook. The plan posited in the survey report also recommended new or enlarged protective works fronting the developed or potentially developable areas along the lakefront.

The survey report served as the genesis for what came to be known as the Barrier Plan. On March 4, 1964, the Chief of Engineers sent a report to the Secretary of the Army that recommended the construction of the eastern lake barrier and barrier complexes, as well as new lakeshore levees in St. Charles Parish, Citrus, and New Orleans East, and the enlargement of existing protective works in Jefferson Parish, Orleans Parish, and at Mandeville. The report also recommended the authorization of a separate plan for the Chalmette area that included improvements to the levees flanking the IHNC and the construction of new levees along the south side of the Mississippi River-Gulf Outlet (MRGO) from the IHNC to Bayou Dupré and on toward Violet.

The 1965 Flood Control Act (Public Law 89-298) authorized the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project generally in accordance with the recommendations contained within the report of the Chief of Engineers. Upon the receipt of funds in 1966, construction of the hurricane protection project began. In accordance with the National Environmental Policy Act of 1969, the New Orleans District completed and submitted an environmental impact statement for the project. The adequacy of the environmental impact statement was challenged in court, and, on December 30, 1977, the U.S. District Court, Eastern District of Louisiana, enjoined the New Orleans District from constructing the barrier complexes, the New Orleans East levee system, and the Chalmette area plan (which had since been extended southward along the MRGO) pending acceptance of a revised environmental impact statement. The following March, the injunction was modified to allow the continuation of all

Volume III  The Hurricane Protection System                                                          III-31

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.