UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |
| | | * | |
| | | * | |
| PERTAINS TO: | | * | |
| | | * | |
| LEVEE | (06-5785- Cochran) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC. WITHOUT PREJUDICE

**NOW INTO COURT,** come Plaintiffs, Jimmy Cochran, Sr. and Cynthia Cochran, and based upon the representations made to counsel for Plaintiffs by counsel for Defendant, Virginia Wrecking Co., Inc., move to dismiss their Petition for Damages herein against Virginia Wrecking Co., Inc. without prejudice.  Plaintiffs specifically reserve all rights against all other parties to this lawsuit and not dismissed herein.  Defendant, Virginia Wrecking Co., Inc. has no objection to this motion.

**WHEREFORE,** Plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice Plaintiffs' Petition for Damages as to Defendant, Virginia Wrecking Co., Inc. Plaintiffs specifically reserve their rights and causes of action against all other parties not dismissed herein.

Respectfully submitted,

S/William R. Mustian, III
William R. Mustian, III, Bar No. 09865
Stanga & Mustian
3117 22nd Street, Suite 6
Metairie, LA 70002

Attorney for Plaintiffs, Jimmy Cochran, Sr.
and Cynthia Cochran