MINUTE ENTRY
DUVAL, J.
FEBRUARY 28, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K"(2) |
| | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
REC. DOC. 1731, 2345, 2382 & 2919

## ORAL ARGUMENT

**LEVEE, RESPONDER: (06-4389 & 06-6099)**
MOTION to Dismiss Party State of Louisiana, State Agencies, State Officials filed by Louisiana State, Kathleen Blanco, Governor's Office of Homeland Security and Emergency Preparedness, Jeff Smith, Department of Social Services, State of Louisiana, Ann S Williams, Louisiana Department of Public Safety and Corrections, Richard L. Stalder, Johnny D. Bradberry (06-4389; Individually and in his official capacity as Secretary of the Department of Transportation and Development, State of Louisiana), Department of Transportation And Development, State of Louisiana, doc. 1731.

**LEVEE, RESPONDER: (06-6099):**
MOTION for Sanctions by Louisiana State, doc. 2345.

**ALL LEVEE, MRGO, RESPONDER: (05-4181, 06-4389, 06-5786, & 06-6099):**
MOTION to Disqualify Counsel by plaintiffs, doc. 2382.

**LEVEE: (06-5786):**
MOTION to Dismiss Party State of Louisiana, Governor Kathleen Blanco, DOTD, Secretary Johnny Bradberry, DPSC, Secretary Richard Stalder, Louisiana Department of Public Safety and Corrections, Department of Transportation And Development by Richard L. Stalder, Louisiana State, Kathleen Blanco, Louisiana Department of Public Safety and Corrections, Johnny D. Bradberry, Department of Transportation And Development, State of Louisiana, doc. 2919.

CASE MANAGER:  SHEENA DEMAS
COURT RECORDER:  BONNIE HEBERT

APPEARANCES:       Michael Duran, Sr., Phyllis Glazer, Michael Keller, & Ashton O'Dwyer, Jr.,

Court begins at 10:00 a.m.
Case called.  All present and ready.
Oral argument only, on motions for sanctions and to disqualify counsel by parties.  Pltf's offer exhibits P-1-1 thru P-1-8 and P-2 thru P-4, admitted.
Court GRANTED, motions to dismiss, docs. 1731 & 2919.  Court DENIED, motion to disqualify counsel, doc. 2382 & Court took under ADVISEMENT, motion for sanctions, doc. 2345.  Court shall prepare and issue an order for the reasons orally stated on the record.  Court adjourns at 11:00 a.m.

JS-10 (1:00)

**AO 187(Rev. 4/82)**          **EXHIBIT AND WITNESS LIST**

| COLEEN BERTHELOT, ET AL     VS. | BOH BROTHERS CONSTRUCTION CO., LLC., ET AL | DISTRICT COURT EASTERN DISTRICT OF LOUISIANA |
|---|---|---|
| PLAINTIFF'S ATTORNEY SEE MINUTE ENTRY | DEFENDANT'S ATTORNEY SEE MINUTE ENTRY | DOCKET NUMBER CA 05-4182 "K"(2) |
| | | TRIAL DATE(S) FEBRUARY 28, 2007 |
| PRESIDING JUDGE STANWOOD R. DUVAL, JR. | COURT RECORDER BONNIE HEBERT | COURTROOM DEPUTY SHEENA DEMAS |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-1-1 THRU P-1-8 | | 2/28/07 | X | X | VARIOUS PHOTOS OF PLAINTIFF SHOWING INJURIES SUSTAINED TO LEGS |
| P-2 | | " | X | X | LETTER OF 12/29/06 TO C/O RICHARD STALDER, SECRETARY |
| P-3 | | " | X | X | LETTER OF 12/29/06 C/O COL. HENRY K. WHITEHORN, SUPERINTENDENT |
| P-4 | | " | X | X | LETTER OF 1/16/07 C/O CHARLES C. FOTI, JR. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

2