UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANCAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182** |
| | * | |
| | * | **SECTION K** |
| **PERTAINS TO:** | | |
| *Gambino, C.A. No. 06-8636* | * | **MAG. (2)** |

**************************************************

## MOTION FOR ENTRY OF FINAL JUDGMENT

**NOW INTO COURT,** through undersigned counsel comes Alliance Insurance Agency Services, Inc., defendant, who moves this Court pursuant to F.R.C.P. Rules 59 and 60, to enter final judgment in accordance with the attached Judgment/ORDER, pursuant to 28 U.S.C. 1291, or alternatively, F.R.C.P. Rule 54.

**WHEREFORE,** Alliance Insurance Agency Services, Inc. prays for entry of final judgment from this Court's ruling entered February 28, 2007.

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

***WILLIAM H. ECKERT (#18591)***
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7556*
**Fax:** (504) 836-7566
**Email:** beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com