UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANCAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION K |
| PERTAINS TO: | | |
| *Gambino, C.A. No. 06-8636* | * | MAG. (2) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## J U D G M E N T

**CONSIDERING THE FOREGOING** Motion for Entry of Final Judgment;

**IT IS ORDERED** that in conjunction with the Court's prior ruling entered February 28, 2007, and considering this Court's Orders on file herein,

**IT IS FURTHER ORDERED AND DECREED** that the Court's ruling entered February 28, 2007 is hereby entered as a final judgment pursuant to 28 U.S. C. 1291, or alternatively, Rule 54, F.R.C.P, and Alliance Insurance Agency Services, Inc. is dismissed from this action with prejudice.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE