UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDY M. PAUL and <br> WILLIE MACKIE, SR. <br> Plaintiffs, <br> <br> VERSUS <br> <br> SEWERAGE AND WATER BOARD OF <br> NEW ORLEANS, BOARD OF <br> COMMISSIONERS FOR THE <br> ORLEANS LEVEE DISTRICT, BOARD <br> OF COMMISSIONERS OF THE PORT <br> OF NEW ORLEANS, THE CITY OF <br> NEW ORLEANS, NEW ORLEANS <br> PUBLIC BELT RAILROAD <br> COMMISSION, CSX <br> TRANSPORTATION, INC., BNSF <br> RAILWAY COMPANY, f/k/a <br> BURLINGTON NORTHERN AND <br> SANTA RE RAILROAD COMPANY, <br> and THE LOUISIANA DEPARTMENT <br> OF TRANSPORTATION AND <br> DEVELOPMENT <br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> NO.  07-993 <br> <br> SECTION "K" <br> <br> MAGISTRATE <br> DIVISION (2) <br> <br> Removed from the Civil District <br> Court for the Parish of Orleans, <br> State of Louisiana, Division "I-14" |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS THE CLAIMS**
**OF THE PLAINTIFFS PURSUANT TO F.R.C.P. RULE 12(b)(6)**

  **NOW INTO COURT** comes defendant, the Public Belt Railroad Commission for the City of New Orleans, through undersigned counsel, and respectfully moves the court as follows:

**I.**

Defendant moves to dismiss the claims of the plaintiffs, pursuant to F.R.C.P. Rule 12(b)(6), because the complaint fails to state a claim against defendant upon which relief can be granted, for the reasons fully set forth in the accompanying memorandum in support of this motion.

Respectfully submitted,

HAMILTON, BROWN & BABST

_____
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 28th day of February, 2007.

_____
GALEN S. BROWN