UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDY M. PAUL and<br>WILLIE MACKIE, SR.<br>           Plaintiffs, | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 07-993 |
| VERSUS | *<br>* | SECTION "K" |
| SEWERAGE AND WATER BOARD OF<br>NEW ORLEANS, BOARD OF<br>COMMISSIONERS FOR THE<br>ORLEANS LEVEE DISTRICT, BOARD<br>OF COMMISSIONERS OF THE PORT<br>OF NEW ORLEANS, THE CITY OF<br>NEW ORLEANS, NEW ORLEANS<br>PUBLIC BELT RAILROAD<br>COMMISSION, CSX<br>TRANSPORTATION, INC., BNSF<br>RAILWAY COMPANY, f/k/a<br>BURLINGTON NORTHERN AND<br>SANTA RE RAILROAD COMPANY,<br>and THE LOUISIANA DEPARTMENT<br>OF TRANSPORTATION AND<br>DEVELOPMENT<br>           Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MAGISTRATE<br>DIVISION (2)<br><br>Removed from the Civil District<br>Court for the Parish of Orleans,<br>State of Louisiana, Division "I-14" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion to Dismiss the Claims of the Plaintiffs pursuant to F.R.C.P. Rule 12(b)(6), filed by the Public Belt Railroad Commission for the City of New Orleans, will come on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse for the Eastern District of

Louisiana, 500 Camp Street, New Orleans, Louisiana on the 21st day of March, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

        Respectfully submitted,

        HAMILTON, BROWN & BABST

        */s/ Galen S. Brown*
        GALEN S. BROWN, T.A. (#3556)
        KAREN E. MILNER (#8499)
        601 POYDRAS STREET, SUITE 2750
        NEW ORLEANS, LOUISIANA 70130
        TELEPHONE: (504) 566-1805
        FAX: (504) 566-1569
        E-MAIL: gbrown@hamiltonfirm.net

        Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

### **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 28th day of February, 2007.

        */s/ Galen S. Brown*
        GALEN S. BROWN