UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL, ET AL. | CIVIL ACTION 07-993 |
| VS. | SECTION "K" |
| | JUDGE DUVAL |
| SEWERAGE AND WATER BOARD | MAGISTRATE (2) |
| OF NEW ORLEANS, ET AL. | MAG. JUDGE WILKINSON |

## MOTION TO DIMISS

Now into Court, through undersigned counsel, comes the State of Louisiana Department of Transportation and Development, who with respect shows that pursuant to the sovereign immunity provided for in the Eleventh Amendment of the United States Constitution, this Honorable Court has no subject matter jurisdiction to hear claims against it.

Wherefore, pursuant to Fed. R. Civ. Pro. 12(b)(1), and as fully set forth in the accompanying Memorandum, the State of Louisiana Department of Transportation and Development respectfully moves this Honorable Court to dismiss all claims against it, with prejudice and at plaintiffs' cost.

       Respectfully submitted,

       CHARLES C. FOTI, JR.,
       Attorney General

By: *Stephen F. Babin*
   _____
   Stephen F. Babin (#2634)
   Michael Keller (#20895)
   Thomas M. Brahney (#26815)
   Office of the Louisiana Attorney General
   601 Poydras St., Suite 1725
   New Orleans, LA  70130
   Tel.: (504) 599-1200; Fax: (504) 599-1212
   Assistant Attorneys General
   BabinS@ag.state.la.us
   KellerM@ag.state.la.us
   BrahneyT@ag.state.la.us


By: *Lambert J. Hassinger, Jr.*
   _____
   Richard G. Duplantier, Jr., TA (#18874)
   Timothy W. Hassinger (#25085)
   Lambert J. Hassinger, Jr. (#21683)
   Galloway, Johnson, Tompkins, Burr & Smith
   701 Poydras Street, 40th Floor
   New Orleans, Louisiana  70139
   Tel.: (504) 525-6802; Fax: (504) 525-2456
   Special Assistant Attorneys General
   rduplantier@gjtbs.com
   thassinger@gjtbs.com
   jhassinger@gjtbs.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document was served on all counsel of record by electronic notice in accordance with the Local Rules of Court on March 5, 2007.

       *Lambert J. Hassinger, Jr.*
       _____
       LAMBERT J. HASSINGER, JR.