UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL, ET AL. | CIVIL ACTION 07-993 |
| VS. | SECTION "K"<br>JUDGE DUVAL |
| SEWERAGE AND WATER BOARD<br>OF NEW ORLEANS, ET AL. | MAGISTRATE (2)<br>MAG. JUDGE WILKINSON |

## **MEMORANDUM IN SUPPORT OF MOTION TO DIMISS**

MAY IT PLEASE THE COURT:

Plaintiffs have brought suit against several defendants, one of which is the State of Louisiana Department of Transportation and Development. The United States Fifth Circuit Court of Appeals has addressed the issue of whether the State of Louisiana Department of Transportation and Development is immune from suit in federal court:

> **We hold that the Department of Transportation and Development of the State of Louisiana is entitled to claim immunity under the Eleventh Amendment from suit by private citizens in federal court.[1]**

Additionally, this Honorable Court has recently recognized this precedent in the matter of *Berthelot v. Boh Brothers Construction Co.*, 2006 WL 2726503 (E.D. La. 9/22/06):

> **The Court cannot entertain jurisdiction over the State of Louisiana, through the Department of Transportation and Development, as it is protected from suit by the doctrine of**

---

[1] *Fireman's Fund Ins. Co. v. Dept. of Transp. and Development*, 792 F.2d 1373, 1376 (5th Cir. 1986).

> **sovereign immunity as found in the Eleventh Amendment of the Constitution.**
>
> …
>
> **Accordingly, it is ordered that the Motion to Dismiss Defendant, State of Louisiana Through the Department of Transportation and Development is granted.**[2]

An action against the State of Louisiana Department of Transportation and Development, like that brought by plaintiffs here, can only be prosecuted in a Louisiana state court. Accordingly, pursuant to Fed. R. Civ. Pro. 12(b)(1), the State of Louisiana Department of Transportation and Development respectfully moves this Honorable Court to enter an order dismissing all claims against it, with prejudice and at plaintiffs' cost.

    Respectfully submitted,

    CHARLES C. FOTI, JR.,
    Attorney General

By:    *Stephen F. Babin*
    _____
    Stephen F. Babin (#2634)
    Michael Keller (#20895)
    Thomas M. Brahney (#26815)
    Office of the Louisiana Attorney General
    601 Poydras St., Suite 1725
    New Orleans, LA  70130
    Tel.: (504) 599-1200; Fax: (504) 599-1212
    Assistant Attorneys General
    BabinS@ag.state.la.us
    KellerM@ag.state.la.us
    BrahneyT@ag.state.la.us

By:    *Lambert J. Hassinger, Jr.*
    _____
    Richard G. Duplantier, Jr. (#18874)
    Timothy W. Hassinger (#25085)
    Lambert J. Hassinger, Jr. (#21683)

---

[2] *Berthelot v. Boh Brothers Construction Co.*, 2006 WL 2726503 (E.D. La. 9/22/06); *see also Liberty Mutual Ins. Co. v. National Railroad Passenger Corp.*, 2006 WL 2803036 (E.D. La. 9/27/06).

> Galloway, Johnson, Tompkins, Burr & Smith
> 701 Poydras Street, 40th Floor
> New Orleans, Louisiana  70139
> Tel.: (504)525-6802; Fax: (504)525-2456
> Special Assistant Attorneys General
> rduplantier@gjtbs.com
> thassinger@gjtbs.com
> jhassinger@gjtbs.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with the Local Rules of Court on March 5, 2007.

> *Lambert J. Hassinger, Jr.*
>
> _____
> LAMBERT J. HASSINGER, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL, ET AL. | CIVIL ACTION 06-7682 |
| VS. | SECTION "K"<br>JUDGE DUVAL |
| SEWERAGE AND WATER BOARD<br>OF NEW ORLEANS, ET AL. | MAGISTRATE (2)<br>MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

The State of Louisiana through the Department of Transportation and Development will bring the attached Motion to Dismiss for hearing before the Honorable Stanwood R. Duval, Jr., Judge, Section K, on the 21st day of March, 2007 at 9:30 a.m.

Respectfully submitted,

CHARLES C. FOTI, JR.,
Attorney General

By: *Stephen F. Babin*
_____
Stephen F. Babin (#2634)
Michael Keller (#20895)
Thomas M. Brahney (#26815)
Office of the Louisiana Attorney General
601 Poydras St., Suite 1725
New Orleans, LA 70130
Tel.: (504) 599-1200; Fax: (504) 599-1212
Assistant Attorneys General
BabinS@ag.state.la.us
KellerM@ag.state.la.us
BrahneyT@ag.state.la.us

By: *Lambert J. Hassinger, Jr.*
_____
Richard G. Duplantier, Jr. (#18874)
Timothy W. Hassinger (#25085)
Lambert J. Hassinger, Jr. (#21683)
Galloway, Johnson, Tompkins, Burr & Smith

> 701 Poydras Street, 40th Floor
> New Orleans, Louisiana  70139
> Tel.: (504)525-6802; Fax: (504)525-2456
> Special Assistant Attorneys General
> rduplantier@gjtbs.com
> thassinger@gjtbs.com
> jhassinger@gjtbs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with the Local Rules of Court on March 5, 2007.

> *Lambert J. Hassinger, Jr.*
>
> _____
> LAMBERT J. HASSINGER, JR.