UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL, ET AL. | CIVIL ACTION 07-993 |
| VS. | SECTION "K" |
| | JUDGE DUVAL |
| SEWERAGE AND WATER BOARD | MAGISTRATE (2) |
| OF NEW ORLEANS, ET AL. | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

The State of Louisiana through the Department of Transportation and Development will bring the attached Motion to Dismiss for hearing before the Honorable Stanwood R. Duval, Jr., Judge, Section K, on the 21st day of March, 2007 at 9:30 a.m.

                                                Respectfully submitted,

                                                CHARLES C. FOTI, JR.,
                                                Attorney General

            By:    *Stephen F. Babin*
                                                _____
                                                Stephen F. Babin (#2634)
                                                Michael Keller (#20895)
                                                Thomas M. Brahney (#26815)
                                                Office of the Louisiana Attorney General
                                                601 Poydras St., Suite 1725
                                                New Orleans, LA  70130
                                                Tel.: (504) 599-1200; Fax: (504) 599-1212
                                                Assistant Attorneys General
                                                BabinS@ag.state.la.us
                                                KellerM@ag.state.la.us
                                                BrahneyT@ag.state.la.us

By: *Lambert J. Hassinger, Jr.*
　　　_____
　　　Richard G. Duplantier, Jr. (#18874)
　　　Timothy W. Hassinger (#25085)
　　　Lambert J. Hassinger, Jr. (#21683)
　　　Galloway, Johnson, Tompkins, Burr & Smith
　　　701 Poydras Street, 40th Floor
　　　New Orleans, Louisiana 70139
　　　Tel.: (504)525-6802; Fax: (504)525-2456
　　　Special Assistant Attorneys General
　　　rduplantier@gjtbs.com
　　　thassinger@gjtbs.com
　　　jhassinger@gjtbs.com

**CERTIFICATE OF SERVICE**

　　I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with the Local Rules of Court on March 5, 2007.

　　　　　　　　*Lambert J. Hassinger, Jr.*

　　　　　　　　_____
　　　　　　　　LAMBERT J. HASSINGER, JR.