UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE     (*Aaron,* 06-4746) | * <br> * CIVIL ACTION<br> * <br> * NO. 05-4182 "K" (2)<br> * <br> * JUDGE DUVAL<br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based upon the foregoing Joint Motion to Dismiss Claims of Darlene and Jerry Whittington ("the Whittingtons"),

**IT IS ORDERED** that all claims asserted by the Whittingtons against State Farm Fire and Casualty Company are **DISMISSED WITH PREJUDICE**. The Whittingtons and State Farm shall each bear their own costs with respect to those claims. All other existing claims of the parties to this lawsuit are reserved.

New Orleans, Louisiana, this 9th day of March, 2007.

_____
JUDGE

859806v.1