UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Reed*, No. 06-2152 | SECTION "K"(2) |

### JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the United States and against all plaintiffs in *Reed*, C.A. No. 06-2152 dismissing such complaint without prejudice as suit was prematurely filed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Bean Dredging, L.L.C.; C.F. Bean L.L.C.; Bean Stuyvesant, L.L.C.; Stuyvesant Dredging Company; Stuyvesant Dredging, Inc.; Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation; C.F. Bean Corporation; Bean Horizon Corporation; Bean Horizon L.L.C.; Gulf Coast Trailing Company; T.L. James & Company, Inc.; TLJIC, L.L.C.*,* on its own behalf and as successor by merger to T.L. James Marine, Inc., and T.L. James Marine, L.L.C.; Great Lakes Dredge & Dock Company; Great Lakes Dredge & Dock Company, L.L.C. of Louisiana; Great Lakes Dredge & Dock Corporation of Delaware; Natco Dredging Limited Partnership; Great Lakes Trailing Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff Sand and Gravel Company;  King

Fisher Marine Service, L.P.,  Manson Construction. Co., Manson Gulf, LLC, and all insurers and underwriters, and against all plaintiffs named in *Reed,* C.A. No. 06-2152 with prejudice.

New Orleans, Louisiana, this 9th day of March, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**