UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO: *Aaron,* C.A. No. 06-4746    SECTION "K"(2)

## ORDER

There will be no oral argument held on March 21, 2007 concerning the Motion to Sever filed in *Aaron* (Doc. 2056).

New Orleans, Louisiana, this  9th  day of March, 2007.

*[signature]*

**STANWOOD R. DUVAL, JR.**

**UNITED STATES DISTRICT COURT JUDGE**