UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                                NO. 05-4182 "K" (2)

PERTAINS TO: Levee, MR-GO, Insurance        JUDGE DUVAL
                                                MAG. WILKINSON

**JOINT LIAISON COUNSEL SUBMISSION RE AGREEMENT
REGARDING STAY IMPACT ON CASE MANAGEMENT ORDER
PURSUANT TO COURT'S INSTRUCTION OF MARCH 1, 2007**

Plaintiffs' and Defendants' Liaison Counsel jointly submit this pleading documenting the extent to which they agree as to the impact of the Fifth Circuit stay in certain insurance cases on Case Management Order No. 4 ("CMO"). The Fifth Circuit stay order clearly mandates a complete stay of two of the cases pending in the Fifth Circuit – *Chehardy*, Civil Action Nos. 06-1672, 06-1673, and 06-1674; and *Vanderbrook*, Civil Action No. 05-6323; and a limited stay as to *Xavier University*, Civil Action No. 06-516 (collectively referred to as the "Chehardy Group Appeals.") The defendants' motion to the Fifth Circuit requested "that [the] Court (1) stay the proceedings in the district court pending resolution of the interlocutory appeal pursuant to 28 U.S.C. § 1292(b) . . . ." The Fifth Circuit granted the relief requested without reservation. With respect to *Xavier University*, footnote 4 of the Stay Motion provides: "Travelers Property Casualty Company of America does not seek a stay in Xavier University with respect to matters other than the cause of the levee breaches." The parties disagree as to the effect of the Stay Order on the CMO, and separate submissions will be made.

1

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:	jbruno@brunobrunolaw.com

**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:	rhubbard@lawla.com

### CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of March 2007, a copy of the foregoing **JOINT LIAISON COUNSEL SUBMISSION RE AGREEMENT REGARDING STAY IMPACT ON CASE MANAGEMENT ORDER PURSUANT TO COURT'S INSTRUCTION OF MARCH 1, 2007** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Joseph M. Bruno

/s/ Ralph S. Hubbard