UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | CIVIL ACTION |
| CONSOLIDATED LITIGATION | NO. 05-4182 "K" (2) |
| | |
| PERTAINS TO: Levee, MR-GO, Insurance | JUDGE DUVAL |
| | MAG. WILKINSON |

**INSURER DEFENDANTS' MOTION FOR EXPEDITED HEARING ON THEIR MOTION TO ENFORCE STAY ORDER ISSUED BY FIFTH CIRCUIT AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Local Rule 7.1, the undersigned Insurer Defendants hereby move for an expedited hearing on their Motion to Enforce the Stay Order Issued by the Fifth Circuit, which is being filed simultaneously herewith. As grounds for this motion for an expedited hearing, the Insurer Defendants respectfully state as follows:

1. On February 28, 2007, the U.S. Court of Appeals for the Fifth Circuit issued an Order granting the Insurer Defendants' motions in *Chehardy*, *Vanderbrook* and *Xavier* to stay the proceedings in this Court pending resolution of the interlocutory appeal in those cases.

2. On March 1, 2007, this Court issued its Case Management and Scheduling Order No. 4 (the "CMO"). In that Order, the Court acknowledged the Fifth Circuit's Order granting a stay but indicated that the Court was uncertain as to the effect of the Fifth Circuit's Order on the CMO. The Court requested that, by March 9, 2007, the parties provide a joint submission with respect to the parties' agreement regarding the scope of the stay, and separate submissions to the

extent that the parties disagreed regarding the scope of the stay. Those submissions are being filed herewith.

3.  The Insurer Defendants also believe that a formal motion seeking to enforce the stay is necessary and appropriate. In the event that it becomes necessary to seek clarification from the Fifth Circuit with respect to the scope of the stay order, a ruling by this Court on a formal motion would provide a more developed record for appellate review.

4.  In light of the expedited schedule set forth in the CMO, which requires that certain actions be taken by March 15, 2007 and March 30, 2007, expedited treatment of the Insurer Defendants' motion to enforce the stay is necessary so that the parties can be advised of this Court's decision with respect to the scope of the stay in advance of the March 15, 2007 and March 30, 2007 deadlines set forth in the CMO. In the event it becomes necessary to seek clarification from the Fifth Circuit, that would also need to be sought on an expedited basis in light of the upcoming deadlines.

Accordingly, the Insurer Defendants seek an order setting their Motion to Enforce Stay Order Issued by the Fifth Circuit for a hearing with oral argument on or before March ___, 2007, and requiring that any memoranda in opposition to the Motion to Sever be filed and served at least 24 hours prior to the hearing.

Dated this 9th day of March, 2007.

    Respectfully submitted:

**/s/ Seth A. Schmeeckle**
Ralph S. Hubbard III, T.A. La. Bar. # 7040
Joseph P. Guichet, La. Bar #  24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775

> New Orleans, LA 70130
> Telephone: (504) 568-1990
> Facsimile: (504) 310-9195
> e-mail: rhubbard@lawla.com
> jguichet@lawla.com
> sschmeeckle@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March 2007 a copy of the foregoing **MOTION FOR EXPEDITED HEARING ON MOTION TO ENFORCE STAY ORDER** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

**All known counsel of record**

by operation of the court's electronic filing system.

> s/Seth A. Schmeeckle
> Seth A. Schmeeckle, La. Bar No. 27076