UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MR-GO, Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the Motion for Expedited Hearing on their Motion to Enforce Stay Order Issued by Fifth Circuit;

**IT IS HEREBY ORDERED** that the Motion for Expedited Hearing on Motion to Enforce Stay Order Issued by Fifth Circuit be, and it is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Motion to Enforce Stay Order Issued by Fifth Circuit will come for hearing before this Honorable Court on _____, March, 2007 at \_\_\_\_\_ m. with oral argument.

_____
UNITED STATE DISTRICT JUDGE