UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MR-GO,<br>Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

### INSURER DEFENDANTS' MOTION TO ENFORCE STAY ORDER ISSUED BY FIFTH CIRCUIT ON FEBRUARY 28, 2007

**NOW INTO COURT**, comes the Insurer Defendants, through Insurer Defendant Liaison Counsel, Ralph S. Hubbard, III and respectfully move this Honorable Court to enter an order staying the cases in the insurance umbrella pending resolution by the Fifth Circuit of the expedited appeal concerning the coverage issues involving water damage under the Insurer Defendants' insurance policies and for further relief as described in and for the reasons set forth in the Memorandum in Support of Motion to Enforce Stay Order Issued by Fifth Circuit on February 28, 2007.

**WHEREFORE,** Insurer Defendants pray that this Honorable Court enter an order staying the cases in the insurance umbrella pending resolution by the Fifth Circuit of the expedited appeal concerning the coverage issues involving water damage under the Insurer Defendants' insurance policies and for further relief as described in and for the reasons set forth

-1-

12198976\V-1

-2-

in the Memorandum in Support of Motion to Enforce Stay Order Issued by Fifth Circuit on

February 28, 2007.

        Respectfully submitted,

        s/Ralph S. Hubbard
        **Ralph S. Hubbard, III, T.A., La. Bar #7040**
        **Defendants' Liaison Counsel**
        Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
        601 Poydras Street, Suite 2775
        New Orleans, LA 70130
        Telephone:  (504) 568-1990
        Facsimile:  (504) 310-9195
        E-Mail:  rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of March 2007, a copy of the foregoing **MOTION TO ENFORCE STAY ORDER ISSUED BY FIFTH CIRCUIT ON FEBRUARY 28, 2007** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

        /s/ Ralph S. Hubbard