## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MR-GO, Insurance | JUDGE DUVAL MAG. WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Insurer Defendants will bring their Motion to Enforce Stay Order Issued by Fifth Circuit on February 28, 2007 for hearing before the Honorable Stanwood R. Duval, Jr. on the _____ day of _____, 2007 at _____m.

Respectfully submitted,

s/Ralph S. Hubbard_____  _____
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail:        rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of March 2007, a copy of the foregoing NOTICE OF HEARING was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Ralph S. Hubbard_____

- 1 -