-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MR-GO,<br>Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through the Insurer Counsel, defendants herein, who pursuant to Local Rule 43.1, request oral argument on its Motion to Enforce Stay Order Issued by Fifth Circuit.

**WHEREFORE**, defendants herein request that this Honorable Court grant them permission to provide oral argument relating to its Motion to Enforce Stay Order Issued by Fifth Circuit.

Respectfully submitted,

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail:       rhubbard@lawla.com

12198976\V-1

-1-

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 9th day of March 2007, a copy of the foregoing **REQUEST FOR ORAL ARGUMENT** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Ralph S. Hubbard_____

-2-

12198976\V-1