UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>ALL CASES | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## PLAINTIFF'S POSITION PAPER REGARDING THE EFFECT OF THE FIFTH CIRCUIT'S ORDER IN CHEHARDY, VANDERBROOK AND XAVIER

Plaintiffs' position is that the Stay Order entered by the United States Fifth Circuit Court of Appeals in Chehardy, Vanderbrook and Xavier applies only to those cases, and to no other cases within the IN RE: Katrina Canal Breach Consolidated Litigation Umbrella. The Appelate Court's Order simply uses the word "Granted" and as such the effect of the Order is limited to the relief requested by the Defendants. In the case of Xavier, at Footnote 4 on Page 5 of their Motion, the Travelers Property Casualty Company of America states as follows: "Travelers Property Casualty Company of America does not seek a stay in Xavier University with respect to matters other than the cause of levee breach." Furthermore, State Farm Fire and Casualty Company's Reply to Opposition to its Motion to Stay District Court Proceedings and to Expedite states at Page 5:

> "Plaintiffs contend in their Opposition that a stay would be unfair because State Farm and other Defendant Insurers, who are parties in other Katrina related actions not before this Court, would be obtaining discovery materials in those actions, while Plaintiffs would "remain locked in the gates" and unable to pursue discovery during the pendency of this appeal. See Opp. At 4-5. This contention ignores the crucial point that Plaintiffs' counsel, like counsel for State Farm and other Defendant Insurers, are involved in other Katrina-related actions that would not be affected by a stay entered here. [6]
>
> ---
>
> [6]  For instance, Plaintiffs; counsel Joseph Bruno, who signed the Opposition here, is also counsel in other levee breach actions. *See* Defendant Insurers' Reply to Opposition to Motion to Stay District Court Proceedings and Expedite Appeal, at 9 n. 4 (filed February 23, 2007)."

The remaining movers at Page 8 of their Reply to Opposition to Motion to Stay District Court Proceedings and to Expedite Appeal state as follows:

> "Second, plaintiffs insist a stay would be unfair to them because defendants, who are parties to other Katrina-related cases not before this Court, would be gathering discovery materials in those cases during the pendency of this appeal while plaintiffs would be forced to wait. Chehardy Opp. at 5. This argument is disingenuous given that plaintiffs' counsel, like defendants' counsel, are involved in other Katrina-related cases that would not be halted by a stay imposed here.[4] Any tangential benefit from discovery in these separate cases over the next few months would inure to plaintiffs' counsel just as it would to defendants.
>
> ---
>
> [4]  For example, attorney Joseph Bruno, who filed the Chehardy Opposition, is also counsel in a number of other levee breach cases. See, e.g., Vodanovich et al. v. Boh Brothers et al., C.A. 2:05-cv-05237; LeBlanc et al. v. Boh Brothers et al., C.A. 2:05-cv-06327; Holmes et al. v. United States et al., C.A. 2:06-cv-05161."

These facts compel the Plaintiffs to take the position that the Stay Order has absolutely no effect on the Court's Case Management Order. A position by Defendant that it does would call into question the representations made by them to the Fifth Circuit.

**Respectfully Submitted,**

s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Liaison Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 9 day of March, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

BRUNO & BRUNO

s/ Joseph M. Bruno
Joseph M. Bruno (#3604)