# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES *  CIVIL ACTION
CONSOLIDATED LITIGATION  *
          *  No. 05-4182
PERTAINS TO:      *  & Consolidated Cases
LEVEE (Ferdinand., No. 06-5132) *
 (Bourgeois, No. 06-5131  *

          *  SECTION K

\* **JUDGE DUVAL**
\* **MAGISTRATE WILKINSON**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Memorandum in Opposition to CSX Transportation's Alternative Motion for Summary Judgment and in Support of Plaintiffs' Motion for Rule 56(f) Motion and the Affidavit in Support,

IT IS ORDERED that the said Opposition to CSX Transportation's Alternative Motion for Summary Judgment and in Support of Plaintiffs' Motin for Rule 56(f) Relief filed by Plaintiffs Bourgeois (Case No. 06-5131) and Ferdinand (Case No. 06-5132), be and the same hereby is GRANTED.

New Orleans, Louisiana on this the _____day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

W359195