UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEES (Bourgeois, No. 06-5131) | * | |
| (Ferdinand, No. 06-5132) | * | SECTION K (2) |
| | * | JUDGE DUVAL |

ALTERNATIVE MOTION FOR FRCP 56(f) RELIEF

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Keith C. Ferdinand, M. D., APMC, et al, (No. 06-5132), and Linda C. Bourgeois and Arnold F. Bourgeois, et al, (No. 06-5131), to file this Alternative Motion for FRCP 56(f) Relief.

This case is before this Court on Motion to Dismiss or Alternatively Motion for Summary Judgment filed by CSXT, Inc.

As discussed in the Memorandum in Support of the Opposition for Summary Judgment and in support of this Motion, the record is not yet complete with respect to the claims against defendant CSXT.

Accordingly, Movers' motion to dismiss should be denied without prejudice to their rights to again bring such motion when the discovery has been completed.

          Respectfully submitted,
          /S/ William C. Gambel
          William C. Gambel (T.A.)(LA Bar No. 5900)
          MILLING BENSON WOODWARD, L.L.P
          909 Poydras Street, Suite 2300
          New Orleans, LA  70112-1010
          Telephone:  (504) 569-7000

Telecopy: (504) 569-7001
wgambel@millinglaw.com

JOHN J. CUMMINGS, III, Bar #4652
**CUMMINGS & CUMMINGS**
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:     (504) 522-8423
ccdlawfirm@aol.com


W359215

CERTIFICATE OF SERVICE

      I certify that on this 9th day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, e-mail, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                              <u>/s/ William C. Gambel</u>

W359215