```
                    FILED
            U.S. DISTRICT COURT
          EASTERN DISTRICT OF LA

              2007 MAR -9  PM 3: 22

              LORETTA G. WHYTE
                   CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION § NO. 05-4182 "K" 2
§ JUDGE DUVAL
§ MAG. WILKINSON
§
PERTAINS TO: §
INSURANCE (06-5104 - *Gorbaty v. Amica*) §
§

## ORDER

CONSIDERING THE FOREGOING MOTION: Unopposed *ex Parte* otion to Extend Expert Report Deadlines:

**X — DENIED**

IT IS HEREBY ORDERED that the Unopposed *Ex Parte* Motion to Extend Expert Report Deadlines of Plaintiffs, Matthew and Amanda Gorbaty, is GRANTED. The deadline for Plaintiffs to issue expert reports shall be extended to March 20, 2007 and the deadline for defendant, Amica Mutual Insurance Company, to issue expert reports shall be extended to April 20, 2007.

New Orleans, Louisiana, this ____ day of March, 2007.

_____
U.S. DISTRICT COURT JUDGE

*This motion is moot per p. 2 of the Case Management and Scheduling Order No. 4 continuing all dates.*

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____