# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FERRARA, INC** | * | **CIVIL ACTION NO.: 06-7575** |
| | * | |
| **Versus** | * | **SECTION: "L" (1)** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **LAFAYETTE INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE: SALLY SHUSHAN** |

**************************************************************************

## MOTION TO REMAND AND FOR COSTS

NOW COME plaintiff, FERRARA, INC., who moveS that this matter be remanded, as it was improvidently removed, and also move for costs and expenses, including attorney's fees, as provided by 28 U.S.C. §1447 (c), all for the reasons detailed in the attached memorandum in support.


Respectfully submitted,

CAPITELLI AND WICKER

| | |
|---|---|
| \_\_\_\_\_s/ J. Alex Watkins_____ | \_ Has consented to this motion/signature |
| T. Carey Wicker, III La. Bar No. 13450 | Brian Alan Ferrara, La. Bar No. 5536 |
| J. Alex Watkins, La. Bar No. 29472 | Sewerage & Water Board Legal Dept. |
| 1100 Poydras Street, Suite 2950 | 625 St. Joseph St. |
| New Orleans, Louisiana 70163 | Room 201 |
| Phone 504-582-2425 | New Orleans, LA 70165 |
| Fax 504-582-2422 | (504) 585-2236 |
| JAW@Capitelliandwicker.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: **Stephen R. Barry, Daphne P. McNutt, Wendell R. Verret**.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class to the following non-CM/ECF participants: **Brian Alan Ferrara,** Sewerage & Water Board Legal Department, 625 St. Joseph St., Room 201, New Orleans, LA 70165.

    s/ J. Alex Watkins
J. Alex Watkins, La. Bar No. 29472
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
JAW@Capitelliandwicker.com
