UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FERRARA, INC** | * | **CIVIL ACTION NO.: 06-7575** |
| | * | |
| **Versus** | * | **SECTION: "L" (1)** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **LAFAYETTE INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE: SALLY SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONTEMPORANEOUS TIME REPORT**

MAY IT PLEASE THE COURT

Attorney J. Alex Watkins respectfully submits his contemporaneous time report in accordance with Local Rule 54.2 as follows:

On October 27, 2006, I spent 2.5 hours drafting, revising and finalizing Plaintiff's Motion to Remand and Memorandum in Support. This work was justified because defendant improperly removed the above captioned case from state court.

A statistical calculation for the worked performed in support of the Motion to Remand follows:

| | | |
|---|---|---|
| 10/27/2006 | 2.5 hours | Writing motion and memo in support of remand |
| Total | 2.5 hours at $150.00/hr = $375.00 | |

Respectfully submitted,

CAPITELLI & WICKER

By:  s/ J. Alex Watkins
J. Alex Watkins, La. Bar No. 29472
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
JAW@Capitelliandwicker.com

**EXHIBIT B**