**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FERRARA, INC** | * | **CIVIL ACTION NO.: 06-7575** |
| | * | |
| **Versus** | * | **SECTION: "L" (1)** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| **LAFAYETTE INSURANCE COMPANY** | * | |
| | * | **MAGISTRATE: SALLY SHUSHAN** |

**************************************************************************

<u>**NOTICE OF HEARING**</u>

PLEASE TAKE NOTICE that a hearing of Plaintiffs' Motion to Remand has been scheduled and set for the 22nd day of November, 2006 at 9:00 o'clock a.m. before the Honorable United States District Judge Eldon E. Fallon presiding.

Undersigned counsel for Plaintiff does not request oral argument.

Respectfully submitted,

CAPITELLI AND WICKER

By:___s/ J. Alex Watkins_____
T. Carey Wicker, III La. Bar No. 13450
J. Alex Watkins, La. Bar No. 29472
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
JAW@Capitelliandwicker.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: **Stephen R. Barry, Daphne P. McNutt, Wendell R. Verret**.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class to the following non-CM/ECF participants: **Brian Alan Ferrara,** Sewerage & Water Board Legal Department, 625 St. Joseph St., Room 201, New Orleans, LA 70165.

\_\_\_/s/ J. Alex Watkins_____
J. Alex Watkins, La. Bar No. 29472
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
JAW@Capitelliandwicker.com