UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION: 05-4182 "K" (2) |
| | JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE *Abadie et al, v. Aegis Security Insurance Co.* No. 06-5164 | MAGISTRATE JUDGE JOSEPH C. WILKINSON |

### PARTIAL MOTION TO DISMISS PLAINTIFF JEANNETTE ST. ETIENNE, WITH PREJUDICE

Plaintiff, Jeannette St. Etienne, having settled her claim against Allstate Insurance Company in the captioned proceeding in mediation, respectfully requests that she be dismissed from this action, with prejudice.

**WHEREFORE,** Jeannette St. Etienne prays that she be dismissed as a Plaintiff from this lawsuit, with prejudice, and that her claim against Allstate Insurance Company be dismissed, with prejudice.

- 1 -

Bruno Motion to Dismiss Federal Court Suit

Respectfully submitted,

Bruno & Bruno

By: _____
Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S. Postal Service, on this ____ day of _____, 2007.

_____