UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO: ALL DREDGING LIMITATIONS   SECTION "K"(2)

## ORDER

Considering the dismissal entered this day in *Reed*, C.A. No. 06-2152,

**IT IS ORDERED** that the Motion to Stay Limitation (Doc. 2054) is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs and Liaison Counsel for Dredging Defendants shall submit in writing by memorandum filed in relation to the Limitation suits their respective positions concerning the proper monition period and the proper manner of publication for these limitations matters **no later than March 19, 2007.**

New Orleans, Louisiana, this 9th day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE