UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| _____ | * | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO:  INSURANCE, | * | |
| *Xavier Univ. of La.*, No. 06-0516 | * | |

## ORDER

Considering the foregoing Joint Motion to Continue the Motion for Partial Summary Judgment Regarding Burden of Proof filed by Xavier University of Louisiana (Rec. Doc. 3131);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that the Motion for Partial Summary Judgment Regarding Burden of Proof filed by Xavier University of Louisiana (Rec. Doc. 3131) is continued without date, subject to this Court resetting that Motion for hearing pursuant to the provisions of Case Management Order No. 4.

New Orleans, Louisiana this 12th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE