UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MR-GO, Insurance | JUDGE DUVAL MAG. WILKINSON |

## ORDER

Considering the Motion for Expedited Hearing on their Motion to Enforce Stay Order Issued by Fifth Circuit;

**IT IS HEREBY ORDERED** that the Motion for Expedited Hearing on Motion to Enforce Stay Order Issued by Fifth Circuit be, and it is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Motion to Enforce Stay Order Issued by Fifth Circuit will come for hearing before this Honorable Court on Thursday, March 15, 2007 at 10:30 a. m. with oral argument.

New Orleans, LA, this 12th day of March, 2007.

UNITED STATE DISTRICT JUDGE