UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | No. 05-4182 |
| PERTAINS TO: * | | & Consolidated Cases |
| LEVEES (Bourgeois, No. 06-5131) * | | |
| (Ferdinand, No. 06-5132) * | | SECTION K (2) |
| * | | JUDGE DUVAL |

AFFIDAVIT IN SUPPORT OF MEMORANDUM IN
OPPOSITION TO CSX TRANSPORTATION'S
ALTERNATIVE MOTION FOR SUMMARY JUDGMENT
AND IN SUPPORT OF PLAINTIFFS' MOTION
FOR RULE 56(f) RELIEF

STATE OF LOUISIANA

PARISH OF ORLEANS

    **BEORE ME,** the undersigned authority, duly qualified and commissioned in and for the State and Parish aforesaid, personally came and appeared William C. Gambel, who being first duly sworn by me, did depose and say that attached to Plaintiffs' Alternative Motion for Rule 56(F) Exhibits A through L are the following documents are known to him to be authentic documents to the best of his knowledge and belief, to-wit:

    1.    No. UCB/CITRIS Berkley Report, Excerpt, Exhibit A.

    2.    FOIA letter of affiant dated January 19, 2006, addressed to Corps of Engineers; Exhibit B.

3. FOIA letter of affiant dated March 1, 2006, addressed to Corps of Engineers, Exhibit C.

4. FOIA letter of affiant made on the Department of Transportation, Federal Railroad Administration under date September 19, 2006, Exhibit D;

5. FOIA letter of affiant made on the Occupational Safety & Health Administration (OSHA) under date September 19, 2006; Exhibit E;

6. The United States Army Corps of Engineers response to the first and second requests by letter dated March 7, 2006; Exhibit F;

7. The pictures of the damage (about 9/13/04 1-19) and two pages showing the state of repairs (10/2/05); Exhibit G;

8. Petition for Damages in Civil District Court Case NO. 2004-17143 entitled "Board of Commissioners of the Orleans Levee District v. City of New Orleans, by and through the New Orleans Public Belt Railroad Commission, CSX Transportation, Inc. and The Burlington Northern and Santa Fe Railway Company", Exhibit H;

9. Discovery Interrogatories propounded by Plaintiffs to Burlington Northern and Sante Fe Railway and Burlington's Responses, Exhibit I;

10. Federal Railroad Administration FOIA Letter Response dated September 20, 2006, Exhibit J;

11. OSHA FOIA response dated September 21, 2006, Exhibit K;

12. FOIA request dated November 3, 2006, addressed to U. S. Army Corps of Engineers, Exhibit L.

13. Federal Railroad Administration FOIA Letter Response dated November 20, 2006, Exhibit M;

14. Orleans Police Department Report Narrative taken from the Orleans Police Department Report prepared from the interview of John Mayeaux, Trainmaster CSX Transportation, by Orleans Levee District Police Lieutenant Julia Wells, regarding a complaint of a train derailment at Almonaster Boulevard and France Road. Lt. Wells observed the damage to the cars on the train and damage to the tracks. The floodgate was struck b one of the flat bed cars. There were six cars involved in the derailment. The metal track or the sliding floodgate was torn away and the concrete surrounding the gate post was knocked off and approximately three feet of the flood wall was also broken. The number of the floodgate was W-30. The locomotive belonged to Burlington Northern Santa Fe railroad. The train ID numbers were 2002 and 2003. The derailment began on tracks owned by the New Orleans Public Belt Railroad and extended to tracks owned by CSX Transportation. The date the incident occurred was 9-10-04 at 12:55 a.m., Exhibit N.

15. 2006 Emergency Operations Plan (EOP) Manual, including an excerpt of Attachment No. 3 at page 5, which refers to Gate No. 30, CSX Transporation Company, New Orleans Public Belt Railroad. Exhibit O.

Said documents are offered to support plaintiffs' Opposition to the Motion for Summary Judgment offered by CSXT to justify plaintiffs' Alternative Motion for 56(f) Relief.

_____
William C. Gambel

Sworn to and subscribed
before me, Notary, this
9th day of March, 2007.

_____
NOTARY PUBLIC

W359019

PHILIPPE J. LANGLOIS
NOTARY PUBLIC
STATE OF LOUISIANA
LOUISIANA BAR NO. 28944
MY COMMISSION IS ISSUED FOR LIFE

CERTIFICATE OF SERVICE

     I certify that on this 9th day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, e-mail, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                            /S/ William C. Gambel

W359019