# Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005

by

R.B. Seed, P.G. Nicholson, R.A. Dalrymple, J.A. Battjes, R.G. Bea, G.P. Boutwell, J.D. Bray, B.D. Collins,
L.F. Harder, J.R. Headland, M.S. Inamine, R.E. Kayen, R.A. Kuhr, J. M. Pestana,
F. Silva-Tulla, R. Storesund, S. Tanaka, J. Wartman, T.F. Wolff, R.L. Wooten and T.F. Zimmie



Preliminary findings from field investigations and associated studies performed by teams from the University of California at Berkeley and the American Society of Civil Engineers, as well as a number of cooperating engineers and scientists, shortly after the hurricane.

Report No. UCB/CITRIS – 05/01
November 17, 2005







This project was supported, in part, by the National Science Foundation under Grant No. CMS-0413327.
Any opinions, findings, and conclusions or recommendations expressed in this report are those of the author(s) and do not necessarily reflect the views of the Foundation.

This report contains the observations and findings of a joint investigation between independent teams of professional engineers with a wide array of expertise. The materials contained herein are the observations and professional opinions of these individuals, and does not necessarily reflect the opinions or endorsement of ASCE or any other group or agency.

Ver. 1.2

This report has been slightly modified from its original version, which was issued on November 2, 2005 in response to a deadline for testimony before the U.S. Senate Committee on Homeland Security and Government Oversight. The minor revisions are not substantive in nature, and serve principally to improve the accuracy of the language and the clarity of some of the statements. No significant changes in the technical content or findings have been made in this second iteration.