*Jan 20.*

# MILLING
## BENSON
# WOODWARD L.L.P.

*Attorneys at Law*

**William C. Gambel**
A Professional Law Corporation
(504) 569-7210
wgambel@millinglaw.com

January 19, 2006

<u>VIA FACSIMILE - 504 862 2827</u>

Frederick Wallace
Office of Chief Counsel
U.S.Army Corp of Engineers
400 Seventh Street, SW
New Orleans, Louisiana . 20590

Re:     Foia Request – Re:  Flood Gate W 30 – Industrial Canal

Dear Mr. Wallace:

Please consider this request under the Freedom of Information Act.  5 U.S.C. § 552, As Amended By Public Law No. 104-231, 110 Stat. 3048.

Our client, Keith C. Ferdinand, M. D., on whose behalf and at whose instance this request is made, and who joins, ask that you provide to us the following

Any writings which reference or mention the damage to the Flood Gate W-30 occurring on or about midnight September 10, 2004, the cost of repairing same, the letting of the contract to effect the repair of the damage, the repair of the Gate and adjacent flood wall, the removal of the gate, and the temporary closure of the opening in advance of Hurricanes Katrina and Rita occasioned by the damage and removal, and the reinstallation of the Gate; together with any documents particular to the breach of the enclosure on August 29, 2005.

If any costs are incurred in the copying of the above referenced documents, please let us know and we will promptly remit what is required.



EXHIBIT

tabbies

*B*

*New Orleans* • 909 Poydras Street, Suite 2300 • New Orleans, Louisiana 70112 • (504)569-7000 • Fax (504)569-7001
*Lafayette* • 101 LaRue France, Suite 200 • Lafayette, Louisiana 70508 • (337)232-3929 • Fax (337)233-4957
*Baton Rouge* • 214 Third Street, Suite 2B • Baton Rouge, Louisiana 70801 • (225)291-7300 • Fax (225)291-4524

**MILLING BENSON WOODWARD L.L.P.**

January 19, 2006
Page 2

      Therefore, it is important that we obtain these documents as soon as possible.  Please do what you can to expedite this request.

Yours very truly,

William C. Gambel

Duly Authorized:

_____
Keith C. Ferdinand, M. D.

W343400