MILLING
BENSON
WOODWARD L.L.P.

*Attorneys at Law*

William C. Gambel
A Professional Law Corporation
(504) 569-7210
wgambel@millinglaw.com

March 1, 2006

VIA FACSIMILE - 504 862 2827

Frederick Wallace
Office of Chief Counsel
U.S. Army Corp of Engineers
7400 Leake Avenue
New Orleans, Louisiana 70118

Re:   Foia Request – Re:  Flood Gate W 30 – Industrial Canal

Dear Mr. Wallace:

We have not received a formal response to the referenced FOIA request made under date January 19, 2006. Please be advised that we regard the request to be one made under 5 U.S.C. 552(a)(3)(a) and by the Corps failure to make a timely determination under t U.S.C. 552(a)(6)(8) "deemed to have exhausted administrative remedies with respect to the request". Id. (c)(i). We are proceeding accordingly.

If you have another view or are prepared to furnish the materials requested, we invite you to so advise.

Yours very truly,

William C. Gambel

WCG/pb:345280w



EXHIBIT
C