

# MILLING BENSON WOODWARD L.L.P.

*Attorneys at Law*

William C. Gambel
A Professional Law Corporation
(504) 569-7210
wgambel@millinglaw.com

September 19, 2006

VIA FAX NO. 202-493-6068

Department of Transportation
Federal Railroad Administration
Office of Chief Counsel
1120 Vermont Avenue N. W.
Washington, DC 20590

Attention:    Denise Koshlon

Re:    FOIA Request - re: Flood Gate I-W 30, West Bank Industrial Canal
       New Orleans, Louisiana

Gentlemen:

Please consider this request under the Freedom of Information Act 5 U. S. C. § 552, as Amended by Public Law No. 104-231, 110 Stat. 3048.

We asks that you provide to us the following:

> Any and all pictures, correspondence, documents, writings, and reports related to or respecting the damage to Flood Gate I-W30, West Bank of the Industrial Canal, allegedly occasioned on or about September 10, 2004, when rail cars operated by CSX Transportation, Inc. on tracks owned by the City of New Orleans Public Belt Rail Road and/or Burlington Northern struck the Floodwall and Flood Gate. We are informed that the Floodwall and Flood Gate were owned by the United States Army Corps of Engineers and/or the Orleans Levee District.

EXHIBIT

MILLING BENSON WOODWARD L.L.P.

September 19, 2006
Page 2

      We represent home and property owners in the Bywater and Mid City sections of New Orleans adjacent to the damaged flood gate which, we believe, were damaged by flood waters as a result of the fact that the flood system had been compromised by the damage done to the wall and gate on September 10, 2004.

                                                      Very truly yours,

                                                     William C. Gambel

WCG:pb/353285

## List of Authors

**Jurjen A. Battjes, Ph.D.**, Emeritus Professor in Fluid Mechanics, Delft University of Technology, Delft, The Netherlands

**Robert G. Bea, Ph.D., P.E., G.E., S.E.**, Professor, Civil & Environmental Engineering, University of California, Berkeley, CA

**Gordon P. Boutwell, Ph.D.,P.E.**, President, Soil Testing Engineers, Inc., Baton Rouge & New Orleans, LA

**Jonathan D. Bray, Ph.D., P.E.**, Professor, Civil & Environmental Engineering, University of California, Berkeley, CA

**Brian D. Collins, Ph.D., P.E.**, Research Civil Engineer, United States Geological Survey, Menlo Park, CA

**Robert A. Dalrymple, Ph.D., P.E.**, Professor, Civil Engineering, Johns Hopkins University, Baltimore, MA

**Leslie F. Harder. Jr., Ph.D.**, Acting Deputy Director for Public Safety, California Department of Water Resources, Sacramento, CA

**John R. Headland, P.E.**, Senior Vice President, Moffatt & Nichol Engineers

**Michael S. Inamine, P.E.**, Construction Office Chief, Division of Engineering, California Department of Water Resources, Sacramento, CA

**Robert E. Kayen, Ph.D., P.E.**, Research Civil Engineer, United States Geological Survey, Menlo Park, CA

**Rebecca A. Kuhr, P.E., P.G.**, Senior Project Manager, Water Resources Engineering, HNTB Corporation, Kansas City, MO

**Peter G. Nicholson, Ph.D., P.E.**, Associate Professor & Graduate Chair, Civil & Environmental Engineering, University of Hawaii, Manoa, HI

**Juan M. Pestana, Ph.D., P.E.**, Associate Professor, Civil & Environmental Engineering, University of California, Berkeley, CA

**Raymond B. Seed, Ph.D.**, Professor, Civil & Environmental Engineering, University of California, Berkeley, CA

**Francisco Silva-Tulla, Sc.D., P.E.**, Consulting Civil Engineer, GeoEngineering and Environment, Lexington, MA

## List of Authors (Continued)

**Rune Storesund, P.E.**, Consulting Engineer, Storesund Consulting, Albany, CA

**Shigenobu Tanaka**, Principal Research Engineer, Secretariat for Preparatory Activities of the UNESCO-PWRI Centre, Japan

**Joseph Wartman, Ph.D., P.E.**, Assistant Professor, Civil, Architectural & Environmental Engineering,
Drexel University, Philadelphia, PA

**Thomas F. Wolff, Ph.D., P.E.**, Associate Dean for Undergraduate Studies, College of Engineering,
Michigan State University, East Lansing, MI

**R. Lee Wooten, P.E.**, Vice President, GEI Consultants, Inc., Winchester, MA

**Thomas F. Zimmie, Ph.D., P.E.**, Professor, Civil, Environmental & Geotechnical Engineering, Rensselaer Polytechnic Institute, Troy, NY

# Table of Contents

Executive Summary ............................................................................................. vi

Chapter 1: Introduction and Overview

    1.1 Introduction ............................................................................................. 1-1

    1.2 Hurricane Katrina .................................................................................... 1-2

    1.3 Overview of the New Orleans Flood Protection Systems ........................ 1-2

    1.4 Flood Protection System Performance During Hurricane Katrina............ 1-4

    1.5 Organization of This Interim Report ....................................................... 1-6

Chapter 2: The Orleans East Bank (Downtown) Protected Area

    2.1 Overview ................................................................................................. 2-1

    2.2 The 17th Street Canal Breach ................................................................. 2-2

    2.3 The London Avenue Canal Breached and Distressed Section ................. 2-5

        2.3.1 The North Breach and Distressed Section .................................... 2-5

        2.3.2 The South Breach Section ............................................................. 2-7

    2.4 Performance of the Flood Protection System along the West Bank of the
INHC ......................................................................................................... 2-9

Chapter 3: New Orleans East Protected Area

    3.1 Overview ................................................................................................. 3-1

    3.2 Lakefront Airport .................................................................................... 3-1

    3.3 Lakefront East from the Airport .............................................................. 3-2

    3.4 I-Wall Failures – Intracoastal Waterway and MRGO ............................. 3-3

    3.5 Earth Embankments – East and South .................................................... 3-3

    3.6 Additional Transition Problems - IHNC ................................................. 3-4

Chapter 4: Lower Ninth Ward and Adjacent St. Bernard Parish Protected Area

    4.1 Overview ................................................................................................. 4-1

    4.2 IHNC, East Side, South Breach, (Lower Ninth Ward) ........................... 4-2

    4.3  IHNC, East Side, North Breach, (Lower Ninth Ward) .......................... 4-3

    4.4  IWW/MRGO Bayou Bienvenue Gate and West ................................ 4-4

    4.5  MRGO, Bayou Dupree and Northeast St. Bernard Parish ..................... 4-5

**Chapter 5: Plaquemines Parish**

    5.1  Overview ................................................................................. 5-1

    5.2  Point a la Hache ........................................................................ 5-1

**Chapter 6: The New Orleans Flood Protection System** ................................. 6-1

**Chapter 7: Terrestrial LIDAR Imagery of New Orleans Levees Affected by Hurricane Katrina**

    7.1  Introduction ............................................................................ 7-1

    7.2  Methodology ........................................................................... 7-1

    7.3  Data Coverage: LIDAR scan sites at Levee Breaks within the New Orleans Area ............................................................................ 7-3

    7.4  Processing of LIDAR Imagery ..................................................... 7-3

    7.5  Analysis Examples of Levee Deformations Using LIDAR Data ............ 7-3

    7.6  Summary ................................................................................ 7-5

    7.7  References .............................................................................. 7-5

**Chapter 8: Summary of Observations and Findings**

    8.1  Summary and Findings .............................................................. 8-1

    8.2  Comments on Future Reconstruction ............................................ 8-3

**Acknowledgements** ................................................................................ 8-6

Cover Image from http://www.noaanews.noaa.gov/stories2005/s2506.htm

# EXECUTIVE SUMMARY

This report presents the results of field investigations performed by several teams of engineers and scientists in the wake of the passage of Hurricane Katrina to study the performance of the regional flood protection systems in the New Orleans area. The principal focus of these efforts was to capture perishable data and observations related to the performance of flood control systems.

The initial field investigations occurred over a span of approximately two and a half weeks, from September 28 through October 15, 2005. The starting date for these field investigations was determined by balancing the need to gather vital perishable data before it was damaged or obscured by emergency repair operations versus the need to avoid interference with such emergency operations, and issues associated with safe access, logistics, etc. There were numerous occasions when team units arrived and investigated sites only days, or even hours, prior to the covering of vital information by ongoing emergency repair activities.

The storm surges produced by Hurricane Katrina resulted in numerous breaches and consequent flooding of approximately 75% of the metropolitan areas of New Orleans. Most of the levee and floodwall failures were caused by overtopping, as the storm surge rose over the tops of the levees and/or their floodwalls and produced erosion/scour that subsequently led to failures and breaches.

Overtopping was most severe on the east side of the flood protection system, as the waters of Lake Borgne were driven west towards New Orleans, and also farther to the south, along the lower reaches of the Mississippi River. Significant overtopping and erosion produced numerous breaches in these areas. The magnitude of overtopping was less severe along the Inner Harbor Navigation Canal (IHNC) and along the western portion of the Mississippi River Gulf Outlet (MRGO) channel, but this overtopping again produced erosion and caused additional levee failures.

Field observations suggest that little or no overtopping occurred along most of the levees fronting Lake Pontchartrain, but evidence of minor overtopping and/or wave splashover was observed at a number of locations. There was a breach in the levee system at the northwest corner of the New Orleans East protected area, near the Lakeside Airport.

Farther to the west, in the Orleans East Bank Canal District, three levee failures occurred along the banks of the 17th Street and London Avenue Canals. Evidence that we observed indicates that these failures occurred when water levels were below the tops of the floodwalls lining these canals. Based on our observations, we believe that these three levee failures were likely caused by failures in the foundation soils underlying the levees. In addition, we observed lateral displacements, sinkholes, and sand boils indicative of an

incipient breach at a fourth distressed levee/floodwall segment on the London Avenue Canal.

This report presents an overview of initial observations and findings regarding the performance of the New Orleans flood protection system, including observations regarding preliminary assessments of likely causes of failures and/or significant damage to levees and floodwalls at many sites. Although most of the failures/breaches that occurred were primarily due to overtopping and subsequent erosion, three major and costly breaches appear to have been the result of stability failures of the foundation soils and/or the earthen levee embankments themselves. In addition, it appears that many of the levees and floodwalls that failed due to overtopping might have performed better if conceptually simple details had been added and/or altered during their original design and construction.

Major repair and rehabilitation efforts are now underway to prepare the New Orleans flood protection system for future high water events. The next hurricane season will begin in June of 2006. Based on our observations, a number of initial comments are warranted concerning the rebuilding and rehabilitation of the levee system, and this preliminary report makes a number of observations and recommendations regarding ongoing flood system repair efforts. Preparing the levees for the next hurricane season should also include a review of how the system performed during Hurricane Katrina, so that key lessons can be learned and then used to improve the performance of the system.

There are ongoing studies of the performance of the flood protection system in this catastrophic event, as well as efforts to improve the levels of reliability and safety of these types of defenses for the future. We hope that the results of these studies will lead to a clear appreciation of what happened in Katrina, and that the lessons learned from this event will lead to improved protection in the future, not just in the New Orleans area, but throughout the nation and around the world.

concrete wall was insufficient, and this was exacerbated by the fact that the concrete wall and adjacent earthen levee section had different crest heights. It was common practice in the New Orleans area to build in "structural superiority" wherein structural walls (e.g.: the concrete T-wall and gate structure) had higher crowns than the crests of adjacent earthen levees. This caused overtopping to occur at the earthen levee sections, and produced especially severe overtopping erosion at the "transitions" between the concrete gate wall and earthen levees at each end.

The embankment material at this site was a sandy "shell" fill; a mix of sand and shells widely available in this region. This material, shown in close-up in Figure 2.31, appears to be highly erodeable, and was noted at a number of failed (breached) sections throughout the New Orleans flood protection system.

Figure 2.32 shows an additional example of this type of "transition" deficiency between a structural (concrete) wall and adjacent earthen levees, just a bit farther to the east at Location "C" in Figure 2.1(a).

Figure 2.33 shows a view looking to the southwest from the breach at Location "C" in Figure 2.32. Another breach, just 20 yards to the east of the breach section shown on Figure 2.29 also overtopped and eroded and breached. Figure 2.33 shows the inboard side results; massive flooding damage and considerable sediment deposits, including "shells" from the embankment fill.

There was an outboard protective wall and levee in the Port area, and this too was apparently overtopped and breached before the waters then overtopped the inboard levees and walls as discussed above. Our field investigation teams did not have the time to fully investigate all sections of the outboard walls and levees along this section, but there were some important observations and findings in the sections that were examined.

Figure 2.34 shows a complex "transition" at the northern end of the Port region along the west bank of the IHNC, immediately to the south of the Highway I-10 bridge, at Location "D" in Figure 2.1(a). At this location, outboard side levees and floodwalls associated with the Port and industrial operations conjoin with inboard side levees and floodwalls constructed by the USACE. In addition, a roadway embankment crosses through the levees, and a second gap in the "line of protection" for a railway line (crossing the adjacent IHNC) crosses through at this location. This represents a very complex "transition" section, with overlapping users and overlapping authorities and responsible entities. The gate of the railway's floodgate wall had been knocked off by a train derailment several months prior to Hurricane Katrina, and the railway was to have closed the resultant opening with a sandbag levee section within the gated opening. Our understanding is that this sandbag closure was inspected by the Orleans Levee Board. This emergency closure appears to have been unsuccessful, as floodwaters appear to have passed through this opening, and then to have eroded and breached the earthen roadway embankment adjacent and behind this section. Our field investigation teams were unable to track the direct consequences of this, as additional breaches along this same frontage section, as well as the major breach at the east bank of the nearby London Avenue Canal, all apparently contributed to flooding of the neighborhoods immediately inboard of this site.