

# MILLING BENSON WOODWARD L.L.P.
*Attorneys at Law*

William C. Gambel
A Professional Law Corporation
(504) 569-7210
wgambel@millinglaw.com

September 19, 2006

VIA FAX NO. 202-693-1635

Occupational Safety & Health Administration
200 Constitution Avenue N. W.
Room N-3647
Washington, DC 20210

Attention:   Sue Izuma

Re:   FOIA Request - re: Flood Gate I-W 30, West Bank Industrial Canal
New Orleans, Louisiana

Gentlemen:

Please consider this request under the Freedom of Information Act 5 U. S. C. § 552, as Amended by Public Law No. 104-231, 110 Stat. 3048.

We asks that you provide to us the following:

> Any and all pictures, correspondence, documents, writings, and reports related or respecting the damage to Flood Gate I-W30, West Bank of the Industrial Canal, allegedly occasioned on or about September 10, 2004, when rail cars operated by CSX Transportation, Inc. on tracks owned by the City of New Orleans Public Belt Rail Road and/or Burlington Northern struck the Floodwall and Flood Gate. We are informed that the Floodwall and Floodgate was owned by the United States Army Corps of Engineers and/or the Orleans Levee District.

**EXHIBIT**

MILLING BENSON WOODWARD L.L.P.

September 19, 2006
Page 2

      We represent home and property owners in the Bywater and Mid City sections of New Orleans adjacent to the damaged flood gate which, we believe, were damaged by flood waters as a result of the fact that the flood system had been compromised by the damage done to the wall and gate on September 10, 2004.

Very truly yours,

William C. Gambel

WCG:pb/353284