

**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

March 7, 2006

Reply to:
Office of Counsel

William C. Gambel
Milling Benson Woodward, L.L.P.
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112

Dear Mr. Gambell:

    Reference your Freedom of Information Act request dated January 19, 2006 regarding your request for any writings which reference or mention the damage to the Flood Gate W-30 occurring on or about midnight September 10, 2004, the cost of repairing same, the letting of the contract to effect the repair of the damage, the repair of the Gate and adjacent flood wall, the removal of the gate, and the temporary closure of the opening in advance of Hurricanes Katrina and Rita occasioned by the damage and removal, and the reinstallation of the Gate; together with any documents particular to the breach of the enclosure on August 29.

    After a diligent search of the records in the structures Branch of the New Orleans District the following records were located:

1. 9/13/04 — Pictures of the damaged Floodgate W-30, (Nos.3-37)
2. 9/30/04 — Letter from Orleans Levee District (OLD)
3. 10/05/04 — Memo: Subject Review of Design Criteria for Floodgate W-30
4. 10/12/04 — Letter from OLD
5. 1/28/05 — Letter from Design Engineering, Inc. (DEI)
6. 2/2/05 — Memo; Subject review of Plans
7. 2/10/05 — Pictures of the W-30 Repairs
8. 2/24/05 — E-mail Response to DEI
9. 3/30/05 — Letter from DEI
10. Comments on DEI Plans and Response, (page 1 only)
11. DEI Plans for Repair to Floodgate W-30 with Excerpts pertaining to W-30 from 1970 Plans and Specs for Levee and Floodwall

    The records have been reviewed and deemed releasable in their entirety. I trust that this response satisfies your request. The fee for processing your request is $78.75.

The fee is based on:

| | |
|---|---|
| 1 hour of search GS- 9/15 at $44.00 = | $ 44.00 |
| Duplication costs (45 pg. x .15) = | $ 6.75 |
| Color duplication costs (20 pg. x .50) = | $ 10.00 |
| Oversized duplication costs ( 17 x 1.00)= | $ 17.00 |
| Total | $ 78.75 |



EXHIBIT 1

Gambel, William
March 7, 2006
Page 2 of 2

For the materials, you have received; please remit a check or money order, payable to *B2, New Orleans*, for the stated amount, to this office within 30 calendar days from the date of this correspondence. Should you have any questions regarding this response, please contact me at 504-862-2264.

Sincerely,

Frederick W. Wallace
Freedom of Information Act Coordinator

Enclosures