Orleans Levee District
Damage to Floodgate W30



No. 1 -. OLB Floodgate    9/13/04  Storage Monolith Damage



No. 2 -. OLB Floodgate    9/13/04  Storage Monolith Damage



Orleans Levee District
Damage to Floodgate W30



No. 3 -. OLB Floodgate    9/13/04    Storage Monolith Damage



No. 4 -. OLB Floodgate    9/13/04    Seal Plates, RR Crossing



LPV: Floodgate W-30 Repairs (10 February 2005)



Page 2 of 2