CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2004-17143        DIVISION:        SECTION 10

BOARD OF COMMISSIONERS OF THE
ORLEANS LEVEE DISTRICT

VERSUS

CITY OF NEW ORLEANS, by and through
the NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION,
CSX TRANSPORTATION, INC. and
THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY



### PETITION FOR DAMAGES

The petition of **Board of Commissioners of the Orleans Levee District, ("OLD")**, the governing authority of the Orleans Levee District, a public levee district and political subdivision of the State of Louisiana, with respect represents that:

I.

Made defendants herein are:

a.   The City of New Orleans, by and through the New Orleans Public Belt Railroad Commission ("NOPBRR"), a commission established by the City of New Orleans charged with the responsibility and authority to develop, control, operate, manage and maintain the public belt railroad system within Orleans Parish;

b.   CSX Transportation, Inc. ("CSX"), a foreign corporation authorized to do and doing business in the State of Louisiana; and

c.   The Burlington Northern and Santa Fe Railway Company ("Burlington", a foreign corporation authorized to do and doing business in the State of Louisiana.

II.

The defendants are justly and truly indebted unto OLD for any and all damages as are reasonable in the premises, plus legal interest thereon from date of judicial demand, until paid, and all costs of these proceedings, for the following reasons.

III.

OLD has the statutory responsibility to develop, construct and maintain flood control systems and structures within the City of New Orleans, including, but not necessarily limited to, levees, flood walls and flood gates, in order to protect and preserve the City of New Orleans from incursion from surrounding waterways.

 

IV.

Included within the flood control system under the authority, control and administration of OLD is Flood Gate W-30, part of the flood wall system situated immediately west of, and running in a north-south direction parallel to, the Industrial Canal just north of the Interstate-10 Highrise. Railroad tracks running east-west cross the Industrial Canal near the location of Flood Gate W-30.

V.

Sometime before midnight on Friday, September 10, 2004, or in the wee hours of Saturday, September 11, 2004, a train locomotive owned Burlington and operated by employees of CSX picked up several railroad cars in the Almonaster/France Road industrial area of the City of New Orleans, and began proceeding on railroad tracks owned by NOPBRR. Almost immediately thereafter, several cars of the 102-car train derailed at the location of Flood Gate W-30. The derailment began on the tracks owned by NOPBRR and extended to tracks owned by CSX. At least one of the derailed cars crashed into the flood wall and flood gate support system causing extensive damage to the structure, and creating a 32.5' wide gap in the flood protection system.

VI.

Train car derailments such as in the instant matter do not occur absent negligent acts and/or omissions by the parties involved. Accordingly, OLD specifically pleads the doctrine of *res ipsa loquitur*. Nevertheless, and upon information and belief, the derailment was caused by the acts and/or omissions of the employees, representatives, and/or agents of the defendants, or others for whom the defendants are responsible, in the following, non-exclusive particulars:

1. Failing to maintain control of the locomotive;
2. Failing to see what they should have seen;
3. Failing to take whatever steps are necessary to avert derailment;
4. Operating the locomotive with disregard for the current circumstances and conditions;
5. Failing to keep their tracks under proper repair and maintenance, and in appropriate order under the circumstances and conditions;

 

6. Such other acts as discovery in this matter disclose and as may be proven at trial.

VII.

As a result of the accident, OLD sustained the following, non-exclusive damages:

1. Materials, supplies and manpower expended for the emergent sandbagging of the gap in the flood protection system, including, but not limited to that which became necessary upon the approach of Hurricane Ivan in the days following the accident;

2. Fees, costs and expenses incurred, or to be incurred, for engineering and/or other studies required for the repair and reconstruction the flood wall and flood gate support system;

3. Fees, costs and expenses incurred, or to be incurred, for putting the repair and reconstruction of the flood wall out to public bid as required by law;

4. Fees, costs and expenses incurred, or to be incurred, for overseeing, managing and administering the repair and reconstruction project;

5. Fees, costs and expenses incurred, or to be incurred, for the actual repair and construction of the flood wall and flood gate support system;

6. Such other damages as may be proven at trial.

VIII.

OLD attaches hereto as Exhibit "A" its First Request for Production of Documents and things directed to the defendants, and requests that they respond within the delays allowed by La. Code Civ. Proc. art. 1462(B).

WHEREFORE, OLD prays that the defendants be served with a copy of this Petition; that they be cited to appear and answer same; and, after due proceedings had, there be judgment herein in favor of Board of Commissioners of the Orleans Levee District and against the City of New Orleans by and through the New Orleans Public Belt Railroad Commission, CSX Transportation, Inc. and The Burlington Northern and Santa Fe Railway Company, as their respective liabilities may ultimately be determined, for any and all damages which may be reasonable in the premises, plus legal interest thereon from date of judicial demand, until paid, and all costs of these proceedings.

 

OLD further prays for any and all other general and equitable relief to which it may be entitled.

Respectfully submitted,

GERARD G. METZGER, APLC
GERARD G. METZGER
La. Bar Roll No. 9468
CATHERINE M. LALLA
La. Bar Roll No. 28942
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-9322

GWENDOLYN M. HANHART, Of counsel
La. Bar Roll No. 1402
829 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-9322

Attorneys for the Board of Commissioners of the Orleans Levee District

PLEASE SERVE:

City of New Orleans, by and through the
New Orleans Public Belt Railroad Commission,
through its Ex-Officio President
Honorable C. Ray Nagin, Mayor
City Hall
New Orleans, Louisiana 70112

CSX Transportation, Inc.
through its agent for service of process
CT Corporation System
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809

The Burlington Northern and Santa Fe Railway Company,
through its agent for service of process
CT Corporation System
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809