

U.S. Department
of Transportation

**Federal Railroad
Administration**

1120 Vermont Ave., N.W.
Washington, D.C. 20590

9/20/2006

Mr. William C. Gambel
Attorney
Milling, Benson, Woodward L.L.P.
909 Poydras Street, Suite 2300
New Orleans, LA 70508

Re: FRA File No.: FOIA-06-444

Dear Mr. Gambel:

The purpose of this letter is to acknowledge receipt of your Freedom of Information Act (FOIA) records request by the Federal Railroad Administration (FRA). You have requested records related to: Pictures, correspondence, documents, writings, and reports related to the damage on 9/10/2004 when cars operated by CSXT on tracks owned by the City New Orleans to Flood Gate I-W30, West Bank of the Industrial Canal.

We have assigned your request the FOIA file number indicated above and are initiating a search of the agency's files for responsive records. Please be advised that the FRA is currently experiencing a high number of FOIA requests and is addressing backlogged requests with all due diligence on a first-in, first-out basis. Your request will be addressed in the order it was received. We regret any inconvenience caused by the delay.

If you are interested in railroad accident data, including railroad supplied reports for specific accidents, you can access these materials through the FRA's web site at: http://safetydata.fra.dot.gov/officeofsafety/. Select "Crossing" for highway-rail grade crossing accident information or "Query" for all railroad accidents, including highway-rail grade crossing accidents, rail equipment accidents, and reportable casualties. Other options are available for other types of records. If you are able to satisfy your request through the website, please let me know so we can focus on other pending requests.

If you have any questions regarding FRA's FOIA process, please contact me at (202) 493-6065 or betty.watson@fra.dot.gov.

Sincerely,

*Betty J. Watson*
Betty J. Watson
Administrative Staff Assistant

EXHIBIT
J