U.S. Department of Labor

Occupational Safety and Health Administration
Washington, D.C. 20210

Reply to the attention of:



## ACKNOWLEDGMENT OF FOIA REQUEST

September 21, 2006

Mr. William C. Gambel
Milling, Benson & Woodward, L.L.P.
Attorneys at Law
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112

Dear Mr. Gambel:

Your Freedom of Information Act (FOIA) request dated September 19, 2006, for Occupational Safety and Health Administration (OSHA) records was received by this office on September 19, 2006. You requested records concerning Flood Gate I-W 30, West Bank Industrial Canal located in New Orleans, Louisiana.

Our regional office in Dallas, is the appropriate office to respond to your inquiry. I have forwarded your request to them for action and a direct response to you. Should you need their address it is:

   Occupational Safety and Health Administration
   U.S. Department of Labor
   525 Griffin Street, Room 602
   Dallas, Texas 75202

Thank you for contacting OSHA for information. If we can be of further service, please contact our FOIA Officer, Ms. Sue Izumi, at (202) 693-1999.

Sincerely,

William G. Wright, Communication Services Chief
Office of Communications

EXHIBIT