

**MILLING BENSON WOODWARD** L.L.P.

*Attorneys at Law*

William C. Gambel
A Professional Law Corporation
(504) 569-7210
wgambel@millinglaw.com

November 3, 2006

**CORRECTED**

VIA FACSIMILE - 504 862 2827

Frederick Wallace
Office of Chief Counsel
U.S. Army Corp of Engineers
400 Seventh Street, SW
New Orleans, Louisiana 20590

Re: Foia Request – Re: Flood Gate I-W30

Dear Mr. Wallace:

Please consider this request under the Freedom of Information Act. 5 U.S.C. § 552, As Amended By Public Law No. 104-231, 110 Stat. 3048.

We ask that you provide to us the following:

> Any requests for approval, permission or permits, or indications of no objection and Corps of Engineers responses or replies, including documents exchanged, to rebuild, reconstruct or re-erect the bed of the railroad and relay the tracks for the passage of rail traffic through the west flood wall of the Inner Harbor Navigation Canal or Industrial Canal to replace, repair, or relocate the rail tracks which passed through Flood Gate I-W 30 on and before August 29, 2005.

By way of further definition we understand Norfolk Southern owned the rail bed and tracks.

Very truly yours,

William C. Gambel

WCG:pb/354772



New Orleans • 909 Poydras Street, Suite 2300 • New Orleans, Louisiana 70112 • (504)569-7000 • Fax (504)569-7001
Lafayette • 101 LaRue France, Suite 200 • Lafayette, Louisiana 70508 • (337)232-3929 • Fax (337)233-4957
Baton Rouge • 339 Florida Street, Suite 300 • Baton Rouge, Louisiana 70801 • (225)291-7300 • Fax (225)291-4524