

U.S. Department
of Transportation

**Federal Railroad
Administration**

1120 Vermont Ave., N.W.
Washington, D.C. 20590

November 20, 2006

Mr. William C. Gambel
Milling Benson Woodward L.L.P.
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112

Re: FRA FOIA File No. 06-444

Dear Mr. Gambel:

This letter is in response to your Freedom of Information Act (FOIA) request to the Federal Railroad Administration (FRA) for information concerning the September 11, 2004 derailment on the CSX Transportation (CSX) tracks in New Orleans, Louisiana.

In accordance with the FOIA, I am enclosing the following related documents:

1. Computer printout of the Rail Equipment Accident/Incident Report (Form FRA F 6180.54) filed by New Orleans Public Belt Railroad (NOPB)

2. Computer printout of the Rail Equipment Accident/Incident Report (Form FRA F 6180.54) filed by CSX Transportation (CSX)

No fee has been assessed for the documents in light of the minimal cost incurred in providing you with these records.

Please note that 49 U.S.C. §20903 proscribes the use of accident reports, such as the enclosed documents, in any suit or action for damages arising out of any matter mentioned in the reports.

Since FRA has no other records in its possession that are responsive to your request, I am closing your file in this office. If you have any questions regarding the processing of your request, please contact me at 202- 493-6039.

Sincerely,

*Denise Kollehlon*

Denise Kollehlon
FOIA Officer

Enclosures

EXHIBIT

# RAIL EQUIPMENT ACCIDENT/INCIDENT REPORT

**DEPARTMENT OF TRANSPORTATION**
**FEDERAL RAILROAD ADMINISTRATION**

OMB Approval No: 2130-0500

| # | Field | Value |
|---|-------|-------|
| 1. | Name of Reporting Railroad | CSX Transportation [CSX] |
| 1a. | Alphabetic Code | CSX |
| 1b. | Railroad Accident/Incident No. | 000006349 |
| 2. | Name of other Railroad Involved in Train Accident/Incident | New Orleans Public Belt RR [NOPB] |
| 2a. | Alphabetic Code | NOPB |
| 2b. | Railroad Accident/Incident No. | PB091104 |
| 3. | Name of Railroad Responsible for Track Maintenance (single entry) | CSX Transportation [CSX] |
| 3a. | Alphabetic Code | CSX |
| 3b. | Railroad Accident/Incident No. | 000006349 |
| 4. | U. S. DOT Grade Crossing Identification Number | |
| 5. | Date of Accident/Incident | month 09 day 11 year 2004 |
| 6. | Time of Accident/Incident | 12:45 AM [X] PM [ ] |

**7. Type of Accident/Incident** (single entry in code box): Code **01**
1. Derailment  2. Head on collision  3. Rear end collision  4. Side collision  5. Raking collision  6. Broken train collision  7. Hwy-rail crossing  8. RR grade crossing  9. Obstruction  10. Explosion-detonation  11. Fire/violent rupture  12. Other impacts  13. Other (describe in narrative)

| # | Field | Value |
|---|-------|-------|
| 8. | Cars Carrying HAZMAT | N/A |
| 9. | HAZMAT Cars Damaged/Derailed | N/A |
| 10. | Cars Releasing HAZMAT | N/A |
| 11. | People Evacuated | N/A |
| 12. | Division | ATLANTA |
| 13. | Nearest City/Town | NEW ORLEANS |
| 14. | Milepost (to nearest tenth) | 0801.2 |
| 15. | State Abbr. | LA  Code 22 |
| 16. | County | ORLEANS |
| 17. | Temperature (F) | 85 °F |
| 18. | Visibility (single entry) Code | 4 (1. Dawn 2. Day 3. Dusk 4. Dark) |
| 19. | Weather (single entry) Code | 1 (1. Clear 2. Cloudy 3. Rain 4. Fog 5. Sleet 6. Snow) |
| 20. | Type of Track Code | 1 (1. Main 2. Yard 3. Siding 4. Industry) |
| 21. | Track Name/Number | MAIN |
| 22. | FRA Track Class (1-6, X) Code | 1 |
| 23. | Annual Track Density (gross tons in millions) | 39.00 |
| 24. | Time Table Direction Code | (1. North 2. South 3. East 4. West) |
| 25. | Type of Equipment Consist (single entry) | 1. Freight train 2. Passenger train 3. Commuter train 4. Work train 5. Single car 6. Cut of cars 7. Yard/switching 8. Light loco(s). 9. Maint./inspect. car A. Spec. MoW Equip. |
| 26. | Was Equipment Attended? | 1. Yes 2. No |
| 27. | Train Number/Symbol | |
| 28. | Speed (recorded speed if available) R - Recorded  E - Estimated | 000 MPH |
| 29. | Trailing Tons (gross tonnage, excluding power units) | 0 |
| 30. | Method(s) of Operation | a. ATCS b. Auto train control c. Auto train stop d. Cab signals e. Traffic control f. Interlocking g. Automatic block h. Current of traffic i. Time table/train orders j. Track warrant control k. Direct traffic control l. Yard limits m. Special instructions n. Other than main track rules p. Positive train control o. Other (specify in narrative) Code(s): F G L |
| 30a. | Remotely Controlled Locomotive? | 0 = Not a remotely controlled operation 1 = Remote control portable transmitter 2 = Remote control tower operation 3 = Remote control portable transmitter - more than one remote control transmitter |

**31. Principal Car/Unit**

| | a. Initial and Number | b. Position in Train | c. Loaded (yes/no) |
|---|---|---|---|
| (1) First involved (derailed, struck, etc) | | 000 | |
| (2) Causing (if mechanical, cause reported) | | 000 | |

**32.** If any railroad employee(s) tested for drug/alcohol use, enter the number that were positive in the appropriate box. Alcohol: | Drugs: |

**33.** Was this consist transporting passengers? (y/n)

**34. Locomotive Units**

| | a. Head End | Mid Train b. Manual | Mid Train c. Remote | Rear End d. Manual | Rear End e. Remote |
|---|---|---|---|---|---|
| (1) Total in Train | 0 | 0 | 0 | 0 | 0 |
| (2) Total Derailed | 0 | 0 | 0 | 0 | 0 |

**35. Cars**

| | Loaded a. Freight | Loaded b. Pass. | Empty c. Freight | Empty d. Pass. | e. Caboose |
|---|---|---|---|---|---|
| (1) Total in Equipment Consist | 0 | 0 | 0 | 0 | 0 |
| (2) Total Derailed | 0 | 0 | 0 | 0 | 0 |

| # | Field | Value |
|---|-------|-------|
| 36. | Equipment Damage This Consist | $ 0 |
| 37. | Track, Signal, Way, & Structure Damage | $ 160,000 |
| 38. | Primary Cause Code | H501 |
| 39. | Contributing Cause Code | |

**Number of Crew Members**

| 40. Engineers/Operators | 41. Firemen | 42. Conductors | 43. Brakemen |
|---|---|---|---|
| 0 | | 0 | |

**Length of Time on Duty**

| 44. Engineer/Operator | 45. Conductor |
|---|---|
| Hrs:  Mins: | Hrs:  Mins: |

**Casualties to:**

| | 46. Railroad Employees | 47. Train Passengers | 48. Others |
|---|---|---|---|
| Fatal | 0 | 0 | 0 |
| Nonfatal | 0 | 0 | 0 |

49. Special Study Block

50. Latitude (optional): 0
51. Longitude (optional): 0

**52. Narrative Description** (Be specific, and continue on separate sheet if necessary)

NOPB DELIVERING CARS TO CSX DERAILED CARS ON NOPB TRACK. CREW DRAGGED DERAILED CARS ON CSXT TRACK CAUSING DAMAGE TO CSX TRACKS@

53. Typed/Printed Name & Title of Preparer
54. Signature
55. Date

NOTE: This report is part of the reporting railroad's accident report pursuant to the accident reports status and, as such shall not " be admitted as evidence or used for any purpose in any suit or action for damages growing out of any matter mentioned in said report ...." 49 U.S.C. 20903. See 49 C.F.R. 225.7 (b).

FORM FRA F 6180.54

# RAIL EQUIPMENT ACCIDENT/INCIDENT REPORT

**DEPARTMENT OF TRANSPORTATION**
**FEDERAL RAILROAD ADMINISTRATION**

OMB Approval No: 2130-0500

| Field | Value |
|---|---|
| 1. Name of Reporting Railroad | New Orleans Public Belt RR [NOPB] |
| 1a. Alphabetic Code | NOPB |
| 1b. Railroad Accident/Incident No. | PB091104 |
| 2. Name of other Railroad Involved in Train Accident/Incident | |
| 2a. Alphabetic Code | |
| 2b. Railroad Accident/Incident No. | |
| 3. Name of Railroad Responsible for Track Maintenance (single entry) | CSX Transportation [CSX] |
| 3a. Alphabetic Code | CSX |
| 3b. Railroad Accident/Incident No. | 000006349 |
| 4. U.S. DOT Grade Crossing Identification Number | |
| 5. Date of Accident/Incident | month 09 / day 11 / year 2004 |
| 6. Time of Accident/Incident | 12:45 AM [X] PM [ ] |

**7. Type of Accident/Incident** (single entry in code box): 1. Derailment  2. Head on collision  3. Rear end collision  4. Side collision  5. Raking collision  6. Broken train collision  7. Hwy-rail crossing  8. RR grade crossing  9. Obstruction  10. Explosion-detonation  11. Fire/violent rupture  12. Other impacts  13. Other (describe in narrative) — **Code 01**

| 8. Cars Carrying HAZMAT | 9. HAZMAT Cars Damaged/Derailed | 10. Cars Releasing HAZMAT | 11. People Evacuated | 12. Division |
|---|---|---|---|---|
| 35 | 2 | N/A | | SYSTEM |

| 13. Nearest City/Town | 14. Milepost (to nearest tenth) | 15. State Abbr. | Code | 16. County |
|---|---|---|---|---|
| NEW ORLEANS | 14.2 | LA | 22 | ORLEANS |

| 17. Temperature (F) | 18. Visibility (single entry) | Code | 19. Weather (single entry) | Code | 20. Type of Track | Code |
|---|---|---|---|---|---|---|
| 94 °F | 1. Dawn  2. Day  3. Dusk  4. Dark | 4 | 1. Clear  2. Cloudy  3. Rain  4. Fog  5. Sleet  6. Snow | 1 | 1. Main  2. Yard  3. Siding  4. Industry | 1 |

| 21. Track Name/Number | 22. FRA Track Class (1-6, X) | 23. Annual Track Density (gross tons in millions) | 24. Time Table Direction | Code |
|---|---|---|---|---|
| MAINLINE | 2 | 16.00 | 1. North  2. South  3. East  4. West | 3 |

| 25. Type of Equipment Consist (single entry) | Code | 26. Was Equipment Attended? | Code | 27. Train Number/Symbol |
|---|---|---|---|---|
| 1. Freight train  2. Passenger train  3. Commuter train  4. Work train  5. Single car  6. Cut of cars  7. Yard/switching  8. Light loco(s).  9. Maint./inspect. car  A. Spec. MoW Equip. | 1 | 1. Yes  2. No | Y | NOPB |

| 28. Speed (recorded speed if available) R - Recorded  E - Estimated | Code | 30. Method(s) of Operation (enter codes that apply): a. ATCS  b. Auto train control  c. Auto train stop  d. Cab signals  e. Traffic control  f. Interlocking  g. Automatic block  h. Current of traffic  i. Time table/train orders  j. Track warrant control  k. Direct traffic control  l. Yard limits  m. Special instructions  n. Other than main track rules  p. Positive train control  o. Other (specify in narrative) Code(s): F G L | 30a. Remotely Controlled Locomotive? 0 = Not a remotely controlled operation  1 = Remote control portable transmitter  2 = Remote control tower operation  3 = Remote control portable transmitter - more than one remote control transmitter | Code |
|---|---|---|---|---|
| 005 MPH | E | | | 0 |
| 29. Trailing Tons (gross tonnage, excluding power units) | 0 | | | |

| 31. Principal Car/Unit (1) First involved (derailed, struck, etc) | a. Initial and Number | b. Position in Train | c. Loaded (yes/no) | 32. If any railroad employee(s) tested for drug/alcohol use, enter the number that were positive in the appropriate box. Alcohol / Drugs |
|---|---|---|---|---|
| | JTTX851808 | 022 | N | 00 / 00 |
| (2) Causing (if mechanical, cause reported) | | 000 | | 33. Was this consist transporting passengers? (y/n) — No |

| 34. Locomotive Units | a. Head End | Mid Train b. Manual | c. Remote | Rear End d. Manual | e. Remote | 35. Cars | Loaded a. Freight | b. Pass. | Empty c. Freight | d. Pass. | e. Caboose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) Total in Train | 2 | 0 | 0 | 0 | 0 | (1) Total in Equipment Consist | 81 | 0 | 18 | 0 | 0 |
| (2) Total Derailed | 0 | 0 | 0 | 0 | 0 | (2) Total Derailed | 4 | 0 | 2 | 0 | 0 |

| 36. Equipment Damage This Consist | 37. Track, Signal, Way, & Structure Damage | 38. Primary Cause Code | 39. Contributing Cause Code |
|---|---|---|---|
| $ 13,300 | $ 0 | M405 | |

**Number of Crew Members**

| 40. Engineers/Operators | 41. Firemen | 42. Conductors | 43. Brakemen |
|---|---|---|---|
| 1 | | 1 | |

**Length of Time on Duty**

| 44. Engineer/Operator | 45. Conductor |
|---|---|
| Hrs: 03  Mins: 30 | Hrs: 03  Mins: 30 |

| Casualties to: | 46. Railroad Employees | 47. Train Passengers | 48. Others | 49. Special Study Block |
|---|---|---|---|---|
| Fatal | 0 | 0 | 0 | |
| Nonfatal | 0 | 0 | 0 | |

| 50. Latitude (optional) | 51. Longitude (optional) |
|---|---|
| 0 | 0 |

**52. Narrative Description** (Be specific, and continue on separate sheet if necessary)

TRAIN PROCEEDED EAST OVER ALMONASTER AVE. ON A RESTRICTING SIGNAL TO THE CROSSOVER SWITCH ON THE EAST SIDE OF CANAL BRIDGE AND STOPPED. CONDUCTOR LINED SWITCH, TRAIN CONTINUED EAST WHILE CONDUCTOR WALKED TO CSX YARD 3 SWITCH THAT WAS ALSO LINED AGAINST MOVEMENT. TRAIN THEN PROCEEDED INTO YARD TRACK 3 AND TRAIN WENT INTO EMERGENCY. EMPTY CAR JTTX 851808 DERAILED "STRING LINED" IN THE CURVE 18 CARS BACK.

| 53. Typed/Printed Name & Title of Preparer | 54. Signature | 55. Date |
|---|---|---|

**NOTE:** This report is part of the reporting railroad's accident report pursuant to the accident reports status and, as such shall not "be admitted as evidence or used for any purpose in any suit or action for damages growing out of any matter mentioned in said report ...." 49 U.S.C. 20903. See 49 C.F.R. 225.7 (b).

FORM FRA F 6180.54