NO. 979   P. 2

JAN. 18. 2007 11:12AM  DEPA SMITH STAG LLC

| | | |
|---|---|---|
| X INCIDENT REPORT | ITEM NUMBER | |
| SUPPLEMENTAL F   T PAGE 1 OF 4 | I-18766-04 | |

**EVENT**

| SIGNAL | INCIDENT | DATE/TIME OCCURRED | DIST/ZONE/SUB | STATUS | BULLETIN REQUIRED |
|---|---|---|---|---|---|
| 21 | Train Derailment | 9-10-04 / 12:55 A.M. | | ☐ OPEN<br>☐ CLEARED BY ARREST<br>☒ CLEARED BY EXCEPT.<br>☐ WARRANT ISSUED<br>☐ UNFOUNDED | ☐ YES<br>☒ NO |
| LOCATION OF OCCURRENCE | | DATE/TIME OF REPORT | LIGHTING | | |
| Almonaster Blvd. and France Rd. | | 9-11-04 / 1:19 A.M. | P | | |

**VICTIM/REPORTING PERSON**

| ☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|
| Board of Commissioners-Orleans Levee Dist. | N/A | X | X | X | 1 |
| HOME ADDRESS | ZIP CODE | HOME PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED |
| N/A | X | X | X | X | X | X |
| BUSINESS ADDRESS | ZIP CODE | BUSINESS PHONE | DRIVERS LICENSE NUMBER | OCCUPATION |
| 6001 Stars and Stripes Blvd. | 70126 | 504-243-4000 | N/A | X |

| ☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|
| New Orleans Public Belt Railroad | N/A | X | X | X | 2 |
| HOME ADDRESS | ZIP CODE | HOME PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED |
| N/A | X | X | X | X | X | X |
| BUSINESS ADDRESS | ZIP CODE | BUSINESS PHONE | DRIVERS LICENSE NUMBER | OCCUPATION |
| 4822 Tchoupitoulas | 70115 | unknown | N/A | X |

**OFFENDER NO.**

| ☐ ARRESTED  ☐ WANTED  ☐ MISSING  ☐ RUNAWAY | DATE OF BIRTH OR AGE | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| HOME ADDRESS | ZIP CODE | DATE/TIME OF ARREST | ARREST CREDIT | SOBRIETY | INJURY | TREATED |
| ARREST LOCATION | | SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | DIST/ZONE/SUB | RIGHTS WAIVED FORM # |
| ALIAS/NICKNAME | | MAGISTRATE DATE/TIME | TRANSPORTED BY | | UNIT |

ARRESTEE ARMED AT TIME OF ARREST: ☐ UNARMED ☐ SHOTGUN ☐ KNIFE ☐ AUTOMATIC  ☐ HANDGUN ☐ RIFLE ☐ OTHER WEAPON ☐ SEMI-AUTOMATIC

ARREST TYPE: ☐ ON VIEW ☐ SUMMONS ☐ EXISTING WARRANT

RESIDENT STATUS: ☐ ORLEANS RESIDENT ☐ NON-RESIDENT

JUVENILE DISPOSITION: ☐ RELEASED TO PARENT ☐ APOLOGETIC ☐ HELD FOR COURT

CHARGES: | VICTIM # | RELATIONSHIP |

**DESCRIPTION**

01-BUILD: 01 SMALL/PETITE, 02 THIN, 03 MEDIUM, 04 MUSCULAR, 05 HEAVY/STOCKY, 06 FLABBY, 07 STOOPED SHOULDERS, 08 NARROW SHOULDERS, 09 BROAD SHOULDERS, 10 DWARF/MIDGET

02-ODDITIES: 01 LIMP, 02 CRIPPLED ARM, 03 MISSING ARM, 04 MISSING FINGER, 05 MISSING HAND, 06 MISSING FOOT, 07 MISSING LEG, 08 ABNORMAL GENITALS, 09 BODY ODOR, 10 LEFT HANDED

03-SCARS: 01 CHEEK, LEFT; 02 CHEEK, RIGHT; 03 CHIN; 04 EAR, LEFT; 05 EAR, RIGHT; 06 EYEBROW, LEFT; 07 EYEBROW, RIGHT; 08 LIP UPPER; 09 NOSE; 10 NECK; 11 ARM, LEFT; 12 ARM, RIGHT; 13 HAND, LEFT; 14 HAND, RIGHT; 15 WRIST, LEFT; 16 WRIST, RIGHT; 17 CHEST; 18 BACK; 19 LEG, LEFT; 20 LEG, RIGHT

04-TATTOOS: 01 ARM, LEFT; 02 ARM, RIGHT; 03 HAND, LEFT; 04 HAND, RIGHT; 05 LEG, LEFT; 06 LEG, RIGHT; 07 CHEST; 08 NECK; 09 BACK; 10 FACE

05-APPAREL: 01 CLOTH OVER FACE, 02 STOCKING OVER FACE, 03 MASK, 04 EARRINGS, 05 SUNGLASSES, 06 RINGS, 07 GLOVES, 08 CAP/HAT, 09 MAN-FEMALE ATTIRE, 10 TENNIS SHOES

06-SPEECH: 01 SOFT/POLITE, 02 RASPY/DEEP, 03 RAPID, 04 SLOW, 05 LOUD, 06 MUMBLE, 07 STUTTERS/LISP, 08 VULGAR, 09 APOLOGETIC, 10 EFFEMINATE

07-ACCENT: 01 AFRO-AMERICAN, 02 SPANISH, 03 ORIENTAL, 04 FRENCH, 05 ENGLISH, 06 JAMAICAN, 07 OTHER

08-FACIAL ODDITIES: 01 BIRTHMARKS, 02 BLOTCHES, 03 FRECKLES, 04 MOLES/WARTS, 05 PIMPLES/POCKS, 06 WRINKLES, 07 HIGH CHEEKS, 08 THICK LIPS, 09 DEFORMED EAR, 10 MISSING EAR

09-EYES: 01 BLUE, 02 BROWN, 03 GREY, 04 GREEN, 05 BLOODSHOT, 06 BULGING, 07 CROSSED, 08 MISSING/GLASS, 09 SQUINTS/BLINKS, 10 SLANTED/ORIENTAL

10-NOSE: 01 LARGE, 02 SMALL, 03 LONG, 04 THIN, 05 PUG, 06 POINTED, 07 BROAD, 08 FLAT, 09 HOOKED, 10 RED

11-TEETH: 01 IRREGULAR, 02 DECAYED, 03 PROTRUDING, 04 CAPS, 05 MISSING, 06 CHIPPED, 07 GOLD, 08 DESIGN, 09 DIAMOND, 10 BRACES

12-HAIR COLOR: 01 BLONDE, 02 RED, 03 BROWN, 04 BLACK, 05 GREY/SILVER, 06 SALT/PEPPER, 07 MULTI-COLOR, 08 PLAT. BLONDE, 09 STREAKED, 10 GREY PATCHES

13-HAIR STYLE: 01 AFRO, 02 BRAIDED, 03 CURLY, 04 STRAIGHT, 05 CREWCUT, 06 BALD, 07 SHORT, 08 MEDIUM, 09 LONG, 10 FADE/DESIGN

14-FACIAL HAIR: 01 SIDEBURNS, 02 MUTTON CHOPS, 03 BEARD, 04 GOATEE, 05 MUSTACHE, 06 FU-MANCHU, 07 HAIR UND. LIP, 08 UNSHAVEN, 09 BUSHY EYEBROWS, 10 CLEAN SHAVEN

15-COMPLEXION: 01 ALBINO, 02 FAIR, 03 RUDDY, 04 OLIVE, 05 LIGHT, 06 BROWN, 07 DARK

ADDITIONAL DESCRIPTION:

| RACE | VICTIM TYPE | SOBRIETY | INJURY | TREATED | VICTIM RELATIONSHIP TO OFFENDER (VICTIM WAS:) |
|---|---|---|---|---|---|
| W-WHITE<br>B-BLACK<br>I-AMERIND<br>A-ASIAN<br>U-UNKNOWN | B-BUSINESS<br>F-FINANCIAL INST.<br>G-GOVERNMENT<br>L-LAW OFFICER<br>R-RELIGIOUS ORG. | S-SOCIETY<br>O-ORLEANS RESIDENT<br>M-METRO RESIDENT<br>N-NON RESIDENT<br>U-UNKNOWN | S-SOBER<br>A-ALCOHOL<br>D-DRUGS<br>U-UNKNOWN | B-BROKEN BONES<br>I-INTERNAL INJURY<br>L-LACERATIONS<br>M-MINOR<br>O-OTHER MAJOR<br>N-NO INJURY | R-REFUSED<br>T-TREATED<br>H-HOSPITALIZED | A-SPOUSE  G-GRANDCHILD  M-EX SPOUSE<br>B-COMMON LAW  H-OTHER FAMILY  N-EMPLOYEE<br>C-PARENT  I-ACQUAINTANCE  O-EMPLOYER<br>D-OFFSPRING  J-NEIGHBOR  P-HOMOSEXUAL<br>E-SIBLING  K-BEING BABYSAT  S-STRANGER<br>F-GRANDPARENT  L-BOY/GIRL FRIEND  U-UNKNOWN |

| DETECTIVE | CRIME LAB | OTHER | REPORTING CAR |
|---|---|---|---|
| | | | 7710 |

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | SUPERVISOR | BADGE |
|---|---|---|---|---|---|
| J. Wells | 80 | | | Lt M Cain | 41 |

EXHIBIT

JAN. 18. 2007 11:12AM    SMITH STAG LLC                                    NO. 979   P. 5

| NEW ORLEANS POLICE DEPARTMENT – CONTINUATION | | | | PAGE 4 OF 4 | ITEM NUMBER I-18766-04 | | |
|---|---|---|---|---|---|---|---|
| LOSS TYPE | QUANTITY/ WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | | SERIAL NUMBER | PROP/NARC CODE | VALUE |

### NARRATIVE

On Friday September 11, 2004 at about 1:00 A.M. Orleans Levee District Police Lieutenant Julia Wells responded to a complaint of a train derailment at Almonaster Blvd. and France Rd. The call was received from Lt. Frances of the Harbor Police Department. Frances also advised that the train had struck one of the floodgates.

Upon arrival, Wells met with John Mayeaux, a Trainmaster for CSX transportation. Wells learned that there were two people on the train, the engineer and the conductor. No one was injured. Mr. Mayeaux said that the train had derailed as it was leaving the area after picking up additional cars. Mayeaux said the cause of the derailment was unknown at this time. When asked to speak with the train engineer, Mayeaux advised that the engineer would be brought to the location as soon as possible. The engineer was still in the yard securing the engine to the train involved.

The Orleans Levee District engineering department was notified and Mr. Dennis Trocchiano arrived at 2:10 A.M. and inspected the area and took pictures of the damage. Trocchiano departed at about 3:00 A.M.

Lt. Wells observed the damage to the cars on the train and the damage to the tracks. The derailment began approximately 200 feet east of France Rd. while the train was in motion. The floodgate was struck by one of the flat bed cars, which traveled approximately 150 feet after striking the structure. There were six cars involved in the derailment. None of the cars overturned, but the wheels dug into the ground supporting the tracks pulling away the metal and wood forming the tracks causing and undetermined amount of damage. The metal track for the sliding floodgate was torn away and the concrete surrounding the gate post was knocked off and approximately three feet of the flood wall was also broken. The number of the floodgate was W-30.

Wells spoke with the train engineer, who identified himself as Rickey T. Sharper, B/M, DOB-10-20-57, and SS# 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, residing at 10536 Boudreaux Rd. Gonzales, La. The other person aboard the train was the conductor, Mr. Rodney White, B/M age 28. Mr. Sharper said that he had backed the train and connected to the cars that he was picking up, which totaled 102 cars being carried by the train, then started forward. The cars were being pulled by two engines. He said his speed was up to approximately 10 MPH when the train went into emergency, which means that the engine was no longer able to pull or go forward. Sharper said that because of the make up of the train, going into emergency is the only way the engineer will be aware that something has gone wrong. He had no idea that the floodgate had been struck, nor when the gate was struck.

Wells asked the engineer to submit to a field sobriety test for the possible presence of alcohol or drug usage. Sharper readily submitted to the test and it showed no indications of the presence of drug or alcohol usage.

Wells learned that the locomotive belonged to Burlington Northern Santa Fe railroad. The train ID numbers were 2002 and 2003. The derailment began on tracks owned by the New Orleans Public Belt Railroad and extended to tracks owned by CSX Transportation. The L& N Bridge was closed after the incident and would remain closed until the train cars were removed.

Any further information will be forwarded in a supplemental report.