

# EMERGENCY OPERATIONS PLAN

# 2006



EXHIBIT

| Gate No | Type | Location | Width | Height | Sill Elev. | Low Sill | Adv Close | Company/Agency Name |
|---|---|---|---|---|---|---|---|---|
| W-26 | SW | Across NOPBRR tracks on France Rd north of Florida Ave. | 17.00 | 9.70 | 3.56 | | | NO Public Belt Railroad |
| W-27 | OH | Across Benefit St extension (France Rd Pkwy) at France Rd | 39.00 | 9.50 | 4.49 | | | Port of New Orleans, City of New Orleans |
| W-28 | OH | Across Benefit St extension (France Rd Pkwy) at France Rd | 39.00 | 9.50 | 4.51 | | | City of New Orleans, Dept. of Public Works Port of New Orleans |
| W-29 | OH | Across NOPBRR tracks on France Rd south of Almonaster Ave. | 17.00 | 9.10 | 3.98 | | | NO Public Belt Railroad |
| W-30 | OH | Across L&N RR tracks adjacent to I-10 bridge | 32.50 | 5.70 | 7.39 | | | CSX Transportation Company, NO Public Belt Railroad |
| W-31 | OH | Across Old Gentilly Rd under I-10 Bridge | 30.00 | 8.70 | 4.24 | | | City of New Orleans, Dept. of Public Works Port of New Orleans |
| W-32 | SW | Across railroad tracks in LA Materials yard | 22.50 | 4.40 | 8.64 | | | Vulcan Materials Co. |
| W-33 | SW | Across material access road in LA Materials yard | 22.00 | 3.00 | 9.90 | | | Vulcan Materials Co. |
| W-34 | SW | Across material access road in LA Materials yard | 22.00 | 3.10 | 9.98 | | | Vulcan Materials Co. |
| W-35 | SW | Across material access road in LA Materials yard | 22.00 | 3.10 | 9.94 | | | Vulcan Materials Co. |
| W-36 | OH | Across NOPBRR tracks on France Rd at US Hwy 90 | 17.00 | 6.70 | 6.36 | | | NO Public Belt Railroad |

Gate types:  DS - Double swing   FL - Flap   MS - Miter swing   OH - Overhead   RM - Removable
SC - Sluice   SG - Sector gate   SL - Slide   ST - Stop logs   SW - Swing

Friday, April 15, 2005  Rev.                                                                                      Page AT3-5 of 14