IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO.  05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: | §<br>§ | |
| *Reed,* No. 06-2152 | §<br>§<br>§ | |

## NOTICE OF APPEAL

NOW COMES plaintiff, Phillip Reed, on behalf of himself and all others similarly situated ("Plaintiff"), through his undersigned counsel, and pursuant to Rule 3 of the Federal Rules of Appellate Procedure, very respectfully states, alleges and prays as follows:

Notice is hereby given that Plaintiff appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (which has been designated as Document No. 26 in the docket of case 06-2152 and as Document No. 3367 in the docket of case number 05-4182) and the Order and Reasons (which has been designated as Document No. 3365 in the docket of case number 05-4182) dated and entered March 9, 2007.

WHEREFORE, plaintiff, Phillip Reed, on behalf of himself and all others similarly situated, respectfully requests that this Honorable Court take notice of the foregoing.

New Orleans, Louisiana, this 12th day of March, 2007.

Respectfully submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone:  504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III
Attorney for Plaintiff, Phillip Reed, on behalf
of himself and all others similarly situated.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the

Clerk of the United States District Court for the Eastern District of Louisiana using the

CM/ECF system which will send notification of such filing to all counsel of record.

_____
**CAMILO K. SALAS III**

2