# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: | | |
| ALL CASES | | |

## NOTICE OF CASE DESIGNATION

NOW INTO COURT, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| Case Name | Case Number | Pertains To |
|---|---|---|
| Imperial Trading Company, Inc. et al v. Lucky Coin Machine Company et al<br>*(wrong caption – Defendant is Travelers Property Casualty Company of America, not Lucky Coin)* | No. 06-4262 | Insurance |
| Fischman v. State Farm Insurance Company | No. 06-4952 | Insurance |
| Montagnet Properties #1, LLC et al v. Zurich American Insurance Company et al | No. 06-5115 | Insurance |
| Kling et al v. State Farm Fire & Casualty Company | No. 06-5474 | Insurance |
| Alonzo v. Mangano et al | No. 06-8759 | St. Rita |

---

1   This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated February 12, 2007.

1

| Case Name | Case Number | Pertains To |
|---|---|---|
| Burrus v. The Hanover Insurance Company et al | No. 06-9008 | Insurance |
| Sorina et al v. Hanover Insurance Group | No. 06-9885 | Insurance |
| Williams et al v. Allstate Insurance Company et al | No. 06-10714 | Insurance |
| Maynard v. St. Paul Travelers Companies, Inc. et al | No. 06-11385 | Insurance |
| O'Dwyer v. United States of America | No. 07-0206 | Levee, MRGO |
| Guient, et al v. United States of America, et al | No. 07-0621 | MRGO |
| Greer et al v. United States Army Corps of Engineers | No. 07-0647 | Levee |
| Mattox et al v. Buffman, Inc. et al | No. 07-0657 | St. Rita |
| Paul et al v. Sewerage and Water Board of New Orleans et al | No. 07-0993 | Levee |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 13 day of March, 2007.

JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775
**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Defendants Liaison Counsel**

2