IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>*Ackerson,* No. 06-4066 | § CIVIL ACTION<br>§ NO. 05-4182 "K" (2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEAL

NOW COME all the plaintiffs in Civil Action No. 06-4066, Fellosea Ackerson, et. al., on behalf of themselves and all others similarly situated ("Plaintiffs"), through their undersigned counsel, and pursuant to Rule 3 of the Federal Rules of Appellate Procedure, very respectfully state, allege and pray as follows:

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment (which has been designated as Document No. 3366 in the docket of case number 05-4182) and the Order and Reasons (which has been designated as Document No. 3365 in the docket of case number 05-4182) dated and entered March 9, 2007.

WHEREFORE, all the plaintiffs in Civil Action No. 06-4066, Fellosea Ackerson, et. al., on behalf of themselves and all others similarly situated, respectfully request that this Honorable Court take notice of the foregoing.

Metairie, Louisiana, this 12th day of March, 2007.

Respectfully submitted:

A. J. Rebennack (Louisiana Bar No. 18677)
2202 Avenue B
Metairie, Louisiana 70001
Telephone: 504-792-0512
Fax: 504-831-1203
E-Mail: rebennacks@cox.net

_____
A. J. REBENNACK
Attorney for all Plaintiffs in
Civil Action No. 06-4066,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
A. J. REBENNACK