# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: Levee and MRGO,<br>*Cohen*, No. 06-5042 | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Having considered the Ex Parte Motion for Leave to File Rule 12 Motion and Incorporated Memorandum In Support, and for good cause shown, it is hereby ORDERED that the Ex Parte Motion for Leave to File Rule 12 Motion is GRANTED. The United States shall have until March 16, 2007, to file its Rule 12 motion.

New Orleans, Louisiana, this  13th  day of        March        , 2007.

_____
UNITED STATES DISTRICT JUDGE