UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION  Plaintiff, | * * * * * | CIVIL ACTION: 05-4182 "K" (2)  JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE  *Abadie et al, v. Aegis Security Insurance Co.*  No. 06-5164  Defendant. | * * * * * | MAGISTRATE JUDGE  JOSEPH C. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **O R D E R**

Considering the foregoing Partial Motion to Dismiss Plaintiff Jeannette St. Etienne, With Prejudice;

**IT IS ORDERED** that the Partial Motion to Dismiss Plaintiff Jeannette St. Etienne, With Prejudice be and hereby is **GRANTED,** and that the claim of Jeannette St. Etienne asserted herein against Allstate Insurance Company be and hereby is dismissed with prejudice. All claims asserted by other Plaintiffs are reserved.

New Orleans, Louisiana, this 13th day of March, 2006.

_____
JUDGE

Bruno Motion to Dismiss Federal Court Suit