UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| _____ | | |
| PERTAINS TO LEVEE:<br>*La. Environmental Action Network*<br>*(06-9147)* | * | JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

Considering the foregoing Motion for Leave to File Memorandum in Opposition to United States' Motion to Dismiss under 12(b)(6),

IT IS ORDERED that the said Motion for Leave to File Memorandum in Opposition to the Motion of the United States to Dismiss the claims asserted by the Louisiana Action Environmental Network (LEAN) (Doc. 2951) filed by Plaintiffs in *Bourgeois et al*., Case No. 06-5131, *Adams et al*., Case No. 06-5128 and *Ferdinand et al*., Case No. 06-5132, home, property and business owners, and residents who suffered damages and losses from flooding proximately caused by the failure of the London Outfall Canal Levee, be and the same hereby is GRANTED.

New Orleans, Louisiana on this the 13th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

W359138