UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                     NO. 05-4182

PERTAINS TO:                         SECTION "K" (2)
*Gambino*, C.A. No. 06-8636

## JUDGMENT

CONSIDERING THE FOREGOING Motion for Entry of Final Judgment (Doc. 3358); **IT IS ORDERED** that in conjunction with the Court's prior ruling entered February 28, 2007, and considering this Court's Orders on file herein,

**IT IS FURTHER ORDERED AND DECREED** that the Court's ruling (Rec.Doc.No. 3291) entered on February 28, 2007, is hereby entered as a final judgment pursuant to Rule 54(b), F.R.C.P, finding that there is no just reason for delay that judgment should be entered dismissing Alliance Insurance Agency Services, Inc. **WITH PREJUDICE.**

New Orleans, Louisiana, on this 13th day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE