MINUTE ENTRY
WILKINSON, M. J.
MARCH 12, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
       CONSOLIDATED LITIGATION

       NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE Zimmerman, 06-3932     JUDGE DUVAL
       MAG. WILKINSON


A settlement conference was conducted on this date before the undersigned

magistrate judge.  No settlement was reached.



JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE



MJSTAR:  1 : 30