UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: Levee, MRGO, Insurance | |
| CHANGE OF TIME FOR ARGUMENT ON<br>DOC. 3372-MOTION TO ENFORCE STAY | SECTION "K"(2) |

## ORDER

Due to a scheduling conflict,

**IT IS ORDERED** that the hearing on Insurer Defendants' Motion to Enforce Stay Order Issued by Fifth Circuit on February 28, 2007 (Doc. 3372) is **RESET** from **10:30 a.m.** on March **15, 2007** to **2:00 p.m.** on March 15, 2007.

New Orleans, Louisiana, this  13th  day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

New Orleans, Louisiana, this _____ day of September, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**