## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * * | **CASE NO. 05-4182** <br><br> SECTION: "K" <br><br> MAGISTRATE: "2" |
| **PERTAINS TO: LEVEE, MRGO & RESPONDER** <br> Maureen O'Dwyer, No. 06-5786 | * * * | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS ORDERED** that Rachel A. Meese, Louisiana Bar Roll Number 25457 be, and hereby is enrolled as additional counsel of record in the above entitled and numbered matter.

New Orleans, Louisiana this _____ day of March, 2007.

_____
**UNITED STATES DISTRICT JUDGE**