UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE     (*Kiefer,* 06-5370) | *   CIVIL ACTION<br>*<br>*   NO. 05-4182 "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO DISMISS CLAIMS OF
### RUSSELL A. CIVELLO

**NOW INTO COURT**, through undersigned counsel of record, comes plaintiff Russell A. Civello ("Plaintiff") and defendant State Farm Fire and Casualty Company ("State Farm"), who, at the request of Plaintiff and by consent of State Farm, move that this Court enter

an Order dismissing all claims asserted by Russell A. Civello against State Farm in this lawsuit, without prejudice, each party to bear its own costs.

Respectfully submitted,

/s/ Wanda J. Edwards

Calvin C. Fayard, Jr., 5486
D. Blayne Honeycutt, 18264
Wanda J. Edwards, 27448
  of
Fayard & Honeycutt, APC
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone: (224) 664-4193

And

Peyton P. Murphy, 22125
Murphy Law Firm
7035 Jefferson Highway
Baton Rouge, LA 70725
Telephone: (225) 928-8800

Attorneys for Plaintiffs

/s/ Sarah H. Barcellona

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
  of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorneys for Defendant State Farm Fire & Casualty Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Dismiss Claims of Russell A. Civello has been served upon all counsel of record by electronic service through the Court's CM/ECF system or placing same in the United States mail, postage prepaid and properly ad dressed, this 14th day of March, 2007.

*Wanda J. Edwards*