UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE    (*Kiefer*, 06-5370) | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Based upon the foregoing Joint Motion to Dismiss Claims of Russell A. Civello,

**IT IS ORDERED** that all claims asserted by Russell A. Civello against State Farm Fire and Casualty Company are **DISMISSED WITHOUT PREJUDICE**. The aforementioned plaintiff and State Farm shall each bear their own costs with respect to those claims. All other existing claims of the parties to this lawsuit are reserved.

_____
JUDGE

862302v.1