IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO:<br><br>ALL DREDGING LIMITATIONS<br>Nos. 06-8676; 06-8884; 06-8888; 06-8890;<br>06-8891; 06-8922; 06-8967; 06-9075; 06-9223<br><br>_____ | § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF APPEAL

NOW COMES plaintiff, Phillip Reed, on behalf of himself and all others similarly situated, all potential claimants in the Dredging Limitations Cases and the plaintiffs in Civil Action No. 06-2152, through undersigned counsel, and pursuant to Rule 3 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1292(a)(3), very respectfully states, alleges and prays as follows:

Notice is hereby given that plaintiff, Phillip Reed, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Fifth Circuit from the Order (which has been designated as Document No. 3380 in the docket of case number 05-4182) dated and filed on March 9, 2007.

WHEREFORE, plaintiff, Phillip Reed, on behalf of himself and all others similarly situated, respectfully requests that this Honorable Court take notice of the foregoing.

New Orleans, Louisiana, this 14th day of March, 2007.

Respectfully submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III
Attorney for Plaintiff, Phillip Reed, on behalf of himself and all others similarly situated.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
**CAMILO K. SALAS III**