UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE:<br>ADAMS, CATHY (06-4065)<br>LEDUFF (06-5260)<br>PONTCHARTRAIN BAPTIST CHURCH (06-6642) | §<br>§<br>§<br>§<br>§ | |

## C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S
## MOTION FOR SUMMARY JUDGMENT BASED ON REMOTENESS

NOW INTO COURT, through undersigned counsel, comes defendant, C.R. Pittman Construction Company, Inc. ("C.R. Pittman"), who moves for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56 on the grounds that the pleadings on file with the accompanying statement of uncontested material facts and affidavit show that there is no genuine issue of material fact, that the claims against C.R. Pittman are barred as Plaintiffs have failed to provide competent evidence supporting their claims that any work performed by C.R. Pittman caused the breaches in the levees and/or flood walls and, further, C.R. Pittman adopts the remoteness argument and rationale outlined in this Honorable Court's *Order and Reasons*, dated

December 8, 2006,[1] wherein the Court ruled that the location of the Engineering Defendants' work was too "remote" from the breach sites and would not have any bearing on any of the areas which failed. As Plaintiffs have failed to raise a genuine issue of material fact, C.R. Pittman is entitled to judgment dismissing the claims against it, with prejudice, as a matter of law.

Respectfully submitted:

s/   *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email: jmelchiode@gjtbs.com
Larry G. Canada # 17894
Email: lcanada@gjtbs.com
Jason J. Markey #29722
Email: jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

---

[1] *See* Doc. 2148.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

    s/ *Gerald A. Melchiode*
    Gerald A. Melchiode, T.A. #22525
    Email: jmelchiode@gjtbs.com
    Larry G. Canada # 17894
    Email: lcanada@gjtbs.com
    Jason J. Markey #29722
    Email: jmarkey@gjtbs.com
    Galloway, Johnson, Tompkins, Burr & Smith
    One Shell Square
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    Telephone: (504) 525-6802
    Facsimile: (504) 525-2456
    **Counsel for C.R. Pittman Construction Company, Inc.**