**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | | § | JUDGE DUVAL |
| | | § | MAG. WILKERSON |
| | | § | |
| | | § | |
| PERTAINS TO: | | § | |
| LEVEE: | | § | |
| ADAMS, CATHY (06-4065) | | § | |
| LEDUFF (06-5260) | | § | |
| PONTCHARTRAIN BAPTIST CHURCH (06-6642) | | § | |

**C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S**
**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR**
**SUMMARY JUDGMENT BASED ON REMOTENESS**

NOW INTO COURT, through undersigned counsel, comes defendant, C.R. Pittman Construction Company, Inc. ("C.R. Pittman"), and submits the following list of undisputed material facts in support of its motion for summary judgment based on remoteness.

1.      As a result of Hurricane Katrina, breaches occurred in the levees at the 17th Street Canal, London Avenue Canal and Industrial Canal.

2.      Plaintiffs allege that the breaches and failure of the hurricane protection levees and flood walls were caused by the negligence and fault of C.R. Pittman.[1]   In

---

[1] *See Bobby L. LeDuff, et al v. Boh Brothers Construction Company, LLC, et al*, ¶ 40 (Doc 1227); and *Cathy Adams, et al v. Boh Bros. Construction Co., L.L.C., et al*, ¶ 29 (Doc. 878).

particular, Plaintiffs allege that C.R. Pittman was one of the contractors responsible for constructing portions of the 17th Street Levee/Flood Wall; that the construction included, but was not limited to, the construction and placement of flood walls atop the sheet piling; and that the negligent design and/or construction of the levee and/or flood wall, including the concrete slab sections, allegedly caused and/or contributed to the breach in the levee and/or flood wall.[2]  Further, Plaintiffs allege that the use of heavy vehicles and/or heavy construction equipment caused and/or contributed to the breach in the levee and/or flood wall.[3]

3.    In regards to the London Avenue Canal, Plaintiffs allege C.R. Pittman contracted to construct the Gentilly Boulevard Bridge over the London Avenue Canal, wherein C.R. Pittman's alleged negligence in the construction of the bridge and the use of heavy vehicles and/or other heavy construction equipment caused and/or contributed to the breach in the levee and/or flood wall.

4.    C.R. Pittman was only involved in three projects on two canals that involve the failed levees.  These projects are identified by the respective canal project and described below:

**A.    17th Street Canal**

- Installation of Floodgates at Pumping Station No. 6

C. R. Pittman's involvement in this project was as a subcontractor to Pierce Foundations, Inc., who was the prime contractor for Contract No. DACW29-99-C-0018.[4]  C.R. Pittman's work on this project involved installation of floodgates

---

[2] *Id*. at ¶ 43; and *Id*. at ¶ 30(A)(3).
[3] *Id*.
[4] *See* Affidavit of Charles R. Pittman, Exhibit A, ¶ 3.

at Sewerage and Water Board Pump Station No. 6.[5]  This project involved work that was approximately 11,880 feet (2.25 miles) south of the east side break in the 17th Street Canal floodwall.[6]  This project was completed on April 7, 2004.[7]

**B.     London Avenue Canal**

- Work on the Gentilly Boulevard Bridge

C.R. Pittman was the prime contractor on Contract No. DACW29-99-C-0005.[8] This work involved the Gentilly Boulevard Bridge.  Prior to completion of this work, high levels of water from the London Avenue Canal used to flood the Gentilly Boulevard Bridge rendering transportation impossible.  The contract called for C. R. Pittman to elevate the part of the bridge that traversed the canal. This work was conducted approximately 5,808 feet (1.10 miles) south of the east side failure of the floodwall.[9]  This project was completed on August 23, 2002 and a corresponding Release of Claims was signed on December 19, 2001 by a representative of C.R. Pittman.[10]

- Installation of Floodgates at Pumping Station No. 4

The third and final project conducted by C.R. Pittman was the installation of floodgates at Sewerage and Water Board Pump Station No. 4 at the London Avenue Canal.[11]  For this project, C.R. Pittman was the prime contractor for Contract No. DACW29-99-C-0012.[12]  This work was conducted approximately 3,009.6 feet (.57 of a mile) north of the east side failure of the floodwall and

---

[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.* at ¶ 4.
[9] *Id.*
[10] *Id.*
[11] *Id.* at ¶ 5.
[12] *Id.*

approximately 1,584 feet (.30 of a mile) south of the west side failure of the floodwall.[13]   This project was completed on January 27, 2004 and a corresponding Release of Claims was signed on April 29, 2005 by a representative of C.R. Pittman.[14]

5.     The above represents the entirety of the work performed by C.R. Pittman Construction Company, Inc. on the levee system.  C. R. Pittman did not perform any work on the Industrial Canal or the Mississippi River Gulf Outlet.

6.     On December 8, 2006, this Honorable Court ruled that the Defendant Engineers, namely, Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., Modjeski and Masters, Inc. and Gotech, Inc. ("Engineering Defendants"), were entitled to summary judgment as the Engineering Defendants' work was too "remote" from the breach sites.[15]

7.     Further the Court reasoned that Plaintiffs failed to raise a genuine issue of material fact as the Plaintiffs did not allege how the remote work had any effects on the breaches, nor did the Plaintiffs submit any competent evidence to indicate that the remoteness of the Engineering Defendants' work had any effect on the failures of the levees and/or flood walls.[16]   As such, judgment was entered in favor of the Engineering Defendants.

---

[13] *Id.*
[14] *Id.*
[15] *See* Doc. 2148 at 14.
[16] *Id.*

Respectfully submitted:

s/  *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email:  jmelchiode@gjtbs.com
Larry G. Canada # 17894
Email:  lcanada@gjtbs.com
Jason J. Markey #29722
Email:  jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/  *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email:  jmelchiode@gjtbs.com
Larry G. Canada # 17894
Email:  lcanada@gjtbs.com
Jason J. Markey #29722
Email:  jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**