UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| | § § | |
| PERTAINS TO: LEVEE: ADAMS, CATHY (06-4065) LEDUFF (06-5260) PONTCHARTRAIN BAPTIST CHURCH (06-6642) | § § § § § | |

## NOTICE OF HEARING

C.R. Pittman Construction Company, Inc. will bring the attached Motion for Summary Judgment Based on Remoteness for hearing before the Honorable Stanwood R. Duval, Jr., Judge, Section K, on the 4th day of April, 2007 at 9:30 a.m.

              Respectfully submitted:

              s/  *Gerald A. Melchiode*
              Gerald A. Melchiode, T.A. #22525
              Email:  jmelchiode@gjtbs.com
              Larry G. Canada # 17894
              Email:  lcanada@gjtbs.com
              Jason J. Markey #29722
              Email:  jmarkey@gjtbs.com
              Galloway, Johnson, Tompkins, Burr & Smith
              One Shell Square
              701 Poydras Street, 40th Floor
              New Orleans, Louisiana  70139

        Telephone:  (504) 525-6802
        Facsimile:  (504) 525-2456
        **Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

        s/  *Gerald A. Melchiode*
        Gerald A. Melchiode, T.A. #22525
        Email:  jmelchiode@gjtbs.com
        Larry G. Canada # 17894
        Email:  lcanada@gjtbs.com
        Jason J. Markey #29722
        Email:  jmarkey@gjtbs.com
        Galloway, Johnson, Tompkins, Burr & Smith
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana  70139
        Telephone:  (504) 525-6802
        Facsimile:  (504) 525-2456
        **Counsel for C.R. Pittman Construction Company, Inc.**