UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| | § § | |
| PERTAINS TO: LEVEE: ADAMS, CATHY (06-4065) BOBBY LEDUFF (06-5260) PONTCHARTRAIN BAPTIST CHURCH (06-6642) | § § § § § | |

## ORDER

Considering the foregoing Motion for Summary Judgment Based on Remoteness of defendant, C.R. Pittman Construction, Inc.;

IT IS HEREBY ORDERED that the Motion for Summary Judgment of defendant C.R. Pittman Construction Company, Inc. is GRANTED and plaintiffs' claims are dismissed with prejudice at plaintiffs' costs.

SIGNED at New Orleans, Louisiana, this _____ day of _____, 2007.

_____
STANWOOD R. DUVAL, JR.
JUDGE, U.S. DISTRICT COURT