UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>07-1113 (Douville)<br>06-0629 (Chris Carney, et al. v. Boh Bros. Const.<br>Co., et al., USDC, MDLA, No. 06-629, with Motion<br>to Transfer to Eastern District pending) | JUDGE DUVAL<br>MAG. WILKINSON |

### ENGINEERS' THIRD JOINT MOTION TO DISMISS CASES RECENTLY FILED OR CONSOLIDATED INTO THIS KATRINA FLOOD LITIGATION

In accordance with Section IVA(1)(b) of Case Management Order No. 4 (CMO No. 4), Modjeski and Masters, Inc. (Modjeski) and Burk-Kleinpeter, Inc. (BKI)(collectively, "Engineers") move to Dismiss the cases listed in the caption, which were filed after Engineers filed their Second Joint Motion for Summary Judgment, or are presently being transferred to this District.

Engineers move to dismiss on grounds more fully shown in the Material Statement of Facts, and documents supporting that Statement, including those incorporated by reference, and the Memorandum in Support of this Motion; more specifically, Engineers

show all of the claims made in these cases against the Engineers are perempted.

Respectfully submitted:

s/Francis J. Barry, Jr.
FRANCIS J. BARRY, JR. (#2830)
(Engineers Liaison Counsel)
FREDERICK R. BOTT (#3285)
KEITH J. BERGERON (#25574)
SCOTT J. HEDLUND (#30549)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:    (504) 566-1201
COUNSEL FOR MODJESKI AND
MASTERS, INC.

S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:    (504) 566-1201
COUNSEL FOR BURK-KLEINPETER, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I served a copy of Engineers' Third Joint Motion to Dismiss Cases Recently Filed or Consolidated Into This Katrina Flood Litigation, Engineers' Joint Statement of Material Facts, Memorandum in Support of Engineers' Third Joint Motion to Dismiss Cases Recently Filed or Consolidated Into This Katrina Flood Litigation, and Notice of Hearing on the following counsel via U.S. Mail:

>John-Michael Lawrence, Esq.
>1100 Poydras Street, Suite 2900 (PMB 204)
>New Orleans, LA 70163-2900
>
>Margot A. Tillman-Fleet, Esq.
>5852 Tarrytown Avenue
>Baton Rouge, LA 70808
>
>Mazie Toussaint Roberson, Esq.
>263 Third Street, Suite 409
>Baton Rouge, LA 70801
>
>James E. Ross, Jr., Esq.
>P.O. Box 1295
>Monroe, LA 71210

and on all other parties in these cases via facsimile, e-mail, and/or U.S. Mail.

          S/Francis J. Barry, Jr.
FRANCIS J. BARRY, JR. (#2830)
(*Engineers Liaison Counsel*)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:    (504) 566-1201
E-Mail: fbarry@dkslaw.com
COUNSEL FOR MODJESKI AND MASTERS, INC.