UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>07-1113 (Douville)<br>06-0629 (Chris Carney, et al. v. Boh Bros. Const.<br>Co., et al., USDC, MDLA, No. 06-629, with Motion<br>to Transfer to Eastern District pending) | JUDGE DUVAL<br>MAG. WILKINSON |

## **ENGINEERS' JOINT STATEMENTS OF MATERIAL FACTS**

Engineers' offer the following Statements of Material Facts in support of their Third Joint Motion to Dismiss:

1. Movers adopt and incorporate by reference the Statements of Materials Facts and supporting documents previously submitted in support of Engineers' first Joint Motion for Summary Judgment (Document Nos. 463-6 [BKI] and 463-9 [Modjeski]).

2. Engineers' adopt and incorporate by reference the Statement of Material Facts and supporting documents submitted in support of Engineers' Second Joint Motion

for Summary Judgment (Document No. 2968-3).

Respectfully submitted:

S/Francis J. Barry, Jr.
FRANCIS J. BARRY, JR. (#2830)
(*Engineers Liaison Counsel*)
FREDERICK R. BOTT (#3285)
KEITH J. BERGERON (#25574)
SCOTT J. HEDLUND (#30549)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:   (504) 566-1201
COUNSEL FOR MODJESKI AND
MASTERS, INC.

S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:   (504) 566-1201
COUNSEL FOR BURK-KLEINPETER, INC.