UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE CASES  
07-1113 (Douville)  
06-0629 (Chris Carney, et al. v. Boh Bros. Const. Co., et al., USDC, MDLA, No. 06-629, with Motion to Transfer to Eastern District pending)

JUDGE DUVAL  
MAG. WILKINSON

## MEMORANDUM IN SUPPORT OF ENGINEERS' THIRD JOINT MOTION TO DISMISS CASES RECENTLY FILED OR CONSOLIDATED INTO THIS KATRINA FLOOD LITIGATION

In Case Management Order No. 4 (CMO No. 4), Section IVA(1)(b), the Court ordered that the Engineers file by March 14, 2007, "any outstanding motions to dismiss" based on the Court's previous ruling in regard to the civil actions remaining.

Engineers previously filed their Second Joint Motion for Summary Judgment on February 1, 2007, which included all suits known at that point.

Since then, Engineers have become aware of two suits, as follows:

(1) *M. Lynn Douville v. Boh Bros. Const., et al.*, C.A. No. 07-1113; and

(2) *Chris Carney, et al. v. Boh Bros. Construction, et al.*, C.A. 06-629, USDC, Middle District of Louisiana. This suit was originally filed in the Middle District, but, on

March 7, 2007, Plaintiffs moved to transfer the case to the Eastern District of Louisiana, to which there is no opposition. As of this filing, Movers are not aware whether this case has yet been transferred to this District, but it will be in this District shortly, so out of an abundance of caution, Engineers have also filed this motion against these plaintiffs, so as to include it in the Court's disposition of Engineers' motion.

Mindful of this Court's adjuration at an earlier Status Conference to attempt to minimize the amount of paper filed, and its strong suggestion that when later motions are based on documents filed earlier, the earlier documents simply be incorporated by reference. And Engineers have done precisely that in the Statement of Material Facts. Engineers, believing that their earlier Memoranda succinctly state their case as well as possible, hereby offer and incorporate herein by reference the Memoranda submitted in

support of their first and Second Joint Motions for Summary Judgment (Document Nos. 463-2 and 2968-2).

Respectfully submitted:

| s/Francis J. Barry, Jr. | S/Charles F. Seemann, Jr. |
|---|---|
| FRANCIS J. BARRY, JR. (#2830) | CHARLES F. SEEMANN, JR. (11912) |
| (*Engineers Liaison Counsel*) | Deutsch, Kerrigan & Stiles, L.L.P. |
| FREDERICK R. BOTT (#3285) | 755 Magazine Street |
| KEITH J. BERGERON (#25574) | New Orleans, LA 70130-3672 |
| SCOTT J. HEDLUND (#30549) | Telephone: (504) 581-5141 |
| Deutsch, Kerrigan & Stiles, L.L.P. | Facsimile: (504) 566-1201 |
| 755 Magazine Street | COUNSEL FOR BURK-KLEINPETER, INC. |
| New Orleans, LA 70130-3672 | |
| Telephone: (504) 581-5141 | |
| Facsimile: (504) 566-1201 | |
| COUNSEL FOR MODJESKI AND MASTERS, INC. | |