UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>07-1113 (Douville)<br>06-0629 (Chris Carney, et al. v. Boh Bros. Const.<br>Co., et al., USDC, MDLA, No. 06-629, with Motion<br>to Transfer to Eastern District pending) | JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF HEARING

Please take notice that Engineers will bring on for hearing their Third Joint Motion to Dismiss Cases Recently Filed or Consolidated Into This Katrina Flood Litigation on the

4th day of April, 2007, before the Honorable Stanwood R. Duval, Jr., United States District Judge.

Respectfully submitted:

| | |
|---|---|
| S/Francis J. Barry, Jr. | S/Charles F. Seemann, Jr. |
| FRANCIS J. BARRY, JR. (#2830) | CHARLES F. SEEMANN, JR. (11912) |
| (*Engineers Liaison Counsel*) | Deutsch, Kerrigan & Stiles, L.L.P. |
| FREDERICK R. BOTT (#3285) | 755 Magazine Street |
| KEITH J. BERGERON (#25574) | New Orleans, LA 70130-3672 |
| SCOTT J. HEDLUND (#30549) | Telephone: (504) 581-5141 |
| Deutsch, Kerrigan & Stiles, L.L.P. | Facsimile: (504) 566-1201 |
| 755 Magazine Street | COUNSEL FOR BURK-KLEINPETER, INC. |
| New Orleans, LA 70130-3672 | |
| Telephone: (504) 581-5141 | |
| Facsimile: (504) 566-1201 | |
| COUNSEL FOR MODJESKI AND MASTERS, INC. | |