UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE CASES                 JUDGE DUVAL
06-4065 (Adams, C.)                      MAG. WILKINSON
06-4634 (Adams, G.)
06-5032 (Joseph)
06-5260 (Leduff)
06-5308 (Gisevius)
06-5785 (Cochran)
06-5937 (Yacob)

### EX PARTE MOTION BY BURK-KLEINPETER, LLC FOR LEAVE TO FILE RULE 12/56 MOTION FOR SUMMARY JUDGMENT

1.      Burk-Kleinpeter, LLC (BK LLC), in accordance with Case Management Order No. 4 (CMO No. 4), particularly Note 3 on page 22, moves for leave to file a Motion for Summary Judgment on its behalf, in the form and substance of Exhibit "A" attached hereto, and set for hearing on April 4, 2007 at 9:30 a.m., pursuant to the Notice of Hearing, on the following grounds:

2.      Undersigned counsel represents both Burk-Kleinpeter, Inc. (BKI) and BK LLC, defendants in most of the Levee Cases, including those to which this motion pertains. In

the original wave of suits,[1] plaintiffs alleged, without differentiation, that both BKI and BK LLC were contracted to, and did, perform engineering work on the London Avenue floodwall.

3.  On or about June 13, 2006, BK LLC filed a Motion for Summary Judgment (Document No. 552) in which it presented sworn proof that BK LLC had nothing to do with the London Avenue floodwalls, or any other floodwalls, which breached and that, in essence, BK LLC had been mistakenly named.

4.  After argument on August 25, 2006, the court granted BK LLC's motion, as reflected in the Order entered on September 6, 2006 (Document No. 1080). There was no evidence filed in opposition to the Motion for Summary Judgment and none has surfaced since then.

5.  Undersigned counsel's other client, BKI, is an engineer that acknowledged performing some engineering work on the London Avenue Canal; and Undersigned participated on behalf of BKI in preparing and filing Engineers' first Joint Motion for

---

[1] C.A. Nos. 05-4181, 05-4182, 05-5237, 05-6073, 05-6134, 05-6324, 05-6327, 05-6359, 06-0020, -06-0886, 06-2278, 06-2287, 06-2346

Summary Judgment (Document No. 463), which the Court granted by order of December 11, 2006 (Document No. 2148).

6. After the Motions for Summary Judgment were filed by BK LLC and BKI (jointly, with Engineers), there were other suits filed naming both BKI and BK LLC as defendants. Undersigned focused particularly on the motions involving BKI since BKI's was a peremption motion and required considerably more effort. Unfortunately, Undersigned overlooked filing a motion on behalf of BK LLC by February 1, 2007, as required by the Court's oral order of November 29, 2006, and Minute Entry of December 6, 2006 (Document No. 2034).

7 In CMO No. 4, the Court directed that any party that failed to file such a motion timely must now apply for leave to file the motion; and that is the subject of this motion.

This motion should be granted because, as shown in Exhibit A and the material incorporated therein, the evidence is clear and uncontradicted that BK LLC was named by mistake: that BK LLC had nothing whatever to do with any of the failures of floodwalls; and that BK LLC does not belong in this litigation. Its presence is now merely a distraction in this complex and unwieldy case and should be eliminated.

It is respectfully submitted that this Motion for Leave be granted.

                Respectfully submitted:

                S/Charles F. Seemann, Jr.
                CHARLES F. SEEMANN, JR. (11912)
                Deutsch, Kerrigan & Stiles, L.L.P.
                755 Magazine Street
                New Orleans, LA 70130-3672
                Telephone:  (504) 581-5141
                Facsimile:  (504) 566-1201
                E-Mail:  cseemann@dkslaw.com
                COUNSEL FOR BURK-KLEINPETER, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I served a copy of Ex Parte Motion of Burk-Kleinpeter, LLC for Leave to File Rule 12/56 Motion for Summary Judgment, Motion by Burk-Kleinpeter, LLC to Dismiss, Statement of Material Facts by Burk-Kleinpeter, LLC, Memorandum in Support of Motion for Summary Judgment on Behalf of Burk-Kleinpeter, LLC and Notice of Hearing on all parties in the affected cases via facsimile, e-mail, and/or U.S. Mail.

        S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:   (504) 566-1201
E-Mail:   cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, LLC