UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE CASES
06-4065 (Adams, C.)
06-4634 (Adams, G.)
06-5032 (Joseph)
06-5260 (Leduff)
06-5308 (Gisevius)
06-5785 (Cochran)
06-5937 (Yacob)

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL
MAG. WILKINSON

## ORDER

Considering the above and foregoing,

IT IS ORDERED that Burk-Kleinpeter, LLC's Motion for Leave to File Rule 12/56 Motion for Summary Judgment be granted.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES EASTERN DISTRICT JUDGE