UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>06-4065 (Adams, C.)<br>06-4634 (Adams, G.)<br>06-5032 (Joseph)<br>06-5260 (Leduff)<br>06-5308 (Gisevius)<br>06-5785 (Cochran)<br>06-5937 (Yacob) | JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION BY BURK-KLEINPETER, LLC TO DISMISS

Burk-Kleinpeter, LLC (BK LLC) moves to dismiss the claims against it in the above cases on the grounds set forth more completely in the Statement of Material Facts, Exhibit 1 hereto, specifically, that BK LLC had nothing whatever to do with design, construction or

**EXHIBIT A**

maintenance of any the flood walls that failed or breached as a result of Hurricane Katrina.

    Respectfully submitted:

    _S/Charles F. Seemann, Jr._
    CHARLES F. SEEMANN, JR. (11912)
    Deutsch, Kerrigan & Stiles, L.L.P.
    755 Magazine Street
    New Orleans, LA 70130-3672
    Telephone:   (504) 581-5141
    Facsimile:   (504) 566-1201
    E-Mail:   cseemann@dkslaw.com
    COUNSEL FOR BURK-KLEINPETER, LLC