UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>06-4065 (Adams, C.)<br>06-4634 (Adams, G.)<br>06-5032 (Joseph)<br>06-5260 (Leduff)<br>06-5308 (Gisevius)<br>06-5785 (Cochran)<br>06-5937 (Yacob) | JUDGE DUVAL<br>MAG. WILKINSON |

## STATEMENT OF MATERIAL FACTS BY BURK-KLEINPETER, LLC

1. Burk-Kleinpeter is an LLC, which is not an engineering firm; does not have an engineering license; and has never performed any engineering work. (Affidavit of George Kleinpeter; Document No. 552-3).

2. The correct entity that was involved with engineering on the London Avenue

**EXHIBIT 1**

Canal was Burk-Kleinpeter, Inc., as shown in the affidavit of Michael Jackson (Document No. 552-5).

                Respectfully submitted:

                S/Charles F. Seemann, Jr.
                CHARLES F. SEEMANN, JR. (11912)
                Deutsch, Kerrigan & Stiles, L.L.P.
                755 Magazine Street
                New Orleans, LA 70130-3672
                Telephone:   (504) 581-5141
                Facsimile:    (504) 566-1201
                E-Mail:        cseemann@dkslaw.com
                COUNSEL FOR BURK-KLEINPETER, LLC