UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>06-4065 (Adams, C.)<br>06-4634 (Adams, G.)<br>06-5032 (Joseph)<br>06-5260 (Leduff)<br>06-5308 (Gisevius)<br>06-5785 (Cochran)<br>06-5937 (Yacob) | JUDGE DUVAL<br>MAG. WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF BURK-KLEINPETER, LLC

Burk-Kleinpeter, LLC adopts herein by reference its memorandum (Document No. 552-7) previously filed in support of its earlier Motion for Summary Judgment.

Respectfully submitted:

S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:   (504) 566-1201
E-Mail:   cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, LLC