UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE CASES　　　　　　　JUDGE DUVAL
06-4065 (Adams, C.)　　　　　　　　　　　MAG. WILKINSON
06-4634 (Adams, G.)
06-5032 (Joseph)
06-5260 (Leduff)
06-5308 (Gisevius)
06-5785 (Cochran)
06-5937 (Yacob)

## NOTICE OF HEARING

Please take notice that Burk-Kleinpeter, LLC will bring on for hearing its Motion for Summary Judgment on the 4th day of April, 2007, before the Honorable Stanwood R. Duval, Jr., United States District Judge

Respectfully submitted:

S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:　(504) 581-5141
Facsimile:　(504) 566-1201
E-Mail:　cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, LLC