UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>07-1113 (Douville)<br>06-0629 (Chris Carney, et al. v. Boh Bros. Const.<br>Co., et al., USDC, MDLA, No. 06-629, with Motion<br>to Transfer to Eastern District pending) | JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION BY BURK-KLEINPETER, LLC TO DISMISS

Burk-Kleinpeter, LLC (BK LLC) moves to dismiss the claims against it in the above cases on the grounds set forth more completely in the Statement of Material Facts, Exhibit 1 hereto, specifically, that BK LLC had nothing whatever to do with design, construction or maintenance of any the flood walls that failed or breached as a result of Hurricane Katrina.

Respectfully submitted:

S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:    (504) 566-1201
E-Mail:        cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I served a copy of Motion by Burk-Kleinpeter, LLC to Dismiss, Statement of Material Facts by Burk-Kleinpeter, LLC, Memorandum in Support of Motion for Summary Judgment on Behalf of Burk-Kleinpeter, LLC, and Notice of Hearing on the following counsel via U.S. Mail:

>John-Michael Lawrence, Esq.
>1100 Poydras Street, Suite 2900 (PMB 204)
>New Orleans, LA 70163-2900
>
>Margot A. Tillman-Fleet, Esq.
>5852 Tarrytown Avenue
>Baton Rouge, LA 70808
>
>Mazie Toussaint Roberson, Esq.
>263 Third Street, Suite 409
>Baton Rouge, LA 70801
>
>James E. Ross, Jr., Esq.
>P.O. Box 1295
>Monroe, LA 71210

and on all other parties in this case via facsimile, e-mail, and/or U.S. Mail.

          S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:   (504) 566-1201
E-Mail:   cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, LLC