UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE CASES
07-1113 (Douville)
06-0629 (Chris Carney, et al. v. Boh Bros. Const.
Co., et al., USDC, MDLA, No. 06-629, with Motion
to Transfer to Eastern District pending)

JUDGE DUVAL
MAG. WILKINSON

## STATEMENT OF MATERIAL FACTS BY BURK-KLEINPETER, LLC

1.      Burk-Kleinpeter is an LLC, which is not an engineering firm; does not have

an engineering license; and has never performed any engineering work.   (Affidavit of

George Kleinpeter; Document No. 552-3).

2.      The correct entity that was involved with engineering on the London Avenue

**EXHIBIT 1**

Canal was Burk-Kleinpeter, Inc., as shown in the affidavit of Michael Jackson (Document

No. 552-5).

Respectfully submitted:

_S/Charles F. Seemann, Jr._____
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:    (504) 581-5141
Facsimile:    (504) 566-1201
E-Mail:        cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, LLC