UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE CASES　　　　　　　　　　JUDGE DUVAL
07-1113 (Douville)　　　　　　　　　　　　　　　　MAG. WILKINSON
06-0629 (Chris Carney, et al. v. Boh Bros. Const.
Co., et al., USDC, MDLA, No. 06-629, with Motion
to Transfer to Eastern District pending)

**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF BURK-KLEINPETER, LLC**

　　Burk-Kleinpeter, LLC adopts herein by reference its memorandum (Document No. 552-7) previously filed in support of its earlier Motion for Summary Judgment.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　S/Charles F. Seemann, Jr.
　　　　　　　　　　　　　　　　　　　CHARLES F. SEEMANN, JR. (11912)
　　　　　　　　　　　　　　　　　　　Deutsch, Kerrigan & Stiles, L.L.P.
　　　　　　　　　　　　　　　　　　　755 Magazine Street
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130-3672
　　　　　　　　　　　　　　　　　　　Telephone:　(504) 581-5141
　　　　　　　　　　　　　　　　　　　Facsimile:　(504) 566-1201
　　　　　　　　　　　　　　　　　　　E-Mail:　　cseemann@dkslaw.com
　　　　　　　　　　　　　　　　　　　COUNSEL FOR BURK-KLEINPETER, LLC