UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>07-1113 (Douville)<br>06-0629 (Chris Carney, et al. v. Boh Bros. Const.<br>Co., et al., USDC, MDLA, No. 06-629, with Motion<br>to Transfer to Eastern District pending) | JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF HEARING

Please take notice that Burk-Kleinpeter, LLC will bring on for hearing its Motion for Summary Judgment on the 4th day of April, 2007, before the Honorable Stanwood R. Duval, Jr., United States District Judge

Respectfully submitted:

S/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
E-Mail:  cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, LLC