UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| _____ | * | **SECTION K - JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | |
| | * | **MAG. (2) - MAG. WILKINSON** |
| **INSURANCE:** *Aaron,* 06-4746 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through the undersigned counsel, come the following Plaintiffs, who hereby voluntarily dismiss all claims against defendants, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company and Safeco Property & Casualty Insurance Company, who has filed an answer in this matter and dismissal is unopposed, without prejudice, at Plaintiffs' cost, and with reservation of all of the other Plaintiffs' claims against all other parties named and unnamed:

Bertha & Chris Ballard, Eirene Berard, Sonya Brown, Cheryl Cook, Twanda Coleman, Alita Cusher, Lawrence & Betty Hamilton, Evelyn & Joseph Harrison, Jr., Johnnye P. Jackson, Sylvester W. Lucien, Carrie Milton, Linye & Robert Mitchell, Sr., Audrey Palmer, Grinetta

Parker, Natalie B. & Anthony J. Price, Theresa Robertson, Ida Mae Smith, Gene Thomas, Robin Watkins, and Philip & Marietta Williams.

                                                  Respectfully Submitted:
                                                  **JIM S. HALL & ASSOCIATES**

                                                  s/Jim S. Hall
                                                  **JIM S. HALL, (Bar No.: 21644)**
                                                  **JOSEPH W. RAUSCH (Bar No.: 11394)**
                                                  800 N. Causeway Blvd., Suite #100
                                                  Metairie, Louisiana 70001
                                                  Telephone: (504) 832-3000
                                                  Facsimile: (504) 832-1799
                                                  E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 15th day of March, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following:

                                                  s/Jim S. Hall
                                                  **JIM S. HALL**