UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| _____ | SECTION   K  - JUDGE DUVAL |
| PERTAINS TO: | |
| INSURANCE:    *Aaron,* 06-4746 | MAG. (2) - MAG. WILKINSON |

## ORDER

Considering the foregoing Unopposed Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that all claims of Plaintiffs, Bertha & Chris Ballard, Eirene Berard, Sonya Brown, Cheryl Cook, Twanda Coleman, Alita Cusher, Lawrence & Betty Hamilton, Evelyn & Joseph Harrison, Jr., Johnnye P. Jackson, Sylvester W. Lucien, Carrie Milton, Linye & Robert Mitchell, Sr., Audrey Palmer, Grinetta Parker, Natalie B. & Anthony J. Price, Theresa Robertson, Ida Mae Smith, Gene Thomas, Robin Watkins, and Philip & Marietta Williams, against defendants, Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, Safeco Surplus Lines Insurance Company and Safeco Property & Casualty Insurance Company, who has filed an answer in this matter, be and are hereby **DISMISSED**, without prejudice, with reservation of all of other plaintiffs claims against all other defendants named or unnamed.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE