Effective 4/10/06      FINANCIAL & CIVIL ALLOTMENT SHEET      Receipt No.: 34/0439
Deputy Clerk: _____

*Bridget*

**ACCOUNT CODE:**      **REGISTRY FUND:**

6855XX Accounts      604700 Accounts
_____ - Restitution      _____ - Cash Bonds
_____ - U.S. Postal Service Forms      _____ - Land Condemnation      **MAR 1 3 2007**
_____ - Petty Offense      _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
     085000 - $5.00 / 510000 - $10.00
     **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
     086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00      cc: Appeals Sect. K
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
     **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
     **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
     Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Salas & Co LC      Plff Phillip Reed
CASE NUMBER: 05-4182 M      SECTION: K 2
CASE TITLE: (06-2152) Reed
PAYMENT OF: 455      1048
CASH _____ CHECK ✓ MONEY ORDER _____
SEAMAN _____ PAUPER _____ NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
_____ 2. Class Action
_____ 3. Antitrust
_____ 4. Patent, Trademark, Copyright
_____ 5. Civil Rights Case

_____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
_____ 7. Petitions for Stay of Execution Death Sentence
_____ 8. Social Security Case
_____ 9. All Others

Is this a THREE JUDGE COURT? _____ Yes _____ No
Is this a RELATED CASE? _____ Yes _____ No      Attorney of Record _____