UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: Insurance | JURY TRIAL REQUESTED |
| | CLASS ACTION |

This Master Consolidated Complaint for Insurance Sub-Group consolidates the following class actions: 06-1672, 06-1673, 06-1674, 06-5164, 06-11385, 07-1303, 07-1304

---

## EXHIBIT "A" TO INSURANCE MASTER CLASS ACTION PETITION

### III. THE HOMEOWNER POLICYHOLDER'S CLASS

| DEFENDANT INSURANCE COMPANY NAME | PLAINTIFF CLASS REP |
|---|---|
| Auto Club Family Insurance Company | Blackwell, Donald R. Jr.<br>Darensbourg, Linda<br>Marcelin, Errol<br>Newman, Charles<br>Payne, Linda |
| AEGIS Security Insurance Company | Roberts, Cathy<br>Marcell, Whitney |
| Allstate Indemnity Company | Irons, Rosetta & Eric<br>Young, Albert<br>Washington, Deborah<br>Lee, Linda |
| Allstate Insurance Company | Gafur, Asif<br>Johnson, Elizabeth<br>   obo Jones, Beatrice<br>Cochrane, Madalyn<br>Metoyer, Dale |
| American Bankers Insurance Company of Florida | Richard, Shelia |

| | |
|---|---|
| American Empire Insurance Company | McMillian, Harold |
| Amica Mutual Insurance Company | Taylor, David |
| Armed Forces Insurance Exchange | Brooks Keith |
| Balboa Insurance Company | Barber, Sylvia<br>Thomas, Edward<br>Perkins, David |
| Bankers Insurance Company | Lewis, Michele |
| Certain Underwriters at Lloyd's London | Grimes, Jimmy<br>Adams, Kathy<br>Hamad, Emad<br>Snyder, Leslie<br>Pierre, Anthony<br>Landry, Peter |
| Chubb Insurance Company | LeVois-Barham, Ann |
| Electric Insurance Company | Yu, Jiujiang |
| Encompass Indemnity Company | Kavanaugh, Marcia<br>Carroll, Bryant |
| Encompass Insurance Company of America | Thomas, Charles<br>Cayce, Marilyn |
| Encompass Property and Casualty Company | Bowens, Yvette |
| Essex Insurance Company | Cosma, Paul |
| Farmers Insurance Exchange | Marshall, Wilburn |
| Fidelity and Deposit Company of Maryland | Monroe, Diedra<br>Chaussey, Faith<br>Gray, Gloria |
| Fidelity National Insurance Company | White, Keisha<br>Brown, Dondra<br>Johonson, Damon |
| Fidelity National Property and Casualty Insurance Company | Margan, Andrea |

| | |
|---|---|
| Hanover American Insurance Company, The | Plummer, Thaddeus<br>Vercher, Clyde |
| Hanover Insurance Company, The | Davillier, Cheryl<br>Radcliff, Charlene |
| Hartford Accident and Indemnity Company | Williams, John;<br>Jordan, Harvey |
| Hartford Casualty Insurance Company | Thomas, Turner |
| Hartford Insurance Company of the Midwest | Platz, John |
| Hartford Insurance Company of the Southeast | Quinn, Clemmie |
| Homesite Insurance Company | Joseph, Oscar |
| Horace Mann Insurance Company | Johnson, Beverly |
| Lafayette Insurance Company | Murphy, Lynn<br>Johnson, Ida Mae<br>Sears, Elaine |
| Lexington Insurance Company | Pagan, Yadirce<br>Washington, Linda |
| Lexington National Insurance Company | Turner, Joseph |
| Liberty Mutual Fire Insurance Company | McGloshan, Kim Michelle |
| Liberty Mutual Insurance Company | Stewart, Yalonda<br>LeGros, Tracy |
| Louisiana Citizens Property Insurance Corporation | Foster, Howard, Jr. & Ella<br>Jagers, Joycelyn<br>Brown, Earl<br>Washington, Abigail<br>Ceasar, Shelia |
| Markel Insurance Company | Richard, Charles |
| Meritplan Insurance Company | Chalk, Angela |
| Metropolitan Casualty Insurance Company | Klink, Jennifer |
| Republic Fire and Casualty Insurance Company | Hawkins, Chelita |

iii

| | |
|---|---|
| Republic Insurance Company | Akers, Brenda |
| Safeco Insurance Company of America | Smith, Eddie<br>White, Oliver<br>Devezin, Jerome |
| Scottsdale Indemnity Company | Waguespack, Laura<br>Hayes, Florence<br>Payton, Dana<br>Richardson, Ashley |
| Scottsdale Insurance Company | McGowan, Troy<br>Williams, John B. |
| Security Plan Fire Insurance Company | Williams, Mary<br>Solomon, Caffie<br>Young, Rosa |
| Southwest Business Corporation | Mitchell, Unel<br>Comeaux, Oliver |
| Standard Fire Insurance Company, The | Gould, Emelda<br>Deietra Dennis |
| State Farm Fire and Casualty Company | Williams, Genivieve<br>Tureaud, Janet<br>Royal, Verna<br>Ranzio, Rose Marie<br>Vilavaso, Diana |
| State National Insurance Company | George, Gaynell |
| Travelers Casualty and Surety Company | Robinson, Carol<br>Foley, Jacquelyn<br>Coleman, Diana<br>JeanPierre, Wendell<br>Schmitt, Warren |
| Travelers Home and Marine Insurance Company | Batson, Lynn<br>Coniglio, Laurie |
| Travelers Indemnity Company, The | Washington, Ottis |

iv

| | |
|---|---|
| Travelers Insurance Company | Coleman, Georgia |
| | Darensbourg, Don |
| Travelers Property Casualty Company of America | Comeaux, Evangeline |
| | Cupit, Jacklyn |
| Travelers Property Casualty Insurance Company | Traylor, Joy |
| | Johnson, Bertha |
| United Fire & Indemnity Company | Davis, John III |
| | Colombo, Victor |
| | Steward, Elaine |
| | Fortier, Alexzine |
| United Fire and Casualty Company | Collura, Gianna |
| | Dennis, Duane |
| USAA Casualty Insurance Company | Gaspard, Linda |
| | Cochrane, Madelyn |
| Western Diversified Casualty Insurance Company | Tubre, Henry |
| Western World Insurance Company | Charles, Timothy |
| ZC Sterling Corporation | O'Neal, David |
| | George, Gaynell |
| Zurich American Insurance Company | Jefferson, Tyrone |

vi

## IV. THE TRAVELERS RENTER'S CLASS

| DEFENDANT INSURANCE COMPANY NAME | PLAINTIFF CLASS REP |
|---|---|
| Travelers Indemnity Company, The | Eva Maynard |

## V. THE COMMERCIAL CLASS

| DEFENDANT INSURANCE COMPANY NAME | PLAINTIFF CLASS REP |
| --- | --- |
| Travelers Property Casualty Company of America | Imperial Trading Co., Inc., Imperial Trading Co., L.L.C., AMA Distributors, Inc., Imperial Ventures, Inc., Delta Video Services, Inc., Lucky Coin Machine Company, Rapid Fire, Inc., Rainbow Services, Inc. National Gaming Company, L.L.C., Don Juan Cigar Company, L.L.C., ZLN Holdings, L.L.C., Southeast Ventures, Inc. (collectively, "Imperial")<br><br>Xavier University of Louisiana |
| Hanover Insurance Company, The | New Orleans Flooring Supply, Inc. |