IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>*Adams*, No. 06-4065 | § CIVIL ACTION<br>§ NO. 05-4182 "K" (2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§ |

**MEMORANDUM IN OPPOSITION TO THE DEFENDANTS' B & K CONSTRUCTION COMPANY, INC.'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT BASED ON PEREMPTION, BOH BROS. CONSTRUCTION CO., L.L.C.'S RULE 56 MOTION FOR SUMMARY JUDGMENT ON BEHALF OF BOH BROS. CONSTRUCTION CO., L.L.C., BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERING COMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S ENGINEERS' JOINT RULE 12(b)(6) MOTION TO DISMISS AND RULE 56 MOTION FOR SUMMARY JUDGMENT AND RULE 56 JOINT MOTION OF ENGINEERS FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSES OF *RES JUDICATA*, OR IN THE ALTERNATIVE, COLLATERAL ESTOPPEL**

NOW INTO COURT through undersigned counsel come *Cathy Adams* plaintiffs who oppose all of the defendants' various motions listed above as defendants' B & K Construction Company, Inc.'s Motion To Dismiss And/Or Motion For Summary Judgment Based On Peremption, Boh Bros. Construction Co., L.L.C.'s Rule 56 Motion For Summary Judgment On Behalf Of Boh Bros. Construction Co., L.L.C., Burk-Kleinpeter, Inc.'s, Eustis Engineering Company, Inc.'s, Gotech, Inc.'s, And Modjeski And Masters, Inc.'s Engineers' Joint Rule 12(b)(6) Motion To Dismiss And Rule 56 Motion For Summary Judgment and Rule 56 Joint Motion Of Engineers For Summary Judgment On The Affirmative Defenses Of *Res Judicata*, Or In The Alternative, Collateral Estoppel by adopting and incorporating all previously filed oppositions, exhibits, arguments, and evidence by liaison counsel Joe Bruno and or others in

opposition to these defendants' motions. This includes but is not limited to Document Numbers 694, 699, and 700. Plaintiffs also adopt opposition filed today which is reflected in Document Number 3402 in the *Cochrin* case.

Respectfully submitted,

A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

A. J. REBENNACK