IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>*Adams*, No. 06-4065 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### EX PARTE MOTION TO CONTINUE HEARING ON DEFENDANTS' DEFENDANTS' B & K CONSTRUCTION COMPANY, INC.'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT BASED ON PEREMPTION, BOH BROS. CONSTRUCTION CO., L.L.C.'S RULE 56 MOTION FOR SUMMARY JUDGMENT ON BEHALF OF BOH BROS. CONSTRUCTION CO., L.L.C., BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERINGCOMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S ENGINEERS' JOINT RULE 12(b)(6) MOTION TO DISMISS AND RULE 56 MOTION FOR SUMMARY JUDGMENT AND RULE 56 JOINT MOTION OF ENGINEERS FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSES OF *RES JUDICATA*, OR IN THE ALTERNATIVE, COLLATERAL ESTOPPEL

NOW INTO COURT through undersigned counsel come Cathy Adams plaintiffs who re-urge the Motion to Continue the defendants hearings which was filed on March 2, 2007 with the clerk. For some reason this filing was not noted on E-file. Defendants were sent copies and two opposed.

Respectfully submitted,

_____
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
A. J. REBENNACK