IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES　§　CIVIL ACTION
　　　　CONSOLIDATED LITIGATION　§　NO. 05-4182 "K" (2)
　　　　　　　　　　　　　　　　　§　JUDGE DUVAL
　　　　　　　　　　　　　　　　　§　MAG. WILKINSON
PERTAINS TO:　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
*Adams*, No. 06-4065　　　　　　　§
　　　　　　　　　　　　　　　　　§

## ORDER

Considering the Motion regarding the Hearings now scheduled for March 23, 2007 at 10:00 a.m.:

IT IS ORDERED that the Hearings presently scheduled for March 23, 2007 at 10:00 a.m. is hereby continued until the _____ day of _____, 2007.

UNITED STATES EASTERN DISTRICT COURT this _____ day of _____ 2007.

_____
**JUDGE**