IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | |
| *Adams*, No. 06-4065 | |

### MOTION FOR EXTENTION OF TIME TO FILE OPPOSITION TO DEFENDANTS' B & K CONSTRUCTION COMPANY, INC.'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT BASED ON PEREMPTION, BOH BROS. CONSTRUCTION CO., L.L.C.'S RULE 56 MOTION FOR SUMMARY JUDGMENT ON BEHALF OF BOH BROS. CONSTRUCTION CO., L.L.C., BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERINGCOMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S ENGINEERS' JOINT RULE 12(b)(6) MOTION TO DISMISS AND RULE 56 MOTION FOR SUMMARY JUDGMENT AND RULE 56 JOINT MOTION OF ENGINEERS FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSES OF *RES JUDICATA*, OR IN THE ALTERNATIVE, COLLATERAL ESTOPPEL

NOW INTO COURT through undersigned counsel come *Cathy Adams* plaintiffs who move for an extension to file our oppositions to the above defendants motions namely B & K Construction Company, Inc.'s Motion To Dismiss And/Or Motion For Summary Judgment Based On Peremption, Boh Bros. Construction Co., L.L.C.'s Rule 56 Motion For Summary Judgment On Behalf Of Boh Bros. Construction Co., L.L.C., Burk-Kleinpeter, Inc.'s, Eustis Engineering Company, Inc.'s, Gotech, Inc.'s, And Modjeski And Masters, Inc.'s Engineers' Joint Rule 12(b)(6) Motion To Dismiss And Rule 56 Motion For Summary Judgment and Rule 56 Joint Motion Of Engineers For Summary Judgment On The Affirmative Defenses Of *Res Judicata*, Or In The Alternative, Collateral Estoppel. Plaintiffs oppositions are simply those filed by liaison

counsel Joe Bruno and or others when these motions were previously heard and ruled on months ago. Plaintiffs simply desire to adopt said oppositions, arguments, exhibits, and evidence. There is no prejudice to any defendants as they have been in possession of these oppositions for months. Plaintiffs also desire to adopt any and all oppositions filed by any other plaintiffs counsel opposing these instant motions at present. Traditionally plaintiffs have until 8 days prior to any hearing to file their oppositions which would be today. Said oppositions are being filed today.

WHEREFORE plaintiffs pray they be given leave to file/adopt said oppositions.

Respectfully submitted,

_____
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
A. J. REBENNACK