UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG WILKINSON |
| PERTAINS TO:  ALL LEVEE | |

### ORDER

Considering the foregoing Consent Motion to Amend Case Management Order No. 4;

IT IS ORDERED that the Motion is GRANTED, and Case Management Order No. 4 is hereby amended as set forth in Exhibit "A" to the aforementioned Motion.

New Orleans, Louisiana, this _____ day of _____, 2007

_____
U.S. District Judge

{N1630898.1}