IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>*Adams*, No. 06-4065 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

IT IS HEREBY ORDERED that plaintiffs be allowed to file their oppositions on March 15, 2007 to the defendants various motions set for hearing on March 23, 2007.

UNITED STATES EASTERN DISTRICT COURT this ___16th___ day of ___March___ 2007.

_____
JUDGE