# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** | * | **CASE NO.  05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION: "K"** |
| | * | |
| | * | **MAGISTRATE: "2"** |
| **PERTAINS TO: LEVEE, MRGO &** | * | |
| **RESPONDER** | * | |
| **Maureen O'Dwyer, No. 06-5786** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS ORDERED** that Rachel A. Meese, Louisiana Bar Roll Number 25457 be, and

hereby is enrolled as additional counsel of record in the above entitled and numbered matter.

New Orleans, Louisiana this __16th__ day of March, 2007.

_____

**UNITED STATES DISTRICT JUDGE**