UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

### JOINT MOTION TO AMEND
### CASE MANAGEMENT AND SCHEDULING ORDER No. 4

The Joint Motion of Plaintiffs in the MRGO[1] and Levee cases and MRGO and Levee Defendants respectfully represents:

1.

Plaintiffs in the MRGO and Levee cases and Defendants in the MRGO and Levee cases, each acting through their respective undersigned liaison counsel, jointly move the Court for an order amending the Case Management and Scheduling Order No.4 ("CMO No. 4") as follows.

---

[1]  This motion is not intended to include or impact the *Robinson* (06-2286) Case Management Order.

861524v.1

2.

The parties desire to amend paragraph III (B) (2) of the CMO No. 4 to extend the deadline for certain matters involving written class certification discovery so as to allow the parties time to consider the Master Consolidated Class Action Complaint, to be filed on or before March 15, 2007, and to allow defendants to receive the plaintiffs' Motion for Class Certification and initial disclosures prior to defendants' written class certification discovery.

3.

The parties have agreed to extend the deadline for Defendants' submission to the Plaintiffs of interrogatories, requests for production and requests for admission, all limited to class certification, currently set for March 30, 2007, to April 30, 2007.

4.

The parties have agreed to extend the deadline for plaintiffs' written responses to class certification written discovery, currently set for April 30, 2007, to May 30, 2007.

5.

The parties have agreed that any motion to compel class certification written discovery, in compliance with Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 37.1E, currently having to be filed no later than May 30, 2007, must be filed no later than June 15, 2007.

6.

WHEREFORE, plaintiffs and defendants in the Levee and MRGO cases jointly ask the Court to amend the Case Management and Scheduling Order No. 4, as proposed herein.

861524v.1

Dated: March 16, 2007 Respectfully submitted,

| | |
|---|---|
| */s/ Joseph M. Bruno* | */s/ William D. Treeby* |
| Joseph M. Bruno, Bar No. 3604 | William D. Treeby, Bar No. 12901 |
| BRUNO & BRUNO, L.L.P. | STONE PIGMAN WALTHER WITTMANN LLC |
| 855 Baronne Street | 546 Carondelet Street |
| New Orleans, Louisiana 70113 | New Orleans, LA 70130 |
| Telephone: 504 525-1335 | Telephone: 504-581-3200 |
| Facsimile: 504 561-6775 | Facsimile: 504-581-3361 |
| jbruno@brunobrunolaw.com | wtreeby@stonepigman.com |
| | |
| *Plaintiffs' Liaison Counsel* | *Defendants' Contractors Litigation Committee Representative and Counsel of Record for Defendant Washington Group International* |

*/s/ Ralph S. Hubbard, III*
Ralph S. Hubbard, III, La. Bar 7040
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
rhubbard@lawla.com

*Defendant Liaison Counsel*

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Case Management and Scheduling Order No. 4 has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail, postage prepaid and properly addressed, this 16th day of March, 2007.

 */s/ William D. Treeby*
William D. Treeby

861524v.1