UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES § | CIVIL ACTION NO.: 05-4182 | |
| CONSOLIDATED LITIGATION § | | |
| VERSUS § | SECTION "K" | |
| § | | |
| § | MAGISTRATE (2) | |
| § | CONS. KATRINA CANAL | |
| § | | |
| THIS DOCUMENT RELATES TO: § | | |
| Insurance § | | |
| No. 06-5164, *Abadie et al., v Aegis Security* § | | |
| *Insurance Co., et al.* § | | |
| _____§ | | |

**PLAINTIFFS UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF DEFENDANTS SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY, WITHOUT PREJUDICE**

**NOW INTO COURT,** come plaintiffs in the above numbered and captioned cause, and upon suggestion by the Defendants **SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY** that they wrote only lender placed policies and did did not write any homeowner's

insurance policies in Louisiana during the relevant time period, nor did it act as a servicer for any other homeowner's insurance writer in Louisiana during the relevant period, now moves for a partial dismissal dismissing **DEFENDANTS  SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY** from this matter without prejudice.

**W H E R E F O R E**, plaintiffs pray for an Order of partial dismissal, dismissing defendants  **SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY** from this matter, without prejudice, and reserving all rights against all parties not dismissed herein.

Respectfully submitted,

**BRUNO & BRUNO**

  /s/   David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:    jbruno@brunobrunolaw.com
            dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___16th___ day of March, 2007.

                                                    /s/   David S. Scalia
                                                  **DAVID S. SCALIA**