UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES § | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION § | | |
| VERSUS § | | SECTION "K" |
| § | | |
| § | | MAGISTRATE (2) |
| § | | CONS. KATRINA CANAL |
| § | | |
| THIS DOCUMENT RELATES TO: § | | |
| Insurance § | | |
| No. 06-5164, *Abadie et al., v Aegis Security* § | | |
| *Insurance Co., et al.* § | | |
| _____§ | | |

**MEMORANDUM IN SUPPORT PLAINTIFFS UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY, WITHOUT PREJUDICE**

MAY IT PLEASE THE COURT:

Plaintiffs in the above numbered and captioned cause have received information from the Defendants **SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY** that they wrote

only lender placed policies and did not write any homeowner's insurance policies in Louisiana during the relevant time period, nor did it act as a servicer for any other homeowner's insurance writer in Louisiana during the relevant period.  As such, the above named defendants are believed to be improperly named in this matter and plaintiffs seek their dismissal from this matter without prejudice.

Respectfully submitted,

**BRUNO & BRUNO**

　　/s/　David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:　jbruno@brunobrunolaw.com
　　　dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

　　　I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this   31ST    day of January, 2007.

　　　　　　　　　　　　　　　　　　/s/　David S. Scalia
　　　　　　　　　　　　　　　　**DAVID S. SCALIA**