UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.*<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

**ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

Considering the Plaintiffs' Unopposed Motion for Partial Dismissal of **SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY** without prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY** be and are hereby **DISMISSED** without prejudice,

reserving to plaintiffs all rights against all parties not dismissed herein.

New Orleans, Louisiana, this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE
