UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES § | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION § | | |
| VERSUS § | | SECTION "K" |
| § | | |
| § | | MAGISTRATE (2) |
| § | | CONS. KATRINA CANAL |
| § | | |
| THIS DOCUMENT RELATES TO: § | | |
| Insurance § | | |
| No. 06-5164, *Abadie et al., v Aegis Security* § | | |
| *Insurance Co., et al.* § | | |
| _____ § | | |

**LOCAL RULE 7.6E CERTIFICATE**

Pursuant to Local Rule 7.6E, counsel for plaintiffs in *Abadie, et al. v Aegis Security Insurance Co., et al* has inquired of counsel whether there is any objection to the filing of the Unopposed Motion for Partial Dismissal of **SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY COMPANY, AND VOYAGER INSURANCE COMPANY** without prejudice, and has received no objection.

                Respectfully submitted,

                **BRUNO & BRUNO**

                 /s/   David S. Scalia

**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
        dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this    16TH         day of March, 2007.


                                                              /s/   David S. Scalia
                                                              **DAVID S. SCALIA**