CCOUNT CODE:                                                    Bridger              REGISTRY FUND:

855XX Accounts                                                                        604700 Accounts
____ - Restitution                                                                    ____ - Cash Bonds
____ - U.S. Postal Service Forms                                                      ____ - Land Condemnation
____ - Petty Offense                                                                  ____ - Deceased & Deserting Seaman

ENERAL & SPECIAL FUNDS:
____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
       085000 - $5.00 / 510000 - $10.00
    FILING FEES
____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
       086900 - $20.00 / 510000 - $19.00
____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
 ✓   - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00         cc: Sect K
____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00      Appeals
    COPY FEES
____ - Copies from public terminal (.10 per page - # of pages ____) 5124CR
____ - Copies (.50 per page - # of pages ____) 322350
____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
____ - Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
    MISCELLANEOUS ACCOUNTS
____ - Certification (# of Cert. ____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
____ - Records Search (TOTAL $26.00 Each) (# of names ____) 322360 - $15.00 / 510000 - $11.00
____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment ____ 322380

NES & MISCELLANEOUS ACCOUNTS
____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

COUNTS RECEIVABLE
____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Daniel Becnel  (Fellosea Ackerson)
CASE NUMBER: 05-4182       SECTION: K
CASE TITLE: _____

                                    12208
PAYMENT OF   [ 455 ]   CASH ____   CHECK ✓   MONEY ORDER ____
                       SEAMAN ____ PAUPER ____ NON CASH ____

                    Civil Action Cases (for New Filings Only)
gnate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
opriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action            ____ 6. Habeas Corpus & Other Convictions
       by the Court such as TRO, Injunction,               Petitions Title 28 USC Sec. 2255
       Orders to Show Cause, etc.                   ____ 7. Petitions for Stay of Execution
____ 2. Class Action                                       Death Sentence
____ 3. Antitrust                                   ____ 8. Social Security Case
____ 4. Patent, Trademark, Copyright                ____ 9. All Others
____ 5. Civil Rights Case

is a THREE JUDGE COURT?    ____ Yes  ____ No
is a RELATED CASE?         ____ Yes  ____ No        Attorney of Record