ACCOUNT CODE:                                      REGISTRY FUND:
                              Bridges                                      31502
855XX Accounts                                     604700 Accounts
____ - Restitution                                 ____ - Cash Bonds
____ - U.S. Postal Service Forms                   ____ - Land Condemnation
____ - Petty Offense                               ____ - Deceased & Deserting Seaman

## GENERAL & SPECIAL FUNDS:

____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00
   FILING FEES
____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
✓  - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓  - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00          CC: Appeals
____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00       Sect K
   COPY FEES
____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
____ - Copies (.50 per page - # of pages _____) 322350
____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   MISCELLANEOUS ACCOUNTS
____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
      Recovery of Costs - Jury Assessment _____ 322380

## FINES & MISCELLANEOUS ACCOUNTS

____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

## ACCOUNTS RECEIVABLE

____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Salas & Co          doc# 3401
CASE NUMBER: 05-4182          SECTION: K
CASE TITLE: _____

PAYMENT OF  | 455 |   CASH   1051   CHECK ✓   MONEY ORDER
                    SEAMAN          PAUPER          NON CASH

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action         ____ 6. Habeas Corpus & Other Convictions
        by the Court such as TRO, Injunction,            Petitions Title 28 USC Sec. 2255
        Orders to Show Cause, etc.               ____ 7. Petitions for Stay of Execution
____ 2. Class Action                                     Death Sentence
____ 3. Antitrust                                ____ 8. Social Security Case
____ 4. Patent, Trademark, Copyright             ____ 9. All Others
____ 5. Civil Rights Case

Is a THREE JUDGE COURT?     ____ Yes  ____ No
Is a RELATED CASE?          ____ Yes  ____ No     Attorney of Record