UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 |
| | * <br> * | SECTION "K"; MAG. 2 |
| _____ | * <br> * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Aaron*, No. 06-4746<br>*Abadie*, No. 06-5164<br>*Austin*, No. 06-5383<br>*Kiefer*, No. 06-5370 | * <br> * <br> * <br> * <br> * | MAGISTRATE JUDGE WILKINSON |

**JOINT MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel come defendants, Those Certain Underwriters at Lloyd's, and respectfully request this Honorable Court to enroll Marshall M. Redmon (#18398), Neil C. Abramson (#21436) and Jacqueline M. Brettner (#30412) of the law firm of Phelps Dunbar LLP as counsel of record for Those Certain Underwriters at Lloyd's in place of presently enrolled counsel of record, Patrick Dominic DeRouen, Laurie Lee DeArmond and Chad J. Primeaux of the firm Porteous, Hainkel and Johnson and that Neil Abramson (#21436) be designated as trial attorney in the captioned matter.

Respectfully submitted,

PORTEOUS, HAINKEL & JOHNSON

_____
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
CHAD J. PRIMEAUX, ESQ. (#30024)
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069

1

Our File No. 400-0005

PHELPS DUNBAR LLP

BY: _____
Neil C. Abramson, (Bar #21436)
Marshall M. Redmon, Bar Roll No. 18398
Jacqueline M. Brettner, La Bar No. 30412
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties to this matter.

_____
PATRICK D. DEROUEN, ESQ.

NO.99768295.1