UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 |
| _____ | * <br> * | SECTION   K  - JUDGE DUVAL |
| PERTAINS TO: | * <br> * | MAG. (2) - MAG. WILKINSON |
| INSURANCE:      *Aaron,* 06-4746 | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Unopposed Motion to Voluntarily Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted in this lawsuit against Balboa Insurance Company are **DISMISSED**, without prejudice, at Plaintiffs' cost, and with reservation of all of the Plaintiffs' claims against all other parties named and unnamed.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**