UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: LEVEE, MRGO | * | MAG. WILKINSON |
| *Bobby LeDuff, et al.,* No. 06-5260 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

**IT IS ORDERED** that Rachel A. Meese, Louisiana Bar Roll Number 25457 be, and she hereby is enrolled as additional counsel of record in the above entitled and numbered matter.

New Orleans, Louisiana this _____ day of March, 2007.

_____
**UNITED STATES DISTRICT JUDGE**