UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDERICK J. GISEVIUS, JR., ET AL.** * | | **CIVIL ACTION NO. 06-5308** |
| * | | |
| **VERSUS** * | | **SECTION "K"** |
| * | | |
| **BOH BROTHERS CONSTRUCTION** * | | **MAGISTRATE (2)** |
| **CO., L.L.C., ET AL** * | | |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COMES** defendant, St. Paul Fire and Marine Insurance Company, through undersigned counsel, and moves this Court for an Order enrolling Rachel A. Meese, Louisiana Bar Number 25457, of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as additional counsel of record for The Travelers Insurance Company in the captioned matter because previously enrolled counsel of record, April R. Roberts, La. Bar No. 30821 is no longer employed by Lugenbuhl, Wheaton, Peck, Rankin & Hubbard and should be removed as counsel of record for St. Paul Fire and Marine Insurance Company.

**WHEREFORE,** St. Paul Fire and Marine Insurance Company prays that this Court enter an Order enrolling Rachel A. Meese as additional counsel of record.

    Respectfully submitted:

*/s/ Rachel A. Meese*
Ralph S. Hubbard, III, T.A. La. Bar No. 7040
Joseph P. Guichet, La. Bar No. 24441
Rachel Meese, La. Bar No. 25457
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2007, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States mail, properly addressed, first class postage prepaid.

*/s/ Rachel A. Meese*