## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAMUEL PALUMBO, JR. | * | CIVIL ACTION |
| VERSUS | * | NO.  06-7922 |
| STATE FARM FIRE AND CASUALTY COMPANY and ELAINE BISTAD | * | SECTION "B" |
| * * * * * * * * | * | MAGISTRATE 2 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiff's Motion to Remand has been scheduled and set for the 29th day of November, 2006, at 9:00 o'clock a.m. before the Honorable Ivan L.R. Lemelle, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this ___19___ day of ___Oct___, 20_06_, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____