UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLENN MICHAEL ADAMS, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | No. 06-4634 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K" |
| | * | |
| | * | MAG (2) |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### *EX PARTE* MOTION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITH RESERVATION OF RIGHTS

**NOW INTO COURT**, through undersigned counsel, comes Glenn Michael Adams, et. al., who wish to voluntarily dismiss defendant, St. Paul Fire & Marine Insurance Company, from this suit, without prejudice, reserving all claims against all other parties not herein dismissed.

**IT IS HEREBY ORDERED** that all claims against St. Paul Fire & Marine Insurance Company are dismissed, without prejudice, reserving unto plaintiffs all rights and claims against all other parties not herein dismissed.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____

Respectfully Submitted:

_____
Through their attorney of record:
J. Patrick Connick
3900 Veterans Memorial Boulevard,
Third Floor
Metairie, LA 70002: 337-269-9077
**Attorney for Plaintiffs, Glenn Michael Adams, et. al**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by placing copy of the same in the United States mail, postage pre-paid and properly addressed, this _19_ day of _March_ 2007.