UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES LITIGATION § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: *Abadie, et al., v. Aegis Security Insurance Co., et al.*: 06-5164 | |

## MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE

**NOW INTO COURT**, come Plaintiffs in *Abadie, et al. v. Aegis Security Ins. Co., et al.; 06-5164* on behalf of themselves and all others similarly situated and based on representations made to counsel for Plaintiffs by counsel for Defendants SAFECO INSURANCE COMPANY OF AMERICA, SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO INSURANCE COMPANY OF INDIANA, SAFECO NATIONAL INSURANCE COMPANY, and SAFECO SURPLUS LINES INSURANCE COMPANY, move to dismiss their Complaint without prejudice as against said defendants. Plaintiffs specifically reserve all rights as against all parties not dismissed herein.

**WHEREFORE,** plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice Plaintiffs' Complaint as to Defendants SAFECO INSURANCE COMPANY OF AMERICA, SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO INSURANCE COMPANY OF INDIANA, SAFECO NATIONAL INSURANCE COMPANY, and SAFECO SURPLUS LINES INSURANCE COMPANY; and specifically reserving all rights and causes of action against all parties not dismissed herein.

Respectfully submitted,

BRUNO & BRUNO

_____
**Joseph M. Bruno (3604)**
**David S. Scalia (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
       dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this __19__ day of March, 2007.

_____
DAVID S. SCALIA