UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES LITIGATION § § § § § § § § THIS DOCUMENT RELATES TO: § *Abadie, et al., v. Aegis Security Insurance* § *Co., et al.*: **06-5164** § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |

### MEMORANDUM IN SUPPORT MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE

**MAY IT PLEASE THE COURT:**

Plaintiffs in *Abadie, et al. v. Aegis Security Ins. Co., et al.; 06-5164* on behalf of themselves and all others similarly situated, have received representations by defendants SAFECO INSURANCE COMPANY OF AMERICA, SAFECO INSURANCE COMPANY OF ILLINOIS, SAFECO INSURANCE COMPANY OF INDIANA, SAFECO NATIONAL INSURANCE COMPANY, and SAFECO SURPLUS LINES INSURANCE COMPANY. Based upon those representations plaintiffs wish to dismiss their Complaint without prejudice as against the above referenced defendants. Plaintiffs seek the dismissal as to the above referenced defendants only and specifically reserve all rights as against all parties not dismissed herein.

Respectfully submitted,

**BRUNO & BRUNO**

_____

**Joseph M. Bruno (3604)**
**David S. Scalia (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
        dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this __19__ day of March, 2007.

_____
**DAVID S. SCALIA**