UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION VERSUS | § § § § § § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: Insurance No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § § | |

## ORDER

Considering the Motion for Voluntary Dismissal of Certain defendants Without Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' clams against Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company be and are hereby **DISMISSED** without prejudice, reserving to plaintiffs all rights against all parties not dismissed herein.

New Orleans, Louisiana, this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE