UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE |
| *Abadie et al, v. Aegis Security Insurance Co.* | * | JOSEPH C. WILKINSON |
| No. 06-5164 | * | |
| | * | |
| | * | |

**************************************

## MOTION FOR PARTIAL DISMISSAL

NOW INTO COURT through undersigned counsel comes plaintiff, Jeanette St. Etienne, who with respect represents to the Court that she is the sole plaintiff in a suit filed in Civil District Court for the Parish of Orleans, suit number 2006-7846, Division M 6, that she has reached a settlement of all of her claims related to Hurricane Katrina with Allstate Insurance Company in that matter, that Allstate Insurance Company advised her that she was added as a plaintiff in the above referenced action, and that she desires to dismiss with prejudice all claims filed against Allstate Insurance Company in this matter. She previously requested that the attorney purporting to represent her in this action file a motion to dismiss her claims. A copy of the letter of January 18, 2007 and the letter of March 1, 2007 as to that request are attached hereto and incorporated herein. To date, there has been no response to these requests.

WHEREFORE, mover prays for an order dismissing her claims in this matter as to Allstate Insurance Company, and for all other appropriate relief.

Respectfully submitted,

Buser & Associates, APLC

BY: _____
Sue Buser #18151
1518 Highway 30 East
Gonzales, LA 70737
Telephone:   (225) 644-6100
Fax:              (225) 644-6111

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION: 05-4182 "K" (2) <br><br> JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE<br>Abadie et al, v. Aegis Security Insurance Co.<br>No. 06-5164 | * <br> * <br> * <br> * <br> * | MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON |

*************************************

## CERTIFICATION

I hereby certify that a copy of the motion for partial dismissal, the memorandum in support of same, and the proposed order filed on behalf of Jeanette St. Etienne has been served upon the following:

Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113

counsel of record for Jeanette St. Etienne in these proceedings by facsimile, hand delivery, electronic mail, or by placing same in the United States mail, postage pre-paid and properly addressed, this _____ day of March _____, 2007.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE |
| *Abadie et al, v. Aegis Security Insurance Co.* | * | JOSEPH C. WILKINSON |
| No. 06-5164 | * | |
| | * | |
| | * | |

**************************************

MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL

MAY IT PLEASE THE COURT:

Plaintiff filed suit in the Civil District Court for the Parish of Orleans, suit number 2006-7846, Division M, entitled "Jeanette St. Etienne v. Allstate Insurance Company". As plaintiff in that suit, she reached a settlement agreement of all of her claims related to Hurricane Katrina and with Allstate Insurance Company in that suit. As part of the settlement, Allstate Insurance Company required that she dismiss all pending actions. Allstate Insurance Company advised her that she was added as a plaintiff in this suit.

On January 18, 2007, plaintiff's attorney wrote to Joseph M. Bruno with a request that she be removed and that her claims in this suit be dismissed in the suit before this Court filed on her behalf by Mr. Bruno. A copy of that letter is attached hereto and incorporated herein. To date there has been no response from Mr. Bruno to that request.

On March 1, 2007, plaintiff's attorney again wrote to Mr. Bruno and attached a proposed Partial Motion to Dismiss and requested that this be filed on her behalf in this matter. A copy of

that letter and the proposed Partial Motion to Dismiss is attached hereto and incorporated herein. To date there has been no response from Mr. Bruno to that request.

Plaintiff is awaiting receipt of her settlement funds from Allstate Insurance Company. She desires and is entitled to dismiss with prejudice all claims filed against Allstate Insurance Company in this matter.   Her attorney has not complied with her request that her claims here be dismissed.  She asks that the Court grant her motion to dismiss in this matter, and for all other appropriate relief.

Respectfully submitted,

Buser & Associates, APLC

BY: *[signature]*
Sue Buser #18151
1518 Highway 30 East
Gonzales, LA 70737
Telephone:   (225) 644-6100
Fax:              (225) 644-6111

# Buser & Associates

Sue Buser* ∞

A PROFESSIONAL LAW CORPORATION
1518 Highway 30 East
Gonzales, Louisiana 70737
Phone: (225) 644-6100
Fax: (225) 644-6111

Admitted in Louisiana*
Admitted in Texas ∞

January 18, 2006

Mr. Joseph M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

BY FAX TO (504) 581-1493
AND BY REGULAR MAIL

RE: Jeanette St. Etienne v. Allstate Insurance Company
CDC # 2006-7846-M2
USDC #06-8139-F

Dear Mr. Bruno:

The attorney for Allstate advised me that your firm has included my client, Jeanette St. Etienne, in a suit filed regarding claims for damage from Hurricane Katrina.

He has indicated that the suit is entitled, Connie Abadie, et al. v. Aegis Security Insurance Company, EDLA case number )6-5164.

As you can see, I have been retained to represent Ms. St. Etienne as to her claim for damages from Allstate due to Hurricane Katrina, and have filed suit on her behalf in the above referenced matter, which was recently remanded to the Civil District Court for the Parish of Orleans.

I kindly ask that you remove Jeanette St. Etienne and dismiss her as a party in the suit you filed.

I look forward to hearing from you to confirm that she is no longer a party to the Abadie suit. Thank you for your assistance.

Sincerely,

Buser & Associates, APLC

BY: _____
Sue Buser

cc: Ms. Jeanette St. Etienne
Mr. Edward R. Wicker, Jr. (By fax to (504) 589-9924

# Buser & Associates

A PROFESSIONAL LAW CORPORATION
1518 Highway 30 East
Gonzales, Louisiana 70737
Phone: (225) 644-6100
Fax: (225) 644-6111

Sue Buser* ∞

---

Admitted in Louisiana*
Admitted in Texas ∞

March 1, 2007

Mr. Joseph M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

    RE:    In Re: Katrina Canal Breaches Consolidated Litigation
             as to Abadie, et al. v. Aegis Security Insurance Company (No. 06-5164)
             USDC EDLA Case Number 05-4182 K(2)

Dear Mr. Bruno:

As I previously advised you, I have been retained to represent the interests of Ms. Jeanette St. Etienne in her claims against Allstate Insurance Company related to Hurricane Katrina.

I previously wrote to you on January 18, 2006 requesting that you voluntarily dismiss Jeanette St. Etienne as a party in the above referenced lawsuit. To date, I have had no response.

Ms. St. Etienne has now settled her claims with Allstate and is dismissing her separately filed action.

For this reason, I ask that you please execute and file the enclosed motion for partial dismissal in the above referenced matter.

Thank you for your assistance and efforts. I look forward to hearing from you.

                        Sincerely,

                        Buser & Associates, APLC

                        BY: _____
                               Sue Buser

cc:    Ms. Jeanette St. Etienne
        Mr. Edward R. Wicker, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION: 05-4182 "K" (2) |
| | * * | JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE *Abadie et al, v. Aegis Security Insurance Co.* No. 06-5164 | * * * * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PARTIAL MOTION TO DISMISS PLAINTIFF JEANNETTE ST. ETIENNE, WITH PREJUDICE

Plaintiff, Jeannette St. Etienne, having settled her claim against Allstate Insurance Company in the captioned proceeding in mediation, respectfully requests that she be dismissed from this action, with prejudice.

**WHEREFORE,** Jeannette St. Etienne prays that she be dismissed as a Plaintiff from this lawsuit, with prejudice, and that her claim against Allstate Insurance Company be dismissed, with prejudice.

- 1 -

Respectfully submitted,

Bruno & Bruno

By: _____
      Joseph M. Bruno
      855 Baronne Street
      New Orleans, LA 70113

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S. Postal Service, on this ____ day of _____, 2007.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION Plaintiff, | * * * * * | CIVIL ACTION: 05-4182 "K" (2) JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE *Abadie et al, v. Aegis Security Insurance Co.* No. 06-5164 Defendant. | * * * * * | MAGISTRATE JUDGE JOSEPH C. WILKINSON |

**ORDER**

Considering the foregoing Partial Motion to Dismiss Plaintiff Jeannette St. Etienne, With Prejudice;

**IT IS ORDERED** that the Partial Motion to Dismiss Plaintiff Jeannette St. Etienne, With Prejudice be and hereby is **GRANTED,** and that the claim of Jeannette St. Etienne asserted herein against Allstate Insurance Company be and hereby is dismissed with prejudice. All claims asserted by other Plaintiffs are reserved.

New Orleans, Louisiana, this _____ day of March, 2006.

_____
J U D G E

- 3 -

Bruno Motion to Dismiss Federal Court Suit