UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES  *
CONSOLIDATED LITIGATION         *    CIVIL ACTION: 05-4182 "K" (2)
                                *
                                *    JUDGE: STANWOOD R. DUVAL
                                *
                                *
PERTAINS TO: INSURANCE          *    MAGISTRATE JUDGE
*Abadie et al, v. Aegis Security Insurance Co.* *    JOSEPH C. WILKINSON
No. 06-5164                     *
                                *
                                *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF PARTIAL DISMISSAL

Considering the motion for partial dismissal filed herein on behalf of plaintiff, Jeanette St. Etienne, and the Court finding that she is entitled to the relief granted,

IT IS ORDERED that the above captioned matter be and the same is hereby dismissed in its entirety, with prejudice, as to all rights of Jeanette St. Etienne against Allstate Insurance Company.

New Orleans, Louisiana, this 15th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE