UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> _____ * <br> * <br> LEVEE CASES * <br> PERTAINS TO: 06-5131 (Bourgeois) * <br> and 06-5132 (Ferdinand) * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION <br><br> NUMBER  05-4182 <br><br> SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)

Defendant, the Public Belt Railroad Commission for the City of New Orleans (the "Public Belt"), moves this Court for leave to file the attached "Reply In Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6)" (the "Motion to Dismiss"). The Public Belt's Motion to Dismiss is Doc. No. 2938.

The plaintiffs' opposition to the Public Belt's Motion to Dismiss was untimely. Pursuant to the Court's November 29, 2006, Minute Entry, Doc. No. 2034, the plaintiffs' Opposition was to be filed by February 22, 2007. However, it was not filed until March 12, 2007. This motion for leave to file a Reply is thus timely, because it is filed within eight days of the plaintiffs' opposition and prior to the March 23, 2007 hearing date on the Public Belt's Motion to Dismiss.

The Public Belt's Reply responds to the plaintiffs' opposition memorandum and does not simply reargue the Public Belt's original supporting memorandum. The Public Belt respectfully suggests that the Reply will assist the Court in ruling on the Motion to

Dismiss. In compliance with Uniform District Court Rule 7.3E, a proposed order is attached.

Respectfully submitted,

HAMILTON, BROWN & BABST

_____
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA  70130
TELEPHONE:  (504) 566-1805
FAX:  (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 20th day of March, 2007.

_____
GALEN S. BROWN