UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| BOURGEOIS, NO. 06-5131<br>FERDINAND, NO. 06-5132 | * * | MAG. WILKINSON |

**CSX TRANSPORTATION, INC.'S EX PARTE MOTION
FOR LEAVE TO FILE REPLY MEMORANDUM
AND FOR LEAVE TO SUBSTITUTE SIGNED DECLARATION**

Defendant CSX Transportation, Inc. ("CSXT") moves this Court for leave to file a reply memorandum and for leave to substitute a signed declaration in place of an already-filed, unsigned copy of the declaration, as follows:

1.

**CSXT's MOTION AND THE PLAINTIFFS' OPPOSITION IN
*Bourgeois v. Port of New Orleans*, No. 06-5131 and
*Ferdinand v. Port of New Orleans*, No. 06-5132**

On November 20, 2006, in *Bourgeois, et al. v. Port of New Orleans, et al.*, Civil Action No. 06-5131, and in *Ferdinand, et al. v. Port of New Orleans, et al.*, Civil Action No. 06-5132, CSXT filed "CSX Transportation, Inc.'s Motion for Dismissal Under Rule 12(b)(6) Or, In the

Alternative, Motion for Summary Judgment Under Rule 56," Dkt. No. 1697-98 in this consolidated action. By the Court's order of November 29, 2006, Dkt. 2034 (p. 3), the plaintiffs were to file opposition memoranda on or before February 22, 2007, with a hearing date of March 23, 2007. On March 9, 2007, more than two weeks after the February 22, 2007, deadline, the plaintiffs filed a memorandum in opposition, Dkt. No. 3375.

2.

## CSX'S REPLY MEMORANDUM IN *Bourgeois* AND *Ferdinand*

CSXT moves this Court for leave to file the attached reply in the two actions, *Bourgeois, et al. v. Port of New Orleans, et al.*, Civil Action No. 06-5131, and *Ferdinand, et al. v. Port of New Orleans, et al.*, Civil Action No. 06-5132. CSXT was granted leave to file a reply by Dkt. 2034, although the late filing of the plaintiffs' opposition memorandum made it impossible for CSXT to file its reply by the March 1, 2007, deadline in Dkt. 2034.

3.

## SUBSTITUTION OF SIGNED DECLARATION IN *Bourgeois* AND *Ferdinand*

Attached as Exhibit Two to CSXT's Motion for Dismissal in *Bourgeois* and in *Ferdinand* was an unsigned copy of a declaration of Tom T. May. CSXT now moves the Court for leave to substitute a signed declaration of Mr. May (attached to this ex parte motion) in place of Exhibit Two to CSXT's Motions for Dismissal in *Bourgeois* and in *Ferdinand*.[1]

---

[1] The statements of the declarant, Mr. May, are the same in both the unsigned copy of the declaration (attached to CSX's Motion for Dismissal in *Bourgeois* and in *Ferdinand*) and the signed declaration (attached hereto). The unsigned copy has a caption because it had been previously filed as an exhibit to CSXT's Motion to Dismiss in another consolidated action, *Paul v. Sewerage & Water Board of New Orleans, et al.*, Civil Action No. 06-7682.

951371-1                                2

**WHEREFORE,** CSX Transportation, Inc. **MOVES THIS COURT:**

For leave to file the attached reply, "CSX Transportation, Inc.'s Reply In Support of Its Motion For Dismissal Under Rule 12(b)(6) Or, In The Alternative, Motion For Summary Judgment Under Rule 56"; and

For leave to substitute the attached signed declaration of Tom T. May in place of the unsigned copy of Mr. May's declaration that has been filed as Exhibit Two to "Motion for Dismissal Under Rule 12(b)(6) or, In the Alternative, Motion for Summary Judgment Under Rule 56" in *Bourgeois*, Civil Action No. 06-5131, and in *Ferdinand*, Civil Action No. 06-5132.

/s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
  -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
    and
ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
  -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259
**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/ Jonathan C. McCall