UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| BOURGEOIS, NO. 06-5131<br>FERDINAND, NO. 06-5132 | * * | MAG. WILKINSON |

### MEMORANDUM IN SUPPORT OF CSX TRANSPORTATION, INC.'S EX PARTE MOTION TO SUBSTITUTE SIGNED DECLARATION

MAY IT PLEASE THE COURT:

Defendant CSX Transportation, Inc. ("CSXT") files this memorandum with its "Ex Parte Motion for Leave to File Reply Memorandum and for Leave to Substitute Signed Declaration," in compliance with Uniform Local Rule 7.4. CSXT respectfully suggests, however, that no further briefing is necessary.

/s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
  -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
  -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                                     /s/ Jonathan C. McCall