UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE:<br>BOURGEOIS, NO. 06-5131<br>FERDINAND, NO. 06-5132 | * * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

The Court, having considered "CSX Transportation, Inc.'s Ex Parte Motion for Leave to File Reply Memorandum and for Leave to Substitute Signed Declaration";

**IT IS ORDERED** that leave be hereby **GRANTED** to defendant CSX Transportation, Inc. to file "CSX Transportation, Inc.'s Reply In Support of Its Motion For Dismissal Under Rule 12(b)(6) Or, In The Alternative, Motion For Summary Judgment Under Rule 56."

**IT IS FURTHER ORDERED** that the signed declaration of Tom T. May be substituted in place of the unsigned copy of Mr. May's declaration that has been filed as Exhibit Two to "Motion for Dismissal Under Rule 12(b)(6) or, In the Alternative, Motion for Summary Judgment Under Rule 56" in *Bourgeois*, Civil Action No. 06-5131, and in *Ferdinand*, Civil Action No. 06-5132, Dkt. Nos. 1697-98 in the consolidated action.

New Orleans, Louisiana, this ____ day of March, 2007.

_____
**JUDGE**

951371-1                                                                                      1