# The Board of Commissioners
## OF THE
## Orleans Levee District

SUITE 202 - ADMINISTRATION BUILDING
6001 STARS AND STRIPES BLVD.

### New Orleans, La.
70126-8006

TEL  504-243-4000

PROTECTING YOU
AND YOUR FAMILY

September 30, 2004

**Via Facsimile**

Mr. Al Naomi, Sr. Project Manager
U. S. Army Corps of Engineers
New Orleans District
Post Office Box 60267
New Orleans, Louisiana  70160-0267

    RE:    Lake Pontchartrain & Vicinity Hurricane Protection Plan
            Floodgate W-30 Damage
            New Orleans Public Belt Railroad Crossing
            Almonaster Bridge West Side IHNC

Dear Mr. Naomi:

As you are aware, the referenced floodgate was heavily damaged by the New Orleans Public Belt (NOPB) railroad on September 11, 2004.  The Orleans Levee District (OLD) is moving forward to have Design Engineering, Inc. prepare a "Plans and Specifications" package for Public Bid.

In order for our design consultant to prepare a bid package, we need several clarifications and they are as follows:

1)    Can the OLD have the repairs "built" in accordance with the original USACE plans or has the USACE's design criteria changed such that a "re-design" is necessary?

2)    Can the OLD use the USACE's drawings in the bid package, and can we modify them for the repair work?



EXHIBIT
tabbies'
1

Mr. Alfred C. Naomi
September 30, 2004
- Page 2 -

We are scheduling a meeting with the NOPB to discuss all of the costs involved with the repairs, so we would appreciate a response on these matters from you as soon as possible. A copy of the NOPB's letter of September 24, 2004 is attached for your information.

If you have any questions, please contact me at 243-4045.

Sincerely,

Stevan G. Spencer, P.E.
Chief Engineer

SGS:dba

Attachment

xc:  James P. Huey, President
     Max L. Hearn, Executive Director
     Gary G. Benoit, Esq., Senior Counsel
     Walter Baudier, Design Engineering, Inc.
     Darryl Bonura, USACE