

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 15 PM 12: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| PERTAINS TO: ST. RITA CASE NUMBERS: 06-7457, 06-7400, 06-6639 | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO RESTYLE PREVIOUS MOTION TO REMAND AS A MOTION TO REMAND AND/OR MOTION TO SEVER THIRD-PARTY DEMAND

**NOW INTO COURT**, through undersigned counsel comes plaintiffs, **WES KRAMER, ET AL** who move to restyle their previous Motion to Remand as an alternative pleading, i.e., Motion to Sever Third-Party Demand for all reasons set forth in the attached memorandum.

Respectfully submitted,

_____
Patrick G. Kehoe, Jr. #14419
833 Baronne Street
New Orleans, LA 70113
Telephone #: (504) 588-1110
Facsimile #: (504) 588-1954
pgkehoejr@kehoejr.com

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above and foregoing pleading(s) was served on counsel of record for all parties by U.S. mail, properly addressed and first class postage prepaid, or by facsimile transmittal or hand delivery on this ____14____ day of ____March____, 2007.

_____