UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| PERTAINS TO:   ST. RITA CASE NUMBERS:   06-7457, 06-7400, 06-6639 | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO RESTYLE PREVIOUS MOTION TO REMAND AS A MOTION TO REMAND AND/OR MOTION TO SEVER THIRD-PARTY DEMAND

**MAY IT PLEASE THE COURT:**

A review of the face of plaintiffs' pleading indicates plaintiffs did not sue the Unites States Government. Under Louisiana law, defendant, Buffman, Inc. d/b/a St. Rita's Nursing Home, cannot seek contribution form a third-party for its fault in causing plaintiffs injury/death. Defendant, Buffman, Inc. d/b/a St. Rita's Nursing Home can only be liable for its insolido share of fault.

Moreover, even if Buffman, Inc. d/b/a St. Rita's Nursing Home urges the fault of the United States Government at the state court trial it will have absolutely no effect on the fault of the United States Government in any federal court action. The Louisiana Supreme Court decision in Foley v. Entergy, 06-C-0983 (La 2006), made it clear that issued preclusion (fault) is limited to the same parties in the same action. (See Foley at p. 15 fn. 4). The United States Government is not a party to the state court action.

## CONCLUSION

The plaintiffs did not sue the United States Government. This court can sever the third-party demand and, thus, allow Buffman, Inc. d/b/a St. Rita's Nursing Home to pursue the United States Government for contribution – a right that no longer exists since defendants are only liable for their insolido share of fault. **The above arguments were advanced in plaintiffs' original memorandum in support of their motion to remand.**

Respectfully submitted,

_____
Patrick G. Kehoe, Jr. #14419
833 Baronne Street
New Orleans, LA 70113
Telephone #: (504) 588-1110
Facsimile #: (504) 588-1954
pgkehoejr@kehoejr.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above and foregoing pleading(s) was served on counsel of record for all parties by U.S. mail, properly addressed and first class postage prepaid, or by facsimile transmittal or hand delivery on this _____ day of _____, 2007.

_____