FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 16 PM 3:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| PERTAINS TO:   ST. RITA CASE NUMBERS:  06-7457, 06-7400, 06-6639 | * * * * | |

*************************************************************************

## PROPOSED ORDER

It is hereby ordered that previous Motion to Remand filed by plaintiffs in the above-captioned proceeding is restyled as a Motion to Remand and/or Motion to Sever Third-Party Demand.

New Orleans, Louisiana this 15th day of MARCH, 2007.

_____
STANWOOD R. DUVAN, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____