FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 19  PM 4: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" |
| | * * | MAGISTRATE (2) |
| PERTAINS TO: | * * | JUDGE DUVAL |
| YACOB, NO. 06-5937 | * * | MAG. WILKINSON |
| * * * * * * * * * * * * * | | |

### MEMORANDUM IN OPPOSITION TO THE DEFENDANTS' B& K CONSTRUCTION COMPANY, INC.'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT BASED ON PEREMPTION, BOH BROS., CONSTRUCTION CO., L.L.C.'S RULE 56 MOTION FOR SUMMARY JUDGMENT ON BEHALF OF BOH BROS. CONSTRUCTION CO., L.L.C., BURK-KLEINPETER, INC.'S, EUTIS ENGINEERING COMPANY, INC.'S, GOTECH, INC.'S, AND MAJESKI AND MASTERS, INC.'S ENGINEERS' JOINT RULE 12(b)(6) MOTION TO DISMISS AND RULE 56 MOTION FOR SUMMARY JUDGMENT AND RULE 56 JOINT MOTION OF ENGINEERS FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF RES JUDICATA, OR IN THE ALTERNATIVE, COLLATERAL ESTOPPEL.

NOW INTO COURT through undersigned counsel come <u>Abraham Yacob</u> plaintiffs, who oppose all of the defendants' various motions listed above as defendants' B & K Construction Company, Inc.'s Motion To Dismiss And/Or Motion For Summary Judgment /based On Peremption, Boh Bros. Construction Co., L.L. C.'s Rule 56 Motion For Summary Judgment on Behalf of Boh Bros. Construction Co., L.L.C., Burk Kleinpeter, Inc.'s, Eustis Engineering Company, Inc.'s, Gotech, Inc.'s, And Modjeski And Masters, Inc.'s Engineers' Joiont Rule 12(b)(6) Motion To Dismiss And Rule 56 Motion For Summary Judgment and Rule

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

56 Joint Motion Of Engineers For Summary Judgment on The Affirmative Defenses of Res Judicata, Or in the Alternative Collateral Estoppel by adopting and Incorporating all previously filed oppositions, exhibits, arguments, and evidence by liaison counsel Joe Bruno and or others in opposition to these defendants' motions. This includes but is not limited to Document Numbers 694, 699, and 700. Plaintiffs also adopt opposition filed in the Cochran case, which is reflected in Document Number 3402.

Respectfully submitted,
Law Offices of Pius A. Obioha &
Associates, LLC

*Pius Obioha*

Pius A. Obioha, Bar # 25810
5700 Florida Blvd., Suite 412
Baton Rouge, LA 70806
Mailing Address
P.O. Box 46385
Baton Rouge, LA 70895
Telephone: (225) 231-3778
Facsimile: (225) 930-0989
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been filed with the Clerk of the United States Court for the Eastern District of Louisiana and mailed to all parties in these proceedings by United States Mail, postage prepaid, this 19 day of March 2007.

*Pius Obioha*
Pius A. Obioha