UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR 15 PM 3: 52
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 06-5370 SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: INSURANCE | | |
| *Thomas Austin Jr. Et Al v. Allstate Fire and Casualty Insurance Company Et. Al.* (06-5383) | | |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come the Complainants in the above captioned matter and request this Honorable Court dismiss Defendant Lafayette Insurance Company for the following reasons:

1.

On August 29, 2006, Complainants filed a complaint listing Lafayette Insurance Company as one of several defendants in the above captioned matter.

2.

Since the filing of the complaint, counsel for Complainants Leonard and Mary Riddle have learned that the Riddles have chosen to pursue their claim separate and apart from other complainants and have sought separate counsel to do so.

3.

Because the Riddles were the only Lafayette insureds involved in this suit, Lafayette insurance

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

company should be dismissed at this time.

WHEREFORE, Complainants pray Lafayette Insurance Company be dismissed from this suit without prejudice.

Respectfully submitted,

**McKernan Law Firm**

Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H Smith (23308)
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202