## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION § § § § § § PERTAINS TO: INSURANCE § § *Thomas Austin Jr. Et Al v.* § *Allstate Fire and Casualty Insurance* § *Company Et. Al.* (06-5383) § § | CIVIL ACTION<br><br>NO. 06-5370  SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS LAFAYETTE INSURANCE COMPANY

NOW COMES INTO COURT, through undersigned counsel, Plaintiffs Thomas Austin Jr. Et Al who file this Memorandum in Support of their Motion To Dismiss Lafayette Insurance Company. Complainants request that for the reasons set forth in this Memorandum, Lafayette Insurance Company be dismissed.

On August 29, 2006, Complainants filed a complaint against several defendant insurance companies. One of the named defendants was Lafayette Insurance Company. Two complainants, Leonard and Mary Riddle were insureds of the Lafayette Insurance Company. The Riddles joined with the numerous other complainants to recover on their homeowner's insurance policy.

Just recently, counsel for the complainants have learned the Riddles have decided not to pursue their

claim as part of the group of plaintiffs that make up the Austin complainants. The Riddles have filed a suit against Lafayette Insurance Company separate and apart from the Austin matter. Because the Riddles were the only two complainants who were Lafayette insureds, Defendant Lafayette Insurance Company should be dismissed as a party to this suit.

WHEREFORE, Complainants request their Motion to Dismiss defendant Lafayette Insurance Company be **GRANTED**.

Respectfully submitted,

**McKernan Law Firm**

_____
Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H Smith (23308)
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202