FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 20 AM 7:40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| | NO. 06-5370 SECT. K, MAG. 2 |
| | JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE | MAG. JOSEPH C. WILKINSON, JR. |
| *Thomas Austin Jr. Et Al v. Allstate Fire and Casualty Insurance Company Et. Al.* (06-5383) | |

## ORDER

Considering the above and foregoing Motion:

IT IS ORDERED that the claims against Defendant Lafayette Insurance Company, be and are hereby dismissed, with each party to bear its own costs.

THUS DONE AND SIGNED at New Orleans, Louisiana, this 19th day of March, 2007.

JUDGE STANWOOD DUVAL

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No