FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 20    AM 7: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
|  | * |  |
|  | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: | * |  |
| INSURANCE    (*Kiefer*, 06-5370) | * | JUDGE DUVAL |
|  | * |  |
|  | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based upon the foregoing Joint Motion to Dismiss Claims of Russell A. Civello,

**IT IS ORDERED** that all claims asserted by Russell A. Civello against State

Farm Fire and Casualty Company are **DISMISSED WITHOUT PREJUDICE.**  The

aforementioned plaintiff and State Farm shall each bear their own costs with respect to those

claims. All other existing claims of the parties to this lawsuit are reserved.

New Orlean,
Louisiana, this
19 day of March, 2007.

_____
JUDGE

____ Fee_____
____ Process
X DK___

862302v.1