# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (*La. Envtl. Action Network, 06-9147*) | |

## UNITED STATES' EX PARTE MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS WITH INCORPORATED MEMORANDUM IN SUPPORT

Defendant United States Army Corps of Engineers ("the United States") hereby requests leave to file a Reply Memorandum in support of its Motion to Dismiss Plaintiffs' Complaint (Doc. 2994). The United States seeks dismissal of Plaintiffs' Complaint for lack of subject matter jurisdiction. The United States requests leave to file a reply memorandum to respond to an opposition filed by Amici Plaintiffs in Case No. 06-5131, Case No. 06-5128, and Case No. 06-5132 (Doc. 3393). The United States' proposed reply is attached hereto.

Pursuant to Local Rule 7.3E, this motion is accompanied by a proposed order.

Dated: March 20, 2007                                  Respectfully submitted,


                                                    MATTHEW J. McKEOWN
                                                    Assistant Attorney General


                                                    s/ Eric G. Hostetler
                                                    ERIC G. HOSTETLER
                                                    Trial Attorney
                                                    Environmental Defense Section
                                                    Environment & Natural Resources
                                                          Division
                                                    U.S. Department of Justice
                                                    P.O. Box 23986
                                                    Washington, D.C. 20026-3986
                                                    (202) 305-2326
                                                    (202) 514-8865(Fax)

                                                    Attorneys for the United States Army Corps
                                                        of Engineers

## **CERTIFICATE OF SERVICE**

      I, Eric G. Hostetler, hereby certify that on March 20, 2007, I served a true and correct copy of the United States' Motion for Leave to File A Reply in Support of Motion to Dismiss and the United States' proposed Reply Memorandum upon all counsel of record by ECF or first-class mail.

                                              s/Eric G. Hostetler

                                              Eric G. Hostetler.