# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (*La. Envtl. Action Network, 06-9147*) | |

**[Proposed] Order**

Having considered the United States' Ex Parte Motion for Leave to File a Reply in Support of Motion to Dismiss with Incorporated Memorandum, for good cause shown, it is hereby ORDERED that the United States is granted leave to file its proposed reply Memorandum in Support of Motion to Dismiss.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE