UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | ) | |
| CONSOLIDATED LITIGATION, | ) | CIVIL ACTION |
| | ) | |
| | ) | NO. 05-4182 "K" (2) |
| | ) | |
| Pertains to: MRGO, *Russell* (06-5155) | ) | JUDGE DUVAL |
| | ) | MAG. WILKINSON |
| | ) | |

**VOLUNTARY MOTION TO DISMISS**
**[FRCP 41(a)(2)]**

Comes now the United States and Plaintiffs, who through the signatures of their counsel, respectfully request that the Court dismiss this action against Defendant United States, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2).  Each party agrees to bear its own costs and attorney fees.  Attached is a proposed order.

PETER D. KEISLER
Assistant Attorney General

JIM LETTEN
United States Attorney


s/Sharon K. Shutler
SHARON K. SHUTLER
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division

deGravelles, Palmintier, Holthaus &
     Fruge, L.L.P.

By:

_____
Michael Palmintier
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Bar Roll Number: 10288

1

P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4046
Facimile: (202) 616-4159
Sharon.shutler@usdoj.gov

Certificate of Service

I do hereby certify that I have on this 14TH day of March, 2007 served a copy of the foregoing pleading on counsel of all parties to this proceeding.

/s/ Sharon K. Shutler