UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | ) | |
|       CONSOLIDATED LITIGATION, | ) | CIVIL ACTION |
| | ) | NO. 05-4182 "K" (2) |
| | ) | |
| Pertains to:  MRGO, *Russell* (06-5155) | ) | JUDGE DUVAL |
| | ) | MAG. WILKINSON |
| | ) | |

**ORDER DISMISSING DEFENDANT UNITED STATES**
**[FRCP 41(a)(2)]**

Pursuant to a joint motion by the United States and Plaintiffs, this action is hereby dismissed as to Defendant United States, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs and attorney fees.

New Orleans, Louisiana this _____ day of March, 2007.

_____
STANWOOD R. DUVALL, JR.
UNITED STATES DISTRICT COURT

1