UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>06-4065 "K" (2) C. Adams, *et al.*<br>06-5785 "K" (2) Cochran, *et al* | * * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |

\* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion and Incorporated Memorandum for Leave to File Reply Memorandum of Eustis Engineering Company, Inc. be and the same is hereby GRANTED, and it is ORDERED that the memorandum be filed into the record.

NEW ORLEANS, LOUISIANA, this ____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE