## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>LEVEE (Sims, Jr., No. 06-5116; DePass, No. 06-5127; Paul, No. 06-7682)<br><br>LEVEE/MRGO (Richard, No. 06-5118; Adams, No. 06-5128; Bourgeois, No. 06-5131; Ferdinand, No. 06-5132; Christophe, No. 06-5134; Williams, No. 06-5137; Porter, No. 06-5140; Augustine, No. 06-5142) | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)

**MAY IT PLEASE THE COURT:**

Defendant, the Board of Commissioners of the Port of New Orleans ("Dock Board"), moves this Court for leave to file its Reply Memorandum in Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6) (the "Motion to Dismiss") (Reply Memorandum on record as Doc. No. 3462).

The Dock Board filed its Motion to Dismiss on 31 January 2007 (Doc. No. 2935). Pursuant to this Court's 29 November 2006 Minute Entry (Doc. No. 2034), Plaintiff's were to file any opposition to the Motion to Dismiss no later than 22 February 2007. Plaintiffs failed to do so and instead filed their opposition on 14 March 2007 (Document No. 3407). Plaintiffs' untimely filing did not enable the

Dock Board to submit its Reply Memorandum by the 1 March 2007 deadline provided by the referenced Minute Entry.

With its Reply Memorandum, the Dock Board only responds to legal issues presented by Plaintiffs' opposition which were not addressed by the Dock Board in its original supporting memorandum, and the Dock Board respectfully suggests that its Reply Memorandum will assist the Court in its disposition of the pending Motion to Dismiss.

Respectfully submitted, this 21st day of March, 2007.

                            DAIGLE FISSE & KESSENICH, PLC

BY:    s/ Jonathan H. Sandoz
          J. FREDRICK KESSENICH (7354)
          JONATHAN H. SANDOZ (23928)
          MICHAEL W. MCMAHON (23987)
          JON A. VAN STEENIS (27122)
          KIRK N. AURANDT (25336)
          P. O. Box 5350
          Covington, Louisiana 70434-5350
          Telephone: 985/871-0800
          Facsimile: 985/871-0899
          **Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 21st day of March, 2007.

                            s/Jonathan H. Sandoz
                            JONATHAN H. SANDOZ