## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>LEVEE (Sims, Jr., No. 06-5116; DePass, No. 06-5127; Paul, No. 06-7682)<br><br>LEVEE/MRGO (Richard, No. 06-5118; Adams, No. 06-5128; Bourgeois, No. 06-5131; Ferdinand, No. 06-5132; Christophe, No. 06-5134; Williams, No. 06-5137; Porter, No. 06-5140; Augustine, No. 06-5142) | CIVIL ACTION<br><br>NO.  05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE  DUVAL<br><br>MAGISTRATE WILKINSON |

## ORDER

Having considered the Ex Parte Motion for Leave to File a Reply in Support of Motion to Dismiss submitted by the Board of Commissioners of the Port of New Orleans, for good cause shown, it is hereby ORDERED that the Board of Commissioners of the Port of New Orleans is granted leave to file its Reply Memorandum in Support of Motion to Dismiss pursuant to F.R.C.P. 12(b)(6).

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE