UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION VERSUS | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: **Insurance** **No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | | |

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT BY PLAINTIFFS SUE LAPORTE, JEANETTE ST. ETIENNE, AND OTIS JACKSON FOR PARTIAL DISMISSAL OF THEIR CLAIMS AGAINST DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, WITHOUT PREJUDICE**

**MAY IT PLEASE THE COURT**:

Plaintiffs **SUE LAPORTE, JEANETTE ST. ETIENNE, AND OTIS JACKSON** wish to withdraw as plaintiffs from the instant lawsuit, thus dismissing any and all of their claims against their alleged insurers as follows: **SUE LAPORTE: STATE FARM FIRE AND CASUALTY COMPANY; JEANETTE ST. ETIENNE: ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; AND OTIS JACKSON:ALLSTATE**

**PROPERTY AND CASUALTY INSURANCE COMPANY**, without prejudice only and specifically reserving all rights of all other plaintiffs as against all parties not dismissed herein.

            Respectfully submitted,

            **BRUNO & BRUNO**

              /s/   David S. Scalia
            **Joseph M. Bruno (3604)**
            **David S. Scalia  (21369)**
            855 Baronne Street
            New Orleans, LA 70113
            PH (504) 525-1335
            FX:(504) 581-1493
            EM:   jbruno@brunobrunolaw.com
                dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 21st day of March, 2007.

              /s/   David S. Scalia
            **DAVID S. SCALIA**