UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION VERSUS | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO:<br>**Insurance**<br>**No. 06-5164,** *Abadie et al., v Aegis Security Insurance Co., et al.* | | |

**ORDER**

Considering the Motion of Plaintiffs **SUE LAPORTE, JEANETTE ST. ETIENNE, AND OTIS JACKSON** for Partial Dismissal of Their Claims Against **DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**, without prejudice,

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that **SUE LAPORTE, JEANETTE ST. ETIENNE, AND OTIS JACKSON** are withdrawn as plaintiffs and that their claims only against the **DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY** are hereby **DISMISSED** without prejudice, reserving all rights of all remaining

plaintiffs as against all parties not dismissed herein.

    New Orleans, Louisiana, this _____ Day of March, 2007.

                                                            United States District Judge