UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO:  LEVEE, Brock (06-4931)            JUDGE DUVAL
                                                MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        Plaintiffs' Motion for Leave to File First Supplemental and Amending
               Complaint, Record Doc. No. 3287

O R D E R E D:

 XXX : GRANTED.  Local Rule 7.5E of the Eastern District of Louisiana requires that
memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight
days prior to the date set for hearing of the motion. No memorandum in opposition to
plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint, Record
Doc. No. 3287, set for hearing on March 21, 2007 without oral argument, has been timely
submitted, and this motion is deemed to be unopposed.  Principally for that reason, and since
the court's case management order, Record Doc. No. 3299, deemed amendments closed after
the day on which this motion was filed, such that the Rule 16 good cause standard does not
apply, this amendment will be permitted.

                         New Orleans, Louisiana, this  21st  day of March, 2007.


                              JOSEPH C. WILKINSON, JR.
                              UNITED STATES MAGISTRATE JUDGE