UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | | |
| RESPONDER CASES AND TO * | | JUDGE DUVAL |
| NO.   05-4181 * | | |
| 06-1885 * | | MAGISTRATE WILKINSON |
| 06-4024 * | | |
| 06-4389 * | | |
| 06-5771 * | | |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| * * * * * * * * * * * * * * * * * * | | |

**CERTAIN PLAINTIFFS' NOTICE OF OBJECTION TO
THE SUPERSEDING MASTER CONSOLIDATED
<u>CLASS ACTION COMPLAINT</u>**

**COME NOW** plaintiffs in the above-styled and numbered cause(s), appearing through undersigned counsel, and object to certain contents of the Superseding Master Consolidated Class Action Complaint (Record Document No. 3420), filed of record in these proceedings on March 15, 2007, upon the following grounds, to-wit:

1.  Neither This Honorable Court nor any member of the Plaintiffs' Liaison Committee, nor any member of the "Levee Plaintiffs' Subgroup Litigation Committee", has the authority to cause to be filed any pleading which supersedes or replaces any pleading previously filed on behalf of the plaintiffs named in the proceedings identified, <u>supra</u>.

-1-

2. Undersigned counsel for plaintiffs was given one (1) hour's notice of the filing of the proposed Superseding Master Consolidated Class Action Complaint, and was not consulted by anyone with respect to the contents of the said "Master" Complaint.

3. Plaintiffs' objection to certain of the contents of the Superseding Master Consolidated Class Action Complaint was promulgated to the Plaintiffs' Liaison Committee and to the Levee Plaintiffs' Subgroup Litigation Committee. See exchange of E-mail messages dated March 15, 2007, attached as Exhibit No. 1.

4. Notwithstanding plaintiffs' objection, the Superseding Master Consolidated Class Action Complaint was filed anyway, with the objected-to language, and more particularly the following:

   (a) Use of the word "superseding"; and

   (b) "The instant Complaint, mandated by Case Management Order No. 4 entered on March 1, 2007, is intended to supersede and replace all class action complaints arising from the catastrophe which previously have been filed in or transferred to this Section of Court, and placed within the "Levee" category of cases."

See E-mail dated March 19, 2007, attached as Exhibit No. 2.

Accordingly, plaintiffs object.

-3-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**


By:     S/Ashton R. O'Dwyer, Jr.
        **Ashton R. O'Dwyer, Jr.
        Bar No. 10166
        One Canal Place
        365 Canal Street
        Suite 2670
        New Orleans, LA 70130
        Telephone: (504) 561-6561
        Facsimile: (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing this 21st day of March 2007.


         S/Ashton R. O'Dwyer, Jr.