Ms. B: This is Exhibit No. 2.

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Monday, March 19, 2007 1:54 PM
**To:** 'Ashton O'Dwyer'; 'Joe Bruno'; 'Alexis Bevis'; 'Andy Owen'; 'Barbara L. Lyons'; 'Blayne Honeycutt'; 'Bob Wright'; 'Calvin Fayard'; 'Camilo Salas'; 'Clay Mitchell'; 'Daniel Becnel'; 'Darlene Jacobs'; 'Darlene Pelletier'; 'Darryl Becnel'; 'David Scalia'; 'Derrick Whittington'; 'Donna Fayard'; 'Drew Ranier'; 'Elwood C. Stevens'; 'Florian Buchler'; 'Frank Elliot'; 'Frank J. D'Amico, Jr.'; 'Gerald Meunier'; 'Gilbert Andry'; 'Gwen haasan'; 'Heather Keller'; 'Hugh Lambert'; 'James Roy'; 'Jerry McKernan'; 'Joseph Bruno Jr.'; 'John DeGravelles'; 'John Dunlap'; 'John Nevares'; 'John Smith'; 'Jonathan Andry'; 'Joseph W. Cotchett'; 'Justin Woods'; 'Larry Dyess'; 'Leslie Hartley'; 'Linda Nelson'; 'Matt Schultz'; 'Mike Gutierrez'; 'Nina Froeschle'; 'Philip L. Gregory'; 'Pierce O'Donnell'; 'Richard Exnicios'; 'Richard Ieyoub'; 'Ronnie Penton'; 'Scott Joanen'; 'Susan Thomas'; 'Tessie Guillory'; 'Thomas V. Girardi'; 'Todd Slack'
**Subject:** RE: *Urgent* MR-GO

Boys and Girls: Just before leaving Joe's office on Saturday, Joe distributed "hard" copies of the "Master" Levee and MRGO Complaints. I reiterate my prior objection to the use of the word "superseding" as respects any Complaint filed by Committee Members. Neither Judge Duval-Daley nor any Committee Member has the authority to "supersede" any pleading I filed on behalf of my clients. I also specifically object to the following from Article 2 of the Master Levee Complaint: "The instant Complaint, mandated by Case Management Order No. 4 entered on March 1, 2007, is intended to supersede and replace all class action complaints arising from the catastrophe which previously have been filed in or transferred to this Section of Court, and placed within the "Levee" category of cases." Am I the only person who feels this way?

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Thursday, March 15, 2007 11:06 AM
**To:** 'Joe Bruno'; 'Alexis Bevis'; 'Andy Owen'; 'Barbara L. Lyons'; 'Blayne Honeycutt'; 'Bob Wright'; 'Calvin Fayard'; 'Camilo Salas'; 'Clay Mitchell'; 'Daniel Becnel'; 'Darlene Jacobs'; 'Darlene Pelletier'; 'Darryl Becnel'; 'David Scalia'; 'Derrick Whittington'; 'Donna Fayard'; 'Drew Ranier'; 'Elwood C. Stevens'; 'Florian Buchler'; 'Frank Elliot'; 'Frank J. D'Amico, Jr.'; 'Gerald Meunier'; 'Gilbert Andry'; 'Gwen haasan'; 'Heather Keller'; 'Hugh Lambert'; 'James Roy'; 'Jerry McKernan'; 'Joseph Bruno Jr.'; 'John DeGravelles'; 'John Dunlap'; 'John Nevares'; 'John Smith'; 'Jonathan Andry'; 'Joseph W. Cotchett'; 'Justin Woods'; 'Larry Dyess'; 'Leslie Hartley'; 'Linda Nelson'; 'Matt Schultz'; 'Mike Gutierrez'; 'Nina Froeschle'; 'Philip L. Gregory'; 'Pierce O'Donnell'; 'Richard Exnicios'; 'Richard Ieyoub'; 'Ronnie Penton'; 'Scott Joanen'; 'Susan Thomas'; 'Tessie Guillory'; 'Thomas V. Girardi'; 'Todd Slack'
**Subject:** RE: *Urgent* MR-GO

Joe: The Complaint is well-done. My only "constructive" comment is that the word "superseding" is misleading, and is contradicted by what is stated in the Introduction paragraph. I think the word "superseding" should be removed, and replaced with something like "Court-ordered supplemental Complaint filed to comply with CMO 4" or something similar.

---

**From:** Joe Bruno [mailto:jbruno@brunobrunolaw.com]
**Sent:** Thursday, March 15, 2007 10:27 AM
**To:** Alexis Bevis; Andy Owen; Ashton O'Dwyer; Barbara L. Lyons; Blayne Honeycutt; Bob Wright; Calvin Fayard; Camilo Salas; Clay Mitchell; Daniel Becnel; Darlene Jacobs; Darlene Pelletier; Darryl Becnel; David Scalia; Derrick Whittington; Donna Fayard; Drew Ranier; Elwood C. Stevens; Florian Buchler; Frank Elliot; Frank J. D'Amico, Jr.; Gerald Meunier; Gilbert Andry; Gwen haasan; Heather Keller; Hugh Lambert; James Roy; Jerry McKernan; Joseph Bruno Jr.; John DeGravelles; John Dunlap; John Nevares; John Smith; Jonathan Andry; Joe Bruno; Joseph W. Cotchett; Justin Woods; Larry Dyess; Leslie Hartley; Linda Nelson; Matt Schultz; Mike Gutierrez; Nina Froeschle; Philip L. Gregory; Pierce O'Donnell; Richard Exnicios; Richard Ieyoub; Ronnie Penton; Scott Joanen; Susan Thomas; Tessie Guillory; Thomas V. Girardi; Todd Slack
**Subject:** *Urgent* MR-GO

Please find attached, the MR-GO Consolidated Class Action Complaint for FINAL APPROVAL. Please forward all suggestions or comments as soon as possible I would like to have this filed within the next hour. Anything after an hour will be ignored.

Very truly yours,

**Joseph M. Bruno**

Managing Partner
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 561-6775
jbruno@brunobrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.