UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NUMBER 05-4182 |
| | SECTION "K" (2) |
| LEVEE CASES PERTAINS TO: 06-5131 (Bourgeois) and 06-5132 (Ferdinand) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## ORDER

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Reply In Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6);

**IT IS ORDERED** that the Reply of the Public Belt Railroad Commission for the City of New Orleans in Support of Motion to Dismiss Pursuant to F.R.C.P. Rule 12(b)(6), be filed as requested.

New Orleans, Louisiana, this __21st__ day of _____March_____, 2007.

_____
Stanwood R. Duval
United States District Judge