**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES         CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 06-5786 | * * | MAG. WILKINSON |

**CORPORATE DISCLOSURE STATEMENT OF CSX CORPORATION**

Defendant CSX Corporation files this corporate disclosure statement in Civil Action No. 06-5786 in compliance with Uniform Local Rule 5.6E.  No publicly traded company owns ten per cent or more of the stock of CSX Corporation.

Respectfully submitted,

  s/Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
   -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

950922-1

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
  -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile:  (504) 483-2259

**ATTORNEYS FOR CSX CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

   s/ Jonathan C. McCall