UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |
| | * | |
| TAUZIN, No. 06-0020 | * | MAG. WILKINSON |
| O'DWYER, No. 06-4389 | * | |
| ADAMS, No. 06-4634 | * | |
| O'DWYER, No. 06-5786 | * | |

**CORPORATE DISCLOSURE STATEMENT OF CSX TRANSPORTATION, INC.**

    CSX Transportation, Inc. files this corporate disclosure statement in compliance with Uniform Local Rule 5.6E. CSX Transportation, Inc. is wholly owned by CSX Corporation, a publicly traded company. No publicly held company owns ten per cent or more of the stock of CSX Corporation.

           s/Jonathan C. McCall
        BRENT A. TALBOT (#19174)
        JONATHAN C. MCCALL (#9227)
        MICHAEL D. SPENCER (#27649)
         -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

951662-1

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
   -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile:  (504) 483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                            s/ Jonathan C. McCall