UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter | § § | Civil Action No.: 05-4182 "K"(2) |
| of the | § § | JUDGE DUVAL |
| Great Lakes Dredge & Dock Company, as owner of the Dredges California, Manhattan Island, Parde Island and Alaska, and as owner *Pro Hac Vice* of the Dredge Texas | § § § § § | MAG. WILKINSON |
| Pertains to ALL DREDGING LIMITATION ACTIONS: Civil Action Nos.:  06-8676; 06-8884; 06-8888; 06-8890; 06-8891; 06-8967; 06-9075 and 06-9223 | § § § § § | |

## MEMORANDUM OF DREDGING PLAINTIFFS IN LIMITATION

MAY IT PLEASE THE COURT:

Pursuant to the Court's Order dated 9 March 2007, as amended, Liaison Counsel for the Dredging Plaintiffs in Limitation herewith submits this memorandum in support of their position regarding the proper monition period and the proper manner of publication of these limitation proceedings.

As a result of negotiations with Mr. Camilo Salas, who we understand was deputized by Liaison Counsel for Plaintiffs and those claimants' counsel who have filed suit against the dredging interests to represent them, the parties have agreed as follows:

1. The deadline for filing Claims and Answers in the various limitation proceedings is August 29, 2007, which is the two year anniversary of Hurricane Katrina and the deadline for filing suits against the United States under the Federal Tort Claims Act;

2. Notwithstanding the provisions of Supplemental Rule F(5) of the Federal Rules of Civil Procedure, a lawyer may file a single generic Claim on behalf of his listed clients without stating the facts on which his client relies in support of his claim and the items thereof, with the understanding that the Dredging Plaintiffs in Limitation reserve the right to require such information at a later date through discovery;

3. The Notice to be published shall be the draft Notice attached to the Complaints in Limitation with the deadline inserted in the appropriate blank, and with the following sentence inserted therein: "Please note that the filing of a Form 95 with the United States Army Corps of Engineers does not eliminate the necessity for filing a Claim in this Limitation proceeding," a sample of which is attached as Exhibit "1";

Although the parties have been able to agree on most of the issues that the Court has asked us to address, they have not been able to agree on the manner of publication of the Notice.

When the limitation complaints were filed in October of last year, several of the plaintiffs' counsel expressed the view that the Notices should be published in every newspaper from Houston to Atlanta, and should be at least a half page in layout. This is totally unnecessary. As the Court is well aware, it has now been over 18 months since the hurricane, and there has been substantial publicity concerning the necessity of the filing of a Form 95, which allows a

party to sue the government - advertisements from lawyers have been placed in newspapers and on television throughout the South, etc. As a result of the blitz of publicity and advertising, there would appear to be absolutely no necessity for any further publicity to alert potential claimants of their right to make a claim or to hire a lawyer. In fact, most of the claimants have already retained counsel.

Under the circumstances, it is the view of the Dredging Plaintiffs in Limitation that the Notice should be published in accordance with LAR64.5 which, together with the notice that is required to be sent by mail pursuant to Supplemental Rule F(4) of the Federal Rules of Civil Procedure, is more than sufficient.

Respectfully submitted,

/s/ James H. Roussel
James H. Roussel (Bar Roll No. 11496)
Nyka M. Scott (Bar Roll No. 28757)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: (504) 566-5278
Facsimile: (504) 636-3978
jroussel@bakerdonelson.com

*Attorneys for Great Lakes Dredge &
Dock Company*

/s/William E. Wright, Jr.
William E. Wright, Jr.
Terrence L. Brennan
Francis J. Barry, Jr.
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
wwright@dkslaw.com
tbrennan@dkslaw.com
fbarry@dkslaw.com

Attorneys for Bean Dredging, L.L.C.

/s/ James A. Cobb, Jr.
James A. Cobb, Jr.
Emmett, Cobb, Waits & Henning
1515 Poydras St., Suite 1950
New Orleans, LA 70112
Telephone:(504) 581-1301
Facsimile: (5040 581-6020
jac@ecwko.com

Attorneys for Weeks Marine, Inc.

/s/ Richard A. Cozad
Richard A. Cozad
Michael L. McAlpine
Emma A. Mekinda
McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA 70130
Telephone:(504) 561-0323
Facsimile: (504) 528-9442
emmamekinda@yahoo.com

Attorneys for King Fisher Marine

/s/ Samuel B. Gabb
Samuel B. Gabb
Thomas P. LeBlanc
Lundry & Davis
501 Broad St.
P. O. Box 3010
Lake, Charles, LA 70602-3010
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

Attorneys for Mike Hooks, Inc.

/s/ George M. Gilly
George M. Gilly
Phelps Dunbar, LLP
Suite 2000 Canal Place
365 Canal Street
New Orleans, LA
Telephone: (504) 584-9189
Facsimile: (504) 568-9130
gillyg@phelps.com

Attorneys for Manson Construction Company

/s/ A. Gordon Grant, Jr.
A. Gordon Grant, Jr.
Philip S. Brooks, Jr.
Montgomery, Barnett, Brown, Read,
 Hammond & Mintz, L.L.P.
Energy Centre - 1100 Poydras St.
Suite 3200
New Orleans, LA 70163-3200
Telephone: (504) 585-7681
Facsimile: (504) 200-8981
ggrant@monbar.com

Attorneys for T.L. James & Co., Inc.

Document #: 122404  Version:v1
NO JHR1 138670 v1
2902907-000001

/s/ William Larzelere
William J. Larzelere, Jr.
T. Justin Simpson
Larzelere, Picou, Wells, Simpson & Lonero
3850 N. Causeway Blvd. - Ste. 1100
Two Lakeway Center
Metairie, LA 70002
Telephone:(504) 834-6500
Facsimile: (504) 834-6565
jsimpson@lpw-law.com

Attorneys for Luhr Bros., Inc.

/s/ Andre J. Mouledoux
Andre J. Mouledoux
Mouledoux, Bland, Legrand & Brackett
701 Poydras St. - Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
amouledoux@mblb.com

Attorneys for Pine Bluff Sand & Gravel Co.