UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter | § § | Civil Action No.: 05-4182 "K"(2) |
| of the | § § | |
| Great Lakes Dredge & Dock Company, as owner of the Dredges California, Manhattan Island, Parde Island and Alaska, and as owner *Pro Hac Vice* of the Dredge Texas | § § § § § | JUDGE DUVAL MAG. WILKINSON |
| Pertains to ALL DREDGING LIMITATION ACTIONS: Civil Action Nos.: 06-8676; 06-8884; 06-8888; 06-8890; 06-8891; 06-8967; 06-9075 and 06-9223 | § § § § § | |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, come Petitioner, Great Lakes Dredge & Dock Company, as owner or owner pro hac vice, of the Dredges CALIFORNIA, MANHATTAN ISLAND, PADRE ISLAND, ALASKA, and TEXAS, to submit the following Notice for publication:

> IN THE MATTER OF THE COMPLAINT OF GREAT LAKES DREDGE & DOCK COMPANY, AS OWNER OR OWNER PRO HAC VICE OF THE DREDGES CALIFORNIA, MANHATTAN ISLAND, PADRE ISLAND,

NO NMS 138894 v1
2902907-000001


EXHIBIT

ALASKA AND TEXAS FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION NO.

SECTION

Notice is given that the above named Petitioner has filed a Complaint, pursuant to Sections 4281—4285, and 4289 of the Title 46 of the United States Code, 46 U.S.C. §~ 181—185 and 188, for exoneration from or limitation of liability for all claims

for any loss, damage, or injury, arising out of or occurring during Hurricane Katrina as a result of flood control work and maintenance dredging work performed by Petitioner for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet by the Dredges CALIFORNIA, MANHATTAN ISLAND, PADRE ISLAND, ALASKA and TEXAS commencing in the year 1995 and ending in the year 2005, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Poydras Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Petitioner on or before the ___day of _____, 200_ , or be defaulted. Please note that the filing of a Form 95 with the United States Army Corps of Engineers does not eliminate the necessity for filing a Claim in this Limitation proceeding.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for Petitioner an answer to the Complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this ___day of _____, 2007.

_____

CLERK

NO NMS 138894 v1
2902907-000001