IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES　§　CIVIL ACTION
CONSOLIDATED LITIGATION　§　NO. 05-4182 "K" (2)
　§　JUDGE DUVAL
　§　MAG. WILKINSON
PERTAINS TO:　§
　§
*Adams*, No. 06-4065　§
　§

## ORDER

Considering the Motion regarding the Hearings now scheduled for March 23, 2007 at 10:00 a.m.:

**DENIED**

IT IS ORDERED that the Hearings presently scheduled for March 23, 2007 at 10:00 a.m. is hereby continued until the _____ day of _____, 2007.

UNITED STATES EASTERN DISTRICT COURT this __21st__ day of __March__ 2007.

_____
JUDGE