UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO:<br>LEVEE (Breithoff-Weller, No. 06-5367) | * * * * * | SECTION K-2<br>JUDGE STANWOOD DUVAL<br>MAGISTRATE WILKINSON |

**ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT
C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE**

IT IS HEREBY ORDERED that Plaintiffs' claims against defendant in this action be, and they are hereby, dismissed without prejudice, each party to bear its costs.

New Orleans, LA, this  21st day of   March   , 2007

_____
JUDGE STANWOOD DUVAL

1

Respectfully submitted:

_____
FRANCIS G. WELLER (13351)
215 Jewel Street
New Orleans, Louisiana  70124
(504) 908-5708
(504) 288-2986
Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing a legible copy of same in the United States Mail, properly addressed and postage prepaid, this _____ day of January, 2007, as follows:

_____
FRANCIS G. WELLER