# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| **VERSUS** | § | **SECTION "K"** |
| | § | |
| | § | **MAGISTRATE (2)** |
| | § | **CONS. KATRINA CANAL** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | |
| **Insurance** | § | |
| **No. 06-5164,** *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

## ORDER

Considering the Motion for Voluntary Dismissal of Certain defendants Without Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' clams against Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company be and are hereby **DISMISSED** without prejudice, reserving to plaintiffs all rights against all parties not dismissed herein.

New Orleans, Louisiana, this 21st day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE