UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES ) | CIVIL ACTION |
| CONSOLIDATED LITIGATION ) | NO. 05-4182 "K" (2) |
| ) | JUDGE DUVAL |
| ) | MAG. WILKINSON |
| PERTAINS TO:  LEVEE ) | |
| (*La. Envtl. Action Network, 06-9147*) ) | |

**Order**

Having considered the United States' Ex Parte Motion for Leave to File a Reply in Support of Motion to Dismiss with Incorporated Memorandum, for good cause shown, it is hereby ORDERED that the United States is granted leave to file its proposed reply Memorandum in Support of Motion to Dismiss.

New Orleans, Louisiana, this  21st  day of  March, 2007.

_____
UNITED STATES DISTRICT JUDGE