UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"; MAG. 2 |
| _____ | * * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Aaron*, No. 06-4746 *Abadie*, No. 06-5164 *Austin*, No. 06-5383 *Kiefer*, No. 06-5370 | * * * * * | MAGISTRATE JUDGE WILKINSON |

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that Marshall M. Redmon (#18398), Neil C. Abramson (#21436) and Jacqueline M. Brettner (#30412) of the law firm of Phelps Dunbar LLP be substituted in the place of Patrick Dominic DeRouen (#20535), Laurie Lee DeArmond (#26622) and Chad J. Primeaux (#30024) as counsel of record for Those Certain Underwriters at Lloyd's, and that Those Certain Underwriters at Lloyd's will be represented by Marshall M. Redmon, Neil C. Abramson and Jacqueline M. Brettner and that Neil C. Abramson is designated as trial attorney.

New Orleans, Louisiana, this 21st day of _____March_____, 2007.

_____
JUDGE