UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:     *Aaron,* 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>PLAINTIFFS  UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF DEFENDANTS SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, BALBOA INSURANCE COMPANY AND STANDARD GUARANTY INSURANCE COMPANY, WITHOUT PREJUDICE</u>

**NOW INTO COURT,** come plaintiffs in the above numbered and captioned cause, and upon suggestion by the defendants, **SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, BALBOA INSURANCE COMPANY AND STANDARD GUARANTY INSURANCE COMPANY** that they wrote only lender placed policies and did not write any homeowner s insurance policies in Louisiana during the relevant time period, nor did it act as a servicer for any other homeowner s insurance writer in Louisiana during the relevant period, now moves for a partial dismissal dismissing defendants,

SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, BALBOA INSURANCE COMPANY AND STANDARD GUARANTY INSURANCE COMPANY from this matter without prejudice.  Defendants have been contacted and have no opposition to this motion, although an answer has been filed.

**WHEREFORE,** plaintiffs pray for an Order of partial dismissal, dismissing defendants, SOUTHWEST BUSINESS CORPORATION, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, BALBOA INSURANCE COMPANY AND STANDARD GUARANTY INSURANCE COMPANY from this matter, without prejudice, and reserving all rights against all parties not dismissed herein.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 22nd day of March, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL**