UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -9 PM 3: 02

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| GWENDOLYN LITTLE, wife of/and<br>CHARLES E. LITTLE, JR. | * | CIVIL ACTION |
| | * | NO.   06-9077 |
| VERSUS | * | SECTION "F" |
| MEL NELSON and<br>STATE FARM INSURANCE COMPANY | * | MAGISTRATE 3 |

\*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come the plaintiffs, GWENDOLYN LITTLE, wife of/and CHARLES E. LITTLE, JR., who, pursuant to 28 U.S.C.A. Section 1447(C), move this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, STATE FARM INSURANCE COMPANY (incorrectly identified as "Travelers Insurance Company"). The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this _____ day of _____, 20 06, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____