No. 107-196     Div. C     Date: 08/25/06

GWENDOLYN LITTLE, ET AL
vs.
MEL NELSON, ET AL

The following service was made on defendant(s):

STATE FARM THRU S/S/
9-20-06

No Service ☒     Reason House Vacant

LENA R. TORRES, Clerk of Court

**EXHIBIT 1**