# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GWENDOLYN LITTLE, wife of/and CHARLES E. LITTLE, JR. | * | CIVIL ACTION |
| | * | NO.   06-9077 |
| VERSUS | | |
| | * | SECTION "F" |
| MEL NELSON and STATE FARM INSURANCE COMPANY | * | MAGISTRATE 3 |

\*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the 20th day of December, 2006, at 10:00 o'clock a.m. before the Honorable Martin L.C. Feldman, United States District Judge presiding.

Respectfully submitted,

_____

GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ____ day of _____, 20 ___, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____