UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE CASES<br>06-5937 "K" (2) Yacob, *et al.* | * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |
| * * * * * * * | * | |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM

Eustis Engineering Company, Inc. (Eustis) moves this Court for leave to file a brief memorandum replying to the memoranda filed by the *Abraham Yacob* plaintiffs (No. 06-5937) opposing the joint Rule 12(b)(6) motion to dismiss or for summary judgment and the motion to dismiss on the basis of *res judicata* or collateral estoppel filed on February 1, 2007, by defendant engineers, Burk-Kleinpeter, Inc. (BKI), Modjeski and Masters, Inc. (Modjeski), and Eustis and Go-Tech, Inc., (Go-Tech) (collectively "Engineers"). Eustis believes that this short memorandum will assist the Court in understanding and deciding the issues that are before it, and would have filed it according to the Court's briefing schedule if the *Yacob* opposition had been filed timely.

Respectfully submitted,

/s/ Alanson T. Chenault
MAT M. GRAY,, III (No. 06264)
ALANSON T. CHENAULT, IV (No. 20747)
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Attorneys for Eustis Engineering Company, Inc.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this __22nd__ day of March, 2007, filed the foregoing pleading on the Clerk of Court by using CM/ECF system, which will send a notice of electronic filing to counsel for all parties.

/s/ Alanson T. Chenault