IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| | §<br>§ | |
| PERTAINS TO: | §<br>§ | |
| ALL DREDGING LIMITATIONS | §<br>§<br>§ | |

## SUPPLEMENTAL AND REPLY MEMORANDUM SUBMITTED BY CLAIMANTS ADDRESSING THE MANNER, PERIOD AND FREQUENCY IN WHICH MONITIONS IN LIMITATION ACTIONS SHOULD BE PUBLISHED

MAY IT PLEASE THE COURT:

NOW COME all the plaintiffs ("Claimants") in Civil Actions Nos. 06-2824; 06-5155; 06-5162, 06-5260 and 07-621 (the "Claimants' Actions"), through undersigned Liaison Counsel for Plaintiffs, and in response to the Order (Document No. 3380) issued by the Court on March 9, 2007, file this supplemental and reply memorandum addressing the manner, period and frequency in which the monitions in the Limitation Actions (Nos. 06-8676; 06-8884; 06-8888; 06-8890; 06-8891; 06-8922; 06-8967; 06-9075 and 06-9223) proposed by the Dredging Defendants should be published and what amendments thereto should be made. Claimants herein respond to the memorandum filed by the Dredging Defendants and make a couple more suggestions to the Court about the proposed publication of the monitions.

1.    **There is a need for more extensive publication than proposed by the Dredging Defendants.**

It is true that a couple of weeks ago there was extensive news coverage about the need to file Forms 95 with the Corps of Engineers in order to assert maritime claims against the Government. As a result, many Hurricane Katrina victims did in fact file their Forms 95.

However, the individuals who filed Forms 95 <u>do</u> <u>not</u> <u>know</u> that they need to file yet <u>another</u> <u>claim</u> within the Limitation Actions in order to assert maritime claims against the Dredging Defendants. They need to be made aware of this need. Right now they are under a false sense of security that they have done all that is needed to assert their maritime claims against <u>all</u> <u>defendants</u>. Publishing a small notice in the Legal Notices section of the Times Picayune will not accomplish the purpose of giving them notice of their need to file <u>another</u> claim with the <u>Court</u>, especially under these very unusual circumstances.

The victims of Hurricane Katrina demonstrated a couple of weeks ago that when told of the need to file claims, they will do it. They need to be clearly informed that a <u>new</u> <u>claim</u> has to be filed. The fair thing to do is to give all potential claimants proper and sufficient notice.

In order to accomplish this goal, all the notices should be at least ¼ of a page, and should appear in at least four newspapers, in New Orleans, Baton Rouge, Houston and Atlanta. In fact, Rule F(4) contemplates and allows the Court to order publication in multiple newspapers:

"The Notice shall be published in such newspaper or newspapers as the Court may direct..."

2.  **Additional suggestions for publication.**

Nine Dredging Defendants have filed limitation actions. Each one is required by Rule F(4) to publish its notice four times. Thus, the total number of notices to be published is thirty-six. Claimants propose that two notices be published each week during the next eighteen weeks, one on Wednesday and one on Saturday. This will lead to more coverage (at no additional expense) than if all nine Dredging Defendants publish their notices at the same time.

Finally, Claimants suggest that the following words should be inserted at the very top of each notice: "Important Notice to Hurricane Katrina Victims."

Respectfully Submitted:

s/Joseph M. Bruno
JOSEPH M. BRUNO
Liaison Counsel
Louisiana Bar Roll Number 3604
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-5775
E-Mail: jbruno@brunobrunolaw.com

*s/Camilo K. Salas III*
CAMILO K. SALAS III
Louisiana Bar Roll Number 11657
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, Louisiana 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
E-Mail: csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the

Clerk of the United States District Court for the Eastern District of Louisiana using the

CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*
CAMILO K. SALAS III