Effective 4/10/06    FINANCIAL & CIVIL ALLOTMENT SHEET    Receipt No.: 339692
Deputy Clerk:

FEB 08 2007

**ACCOUNT CODE:**

6855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
       085000 - $5.00 / 510000 - $10.00

   **FILING FEES**

_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
       086900 - $20.00 / 510000 - $19.00
✓ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

   **COPY FEES**

_____ - Copies from public terminal (.10 per page - # of pages \_\_\_\_) 5114CR
_____ - Copies (.50 per page - # of pages \_\_\_\_) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings \_\_\_\_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

   **MISCELLANEOUS ACCOUNTS**

_____ - Certification (# of Cert. \_\_\_\_) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names \_\_\_\_) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**

_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): BARRASSO VSDIN (GREAT NORTHERN)
CASE NUMBER: 05-4182        SECTION: K
CASE TITLE: _____

PAYMENT OF  | 455 -- |   CASH \_\_\_\_   CHECK \_\_\_\_   ✓ #502161 MONEY ORDER
            SEAMAN \_\_\_\_   PAUPER \_\_\_\_   NON CASH \_\_\_\_

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_\_ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
\_\_\_\_ 2. Class Action
\_\_\_\_ 3. Antitrust
\_\_\_\_ 4. Patent, Trademark, Copyright
\_\_\_\_ 5. Civil Rights Case

\_\_\_\_ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
\_\_\_\_ 7. Petitions for Stay of Execution Death Sentence
\_\_\_\_ 8. Social Security Case
\_\_\_\_ 9. All Others

Is this a THREE JUDGE COURT?  \_\_\_\_ Yes  \_\_\_\_ No
Is this a RELATED CASE?       \_\_\_\_ Yes  \_\_\_\_ No        Attorney of Record