Effective 4/10/06

FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No: 339490
Deputy Clerk: ML

FEB 06 2007

ACCOUNT CODE:

855XX Accounts
____ - Restitution
____ - U.S. Postal Service Forms
____ - Petty Offense

REGISTRY FUND:

604700 Accounts
____ - Cash Bonds
____ - Land Condemnation
____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:

____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
       085000 - $5.00 / 510000 - $10.00

FILING FEES

____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
       086900 - $20.00 / 510000 - $19.00
____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00     appeal DC
____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

COPY FEES

____ - Copies from public terminal (.10 per page - # of pages ____) 5114CR
____ - Copies (.50 per page - # of pages ____) 322350
____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
____ - Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

MISCELLANEOUS ACCOUNTS

____ - Certification (# of Cert. ____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
____ - Records Search (TOTAL $26.00 Each) (# of names ____) 322360 - $15.00 / 510000 - $11.00
____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment ____ 322380

FINES & MISCELLANEOUS ACCOUNTS

____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

- Louisiana Citizen Property ins. Corp. filing appeal

ACCOUNTS RECEIVABLE

____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Bienvenu Foster Ryan
CASE NUMBER: 05-4182      SECTION: (K)
CASE TITLE: (06-1672) (06-1673) (06-1674)
PAYMENT OF 455.00  CASH ____  CHECK ✓ # 13545  MONEY ORDER ____
            SEAMAN ____  PAUPER ____  NON CASH ____

Civil Action Cases (for New Filings Only)

Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action
        by the Court such as TRO, Injunction,
        Orders to Show Cause, etc.
____ 2. Class Action
____ 3. Antitrust
____ 4. Patent, Trademark, Copyright
____ 5. Civil Rights Case

____ 6. Habeas Corpus & Other Convictions
        Petitions Title 28 USC Sec. 2255
____ 7. Petitions for Stay of Execution
        Death Sentence
____ 8. Social Security Case
____ 9. All Others

Is a THREE JUDGE COURT? ____ Yes ____ No
Is a RELATED CASE? ____ Yes ____ No

Attorney of Record