339690

Effective 4/10/06              **FINANCIAL & CIVIL ALLOTMENT SHEET**              Receipt No.: _____
                                                                                  Deputy Clerk: _____

FEB 0 8 2007

**ACCOUNT CODE:**                                   **REGISTRY FUND:**

6855XX Accounts                                     604700 Accounts
_____ - Restitution                                _____ - Cash Bonds
_____ - U.S. Postal Service Forms                  _____ - Land Condemnation
_____ - Petty Offense                              _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00
   **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00     *appeals fee*
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages ____) 5114CR
_____ - Copies (.50 per page - # of pages ____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. ____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names ____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**                                 ALLSTATE INDEMNITY
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)   ALLSTATE INS. CO.
                                                                      ENCOMPASS INS CO. OF AM.
RECEIVED FROM (FIRM): ___BARRASSO USDIN___           LIBERTY MUTUAL FIRE

CASE NUMBER: __05-4182__          SECTION: _____

CASE TITLE: _____

                                                    #502160
PAYMENT OF  |__455 —__|  CASH ____  CHECK ____  ✓ MONEY ORDER ____
                         SEAMAN ____  PAUPER ____  NON CASH ____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

    ____ 1. Cases requiring immediate action            ____ 6. Habeas Corpus & Other Convictions
           by the Court such as TRO, Injunction,               Petitions Title 28 USC Sec. 2255
           Orders to Show Cause, etc.                   ____ 7. Petitions for Stay of Execution
    ____ 2. Class Action                                       Death Sentence
    ____ 3. Antitrust                                   ____ 8. Social Security Case
    ____ 4. Patent, Trademark, Copyright                ____ 9. All Others
    ____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?  ____ Yes  ____ No
Is this a RELATED CASE?       ____ Yes  ____ No       Attorney of Record _____