ffective 4/10/06

FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No: 339697
Deputy Clerk: [signature]

#037334

FEB 0 9 2007

ACCOUNT CODE:

855XX Accounts
___ - Restitution
___ - U.S. Postal Service Forms
___ - Petty Offense

REGISTRY FUND:

604700 Accounts
___ - Cash Bonds
___ - Land Condemnation
___ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
___ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
___ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
      085000 - $5.00 / 510000 - $10.00

FILING FEES
___ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
___ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
      086900 - $20.00 / 510000 - $19.00
✓ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
___ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

*appeals* [signature]

COPY FEES
___ - Copies from public terminal (.10 per page - # of pages ___ ) 5114CR
___ - Copies (.50 per page - # of pages ___ ) 322350
___ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
___ - Magnetic Tape Recordings ___ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

MISCELLANEOUS ACCOUNTS
___ - Certification (# of Cert. ___ ) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
___ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
___ - Records Search (TOTAL $26.00 Each) (# of names ___ ) 322360 - $15.00 / 510000 - $11.00
___ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
___ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
      Recovery of Costs - Jury Assessment ___ 322380

FINES & MISCELLANEOUS ACCOUNTS
___ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
___ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
___ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Sieger LaBorde + Laperouse
CASE NUMBER: 06-56        SECTION: (05-4182)
CASE TITLE: Katrina Canal
                                         772674 77311
PAYMENT OF [ 455.00 ]   CASH ___   CHECK ✓   MONEY ORDER ___
                        SEAMAN ___   PAUPER ___   NON CASH ___

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

___ 1. Cases requiring immediate action          ___ 6. Habeas Corpus & Other Convictions
      by the Court such as TRO, Injunction,             Petitions Title 28 USC Sec. 2255
      Orders to Show Cause, etc.                 ___ 7. Petitions for Stay of Execution
___ 2. Class Action                                     Death Sentence
___ 3. Antitrust                                 ___ 8. Social Security Case
___ 4. Patent, Trademark, Copyright              ___ 9. All Others
___ 5. Civil Rights Case

Is this a THREE JUDGE COURT? ___ Yes ___ No
Is this a RELATED CASE?      ___ Yes ___ No    Attorney of Record ___