Effective 4/10/06

FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No: 339684
Deputy Clerk: MR

FEB 0 8 2007

ACCOUNT CODE:

6855xx Accounts
___ - Restitution
___ - U.S. Postal Service Forms
___ - Petty Offense

REGISTRY FUND:

604700 Accounts
___ - Cash Bonds
___ - Land Condemnation
___ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:

___ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
___ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
      085000 - $5.00 / 510000 - $10.00

   FILING FEES
___ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
___ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
      086900 - $20.00 / 510000 - $19.00
___ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00    partial
___ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

   COPY FEES
___ - Copies from public terminal (.10 per page - # of pages ___) 5114CR    appeals/bc
___ - Copies (.50 per page - # of pages ___) 322350
___ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
___ - Magnetic Tape Recordings ___ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

   MISCELLANEOUS ACCOUNTS
___ - Certification (# of Cert. ___) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
___ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
___ - Records Search (TOTAL $26.00 Each) (# of names ___) 322360 - $15.00 / 510000 - $11.00
___ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
___ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
      Recovery of Costs - Jury Assessment ___ 322380

FINES & MISCELLANEOUS ACCOUNTS
___ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
___ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
___ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Duplass, Zwain, Bourgeois
CASE NUMBER: 05-4182    SECTION: ___
CASE TITLE: ___
PAYMENT OF  $450.00   CASH ___   CHECK ✓   MONEY ORDER #094068
                      SEAMAN ___   PAUPER ___   NON CASH ___

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

___ 1. Cases requiring immediate action
       by the Court such as TRO, Injunction,
       Orders to Show Cause, etc.
___ 2. Class Action
___ 3. Antitrust
___ 4. Patent, Trademark, Copyright
___ 5. Civil Rights Case

___ 6. Habeas Corpus & Other Convictions
       Petitions Title 28 USC Sec. 2255
___ 7. Petitions for Stay of Execution
       Death Sentence
___ 8. Social Security Case
___ 9. All Others

Is this a THREE JUDGE COURT?  ___ Yes  ___ No
Is this a RELATED CASE?       ___ Yes  ___ No       Attorney of Record

Effective 4/10/06

**FINANCIAL & CIVIL ALLOTMENT SHEET**

Receipt No: 339710
Deputy Clerk: _MR_

FEB 0 9 2007

ACCOUNT CODE

855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

REGISTRY FUND:

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00

FILING FEES

_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00                    *Partial*
  ✓   - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00                                    *appeals*
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

COPY FEES

_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

MISCELLANEOUS ACCOUNTS

_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS

_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): **Duplass, Zwain, Bourgeois**
CASE NUMBER: **05-4182**          SECTION: **K**
CASE TITLE: _____

PAYMENT OF   **5.00**   CASH _____   CHECK ✓ **#09410a**   MONEY ORDER _____
                       SEAMAN _____   PAUPER _____   NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
_____ 2. Class Action
_____ 3. Antitrust
_____ 4. Patent, Trademark, Copyright
_____ 5. Civil Rights Case

_____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
_____ 7. Petitions for Stay of Execution Death Sentence
_____ 8. Social Security Case
_____ 9. All Others

Is this a THREE JUDGE COURT?  _____ Yes _____ No
Is this a RELATED CASE?       _____ Yes _____ No           Attorney of Record _____