Effective 4/10/06                FINANCIAL & CIVIL ALLOTMENT SHEET            Receipt No.: 339746
                                                                              Deputy Clerk: _____

FEB 1 2 2007

**ACCOUNT CODE:**                              **REGISTRY FUND:**

6855XX Accounts                                604700 Accounts
_____ - Restitution                           _____ - Cash Bonds
_____ - U.S. Postal Service Forms             _____ - Land Condemnation
_____ - Petty Offense                         _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
    _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
    _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00
        **FILING FEES**
    _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
    _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
    _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
    ✓   - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00         *Appeals fee*
    _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
        **COPY FEES**
    _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
    _____ - Copies (.50 per page - # of pages _____) 322350
    _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
    _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
        **MISCELLANEOUS ACCOUNTS**
    _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
    _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
    _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
    _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
    _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
              Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
    _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
    _____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**                                                         *(represents*
    _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)          *pltfs)*
           RECEIVED FROM (FIRM): J. BRUNO, BRUNO + BRUNO
           CASE NUMBER: 06-CV-1674, CV 1673 SECTION: K
           CASE TITLE: Katrina Canal Breach Insurance
           PAYMENT OF   455 | 00   CASH _____   CHECK ✓   MONEY ORDER _____
                                   SEAMAN _____   PAUPER _____   NON CASH _____

---

                        Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

    _____ 1. Cases requiring immediate action         _____ 6. Habeas Corpus & Other Convictions
              by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
              Orders to Show Cause, etc.              _____ 7. Petitions for Stay of Execution
    _____ 2. Class Action                                      Death Sentence
    _____ 3. Antitrust                                _____ 8. Social Security Case
    _____ 4. Patent, Trademark, Copyright             _____ 9. All Others
    _____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   _____ Yes _____ No
Is this a RELATED CASE?        _____ Yes _____ No    Attorney of Record _____