**MINUTE ENTRY**
**DUVAL, J.**
**MARCH 15, 2007**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
**REC. DOC. 3372**

**ORAL ARGUMENT**

**LEVEE, MRGO, INSURANCE:**
MOTION to Stay *Insurer Defendants' Motion to Enforce Stay Order Issued by Fifth Circuit on February 28, 2007* by DEFENDANTS LIAISON COUNSEL

**CASE MANAGER:  SHEENA DEMAS**
**COURT RECORDER:  CYNTHIA CRAWFORD**

**APPEARANCES:**    Judy Barrasso, Joseph Bruno, Frank Dudenhefer, Jr., Peter Hilbert, Jr.,  Wayne Lee, Kevin McGlone for James Garner, Ralph Hubbard, III & James Roy

**Court begins at 2:00 p.m.**
**Case called.  All present and ready.**
**Oral argument by parties.**
**Ruling: NO STAY in LEVEE umbrella or MRGO and ROBINSON.  Ruling RESERVED on whether to sever the Insurance cases from this umbrella.  Court shall extend the stay to all discovery in the class action Insurance Cases.  Court shall stay all Class certification, discovery and all discovery relating to common liability issues in all Insurance cases.**
**Court shall prepare and issue an order for the reasons orally stated on the record.**
**Court adjourns at 3:37 p.m.**

JS-10 (1:25)