UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: ALL DREDGING LIMITATION ACTIONS:<br>Civil Action Nos.: 06-8676; 06-8887; 06-8888; 06-8890; 06-8891; 06-8967; 06-9075; and 06-9223 | § § § § § § § § |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM TO CLAIMANTS' MEMORANDUM AND SUPPLEMENTAL AND REPLY MEMORANDUM

NOW INTO COURT, come Dredging Plaintiffs in Limitation ("Dredging Plaintiffs"), and file this their Motion for Leave to File a Reply to Claimants Memorandum and Supplemetnal and Reply Memorandum.

Claimants make certain assertions in their Memorandum and Supplemental and Reply Memorandum regarding Monition Period, and Dredging Plaintiffs respectfully requests leave to file their Reply in order to clarify the issues for the Court.

1

NO NMS 139103 v1
2902907-000001

Respectfully submitted,

/s/ Nyka M. Scott
James H. Roussel (Bar Roll No. 11496)
Nyka M. Scott (Bar Roll No. 28757)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: (504) 566-5278
Facsimile: (504) 636-3978
nscott@bakerdonelson.com

Attorneys for Great Lakes Dredge &
Dock Company

/s/William E. Wright, Jr.
William E. Wright, Jr.
Terrence L. Brennan
Francis J. Barry, Jr.
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
wwright@dkslaw.com
tbrennan@dkslaw.com
fbarry@dkslaw.com

Attorneys for Bean Dredging, L.L.C.

/s/ Samuel B. Gabb
Samuel B. Gabb
Loftin, Cain, Gabb & LeBlanc, L.L.C.
2901 Hodges Street
Lake Charles, LA 70601
Telephone: (337) 310-4300
Facsimile: (337) 310-4400

Attorneys for Mike Hooks, Inc.

/s/ James A. Cobb, Jr.
James A. Cobb, Jr.
Emmett, Cobb, Waits & Henning
1515 Poydras St., Suite 1950
New Orleans, LA 70112
Telephone:(504) 581-1301
Facsimile: (5040 581-6020
jac@ecwko.com

Attorneys for Weeks Marine, Inc.

/s/ George M. Gilly
George M. Gilly
Phelps Dunbar, LLP
Suite 2000 Canal Place
365 Canal Street
New Orleans, LA
Telephone: (504) 584-9189
Facsimile: (504) 568-9130
gillyg@phelps.com

Attorneys for Manson Construction
Company

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of March, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com

2) dbecnel@becnellaw.com

3) csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) N/A

/s/ Nyka M. Scott