UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: ALL DREDGING<br>LIMITATION ACTIONS:<br>Civil Action Nos.: 06-8676;<br>06-8887; 06-8888; 06-8890;<br>06-8891; 06-8967; 06-9075;<br>and 06-9223 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

CONSIDERING the foregoing Motion for Leave to File Reply Memorandum of Dredging Plaintiffs in Limitation

IT IS ORDERED that the Motion for Leave is GRANTED.

New Orleans, Louisiana, on this the _____ day of March, 2007.

_____
U.S. DISTRICT JUDGE