UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: ALL DREDGING<br>LIMITATION ACTIONS:<br>Civil Action Nos.: 06-8676;<br>06-8887; 06-8888; 06-8890;<br><br>06-8891; 06-8967; 06-9075;<br>and 06-9223 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Dredging Limitation Plaintiffs will bring on for hearing their Motion for Leave to file Reply Memorandum before this Honorable Court on the 18th day of April, 2007 at 9:30 a.m. at 500 Poydras Street, New Orleans, Louisiana 70130.

1

NO NMS 139106 v1
2902907-000001

espectfully submitted,

/s/ Nyka M. Scott
James H. Roussel (Bar Roll No. 11496)
Nyka M. Scott (Bar Roll No. 28757)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: (504) 566-5278
Facsimile: (504) 636-3978
nscott@bakerdonelson.com

Attorneys for Great Lakes Dredge &
Dock Company

/s/William E. Wright, Jr.
William E. Wright, Jr.
Terrence L. Brennan
Francis J. Barry, Jr.
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
wwright@dkslaw.com
tbrennan@dkslaw.com
fbarry@dkslaw.com

Attorneys for Bean Dredging, L.L.C.

/s/ Samuel B. Gabb
Samuel B. Gabb
Loftin, Cain, Gabb & LeBlanc, L.L.C.
2901 Hodges Street
Lake Charles, LA 70601
Telephone: (337) 310-4300
Facsimile: (337) 310-4400

Attorneys for Mike Hooks, Inc.

/s/ James A. Cobb, Jr.
James A. Cobb, Jr.
Emmett, Cobb, Waits & Henning
1515 Poydras St., Suite 1950
New Orleans, LA 70112
Telephone:(504) 581-1301
Facsimile: (5040 581-6020
jac@ecwko.com

Attorneys for Weeks Marine, Inc.

/s/ George M. Gilly
George M. Gilly
Phelps Dunbar, LLP
Suite 2000 Canal Place
365 Canal Street
New Orleans, LA
Telephone: (504) 584-9189
Facsimile: (504) 568-9130
gillyg@phelps.com

Attorneys for Manson Construction
Company

2

/s/ Richard A. Cozad
Richard A. Cozad
Michael L. McAlpine
Emma Mekinda
McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA 70130
Telephone:(504) 561-0323
Facsimile: (504) 528-9442
emmamekinda@yahoo.com

Attorneys for King Fisher Marine


/s/ William Larzelere
William J. Larzelere, Jr.
T. Justin Simpson
Larzelere, Picou, Wells, Simpson & Lonero
3850 N. Causeway Blvd. - Ste. 1100
Two Lakeway Center
Metairie, LA 70002
Telephone:(504) 834-6500
Facsimile: (504) 834-6565
jsimpson@lpw-law.com

Attorneys for Luhr Bros., Inc.

/s/ A. Gordon Grant, Jr.
A. Gordon Grant, Jr.
Philip S. Brooks, Jr.
Montgomery, Barnett, Brown, Read,
 Hammond & Mintz, L.L.P.
Energy Centre - 1100 Poydras St.
Suite 3200
New Orleans, LA 70163-3200
Telephone: (504) 585-7681
Facsimile: (504) 200-8981
ggrant@monbar.com

Attorneys for T.L. James & Co., Inc.


/s/ Andre J. Mouledoux
Andre J. Mouledoux
Mouledoux, Bland, Legrand & Brackett
701 Poydras St. - Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
amouledoux@mblb.com

Attorneys for Pine Bluff Sand & Gravel Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of March, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com

2) dbecnel@becnellaw.com

3) csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) N/A

/s/ Nyka M. Scott