## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | § | CIVIL ACTION |
|     BREACHES LITIGATION | § | |
| | § | NO. 06-5370  SECT. K, MAG. 2 |
| | § | |
| | § | JUDGE STANWOOD R. DUVAL, JR. |
| | § | |
| PERTAINS TO: INSURANCE | § | MAG. JOSEPH C. WILKINSON, JR. |
| | § | |
| *Thomas Austin Jr. Et Al v.* | § | |
| *Allstate Fire and Casualty Insurance* | § | |
| *Company Et. Al.*  (06-5383) | § | |
| | § | |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**NOW COMES INTO COURT,** through undersigned counsel, complainants Thomas Austin, Jr. Et

Al, who file this Memorandum In Support of Complainants Motion To Dismiss Complainants Leonard and

Mary Riddle.  Complainants request that for the reasons set forth below, this Honorable Court grant the

Complainants motion

      On August 29,2006, complainants filed a complaint against several named defendant insurance

companies who provided homeowner's insurance to the complainants during Hurricane Katrina. Two of the

named complainants were Leonard and Mary Riddle.

      Counsel for complainants have learned the Riddles do not wish to proceed along with the other named

complainants in this matter.  Both have expressed a desire to proceed separate and apart from all other named

plaintiffs and they have sought counsel and filed a separate proceeding against their insurer for the purposes

of proceeding alone.  Because they do not wish to go forward in the above captioned matter, Complainants

request that Leonard and Mary Riddle be dismissed from this matter without prejudice.


Respectfully submitted,

**McKernan Law Firm**


Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H Smith (23308)
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of March 2007, a true and correct copy of the foregoing was served via United States First Class Mail, on counsel for record.

Joseph J. McKernan