

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | § § § § § | CIVIL ACTION<br><br>NO. 06-5370  SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR. |
| | § | |
| PERTAINS TO: INSURANCE | § § | MAG. JOSEPH C. WILKINSON, JR. |
| *Thomas Austin Jr. Et Al v.*<br>*Allstate Fire and Casualty Insurance*<br>*Company Et. Al.* (06-5383) | § § § § | |

## ORDER

Considering the above and foregoing Motion:

**IT IS ORDERED** that the complainants Leonard and Mary Riddle , be and are hereby

dismissed, with each party to bear its own costs.

**THUS DONE AND SIGNED** at _New Orleans_ , Louisiana,

this _21_ day of _march_ , 2007.

_____

JUDGE STANWOOD DUVAL

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____