UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR 21  PM 1:52
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) & Consolidated Cases |
| PERTAINS TO: | * * | JUDGE DUVALL |
| LEVEE: 06-5127 (DEPASS) 06-5116 (SIMS) | * * * | MAG. KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant, the Parish of Jefferson, which, pursuant to Local Rule 7.5, respectfully seeks leave of Court to file a reply memorandum in response to plaintiffs' opposition to defendant's 12(b) dismissal motion presently set for hearing on March 23, 2007. The reasons justifying the filing of a reply memorandum are more fully set forth in the accompanying memorandum filed concurrently herewith.

WHEREFORE, defendant, the Parish of Jefferson, prays that this motion be granted and that it be granted leave to file its proposed memorandum.

Respectfully submitted,

BURGLASS & TANKERSLEY, LLC

CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
Attorney for defendant, the Parish of Jefferson

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I, Dennis J. Phayer, hereby certify that on the 21ST day of March, 2007, I served a true copy of the foregoing pleading upon the following party by first class and/or electronic mail:

>William C. Gambel
>909 Poydras Street, Suite 2300
>New Orleans, Louisiana 70112-1010
>wgambel@millinglaw.com

_____
Dennis J. Phayer