UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | & Consolidated Cases |
| | * | |
| PERTAINS TO: | * | JUDGE DUVALL |
| | * | |
| LEVEE: 06-5127 (DEPASS) | * | MAG. KNOWLES |
| 06-5116 (SIMS) | * | |
| | * | |

******************************************************************

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

This memorandum is submitted by defendant, the Parish of Jefferson (the "Parish"), in support of its motion for leave to file reply memorandum.

Defendant's 12(b) dismissal motion is presently set for hearing before the Court on March 23, 2007. Defendant's motion seeks its dismissal from the instant litigation on the alternative grounds that this Court lacks subject matter jurisdiction over the claims asserted by plaintiffs against the Parish, as well as that plaintiffs' original and two amended complaints fail to state a claim against the Parish upon which relief may be granted.

Plaintiffs filed an opposition to defendant's 12(b) dismissal motion on March 12, 2007, eighteen (18) days past the deadline imposed by this Court for response/oppositions in its November 29, 2006 Order (Doc. 2034). Plaintiffs largely base their opposition to the Parish's dismissal on jurisdictional grounds by claiming that original federal jurisdiction over other defendants somehow creates supplemental jurisdiction over the Parish pursuant to 28 U.S.C. §1367. Plaintiffs' opposition also alleges many facts not previously pled.

While the Court's November 29, 2006 Order specifically provided for replies to oppositions filed by February 22, 2007, such replies were due on March 1, 2007. Although the filing of a reply to plaintiffs' opposition is consistent with the court's prior schedule, out of an abundance of caution, the Parish now seeks leave to file the attached reply memorandum not only to address the new allegations raised by plaintiffs, but also to more generally respond to plaintiffs' opposition.

Accordingly, defendant urges the Court to grant it leave to file its proposed reply memorandum.

Respectfully submitted,

BURGLASS & TANKERSLEY, LLC

_____
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
Attorney for defendant, the Parish of Jefferson

**CERTIFICATE OF SERVICE**

I, Dennis J. Phayer, hereby certify that on the 21ST day of March, 2007, I served a true copy of the foregoing pleading upon the following party by first class and/or electronic mail:

William C. Gambel
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112-1010
wgambel@millinglaw.com

_____