FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 22 PM 4: 15

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) & Consolidated Cases |
| PERTAINS TO: | * * | JUDGE DUVALL |
| LEVEE: 06-5127 (DEPASS) 06-5116 (SIMS) | * * * | MAG. KNOWLES |

**********************************************************************

## ORDER

The foregoing motion considered,

IT IS ORDERED that defendant, the Parish of Jefferson, be granted leave to file its proposed reply memorandum in response to plaintiffs' opposition to defendant's 12(b) dismissal motion.

New Orleans, Louisiana, this 21st day of March, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____