UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| | * | |
| | * | SECTION: K (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| (06-6642) Pontchartrian Baptist Church | * | |
| *   *   *   *   *   * | * | |

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS TO WHICH THERE EXISTS GENUINE ISSUES TO BE TRIED PURSUANT TO LOCAL RULE 56.2 AND FEDERAL RULE 56

Plaintiffs submit the following statement of contested material fact in opposition to Defendants' (collectively "Boh Bros" and "Modjski") Rule 56 Motions:

1.

Whether the Orleans Levee District ("OLD"), the City of New Orleans, or are the Joint Sponsors the "Owner" of the 17th, Orleans Avenue, London Avenue Canals and Bridge (PROJECTS) Project (Boh. Bros. Doc. 560-4, ¶2)

2.

Is the "Boh Bros." contract styled a construction contract? Is it a contract for the sale of materials and equipment?

3.

Whether "Boh Bros." and "Modjewski" and Masters" followed LA DOTD Regulations, during all excavation and dredging work prior to and in connection with the 17th, London Avenue PROJECTS on the.

19

4.

Under which "Bridges on the 17th Street Canal" did Boh Bros. in 1999 excavate or dredge and how far south of the Hammond Highway Bridge, and how adjacent to the failure site was that excavation and dredging.

5.

Whether Modjeski and Masters acted in the role of designer of the Dredging Plan for the 17th Street Canal Projects.

6.

The facts as considered by Boh Bros. and Modjeski regarding their involvement in the dredging and excavation, and the amount of dredged or excavated material removed, during the widening of the 17th Street Canal in the area of the Bridge and breach, and the scope of such dredging and excavation.

7.

The impact on the hydrology of the 17th Street Canal due to the increased flow of the water as a result of BKI's Design and Build Contract of the I-10 Pumping Station.

8.

The Vibration and Pile Driving records and vibration monitoring reports for the Hammond Highway Bridge demolition and reconstruction Projects, and Vibration and Pile Driving records for the Filmore and Mirabeau Avenue and Leon C. Simon Bridge Projects over the London Avenue Canal.

9.

If the work done or services rendered on the Robert E. Lee Boulevard, Hammond Highway, Filmore, Mirabeau, or Leon C. Simon Bridge Projects complied with the contract plans and specifications.

10.

Responsibility for the distressed I-wall on the Southeast corner on the Robert E. Lee Bridge over the London Avenue Canal and Northeast corner bridge abutment.

11.

Whether current Project and site-specific soil borings and samples were taken reasonably prior to the dredging, excavation, bridge demolition, and bridge reconstruction Projects.

12.

Whether the Bridge Projects involved connections to floodwalls or levees and where whether such connections were relevant to the breach sites.

13.

Whether deficiency notices were issued to Boh Bros. and Modjeski on any of the excavation, dredging, or Bridge Projects and for what reason.

14.

Whether satellite photos taken prior to Katrina indicate the canal bottom is deeper in the areas of the breach sites.

15.

Whether LIDAR data is available from before Katrina indicate the canal bottoms are deeper in the areas of the breach sites.

16.

The effect on the hydrology of the 17th Street Canal due to the increased pumping capacity of Pumping Station #6, specifically in regards to piping erosion and water seepage through the subterranean canal walls and bottoms.

WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
         (504) 813-3283
Fax:    (504) 831-5360
E-mail: weo@theoneilgroup.com

-and-

DON M. RICHARD, (BAR #11226)
ATTORNEY AT LAW
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
         (504) 813-3283
Fax:    (504) 831-5360
E-mail: drichard@dmrlaw.net

22

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 23rd day of March, 2007.

New Orleans, Louisiana this 23rd day of March, 2007.

                                   WILLIAM E. O'NEIL
THE O'NEIL GROUP, L.L.C.
*Counsel for Plaintiffs*
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
           (504) 813-3283
Fax:    (504) 831-5360
E-mail: weo@theoneilgroup.com

23