UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 23  PM 3: 14

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. |
| CONSILIDATED LITIGATION * | | NO. 05-4182 |
| * | | |
| * | | |
| * | | |
| * | | SECTION: K (2) |
| * | | JUDGE DUVAL |
| * | | MAGISTRATE WILKINSON |
| * | | |
| PERTAINS TO: * | | |
| (06-6642) Pontchartrain Baptist Church * | | |
| * | | |

\*   \*   \*   \*   \*   \*   \*

### PLAINTIFFS' REQUEST FOR DISCOVERY AND ATTACHED AFFIDAVIT PURSUANT TO FED. R. CIV. P. 56(f)

The Defendants' Motions to Dismiss under Fed. R. Civ. Proc. 12(b)(6) and Rule 56. should all be denied for the reasons to set out in Plaintiffs Opposition Memorandum and the facts below. If not, Plaintiffs should be allowed to conduct limited discovery on the material issues of fact relating to the "PROJECTS."

This suit was filed August 29, 2006 in the 24th Judicial District Court for the Parish of Jefferson as an admiralty "savings to suitors." This Court's hearing date on the earlier Contractor and Engineer-Defendants' Motions resulted in the Court's Orders and Reasons (Docs. 2142 and 2148) of December, 2006. A Notice of Removal was filed by non-moveant, James Construction Group, L.L.C., f/k/a/ Angelo Infratre Construction Co. (Doc. 1, #06-6642) on September 28, 2006. It was consolidated[1] sua sponte by this Court under the In re: Katrina

---

[1] Doc. 1525.

*Canal Breaches Consolidated Litigation* (#05-4182) umbrella on October 20, 2006 while Plaintiffs and certain defendants briefed over Remand.[2]

Importantly, this suit asserts admiralty tort, inverse condemnation, and constitutional tort causes of action. Plaintiffs are not members of any "Liaison Group or sub-group", and were advised by the Bruno firm that we file this Memorandum in Opposition without submission to Liaison counsel because this suit is different from the other consolidated suits.

Under Rule 56(f), Plaintiffs request that the Court allow a reasonable opportunity to conduct limited discovery with respect to the "PROJECTS" and contested facts. Plaintiffs have filed concurrently herewith the Affidavit of H. J. Bosworth in support of this Request.[3] As required under Rule 56(f), that Affidavit raises relevant and material factual issues on the PROJECTS.

Because of the Opinions and Reasons of this Court in Docs 2142 and 2148, Plaintiffs have not conducted discovery awaiting the CASE MANAGEMENT AND SCHEDULING ORDER NO 4 (Doc. 3299). Seeking the protections afforded by Rule 56(f) as to documents, and testimony necessary to respond to the completely unsupported attacks on the merits "asserted by Boh Bros. and Modjeski" this Request is made. *See* Rule 56(f); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 256 (1986) ("[T]he plaintiff must present affirmative evidence in order to defeat a properly supported motion for summary judgment. This is true even where the evidence is likely to be within the possession of the defendants, *as long as the plaintiff has had a full opportunity to conduct discovery*"; *accord Brown v. Mississippi Valley State University*, 311 F.3d 328, 333 (5th Cir. 2002). When a district court makes factual determinations decisive of a motion to

---

[2] Plaintiffs note that their Motion to Remand is still pending before this Court.
[3] Attached.

dismiss or summary judgment, it must give plaintiffs an opportunity for discovery (especially in this admiralty suit). *McAllister v. F.D.I.C.*, 87 F.3d 762, 766 (5th Cir. 1996).

Plaintiffs respectfully request the Court to grant this Rule 56(f) Request for Discovery and defer, if necessary, ruling on fthe pending Rule 12(b)(6) and Rule 56 motions. Plaintiffs' counsel attaches hereto its Affidavit in support of its Request.

Respectfully submitted,

WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
      (504) 813-3283
Fax:   (504) 831-5360
E-mail: weo@theoneilgroup.com


-and-

DON M. RICHARD, (BAR #11226)
ATTORNEY AT LAW
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
      (504) 813-3283
Fax:   (504) 831-5360
E-mail: drichard@dmrlaw.net

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 23rd day of March, 2007.

New Orleans, Louisiana this 23rd day of March, 2007.

WILLIAM E. O'NEIL
THE O'NEIL GROUP, L.L.C.
*Counsel for Plaintiffs*
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
          (504) 813-3283
Fax:    (504) 831-5360
E-mail: weo@theoneilgroup.com