UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.<br>NO. 05-4182 |
| | SECTION: K (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br>(06-6642) Pontchartrian Baptist Church | |

\* \* \* \* \* \* \*

## AFFIDAVIT

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

### DAVID V. MEYER

who, after being first duly sworn, deposes and states the following:

1. This Affidavit is based on my personal knowledge;

2. I am a legal assistant with The O'Neil Group, L.L.C.;

3. All papers and exhibits and declarations in Doc. 1526 and Doc. 3170 have been electronically captures and copied onto a CD-ROM attached hereto, and are accurate authentic copies as filed with this Court;

4. The New Orleans District of the Army Corps of Engineers' website (http://www.mvn.usace.army.mil/) or the IPET website containing the interagency independent report do not have any of the documents mentioned above and display the error message "Error, web page not found – Error 404" when I searched these sites;

5. The same websites also do not contain any Plans or Specifications for the relevant Bridge reconstruction projects and displayed the same error message;

The foregoing is true and correct to the best of Affiant's knowledge and belief.

_____
DAVID V. MEYER

Sworn to and subscribed
before me this 16 day
of March, 2007.

_____
NOTARY PUBLIC  11226

2