## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> * <br> * <br> * <br> * <br> PERTAINS TO: * <br> (06-6642) Pontchartrain Baptist Church * <br> * | CIVIL ACTION NO. <br> NO. 05-4182 <br><br> SECTION: K (2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |

\*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT OF HAROLD. J. BOSWORTH, JR., P.E.

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BE IT KNOWN**, that on the 15th day of March, 2007, before me, the undersigned Notary, personally came and appeared:

### HAROLD J. BOSWORTH, JR., P.E.

To me personally known and who, being duly sworn, did depose and state:

1. That I am of the full age majority and a resident of Orleans Parish, State of Louisiana.

2. That I have earned a Bachelor of Science in Civil Engineering from Louisiana State University in Baton Rouge, Louisiana in 1981.

3. That I have been and am currently a registered and licensed Professional Civil Engineer with the State of Louisiana since 1986, holding License Number 22131 and I am a member of the American Society of Civil Engineers.

4. That my professional accomplishments in the field of civil engineering are set forth in my *Curriculum Vitae*, a copy of which is attached hereto as Exhibit "A."

5. That I am presently employed by Lanier & Associates Consulting Engineers, Inc., 4101 Magazine Street, New Orleans, Louisiana, 70115.

6. That I personally reviewed a letter from the Chief Engineer of the Board of Commissioners of Orleans Levee District, often referred to as the "Orleans Levee Board" dated January 23, 2004 addressed to Mr. Alfred Naomi, Sr. of the U.S. Army Corps of Engineers as well as a letter from Mr. Fredric Chatry of the U.S. Army Corps of Engineers, New Orleans District dated January 4, 1998 addressed to Mr. Barney T. Martin, Jr. of Modjeski & Masters Engineers. Copies of these letters are attached as Exhibit "B" and Exhibit "C".

7. That I personally reviewed and utilized the information contained the July 2006 report by the Independent Levee Investigation Team, sponsored by the National Science Foundation as found on the University of California, Berkeley website.

8. That I have reviewed similar information reported in lectures given by LSU Professor Ivor Van Heerden.

9. That I, as a practicing Professional Engineer, have a substantial knowledge of soils and foundation designs found in south Louisiana.

10. That I am the owner of more than a hundred historical maps. I have a detailed knowledge of the development of New Orleans from a historical, geotechnical and geological perspective.

11. That I have a working knowledge of the interaction of construction operations, their dynamic vibrations and their usual effect on soils, foundations and structures.

12. That based upon the review of the aforementioned documents, it is more likely than not that the canal bank and levee along the east side of the 17th Street Canal was structurally compromised and became less stable by the dredging of the canal and by the ground vibrations from the demolition and construction of the Hammond Hwy. Bridge, which crosses this canal immediately north of the breach site.

13. That the above statements and facts are made based upon my personal knowledge, engineering expertise and review of the referenced data.

14. That my parents lived on Bellaire Drive in New Orleans and are claimants in this action. With candor, I wanted to bring this to the attention of the court.

HAROLD J. BOSWORTH, JR., P.E.

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 23h DAY

OF MARCH 2007.

NOTARY PUBLIC

C-3