EXHIBIT "A"

# Harold Joseph Bosworth, Jr. P.E.

## Summary of Background And Activity

1527 South Carrollton Avenue
New Orleans   LA   USA

March 15, 2007

### Engineering Career:

| | |
|---|---|
| 2005 - 2007 | Civil- Structural Engineer – Lanier & Associates - New Orleans, LA |
| 2004 - 2005 | Civil Structural Engineer – URS Corporation – Metairie, LA |
| 1990 – 2004 | Civil-Structural Engineer – Waldemar S. Nelson & Co. – New Orleans |
| 1988 - 1989 | Civil – Structural Engineer – Burk & Associates – New Orleans, LA |
| 1985 - 1988 | Civil – Structural Engineer – Barnard & Thomas Engineers – Gretna, LA |
| 1982 – 1985 | Civil – Structural Engineer – NY & Associates Engineers – Metairie, LA |

### Registration, License and Professional Membership:

PROFESSIONAL REGISTRATIONS

Registered Professional Engineer in the State of Louisiana – License # 22131

PROFESSIONAL MEMBERSHIPS

American Society of Civil Engineers

### Specific project experience:

See Attached – 4 pages

EXHIBIT "A"

NAME            HAROLD J. BOSWORTH, JR., P.E.

TITLE           Professional Civil Engineer

EDUCATION       Louisiana State University, 1981
                B.S. in Civil Engineering

PROFESSIONAL EXPERIENCE - 1981 to Present


Construction administration with inspection of a hurricane flood wall and floodgate complex for
the Orleans Levee Board. This was a 3-1/2 million-dollar (1982) civil and structural project, which
included large braced excavations, earthwork with mechanical swinging, sliding, and sluice gate
floodwater control structures. This complex was also designed to facilitate track stabilization of a
portion of Southern Railroad's line, which crossed through the complex and ran parallel to the
canal work, which included the sluice gate structure.

Structural construction inspection with design and plan review of the 19-story Lakeway II office
building in Metairie, Louisiana.

Design, specification writing, plan preparation, and construction administration for a 6 plus mile
series of sewer force mains ranging in size from 18" to 78". The design pipeline route involved
extensive work through railroad right of way and work with railroad regulations for work under
and through track foundation structures and portions which crossed a railroad switching yard. The
routing also involved work through a protective levee of the Mississippi River. These pipelines
were constructed in fully populated portions of the East Bank of Jefferson Parish for the Jefferson
Parish Department of Public Utilities.

Design, plan preparation, construction administration with inspections for various civil and
mechanical projects which include sewer force mains through fully populated urban areas on the
Westbank of Jefferson Parish with a total 1985 constructed cost of over $30 million; fluoridation
system for the water supply of the City of Gretna, Louisiana; sewerage pump stations with large
submersible pumps designed to handle flows which were formerly treated in 1-2 MGD wastewater
treatment plants.

Preparation and coordination of traffic routing plans to allow for long term street closures required
during utility work. Traffic plans were based on traffic volumes and patterns. Traffic work and
studies performed were in populated areas of Jefferson Parish, Louisiana.

Engineering for Morgan City Flood Protection Improvements at industrial sites (1999). Prepared
specifications, reviewed design, provided support during construction.

Structural engineering for directing and inspecting repairs of ship and barge alision damage to
Domino Sugar wharf in Arabi, Louisiana (1999). Responsible for inspecting contractor's work,
reviewing and coordinating invoices and monitoring charges.

Civil and structural engineering and project management for miscellaneous projects at New Orleans Union Passenger Terminal (1996-2002).    Projects included repairs and architectural modifications to terminal building and environmental site cleanup.  Responsible for developing project scopes, plans and specifications, issuing and evaluating bids, and monitoring contractors' work.

Design of two drainage pump stations for the Lake Borgne Basin Levee District located in St. Bernard Parish, using three large propeller type pumps with nominal capacities of 150,000 GPM each.  Wrote specifications for large custom built drainage pumps including detailed descriptions of the manufacture of the pump assemblies, gear reducers, engines and radiators. Specified scale pump model test to be performed by the pump manufacturer.  Also prepared detailed specifications for several pieces of mechanical equipment for the station.

Design and plan preparation of civil projects, which included urban street rehabilitation for the City of New Orleans, Department of Streets; and the rehabilitation of the largest sanitary sewer lift station for the Water and Sewerage Commission of St. Bernard Parish.

Specification writing, document preparation and component design for other mechanical and civil projects including emergency water and power facility for the New Orleans International Airport Aviation Board; sludge thickener tank cover and chemical odor control scrubber for the New Orleans Sewerage & Water Board (NO S&WB); a pretreatment unit for the Algiers Wastewater Treatment Plant for N.O. S&WB; a 20-acre parking facility for Ingall's Shipbuilding which involved a drainage system and significant modifications to a confined disposal facility for dredged material.

Shell Oil Company; Norco Louisiana Complex – Design, specification writing and construction administration of a pollution prevention project that included the renovation of a stormwater detention / pollution control system with weirs, floating skimmer baffles, aerators and the associated structures for the electrical equipment and controls.

Design and construction of a project to construct a new industrial landfill and cover an existing landfill mound for Shell Oil in Norco.  The new landfill design included a clay liner and a synthetic liner and geo-textiles and related products.

Several phospho-gypsum stack closure projects were engineered to provide dewatering of acidic water in large (2,000 to 5,000 acres) piles of phospho-gypsum.  In addition to dewatering the saturated gypsum, plans were prepared to cover the stacks with HDPE-lined ponds and soil and drain surface storm water from the covered surfaces.  A network of drainage culverts, ponds and ditches to move storm water in a controlled matter to the nearby wetland/swampy areas was also engineered.  These gypsum stacks are located in south Louisiana and southern Iowa and were owned by IMC-Agrico.

Freeport Indonesia Copper/Gold Mining & Resources.  Structural design and civil work for a mine expansion project.   Responsibilities included structural analysis, drawing preparation and foundations design for a gold and copper slurry pump station and very large retaining walls in

mountainous terrain. Other responsibilities included foundation design for a mill building and civil design for a fuel oil storage and pump station area.

Produced structural steel designs to support items including vessels, buildings, ductwork, walkways, motors, piping, cable trays and equipment for miscellaneous projects for onshore and offshore facilities. The facilities were owned by Mobil, Shell, Exxon, Texaco, Conoco, GATX, Cytec, AlliedSignal, LOOP, Bridgeline Petroleum and others.

Facility engineering during 1991 for an oil storage terminal owned by GATX in Norco, Louisiana. Design tasks were primarily in association with the facility's renovation of the No.6 oil storage system. The project included structural rehabilitation of large storage tanks, which included foundation remediation by jacking and grout pumping. The structural rehabilitation was followed by a redesign of the steam product heating system and the product pumping and pipeline system.

The steam system modifications at GATX involved the installation of finned heating coils, which were routed within the tank having a steam inlet manifold and a condensate outlet configuration and isolation structure. The large steam distribution piping from the existing boiler house was upgraded with new pipelines routed on existing pipe racks and, in some areas, on newly designed pipe support structures.

The conveyance system of the No. 6 oil at the GATX facility was renovated at the individual 150,000 barrel tanks with a new fill and outlet pipe configuration with new centrifugal pumps, tank nozzles and piping. Other pipeline segments were modified to facilitate an upgraded pigging operation and other routing changed on new and existing piperacks, which extended from the new manifold to the several existing docks on the east bank of the Mississippi River. The electrical system was upgraded by the addition of a new MCC and transformer site with cable trays, conduits and aerial installed power cables routed in a congested area on new and existing structures.

Design and plan preparation of structural projects which included cable tray support structures, electrical switchgear building, stormwater impoundment basin and drainage structures for Shell Oil's Norco Manufacturing Complex; small building addition to office building at Shell Oil's Norco Manufacturing Complex; an offshore gas compressor building for Exxon, U.S.A. located in Mississippi Canyon 397 "A"; a specialty sugar building for Amstar Sugar Corporation in Arabi, Louisiana; a materials handling and storage complex for Kronos Louisiana, Inc. in Lake Charles, Louisiana; structural frame and mechanism to lift a 120' steel hinged door for Avondale Industries' special ship building facility in Gulfport, Mississippi.

Cost estimating for a pollution control project for Jefferson Parish. This project included the locating of drainage pump stations and drainage force mains to collect the initial flush of drainage from the existing system. This initial flush was considered to be contaminated by fecal coliform from illegal cross connections and from various domestic animals. Cost estimates were prepared for the pump lift stations, force mains and for treatment plants of 100-200 MGD.

PGA Tour Headquarters: Design and construction administration of a variety of items for a championship golf course in Jefferson Parish, Louisiana. Design tasks included a detailed 5+

million dollar drainage system that is to act as a separate system from the surrounding municipal area. The project included earthen mounds of soft clay, 19 acres of man-made lakes, three drainage pump stations, small sewer pump stations, miles of drainage piping, and all utilities for a clubhouse, office buildings and maintenance facility with associated parking.

Preparation and research for maps and plans of developments including streets, roads, lakes, pipelines and a cemetery in the City of New Orleans. Personal library includes numerous maps, surveys, plans and documents dating back to the early 1800's. A board member of the Louisiana Historical Society and a very active member of the Louisiana Landmarks Society as well as the Preservation Resource Center of New Orleans. Personally responsible for preparing the only modern map of the Carrollton Cemetery in New Orleans.

U. S. Army – Corps of Engineers: Design and construction administration of small drainage pump stations in the vicinity of Morgan City, Louisiana. Performed construction administration for large drainage pump stations in and around the city of New Orleans in 2004. Project management and coordination of a ship and barge lock replacement project for the Inner Harbor Navigation Canal in New Orleans.

EXHIBIT "B"
PG 1 OF 7

# The Board of Commissioners

### of the

## Orleans Levee District



Suite 200 - Administration Building,
6001 Stars and Stripes Blvd.

### New Orleans, La.

70126-8906

TEL 504-243-4000

PROTECTING YOU
AND YOUR FAMILY

January 23, 2004

Mr. Alfred Naomi, Sr.
Project Manager
U. S. Army Corps of Engineers, New Orleans
Post Office Box 60267
New Orleans, Louisiana 70160-0267

> RE:   OLD Project No. 24316
> Vibration Monitoring at Hammond Hwy Bridge Flood-
> proofing Project

Dear Mr. Naomi:

Attached are copies of two (2) vibration monitoring reports, dated January 16 and 20, 2004, from Alpha Testing and Inspection, Inc., indicating that vibrations exceeded the 0.25 ips threshold stated in the contract.

As you are aware, the contractor is currently working on the demolition of the north portion of the old bridge and soon will start driving piles for the new bents. This area is the closest to any residences, less than 100 ft. It is requested that you furnish us with a report on what actions the contractor is taking to prevent recurrence of these high vibrations.

Sincerely,

Stevan G. Spencer, P.E.
Chief Engineer

SGS:DE:dba

Attachment

xc:   Max L. Hearn, Executive Director
      Gary Benoit, Esq., Senior Counsel w/attachment
      Alan Hunter, Area Engineer, USACE



# ALPHA TESTING AND INSPECTION, INC.

2601-A LEXINGTON AVENUE KENNER, LOUISIANA 70062 TEL: 504-467-9694 FAX: 504-467-0166

Report No. 50                     January 26, 2004                          ATI - 3994

RECEIVED

| | |
|---|---|
| Description | Report of Vibration Monitoring |
| Project | OLD Project No. 24319<br>USACE Contract DACW 29-02-C-0016<br>Hammond Highway Bridge |
| For | The Board of Commissioners<br>of the Orleans Levee District |
| Contractor | The Gulf Group |
| Reported to | The Board of Commissioners<br>of the Orleans Levee District<br>Suite 202, Administration Building<br>6001 Stars and Stripes Boulevard<br>New Orleans, LA 70126-8006<br>Attn: Mr. Stevan G. Spencer, P.E. |

*Duplicate*

**********************************************************************************

On January 19, 2004, our representative, B. Urquhart, reported to the above project for the purpose of monitoring vibrations from construction operations.

Ground vibration measurements were monitored using a Dallas Instrument, Serial No. 2809-17 BR2-3LF Blast Monitor. This instrument performs a vector summation of one (1) vertical and two (2) horizontal vibrations. Scale range is 0 to 4.0 inches per second (IPS).

Ground measurements were monitored at various locations and distances from the construction. All data are shown on the attached log sheet.

The maximum ground vibration reading today was 0.36 inches per second.

ALPHA TESTING & INSPECTION, INC.

Michael A. Devillier
President

2cc: Client

| Client | The Board of Commissioners of the Orleans Levee District | | | Order No. | ATI 3991 |
| Suite 202, Administration Building 6001 Stars & Stripes Boulevard | | | | Date | 1-19-04 |

**Project**   OLD Project No. 24319 USACE Contract DACW 29-02-C-0016 Hammond Hwy. Bridge

**Contractor**   The Gulf Group

**Monitor Type**   Dallas Instruments BR2-3LF Blast Monitor(2806-17)     **Settings**   0" - 4.0"

| Monitor Location | Pile Monitor Distance (Feet) | Time: Start Stop | Max. | Comments |
|---|---|---|---|---|
| 30' from Southwest rear corner of apartment #27. | --- | --- | --- | Calibration |
| 30' from Southwest rear corner of apartment #27. | 60' – 70' | 7:30 a.m. 8:30 a.m. | .39 | Pulling Sheet Pile Notified Contractor |
| 30' from Southwest rear corner of apartment #27. | 60' – 70' | 8:30 a.m. 9:30 a.m. | .36 | Pulling Sheet Pile Notified Contractor |
| 30' from Southwest rear corner of apartment #27. | 60' – 70' | 9:30 a.m. 10:30 a.m. | .21 | Pulling Sheet Pile |
| 30' from Southwest rear corner of apartment #27. | 60' 70' | 10:30 a.m. 11:30 a.m. | .26 | Pulling Sheet Pile Notified Contractor |
| 30' from Southwest rear corner of apartment #27 | 60' – 70' | 11:30 a.m. 12:30 p.m. | .28 | Pulling Sheet Pile Notified Contractor |
| 30' from Southwest rear corner of apartment #27. | 60' – 70' | 12:30 p.m. 1:30 p.m. | .22 | Pulling Sheet Pile |
| 30' from Southwest rear corner of apartment #27. | ----- | ----- | ----- | Calibration |
| | | | | |
| | | | | |
| | | | | |

# ALPHA TESTING AND INSPECTION, INC.



2601-A LEXINGTON AVENUE KENNER, LOUISIANA 70062  TEL: 504-467-9694  FAX: 504-463-9166

Report No. 49                  January 16, 2004                              ATI - 3994

**RECEIVED**

| | |
|---|---|
| Description | Report of Vibration Monitoring |
| Project | OLD Project No. 24319<br>USACE Contract DACW 29-02-C-0016<br>Hammond Highway Bridge |
| For | The Board of Commissioners<br>of the Orleans Levee District |
| Contractor | The Gulf Group |
| Reported to | The Board of Commissioners<br>of the Orleans Levee District<br>Suite 202, *Administration Building*<br>6001 Stars and Stripes Boulevard<br>New Orleans, LA 70126-8006<br>Attn: Mr. Stevan G. Spencer, P.E. |

*Duplicate*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On January 15, 2004, our representative, B. Urquhart & D. Mang, reported to the above project for the purpose of monitoring vibrations from construction operations.

Ground vibration measurements were monitored using a Dallas Instrument, Serial No. 2809-17 BR2-3LF Blast Monitor. This instrument performs a vector summation of one (1) vertical and two (2) horizontal vibrations. Scale range is 0 to 4.0 inches per second (IPS)

Ground measurements were monitored at various locations and distances from the construction. All data are shown on the attached log sheet.

The maximum ground vibration reading today was 0.35 inches per second.

ALPHA TESTING & INSPECTION, INC.

*Michael A. Devillier*

Michael A. Devillier
President

Zee: Chenu

**Client**   The Board of Commissioners of the Orleans Levee District   **Order No.**   ATI   3994

   Suite 202, Administration Building, 6001 Stars & Stripes Boulevard   **Date**   1-15-04

**Project**   OLD Project No. 24319 USACE, Contract DACW 29-02-C-0016 Hammond Hwy. Bridge

**Contractor**   The Gulf Group

**Monitor Type**   Dallas Instruments B&C -11 Blast Monitor(3809-17)   **Settings**   0" - 4.0"

| Monitor Location | Pile Monitor Distance (Feet) | Time; Start Stop | Max. | Comments |
|---|---|---|---|---|
| Southwest rear corner of apartment #27 at fence corner. | | | --- | Calibration |
| Southwest rear corner of apartment #27 at fence corner. | 100' - 20' | 6:30 a.m. 7:30 a.m. | .00 | Mechanical Problems On Stand – By |
| Southwest rear corner of apartment #27 at fence corner. | 100' - 20' | 7:30 a.m. 8:30 a.m. | .00 | Mechanical Problems On Stand – By |
| Southwest rear corner of apartment #27 at fence corner | 100' - 20' | 8:30 a.m. 9:30 a.m. | .00 | Mechanical Problems On Stand – By |
| Southwest rear corner of apartment #27 at fence corner. | 100' - 20' | 9:30 a.m. 10:30 a.m. | .00 | Mechanical Problems On Stand – By |
| Southwest rear corner of apartment #27 at fence corner. | 100' - 20' | 10:30 a.m. 11:30 a.m. | .22 | Pulling Sheet Piles |
| Southwest rear corner of apartment #27 at fence corner. | 100' - 20' | 11:30 a.m. 12:30 p.m. | .24 | Pulling Sheet Piles |
| Southwest rear corner of apartment #27 at fence corner. | 10' - 80' | 12:30 p.m. 1:30 p.m. | .35 | Pulling Sheet Piles Notified Contractor |
| Southwest rear corner of apartment #27 at fence corner | 10' - 80' | 1:30 p.m. 2:00 p.m. | .27 | Pulling Sheet Pile Notified Contractor |
| Southwest rear corner of apartment #27 at fence corner | ...... | ...... | ...... | Calibration |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT "C"

PG. 1 OF 15



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF

January 4, 1988

Engineering Division
Structural Design Section

Mr. Barney T. Martin, Jr.
Modjeski and Masters
Consulting Engineers
1055 St. Charles Avenue
New Orleans, Louisiana 70130

Dear Mr. Martin:

Reference is made to your letter dated November 2, 1987 to Mr. Ed Bailey, Chief Engineer of the Orleans Levee District, and to your letter dated November 12, 1987 to this office, in which you requested our review of the in-progress plans and specifications for the 17th Street Canal, Parallel Flood Protection, Phase 1B, Hammond Highway to Southern Railway, OLB project number 2043-2047.

We are considering changes in the factors of safety used in determining penetration of I-wall sheet piling and changes in the method of determining I-wall deflections. We will let you know more by the end of January 1988. However, we have reviewed the subject plans and specifications based on present criteria and offer the following comments:

a. Sta. 636+00 to Sta. 638.31. Our preliminary analysis indicates that a higher tip penetration for the steel piling in this area can be obtained by applying submerged soil weight on the floodside of the floodwall and also by raising the levee crown to elevation 11.0 National Geodetic Vertical Datum.

b. A transition in sheet pile tip penetration is required for the sections between station 589+00 and station 590+00, station 614+00 and station 615+00, and between station 635+00 and station 636+00.

c. Station 625+00 to Sta. 635+00. Our preliminary analysis indicates that a lower tip penetration of the sheet piling than the penetration shown on the plan is required to satisfy the floodwall stability into the canal.

MODJESKI-E2
01208

-2-

d.  Based on the information presented in the
typical sections, drawing number 3, a discontinuity in
the sheetpile wall would occur at station 589+00.  This
should be clarified.

e.  Our stability analysis of the floodwall reaches
described in enclosures 1 through 8, indicates that a
more economical design for the floodwall in those
reaches can be obtained by using the floodwall layout
depicted on the enclosures.  It is recommended that you
revise the subject plans to reflect the floodwall
layout shown on the enclosures.

f.  Since the dredging of the canal will not extend
into the Jefferson Parish side, the potential for scour
of the levee on this bank of the canal will exist.  To
be able to detect such scour, control lines, as shown
on enclosures 9 through 13 will be required.  These
control lines should be added to the drawings.
Additionally, survey cross-sections of the existing
levee and canal bank, with initial cross-sections of
the levee and dredged canal immediately after
construction and cross-sectional surveys taken on a
yearly basis thereafter, must be provided to this
office.  These surveys are required to detect erosion
into the control lines, which if it occurs, could cause
failure of the subject levee.  Should erosion beyond
the control lines occur, the Sewerage and Water Board
of New Orleans will be responsible for taking
corrective action at their own cost.

If there are any questions concerning our
requirements, please let us know.

Sincerely,

Frederic M. Chatry
Chief, Engineering
Division

Enclosures

MODJESKI-E2
01209

MODJESKI-E2
03210



STA 566 OO TO STA 589 +OO
ORLEANS SIDE

EL 11.6 ▽

L.W.E. -5.0 ▽

EL -10.4

IVON JH

Theoretical Section

FLOODSIDE TOE. SAME AS
MODJESKI + MASTER'S PLANS

TIP EL -30.1

MLL   Net EL 13.6

EL 2.5

~ 11 →

3'

GROSS
DEGRADE –

NET EL 5.5

EL -2.0

EL - 3.0

EL - 4.0

– 34.0
– 2.5

SCALE  1" = 20'
ELEVATION IN FEET NGVD

MODJESKI-E2
01211

Encl. 2

ST 56⁹+00 TO STA 614+00
ORLEANS SIDE

Gross EL 14.1

EL 11.6

EL 2.5

EL -18.5±

L.W.E. -2.0 ▽

THEORETICAL SECTION

TOE SAME AS MODESKI + MASTERS PLANS

FLOODSIDE

Sc. E : 1" = 20'

EL -18.4

Ncf EL 13.
DELGRADE

NcI EL 7.0

EL 3.5

EL -2.0

EL -2.5

TOE EL -14.6

NEI EL

MODJESKI-E2
01212

ENcl 3

STA. 614+00 TO STA. 625+00

ORLEANS , 'DE

SS EL. 14.1

EL. 11.6

Degrade EL. 4.0

L.W.E. ▽ EL. 5.0

EL. 18.4

1 Hor 14

THEORETICAL SECTION

NET EL. 13.6

GL

8'

NET EL. 8.0

EL. 7.0

P. 11

TIP EL. -7.02

FLOODSIDE TOE 3 1E AS MODESKI & MASTERS PLAN

SCALE : 1" = 0'

MODJESKI-E2
01133

ENCL. F



STA. 625+00 TO STA 635+00
ORLEANS SIDE

NET El. 14.1
GROSS El. 14.6
NET EL 8.0
EL 7.5
8'
Degrade
EL 3.5'
FILL
17.5'
El. 12.1
L.W.E.
El. -5.0
THEORETICAL SECTION
1V ON 3H
TIP El. -11.8
El. -17.4
FLOODSIDE TOE SAME AS MODJESKI & MASTERS PLANS

SCALE: 1" = 20'

MODJESKI-E2
01214

Encl 5.

STA. 635+00 TO STA. 647+00
ORLEANS SIDE

T-WALL GROSS EL. 15.1' (NET EL. 14.6')
GROSS LEVEE EL. 11.5' (NET EL. 11.0)

EL. 12.6

THEORETICAL SECTION

EL.-50 L.W.E.

EL.-16.4

FLOOD SIDE TOE SAME
AS MODJESKI & MASTERS

SCALE: 1" = 20'
ELEVATION IN FEET N.G.V.D.

EL.-0.5

TIP EL. 0.0'

MODJESKI-E2
0235

Encl. 6



MODJESKI-E2
01216

Encl. 7



STA 663+00 TO STA 670+00
ORLEANS SIDE

SCALE 1" = 20'
ELEVATION IN FEET NGVD

MODJESKI-E2
01217

End. 8



STA. 568+00  CANAL-SIDE FAILURE

| STRATA | T | End | Cur | ɸ |
|---|---|---|---|---|
| 1 | 120 | 500 | 500 | 0 |
| 2 | 103 | 200 | 500 | 0 |
| 3 | 103 | 380 | 280 | 0 |
| 4 | 103 | 280 | 280 | 0 |
| 5 | 103 | 200 | 380 | 0 |
| 6 | 100 | 580 | 380 | 0 |
| 7 | 122 | 0 | 0 | 30° |

* NOTE: ELEVATIONS REFER TO CAIRO DATUM *

End. 9

7



MODJESKI-E2
01219

Encl. 10



STA 63+00 CANAL-SIDE FAILURE

* NOTE; ELEVATIONS REFER TO CAIRO DATUM *

Encl. 11

AR    8



STA. 61+00 CANAL-SIDE FAILURE

* NOTE: ELEVATIONS REFER TO CAIRO DATUM *

MODJESKI-E2
01221

Encl. 12



STA 638+00  CANAL-SIDE FAILURE

* NOTE: ELEVATIONS REFER TO CAIRO DATUM *

MODJESKI-E2
01222

Encl. 13