FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 23 PM 3: 33

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES *
CONSILIDATED LITIGATION         *
                                *
                                *
                                *
                                *
                                *
                                *
                                *
PERTAINS TO:                    *
(06-6642) Pontchartrain Baptist Church *
                                *
*    *    *    *    *    *    *

CIVIL ACTION NO.
NO. 05-4182


SECTION:  K (2)
JUDGE DUVAL
MAGISTRATE WILKINSON


## PLAINTIFFS'        ) REQUEST FOR JUDICIAL NOTICE
## PURSUANT TO FED. R. EVID. 201 AND EXHIBIT AND TABLE

Plaintiffs, through undersigned counsel, hereby request the Court to take judicial notice pursuant to Fed. R. Evid. 201 of the facts identified on the pages listed from the Reports set forth in Table 1 below.

Additionally attached hereto as Exhibit 1 are pages 55, 137, and 10-39 from the Special Report of the Committee on Homeland Security and Governmental Affairs (United States Senate), *Hurricane Katrina: A Nation Still Unprepared* (2006).

Underseepage, erosion, piping erosion, and liquefaction as a result of "Remote Works" on and adjacent to Bridge Projects at Hammond Highway (17th Street), Mirabeau, Filmore, and Leon C. Simon (London Avenue Canal), including dredging, excavation, and bridge demolition and reconstruction work and services.

___ Fee_____
___ Process_____
_X_ Dktd _____
_√_ CtRmDep_____
___ Doc. No_____

**Table 1**

| FACTS | DESCRIPTION |
|---|---|
| **A** | Nov. 2, 2005, *Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005.*<br>Teams from the University of California at Berkley and the American Society of Civil Engineers, as well as a number of cooperating engineers and scientists.<br>http://www.asce.org/static/hurricane/orlean_report.cfm<br><br>See pages:<br>*Bridge* – 28, 30, 113, 123, 124, 125, 126, 132;<br>*Underseepage* – 29, 31, 32, 33;<br>*Erosion* – 7, 8, 12, 34, 35, 36, 110, 113, 123, 129, 130, 131, 132;<br>*Scour* – 7, 27, 29, 30, 33, 41, 45, 60, 123, 125, 126. |
| **B** | *A Failure of Initiative:* Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina,<br>http://www.gpoaccess.gov/serialset/creports/katrina.html<br>July 12, 2006<br><br>See pages:<br>*Seepage* – 92, 93;<br>*Timing* – 55, 92, 93. |
| **C** | *BERKELEY*, Report of the Committee on Homeland Security and Governmental Affairs, U.S. Senate, Washington D.C.<br>http://www.gpoaccess.gov/serialset/creports/katrinanation.html<br>December 21, 2006<br><br>See pages:<br>*Bridge* – 55; Vol. II, A-4, -5, -15, -16, -17, -18, and-19; Vol. II, F-6, -33, -34, and-39;<br>*Underseepage* – 136, 137, 138;<br>*Liquefaction* – Vol. I, 6-2;<br>*Scour* – 591. |

Out of an abundance of caution, Plaintiffs refer to the Affidavits of Bosworth and Gately, incorporating them by reference. They establish disputed material issues of fact.

Plaintiffs request the Court to take judicial notice of the facts in the Bosworth Affidavit and attachments as well.

Respectfully submitted,

WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
       (504) 813-3283
Fax:   (504) 831-5360
E-mail: weo@theoneilgroup.com

-and-

DON M. RICHARD, (BAR #11226)
ATTORNEY AT LAW
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
       (504) 813-3283
Fax:   (504) 831-5360
E-mail: drichard@dmrlaw.net

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this **23** day of March, 2007.

New Orleans, Louisiana this **27** day of March, 2007.

WILLIAM E. O'NEIL
THE O'NEIL GROUP, L.L.C.
*Counsel for Plaintiffs*
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
(504) 813-3283
Fax:    (504) 831-5360
E-mail: weo@theoneilgroup.com