**MINUTE ENTRY**
**DUVAL, J.**
**February 13, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** *Imperial Trading* C.A. No. 06-4262 | **SECTION "K"(2)** |

Attending a status conference held this date were:

James Garner and Barnell Bludworth for plaintiff and

Joseph Pierre Guichet for defendant.

The conference was held to determine whether consolidation into the *In re Katrina Canal Breaches Consolidate Litigation*, C. A. No. 05-4182, is appropriate. The Court finding that it was, orally instructed the Case Manager to consolidate this matter.

JS-10: 15 MINS.