**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AUTO CLUB FAMILY INSURANCE CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **No. 06-02124** |
| | * | |
| **CHRISTOPHER J. ROOS and** | * | **SECT. K** |
| **REBECCA ROOS** | * | **MAG. 2** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW COUNSEL OF RECORD**

On motion of plaintiff, Auto Club Family Insurance Company, and on suggesting to the court that David I. Bordelon and Matthew J. Ungarino are no longer counsel for plaintiff. Auto Club Family Insurance Company desires to withdraw David I. Bordelon and Matthew J. Ungarino from this cause and that no further electronic notices be sent to them.

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

  /s/   Wayne R. Maldonado          .
***WAYNE R. MALDONADO (#19076)***
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:**   *(504) 836-7554*
**Fax:**            *(504) 836-7566*
E-mail:  wmaldonado@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

  /s/  Wayne R. Maldonado          .
        WAYNE R. MALDONADO