## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUTO CLUB FAMILY INSURANCE  CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **No.  06-02124** |
| | * | |
| **CHRISTOPHER J. ROOS and** | * | **SECT.   K** |
| **REBECCA ROOS** | * | **MAG.   2** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw;

**IT IS ORDERED** by the court that David I. Bordelon and Matthew J. Ungarino be permitted to withdraw as counsel from the representation of plaintiff, Auto Club Family Insurance Company, in this matter and that no further electronic notices be sent to David I. Bordelon and Matthew J. Ungarino.

**THUS DONE, ORDERED AND SIGNED** in chambers in New Orleans, Louisiana, this _____ day of _____, 2007.

_____
                **JUDGE**