FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 21  PM 2:42

LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 28, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-30119  In Re: Katrina Canal
       USDC No.  2:06-CV-1674
                  2:06-CV-1673
                  2:06-CV-1672
                  2:06-CV-516
                  2:06-CV-169
                  2:05-CV-6323
                  2:05-CV-4182

Enclosed is a copy of the court's order granting the motion for stay pending appeal and the motion to expedite the appeal. At the direction of the court, this case is being placed on the oral argument calendar for the week of June 4, 2007. The court's calendar giving the exact date and place of the oral argument will issue at least one month in advance of the oral argument date. **You must strictly adhere to the following briefing schedule so that the briefs are available to the court prior to oral argument:**

Appellants brief is due 3/26/07.
Cross-Appellants brief is due 4/16/07.
State Farm as appellee is due 4/16/07.
Cross-Appellees brief due 5/7/07.
Reply brief is due 5/14/07.

Since the appeal of Travelers Property Casualty does not contain a cross-appeal, Travelers Property Casualty and Xavier University should adhere to the following briefing schedule:

Appellant's brief is due 3/26/07.
Appellees brief is due 4/16/07.
Reply brief is due 4/26/07.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Cindy V Tyler*
Cindy V. Tyler, Deputy Clerk
504-310-7695

Ms Sarah House Barcellona
Mr Stephen G Bullock
Mr Joseph M Bruno
Ms Wanda Jean Edwards
Mr Norval F Elliot III
Mr Calvin Clifford Fayard Jr
Mr David Blayne Honeycutt
Mr Joseph J McKernan
Mr Drew A Ranier
Mr James Parkerson Roy
Mr David S Scalia
Mr Charles Fried
Mr Kevin Michael McGlone
Mr Harry Alston Johnson III
Ms Kelly C Bogart
Mr Daniel G Rauh
Ms Gwendolyn Johnson Samora
Ms Loretta Whyte, Clerk

MOT-2

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-30119

U.S. COURT OF APPEALS
FILED
FEB 28 2007
CHARLES R. FULBRUGE III
CLERK

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G HARVEY, SR

    Plaintiffs - Appellees-Cross-Appellants

v.

HANOVER INSURANCE COMPANY; UNITRIN PREFERRED INSURANCE COMPANY; STANDARD FIRE INSURANCE

    Defendants - Appellants-Cross-Appellees

STATE FARM FIRE AND CASUALTY COMPANY; HARTFORD INSURANCE COMPANY OF THE MIDWEST

    Defendants - Appellees

--------------------------------------------------

KELLY A HUMPHREYS

    Plaintiff - Appellee-Cross-Appellant

v.

ENCOMPASS INDEMNITY COMPANY

    Defendant - Appellant-Cross-Appellee

--------------------------------------------------

XAVIER UNIVERSITY OF LOUISIANA

    Plaintiff - Appellee

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

    Defendant - Appellant

--------------------------------------------------

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY FORSTER; GLENDY FORSTER; ET AL

    Plaintiffs - Appellees-Cross-Appellants

v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY;
AMERICAN INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA HOMEOWNERS AUTO
CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY
INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS
INSURANCE COMPANY OF AMERICA; AEGIS SECURITY INSURANCE COMPANY;
GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY;
STANDARD FIRE INSURANCE COMPANY

Defendants - Appellants-Cross-Appellees

STATE FARM FIRE AND CASUALTY COMPANY; CHUBB CUSTOM
INSURANCE COMPANY

Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion of Appellees-Cross-Appellants Great Northern Insurance Company, Et Al for stay pending appeal is GRANTED

IT IS FURTHER ORDERED that the motion of Appellees-Cross-Appellants Great Northern Insurance Company, Et Al to expedite appeal is GRANTED

IT IS ORDERED that the motion of Appellee State Farm Fire and Casualty Company for stay pending appeal is *GRANTED*

IT IS FURTHER ORDERED that the motion of Appellee State Farm Fire and Casualty Company to expedite the appeal is *GRANTED*

MOT-21