UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **B. GERALD WEEKS** | * | |
| | * | **C.A. No.: Case No. 2007-00112** |
| **Plaintiff,** | * | |
| | * | **SECTION "K"** |
| versus | * | |
| | * | **Magistrate: 2** |
| **EAGAN INSURANCE AGENCY, INC.,** | * | |
| **THE STANDARD FIRE INSURANCE** | * | |
| **COMPANY/TRAVELERS AND** | * | |
| **J. CHRIS NUNGESSER, III** | * | |
| **Defendants.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### EX PARTE MOTION AND
### INCORPORATED MEMORANDUM TO CONSOLIDATE

NOW INTO COURT, through undersigned counsel, comes the plaintiff, **B. GERALD WEEKS,** who moves this Honorable Court to consolidate this matter with the In Re: Katrina Canal Breaches Consolidated Litigation, in compliance with this Court's Order that **"any case concerning the effectiveness of a water damage exclusion in an all risk policy as it pertains to damage allegedly caused by a breach in a canal...be transferred to Section 'K' for consolidation with the In Re: Katrina Canal Breaches Consolidated Litigation."**

The present case involves damage to plaintiff's property in the Lakeview area of New Orleans. Plaintiff's petition alleges that levee breaches in the 17th Street Canal damage to his property and plaintiff seeks to invalidate the water damage exclusion in the STANDARD FIRE policy seeking the declaration that plaintiff's losses were due to breaches in the aforementioned flood walls and which were due to the negligent acts of others, which are perils covered under plaintiff's homeowners policy. (Plaintiff's Petition, Paragraph 25).

This matter was recently transferred to Section 'K' and plaintiff now moves to consolidate this matter, pursuant to Federal Rules of Civil Procedure 42, with the In Re: Katrina Canal Breaches Consolidated Litigation. (No. 05-4182).

        Respectfully submitted,

        s/ David E. Kavanagh
        DAVID E. KAVANAGH
        Bar Roll No. 2019
        WEEKS, KAVANAGH & RENDEIRO
        810 Union Street - Second Floor
        New Orleans, LA 70112
        Telephone: (504)529-5100
        Facsimile: (504) 529-3700

## CERTIFICATE OF SERVICE

_____I hereby certify that I have on this 26th day of March, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

        s/ David E. Kavanagh
        DAVID E. KAVANAGH
        Bar Roll No. 2019
        WEEKS, KAVANAGH & RENDEIRO
        810 Union Street - Second Floor
        New Orleans, LA 70112
        Telephone: (504)529-5100
        Facsimile: (504) 529-3700