**MINUTE ENTRY**
**DUVAL, J.**
**February 23, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: MRGO** | **SECTION "K"(2)** |

Attending a status conference held this date were:

Joe Bruno
Gerry Meunier
Ralph Hubbard and Seth Schmeeckle
Robin Smith and
Magistrate Judge Jay Wilkinson.

The topic of the conference concerned the deadline for filing administrative claims under the Federal Tort Act and the Admiralty Extension Act. Plaintiffs believed that there had been certain representations made in on-going negotiations with respect to the proposed Case Management Order No. 4 that provided for an additional six months under the Admiralty Extension Act.

The Court informed the parties that the appropriate vehicle for a decision concerning this issue was by motion and ordered the filing of same by 9:00 a.m. Monday, February 25, 2007 with a response to be filed by 9:00 Tuesday February 26, 2007.

JS-10: 15 MINS.