UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Robinson v. United States*<br>C.A. No. 06-2268 | SECTION "K"(2) |

## ORDER

It has come to the Court's attention that there are two typographical errors contained in the Order and Reasons concerning *Robinson v. United States,* C.A. No. 06-2268 issued on February 2, 2007 (Doc. 2994). Accordingly,

**IT IS ORDERED** that the Order and Reasons of February 2, 2007 is **AMENDED as follows:**

At p. 9   The citation following the indented paragraph starting with "strongly support the view" and ending with "nationwide flood control programs" reads *Central Green,* 456 F.2d 25-26. That citation is **AMENDED to read** *Graci*, 456 F.2d 25-26.

At p. 19   The first paragraph in the "Exceptions to FTCA Claims" ends with a citation that reads: "*Lively*, 915 F.2d at 297. That citation is **AMENDED to read** *Lively*, 870 F.2d at 297.

New Orleans, Louisiana, this  26th day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE