FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 20  AM 10: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLA F. NEVIL, wife of/and LARRY D. NEVIL** | * | CIVIL ACTION |
| | * | NO.   06-7437 |
| **VERSUS** | * | SECTION "L" |
| **METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, SHELBY BEANE and FIDELITY NATIONAL INSURANCE COMPANY** | * | MAGISTRATE 1 |

\*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come the plaintiffs, CARLA F. NEVIL, wife of/and LARRY D. NEVIL, who, pursuant to 28 U.S.C.A. Section 1447(C), move this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, FIDELITY NATIONAL INSURANCE COMPANY. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this ___19___ day of ___Oct___, 20_06_ served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

___ Fee ____
___ Process ____
X  Dktd ____
√  CtRmDep ____
___ Doc. No ____