📄 - *Click the drill down icon to view detailed return information*

**Service Detail**
| | | | |
|---|---|---|---|
| **Serial #** | 2 | **Date Released for Service** | 8/31/2006 |
| **Service Code** | C/P | **Amount** | $20.00 |
| **Description** | Citation & Petition | **Balance Due** | $0.00 |
| **Attorney** | Pendergast, Gary | | |

**Paper Information**
| | | | |
|---|---|---|---|
| **Name** | METROPOLITAN INS | **Street** | SECY OF STATE |
| **Assigned Deputy** | East Baton Rouge, Sheriff of | **City** | BATON ROUGE |
| **Due Date** | 10/6/2006 | **State** | LA |
| **Returned** | Yes | **Zip** | |

**Returns**
| Date | Time | Returned | Status | Deputy | Address Served |
|---|---|---|---|---|---|
| 📄 9/12/2006 | | Yes | Personal | East Baton Rouge, Sheriff of | SECY OF STATE BATON ROUGE, LA |

Back to Case Summary

**EXHIBIT 1**