UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARLA F. NEVIL, wife of/and<br>LARRY D. NEVIL | * | CIVIL ACTION |
| | * | NO.  06-7437 |
| VERSUS | | |
| | * | SECTION "L" |
| METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>SHELBY BEANE and FIDELITY NATIONAL<br>INSURANCE COMPANY | * | MAGISTRATE 1 |
| | * | |

\* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the 6th day of December, 2006, at 9:00 o'clock a.m. before the Honorable Eldon E. Fallon, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this **19** day of **Oct**, 20**06**, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____