MINUTE ENTRY
DUVAL, J.
February 13, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO:  ALL CASES<br>*Publish to the Web* | SECTION "K"(4) |

  A mandatory status conference was held on **February 13, 2007 at 11:00 a.m.** at which time counsel were given the opportunity to voice their concerns with respect to the Proposed Case Management Order No. 4.  The Court informed all counsel that it had read all of the attachments to Defendants' Motion and Incorporated memorandum in Support for an Expedited Hearing on Proposed Case Management Order No. 4 and the Court further commented thereon. Counsel were then given an opportunity to speak if there were any other comments to be made other than the written ones provided.  The parties were informed that Case Management Order No. 4 would be forthcoming and it would take into consideration some of the concerns of counsel as well as the Court's intention to provide deadlines and goals to prepare these very complex and numerous matters in a posture for trial.

  Counsel were reminded of the Court's Case Management Order No. 3 wherein all defense counsel are instructed **"to send via U.S. Mail or facsimile a letter to Defendant Liaison Counsel, Ralph S. Hubbard III, outlining their contact information, including e-mail address, telephone number, the party(ies) they represent, and the case(s) in which they are**

**involved. Mr. Hubbard's address and fax number are posted on the Court's website for your convenience."** (Doc. 2033 at 2).

Plaintiffs' Liaison Counsel also requested that **with respect to the INSURANCE cases,** each plaintiffs' counsel inform Calvin Fayard at calvinfayard@layardlaw.com or contacting his office by phone at (225) 664-4193**,** the name of your case, the case number and the insurance companies that are made defendants therein.

Finally, the Court noted that because *Robinson v. United States*, C.A. No. 06-2268, concerned only a discrete number of plaintiffs and concerned such a seminal issue–that is the United States' liability for damages arising out of MRGO, the Court would issue a separate Case Management Order in order to bring that case to trial in as expeditious a manner as possible. Accordingly,

**IT IS ORDERED** that counsel for plaintiffs and the Government provide to the Court a report on their respective positions concerning a discovery plan and trial preparation on or before **February 28, 2007.**

JS-10: 45 MINS.