UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION   * <br> * <br> _____   * <br> * <br> LEVEE CASES   * <br> PERTAINS TO:  06-11208   * <br> (Speed)   * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION <br><br> NUMBER  05-4182 <br><br> SECTION "K"  (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

### EX PARTE MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO REMAND

Defendant, the Public Belt Railroad Commission for the City of New Orleans (the "Public Belt"), moves this Court for leave to file the attached Supplemental Memorandum In Opposition of Public Belt Railroad Commission for the City of New Orleans to Motion to Remand. The plaintiff's Motion to Remand is Doc. No. 3030. The "Opposition of the Public Belt Railroad Commission for the City of New Orleans to Plaintiffs' Motion to Remand" is Doc. No. 3277.

A change in circumstances since the filing of the Motion to Remand has rendered that motion moot, as is explained in the Public Belt's Supplemental Memorandum.

Thus, Public Belt respectfully suggests that the Supplemental Memorandum will assist the Court in ruling on the Motion to Dismiss. In compliance with Uniform District Court Rule 7.3E, a proposed order is attached.

-2-

Respectfully submitted,

HAMILTON, BROWN & BABST

*/s/ Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 27th day of March, 2007.

*/s/ Galen S. Brown*
GALEN S. BROWN