UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION          * | | |
| * | | NUMBER  05-4182 |
| * | | |
| _____ * | | SECTION "K"  (2) |
| * | | |
| LEVEE CASES * | | |
| PERTAINS TO:  06-11208 * | | JUDGE DUVAL |
| (Speed) * | | |
| * | | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

O R D E R

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Supplemental Memorandum in Opposition to Motion to Remand;

**IT IS ORDERED** that the Supplemental Memorandum in Opposition to Motion to Remand of the Public Belt Railroad Commission for the City of New Orleans, be filed as requested.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE