UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> _____ § <br> § <br> **PERTAINS TO:** § <br> **LEVEE, MRGO (06-5260)** § <br> **BOBBY L. LEDUFF, ET AL.** § <br> § <br> § <br> § | CIVIL ACTION <br> No. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |

**PLAINTIFFS' RULE 41(a)(2) MOTION TO VOLUNTARILY DISMISS
CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Plaintiffs **Bobby L. Leduff,** *et al.*, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, files this motion to dismiss all of Plaintiffs' claims against only those Defendants named below **without prejudice.**

I.

Based upon representations made by counsel for various Defendants and/or upon the reasoning set forth by this Court in its prior orders dismissing certain Defendants named below, Plaintiffs have determined they no longer wish to pursue their claims against the Defendants named below. Plaintiffs therefore respectfully request that this Court dismiss the following Defendants **only without prejudice**:

1. B & K Construction, Co., Inc.;
2. Burk-Kleinpeter, Inc.;
3. Burk-Kleinpeter, L.L.C.;
4. C.R. Pittman Construction Company, Inc.;
5. CSX Corporation;
6. CSX Transportation, Inc.;

7. GeoTech, Inc.;

8. Gulf Group Inc. of Florida;

9. Miller Excavating Services;

10. Manson Gulf, L.L.C.;

11. Pittman Construction Co. of LA Inc.; and

12. Virginia Wrecking Company, Inc.

**II.**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that upon consideration, this Court enter an Order: 1) dismissing all of Plaintiffs' claims against the above named Defendants **only, without prejudice**. Plaintiffs specifically reserve all rights and causes of action against all other parties.

Respectfully submitted,

**BROUSSARD & HART LLC**

By: _____/s/ Randall Hart_____
   **Randall Hart**
   Louisiana Bar No. 23119
   Admitted to Western District of Louisiana
   Admission to Eastern District of Louisiana Pending
   1301 Common Street
   Lake Charles, LA  70601
   Tel:  (337) 439-2450
   Fax:  (337) 439-3450

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:

**GRADY, SCHNEIDER & NEWMAN, LLP**
   **Peter B. Schneider (TRIAL ATTORNEY)**
Texas State Bar No.: 00791615
**Keith Grady**
Texas State Bar No. 00786853
**William T. Jones, Jr.**
Texas State Bar No. 24032601
801 Congress, 4th Floor
Houston, Texas 77002
Tel:  (713) 228-2200
Fax:  (713) 228-2210

### CERTIFICATE OF SERVICE

   The undersigned certifies that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic filing as required by the Federal Rules of Civil Procedure on this the 27th day of March, 2007.

/s/ Randall Hart
**Randall Hart**