UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § _____ § **PERTAINS TO:** § LEVEE, MRGO (06-5260) § BOBBY L. LEDUFF, ET AL. § § § § | CIVIL ACTION No. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |

**ORDER ON PLAINTIFFS' RULE 41(a)(2) MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Pending before the Court is **PLAINTIFFS' RULE 41(a)(2) MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**. After due consideration of the motion, this Court is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE, **ORDERED**, **ADJUDGED** and **DECREED** that:

A) All of Plaintiffs' claims against the following Defendants only are dismissed WITHOUT prejudice:

1. B & K Construction, Co., Inc.;
2. Burk-Kleinpeter, Inc.;
3. Burk-Kleinpeter, L.L.C.;
4. C.R. Pittman Construction Company, Inc.;
5. CSX Corporation;
6. CSX Transportation, Inc.;
7. GeoTech, Inc.;
8. Gulf Group Inc. of Florida;
9. Miller Excavating Services;
10. Manson Gulf, L.L.C.;
11. Pittman Construction Co. of LA Inc.; and
12. Virginia Wrecking Company, Inc.

   B) Plaintiffs and dismissed Defendants shall bear their own costs.

 SIGNED THIS _____ DAY OF _____, 2007.

              _____
              UNITED STATES DISTRICT JUDGE