UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> VERSUS § <br> § <br> § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> MR-GO § <br> No. 06-2286, *Robinson* § <br> § <br> §  _____ § | CIVIL ACTION NO.: 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) <br> CONS. KATRINA CANAL |

JOINT MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO AMEND
CASE MANAGEMENT ORDER NO. 1

NOW INTO COURT, come Plaintiffs and Defendants, the United States of America, the United States Army Corps of Engineers and Jointly move this Honorable Court for entry of an Order amending Case Management Order No. 1 as follows:

1.

By amending roman numeral I, Initial Disclosures, Plaintiffs, to read:

> Pursuant to Rule 26(f)(1), Plaintiffs shall produce their initial disclosures under Rule 26(a)(1) on April 7, 2007.

2.

By correcting the typographical error in the first Rule citation in roman numeral I, Initial Disclosures, Defendant which presently reads: Rule 26(a)(61)(B) to correctly read:

>Rule 26(a)(1)(B).

3.

By amending roman numeral III, Discovery and Trial Schedule, as follows:

a. By changing the April 2, 2007 event: Request for Production of Documents (Maximum 50 with subgroups) to read:

>Plaintiffs' Request for Production of Documents (Maximum 50 with subgroups).

b. By inserting after the April 2, 2007, an April 30, 2007 event as follows:

>Defendants' Request for Production of Documents (Maximum 50 with subgroups).

c. By amending the May 30, 2007 event to read:

>Defendants' Initial Response to Request for Production of Document Request.

d. By inserting a June 27, 2007 event to read:

>Plaintiffs' Initial Response to Request for Production of Document Request.

e. By changing the August 15, 2007 event to read:

>Designation of all 702c immunity experts.

f. By inserting after the November 2, 2007 at 10:00 a.m. event, the following two

events:

   November 15, 2007: Designation of Plaintiffs' Experts for Trial Purposes.

   December 15, 2007: Designation of Defendants' Experts for Trial Purposes.

g. By amending the February 4, 2008 event by striking the line:: Designation of Experts for Trial Purposes.

**WHEREFORE**, Plaintiffs and Defendant United States respectfully request that the Court enter an Order granting this Joint Motion and thereby amending Case Management Order No. 1 as requested herein.

        Respectfully Submitted:

        s/ Joseph M. Bruno
        JOSEPH M. BRUNO (LSBA No. 3604)
        DAVID S. SCALIA (LSBA 21369)
        Bruno & Bruno, on behalf of
        PIERCE O'DONNELL (*pro hac vice*)
        O'Donnell & Associates PC
        550 S. Hope Street, Suite 1000
        Los Angeles, California 90071
        (213) 347-0290
        (213) 347-0299 (fax)
        pod@oslaw.com
        Attorney for Plaintiffs

        -AND-

        s/ Robin D. Smith
        ROBIN D. SMITH
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 27th day of March, 2007.

                                                  /s/   Joseph M. Bruno
                                                  **JOSEPH M. BRUNO**