UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE, MRGO, RESPONDER | § | |
| 05-4181; 06-1885; 06-2268; 06-4024; | § | |
| 06-4634; 06-5042; 06-5159; 06-5161; | § | |
| 06-5163; 06-5771; 06-5851; 07-206; | § | |
| 07-621; 07-647; 07-1271; 07-1284; | § | |
| 07-1285; 07-1286; 07-1288; 07-1289 | § | |
| | § | |
| _____ | § | |

MOTION TO ENROLL

Trial Attorney Kara K. Miller hereby moves to enroll the appearance of Trial Attorneys Tara A. Bowman, Paul Marc Levine, and Keith Liddle on behalf of the United States of America, defendant in the above-noted cases. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| TARA A. BOWMAN<br>PAUL MARC LEVINE<br>KEITH LIDDLE<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 888<br>Benjamin Franklin Station<br>Washington, D.C.  20044 | TARA A. BOWMAN<br>PAUL MARC LEVINE<br>KEITH LIDDLE<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>1331 Pennsylvania Ave., NW<br>Room 8095N<br>Washington, DC 20004 |

ECF Filing:
tara.bowman@usdoj.gov
paul.levine@usdoj.gov
keith.liddle@usdoj.gov

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Kara K. Miller
Kara K. Miller
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202)-616-4448 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated:  March 28, 2007

## CERTIFICATE OF SERVICE

      I, Kara K. Miller, hereby certify that on March 28, 2007, I served a true copy of the United States' Motion to Enroll and Proposed Order upon all parties by ECF or first class mail:


          s/ Kara K. Miller
             Kara K. Miller