UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE, MRGO, RESPONDER | § | |
|     05-4181; 06-1885; 06-2268; 06-4024; | § | |
|     06-4634; 06-5042; 06-5159; 06-5161; | § | |
|     06-5163; 06-5771; 06-5851; 07-206; | § | |
|     07-621; 07-647; 07-1271; 07-1284; | § | |
|     07-1285; 07-1286; 07-1288; 07-1289 | § | |
| | § | |
| _____ | § | |

ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Tara A. Bowman, Paul Marc Levine, and Keith Liddle, as counselors of record for defendant, the United States of America.

New Orleans, Louisiana, this ___ day of _____, 2007.

_____
United States District Judge