UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> ──────────────────────── § <br> § <br> PERTAINS TO: § <br> LEVEE (06-5260) § <br> BOBBY L. LEDUFF, ET AL. § <br> § <br> § <br> § | CIVIL ACTION <br> No. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |

### APPLICATION FOR WILLIAM T. JONES, JR. TO APPEAR PRO HAC VICE

I, Randall Hart, file this *Application for William T. Jones, Jr. To Appear Pro Hac Vice* before the United States District Court for the Eastern District of Louisiana.

### I.
### APPLICATION

1. William T. Jones, Jr. ("Jones") is an attorney and member of the law firm Grady, Schneider, & Newman, LLP located at 801 Congress, Avenue, Houston, Texas 77002.

2. Grady, Schneider, & Newman, LLP has been retained by the Plaintiffs to provide legal representation in the above-captioned case.

3. Since 2001, Jones has been and presently is a member in good standing of the Texas Bar. Jones' Texas bar number is 24032601. Attached hereto is a copy of Jones' Certificate of Good Standing.

4. In the past three years, Jones has not applied to appear pro hac vice before this Court.

5. Jones has not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

6. Jones has not been the subject of any disciplinary proceeding before any court or administrative body.

7. Jones, by his signature below, certifies that he has read and is familiar with the local civil rules of this

Court and that he will comply with these rules.

8.  If granted permission to appear before this court, Jones will designate Randall Hart as local counsel to assist him in this proceeding. Randall Hart's office address is 1301 Common Street, Lake Charles, Louisiana, 70601.

## II.

## CONCLUSION AND PRAYER

9.  For the reasons set forth herein, I, respectfully ask the Court to grant this application and allow Jones to appear pro hac vice before this Court until the conclusion of this case.

Respectfully submitted,

BROUSSARD & HART LLC

By: _____
**Randall Hart**
Louisiana Bar No. 23119
Admitted to Western District of Louisiana
Admission to Eastern District of Louisiana
   Pending
1301 Common Street
Lake Charles, LA 70601
Tel: (337) 439-2450
Fax: (337) 439-3450

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:

GRADY, SCHNEIDER & NEWMAN, LLP

By: _____
**Peter B. Schneider (TRIAL ATTORNEY)**
Texas State Bar No.: 00791615
**Keith Grady**
Texas State Bar No. 00786853
**William T. Jones, Jr.**
Texas State Bar No. 24032601
**Rodney Miles**
Texas State Bar No. 24027514
801 Congress, 4th Floor
Houston, Texas 77002
Tel: (713) 228-2200
Fax: (713) 228-2210

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic filing as required by the Federal Rules of Civil Procedure on this the 28th day of March, 2007.

/s/ Randall Hart
**Randall Hart**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION § § § | |
| § | CIVIL ACTION |
| PERTAINS TO: § | No. 05-4182 "K" (2) |
| LEVEE (06-5260) § | JUDGE DUVAL |
| BOBBY L. LEDUFF, ET AL. § | MAGISTRATE WILKINSON |
| § § § | |

**AFFIDAVIT OF WILLIAM T. JONES JR.**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

**BEFORE ME,** the undersigned authority, on this day personally appeared **WILLIAM T. JONES, JR.**, known to me to be the person whose name is subscribed below, who after being first duly sworn, did depose and say as follows:

1. "My name is William T. Jones, Jr. I am over the age of twenty-one years and of sound mind. As such, I am competent to make this Affidavit. I am a licensed attorney in the State of Texas. All of the statements contained herein are of my personal knowledge and they are true and correct."

2. I am an attorney at the law firm of Grady, Schneider, & Newman LLP, 801 Congress, Fourth Floor, Houston, Texas, 77002. I am an attorney of record for the Plaintiffs in the above styled cause. I am a member in good standing of the State Bar of Texas. I am also admitted to practice before the U.S. District Court, Southern and Eastern District of Texas. I have been licensed to practice law in the State of Texas since 2001.

3. In the past three years, I have not applied to appear pro hac vice before this Court.

4. I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

5. I have not been the subject of any disciplinary proceeding before any court or administrative body.

6. I have never had any criminal charges instituted against me.

7. I have read and am familiar with the local civil rules of the United States District Court for the Eastern District of Louisiana and will comply with said rules.

Further, Affiant sayeth not."

_____
WILLIAM T. JONES, JR.

SWORN TO AND SUBSCRIBED BEFORE ME on this 29th day of January, 2007.

MARGIE FISCH
My Commission Expires
April 12, 2010

_Margie Fisch_
NOTARY PUBLIC, STATE OF TEXAS
Name printed: Margie Fisch
My Commission Expires: 4-12-10

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

January 10, 2007

Re:   William Truman Jones, Jr., State Bar Number 24032601

To Whom It May Concern:

This is to certify that Mr. William Truman Jones, Jr. was licensed to practice law in Texas on November 2, 2001, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Jones' law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/et

