UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§ | |
| _____ | § | CIVIL ACTION |
| PERTAINS TO: | § | No. 05-4182 "K" (2) |
| LEVEE (06-5260) | § | JUDGE DUVAL |
| BOBBY L. LEDUFF, ET AL. | § | MAGISTRATE WILKINSON |
| | §<br>§<br>§ | |

APPLICATION FOR KEITH GRADY TO APPEAR PRO HAC VICE

I, Randall Hart, file this *Application for Keith Grady To Appear Pro Hac Vice* before the United States District Court for the Eastern District of Louisiana.

I.
APPLICATION

1.    Keith Grady ("Grady") is an attorney and partner of the law firm Grady, Schneider, & Newman, LLP located at 801 Congress, Avenue, Houston, Texas 77002.

2.    Grady, Schneider, & Newman, LLP has been retained by the Plaintiffs to provide legal representation in the above-captioned case.

3.    Since September 1993, Grady has been and presently is a member in good standing of the Texas Bar. Grady's Texas bar number is 00786853.  Attached hereto is a copy of Grady's Certificate of Good Standing.

4.    In the past three years, Grady has not applied to appear pro hac vice before this Court.

5.    Grady has not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

6.    Grady has not been the subject of any disciplinary proceeding before any court or administrative body.

7.    Grady, by his signature below, certifies that he has read and is familiar with the local civil rules of this

Court and that he will comply with these rules.

8.     If granted permission to appear before this court, Grady will designate Randall Hart as local counsel to assist him in this proceeding. Randall Hart's office address is 1301 Common Street, Lake Charles, Louisiana, 70601.

## II.

## CONCLUSION AND PRAYER

9.     For the reasons set forth herein, I, respectfully ask the Court to grant this application and allow Grady to appear pro hac vice before this Court until the conclusion of this case.

Respectfully submitted,

BROUSSARD & HART LLC

By: _____

**Randall Hart**
Louisiana Bar No. 23119
Admitted to Western District of Louisiana
Admission to Eastern District of Louisiana
    Pending
1301 Common Street
Lake Charles, LA 70601
Tel: (337) 439-2450
Fax: (337) 439-3450

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

OF COUNSEL:

GRADY, SCHNEIDER & NEWMAN, LLP

By: _____

**Peter B. Schneider (TRIAL ATTORNEY)**
Texas State Bar No.: 00791615
**Keith Grady**
Texas State Bar No. 00786853
**William T. Jones, Jr.**
Texas State Bar No. 24032601
**Rodney Miles**
Texas State Bar No. 24027514
801 Congress, 4th Floor
Houston, Texas 77002
Tel: (713) 228-2200
Fax: (713) 228-2210

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic filing as required by the Federal Rules of Civil Procedure on this the 28th day of March, 2007.

/s/ Randall Hart
**Randall Hart**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § | |
| _____ | § | CIVIL ACTION |
| PERTAINS TO: | § | No. 05-4182 "K" (2) |
| LEVEE (06-5260) | § | JUDGE DUVAL |
| BOBBY L. LEDUFF, ET AL. | § | MAGISTRATE WILKINSON |
| | § § § | |

## AFFIDAVIT OF KEITH GRADY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

**BEFORE ME,** the undersigned authority, on this day personally appeared **KEITH GRADY**, known to me to be the person whose name is subscribed below, who after being first duly sworn, did depose and say as follows:

1.   "My name is Keith Grady.  I am over the age of twenty-one years and of sound mind.  As such, I am competent to make this Affidavit.  I am a licensed attorney in the State of Texas.  All of the statements contained herein are of my personal knowledge and they are true and correct."

2.   I am a partner at the law firm of Grady, Schneider, & Newman LLP, 801 Congress, Fourth Floor, Houston, Texas, 77002. I am an attorney of record for the Plaintiffs in the above styled cause.  I am a member in good standing of the State Bar of Texas.  I am also admitted to practice before the U.S. District Court, Southern and Eastern District of Texas.  I have been licensed to practice law in the State of Texas since 1993.

3.   In the past three years, I have not applied to appear pro hac vice before this Court.

4.   I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

5.   I have not been the subject of any disciplinary proceeding before any court or administrative body.

6.   I have never had any criminal charges instituted against me.

7.   I have read and am familiar with the local civil rules of the United States District Court for the Eastern District of Louisiana and will comply with said rules.

Further, Affiant sayeth not."

_____
KEITH GRADY

SWORN TO AND SUBSCRIBED BEFORE ME on this 29th day of January, 2007.

NOTARY PUBLIC, STATE OF TEXAS
Name printed: _Margie Fisch_
My Commission Expires: _4-12-10_

MARGIE FISCH
My Commission Expires
April 12, 2010

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

January 10, 2007

Re:   Garland Keith Grady, State Bar Number 00786853

To Whom It May Concern:

This is to certify that Mr. Garland Keith Grady was licensed to practice law in Texas on September 10, 1993, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Grady's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/et



P.O. BOX 12487,  AUSTIN,  TEXAS 78711-2487,  512-453-5535 or 1-877-953-5535