UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: KATRINA CANAL BREACHES § 
CONSOLIDATED LITIGATION § 
§ 
§ CIVIL ACTION
PERTAINS TO: § No. 05-4182 "K" (2)
LEVEE (06-5260) § JUDGE DUVAL
BOBBY L. LEDUFF, ET AL. § MAGISTRATE WILKINSON
§ 
§ 
§ 

## ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering the Application for *Peter Schneider To Appear Pro Hac Vice* before the United States District Court for the Eastern District of Louisiana, the Court GRANTS said application and ORDERS that Peter Schneider be allowed to appear pro hac vice until the conclusion of this case.

Signed on _____, 2007.

_____
UNITED STATES DISTRICT JUDGE