UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-11208 | * | JUDGE DUVAL |
| (Speed) | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Supplemental Memorandum in Opposition to Motion to Remand;

**IT IS ORDERED** that the Supplemental Memorandum in Opposition to Motion to Remand of the Public Belt Railroad Commission for the City of New Orleans, be filed as requested.

New Orleans, Louisiana, this __28th__ day of __March__, 2007.

Stanwood R. Duval
United States District Judge