UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | JUDGE DUVAL |
| Insurance 06-3509 | * | MAG. WILKINSON |
| (Lundy Enterprises) | * | |
| | * | |

*******************************************

## WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, IMA of Kansas, Inc., who submits the following list of witnesses who may be called at the trial of this matter:

1. Samantha Hallenus – Lundy Enterprises;

2. Michael Lundy – Lundy Enterprises;

3. Laverta Lundy – Lundy Enterprises;

4. Larry Lundy – Lundy Enterprises;

5. Agnes R. Saia – Landlord;

6. Representative from Westport Insurance Company;

7. Representative from Wausau Insurance Company;

8. Representative from Lundy Enterprises, LLC;

9. Representative from M-LUND Enterprises, LLC;

10. Representative from FEMA;

11. Representative from NFIP;

12. Any and all experts listed by any parties;

13. A surveyor to be named;

14. A representative of Whitney National Bank;

15. A representative from IMA;

16. A representative from IPHFHA;

17. A representative from Glapion Insurance Agency;

18. Contractors to be named;

19. Engineers to be named;

20. Architect to be named;

21. Glenn Nyberg – IMA of Kansas;

22. Any witness listed by any other party

Respectfully submitted,

*DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK*

s/ Lawrence J. Duplass

_____
**LAWRENCE J. DUPLASS  #5199**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FAX:  (504) 837-3119
**Counsel for Defendant, IMA of Kansas, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of March, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

                              s/ Lawrence J. Duplass
                              _____
                              LAWRENCE J. DUPLASS
                              lduplass@duplass.com