UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | |
| 06-3509 | * | SECTION "K" (5) |
| (Lundy Enterprises) | * | |
| | * | |

*******************************************

# EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, comes defendant, IMA of Kansas, Inc., who submits the following list of exhibits to be used at the trial of this matter:

1. Westport Insurance Policy No. MZ32645951 for period 07/01/03 to 07/01/04 issued to Lundy Enterprises, LLC and M-LUND Enterprises, LLC and all endorsements thereto;

2. Westport Insurance Policy No. WCP13001956300 (Renewal of Number MZ32645951) for period 07/01/04 to 07/01/05 issued to Lundy Enterprises, LLC and M-LUND Enterprises, LLC and all endorsements thereto;

3. Wausau Insurance Companies Policy No. YYJ-Z91-438377-015 for period 07/01/05 to 07/01/06 issued to Lundy Enterprises, LLC and M-LUND Enterprises, LLC and all endorsements thereto;

4. All underwriting files including correspondence and emails and written materials regarding the captioned matter;

5. All IPHFHA files and documents regarding underwriting, insurance coverage, and claims regarding Lundy Enterprises, LLC and M-LUND Enterprises, LLC;

6. All claims files and documents and letters and emails regarding Lundy Enterprises, LLC and M-LUND Enterprises, LLC;

7. All discovery and exhibits and attachments to discovery in the captioned matter;

8. All business records and documentation and emails regarding underwriting, insurance coverage, and claims regarding the captioned matter;

9. All records regarding scope of damages, cost of damages, estimates of repairs, submissions by contractors and engineers, photographs of alleged damaged property and documentation showing payments made for damaged property in connection with the captioned matter;

10. FEMA/Flood Zone information;

11. All submissions made by Lundy Enterprises, LLC and M-LUND Enterprises, LLC to Wausau and/or IMA for payment of claims;

12. Any and all documentation and information regarding insurance proposals to and from Lundy Enterprises, LLC and M-LUND Enterprises, LLC among the parties to this litigation as well as among other parties not in this litigation;

13. Any and all expert reports;

14. NFIP rules, regulations, documentation and information regarding application for coverage, claims asserted, payments made and feasibility of obtaining insurance coverage in connection with the captioned matter;

15. Site plans, engineering surveys and elevation surveys of the property in question in connection with the captioned matter;

16. Any and all documentation regarding attempts by Lundy Enterprises, LLC and M-LUND Enterprises, LLC to obtain NFIP insurance coverage and/or any other insurance coverage;

17. Any and all file material from any other insurance agencies and documentation regarding insurance coverage for Lundy Enterprises, LLC and M-LUND Enterprises, LLC and/or requests to obtain insurance coverage including but not limited to flood insurance and hurricane insurance and other insurance;

18. Any and all Whitney National Bank records regarding insurance coverage, applications for insurance, insurance payments and insurance information regarding the captioned matter;

19. Any and all records of Lundy Enterprises, LLC and M-LUND Enterprises, LLC in connection with the captioned matter;

20. Any and all records of Wausau Insurance Company regarding the captioned matter;

21. Any and all records of Westport Insurance Company regarding the captioned matter;

22. Any and all records of NFIP and FEMA regarding the captioned matter;

23. Any and all records of IMA regarding the captioned matter;

24. Any and all records of IPHFHA regarding the captioned matter;

25. Any and all records of any insurance company and/or any insurance agency in connection with the captioned matter;

26. Any and all exhibits listed by any other party.

>Respectfully submitted,
>
>*DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK*
>
>s/ Lawrence J. Duplass
>
>_____
>**LAWRENCE J. DUPLASS  #5199**
>3838 N. Causeway Blvd., Suite 2900
>Metairie, Louisiana 70002
>TELEPHONE: (504) 832-3700
>FAX:  (504) 837-3119
>**Counsel for Defendant, IMA of Kansas, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

>s/ Lawrence J. Duplass
>_____
>LAWRENCE J. DUPLASS
>lduplass@duplass.com