UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

### SECOND JOINT MOTION TO AMEND
### CASE MANAGEMENT AND SCHEDULING ORDER No. 4

The Second Joint Motion of Plaintiffs in the MRGO[1] and Levee cases and MRGO and Levee Defendants respectfully represents:

1.

Plaintiffs in the MRGO and Levee cases and Defendants in the MRGO and Levee cases, each acting through their respective undersigned liaison counsel, jointly move the Court for an Order amending the CMO as follows.

---

[1]  This motion is not intended to include or impact the *Robinson* (06-2286) Case Management Order.

864822v.1

- 2 -

864822v.1

2.

The parties desire to amend Paragraph III(D)(2) to move the deadline for submission of Plaintiffs' Class-Certification Experts' Written Reports from August 10, 2007 to July 30, 2007.

3.

The parties have agreed to extend the deadline for submission of Defendants' Class-Certification Experts' Written Reports from August 24, 2007 to August 27, 2007.

4.

The parties desire to amend Paragraph III(D)(6) to extend the deadline for Class-Certification Expert Depositions from September 14, 2007 to September 17, 2007.

5.

The parties recognize that any determination as to the propriety of class certification may require examination of issues and/or facts unique to the Defendant United States Army Corps of Engineers. In order to accommodate the needs of all parties, the parties desire to amend Paragraph III(B)(2) to permit the plaintiffs and defendants to submit to the other side thirty-five (35) interrogatories, sixty (60) requests for admission, and sixty (60) requests for production, all limited to class-certification issues.

**WHEREFORE**, plaintiffs and defendants in the Levee and MRGO cases jointly ask the Court to amend the Case Management and Scheduling Order No. 4, as proposed herein.

Dated:       March 28, 2007                    Respectfully submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno, Bar No. 3604
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:  504 525-1335
Facsimile:   504 561-6775
jbruno@brunobrunolaw.com

*Plaintiffs' Liaison Counsel*

/s/ William D. Treeby
William D. Treeby, Bar No. 12901
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone:  504-581-3200
Facsimile:  504-581-3361
wtreeby@stonepigman.com

*Defendants' Contractors Litigation Committee Representative and Counsel of Record for Defendant Washington Group International*

/s/ Ralph S. Hubbard, III
Ralph S. Hubbard, III, La. Bar 7040
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  504-568-1990
Facsimile:   504-310-9195
rhubbard@lawla.com

*Defendant Liaison Counsel*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Second Joint Motion to Amend Case Management and Scheduling Order No. 4 has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail, postage prepaid and properly addressed, this 28th day of March, 2007.

/s/ William D. Treeby
William D. Treeby

864822v.1