864822v.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

## **PROPOSED ORDER**

Considering the foregoing Second Joint Motion to Amend Case Management and Scheduling Order No. 4;

The Motion is **GRANTED** and Case Management Order No. 4 be and is hereby **AMENDED** as follows:

1.

Levee and MRGO Plaintiffs' Class-Certification Written Expert Reports are due on or before July 30, 2007.

2.

Levee and MRGO Defendants' Class-Certification Expert Reports are due on or before August 27, 2007.

- 2 -

3.

The deadline for Levee and MRGO Class-Certification Expert Depositions is September 17, 2007.

4.

The Levee and MRGO plaintiffs and defendants shall submit to the other side thirty-five (35) interrogatories, sixty (60) requests for admission, and sixty (60) requests for production, all limited to class-certification issues.

NEW ORLEANS, LOUISIANA, this _____ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE