UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> _____ § <br> **PERTAINS TO:** § <br> LEVEE, MRGO (06-5260) § <br> BOBBY L. LEDUFF, ET AL. § <br> § <br> § <br> § | CIVIL ACTION <br> No. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |

**ORDER ON PLAINTIFFS' RULE 41(a)(2) MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**

Pending before the Court is **PLAINTIFFS' RULE 41(a)(2) MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE**. After due consideration of the motion, this Court is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE, **ORDERED**, **ADJUDGED** and **DECREED** that:

A) All of Plaintiffs' claims against the following Defendants only are dismissed WITHOUT prejudice:

1. B & K Construction, Co., Inc.;
2. Burk-Kleinpeter, Inc.;
3. Burk-Kleinpeter, L.L.C.;
4. C.R. Pittman Construction Company, Inc.;
5. CSX Corporation;
6. CSX Transportation, Inc.;
7. GeoTech, Inc.;
8. Gulf Group Inc. of Florida;
9. Miller Excavating Services;
10. Manson Gulf, L.L.C.;
11. Pittman Construction Co. of LA Inc.; and
12. Virginia Wrecking Company, Inc.

B) Plaintiffs and dismissed Defendants shall bear their own costs.

**DENIED**

SIGNED THIS __28th__ DAY OF _____March_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

There is no representation to the Court in the body of this motion,

that defendants have no opposition to this motion

as is required under Fed. R. Civ. P. 41.   Plaintiff may refile motion upon proper

representation of no opposition by any defendant listed herein.