UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **B. GERALD WEEKS** | C.A. No.: Case No. 2007-00112 |
| Plaintiff, | |
| versus | SECTION "K" |
| | Magistrate: 2 |
| **EAGAN INSURANCE AGENCY, INC.,** | |
| **THE STANDARD FIRE INSURANCE** | |
| **COMPANY/TRAVELERS AND** | |
| **J. CHRIS NUNGESSER, III** | |
| Defendants. | |

## ORDER

**DENIED AS MOOT**

Considering the above and foregoing Ex Parte to Consolidate of plaintiff, **B. GERALD WEEKS,** and considering that this matter was recently transferred to Section "K";

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter is hereby consolidated with 05-4182 (In Re: Katrina Canal Breaches Consolidated Litigation).

**NEW ORLEANS, LOUISIANA,** this ___28th___ day of ___March___, 2007

_____
Stanwood R. Duval
United States District Judge

**CERTIFICATE OF SERVICE**

_____ I hereby certify that I have on this 26th day of March, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ David E. Kavanagh
DAVID E. KAVANAGH
Bar Roll No. 2019
WEEKS, KAVANAGH & RENDEIRO
810 Union Street - Second Floor
New Orleans, LA 70112
Telephone: (504)529-5100
Facsimile: (504) 529-3700