UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUTO CLUB FAMILY INSURANCE CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **No. 06-02124** |
| | * | |
| **CHRISTOPHER J. ROOS and** | * | **SECT. K** |
| **REBECCA ROOS** | * | **MAG. 2** |

*****************************************

## ORDER

Considering the foregoing Motion to Withdraw;

**IT IS ORDERED** by the court that David I. Bordelon and Matthew J. Ungarino be permitted to withdraw as counsel from the representation of plaintiff, Auto Club Family Insurance Company, in this matter and that no further electronic notices be sent to David I. Bordelon and Matthew J. Ungarino.

**THUS DONE, ORDERED AND SIGNED** in chambers in New Orleans, Louisiana, this 28th day of March, 2007.

_____
**JUDGE**