UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:    *Aaron,* 06-4746 | * * * | MAG. (2) - MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Unopposed Motion to Voluntarily Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted in this lawsuit against Balboa Insurance Company are **DISMISSED**, without prejudice, at Plaintiffs' cost, and with reservation of all of the Plaintiffs' claims against all other parties named and unnamed.

New Orleans, Louisiana, this  28th   day of _____March_____, 2007.*

_____
UNITED STATES DISTRICT JUDGE

*Based on the representation that the motion is unopposed in the title of the motion.
 IT IS FURTHER ORDERED that the ADMINSTRATIVE CLOSURE is LIFTED solely for the purpose of entering this order.