UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| GENEVIEVE WILLIAMS, ROSETTA IRONS AND ERIC IRONS, AND ELLA FOSTER AND HOWARD FOSTER, JR.<br><br>    Plaintiffs,<br><br> VERSUS<br><br>STATE FARM FIRE AND CASUALTY COMPANY, ALLSTATE INDEMNITY COMPANY, AND LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION<br><br>    Defendants. | *<br>* CIVIL ACTION<br>*<br>* NO. 06-2919<br>*<br>* SECTION "R"<br>*<br>* JUDGE VANCE<br>*<br>* MAGISTRATE JUDGE CHASEZ<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO STAY

For the reasons set forth more fully in the accompanying memorandum, Defendants State Farm Fire and Casualty Company ("State Farm"), Allstate Insurance Company ("Allstate"), and Louisiana Citizens Property Insurance Corporation ("Louisiana Citizens") respectfully move to stay these proceedings pending rulings by another Section of this Court and by the United States Fifth Circuit Court of Appeals.

**WHEREFORE**, State Farm Fire and Casualty Company, Allstate Insurance Company, and Louisiana Citizens Property Insurance Corporation respectfully move to stay

840456v.1

- 2 -

these proceedings pending rulings by another Section of this Court and by the United States Fifth Circuit Court of Appeals.

Dated: November 21, 2006

Respectfully submitted,

*/s/Heather S. Lonian*
Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Andrea L. Fannin, 26280
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire And Casualty Company

*[signature: Judy Y. Barrasso]*

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Indemnity
 Company

840456v.1

- 3 -

                                      BIENVENU, FOSTER, RYAN &
                                      O'BANNON

                                      BY: */s/Gregory J. McDonald*
                                      JOHN W. WATERS, JR. (#13258)
                                      GREGORY J. MCDONALD (#1933)
                                      DAVID E. WALLE (#13199)
                                      1010 Common Street, Suite 2200
                                      New Orleans, LA 70112-2401
                                      Telephone:   (504) 310-1500
                                      Fax:   (504) 310-1501

                                      Attorneys for Louisiana Citizens Property
                                      Insurance Corporation

## **C E R T I F I C A T E**

      I hereby certify that a copy of the above and foregoing Joint Motion to Stay has been served upon all counsel of record by placing same in the United States mail and/or via the Court's CM/ECF electronic notification of filing, this 21st day of November, 2006.

                                      */s/Heather S. Lonian*

840456v.1