UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENEVIEVE WILLIAMS, ROSETTA IRONS AND ERIC IRONS, AND ELLA FOSTER AND HOWARD FOSTER, JR. | * CIVIL ACTION<br>*<br>* NO. 06-2919<br>*<br>* SECTION "R" |
| Plaintiffs, | *<br>* JUDGE VANCE |
| VERSUS | *<br>* MAGISTRATE JUDGE CHASEZ |
| STATE FARM FIRE AND CASUALTY COMPANY, ALLSTATE INDEMNITY COMPANY, AND LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION | *<br>*<br>*<br>* |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that State Farm Fire & Casualty Company, Allstate Indemnity Company, and Louisiana Citizens Property Insurance Corporation will bring their Joint Motion to Stay in *Genevieve Williams et al. v. State Farm Fire and Casualty Company et al.* before the Honorable Judge Sarah S. Vance of the United States District Court for the Eastern District of Louisiana, on the 13th day of December, 2006 at 10:00 a.m. in the United States District Courthouse, 500 Camp Street, New Orleans, or as soon thereafter as the parties may be heard.

840458v.1

Dated: November 21, 2006	Respectfully submitted,

*/s/Heather S. Lonian*
Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Andrea L. Fannin, 26280
Heather S. Lonian, 29956
	Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire And Casualty Company

*[signature: Judy Y. Barrasso]*

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Indemnity
 Company

- 2 -

840458v.1

BIENVENU, FOSTER, RYAN & O'BANNON

BY: */s/Gregory J. McDonald*
JOHN W. WATERS, JR. (#13258)
GREGORY J. MCDONALD (#1933)
DAVID E. WALLE (#13199)
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401

Telephone: (504) 310-1500
Fax: (504) 310-1501

Attorneys for Louisiana Citizens Property Insurance Corporation

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by placing same in the United States mail and/or via the Court's CM/ECF electronic notification of filing, this 21st day of November, 2006.

*/s/Heather S. Lonian*