FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 15 AM 11: 26

LORETTA G. WHYTE
CLERK

## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HAMMER, et al. | CIVIL ACTION |
| Plaintiffs, | NO. 06-9152 SECTION "K"(2) |
| VERSUS | JUDGE DUVAL |
| STATE FARM FIRE AND CASUALTY COMPANY | JUDGE WILKINSON |
| Defendant. | |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

NOW INTO COURT, through undersigned counsel come Plaintiffs, Jason Hammer, *et al.*, who in accordance with Fed. R. Civ. P. 23(c), respectfully move this Court for an Order pursuant to Fed. R. Civ. P. 23(a) and Fed. R. Civ. P. 23(b)(3) certifying the above captioned matter as a class action because the statutory requisites of numerosity, commonality, typicality, adequate representation and predominance are satisfied and the class action is the superior method of adjudicating Plaintiffs' claims.

___ Fee_____
___ Process_____
X Dktd_____
V CtRmDep_____
___ Doc. No_____

1

Respectfully submitted,

FOR PLAINTIFF JASON HAMMER, et al.

/s/ Kevin Katner
Kevin J. Katner, 21306
4465 Painters Street
New Orleans, Louisiana 70122
Telephone: (504) 301-0698

/s/ J. Samuel Tenenbaum
J. Samuel Tenenbaum, Illinois Bar No. 15245
Bluhm Legal Clinic
357 Chicago Avenue
Chicago, Illinois 60611
Telephone: (312) 503-4808

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation and Order has been served upon each counsel of record, via United States mail, postage pre-paid and properly addressed, on March 15, 2007.

/s/ Kevin Katner
Kevin Katner

2