UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON HAMMER, Individually and on behalf of all others similarly situated, | * | CIVIL ACTION |
| | * | |
| | * | NO.: 06-9152 |
| PLAINTIFFS, | * | |
| | * | SECTION: "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| STATE FARM FIRE & CASUALTY CO., | * | |
| | * | MAG. WILKINSON |
| DEFENDANT. | * | |
| | * | |

*******************************************

### NOTICE OF HEARING

**PLEASE TAKE NOTICE,**

That plaintiff's Motion for Class Certification will be heard in open court at 9:30 a.m. on Wednesday, May 2nd, 2007, Section "K" of the United States District Court for the Eastern District of Louisiana before the Honorable Judge Stanwood Duval, regarding plaintiff's intention to have the above captioned matter certified as a class action.

Respectfully submitted,

FOR PLAINTIFF JASON HAMMER, et al.

_____
Kevin J. Katner, LA Bar No. 21306
4465 Painters Street
New Orleans, Louisiana 70122
Telephone: (504) 301-0698

/s/ J. Samuel Tenenbaum
J. Samuel Tenenbaum, Illinois Bar No. 15245
Bluhm Legal Clinic
357 Chicago Avenue
Chicago, Illinois 60611
Telephone: (312) 503-4808