UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br>05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO:<br>INSURANCE (06-4917) | *<br>* | JUDGE DUVAL<br>MAG. WILKINSON |

**************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

1.

Plaintiff filed this lawsuit on August 28, 2006. The lawsuit avered that Defendant has improperly denied Plaintiff of insurance benefits and sought from Defendant proper payment of her claim plus penalties and damages.

2.

Throughout her Complaint the Plaintiff refers to "rising water" damages to the area, and at times even to her property. The references to any "rising water" damage at this property was made in error. Plaintiff's home did not have any damages as the result of flood or rising water, and accordingly, the Plaintiff now seeks to Amend her Complaint to properly reflect that all damages were wind related and that she does not have a cause of action under the "third party liability" provisions in her insurance contract and/or Louisiana "valued policy" law (La. Rev. Stat. § 22:69).

3.

On November 13, 2006, based on the above discussed provisions that were made part of Plaintiff's Complaint in error, this suit was transferred to Section K to be consolidate with other cases related to the canal breaches and "water exclusion" contract provisions.

4.

Plaintiff seeks to have her case removed from this consolidation. To qualify her case for this transfer, Plaintiff now seeks to amend her Complaint.

5.

Plaintiff made one amendment to her Complaint on December 14, 2006, based on the foregoing. It came to her attention since that date that she had not completely amended as necessary, and hereby requests to make a second amendment to her complaint.

6.

Plaintiff has contacted opposing counsel, namely Christian A. Garbett, who does not oppose this Amendment.

67.

Plaintiff prays that this Court grant her leave to file her First Amended Complaint.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br>I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of a electronic filing to Christian A. Garbett. this 29th day of March 2007.<br><br>s/ Scott G. Wolfe, Jr.<br>SCOTT G. WOLFE | Respectfully Submitted,<br><br>s/ Scott G. Wolfe, Jr. _____<br>Scott G. Wolfe, Jr. (Bar Roll 30122)<br>THE WOLFE LAW OFFICES, L.L.C.<br>4821 Prytania Street<br>New Orleans, LA 70115<br>P: 504-894-9653<br>F: 866-761-8934<br>Attorney for Plaintiffs |