UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: INSURANCE (06-4917) | * * | JUDGE DUVAL MAG. WILKINSON |

**********************************************************************

### CONSENT MOTION TO RE-TRANSFER TO SECTION "R" AND INCORPORATED MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, comes Sandra Vinet, and moves this Court to transfer this matter, which was consolidated pursuant to Federal Rules of Civil Procedure 42 with the *In Re Katrina Canal Breaches Consolidated Litigation (*No. 05-4182) back to the section of this Court from which the case was previously transferred (Sectin "R", Judge Vance).

On November 13, 2006, this case was transferred to Section K because it involved "the Water Excluision clause" in the mover's homeowner's policy. The Plaintiff's property, however, did not sustain any flooding damage, and all references to flood damages and/or the "Water Exclusion clause" of the homeowner's policy was made in error. Accordingly, on December 14, 2006, the Plaintiff moved to amend her Complaint to remove any possible references to the above-identified, and on December 15, 2006, that order was signed by this Court and the Plaintiff filed her Amended Complaint.

As a result of the Amendment, there is no reason to maintan this matter with the other levee breach cases. This matter should be transferred back to Section "R", to which it was originally allotted,

in order to allow this action to proceed on its individual merits free of the unnecessary burden of discovery into the causes of flooding.  For these reasons, Sandra Vinet moves that this Court undo the consolidation of this action, *Sandra Vinet v. State Farm Fire and Casualty Company*, with *In re Katrina* and transfer it back to Section "R."

Plaintiff has contacted opposing counsel, namely Christian A. Garbett, who consents to and does not oppose this Motion to Transfer.

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of a electronic filing to Christian A. Garbett. this 29th day of March 2007.

s/ Scott G. Wolfe, Jr.
SCOTT G. WOLFE

Respectfully Submitted,

s/ Scott G. Wolfe, Jr. _____
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiffs