UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | §  | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

## ORDER

Considering the JOINT MOTION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER No. 4, filed herein,

IT IS HEREBY ORDERED that Case Management and Scheduling Order No. 4 be and the same is hereby amended as follows:

No later than April 30, 2007, MRGO[1] and Levee Defendant must submit to the MRGO and Levee Plaintiffs interrogatories, requests for production and requests for admission, all limited to class certification issues.

MRGO and Levee Plaintiffs' written responses to this discovery must be provided no later than May 30, 2007.

---

[1]  This motion is not intended to include or impact the *Robinson* (06-2286) Case Management Order.

861534v.1

Any motion to compel class certification written discovery by the MRGO and Levee parties, in compliance with Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 37.1E, must be filed no later than June 15, 2007.

New Orleans, this 29th day of March, 2007

_____
JUDGE