UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION
                                            NO. 05-4182

                                            SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
               05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
               06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
               06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
               06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
               07-0621, 07-1073, 07-1271, 07-1285

**PERTAINS TO: MRGO**

---

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO CORRECT THE CAPTION OF THE MRGO MASTER COMPLAINT**

---

MAY IT PLEASE THE COURT:

The MRGO Master Complaint was filed on March 15, 2007 pursuant to the Court's orders as set forth in CMO 4. When the Master Complaint was filed, Case Number 06-5786 was inadvertently omitted from the "filed in" portion of the caption. MRGO plaintiffs wish to correct the omission by amending the caption to include 06-5786, such that the caption

will correctly read as follows:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

**FILED IN:** 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285, 06-5786

**PERTAINS TO: MRGO**

Opposing counsel has no opposition to the proposed amendment to correct the caption.

**Respectfully Submitted,**

PLAINTIFFS LIAISON COUNSEL

s/ Joseph M. Bruno_____
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

                I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 29st day of March, 2007.

                                                                                        /s/   **Joseph M. Bruno**
                                                                                               Joseph M. Bruno