**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
              05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
              06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
              06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
              06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
              07-0621, 07-1073, 07-1271, 07-1285

**PERTAINS TO: MRGO**

_____

**ORDER**

Considering the Unopposed Motion to Correct the Caption of the MRGO Master Complaint,

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the caption be

corrected to add case No 06-5786 to the "filed in" portion of the caption and to correctly read as

follows:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K" (2)

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285, 06-5786

PERTAINS TO: MRGO

New Orleans, Louisiana, this _____ Day of march, 2007.

_____
UNITED STATES DISTRICT JUDGE

2