UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>MR-GO<br>No. 06-2286, *Robinson* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

ORDER

Considering the JOINT MOTION TO AMEND CASE MANAGEMENT ORDER NO. 1,

**IT IS ORDERED**, that the Motion be and is hereby **GRANTED**, and that Case Management Order No. 1 is hereby amended in the following respects:

1. Paragraph roman numeral I, Initial Disclosures, Plaintiffs, is amended to read:

    Pursuant to Rule 26(f)(1), Plaintiffs shall produce their initial disclosures under Rule 26(a)(1) on April 7, 2007.

2. The typographical error in the first Rule citation in Paragraph roman numeral I, Initial Disclosures, Defendant which presently reads: Rule 26(a)(61)(B) is amended to

    correctly read: Rule 26(a)(1)(B).

3. Paragraph roman numeral III, Discovery and Trial Schedule, is amended as follows:
  a. By changing the April 2, 2007 event: Request for Production of Documents (Maximum 50 with subgroups) to read:

    Plaintiffs' Request for Production of Documents (Maximum 50 with subgroups).

  b. By inserting after the April 2, 2007, an April 30, 2007 event as follows:

    Defendants' Request for Production of Documents (Maximum 50 with subgroups).

  c. By amending the May 30, 2007 event to read:

    Defendants' Initial Response to Request for Production of Document Request.

  d. By inserting a June 27, 2007 event to read:

    Plaintiffs' Initial Response to Request for Production of Document Request.

  e. By changing the August 15, 2007 event to read:

    Designation of all 702c immunity experts.

  f. By inserting after the November 2, 2007 at 10:00 a.m. event, the following two events:

    November 15, 2007: Designation of Plaintiffs' Experts for Trial Purposes.

    December 15, 2007: Designation of Defendants' Experts for Trial Purposes.

  g. By amending the February 4, 2008 event by striking the line: Designation of

Experts for Trial Purposes.

In all other respects, Case Management Order No. 1 remains in effect as originally ordered as signed on March 15, 2007

Thus done and signed at New Orleans, Louisiana, this  29th  Day of March 2007.

_____
UNITED STATES DISTRICT JUDGE