MINUTE ENTRY
WILKINSON, M.J.
MARCH 27, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
       CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K" (2)

                                                 JUDGE DUVAL
PERTAINS TO:  ALL CASES            MAG. WILKINSON

At the request of liaison counsel, a telephone conference was conducted by me in this matter on March 27, 2007. Participating were: Joseph M. Bruno for plaintiffs and Ralph Hubbard and Seth Schmeekle for defendants. Case Management Order No. 4, Record Doc. No. 3299, provides in Section VII at p. 49 that liaison counsel or their designees must "submit to the Court no later than March 30, 2007, a proposal concerning . . . common discovery in the individual insurance cases."

Liaison counsel reported that they have made substantial progress in drafting a comprehensive proposal for such discovery but requested a short extension of the March 30th deadline for submission of their proposal to the court. Because of a conflict on my

MJSTAR: 0 : 05

calendar that will prevent me from receiving the proposal next week, IT IS ORDERED that the subject deadline is hereby extended to April 9, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.