# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE:  KATRINA CANAL BREACHES**       **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                        **NO.:  05-4182**

                                        **SECTION "K" (2)**

**FILED IN:**     **05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,**
                    **05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,**
                    **06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,**
                    **06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,**
                    **06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,**
                    **06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,**
                    **07-0993, 07-1284, 07-1286, 07-1288, 07-1289**

**PERTAINS TO:  LEVEE**

## NOTICE OF HEARING

      **PLEASE TAKE NOTICE** that the attached Motion to Dismiss the Claims of the Plaintiffs pursuant to F.R.C.P. Rule 12(b)(6), filed by the Public Belt Railroad Commission for the City of New Orleans, will come on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana on the 18th day of April, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

HAMILTON, BROWN & BABST

*Galen S Brown*

GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA  70130
TELEPHONE:  (504) 566-1805
FAX:  (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt
Railroad Commission for the City of New
Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this _30th_ day of March, 2007.

*Galen S Brown*

GALEN S. BROWN