## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.  05-4182 |
| PERTAINS TO: | & Consol. Cases |
| Levee, (O'Dwyer, No. 06-4389; Fleming, No. 06-5159; O'Dwyer, No. 5786; Paul, No. 06-7682) | SECTION "K" (2) JUDGE  DUVAL |
| | MAGISTRATE WILKINSON |

## ANSWER TO MASTER CONSOLIDATED CLASS ACTION COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners of the Port of New Orleans (the "Dock Board"), who, for answer to the Master Consolidated Class Action Complaint (the "Complaint")(Doc. 3420) filed by the Levee Plaintiffs' Subgroup Litigation Committee ("Plaintiffs"), respectfully avers as follows:

### FIRST DEFENSE

The Dock Board hereby incorporates by reference each and every exception, denial, defense, and response contained in any pleading previously filed on its behalf in these consolidated proceedings, as if set forth and copied herein in extenso.

## SECOND DEFENSE

This Honorable Court lacks subject matter jurisdiction over this suit against the Dock Board under FRCP 12(b)(1).   The Dock Board is an agency of the State of Louisiana and, as such, La. R.S. §13:5106 precludes Plaintiffs from bringing suit against it in federal court.

## THIRD DEFENSE

The Complaint against the Dock Board fails to state a claim upon which relief can be granted under FRCP 12(b)(6).

## FOURTH DEFENSE

**AND NOW**, answering each and every allegation contained in the Complaint, the Dock Board responds as follows:

I.

The allegations contained in Article 1 of the Complaint are denied.

II.

Except to admit that the instant Complaint, mandated by Case Management Order No. 4 entered on March 1, 2007, is intended to supersede and replace all class action complaints previously filed, the allegations contained in Article 2 of the Complaint are denied.

III.

The allegations contained in Article 3 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

- 2 -

IV.

Except to admit that the Dock Board has been named as a defendant in this action, the allegations contained in Article 4(e) of the Complaint are denied. The remainder of the allegations contained in Article 4 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

V.

The allegations contained in Article 5 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

VI.

The allegations contained in Article 6 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

VII.

The allegations contained in Article 7 of the Complaint are denied.

VIII.

The allegations contained in Article 8 of the Complaint are denied.

IX.

The allegations contained in Article 9 of the Complaint are denied.

X.

The allegations contained in Article 10 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

- 3 -

XI.

The allegations contained in Article 11 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

XII.

The allegations contained in Article 12 of the Complaint are denied.

XIII.

The allegations contained in Article 13 of the Complaint are denied.

XIV.

The allegations contained in Article 14 of the Complaint are denied.

XV.

The allegations contained in Article 15 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

XVI.

The allegations contained in Article 16 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

XVII.

The allegations contained in Article 17 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XVIII.

The allegations contained in Article 18 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

- 4 -

### XIX.

The allegations contained in Article 19 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XX.

The allegations contained in Article 20 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXI.

The allegations contained in Article 21 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXII.

The allegations contained in Article 22 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXIII.

The allegations contained in Article 23 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXIV.

The allegations contained in Article 24 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXV.

The allegations contained in Article 25 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXVI.

The allegations contained in Article 26 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXVII.

The allegations contained in Article 27 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXVIII

The allegations contained in Article 28 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXIX.

The allegations contained in Article 29 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXX.

The allegations contained in Article 30 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXI.

The allegations contained in Article 31 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXII.

The allegations contained in Article 32 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXIII.

The allegations contained in Article 33 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXIV.

The allegations contained in Article 34 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXV.

The allegations contained in Article 35 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXVI.

The allegations contained in Article 36 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXVII.

The allegations contained in Article 37 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXVIII.

The allegations contained in Article 38 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXIX.

The allegations contained in Article 39 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

- 8 -

XL.

The allegations contained in Article 40 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLI.

The allegations contained in Article 41 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLII.

The allegations contained in Article 42 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLIII.

The allegations contained in Article 43 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLIV.

The allegations contained in Article 44 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLV.

The allegations contained in Article 45 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLVI.

The allegations contained in Article 46 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLVII.

The allegations contained in Article 47 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLVIII.

The allegations contained in Article 48 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XLIX.

The allegations contained in Article 49 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

- 10 -

L.

The allegations contained in Article 50 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LI.

The allegations contained in Article 51 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LII.

The allegations contained in Article 52 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LIII.

The allegations contained in Article 53 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LIV.

The allegations contained in Article 54 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LV.

The allegations contained in Article 55 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LVI.

The allegations contained in Article 56 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LVII.

The allegations contained in Article 57 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LVIII.

The allegations contained in Article 58 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LIX.

The allegations contained in Article 59 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LX.

The allegations contained in Article 60 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXI.

The allegations contained in Article 61 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXII.

The allegations contained in Article 62 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXIII.

The allegations contained in Article 63 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXIV.

The allegations contained in Article 64 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXV.

The allegations contained in Article 65 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXVI.

The allegations contained in Article 66 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXVII.

The allegations contained in Article 67 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXVIII.

The allegations contained in Article 68 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXIX.

The allegations contained in Article 69 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXX.

The allegations contained in Article 70 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXI.

The allegations contained in Article 71 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXII.

The allegations contained in Article 72 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXIII.

The allegations contained in Article 73 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXIV.

The allegations contained in Article 74 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXV.

The allegations contained in Article 75 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXVI.

The allegations contained in Article 76 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXVII.

The allegations contained in Article 77 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXVIII.

The allegations contained in Article 78 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXIX.

The allegations contained in Article 79 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXXX

The allegations contained in Article 80 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXXXI.

The allegations contained in Article 81 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXXXII.

The allegations contained in Article 82 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXXXIII.

The allegations contained in Article 83 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

LXXXIV.

The allegations contained in Article 84 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXXV.

The allegations contained in Article 85 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXXVI.

The allegations contained in Article 86 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXXVII.

The allegations contained in Article 87 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXXVIII.

The allegations contained in Article 88 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## LXXXIX.

The allegations contained in Article 89 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XC.

The allegations contained in Article 90 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XCI.

The allegations contained in Article 91 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XCII.

The allegations contained in Article 92 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XCIII.

The allegations contained in Article 93 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XCIV.

The allegations contained in Article 94 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

XCV.

The allegations contained in Article 95 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XCVI.

The allegations contained in Article 96 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

XCVII.

The allegations contained in Article 97 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XCVIII.

The allegations contained in Article 98 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XCIX.

The allegations contained in Article 99 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

C.

The allegations contained in Article 100 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

CI.

The allegations contained in Article 101 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CII.

The allegations contained in Article 102 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

CIII.

The allegations contained in Article 103 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CIV.

The allegations contained in Article 104 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CV.

The allegations contained in Article 105 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CVI.

The allegations contained in Article 106 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CVII.

The allegations contained in Article 107 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CVIII.

The allegations contained in Article 108 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CIX.

The allegations contained in Article 109 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CX.

The allegations contained in Article 110 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXI.

The allegations contained in Article 111 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXII.

The allegations contained in Article 112 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXIII.

The allegations contained in Article 113 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXIV.

The allegations contained in Article 114 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXV.

The allegations contained in Article 115 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXVI.

The allegations contained in Article 116 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXVII.

The allegations contained in Article 117 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXVIII.

The allegations contained in Article 118 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXIX.

The allegations contained in Article 119 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXX.

The allegations contained in Article 120 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXI.

The allegations contained in Article 121 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXII.

The allegations contained in Article 122 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXIII.

The allegations contained in Article 123 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXIV.

The allegations contained in Article 124 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXV.

The allegations contained in Article 125 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXXVI.

The allegations contained in Article 126 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXXVII.

The allegations contained in Article 127 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXXVIII.

The allegations contained in Article 128 of the Complaint require no answer from this defendant; however, should an answer be required, except to admit that Hurricane Katrina made landfall on August 29, 2005, the remainder of the allegations contained in Article 128 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

CXXIX.

The allegations contained in Article 129 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations contained in Article 129 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXX.

The allegations contained in Article 130 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXXI.

The allegations contained in Article 131 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXXII.

The allegations contained in Article 132 of the Complaint are denied.

## CXXXIII.

The allegations contained in Article 133 of the Complaint are denied.

## CXXXIV.

The allegations contained in Article 134 of the Complaint are denied.

## CXXXV.

The allegations contained in Article 135 of the Complaint are denied.

## CXXXVI.

The allegations contained in Article 136 of the Complaint are denied.

## CXXXVII.

The allegations contained in Article 137 of the Complaint are denied.

## CXXXVIII.

The allegations contained in Article 138 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXXXIX.

The allegations contained in Article 139 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXL.

The allegations contained in Article 140 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXLI.

The allegations contained in Article 141 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXLII.

The allegations contained in Article 142 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXLIII.

The allegations contained in Article 143 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXLIV.

The allegations contained in Article 144 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXLV.

The allegations contained in Article 145 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXLVI.

The allegations contained in Article 146 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CXLVII.

The allegations contained in Article 147 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXLVIII.

The allegations contained in Article 148 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXLIX.

The allegations contained in Article 149 of the Complaint are denied.

CL.

The allegations contained in Article 150 of the Complaint are denied.

CLI.

The allegations contained in Article 151 of the Complaint are denied.

CLII.

The allegations contained in Article 152 of the Complaint are denied.

CLIII.

The allegations contained in Article 153 of the Complaint are denied.

CLIV.

The allegations contained in Article 154 of the Complaint are denied.

CLV.

The allegations contained in Article 155 of the Complaint are denied.

CLVI.

The allegations contained in Article 156 of the Complaint are denied.

CLVII.

The allegations contained in Article 157 of the Complaint are denied.

CLVIII.

The allegations contained in Article 158 of the Complaint are denied.

CLIX.

The allegations contained in Article 159 of the Complaint are denied.

CLX.

The allegations contained in Article 160 of the Complaint are denied.

CLXI.

The allegations contained in Article 161 of the Complaint are denied.

CLXII.

The allegations contained in Article 162 of the Complaint are denied.

CLXIII.

The allegations contained in Article 163 of the Complaint are denied.

CLXIV.

The allegations contained in Article 164 of the Complaint are denied.

CLXV.

The allegations contained in Article 165 of the Complaint are denied.

CLXVI.

The allegations contained in Article 166 of the Complaint are denied.

CLXVII.

The allegations contained in Article 167 of the Complaint are denied.

CLXVIII.

The allegations contained in Article 168 of the Complaint are denied.

## CLXIX.

The allegations contained in Article 169 of the Complaint are denied.

## CLXX.

The allegations contained in Article 170 of the Complaint are denied.

## CLXXI.

The allegations contained in Article 171 of the Complaint are denied.

## CLXXII.

The allegations contained in Article 172 of the Complaint are denied.

## CLXXIII.

The allegations contained in Article 173 of the Complaint are denied.

## CLXXIV.

The allegations contained in Article 174 of the Complaint are denied.

## CLXXV.

The allegations contained in Article 175 of the Complaint are denied.

## CLXXVI.

The allegations contained in Article 176 of the Complaint are denied.

## CLXXVII.

The allegations contained in Article 177 of the Complaint are denied.

## CLXXVIII.

The allegations contained in Article 178 of the Complaint are denied.

## CLXXIX.

The allegations contained in Article 179 of the Complaint are denied.

## CLXXX.

The allegations contained in Article 180 of the Complaint are denied.

## CLXXXI.

The allegations contained in Article 181 of the Complaint are denied.

## CLXXXII.

The allegations contained in Article 182 of the Complaint are denied.

## CLXXXIII.

The allegations contained in Article 183 of the Complaint are denied.

## CLXXXIV.

The allegations contained in Article 184 of the Complaint are denied.

## CLXXXV.

The allegations contained in Article 185 of the Complaint are denied.

## CLXXXVI.

The allegations contained in Article 186 of the Complaint are denied.

## CLXXXVII.

The allegations contained in Article 187 of the Complaint are denied.

## CLXXXVIII.

The allegations contained in Article 188 of the Complaint are denied.

## CLXXXIX.

The allegations contained in Article 189 of the Complaint are denied.

CXC.

The allegations contained in Article 190 of the Complaint are denied.

CXCI.

The allegations contained in Article 191 of the Complaint are denied.

CXCII.

The allegations contained in Article 192 of the Complaint are denied.

CXCIII.

The allegations contained in Article 193 of the Complaint are denied.

CXCIV.

The allegations contained in Article 194 of the Complaint are denied.

CXCV.

The allegations contained in Article 195 of the Complaint are denied.

CXCVI.

The allegations contained in Article 196 of the Complaint are denied.

CXCVII.

The allegations contained in Article 197 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXCVIII.

The allegations contained in Article 198 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CXCIX.

The allegations contained in Article 199 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CC.

The allegations contained in Article 200 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCI.

The allegations contained in Article 201 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCII.

The allegations contained in Article 202 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCIII.

The allegations contained in Article 203 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCIV.

The allegations contained in Article 204 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCV.

The allegations contained in Article 205 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCVI.

The allegations contained in Article 206 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCVII.

The allegations contained in Article 207 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCVIII.

The allegations contained in Article 208 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCIX.

The allegations contained in Article 209 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCX.

The allegations contained in Article 210 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXI.

The allegations contained in Article 211 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXII.

The allegations contained in Article 212 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXIII.

The allegations contained in Article 213 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXIV.

The allegations contained in Article 214 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXV.

The allegations contained in Article 215 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXVI.

The allegations contained in Article 216 of the Complaint are denied.

## CCXVII.

The allegations contained in Article 217 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXVIII.

The allegations contained in Article 218 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXIX.

The allegations contained in Article 219 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXX.

The allegations contained in Article 220 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXI.

The allegations contained in Article 221 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXII.

The allegations contained in Article 222 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXIII.

The allegations contained in Article 223 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXIV.

The allegations contained in Article 224 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXV.

The allegations contained in Article 225 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXVI.

The allegations contained in Article 226 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXVII.

The allegations contained in Article 227 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXVIII.

The allegations contained in Article 228 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXIX.

The allegations contained in Article 229 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXXX.

The allegations contained in Article 230 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXXXI.

The allegations contained in Article 231 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXXXII.

The allegations contained in Article 232 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXXXIII.

The allegations contained in Article 233 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXXXIV.

The allegations contained in Article 234 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXXV.

The allegations contained in Article 235 of the Complaint are denied.

## CCXXXVI.

The allegations contained in Article 236 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXXVII.

The allegations contained in Article 237 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXXVIII.

The allegations contained in Article 238 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXXXIX.

The allegations contained in Article 239 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

## CCXL.

The allegations contained in Article 240 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLI.

The allegations contained in Article 241 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLII.

The allegations contained in Article 242 of the Complaint are denied.

CCXLIII.

The allegations contained in Article 243 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLIV.

The allegations contained in Article 244 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLV.

The allegations contained in Article 245 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLVI.

The allegations contained in Article 246 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLVII.

The allegations contained in Article 247 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLVIII.

The allegations contained in Article 248 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCXLIX.

The allegations contained in Article 249 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCL.

The allegations contained in Article 250 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLI.

The allegations contained in Article 251 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLII.

The allegations contained in Article 252 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLIII.

The allegations contained in Article 253 of the Complaint are denied.

CCLIV.

The allegations contained in Article 254 of the Complaint are denied.

CCLV.

The allegations contained in Article 255 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLVI.

The allegations contained in Article 256 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLVII.

The allegations contained in Article 257 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLVIII.

The allegations contained in Article 258 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLIX.

The allegations contained in Article 259 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLX.

The allegations contained in Article 260 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXI.

The allegations contained in Article 261 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXII.

Except to admit that the Dock Board has the powers granted to it by the Constitution and other laws of the State of Louisiana, the allegations contained in Article 262 of the Complaint are denied.

CCLXIII.

The allegations contained in Article 263 of the Complaint are denied.

- 46 -

CCLXIV.

The allegations contained in Article 264 of the Complaint are denied.

CCLXV.

The allegations contained in Article 265 of the Complaint are denied.

CCLXVI.

The allegations contained in Article 266 of the Complaint are denied.

CCLXVII.

The allegations contained in Article 267 of the Complaint are denied.

CCLXVIII.

The allegations contained in Article 268 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXIX.

The allegations contained in Article 269 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXX.

The allegations contained in Article 270 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXXI.

The allegations contained in Article 271 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXXII.

The allegations contained in Article 272 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXXIII.

The allegations contained in Article 273 of the Complaint are denied.

CCLXXIV.

The allegations contained in Article 274 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXXV.

The allegations contained in Article 275 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

CCLXXVI.

The allegations contained in Article 276 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

### CCLXXVII.

The allegations contained in Article 277 of the Complaint are denied.

### CCLXXVIII.

The allegations contained in Article 278 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

### CCLXXIX.

The allegations contained in Article 279 of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

### **FIFTH DEFENSE**

**FURTHER ANSWERING**, to the extent that Plaintiffs have been damaged as alleged, which is specifically denied, then any such damages were proximately and legally the result of superseding and intervening occurrences, acts, fault, want of care, negligence, contributory negligence, comparative negligence, or strict liability of Plaintiffs and/or other persons or entities over whom or conditions over which the Dock Board has no responsibility.

### **SIXTH DEFENSE**

**FURTHER ANSWERING**, to the extent that Plaintiffs have been damaged as alleged, which is specifically denied, then any such damages were not caused or contributed to by any fault or neglect on the part of the Dock Board or on the part of anyone for whom the Dock Board may be responsible.

## SEVENTH DEFENSE

**FURTHER ANSWERING**, to the extent that Plaintiffs have been damaged as alleged, which is specifically denied, then any such damages were caused solely by an Act of God or force majeure, namely Hurricane Katrina, for which the Dock Board is not liable.

## EIGHTH DEFENSE

**FURTHER ANSWERING**, to the extent that Plaintiffs seek the recovery of nonpecuniary damages from the Dock Board, such damages are not an available remedy to Plaintiffs.

## NINTH DEFENSE

**FURTHER ANSWERING**, the Plaintiffs' claims against the Dock Board are barred by laches, prescription, or by running of the applicable statute of limitations.

## TENTH DEFENSE

**FURTHER ANSWERING**, this action cannot be properly maintained as a Class Action under FRCP 23. The class is not so numerous that joinder of all members is impracticable, questions of law or fact are not common to the class, the claims of the representative parties are not typical of the claims of the class, the representative parties do not fairly and adequately protect the interests of the class, questions of law or fact common to the members of the class do not predominate over any questions affecting only individual members, and the class action procedure is not superior to other available methods for the fair and efficient adjudication of the controversy. If the Plaintiffs' allegations are taken as true, which is specifically denied, then each potential

class and subclass member will have been exposed to varying degrees of flooding-- or have suffered no flooding at all-- from different sources of water and caused by different factual circumstances.   Also, the amount of property and other damages allegedly incurred by each potential member of a class or subclass will vary widely.   Moreover, some or all of the damages alleged by a potential member of a class or subclass may have been caused by something other than flooding.  Class certification of this action is premature because there is no prior track record of trials from which the Court can draw the information necessary to make the required predominance and superiority analysis.

### ELEVENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board invokes the immunity from liability for its policymaking or discretionary acts provided for in La. R.S. §9:2798.1(B).

### TWELFTH DEFENSE

**FURTHER ANSWERING,** to the extent that the Dock Board is found liable to Plaintiffs for any damages, which is specifically denied, then the Dock Board's liability for any such damages is limited by the provisions of La. R.S. §13:5106.

### THIRTEENTH DEFENSE

**FURTHER ANSWERING,** Plaintiffs have failed to mitigate their damages.

### FOURTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board specifically invokes all of the defenses and immunities provided for in La. R.S. §9:2800, specifically including, but not limited to, La. R.S. §9:2800 (H), which, among other things, shields the Dock Board from liability

- 51 -

under La. C.C. Arts. 2317 and 2317.1 for any damage caused by Hurricanes Katrina and Rita.

## FIFTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board avers that all damages as alleged by Plaintiffs were caused by risks known and consciously assumed by them and for which they can have no recovery.

## SIXTEENTH DEFENSE

**FURTHER ANSWERING,** the claims of Plaintiffs are preempted and governed by Federal law, which provides complete and absolute immunity in favor of the Dock Board for all claims asserted herein.

## SEVENTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board owed no duty to Plaintiffs and, therefore, did not breach any duty.

## EIGHTEENTH DEFENSE

**FURTHER ANSWERING,** the Dock Board had no duties whatsoever with respect to any levees and floodgates, and no such levees or floodgates were within the Dock Board's care, custody, control, or garde.

## NINETEENTH DEFENSE

**FURTHER ANSWERING,** the Plaintiffs have no right to a trial by jury against the Dock Board.

## TWENTIETH DEFENSE

**FURTHER ANSWERING,** venue in this Honorable Court is improper under FRCP 12(b)(3) because La. R.S. §13:5106 precludes Plaintiffs from bringing suit against the Dock Board in federal court.

## TWENTY-FIRST DEFENSE

**FURTHER ANSWERING,** the Dock Board specifically invokes all of the defenses and immunities provided for in the Louisiana Homeland Security and Emergency Assistance and Disaster Act, La. R.S. § 29:722 et seq.

**WHEREFORE,** the Dock Board prays that its Answer to the Complaint be deemed good and sufficient, and that after due proceedings are had there be judgment herein in favor of the Dock Board and against Plaintiffs, dismissing the Complaint, with prejudice, at the cost of Plaintiffs.

Respectfully submitted, this 30th day of March, 2007.

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Kirk N. Aurandt
      J. FREDRICK KESSENICH (7354)
      JONATHAN H. SANDOZ (23928)
      MICHAEL W. MCMAHON (23987)
      JON A. VAN STEENIS (27122)
      KIRK N. AURANDT (25336)
      P. O. Box 5350
      Covington, Louisiana 70434-5350
      Telephone: 985/871-0800
      Facsimile: 985/871-0899
      Attorneys for Defendant, The Board of
      Commissioners of the Port of New
      Orleans

- 53 -

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 30th day of March, 2007.

/s/ Kirk N. Aurandt
KIRK N. AURANDT

- 54 -