**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**SECTION "K" (2)**

**FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285**

**PERTAINS TO: MRGO**

---

**THE MRGO PLAINTIFFS' PRELIMINARY LIST OF CLASS CERTIFICATION WITNESSES AND EXHIBITS**

---

PURSUANT TO ¶ III(B)(1) of Case Management and Scheduling Order No. 4, the MRGO PSLC, on behalf of the consolidated class action representatives, submits the following preliminary list of witnesses and exhibits that may be or will be called/used at any class certification hearing in this action.

Plaintiffs submit a comprehensive and inclusive list. They do not necessarily intentd to call every witness identified below.

MRGO CLASS PLAINTIFFS' PRELIMINARY
LIST OF CLASS CERTIFICATION WITNESSES

| | Witness Name | Fact/Expert | Subject Matter |
|---|---|---|---|
| 1 | Kenneth Paul Armstrong, Sr.<br>28 Park Place Dr., #601<br>Covington, LA 70433 | Fact: Class Rep | Fact testimony re Lower 9th Ward & St. Bernard Sub-Class |
| 2 | Jeanine B. Armstrong<br>28 Park Place Dr., #601<br>Covington, LA 70433 | Fact: Class Rep | Fact testimony re Lower 9th Ward & St. Bernard Sub-Class |
| 3 | Ethel Mae Coats<br>756 Louisiana Ave.<br>New Orleans, LA 70118. | Fact: Class Rep | Fact testimony re Lower 9th Ward & St. Bernard Sub-Class |
| 4 | Henry Davis<br>7650 Morel Street<br>New Orleans, LA | Fact: Class Rep. | Fact testimony re New Orleans East Sub-Class |
| 5 | Glynn Wade<br>4719 Bundy Rd<br>New Orleans, LA | Fact: Class Rep. | Fact testimony re New Orleans East Sub-Class |
| 6 | Robert G. Bea, Ph.D., P.E.<br>Univ. of California Berkeley<br>212 McLaughlin Hall<br>Berkeley, CA 94720-1710 | Expert: Civil & Environmental Engineering | Classwide issues regarding sources and causes of inundation going to commonality and damages |
| 7 | S. Ahmet Binselam, M.S.<br>LSU<br>Baton Rouge, LA 70803 | Expert: Computer Modeling & GIS Data Analysis; Computer Science; Mapping & Cartography | Classwide inundation causation issues including creation and validation of computer modeling program |
| 8 | Lee E. Branscome, Ph.D., CCM<br>7338 155th Place North<br>Palm Beach Gardens, FL 33418 | Expert: Meteorology & Climatology | Classwide inundation causation issues going to commonality and damages |
| 9 | Douglas Brinkley, Ph.D.<br>Tulane University<br>6823 St. Charles Ave.<br>New Orleans, LA 70118 | Expert: Local History & Katrina History | Classwide facts preceding and following Hurricane Katrina, including matters relevant to classwide damages |
| 10 | Ioannis Georgiou, Ph.D.<br>Univ. of New Orleans<br>Dep't of Civil & Environmental Engineering<br>2000 Lakeshore Dr.<br>New Orleans, LA 70148 | Expert: Coastal & Environmental Engineering & Hydraulic Modeling | Classwide inundation causation issues going to commonality and damages, including creation and validation of computer modeling program |

| | | | |
|---|---|---|---|
| 11 | Marco Kaltofen, P.E.<br>Boston Chemical Data Corp<br>2 Summer St., Ste. 14<br>Natick, MA 01760 | Expert: Civil Engineering | Mapping the generation and movement of chemical and other contaminants throughout the class area |
| 12 | Barry D. Keim, Ph.D.<br>LSU Dep't of Geography<br>E328 Howe Russell Complex<br>Baton Rouge, LA 70803 | Expert: Geography, Anthropology, Climatology, & Meteorology | Classwide inundation causation issues going to commonality and damages |
| 13 | G. Paul Kemp, Ph.D.<br>Gulf Coast Initiative<br>National Audubon Society<br>633 Magnolia Wood Ave.<br>Baton Rouge, LA 70808 | Expert: Coastal Modeling, Oceanography | Classwide inundation causation issues going to commonality and damages |
| 14 | Larry W. Mays Ph.D., P.E., P.H., F.ASCE, D.WRE<br>College of Engineering & Applied Sciences<br>Arizona State University<br>Tempe, AZ 85287-5306 | Expert: Hydrology | Classwide inundation causation issues going to commonality and damages |
| 15 | Kevin Mulcahy, Ph.D.<br>LSU Dep't of Political Science<br>221 Stubbs Hall<br>Baton Rouge, LA 70803-5433 | Expert: Cultural Demography | Classwide damages regarding loss of social structure and community culture |
| 16 | Shea Penland, Ph.D.<br>Univ. of New Orleans<br>349 CERM Bldg.<br>Research & Technology Park<br>2000 Lakeshore Dr.<br>New Orleans, LA 70148 | Expert: Coastal Geomorphology Processes; Coastal History | Historical impact of hurricanes on the geomorphology and list of New Orleans and northern Gulf of Mexico |
| 17 | Wade Ragas, Ph.D.<br>3017 Harvard Ave., Suite 204<br>Metairie, LA 70006 | Expert: Complex Property Valuations | Classwide damages from loss of community infrastructure including diminution in property values and loss of future business values and profits |
| 18 | Martin Wells, Ph.D.<br>Cornell University<br>301 Mallott Hall<br>Ithaca, NY 14853 | Expert: Demography & Statistics | Classwide population statistics and property losses; loss of community's economic, political, psychological and social character |
| 19 | Ivor Van Heerden, Ph.D.<br>LSU Hurricane Center<br>Suite 3221 CEBA Building<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Marine Sciences | Classwide inundation causation issues going to commonality and damages |

MRGO CLASS PLAINTIFFS' PRELIMINARY
LIST OF CLASS CERTIFICATION EXHIBITS

Plaintiffs' liaison counsel and the MRGO PSLC submit this preliminary list of exhibits. As discovery proceeds, the parties stipulate to certain facts, and the Court takes judicial notice of facts concerning the storm, a markedly different list may emerge.

| | |
|---|---|
| 1 | Contracts of Employment and Scopes of Work with Washington Group Int'l |
| 2 | Dambrk Computer Model (enabling targeted descriptions of inundation by source) |
| 3 | Louisiana Statute creating the Board of Commissioners of the Orleans Parish Levee District |
| 4 | Louisiana Statute creating the Board of Commissioners of the Lake Borgne Levee District |
| 5 | Federal Regulations Regarding Maintenance of the MRGO |
| 6 | CVs for Class Counsel and Their Firms |
| 7 | Topographical maps depicting Class Area Pre- and Post-Katrina |
| 8 | Post-Katrina Photographs of Class Representatives' Damaged Properties & Neighborhoods |
| 9 | Maps Identifying Locations of Class Representatives' Damaged Properties |
| 10 | Maps and Photographs Identifying All Navigable Waterways Surrounding the Class Area, Including Levees, Floodwalls, and/or Spoilbanks, and all Canal Breaches |
| 11 | Photographs and Other Depictions of New Orleans Metropolitan Area Illustrating the Depth of Inundation |
| 12 | Report of Robert Bea, Ph.D. |
| 13 | Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005 Report of Independent Levee Investigation Team Funded by the National Science Foundation |
| 14 | Report of the Committee on Homeland Security and Government Affairs - United States Senate, Washington D.C. |
| 15 | Final Report of the Subject By-Partisan Committee to Investigate the Preparation for the Response of Hurricane Katrina (A Failure of Initiative) |
| 16 | Team Louisiana Report - The Failure of the New Orleans Levee System during Hurricane Katrina |
| 17 | Model/Simulation of Water Transport From the Breaches |
| 18 | Public Records Verifying Class Demographics |

| 19 | Article entitled "Corps Team Blames Poor Levees", *The Times Picayune*, March 27, 2007, Mark Scheifstein |
|---|---|

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 30th day of March, 2007.

**/s/ Joseph M. Bruno**

**JOSEPH M. BRUNO**