## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:**     **KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182** |
| | * | |
| **FILED IN:** | * |  **SECTION "K"(2)** |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, | * | |
| 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, | * | |
| 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, | * | |
| 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, | * | |
| 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, | * | |
| 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, | * | |
| 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, | * | |
| 07-1289 | * | |
| | * | |
| **PERTAINS TO: LEVEE** | * | |
| | * | |

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S ANSWER
### TO PLAINTIFFS' SUPERSEDING MASTER
### CONSOLIDATED CLASS ACTION COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Defendant St. Paul Fire and

Marine Insurance Company ("St. Paul"), which, for its Answer to the Plaintiffs' Superseding

Master Consolidated Class Action Complaint (the "Complaint") filed by Plaintiffs Michelle

Hennessey, et. al., purportedly for themselves and all others similarly situated, (collectively, the

"Plaintiffs"), respectfully responds to the particular paragraphs of the Complaint as follows:

1.

In response to the allegations of Paragraph 1 of the Complaint, St. Paul avers that no response is necessary.  If a response be deemed necessary, the allegations are denied in so far as they relate or refer to St. Paul.

2.

In response to the allegations of Paragraph 2 of the Complaint, St. Paul avers that no response is necessary.  If a response be deemed necessary, St. Paul admits that numerous class actions have been brought in which St. Paul is a defendant and that pursuant to Case Management Order No. 4, entered on March 1, 2007, the Complaint is intended to supersede and replace all the previous class actions previously filed.

3.

The allegations of Paragraph 3 of the Complaint regarding the identity and status of the named defendants are denied for lack of sufficient information to justify a belief as to the truth therein.  The remaining allegations of Paragraph 3 of the Complaint require no answer of St. Paul, however, should a response be deemed necessary, it is admitted that the Complaint alleges proposed classes and subclasses under the heading "Class Action Allegations."

4.

In response to the allegations of Paragraph 4 of the Complaint, St. Paul admits it is a foreign insurer authorized to do and doing business as an insurer in the State of Louisiana.  The remaining allegations regarding the status of the other defendants are denied for lack of sufficient information to justify a belief as to the truth therein.

5.

The allegations of Paragraph 5 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

6.

The allegations of Paragraph 6 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

7.

The allegations of Paragraph 7 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

8.

The allegations of Paragraph 8 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

9.

The allegations of Paragraph 9 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

10.

The allegations of Paragraph 10 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

11.

The allegations of Paragraph 11 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

12.

The allegations of Paragraph 12 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

13.

The allegations of Paragraph 13 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

14.

The allegations of Paragraph 14 of the Complaint regarding venue are admitted.  The allegations in Paragraph 14 of the Complaint relating to negligence, fault, strict liability and/or wrongful acts and damages are denied insofar as the allegations relate to St. Paul.  Any remaining allegations in Paragraph 14 of the Complaint are denied for lack of sufficient information to justify a belief therein.

15.

The allegations of Paragraph 15 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

16.

The allegations of Paragraph 16 of the Complaint state a conclusion of law and requires no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

17.

The allegations of Paragraph 17 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

18.

The allegations of Paragraph 18 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

19.

The allegations of Paragraph 19 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

20.

The allegations of Paragraph 20 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

21.

The allegations of Paragraph 21 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

22.

The allegations of Paragraph 22 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

23.

The allegations of Paragraph 23 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

24.

The allegations of Paragraph 24 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

25.

The allegations of Paragraph 25 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

26.

The allegations of Paragraph 26 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

27.

The allegations of Paragraph 27 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

28.

The allegations of Paragraph 28 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

29.

The allegations of Paragraph 29 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

30.

The allegations of Paragraph 30 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

31.

The allegations of Paragraph 31 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

32.

The allegations of Paragraph 32 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

33.

The allegations of Paragraph 33 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

34.

The allegations of Paragraph 34 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

35.

The allegations of Paragraph 35 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

36.

The allegations of Paragraph 36 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

37.

The allegations of Paragraph 37 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

38.

The allegations of Paragraph 38 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

39.

The allegations of Paragraph 39 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

40.

The allegations of Paragraph 40 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

41.

The allegations of Paragraph 41 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

42.

The allegations of Paragraph 42 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

43.

The allegations of Paragraph 43 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

44.

The allegations of Paragraph 44 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

45.

The allegations of Paragraph 45 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

46.

The allegations of Paragraph 46 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

47.

The allegations of Paragraph 47 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

48.

The allegations of Paragraph 48 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

49.

The allegations of Paragraph 49 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

50.

The allegations of Paragraph 50 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

51.

The allegations of Paragraph 51 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

52.

The allegations of Paragraph 52 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

53.

The allegations of Paragraph 53 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

54.

The allegations of Paragraph 54 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

55.

The allegations of Paragraph 55 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

56.

The allegations of Paragraph 56 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

57.

The allegations of Paragraph 57 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

58.

The allegations of Paragraph 58 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

59.

The allegations of Paragraph 59 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

60.

The allegations of Paragraph 60 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

61.

The allegations of Paragraph 61 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

62.

The allegations of Paragraph 62 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

63.

The allegations of Paragraph 63 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

64.

The allegations of Paragraph 64 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

65.

The allegations of Paragraph 65 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

66.

The allegations of Paragraph 66 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

67.

The allegations of Paragraph 67 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

68.

The allegations of Paragraph 68 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

69.

The allegations of Paragraph 69 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

70.

The allegations of Paragraph 70 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

71.

The allegations of Paragraph 71 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

72.

The allegations of Paragraph 72 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

73.

The allegations of Paragraph 73 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

74.

The allegations of Paragraph 74 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

75.

The allegations of Paragraph 75 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

76.

The allegations of Paragraph 76 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

77.

The allegations of Paragraph 77 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

78.

The allegations of Paragraph 78 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

79.

The allegations of Paragraph 79 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

80.

The allegations of Paragraph 80 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

81.

The allegations of Paragraph 81 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

82.

The allegations of Paragraph 82 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

83.

The allegations of Paragraph 83 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

84.

The allegations of Paragraph 84 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

85.

The allegations of Paragraph 85 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

86.

The allegations of Paragraph 86 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

87.

The allegations of Paragraph 87 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

88.

The allegations of Paragraph 88 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

89.

The allegations of Paragraph 89 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

90.

The allegations of Paragraph 90 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

91.

The allegations of Paragraph 91 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

92.

The allegations of Paragraph 92 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

93.

The allegations of Paragraph 93 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

94.

The allegations of Paragraph 94 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

95.

The allegations of Paragraph 95 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

96.

The allegations of Paragraph 96 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

97.

The allegations of Paragraph 97 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

98.

The allegations of Paragraph 98 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

99.

The allegations of Paragraph 99 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

100.

The allegations of Paragraph 100 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

101.

The allegations of Paragraph 101 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

102.

The allegations of Paragraph 102 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

103.

The allegations of Paragraph 103 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

104.

The allegations of Paragraph 104 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

105.

The allegations of Paragraph 105 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

106.

The allegations of Paragraph 106 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

107.

The allegations of Paragraph 107 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

108.

The allegations of Paragraph 108 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

109.

The allegations of Paragraph 109 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

110.

The allegations of Paragraph 110 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

111.

The allegations of Paragraph 111 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

112.

The allegations of Paragraph 112 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

113.

The allegations of Paragraph 113 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

114.

The allegations of Paragraph 114 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

115.

The allegations of Paragraph 115 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

116.

The allegations of Paragraph 116 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

117.

The allegations of Paragraph 117 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

118.

The allegations of Paragraph 118 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

119.

The allegations of Paragraph 119 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

120.

The allegations of Paragraph 120 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

121.

The allegations of Paragraph 121 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

122.

The allegations of Paragraph 122 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

123.

The allegations of Paragraph 123 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

124.

The allegations of Paragraph 124 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

125.

The allegations of Paragraph 125 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

126.

The allegations of Paragraph 126 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

127.

The allegations of Paragraph 127 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

128.

Except to admit the existence of Hurricane Katrina, the allegations of Paragraph 128 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

129.

Except to admit the existence of Hurricane Katrina, the allegations of Paragraph 129 of the Complaint, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

130.

The allegations of Paragraph 130 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

131.

The allegations of Paragraph 131 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

132.

The allegations of Paragraph 132 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

133.

The allegations of Paragraph 133 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

134.

The allegations of Paragraph 134 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

135.

The allegations of Paragraph 135 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

136.

The allegations of Paragraph 136 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

137.

The allegations of Paragraph 137 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

138.

Except to admit that a breach occurred on the 17th Street Canal, the allegations of Paragraph 138 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

139.

The allegations of Paragraph 139 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

140.

The allegations of Paragraph 140 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

141.

Except to admit that a breach occurred on the London Avenue Canal, the allegations of Paragraph 141 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

142.

The allegations of Paragraph 142 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

143.

The allegations of Paragraph 143 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

144.

The allegations of Paragraph 144 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

145.

The allegations of Paragraph 145 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

146.

The allegations of Paragraph 146 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

147.

The allegations of Paragraph 147 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

148.

The allegations of Paragraph 148 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

149.

The allegations of Paragraph 149 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

150.

The assertions in Paragraph 150 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

151.

The assertions in Paragraph 151 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

152.

The assertions in Paragraph 152 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

153.

The assertions in Paragraph 153 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

154.

The assertions in Paragraph 154 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions

in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

155.

The assertions in Paragraph 155 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

156.

The assertions in Paragraph 156 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

157.

The assertions in Paragraph 157 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

158.

The assertions in Paragraph 158 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

159.

The assertions in Paragraph 159 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

160.

The assertions in Paragraph 160 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

161.

The allegations of Paragraph 161 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

162.

The assertions in Paragraph 162 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

163.

The assertions in Paragraph 163 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

164.

The assertions in Paragraph 164 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

165.

The assertions in Paragraph 165 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

166.

The assertions in Paragraph 156 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

167.

The assertions in Paragraph 151 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

168.

The allegations of Paragraph 168 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

169.

The assertions in Paragraph 169 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

170.

The assertions in Paragraph 170 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

171.

The assertions in Paragraph 171 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

172.

The assertions in Paragraph 172 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

173.

The assertions in Paragraph 173 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this

paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

174.

The assertions in Paragraph 174 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

175.

The allegations of Paragraph 175 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

176.

The assertions in Paragraph 176 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

177.

The assertions in Paragraph 1771 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

178.

The assertions in Paragraph 178 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this

paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

179.

The assertions in Paragraph 179 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

180.

The assertions in Paragraph 180 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

181.

The assertions in Paragraph 181 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

182.

The allegations of Paragraph 182 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

183.

The assertions in Paragraph 183 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the assertions in this

paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

184.

The assertions in Paragraph 184 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

185.

The assertions in Paragraph 185 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

186.

The assertions in Paragraph 185 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

187.

The assertions in Paragraph 187 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

188.

The assertions in Paragraph 188 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

189.

The allegations of Paragraph 189 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

190.

The assertions in Paragraph 190 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

191.

The assertions in Paragraph 191 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

192.

The assertions in Paragraph 192 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

193.

The assertions in Paragraph 193 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

194.

The assertions in Paragraph 194 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

195.

The assertions in Paragraph 195 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

196.

In response to the allegations of Paragraph 196 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

197.

The allegations of Paragraph 197 of the Complaint are denied insofar as the allegations relate or refer to St. Paul, except to admit that it issued to "Orleans Levee District" a policy of insurance bearing the Policy No. GP06300925 with a policy period of November 1, 2004 to November 1, 2005 (the "Policy"), which policy is which policy is subject to the terms,

conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*.  The remaining allegations of Paragraph 197 of the Complaint are denied for lack of sufficient information to justify a belief therein.

198.

The allegations of Paragraph 198 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

199.

The allegations of Paragraph 199 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

200.

The allegations of Paragraph 200 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

201.

The allegations of Paragraph 201 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

202.

The allegations of Paragraph 202 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

203.

The allegations of Paragraph 203 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

204.

The allegations of Paragraph 204 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

205.

The allegations of Paragraph 205 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

206.

The allegations of Paragraph 206 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary,

the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

207.

The allegations of Paragraph 207 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

208.

The allegations of Paragraph 208 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

209.

The allegations of Paragraph 209 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

210.

The allegations of Paragraph 210 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

211.

The allegations of Paragraph 211 of the Complaint are denied for lack of sufficient information to justify a belief therein.

212.

The allegations of Paragraph 212 of the Complaint are denied for lack of sufficient information to justify a belief therein.

213.

The allegations of Paragraph 213 of the Complaint are denied insofar as the allegations relate or refer to St. Paul, except to admit that it issued the Policy, which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*.  The remaining allegations of Paragraph 213 of the Complaint are denied for lack of sufficient information to justify a belief therein.

214.

The allegations of Paragraph 214 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

215.

The allegations of Paragraph 215 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

216.

In response to the allegations of Paragraph 216 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

217.

The allegations of Paragraph 217 of the Complaint are denied for lack of sufficient information to justify a belief therein.

218.

The allegations of Paragraph 218 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

219.

The allegations of Paragraph 219 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

220.

The allegations of Paragraph 220 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

221.

The allegations of Paragraph 221 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

222.

The allegations of Paragraph 222 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

223.

The allegations of Paragraph 223 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

224.

The allegations of Paragraph 224 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

225.

The allegations of Paragraph 225 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

226.

The allegations of Paragraph 226 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

227.

The allegations of Paragraph 227 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

228.

The allegations of Paragraph 228 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

229.

The allegations of Paragraph 229 of the Complaint are denied for lack of sufficient information to justify a belief therein.

230.

The allegations of Paragraph 230 of the Complaint are denied for lack of sufficient information to justify a belief therein.

231.

The allegations of Paragraph 231 of the Complaint are denied for lack of sufficient information to justify a belief therein.

232.

The allegations of Paragraph 232 of the Complaint are denied for lack of sufficient information to justify a belief therein.

233.

The allegations of Paragraph 233 of the Complaint are denied for lack of sufficient information to justify a belief therein.

234.

The allegations of Paragraph 234 of the Complaint are denied for lack of sufficient information to justify a belief therein.

235.

In response to the allegations of Paragraph 235 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

236.

The allegations of Paragraph 236 of the Complaint are denied for lack of sufficient information to justify a belief therein.

237.

The allegations of Paragraph 237 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

238.

The allegations of Paragraph 238 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

239.

The allegations of Paragraph 239 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

240.

The allegations of Paragraph 240 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

241.

The allegations of Paragraph 241 of the Complaint are denied insofar as the allegations relate or refer to St. Paul, except to admit that it issued the Policy, which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*. The remaining allegations of Paragraph 241 of the Complaint are denied for lack of sufficient information to justify a belief therein.

242.

In response to the allegations of Paragraph 242 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

243.

The allegations of Paragraph 243 of the Complaint are denied in so far as the allegations relate or refer to St. Paul. The remaining allegations of Paragraph 243 of the Complaint are denied for lack of sufficient information to justify a belief therein.

244.

The allegations of Paragraph 244 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

245.

The allegations of Paragraph 245 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary,

the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

246.

The allegations of Paragraph 246 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

247.

The allegations of Paragraph 247 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

248.

The allegations of Paragraph 248 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

249.

The allegations of Paragraph 249 of the Complaint contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth therein.

250.

The allegations of Paragraph 250 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

251.

The allegations of Paragraph 251 of the Complaint are denied for lack of sufficient information to justify a belief therein.

252.

The allegations of Paragraph 252 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

253.

In response to the allegations of Paragraph 253 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

254.

The allegations of Paragraph 254 of the Complaint are denied in so far as the allegations relate or refer to St. Paul.  The remaining allegations of Paragraph 254 of the Complaint are denied for lack of sufficient information to justify a belief therein.

255.

The allegations of Paragraph 255 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

256.

The allegations of Paragraph 256 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

257.

The allegations of Paragraph 257 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

258.

The allegations of Paragraph 258 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

259.

The allegations of Paragraph 259 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

260.

The allegations of Paragraph 260 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

261.

The allegations of Paragraph 261 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

262.

The allegations of Paragraph 262 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

263.

The allegations of Paragraph 263 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

264.

The allegations of Paragraph 264 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

265.

The allegations of Paragraph 265 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

266.

The allegations of Paragraph 266 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

267.

In response to the allegations of Paragraph 267 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

268.

The allegations of Paragraph 268 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

269.

The allegations of Paragraph 269 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

270.

The allegations of Paragraph 270 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

271.

The allegations of Paragraph 271 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

272.

The allegations of Paragraph 272 of the Complaint are denied insofar as the allegations relate or refer to St. Paul, except to admit that it issued the Policy, which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*.  The remaining allegations of Paragraph 272 of the Complaint are denied for lack of sufficient information to justify a belief therein.

273.

In response to the allegations of Paragraph 273 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

274.

The allegations of Paragraph 274 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

275.

The allegations of Paragraph 275 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

276.

The allegations of Paragraph 276 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

277.

In response to the allegations of Paragraph 277 of the Complaint, St. Paul would reallege and reaver its responses to those allegations of fact and allegations of fault, as incorporated herein.

278.

The allegations of Paragraph 278 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

279.

The allegations of Paragraph 279 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

280.

St. Paul denies the allegations of the prayer of the plaintiffs' Complaint in so far as those allegations relate or refer to St. Paul.  The remaining allegations of Paragraph 280 of the Complaint are denied for lack of sufficient information to justify a belief therein.

281.

St. Paul prays for trial by jury as to all issues so triable.

**NOW**, in further answer to the Complaint, St. Paul asserts the following defenses:

### FIRST DEFENSE

The Complaint fails to state a claim against St. Paul upon which relief may be granted.

### SECOND DEFENSE

To the extent that this action purports to be a class action, it fails to meet the requirements of Rule 23 of the Federal Rules of Civil Procedure for treatment as a class action.

### THIRD DEFENSE

To the extent the Orleans Levee District has no or limited liability to the Plaintiffs (whether by operation of general tort principles, statutes concerning governmental liability and immunity, or otherwise), St. Paul can have no greater liability to the Plaintiffs.

## FOURTH DEFENSE

St. Paul incorporates by reference *in extenso* all defenses pled by the Board of Commissioners for the Orleans Levee District and/or The New Orleans Levee District in its Answer to the Plaintiffs' Complaint (or in any supplemental or amending Answer) to the extent such defenses are not inconsistent with any of the defenses asserted herein.

## FIFTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent they fall outside the scope of coverage provided by the Policy and/or are barred by the terms, exclusions, conditions and/or limitations contained in the Policy.

## SIXTH DEFENSE

If the Policy provides any primary insurance coverage for Plaintiffs' claims, which is expressly denied, such coverage could only be provided by the "Bodily injury and property damage liability" portions of the "Public Entity General Liability Protection" coverage form and/or the "Umbrella Excess Liability Protection" coverage form.  None of the other portions of those coverage forms nor any portion of any other coverage form in the Policy are potentially responsive to, or provide coverage for, Plaintiffs' claims.

## SEVENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent that the party or parties against whom Plaintiffs allege liability are not "protected persons" within the meaning of the Policy.

## EIGHTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent any of the loss or damage alleged in the Petition was not caused by an "event" within the meaning of the Policy.

## NINTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent any of the loss or damage alleged in the Petition does not constitute damages for "property damage" within the meaning of the Policy.

## TENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent the recovery sought by Plaintiffs is something other than an amount that a protected person under the Policy is legally obligated to pay as damages for covered property damage that happened while the Policy was in effect and that was caused by an event.

## ELEVENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent coverage for the loss or damage alleged in the Petition is excluded by the "Expected or intended bodily injury or property damage" exclusion in the Policy.

## TWELFTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent coverage for the loss or damage alleged in the Petition is excluded by the "Impaired property" exclusion in the Policy.

## THIRTEENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent coverage for the loss or damage alleged in the Petition is excluded by the "Pollution injury or damage" exclusion in the Policy.

## FOURTEENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent coverage for the loss or damage alleged in the Petition is excluded by the "Pollution work loss, cost or expense" exclusion in the Policy.

## FIFTEENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent coverage for the loss or damage alleged in the Petition is excluded by the "Mold or other fungi" exclusion in the Policy.

## SIXTEENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent coverage for the loss or damage alleged in the Petition is excluded by the "Damage to your products or completed work" exclusion in the Policy.

## SEVENTEENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent any of the loss or damage alleged in the Petition arose out of a "known loss," a "known risk" or otherwise arose out of non-fortuitous events.

## EIGHTEENTH DEFENSE

Any liability by St. Paul under the Policy is limited by any and all "Limits of Coverage" provisions in the Policy, including but not limited to the "General total limit," "Products and completed work total limit, " and "Each event limit" provisions in the Policy.

## NINETEENTH DEFENSE

Any liability by St. Paul under the Policy is subject to any "Other Insurance" clauses in the Policy.

## TWENTIETH DEFENSE

St. Paul has no obligations under any primary coverage portions of the Policy unless and until all deductibles and self-insured retentions applicable to a claim have been exhausted.

## TWENTY-FIRST DEFENSE

St. Paul has no obligations under the "Umbrella Excess Liability Protection" coverage form of the Policy unless and until all deductibles, self-insured retentions, and underlying insurance or other insurance applicable to a claim have been exhausted.

## TWENTY-SECOND DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent any of the loss or damage alleged in the Petition was caused by the actions or inactions of third-parties for whom St. Paul is not responsible.

## TWENTY-THIRD DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent any of the loss or damage alleged in the Complaint was caused by pre-existing conditions over which the insured under the Policy had no control and for which St. Paul and the insured under the Policy are not responsible and may not be held liable.

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent the acts or omissions of others, including other parties that have not been named in this proceeding, were new, superseding and/or independent causes of any of the loss or damage alleged in the Petition.

## TWENTY-FIFTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent any of the loss or damage alleged in the Complaint was caused by Plaintiffs' own contributory and/or comparative fault or negligence.

## TWENTY-SIXTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent Plaintiffs, any protected person under the Policy, or any other responsible party failed to mitigate, minimize, avoid or abate any of the loss or damage allegedly sustained.

## TWENTY-SEVENTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent that the act(s) or failure(s) to act which gave rise to the events alleged in the Complaint were in violation of public policy or law.

## TWENTY-EIGHTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent Plaintiffs' claims are for equitable relief and/or are founded on equitable remedies.

## TWENTY-NINTH DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent Plaintiffs' claims are for declaratory and/or injunctive relief.

## THIRTIETH DEFENSE

If and to the extent St. Paul has any liability under the Policy, such liability should be excluded or reduced to the extent that St. Paul's insured has other insurance applicable to the claims in the Petition.

## THIRTY-FIRST DEFENSE

If and to the extent St. Paul has any liability under the Policy, such liability is subject to the limitations of liability, aggregates, retrospective premiums, self-insured retentions, and/or deductibles contained in the Policy as well as any non-cumulation, stacking of policies, or similar provisions contained in the Policy.

## THIRTY-SECOND DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent St. Paul's insured failed to comply with all of its duties and obligations under the Policy, including but not limited to its obligation to provide St. Paul with timely notice of any occurrence or offense that may result in a claim to which the Policy might apply.

## THIRTY-THIRD DEFENSE

Plaintiffs' claims against St. Paul are barred, in whole or in part, to the extent St. Paul's insured failed to meet all of the conditions precedent under the Policies.

## THIRTY-FOURTH DEFENSE

The Petition fails to state a cause of action against St. Paul for attorney's fees.

## THIRTY-FIFTH DEFENSE

The Complaint is vague in that it does not describe the claims made against St. Paul with sufficient particularity to enable St. Paul to determine what defenses, including defenses based upon terms, conditions, limitations, or exclusions of the Policy, or the applicable law, St. Paul

has in response to the Complaint.  St. Paul therefore reserves the right to raise all defenses which

may be pertinent to the Complaint once the precise nature of the claims are ascertained through

discovery or through amendments to pleadings.

**WHEREFORE,** defendant, St. Paul prays that this answer be deemed good and

sufficient and that, after due proceedings are had, there be judgment herein in favor of St. Paul

and against Plaintiffs (and members of the putative class), dismissing all of the claims of the

Plaintiffs (and members of the putative class) against St. Paul, with prejudice, at Plaintiffs' (and

members of the putative class') cost.

Respectfully submitted,

/s/ Rachel A. Meese
RALPH S. HUBBARD III, T.A., Bar. #7040
JOSEPH P. GUICHET, Bar #24441
RACHEL A. MEESE, Bar #25457
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for St. Paul Fire and Marine**
**Insurance Company**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the
Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed
electronically by the Clerk of Court to all parties who have registered to receive electronic
notification; that notice of the filing of the foregoing pleading has been delivered by other means
by the Clerk of Court to all parties who have not registered to receive electronic notification; and
that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by
hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to
all counsel of record who are not registered to receive notice electronically, on this 30th day of
March, 2007.

/s/ Rachel A. Meese