UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: MASTER COMPLAINT | * * * | JUDGE DUVAL |
| FILED IN:<br>O'DWYER, No. 05-4181<br>TAUZIN, No. 06-0020<br>O'DWYER, No. 06-4389<br>ADAMS, No. 06-4634<br>O'DWYER, No. 06-5786 | * * * * * * | MAG. WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendants CSX Transportation, Inc. and CSX Corporation will bring on for hearing the attached "CSX Transportation, Inc.'s and CSX Corporation's Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6) (Failure to State a Claim), Fed. R. Civ. P. 12(b)(2) (Lack of Jurisdiction Over The Person), and Fed. R. Civ. P. 12(b)(5) (Insufficiency of Service of Process)," before Judge Stanwood Duval of the United States District Court for the Eastern District of Louisiana, Section "K," 500 Camp Street, New Orleans, Louisiana 70130, on Wednesday, April 18, 2007, at 9:30 o'clock a.m.

952822-1

      s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
  -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
  -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR DEFENDANTS
CSX TRANSPORTATION, INC. AND
CSX CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of March, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

      s/ Jonathan C. McCall