## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**In Re: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182 "K"(2)**
**JUDGE DUVAL**
**MAG WILKINSON**

**PERTAINS TO:  ALL LEVEE**

### ANSWER AND AFFIRMATIVE DEFENSES
### OF JAMES CONSTRUCTION GROUP, LLC

Defendant, James Construction Group, L.L.C. ("JGC") responds to the Superseding Master Consolidated Class Action Complaint ("Complaint") filed by the Levee Plaintiffs' Subgroup Litigation Committee, pursuant to Case Management order No. 4 as follows:

### Affirmative Defenses

### First Defense

The Complaint fails to meet the prerequisites for a class action in that:

A.      The alleged class does not meet the numerosity requirement and joinder of all alleged members of the class is not impracticable;

B.  The questions of law or fact common to the alleged members of the class do not predominate over individual questions of law and fact, particularly with regard to individual liability and damages issues inherent in the different zones alleged in the Complaint; and

C.  The plaintiffs will not be able to fairly and adequately protect the interests of the class members and do not have claims typical of the other alleged class members.

## Second Defense

The Complaint fails to state a claim against JGC upon which relief may be granted.

## Third Defense

Plaintiffs' claims fail, in whole or in part, because they lack a right of action, standing or capacity, to bring some or all of the claims alleged in their Complaint.

## Fourth Defense

Plaintiffs claims fail, in whole or in part, because plaintiffs' have failed to join indispensable parties, as required by Federal Rule of Civil Procedure 19 and/or Louisiana Code of Civil Procedure Article 641.

## Fifth Defense

Any work done by JGC was done in accordance with plans or specifications furnished to JGC by the U.S. Army Corps of Engineers, which plans or specifications JGC did not make or cause to be made, thus, pursuant to Louisiana Revised Statute 9:2771, JGC has no liability.

## Sixth Defense

Any work done by JGC was done under the supervision and/or direction and/or control of the U.S. Army Corps of Engineers and JGC is thereby immune from suit and from tort liability in accordance with the "Government Contractor Defense" recognized in *Boyle v. United*

*Technologies Corp.*, 487 U.S. 500, 108 S. Ct. 2510, 101 L. Ed. 442 (1988) and *Hercules v. U.S.*, 516 U.S. 417, 116 S. Ct. 981, 134 L. Ed 2d 47 (1996).

### Seventh Defense

Any work done by JGC was not performed at the site where any break in any levee/flood wall occurred or where any failure of any levee/flood wall occurred.

### Eighth Defense

JGC avers that it has no liability for any subcontractors as it is not vicariously liable under the doctrine of *respondeat superior* for subcontractors.

### Ninth Defense

Any breaks in any levee/flood wall or any failures of any levee/flood wall occurred as a result of the fault or negligence of others for whom JGC is not liable or responsible, and over whom JGC has no control.

### Tenth Defense

Any breaks in any levee/flood wall or any failure of any levee/flood wall occurred as a result of an act of nature, namely, Hurricane Katrina, for which JGC is not responsible or liable, and over which JGC had no control.

### Eleventh Defense

Plaintiffs' claims are barred under Article 2315 of the Louisiana Civil Code, in whole or in part, because they cannot establish:  (1) that JGC' alleged conduct was in any way the cause in fact of the harm alleged to have been suffered; (2) that JGC' alleged conduct was a proximate cause of or substantial factor in causing the harm alleged to have been suffered; (3) that JGC owed a duty to the plaintiffs that encompassed the risk that plaintiffs would suffer the alleged harm; or (4) that if JGC owed any such duty to the plaintiffs, it breached that duty.

**Twelfth Defense**

Plaintiffs have failed to mitigate their damages.

**Thirteenth Defense**

JGC adopts and incorporates by reference any affirmative defense asserted by any other defendant to this action to the extent that such an affirmative defense applies to JGC, and gives notice that it intends to rely upon any other defense that may become available or appear during the proceedings in this case, and JGC hereby reserves its right to amend its answer to assert any such defense.

**<u>Answer</u>**

And now answering the specific allegations of the Complaint, JGC avers as follows:

1.

The "Introduction" to the Complaint requires no response, however, in an abundance of caution, JGC denies all allegations contained within the "Introduction" to the Complaint claiming that plaintiffs' damages were caused by improper and/or negligent work by JGC. JGC denies the remaining allegations contained within the "Introduction" for lack of sufficient information to justify a belief therein.

2.

The "Introduction" to the Complaint requires no response, however, in an abundance of caution, JGC denies all allegations contained within the "Introduction" to the Complaint claiming that plaintiffs' damages were caused by improper and/or negligent work by JGC. JGC denies the remaining allegations contained within the "Introduction" for lack of sufficient information to justify a belief therein.

3.

The allegations of ¶ 3 of the Complaint are denied for lack of sufficient information to justify a belief therein.

4.

JGC admits the allegations of ¶ 4, subparagraph (r), of the Complaint.  JGC denies the remaining allegations of ¶ 4 of the Complaint for lack of sufficient information to justify a belief therein.

5.

The allegations of ¶ 5 of the Complaint are denied for lack of sufficient information to justify a belief therein.

6.

Paragraph 6 of the Complaint does not require a response, however, in an abundance of caution, the allegations of ¶ 6 of the Complaint are denied for lack of sufficient information to justify a belief therein.

7.

The allegations of ¶ 7 of the Complaint are denied for lack of sufficient information to justify a belief therein.

8.

The allegations of ¶ 8 of the Complaint are denied for lack of sufficient information to justify a belief therein.

9.

The allegations of ¶ 9 of the Complaint are denied for lack of sufficient information to justify a belief therein.

10.

The allegations of ¶ 10 of the Complaint are denied for lack of sufficient information to justify a belief therein.

11.

Paragraph 11 of the Complaint does not require a response, however, in an abundance of caution, the allegations of ¶ 11 of the Complaint are denied.

12.

The allegations of ¶ 12 of the Complaint are denied for lack of sufficient information to justify a belief therein.

13.

Insofar as ¶ 13 relates to JGC, JGC denies the allegations except to admit that it conducts business in the state of Louisiana and in the Parishes that comprise the Eastern District of Louisiana.   Insofar as ¶ 13 relates to any other defendant, the allegations of ¶ 13 of the Complaint are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of ¶ 14 of the Complaint are denied for lack of sufficient information to justify a belief therein.

15.

Paragraph 15 of the Complaint does not require a response, however, in an abundance of caution, the allegations of ¶ 15 of the Complaint are denied for lack of sufficient information to justify a belief therein.

16.

Paragraph 16 of the Complaint does not require a response, however, in an abundance of caution, the allegations of ¶ 16 of the Complaint are denied for lack of sufficient information to justify a belief therein.

17.

The allegations of ¶ 17 of the Complaint are denied for lack of sufficient information to justify a belief therein.

18.

The allegations of ¶ 18 of the Complaint are denied for lack of sufficient information to justify a belief therein.

19.

The allegations of ¶ 19 of the Complaint are denied for lack of sufficient information to justify a belief therein.

20.

The allegations of ¶ 20 of the Complaint are denied for lack of sufficient information to justify a belief therein.

21.

The allegations of ¶ 21 of the Complaint are denied for lack of sufficient information to justify a belief therein.

22.

The allegations of ¶ 22 of the Complaint are denied for lack of sufficient information to justify a belief therein.

23.

The allegations of ¶ 23 of the Complaint are denied for lack of sufficient information to justify a belief therein.

24.

The allegations of ¶ 24 of the Complaint are denied for lack of sufficient information to justify a belief therein.

25.

The allegations of ¶ 25 of the Complaint are denied for lack of sufficient information to justify a belief therein.

26.

The allegations of ¶ 26 of the Complaint are denied for lack of sufficient information to justify a belief therein.

27.

The allegations of ¶ 27 of the Complaint are denied for lack of sufficient information to justify a belief therein.

28.

The allegations of ¶ 28 of the Complaint are denied for lack of sufficient information to justify a belief therein.

29.

The allegations of ¶ 29 of the Complaint are denied for lack of sufficient information to justify a belief therein.

30.

The allegations of ¶ 30 of the Complaint are denied for lack of sufficient information to justify a belief therein.

31.

The allegations of ¶ 31 of the Complaint are denied for lack of sufficient information to justify a belief therein.

32.

The allegations of ¶ 32 of the Complaint are denied for lack of sufficient information to justify a belief therein.

33.

The allegations of ¶ 33 of the Complaint are denied for lack of sufficient information to justify a belief therein.

34.

The allegations of ¶ 34 of the Complaint are denied for lack of sufficient information to justify a belief therein.

35.

The allegations of ¶ 35 of the Complaint are denied for lack of sufficient information to justify a belief therein.

36.

The allegations of ¶ 36 of the Complaint are denied for lack of sufficient information to justify a belief therein.

37.

The allegations of ¶ 37 of the Complaint are denied for lack of sufficient information to justify a belief therein.

38.

The allegations of ¶ 38 of the Complaint are denied for lack of sufficient information to justify a belief therein.

39.

The allegations of ¶ 39 of the Complaint are denied for lack of sufficient information to justify a belief therein.

40.

The allegations of ¶ 40 of the Complaint are denied for lack of sufficient information to justify a belief therein.

41.

The allegations of ¶ 41 of the Complaint are denied for lack of sufficient information to justify a belief therein.

42.

The allegations of ¶ 42 of the Complaint are denied for lack of sufficient information to justify a belief therein.

43.

The allegations of ¶ 43 of the Complaint are denied for lack of sufficient information to justify a belief therein.

44.

The allegations of ¶ 44 of the Complaint are denied for lack of sufficient information to justify a belief therein.

45.

The allegations of ¶ 45 of the Complaint are denied for lack of sufficient information to justify a belief therein.

46.

The allegations of ¶ 46 of the Complaint are denied for lack of sufficient information to justify a belief therein.

47.

The allegations of ¶ 47 of the Complaint are denied for lack of sufficient information to justify a belief therein.

48.

The allegations of ¶ 48 of the Complaint are denied for lack of sufficient information to justify a belief therein.

49.

The allegations of ¶ 49 of the Complaint are denied for lack of sufficient information to justify a belief therein.

50.

The allegations of ¶ 50 of the Complaint are denied for lack of sufficient information to justify a belief therein.

51.

The allegations of ¶ 51 of the Complaint are denied for lack of sufficient information to justify a belief therein.

52.

The allegations of ¶ 52 of the Complaint are denied for lack of sufficient information to justify a belief therein.

53.

The allegations of ¶ 53 of the Complaint are denied for lack of sufficient information to justify a belief therein.

54.

The allegations of ¶ 54 of the Complaint are denied for lack of sufficient information to justify a belief therein.

55.

The allegations of ¶ 55 of the Complaint are denied for lack of sufficient information to justify a belief therein.

56.

The allegations of ¶ 56 of the Complaint are denied for lack of sufficient information to justify a belief therein.

57.

The allegations of ¶ 57 of the Complaint are denied for lack of sufficient information to justify a belief therein.

58.

The allegations of ¶ 58 of the Complaint are denied for lack of sufficient information to justify a belief therein.

59.

The allegations of ¶ 59 of the Complaint are denied for lack of sufficient information to justify a belief therein.

60.

The allegations of ¶ 60 of the Complaint are denied for lack of sufficient information to justify a belief therein.

61.

The allegations of ¶ 61 of the Complaint are denied for lack of sufficient information to justify a belief therein.

62.

The allegations of ¶ 62 of the Complaint are denied for lack of sufficient information to justify a belief therein.

63.

The allegations of ¶ 63 of the Complaint are denied for lack of sufficient information to justify a belief therein.

64.

The allegations of ¶ 64 of the Complaint are denied for lack of sufficient information to justify a belief therein.

65.

The allegations of ¶ 65 of the Complaint are denied for lack of sufficient information to justify a belief therein.

66.

The allegations of ¶ 66 of the Complaint are denied for lack of sufficient information to justify a belief therein.

67.

The allegations of ¶ 67 of the Complaint are denied for lack of sufficient information to justify a belief therein.

68.

The allegations of ¶ 68 of the Complaint are denied for lack of sufficient information to justify a belief therein.

69.

The allegations of ¶ 69 of the Complaint are denied for lack of sufficient information to justify a belief therein.

70.

The allegations of ¶ 70 of the Complaint are denied for lack of sufficient information to justify a belief therein.

71.

The allegations of ¶ 71 of the Complaint are denied for lack of sufficient information to justify a belief therein.

72.

The allegations of ¶ 72 of the Complaint are denied for lack of sufficient information to justify a belief therein.

73.

The allegations of ¶ 73 of the Complaint are denied for lack of sufficient information to justify a belief therein.

74.

The allegations of ¶ 74 of the Complaint are denied for lack of sufficient information to justify a belief therein.

75.

The allegations of ¶ 75 of the Complaint are denied for lack of sufficient information to justify a belief therein.

76.

The allegations of ¶ 76 of the Complaint are denied for lack of sufficient information to justify a belief therein.

77.

Insofar as they relate to JGC, the allegations of ¶ 77 of the Complaint are denied.  Insofar as they relate to any other defendant, the allegations of ¶ 77 of the Complaint are denied for lack of sufficient information to justify a belief therein.

78.

The allegations of ¶ 78 of the Complaint are denied for lack of sufficient information to justify a belief therein.

79.

The allegations of ¶ 79 of the Complaint are denied for lack of sufficient information to justify a belief therein.

80.

The allegations of ¶ 80 of the Complaint are denied for lack of sufficient information to justify a belief therein.

81.

The allegations of ¶ 81 of the Complaint are denied for lack of sufficient information to justify a belief therein.

82.

The allegations of ¶ 82 of the Complaint are denied for lack of sufficient information to justify a belief therein.

83.

The allegations of ¶ 83 of the Complaint are denied for lack of sufficient information to justify a belief therein.

84.

The allegations of ¶ 84 of the Complaint are denied for lack of sufficient information to justify a belief therein.

85.

The allegations of ¶ 85 of the Complaint are denied for lack of sufficient information to justify a belief therein.

86.

The allegations of ¶ 86 of the Complaint are denied for lack of sufficient information to justify a belief therein.

87.

Insofar as the allegations of ¶ 87 of the Complaint are directed against JGC, they are denied; the remainder of the allegations of ¶ 87 of the Complaint are denied for lack of sufficient information to justify a belief therein.

88.

JGC admits that entered in to a contract with the United States, and avers that the contract itself is the best evidence of the scope of work and the obligations of the parties.  The remaining allegations of ¶ 88 of the Complaint are denied.

89.

The allegations of ¶ 89 of the Complaint are denied for lack of sufficient information to justify a belief therein.

90.

The allegations of ¶ 90 of the Complaint are denied for lack of sufficient information to justify a belief therein.

91.

The allegations of ¶ 91 of the Complaint are denied for lack of sufficient information to justify a belief therein.

92.

The allegations of ¶ 92 of the Complaint are denied for lack of sufficient information to justify a belief therein.

93.

The allegations of ¶ 93 of the Complaint are denied for lack of sufficient information to justify a belief therein.

94.

The allegations of ¶ 94 of the Complaint are denied for lack of sufficient information to justify a belief therein.

95.

The allegations of ¶ 95 of the Complaint are denied for lack of sufficient information to justify a belief therein.

96.

The allegations of ¶ 96 of the Complaint are denied for lack of sufficient information to justify a belief therein.

97.

The allegations of ¶ 97 of the Complaint are denied for lack of sufficient information to justify a belief therein.

98.

The allegations of ¶ 98 of the Complaint are denied for lack of sufficient information to justify a belief therein.

99.

The allegations of ¶ 99 of the Complaint are denied for lack of sufficient information to justify a belief therein.

100.

The allegations of ¶ 100 of the Complaint are denied for lack of sufficient information to justify a belief therein.

101.

The allegations of ¶ 101 of the Complaint are denied for lack of sufficient information to justify a belief therein.

102.

The allegations of ¶ 102 of the Complaint are denied for lack of sufficient information to justify a belief therein.

103.

The allegations of ¶ 103 of the Complaint are denied for lack of sufficient information to justify a belief therein.

104.

The allegations of ¶ 104 of the Complaint are denied for lack of sufficient information to justify a belief therein.

105.

The allegations of ¶ 105 of the Complaint are denied for lack of sufficient information to justify a belief therein.

106.

The allegations of ¶ 106 of the Complaint are denied for lack of sufficient information to justify a belief therein.

107.

The allegations of ¶ 107 of the Complaint are denied for lack of sufficient information to justify a belief therein.

108.

The allegations of ¶ 108 of the Complaint are denied for lack of sufficient information to justify a belief therein.

109.

The allegations of ¶ 109 of the Complaint are denied for lack of sufficient information to justify a belief therein.

110.

The allegations of ¶ 110 of the Complaint are denied for lack of sufficient information to justify a belief therein.

111.

The allegations of ¶ 111 of the Complaint are denied for lack of sufficient information to justify a belief therein.

112.

The allegations of ¶ 112 of the Complaint are denied for lack of sufficient information to justify a belief therein.

113.

The allegations of ¶ 113 of the Complaint are denied for lack of sufficient information to justify a belief therein.

114.

The allegations of ¶ 114 of the Complaint are denied for lack of sufficient information to justify a belief therein.

115.

The allegations of ¶ 115 of the Complaint are denied for lack of sufficient information to justify a belief therein.

116.

The allegations of ¶ 116 of the Complaint are denied for lack of sufficient information to justify a belief therein.

117.

The allegations of ¶ 117 of the Complaint are denied for lack of sufficient information to justify a belief therein.

118.

The allegations of ¶ 118 of the Complaint are denied for lack of sufficient information to justify a belief therein.

119.

The allegations of ¶ 119 of the Complaint are denied for lack of sufficient information to justify a belief therein.

120.

The allegations of ¶ 120 of the Complaint are denied for lack of sufficient information to justify a belief therein.

121.

The allegations of ¶ 121 of the Complaint are denied for lack of sufficient information to justify a belief therein.

122.

The allegations of ¶ 122 of the Complaint are denied for lack of sufficient information to justify a belief therein.

123.

The allegations of ¶ 123 of the Complaint are denied for lack of sufficient information to justify a belief therein.

124.

The allegations of ¶ 124 of the Complaint are denied for lack of sufficient information to justify a belief therein.

125.

The allegations of ¶ 125 of the Complaint are denied for lack of sufficient information to justify a belief therein.

126.

The allegations of ¶ 126 of the Complaint are denied for lack of sufficient information to justify a belief therein.

127.

The allegations of ¶ 127 of the Complaint are denied for lack of sufficient information to justify a belief therein.

128.

JGC denies the allegations of ¶ 128 of the Complaint for lack of sufficient information to justify a belief therein, except to admit that Hurricane Katrina made landfall on August 29, 2005.

129.

JGC admits that Hurricane Katrina made a second landfall.  The remaining allegations of ¶ 129 of the Complaint are denied for lack of sufficient information to justify a belief therein.

130.

The allegations of ¶ 130 of the Complaint are denied for lack of sufficient information to justify a belief therein.

131.

The allegations of ¶ 131 of the Complaint are denied for lack of sufficient information to justify a belief therein.

132.

The allegations of ¶ 132 of the Complaint are denied for lack of sufficient information to justify a belief therein.

133.

The allegations of ¶ 133 of the Complaint are denied for lack of sufficient information to justify a belief therein.

134.

The allegations of ¶ 134 of the Complaint are denied for lack of sufficient information to justify a belief therein.

135.

The allegations of ¶ 135 of the Complaint are denied for lack of sufficient information to justify a belief therein.

136.

The allegations of ¶ 136 of the Complaint are denied for lack of sufficient information to justify a belief therein.

137.

The allegations of ¶ 137 of the Complaint are denied for lack of sufficient information to justify a belief therein.

138.

The allegations of ¶ 138 of the Complaint are denied for lack of sufficient information to justify a belief therein.

139.

The allegations of ¶ 139 of the Complaint are denied for lack of sufficient information to justify a belief therein.

140.

The allegations of ¶ 140 of the Complaint are denied for lack of sufficient information to justify a belief therein.

141.

The allegations of ¶ 141 of the Complaint are denied for lack of sufficient information to justify a belief therein.

142.

The allegations of ¶ 142 of the Complaint are denied for lack of sufficient information to justify a belief therein.

143.

The allegations of ¶ 143 of the Complaint are denied for lack of sufficient information to justify a belief therein.

144.

The allegations of ¶ 144 of the Complaint are denied for lack of sufficient information to justify a belief therein.

145.

The allegations of ¶ 145 of the Complaint are denied for lack of sufficient information to justify a belief therein.

146.

The allegations of ¶ 146 of the Complaint are denied for lack of sufficient information to justify a belief therein.

147.

The allegations of ¶ 147 of the Complaint are denied for lack of sufficient information to justify a belief therein.

148.

The allegations of ¶ 148 of the Complaint are denied for lack of sufficient information to justify a belief therein.

149.

JGC denies all allegations of ¶ 149 of the Complaint claiming that plaintiffs' damages were caused by improper and/or negligent work by JGC.  The remaining allegations of ¶ 149 are denied for lack of sufficient information to justify a belief therein.

150.

The allegations of ¶ 150 of the Complaint are denied for lack of sufficient information to justify a belief therein.

151.

JGC admits that ¶ 151 Complaint, plaintiffs allege/propose the definition of a putative class of claimants.  JGC denies that the alleged/proposed class definitions are correct or proper. JGC further denies that the alleged/proposed named plaintiffs identified in ¶ 151 are eligible and/or suitable to serve as class representatives.

152.

The allegations of ¶ 152 of the Complaint are denied.

153.

The allegations of ¶ 153 of the Complaint, including each subparagraph (a) through (e) are denied.

154.

The allegations of ¶ 154 of the Complaint are denied.

155.

The allegations of ¶ 155 of the Complaint are denied.

156.

The allegations of ¶ 156 of the Complaint are denied.

157.

The allegations of ¶ 157 of the Complaint are denied.

158.

The allegations of ¶ 158 of the Complaint are denied.

159.

The allegations of ¶ 159 of the Complaint are denied.

160.

JGC admits that in ¶ 160 of the Complaint, plaintiffs allege/propose to divide the class into subclasses.  JGC denies that the subclass definitions are correct or proper and denies all other allegations of ¶ 160.

161.

JGC admits that in ¶ 161 of the Complaint, plaintiffs allege/propose a definition of a subclass, and propose certain named plaintiffs as subclass representatives.  JGC denies that the subclass definition is correct or proper and that the proposed subclass representatives are eligible and/or suitable to serve as subclass representatives.  JGC denies all other allegations of ¶ 161.

162.

The allegations of ¶ 162 of the Complaint are denied.

163.

The allegations of ¶ 163 of the Complaint are denied.

164.

The allegations of ¶ 164 of the Complaint are denied.

165.

The allegations of ¶ 165 of the Complaint are denied.

166.

The allegations of ¶ 166 of the Complaint are denied.

167.

The allegations of ¶ 167 of the Complaint are denied.

168.

JGC admits that in ¶ 168 of the Complaint, plaintiffs allege/propose a definition of a subclass, and propose certain named plaintiffs as subclass representatives.  JGC denies that the subclass definition is correct or proper and that the proposed subclass representatives are eligible and/or suitable to serve as subclass representatives.  JGC denies all other allegations of ¶ 161.

169.

The allegations of ¶ 169 of the Complaint are denied.

170.

The allegations of ¶ 170 of the Complaint are denied.

171.

The allegations of ¶ 171 of the Complaint are denied.

172.

The allegations of ¶ 172 of the Complaint are denied.

173.

The allegations of ¶ 173 of the Complaint are denied.

174.

The allegations of ¶ 167 of the Complaint are denied.

175.

JGC admits that in ¶ 175 of the Complaint, plaintiffs allege/propose a definition of a subclass, and propose certain named plaintiffs as subclass representatives.  JGC denies that the subclass definition is correct or proper and that the proposed subclass representatives are eligible and/or suitable to serve as subclass representatives.  JGC denies all other allegations of ¶ 161.

176.

The allegations of ¶ 176 of the Complaint are denied.

177.

The allegations of ¶ 177 of the Complaint are denied.

178.

The allegations of ¶ 178 of the Complaint are denied.

179.

The allegations of ¶ 179 of the Complaint are denied.

180.

The allegations of ¶ 180 of the Complaint are denied.

181.

The allegations of ¶ 181 of the Complaint are denied.

182.

JGC admits that in ¶ 182 of the Complaint, plaintiffs allege/propose a definition of a subclass, and propose certain named plaintiffs as subclass representatives.  JGC denies that the subclass definition is correct or proper and that the proposed subclass representatives are eligible and/or suitable to serve as subclass representatives.  JGC denies all other allegations of ¶ 161.

183.

The allegations of ¶ 183 of the Complaint are denied.

184.

The allegations of ¶ 184 of the Complaint are denied.

185.

The allegations of ¶ 185 of the Complaint are denied.

186.

The allegations of ¶ 186 of the Complaint are denied.

187.

The allegations of ¶ 187 of the Complaint are denied.

188.

The allegations of ¶ 188 of the Complaint are denied.

189.

JGC admits that in ¶ 189 of the Complaint, plaintiffs allege/propose a definition of a subclass, and propose certain named plaintiffs as subclass representatives.  JGC denies that the subclass definition is correct or proper and that the proposed subclass representatives are eligible and/or suitable to serve as subclass representatives.  JGC denies all other allegations of ¶ 189.

190.

The allegations of ¶ 190 of the Complaint are denied.

191.

The allegations of ¶ 191 of the Complaint are denied.

192.

The allegations of ¶ 192 of the Complaint are denied.

193.

The allegations of ¶ 193 of the Complaint are denied.

194.

The allegations of ¶ 194 of the Complaint are denied.

195.

The allegations of ¶ 195 of the Complaint are denied.

**JGC's Response to Plaintiffs' Allegations of Fault**

The paragraphs contained within Plaintiffs' "Allegations of Fault," ¶¶ 196-279, do not allege fault on the part of JGC, and therefore require no response from JGC.  However, in an abundance of caution, JGC responds to the Allegations of Fault, ¶¶ 196-279, as follows:

196.

The allegations of ¶ 196 of the Complaint are denied.

197.

The allegations of ¶ 197 of the Complaint do not require a response from JGC, but, out of an abundance of caution, the allegations of ¶ 197 are denied.

198.

The allegations of ¶ 198 of the Complaint are denied for lack of sufficient information to justify a belief therein.

199.

The allegations of ¶ 199 of the Complaint are denied for lack of sufficient information to justify a belief therein.

200.

The allegations of ¶ 200 of the Complaint are denied for lack of sufficient information to justify a belief therein.

201.

The allegations of ¶ 201 of the Complaint are denied for lack of sufficient information to justify a belief therein.

202.

The allegations of ¶ 202 of the Complaint are denied for lack of sufficient information to justify a belief therein.

203.

The allegations of ¶ 203 of the Complaint are denied for lack of sufficient information to justify a belief therein.

204.

The allegations of ¶ 204 of the Complaint are denied for lack of sufficient information to justify a belief therein.

205.

The allegations of ¶ 205 of the Complaint are denied for lack of sufficient information to justify a belief therein.

206.

The allegations of ¶ 206 of the Complaint are denied for lack of sufficient information to justify a belief therein.

207.

The allegations of ¶ 207 of the Complaint are denied for lack of sufficient information to justify a belief therein.

208.

The allegations of ¶ 208 of the Complaint are denied for lack of sufficient information to justify a belief therein.

209.

The allegations of ¶ 209 of the Complaint are denied for lack of sufficient information to justify a belief therein.

210.

The allegations of ¶ 210 of the Complaint are denied for lack of sufficient information to justify a belief therein.

211.

The allegations of ¶ 211 of the Complaint are denied for lack of sufficient information to justify a belief therein.

212.

The allegations of ¶ 212 of the Complaint are denied for lack of sufficient information to justify a belief therein.

213.

The allegations of ¶ 213 of the Complaint are denied for lack of sufficient information to justify a belief therein.

214.

The allegations of ¶ 214 of the Complaint are denied for lack of sufficient information to justify a belief therein.

215.

The allegations of ¶ 215 of the Complaint are denied for lack of sufficient information to justify a belief therein.

216.

The allegations of ¶ 216 are denied.

217.

The allegations of ¶ 217 of the Complaint do not require a response from JGC, but, out of an abundance of caution, the allegations of ¶ 217 are denied.

218.

The allegations of ¶ 218 of the Complaint are denied for lack of sufficient information to justify a belief therein.

219.

The allegations of ¶ 219 of the Complaint are denied for lack of sufficient information to justify a belief therein.

220.

The allegations of ¶ 220 of the Complaint are denied for lack of sufficient information to justify a belief therein.

221.

The allegations of ¶ 221 of the Complaint are denied for lack of sufficient information to justify a belief therein.

222.

The allegations of ¶ 222 of the Complaint are denied for lack of sufficient information to justify a belief therein.

223.

The allegations of ¶ 223 of the Complaint are denied for lack of sufficient information to justify a belief therein.

224.

The allegations of ¶ 224 of the Complaint are denied for lack of sufficient information to justify a belief therein.

225.

The allegations of ¶ 225 of the Complaint are denied for lack of sufficient information to justify a belief therein.

226.

The allegations of ¶ 226 of the Complaint are denied for lack of sufficient information to justify a belief therein.

227.

The allegations of ¶ 227 of the Complaint are denied for lack of sufficient information to justify a belief therein.

228.

The allegations of ¶ 228 of the Complaint are denied for lack of sufficient information to justify a belief therein.

229.

The allegations of ¶ 229 of the Complaint are denied for lack of sufficient information to justify a belief therein.

230.

The allegations of ¶ 230 of the Complaint are denied for lack of sufficient information to justify a belief therein.

231.

The allegations of ¶ 231 of the Complaint are denied for lack of sufficient information to justify a belief therein.

232.

The allegations of ¶ 232 of the Complaint are denied for lack of sufficient information to justify a belief therein.

233.

The allegations of ¶ 233 of the Complaint are denied for lack of sufficient information to justify a belief therein.

234.

The allegations of ¶ 234 of the Complaint are denied for lack of sufficient information to justify a belief therein.

235.

The allegations of ¶ 235 of the Complaint do not allege fault on the part of JGC, but in an abundance of caution, the allegations of ¶ 235 of the Complaint are denied.

236.

The allegations of ¶ 236 of the Complaint do not allege fault on the part of JGC, but in an abundance of caution, but, out of an abundance of caution, the allegations of ¶ 236 are denied.

237.

The allegations of ¶ 237 of the Complaint do not allege fault on the part of JGC, but in an abundance of caution, the allegations of ¶ 237 of the Complaint are denied for lack of sufficient information to justify a belief therein.

238.

The allegations of ¶ 238 of the Complaint do not allege fault on the part of JGC, but in an abundance of caution, the allegations of ¶ 238 of the Complaint are denied for lack of sufficient information to justify a belief therein.

239.

The allegations of ¶ 239 of the Complaint do not allege fault on the part of JGC, but in an abundance of caution, the allegations of ¶ 239 of the Complaint are denied for lack of sufficient information to justify a belief therein.

240.

The allegations of ¶ 240 of the Complaint do not allege fault on the part of JGC, but in an abundance of caution, the allegations of ¶ 240 of the Complaint are denied for lack of sufficient information to justify a belief therein.

241.

The allegations of ¶ 241 of the Complaint do not allege fault on the part of JGC, but in an abundance of caution, the allegations of ¶ 241 of the Complaint are denied for lack of sufficient information to justify a belief therein.

242.

The allegations of ¶ 242 of the Complaint are denied.

243.

The allegations of ¶ 243 of the Complaint do not require a response from JGC, but, out of an abundance of caution, the allegations of ¶ 236 are denied.

244.

The allegations of ¶ 244 of the Complaint, including all subparagraphs (a) through (c) are denied for lack of sufficient information to justify a belief therein.

245.

The allegations of ¶ 245 of the Complaint are denied for lack of sufficient information to justify a belief therein.

246.

The allegations of ¶ 246 of the Complaint are denied for lack of sufficient information to justify a belief therein.

247.

The allegations of ¶ 247 of the Complaint are denied for lack of sufficient information to justify a belief therein.

248.

The allegations of ¶ 248 of the Complaint are denied for lack of sufficient information to justify a belief therein.

249.

The allegations of ¶ 249 of the Complaint are denied for lack of sufficient information to justify a belief therein.

250.

The allegations of ¶ 250 of the Complaint are denied for lack of sufficient information to justify a belief therein.

251.

The allegations of ¶ 251 of the Complaint are denied for lack of sufficient information to justify a belief therein.

252.

The allegations of ¶ 252 of the Complaint are denied for lack of sufficient information to justify a belief therein.

253.

The allegations of ¶ 253 of the Complaint are denied.

254.

The allegations of ¶ 254 of the Complaint do not require a response from JGC, but, out of an abundance of caution, the allegations of ¶ 254 are denied.

255.

The allegations of ¶ 255 of the Complaint are denied for lack of sufficient information to justify a belief therein.

256.

The allegations of ¶ 256 of the Complaint are denied for lack of sufficient information to justify a belief therein.

257.

The allegations of ¶ 251 of the Complaint are denied for lack of sufficient information to justify a belief therein.

258.

The allegations of ¶ 258 of the Complaint are denied for lack of sufficient information to justify a belief therein.

259.

The allegations of ¶ 259 of the Complaint are denied for lack of sufficient information to justify a belief therein.

260.

The allegations of ¶ 260 of the Complaint are denied for lack of sufficient information to justify a belief therein.

261.

The allegations of ¶ 261 of the Complaint are denied for lack of sufficient information to justify a belief therein.

262.

The allegations of ¶ 262 of the Complaint are denied for lack of sufficient information to justify a belief therein.

263.

The allegations of ¶ 263 of the Complaint are denied for lack of sufficient information to justify a belief therein.

264.

The allegations of ¶ 264 of the Complaint are denied for lack of sufficient information to justify a belief therein.

265.

The allegations of ¶ 265 of the Complaint are denied for lack of sufficient information to justify a belief therein.

266.

The allegations of ¶ 266 of the Complaint are denied for lack of sufficient information to justify a belief therein.

267.

The allegations of ¶ 267 of the Complaint are denied.

268.

The allegations of ¶ 268 of the Complaint do not require a response from JGC, but, out of an abundance of caution, the allegations of ¶ 268 are denied.

269.

The allegations of ¶ 269 of the Complaint are denied for lack of sufficient information to justify a belief therein.

270.

The allegations of ¶ 270 of the Complaint are denied for lack of sufficient information to justify a belief therein.

271.

The allegations of ¶ 271 of the Complaint are denied for lack of sufficient information to justify a belief therein.

272.

The allegations of ¶ 272 of the Complaint are denied for lack of sufficient information to justify a belief therein.

273.

The allegations of ¶ 273 of the Complaint are denied.

274.

The allegations of ¶ 274 of the Complaint are denied for lack of sufficient information to justify a belief therein.

275.

The allegations of ¶ 275 of the Complaint are denied for lack of sufficient information to justify a belief therein.

276.

The allegations of ¶ 276 of the Complaint are denied for lack of sufficient information to justify a belief therein.

277.

The allegations of ¶ 270 of the Complaint are denied.

278.

The allegations of ¶ 278 of the Complaint are denied for lack of sufficient information to justify a belief therein.

279.

The allegations of ¶ 279 of the Complaint are denied for lack of sufficient information to justify a belief therein.

280

Plaintiffs' prayer for relief requires no answer.  However, in an abundance of caution, JGC denies the allegations contained within plaintiffs' prayer for relief.

WHEREFORE, James Construction Group, L.L.C. respectfully requests that, after due proceedings had, Plaintiffs' claims be dismissed with prejudice, at Plaintiffs' sole cost, and for all general and equitable relief as this Court deems just and necessary.

Respectfully submitted,

_____/s Emily E. Eagan_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Fax: (504) 589-8266
Attorneys for James Construction Group, LLC

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via, ECF, e-mail, hand delivery, or facsimile this 30th day of March, 2007.


                            /s Emily E. Eagan