# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:   **KATRINA CANAL BREACHES**   **CIVIL ACTION**
          **CONSOLIDATED LITIGATION**

                                            **NO.: 05-4182**

                                            **SECTION "K" (2)**

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
               05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
               06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
               06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
               06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
               06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
               07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

## RULE 12(B)(6) DEFENSES, AFFIRMATIVE DEFENSES AND ANSWER ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC. TO THE SUPERSEDING MASTER CONSOLIDATED CLASS ACTION COMPLAINT

Now into Court, through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis"), for the purpose of answering the plaintiffs' Superseding Master Consolidated Class Action Complaint, including the first through the eighth amendments thereto (collectively, the "Complaint").

### RULE 12(B)(6) DEFENSES

#### First Rule 12(b)(6) Defense

In the Complaint, the plaintiffs fail to state a claim against Eustis upon which relief can be granted.

#### Second Rule 12(b)(6) Defense

In the Complaint, the plaintiffs fail to state a timely claim against Eustis upon which relief can be granted.

### Third Rule 12(b)(6) Defense

In the Complaint, the plaintiffs fail to state a viable claim against Eustis.   Any claim against Eustis is perempted as a matter of law under La. Rev. Stat. 9:5607.  The averred cause of the damage expired before the plaintiffs filed the Complaint.

### Fourth Rule 12(b)(6) Defense

In the Complaint, the plaintiffs fail to state a claim against Eustis upon which relief can be granted because Eustis did not design the levees and floodwalls.

### Fifth Rule 12(b)(6) Defense

In the Complaint, the plaintiffs fail to state a claim against Eustis upon which relief can be granted because the plaintiffs do not allege that Eustis was at fault.

### Sixth Rule 12(b)(6) Defense

In the Complaint, the plaintiffs fail to state a claim against Eustis upon which relief can be granted because Eustis' last engineering services were finished more than five years before the plaintiffs filed suit.

### Seventh Rule 12(b)(6) Defense

The Complaint fails to plainly state the claims and relief sought by the plaintiffs.

### Eighth Rule 12(b)(6) Defense

The Complaint fails to state a claim for recovery of attorneys' fees against Eustis upon which relief can be granted.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

In Civil Actions 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0200, 06-8886, 06-2278, 06-2287, 06-2463 and 06-2545 have been dismissed and Judgment was entered in favor of Eustis pursuant to this Court's Order and Reasons, on December 8, 2006 (Document No. 2148). The Judgment is final, and it is the law of the case.

### Second Affirmative Defense

Defendant pleads *res judicata*, or alternatively, collateral estoppel.

### Third Affirmative Defense

One or all suits are barred under the one year prescriptive period under Louisiana law.

### Fourth Affirmative Defense

The fault of third parties, for whom Eustis is not responsible, caused or contributed to the alleged damages.

### Fifth Affirmative Defense

A *force majeure* event caused or contributed to the alleged damages.

### Sixth Affirmative Defense

Eustis did not engage in any activity under which Eustis could be liable under a theory of negligence.

### Seventh Affirmative Defense

At all times pertinent, Eustis' conduct complied with the standard of care and skill employed by other geotechnical engineers practicing in this community.

### Eighth Affirmative Defense

Any damages were neither caused nor contributed to by any act or omission of Eustis.

**Ninth Affirmative Defense**

In the event that Eustis is found to have been negligent, to have breached a contractual obligation, or to have been at fault in connection with any theory of liability or cause of action, then Eustis' conduct could not have been the cause in fact of the damage.

**Tenth Affirmative Defense**

Eustis incorporates, as one or more additional affirmative defenses, all of the averments listed previously as Rule 12(b)(6) defenses.

**Eleventh Affirmative Defense**

Eustis pleads all averments listed in pleadings by any party that may provide a basis for an affirmative defense that is not listed in this pleading.

## ANSWER TO THE SUPERSEDING
## MASTER CONSOLIDATED CLASS ACTION COMPLAINT

### INTRODUCTION

1.

The allegations of fact contained in Article 1 are denied.

2.

The allegations of fact contained in Article 2 are denied, except to admit the filing of the class action and that the Superseding Master Consolidated Class Action Complaint was mandated by the Case Management Order, but not to include any new allegations or causes of action.

### PARTIES

3.

The allegations of fact contained in Article 3 are denied for lack of sufficient information to justify a belief thereof.

4.

Denied.   Eustis is not a defendant in all referenced suits, including Civil Action Nos. 05-4191, 05-4568, 06-1885, 06-11208, 06-2346, 06-3529, 05-5159, 06-5771, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, and 07-1286.

## JURISDICTION

5.

No answer required of this Defendant, but should an answer be required, the allegations of fact are denied.

6.

No answer required of this Defendant, but should an answer be required, the allegations of fact are denied.

7.

The allegations of fact contained in Article 7 are denied.

8.

The allegations of fact contained in Article 8 are denied.

9.

The allegations in Article 9 state conclusions of law, but should an answer be required, same are denied.   There is no admiralty jurisdiction over the subject matter or of the person of this Defendant.

10.

No answer required of this Defendant, but should an answer be required, the allegations of fact are denied.

11.

No answer required of this Defendant, but should an answer be required, the allegations of fact are denied.

12.

The allegations contained in Article 12 state conclusions of law to which no answer is required; however, should an answer be required, same are denied.

13.

Admitted.

14.

Admitted.

## WAIVER OF SOVEREIGN IMMUNITY

15.

No answer is required of this Defendant, but should an answer be required, same is denied.

16.

No answer is required of this Defendant, but should an answer be required, same is denied.

## FACTUAL ALLEGATIONS

## (A) History and Construction of the 17TH Street Canal

17.

The allegations of fact contained in Article 17 are denied for lack of sufficient information to form a belief thereof.

18.

The allegations of fact contained in Article 18 are denied for lack of sufficient information to form a belief thereof.

19.

The allegations of fact contained in Article 19 are denied for lack of sufficient information to form a belief thereof.

20.

The allegations of fact contained in Article 20 are denied for lack of sufficient information to form a belief thereof.

21.

The allegations of fact contained in Article 21 are denied for lack of sufficient information to form a belief thereof.

22.

The allegations of fact contained in Article 22 are denied for lack of sufficient information to form a belief thereof.

23.

The allegations of fact contained in Article 23 are denied for lack of sufficient information to form a belief thereof.

24.

The allegations of fact contained in Article 24 are denied for lack of sufficient information to form a belief thereof.

## (B)  The 17th Canal Dredging Project

25.

The allegations of fact contained in Article 25 are denied for lack of sufficient information to form a belief thereof.

26.

The allegations of fact contained in Article 26 are denied for lack of sufficient information to form a belief thereof.

27.

The allegations of fact contained in Article 27 are denied for lack of sufficient information to form a belief thereof.

28.

The allegations of fact contained in Article 28 are denied for lack of sufficient information to form a belief thereof.

29.

The allegations of fact contained in Article 29 are denied for lack of sufficient information to form a belief thereof.

30.

The allegations of fact contained in Article 30 are denied for lack of sufficient information to form a belief thereof.

31.

The allegations of fact contained in Article 31 are denied for lack of sufficient information to form a belief thereof.

32.

The allegations of fact contained in Article 32 are denied for lack of sufficient information to form a belief thereof.

33.

The allegations of fact contained in Article 33 are denied for lack of sufficient information to form a belief thereof.

34.

The allegations of fact contained in Article 34 are denied for lack of sufficient information to form a belief thereof.

35.

The allegations of fact contained in Article 35 are denied for lack of sufficient information to form a belief thereof.

36.

The allegations of fact contained in Article 36 are denied for lack of sufficient information to form a belief thereof.

37.

The allegations of fact contained in Article 37 are denied for lack of sufficient information to form a belief thereof.

38.

The allegations of fact contained in Article 38 are denied for lack of sufficient information to form a belief thereof.

39.

The allegations of fact contained in Article 39 are denied for lack of sufficient information to form a belief thereof.

40.

The allegations of fact contained in Article 40 are denied as written, except to the extent that Eustis may have issued a report on August 23, 1982. The document speaks for itself and is the best evidence of its own contents.

41.

The allegations of fact contained in Article 41 are denied as written, except to the extent that Eustis may have issued a report on August 23, 1982. The document speaks for itself and is the best evidence of its own contents.

42.

The allegations of fact contained in Article 42 are denied for lack of sufficient information to form a belief thereof.

43.

The allegations of fact contained in Article 43 are denied for lack of sufficient information to form a belief thereof.

44.

The allegations of fact contained in Article 44 are denied for lack of sufficient information to justify a belief thereof.

45.

The allegations of fact contained in Article 45 are denied as written, except than to admit that Eustis may have submitted a report on July 27, 1983. The document speaks for itself and is the best evidence of its own contents.

46.

The allegations of fact contained in Article 46 are denied as written, except to admit that Eustis may have issued a report to the Corps. on January 17, 1984. The report speaks for itself and is the best evidence of its own contents.

47.

The allegations of fact contained in Article 47 are denied as written. The study speaks for itself and is the best evidence of its own contents. The permeability and stability conclusions were correct.

48.

The allegations of fact contained in Article 48 are denied for lack of sufficient information to form a belief thereof.

49.

The allegations of fact contained in Article 49 are denied for lack of sufficient information to form a belief thereof.

50.

The allegations of fact contained in Article 50 are denied for lack of sufficient information to form a belief thereof.

51.

The allegations of fact contained in Article 51 are denied for lack of sufficient information to form a belief thereof.

52.

The allegations of fact contained in Article 52 are denied for lack of sufficient information to form a belief thereof.

53.

The allegations of fact contained in Article 53 are denied for lack of sufficient information to form a belief thereof.

54.

The allegations of fact contained in Article 54 are denied for lack of sufficient information to form a belief thereof.

55.

The allegations of fact contained in Article 55 are denied for lack of sufficient information to form a belief thereof.

### (C)  Construction of 17th Street Canal Concrete Monoliths

56.

The allegations of fact contained in Article 56 are denied for lack of sufficient information to form a belief thereof.

57.

The allegations of fact contained in Article 57 are denied for lack of sufficient information to form a belief thereof.

58.

The allegations of fact contained in Article 58 are denied for lack of sufficient information to form a belief thereof.

59.

The allegations of fact contained in Article 59 are denied for lack of sufficient information to form a belief thereof.

60.

The allegations of fact contained in Article 60 are denied for lack of sufficient information to form a belief thereof.

61.

The allegations of fact contained in Article 61 are denied for lack of sufficient information to form a belief thereof.

62.

The allegations of fact contained in Article 62 are denied for lack of sufficient information to form a belief thereof.

63.

The allegations of fact contained in Article 63 are denied, except to admit that at some point in time Eustis performed a soil analysis.  The analysis is the best evidence of its own contents.

64.

The allegations of fact contained in Article 64 are denied as written, except to admit that at some point in time Eustis performed a soil analysis.  The analysis is the best evidence of its own contents.

65.

The allegations of fact contained in Article 65 are denied as written, except to admit that at some point in time Eustis performed a soil analysis.  The analysis is the best evidence of its own contents.

66.

The allegations of fact contained in Article 66 are denied for lack of sufficient information to form a belief thereof.

67.

The allegations of fact contained in Article 67 are denied for lack of sufficient information to form a belief thereof.

68.

The allegations of fact contained in Article 68 are denied for lack of sufficient information to form a belief thereof.

69.

The allegations of fact contained in Article 69 are denied for lack of sufficient information to form a belief thereof.

70.

The allegations of fact contained in Article 70 are denied for lack of sufficient information to form a belief thereof.

71.

The allegations of fact contained in Article 71 are denied for lack of sufficient information to form a belief thereof.

72.

The allegations of fact contained in Article 72 are denied for lack of sufficient information to form a belief thereof.

### (D)  Post-Construction Events

73.

The allegations of fact contained in Article 73 are denied for lack of sufficient information to form a belief thereof.

74.

The allegations of fact contained in Article 74 are denied for lack of sufficient information to form a belief thereof.

**(E)  The History and Construction of the London Avenue Canal**

75.

The allegations of fact contained in Article 75 are denied for lack of sufficient information to form a belief thereof.

76.

The allegations of fact contained in Article 76 are denied for lack of sufficient information to form a belief thereof.

77.

The allegations of fact contained in Article 77 are denied for lack of sufficient information to form a belief thereof.

78.

The allegations of fact contained in Article 78 are denied for lack of sufficient information to form a belief thereof.

79.

The allegations of fact contained in Article 79 are denied for lack of sufficient information to form a belief thereof.

80.

The allegations of fact contained in Article 80 are denied for lack of sufficient information to form a belief thereof.

81.

The allegations of fact contained in Article 81 are denied for lack of sufficient information to form a belief thereof.

82.

The allegations of fact contained in Article 82 are denied for lack of sufficient information to form a belief thereof.

83.

The allegations of fact contained in Article 83 are denied for lack of sufficient information to form a belief thereof.

84.

The allegations of fact contained in Article 84 are denied for lack of sufficient information to form a belief thereof.

85.

The allegations of fact contained in Article 85 are denied for lack of sufficient information to form a belief thereof.

86.

The allegations of fact contained in Article 86 are denied for lack of sufficient information to form a belief thereof.

87.

The allegations of fact contained in Article 87 are denied for lack of sufficient information to form a belief thereof.

88.

The allegations of fact contained in Article 88 are denied for lack of sufficient information to form a belief thereof.

### (F)  The Inner Harbor Navigation Canal

89.

The allegations of fact contained in Article 89 are denied for lack of sufficient information to form a belief thereof.

90.

The allegations of fact contained in Article 90 are denied for lack of sufficient information to form a belief thereof.

91.

The allegations of fact contained in Article 91 are denied for lack of sufficient information to form a belief thereof.

92.

The allegations of fact contained in Article 92 are denied for lack of sufficient information to form a belief thereof.

### (G)  The Gulf Intracoastal Waterway

93.

The allegations of fact contained in Article 93 are denied for lack of sufficient information to form a belief thereof.

94.

The allegations of fact contained in Article 94 are denied for lack of sufficient information to form a belief thereof.

95.

The allegations of fact contained in Article 95 are denied for lack of sufficient information to form a belief thereof.

## (H)  The Mississippi River Gulf Outlet

96.

The allegations of fact contained in Article 96 are denied for lack of sufficient information to form a belief thereof.

97.

The allegations of fact contained in Article 97 are denied for lack of sufficient information to form a belief thereof.

98.

The allegations of fact contained in Article 98 are denied for lack of sufficient information to form a belief thereof.

99.

The allegations of fact contained in Article 99 are denied for lack of sufficient information to form a belief thereof.

100.

The allegations of fact contained in Article 100 are denied for lack of sufficient information to form a belief thereof.

101.

The allegations of fact contained in Article 101 are denied for lack of sufficient information to form a belief thereof.

102.

The allegations of fact contained in Article 102 are denied for lack of sufficient information to form a belief thereof.

103.

The allegations of fact contained in Article 103 are denied for lack of sufficient information to form a belief thereof.

### (I)  The Lake Pontchartrain, Louisiana and Vicinity, Hurricane Protection Project

104.

The allegations of fact contained in Article 104 are denied for lack of sufficient information to form a belief thereof.

105.

The allegations of fact contained in Article 105 are denied for lack of sufficient information to form a belief thereof.

106.

The allegations of fact contained in Article 106 are denied for lack of sufficient information to form a belief thereof.

107.

The allegations of fact contained in Article 107 are denied for lack of sufficient information to form a belief thereof.

108.

The allegations of fact contained in Article 108 are denied for lack of sufficient information to form a belief thereof.

109.

The allegations of fact contained in Article 109 are denied for lack of sufficient information to form a belief thereof.

110.

The allegations of fact contained in Article 110 are denied for lack of sufficient information to form a belief thereof.

111.

The allegations of fact contained in Article 111 are denied for lack of sufficient information to form a belief thereof.

112.

The allegations of fact contained in Article 112 are denied for lack of sufficient information to form a belief thereof.

113.

The allegations of fact contained in Article 113 are denied for lack of sufficient information to form a belief thereof.

114.

The allegations of fact contained in Article 114 are denied for lack of sufficient information to form a belief thereof.

115.

The allegations of fact contained in Article 115 are denied for lack of sufficient information to form a belief thereof.

116.

The allegations of fact contained in Article 116 are denied for lack of sufficient information to form a belief thereof.

117.

The allegations of fact contained in Article 117 are denied for lack of sufficient information to form a belief thereof.

118.

The allegations of fact contained in Article 118 are denied for lack of sufficient information to form a belief thereof.

119.

The allegations of fact contained in Article 119 are denied for lack of sufficient information to form a belief thereof.

120.

The allegations of fact contained in Article 120 are denied for lack of sufficient information to form a belief thereof.

121.

The allegations of fact contained in Article 121 are denied for lack of sufficient information to form a belief thereof.

122.

The allegations of fact contained in Article 122 are denied for lack of sufficient information to form a belief thereof.

123.

The allegations of fact contained in Article 123 are denied for lack of sufficient information to form a belief thereof.

124.

The allegations of fact contained in Article 124 are denied for lack of sufficient information to form a belief thereof.

125.

The allegations of fact contained in Article 125 are denied for lack of sufficient information to form a belief thereof.

126.

The allegations of fact contained in Article 126 are denied for lack of sufficient information to form a belief thereof.

127.

The allegations of fact contained in Article 127 are denied for lack of sufficient information to form a belief thereof.

## (J)  Hurricane Katrina and the Failure of the Hurricane Protection System

128.

The allegations of fact contained in Article 128 are denied for lack of sufficient information to form a belief thereof, except to admit that on or about August 29, 2005, Hurricane Katrina made landfall onto the coast of Louisiana.

129.

The allegations of fact contained in Article 129 are denied for lack of sufficient information to form a belief thereof.

130.

The allegations of fact contained in Article 130 are denied for lack of sufficient information to form a belief thereof.

131.

The allegations of fact contained in Article 131 are denied for lack of sufficient information to form a belief thereof.

132.

The allegations of fact contained in Article 132 are denied for lack of sufficient information to form a belief thereof.

133.

The allegations of fact contained in Article 133 are denied for lack of sufficient information to form a belief thereof.

134.

The allegations of fact contained in Article 134 are denied for lack of sufficient information to form a belief thereof.

135.

The allegations of fact contained in Article 135 are denied for lack of sufficient information to form a belief thereof.

136.

The allegations of fact contained in Article 136 are denied for lack of sufficient information to form a belief thereof.

137.

The allegations of fact contained in Article 137 are denied for lack of sufficient information to form a belief thereof.

138.

The allegations of fact contained in Article 138 are denied for lack of sufficient information to form a belief thereof.

139.

The allegations of fact contained in Article 139 are denied for lack of sufficient information to form a belief thereof.

140.

The allegations of fact contained in Article 140 are denied for lack of sufficient information to form a belief thereof.

141.

The allegations of fact contained in Article 141 are denied for lack of sufficient information to form a belief thereof.

142.

The allegations of fact contained in Article 142 are denied for lack of sufficient information to form a belief thereof.

143.

The allegations of fact contained in Article 143 are denied for lack of sufficient information to form a belief thereof.

144.

The allegations of fact contained in Article 144 are denied for lack of sufficient information to form a belief thereof.

145.

The allegations of fact contained in Article 145 are denied for lack of sufficient information to form a belief thereof.

146.

The allegations of fact contained in Article 146 are denied for lack of sufficient information to form a belief thereof.

147.

The allegations of fact contained in Article 147 are denied for lack of sufficient information to form a belief thereof.

148.

The allegations of fact contained in Article 148 are denied for lack of sufficient information to form a belief thereof.

149.

The allegations of fact contained in Article 149 are denied for lack of sufficient information to form a belief thereof.

## CLASS ACTION ALLEGATIONS

150.

The allegations of fact contained in Article 150 are denied.

151.

The allegations of fact contained in Article 151 are denied.

152.

The allegations of fact contained in Article 152 are denied.

153.

The allegations of fact contained in Article 153 are denied.

154.

The allegations of fact contained in Article 154 are denied.

155.

The allegations of fact contained in Article 155 are denied.

156.

The allegations of fact contained in Article 156 are denied.

157.

The allegations of fact contained in Article 157 are denied.

158.

The allegations of fact contained in Article 158 are denied.

159.

The allegations of fact contained in Article 159 are denied.

160.

The allegations of fact contained in Article 160 are denied.

## SUBCLASS ONE

161.

The allegations of fact contained in Article 161 are denied.

162.

The allegations of fact contained in Article 162 are denied.

163.

The allegations of fact contained in Article 163 are denied.

164.

The allegations of fact contained in Article 164 are denied.

165.

The allegations of fact contained in Article 165 are denied.

166.

The allegations of fact contained in Article 166 are denied.

167.

The allegations of fact contained in Article 167 are denied.

## SUBCLASS TWO

168.

The allegations of fact contained in Article 168 are denied.

169.

The allegations of fact contained in Article 169 are denied.

170.

The allegations of fact contained in Article 170 are denied.

171.

The allegations of fact contained in Article 171 are denied.

172.

The allegations of fact contained in Article 172 are denied.

173.

The allegations of fact contained in Article 173 are denied.

174.

The allegations of fact contained in Article 174 are denied.

SUBCLASS THREE

175.

The allegations of fact contained in Article 175 are denied.

176.

The allegations of fact contained in Article 176 are denied.

177.

The allegations of fact contained in Article 177 are denied.

178.

The allegations of fact contained in Article 178 are denied.

179.

The allegations of fact contained in Article 179 are denied.

180.

The allegations of fact contained in Article 180 are denied.

181.

The allegations of fact contained in Article 181 are denied.

## SUBCLASS FOUR

### 182.

The allegations of fact contained in Article 182 are denied.

### 183.

The allegations of fact contained in Article 183 are denied.

### 184.

The allegations of fact contained in Article 184 are denied.

### 185.

The allegations of fact contained in Article 185 are denied.

### 186.

The allegations of fact contained in Article 186 are denied.

### 187.

The allegations of fact contained in Article 187 are denied.

### 188.

The allegations of fact contained in Article 188 are denied.

## SUBCLASS FIVE

### 189.

The allegations of fact contained in Article 189 are denied.

### 190.

The allegations of fact contained in Article 190 are denied.

### 191.

The allegations of fact contained in Article 191 are denied.

### 192.

The allegations of fact contained in Article 192 are denied.

193.

The allegations of fact contained in Article 193 are denied.

194.

The allegations of fact contained in Article 194 are denied.

195.

The allegations of fact contained in Article 195 are denied.

## ALLEGATIONS OF FAULT

COUNT I:
LEGAL FAULT IN THE DREDGING OF THE 17TH STREET CANAL

196.

The allegations of fact contained in Article 196 are denied.

197.

The allegations of fact contained in Article 197 are denied.

198.

The allegations of fact contained in Article 198 are denied for lack of sufficient information to justify a belief thereof.

199.

The allegations of fact contained in Article 199 are denied for lack of sufficient information to justify a belief thereof.

200.

The allegations of fact contained in Article 200 are denied for lack of sufficient information to justify a belief thereof.

201.

The allegations of fact contained in Article 201 are denied for lack of sufficient information to justify a belief thereof.

202.

The allegations of fact contained in Article 202 are denied for lack of sufficient information to justify a belief thereof.

203.

The allegations of fact contained in Article 203 are denied for lack of sufficient information to justify a belief thereof.

204.

The allegations of fact contained in Article 204 are denied for lack of sufficient information to justify a belief thereof.

205.

The allegations of fact contained in Article 205 are denied for lack of sufficient information to justify a belief thereof.

206.

The allegations of fact contained in Article 206 are denied for lack of sufficient information to justify a belief thereof.

207.

The allegations of fact contained in Article 207 are denied for lack of sufficient information to justify a belief thereof.

208.

The allegations of fact contained in Article 208 are denied for lack of sufficient information to justify a belief thereof.

209.

The allegations of fact contained in Article 209 are denied for lack of sufficient information to justify a belief thereof.

210.

The allegations of fact contained in Article 210 are denied for lack of sufficient information to justify a belief thereof.

211.

The allegations of fact contained in Article 211 are denied for lack of sufficient information to justify a belief thereof.

212.

The allegations of fact contained in Article 212 are denied for lack of sufficient information to justify a belief thereof.

213.

The allegations of fact contained in Article 213 are denied for lack of sufficient information to justify a belief thereof.

214.

The allegations of fact contained in Article 214 are denied.

215.

The allegations of fact contained in Article 215 are denied.

COUNT II:
LEGAL FAULT IN THE DESIGN AND CONSTRUCTION
OF THE 17TH STREET CANAL LEVEES AND FLOOD WALLS

216.

The allegations of fact contained in Article 216 are denied.

217.

The allegations of fact contained in Article 217 are denied.

218.

The allegations of fact contained in Article 218 are denied for lack of sufficient information to justify a belief thereof.

219.

The allegations of fact contained in Article 219 are denied for lack of sufficient information to justify a belief thereof.

220.

The allegations of fact contained in Article 220 are denied for lack of sufficient information to justify a belief thereof.

221.

The allegations of fact contained in Article 221 are denied for lack of sufficient information to justify a belief thereof.

222.

The allegations of fact contained in Article 222 are denied for lack of sufficient information to justify a belief thereof.

223.

The allegations of fact contained in Article 223 are denied.

224.

The allegations of fact contained in Article 224 are denied.

225.

The allegations of fact contained in Article 225 are denied for lack of sufficient information to justify a belief thereof.

226.

The allegations of fact contained in Article 226 are denied for lack of sufficient information to justify a belief thereof.

227.

The allegations of fact contained in Article 227 are denied for lack of sufficient information to justify a belief thereof.

228.

The allegations of fact contained in Article 228 are denied for lack of sufficient information to justify a belief thereof.

229.

The allegations of fact contained in Article 229 are denied for lack of sufficient information to justify a belief thereof.

230.

The allegations of fact contained in Article 230 are denied for lack of sufficient information to justify a belief thereof.

231.

The allegations of fact contained in Article 231 are denied for lack of sufficient information to justify a belief thereof.

232.

The allegations of fact contained in Article 232 are denied for lack of sufficient information to justify a belief thereof.

233.

The allegations of fact contained in Article 233 are denied for lack of sufficient information to justify a belief thereof.

234.

The allegations of fact contained in Article 234 are denied for lack of sufficient information to justify a belief thereof.

COUNT III:
LEGAL FAULT IN THE DESIGN AND CONSTRUCTION
OF THE LONDON AVENUE CANAL LEVEES AND FLOOD WALLS

235.

The allegations of fact contained in Article 235 are denied for lack of sufficient information to justify a belief thereof.

236.

The allegations of fact contained in Article 236 are denied for lack of sufficient information to justify a belief thereof.

237.

The allegations of fact contained in Article 237 are denied for lack of sufficient information to justify a belief thereof.

238.

The allegations of fact contained in Article 238 are denied for lack of sufficient information to justify a belief thereof.

239.

The allegations of fact contained in Article 239 are denied for lack of sufficient information to justify a belief thereof.

240.

The allegations of fact contained in Article 240 are denied for lack of sufficient information to justify a belief thereof.

241.

The allegations of fact contained in Article 241 are denied for lack of sufficient information to justify a belief thereof.

COUNT IV:
LEGAL FAULT REGARDING THE MRGO

242.

The allegations of fact contained in Article 242 are denied for lack of sufficient information to justify a belief thereof.

243.

The allegations of fact contained in Article 243 are denied for lack of sufficient information to justify a belief thereof.

244.

The allegations of fact contained in Article 244 are denied for lack of sufficient information to justify a belief thereof.

245.

The allegations of fact contained in Article 245 are denied for lack of sufficient information to justify a belief thereof.

246.

The allegations of fact contained in Article 246 are denied for lack of sufficient information to justify a belief thereof.

247.

The allegations of fact contained in Article 247 are denied for lack of sufficient information to justify a belief thereof.

248.

The allegations of fact contained in Article 248 are denied for lack of sufficient information to justify a belief thereof.

249.

The allegations of fact contained in Article 249 are denied for lack of sufficient information to justify a belief thereof.

250.

The allegations of fact contained in Article 250 are denied for lack of sufficient information to justify a belief thereof.

251.

The allegations of fact contained in Article 251 are denied for lack of sufficient information to justify a belief thereof.

252.

The allegations of fact contained in Article 252 are denied for lack of sufficient information to justify a belief thereof.

COUNT V:
LEGAL FAULT REGARDING THE IHNC
PROTECTION SYSTEM ON THE WEST SIDE

253.

The allegations of fact contained in Article 253 are denied for lack of sufficient information to justify a belief thereof.

254.

The allegations of fact contained in Article 254 are denied for lack of sufficient information to justify a belief thereof.

255.

The allegations of fact contained in Article 255 are denied for lack of sufficient information to justify a belief thereof.

256.

The allegations of fact contained in Article 256 are denied for lack of sufficient information to justify a belief thereof.

257.

The allegations of fact contained in Article 257 are denied for lack of sufficient information to justify a belief thereof.

258.

The allegations of fact contained in Article 258 are denied for lack of sufficient information to justify a belief thereof.

259.

The allegations of fact contained in Article 259 are denied for lack of sufficient information to justify a belief thereof.

260.

The allegations of fact contained in Article 260 are denied for lack of sufficient information to justify a belief thereof.

261.

The allegations of fact contained in Article 261 are denied for lack of sufficient information to justify a belief thereof.

262.

The allegations of fact contained in Article 262 are denied for lack of sufficient information to justify a belief thereof.

263.

The allegations of fact contained in Article 263 are denied for lack of sufficient information to justify a belief thereof.

264.

The allegations of fact contained in Article 264 are denied for lack of sufficient information to justify a belief thereof.

265.

The allegations of fact contained in Article 265 are denied for lack of sufficient information to justify a belief thereof.

266.

The allegations of fact contained in Article 266 are denied for lack of sufficient information to justify a belief thereof.

COUNT VI:
LEGAL FAULT IN CONNECTION WITH THE
ENTIRE NEW ORLEANS LEVEE SYSTEM

267.

The allegations of fact contained in Article 267 are denied for lack of sufficient information to justify a belief thereof.

268.

The allegations of fact contained in Article 268 are denied for lack of sufficient information to justify a belief thereof.

269.

The allegations of fact contained in Article 269 are denied for lack of sufficient information to justify a belief thereof.

270.

The allegations of fact contained in Article 270 are denied for lack of sufficient information to justify a belief thereof.

271.

The allegations of fact contained in Article 271 are denied for lack of sufficient information to justify a belief thereof.

272.

The allegations of fact contained in Article 272 are denied for lack of sufficient information to justify a belief thereof.

COUNT VII:
LEGAL FAULT IN CONNECTION WITH THE LAKE
PONTCHARTRAIN VICINITY HURRICANE PROECTION PROJECT

273.

The allegations of fact contained in Article 273 are denied for lack of sufficient information to justify a belief thereof.

274.

The allegations of fact contained in Article 274 are denied for lack of sufficient information to justify a belief thereof.

275.

The allegations of fact contained in Article 275 are denied for lack of sufficient information to justify a belief thereof.

276.

The allegations of fact contained in Article 276 are denied for lack of sufficient information to justify a belief thereof.

COUNT VIII:
NUISANCE IN VIOLATION OF LOUISIANA
AND/OR FEDERAL COMMON LAW

277.

The allegations of fact contained in Article 277 are denied for lack of sufficient information to justify a belief thereof.

278.

The allegations of fact contained in Article 278 are denied for lack of sufficient information to justify a belief thereof.

279.

The allegations of fact contained in Article 279 are denied for lack of sufficient information to justify a belief thereof.

**WHEREFORE**, Eustis Engineering Company, Inc. prays that judgment be rendered in its favor and against plaintiffs, and for all equitable and legal relief to which it is entitled.

Respectfully submitted,

/s/ Mat M. Gray, III
MAT M. GRAY, III (La. No. 6264)
ALANSON T. CHENAULT, IV (La. No. 20747)
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Telecopier: (504) 523-2705
Email: mgray@frc-law.com
Email: achenault@frc-law.com
Attorneys for Eustis Engineering Company, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Mat M. Gray, III
_____
MAT M. GRAY, III (La. No. 6264)
ALANSON T. CHENAULT, IV (La. No. 20747)
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 523-2600
Telecopier:  (504) 523-2705
Email: mgray@frc-law.com
Email: achenault@frc-law.com
Attorneys for Eustis Engineering Company, Inc.