UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | MAGISTRATE WILKINSON |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**RESPONSE OF GULF GROUP INC. OF FLORIDA TO**
**<u>SUPERSEDING MASTER CONSOLIDATED CLASS ACTION COMPLAINT</u>**

NOW INTO COURT, through undersigned counsel, comes Gulf Group Inc. of Florida ("Gulf Group"), and responds to the Superseding Master Consolidated Class Action Complaint ("Class Complaint") as follows:

## INTRODUCTION

Prior to the Superseding Master Consolidated Class Action Complaint, Gulf Group was not named in all Levee class action matters but in only a few. It is unclear whether

the Superseding Master Consolidated Class Action Complaint purports to name Gulf Group as a defendant in all actions for which it has been filed, or only in the actions in which Gulf Group has recently been made a party and from which Gulf Group has not yet been dismissed. To the extent the intent is to name Gulf Group as a defendant in all actions, Gulf Group objects on the grounds of lack of service, improper service and prescription. To the extent the intent is merely to continue Gulf Group as a defendant in those cases in which it previously was named and not dismissed, but in which it has not yet been served, Gulf Group objects on the grounds of lack of service and improper service. Consequently, this response by Gulf Group is submitted with full reservation of all rights, and only as to those cases in which Gulf Group previously was named and not dismissed, and in which it has been properly served.

## AFFIRMATIVE DEFENSES

### First Defense

The Complaint fails to state a claim against Gulf Group upon which relief may be granted.

### Second Defense

Plaintiffs’ claims fail, in whole or in part, because they lack a right of action, standing or capacity to bring some or all of the claims alleged in their Complaint.

### Third Defense

Plaintiffs' claims fail, in whole or in part, because plaintiffs have failed to join indispensable parties, as required by the Federal Rules of Civil Procedure.

### Fourth Defense

Any work done by Gulf Group was done in accordance with plans or specifications furnished to Gulf Group by the U.S. Army Corps of Engineers, which plans or

specifications Gulf Group did not make or cause to be made. Pursuant to Louisiana Revised Statute 9:2771, Gulf Group has no liability.

**Fifth Defense**

Any work done by Gulf Group was done under the supervision and/or direction and/or control of the U.S. Army Corps of Engineers. Gulf Group therefore is immune from suit and from tort liability in accordance with the "Government Contractor Defense" recognized in *Boyle v. United Technologies Corp.*, 487 U.S. 500, 108 S. Ct. 2510, 101 L. Ed. 442 (1988) and *Hercules v. U.S.*, 516 U.S. 417, 116 S. Ct. 981, 134 L. Ed 2d 47 (1996).

**Sixth Defense**

Any work by Gulf Group was not performed at the site where any break in any levee/flood wall occurred or where any failure of any levee/flood wall occurred, and the doctrine of remoteness bars recovery against Gulf Group.

**Seventh Defense**

Gulf Group avers that it has no liability for any subcontractors as it is not vicariously liable under the doctrine of *respondeat superior* for subcontractors.

**Eighth Defense**

Any breaks in any levee/flood wall or any failures of any levee/flood wall occurred as a result of the fault or negligence of others for whom Gulf Group is not liable or responsible, and over whom Gulf Group had no control.

**Ninth Defense**

Any breaks in any levee/flood wall or any failure of any levee/flood wall occurred as a result of an act of nature for which Gulf Group is not responsible or liable, and over which Gulf Group had no control.

**Tenth Defense**

Plaintiffs' claims are barred under article 2315 of the Louisiana Civil Code, in whole or in part, because plaintiffs cannot establish that: (1) Gulf Group's alleged conduct was in any way the cause in fact of the harm alleged to have been suffered; (2) Gulf Group's alleged conduct was a proximate cause of or substantial factor in causing the harm alleged to have been suffered; (3) Gulf Group owed a duty to the plaintiffs that encompassed the risk that plaintiffs would suffer the alleged harm; or, (4) if Gulf Group owed any such duty to the plaintiffs, it breached that duty.

**Eleventh Defense**

The Complaint fails to meet the requirements for a class action and should not be certified as a class.

**Twelfth Defense**

Plaintiffs have failed to mitigate their damages.

**Thirteenth Defense**

Gulf Group adopts and incorporates by reference any affirmative defense asserted by any other defendant to this action to the extent that such an affirmative defense applies to Gulf Group, and gives notice that it intends to rely upon any other defense that may become available or appear during the proceedings in this case. Gulf Group hereby reserves its right to amend its answer to assert any additional defense.

**ANSWER**

AND NOW, in answer to the specific allegations of each separate paragraph, Gulf Group states as follows:

1.

The allegations of paragraph 1 of the Class Complaint require no response by Gulf Group but, in an abundance of caution, the allegations are denied.

2.

The allegations of paragraph 2 of the Class Complaint require no response by Gulf Group but, in an abundance of caution, the allegations are denied.

3.

The allegations of paragraph 3 of the Class Complaint require no response by Gulf Group but, in an abundance of caution, the allegations are denied.

4.

The allegations of paragraphs 4 of the Class Complaint are denied for lack of information sufficient to justify a belief therein, except that Gulf Group acknowledges that plaintiffs purport to make defendants of the named parties, and that Gulf Group is a foreign corporation that has conducted business in the State of Louisiana.

5.

The allegations of paragraph 5 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

6.

The allegations of paragraph 6 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

7.

The allegations of paragraph 7 of the Class Complaint are denied as written as to Gulf Group.

8.

The allegations of paragraph 8 of the Class Complaint are admitted.

9.

The allegations of paragraph 9 of the Class Complaint are denied as written as to Gulf Group.

10.

The allegations of paragraph 10 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

11.

The allegations of paragraph 11 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

12.

The allegations of paragraph 12 of the Class Complaint are denied as written as to Gulf Group.

13.

The allegations of paragraph 12 of the Class Complaint are admitted as to Gulf Group and are denied as to all other defendants for lack of information sufficient to justify a belief therein.

14.

The allegations of paragraph 14 of the Class Complaint are admitted as to Gulf Group and are denied as to all other defendants for lack of information sufficient to justify a belief therein.

15.

The allegations of paragraph 15 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

16.

The allegations of paragraph 16 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

17.

The allegations of paragraph 17 of the Class Complaint are denied, except the Gulf Group admits that the 17th Street Canal forms part of the boundary between Orleans Parish and Jefferson Parish.

18.

The allegations of paragraph 18 of the Class Complaint are denied for lack of information to justify a belief therein.

19.

The allegations of paragraph 19 of the Class Complaint are denied for lack of information to justify a belief therein.

20.

The allegations of paragraph 19 of the Class Complaint are denied for lack of information to justify a belief therein.

21.

The allegations of paragraph 21 of the Class Complaint are denied for lack of information to justify a belief therein.

22.

The allegations of paragraph 22 of the Class Complaint are denied for lack of information to justify a belief therein.

23.

The allegations of paragraph 23 of the Class Complaint are denied for lack of information to justify a belief therein.

24.

The allegations of paragraph 24 of the Class Complaint are denied for lack of information to justify a belief therein.

25.

The allegations of paragraph 25 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

26.

The allegations of paragraph 26 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

27.

The allegations of paragraph 27 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

28.

The allegations of paragraph 28 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

29.

The allegations of paragraph 29 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

30.

The allegations of paragraph 30 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

31.

The allegations of paragraph 31 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

32.

The allegations of paragraph 32 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

33.

The allegations of paragraph 33 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

34.

The allegations of paragraph 34 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

35.

The allegations of paragraph 35 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

36.

The allegations of paragraph 36 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

37.

The allegations of paragraph 37 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

38.

The allegations of paragraph 38 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

40.

The allegations of paragraph 40 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

41.

The allegations of paragraph 41 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

42.

The allegations of paragraph 42 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

43.

The allegations of paragraph 43 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

44.

The allegations of paragraph 44 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

45.

The allegations of paragraph 45 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

46.

The allegations of paragraph 46 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

47.

The allegations of paragraph 47 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

48.

The allegations of paragraph 48 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information

sufficient to justify a belief therein. Moreover, the document referred is to the best evidence of its own contents.

49.

The allegations of paragraph 49 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein. Moreover, the document referred is to the best evidence of its own contents.

50.

The allegations of paragraph 50 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

51.

The allegations of paragraph 51 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

52.

The allegations of paragraph 52 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

53.

The allegations of paragraph 53 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

54.

The allegations of paragraph 54 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

55.

The allegations of paragraph 55 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

56.

The allegations of paragraph 56 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

57.

The allegations of paragraph 57 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

58.

The allegations of paragraph 58 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

59.

The allegations of paragraph 59 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

60.

The allegations of paragraph 60 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

61.

The allegations of paragraph 61 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

62.

The allegations of paragraph 62 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

63.

The allegations of paragraph 63 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

64.

The allegations of paragraph 64 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

65.

The allegations of paragraph 65 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

66.

The allegations of paragraph 66 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

67.

The allegations of paragraph 67 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

68.

The allegations of paragraph 68 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

69.

The allegations of paragraph 69 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

70.

The allegations of paragraph 70 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

71.

The allegations of paragraph 71 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

72.

The allegations of paragraph 72 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

73.

The allegations of paragraph 73 of the Class Complaint are denied.

74.

The allegations of paragraph 74 of the Class Complaint are denied for lack of information sufficient to justify a belief therein, and Gulf Group specifically avers that if canal water was in the yards of homes such water was not attributable to any action or omission on its part.

75.

The allegations of paragraph 75 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

76.

The allegations of paragraph 76 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

77.

The allegations of paragraph 77 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

78.

The allegations of paragraph 78 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

79.

The allegations of paragraph 79 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

80.

The allegations of paragraph 80 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

81.

The allegations of paragraph 81 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

82.

The allegations of paragraph 82 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

83.

The allegations of paragraph 83 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

84.

The allegations of paragraph 84 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

85.

The allegations of paragraph 85 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

86.

The allegations of paragraph 86 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

87.

The allegations of paragraph 87 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

88.

The allegations of paragraph 88 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

89.

The allegations of paragraph 89 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

90.

The allegations of paragraph 90 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

91.

The allegations of paragraph 91 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

92.

The allegations of paragraph 92 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

93.

The allegations of paragraph 93 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

94.

The allegations of paragraph 94 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

95.

The allegations of paragraph 95 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

96.

The allegations of paragraph 96 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

97.

The allegations of paragraph 97 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

98.

The allegations of paragraph 98 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein. Moreover, the document referenced is the best evidence of its own contents.

99.

The allegations of paragraph 99 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

100.

The allegations of paragraph 100 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

101.

The allegations of paragraph 101 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

102.

The allegations of paragraph 102 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

103.

The allegations of paragraph 103 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

104.

The allegations of paragraph 104 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

105.

The allegations of paragraph 105 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

106.

The allegations of paragraph 106 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein. Moreover, the document referred is the best evidence of its own contents.

107.

The allegations of paragraph 107 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

108.

The allegations of paragraph 108 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

109.

The allegations of paragraph 109 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

110.

The allegations of paragraph 110 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

111.

The allegations of paragraph 111 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein. Moreover, the document referred is the best evidence of its own contents.

112.

The allegations of paragraph 112 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

113.

The allegations of paragraph 113 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

114.

The allegations of paragraph 114 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

115.

The allegations of paragraph 115 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

116.

The allegations of paragraph 116 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

117.

The allegations of paragraph 117 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

118.

The allegations of paragraph 118 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

119.

The allegations of paragraph 119 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

120.

The allegations of paragraph 120 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

121.

The allegations of paragraph 121 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

122.

The allegations of paragraph 122 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

123.

The allegations of paragraph 123 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

124.

The allegations of paragraph 124 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

125.

The allegations of paragraph 125 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

126.

The allegations of paragraph 126 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

127.

The allegations of paragraph 127 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

128.

The allegations of paragraph 128 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

129.

The allegations of paragraph 129 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

130.

The allegations of paragraph 120 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

131.

The allegations of paragraph 131 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

132.

The allegations of paragraph 132 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

133.

The allegations of paragraph 133 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

134.

The allegations of paragraph 134 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

135.

The allegations of paragraph 135 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

136.

The allegations of paragraph 47 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

137.

The allegations of paragraph 137 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied for lack of information sufficient to justify a belief therein.

138.

The allegations of paragraph 138 of the Class Complaint are denied, except that Gulf Group acknowledges that there was a breach on the Orleans Parish side of the 17th Street Canal.

139.

The allegations of paragraph 139 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

140.

The allegations of paragraph 140 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

141.

The allegations of paragraph 141 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

142.

The allegations of paragraph 142 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

143.

The allegations of paragraph 143 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

144.

The allegations of paragraph 144 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

145.

The allegations of paragraph 145 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

146.

The allegations of paragraph 146 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

147.

The allegations of paragraph 147 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

148.

The allegations of paragraph 148 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

149.

The allegations of paragraph 149 of the Class Complaint are denied for lack of information sufficient to justify a belief therein.

150.

The allegations of paragraph 150 of the Class Complaint are denied.

151.

The allegations of paragraph 151 of the Class Complaint are denied, and Gulf Group specifically denies that a class action is appropriate or should be certified.

152.

The allegations of paragraph 152 of the Class Complaint are denied.

153.

The allegations of paragraph 153 of the Class Complaint are denied.

154.

The allegations of paragraph 154 of the Class Complaint are denied.

155.

The allegations of paragraph 155 of the Class Complaint are denied.

156.

The allegations of paragraph 156 of the Class Complaint are denied.

157.

The allegations of paragraph 157 of the Class Complaint are denied.

158.

The allegations of paragraph 158 of the Class Complaint are denied.

159.

The allegations of paragraph 159 of the Class Complaint are denied.

160.

The allegations of paragraph 160 of the Class Complaint are denied.

161.

The allegations of paragraph 161 of the Class Complaint are denied, and Gulf Group specifically denies that a class is appropriate or that any class or subclass should be certified.

162.

The allegations of paragraph 162 of the Class Complaint are denied.

163.

The allegations of paragraph 163 of the Class Complaint are denied.

164.

The allegations of paragraph 164 of the Class Complaint are denied.

165.

The allegations of paragraph 165 of the Class Complaint are denied.

166.

The allegations of paragraph 166 of the Class Complaint are denied.

167.

The allegations of paragraph 167 of the Class Complaint are denied.

168.

The allegations of paragraph 168 of the Class Complaint are denied, and Gulf Group specifically denies that a class is appropriate, or that any class or subclass should be certified.

169.

The allegations of paragraph 169 of the Class Complaint are denied.

170.

The allegations of paragraph 170 of the Class Complaint are denied.

171.

The allegations of paragraph 171 of the Class Complaint are denied.

172.

The allegations of paragraph 172 of the Class Complaint are denied.

173.

The allegations of paragraph 173 of the Class Complaint are denied.

174.

The allegations of paragraph 174 of the Class Complaint are denied.

175.

The allegations of paragraph 175 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

176.

The allegations of paragraph 176 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

177.

The allegations of paragraph 177 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

178.

The allegations of paragraph 178 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

179.

The allegations of paragraph 179 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

180.

The allegations of paragraph 180 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

181.

The allegations of paragraph 181 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

182.

The allegations of paragraph 182 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

183.

The allegations of paragraph 184 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

184.

The allegations of paragraph 184 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

185.

The allegations of paragraph 185 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

186.

The allegations of paragraph 186 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

187.

The allegations of paragraph 187 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

188.

The allegations of paragraph 188 of the Class Complaint require no answer from Gulf Group but, in an abundance of caution, the allegations are denied.

189.

The allegations of paragraph 189 of the Class Complaint are denied, and Gulf Group specifically avers that no class or subclass is appropriate or should be certified.

190.

The allegations of paragraph 190 of the Class Complaint are denied.

191.

The allegations of paragraph 191 of the Class Complaint are denied.

192.

The allegations of paragraph 192 of the Class Complaint are denied.

193.

The allegations of paragraph 193 of the Class Complaint are denied.

194.

The allegations of paragraph 194 of the Class Complaint are denied.

195.

The allegations of paragraph 195 of the Class Complaint are denied.

196.

The allegations of paragraph 196 of the Class Complaint are denied, and Gulf Group specifically incorporates herein its responses to the proposed subclasses, the proposed class, and the activities regarding the 17th Street Canal.

197.

The allegations of paragraph 197 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

198.

The allegations of paragraph 198 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

199.

The allegations of paragraph 199 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

200.

The allegations of paragraph 200 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

201.

The allegations of paragraph 201 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

202.

The allegations of paragraph 202 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

203.

The allegations of paragraph 203 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

204.

The allegations of paragraph 204 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

205.

The allegations of paragraph 205 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

206.

The allegations of paragraph 206 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

207.

The allegations of paragraph 207 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

208.

The allegations of paragraph 208 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

209.

The allegations of paragraph 209 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

210.

The allegations of paragraph 210 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

211.

The allegations of paragraph 211 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

212.

The allegations of paragraph 212 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

213.

The allegations of paragraph 213 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

214.

The allegations of paragraph 214 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

215.

The allegations of paragraph 215 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

216.

The allegations of paragraph 216 of the Class Complaint are denied, and Gulf Group specifically incorporates herein its responses to the proposed subclasses, the proposed class, and the activities regarding the 17th Street Canal.

217.

The allegations of paragraph 217 of the Class Complaint are denied for lack of information sufficient to justify a belief therein, except that Gulf Group specifically avers that the allegations directed to it are denied.

218.

The allegations of paragraph 218 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

219.

The allegations of paragraph 219 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

220.

The allegations of paragraph 220 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

221.

The allegations of paragraph 221 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

222.

The allegations of paragraph 222 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

223.

The allegations of paragraph 223 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

224.

The allegations of paragraph 224 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

225.

The allegations of paragraph 225 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

226.

The allegations of paragraph 226 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

227.

The allegations of paragraph 227 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

228.

The allegations of paragraph 228 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

229.

The allegations of paragraph 229 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

230.

The allegations of paragraph 230 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

231.

The allegations of paragraph 231 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

232.

The allegations of paragraph 232 of the Class Complaint are denied.

233.

The allegations of paragraph 233 of the Class Complaint are denied.

234

The allegations of paragraph 234 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

235.

The allegations of paragraph 235 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

236.

The allegations of paragraph 236 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

227.

The allegations of paragraph 237 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

238.

The allegations of paragraph 238 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

239.

The allegations of paragraph 239 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

240.

The allegations of paragraph 240 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

241.

The allegations of paragraph 241 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

242.

The allegations of paragraph 242 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

243.

The allegations of paragraph 243 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

244.

The allegations of paragraph 244 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

245.

The allegations of paragraph 245 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

246.

The allegations of paragraph 246 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

247.

The allegations of paragraph 247 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

248.

The allegations of paragraph 248 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

249.

The allegations of paragraph 249 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

250.

The allegations of paragraph 250 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

251.

The allegations of paragraph 251 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

252.

The allegations of paragraph 252 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

253.

The allegations of paragraph 253 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

254.

The allegations of paragraph 254 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

255.

The allegations of paragraph 255 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

256.

The allegations of paragraph 256 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

257.

The allegations of paragraph 257 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

258.

The allegations of paragraph 258 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

259.

The allegations of paragraph 259 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

260.

The allegations of paragraph 260 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

261.

The allegations of paragraph 261 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

262.

The allegations of paragraph 262 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

263.

The allegations of paragraph 263 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

264.

The allegations of paragraph 264 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

265.

The allegations of paragraph 265 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

266.

The allegations of paragraph 266 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

267.

The allegations of paragraph 267 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

268.

The allegations of paragraph 268 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

269.

The allegations of paragraph 269 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

270.

The allegations of paragraph 270 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

271.

The allegations of paragraph 271 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

272.

The allegations of paragraph 272 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

273.

The allegations of paragraph 273 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

274.

The allegations of paragraph 274 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

275.

The allegations of paragraph 275 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

276.

The allegations of paragraph 276 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

277.

The allegations of paragraph 277 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

278.

The allegations of paragraph 278 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

279.

The allegations of paragraph 279 of the Class Complaint require no response from Gulf Group but, in an abundance of caution, the allegations are denied.

WHEREFORE, after due proceedings had, defendant Gulf Group Inc. of Florida prays that the Superseding Master Consolidated Class Action Complaint filed on behalf of plaintiffs be dismissed with prejudice at plaintiffs' costs, and for all other just and equitable relief.

Respectfully submitted,

*/s/ Stephen H. Kupperman*

Stephen H. Kupperman, 7890
Kristin L. Beckman, 29758
Barrasso Usdin Kupperman
Freeman & Sarver, LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112
Telephone: 504-589-9700
E-Mail: skupperman@barrassousdin.com

Attorneys for Gulf Group, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record this 30th day of March 2007, by filing in the Court's electronic filing system, and for non-participants, by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed.

*/s/ Stephen H. Kupperman*

Stephen H. Kupperman