UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
|---|---|
| | NO.: 05-4182 |
| | SECTION "K" (2) |

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 061885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

_____

**PRELIMINARY WITNESS AND EXHIBIT LIST FOR
CLASS CERTIFICATION**

Plaintiffs may call the following persons at trial for class certification:

| | Witness Name | Fact/Expert | Subject Matter |
|---|---|---|---|
| 1 | Michelle Hennessey<br>3808 N. Labarre Road<br>Metairie, LA 70002 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1, as well as the entire class. |
| 2 | Laurie H. Coniglio<br>15040 Dendinger Drive<br>Covington, LA 70433 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2, as well as the entire class. |
| 3 | Leo Mitchell<br>PO Box 820028<br>New Orleans, LA 70128 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of the entire class. |

| 4 | Lenniece Morrell<br>114 Winthrop Place<br>New Orleans, LA 70119 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of the entire class. |
|---|---|---|---|
| 5 | Charles Moses<br>8536 S. Claiborne Avenue<br>New Orleans, LA 70118 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of the entire class. |
| 6 | Alice Mayeur<br>6401 Catina Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1. |
| 7 | Laura L. Greer<br>5320 Memphis Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1. |
| 8 | Gary B. Greer<br>5320 Memphis Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1. |
| 9 | Emanuel Esteves, Jr.<br>4656 Gaines Street<br>New Orleans, LA 70126 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |
| 10 | Stella K. Washington<br>1478 Mithra Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |
| 11 | John B. Williams<br>1830 Hope Street<br>New Orleans, LA 70119 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |
| 12 | Emanuel Wilson<br>1512 Mandolin Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |

| 13 | Lucinda W. Coco<br>750 Landwood Drive<br>Baton Rouge, LA 70806 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
|---|---|---|---|
| 14 | Leslie Dorantes<br>PO Box 108<br>Laplace, LA 70069 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 15 | Anita Harrison<br>10627 Pressburg Street<br>New Orleans, LA 70127 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 16 | Trenise Jackson<br>1 Gibson Street<br>Apartment 172<br>Houston, TX 77007 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 17 | Dwayne Mallet<br>1924 Wildair Drive<br>New Orleans, LA 70126 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 18 | Donna Augustine<br>2230 Sheerwood Meadow Dr.<br>Apartment A<br>Baton Rouge, LA 70816 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
| 19 | Gladys LaBeaud<br>22155 Wildwood Park Rd.<br>Richmond, TX 77469 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
| 20 | Daisy Innis<br>PO Box 1406<br>Longbeach, MS 39560 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
| 21 | Betty Jones<br>2111 Clouet Street<br>New Orleans, LA 70117 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |

| 22 | Denise Meade<br>2422 Verbena Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
|---|---|---|---|
| 23 | Joella Cephas<br>715 Central Road<br>Baton Rouge, LA 70807 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 24 | Beatrice Drew<br>606 Eagle Street<br>Morgan City, LA 70380 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 25 | Eddie Knighten<br>7726 Edinburgh Street<br>New Orleans, LA 70125 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 26 | Calvin Levy<br>3205 College Ct.<br>New Orleans, LA 70125 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 27 | Nicola McCathen<br>6111 Dover Place<br>New Orleans, LA 70131 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 28 | Darleen M. Jacobs, Esq.<br>823 St. Louis Street<br>New Orleans, LA 70112 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
| 29 | Joseph M. Bruno, Esq.<br>855 Baronne Street<br>New Orleans, LA | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
| 30 | Daniel E. Becnel, Jr., Esq.<br>106 West 7th Street<br>Reserve, LA 70084 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |

| 31 | Jerrold S. Parker, Esq.<br>111 Great Neck Road<br>Great Neck, NY 11021-5402 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
|---|---|---|---|
| 32 | A.J. Rebennack, Esq.<br>1100 Poydras Street<br>New Orleans, LA 70163 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
| 33 | Douglas Brinkley<br>Tulane University<br>6823 St. Charles Ave.<br>New Orleans, LA 70118 | Expert: Historian | Classwide facts preceding and following Hurricane Katrina, including matters relevant to classwide damages. |
| 34 | Barry David Keim, Ph.D.<br>Louisiana State University<br>Department of Geography<br>E328 Howe Russell Complex<br>Baton Rouge, LA 70803 | Expert: Geography, Anthropology, Climatologist, and Meteorologist | Classwide issues regarding sources of inundation and causes and related topics. |
| 35 | Larry W. Mays, Ph.D., P.E., P.H., F.ASCE, D.WRE<br>College of Engineering and Applied Sciences<br>Arizona State University<br>Tempe, AZ 85287-5306 | Expert: Hydrologist | Classwide issues regarding sources of inundation and causes and related topics including testimony in his area of expertise, Hydrology |
| 36 | Robert G. Bea, Ph.D., P.E.<br>University of California Berkeley<br>212 McLaughlin Hall<br>Berkeley, CA 94720-1710 | Expert: Civil and Environmental Engineering | Classwide issues regarding sources of inundation and causes regarding commonality, damages, and other related topics |
| 37 | Shea Penland, Ph.D.<br>University of New Orleans<br>349 CERM Bldg.<br>Research and Technology Park<br>Department of Earth and Environmental Sciences<br>2000 Lakeshore Dr.<br>New Orleans, LA 70148 | Expert: Coastal Geomorphology processes and coastal history and change analysis and mapping and Hurricane impacts | Historical impact of hurricanes on the geomorphology and history of New Orleans and vicinity, Coastal Louisiana and Northern Gulf of Mexico and other related classwide topics |

| 38 | G. Paul Kemp, Ph.D.<br>Gulf Coast Initiative<br>National Audubon Society<br>633 Magnolia Wood Ave.<br>Baton Rouge, LA 70808 | Expert: Coastal Modeling, Oceanographer | Classwide issues regarding sources of inundation and causation issues regarding commonality and damages and other related topics, including validation of computer modeling, coastal modeling, and other related models. |
|---|---|---|---|
| 39 | Lee E. Branscome, Ph.D., C.C.M.<br>7338 155th Place North<br>Palm Beach Garden, FL 33418 | Expert: Meteorologist/ Climatologist | Classwide issues regarding sources of inundation and causation issues regarding commonality, damages and other related topics, including testimony in his areas of expertise, meteorology/climatology |
| 40 | Ivor Van Heerden, Ph.D.<br>LSU Hurricane Center<br>Suite 3221 CEBA building<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Marine Sciences | Classwide issues regarding sources of inundation and causation issues regarding commonality, damages and other related topics. |
| 41 | Ioannis Georgiou, Ph.D.<br>University of New Orleans<br>349 CERM Bldg.<br>Research and Technology Park<br>2000 Lakeshore Drive<br>New Orleans, LA 70148 | Expert: Coastal and Environmental Engineer/Hydrolic Modeler | Classwide issues regarding sources of inundation and causation issues regarding commonality, damages, and related topics, including creation of and validation of computer models. |
| 42 | Wade Ragas, Ph.D.<br>3017 Harvard Avenue<br>Suite 204<br>Metairie, LA 70006 | Expert: Real Estate valuation, real estate market feasibility, real estate analysis, going concern valuations, business valuations, and economic impact from negative externalities | Diminution of property value due to storm surge flooding, diminution of property values due to negative externalities, loss of future business profits, and loss of current value of going concern businesses value and their assets |

| 43 | Marco Kaltofen, P.E.<br>Boston Chemical Data Corp.<br>2 Summer St., Ste. 14<br>Natick, MA 01760 | Expert: Civil Engineer | Mapping the generation and movement of chemical and other contaminants and other classwide issues |
|---|---|---|---|
| 44 | S. Ahmet Binselam, M.S.<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Computer modeling and GIS data analyst, computer science, mapping, and cartography | Classwide issues regarding sources of inundation and causation issues including creation of, and validation of, computer modeling and other related topics. |
| 45 | Kevin V. Mulcahy, Ph.D.<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Cultural demography | Classwide damages regarding loss of social structure, community culture and other related issues. |
| 46 | Martin T. Wells, Ph.D.<br>Cornell University<br>301 Malott Hall<br>Ithaca, NY 14853 | Expert: Demography, and Statistics, and Statistical Analysis | Classwide population statistics and property losses; loss of community's economic, political, psychological and social character and infrastructure and related class issues and topics. |
| 47 | Any witness listed and/or called by any other party. | | |

**EXHIBITS**

Plaintiffs may use the following exhibits at trial:

| 1 | Sewerage and Water Board permit application for dredging the 17th Street Canal |
|---|---|
| 2 | Dredging permit issued to Eustis Engineering Co., Inc. |
| 3 | Dredging permit issued to Modjeski and Masters, Inc. |
| 4 | Dredging permit issued to Boh Bros. Construction Company, Inc. |
| 5 | Contracts of Employment and scopes of work with B & K Construction Company, Inc. |
| 6 | Contracts of Employment and scopes of work with James Construction Group, Inc. |

| 7 | Contracts of Employment and scopes of work with C.R. Pittman Construction Company, Inc. |
|---|---|
| 8 | Contracts of Employment and scopes of work with Pittman Construction Company, Inc. |
| 9 | Contracts of Employment and scopes of work with Burk-Kleinpeter, LLC |
| 10 | Contracts of Employment and scopes of work with GoTech, Inc. |
| 11 | Contracts of Employment and scopes of work with Gulf Group Inc. of Florida |
| 12 | Contracts of Employment and scopes of work with Burk-Kleinpeter, Inc. |
| 13 | Contracts of Employment and scopes of work with Burk-Kleinpeter, LLC |
| 14 | Contracts of Employment and scopes of work with Boh Bros. Construction Company, Inc. |
| 15 | Contracts of Employment and scopes of work with Eustis Engineering Company, Inc. |
| 16 | Contracts of Employment and scopes of work with Modjeski and Masters, Inc. |
| 17 | Dambrk Computer Model of water at time of flood |
| 18 | Numerosity Affidavits: Joseph M. Bruno, Esq., Darleen M. Jacobs, Esq., Daniel E. Becnel, Esq., A.J. Rebennack, Esq., Jerrold S. Parker, Esq. |
| 19 | Louisiana Statute creating the Board of Commissioners of the Orleans Parish Levee District |
| 20 | Louisiana Statute creating the Sewerage and Water Board of New Orleans |
| 21 | Louisiana Statute creating the Board of Commissioners of the East Jefferson Levee District |
| 22 | Louisiana Statute creating the Board of Commissioners of the Port of New Orleans |
| 23 | Louisiana Statue creating the Public Belt Railroad Commission for the City of New Orleans |
| 24 | Federal Regulations regarding maintenance of the MRGO |
| 25 | Curriculum Vitae of attorneys listed in the Case Management Order (Adequacy): Joseph M. Bruno, Esq., Daniel E. Becnel, Jr., Esq., Hugh P. Lambert, Esq., Gerald E. Meunier, Esq., Darleen M. Jacobs, Esq., Walter Dumas, Esq., D. Blayne Honeycutt, Esq. |
| 26 | Photograph of Floodgate W-30 at the IHNC |
| 27 | Topographical map illustrating the Greater Metropolitan New Orleans area pre-Katrina |
| 28 | Topographical of map illustrating the Greater Metropolitan New Orleans area post-Katrina |

| 29 | Photographs of Named Plaintiffs' homes post-Katrina |
|----|-----|
| 30 | Map identifying locations of Named Plaintiffs' residences |
| 31 | Map identifying every flood protection structure surrounding Proposed Class area |
| 32 | Photographs and/or maps of all canal breaches |
| 33 | Photographs of New Orleans Metropolitan area illustrating flood depths |
| 34 | Report of Robert Bea, Ph.D. |
| 35 | Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005 |
| 36 | Report of Independent Levee Investigation Team funded by National Science Foundation |
| 37 | Report of the Committee on Homeland Security and Government Affairs - United States Senate, Washington D.C. |
| 38 | Final Report of the Subject By-Partisan Committee to Investigate the Preparation for the Response of Hurricane Katrina (A Failure of Initiative) |
| 39 | Team Louisiana Report - The Failure of the New Orleans Levee System during Hurricane Katrina |
| 40 | Model/Simulation of water transport from the breaches |
| 41 | Curricula Vitae of Douglas Brinkley, Barry D. Keim, Ph.D., Larry W. Mays, Ph.D., P.E., P.H., F.ASCE, D.WRE, Robert G. Bea, Ph.D., P.E., Shea Penland, Ph.D., G. Paul Kemp, Ph.D., Lee E. Branscome, Ph.D., C.C.M., Ivor Van Heerden, Ph.D., Ioannis Georgiou, Ph.D., Wade Ragas, Ph.D., Marco Kaltofen, P.E., S. Ahmet Binselam, M.S., Kevin V. Mulcahy, Ph.D., and Martin T. Wells, Ph.D. |
| 42 | Public Records Verifying Class Demographics |
| 43 | Article entitled "Corps Team Blames Poor Levees", *The Times Picayune*, March 27, 2007, Mark Scheifstein |
| 44 | Any documents produced by any party or witness during discovery. |

        Respectfully submitted,

        LEVEE PLAINTIFFS SUB-GROUP
        LITIGATION COMMITTEE
        Daniel E. Becnel, Jr.
        Joseph M. Bruno
        Walter Dumas

        D. Blayne Honeycutt
Derleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:    PLAINTIFFS' LIAISON COUNSEL

_____
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

_____ I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___30th___ day of March, 2007.

        /s/   Joseph M. Bruno
        JOSEPH M. BRUNO