UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' PRELIMINARY LIST
OF CLASS-CERTIFICATION EXHIBITS**

The MRGO Defendants submit this preliminary list of exhibits for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO").

Although the MRGO Defendants have endeavored in good faith to prepare this first preliminary exhibit list, it is necessarily limited, in part because of significant changes that occurred when plaintiffs filed the MR-GO Master Consolidated Class Action Complaint on March 15, 2007. At that time, the MRGO group changed in two significant respects. First, defendant Washington Group International, Inc. was moved from the Levee group to the MRGO group. Second, the United States, while previously a

1

defendant in the MRGO group, had not been faced with class-action allegations until the Master Complaint was filed on March 15.  Consequently, the MRGO Defendants and their new group of defense counsel face substantially modified allegations, but they are endeavoring to coordinate their efforts to work together and comply with the Court's CMO requiring that they submit joint witness and exhibit lists.

Obviously, the MRGO Defendants will continue to supplement this list with additional detail on the 20th day of every month as directed in the Court's CMO.

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007).

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006).

3. U.S. Department of Justice Standard Form 95 (claim for damage, injury, or death), actually submitted by proposed class members to the United States Army Corps of Engineers.

4. Records of insurance claims made by named plaintiffs, as well as putative class members, to recover pursuant to any insurance policy for damages resulting from or at the approximate time of Hurricanes Katrina and/or Rita.

5. Lake Borgne Basin Levee District current financial statement.

6. Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish.

Dated: March 30, 2007                             Respectfully submitted,

| | |
|---|---|
| */s/Lawrence J. Duplass* | */s/Ralph S. Hubbard III* |
| Lawrence J. Duplass, 5199 | Ralph S. Hubbard III, 7040 |
| Gary M. Zwain, 13809 | Joseph P. Guichet, 24441 |
| Andrew D. Weinstock, 18495 | Rachel Meese, 25457 |
| Of | Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana 70130 |
| Telephone: (504) 832-3700 | Telephone: (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile: (504) 310-9195 |
| | |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |

865550v.1

| | |
|---|---|
| /s/Thomas P. Anzelmo | /s/Heather S. Lonian |
| Thomas P. Anzelmo, 2533 | William D. Treeby, 12901 |
| Mark E. Hanna, 19336 | Carmelite M. Bertaut, 3054 |
| Kyle P. Kirsch, 26363 | Heather S. Lonian, 29956 |
| Andre J. Lagarde, 28649 | Of |
| Of | Stone Pigman Walther Wittmann L.L.C. |
| McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel | 546 Carondelet Street |
| 3445 N. Causeway Boulevard, Suite 800 | New Orleans, Louisiana  70130 |
| Metairie, Louisiana  70002 | Telephone:  (504) 581-3200 |
| Telephone:  (504) 831-0946 | Facsimile:   (504) 581-3361 |
| Facsimile:   (504) 831-2492 | |
| | Attorneys for Washington Group International, Inc. |
| And | |
| | Of counsel |
| James L. Pate, 10333 | Adrian Wager-Zito |
| Ben L. Mayeux, 19042 | Julie McEvoy |
| Of | Jones Day |
| Laborde & Neuner | 51 Louisiana Avenue, N.W. |
| One Petroleum Center, Suite 200 | Washington, D.C. 20001-2113 |
| 1001 West Pinhook Road, Suite 200 | Telephone:  (202) 879-4645 |
| Post Office Drawer 52828 | Facsimile:  (202) 626-1700 |
| Lafayette, Louisiana  70505-2828 | |
| Telephone:  (337) 237-7000 | Jerome R. Doak |
| | Jones Day |
| Attorneys for the Board of Commissioners for the Orleans Levee District | 2727 N. Harwood Street |
| | Dallas, Texas  75201 |
| | Telephone:  (214) 220-3939 |
| | Facsimile:  (214) 969-5100 |

4

865550v.1

/s/Robin D. Smith
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney
General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorneys for United States

# CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Preliminary List of Class-Certification Exhibits has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 30th day of March, 2007.

/s/Heather S. Lonian
Heather S. Lonian

DLI-6106969v1

865550v.1