UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

**MOTION FOR CLASS CERTIFICATION**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the consolidated class actions, individually and on behalf of all others similarly situated , and respectfully move this Honorable Court for an Order certifying this matter as a class action with five subclasses pursuant to Fed.R.Civ.P. 23, and for the reasons as mor fully set forth herein and in the memorandum in support to be filed pursuant to CMO4 on or before August 31, 2007.

I.

The proposed class representatives seek to represent the following Greater New Orleans Levee Class:

> All individuals and entities, both private and public and both natural and juridical, in "**GREATER NEW ORLEANS METRO**" (the geographic area bounded to the north by Lake Pontchartrain, to the south by the Mississippi River, to the east by the IHNC, and to the west by the 17th Street Canal running from Lake Pontchartrain south to Metairie Road and then west on Metairie Road to Causeway Boulevard, and then south on Causeway Boulevard to the Mississippi River) who/which sustained damages as a result of the inundation in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

Plaintiffs nominate Michelle Hennessey, Laurie Coniglio, Leo Mitchell, Lenniece Morrell, and Charles Moses as class representatives.

1. **LENNIECE MORRELL.** Prior to the storm, Ms. Morrell resided at 114 Winthrop Place, New Orleans, La., 70119   She is employed as a Civil Service Technician with the Louisiana Air National Guard.  The property was a single family home which she owned and in which she resided.  The property was approximately 1310 square feet.  Ms. Morrell is 38 years old and now resides back at 114 Winthrop Place, New Orleans, La., 70119.

2. **MICHELLE HENNESSEY, LAURIE CONIGLIO, LEO MITCHELL, AND CHARLES MOSES.**  Information regarding these named class members is set forth in the sub-class paragraphs, *infra.*

II.

The proposed Class Representatives submit that there should be five sub-classes, as follows:

A.   **ZONE ONE SUBCLASS:**

    All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the south by Metairie Road, to the east by the Bayou St. John, and to the west by the 17th Street Canal, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have – or, by a date to be determined by the Court, will have – fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

This subclass will be represented by Michelle Hennessey, Laura and Gary Greer, and Alice C. Mayeur.

    1.    **MICHELLE HENNESSEY**   Prior to the storm, Ms. Hennessey resided at 417-419 40th Street, New Orleans, La., 70124   She is employed as a Dentist Analyst, CCMSI.  The property was a duplex which she owned and in which she resided in half.  The property had a new roof, was approximately 1600 square feet per unit on a lot of 50 feet x 110 feet, and had an unattached shed which was washed away in the storm.  Ms. Hennessey is 40 years old and now resides at 3808 N. Labarre Rd., Metairie, La. 70002 .

    2.    **LAURA AND GARY GREER.**  Prior to the storm, Gary and Laura Greer resided at 5320 Memphis Street, New Orleans, La., 70124   Mr. Greer is a meat cutter employed at Whole Foods and Mrs. Greer is a housewife.  The property, owned by them, was their

residence and was approximately 1500 square feet on a 40 x 120 lot.  The property was two bedrooms and one bath with a sunroom, sun-porch, formal living and dining room, and an unattached garage.  Mr Greer is 60 years old and Mrs Greer is 59 years old, and they and now back at their residence–5320 Memphis Street.

    3.    **ALICE C. MAYEUR.**  Prior to the storm, Ms. Mayeur resided at 6401 West End Boulevard, New Orleans, La. 70124, and owned another home at 6432 Catina Street, New Orleans, LA 70124.  Ms. Mayeur is 86 years old and is a retired homemaker.  The Catina property was two stories plus a basement, and contained five bedrooms and 3 bathrooms.  It sat on three lots each 25 x 120 feet. Ms. Mayeur now resides at 22078 Seventh Street, Abita Springs, LA 70420.

    B.    **ZONE TWO SUBCLASS**

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the south by Gentilly Boulevard running to Broad Street, where it intersects with Esplanade Avenue, and then running northwest along Esplanade Avenue to City Park Avenue, to Marconi Boulevard, and to the Orleans Canal, to the east by the London Avenue Canal, and to the west by Bayou St. John, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the Defendant Corps only have – or, by a date to be determined by the Court, will have – fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

This subclass will be represented by Laurie Coniglio, Emanuel Esteves, Jr., Stella Washington, John B. Williams, and Emanuel Wilson.

    1.    **LAURIE CONIGLIO**.  Prior to the storm, Ms. Coniglio resided at 1481

Burbank Drive, New Orleans, La., 70122   She is employed as a Horticulturist and as a part time Nanny.  The property was a single family home of approximately 2200 square feet which she owned and in which she resided.  The property had a 25 ft. magnolia tree that was lost n the storm, and also had a new roof within the last five years, a new A/C compressor, a new refrigerator, and was newly painted in 2004.  Ms. Coniglio is 51 years old and now resides at 15040 Dendinger Drive, Covington, La. 70433.

2. **EMANUEL ESTEVES, JR.**  Prior to the storm, Mr. Esteves resided at 4543 Cartier Avenue, New Orleans, La., 70122   He is a retired Postman.  The property was a single family home in he owned and resided.  The property was approximately 3500 square feet on a lot of 40 feet x 100 feet.  Mr. Esteves is 68 years old and now resides at 4656 Gaines Street, New Orleans, La. 70126.

3. **STELLA WASHINGTON**.   Prior to the storm, Ms. Washington resided at 1478 Mithra Street, New Orleans, La., 70122   She is a casino dealer.  The property was a single family home that she owned and in which she resided.  The property was approximately 2500 square feet on a lot of 51.5 feet x 120 feet.  Ms. Washington is 56 years old and now resides back at her residence at 1478 Mithra Street, New Orleans, La. 70122.

4. **JOHN B. WILLIAMS.**  Prior to the storm, Mr. Williams resided at 6 Charlotte Drive, New Orleans, La., 70122   He is retired.  The property was a single family home that he owned and in which she resided.  The property was approximately 3300 square feet on a lot of 60 feet x 130 feet.  Mr. Williams is 82 years old and now resides at 1830 Hope Street, New Orleans, La. 70119.

5. **EMANUEL WILSON**. Prior to the storm, Mr. Wilson resided at 1512 Mandolin Street, New Orleans, La., 70122   He is between jobs but previously worked at the Ramada Hotel.  The property was a single family home that was owned by his grandmother and in which he resided as a renter.  The property was approximately 1600 square feet and had a 340 square foot unattached garage.  Mr. Wilson is 25 years old years old and now resides back at 1512 Mandolin Street, New Orleans, La. 70122.

C. **ZONE THREE SUBCLASS**

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the south by Gentilly Boulevard and along Gentilly Boulevard to its intersection with the London Avenue Canal, to the east by the IHNC, and to the west by the London Avenue Canal who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the Defendant Corps only have—or, by a date to be determined by the Court, will have—fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

This subclass will be represented by Lucinda Coco, Leslie Dorantes, Anita Harrison, Trenise Jackson, Dwayne Mallet, and Leo Mitchell.

1. **LUCINDA COCO**.  Prior to the storm, Ms. Coco resided at 1866 Carnote Street, New Orleans, La., 70122   She is retired. The property was a single family home that was owned by her daughter and in which both she and her daughter resided.  The property was approximately 2500 square feet on a lot of 30 feet x 120 feet.  It had a new roof within the five years prior to the storm, and had new floors in 2005.  Ms Coco is 82 years old and now resides at 750 Landwood Drive, Baton Rouge, La. 70806.

2.  **LESLIE DORANTES.**  Prior to the storm, Ms. Dorantes resided at 3614 Virgil Boulevard, New Orleans, La., 70122   She is and Administrative Assistant.  The property was a residential apartment in which she resided as a renter.  The property was approximately 2500 square feet.  Ms. Dorantes is 59 years old and now resides in La Place, Louisiana, PO Box 108, La Place, La., 70069 .

3.  **ANITA HARRISON**.  Prior to the storm, Ms. Harrison resided at 10627 Pressburg Street, New Orleans, La., 70127   She is an accountant.  The property was a single family home that she owned and in which she resided.  The property was approximately 2540 square feet with new floors and a den renovation in 2005.  Ms. Harrisoon is 42 years old and now resides back at 10627 Pressburg Street, New Orleans, La., 71027

4.  **TRENISE JACKSON**.  Prior to the storm, Ms. Jackson resided at 5010 Frankfort Street, New Orleans, La., 71026   She is a student.  The property was a single family home that she owned and in which she resided.  Ms. Jackson is 37 years old and now resides at 1 Gibson Street, Apt. 172, Houston, TX, 77060,

5.  **DWAYNE MALLET**.  Prior to the storm, Mr. Mallet resided at 1924 Wildair Drive, New Orleans, La., 70122   He is a Purchasing Director.  The property was a single family home that he owned and in which he resided.  The property was on a lot of approximately 60 x 120 feet and had new floors and carpets in 2005.  Mr Mallet is 42 years old and now resides back at 1924 Wildair Drive, New Orleans, La., 71022.

6.  **LEO MITCHELL.**  Prior to the storm, Mr. Mitchell resided at 6203 Waldo Drive, New Orleans, La., 70122   He is a Truck Driver.  The property was approximately 2200

square feet and was occupied by Mr. Mitchell as a renter.  Mr. Mitchell is 40 years old and now resides in New Orleans, La., and has a mailing address of PO Box 820028, New Orleans, La., 70128.

      D.    **ZONE FOUR SUBCLASS**

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Gentilly Boulevard (Gentilly Ridge), to the south by the Mississippi River, to the east by the IHNC, and to the west by Esplanade Avenue, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the Defendant Corps only, have—or, by a date to be determined by the Court, will have—fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

This subclass will be represented by Donna Augustine, Gladys LaBeaud, Daisy Innis, Betty Jones, Lenniece Morrell, and Denise Meade.

    1.    **DONNA AUGUSTINE**.  Prior to the storm, Ms. Augustine resided at 2126 N. Broad Street, New Orleans, La., 70119   She is disabled.  The property was approximately 2000 square feet with a shed in the back, and was occupied by Ms. Augustine as a renter.  Ms. Augustine is 56 years old and now resides at 2230 Sherwood Meadow Drive, Apartment A, Baton Rouge, LA 70816.

    2.    **GLADYS LABEAUD.**  Prior to the storm, Ms. LaBeaud resided at 1708-1710 Industry Street, New Orleans, La., 70119   She is retired.  The property was a duplex which she owned and in which she resided.  The property was approximately 2500 square feet on a lot of approximately 30 x 130 square feet.  Ms. LaBeaud  is 76 years old and now resides at 22155 Wildwood Park Road, Houston, TX 77469.

3.     **DAISY INNIS**.  Prior to the storm, Ms. Innis resided at 4024 Stutz Street, New Orleans, La., 70126   She is retired.  The property was a single family residence that she owned and in which she resided.   Ms. Innis  is 64 years old and now resides in Longbeach, MS at PO Box 1406, Longbeach, MS 39560.

4.     **BETTY JONES**.   Prior to the storm, Ms. Jones resided at 1800-1802 Old Roman Street, New Orleans, La., 70116   She is retired.  The property was a duplex which she owned and in which she resided.  The property was approximately 3000 square feet on a lot of approximately 30 x 81 square feet.  Ms. LaBeaud  is 69 years old and now resides at 2111 Clouet Street, New Orleans, LA 70117.

5.     **DENISE MEADE.**   Prior to the storm, Ms. Meade resided at 2422 Verbena Street, New Orleans, La., 70122   She is employed as a housekeeping supervisor.  The property was a single family residence that she owned and in which she resided.  The property was approximately 1140 square feet on a lot of approximately 30 x 120 square feet.  Ms. Meade  is 45 years old and now resides back at  2422 Verbena Street, New Orleans, La., 70122.

E     **ZONE FIVE SUBCLASS**

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Metairie Road/City Park Avenue, to the south by the Mississippi River, to the west by Causeway Boulevard, and to the east by Esplanade Avenue, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the Defendant Corps only, have—or, by a date to be determined by the Court, will have—fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

This subclass will be represented by Joella Cephas, Beatrice Drew, Eddie Knighten,

Calvin Levy, and Nicola McCathen

    1.    **JOELLA CEPHAS**.  Prior to the storm, Ms. Cephas resided at 1609 St. Ann Street, New Orleans, La., 70116.  She is employed as a temp worker.  The property was a single family residence in which she resided as a renter.  The property had been completely renovated including new electrical wiring in 2005.  The property was approximately 2000 square feet.  Ms. Cephas is 41 years old and now resides at 715 Central Road, Baton Rouge, LA 70807.

    2.    **BEATRICE DREW**.  Prior to the storm, Ms. Drew resided at 1227 S. Galvez Street, New Orleans, La., 70125.  She is disabled.  Ms. Drew occupied the property as a renter.  The property was approximately 1500 square feet.  Ms. Drew is 58 years old and now resides at 606 Egle Street, Morgan City, LA 70380.

    3.    **EDDIE KNIGHTEN.**  Prior to the storm, Mr. Knighten resided at 7726-7728 Edinburgh Street, New Orleans, La., 70125   He is employed as a Truck Driver.  The property was a duplex that he owned and in which he resided.  Mr. Knighten is 64 years old and now resides back at 7726-7728 Edinburgh Street, New Orleans, La., 70125

    4.    **CALVIN LEVY.**  Prior to the storm, Mr. Levy resided at 3205 College Court, New Orleans, La., 70125   He is employed as a Taxi Driver.  The property was a single family home that he owned and in which he resided.  Mr. Levy is 46 years old and now resides back at 3205 College Court, New Orleans, La., 70125.

    5.    **NICOLA MCCATHEN.**  Prior to the storm, Ms. McCathen resided at 961 S. Telemachus Street, New Orleans, La., 70125   She is a Financial Coordinator.  The property, approximately 722 square feet in size, was occupied by Ms. McCathen as a renter.  Ms.

McCathen is 35 years old and now resides at 6111 Dover Place, New Orleans, La., 70131.

  6.  **CHARLES MOSES**.  Prior to the storm, Mr. Moses resided at 3737 General Pershing Street, New Orleans, La., 70118   He is retired.  The property, was a single family residence of approximately 3,000 square feet and was occupied by Mr. Moses as a renter.  Mr. Moses is 55 years old and now resides at 8536 S. Claiborne Avenue, New Orleans, La., 70118.

III.

  This action is appropriate for determination through the Federal Class Action Procedure (Fed.R.Civ.P 23, *et seq*.) because the requirements of Fed.R.Civ.P 23(a)(1)-(4), *i.e.*, numerosity, commonality, typicality, and adequacy, have been met, as have the requirements of Fed.R.Civ.P 23(b), *i.e.,* predominance, and superiority, as follows:

  a.  The proposed class is so numerous that joinder of all members is impracticable as there are thousands, if not hundreds of thousands of putative class members

  b.  There are questions of law and fact common to the class which predominate over any questions affecting only individual members, including but not limited to the questions of where the water came from, how high the water got, and how long the water remained before receding.

  c.  The claims of the proposed Class Representatives, are typical of the claims of the class because irrespective of varying fact patterns for individual claims, plaintiffs allege that the same unlawful conduct affected them and the members of the class they seek to represent. Their clams all arise from the same event or course of conduct that gives rise to the claims of the putative class members, and they are all based on the same legal theory.

    d.  The representative parties will fairly and adequately protect the interests of the class.

    e.  The fair and efficient adjudication of this matter as a class action is superior to other available methods because there are questions of law or fact that if answered to one class member will be answered as to all, including the questions of how the water entered the city, where the water went, how deep the water got, and how long the water stayed before it receded. In addition there are damages that, if proved will inure to the benefit of the class as a whole rather than to any single class member.  Such damages that can be considered damages to the class include the breakdown of New Orleans social structure, the loss of cultural heritage, and the dramatically altered physical, economic, political, social and psychological character of the New Orleans area.  Such damages are not suffered by any single individual, rather they societal damages that are suffered by the class as a whole, and can only be fairly and efficiently adjudicated as such.

IV.

  In addition, or in the alternative, this action is appropriate for determination as a class action because the requirements of Fed.R.Civ.P 23(b)(2) have been met.  The actions of the defendants have resulted in harm to the class as a whole which harm includes the breakdown of New Orleans social structure, the loss of cultural heritage, and the dramatically altered physical, economic, political, social and psychological character of the New Orleans area.  Such harm is appropriately remedied by injunctive or declaratory relief to the class as a whole because the harm is not suffered by any single individual, rather it is societal in nature and is suffered by the

class as a whole, and can only be fairly and efficiently adjudicated as such.

**WHEREFORE**, plaintiffs and class representatives pray that this Motion be granted and that the Court certify the Levee Class and Five Subclasses with the appointment of class representatives as described herein.

        Respectfully submitted,

        LEVEE PLAINTIFFS SUB-GROUP LITIGATION
        COMMITTEE

        Daniel E. Becnel, Jr.
        Joseph M. Bruno
        Walter Dumas
        D. Blayne Honeycutt
        Darleen Jacobs
        Hugh P. Lambert
        Gerald E. Meunier

By:    PLAINTIFFS' LIAISON COUNSEL

        s/ Joseph M. Bruno
        JOSEPH M. BRUNO (3604)
        DAVID S. SCALIA (21369)
        Bruno & Bruno, L.L.P.
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this   30th   day of March, 2007.

                  /s/  Joseph M. Bruno
                  **JOSEPH M. BRUNO**