UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' PRELIMINARY LIST
OF CLASS-CERTIFICATION WITNESSES**

The MRGO Defendants submit this preliminary list of expert and fact witnesses for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO").

Although the MRGO Defendants have endeavored in good faith to prepare this first preliminary witness list, it is necessarily limited, in part because of significant changes that occurred when plaintiffs filed the MR-GO Master Consolidated Class Action Complaint on March 15, 2007. At that time, the MRGO group changed in two significant respects. First, defendant Washington Group International, Inc. was moved

1

from the Levee group to the MRGO group. Second, the United States, while previously a defendant in the MRGO group, had not been faced with class-action allegations until the Master Complaint was filed on March 15. Consequently, the MRGO Defendants and their new group of defense counsel face substantially modified allegations, but they are endeavoring to coordinate their efforts to work together and comply with the Court's CMO requiring that they submit joint witness and exhibit lists.

Obviously, the MRGO Defendants will continue to supplement this list with additional detail on the 20th day of every month as directed in the Court's CMO.

**I.   Expert Witnesses**

At this time, the MRGO Defendants have not determined the identity of any expert who may be called to testify at the class-certification hearing. The MRGO Defendants anticipate and are currently exploring potential class-certification experts for the following areas: geotechnical engineering expert to address causation issues; coastal engineering and/or hydrology expert to address causation issues; expert to address injuries and damages; and expert on wind and rain damage in the MRGO geographical area.

**II.   Fact Witnesses**

At this time, the MRGO Defendants expect that the following fact witnesses may be called to testify at the class-certification hearing:

   A.   The Five Named Plaintiffs:

      1.   Kenneth Paul Armstrong, Sr.
           upon information and belief, address of 4016 Hamlet Pl.,
           Chalmette, LA (St. Bernard Parish)

  2. Jeannine B. Armstrong
    upon information and belief, address of 4016 Hamlet Pl.,
    Chalmette, LA (St. Bernard Parish)

  3. Ethel Mae Coats
    upon information and belief, address of 1020-22 Charbonnet,
    New Orleans, LA (Lower Ninth Ward)

  4. Henry Davis
    upon information and belief, address of 7650 Morel Street,
    New Orleans, LA (New Orleans East)

  5. Glynn Wade
    upon information and belief, address of 4719 Bundy Road,
    New Orleans, LA (New Orleans East)

The five named plaintiffs are expected to testify about alleged injuries and damages and to give evidence concerning the circumstances of his or her claims relevant to issues of alleged typicality of claims of the proposed class; to alleged adequacy of proposed class representation; to alleged common questions; to whether questions of law or fact common to the members of the proposed class predominate over questions affecting only individual members; and to other requirements for class certification.

 B. Robert Turner
   Executive Director
   Lake Borgne Basin Levee District
   6136 East St. Bernard Hwy.
   Violet, LA 70092

  Mr. Turner's testimony will deal with the events he witnessed on August 29th, 2005.

 C. James Bollinger, CPA
   Comptroller
   Orleans Levee District
   6001 Stars & Stripes Blvd., Suite 202
   New Orleans, LA  70126

Mr. Bollinger's testimony will relate to the financial condition and insurance coverage available to the O.L.D.

> D. Mr. Stevan G. Spencer, P.E.
> Director of Hurricane and Flood Protection
> Orleans Levee District
> 6001 Stars & Stripes Blvd., Suite 202
> New Orleans, LA 70126

Mr. Spencer's testimony will relate to the scope of the O.L.D. jurisdiction for flood control structures in East Orleans and St. Bernard Parishes.

Dated: March 30, 2007                               Respectfully submitted,


/s/Lawrence J. Duplass                              /s/Ralph S. Hubbard III
Lawrence J. Duplass, 5199                           Ralph S. Hubbard III, 7040
Gary M. Zwain, 13809                                Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                          Rachel Meese, 25457
    Of                                                  Of
Duplass, Zwain, Bourgeois, Morton, Pfister          Lugenbuhl, Wheaton, Peck, Rankin &
& Weinstock                                         Hubbard
3838 N. Causeway Blvd., Suite 2900                  601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                           New Orleans, Louisiana 70130
Telephone: (504) 832-3700                           Telephone: (504) 568-1990
Facsimile: (504) 837-3119                           Facsimile: (504) 310-9195

Attorneys for Board of Commissioners for            Attorneys for St. Paul Fire and Marine
the Lake Borgne Basin Levee District                Insurance Company

| | |
|---|---|
| _/s/Thomas P. Anzelmo_ | _/s/Heather S. Lonian_ |
| Thomas P. Anzelmo, 2533 | William D. Treeby, 12901 |
| Mark E. Hanna, 19336 | Carmelite M. Bertaut, 3054 |
| Kyle P. Kirsch, 26363 | Heather S. Lonian, 29956 |
| Andre J. Lagarde, 28649 | Of |
| Of | Stone Pigman Walther Wittmann L.L.C. |
| McCranie, Sistrunk, Anzelmo, Hardy, | 546 Carondelet Street |
|   Maxwell & McDaniel | New Orleans, Louisiana 70130 |
| 3445 N. Causeway Boulevard, Suite 800 | Telephone: (504) 581-3200 |
| Metairie, Louisiana 70002 | Facsimile: (504) 581-3361 |
| Telephone: (504) 831-0946 | |
| Facsimile: (504) 831-2492 | Attorneys for Washington Group International, Inc. |
| And | |
| | Of counsel |
| James L. Pate, 10333 | Adrian Wager-Zito |
| Ben L. Mayeux, 19042 | Julie McEvoy |
| Of | Jones Day |
| Laborde & Neuner | 51 Louisiana Avenue, N.W. |
| One Petroleum Center, Suite 200 | Washington, D.C. 20001-2113 |
| 1001 West Pinhook Road, Suite 200 | Telephone: (202) 879-4645 |
| Post Office Drawer 52828 | Facsimile: (202) 626-1700 |
| Lafayette, Louisiana 70505-2828 | |
| Telephone: (337) 237-7000 | Jerome R. Doak |
| | Jones Day |
| Attorneys for the | 2727 N. Harwood Street |
| Board of Commissioners for the | Dallas, Texas 75201 |
| Orleans Levee District | Telephone: (214) 220-3939 |
| | Facsimile: (214) 969-5100 |

865547v.1

/s/Robin D. Smith
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorneys for United States

# CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Preliminary List of Class-Certification Witnesses has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 30th day of March, 2007.

/s/Heather S. Lonian
Heather S. Lonian

DLI-6106069v3

865547v.1