UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**FILED IN:**  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

### DEFENDANTS' PRELIMINARY WITNESS LIST - LEVEE

Pursuant to Case Management and Scheduling Order No. 4,[1] Sec. III(B)(1), defendants file the instant Preliminary Witness List.[2] The joint nature of the instant filing is made solely in conformity with the Court's order and should not be construed as an adoption, approval, or

---

[1] Rec. Doc. 3299.

[2] This filing does not include submissions by the Railroad Defendants due to the disclosure and discovery stay in place covering the Railroad Defendants. See CMO-4, at 23.

endorsement of any witness listed by any other defendant unless specified as such.[3] Defendants are mindful of their duty to timely supplement the instant list in accordance with CMO No. 4. In addition to reserving the right to supplement, each defendant fully reserves the right to call or examine any witness listed or called by any other party.

**SUBMISSION ON BEHALF OF ALL DEFENDANTS JOINING HEREIN:**

Name:                    Proposed Class Representatives:

                        Michelle Hennessey
                        Laurie Coniglio
                        Leo Mitchell
                        Lenniece Morrell
                        Charles Moses
                        Alice Meyer
                        Laura Greer
                        Gary Greer
                        Gertrude Esteves
                        Stella Washington
                        John B. Williams
                        Emanuel Wilson
                        Lucinda Coco
                        Leslie Dorantes
                        Anita Harrison
                        Trenise Jackson
                        Dwayne Mallet
                        Donna Augustine
                        Gladys La Beaud
                        Daisy Innis
                        Betty Jones
                        Denise Meade
                        Joella Cephas
                        Beatrice Drew
                        Eddie Knighten
                        Calvin Levy
                        Nicola McCathen

---

[3]    Defendants jointly list each and every representative of the proposed class for questioning regarding, *inter alia*, the impropriety of class certification under FRCP 23.

|   |   |   |
|---|---|---|
| | Addresses: | Unknown |
| | Subject Matter: | Whether the action should be certified as a class action including questions relating to numerosity of claimants, typicality of claims and defenses, commonality of claims and defenses, adequacy of the proposed class representatives, adverse interests of the proposed class representatives, lack of predominance of common issues, the predominance of issues requiring individualized proof, damages claimed and facts surrounding their experiences during Hurricane Katrina and its aftermath. |

### SUBMISSION ON BEHALF OF THE ORLEANS LEVEE DISTRICT:

1.     Name:    James Bollinger, CPA
   Comptroller
   Orleans Levee District
       Address:    6001 Stars & Stripes Blvd., Suite 202
   New Orleans, LA    70126
       Subject Matter:    The financial condition and insurance coverage available to the O.L.D.;

2.     Name:    Paul Kuhlmeier, Ph.D.
       Address:    5296 E. Softwood Drive, Boise, ID 83716
       Subject Matter:    Expert in hydrological and geological engineering. The factors pertinent to the sources and causes of the flooding in the proposed class boundaries, the contributions to the flooding at various locations within the proposed class boundaries, and whether individualized analysis will be required to determine the sources of and allocable contributions for the flooding at various locations within the proposed class area.

3.     Name:    Gregory C. Rigamer
   GCR & Associates, Inc.
       Address:    2021 Lakeshore Drive, suite 100
   New Orleans, LA    70122
       Subject Matter:    Expert in demographics. The distribution of topographical features and structures, damage assessment, mapping, and demographic data for the proposed class area.

4.     Name:    Wade Ragas, PhD

|   | Address:<br>Subject Matter: | GCR & Associates, Inc.<br>2021 Lakeshore Drive, suite 100<br>New Orleans, LA    70122<br>Expert in commercial and private real estate appraisal. The damages, damage assessment, and fair market value for structures damaged by Hurricane Katrina and flooding for the proposed class area. |

5. Name: Dan Milham
   Address: WDSU News Channel 6
   846 Howard Ave.
   New Orleans, LA    70113
   Subject Matter: Expert in meteorology. The development, track, characteristics, and impact of Hurricane Katrina and Hurricane Rita.

## SUBMISSION ON BEHALF OF THE EAST JEFFERSON LEVEE DISTRICT:

The East Jefferson Levee District Joins in the Orleans Levee District's submission and adds:

1. Name: Fran Campbell
   Address: 203 Plauche Court
   Harahan, LA   70123
   Executive Director East Jefferson Levee District
   Subject Matter: Scope of authority of the East Jefferson Levee District and its duties and responsibilities as they relate to the 17th Street Canal, the London Avenue Canal, and the Industrial Canal.

## SUBMISSION ON BEHALF OF THE SEWERAGE AND WATER BOARD OF NEW ORLEANS:

The Sewerage and Water Board of New Orleans joins in the Orleans Levee District's submission and adds:

1. Jack Huerkamp, Sewerage and Water Board of New Orleans, 625 St. Joseph Street, New Orleans, Louisiana 70130, to testify regarding the construction and operation of the drainage system.

2. Insurance adjustors and claims representatives that adjusted, investigated or inspected the alleged property damage of the proposed class representatives;

3. Persons that investigated, inspected or adjusted the proposed class representatives'

property damage for the Road Home.

### SUBMISSION ON BEHALF OF THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS:

The Board of Commissioners of the Port of New Orleans joins in the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF ST. PAUL FIRE & MARINE INSURANCE CO., AS INSURER OF THE ORLEANS LEVEE DISTRICT:

St. Paul Fire & Marine Ins. Co, as insurer of the Orleans Levee District, joins in the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF GO TECH, INC.:

GO TECH, Inc. joins in the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF JAMES CONSTRUCTION GROUP, LLC.:

James Construction Group LLC joins in the Orleans Levee District's submission and adds the following potential experts:

1. Brian Moentenich and/or Bob Howard: IPET Team Leaders, Pumping Station Performance Analysis. Subject Matter: The effect of pumping station performance on the flooding in the proposed class areas.

2. Jeff Harris and/or Steve Fitzgerald: IPET Team Leaders, Interior Drainage/Flooding Analysis. Subject Matter: Drainage and causes of flooding in the proposed class areas.

### SUBMISSION ON BEHALF OF THE UNITED STATES OF AMERICA:

The United States of America joins the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF GULF GROUP, INC. OF FLORIDA:

Gulf Group, Inc. of Florida joins the Orleans Levee District's submission.

Respectfully submitted,

*[signature]*

Thomas P. Anzelmo, T.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:     (504) 831-0946
FACSIMILE:     (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:     (337) 237-7000
FACSIMILE:     (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT


and

CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #
J. Warren Gardner, Jr. - #
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, LA 70130-6078
Telephone:    504/593-4272
Fax:          504/561-5743
Attorney for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS

and


DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Fax: 985/871-0899
Attorneys for the BOARD OF COMMISSIONERS
OF THE PORT OF NEW ORLEANS

and

DUPLASS, ZWAIN, BOURGEOIS & MORTON
Mr. Gary M. Zwain -
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
Telephone:   504/832-3700
Fax:            504/837-3119
Attorneys for the BOARD OF COMMISSIONERS
FOR THE EAST JEFFERSON LEVEE DISTRICT

and

_/s/ Richard J. Tyler_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170 5100
(504) 582-8266
Attorneys for James Construction Group, LLC


and

/s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

and

**LONG LAW FIRM, L.L.P.**

/s/Albert Dale Clary
**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana  70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com
**ATTORNEYS FOR GOTECH, INC**

and

/s/ Joseph P. Guichet
RALPH S. HUBBARD III, T.A., Bar #7040
JOSEPH P. GUICHET, Bar #24441
RACHEL A. MEESE, Bar #25457
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Attorneys for St. Paul Fire and Marine Insurance Company

and

/s/ Stephen H. Kupperman
Stephen H. Kupperman, 7890
Kristin L. Beckman, 29758
Barasso, Usdin, Kupperman, Freeman & Sarver
909 Poydras Street, Suite 1800
New Orlean, LA 70112
Telephone: 504-589-9700
Telefax: 504-589-9701
E-Mail: skupperman@barrassousdin.com
Attorneys for Gulf Group, Inc. of Florida