UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                          NO.: 05-4182

                                                          SECTION "K" (2)

**FILED IN:**   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
                  05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
                  06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
                  06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
                  06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
                  06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
                  07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

## DEFENDANTS' PRELIMINARY EXHIBIT LIST - LEVEE

Pursuant to Case Management and Scheduling Order No. 4,[1] Sec. III(B)(1), defendants file the instant Preliminary Exhibit List.[2] The joint nature of the instant filing is made solely in conformity with the Court's order and should not be construed as an adoption, approval, or

---

[1]    Rec. Doc. 3299.

[2]    This filing does not include submissions by the Railroad Defendants due to the disclosure and discovery stay in place covering the Railroad Defendants. See CMO-4, at 23.

-1-

endorsement of any exhibit listed by any other defendant unless specified as such.[3] Defendants are mindful of their duty to timely supplement the instant list in accordance with CMO No. 4. In addition to reserving the right to supplement, each defendant fully reserves the right to call or examine any witness listed or called by any other party.

**SUBMISSION ON BEHALF OF THE ORLEANS LEVEE DISTRICT:**

1. Financial records of the O.L.D., including Balance Sheets and statements of assets and liabilities for fiscal years ending June 30, 2005, June 30, 2006, and, once prepared, for fiscal year ending June 30, 2007;

2. Liability Insurance Policy issued to the Orleans Levee District effective August 2005;

3. Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

4. O.L.D. Profile Elevations Drawing - May 2005;

5. Performance Evaluation of the New Orleans and Southeast Hurricane Protection System, generated by the United States Army Corp of Engineers dated June 1, 2006, including underlying data, and any revisions or amendments, ("IPET" Reports);

6. Times-Picayune article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

7. Map of the proposed class and sub-class boundaries;

8. Preliminary Report on the Performance of the New Orleans Levee Systems in

---

[3] Defendants jointly list each and every representative of the proposed class for questioning regarding, *inter alia*, the impropriety of class certification under FRCP 23.

        Hurricane Katrina on August 29, 2005, report No. UCB/CITRIS - 05/01, dated November 2, 2005 ("Berkeley" Report);

9. The Failure of the New Orleans Levee System during Hurricane Katrina and the Pathway Forwards, generated by Ivor L1. Van Heerden, Ph.D. and G. Paul Kemp, Ph.D. ("Team Louisiana" Report);

10. "MR-GO" Master Consolidated Class Action Complaint;

11. Superseding Master Consolidated Class Action Complaint - Levee Plaintiffs;

12. Dr. Paul Kuhlmeier - CV;

13. Gregory C. Rigamer - CV

14. Dr. Wade Ragas - CV;

15. Dan Milham - CV

## SUBMISSION ON BEHALF OF THE SEWERAGE AND WATER BOARD OF NEW ORLEANS:

1. Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, generated by the United States Army Corp of Engineers dated June 1, 2006, and March 26, 2007, including underlying data, and any revisions or amendments, ("IPET" Reports);

2. Map of the proposed class and sub-class boundaries;

3. Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, dated July 31, 2006 ("ILIT" Report), and all

drafts of said report and all exhibits and attachments to said report;

4. The Failure of the New Orleans Levee System during Hurricane Katrina and the Pathway Forwards, generated by Ivor Ll. Van Heerden, Ph.D. and G. Paul Kemp, Ph.D. ("Team Louisiana" Report), and all exhibits and attachments thereto;

5. Superseding Master Consolidated Class Action Complaint - Levee Plaintiffs;

6. Property insurance records of the proposed class representatives;

7. Appraisals of damage to the property of the proposed class representatives;

8. Other appraisals of the property of the proposed class representatives from before and after Hurricane Katrina;

9. Photographs of the property of the proposed class representatives from before and after Hurricane Katrina;

10. Investigative reports analyzing the cause and amount of damage to the property of the proposed class representatives;

11. Proof of Loss forms submitted by the proposed class representatives to their insurers and the Road Home.

## SUBMISSION ON BEHALF OF THE BOARD OF COMMISSIONERS OF THE EAST JEFFERSON LEVEE DISTRICT:

The Board of Commissioners of the East Jefferson Levee District joins in the Orleans Levee District's submission and adds the following:

1. The East Jefferson Levee District's current financial statement.

### SUBMISSION ON BEHALF OF THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS:

The Board of Commissioners of the Port of New Orleans joins in the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF ST. PAUL FIRE & MARINE INSURANCE CO., AS INSURER OF THE ORLEANS LEVEE DISTRICT:

St. Paul Fire & Marine Ins. Co, as insurer of the Orleans Levee District, joins in the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF GO TECH, INC.:

GO TECH, Inc. joins in the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF JAMES CONSTRUCTION GROUP, LLC:

James Construction Group, LLC joins in the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF THE UNITED STATES OF AMERICA:

The United States of America joins the Orleans Levee District's submission.

### SUBMISSION ON BEHALF OF GULF GROUP, INC. OF FLORIDA:

Gulf Group, Inc. of Florida joins the Orleans Levee District's submission.

Respectfully submitted,

*[signature]*

Thomas P. Anzelmo, T.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:     (504) 831-0946
FACSIMILE:     (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:     (337) 237-7000
FACSIMILE:     (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

and

CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #
J. Warren Gardner, Jr. - #
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, LA 70130-6078
Telephone:   504/593-4272
Fax:             504/561-5743
Attorney for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS

and


DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Fax: 985/871-0899
Attorneys for the BOARD OF COMMISSIONERS
OF THE PORT OF NEW ORLEANS

and

DUPLASS, ZWAIN, BOURGEOIS & MORTON
Mr. Gary M. Zwain -
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
Telephone:   504/832-3700
Fax:         504/837-3119
Attorneys for the BOARD OF COMMISSIONERS
FOR THE EAST JEFFERSON LEVEE DISTRICT

and

_/s/ Richard J. Tyler_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170 5100
(504) 582-8266
Attorneys for James Construction Group, LLC


and

-8-

/s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

and

**LONG LAW FIRM, L.L.P.**

/s/Albert Dale Clary
**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana   70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com
**ATTORNEYS FOR GOTECH, INC**

and

/s/ Joseph P. Guichet
RALPH S. HUBBARD III, T.A., Bar #7040
JOSEPH P. GUICHET, Bar #24441
RACHEL A. MEESE, Bar #25457
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Attorneys for St. Paul Fire and Marine Insurance Company

and

/s/ Stephen H. Kupperman
Stephen H. Kupperman, 7890
Kristin L. Beckman, 29758
Barasso, Usdin, Kupperman, Freeman & Sarver
909 Poydras Street, Suite 1800
New Orlean, LA 70112
Telephone: 504-589-9700
Telefax: 504-589-9701
E-Mail: skupperman@barrassousdin.com
Attorneys for Gulf Group, Inc. of Florida