UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (EMMA BROCK, NO. 06-4931) | * * * * * | |

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING CLASS ACTION COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), which, for its Answer to the First Supplemental and Amending Class Action Complaint (the "Complaint") filed by Emma Brock, et al., purportedly for themselves and all others similarly situated, (collectively, the "Plaintiffs"), respectfully responds to the particular paragraphs of the Petition as follows:

I.

Section I contains no factual allegations directed at St. Paul. Consequently, this paragraph requires no response from St. Paul. To the extent a response from St. Paul may be deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

II.

1

Section II supplements and amends the original class action complaint by adopting all allegations contained in the pleading Laura Greer, et al v. The United States, et. al., Civil Action Number 07-647 (K-2) sections III through IX, paragraphs 9 through 107, inclusive of pages 6 through 35 of the Complaint for Damages-Class Action referred to above.  Paragraphs 9 through 47 are not directed at St. Paul or the Board of Commissioners for the Orleans Levee District (the "OLD") and, therefore, no response from St. Paul is required.  To the extent a response from St. Paul to these paragraphs may be deemed necessary, St. Paul denies the allegations in Paragraphs 9 through 47, pages 6 through 17, for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.  In response to Paragraph 48, St. Paul denies the allegations therein except to admit that it has been named as a defendant herein, that it is a foreign insurer authorized to do and doing business in the State of Louisiana, and that it issued to "Orleans Levee District" a policy of insurance bearing the Policy No. GP06300925 with a policy period of November 1, 2004 to November 1, 2005 (the "Policy"), which policy is subject to the terms, conditions, exclusions and limitations contained therein.  In further answer, St. Paul denies the allegations in paragraph 48 except to admit that the OLD has been named as a defendant and is a political subdivision of the State of Louisiana.  Paragraphs 49 through 107 are not directed at St. Paul or the Board of Commissioners for the Orleans Levee District (the "OLD") and, therefore, no response from St. Paul is required.  To the extent a response from St. Paul to these paragraphs may be deemed necessary, St. Paul denies the allegations in Paragraphs 49 through 107, pages 17 through 35, for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.  Section IX , the final paragraph of the Complaint contains no factual allegations against St. Paul but states only a prayer for relief.  Consequently, this section requires

no response from St. Paul.  To the extent a response from St. Paul may be deemed necessary, St. Paul denies the allegations in this paragraph and affirmatively denies any liability to Plaintiffs.

### III.

**AND NOW,** in further answer to the Complaint, St. Paul re-avers and re-alleges each and every answer and affirmative defense in its original pleadings as if pled herein *in extenso.*

Respectfully submitted,

*/s/Rachel A. Meese*
RALPH S. HUBBARD III, T.A., Bar. #7040
JOSEPH P. GUICHET, Bar #24441
RACHEL A. MEESE, Bar #25457
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 30 day of March, 2007.

/s/ *Rachel A. Meese*