UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: LEVEE, MRGO & RESPONDER | * | |
| *Maureen O'Dwyer*, NO. 06-5786 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
### ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING
### PROTECTIVE PETITION FOR COMPENSATORY AND EXEMPLARY DAMAGES
### AND FOR REASONABLE ATTORNEY'S FEE AND LITIGATION IN A CLASS
### ACTION LAWSUIT ORIGINALLY FILED IN STATE COURT PURSUANT TO THE
### <u>LOUISIANA CODE OF CIVIL PROCEDURE</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), which, for its Answer to the Plaintiffs' First Supplemental and Amending Protective Petition for Compensatory and Exemplary Damages and for Reasonable Attorney's Fee and Litigation in a Class Action Lawsuit Originally Filed in State Court Pursuant to the Louisiana Code of Civil Procedure filed by filed by Maureen O'Dwyer, et al., purportedly for themselves and all others similarly situated, (collectively, the "Plaintiffs"), respectfully responds to the particular paragraphs of the First Supplemental and Amending Petition as follows:

## ANSWERS TO THE PARTICULAR ALLEGATIONS OF THE
## FIRST SUPPLEMENTAL AND AMENDING PETITION

I.

Paragraph I contains no factual allegations directed at St. Paul.  Consequently, this paragraph requires no response from St. Paul.  To the extent a response from St. Paul may be deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

II.

Paragraph I contains no factual allegations directed at St. Paul.  Consequently, this paragraph requires no response from St. Paul.  To the extent a response from St. Paul may be deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

III.

Paragraph III contains no factual allegations directed at St. Paul.  Consequently, this paragraph requires no response from St. Paul.  To the extent a response from St. Paul may be deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

IV.

Paragraph IV reavers and reiterates all of the allegations of the plaintiff's original complaint.  St. Paul re-avers and re-alleges each and every answer and affirmative defense in its original pleadings as if pled herein *in extenso.*

V.

The final paragraph of the Plaintiff's First Supplemental and Amending Protective Petition For Compensatory and exemplary Damages and for Reasonable Attorney's Fee and

Litigation in a Class Action Lawsuit Originally Filed in State Court Pursuant to the Louisiana Code of Civil Procedure contains no factual allegations against St. Paul and is only a prayer for relief.  Consequently, this paragraph requires no response from St. Paul.  To the extent a response from St. Paul may be deemed necessary, St. Paul denies the allegations in this paragraph and affirmatively denies any liability to plaintiffs.

**WHEREFORE,** defendant, St. Paul prays that this answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of St. Paul and against Plaintiffs (and members of the putative class), dismissing all of the claims of the Plaintiffs (and members of the putative class) against St. Paul, with prejudice, at Plaintiffs' (and members of the putative class') cost.

Respectfully submitted,

*/s/ Rachel A. Meese*_____
RALPH S. HUBBARD III, T.A., Bar. #7040
JOSEPH P. GUICHET, Bar #24441
RACHEL A. MEESE, Bar # 25457
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2[th] day of April 2007, a copy of St. Paul Fire and Marine Insurance Company's Answer to the Plaintiffs' First Supplemental and Amending Protective Petition for Compensatory and Exemplary Damages and for Reasonable Attorney's Fee and Litigation in a Class Action Lawsuit Originally Filed in State Court Pursuant to the Louisiana Code of Civil Procedure filed by filed by Maureen O'Dwyer, et al., purportedly for themselves and all others similarly situated, (collectively, the "Plaintiffs") was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all attorneys by

operation of the court's electronic filing system.  Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

/s/ Rachel A. Meese_____