UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATION LITIGATION<br>_____<br><br>FILED IN:   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | :  CIVIL ACTION<br>:<br>:  NO. 05-4182  "K" (2)<br>:<br>:  JUDGE DUVAL<br>:<br>:  MAGISTRATE WILKINSON<br>: |

PERTAINS TO: LEVEE

---

**ANSWER BY BURK KLEINPETER AND BURK KLEINPETER L.L.C.**

---

Answer by Burk Kleinpeter (BKI) and Burk Kleinpeter, L.L.C. (BKLLC) for Answer to the Superseding Master Consolidated Class Action Complaint (Levee) respectfully say:

### FIRST DEFENSE

The claims of the plaintiffs herein now prescribed and perempted, all as more fully set forth in the Engineer's Original and Second Joint Motion for Summary Judgment, (documents 463 and 2974).

### SECOND DEFENSE

The claims herein are subject to a plea of res judicata, based upon this court's judgment on the Engineer's Original Joint Motion for Summary Judgment, which judgment is documents 2148 and 2149.

### THIRD DEFENSE

The complaint fails to state a cause of action against BKI or BKLLC.

### FOURTH DEFENSE

Now answering the allegations, BKI and BKLLC say they:

I.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 1, 2, and 3, except to admit existence of the case management order.

2.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraph 4, except each admits its capacity.

3.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 5, 6, 7, 8, 9, 10, 11, 12 and 13, except admit this Court's jurisdiction over all claims against the United States and contractors of the United States; and admit this Court's supplemental jurisdiction overall the remaining claims and defendants.

4.

Admit the allegations of paragraph 14.

5.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraph 15 and 16.

6.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 17, 18, 19, 20, 21, 22, 23 and 24, except as otherwise admitted or alleged here or elsewhere herein, and admit the existence of the

Seventeenth Street Canal.

7.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71 and 72, except as otherwise admitted or alleged here or elsewhere herein.

8.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87 and 88, except as otherwise admitted or alleged here, or elsewhere herein. BKI admits that the London Avenue Floodwalls between Miribeau and Robert E. Lee were I Walls; BKI denies it had a duty to search for design flaws, much less that it failed to discover or account for flaws or other various problems; and BKI shows instead that in all material particulars in paragraphs 75 through 88, the design memorandum for the work BKI did was prepared solely by the United States Army Corps of Engineers; that BKI was hired solely to prepare drawings and specifications to comply with the Design memorandum conceived, and prepared by the Corps of Engineers; and that BKI fulfilled the functions it was hired to perform.

BKLLC denies that it is an engineering firm or that it ever did engineering

work of any kind; and alleges that it had nothing whatever to do with any of the levees and floodwalls on the London Avenue Canal, or any other canals.

9.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 89, 90, 91 and 92, and as otherwise admitted here, or elsewhere herein.

10.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 93, 94, 95, 96, 97, 98, 99, 100, 101, 102 and 103, except admit that there was some flooding associated with Hurricane Betsy in 1965 in the eastern part of New Orleans and near the IHNC, and as otherwise admitted here, or elsewhere herein.

11.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126 and 127, except as otherwise admitted or alleged here, or elsewhere herein.

12.

Are without knowledge or information sufficient to justify a belief as to the

truth of the allegations of paragraphs 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148 and 149, except admit that Hurricane Katrina occurred; that it passed east of New Orleans on August 29, 2005 and that it caused widespread flooding in the New Orleans area; and as otherwise admitted here, or elsewhere herein.

13.

Are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191, 192, 193, 194 and 195, except as otherwise admitted or alleged here, or elsewhere herein.

14.

Without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 196, 197, 198, 199, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233 and 234, except as otherwise admitted and alleged here or elsewhere herein.

15.

Without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 235, 236, 237, 238, 239, 240 and 241, except specifically

deny the allegations of paragraph 236 and deny any specific duty to plaintiffs with regard to the levees or floodwall; and BKI in connection with the London Avenue Floodwalls; shows that BKI fulfilled the contractual commitments it made to the Orleans Parish Levee Board; and denies the allegations of paragraph 239, except shows that BKI had a contract with the Orleans Levee Board, which was amended several times, but which at all material times, and in material particulars, was simply to draw plans and prepare specifications for the London Avenue Levee and Flood walls, specifically and particularly in accordance with the design memorandum and instructions of the United States Army Corps of Engineers. BKI further denies that it prepared plans, specifications or had anything to do with the design of the floodwall of the west side of the London Avenue Canal.

16.

Without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258, 259, 260, 261, 262, 263, 264, 265, 266 and 267, except as otherwise admitted as alleged herein.

17.

Without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraphs 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278 and 279, except as otherwise admitted or alleged herein.

**WHEREFORE**, BKI and BKLLC pray for judgment in their favor and again plaintiffs dismissing the Superseding Master Consolidated Class Action Complaint as to them; for all costs of these proceedings, and for all general and equitable relief.

/s/ CHARLES F. SEEMANN, JR.
CHARLES F. SEEMANN, JR. (#11912)
Email:cseemann@dkslaw.com
   of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
**Attorney for Defendants, Burk Kleinpeter
and Burk Kleinpeter, L.L.C.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Attorney for plaintiffs
John Patrick Connick, Esq.
Law Office of J. Patrick Connick, Esq.
3900 Veterans Blvd., 3rd Floor
Metairie, LA 70002
504-885-4391
pconnick@lil.nocoxmail.com

Attorney for Board of Commissioners for
the Orleans Levee District
Thomas P. Anzelmo, Esq.
McCraine, Sistrunk, Anzelmo, Hardy,
Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
504-831-0946
504-831-2492 - fax

Tanzelmo@mcsalaw.com

Attorney for St. Paul Fire & Marine Ins. Co.
Ralph S. Hubbard, III, Esq.
Lugenbuhl, Wheaton, Peck, Rankin &
 Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
504-568-1990
504-310-9195
rhubbard@lawla.com

Attorney for Boh Bros. Construction Co., Inc.
Michael R.C. Reiss, Esq.
Kingsmill Riess, LLC
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170-3300

504-581-3300
504-581-3310 - fax
mriess@kingsmillriess.com

| | |
|---|---|
| Attorney for Washington Group International, Inc.<br>William D. Treeby, Esq.<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130-3588<br>504-593-0807<br>504-596-0807<br>wtreeby@stonepigman.com | Herman C. Hoffmann, Jr., Esq.<br>Simon, Peragine, Smith & Redfearn, LLP<br>Energy Centre<br>1100 Poydras Street, 30th floor<br>New Orleans, LA 70163-3000<br>504-569-2030<br>504-569-2999<br>hhoffmann@spsr-law.com |
| Attorney for Virginia Wrecking Company, Inc.<br>Thomas Livingston Gaudry, Jr., Esq.<br>Gaudry, Ranson, Higgins & Gremillion, LLC<br>401 Whitney Ave., Suite 500<br>P.O. Box 1910<br>Gretna, LA 70054-1910<br>504-362-2466<br>504-362-5938<br>tgaudry@grhg.net | Attorney for James Construction Group LLC<br>Richard John Tyler, Esq.<br>Jones Walker Waechter, Poitevent,<br>Carrere & Denegre<br>Place St. Charles<br>201 St. Charles Ave., 50th floor<br>New Orleans, LA 70170-5100<br>504-582-8266<br>504-582-8583<br>rtyler@joneswalker.com |
| Attorney for C. R. Pittman Construction Co., Inc.<br>Gerald A. Melchiode, Esq.<br>Galloway, Johnson, Tompkins, Burr & Smith<br>One Shell Square<br>701 Poydras, Suite 4040<br>New Orleans, LA 70130<br>504-525-6802<br>504-525-2456<br>jmelchiode@ghtbs.com | Attorney for Eustis Engineering Co., Inc.<br>Thomas F. Gardner, Esq.<br>Gardner & Kewley, APLC<br>1615 Metairie Road<br>Metairie, LA 70005<br>504-832-7222<br>504-832-7223 - fax<br>gardner@bayoulaw.com |
| Attorney for Burk-Kleinpeter, Inc. and Burk-Kleinpeter, LLC<br>Charles F. Seemann, Jr., Esq.<br>Deutsch, Kerrigan & Stiles<br>755 Magazine Street<br>New Orleans, LA 70130<br>504-593-0646<br>504-566-1201<br>cseemann@dkslaw.com | Attorney for Sewerage & Water Board of New Orleans<br>George R. Simno, III, Esq.<br>Sewerage & Water Board Legal Department<br>625 St. Joseph Street, Room 201<br>New Orleans, LA 70165<br>504-585-2242<br>gsimno@swbno.org |
| Attorney for B & K Construction Co., Inc. | Attorney for The City of New Orleans |

James Bryan Mullaly, Esq.
City Attorney's Office
City Hall
1300 Perdido Street, Room 5E01
New Orleans, LA 70112
504-658-9800
jamesmullaly1@hotmail.com

Attorney for CSX Transportation, Inc.
Brent A. Talbot, Esq.
Chaffe McCall LLP
2300 Energy Center
1100 Poydras
New Orleans, LA 70163-2300
504-585-7000
504-585-7075 - fax
talbot@chaffe.com

Attorney for United States of America
Catherine J. Finnegan. Esq.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20004
(202) 616-4916
(202) 616-5200 - fax
tess.finnegan@usdoj.gov

  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Attorney for Pittman Construction Co. of La., Inc.
Lawrence D. Wiedemann, Esq.
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, LA 70113
504-581-6180
504-581-4336

            /s/ CHARLES F. SEEMANN, JR.
            **CHARLES F. SEEMANN, JR.**

#399836v1<DKS> -answer - Burk Kleinpeter 3-30-07