UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Williams*, C.A. No. 06-10714 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COMES** plaintiff, ANDREW WILLIAMS, JR., through undersigned counsel, and moves this Court for an Order enrolling Margaret E. Madere, Louisiana Bar Roll Number 28666, of the Law Offices of John W. Redmann, PLC as additional counsel of record for the plaintiff in the captioned matter.

**WHEREFORE,** the plaintiff prays that this Court enter an Order enrolling Margaret E. Madere as additional counsel of record.

RESPECTFULLY SUBMITTED:

/S/JOHN W. REDMANN
John W. Redmann, La. Bar No. 19984
Margaret E. Madere, La. Bar No. 28666
**Law Offices of John W. Redmann, PLC**
5407 MacArthur Boulevard
New Orleans, LA 70131
Telephone: (504) 433-5550
Facsimile: (504) 433-5556
Attorneys for Plaintiff,
ANDREW WILLIAMS, JR.

Certificate: I hereby certify that on this 2nd day of April, 2007, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States mail, properly addressed, first class postage prepaid. _____/S/JOHN W. REDMANN_