UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Williams*, C.A. No. 06-10714 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

IT IS ORDERED that Margaret E. Madere, Louisiana Bar Roll Number 28666, be and hereby is enrolled as additional counsel of record in the above entitled and numbered matter.

New Orleans, Louisiana this _____ day of March, 2007.

_____
JUDGE VANCE