UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> PERTAINS TO: * <br> (06-6642) Pontchartrian Baptist Church * <br> * <br> * * * * * * * | CIVIL ACTION NO. <br> NO. 05-4182 <br><br> SECTION: K (2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR 23  PM 3: 39
LORETTA G. WHYTE
CLERK

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT IF NECESSARY AND MEMORANDUM IN OPPOSITION TO ENGINEERS' JOINT RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned Counsel, and pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.5E come Plaintiffs who request leave of this Honorable Court to file the attached amended complaint if necessary.

We feel it is unnecessary, however, since Plaintiffs' original Petition is <u>neither</u> conclusory, indecipherable, nor out of context.

### DRAFT AMENDED COMPLAINT (Attached)

To the extent that this Court finds the Complaint (Doc. 1, #06-6642) is deficient, Plaintiffs would amend as follows and has attached a copy of these amendments hereto:

Paragraph 6a would recite Louisiana Constitution, art. I, § 22.

Paragraph 22 is unnecessary to amend in light of the Declarations of Killgore and Melancon (Doc. 2354-2, Declarations).

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___

Paragraph 26 would be amended to list the 10-year table provided in Doc. 1084-6 and 560.

Paragraph 27 would be amended in the same manner as Paragraph 23.

Paragraph 30 would be amended to attach the Eustis soil samples on the London Avenue Bridges from 1985.

Paragraph 33 would be amended to recite the Vibration Monitoring Report, Exhibit 1 to Plaintiffs' Opposition Memorandum to Rule 12(b)(6) and Rule 56 Motions.

Paragraph 37 would be amended as a result of the email received from counsel for C.R. Pittman Construction Co. (attached).

Paragraph 53 would be amended to reflect the final findings of the Berkley Report.

The only defendants who filed Motions to dismiss Plaintiffs' admiralty, inverse condemnation, and constitutional tort claims are Boh Bros. and Modejski. They are unquestionably not in the dark. But should this Court for some reason consider granting their Motions, we ask for Leave to file an Amended Complaint.

Respectfully submitted,

_____
WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
       (504) 813-3283
Fax:   (504) 831-5360
E-mail: weo@theoneilgroup.com

-and-

_____
DON M. RICHARD, (BAR #11226)
ATTORNEY AT LAW
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
         (504) 813-3283
Fax:    (504) 831-5360
E-mail: drichard@dmrlaw.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 23rd day of March, 2007.

New Orleans, Louisiana this 23rd day of March, 2007.

_____
WILLIAM E. O'NEIL
THE O'NEIL GROUP, LLC
*Counsel for Plaintiffs*
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 833-4770
         (504) 813-3283
Fax:    (504) 831-5360
E-mail: weo@theoneilgroup.com