## TRANSCRIPT ORDER

**District Court**

District Court Docket Number: 05-4182

Pertains to: 06-8676; 06-8884; 06-8888; 06-8890; 06-8911; 06-8922; 06-8967; 06-9075; 06-9223

Short Case Title: KATRINA CANAL BREACHES LITIGATION
Court Reporter: JODY SYMCOX

Date Notice of Appeal Filed by Clerk of District Court: 3/14/07    Court of Appeals #: _____

FILED EASTERN DISTRICT OF LA 2007 MAR 26 PM 2:26 LORETTA G. WHYTE CLERK

### PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
   - ☒ No hearings
   - ☐ Transcript is unnecessary for appeal purposes
   - ☐ Transcript is already on file in Clerk's office
   - ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
     Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
     Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
     Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| NO HEARING WAS HELD IN CONNECTION WITH ORDER DATED 3/9/07 DENYING MOTION TO STAY LIMITATIONS (DOCKET DOCUMENT 3380) | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
   - ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
   - ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
   - ☐ Other _____

Signature: _____   Date Transcript Ordered: _____
Print Name: CAMILO K. SALAS III   Counsel for: _____
Address: _____   Telephone: 504-799-3080

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

### PART II. COURT REPORTER ACKNOWLEDGEMENT
*(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

Date _____   Signature of Court Reporter _____   Telephone _____
Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

### PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
*(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

Date _____   Signature of Court Reporter _____

Fee_____ Process_____ X Dktd_____ CtRmDep_____ Doc. No._____

DKT-13 (5/96)

**Copy 6 – Appellant's Copy to be sent to the District Court upon completion of Part I**