UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

March 28, 2007

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 28 2007
LORETTA G. WHYTE
CLERK*

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA   70130

APPEAL NO   06-31127
            06-31128
            06-31129

IN RE: KATRINA CANAL BREACHES LITIGATION   CA 05-4182  K   c/w   CA 05-4181  K

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the _____

___ 8) If criminal case, number and names of other defendants on appeal _____

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

_x_ 1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record   ___ Volume(s) of transcript

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ Box   ___ Envelope

___ 2) Supplemental record consisting of _____

___ 3) SEALED DOCUMENT _____

___ 4) Other:_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Very truly yours,

By___Alicia Phelps_____
     Deputy Clerk