UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Loretta G. Whyte**
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

March 28, 2007

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO  07-30119

*FILED MAR 28 2007 — U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA — LORETTA G. WHYTE, CLERK*

IN RE: KATRINA CANAL BREACHES LITIGATION    CA 05-4182  K
c/w  CA  06-1674, 06-1673, 06-1672, 06-516, 06-169, 05-6323  K

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS  ___ HAS NOT been paid.

___ 4) This case is proceeding <u>in forma pauperis</u>

___ 5) Order Appointing Counsel  ___ CJA-20  ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the _____

___ 8) If criminal case, number and names of other defendants on appeal _____

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

_x_ 1) **Certified** Electronic Copy of Record on appeal:

___ Volume(s) of record   ___ Volume(s) of transcript

___ Volume(s) of depositions

___ Container(s) of exhibits ___ Box   ___ Envelope

___ 2) Supplemental record consisting of _____

___ 3) SEALED DOCUMENT _____

___ 4) Other:_____

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Very truly yours,

By__Alicia Phelps__
Deputy Clerk