UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: LEVEE | * | |
| *Chris Carney, et. al.,* NO 07-01349 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# NOTICE OF HEARING

TO:   Chris Carney, et al.
      Through his attorney of record:
      James E. Ross, Jr., Esq.
      Ross Law Firm
      602 North 5th Street
      P.O. Box 1295
      Monroe, LA 71210

**PLEASE TAKE NOTICE** that defendant, St. Paul Fire and Marine Insurance Company, will bring for hearing its "Rule 12(E) Motion for a More Definite Statement" before Magistrate Wilkinson on the 2nd day of May, 2007, at 11:00 a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

/s/ Rachel A. Meese_____
Joseph P. Guichet, T.A., La. Bar # 24441
Ralph S. Hubbard, III, La. Bar # 7040
Rachel A. Meese, La. Bar #25457
**LUGENBUHL, WHEATON, PECK,**
    **RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990

1

Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2007, a copy of St. Paul Fire and Marine Insurance Company's Rule 12(e) Motion for a More Definite Statement was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys by operation of the court's electronic filing system. Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

/s/ Rachel A. Meese_____