UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: LEVEE | * | |
| *Chris Carney, et. al.,* NO 07-01349 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Foregoing REQUEST FOR ORAL ARGUMENT on St. Paul's Rule 12(E) Motion for a More Definite Statement filed in the above-captioned matter.

IT IS HEREBY ORDERED, that St. Paul's Request for Oral Argument on its Rule 12(E) Motion for a More Definite Statement in the above captioned matter is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2007

_____
JUDGE