

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION § § § § § | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-4065)<br>CATHY ADAMS, ET AL. V. BOH BROS<br>CONSTRUCTION CO., LLC, ET AL. | § § § § § § | |

### MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Cathy Adams, on behalf of herself and all others similarly situated, who respectfully represents to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice.

Respectfully submitted:

_____
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiffs
2202 Avenue B
Metairie, Louisiana 70001
Telephone (504) 782-0512
Facsimile (504) 831-1203

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of March, 2007, I caused a copy of the foregoing instrument to be filed with the Clerk of Court via the CM/ECF system and a copy was sent to all non-participating CM/ECF counsel of record by United State Mail.

_____
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiffs
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203