FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR -3 AM 11: 14

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § §§§§§§§§§ CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-4065)<br>CATHY ADAMS, ET AL. V. BOH BROS<br>CONSTRUCTION CO., LLC, ET AL. | | |

### ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims in the above matter by plaintiff, Cathy Adams, on behalf of herself and all others similarly situated, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice. Each party is to bear their own costs.

**Denied**

New Orleans, Louisiana, this 2nd day of May, 2007.

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

\* There is no representation that this motion is made without opposition by opposing counsel as is required for an ex parte motion to dismiss. Fed. R. Civ. P. 41

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____