UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § |
| PERTAINS TO:<br>LEVEE (06-5260)<br>BOBBY L. LEDUFF, ET AL. | § CIVIL ACTION<br>§ No. 05-4182 "K" (2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§ § § |

ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering the Application for *William T. Jones, Jr. To Appear Pro Hac Vice* before the United States District Court for the Eastern District of Louisiana, the Court GRANTS said application and ORDERS that William T. Jones be allowed to appear pro hac vice until the conclusion of this case.

Signed on April 2, 2007.

_____
UNITED STATES DISTRICT JUDGE