UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: 05-4181, 06-1885, 06-4024<br>06-4389, 06-5771, 06-5786<br>06-6099, 07-0206 | SECTION "K"(2) |

### ORDER

**IT IS ORDERED** that the Rule to Show Cause (Doc. No. 3599) presently set for **April 16, 2007 at 9:30 a.m.** is **RESET** to Wednesday, April 18, 2007 at 9:30 a.m.

New Orleans, Louisiana, this __4th__ day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE