**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:   ARTUS<br>MRGO              2:06-CV-2824 | | |

**MOTION TO DISMISS
OR, ALTERNATIVELY,
<u>FOR SUMMARY JUDGMENT</u>**

NOW INTO COURT, through undersigned counsel, comes Manson Gulf, L.L.C., defendant herein, which respectfully moves this Honorable Court to dismiss, or alternatively, to grant it a summary judgment in its favor and against plaintiffs, Louana Artus, *et al.*, in Civil Action No. 06-2824, with prejudice, because plaintiffs fail to state any claim against Manson Gulf L.L.C. as it was improperly and/or incorrectly sued in this case and had no involvement whatsoever in the dredging activities at issue in this case.

NO.99773304.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:  /s/  Christian E. Daigle
     George M. Gilly, T.A. (Bar #6234)
     William J. Riviere (Bar #20593)
     Evans Martin McLeod (Bar #24846)
     Christian E. Daigle (Bar #29819)
     Canal Place
     365 Canal Street • Suite 2000
     New Orleans, Louisiana 70130-6534
     Telephone: (504) 566-1311
     Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 5th day of April, 2007.


    /s/  Christian E. Daigle

NO.99773304.1