UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO:   ARTUS<br>MRGO           2:06-CV-2824 | § § § § § | MAG. WILKINSON |

### NOTICE OF HEARING

TO:

Daniel E. Becnel, Jr.
Darryl J. Becnel
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, Louisiana 70084

Hugh Lambert
Lambert & Nelson
701 Magazine Street
New Orleans, LA  70130

Darleen M. Jacobs
823 St. Louis Street
New Orleans, LA  70112

Jerry Parker
Jason Mark
Parker & Waichman, LLP
111 Great Neck Road
Great Neck, New York  11021-5402

Ronnie G. Penton
Law office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA  70427

NO.99774144.1

PLEASE TAKE NOTICE that undersigned counsel for Manson Gulf, L.L.C. will bring the attached Motion to Dismiss, or in the alternative, Motion for Summary Judgment for hearing on May 2, 2007, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Christian E. Daigle*
George M. Gilly, T.A. (Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 5th day of April, 2007.

*/s/  Christian E. Daigle*