UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  ARTUS<br>MRGO            2:06-CV-2824 | § § § § § | MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Dismiss, or, alternatively, Motion for Summary Judgment,

IT IS HEREBY ORDERED that all claims filed against defendant, Manson Gulf, L.L.C., in Civil Action No. 06-2824, are hereby DISMISSED, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99774138.1