UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182

PERTAINS TO:                          SECTION "K"(2)
    C.A. No. 06-4389
    C.A. No. 06-6099
    C.A. No. 06-5786

## JUDGMENT

Considering the foregoing Order and Reasons, and finding no just cause for delay,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered against all plaintiffs in **C.A. No. 06-4389**, *Maureen O'Dwyer. et al. v. Department of Transportation and Development, et al.*, C.A. No. 06-6099, *Maureen O'Dwyer, et al. v. the United States of America, et al.* and **C.A. No. 06-5786**, *Maureen O'Dwyer, et al. v. Department of Transportation and Development, et al.* and in favor of the State of Louisiana, Governor Kathleen Blanco, State of Louisiana through the Department of Transportation and Development (DOTD), State of Louisiana through the Military Department, Office of Homeland Security and Emergency Preparedness, Col. Jeff Smith, State of Louisiana through the Department of Social Services (DSS), Sec. Ann S. Williams, State of Louisiana, through the Department of Public Safety and Corrections (DPSC) and Sec. Richard S. Stalder as defendants in **C.A. No. 06-4389 and 06-6099** and in favor of the State of Louisiana, Governor Kathleen Blanco, State of Louisiana through the Department of Transportation and Development (DOTD), Johnny Bradberry, Sec. of DOTD, State of Louisiana, through the Department of Public Safety and

Corrections (DPSC), Sec. of DPSC Richard S. Stalder in **C.A. No. 06-5786** dismissing these three complaints against these defendants with plaintiffs to bear all costs of these proceedings.

New Orleans, Louisiana, this \_\_3rd\_\_ day of April, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**