UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: ANDERSON<br>MRGO            2:06-CV-5162 | | |

MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS
OR, ALTERNATIVELY,
<u>MOTION FOR SUMMARY JUDGMENT</u>

MAY IT PLEASE THE COURT:

  Manson Gulf, L.L.C. ("Manson Gulf") submits this memorandum in support of its motion to dismiss, or, alternatively, for summary judgment against plaintiffs, Eric Anderson, *et al.*, ("Plaintiffs"). According to the undisputed evidence and the applicable law, Manson Gulf respectfully requests that this Honorable Court grant its motion and dismiss with prejudice all claims made by Plaintiffs in Civil Action No. 06-5162 against Manson Gulf because Manson Gulf was improperly and/or incorrectly sued in this case.

NO.99774119.1

Plaintiffs brought suit against Manson Gulf based on dredging it allegedly performed for the United States Army Corps of Engineers in the Mississippi River Gulf Outlet ("MRGO"). But notwithstanding Plaintiffs' allegations, as evidenced by the attached affidavit of Mr. Vincent Dinkler, Area Manager for Manson Gulf, Manson Gulf has never (i) performed any dredging whatsoever on the MRGO; or (ii) entered into any contracts with the United States Army Corps of Engineers or any sub-contracts with the United States Army Corps of Engineers' contractors or subcontractors to perform any dredging on the MRGO.[1]

Presumably, Plaintiffs named Manson Gulf as a defendant only because plaintiffs in *Reed* (06-2152) also named Manson Gulf in their Complaint.

In *Reed*, Manson Gulf filed a similar motion to dismiss, or, alternatively, for summary judgment (Rec. Doc. 825), which this Court granted on December 13, 2006 (Rec. Doc. 2223).[2] Accordingly, Manson Gulf now requests that this Court grant its Motion to Dismiss, or, alternatively, its Motion for Summary Judgment, dismissing all claims by Plaintiffs against Manson Gulf, with prejudice, in Civil Action No. 06-5162.

---

[1] See Exhibit "A", Affidavit of Vincent J. Dinkler, Area Manager of Manson Gulf since 1998.
[2] See Exhibit "B".

NO.99774119.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Christian E. Daigle
       George M. Gilly, T.A. (Bar #6234)
       William J. Riviere (Bar #20593)
       Evans Martin McLeod (Bar #24846)
       Christian E. Daigle (Bar #29819)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.


**CERTIFICATE OF SERVICE**

    I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 5th day of April, 2007.


       /s/ Christian E. Daigle

NO.99774119.1