UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: ANDERSON<br>MRGO          2:06-CV-5162 | | |

STATEMENT OF UNCONTESTED MATERIAL FACTS
IN SUPPORT OF
<u>MOTION FOR SUMMARY JUDGMENT</u>

MAY IT PLEASE THE COURT:

Manson Gulf, L.L.C. ("Manson Gulf") submits the following Statement of Uncontested Material Facts in support of its Motion for Summary Judgment should this Honorable Court determine that Manson Gulf's foregoing motion is properly pled as a Motion for Summary Judgment thereby requiring this Statement of Uncontested Material Facts.

1. Manson Gulf has never performed any dredging whatsoever on the MRGO, nor entered into any contracts with the United States Army Corps of Engineers or

NO.99774152.1

  sub-contracts with its contractors or subcontractors to perform any dredging on the MRGO.[1]

2. Manson Gulf did not perform, in any capacity or in any role, any of the dredging at issue.[2]

3. Manson Gulf was not involved in any manner whatsoever with any of the dredging allegedly performed by named co-defendant, "Manson Construction Co. (a/k/a Manson Construction and Engineering Co.)," on the MRGO.[3]

4. *Reed* plaintiffs have conceded to undersigned counsel that they have no information that Manson Gulf was involved whatsoever in any of the dredging at issue.[4]

5. This Court dismissed all of *Reed* plaintiffs' claims against Manson Gulf, with prejudice, on December 13, 2006.[5]

  Respectfully submitted,

  **PHELPS DUNBAR LLP**

  BY: */s/ Christian E. Daigle*
    George M. Gilly, T.A. (Bar #6234)
    William J. Riviere (Bar #20593)
    Evans Martin McLeod (Bar #24846)
    Christian E. Daigle (Bar #29819)
    Canal Place
    365 Canal Street • Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130

  ATTORNEYS FOR MANSON GULF, L.L.C.

---

[1] See Exhibit "A", Affidavit of Vincent J. Dinkler.
[2] *Id.*
[3] *Id.*
[4] See Exhibit "C".
[5] See Exhibit "B".

NO.99774152.1

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 5th day of April, 2007.

                              */s/  Christian E. Daigle*