UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO: ANDERSON<br>MRGO          2:06-CV-5162 | § § § § § | MAG. WILKINSON |

## NOTICE OF HEARING

TO:

| | |
|---|---|
| Joseph M. Bruno | Hugh P. Lambert |
| David S. Scalia | Linda J. Nelson |
| Bruno & Bruno, LLP | E. Alexis Bevis |
| 855 Baronne Street | Lambert & Nelson, PLC |
| New Orleans, LA  70113 | 701 Magazine Street |
| | New Orleans, Louisiana  70130 |

 PLEASE TAKE NOTICE that undersigned counsel for Manson Gulf, L.L.C. will bring the attached Motion to Dismiss, or in the alternative, Motion for Summary Judgment for hearing on May 2, 2007, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States

NO.99774145.1

District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

                Respectfully submitted,

                **PHELPS DUNBAR LLP**

                BY:   */s/ Christian E. Daigle*
                        George M. Gilly, T.A. (Bar #6234)
                        William J. Riviere (Bar #20593)
                        Evans Martin McLeod (Bar #24846)
                        Christian E. Daigle (Bar #29819)
                        Canal Place
                        365 Canal Street • Suite 2000
                        New Orleans, Louisiana 70130-6534
                        Telephone: (504) 566-1311
                        Telecopier: (504) 568-9130

                ATTORNEYS FOR MANSON GULF, L.L.C.

## **CERTIFICATE OF SERVICE**

     I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 5th day of April, 2007.

                        */s/ Christian E. Daigle*