UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:   GUIENT<br>MRGO              2:07-CV-621 | | |

## NOTICE OF HEARING

TO:

Daniel E. Becnel, Jr.
Matthew B. Moreland
Law Offices of Daniel E. Becnel, Jr.
P. O. Drawer H
106 W. Seventh Street
Reserve, LA  70084

Jerrold S. Parker
Parker Walchman Alonso Mark LLP
111 Great Neck Road
Great Neck, New York  11021-5402

Darlene M. Jacobs
Law Offices of Darlene Jacobs
823 St. Louis Street
New Orleans, LA  70112

Camilo K. Salas, III
Salas & Co., L.C.
650 Poydras St., Suite 1650
New Orleans, LA  70130

NO.99774146.1

| | |
|---|---|
| Ronnie G. Penton<br>Law Offices of Ronnie G. Penton<br>209 Hoppen Place<br>Bogalusa, LA  70427 | Hugh P. Lambert<br>Lambert & Nelson, PLC<br>701 Magazine Street<br>New Orleans, Louisiana  70130 |

Eric R. Nowak
Shirin E. Harrell
Harrell & Nowak, LLC
650 Poydras St., Suite 2107
New Orleans, LA  70130

PLEASE TAKE NOTICE that undersigned counsel for Manson Gulf, L.L.C. will bring the attached Motion to Dismiss, or in the alternative, Motion for Summary Judgment for hearing on May 2, 2007, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/  Christian E. Daigle*
         George M. Gilly, T.A. (Bar #6234)
         William J. Riviere (Bar #20593)
         Evans Martin McLeod (Bar #24846)
         Christian E. Daigle (Bar #29819)
         Canal Place
         365 Canal Street • Suite 2000
         New Orleans, Louisiana 70130-6534
         Telephone: (504) 566-1311
         Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

NO.99774146.1

## **CERTIFICATE OF SERVICE**

  I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 5th day of April, 2007.

               */s/  Christian E. Daigle*