# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | |
| | § | **NO. 05-4182 "K"(2)** |
| | § | |
| | § | |
| | § | **JUDGE DUVAL** |
| | § | |
| **PERTAINS TO:    GUIENT** | § | **MAG. WILKINSON** |
| **MRGO             2:07-CV-621** | § | |
| | § | |
| | § | |

## <u>ORDER</u>

Considering the foregoing Motion to Dismiss, or, alternatively, Motion for Summary Judgment,

IT IS HEREBY ORDERED that all claims filed against defendant, Manson Gulf, L.L.C., in Civil Action No. 07-621, are hereby DISMISSED, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____

UNITED STATES DISTRICT COURT JUDGE

NO.99774140.1