**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO:** | |
| | **JUDGE DUVAL** |
| **O'Dwyer C.A. No. 06-4389** | |
| **No. 06-6099** | |
| **No. 06-5786** | **MAGISTRATE WILKINSON** |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action

Nos. 06-4389, 06-6099 and 06-5786:

> **Maureen O'Dwyer**
> **Shirley D. O'Dwyer**
> **Lisa Marie O'Dwyer**
> **Harold Joseph Gagnet**
> **Sally Edgerton Richards**
> **Shane Porter and**
> **Stephanie Porter**
> **  Interior Specialties LLC**
> **Shelia Jones Jordan**
> **Charles Edward Jordan**
> **Wayne M. Jones**
> **Gloria Agnes Griffin, individually and as Administratrix of the Succession of her brother Stephen Williams, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased**
> **Leticia Brown**
> **Jo Anna McLean**
> **Lee Davidson McLean III**

**Kathryn Frank**
**Richard Springer Favor and**
**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guise**
**Kenneth Hastings Guice**
**Anthony Phillip Henderson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
**Aaron Jacob O'Dwyer**
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**
**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young and**
**Veronica F. Young d/b/a Floor Drafters Wood Interiors**
**Joseh Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**
**Robert J. Jeanfreau, M.D.**
**Jerry Victor Jacob**
**Gloria Pohlman Hecker**
**Joseph W.P. Hecker, in proper person**
**Nicholas S. Lindner**
**Ruth B. Ragas**
**Paul J. Ragas**
**Jason P. Ragas**
**Jason P. Ragas**
**Walter J. Morgan**
**Katie L. Ragas**
**Arthur Tracy Abel**
**Kathleen C. Abel**
**Kitty B. Hoffman**
**Craig Anthony Miller**
**Stephen Christopher Jeandron**

**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt d/b/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evams**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**
**Harry Nobles**

**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Rvin Skinner**
**Brandon Smith Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Duesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy**
**Dawn Bundy**
**Jill Bundy**
**John Collins**
**Sherlene Collins**
**Janice Collins, on her own behalf and on behalf of her son,**
   **John Henry Collins**
**Jamie Collins, on her own behalf and on behalf of her son,**
   **Jacobi Glover**
**Mitchell Armour**
**Vanessa Carter**
**Kerry Carter**
**Joshua Billon and his spouse,**
 **Monica Billon, on their own behalf and on behalf of their minor**
 **Children,**
   **Isaiah Billon and**
   **Monica Billon**
**Betty Christy**
**De-Fean Christy**
**La-Shawn D. Robinson**
**Patricia Granger, on her own behalf and on behalf of her daughter**
   **Tomika Edwards**
**Charmeine Jefferson, on her own behalf and on behalf of her children,**
   **Lemor James,**
   **Ariel James,**
   **Yolanda Jefferson, and**

Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her
children,
Yasemine and
Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf an don behalf of her minor child,
Karim Kemp
Karen Kemp
Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
Dajohon Recasner,
Kurshell Recasner and
Charleston Recasner
Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Erica Kemp
Karen Kemp
Dawn Bundy, on her own behalf and on behalf of her minor children,
Emanuel Bundy
Shekinah Bundy
Jane Bundy, and
Blair Bundy, Jr.
Roxchell Panika Santee', on her own behalf and on behalf of her
minor son,

**Tyree Santee'**
**Samuel Bourne**
**Nicole Bryan**
**Alton J. Crowden, on his own behalf and on behalf of his minor**
**children,**
 **Cameron Crowden and**
 **Kelli Crowden**
**Ashley Navarre**
**Shana Patterson**
**Keana Quinn**
**Niketsa Ramsey, on her own behalf and on behalf of her minor**
**children,**
 **Desmonisha Ramsey,**
 **Kenyel Rochon and**
 **Desmond Ramsey**
**Darylynn Ramsey**
**Julie Ramsey, on her own behalf and on behalf of her minor children,**
 **Dalisha Ramsey and**
 **Charli Ramsey**
**Robert Rhone**
**Joshua Smith**
**Cynthia Tibbet, on her own behalf and on behalf of her children,**
 **Brittany Tibbet,**
 **Sidney Tibbet,**
 **Chelesa Tibbet, and**
**Janice Tollins, on her own behalf and on behalf of her minor son,**
 **John Tollins**
**Glenda Medina**
**Michele Elizabeth Omes**
**Jim Richard Pazos**
**Avery Scott**
**Frank Duncan  Macpherson Strachan III**
**Joshua Dillon and his spouse,**
**Monica Dillon, on their own behalfs and on behalf of their minor**
**children,**
 **Isaiah Dillon and**
Monica Pollard
**Donald G. Deaton**
**Pamela A. Morgan**
**Frank Butler, Jr., on his own behalf And on behalf of his minor**
**children,**
 **Frank Butler III,**
 **Charles Butler and**
 **Tachmonite Butler**
**Lorenzo Butler**
**Alonzo W. Butler and his spouse,**

Laquinta Butler, on their own behalfs and on behalf of their minor
children,
   Alonzo W. Butler, Jr.
   Jasmyn Butler, and
   Rashaad Butler
Rita Bailey
Tony Green
Lina Vaughn
William Byrd
Sylvia Byrd
Ruth Harris
Clifford Harris
Jonathan Washington
Vicky Michel
Simon Kleindorf
Bertha Kleindorf
David Kleindorf
Connie Kleindorf
Troylyn Washington, on her own behalf and on behalf of her minor
child,
  Dasia Washington
Mercedes Ann Washington
Roy Junior Washington
Tony Green
Eva McGee
Levi Johnson
Patricia Johnson
Lequecia Bunn, on her own behalf and on behalf of her minor child,
  Jada Gibson
Imelda Johnson
Michael Johnson
Mulkina Coates, on her own behalf and on behalf of her minor
children,
  Keshina Coates and
  Malik Coates
Benjamin Morgan
Chandra Maxon, on her own behalf and on behalf of her minor
children,
  Byron Maxon,
  Darianne Maxon,
  Janea Maxon,
  Willie Maxon,
  Devante Maxon, and
  Chandray Maxon
Marylyn Maxon, on her own behalf and on behalf of her minor
children,

   **Shancanacia Maxon,**
   **Ravanell Maxon, and**
   **Robert Maxon**
**Lois Torregano**
**Loisha Breaux, on her own behalf and on behalf of her minor children,**
   **Loishell Williams and**
   **Mikayla Breaux**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Joan A. Miller**
**Linda Boyd, on her own behalf and on behalf of her minor children,**
   **Caress Boyd, and**
   **Charles Boyd**
**Elijah Washington**
**Keineisha Richard, on her own behalf and on behalf of her minor children,**
   **Marlon Richard,**
   **Marcel Richard, and**
   **Emyjah Washington**
**Anthony Barnes**
**Janice Barnes**
**Shena Barnes**
**Falish Barnes**
**Melanie Barnes**
**Darryle Lee Johnson, Sr.**
**Tameko Benjamin, on her own behalf and on behalf of her minor children,**
   **Jovana Benjamin**
   **Darione Benjamin**
   **Darryle Lee Johnson, Jr., and**
   **Darielle Benjamin**
**Delilah Milton**
**Kimmie Ferdinand**
**Ashley Ferdinand**
**Cornell Batiste**
**James Hollins and his wife,**
**Lakvina Coates, on their own behalf and on behalf of their minor children,**
   **Semaj Hollins, and**
   **Jamaya Hollins**
**Tamaya Coates**
**Maria Washington, on her own behalf and on behalf of her minor children,**
   **Janisha Washington,**
   **Andrew Washington,**

Charles Washington, and
  Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
  Jamay Johnson
  Lakeisha Fernandez, on her own behalf and on behalf of her minor
child,
  Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor
children,
  Kavon Lang, and
  Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
  Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf an don behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their
minor children,
  Victor Lyn Morgan
  Pamelor Morgan
  Vicknesha Morgan, and
  Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson
David Bealer
Roseann Bealer

Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam and
  Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor
children,
  Natiasha Lewis and
  Shaila Lewis
Christoopher Patterson, and his spouse,
  Linda Johnson, on their own behalfs and on behalf of their minor
children,
  Christopher Edward Patterson, Jr. and
  Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor
children,
  Sherman Singleton
  Shermont Singleton and
  Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
  Rodney James, Jr. and
  Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young

**Tykesha Arington, on her own behalf and on behalf of her minor
children,**
  **Charles Arington**
  **Tyriel Arington and**
  **Braione Arington**
**Lloyd Joseph**
**Juanita Arington**
**PTC Petroleum & Industrial Supplies, Inc.**
**Ronald D. Pitisci**
**Kathleen Pitisci**
**Gerald Anthony Picquet**
**Lynn Picquet**
**Darnell Williams, on her own behalf and on behalf of her minor child,**
  **Chad Williams**
**Anthony Barnes**
**Janice Barnes**
**Falisha Barnes**
**Shena Barnes**
**Melanie Barnes**
**Glennis Livas, on her own behalf and on behalf of her minor child,**
  **William E. Patterson**
**Malika Batiste, on her own behalf and on behalf of her minor niece
and nephew,**
  **Caliyah Porter and**
  **Aaron Batiste**
**Christopher Arrington**
**Noema Arrington, on her own behalf and on behalf of her minor
children,**
  **Eric Arrington and**
  **Aaron Arrington**
**Phillip Martin**
**Paulette Biggs, on her own behalf and on behalf of her minor child,**
  **Arkasia McFarland**
**Aldo Gofredo Hernandez, Sr., and his spouse,**
  **Areli Carlota Hernandez, on their own behalf and on behalf of their
minor child,**
  **Emmanuel Goffredo Hernandez**
**Aldo Gofredo Hernandez, Jr.**
**Lloyd Loup III**
**Alaina Loup**
**Kenneth Arcement**
**Marlene Arcement**
**Shanika Taylor**
**Marsha Taylor**
**Erica Kemp**

Latonya Caldwell, on her own behalf and on behalf of her minor
children,
  Onyell Caldwell and
  Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor
children,
  Rudarion Chattman
  Randel Chattman, and
  Joseph Chattman
Linzie Brown
Emargie C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc and his spouse,
  Larice Taylor LeBlanc, on their own behalfs and on behalf of their
minor child,
  Mika Jane LeBlanc
Kim Gaines, on her own behalf and on behalf of her minor children
or grandchildren,
  Jamechia Smith, and
  Diamond Beam
Michael Gaines
William B. English, Jr.
Rosaria English
Hazel McGuire
Mary H. Johnson
Jerry Matthews
Dennis Jones, Jr.
Raquel Roth, on her own behalf and on behalf of her minor children,
  Dennis Jones III and
  Kellie Ann Jones
Linda Roth
Toya Roth, on her own behalf and on behalf of her minor children,
  Jerrell White and
  Terrell Roth
Courtney Little, on her own behalf and on behalf of her minor
children,

  Tezanne Allen,
  Rashad Little, and
  Fabian Earls, Jr.
Reynell Santee, and his spouse,
  Tawana Rayford, on their own behalfs and on behalf of their minor
children,
  Ranisha Rayford,
  Wynell Rayford, and
  Reynell Rayford
Darron Meyers
Troylyn Meyers, on her own behalf and on behalf of her minor
children,
  Keiera Minor and
  Ashley Meyers, and on behalf of her grandchild,
  Daniah Williams
Roxchell Santee, on her own behalf and on behalf of her minor child,
  Tyree Santee
Phillip Lazard
Marguerite Lazard
Joel Frank
Juliet Johnson
Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor
children,
  Darryl Johnson and
  Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington
Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child,
  Alex Taylor
Yolanda Washington, on her own behalf and on behalf of her minor
children,
  Alecia Washington,
  Alacia Washington and
  Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,
  Paris Johnson,
  Traychell White and

Kani Santee
Reynell Santee and his spouse,
  Tawana Rayford, on their own behalf and on behalf of their minor
children,
  Ranisha Rayford,
  Wynell Rayford and
  Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
  Timothy Santee,
  Marvin Santee,
  Ireal Santee,
  Tiffany Santee,
  Teianna Santee
  Teriane Santee and
  Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
  Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children,
  Jamechia Smith and
  Diamond Beam
Victor Moore and his spouse,
  Pamelyn Morgan, on their own behalf and on behalf of their minor
children,
  Victor Lyn Morgan,
  Pamelor Morgan,
  Vicknesha Morgan and
  Victoria Moore
Louise Ragas
Fayann Ragas
Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his
entire Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc, and his spouse,

Larice Taylor LeBlanc, on their own behalf and on behalf of their
minor child,
   Mika Jane LeBlanc
Jessie Arbuthnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Hunter
William Hunter
AndrewWilliams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Wilson M. Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Michael Green
Colleen Mooney
Shirley Simon, individually and as Administratrix of the Succession of
Richard Simon, deceased, and on behalf of any and all heirs, survivors,
relatives and beneficiaries of the deceased, including the children,
   Richard Simon, Jr.
   Richanda Simon
   Ashley Simon
   Teddy Simon
Alden Whiting, Jr.
Bobby Davis
Movella Wicker
Ms. Tony Owens
Kela Johnson
Raquan Johnson
Curtis Johnson
Paulette Dupart and children

Dawn Barthe
Derrick Barthe
Ellen Penny
Antoinette Theriot
Janice L. Barnes, individually and no behalf of the minor child,
  Shena Barnes
Janice Barnes
Doris Starnes
Lois Torregano, individually and on behalf of her minor child,
  Loishell Williams
Loisha Breaux, individually and on behalf of her minor child,
  Mikayla Breaux
Bruce Michael West and
Tracy Collins, on their own behalf(s) and on behalf of the minor children,
  Jamar Kevin West and
  Angelique Hawkins
Richinda Simon
Dwayne Thomas and
Lisa Thomas, on their own behalf(s) and on behalf of the minor children,
  Aliyah Monet Thomas and
  Dawana Thomas
Samuel Johnson
Karen Johnson
Henry Johnson
Kim Johnson
Joann Johnson
Joann Green
Edwina Green
Billy H. Davis
Pat Winford
Shelia Ann Armond, on her own behalf and on behalf of her minor grandson,
  James Charles Patrick Armond
Shirley Jean Simon, individually, and as administratrix of the Succession of
her deceased husband, Richard Alphonse Simon, Sr. and personal
representative of the deceased, and on behalf of the minor children,
  Rhoneric Moses Simon,
  Rhynique Moniya Simon and
  Rhyashli Monya Simon
Rhonda Motasha Simon
Richard Alphonse Simon, Jr.
Windell Williams
Sylvia Page
Rose Mary Boitmann
Arlie Dyson
James J. Woulfe
Daniel W. Arceneaux

Alfred "Wolf" Green
Darlana Green, on her own behalf and on behalf of the minor children,
  Armani Green and
  Anya Green
Myayana Reed
Matthew Wilson
David Jones, Sr.
Antoinette Jones, on their own behalf(s) and on behalf of their minor
children,
  David Jones, Jr. and
  Dajanet Jones
Chantell Harvey, on her own behalf and on behalf of her minor children,
  Damien Harvey,
  Darall Harvey and
  Dontal Harvey
Dorothy Harvey
Claudia Harvey, on her own behalf and on behalf of her minor children,
  Marcee Joseph and
  Marcell Joseph
Markell Joseph
Myron Mack
Sheila Lewis, on her own behalf and on behalf of her minor children,
  Pernell Lewis and
  Ashanti Lewis
Tyrone Cuneo
Sheila Cuneo
Cherie Johnson
Edward William Davis
Karin Liegh Gober Davis
Jasmine Terry, on her own behalf and on behalf of her minor child,
  Jyshaun Deloney
Keith Martin, on his own behalf and on behalf of his minor child,
  Lakeitha Martin
Contrice Phipps
Karen A. Collins
Lynette Renee Cambridge
Ebony Ellis
Donette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
Patricia Wells
Barbara Ann Anderson
Michelle Sandifer
Courtney Conway
Gilda Washington

**Ebony G. Ellis**
**Christopher Thomas**
**Ladoia Smith**
**David Taylor**
**Alfred C. Green**
**Jaran Thomas**
**Charles Sykes**
**Alexander Williams**
**Drue Bryant**
**Tyrell LeBlanc**
**Jerry Burns**
**Clifton Thompson**
**Adam Stacker**
**Johnnie Causey**
**Jefferson E. Yarborough**
**James Gregory Vincent**
**Gwendolyn J. Green, on her own behalf and on behalf of her minor son,**
  **Michael J. Green**
**Brandy M. Johnson**
**Adam C. Morrison**
**Dorothy Harvey, on her own behalf and on behalf of her minor grandchild,**
  **Dwayne Banks**
**Arlie Dyson**
**Ether Bullock, on her own behalf and on behalf of her minor grandchildren,**
  **Tharnell Bullock and**
  **Calvin Bullock**
**Charles Terrell**
**Penny Jo Anderson**
**Larry M. Broyard, Sr.**
**Agatha Broyard**
**Ossiemea Marshall, on her own behalf and on behalf of her minor child,**
  **Larry M. Broyard, Jr.**
**Dorothy Saddler Harris**
**Charles Harris**
**Mamie White**
**Bobbie Davis**
**Pamela Maye**
**Clayton Wicker**
**Laurence Wicker**
**Ron Wicker**
**Charlita Clark, as natural tutrix of her minor children,**
  **Tyrus Jamal Clark and**
  **Shedrick Clark III**
**Terry Rattler**
**Claudia Rattler**
**Renelle Rattler**

Carolyn Jones
Gregory Baptiste, Sr. and his spouse,
  Lisa Baptiste, on their own behalf and on behalf of their minor child,
  Jonathan Baptiste
Gregory Baptiste, Jr. and
Devon Baptiste
Ashley Norris
Susan Lazard
Sandra B. Scott
Tirrell Scott
Calvin Scott
Ernest Milien, Sr.
Sharon Brown, on her own behalf and on behalf of her minor daughter,
  Rochelle Brown
Ruth Washington Harris
Ruby Washington
Lamont Marrero
Robert Butler
Antoine Deloney
Kellen Phipps
Keith Martin
Contrice Phipps
Troy C. Louis and
Erika Louis, on their own behalf and on behalf of their minor children,
  Gregory Williams,
  Erik Louis,
  Darrion Louis and
  Shekinah Louis
Dawnell Williams
David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Aldo Goffredo Hernandez, Sr., and his spouse,
  Areli Carlota Hernandez, on their own behalf and on behalf of their minor
child,
  Emmanuel Goffredo Hernandez

**Aldo Gofredo Hernandez, Jr.**
**Lloyd Loup III**
**Alaina Loup**
**Kenneth Arcement**
**Marlene Arcement**
**Glenda Medina**
**Michele Elizabeth Omes**
**Jim Richard Pazos**
**Avery Scott**
**William B. English, Jr.**
**Rosaria English**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Christopher T. Kitsos**
**Joyce A. Kitsos**
**Theresa Anna West**
**Stacy English, on her own behalf and on behalf of her minor child,**
  **Kayla English**
**Wrenel Hill**
**Janice Hill**
**Shinedel Hill**
**Robert Butler**
**Theresa Anna West**
**Janet Ausbrook and**
**Anna Ausbrook, on their own behalf and on behalf of**
  **James Ausbrook, retarded**
**Joycelyn Causey, on her own behalf and on behalf of her minor daughter,**
  **Lashae Simon**
**Trenese Simon**
**Judith Chaupette**
**Tarita B. Smith, on her own behalf and on behalf of her minor sons,**
  **Byron Smith and**
  **Royce Smith**
**Paul Mosely**
**Ronald M. Farve, on his own behalf and on behalf of his minor daughter,**
  **Rhonda Farve**
**Renee Farve, on her own behalf and on behalf of her minor children,**
  **Jalicia Slick,**
  **Darvell Burgess and**
  **Dwight Clark**
**Silas Battie**
**Shelita Simon, on her own behalf and on behalf of her minor children,**
  **Roger Simon,**
  **Rogerrikka Simon and**
  **Terrell Simon**
  **Terrell Byrd**

Trey McCrory
Ether Bullock, on her own behalf and on behalf of her minor grandson,
  Tharnelle Bullock
Charles Terrell
Bernadette Riley
Keoka Foster, on her own behalf and on behalf of her minor child,
  Kiera Foster
George Morant
Jeanne Morant
Mrs. Rudolph T. O'Dwyer, Jr.
Rudolph Theodore O'Dwyer III
Joseph K. Rowan and his spouse
  Mary Angela Rowan, on their own behalf and on behalf of their minor child,
  Christopher David Rowan
Jonathan Patrick Rowan
Jay Emile Pfister O'Dwyer and his spouse,
  Marcie Heine O'Dwyer, on their own behalf and on behalf of their minor
twins,
  Julia Elizabeth O'Dwyer and Jenna Elizabeth O'Dwyer
Frances Raymond Pfister
Ann Haydel Pfister
Frances Raymond Pfister III
Timothy Thadeous Pfister
Dr. Irma Pfister
C.P. Christensen, Inc. d/b/a "EmbroidMe"
Chris P. Christensen
Judy Scalan
Sylvia S. Worthington
Joann Ovino Tujague
Carolyn Dubourg
Shaw Dubourg
Whitney Dubourg
Lawrence Wicker
Pamela Maye
Pamela Williams
Robert Butler
Lonnie Taylor
Thomas Green
Louise Green, on her own behalf and on behalf of the minor child,
  Deviance Green
Gerald Green
Clayton Wicker
Ernest Wicker
Ron Wicker
Linda Wilson, on her own behalf and on behalf of the minor children,
  Brice Lee and

Brittany Wilson
Brandon Wilson
Alvin Whiting, Jr.
Mamie White
Bobbie Davis
Clifford Baptiste
Marie Baptiste
Rudolph Dupart
Brenda Dupart
Carolyn Jones
Kela Johnson, on her own behalf and on behalf of her minor children,
  Rahquan Johnson and
  Curtis Johnson
Larry M. Broyard, Sr.
Milous Magee III
Trikita Rattler, on her own behalf and on behalf of her minor children,
  Ta-Quita Rattler
  Renelle Rattler
  Marvin Rattler and
  Tirrell Rattler
Claudia Rattler
Latanya Renkin, on her own behalf and on behalf of the minor child,
  Jycal Renkin
Calvin Renkin
Christina Cherry
Cynthia Richardson, on her own behalf and on behalf of her minor nieces,
  Ajia Richardson and
  India Jackson
Nekia Richardson, on her own behalf and on behalf of the minor children,
  Nekia White and
  Kani Richardson
Kela Johnson, on her own behalf and on behalf of the minor children,
  Curtis Johnson and
  Rahquan Johnson
Eureka Richardson, on her own behalf and on behalf of the minor child,
  Thomas Enclorde
Edwina Green
Antwine Deloney
Cleveland Mills
Joy Wicker
Ms. Tony Owens
Gregory Baptiste, Sr. and his spouse,
Lisa Baptiste, on their own behalf sand on behalf of their minor children,
  Gregory Baptist, Jr. and
  Jonathan Baptiste
Devin Baptiste

**Ellen Penny**
**Antoinette Theriot**
**Mark Owens**
**Patricia S. Cross**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the

Judgment of the Honorable Stanwood R. Duval, Jr. dated April 3, 2007, a copy of which

is appended hereto and marked Exhibit No. 1.


Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**


By:    **S/Ashton R. O'Dwyer, Jr.**
            **Ashton R. O'Dwyer, Jr.**
            **Bar No. 10166**
            **One Canal Place**
            **365 Canal Street**
            **Suite 2670**
            **New Orleans, LA 70130**
            **Telephone: (504) 561-6561**
            **Facsimile: (504) 561-6560**


## CERTICATE OF SERVICE

I hereby certify that on April 5, 2007, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing

to all counsel of record.


S/ Ashton R. O'Dwyer, Jr.