UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| *Adams,* No. 06-4065 | * | |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

**MOTION FOR VOULENTARY DISMISSAL OF DEFENDANT C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE**

NOW INTO COURT through undersigned counsel, comes Cathy Adams, on behalf of herself and all others similarly situated, who respectfully represents to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice.

Counsel for C.R. Pittman Construction Company, Inc. has been contacted and has no opposition.

    Respectfully submitted,

    s/ A.J. Rebennack
    A.J. Rebennack, Bar No. 18677
    Attorney for Plaintiff(s)
    2202 Avenue B
    Metairie, Louisiana 70001
    Telephone No. (504) 782-0512
    Facsimile No. (504) 831-1203

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        *s/***A. J. REBENNACK**
                                        A.J. Rebennack, Bar No. 18677
                                        Attorney for Plaintiff(s)
                                        2202 Avenue B
                                        Metairie, Louisiana 70001
                                        Telephone No. (504) 782-0512
                                        Facsimile No. (504) 831-1203