UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| *Adams,* No. 06-4065 | * | |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### ORDER FOR VOULUNTARY DISMISSAL OF DEFENDANT C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED, that the claims in the above matter by plaintiff, Cathy Adams, on behalf of herself and all others similarly situated, and against defendant, C.R. Pittman Construction Company, Inc., be an the same are hereby dismissed *without* prejudice. Each party is to bear their own costs.

NEW ORLEANS, Louisiana, this _____ day of _____, 2007.

_____
JUDGE STANWOOD DUVAL, JR.
United States District Court
Eastern District of Louisiana