UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: All Insurance Cases | JUDGE DUVAL<br>MAG. WILKINSON |

**JOINT LIAISON COUNSEL SUBMISSION**
**RE: PURPORTED COMMON INSURANCE DISCOVERY PROTOCOL**

In Section VII of the Case Management Order No. 4 ("CMO"), the Court observed that there <u>may</u> be discovery relating to individual issues that is common to all insureds of a particular insurance company ("Purported Common Insurance Discovery"). Pursuant to Section VII of the CMO, Plaintiffs' and Defendants' Liaison Counsel jointly submit this protocol concerning the Purported Common Insurance Discovery.

**I.   WRITTEN DISCOVERY**

    a.   Plaintiffs shall jointly propound a single set of Master Set of Interrogatories and a single Master Set of Requests for Production regarding the Purported Common Insurance Discovery no later than April 16, 2007. Plaintiffs' Liaison Counsel shall serve Defendants Liaison Counsel via e-mail. Service upon Defendants Liaison Counsel shall constitute service upon all insurers in the Insurance Umbrella.

    b.   All interrogatories and requests for production served in accordance with this protocol shall count toward the overall limits established in Section IV(B)(1)(b) of the CMO. Further, the number of Master Interrogatories regarding Purported Common Insurance Discovery undertaken pursuant to this protocol shall be limited to 25.

    c.    The insurers' deadline for written response and objections to the Master Set of Requests for Production is May 16, 2007.

    d.    The insurers' deadline for written responses to the Master Set of Interrogatories is May 23, 2007.

    e.    The deadline for production of documents to which there are no objections to production is June 16, 2007.

    f.    Any motion to compel related to the Purported Common Insurance Discovery shall be filed on or before May 31, 2007.

    g.    The deadline to oppose any motion to compel related to the Purported Common Insurance Discovery shall be June 15, 2007.

    h.    Any reply brief related to any opposition to a motion to compel concerning the Purported Common Insurance Discovery shall be filed by June 21, 2007.

    i.    The hearing date for any motions to compel concerning Purported Common Insurance Discovery shall be June 27, 2007.

    j.    Contention Interrogatories and Requests for Admission are not to be propounded until completion of deposition discovery.

    k.    Each Defendant shall produce its responses to written discovery to a document repository.

    l.    Each Defendant shall produce a privilege log in conformity with the Federal Rules of Civil Procedure in connection with the production of documents.

## II. DEPOSITIONS

    a.    A Master 30(b)(6) Deposition Notice concerning only Purported Common Insurance Discovery shall be served on Defendants Liaison Counsel on or before May 1, 2007 via e-mail. Service upon Defendants Liaison Counsel shall constitute service upon all insurers in the Insurance Umbrella.

    b.    Each Defendant's objections to Rule 30(b)(6) depositions, if any, shall be filed no later than May 31, 2007.

    c.    Any motion to compel related to the Purported Common Insurance Discovery Master 30(b)(6) Deposition Notice shall be filed on or before June 7, 2007.

    d.    The deadline to oppose any motion to compel related to the Purported Common Insurance Discovery Master 30(b)(6) Deposition Notice shall be June 19, 2007.

    e.    Any reply brief related to any opposition to a motion to compel concerning the Purported Common Insurance Discovery Master 30(b)(6) deposition notice shall be filed by June 25, 2007.

    f.    The hearing date for any motions to compel concerning Purported Common Insurance Discovery Master 30(b)(6) depositions shall be June 27, 2007.

    g.    Plaintiffs and Defendants Liaison Counsel are to meet and confer after the hearing on any motions to compel to organize and schedule Purported Common Insurance Discovery Master 30(b)(6) Depositions of each insurer. On or before July 27, 2007, Plaintiffs and Defendants Liaison Counsel are to submit a protocol addressing the Purported Common Insurance Discovery Master 30(b)(6) Depositions of those insurers sought to be deposed by plaintiffs.

### III. GENERAL PROVISIONS

    a.    All discovery related to Purported Common Insurance Discovery shall be subject to a confidentiality/protective order to be issued by this Court.

    b.    Purported Common Insurance Discovery shall not be duplicated in any individual insurance case.

    c.    Nothing contained herein alters or amends the stay order entered by this Court on March 16, 2007, [Doc. No. 3426] in connection with the insurers' Motion to Enforce Stay Order Issued By Fifth Circuit on February 28, 2007 or the Stay Order issued by the Fifth Circuit on February 28, 2007. It is understood that the Purported Common Insurance Discovery shall not include discovery regarding issues that fall within the scope of the stay orders such as discovery related to the water damage exclusion.

    d.    Neither this protocol nor this Court's Case Management and Scheduling Order No. 4 entered in the *In re Katrina Canal Breaches Consolidated Litigation shall apply to Aaron, et al. v. AIG, et al.*, C.A. No. 06-4746, *Abadie, et al. v. Aegis Security Ins. Co., et al., No. 06-5164*; *Kiefer v. Allstate Ins. Co.*, No. 06-5370 and *Austin v. Allstate Fire and Casualty Ins. Co.*, No. 06-5383, which were administratively closed per this Court's March 27, 2007 Order. Pursuant to this Order, moreover, no discovery shall be taken in Abadie, Aaron, Austin and Keifer until such time as the cases are re-opened and Plaintiffs and Defendants confer in good faith, nor shall parties to these four cases be subject to the disclosure requirements of the Federal Rules of Civil Procedure.

.

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail: jbruno@brunobrunolaw.com

**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail: rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of April, 2007, a copy of the foregoing **JOINT LIAISON COUNSEL SUBMISSION RE: PURPORTED COMMON INSURANCE DISCOVERY PROTOCOL** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

/s/ Joseph M. Bruno

/s/ Ralph S. Hubbard