AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

**RETURN**

IMPERIAL TRADING CO., INC., ET AL.

V.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07-1303**

**SECT. K MAG 2**

TO:   (Name and Address of Defendant)

Travelers Property Casualty Company of America
Through its Registered Agent of Service:
Legal Services Section
Louisiana Secretary of State, Post Office Box 94125
Baton Rouge, Louisiana   70804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112

an answer to the complaint which is herewith served upon you, within  **Twenty (20)**  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    MAR 15 2007

CLERK                                                          DATE

B. Gregory

(BY) DEPUTY CLERK

AO 440 (REV. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me. 1    DATE: March 20, 2007

NAME OF SERVER (PRINT): Jami I. Mitchell    TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Through agent for service, Louisiana Secretary of State

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service fees is true and correct.

Executed on March 20, 2007
Date

Signature of Server

Address of Server: 201 St Charles Ave, Ste 114-326, New Orleans, LA 70170

SERVED ON
HELEN CUMBO

MAR 20 2007

ADMINISTRATOR
COMMERCIAL DIVISION

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.