**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                     CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO:                                     SECTION "K"(2)
*Williams*, C.A.No. 06-2919

<u>**ORDER**</u>

Before the Court is a Joint Motion to Stay (Doc. 3590) which was filed in *Williams v.*

*State Farm,* C.A. No. 06-2919 on November 21, 2006 which suit has recently been consolidated

under the *In Re Katrina Canal Breaches Consolidated Litigation.*   As this case has now been

consolidated and subject to the Case Management Orders issued herein, a stay is not in order.

 Accordingly,

        **IT IS ORDERED** that the Joint Motion to Stay  is **DENIED**.

New Orleans, Louisiana, this   9th  day of April, 2007.

_____
        **STANWOOD R. DUVAL, JR.**
    **UNITED STATES DISTRICT COURT JUDGE**