UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Hammer*, C.A.No. 06-9152 | SECTION "K"(2) |

## ORDER

Before the Court is Plaintiffs' Motion for Class Certification filed in *Hammer, et al. v. State Farm Fire and Casualty Co.*, C.A. No. 06-9152 which motion was filed on March 15, 2007 prior to consolidation under the *In Re Katrina Canal Breaches Consolidated Litigation*. Under the Case Management Order No. 4, the Court set forth a timetable for addressing the certification of classes in this matter. The subject case concerns a new alleged class–that is persons holding renter's insurance policies written by State Farm Fire and Casualty ("State Farm"). This motion is premature in that it is set for hearing long before the scheduled time for determination of class actions which is November 5, 2007 and does not comply with the procedure required under CMO No. 4. Nonetheless, the Court recognizes that this class was not contemplated in the prior order. Accordingly,

**IT IS ORDERED** that the Motion to Certify Class is **DENIED** as **PREMATURE.**

**IT IS FURTHER ORDERED** that counsel for plaintiffs herein meet with Liaison Counsel and determine how this matter shall be properly addressed under the umbrella and file a Report in the record of the Court as to how this matter shall be considered under the umbrella **no later than May 4, 2007.**

New Orleans, Louisiana, this  10th  day of April, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**