

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR -2 PM 1: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NETTIE F. BRIDGES | * | CIVIL ACTION NO.: 06-4385 |
| | * | |
| VERSUS | * | JUDGE: BARBIER |
| | * | |
| ALLSTATE INSURANCE COMPANY, | * | MAGISTRATE: SHUSHAN |
| JAMES F. WILLIAMS, ABC INSURANCE | * | |
| COMPANY, AURORA FINANCIAL | * | c/w 05-4182 |
| SERVICES, INC., GMFS, LLC and | * | |
| HOMECOMINGS FINANCIAL NETWORK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 41 STIPULATION OF PARTIAL DISMISSAL

Plaintiff, Nettie Bridges, and Defendant, Allstate Indemnity Company, erroneously named as Allstate Insurance Company, in its capacity as plaintiff's homeowner insurer ("Allstate"), having settled their differences regarding plaintiff's claim under her homeowner policy and her bad faith claims, including but not limited to his claims under La. R.S. 22:658 and 22:1220, move this Court for dismissal with prejudice of plaintiff's claims under her homeowner policy against Allstate in its capacity as plaintiff's homeowner insurer.

**WHEREFORE** plaintiff, Nettie Bridges, and Defendant, Allstate Indemnity Company, in its capacity as plaintiff's homeowner insurer, pray that this Court grant this Rule 41

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. 79665_____

Stipulation of Partial Dismissal dismissing plaintiff's claims under her homeowner policy and bad faith claims against Allstate with prejudice.

Respectfully Submitted,

_____
J. Douglas Sunseri, Esq., 19173
Svetlana "Lana" Crouch, Esq., 29814
Nicaud, Sunseri & Fradella, L.L.C.
3000 18th Street
Metairie, Louisiana 70002
Telephone: 837-1304

Attorneys for Nettie Bridges


_____
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
   Of
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Indemnity Company, in its capacity as Plaintiff's Homeowner Insurer

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by filing into the Court's electronic filing system, or, for non-participants, by placing same in the United States mail, postage prepaid, and properly addressed, this 26th day of March, 2007.

_____

79665