- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2)<br>* |
| PERTAINS TO:<br>INSURANCE   (*Hammer*, 06-9152) | * JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR CLARIFICATION
### AND INCORPORATED MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes State Farm Fire and Casualty Company ("State Farm") and requests that this Court clarify that its March 16, 2007 Order and Reasons on the Motion to Enforce Fifth Circuit Stay also stays the recently consolidated *Hammer* putative class action.

**1.**

On August 28, 2006, Jason Hammer, individually and on behalf of a putative class of State Farm renter insureds, filed a class action Petition against State Farm in Civil

District Court for the Parish of Orleans. Plaintiff alleged that State Farm's water damage exclusion was inapplicable to flood damage caused by levee breaches and sought a declaration that flood damage to plaintiff's personal property caused by the levee breaches is covered under the State Farm renters policy. State Farm properly removed the action to this Court on October 27, 2006 and the action was assigned C.A. No. 06-9152 and allotted to the Honorable Carl J. Barbier.

2.

On November 27, 2006, this Court issued its Order in the *Chehardy* and *Vanderbrook* matters and held that State Farm's water damage exclusion unambiguously excludes coverage for flood damage regardless of cause.

3.

Because the language of the water damage exclusion contained in the State Farm renters policy is the same State Farm policy language this Court held unambiguously excludes coverage for flood damage caused by breaches of the levees, State Farm moved to transfer this action to Section K for consolidation in the *In re Katrina Canal Breaches* consolidated litigation. On January 16, 2007, *Hammer* was transferred to Section K; however, it was not consolidated until March 29, 2007.

4.

On March 15, 2007, prior to the consolidation, *Hammer* filed a Motion for Class Certification and Memorandum in Support. The plaintiff noticed this Motion for hearing on May 2, 2007.

865932v.1

**5.**

Also on March 15, 2007, the plaintiffs in the *In re Katrina Canal Breaches* consolidated litigation filed their Master Class Action Insurance Complaint which consolidated the insurance class actions already part of the *In re Katrina Canal Breaches* consolidated litigation. Doc. 3413. Although the Master Class Action Insurance Complaint makes allegations on behalf of a putative sub-class of Travelers Indemnity Company renter insureds, because *Hammer* was not yet consolidated it is not referenced in the Master Class Action Insurance Complaint.

**6.**

On March 16, 2007, this Court issued its Order and Reasons on the Insurer Defendants Motion to Enforce Stay Order Issued by the Fifth Circuit. This Order stayed the Master Class Action Insurance Complaint as well as class action discovery and common liability issues in the insurance cases.

**7.**

On March 29, 2007, this Court issued an Order consolidating *Hammer* under the *In re Katrina Canal Breaches* consolidated litigation. When *Hammer* was consolidated, plaintiff's Motion for Class Certification was also transferred to the docket of C.A. 05-4182 and is noticed for hearing on May 2, 2007.

**8.**

Because *Hammer* was consolidated after the filing of the Master Class Action Insurance Complaint and after entry of the March 16, 2007 Order, State Farm seeks clarification

that the March 16, 2007 Order stays *Hammer* and that Plaintiff's Motion for Class Certification noticed for hearing on May 2, 2007 is also stayed.

**9.**

Counsel for State Farm has contacted counsel for plaintiff and counsel for plaintiff advises he has no objection to a stay of the *Hammer* putative class action pursuant to this Court's March 16, 2007 Order.

**WHEREFORE,** State Farm respectfully requests that this Court enter an Order clarifying that the *Hammer* putative class action is stayed pursuant to its March 16, 2007 Order and Reasons and removing Plaintiff's Motion for Class Certification from its May 2, 2007 calendar.

Respectfully submitted,

s/ Sarah H. Barcellona

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
  WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty
  Company

- 5 -

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion for Clarification and Incorporated Memorandum has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 10th day of April, 2007.

                                            s/ Sarah H. Barcellona

865932v.1