UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> <br> <br> PERTAINS TO: <br> INSURANCE   (*Hammer*, 06-9152) | * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Clarification and Incorporated Memorandum;

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion be and is hereby **GRANTED**. The *Hammer* putative class action (C.A. No. 06-9152) is stayed pursuant to this Court's March 16, 2007 Order (Doc. 3426) and Plaintiff's Motion for Class Certification is removed from the Court's May 2, 2007 calendar.

**NEW ORLEANS, LOUISIANA**, this ___ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

866989v.1