FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR -3 AM 11: 14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NETTIE F. BRIDGES | CIVIL ACTION NO.: 06-4385 |
| VERSUS | JUDGE: BARBIER |
| ALLSTATE INSURANCE COMPANY, JAMES F. WILLIAMS, ABC INSURANCE COMPANY, AURORA FINANCIAL SERVICES, INC., GMFS, LLC and HOMECOMINGS FINANCIAL NETWORK | MAGISTRATE: SHUSHAN |

c/w 05-4982

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Rule 41 Stipulation of Partial Dismissal is hereby GRANTED and that plaintiff Nettie Bridge's claims under her homeowner policy and bad faith claims in the captioned matter against Defendant, Allstate Insurance Company, in its capacity as plaintiff's homeowner insurer, are hereby dismissed with prejudice.

New Orleans, Louisiana, this 3 day of April, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
X  Dktd ___
✓  CtRmDep ___
___ Doc. No. ___