FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 30  PM 2:23

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br>_____§ <br> § <br> PERTAINS TO: § <br> LEVEE (06-6642) § <br> (PONTCHARTRAIN BAPTIST CHURCH) § | CIVIL ACTION <br> NO.: 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKERSON |

### MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Pontchartrain Baptist Church, Arthur C. and Lucy T. Sargent, Pamela Young Smallpage and Richard Maitland Smallpage, Jr., Mr. & Mrs. H.J. Bosworth, Rothos Corporation, InterAmerican Coffee, Inc. and Noble Americas Corporation, who respectfully represents to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice.

___ Fee_____
___ Process_____
X  Dktd_____
_/ CtRmDep_____
___ Doc. No_____

*[signature: Don M. Richard]*

DON M. RICHARD (BAR #11223)
ATTORNEY AT LAW
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

Respectfully submitted:

_____
WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

-and-

_____
DON M. RICHARD (BAR #11223)
ATTORNEY AT LAW
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29 day of March, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

_____
WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

-and-