FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 10  PM 2: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (O6-6642) (PONTCHARTRAIN BAPTIST CHURCH) | | |

### ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, Pontchartrain Baptist Church, Arthur C. and Lucy T. Sargent, Pamela Young Smallpage and Richard Maitland Smallpage, Jr., Mr. & Mrs. H.J. Bosworth, Rothos Corporation, InterAmerican Coffee, Inc. and Noble Americas Corporation, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice. Each party is to bear their own costs.

**DENIED***

New Orleans, Louisiana, this 9th day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

*There is no representation that the defendants sought to be dismissed do not object to the dismissal without prejudice. That representation must be in the body of the motion.

___ Fee_____
_X_ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____