UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164, *Abadie et al., v Aegis Security<br>Insurance Co., et al.* | § §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

ORDER

Considering the Motion of Plaintiffs **SUE LAPORTE, JEANETTE ST. ETIENNE, AND OTIS JACKSON** for Partial Dismissal of Their Claims Against **DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**, without prejudice,

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that **SUE LAPORTE, JEANETTE ST. ETIENNE, AND OTIS JACKSON** are withdrawn as plaintiffs and that their claims only against the **DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY** are hereby **DISMISSED** without prejudice, reserving all rights of all remaining

plaintiffs as against all parties not dismissed herein. *

New Orleans, Louisiana, this ___9___ Day of ~~March~~ April, 2007.

_____
United States District Judge

* Having been informed by opposing counsel that there is no opposition hereto.

IT IS FURTHER ORDERED that the Administrative Closure is lifted for the sole purpose of this dismissal.