UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: INSURANCE (06-4917) | * * | JUDGE DUVAL MAG. WILKINSON |

**********************************************************************

## **PROPOSED ORDER**

Considering the foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff be granted leave to file her Second Amended Complaint.

Ordered this __9th__ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE