UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| PERTAINS TO: INSURANCE (06-4917) | * * * | JUDGE DUVAL MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND AMENDED COMPLAINT

1.

Now into court, through undersigned counsel, comes Plaintiff Sandra Vinet, who amends her original Complaint as follows:

2.

All allegations, provisions, causes of action and statements of fact remain unchanged, except that:

3.

Plaintiff replaces Paragraph 6 of her complaint to read as follows:

6.    On August 29, 2005, Hurricane Katrina slammed into the coast of Louisiana causing more damages than any other natural disaster in United States history. As expected, Hurricane Katrina produced a great deal of rain fall and caused significant wind damage in Southeastern Louisiana. Furthermore, many

residences and commercial establishments were stolen from, looted and/or vandalized. On September 21, 2005, Hurricane Rita followed causing more damages.

| | Respectfully Submitted, |
|---|---|
| **CERTIFICATE OF SERVICE**<br>    I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of a electronic filing to Christian A. Garbett. this 29th day of March 2007.<br><br>            s/ Scott G. Wolfe, Jr.<br>             SCOTT G. WOLFE | s/ Scott G. Wolfe, Jr. _____<br>Scott G. Wolfe, Jr. (Bar Roll 30122)<br>THE WOLFE LAW OFFICES, L.L.C.<br>4821 Prytania Street<br>New Orleans, LA 70115<br>P: 504-894-9653<br>F: 866-761-8934<br>Attorney for Plaintiffs |