# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 10 PM 12:05
LORETTA G. WHYTE
CLERK

RETURN

CATHY ADAMS, ET AL

V.

BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-4065
Section: K(2)
consolidated with
05-4182

TO: (Name and address of defendant)

GULF GROUP, INC. OF FLORIDA
Through its agent for service of process:
MATTHEW HOBBS
300 CHERRY ST., UNIT 11
PANAMA CITY, FLORIDA 32401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  LORETTA G. WHYTE

DATE  FEB 1 6 2007

(BY) DEPUTY CLERK  B. Gregory

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

3/9/07    Julie Rosin    10:25 Am

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 3/09/07 @ 10:25 A.M. |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Charles R. Lance | Special Process Server #24 |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate serve to Jackie Vinson as office manager/designated to accept service in place of officer or registered agent According to Fl. Statue Service was at 7402 Hwy 2302 Southport, Fl 32409

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/07
                Date                                     Signature of Server

P.O. Box 9985
Address of Server
Panama City Beach, Fl 32417

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.