- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2)<br>* |
| PERTAINS TO:<br>INSURANCE   (*Aaron*, 06-4746) | * JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Company ("State Farm"), who respectfully requests that Charles L. Chassaignac, IV; James Eric Johnson; Bryan J. Haydel, Jr.; and Eleanor Weeks Wall of the law firm of Porteous, Hainkel, and Johnson, L.L.P. be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre, Michael Q. Walshe, J. Dalton Courson, and Heather S. Lonian of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled action.

867140v.1

**WHEREFORE,** Defendant State Farm Fire and Casualty Company prays that Charles L. Chassaignac, IV; James Eric Johnson; Bryan J. Haydel, JR.; and Eleanor Weeks Wall of the law firm of Porteous, Hainkel, and Johnson, L.L.P. be substituted as counsel of record for State Farm in place of Wayne J. Lee, Mary L. Dumestre, Michael Q. Walshe, J. Dalton Courson, and Heather S. Lonian of the law firm of Stone Pigman Walther Wittmann L.L.C.

Respectfully submitted,

Charles L. Chassaignac, IV (#20746)
James Eric Johnson (#23800)
Bryan J. Haydel, Jr. (#27500)
Eleanor Weeks Wall (#29695)
PORTEOUS, HAINKEL, AND
   JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone
(225) 383-7900 Facsimile

Wayne J. Lee, 7916
Mary L. Dumestre, 18873
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
Heather S. Lonian, 29956
   of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorneys for Defendant State Farm Fire & Casualty Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Substitute Counsel has been served upon all counsel of record by electronic filing, facsimile transmission, hand delivery, or mailing same in the United States mail, postage prepaid and properly addressed, this 11th day of April, 2007.

867140v.1