UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Richard, No. 06-5118) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************** | | |

FIRSTAMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, , Vera D. and Leon D. Richard, Golf Club of New Orleans, LLC, Donald E. Pate, President, Barbara and Barry Pilson, M. D, and Freda and Alfred Liggans, Jr., residing in, or doing business in the Eastover Subdivision, (hereinafter "Eastover Plaintiffs"), more particularly defined in the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 4.A and 10.A through 10.D, to-wit:

4.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury caused by the negligence of the United States Army Corps of Engineers.

10.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Yvonne and Vernon Abadie | 06N15T800 |
| Hazaniel Anderson | 06N15T2771 |
| Joni Brown Archie | 06N15T14482 |
| Terrence M. Augillard, M.D. | 06N15T814 |
| Jacquelyn K. and James M. Brown, III | 06N15T7031 |
| Sheila B. Burns | 06N15T194 |
| Dr. Daryl Byrd | 06N15T6989 |
| Donald J. Chester | 06N15T6990 |
| Sarah C. and Wendell Cousin | 06N15T6425 |
| Elwood T. Davis | 06N15T12337 |
| Glenda and Eric A. Dubuclet | 06N15T811 |
| Catherine and Durward B. Dunn, III | 06N15T12366 |
| Karen E. and David A. Durand, Sr. | 06N15T805 |
| Leila J. and Louis L Eames | 06N15T842 |
| Eastover Realty, Inc., Donald E Pate, Pres. | 06N15T258 |
| Elizabeth B. and James S. Ellis, Jr. | 06N15T12372 |
| Lisa and Rodney L. Frazier | 06N15T815 |
| Eileen and Kenneth Frick | 06N15T14449 |
| Ruby and Carl Gethers | 06N15T802 |
| Jacqueline M. Goldberg | 06N15T14893 |
| Golf Club of New Orleans, LLC, Donald E Pate, Pres. | 06N15T261 |
| Annvernete and David Graham | 06N15T850 |
| Terrie and Kurt Guerin | 06N15T2122 |
| Diana Hayes | 06N15T7032 |
| Andrea and Harold W. Jackson | 06N15T14447 |
| Glenda Johnson | 06N15T6998 |
| Rochelle Johnson | 06N15T10140 |
| Denise and Ronald Johnson | 06N15T9173 |
| Deidra and David Jones, Sr. | 06N15T840 |
| Lori and Brian Knight | 06N15T3026 |
| Freda and Alfred Liggans, Jr. | 06N15T12915 |
| Tommy J. and Susan R. McCleskey | 06N15T6999 |
| Gilda and Herbert Morgan, Jr. | 06N15T056 |
| Lisa and Kendall P. Parker | 06N15T816 |
| Barbara Pilson | 06N15T12464 |
| Barbara and Barry Pilson, M.D. | 06N15T813 |

| | |
|---|---|
| Premier Automotive, LLC, dba Toyota of New Orleans | 06N15T1230 |
| Premier Imports, LLC, dba Premier Mitsubishi | 06N15T1231 |
| Premier Quality Imports, LLC, dba Premier Honda | 06N15T1229 |
| Vera D. and Leon D. Richard | 06N15T3058 |
| Lottie and Joseph Rogers, Jr. | 06N15T845 |
| Beverly and Maitland Sanders | 06N15T6454 |
| Patricia McGee and Harold Shelby | 06N15T2121 |
| Kelly D. and Clinton T. Smith, Jr. | 06N15T7001 |
| Sharlene and Kevin Sterling | 06N15T847 |
| Sharlene Sterling | 06N15T12494 |
| Diana and Ernest L. Terry | 06N15T801 |
| Courtney and Roderick O. Thornton | 06N15T812 |
| Kathy A. and Ned Tolliver | 06N15T7002 |
| Mary Tophia | 06N15T070 |
| Robert L. White | 06N15T843 |
| Loyce P. Wright | 06N15T3107 |

10.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal flood control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, and Inner Harbor Navigational Canal.

10.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

10.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

3

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD LLP

/s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W357685

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

                                        /s/ William C. Gambel
                                        William C. Gambel

W357685