UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES    *      CIVIL ACTION
CONSOLIDATED LITIGATION          *
                                       *      No. 05-4182
PERTAINS TO:                        *      & Consolidated Cases
LEVEE (Adams, Sr., No. 06-5128)    *
                                       *      SECTION K
                                       *      JUDGE DUVAL
                                       *      MAGISTRATE WILKINSON
*************************************

FIRST AMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL

NOW COMES Plaintiffs, Marie A. and Clarence J. Adams, Sr., Nilsa Maria Hernandez

Dupaty, Wanda and Kerry Gray, Sr., Angela D. and Larnell Bates, Jr., Joshua Jolla, and others

persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages

and Request for Jury Trial, residing in, or doing business in the Oak Island, Lake Carmel, Village

de L'est, Little Woods and Michoud Subdivisions and environs, (hereinafter "Oak Island, et al.,

Plaintiffs"), who suffered damages due to failure of the flood protection and drainage system for

the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint

filed herein on August 28, 2006, to add paragraphs 4.A and 10.A through 10.D, to-wit:

4.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs

has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury

caused by the negligence of the United States Army Corps of Engineers.

10.A

The original claim forms were filed with the United States Army Corps of Engineers in

New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim

Numbers to the following claims:

| | |
|---|---|
| Janice Abadie | 06N15T995 |
| Susan C. Abadie | 06N15T7940 |
| Marie A. and Clarence J. Adams, Sr. | 06N15T2149 |
| Karen M. and Octarve H. Anderson, Sr. | 06N15T7944 / 06N15T9880 |
| JoAnn and Eric G. Arnaud | 06N15T9989 |
| Charlean M. Arrington | 06N15T3979 |
| Self and Darryl Bankston | 06N15T067 |
| Self and Geraldine Bankston | 06N15T044 |
| David Bargky | 06N15T10013 |
| Sabrina D. and Herman L. Barrie | 06N15T6582 |
| Reuben O. Berry, Jr. | 06N15T7952 / 06N15T9881 |
| Stephanie Blouin-Singleton | 06N15T5683 |
| Iola and Charles Booker, Jr. | 06N15T14496 |
| Veronica L. and Harold M. Briscoe | 06N15T2773 |
| Alexia Brown | 06N15T6417 |
| Alice L. Brown | 06N15T789 |
| Avione Brown | 06N15T6418 |
| Sharon A. Bruno | 06N15T2775 |
| Lejah A. Bryant | 06N15T10069 |
| Clementine Chancley | 06N15T14450 |
| Donald and Donna P. Collins | 06N15T1864 |
| Leslie P. and Kevin A. Cooper | 06N15T177 |
| Theresa Cousin | 06N15T6589 |
| Angela A. and Christopher Crawford | 06N15T2986 |
| Cyril Curtis | 06N15T4890 |
| Joseph Curtis | 06N15T4892 |
| Corey Davis | 06N15T2116 |
| Cassandra M. Doss | 06N15T204 |
| Kimberly J. Dozier | 06N15T7975 |
| Roland Duncan, Jr. | 06N15T6430 |
| Valencia B. Duncan | 06N15T6431 |
| Lillian M. and Wesley Dupor | 06N15T4903 |
| Mark A. Dusuaw | 06N15T795 |
| Willie Ann and LeRoy P. Ellsworth | 06N15T4998 / 06N15T7679 |
| Renetta Epherson | 06N15T064 |
| James Eugene, Jr. | 06N15T2999 |

| | |
|---|---|
| Darnell and Jeffrey Faciane | 06N15T176 |
| Patrice and Kevin B. Francois | 06N15T3004 |
| Patricia H. Gaines | 06N15T2791 |
| Ariska B. and Terry Gardner | 06N15T14434 |
| Nettie and Alvin Gauthier | 06N15T2792 |
| Norman E. Gibson | 06N15T12379 |
| Arthur L. Gilbert, Sr. | 06N15T190 |
| Brittini Gray | 06N15T6436 |
| Wanda and Kerry Gray, Sr. | 06N15T6437 |
| Donna E. Griffin | 06N15T12382 |
| Renee H. Griffin | 06N15T12385 |
| Alice J. Grooms | 06N15T4926 |
| Kenneth E. Grooms | 06N15T4927 |
| Sandra Gulley | 06N15T2549 |
| Aston A. Harris | 06N15T7006 |
| Ayshone A. Harris | 06N15T7007 |
| Barbara and Dominic Hornsby | 06N15T6443 |
| Carolyn Howard | 06N15T6596 |
| Debra and Clifford Jackson | 06N15T2794 |
| Johnnie May King | 06N15T7989 |
| Wanda Lee | 06N15T2143 |
| Lauren B. and Nathaniel V. Leon | 06N15T3623 |
| Lynda and James E. Louis | 06N15T6451 |
| Barbara Magee | 06N15T4131 |
| Bruce L. Marshall | 06N15T7008 |
| Shirley and Willie Maxie | 06N15T6605 |
| Gary D. Meyer, Sr. | 06N15T036 |
| Gary D. Meyer, Jr. | 06N15T038 |
| Barbara and Willie Montgomery | 06N15T4213 |
| Bernadine and Arthur W. Moran, Jr. | 06N15T188 |
| Patsy and Willie L. Morgan, Jr. | 06N15T14412 |
| Tyron B. Norman | 06N15T178 |
| Mark S. Paul | 06N15T2144 |
| Christine Pellebon | 06N15T14416 |
| Versie M. Pellebon | 06N15T10256 |
| Mary and Sandy Perrier, Sr. | 06N15T10257 |
| Paulette and Nolan J. Peters, Sr. | 06N15T10258 |
| Linda S. Phoenix | 06N15T8002 |
| Linda Pierce | 06N15T4963 |
| Debra B. Pounds | 06N15T3049 |
| Terry and Derek Prograis, Sr. | 06N15T5031 |
| Randy R. Quinn, Sr. | 06N15T4966 |
| Robin Marie Quinn | 06N15T4967 |
| Julie V. Raymond | 06N15T14464 |
| Leo Raymond, Jr. | 06N15T14465 |

| | |
|---|---|
| Clarence Righteous | 06N15T888 |
| Eveleen B. Robinson | 06N15T4972 |
| Kelly R. Roux | 06N15T14414 |
| Gerald Skinner | 06N15T4978 |
| Geraldine G. Slater | 06N15T1901 |
| Brandon P. Smith | 06N15T4979 |
| Brian A. Smith | 06N15T3079 |
| Carrie L. Smith | 06N15T185 |
| Kelly D. and Clinton T. Smith, Jr. | 06N15T052 |
| Vanessa and Peter Smith | 06N15T3084 |
| Karen Stevens | 06N15T201 |
| Marie T. Thibodeaux | 06N15T170 |
| Leona B. Thomas | 06N15T12495 |
| Vincent Thomas | 06N15T4984 |
| Melanie and Luches Thompson | 06N15T1245 |
| Rhonda and Herman J. Tircuit | 06N15T2815 |
| Donna T. and Bernell Melvin Walker | 06N15T6463 |
| Rheena C. Walker | 06N15T12496 |
| Daniel Wallace | 06N15T8003 |
| Lenita and Emanuel Wallace | 06N15T6464 |
| Patricia B. and Willie Washington | 06N15T14430 |
| Regina and Harold P. Watts | 06N15T14437 |
| Cheryl L. and Larry White | 06N15T12497 |
| Daphne and Errol Williams | 06N15T308 |
| Cherlyn C. and Raymond Williams | 06N15T6469 |
| Lashonda and Raymond Woodfork, Jr. | 06N15T14463 |
| Lois Ann and Donald Wright, Sr. | 06N15T14481 |
| Ingrid Jones-Ambrose and Daniel Ambrose, Jr. | 06N15T9320 |
| Ron Antoine | 06N15T7033 |
| Karen Robinson Bailey | 06N15T6413 |
| Angela D. and Larnell Bates, Jr. | 06N15T9873 |
| Daphne Baylor-Turner | 06N15T4988 |
| Frederick M. Bell | 06N15T14431 |
| Gina L. Leon and Herbert Blouin | 06N15T4856 |
| Lilly S. and Clyde W. Bolton, Jr. | 06N15T4858 |
| Rev. Willie Breaux | 06N15T6585 |
| Vicki Lamb Brown | 06N15T3996 |
| Larry P. and Tawanda Christopher | 06N15T4873 |
| Gertrude P. Clark | 06N15T5451 |
| Decenkee and Gregg Clark | 06N15T4008 |
| Brenda N. Clivens | 06N15T6423 |
| Brenda Taylor Copprue | 06N15T6991 |
| Nilsa Maria Hernandez Dupaty | 06N15T7024 |
| Robert Fabre | 06N15T4912 |
| Barbara Fontenot | 06N15T2684 |

| | |
|---|---|
| Rebecca Frederick | 06N15T1598 |
| Richard E. Gainey, Jr. | 06N15T3775 |
| Linda A. Gentry | 06N15T209 |
| William H. Hall, Jr. | 06N15T3858 |
| Thongsy Hemsouvanh | 06N15T8662 |
| Lanus Holmes, III | 06N15T4084 |
| Adrian and Ernest J. Jarreau | 06N15T4101 |
| Sandra and Vincent Jeffreys | 06N15T6997 |
| Dacia M. Jett | 06N15T3129 |
| Maleah M. Johnson | 06N15T1234 |
| Denisa A. and Sean I. Johnson, Sr. | 06N15T4110 |
| Katrina M. LaBeau | 06N15T4120 |
| Linda Sims and Elbert Magee | 06N15T6604 |
| Marie M. and Gordon W. Martine | 06N15T4946 |
| Janice and Adrian J. McCoy | 06N15T4143 |
| Wendell J. Meyers, Sr. | 06N15T7991 / 06N15T9871 |
| Sandie Smith Mikell | 06N15T287 |
| Dale D. Montgomery | 06N15T4950 |
| Kathleen C. Moore | 06N15T2808 |
| Howard F. Morgan | 06N15T14439 |
| Adrienne Crockett Morris | 06N15T4951 |
| Shirley and Alonzo Morris | 06N15T7996 |
| Ralph Morris | 06N15T7030 |
| Lawrence Mosley | 06N15T890 |
| Charles E. Nunnery | 06N15T3040 |
| Yolanda M. Nunnery | 06N15T3041 |
| Stephanie A. and John L. Press | 06N15T14459 |
| Dave Richardson | 06N15T14458 |
| Wanda Santa Marina | 06N15T10247 |
| Angiette and Sam Simmons | 06N15T7995 |
| John G. Smith | 06N15T303 |
| Julie Smith | 06N15T203 |
| Kimberly Smith | 06N15T205 |
| Jerusha S. Sparks | 06N15T7009 |
| Patrice Strickland | 06N15T6607 / 06N15T060 |
| Alfreda M. Sumler | 06N15T4981 |
| Lynette Haley Tedford | 06N15T7013 |
| Dieu Van Tran | 06N15T6462 |
| Mai Nguyen and Thiet Tran | 06N15T10319 |
| Mark A. Verrett | 06N15T14466 |
| Rosabel and Ebenezer Welborne | 06N15T3099 |
| Fidelia Williams | 06N15T6467 |
| Yolanda L. and Terry Wills | 06N15T2768 |
| Lorraine R. Young | 06N15T6470 |

5

10.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal flood control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, and Inner Harbor Navigational Canal.

10.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

10.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD LLP

/s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000

6

Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W357703

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

/s/ William C. Gambel
William C. Gambel

W357703