UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** * | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | **No. 05-4182** |
| **PERTAINS TO:** * | | **& Consolidated Cases** |
| **LEVEE (Bourgeois, No. 06-5131)** * | | |
| * | | **SECTION K** |
| * | | **JUDGE DUVAL** |
| * | | **MAGISTRATE WILKINSON** |
| ************************************* | | |

## ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint,

IT IS ORDERED that the Motion for Leave to File First Amended Complaint filed by plaintiffs Linda C. and Arnold F. Bourgeois, Wanette and Nikita Boute, Sheila M. Johnson, and Wheeler Norwood, and other persons identified in the first allegation to the Complaint,. be and the same hereby is GRANTED.

New Orleans, Louisiana on this the 11th day of     April    , 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge

William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010

W357727