UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Ferdinand, No. 06-5132) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************* | | |

**FIRSTAMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL**

**NOW COMES** Plaintiffs, Keith C. Ferdinand, M.D, APMC, Carol and Byron James, Sr., Beatrice Turner, and Alyne J. Mac Quinn, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in Bywater and Mid City sections of the City of New Orleans, State of Louisiana, (hereinafter "Bywater and Mid City Plaintiffs"), who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 7.A and 14.A through 14.D, to-wit:

7.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury caused by the negligence of the United States Army Corps of Engineers.

14.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Alfred Bodden | 06N15T10020 |
| Alfred Bodden | 06N15T10022 |
| Marc D. Burge | 06N15T14444 |
| Beatrice C. Burton | 06N15T6419 |
| Lawrence C. Cangelosi, Jr., Proprietor, dba Larry & Larry's Food Store | 06N15T4003 |
| Arthur Carter | 06N15T10079 |
| Bernard Cole, Sr. | 06N15T4009 |
| Shirley W. Conley | 06N15T4004 |
| Geraldine Franklin | 06N15T8006 |
| Jean Green-Deruise | 06N15T3009 |
| Mary R. Henry | 06N15T4079 |
| Yvonne Johnson | 06N15T2796 |
| Theodore R. Jones | 06N15T14495 |
| L&P Realty, LLC | 06N15T4117 |
| Betty P. Newton | 06N15T4953 |
| Dan C. Pittman | 06N15T1227 |
| Ireon D. Pittman | 06N15T3048 |
| Alyne J. and Mack Quinn | 06N15T14427 |
| Alyne J. and Mack Quinn | 06N15T14428 |
| John H. Seal | 06N15T10317 |
| Lora G. Seal | 06N15T10318 |
| Shannon O. Washington | 06N15T2140 |
| Karl P. Bennett, Jr. | 06N15T6416 |
| Christine L. Bondy | 06N15T2483 |
| Cynthia P. Cobb | 06N15T4875 |
| Gavin M. Cooper | 06N15T5025 |
| Trudy L. Cooper | 06N15T5026 |

| | |
|---|---|
| Cleo P. Cornish | 06N15T6588 |
| Geraldine and Frank Dennison, Jr. | 06N15T14455 |
| Carolyn A. Griffin | 06N15T053 |
| Kenneth Guillemet | 06N15T5028 |
| Carol and Byron James, Sr. | 06N15T6445 |
| Carol James | 06N15T10138 |
| Dolores Jett | 06N15T10139 |
| Kelly Jones | 06N15T7021 |
| Lawrence Jones | 06N15T12413 |
| Rita T. Jones | 06N15T7987 |
| Bridget B. Lewis | 06N15T2709 |
| Ernel Mayberry | 06N15T2719 |
| Debbie Narcisse | 06N15T14467 |
| Earline Patterson | 06N15T8000 |
| Rodney J. Patterson, Sr. | 06N15T8001 |
| Shanika Patterson | 06N15T10254 |
| Nedra C. Price | 06N15T4965 |
| Alyne J. and Mack Quinn | 06N15T14429 |
| Patricia McGee Shelby | 06N15T7020 |
| Dennis J. Sylve | 06N15T6456 |
| Helen M. and Wilson W. Sylve | 06N15T6457 |
| Beatrice Turner | 06N15T14436 |
| Claudette and Stephen C. Wallace | 06N15T10322 |

14.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal food control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, and Inner Harbor Navigational Canal.

14.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

14.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | /s/ William C. Gambel |
|  | William C. Gambel (LA Bar No. 5900) |
| MILLING BENSON WOODWARD LLP | 909 Poydras Street, Suite 2300 |
|  | New Orleans, LA  70112-1010 |
|  | Telephone:  (504) 569-7000 |
|  | Telecopy:  (504) 569-7001 |
|  | wgambel@millinglaw.com |

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W357722

4

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

                                                      /s/ William C. Gambel
                                                      William C. Gambel

W357722