UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION   K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:       *Aaron,* 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF DEFENDANT AMERICAN RELIABLE INSURANCE COMPANY, WITHOUT PREJUDICE

**NOW INTO COURT,** come plaintiffs in the above numbered and captioned cause, and upon suggestion by the defendant, **AMERICAN RELIABLE INSURANCE COMPANY** that they wrote only lender placed policies and did not write any homeowner's insurance policies in Louisiana during the relevant time period, nor did it act as a servicer for any other homeowner's insurance writer in Louisiana during the relevant period, now moves for a partial dismissal dismissing defendant, **AMERICAN RELIABLE INSURANCE COMPANY** from this matter without prejudice.  Defendant has been contacted and have no opposition to this motion, although an answer has been filed.

**WHEREFORE,** plaintiffs pray for an Order of partial dismissal, dismissing defendant,

**AMERICAN RELIABLE INSURANCE COMPANY** from this matter, without prejudice, and reserving all rights against all parties not dismissed herein.

        Respectfully Submitted:

        **JIM S. HALL & ASSOCIATES**

        s/Jim S. Hall
        **JIM S. HALL, (Bar No.: 21644)**
        **JOSEPH W. RAUSCH (Bar No.: 11394)**
        800 N. Causeway Blvd., Suite #100
        Metairie, Louisiana 70001
        Telephone: (504) 832-3000
        Facsimile: (504) 832-1799
        E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 11th day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

        s/Jim S. Hall
        **JIM S. HALL**