UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| _____ | * | SECTION   K   - JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | |
| | * | MAG. (2) - MAG. WILKINSON |
| INSURANCE:      *Aaron,* 06-4746 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, Counsel for plaintiffs in *Aaron, et al vs. AIG, et al* has inquired of counsel whether there is any objection to the filing of the Unopposed Motion for Partial Dismissal of **AMERICAN RELIABLE INSURANCE COMPANY** without prejudice, and has received no objection.

                                                                                                                     Respectfully Submitted:

                                                                                                                     JIM S. HALL & ASSOCIATES

                                                                                                                     s/Jim S. Hall_____
                                                                                                                     **JIM S. HALL, (Bar No.: 21644)**
                                                                                                                     **JOSEPH W. RAUSCH (Bar No.: 11394)**
                                                                                                                     800 N. Causeway Blvd., Suite #100
                                                                                                                     Metairie, Louisiana 70001
                                                                                                                     Telephone: (504) 832-3000
                                                                                                                     Facsimile: (504) 832-1799
                                                                                                                     E-Mail: jim@jimshall.com