UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Augustine, No. 06-5142) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************** | | |

FIRSTAMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Xiomara Augustine, individually and d/b/a Bright Minds Academy, Lisa Stafford, Anna Lena Stewart and Brenda M. Moses, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Lake Bullard, Lake Barrington, Lake Forest, Huntington Park, and Fairway Estates communicates and environs, (hereinafter "Lake, Park, Subdivision and Estates Plaintiffs"), who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 4.A and 10.A through 10.D, to-wit:

4.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury caused by the negligence of the United States Army Corps of Engineers.

10.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Thelma L. Andrews | 06N15T2943 |
| Xiomara Augustine, Bright Minds Academy | 06N15T6411 |
| Sonia and Leo Baham | 06N15T2125 |
| Kendrick Bankston | 06N15T065 |
| Byrom and Tiffanni L. Beckham | 06N15T3987 |
| Dominica and John A. Benfatti | 06N15T832 |
| Lorna Bennett | 06N15T3988 |
| Gladys Binder | 06N15T2145 |
| Rita M. Blazio | 06N15T4853 |
| Patricia S. and Lester L. Bloom, Jr. | 06N15T14420 |
| Alvin R. Blouin, Jr. | 06N15T14440 |
| Rachelle K. Blouin | 06N15T14441 |
| Jerome A. Bondy | 06N15T2484 |
| Gilda and Kenneth Boyd | 06N15T5242 |
| Jacqueline Breaux | 06N15T247 |
| Louise E. and Michael Broussard | 06N15T248 |
| Marlene and Gerroll Brown | 06N15T834 |
| Marjorie Brown | 06N15T12159 |
| Earnestine C. and Augusta L. Burge, Jr. | 06N15T10075 |
| Dr. Daryl Byrd | 06N15T6989 |
| Louis M. Cadres | 06N15T062 |
| Catera S. and Damon Carraby | 06N15T7956 |
| Theresa Cole | 06N15T4884 |
| Sharon C. and Ken L. Crawford | 06N15T6426 |
| Ryan Crawford | 06N15T6427 |
| Betty and Clarence Crockett | 06N15T4888 |
| Danielle T. Davis | 06N15T2780 |
| Glenda and Ernest Davis | 06N15T2782 |
| Irma F. Davis | 06N15T7962 |

| | |
|---|---|
| Shelita DeCuir | 06N15T7966 |
| Philomena D. and Ferdinand Dinnant, III | 06N15T7970 / 06N15T9878 |
| Eddie Dollis, Sr. | 06N15T4034 |
| Mary and Eddie Dollis | 06N15T4036 |
| Charlotte Drumgoole | 06N15T6591 |
| Keonna Etienne | 06N15T1348 |
| Self and Clarissa S. Evans | 06N15T860 |
| Wilbert Farve, Sr | 06N15T859 |
| Allen Fernandez/Geralyn Green | 06N15T207 |
| Yma and Craig Ferrouillets, Sr. | 06N15T9958 |
| Diane and Ernest Fleming | 06N15T7979 |
| Rosalind M. and Bonitri Florent | 06N15T10084 |
| Ave' V. Gaines | 06N15T1244 |
| Addie V. and Douglas Gaines | 06N15T3005 |
| Casandra Goins | 06N15T208 |
| Eve Goudeau | 06N15T14462 |
| Shelia H. and Victor Gray | 06N15T263 |
| Lucille Grayes | 06N15T6995 |
| Audrey B. Green | 06N15T6438 |
| Geralyn M. Green | 06N15T265 |
| Kane Gulley | 06N15T1334 |
| Edna A. Harrell | 06N15T186 |
| Ursula B. Harris | 06N15T4928 |
| Dale K. Haydel | 06N15T184 |
| Valerie C. Haynes | 06N15T5029 |
| Francis Joseph Henry | 06N15T10136 |
| Jean Jurette Henry | 06N15T10137 |
| Renea' T. Henry | 06N15T12387 |
| Vanessa Holliday | 06N15T2553 |
| Joyce and Richwell Ison | 06N15T6597 |
| Domonique Jackson | 06N15T2123 |
| Kenneth R. James | 06N15T1874 |
| Cynthia Jasper | 06N15T2129 |
| Lorraine and Ed Henry Johnson | 06N15T3020 |
| Rayetta M. Johnson | 06N15T259 |
| Sheneka Johnson | 06N15T6601 |
| Jenell and Alton Jones | 06N15T7984 |
| Evangeline and Gary R. Joseph | 06N15T2797 |
| Tonicka King | 06N15T040 |
| Kendrick and Kellie W. Knockum | 06N15T853 |
| Lourdes and Clarence Landrum | 06N15T189 |
| Patricia and Clarence Leonard, Jr. | 06N15T4123 |
| Patricia Clay Leonard | 06N15T4125 |
| Cheryl Lewis | 06N15T2127 |
| Cheryl M. A. Lewis | 06N15T4943 |
| Donald A. Lewis, Jr. | 06N15T2128 |

| | |
|---|---|
| Gerard Marioneaux, Sr. | 06N15T3034 |
| Ora Mae P. Marioneaux | 06N15T3035 |
| Genean and Podel Mathieu | 06N15T14417 |
| Kaprena C. and Andrew A. McCallister | 06N15T2135 |
| Alfred and Terri McCrea | 06N15T1346 |
| Thomas McGee, Sr. | 06N15T196 |
| Zelda and Ellsworth McKendall | 06N15T3037 |
| Sherman McWilliams | 06N15T14438 |
| Karen A. Mercadal | 06N15T2807 |
| Jesse Mitchell | 06N15T4949 |
| Ann C. and Paul Mitchell | 06N15T4948 |
| Wanda M. Montgomery | 06N15T1886 |
| Curtis A. Moret, Jr | 06N15T858 |
| Brenda M. Moses | 06N15T14453 |
| Ashton C. Mouton, Jr. | 06N15T174 |
| Frances A. O'Brien | 06N15T3042 |
| Frank J. O'Brien, Jr. | 06N15T3043 |
| Annette Perkins | 06N15T4962 |
| Gerald Peters, Sr. | 06N15T14483 |
| Nyea and Milton Pierre | 06N15T837 |
| Jean and Sherman Pittman | 06N15T14479 |
| April Porter | 06N15T6557 |
| Cajet Potter | 06N15T1894 |
| Karin Purdum | 06N15T855 |
| Aaron G. Recasner | 06N15T10262 |
| Barbara S. and Thomas E. Richardson | 06N15T047 |
| Ryan Anthony Rochon | 06N15T3072 |
| Phyllis A. Rockett | 06N15T7993 |
| Oliver J. Ross | 06N15T2814 |
| Maxine Ruffin | 06N15T7994 |
| Gail C. and Leonard Saizan | 06N15T857 |
| Brin S. Sawyer | 06N15T4976 |
| Dorian Scio | 06N15T6558 |
| Vanessa and Eddie Smith | 06N15T830 |
| Georgette Smith | 06N15T3080 |
| Jearl Dean Smith | 06N15T3082 |
| Lori and Kenneth St. Charles | 06N15T823 |
| Wendell A. Strickland | 06N15T072 |
| Judy and Arden Taylor, Sr. | 06N15T4982 |
| Don Thibodeaux | 06N15T828 |
| Cheryl A. Thomas | 06N15T1248 |
| Carolyn and Richard C. Thomas | 06N15T14435 |
| Valerie J.R. Thomas | 06N15T4983 |
| Aristile M. Thompson | 06N15T3091 |
| Tangie Thompson | 06N15T4985 |
| Rhoda E. Timpton | 06N15T838 |

5

| | |
|---|---|
| Sharon G. and James Turner | 06N15T197 |
| Krystal L. Turrell | 06N15T4989 |
| Shirley B. Turrell | 06N15T1912 |
| Zachary Turrell | 06N15T1914 |
| A. Dale Tynes | 06N15T041 |
| Eberle and Chijioke Uchime | 06N15T4929 |
| Helen Uhiara | 06N15T2816 |
| Margaret and Sunday Uhiara | 06N15T2817 |
| Nathaniel Walker | 06N15T1918 |
| Geraldine and James Warren | 06N15T836 |
| Ursula R. Watts | 06N15T4993 |
| Patsy M. and Don R. White, Sr. | 06N15T2819 |
| Glenn P. White, Sr. | 06N15T4995 |
| Beverly S. Wilkerson | 06N15T14472 |
| Sandra and Albert Williams | 06N15T2820 |
| Cora and Freddie Williams | 06N15T5456 |
| Carolyn Hall and Warner Williams | 06N15T14418 |
| Linda Jo Williams-Carter | 06N15T861 |
| Sondra and Arthur J. Winfield | 06N15T826 |
| Cheryl C. and Herbert C. Wing | 06N15T10324 |
| Barbara S. Winstell-Wheat | 06N15T1925 |
| Donald Wright | 06N15T14470 |
| Brandi Adams | 06N15T3949 / 06N15T4843 |
| Linda and Clarence B. Adams | 06N15T3950 / 06N15T6409 |
| Danielle Adams | 06N15T4844 |
| Linda Adams | 06N15T3952 |
| Marcella Andres | 06N15T9987 |
| Gladys Augustin | 06N15T3983 |
| Arlease and Justin Augustine | 06N15T2772 |
| Angela B. and Clarence Bailey, Jr. | 06N15T5139 |
| Kim and Ronald Baptiste | 06N15T042 |
| Lolita Barber | 06N15T2959 |
| Michael Barlow | 06N15T2920 |
| Octave Bazanac | 06N15T5368 |
| Sherron and Eric Bennett | 06N15T997 |
| Angela R. Bernal | 06N15T2963 |
| Ricardo J. Bethune | 06N15T058 |
| Frank J. Bissant | 06N15T999 |
| Brenda W. Branon | 06N15T906 |
| Marjorie Brown | 06N15T12159 |
| Sheral and Hilliard Butts | 06N15T1858 |
| Alisa and Harold Chambliss | 06N15T250 |
| Harold Chambliss, Jr. | 06N15T2777 |
| Alisa and Harold L. Chambliss | 06N15T2776 |
| Self and Sean Chambliss | 06N15T2778 |
| Renetta and Norval R. Chester, Jr. | 06N15T2134 |

| | |
|---|---|
| Veronica A. Chester | 06N15T2133 |
| Alicia Plummer Clivens | 06N15T251 |
| Joyce E. and Louis Colin | 06N15T1862 |
| Joyce Combs | 06N15T2779 |
| Shirley and Silas Conner | 06N15T10127 |
| Eugenia Constantine | 06N15T5022 |
| Kiksha N. Constantine | 06N15T5023 |
| Robert Constantine, Jr. | 06N15T5024 |
| Janice M. and Thomas Coston, Jr. | 06N15T254 |
| Alan J. Cousin | 06N15T1866 |
| Deborah Daniel | 06N15T12130 |
| Emile Davis, Jr. | 06N15T2136 |
| Wynette G. and Kevin J. Dobard | 06N15T2785 |
| Sourinha and Joseph Dorsey | 06N15T14422 |
| Wanda and Cyril M. Duplessis, Sr. | 06N15T6592 |
| Nia Duplessis | 06N15T6432 |
| Darreille L. Ellis | 06N15T4907 |
| Lenary and Harvey Ellis, Jr. | 06N15T4909 |
| Kristin L. Ellis | 06N15T4910 |
| Lois and Manuel J. Ellis, Sr. | 06N15T046 |
| Tanya L. Ellis | 06N15T4911 |
| Karl A. Evans | 06N15T4042 |
| Chris Farve | 06N15T1605 |
| Herman J. Franklin | 06N15T1869 |
| Kim L. Frederick | 06N15T6434 |
| Brigette and Darril Frick, Jr. | 06N15T4916 |
| Gayle M. and Milton Gilmore | 06N15T868 |
| Gayle and Milton G. Gilmore | 06N15T039 |
| Sharon A. Goines | 06N15T6581 |
| Linda M. Hardy | 06N15T10134 |
| Manuel Harper, Jr. | 06N15T899 |
| Neshandra Hill | 06N15T886 |
| Nadine F Holliday | 06N15T2551 |
| Ginger B. and Eugene Holmes, Jr. | 06N15T6441 |
| Davina J. and Carl Honore' | 06N15T273 |
| Anne Irving | 06N15T14494 |
| Amanda Jackson | 06N15T2126 |
| Darlene H. James | 06N15T1872 |
| Giles O. James | 06N15T7982 |
| Ernestine Jefferson | 06N15T6446 |
| Gretchen M. Batiste-Johnson and August Johnson, Jr. | 06N15T274 |
| Carolyn R. and Earl G. Johnson | 06N15T14456 |
| Estella and Ernest Johnson | 06N15T063 |
| Gilda M. Johnson | 06N15T1233 |
| Lynetta M. Johnson | 06N15T4935 |
| Sharren B. Johnson | 06N15T2921 |

| | |
|---|---|
| Viola A. Johnson | 06N15T6448 |
| Winifred E. Johnson | 06N15T889 |
| Terry A. Jones | 06N15T10146 |
| Dianne Julien | 06N15T12914 |
| Gail and Ronald Karr | 06N15T10244 |
| Jeanne and Gregory Keys | 06N15T2146 |
| Charles Kyser | 06N15T900 |
| Deborah Larkins | 06N15T895 |
| Patsy D. Garmany Lea | 06N15T066 |
| Robin Lemieux | 06N15T1877 |
| Neljuana and Ajay Mallery, Sr. | 06N15T7014 |
| Hilda and Gaylord Markey | 06N15T181 |
| Calvin Martin | 06N15T4945 |
| Karen L. Martin | 06N15T1880 |
| Linda M. Massenburg | 06N15T10250 |
| Vanessa C. and Ronald Matthews | 06N15T2803 |
| Betty J. McCormick | 06N15T5030 |
| Keianne McCormick | 06N15T5034 |
| Hedy and Albany McKendell, Sr. | 06N15T2805 |
| Dylan Mitchell | 06N15T4210 |
| Patricia W. and Garry W. Mitchell | 06N15T192 |
| Garry W. Mitchell | 06N15T2124 |
| Sabrina M and Darryl Montana | 06N15T877 |
| Lauren B. Moore | 06N15T289 |
| Dennis A. Morgan | 06N15T1887/06N15T1887A |
| Tydell A. Nealy | 06N15T4952 |
| Richard T. Nelson, III | 06N15T7997 |
| Alton Newton | 06N15T891 |
| Thanh and Hang T. Nguyen | 06N15T3039 |
| Kerilyn S. and Michael C. Norman | 06N15T4955 |
| Rose C. Noto | 06N15T7999 |
| Bruce G. Parent, Sr. | 06N15T1889 |
| Bridget E. and Allen A. Pellebon, Jr. | 06N15T10255 |
| Charles Phillips | 06N15T2922 |
| Willie Pitfoid | 06N15T2809 |
| Rose Marie Powell | 06N15T878 |
| Terry Prather | 06N15T1896 |
| Shelton G. Rayford | 06N15T1897 |
| Jessie M. and Calvin J. Ricks | 06N15T2811 |
| Jo Ann Rochon | 06N15T2137 |
| Georgianna and Malcolm Rodriguez | 06N15T2151 |
| Sonja Saizan | 06N15T4975 |
| Sarah Sholes | 06N15T1899 |
| Danette D. and Wendell B. Simmons | 06N15T3076 |
| Ann and Jose' Singletary | 06N15T12493 |
| Herbert K. Smalls | 06N15T908 |

| | |
|---|---|
| Lisa J. Smith | 06N15T4980 |
| Robert H. Spriggens | 06N15T1906 |
| D.T. Spriggins | 06N15T6455 |
| Mtsumish St. Julien | 06N15T887 |
| Lisa Stafford | 06N15T1909 |
| Anna Lena Stewart | 06N15T8368 |
| Odile Taylor | 06N15T1237 |
| Marion and Warren Taylor | 06N15T901 |
| Julie Tran | 06N15T7017 |
| Peter Tran | 06N15T7016 |
| Chuong and Tinh Tran | 06N15T7015 |
| Fred D. Tuckerson | 06N15T10320 |
| Rudolph G. Vito, Jr. | 06N15T1916 |
| Kenneth A. Walters, Sr. | 06N15T12917 |
| Ut Thi Weaver | 06N15T7018 |
| Adrian White | 06N15T5458 |
| Rose Mary and Arthur E. Williams, Jr. | 06N15T8005 / 06N15T9876 |
| Deidre B. Wright | 06N15T3106 |
| Felicia Aguillard | 06N15T171 |
| Angela and Stephen B. Anson | 06N15T14432 |
| Sandra W. Baez | 06N15T2923 |
| Robin J. Barrett | 06N15T996 |
| Deborah M. Bart | 06N15T1224 |
| Eugene Bart | 06N15T246 |
| Earline and James Bellaney | 06N15T7950 / 06N15T9879 |
| Genevieve Bellow | 06N15T2960 |
| William Bickham | 06N15T7671 |
| Yolanda A. Bonner | 06N15T12911 |
| Gaynell R. Brent | 06N15T4863 |
| Iris and Norman Brisco | 06N15T2150 |
| Denisse J. and Anthony S. Broussard, Sr. | 06N15T2971 |
| Gerard M. Broussard | 06N15T1236 |
| Betty Smith Brown | 06N15T2774 |
| Cynthia Brown | 06N15T703 |
| Bertha A. and Gregory Brumfield, Sr. | 06N15T6584 |
| Gregory Brumfield, Jr. | 06N15T10067 |
| Audrey and Hilliard Butler | 06N15T4870 |
| Bobbie and Charles T. Caldwell | 06N15T6420 |
| Janice and Clarence Cargo | 06N15T1228 |
| Ferlin Carr | 06N15T12329 |
| Renetta Carter | 06N15T14448 |
| Vong D. Chanthavilay | 06N15T14442 |
| Shirley and Silas Conner | 06N15T10130 |
| Sharon D. Cornell | 06N15T6992 |
| Rachel Cousin | 06N15T1867 |
| Deshon Crawford | 06N15T14477 |

| | |
|---|---|
| Alton J. Crowden | 06N15T6428 |
| Joseph A. Dandy | 06N15T4896 |
| Otis D. Dandy | 06N15T2987 |
| Zanda C. Dandy | 06N15T2988 |
| Claudia N. Darby | 06N15T6993 |
| Debra M. Davis | 06N15T7960 / 06N15T9874 |
| Emanuel T. Davis | 06N15T2947 |
| Virgie and Roger L. Davis, Sr. | 06N15T6429 |
| Teresina and Ronald DeCuir | 06N15T7964 |
| Sherell Decuir | 06N15T7034 |
| Antoinette DeGrange | 06N15T10132 |
| Melvin DeGruy | 06N15T863 |
| Ashley Dennis | 06N15T12354 |
| Dione Dennis | 06N15T1612 |
| Joseph Dillard | 06N15T14473 |
| Isadore and Josepha Domingue | 06N15T6590 |
| George Fabre' | 06N15T3000 |
| Margaret Fortune' | 06N15T4045 |
| Melonie Fortune' | 06N15T6433 |
| Erica Foster | 06N15T2788 |
| Jessie Foster | 06N15T206 |
| Lynette Foster | 06N15T2789 |
| Mattie Franklin | 06N15T10129 |
| Kent A. Frazier | 06N15T4914 |
| Christine and Alvin Freeman | 06N15T1222 |
| Dianne Gaines | 06N15T198 |
| Sarah R. Gaines | 06N15T043 |
| Nicole C. and Noble W. Garner | 06N15T2141 |
| Marian Giardina | 06N15T6435 |
| Kayanna Gibson | 06N15T2686 |
| Kolette and Michael Gibson | 06N15T2793 |
| Sherree G. and Waldon D. Green, III | 06N15T4059 |
| Gregory J. Hamilton | 06N15T2931 |
| Janet and Willie Hardy | 06N15T180 |
| Glen J. Harris | 06N15T2944 |
| Margaret M. Hartman | 06N15T271 |
| Geraldine and James Hayes | 06N15T1242 |
| Latoshia Hayes | 06N15T6440 |
| Latoshia A. Hayes | 06N15T6595 |
| Michael Hayes | 06N15T2919 |
| Doretha and William Hayes | 06N15T5453 |
| Lois Hazeur | 06N15T272 |
| Charles Henry | 06N15T12389 |
| Alberta L. Hills | 06N15T4930 |
| Darrien Honora | 06N15T6442 |
| Charnette D. Hunter | 06N15T4931 |

| | |
|---|---|
| Jean T. Jack | 06N15T4090 / 06N15T4933 |
| Julius N. Jacobsen | 06N15T825 |
| Calvin Jaguillard | 06N15T173 |
| James M. Johnson | 06N15T2918 |
| Phyllis R. Johnson | 06N15T2795 |
| Antoinette B. Jones | 06N15T2927 |
| Cindy and Darryl Jones | 06N15T3024 |
| Don A. Jones | 06N15T4937 |
| Henry A. Jones | 06N15T2945 |
| Lorie James and Kenneth M. Jones, Jr. | 06N15T7985 / 06N15T9877 |
| Lester C. Jones | 06N15T4936 |
| Rebecca F. and Walter L. Jones | 06N15T7986 |
| Josett T. and Wendell B. Jones | 06N15T3025 |
| Danita Kelly | 06N15T12415 |
| Alice King | 06N15T7988 |
| Rudy V. King | 06N15T1550 |
| Rodney L. Latapie | 06N15T1247 |
| Yvette L. Lation | 06N15T4939 |
| Clyde Lawrence | 06N15T6449 |
| Beatrice LeBlanc | 06N15T4940 |
| Robin Lemieux | 06N15T1877 |
| Antoinette A. Lewis | 06N15T2799 |
| Rev. Frank L. Lewis | 06N15T4944 |
| Geraldine D. and Emile G. Lombard, Sr. | 06N15T12422 |
| Fuki T. Madison | 06N15T2801 |
| Christopher Mathews | 06N15T2802 |
| Debra McClain | 06N15T175 |
| Brenda J. McKee | 06N15T1527 |
| Camille S. McKey | 06N15T4947 |
| Angela M. Mercadel | 06N15T282 |
| Binta L. Miles | 06N15T1223 |
| Debra K. Miles | 06N15T1226 |
| Elaine F. and Brian C. Miller | 06N15T191 |
| Carolina B. and Daniel Monjarres | 06N15T2925 |
| Shanta Moore | 06N15T12452 |
| Gail M. and R.T. Nixon | 06N15T4954 |
| Linda F. Painia | 06N15T4957 |
| Vivian Carter Palmer | 06N15T4958 |
| Carolyn and Ossy Patterson | 06N15T2941 |
| Mary C. Perez | 06N15T210 |
| Vincent J. Perez | 06N15T3047 |
| Renetta and Ron Perry | 06N15T14493 |
| Annette R. Powell | 06N15T864 |
| R. Marie H. Prevost | 06N15T10260 |
| Stacey L. Prevost | 06N15T10261 |
| Thomas Price | 06N15T12916 |

| | |
|---|---|
| Regina H. Quillens | 06N15T059 |
| Tyrone M. and Donya Dalcour- Ralph | 06N15T7000 |
| Angela and LaSalle Rattler | 06N15T2942 |
| Henry Reed | 06N15T4969 |
| Beverly A. Richard | 06N15T3057 |
| Charles L. Richard | 06N15T4971 |
| Kristen J. Rillieux | 06N15T12471 |
| Angel Rivers | 06N15T214 |
| Rose V. Robinson | 06N15T10264 |
| Yvonne Rochon | 06N15T1497 |
| Lynell and Alvin Rowan | 06N15T4974 |
| Lorraine C. Sam | 06N15T14425 |
| Karol Sanders | 06N15T2926 |
| Cheryl Santa Marina | 06N15T12426 |
| Ahsaki G. and Lanny Scharpon, Sr. | 06N15T4977 |
| Bobby Johnson and Barbara W. Shelby | 06N15T7011 |
| Karen Wilson Sider | 06N15T10323 |
| Kelly and Clinton T. Smith, Jr. | 06N15T7022 |
| Marlo Solomon | 06N15T1903 |
| Marie and Donald Stewart | 06N15T14461 |
| Walter Swan | 06N15T3087 |
| Althea F. Tanner | 06N15T1232 |
| Rita Taylor | 06N15T6458 |
| Jill W. and Glenn D. Tillman, Sr. | 06N15T4986 |
| Marina Trufant | 06N15T3092 |
| Evon Vincent | 06N15T179 |
| Wanda M. and John L. Walker | 06N15T2940 |
| Emelda Watts | 06N15T14469 |
| Tonya J. White | 06N15T6608 |
| Cora and Freddie Williams | 06N15T5456 |
| Tanya and Lester Williams | 06N15T14457 |
| Deanne and Ronnie Williams | 06N15T14486 |
| Diane R. and Norbert Woods | 06N15T2924 |
| Somphit Xayaosa | 06N15T10325 |

10.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal flood control projects and by-waters not carried by any such federal flood control facility, to wit: Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, the Michoud Canal, and Inner Harbor Navigational Canal.

10.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

10.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD LLP

/s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W357710

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

                                       /s/ William C. Gambel
                                       William C. Gambel

W357710