UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Christophe, No. 06-5134) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

******************************************

## ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint,

IT IS ORDERED that the Motion for Leave to File First Amended Complaint filed by Plaintiffs, Mary and Farrell Christophe, Cajuana T. and William R. Lazard, III, Bessie and Manuel Myers, Nora and Sterling Walker, Sr., and others persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed on August 28, 2006, residing in, or doing business in the EAST GENTILLY, (hereinafter "East Gentilly Plaintiffs"), who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, be and the same hereby is GRANTED.

New Orleans, Louisiana on this the 11th day of April, 2007.

William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
W357746

Stanwood R. Duval, Jr.
United States District Judge