UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § | CIVIL ACTION No.  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (06-5137) | |

## ORDER

Considering the foregoing motion:

IT IS ORDERED that Norfolk Southern Railway Company's Motion to Reschedule the hearing on its Motion to Dismiss Pursuant to Rule 12(b)(6) originally filed on December 8, 2006 and scheduled for hearing on December 27, 2006, is hereby GRANTED and the Motion to Dismiss is now scheduled for hearing on March 23, 2007 at 9:30 a.m.

New Orleans, Louisiana, this  11th  day of April 2007.

_____
UNITED STATES DISTRICT JUDGE