UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION NO: 05-4182
CONSOLIDATED LITIGATION

SECTION "K"

PERTAINS TO:

MAGISTRATE: 2

ST. RITA: <u>Kenney</u> (06-7355)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING, Voluntary Motion to Dismiss filed by Jeffrey M. Kenney, et al. And Defendants, Salvador A. Mangano, Mabel B. Mangano, and Buffman, Inc. a/k/a St. Rita's Nursing Home;

IT IS HEREBY ORDERED the United States of America, made third party defendant herein is hereby dismissed from this matter, without prejudice, and shall no longer be a party to this litigation.

Signed this ___11th___ day of April, 2007 in New Orleans, Louisiana

_____
JUDGE