UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:

INSURANCE: FLAKE, 06-8244
CIVIL ACTION NO: 05-4182 (K) (2)
JUDGE DUVAL, MAGISTRATE WILKINSON

## ORDER

Considering the Motion regarding the Hearing now scheduled for March 23, 2007 at 10:00 a.m.:

IT IS ORDERED that the Hearing presently scheduled for March 23, 2007 at 10:00 a.m. is hereby continued without date for the Court to reset at the appropriate time.

New Orleans, Louisiana this the 11th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE