UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:<br>INSURANCE     (*Hammer*, 06-9152) | *   CIVIL ACTION<br>*<br>*   NO. 05-4182<br>*<br>*   SECTION "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Clarification and Incorporated Memorandum;

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion be and is hereby **GRANTED**.  The *Hammer* putative class action (C.A. No. 06-9152) is STAYED pursuant to this Court's March 16, 2007 Order (Doc. 3426).  This Order satisfies the the Court's Order of April 10, 2007 (Doc. 3691).

**NEW ORLEANS, LOUISIANA**, this 11th day of April, 2007.

Stanwood R. Duval, Jr.
United States District Judge

866989v.1