UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Sims, Jr., No. 06-5116) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************** | | |

## ORDER

Considering the foregoing Motion for Leave to File Second Amended Complaint,

IT IS ORDERED that the Motion for Leave to File Second Amended Complaint filed by Plaintiffs, Leslie Sims, Jr., Rosa Marques, Floyd S. Aaron, III, Hassar Sleem, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, residing in, or doing business in Lakeview and Carrollton-Hollygrove areas of Orleans Parish, who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, be and the same hereby is GRANTED.

New Orleans, Louisiana on this the 11th day of April, 2007.

_____
Stanwood R. Duval
United States District Judge

William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
W357762