UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Sims, Jr., No. 06-5116) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************* | | |

SECOND AMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Leslie Sims, Jr., Rosa Marques, Floyd S. Aaron, III, Hassar Sleem, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in Lakeview and Carrollton-Hollygrove areas of Orleans Parish, who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and in furtherance thereof, hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 7.A. and 11.A through 11.D, to wit:

7.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming

damages and injury caused by the negligence of the United States Army Corps of Engineers.

11.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Craig R. Dermody | 06N15T799 |
| Floyd J. Aaron, III | 06N15T14426 |
| Jeanette M. Allen | 06N15T2954 |
| Leatrice Barrow | 06N15T7025 |
| Barbara Burns | 06N15T4868 |
| Vernon A. Cooper | 06N15T5027 |
| Linda A. and Loran K. Ebarb | 06N15T7978 |
| William K. Jacobs | 06N15T7023 |
| Marcel A. Jenkins, Jr. | 06N15T6598 |
| Sandra E. Jenkins | 06N15T6599 |
| Rosa Marquez | 06N15T14491 |
| Jeannette B. McCurnin | 06N15T280 |
| Leo Patrick McCurnin, Jr. | 06N15T281 |
| Collette F. Norwood | 06N15T14474 |
| Patricia McGee Shelby | 06N15T7019 |
| Leslie Sims, Jr. | 06N15T14460 |
| Alfred Weber | 06N15T1919 |
| Onettia Weber | 06N15T1921 |
| Sosthene George Weber, Jr. | 06N15T1923 |

11.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal flood control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, Inner Harbor Navigational Canal, the 17th Street Outfall Canal,

including Monticello Canal, and feeder canals, Palmetto Canal, Hoey Canal, Florida Avenue Canal, London Avenue Outfall Canal, and Orleans Avenue Canal.

11.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

11.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this Second Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

                                        Respectfully submitted,

OF COUNSEL:                             /s/ William C. Gambel
                                        William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD LLP             909 Poydras Street, Suite 2300
                                        New Orleans, LA  70112-1010
                                        Telephone:  (504) 569-7000
                                        Telecopy:  (504) 569-7001
                                        wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W357594

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

/s/ William C. Gambel
William C. Gambel

W357594