**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>MRGO (Russell, No. 06-5155) | | |

**MOTION FOR EXTENSION OF TIME**
**TO SERVE DEFENDANT HAM CONSTRUCTION OVERSEAS NV**

**NOW COME** plaintiffs, Susan Russell, et al, by and through the undersigned counsel, who pray that they be granted an extension of time until July 16, 2007, to serve Ham Construction Overseas NV ("Ham Construction").  Ham Construction, whose last known address is in Curacao, The Netherlands, is a named defendant in plaintiffs' original Complaint.  By Order dated January 22, 2007 (Doc. #2801), this Honorable Court granted plaintiffs additional time until April 15, 2007, within which to serve Ham Construction.  Thereafter, plaintiffs completed preparation of the necessary paperwork and forwarded the documents to an international process server for service on Ham Construction in Curacao.  There, the documents were to be translated and forwarded to The Netherlands for service on the defendant.

On Tuesday, April 10, 2007, the process server advised plaintiffs that all of the pleadings and documents to be served on Ham are in the final stages of translation and should be served shortly. Nevertheless, service will very likely not occur prior the April 15, 2007 deadline.  Accordingly,

plaintiffs hereby request that this Honorable Court grant an extension of time until July 16, 2007,

to serve Ham Construction.

      **WHEREFORE**, plaintiffs, Susan Russell, et al, pray that this Honorable Court grant an

extension of time until July 16, 2007, to serve Ham Construction Overseas NV.

             Respectfully submitted,

             deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.


             BY:    /s/ John W. deGravelles_____
                   John W. deGravelles (Bar Roll No.: 4808)
                   618 Main Street
                   Baton Rouge, Louisiana 70801-1910
                   TELEPHONE: (225) 344-3735
                   FACSIMILE: (225) 336-1146
                   ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.


                _____/s/ John W. deGravelles_____
                   John W. deGravelles