UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:<br><br>MRGO (Russell, No. 06-5155) | § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Ham Construction Overseas NV filed by plaintiffs, Susan Russell, et al, (the "Motion");

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** and that Susan Russell, et al, are granted an extension of time through and including July 16, 2007, to serve Ham Construction Overseas NV.

New Orleans, LA, this _____ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE