MINUTE ENTRY
WILKINSON, M.J.
APRIL 11, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL CASES | JUDGE DUVAL MAG. WILKINSON |

At the request of Liaison Counsel, a telephone conference was conducted on this date. Participating were: Joseph Bruno and Ralph Hubbard. Liaison Counsel requested that I schedule two status conferences. Accordingly, **IT IS ORDERED** that on **Tuesday, April 17, 2007 at 2:00 p.m.**, a STATUS CONFERENCE will be conducted before me to discuss a schedule for filing and briefing of motions to dismiss by the Engineer, Architect and Contractor defendants.

In addition, a STATUS CONFERENCE will be conducted before me on **Tuesday, April 24, 2007 at 2:00 p.m.**, to discuss logistical and cost arrangements for the document repositories contemplated by the Case Management Order, Record Doc. No. 3299,

MJSTAR: **0 : 20**

¶ IV (C).  Liaison Counsel must submit to me an agenda of topics to be discussed at this conference no later than **April 20, 2007.**

                                            JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**