UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, <u>Carney</u> (07-1349) | JUDGE DUVAL |

## ORDER

Defendant's request for oral argument, Record Doc. No. 3669, on its Motion for More Definite Statement, Record Doc. No. 3653, set for hearing before the undersigned magistrate judge on May 2, 2007, is hereby DENIED. The motion will be decided on the briefs without oral argument.

New Orleans, Louisiana, this __12th__ day of April, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE