UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  |  | CIVIL ACTION |
|  | * | No. 05-4182 |
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * |  |
|  | * | SECTION "K" (2) |
|  | * |  |
|  | * | JUDGE DUVAL |
|  | * |  |
|  | * | MAGISTRATE WILKINSON |
| PERTAINS TO: | * |  |
| INSURANCE   (*Abadie,* 06-5164) | * |  |
|  | * |  |
|  | * |  |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |  |

## **MOTION FOR VOLUNTARY DISMISSAL AND INCORPORATED MEMORANDUM**

**NOW INTO COURT** through undersigned counsel, come all named plaintiffs in

C.A. No. 06-5164, and hereby move this court to dismiss plaintiffs' class action claims against

- 1 -

865222v.1

State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm") without prejudice for the following reasons.

**1.**

On August 28, 2006, over 3000 named plaintiffs filed a putative class action Complaint styled *Abadie et al. v. Aegis Security Insurance Company, et al.*, C.A. No. 06-5164. These named plaintiffs purported to bring their claims individually and on behalf of the putative class against approximately 161 insurer defendants for damages arising out of Hurricane Katrina.

On September 6, 2006, a First Supplemental and Amending Complaint naming approximately 280 additional plaintiffs was filed. This First Supplemental Complaint reiterated the allegations of the Original Complaint, including the class action allegations.

**2.**

This action was consolidated under *In re Katrina Canal Breaches* on September 7, 2006. Doc. 1087.

**3.**

The Abadie plaintiffs filed a Motion for Administrative Closure on December 15, 2006. Doc. No. 2238. The Court heard oral argument on that Motion on January 24, 2007. Doc. 2860.

**4.**

On February 28, 2007, the Fifth Circuit entered an Order granting the *Chehardy* insurer defendants motion to stay district court proceedings pending resolution of the *Chehardy* appeal.  The following day, March 1, 2007, this Court issued Case Management Order Number 4 in the consolidated Katrina litigation.  Doc. 3299.

**5.**

Following the Fifth Circuit's stay order in *Chehardy*, this Court held oral argument on March 15, 2007, regarding the effect of the Fifth Circuit order on CMO No. 4, specifically, the effect of the stay on the Insurance Class Actions other than *Chehardy* that constitute part of this Court's *In re Katrina Canal Breaches* consolidated litigation.

**6.**

Pursuant to CMO No. 4, on March 15, 2007, plaintiffs in the consolidated litigation filed their Master Class Action Insurance Complaint which states: "This Master Consolidated Complaint for Insurance Sub-Group consolidates the following class actions . . . 06-5164 . . .."  Doc. 3413, Caption.  The Complaint further alleges:

> This is an amending superseding, consolidated complaint asserting causes of action by and against parties already before this Court.

Doc. 3414, ¶ 7. Five of the *Abadie* plaintiffs are listed as class representatives for the proposed State Farm insured plaintiff sub-class. These five plaintiffs bring their claims individually and on behalf of the putative sub-class of State Farm homeowner insureds. Doc. 3413 at ¶ 2

**7.**

Because the class action allegations originally made in *Abadie* are made in and superseded by the Master Class Action Insurance Complaint, plaintiffs desire to delete all class action allegations from the *Abadie* complaint. Continuance of the *Abadie* Complaint as a separate putative class action is unnecessary and would be duplicative of the Master Class Action Insurance Complaint.

**8.**

Accordingly, the *Abadie* plaintiffs desire to dismiss the class action allegations in the *Abadie* Complaint.

**9.**

On March 27, 2007, the Court issued an Order pursuant to the agreement reached by plaintiffs and all insurer defendants except State Farm administratively closing the *Abadie* action as to all insurer defendants except State Farm. Doc. 3573. Plaintiffs' claims against State Farm were severed and plaintiffs were ordered to file an amended complaint for each individual property claim within 30 days of the date of that Order. *Id.* For any claim not timely brought by amended complaint the claim will be dismissed without further notice. *Id.*

865222v.1

10.

The *Abadie* plaintiffs who choose to bring individual claims will comply with the Court's March 27, 2007, Order and will not assert any claims on behalf of a putative class in any amended individual Complaint filed pursuant to the March 27, 2007, Order.

11.

Counsel for plaintiffs has contacted counsel for State Farm who advises State Farm consents to dismissal of the *Abadie* class action allegations, but reserves its rights in any of the severed individual claims to raise any defenses previously asserted in *Abadie*.  Additionally, all State Farm defenses to the Master Class Action Insurance Complaint are reserved.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter an Order dismissing without prejudice the *Abadie* plaintiffs' class action allegations.

Respectfully submitted,

BRUNO & BRUNO

 s/ David S. Scalia
Joseph M. Bruno (3604)
David S. Scalia (21369)
855 Baronne Street
New Orleans, Louisiana  70113
PH: (504) 525-1335
FX: (504) 581-1493

Attorneys for Plaintiffs

865222v.1

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion for Voluntary Dismissal and Incorporated Memorandum has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 12th day of April, 2007.

                                                                  s/ David S. Scalia
                                                                    DAVID S. SCALIA

865222v.1