UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>No. 05-4182<br>SECTION "K" (2)<br>JUDGE DUVAL |
|  | * * | MAGISTRATE WILKINSON |
| PERTAINS TO:<br>INSURANCE    (*Abadie*, 06-5164) | * * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## O R D E R

Considering the foregoing Motion for Voluntary Dismissal and Incorporated Memorandum;

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion is **GRANTED**. The plaintiffs' class action allegations are dismissed without prejudice as they have been superseded by the Master Class Action Insurance Complaint. Doc. 3413. The remaining allegations of the *Abadie* Complaint and the individual claims of the *Abadie* plaintiffs are subject to this Court's March 27, 2007 Order (Doc. No. 3573). State Farm's right to raise any previously asserted defenses to the *Abadie* action in any of the severed individual actions or as defenses to the Master Class Action Insurance Complaint are reserved.

**NEW ORLEANS, LOUISIANA**, this ___ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE