UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   *Abadie*, 06-5164 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion for Summary Judgment filed by National Fire & Indemnity Exchange on February 9, 2007. (Doc. 3130). On December 7, 2006, this Court entered an Order of Partial Dismissal including National Fire & Indemnity Exchange. (Doc. 2088). As such, the subject motion is without merit as this party has been dismissed from the suit. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 3130) is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that the administrative closure of the above-reference matter is **LIFTED solely to allow for the docketing of this order.**

New Orleans, Louisiana, this   12th   day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE