UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                CIVIL ACTION
CONSOLIDATED LITIGATION

                                                            NO. 05-4182

PERTAINS TO: *Robinson*, C.A. No. 06-2286                   SECTION "K"(2)
*Publish to Web*

## ORDER

In the Court's Robinson Case Management Order No. 1, the Court found that a Special Master should be appointed pursuant to Fed. R. Civ. P. 53 to manage discovery in accordance with procedures to be set forth in a separate order. Plaintiffs and the Government were instructed to attempt to agree on a person for that appointment. However, no such agreement was reached.

On further consideration and consultation with Magistrate Judge Jay Wilkinson, it is the Court's belief that it would be in the best interest of all parties, that at this juncture, Magistrate Judge Wilkinson act in his capacity as magistrate judge assigned to this matter in conformance with all of the duties assigned to him pursuant to 28 U.S.C. 636(b)(1)(B), Fed. R. Civ. P. 72(a) and L.R. 72.1E. This decision does not preclude the Court at a later date revisiting this issue. Accordingly,

**IT IS ORDERED** that no special master shall be appointed at this time. Magistrate Judge Jay Wilkinson shall act in accordance with his powers under 28 U.S.C. 636(b)(1)(B), Fed. R. Civ. P. 72(a) and L.R. 72.1E to manage discovery and all other matters so empowered under these rules.

New Orleans, Louisiana, this   12th   day of April, 2007.

                                        STANWOOD R. DUVAL, JR.
                                   UNITED STATES DISTRICT COURT JUDGE