UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2)<br>* |
| PERTAINS TO:<br>INSURANCE   (*Aaron*, 06-4746) | * JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion to Substitute Counsel,

IT IS ORDERED that the motion is hereby GRANTED and that Charles L. Chassaignac, IV; James Eric Johnson; Bryan J. Haydel, Jr.; and Eleanor Weeks Wall of the law firm of Porteous, Hainkel, and Johnson, L.L.P. be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre, Michael Q. Walshe, J. Dalton Courson, and Heather S. Lonian of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled action.

NEW ORLEANS, LOUISIANA, this ___12th___ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

867140v.1