UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  ALL DREDGING LIMITATION and *Ackerson*, C.A. No. 06-4066 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Stay Limitation Actions (Doc. 2061) filed by Fellosea Ackerson seeking to stay all Dredging Limitation suits.  This motion was rendered moot by virtue of the Court's ruling dismiss the *Ackerson* matter on March 9, 2007 in its Order and Reasons (Doc. 3365).  Accordingly,

**IT IS ORDERED** that the Motion to Stay Limitation Actions is **DENIED** as **MOOT**.

New Orleans, Louisiana, this   13th   day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE