UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Paul*, C.A. No. 06-7682 | SECTION "K"(2) |

### ORDER

Before the Court is Plaintiffs' Motion for Class Certification (Doc. 1838) which with the entering of the Case Management Order No. 4 is rendered moot. Counsel for plaintiffs have been contacted and concur. Accordingly,

**IT IS ORDERED** that the Motion for Class Certification (Doc. 1838) is **DENIED without prejudice** as **MOOT**.

New Orleans, Louisiana, this  13th  day of April, 2007.

STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**