FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 11  AM 8:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: INSURANCE (06-4917) | * * * | JUDGE DUVAL<br>MAG. WILKINSON |

*********************************************************************

## PROPOSED ORDER

Considering the foregoing,

IT IS ORDERED that this matter is hereby DECONSOLIDATED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter be transferred to Section "R."

Ordered this __9th__ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

APR 11 2007
TRANSFERRED TO
SECT. R MAG. 5

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____