UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION: 05-4182 |
| | SEC. "K" JUDGE DUVAL |
| PERTAINS TO: INSURANCE     (*Vosbein, 06-7759*) | (2) MAGISTRATE WILKINSON |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant, Allstate Indemnity Company, erroneously named as Allstate Insurance Company, moves the Court for an order substituting James F. Ryan, of the firm of Donovan & Lawler, as its counsel of record for this action in lieu and in place of Judy Y. Barrasso and Catherine F. Giarrusso of the firm of Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, and whose names we are withdrawing as counsel of record for said defendant.

> **S/Judy Y. Barrasso**
> **JUDY Y. BARRASSO, #2814**
> **CATHERINE F. GIARRUSSO, #29875**
> **909 Poydras Street, Suite 1800**
> **New Orleans, LA  70112**
> **(504) 589-9700**
> **email:  jbarrasso@barrassousdin.com**
> **          cgiarrusso@barrassousdin.com**


                                                               s/James F. Ryan_____
                                                               **JAMES F. RYAN (#11559)**
                                                               **4640 Rye Street**
                                                               **Metairie, LA   70006**
                                                               **Telephone:  (504) 454-6808**
                                                               **Facsimile:  (504) 887-5885**
                                                               **Email:** jryan@donovanlawler.com

                                                               *Attorneys for Allstate Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Christian B. Bogart**
cbogart@duplass.com,kernst@duplass.com

**Jaime Michele Cambre**
jcambre@duplass.com,sbowser@duplass.com

**Gary Michael Pendergast**
GMPendergastLLC@aol.com,limo1462@aol.com

**C. Michael Pfister**
mpfister@duplass.com,kkeller@duplass.com,gjackson@duplass.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

                                                               S/Judy Y. Barrasso_____
                                                               **JUDY Y. BARRASSO, #2814**