UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES					CIVIL ACTION
CONSOLIDATED LITIGATION
											NO. 05-4182

PERTAINS TO:  *Danny Rebecca, Inc.* C.A. No. 06-4808		SECTION "K"(2)

## ORDER

Before the Court is Scottsdale Insurance Company's Joinder in the Motions to Sever and Incorporated Memorandum (Doc. 2016).  Considering the entering of the Court's Order of March 28, 2007 (Doc. 3573) concerning severance and having been informed by moving counsel that this motion is moot,

**IT IS ORDERED** that Scottsdale Insurance Company's Joinder in the Motions to Sever and Incorporated Memorandum (Doc. 2016) is **DENIED** as **MOOT**.

New Orleans, Louisiana, this __16th__ day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE