UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182<br>§ SECTION "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON |
| PERTAINS TO: | § |
| ALL CASES | § |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| Case Name | Case Number | Pertains To |
|---|---|---|
| Fitzmorris et al v. Allstate Insurance Company | 06-1768 | Insurance |
| Vetter et al v. Allstate Insurance Company | 06-1769 | Insurance |
| Auto Club Family Insurance Co. v. Roos et al | 06-2124 | Insurance |
| Roberts v. Allstate Insurance Company | 06-2315 | Insurance |
| Mejia et al v. Allstate Insurance Company | 06-2786 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company et al | 06-2919 | Insurance |
| Heintz v. Standard Fire Insurance Company | 06-3999 | Insurance |

---

1   This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated March 12, 2007.

| Case Name | Case Number | Pertains To |
|---|---|---|
| Bridges v. Allstate Insurance Company et al | 06-4385 | Insurance |
| Holbrook et al v. Encompass Insurance Company | 06-4706 | Insurance |
| Gisevius et al v. United States of America et al | 06-5307 | Levee, MRGO |
| Jebreel v. Essex Insurance Company | 06-5388 | Insurance |
| Francis et al v. American Insurance Company | 06-6163 | Insurance |
| Dehon et al v. Encompass Insurance Company et al | 06-6761 | Insurance |
| Heron v. Homesite Insurance Company et al | 06-7327 | Insurance |
| Nevil et al v. Metropolitan Property and Casualty Insurance Company et al | 06-7437 | Insurance |
| Ferrara, Inc. v. Lafayette Insurance Company | 06-7575 | Insurance |
| Franco et al v. Insurance Counselors Inc. et al | 06-7660 | Insurance |
| Thomas v. Tully et al | 06-7909 | Insurance |
| Palumbo v. State Farm Fire and Casualty Company et al | 06-7922 | Insurance |
| Duffy et al v. Orlando et al | 06-8674 | Insurance |
| Jacobs et al v. The American Insurance Company | 06-8892 | Insurance |
| Little et al v. Nelson et al | 06-9077 | Insurance |
| Hammer v. State Farm Fire and Casualty Company | 06-9152 | Insurance |
| Palumbo v. Bilstad et al | 06-9990 | Insurance |
| Weeks v. Eagan Insurance Agency, Inc. et al | 07-0112 | Insurance |
| Douville et al v. Boh Bros. Construction Company, LLC et al | 07-1113 | Levee |
| Ciuffi et al v. United States of America et al | 07-1271 | Levee, MRGO |
| Coco et al v. Board of Commissioners of The Orleans Levee District et al | 07-1284 | Levee |
| Wade et al v. United States of America et al | 07-1285 | Levee, MRGO |
| Augustine et al v. United States of America et al | 07-1286 | Levee, MRGO |
| Hennessey et al v. United States of America et al | 07-1288 | Levee |
| Coniglio et al v. United States of America et al | 07-1289 | Levee |
| Imperial Trading Co., Inc. et al v. Travelers Property Casualty Company of America | 07-1303 | Insurance |
| Xavier University of Louisiana v. Travelers Property Casualty Company of America | 07-1304 | Insurance |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES

2

CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 4th day of April, 2007.

_____

JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775
**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2007, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

_____