UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>MRGO (Russell, No. 06-5155) | | |

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Ham Construction Overseas NV filed by plaintiffs, Susan Russell, et al, (the "Motion");

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** and that Susan Russell, et al, are granted an extension of time through and including July 16, 2007, to serve Ham Construction Overseas NV.

New Orleans, LA, this 16th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE