UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ALL CASES | SECTION "K"(2) |

## ORDER

In open court on February 13, 2007, the Court had ordered that there would be a status conference for Liaison Counsel. Having been apprised that there is no business to discuss at this time,

**IT IS ORDERED** that the Status Conference previously set for April 16, 2007 at 2:00 p.m. is **CANCELLED.**

New Orleans, Louisiana, this  16th  day of April, 2007.

                                                                STANWOOD R. DUVAL, JR.
                                                    UNITED STATES DISTRICT COURT JUDGE

JS10: 45 MINS.