UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Mooney,* C.A. No. 06-8602 | | |
| *   *   *   *   *   *   *   * | | |

KATRINA CANAL BREACH CONSOLIDATED LITIGATION
MANDATORY DISCLOSURES FOR APRIL 16, 2007

NOW INTO COURT, through undersigned counsel, come the plaintiffs, COLLEEN MOONEY, and in response to this Court's previous Orders, disclose the following:

**IDENTITY OF EACH POLICY:**

Colleen Mooney maintained both homeowners insurance and flood insurance coverage on the property at 6459 Colbert Street, New Orleans, Louisiana 70124. The flood policy was administered through State Farm Insurance Company pursuant to Policy No. 98-RE-8363-6 and Claim No. 98-RE-8363-6. Plaintiff also maintained homeowners insurance with State Farm Insurance Company pursuant to Policy No. 18-CY-0131-7 and Claim No. 18-R352-181.

**ADDRESS OF EACH PROPERTY FOR WHICH LOSS IS CLAIMED:**

6459 Colbert Street, New Orleans, Louisiana 70124.

**PLAINTIFFS/INSUREDS' CURRENT ADDRESS:**

542 Brentwood Drive, Covington, LA 70433.

Respectfully submitted,

s/ B. Gerald Weeks
B. GERALD WEEKS
Bar Roll No. 13306
WEEKS, KAVANAGH & RENDEIRO
810 Union Street - Second Floor

>New Orleans, LA 70112
>Telephone: (504)529-5100
>Facsimile: (504) 529-3700
>E-Mail: bgweeks@wkrlaw.com

## CERTIFICATE OF SERVICES

I hereby certify that I have on this 16th day of April, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

>s/ B. Gerald Weeks
>B. GERALD WEEKS
>Bar Roll No. 13306
>WEEKS, KAVANAGH & RENDEIRO
>810 Union Street - Second Floor
>New Orleans, LA 70112
>Telephone: (504)529-5100
>Facsimile: (504) 529-3700
>E-Mail: bgweeks@wkrlaw.com