## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES   *   CIVIL ACTION NO. 05-4182
        CONSOLIDATED LITIGATION   *
                                     *   SECTION "K" (2)

**PERTAINS TO: 05-4181, 06-1885, 06-4024,**
                 **06-4389, 06-5771, 06-5786,**
                 **06-6099, 07-0206**

### ASHTON O'DWYER'S EX PARTE MOTION TO CONTINUE

**COMES NOW** Ashton O'Dwyer, appearing in *propria persona*, and upon suggesting to the Court that he has personally retained counsel for legal advice, guidance and recommendations concerning Record Document No. 3599, which is an Order to Show Cause why sanctions should not be assessed, which appearance is currently fixed for 0930 hours on Wednesday, April 18, 2007, but that his counsel has an irreconcilable scheduling conflict for that particular date and time, but is available for any new appearance date and time which may be selected by This Honorable Court after Monday, April 23, 2007, with the exception of Wednesday, April 23, 2007, and accordingly moves This Honorable Court to continue the appearance date and time to any date after Monday, April 23, 2007, with the exception of Wednesday, April 25, 2007.

-1-

-2-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:   **S/Ashton R. O'Dwyer, Jr.**
        **Ashton R. O'Dwyer, Jr.
        In Proper Person
        One Canal Place
        365 Canal Street
        Suite 2670
        New Orleans, LA 70130
        Tel. (504) 561-6561
        Fax. (504) 561-6560**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 16th day of April, 2007.


         **S/Ashton R. O'Dwyer, Jr.**