UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES    *    CIVIL ACTION NO. 05-4182
        CONSOLIDATED LITIGATION    *
                                   *    SECTION "K" (2)

PERTAINS TO: 05-4181, 06-1885, 06-4024,
             06-4389, 06-5771, 06-5786,
             06-6099, 07-0206

## ORDER

Considering the above and foregoing Ex Parte Motion to Continue, which the Court has duly noted,

**IT IS ORDERED** that the appearance date for Ashton O'Dwyer's compliance with Record Document No. 3599, be and it is hereby continued until _____, \_\_\_ M., on the _____ day of _____ 2007.

New Orleans, Louisiana, this \_\_\_ day of April 2007.

**J U D G E**

-1-