UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Palmer,* C.A. No. 06-7540 | | |
| *   *   *   *   *   *   *   * | | |

KATRINA CANAL BREACH CONSOLIDATED LITIGATION
MANDATORY DISCLOSURES FOR APRIL 16, 2007

NOW INTO COURT, through undersigned counsel, comes the plaintiff, MELANIE PALMER, and in response to this Court's previous Orders, discloses the following:

**IDENTITY OF EACH POLICY:**

Melanie Palmer maintained both homeowners insurance and flood insurance on the property at 3529 Tolmas Drive, Metairie, LA 70002. The flood policy was administered through Fidelity National Insurance, pursuant to Policy No. 99-01968974-2005 and flood Claim No. FNIC 1-05-0055463-4. Plaintiff also maintained homeowners insurance with Encompass Insurance Company pursuant to Policy No. 260769002 and Claim No. CH003744.

**ADDRESS OF EACH PROPERTY FOR WHICH LOSS IS CLAIMED:**

3529 Tolmas Drive, Metairie, LA 70002.

**PLAINTIFF/INSURED'S CURRENT ADDRESS:**

730 Wheatsheaf Dr., Baton Rouge, LA 70810.

                Respectfully submitted,

                S/David E. Kavanagh
                David E. Kavanagh - Bar No. 2019
                WEEKS, KAVANAGH & RENDEIRO
                810 Union Street, 2nd Floor
                New Orleans, LA 70112
                Telephone: (504) 529-5100
                Attorney for plaintiff
                E-Mail:  dkavanagh@wkrlaw.com

CERTIFICATE OF SERVICE

I do hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: ***David I. Bordelon, Glenn B. Adams and Charles M. Ponder, III.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: N/A***

S/David E. Kavanagh
David E. Kavanagh (2019)
Weeks Kavanagh & Rendeiro
810 Union Street, Suite 200
New Orleans, Louisiana 70112
Telephone: 504- 529-5100
Fax No.: 504-529-3700
Attorney for plaintiff
dkavanagh@wkrlaw.com