UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | NO.   05-4182 |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Landry Basket, Inc.,* C.A. No. 06-7450 | | |
| *   *   *   *   *   *   *   * | | |

**KATRINA CANAL BREACH CONSOLIDATED LITIGATION**
**MANDATORY DISCLOSURES FOR APRIL 16, 2007**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, LAUNDRY BASKET, INC., and in response to this Court's previous Orders, disclose the following:

**IDENTITY OF EACH POLICY:**

Laundry Basket, Inc. maintained business personal property insurance on the property at 1530 Mirabeau Boulevard, New Orleans, Louisiana, 70112, 5540 Crowder Boulevard, New Orleans, Louisiana, and 7320 Read Boulevard, New Orleans, Louisiana 70127. This policy was administered through PEERLESS INSURANCE COMPANY - A STOCK COMPANY and/or AMERICA FIRST INSURANCE, MEMBER OF LIBERTY MUTUAL GROUP pursuant to Policy No.BOP9734653 and Claim No. 202683640.

**ADDRESS OF EACH PROPERTY FOR WHICH LOSS IS CLAIMED:**

1530 Mirabeau Boulevard, New Orleans, Louisiana, 70112, 5540 Crowder Boulevard, New Orleans, Louisiana, and 7320 Read Boulevard, New Orleans, Louisiana 70127.

**PLAINTIFF/INSURED'S CURRENT ADDRESS:**

2343 Jay Street, New Orleans, Louisiana 70124.

Respectfully submitted,

S/David E. Kavanagh
David E. Kavanagh - Bar No. 2019
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, 2nd Floor
New Orleans, LA 70112
Telephone: (504) 529-5100
Attorney for plaintiff
E-Mail: dkavanagh@wkrlaw.com

CERTIFICATE OF SERVICE

      I do hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: **H. Minor Pipes, III and Laura Spansel Gravener**.  *I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: N/A*

      S/David E. Kavanagh
      David E. Kavanagh (2019)
      Weeks Kavanagh & Rendeiro
      810 Union Street, Suite 200
      New Orleans, Louisiana 70112
      Telephone: 504- 529-5100
      Fax No.: 504-529-3700
      Attorney for plaintiff
      dkavanagh@wkrlaw.com