UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Blount*, C.A. No. 06-7228 | | |
| *   *   *   *   *   *   *   * | | |

**KATRINA CANAL BREACH CONSOLIDATED LITIGATION**
**MANDATORY DISCLOSURES FOR APRIL 16, 2007**

NOW INTO COURT, through undersigned counsel, comes the plaintiff, YVONNE A. BLOUNT TRUST and YVONNE BLOUNT-DAVIS INDIVIDUALLY, and in response to this Court's previous Orders, discloses the following:

**IDENTITY OF EACH POLICY:**

Yvonne Blount-Davis maintained homeowners insurance on the property at 6818 Argonne Blvd., New Orleans, Louisiana, 70124. The homeowners insurance policy was administered through Hanover Insurance Group pursuant to Policy No.HVO667247 and Claim No. 03-499527.

**ADDRESS OF EACH PROPERTY FOR WHICH LOSS IS CLAIMED:**

6818 Argonne Blvd., New Orleans, Louisiana, 70124.

**PLAINTIFF/INSURED'S CURRENT ADDRESS:**

801 South Ocean Dr., Ft. Pierce, FL 34949.

        Respectfully submitted,


        <u>S/David E. Kavanagh</u>
        David E. Kavanagh - Bar No. 2019
        WEEKS, KAVANAGH & RENDEIRO
        810 Union Street, 2nd Floor
        New Orleans, LA 70112
        Telephone: (504) 529-5100
        Attorney for plaintiff
        E-Mail: dkavanagh@wkrlaw.com

CERTIFICATE OF SERVICE

      I do hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Ralph Shelton Hubbard , III**  *I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: N/A*

                                                        S/David E. Kavanagh
                                                        David E. Kavanagh (2019)
                                                        Weeks Kavanagh & Rendeiro
                                                        810 Union Street, Suite 200
                                                        New Orleans, Louisiana 70112
                                                        Telephone: 504- 529-5100
                                                        Fax No.: 504-529-3700
                                                        Attorney for plaintiff
                                                        dkavanagh@wkrlaw.com