UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Weeks,* C.A. No. 07-0012 | | |
| *   *   *   *   *   *   *   * | | |

KATRINA CANAL BREACH CONSOLIDATED LITIGATION
MANDATORY DISCLOSURES FOR APRIL 16, 2007

NOW INTO COURT, through undersigned counsel, comes the plaintiff, B. GERALD WEEKS, and in response to this Court's previous Orders, discloses the following:

**IDENTITY OF EACH POLICY:**

B. Gerald Weeks maintained both homeowner's insurance and flood insurance on the property at 6805 Catina Street, New Orleans, Louisiana, 70124. The flood policy was administered through Fidelity National Insurance Company, pursuant to Policy No. 172510082053-01 and Claim No. 105-0051323. Plaintiff also maintained homeowners insurance with Standard Fire Insurance Company/Travelers pursuant to Policy No. 9566063266331 and Claim No. L2K5528.

**ADDRESS OF EACH PROPERTY FOR WHICH LOSS IS CLAIMED:**

6805 Catina Street, New Orleans, Louisiana 70124.

**PLAINTIFF/INSURED'S CURRENT ADDRESS:**

6805 Catina Street, New Orleans, Louisiana 70124.

Respectfully submitted,

s/ David E. Kavanagh
DAVID E. KAVANAGH
Bar Roll No. 2019

        WEEKS, KAVANAGH & RENDEIRO
        810 Union Street - Second Floor
        New Orleans, LA 70112
        Telephone: (504)529-5100
        Facsimile: (504) 529-3700

## **CERTIFICATE OF SERVICES**

I hereby certify that I have on this 16th day of April, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

        s/ David E. Kavanagh
        DAVID E. KAVANAGH
        Bar Roll No. 2019
        WEEKS, KAVANAGH & RENDEIRO
        810 Union Street - Second Floor
        New Orleans, LA 70112
        Telephone: (504)529-5100
        Facsimile: (504) 529-3700