UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES    *   CIVIL ACTION 05-4182 K/2
        CONSOLIDATED LITIGATION         JUDGE DUVAL
                                   *

PERTAINS TO:
LEVEE (07-1113)                    *
M. LYNN DOUVILLE, ET AL V BOH BROS.
CONSTRUCTION COMPANY, LLC, ET AL   *
_____

### MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT C. R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, M. Lynn Douville, wife of and John-Michael Lawrence, Bettie Mebane, wife of and Patamadai Thiagarajan, Karim-Abdur Rahman, Wendy Richardson, wife of and Adam Richardson, who respectfully represents to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant C. R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss  C. R. Pittman Construction Company, Inc., without prejudice, each party to bear their own costs.

Respectfully Submitted:

_____s/_____
John-Michael Lawrence (8143)
John-Michael Lawrence, LLC
Energy Center - Suite 2900 - PMB 204
1100 Poydras Street
New Orleans, La. 70163-2900
(504) 585-7797 tel
(225) 744-8748 fax

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties via U. S. Mail, on April 16, 2007.

_____s/_____