UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES   *   CIVIL ACTION 05-4182 K/2
         CONSOLIDATED LITIGATION        JUDGE DUVAL
                                    *

PERTAINS TO:
LEVEE (07-1113)                     *
M. LYNN DOUVILLE, ET AL V BOH BROS.
CONSTRUCTION COMPANY, LLC, ET AL    *
_____

## ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT C. R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, M. Lynn Douville, wife of and John-Michael Lawrence, Bettie Mebane, wife of and Patamadai Thiagarajan, Karim-Abdur Rahman, Wendy Richardson, wife of and Adam Richardson, against defendant, C. R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice, each party to bear their own costs.

New Orleans, Louisiana, this the _____ day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana