UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION: 05-4182 |
| | SEC. "K" JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE        (*Vosbein, 06-7759*) | (2) MAGISTRATE WILKINSON |

## **O R D E R**

Considering the above and foregoing motion,

IT IS ORDERED by the Court that James F. Ryan of the firm of Donovan & Lawler be and is hereby substituted as counsel of record for defendant, Allstate Indemnity Company, erroneously named as Allstate Insurance Company, in said action and that his name as such, be entered on the record and docket thereof; and that Judy Y. Barrasso and Catherine F. Giarrusso of the Law Offices of Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC be removed as counsel for defendant, Allstate Indemnity Company.

New Orleans, Louisiana, this __17th__ day of April, 2007.

_____
J U D G E