## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | |
| * | SECTION "K" (2) |

**PERTAINS TO: 05-4181, 06-1885, 06-4024,**
**06-4389, 06-5771, 06-5786,**
**06-6099, 07-0206**

### ORDER

Considering the above and foregoing Ex Parte Motion to Continue, which the Court has duly noted,

**IT IS ORDERED** that the appearance date for Ashton O'Dwyer's compliance with Record Document No. 3599, be and it is hereby continued until 9;30 a.m. on the 2nd day of May 2007.

New Orleans, Louisiana, this 17th day of April 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge

-1-