UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Creato Gordon* (C.A. No. 06-5163)<br>     *Williams* (C.A. No. 06-5471)<br>     *Adams* (C.A. No. 06-4634) | SECTION "K"(2) |

### ORDER

Before the Court are the following motions:

1) St. Paul Fire and Marine Insurance Company's Rule 12(E) Motion for a More Definite Statement (Doc. 1974) (re: *Gordon*)
2) St. Paul Fire and Marine Insurance Company's Rule 12(E) Motion for a More Definite Statement (Doc. 06-5471) (re: *Williams*)
3) St. Paul Fire and Marine Insurance Company's Rule 12(E) Motion for a More Definite Statement (Doc. 2973) (re: *Glen Michael Adams*).

As a result of the Superseding Master Consolidated Class Action Complaint in LEVEE having been filed which included each of these cases therein,

**IT IS ORDERED** that these motions are **DENIED** as **MOOT** without prejudice to be re-urged as to the Superseding Master Consolidated Class Action Complaint in the event that mover finds it necessary.

New Orleans, Louisiana, this  17th  day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE