**MINUTE ENTRY**
**DUVAL, J.**
**April 16, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| C.A. No. 06-5116 (SIMS) | C.A. No. 06-5134 (CHRISTOPHE) |
| C.A. No. 06-5118 (RICHARD) | C.A. No. 06-513 (WILLIAMS) |
| C.A. No. 06-5142 (AUGUSTINE) | C.A. No. 06-5127 (DEPASS) |
| C.A. No. 06-5132 (FERDINAND) | C.A. No. 06-5128 (ADAMS) |
| C.A. No. 06-5131 (BOURGEOIS) | C.A. No. 06-5140 (PORTER) |

Attending a telephonic status conference held this day to discuss plaintiffs' Motion for Entry of a Procedure Order Simplifying the Procedures for the Addition of Claims Against the Corps of Engineers, and for Adding New Parties Asserting Like Claims (Doc. 3315) were:

William C. Gambel for plaintiffs and

Robin Smith for the Government.

At the conference, counsel for plaintiffs was informed that the Government intends to file a motion concerning the jurisdictional issue raised by plaintiffs' previous amendments in the above-referenced cases in which the United States of America was added as a defendant in these declaratory judgment actions.

In addition, plaintiffs' counsel indicated that he would like to further consider whether he will continue to urge this motion in light of the jurisdictional problems of which he was made aware today. Accordingly,

**IT IS ORDERED** that the United States shall file the appropriate motion to place the issue of the Court's jurisdiction over it in the above-referenced cases as a result of the amendments discussed above **no later than May 16, 2007.**

**IT IS FURTHER ORDERED** that counsel for plaintiffs shall inform the Court whether plaintiffs continue to pursue the action sought in the Motion for Entry of a Procedure (Doc. 3315) **no later than April 25, 2007.**

JS10: 20 MINS.