# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.: 05-4182 |
| | SECTION "K" (2) |

**FILED IN :**   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO:  LEVEE**

_____

### PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO AMEND MASTER COMPLAINT TO ADD *CARNEY, ET AL., VERSUS BOH BROS CONSTRUCTION CO., LLC., ET AL, NO. 07-1349* TO THE CAPTION OF THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT

_____

**NOW COME** Named Plaintiffs and Proposed Class Representatives, and with respect

state:

I.

This Court's Case Management Order No. 4 (CMO4) at ¶ II(B)(1), ordered Plaintiffs to

file three separate Master Consolidated Class Action Complaints for each of the categories of Levee, MR-GO, and Insurance, to supercede and replace all previously filed class action complaints.

II.

The Levee PSLC filed its Master Consolidated Class Action Complaint on March 15, 2007.

III.

The Levee Master Consolidated Class Action Complaint set forth in its caption all previously filed class action complaint docket numbers, inadvertently omitting *Carney, et al., v. Boh Bros. Construction Co, LLC, et al.* 07-1349.

IV.

Plaintiffs now wish to amend the Levee Master Consolidated Class Action Complaint to include in the caption 07-1349 in addition to all other docket numbers referenced.

V.

Liaison Counsel for the defendants has been contacted and has no opposition to this motion to amend,

WHEREFORE, Plaintiffs pray for an Order granting this Motion and amending the Levee Master Consolidated Class Action Complaint to include in the caption 07-1349 in addition to all

other docket numbers referenced.

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier


By:   PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known

counsel for all parties via the Court's CM/ECF system, or by placing same in the United States

mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other

electronic transmission this   17th      day of April, 2007.


**/s/  Joseph M. Bruno**
**JOSEPH M. BRUNO**