# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.: 05-4182 |
| | SECTION "K" (2) |

**FILED IN :** 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

### ORDER

### LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for Plaintiffs has inquired of Defendants' Liaison Counsel whether there is any objection to the filing of the **MOTION TO AMEND MASTER COMPLAINT TO ADD *CARNEY, ET AL., VERSUS BOH BROS CONSTRUCTION CO., LLC., ET AL, NO. 07-1349* TO THE CAPTION OF THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**, and has received no objection.

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:     PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __17th__ day of April, 2007.

/s/  Joseph M. Bruno
JOSEPH M. BRUNO