UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | |
| LEVEE, RESPONDER CASE NOS | * | JUDGE: DUVAL |
| O'DWYER – 06-4389 AND | * | |
| O'DWYER – 06-6099 | * | MAG. JUDGE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO COURT'S ORDER OF APRIL 3, 2007 (REC. DOC. 3666):
ITEMIZED ATTORNEYS' FEES INCURRED IN THE PREPARATION
AND FILING OF THE MOTION TO DISMISS (REC. DOC. 1731) AND
MOTION FOR SANCTIONS (REC. DOC. 2345)**

**MAY IT PLEASE THE COURT:**

This Honorable Court, in its Order and Reasons granting the Motion for Sanctions filed by the State of Louisiana (Rec. Doc. 3666), ordered the State of Louisiana to file an itemized accounting of attorneys' fees[1] incurred in the filing of the Motion to Dismiss (Rec. Doc. 1731) and Motion for Sanctions (Rec. Doc.

---

[1] The State of Louisiana, through the Department of Justice handles all of the tort litigation for the State of Louisiana.  The State of Louisiana, through the Division of Administration, Office of Risk Management acts as an insurance company for the State of Louisiana.  The Department of Justice, Litigation Division bills the Office of Risk Management for the attorneys' fees and costs incurred in the handling of tort litigation.  Any amount collected pursuant to this Honorable Court's sanction order should be paid to the <u>State of Louisiana, through the Division of Administration, Office of Risk Management</u>.

2345).  The motions were electronically filed and served.  Accordingly, no costs were incurred.

The itemized billing report and total amount of Attorney's Fees incurred is attached hereto as Appendix A.  Independent verifications by each DOJ attorney who billed on the case are also attached.

        Respectfully submitted,

        **CHARLES C. FOTI, JR.**
        **ATTORNEY GENERAL**

**BY**:   ___s/ *Michael C. Keller*_____
        **MICHAEL C. KELLER (#20895) (T.A.)**
        **PHYLLIS E. GLAZER (# 29878)**
        **STEPHEN F. BABIN (#2634)**
        **ASSISTANT ATTORNEYS GENERAL**

        **DEPARTMENT OF JUSTICE**
        **LITIGATION DIVISION**
        601 Poydras Street, Suite 1725
        New Orleans, Louisiana 70130
        Telephone No.   504-599-1200
        Facsimile No.   504-599-1212
        Email:   KellerM@ag.state.la.us
                      GlazerP@ag.state.la.us
                      BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on *April 17, 2007*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: *All Counsel of Record*.

        *s/ Michael C. Keller*
        **MICHAEL C. KELLER**