**APPENDIX A**
Itemized Bill for Attorneys' Fees incurred in the Preparation of the
Motion to Dismiss (Rec. Doc. 1731) and Motion for Sanctions (Rec. Doc. 2345) in the
In Re Katrina Consolidated Litigation, Civil Action No. 05-4182
(Reference O'Dwyer 06-4389 and O'Dwyer 06-6099)
ORM NO. 06G0829OD2499

| DOJ Attorney | Billing Rate |
|---|---|
| Stephen F. Babin (SFB) | $115 /hr |
| Paul B. Deal (PBD) | $115 /hr |
| Phyllis E. Glazer (PEG) | $80 /hr |
| Michael C. Keller (MCK) | $115 /hr |

| DATE | ATTORNEY | BILLING RATE | HOURS BILLED | TOTAL | ACTIVITY |
|---|---|---|---|---|---|
| 23-Oct-06 | MCK | $115 | 1.2 | $138.00 | Initial review of cases 06-4389 and 06-6099 |
|  | PEG | $80 | 0.8 | $64.00 | Initial review of cases 06-4389 and 06-6099 |
|  | MCK | $115 | 2.4 | $276.00 | Meeting w/ PEG regarding case strategy |
|  | PEG | $80 | 2.4 | $192.00 | Meeting w/ MCK regarding case strategy |
|  | PEG | $80 | 3.1 | $248.00 | Legal research on res judicata and collateral estoppel. Issue: applicability of doctrines to 06-4389 and 06-6099 in light of Order and Reasons (Doc. 788). |
| 24-Oct-06 | MCK | $115 | 0.8 | $92.00 | Meeting w/ PEG regarding complicated applicability of res judicata and collateral estoppel.  Strategy: RJ and CE versus Qualified Immunity and Sovereign Immunity |

| DATE | ATTORNEY | BILLING RATE | HOURS BILLED | TOTAL | ACTIVITY |
|---|---|---|---|---|---|
| 24-Oct-06 (Cont.) | PEG | $80 | 0.8 | $64.00 | Meeting w/ MCK regarding complicated applicability of res judicata and collateral estoppel. Strategy: RJ and CE versus Qualified Immunity and Sovereign Immunity |
| | MCK | $115 | 4.6 | $529.00 | Begin drafting Motion: 12(b)(1) [sovereign immunity], 12(b)(6) [qualified immunity] |
| 25-Oct-06 | MCK | $115 | 2.8 | $322.00 | Work on draft of Motion to Dismiss and Memo in Support |
| | PEG | $80 | 3.1 | $248.00 | Research chronology of filings in 05-4181, 06-4389 and 06-6099 |
| 1-Nov-06 | MCK | $115 | 2.7 | $310.50 | Finish Draft of Motion to Dismiss and Memo in support |
| | PEG | $80 | 1.2 | $96.00 | Draft Chronology and incorporate into Memo in Support of Motion to Dismiss |
| 2-Nov-06 | PEG | $80 | 1.6 | $128.00 | Strategy Meeting w/MCK re: possibility of sanctions |
| | MCK | $115 | 1.6 | $184.00 | Strategy Meeting w/PEG re: possibility of sanctions |
| | PEG | $80 | 3.2 | $256.00 | Research Rule 11 and its applicability to 06-4389 and 06-6099 |
| 3-Nov-06 | PEG | $80 | 2.4 | $192.00 | Research Rule 11 (harassment) |
| | PEG | $80 | 1.8 | $144.00 | Research 28 U.S.C. 1927 |

| DATE | ATTORNEY | BILLING RATE | HOURS BILLED | TOTAL | ACTIVITY |
|---|---|---|---|---|---|
| 6-Nov-06 | PEG | $80 | 5.2 | $416.00 | Draft legal memo: applicability of Rule 11 and s.1927 sanctions to 06-4389 and 06-6099 |
|  | MCK | $115 | 2.4 | $276.00 | Review and revise Motion to Dismiss |
| 8-Nov-06 | PBD | $115 | 0.7 | $80.50 | Meeting w/ SFB, MCK, PEG re: applicability of sanctions |
|  | SFB | $115 | 0.7 | $80.50 | Meeting w/ PBD, MCK, PEG re: applicability of sanctions |
|  | PEG | $80 | 0.7 | $56.00 | Meeting w/ PBD, SFB, MCK re: applicability of sanctions |
|  | MCK | $115 | 0.7 | $80.50 | Meeting w/ PBD, SFB, PEG re: applicability of sanctions |
|  | MCK | $115 | 3.2 | $368.00 | Begin drafting Motion for Sanctions and Memo in Support |
|  | MCK | $115 | 0.4 | $46.00 | Calendar dates for service and filing pursuant to Rule 11 |
| 9-Nov-06 | MCK | $115 | 4.4 | $506.00 | Continue drafting Motion for Sanctions |
|  | PEG | $80 | 2.3 | $184.00 | Legal research on specific issues in 06-4389 and 06-6099 in light of cases granting/denying sanctions pursuant to Rule 11 and s.1927 |
| 13-Nov-06 | MCK | $115 | 2.8 | $322.00 | Finish draft of motion for sanctions and memo in support |

| DATE | ATTORNEY | BILLING RATE | HOURS BILLED | TOTAL | ACTIVITY |
|---|---|---|---|---|---|
| 13-Nov-06 (Cont.) | PEG | $80 | 1.2 | $96.00 | Incorporate chronology of filings into memo in support of mot. for sanctions |
| 15-Nov-06 | PBD | $115 | 0.7 | $80.50 | Review Motion for Sanctions and memo in support |
| | SFB | $115 | 0.5 | $57.50 | Review Motion for Sanctions and memo in support |
| | PBD | $115 | 0.6 | $69.00 | Meeting w/ MCK, PEG, SFB re: approval to file motion for sanctions |
| | SFB | $115 | 0.6 | $69.00 | Meeting w/ PBD, MCK, PEG re: approval to file motion for sanctions |
| | PEG | $80 | 0.6 | $48.00 | Meeting w/ PBD, MCK, SFB re: approval to file motion for sanctions |
| | MCK | $115 | 0.6 | $69.00 | Meeting w/ PBD, PEG, SFB re: approval to file motion for sanctions |
| 17-Nov-06 | MCK | $115 | 0.7 | $80.50 | Final revision of Motion for Sanctions |
| | MCK | $115 | 0.2 | $23.00 | Draft Request for Oral Argument |
| 21-Nov-06 | MCK | $115 | 0.6 | $69.00 | E-File Motion to Dismiss 06-4389, 06-6099 |
| 29-Nov-06 | MCK | $115 | 0.1 | $11.50 | Hand Deliver Service of Motion for Sanctions to Plaintiffs' Atty |
| 22-Dec-05 | MCK | $115 | 0.6 | $69.00 | E-File Motion for Sanctions |
| | MCK | $115 | 0.1 | $11.50 | E-File Request for Oral Argument |

| DATE | ATTORNEY | BILLING RATE | HOURS BILLED | TOTAL | ACTIVITY |
|---|---|---|---|---|---|
| 27-Feb-07 | PEG | $80 | 1.2 | $96.00 | Prepare for Oral Argument on Motion to Dismiss 06-4389 and 06-6099 and Motion for Sanctions |
| 28-Feb-07 | PBD | $115 | 1 | $115.00 | Attend Oral Argument on Motion to Dismiss/Motion for Sanctions |
|  | PEG | $80 | 1 | $80.00 | Present/Attend Oral Argument on Motion to Dismss/Motion for Sanctions |
|  | MCK | $115 | 1 | $115.00 | Attend Oral Argument on Motion to Dismiss/Motion for Sanctions |
|  |  | **TOTAL ATTORNEY'S** |  | **$7,058.50** |  |