UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | |
| LEVEE, RESPONDER CASE NOS: | * | JUDGE: DUVAL |
| O'DWYER – 06-4389 AND | * | |
| O'DWYER – 06-6099 | * | MAG. JUDGE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

STATE OF LOUISIANA

PARISH OF ORLEANS

## AFFIDAVIT

**BEFORE ME,** the undersigned Notary, personally came and appeared:

### STEPHEN F. BABIN

who, after being duly sworn, did depose and say that:

1. I am employed by the Louisiana Department of Justice as an Assistant Attorney General and was appointed by the Department to represent the defendants in this matter, and am counsel of record for said defendants in this matter.

2. I have reviewed the itemized bill for Attorney's Fees incurred in the preparation of the Motion to Dismiss (Rec. Doc. 1731) and Motion for Sanctions (Rec. Doc. 2345) filed into the record of the above captioned case.

3. The services for which fees have been charged by me were actually and necessarily performed.

4. The above is true and correct to the best of my knowledge, information, and belief.

          *s/ Stephen F. Babin*
**STEPHEN F. BABIN**

**SWORN AND SUBSCRIBED** before me, Notary, at New Orleans, Louisiana on this 17th day of April, 2007.

          s/ Michael C. Keller (La. Bar No. 20895)
**NOTARY PUBLIC**