UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

**FILED IN:**   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285

**PERTAINS TO: MRGO**

---

**PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM IN SUPPORT TO AMEND MASTER COMPLAINT TO
DELETE *LEDUFF, ET AL., VERSUS BOH BROS CONSTRUCTION CO., LLC., ET
AL, NO. 06-5260* FROM THE CAPTION OF THE MASTER CONSOLIDATED
CLASS ACTION COMPLAINT**

---

NOW COME Named Plaintiffs and Proposed Class Representatives, and with respect state:

I.

1

This Court's Case Management Order No. 4 (CMO4) at ¶ II(B)(1), ordered Plaintiffs to file three separate Master Consolidated Class Action Complaints for each of the categories of Levee, MR-GO, and Insurance, to supercede and replace all previously filed class action complaints.

II.

The MR-GO PSLC filed its Master Consolidated Class Action Complaint on March 15, 2007.

III.

The MR-GO Master Consolidated Class Action Complaint set forth in its caption all previously filed class action complaint docket numbers, inadvertently including *Leduff, et al., v. Boh Bros. Construction Co, LLC, et al.* 06-5260 which is not a class action and thus should not have been included.

IV.

Plaintiffs now wish to amend the MR-GO Master Consolidated Class Action Complaint to delete from the caption 06-5260, leaving unchanged all other docket numbers referenced.

V.

Liaison Counsel for the defendants has been contacted and has no opposition to this motion to amend,

WHEREFORE, Plaintiffs pray for an Order granting this Motion and amending the MR-GO Master Consolidated Class Action Complaint to delete from the caption 06-5260, leaving unchanged all other docket numbers referenced.

**Respectfully Submitted,**

APPROVED PLAINTIFFS LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this    17th       day of April, 2007.

_____
**JOSEPH M. BRUNO**