UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
    CONSOLIDATED LITIGATION
                                         NO. 05-4182

                                         SECTION "K" (2)


**FILED IN:**   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
                05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
                06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
                06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
                06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
                07-0621, 07-1073, 07-1271, 07-1285

**PERTAINS TO: MRGO**

---

**PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO AMEND MASTER COMPLAINT TO DELETE *LEDUFF, ET AL., VERSUS BOH BROS CONSTRUCTION CO., LLC., ET AL, NO. 06-5260* FROM THE CAPTION OF THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

---

**LOCAL RULE 7.6E CERTIFICATE**

Pursuant to Local Rule 7.6E, counsel for Plaintiffs has inquired of Defendants' Liaison Counsel whether there is any objection to the filing of the **MOTION TO TO AMEND MASTER COMPLAINT TO DELETE *LEDUFF, ET AL., VERSUS BOH**

1

*BROS CONSTRUCTION CO., LLC., ET AL, NO. 06-5260* **FROM THE CAPTION OF THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**, and has received no objection.

**Respectfully Submitted,**

APPROVED PLAINTIFFS LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this   17th   day of April, 2007.

_____

**JOSEPH M. BRUNO**