UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

**FILED IN:** 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285

**PERTAINS TO: MRGO**

---

**PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO AMEND MASTER COMPLAINT TO DELETE *LEDUFF, ET AL., VERSUS BOH BROS CONSTRUCTION CO., LLC., ET AL, NO. 06-5260* FROM THE CAPTION OF THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

---
____

Considering the Plaintiffs' Unopposed Motion and Incorporated Memorandum in Support to Amend Master Complaint to Delete *Leduff, et al., Versus Boh Bros*

1

Case 2:05-cv-04182-SRD-JCW   Document 3780-2   Filed 04/17/07   Page 2 of 2

2

*Construction Co., LLC., et al, No. 06-5260* from the Caption of the Master Consolidated Class Action Complaint,

**IT IS ORDERED**, that the Motion be and is hereby **GRANTED**, and that the caption of the MR-GO Master Consolidated Class Action Complaint be and is hereby amended to delete from the caption 06-5260, leaving unchanged all other docket numbers referenced.

New Orleans, Louisiana, this _____ Day of April, 2007.

_____
Judge, United States District Court