UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL CASES | JUDGE DUVAL MAG. WILKINSON |

## **ORDER**

In compliance with Case Management Order No. 4, Section VII, Liaison Counsel have jointly submitted a protocol concerning purported common insurance discovery as to those individual cases within the captioned umbrella that contain individual adjusting and other insurance claims in addition to the common liability issues. Having considered the joint submission and the record, **IT IS ORDERED** that the court hereby approves and adopts the jointly submitted discovery protocol, which is Record Doc. No. 3687, and makes it the ORDER OF THE COURT for future proceedings in these matters.

New Orleans, Louisiana, this __18th__ day of April, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.