**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO: ALL LEVEE** | **SECTION "K"(2)** |

### ORDER

Before the Court is a Consent Motion to Amend Case Management Order No. 4 ("CMO No. 4")  (Doc. 3419) filed by James Construction Group, LLC ("James Construction"), Gulf Group, Inc. of Florida ("Gulf Group"), and CR Pittman Construction Co. (CR Pittman) (collectively "Defendants"),  who seek to correct certain errors of designation made in CMO No. 4 concerning "Remaining Contractor Defendants."  These Defendants should have been designated as "Remaining Contractor Defendants" but they were not in CMO No. 4.  Thus, they seek to be re-designated and be allowed to file certain Rule 12 motions later than was required under CMO No. 4 as a Superseding Master Consolidated Class Action Complaint was to be filed after the filing of the subject motion.  Indeed, such an amended complaint has been filed. Accordingly,

IT IS ORDERED that the Consent Motion to Amend Case Management Order No. 4 ("CMO No. 4")  (Doc. 3419) is **GRANTED**, and the Case Management Order is hereby **AMENDED** as set forth in Exhibit "A" the aforementioned Motion.

IT IS FURTHER ORDERED that this Order and  Exhibit "A" be published to the *In re Katrina Canal Breached Consolidated Litigation* website to be added to the CMO No. 4 link for easy reference.

**IT IS FURTHER ORDERED** that the following deadlines are established for these defendants with respect to Motions to Dismiss filed under Rule 12.  (Motions for Summary Judgment are subject to the cut-offs set forth in CMO No. 4.)

May 1, 2007          Deadline for filing Motions to Dismiss

May 15, 2007         Deadline for filing  Oppositions to Motions

May 29, 2007         Deadline fo filing Reply Memoranda

June 13, 2007        All motions filed pursuant to this Order shall be noticed for hearing on this day at 9:30 a.m.

New Orleans, Louisiana, this   17th  day of April, 2007.

_____
                     STANWOOD R. DUVAL, JR.
             UNITED STATES DISTRICT COURT JUDGE

2