UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GENE TARZETTI, ET UX | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-5895 |
| | * | |
| THE STANDARD FIRE INSURANCE CO. | * | JUDGE ZAINEY |
| | * | |
| | * | MAGISTRATE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned counsel will bring the foregoing Motion to Dismiss for hearing before the Honorable Judge Jay Zainey, at the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana, on the 16th day of May, 2007 at 9:00 a.m.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
DARCY E. DECKER (#30469)
McCRANIE, SISTRUNK, ANZELMO,

HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
LABORDE & NEUNER
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT
ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants, this /6th day of April, 2007.

THOMAS P. ANZELMO, T.A. (#2533)
TANZELMO@MCSALAW.COM

2