MINUTE ENTRY
WILKINSON, M.J.
APRIL 17, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
        CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

                                                  JUDGE DUVAL
PERTAINS TO:  ALL CASES            MAG. WILKINSON

At the request of Liaison Counsel, a status conference was conducted before me on this date. Participating were: Liaison Counsel Joseph Bruno for plaintiffs and Ralph Hubbard and Seth Schmeeckle for defendants. Additional appearances were made by Sub-Liaison Counsel for the Engineers Group, Francis J. Barry, Jr., also representing Modjeski and Masters, Inc.; Sub-Liaison Counsel for the Contractors Group, William Treeby, also representing Washington Group International Inc.; Michael Riess, representing Boh Brothers Construction Company, L.L.C.; Mat Gray, representing Eustis Engineering Company, Inc.; Herman Hoffman, representing B&K Construction; Brent Talbot, representing CSX Transportation and CSX Corporation; William E. O'Neil, representing Pontchartrain Baptist Church. Counsel for numerous other parties were also in attendance.

MJSTAR:    : 50

The purpose of the conference was to discuss a schedule for determination of the pending motions to dismiss by the Engineer, Architect and Contractor defendants and for filing and additional briefing concerning motions to dismiss these defendants from any other pending cases.  Considering the record and the representations of counsel,

**IT IS ORDERED** that, no later than **May 1, 2007**, through Francis J. Barry, Jr., Sub-Liaison Counsel for the Engineers Group, the Engineer, Architect and Contractor defendants, including Eustis Engineering, Modjeski and Masters, Inc., Boh Brothers Construction Company, L.L.C., Burk-Kleinpeter, Inc., and B&K Construction, must as a group file with the court a single supplemental motion to dismiss, incorporating by reference any previously filed motion to dismiss which is currently pending before the court and their supporting memoranda. Additional argument not previously asserted in connection with the previously filed motions, limited to the 17th Street Canal dredging allegation asserted in the recently filed Master Levee Complaint, should be included in a single memorandum in support of the supplemental motion.  The supplemental motion and/or memorandum  must include a list of (1) the motions to dismiss filed by these defendants currently pending in this matter, including their Record Document numbers, (2) specific identities of the movant or movants on each motion, and (3) the specific cases, by Civil Action Number, to which the motions to dismiss apply.

The supplemental motion must be noticed for hearing on **June 13, 2007 at 9:30 p.m.** before Judge Duval.  No oral argument will be conducted unless requested in writing and granted by Judge Duval.

**IT IS FURTHER ORDERED** that a single written opposition memorandum, filed by Plaintiffs' Liaison Counsel on behalf of all plaintiffs, incorporating by reference all previously filed opposition memoranda, with additional argument limited to the 17th Street Canal dredging allegation asserted in the recently filed Master Levee Complaint, must be filed no later than **May 15, 2007**.  Reply memoranda must be filed no later than **May 29, 2007.**

On other matters, in response to questions from counsel, the court reiterated that the written discovery proceedings that have commenced pursuant to Case Management Order ("CMO") No. 4 do not apply to those insurance matters that have been stayed pursuant to the orders of the Fifth Circuit and Judge Duval.  The court also clarified that CMO No. 4 contemplates two separate sets of written discovery at this time, one for the MRGO category of cases and one for the Levee category of cases.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**