UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-4634, 06-5042, 06-5163, 06-5851, | § | |
|   07-647, 07-1284, 07-1286, 07-1288, 07-1289) | § | |
| MRGO (06-1885, 06-2268, 06-4024, 07-621, | § | |
| 07-1271, 07-1285) | § | |
| MRGO/LEVEE (06-5116, 06-5118, 06-5127, | § | |
|   06-5128, 06-5131, 06-5132, 06-5134, 06-5137, | § | |
|   06-5140, 06-5142, 06-5159, 06-5161, 06-5771, | § | |
|   07-206) | § | |
| LEVEE, MRGO, RESPONDER (05-4181) | § | |
| _____ | § | |

## MOTION TO ENROLL

Trial Attorney Kara K. Miller hereby moves to enroll the appearance of Trial Attorneys Richard R. Stone, Sr., Brian E. Bowcut, Michelle S. Greif, and Theodore L. Hunt on behalf of the United States of America, defendant in the above-noted cases.  It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail delivery:

RICHARD STONE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044

BRIAN E. BOWCUT
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 340
Benjamin Franklin Station
Washington, D.C.  20044

MICHELE S. GREIF
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 340
Benjamin Franklin Station
Washington, D.C.  20044

THEODORE L. HUNT
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 340
Benjamin Franklin Station
Washington, D.C.  20044

For overnight delivery:

RICHARD STONE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8095N
Washington, DC 20004

BRIAN E. BOWCUT
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8006S
Washington, DC 20004

MICHELE S. GREIF
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8022S
Washington, DC 20004

THEODORE L. HUNT
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8215N
Washington, DC 20004

ECF Filing:

richard.stone@usdoj.gov
brian.bowcut@usdoj.gov
michele.greif@usdoj.gov
theodore.hunt@usdoj.gov

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Kara K. Miller
Kara K. Miller
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202)-616-4448 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 19, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Kara K. Miller, hereby certify that on April 19, 2007, I served a true copy of the United States' Motion to Enroll upon all parties by ECF or first class mail:


         s/ Kara K. Miller
                Kara K. Miller

4