UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES           §        CIVIL ACTION
        CONSOLIDATED LITIGATION           §        NO. 05-4182 "K" (2)
                                          §        JUDGE DUVAL
_____    §        MAG. WILKINSON
                                          §
PERTAINS TO:                              §
LEVEE (06-4634, 06-5042, 06-5163, 06-5851, §
        07-647, 07-1284, 07-1286, 07-1288, 07-1289) §
MRGO (06-1885, 06-2268, 06-4024, 07-621,  §
07-1271, 07-1285)                         §
MRGO/LEVEE (06-5116, 06-5118, 06-5127,    §
        06-5128, 06-5131, 06-5132, 06-5134, 06-5137, §
        06-5140, 06-5142, 06-5159, 06-5161, 06-5771, §
        07-206)                           §
LEVEE, MRGO, RESPONDER (05-4181)          §
_____    §

<u>ORDER</u>

        Considering the foregoing Motion to Enroll filed on behalf of the United States of

America:

        **IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of

Court shall enroll Richard R. Stone, Sr., Brian E. Bowcut, Michele S. Greif, and Theodore L.

Hunt as counselors of record for defendant, the United States of America.

        New Orleans, Louisiana, this ___ day of _____, 2007.

                                          _____
                                          United States District Judge