UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.:   05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| THIS DOCUMENT RELATES TO: | * | |
| LEVEE (Greer 07-647) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Laura Greer, who respectfully requests an order enrolling J. Robert Warren, II of the firm BRUNO & BRUNO, L.L.P., as additional counsel for plaintiff in this matter.

WHEREFORE, plaintiff, Laura Greer, requests the Court issue an Order allowing the enrollment of additional Counsel on her behalf.

RESPECTFULLY SUBMITTED:

BRUNO & BRUNO, L.L.P.


s/ Joseph M. Bruno
Joseph M. Bruno (Bar #3604)
J. Robert Warren, II  (Bar #23357)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
          rwarren@brunobrunolaw.com


## CERTIFICATE OF SERVICE

I do hereby certify that on this 20${}^{th}$ day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.


s/ Joseph M. Bruno
JOSEPH M. BRUNO