UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.:   05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| THIS DOCUMENT RELATES TO: | * | |
| LEVEE (Greer 07-647) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

## ORDER

_____Considering the foregoing motion:

IT IS ORDERED, that J. Robert Warren, II of the firm BRUNO & BRUNO, L.L.P. is hereby enrolled as additional counsel of record for plaintiff in the above entitled matter.

New Orleans, Louisiana, this ____ day of _____, 20____.

_____
JUDGE