UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Chris Carney, et al.* (C.A. NO. 07-1349) | SECTION "K"(2) |

### ORDER

Before the Court is St. Paul Fire and Marine Insurance Company's Rule 12(E) Motion for a More Definite Statement (Doc. 3653). As a result of the Superseding Master Consolidated Class Action Complaint in LEVEE having been filed which includes this case therein,

**IT IS ORDERED** that the motion is **DENIED** as **MOOT** without prejudice to be re-urged as to the Superseding Master Consolidated Class Action Complaint in the event that mover finds it necessary.

New Orleans, Louisiana, this  20th  day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE