UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN :  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

**ORDER**

Considering the Plaintiffs' Unopposed Motion and Incorporated Memorandum in Support to Amend Master Complaint to Add *Carney, et al., Versus Boh Bros Construction Co., LLC., et al, No. 07-1349* to the Caption of the Master Consolidated Class Action Complaint,

**IT IS ORDERED**, that the Motion be and is hereby **GRANTED**, and that the caption of the Levee Master Consolidated Class Action Complaint be and is hereby amended to include in the caption 07-1349 in addition to all other docket numbers referenced.

New Orleans, Louisiana, this  20th  Day of April, 2007.

Judge, United States District Court