UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION
                                                            NO. 05-4182

                                                            SECTION "K" (2)

**FILED IN:**  05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285

**PERTAINS TO: MRGO**

---

**PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO AMEND MASTER COMPLAINT TO DELETE *LEDUFF, ET AL., VERSUS BOH BROS CONSTRUCTION CO., LLC., ET AL, NO. 06-5260* FROM THE CAPTION OF THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

---

____

Considering the Plaintiffs' Unopposed Motion and Incorporated Memorandum in

Support to Amend Master Complaint to Delete *Leduff, et al., Versus Boh Bros*

1

*Construction Co., LLC., et al, No. 06-5260* from the Caption of the Master Consolidated Class Action Complaint,

**IT IS ORDERED**, that the Motion be and is hereby **GRANTED**, and that the caption of the MR-GO Master Consolidated Class Action Complaint be and is hereby amended to delete from the caption 06-5260, leaving unchanged all other docket numbers referenced.

New Orleans, Louisiana, this  20th  Day of April, 2007

_____
Judge, United States District Court