UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL <br> BREACHES LITIGATION <br><br> PERTAINS TO: INSURANCE <br><br> *Thomas Austin Jr. Et Al v.* <br> *Allstate Fire and Casualty Insurance* <br> *Company Et. Al.* (06-5383) | CIVIL ACTION <br><br> NO. 06-5370  SECT. K, MAG. 2 <br><br> JUDGE STANWOOD R. DUVAL, JR. <br><br> MAG. JOSEPH C. WILKINSON, JR. |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 13  AM 10: 58
LORETTA G. WHYTE
CLERK

**MOTION FOR LEAVE TO FILE MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come the Complainants in the above captioned matter and request this Honorable Court grant this Motion For Leave To File A Motion To Dismiss Wallace "Wally" Barr for the following reasons:

1.

On August 29, 2006 undersigned counsel filed a complaint against several named defendants in the United States District Court, Eastern District of Louisiana.

2.

On March 27, 2007, this Honorable Court administratively closed the above captioned matter.

3.

Undersigned counsel has been directed to dismiss Wallace "Wally" Barr's suit with prejudice.

4.

Given this authorization, this Honorable Court should dismiss Wallace "Wally" Barr from this case.

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

5.

Undersigned counsel asks this Court for leave to re-open this case for the sole purpose of filing this motion.

Wherefore, for the reasons set forth above, this Honorable Court should GRANT complainants' Motion For Leave to File Complainants Motion to Dismiss.

Respectfully submitted,

**McKernan Law Firm**

Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H Smith (23308)
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202