UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | § § § § § § | CIVIL ACTION<br><br>NO. 06-5370   SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE | § § | MAG. JOSEPH C. WILKINSON, JR. |
| *Thomas Austin Jr. Et Al v. Allstate Fire and Casualty Insurance Company Et. Al.* (06-5383) | § § § § | |

ORDER

Considering the above and foregoing Motion:

IT IS ORDERED that leave be granted so that complainants may file their Motion to Dismiss..

THUS DONE AND SIGNED at _New Orleans_, Louisiana, this _19_ day of _Mar_, 2007.

_____
JUDGE STANWOOD DUVAL

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____