UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | § § § § § § § | CIVIL ACTION<br><br>NO. 06-5370   SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE | § § | MAG. JOSEPH C. WILKINSON, JR. |
| *Thomas Austin Jr. Et Al v. Allstate Fire and Casualty Insurance Company Et. Al.* (06-5383) | § § § § § | |

**MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come the Complainants in the above captioned matter and request this Honorable Court dismiss Wallace "Wally" Barr for the following reasons:

1.

On August 29, 2006 undersigned counsel filed a complaint against several named defendants in the United States District Court, Eastern District of Louisiana.

2.

One of the named complainants included in the complaint was Wallace "Wally" Barr.

3.

Mr. Barr has directed the undersigned to dismiss his claim with prejudice.

4.

Because Mr. Barr does not wish to be a party to this suit, this Honorable Court should dismiss Wallace "Wally" Barr from this case.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Wherefore, for the reasons set forth above, this Honorable Court should GRANT complainants' Motion to Dismiss.

                                            Respectfully submitted,

                                            **McKernan Law Firm**

                                            _/s/ J. J. McKernan_
Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H Smith (23308)
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202