## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | § § § § § § § | CIVIL ACTION<br><br>NO. 06-5370  SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE | § § | MAG. JOSEPH C. WILKINSON, JR. |
| *Thomas Austin Jr. Et Al v.*<br>*Allstate Fire and Casualty Insurance*<br>*Company Et. Al.* (06-5383) | § § § § | |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**NOW COMES INTO COURT,** through undersigned counsel, complainants Thomas Austin, Jr. Et Al, who file this Memorandum In Support of Complainants' Motion To Dismiss Complainant Wallace "Wally" Barr. Complainants request that for the reasons set forth below, this Honorable Court grant the Complainants' motion

On August 29, 2006, complainants filed a complaint against several named defendant insurance companies who provided homeowner's insurance to the complainants during Hurricane Katrina. One of the named complainants was Wallace "Wally" Barr.

Counsel for complainants has been directed to dismiss Mr. Barr from this suit as he does not wish to be a part of this litigation. Mr. Barr should be dismissed from this suit. Complainants request that Wallace "Wally" Barr be dismissed from this matter with prejudice.

                                                           Respectfully submitted,

**McKernan Law Firm**

_/s/ Joseph J. McKernan_

Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H Smith (23308)
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202