UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES LITIGATION | § § § § § § | CIVIL ACTION<br><br>NO. 06-5370  SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE | § § | MAG. JOSEPH C. WILKINSON, JR. |
| *Thomas Austin Jr. Et Al v.*<br>*Allstate Fire and Casualty Insurance*<br>*Company Et. Al.* (06-5383) | § § § § | |

## ORDER

Considering the above and foregoing Motion:

IT IS ORDERED that Wallace "Wally" Barr , be and is hereby dismissed, with each party to bear its own costs.

THUS DONE AND SIGNED at _____, Louisiana, this \_\_\_\_\_ day of _____, 2007.

_____
JUDGE STANWOOD DUVAL