FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 20  PM 12: 03

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**06-8676**

IN THE MATTER

OF THE

CIVIL ACTION NO. K(2)

**SECT K MAG 3**

COMPLAINT OF GREAT LAKES
DREDGE & DOCK COMPANY, AS
OWNER OF THE DREDGES CALIFORNIA,
MANHATTAN ISLAND,
PADRE ISLAND, AND ALASKA,
AND AS OWNER PRO HAC VICE OF THE DREDGE
TEXAS

SECTION

MAGISTRATE

---

**ORDER APPROVING PETITIONER'S STIPULATION FOR VALUE, ~~DIRECTING~~**

~~ISSUANCE~~ AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on October 19, 2006, by Great Lakes Dredge &

Dock Company ("Petitioner") as owner or owner *pro hac vice* of the Dredges CALIFORNIA,

MANHATTAN ISLAND, PADRE ISLAND, ALASKA, and TEXAS (collectively the

"Dredges"), for exoneration from or limitation of liability, pursuant to Sections 4281—4285 and

4289 of Title 46 of the United States Code (46 U.S.C. §~ 181—185 and 188) and Rule F of the

Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil

Fee____
Process_____
X  Dktd _____
____CtRmDep_____
____ Doc. No_____

NO JHR1 122289 v1
2902907-000001

Procedure, for any loss, damage, or injury, caused, occasioned or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet between the years 1995 and 2005, as more fully described in the Complaint;

And the Complaint having stated that the value of Petitioner's interest in the said Dredges at the end of the voyages where such dredging was performed does not exceed $54,175,000, as set forth in the declaration of Norman J. Dufour, Jr. attached as Exhibit "B" to Petitioner's Complaint, and the pending freight as of the arrival of Hurricane Katrina on August 29, 2005, does not exceed $778,897, as set forth in the affidavit of Deborah A. Wensel, attached as Exhibit "C" to Petitioner's Complaint;

And the Petitioners having deposited with the Court as security for the benefit of claimants, three Stipulations for Value issued by Western Surety Company, American Contractors Indemnity Company, and Liberty Mutual Insurance Company for not less than the amount or value of Petitioner's interest in the said Dredges and pending freight in the sum of $54,957,897, with interest at six (6%) per cent per annum from its date;

NOW on motion of Baker Donelson Bearman, Caldwell & Berkowitz P.C., attorneys for the Petitioner, it is

ORDERED as follows:

1.     The above-described Stipulations for Value deposited by the Petitioner with the Court for the benefit of claimants, in the sum of $54,957,897, with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the Dredges, be and it is hereby approved.

NO.JHR1 122289 v1
2902907-000001

2.      The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of Section 4283 of Title 46 of the United States Code (46 U.S.C. § 183), as amended, in respect of loss of life or bodily injury.

5.      The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, or its insurers, or against the Dredges CALIFORNIA, MANHATTAN ISLAND, PADRE ISLAND, ALASKA or TEXAS or against any property of the Petitioner except in this

3

action, to recover damages for or in respect of any loss, damage or injury, occasioned or incurred during Hurricane Katrina on or about August 29-30, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the years 1995 through 2005 as alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

6.     Service of this order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

New Orleans, Louisiana, this 20th day of ~~October~~ April, 2007.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

By: _____
James H. Roussel, (11496), T.A.
Nyka M. Scott (28757)
Baker, Donelson, Bearman, Caldwell
& Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5212
Facsimile: (504) 636-3912
Attorneys for Great Lakes Dredge & Dock
Company

4

OF COUNSEL:

Jack J. Crowe (IL Bar Roll No. 6201016)
Duane M. Kelley (IL Bar Roll No. 1431501)
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL  60601
Telephone:      (312)  558-5600
Facsimile:      (312)  558-5700

5