UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 20  PM 12: 04
LORETTA G. WHYTE

| | |
|---|---|
| IN THE MATTER | CIVIL ACTION NO. 06-8884 |
| OF THE COMPLAINT OF MIKE HOOKS, | |
| INC., AS OWNER OF THE DREDGE | SECTION K |
| MISSOURI H, FOR EXONERATION FROM | |
| OR LIMITATION OF LIABILITY | MAGISTRATE 2 |

SECT. K MAG 1

### ORDER APPROVING PETITIONER'S STIPULATION FOR VALUE, ~~DIRECTING~~ ~~ISSUANCE OF NOTICE~~ AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on October 23, 2006, by Mike Hooks, Inc. ("Petitioner") as owner of the Dredge MISSOURI H, for exoneration from or limitation of liability, pursuant to Sections 4281-4285 and 4289 of Title 46 of the United States Code (46 U.S.C. §§ 181-185 and 188) and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, or injury, caused, occasioned or occurring during, or resulting from, Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by work performed by Petitioner for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the year 2001, as more fully described in the Complaint;

And the Complaint having stated that the value of Petitioner's interest in the Dredge MISSOURI H at the end of the voyage where such work was performed does not exceed $2,018,000 as set forth in the affidavit of D. Spencer Rhoden attached as Exhibit "B" to Petitioner's Complaint;

And the Petitioner having deposited with the Court as security for the benefit of claimants, an <u>Ad Interim</u> Stipulation and Limitation Bond issued by International Fidelity Insurance Company, for not less than the amount or value of Petitioner's interest in the Dredge MISSOURI H in the sum of $2,018,000, with interest at six (6%) per cent per annum from its date;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

NOW on motion of Lundy & Davis, L.L.P., attorneys for the Petitioner, it is,

ORDERED as follows:

1. The above-described Ad Interim Stipulation and Limitation Bond deposited by the Petitioner with the Court for the benefit of claimants, in the sum of $2,018,000, with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the Dredge MISSOURI H, be and is hereby approved.

2. The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of Section 4283 of Title 46 of the United States Code (46 U.S.C. § 183), as amended, in respect of loss of life or bodily injury.

5. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or

proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, against Petitioner's insurers or against the Dredge MISSOURI H, or against any property of the Petitioner except in this action, to recover damages for or in respect of any loss, damage or injury, occasioned or incurred during, or resulting from, Hurricane Katrina on or about August 29-30, 2005, allegedly as a result of the destruction of wetlands caused by work performed by Petitioner for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the year 2001 as alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

6. Service of this order as a restraining order may be made through the U. S. Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

New Orleans, Louisiana, this _____ day of ~~October, 2006~~ April, 2007

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
**LUNDY & DAVIS, L.L.P.**
501 Broad Street
Lake Charles, Louisiana 70601
Phone: 337-439-0707
Fax: 337-439-1029

BY: _____
SAMUEL B. GABB (#22378)
THOMAS P. LeBLANC (#22832)

Attorneys for Mike Hooks, Inc.