FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 20  AM 11: 59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER | CIVIL ACTION NO. |
| OF THE | **06-8888** |
| COMPLAINT OF T.L. JAMES & COMPANY, INC. AS OWNER OF THE DREDGES TOM JAMES AND GEORGE D. WILLIAMS, II PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | SECTION MAGISTRATE **SECT. K MAG. 2** |

### ORDER APPROVING PETITIONER'S LETTER OF UNDERTAKING, ~~DIRECTING ISSUANCE OF NOTICE~~ AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on October 23, 2006, by T.L. James & Company, Inc. as owner of the Dredges TOM JAMES and GEORGE D. WILLIAMS, II (collectively, the "Dredges"), for exoneration from or limitation of liability, pursuant to 46 U.S.C. § 181-185 and 188 and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, death or injury, caused, occasioned by or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet

1


___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

between the years 1994 and 1997, as more fully described in the Complaint;

And the Complaint having stated that the value of Petitioner's interest in the said Dredges at the end of the voyages where such dredging was performed does not exceed $6,600,000.00, as set forth in the Declaration of M. Ruud Ouwerkerk attached as Exhibit "B" to Petitioner's Complaint;

And the Petitioner having deposited with the Court as security for the benefit of claimants, a Letter of Undertaking issued by Zurich American Insurance Company dated October 17, 2006, for not less than the amount or value of Petitioner's interest in the said Dredges in the sum of $6,600,000.00, with interest at six (6%) per cent per annum from its date;

NOW, on motion of Montgomery, Barnett, Brown, Read, Hammond & Mintz, attorneys for the Petitioner, it is

ORDERED as follows:

1. The above-described Letter of Undertaking filed by the Petitioner with the Court for the benefit of claimants, in the sum of $6,600,000.00, with interest as aforesaid, as security for the amount or value of Petitioner's interest in the Dredges, be and it is hereby approved.

2. The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 183, as amended, in respect of loss of life or bodily injury.

5. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, its insurers, or of the Dredges TOM JAMES and GEORGE D. WILLIAMS, II or against any property of the Petitioner except in this action, to recover damages for or in respect of any loss, damage, death or injury, occasioned or incurred during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the years 1994 through 1997 as alleged in the Complaint, be and they are hereby restrained, stayed, and enjoined until the hearing and determination of this action.

3

6. Service of this order as a restraining order may be made through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively delivered by hand.

New Orleans, Louisiana, this 24th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, L.L.P.

By: _____
A. Gordon Grant, Jr., T.A. (#06221)
Philip S. Brooks, Jr. (#21501)
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163
(504) 585-7681
Attorneys for T.L. James & Company, Inc.

4