FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 3: 15

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER | * | CIVIL ACTION NO. |
| | * | |
| OF THE | * | |
| | * | **06-8922** |
| COMPLAINT OF LUHR BROS., INC., AS OWNER OF | * | SECTION |
| SPUD BARGE L-1101, SPUD BARGE L-1103 AND | * | MAGISTRATE |
| M/V MICHAEL A AND AS OWNER *PRO HAC VICE* | * | **SECT. K MAG. 2** |
| OF M/V CHARLIE B PRAYING FOR EXONERATION | * | |
| FROM OR LIMITATION OF LIABILITY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO DEPOSIT $250.00 INTO REGISTRY OF COURT IN LIEU OF COST BOND, WITH INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, comes Luhr Bros., Inc. (the "Petitioner"), as owner of the Spud Barge L-1101, Spud Barge L-1103 and M/V Michael A and as owner *pro hac vice* of M/V Charlie B, and respectfully requests that this Honorable Court enter an Order permitting it to deposit into the Registry of the Court a check in the amount of $250.00 in lieu of filing a cost bond in the above-captioned Limitation Action, all as allowed by Local Admiralty Rule 65.1.1 and/or Local Civil Rule 67.1.

**WHEREFORE**, Petitioner prays that this Honorable Court allow it to deposit into the Registry of the Court the attached check in the amount of $250.00 and made

- 1 -



- 2 -

payable to "Clerk of Court – United States District Court, Eastern District of LA," and that this Honorable Court enter an Order accordingly.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
           **SIMPSON LONERO, LLC**
        Suite 1100 - Two Lakeway Center
        3850 N. Causeway Boulevard
        Metairie, LA 70002
        Phone: (504) 834-6500
        Fax:    (504) 834-6565

        BY: _/s/ W. J. Larzelere_
        **W. J. LARZELERE, JR. (#8057)**
           blarzelere@lpw-law.com
        **T. JUSTIN SIMPSON (#18437)**
           jsimpson@lpw-law.com
        **ANGIE L. ARCENEAUX (#26786)**
           aakers@lpw-law.com

        **ATTORNEYS FOR LUHR BROS., INC.**