FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 20  PM 1:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER | CIVIL ACTION NO. |
| OF THE | 06-8922 |
| COMPLAINT OF LUHR BROS., INC., AS OWNER OF SPUD BARGE L-1101, SPUD BARGE L-1103 AND M/V MICHAEL A AND AS OWNER *PRO HAC VICE* OF M/V CHARLIE B PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | SECTION K(2) MAGISTRATE |

## ORDER TO DEPOSIT $250.00 INTO REGISTRY OF COURT IN LIEU OF COST BOND

Considering the *Ex Parte* Motion to Deposit $250.00 Into Registry of Court in Lieu of Cost Bond, With incorporated Memorandum in Support filed on behalf of Complainant-in-Limitation, Luhr Bros., Inc.,

**IT HEREBY IS ORDERED** that Petitioner, Luhr Bros., Inc., be and hereby is granted permission to deposit the sum of $250.00 into the Registry of the Court, pursuant to Local Civil

- 1 -

Case 2:05-cv-04182-SRD-JCW   Document 3831   Filed 04/20/07   Page 2 of 4

Rule 67.1, as security for costs in lieu of a stipulation or bond for costs, as allowed by Local Admiralty Rule 65.1.1;

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 20th day of April 2007.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA