FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 20  PM 12: 01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER<br><br>OF THE<br><br>COMPLAINT OF LUHR BROS., INC., AS OWNER OF SPUD BARGE L-1101, SPUD BARGE L-1103 AND M/V MICHAEL A AND AS OWNER *PRO HAC VICE* OF M/V CHARLIE B PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.<br><br>**06-8922**<br><br>SECTION<br>MAGIST **SECT. K MAG. 2** |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER APPROVING PETITIONER'S STIPULATION FOR VALUE, ~~DIRECTING ISSUANCE OF NOTICE AND~~ RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on October 23rd, 2006, by Luhr Bros., Inc. ("Petitioner") as owner or owner *pro hac vice* of the vessels, Spud Barge L-1101, Spud Barge L-1103, M/V Michael A and M/V Charlie B (collectively the "Vessels"), for exoneration from or limitation of liability, pursuant to Sections 4281-4285 and 4289 of Title 46 of the United States Code (46 U.S.C. §§ 181-185 and 188) and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, for any injuries, deaths, property damage and all other losses, damages, expenses and costs caused, occasioned or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by work performed by Petitioner and the Vessels for the United

___ Fee_____
___ Process___
_X_ Dktd_____
_V_ CtRmDep___
___ Doc. No____

States Army Corps of Engineers on the Mississippi River Gulf Outlet during the year 2000 and allegedly in 2001, as more fully described in the Complaint;

And the Complaint having stated that the value of Petitioner's interest in the said Vessels at the end of the voyages where such work was performed does not exceed $1,075,000, as set forth in the Unsworn Declaration of James F. Pritchard attached as Exhibit "B" to Petitioner's Complaint;

And the Petitioners having deposited with the Court as security for the benefit of claimants, a Stipulation for Value issued by Safeco Insurance Company of America, for not less than the amount or value of Petitioner's interest in the said Vessels in the sum of $1,075,000, with interest at six (6%) per cent per annum from its date, executed by Sandra J. Mehner, as Attorney-In-Fact for Safeco Insurance Company of America;

NOW on motion of Larzelere Picou Wells Simpson Lonero, LLC., attorneys for the Petitioner, it is

ORDERED as follows:

1. The above-described Stipulation for Value deposited by the Petitioner with the Court for the benefit of claimants, in the sum of $1,075,000, with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the Vessels, be and is hereby approved.

2. The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of Section 4283 of Title 46 of the United States Code (46 U.S.C. § 183), as amended, in respect of loss of life or bodily injury.

5.      The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, against Petitioner's insurers or against the Vessels, Spud Barge L-1101, Spud Barge L-1103, M/V Michael A and M/V Charlie B, or against any property of the Petitioner except in this action, to recover damages for or in respect of any injuries, deaths, property damage and all other losses, damages, expenses and costs occasioned or incurred during Hurricane Katrina on or about August 29-30, 2005, allegedly as a result of the destruction of wetlands caused by work performed by Petitioner and the Vessels for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the years 2000 and 2001 as alleged in the Complaint, be

and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

6. Service of this order as a restraining order may be made through the U. S. Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

New Orleans, Louisiana, this ___ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**LARZELERE PICOU WELLS
  SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Phone: (504) 834-6500
Fax:    (504) 834-6565


BY: _____
**W. J. LARZELERE, JR. (#8057)**
        blarzelere@lpw-law.com
**T. JUSTIN SIMPSON (#18437)**
        jsimpson@lpw-law.com
**ANGIE L. ARCENEAUX (#26786)**
        aakers@lpw-law.com

**ATTORNEYS FOR LUHR BROS., INC.**