FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 20  PM 12: 01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PINE BLUFF SAND AND GRAVEL COMPANY, AS OWNER AND OPERATOR OF DREDGE MARION PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. SECTION "06-9075 JUDGE SECT. K MAG. 2 MAG. JUDGE _____ |

### ORDER APPROVING PETITIONER'S STIPULATION FOR VALUE, ~~DIRECTING ISSUANCE~~ ~~OF MONITION~~ AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on October 26 2006, by Pine Bluff Sand and Gravel Company ("Petitioner"), as owner of the Dredge MARION, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§181-185 and 188 and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, or injury, caused, occasioned or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredge for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet in the year 2004, as more fully described in the Complaint;

And the Complaint having stated that the value of Petitioner's interest in the said Dredge at the end of the voyage where such dredging was performed does not exceed $4,000,000.00, as set forth in the affidavit of Fred O. Budwine, attached as Exhibit "B" to Petitioner's Complaint;

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____

and that there was pending freight of $2,000.00, as set forth in the affidavit of Drew Atkinson, attached as Exhibit "C" to Petitioner's Complaint;

And the Petitioners having deposited with the Court as security for the benefit of claimants, a Stipulation for Value issued by Travelers Casualty and Surety Company of America for not less than the amount or value of Petitioner's interest in the Dredge and pending freight in the sum of $4,002,000.00, with interest at six (6%) per cent per annum from its date.

NOW on motion of Mouledoux, Bland, Legrand & Brackett, attorneys for the Petitioner, it is ORDERED as follows:

1.  The above-described Stipulation for Value deposited by the Petitioner with the Court for the benefit of claimants, in the sum of $4,002,000.00, with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the Dredge MARION and pending freight be and it is hereby approved.

2.  The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of Section 4283 of Title 46 of the United States Code (46 U.S.C. § 183), as amended, in respect of loss of life or bodily injury.

5.  The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, or against the Dredge MARION or against any property of the Petitioner except in this action, to recover damages for or in respect of any loss, damage or injury, occasioned or incurred during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredge for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the year 2004 as alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

6.  Service of this order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

New Orleans, Louisiana, this 20th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted

*[signature]*

ANDRE J. MOULEDOUX (LA Bar #9778)
C. WILLIAM EMORY (LA Bar #20179)
DANIEL J. HOERNER (LA Bar #21706)
JACQUES P. DEGRUY (LA Bar #29144)
MOULEDOUX, BLAND, LEGRAND &
BRACKETT, L.L.C.
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile:  (504) 522-2121
Attorneys for Pine Bluff Sand and Gravel Company