FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 20 AM 11:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF WEEKS MARINE, INC. AS OWNER OF THE DREDGES B.E. LINDHOLM, GEORGE D. WILLIAMS, WEEKS 262 AND BT 208 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION |
| | NO. 06-9223 K(2) |
| | SECTION SECT. K MAG. 3 |
| | JUDGE |
| | MAGISTRATE |

ORDER
~~ORDER DIRECTING ISSUANCE OF NOTICE AND~~
RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on October 30, 2006, by Weeks Marine, Inc. as owner of the Dredges B.E. LINDHOLM, GEORGE D. WILLIAMS, WEEKS 262 and BT 208 (collectively, the "Dredges"), for exoneration from or limitation of liability, pursuant to 46 U.S.C. § 181-185 and 188 and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, death or injury, caused, occasioned by or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet between the years 1998 and 2004, as more fully described in the Complaint;



___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No___

And the Complaint having stated that the value of Petitioner's interest in the said Dredges at the end of the voyages where such dredging was performed does not exceed $22,300,000.00, as set forth in the Declaration of Value attached to Petitioner's Complaint;

And the Petitioner having represented to the Court that it will post as security for the benefit of claimants, an Ad Interim Stipulation with Petitioner as principal, and a federally approved surety as surety, for not less than the amount or value of Petitioner's interest in the said Dredges in the sum of $22,300,000.00, with interest at six (6%) per cent per annum from its date;

NOW, on motion of Emmett, Cobb, Waits & Henning, attorneys for the Petitioner, it is

ORDERED as follows:

1. The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 183, as amended, in respect of loss of life or bodily injury.

4. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, its insurers, or of the Dredges B.E LINDHOLM, GEORGE D. WILLIAMS, WEES 262 and BT 208, or against any property of the Petitioner except in this action, to recover damages for or in respect of any loss, damage, death or injury, occasioned or incurred during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the years 1998 through 2004 as alleged in the Complaint, be and they are hereby restrained, stayed, and enjoined until the hearing and determination of this action.

5. Service of this order as a restraining order may be made through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively delivered by hand.

New Orleans, Louisiana, this 2th day of April, 2006.

UNITED STATES DISTRICT JUDGE



___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No___