UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION
                                                    NO. 05-4182

PERTAINS TO:                                        SECTION "K"(2)
ALL DREDGING LIMITATION ACTIONS
C.A. No. 06-8676    C.A. No. 06-8884
C.A. No. 06–8888    C.A. No. 06-8890
C.A. No. 06-8891    C.A. No. 06-8922
C.A. No. 06-8967    C.A. No. 06-9075
C.A. No. 06-9223

## ORDER CONCERNING THE DIRECTING OF ISSUANCE OF NOTICE

Complaints Praying for Exoneration From or Limitation of Liability have been filed in the above-numbered actions and have been consolidated under the *In re Katrina Canal Breaches Consolidated Litigation,* C.A. No. 05-4182. To date, the Court has not issued its order concerning the proper method of notice and monition period as a Motion to Stay these limitations had been filed. However, the Court has denied that Motion and after having reviewed counsel's positions concerning the proper method for notice in this matter the Court enters the following order.

**IT IS ORDERED** that:

1. A notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which these Complaints seek limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioners a copy thereof on or before the **30th day of July, 2007**, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he or she shall file and serve on attorneys for Petitioners an

answer to the Complaints on or before the said date, unless his or her claim has included an answer to the Complaints, so designated, or be defaulted.

2. The aforesaid notice shall be published in **New Orleans in *The Times Picayune*, in Baton Rouge in *The Advocate*,** in Houston in the *Houston Chronicle* and in Atlanta in the *Atlanta Journal* for four successive weeks prior to the date fixed for the filing of claims, as provided by the Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure; and copies of the notice shall also be mailed in accordance with the said Rule F.

3. The Notice shall read as follows:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |

**ALL DREDGING LIMITATION ACTIONS
ARISING OUT OF THE DREDGING OF MRGO**

| | |
|---|---|
| C.A. No.  06-8676 | C.A. No.  06-8884 |
| C.A. No.  06–8888 | C.A. No. 06-8890 |
| C.A. No. 06-8891 | C.A. No. 06-8922 |
| C.A. No. 06-8967 | C.A. No. 06-9075 |
| C.A. No. 06-9223 | |

**NOTICE TO CLAIMANTS OF COMPLAINTS
FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is given that the above referenced Complaints have been filed pursuant to Sections 4281-4285 and 4289 of Title 46 of the United States Code (46 U.S.C. §§ 181-185, and 188) and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure by certain Petitioners, the owners or owners *pro hac vice* of certain Dredges and other vessels that were involved in the dredging of the Mississippi River Gulf Outlet, for exoneration from or limitation of liability, for any loss, damage, or injury, caused, occasioned

2

or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and for maintenance dredging work performed by Petitioners and the Dredges and other vessels for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet between the years 1995 and 2005 as more fully described in the Complaints.

All persons having such claims must file their respective claims as provided in Rule F, Including paragraphs (4) and (5) thereof, of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Poydras Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Petitioners on or before the 30th day of July, 2007 or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file with the clerk of the Court and serve on the attorneys for Petitioners an answer to the Complaints on or before the aforesaid date unless his or her claim has included an answer, so designated or be defaulted.

4. **IT IS FURTHER ORDERED** that counsel for Petitioners and for Claimants shall meet and attempt to confect a simplified claim form that can be used by individuals who are not represented by counsel to assert their claims. Counsel shall report to the Court **no later than May 11, 2007** as to whether they have reached an agreement.

New Orleans, Louisiana, this   20th  day of April, 2007.

                                                            STANWOOD R. DUVAL, JR.
                                                     UNITED STATES DISTRICT COURT JUDGE