UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____§ | | |

**DEFENDANT UNITED STATES' EXPARTE  MOTION FOR EXPEDITED
HEARING AND INCORPORATED MEMORANDUM IN SUPPORT**

Pursuant to Rule  7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves

for an expedited hearing of its motion to certify Order and Reasons (R.D. 2994) for

1

immediate appeal.  An expedited hearing is requested to bring this matter to the Court's attention as soon as possible.  A proposed Order is attached.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        s/ Robin D. Smith
        ROBIN D. SMITH
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on April 20, 2007, a true copy of Defendant United States' Ex Parte Motion for Expedited Hearing was served on all counsel of record by ECF.

                                             s/ Robin D. Smith
                                             Robin D. Smith