UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO.: 05-4182

                                        SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## JOINT DEFENDANT PRELIMINARY EXHIBIT LIST

In accordance with CMO #4 Sec. III(B)(1), the Levee defendants[1] supplement the previously filed Preliminary List of Exhibits that may or will be introduced at any class certification hearing:

---

[1] This filing does not include submissions by the Railroad Defendants due to the disclosure and discovery stay in place covering the Railroad Defendants. See CMO-4, at 23.

-1-

**EXHIBITS**

1. Financial records of the O.L.D., including Balance Sheets and statements of assets and liabilities for fiscal years ending June 30, 2005, June 30, 2006, and, once prepared, for fiscal year ending June 30, 2007;

2. Liability Insurance Policy issued to the Orleans Levee District effective August 2005;

3. Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

4. O.L.D. Profile Elevations Drawing - May 2005;

5. Performance Evaluation of the New Orleans and Southeast Hurricane Protection System, generated by the United States Army Corp of Engineers dated June 1, 2006, including underlying data, and any revisions or amendments, ("IPET" Reports);

6. Times-Picayune article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

7. Map of the proposed class and sub-class boundaries;

8. Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005, report No. UCB/CITRIS - 05/01, dated November 2, 2005 ("Berkeley" Report);

9. The Failure of the New Orleans Levee System during Hurricane Katrina and the Pathway Forwards, generated by Ivor Ll. Van Heerden, Ph.D. and G. Paul Kemp, Ph.D. ("Team Louisiana" Report);

10. "MR-GO" Master Consolidated Class Action Complaint;

11. Superseding Master Consolidated Class Action Complaint - Levee Plaintiffs;

12. Dr. Paul Kuhlmeier - CV;

13. Gregory C. Rigamer - CV

14. Michael W. Truax - CV;

15. Dan Milham - CV

16. Special Form 95's filed by class representatives and putative class members in support of claims made against the United States Army Corps of Engineers;

17. Documents supportive of claims made for assistance from the Louisiana Recovery Authority by class representatives and putative class members arising from damage caused by Hurricane Katrina.

Respectfully submitted,

LABORDE & NEUNER

Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:      (337) 237-7000
FACSIMILE:      (337) 233-9450

and

McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:      (504) 831-0946
FACSIMILE:      (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

and

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:       (504) 568-1990
FACSIMILE:       (504) 310-9195
As Defense Liaison Counsel:

The United States of America and United States Army Corps of Engineers;
The Board of Commissioners of the Orleans Parish Levee District;
The Sewerage and Water Board of New Orleans;
The Board of Commissioners of the East Jefferson Levee District;
The Board of Commissioners of the Port of New Orleans;
Modjeski & Masters, Inc.;
Eustis Engineering Co., Inc.;
Boh Bros. Construction Company, Inc.;
B&K Construction Company, Inc.;
Burk-Kleinpeter, Inc.;
Burk-Kleinpeter, L.L.C.;
Gotech, Inc.;
CSX Transportation Corporation;
CSX Transportation, Inc.;
Gulf Group, Inc. of Florida;
Pittman Construction Co., Inc.;
C.R. Pittman Construction Co., Inc.;
James Construction Group, Inc.;
Public Belt Railroad Commission for the City of New Orleans;
and
St. Paul Fire and Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2007, a copy of the above and foregoing **Joint Defendant Preliminary Exhibit List** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____
COUNSEL