UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO.: 05-4182

                                      SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
             05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
             06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
             06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
             06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
             06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
             07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

### JOINT DEFENDANT PRELIMINARY WITNESS LIST

In accordance with CMO #4 Sec. III(B)(1), the Levee defendants[1] supplement the previously filed Preliminary List of Witnesses who may or will be called to testify at any class certification hearing:

---

[1] This filing does not include submissions by the Railroad Defendants due to the disclosure and discovery stay in place covering the Railroad Defendants. See CMO-4, at 23.

-1-

**WITNESSES**

1. Name:            James Bollinger, CPA
                    Comptroller
                    Orleans Levee District
   Address:         6001 Stars & Stripes Blvd., Suite 202
                    New Orleans, LA    70126
   Subject Matter:  The financial condition and insurance coverage available to the O.L.D.;

2. Name:            Paul Kuhlmeier, Ph.D.
   Address:         5296 E. Softwood Drive, Boise, ID 83716
   Subject Matter:  Expert in hydrological and geological engineering. The factors pertinent to the sources and causes of the flooding in the proposed class boundaries, the contributions to the flooding at various locations within the proposed class boundaries, and whether individualized analysis will be required to determine the sources of and allocable contributions for the flooding at various locations within the proposed class area.

3. Name:            Gregory C. Rigamer
                    GCR & Associates, Inc.
   Address:         2021 Lakeshore Drive, suite 100
                    New Orleans, LA    70122
   Subject Matter:  Expert in demographics. The distribution of topographical features and structures, damage assessment, mapping, and demographic data for the proposed class area.

4. Name:            Michael W. Truax, MAI
   Address:         Truax Robles & Baldwin Appraisers LLC
                    3045 Ridgelake Drive
                    Suite 100
                    Metairie, Louisiana   70002
                    Phone: 504-833-2020
   Subject Matter:  Expert in commercial and private real estate appraisal. The damages, damage assessment, and fair market value for structures damaged by Hurricane Katrina and flooding for the proposed class area.

5.  Name:             Dan Milham
    Address:          WDSU News Channel 6
                      846 Howard Ave.
                      New Orleans, LA    70113
    Subject Matter:   Expert in meteorology. The development, track, characteristics, and impact of Hurricane Katrina and Hurricane Rita.

6.  Name:             Proposed Class Representatives:

                      Michelle Hennessey
                      Laurie Coniglio
                      Leo Mitchell
                      Lenniece Morrell
                      Charles Moses
                      Alice Meyer
                      Laura Greer
                      Gary Greer
                      Gertrude Esteves
                      Stella Washington
                      John B. Williams
                      Emanuel Wilson
                      Lucinda Coco
                      Leslie Dorantes
                      Anita Harrison
                      Trenise Jackson
                      Dwayne Mallet
                      Donna Augustine
                      Gladys La Beaud
                      Daisy Innis
                      Betty Jones
                      Denise Meade
                      Joella Cephas
                      Beatrice Drew
                      Eddie Knighten
                      Calvin Levy
                      Nicola McCathen

    Addresses:        Unknown

    Subject Matter:   Whether the action should be certified as a class action

|     |                 |                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| --- | --------------- | --- |
|     |                 | including questions relating to numerosity of claimants, typicality of claims and defenses, commonality of claims and defenses, adequacy of the proposed class representatives, adverse interests of the proposed class representatives, lack of predominance of common issues, the predominance of issues requiring individualized proof, damages claimed and facts surrounding their experiences during Hurricane Katrina and its aftermath. |
| 7.  | Name:<br>Address:<br><br>Subject Matter: | Fran Campbell<br>203 Plauche Court<br>Harahan, LA   70123<br>Executive Director East Jefferson Levee District<br>Scope of authority of the East Jefferson Levee District and its duties and responsibilities as they relate to the 17th Street Canal, the London Avenue Canal, and the Industrial Canal. |
| 8.  | Name:<br>Address:<br>Subject Matte: | Jack Huerkamp, Sewerage and Water Board of New Orleans,<br>625 St. Joseph Street, New Orleans, Louisiana 70130<br>To testify regarding the construction and operation of the drainage system. |
| 9.  | Name: | Insurance adjustors and claims representatives that adjusted, investigated or inspected the alleged property damage of the proposed class representatives; |
| 10. | Name: | Persons that investigated, inspected or adjusted the proposed class representatives. |

-4-

Respectfully submitted,

LABORDE & NEUNER

_____
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:         (337) 237-7000
FACSIMILE:         (337) 233-9450

and

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:         (504) 831-0946
FACSIMILE:         (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

and

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:         (504) 568-1990
FACSIMILE:         (504) 310-9195
As Defense Liaison Counsel:

The United States of America and United States Army Corps of Engineers;
The Board of Commissioners of the Orleans Parish Levee District;
The Sewerage and Water Board of New Orleans;
The Board of Commissioners of the East Jefferson Levee District;
The Board of Commissioners of the Port of New Orleans;
Modjeski & Masters, Inc.;
Eustis Engineering Co., Inc.;
Boh Bros. Construction Company, Inc.;
B&K Construction Company, Inc.;
Burk-Kleinpeter, Inc.;
Burk-Kleinpeter, L.L.C.;
Gotech, Inc.;
CSX Transportation Corporation;
CSX Transportation, Inc.;
Gulf Group, Inc. of Florida;
Pittman Construction Co., Inc.;
C.R. Pittman Construction Co., Inc.;
James Construction Group, Inc.;
Public Belt Railroad Commission for the City of New Orleans;
and
St. Paul Fire and Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2007, a copy of the above and foregoing **Joint Defendant Preliminary Witness List** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____
COUNSEL