UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson,* (No. 06-2268) | |

FTC A STAFF
TORTS BRANCH
2007 APR -9 A 11: 51
RECEIVED

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

COMES NOW, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore &

Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz (collectively "Plaintiffs"),

by and through their counsel, and hereby propound the following Requests for Production

of Documents, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to Defendants

United States of America and the United States Army Corps of Engineers (collectively

"Defendants"), to be answered in writing on or before May 30, 2007 pursuant to the

Revised Robinson Case Management Order No. 1 (Doc No. 3603, "Robinson CMO No.

1").

1

Plaintiffs request that Defendants produce responsive documents at the offices of the Andry Law Firm, 610 Baronne Street, New Orleans, LA 70113 within the time limits established by the Robinson CMO No. 1, as they are kept in the usual course of business or organized and labeled to correspond with the applicable Request.  After the date of Defendants' responses to the Requests, supplementation is required to the full extent specified in the Federal Rules of Civil Procedure.

DEFINITIONS AND INSTRUCTIONS

A.  "Document" has the meaning given it under the Federal Rules of Civil Procedure Rule 34 and refers to documents in Defendants' custody, possession, and/or control as defined by federal law.

B.  "Communication" or "communications" means all forms by which information or documents can be transmitted or exchanged between persons, including without limitation, meetings, other face-to-face exchanges, telephone conversations, letters, facsimiles, memoranda, electronic mail, notes of any of the foregoing, and the like.

C.  "Concerns" or "concerning" includes discusses, analyzes, depicts, illustrates, simulates, reflects, referring to, alluding to, responding to, relating to, connected with, commenting on, in respect of, about, referencing, regarding, discussing, showing, describing, mentioning, constituting, evidencing, in preparation of, and pertaining to.

D.  "Hurricane Katrina" or "Katrina" means facts, circumstances, events or occurrences associated with, or related to, the landfalling tropical cyclone commonly referred to as "Hurricane Katrina," which made landfall on the Louisiana and Mississippi gulf coasts on or around August 29, 2005.

2

E. "Hurricane Rita" or "Rita" means facts, circumstances, events or occurrences associated with, or related to, the landfalling tropical cyclone commonly referred to as "Hurricane Rita," which made landfall on the Louisiana and Texas gulf coasts on or around September 24, 2005.

F. "MR-GO" means any and all constituent parts of the Mississippi River-Gulf Outlet (specifically including without limitation the segment along Lake Borgne (Reach 2); the segment connecting with the Gulf Intracoastal Waterway between New Orleans East and St. Bernard Parish that runs into the Inner Harbor Navigation Canal (also known as the Industrial Canal) (Reach 1); and the segment constructed or maintained within Breton Sound to the Gulf of Mexico (Reach 3)).

G. "Army Corps" means Defendant United States Army Corps of Engineers and any of the Army Corps' affiliates, officers, directors, agents, employees, consultants, contractors, and any person acting on the Army Corps' behalf or under the Army Corps' direction or control.

H. "Beach Erosion Board" means that panel, group, research center or other sub-division of the Army Corps known as the Beach Erosion Board.

I. "Coastal Engineering Research Center" means that panel, group, research center or other sub-division of the Army Corps known as the Coastal Engineering Research Center.

J. "Greater New Orleans" includes St. Bernard Parish and Orleans Parish and surrounding environs.

K. "Standard Project Hurricane" or "SPH" means a hypothetical hurricane intended to represent the most severe combination of hurricane parameters that is reasonably characteristic of a specified region, excluding extremely rare combinations.

3

L.  "1930 MR-GO Report" means the report submitted in or about June 1930 by the United States Army or the Army Corps to the United States House of Representatives, Committee on Rivers and Harbors, during the 71st Congress, 2nd Session with respect to a proposed Mississippi River-Gulf Outlet, otherwise known as House of Representatives document No. 71-46 (1930).

M.  "1951 MR-GO Report" means the report submitted in or about September 1951 by the United States Army or the Army Corps to the United States House of Representatives or the United States House of Representatives, Committee on Public Works, during the 82nd Congress, 1st Session with respect to a proposed Mississippi River-Gulf Outlet, otherwise known as House of Representatives document No. 82-245 (1951).

N.  "Orders and Regulations" means those orders, rules, and regulations governing the Army Corps promulgated by the United States Department of War; the United Stated States Department of Defense; the United States Army; the Army Corps; the Secretaries of War, Defense or Army; or the Office of the Chief Engineer.

O.  "IHNC" means the Inner Harbor Navigation Canal, also referred to and known as the "Industrial Canal."

P.  "Inundation" means the touching of land, including real property, by water (other than but possibly including precipitation) that would not have occurred but for the occurrence of Hurricane Katrina.

Q.  "GIWW" means the Gulf Intracoastal Waterway.

R.  "IPET Report" means the Final Report of the Interagency Performance Evaluation Task Force, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, all volumes, dated March 26, 2007.

S. "1984 Re-Evaluation Study" means the study conducted by the Army Corps, published in 1984, that examined the feasibility of providing hurricane protection by raising, elevating, and strengthening levees and floodwalls in Greater New Orleans, as referred to and described in Volume 1, pages 26-27 of the IPET Report.

T. "IPET Data Repository" means the data repository used by IPET that contains information pertaining to the New Orleans and Southeast Louisiana Hurricane Protection Projects, as referred to and described in Volume 1, Appendix 4, page 1 of the IPET Report.

U. To the extent some of the documents responsive to these requests may call for confidential or proprietary information, Plaintiffs are willing to enter into a stipulated protective order to protect such information.

V. For purposes of these requests, the following shall be deemed inclusive of each other in such a way as to call for the broadest possible response to the discovery request in question: singular and plural; masculine, feminine and neutral; conjunctive and disjunctive, the conjunction "and" and "or" shall mean and/or so that no document shall fail to be produced because of a limiting interpretation of "and" or "or."

W. If any request for production of documents cannot be responded to in full, respond to it to the fullest extent possible, specifying the reasons for Defendants inability to respond fully and identifying the date by which Defendants will make a complete response.

X. If any otherwise responsive document was, but is no longer in existence or in Defendants' possession, custody, or control, identify its current or last known custodian, the location/address of each such document, and describe in full why the document is no longer in existence or within Defendants' possession, custody, or control.

Y.  In the Defendants' written responses to the following requests for production of documents, please type the request for production to which Defendants are responding immediately before its response.  At request of Defendants' counsel, the undersigned counsel will provide the text of these discovery requests in an electronic format.

REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All documents concerning the planning, authorization, construction, cost, maintenance, and operation of the MR-GO.

**REQUEST FOR PRODUCTION NO. 2:**

All documents concerning the planning, authorization, construction, cost, maintenance, and operation of the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO.

**REQUEST FOR PRODUCTION NO. 3:**

All documents concerning levees, spoil banks, floodwalls, or any alleged or putative flood control measure built or directed to be built by the Army Corps along all other navigable waterways in the gulf coast region, other than the MR-GO.

**REQUEST FOR PRODUCTION NO. 4:**

All documents concerning the Army Corps' standards, criteria, methods or procedures for testing, analyzing, sampling and maintaining the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and the IHNC.

**REQUEST FOR PRODUCTION NO. 5:**

All documents concerning the Lake Pontchartrain and Vicinity Hurricane Protection Plan as it relates to the MR-GO and the IHNC and the construction of levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and the IHNC.

**REQUEST FOR PRODUCTION NO. 6:**

All documents concerning any modeling, forecasting, and predicting of hurricanes, tropical storms, and their related storm surge in Greater New Orleans since 1950, which has been carried out or utilized by the Army Corps.

**REQUEST FOR PRODUCTION NO. 7:**

All documents concerning the cause or causes of the inundation of Greater New Orleans from Hurricanes Katrina and Rita.

**REQUEST FOR PRODUCTION NO. 8:**

All documents concerning the cause or causes of floods and flooding of Greater New Orleans from tropical storms and hurricanes, other than Hurricanes Katrina or Rita, since 1950.

**REQUEST FOR PRODUCTION NO. 9:**

All documents concerning the MR-GO's impact on wetlands and marshlands in, adjacent to, or surrounding Greater New Orleans.

**REQUEST FOR PRODUCTION NO. 10:**

All documents concerning the Army Corps' knowledge of any design or construction defects in the MR-GO and the IHNC, including warnings, forecasts and predictions by local citizens, public officials, experts, and others.

**REQUEST FOR PRODUCTION NO. 11:**

All documents concerning the Army Corps' knowledge of any design or construction defects in the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and the IHNC, including warnings, forecasts and predictions by local citizens, public officials, experts, and others.

**REQUEST FOR PRODUCTION NO. 12:**

All documents concerning the Army Corps' communications with federal, state and local government agencies, citizens, private organizations, or environmental organizations concerning the MR-GO and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO.

**REQUEST FOR PRODUCTION NO. 13:**

All documents concerning any study, analysis, report, or investigation by the Beach Erosion Board concerning the MR-GO, the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO, and the effects or impact of hurricanes or tropical storms on the MR-GO and the surrounding gulf coast region.

**REQUEST FOR PRODUCTION NO. 14:**

All documents concerning any study, analysis, report, or investigation by the Coastal Engineering Research Center concerning the MR-GO, the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO, and the effects or impact of hurricanes or tropical storms on the MR-GO and the surrounding gulf coast region.

**REQUEST FOR PRODUCTION NO. 15:**

All documents concerning the effects of the convergence and connection of the MR-GO and the GIWW during all hurricanes and tropical storms since the MR-GO was opened to navigation.

**REQUEST FOR PRODUCTION NO. 16:**

All documents concerning the impact of wetlands and marshlands on hurricane-generated storm surge.

**REQUEST FOR PRODUCTION NO. 17:**

All documents concerning the Army Corps' orders, rules, regulations, manuals, guidelines or other directives concerning the investigation, design, construction, maintenance, and operation of the MR-GO.

**REQUEST FOR PRODUCTION NO. 18:**

All documents concerning the condition, status, integrity, need for repairs, or design changes of the MR-GO, including the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO before Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 19:**

All documents concerning the condition, status, integrity, need for repairs, or design changes of the MR-GO, including the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO after Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 20:**

All documents concerning the extent to which the Army Corps complied with all applicable federal statutes and regulations and its own rules, standards, regulations, manuals and criteria in the planning, design, construction, operation and maintenance of

the MR-GO and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO.

**REQUEST FOR PRODUCTION NO. 21:**

All documents concerning the extent to which the Army Corps complied with or deviated from the route alignment and design of the MR-GO as approved by Congress.

**REQUEST FOR PRODUCTION NO. 22:**

All documents used in preparing or drafting the 1930 MR-GO Report, including the 1930 MR-GO Report, itself.

**REQUEST FOR PRODUCTION NO. 23:**

All documents used in preparing or drafting the 1951 MR-GO Report, including the 1951 MR-GO Report, itself.

**REQUEST FOR PRODUCTION NO. 24:**

All documents concerning any and all hearings, testimony, statements before the United States House of Representatives or the United States Senate, or any committee or sub-committee thereof between 1950 and the present concerning the 1951 MR-GO Report.

**REQUEST FOR PRODUCTION NO. 25:**

All documents concerning any and all hearings, testimony, statements before the United States House of Representatives or the United States Senate, or any committee or sub-committee thereof between 1950 and the present concerning the MR-GO.

**REQUEST FOR PRODUCTION NO. 26:**

All documents concerning any communications between the United States Department of Interior and the Army Corps concerning the MR-GO and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO.

**REQUEST FOR PRODUCTION NO. 27:**

All documents concerning any communications between the United States Department of Interior, Fish and Wildlife Service and the Army Corps concerning the MR-GO and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO.

**REQUEST FOR PRODUCTION NO. 28:**

All documents concerning any public meetings, hearings or similar proceedings concerning the MR-GO and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO.

**REQUEST FOR PRODUCTION NO. 29:**

All documents concerning any soil analyses, studies, boring samples, boring logs, geological reports of the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and the eastern side of the IHNC.

**REQUEST FOR PRODUCTION NO. 30:**

All documents concerning water levels and water heights within the MR-GO, the GIWW, the IHNC, Lake Borgne and Lake Pontchartrain during the 72 hours preceding and the 96 hours following Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 31:**

All documents concerning the levels, heights, periods, velocities, or environment analyses of surges or waves within the MR-GO, the GIWW, the IHNC, Lake Borgne and Lake Pontchartrain during Hurricanes Audrey (1954), Betsy (1965), Katrina (2005), and Rita (2005).

**REQUEST FOR PRODUCTION NO. 32:**

All versions, including all prior iterations and the current version, of the Army

Corps' engineering manual currently numbered as EM 1110-2-1913, currently entitled

"Engineering and Design, Design and Construction of Levees."

**REQUEST FOR PRODUCTION NO. 33:**

All documents concerning any eyewitness testimony or statements concerning any

of the inundation that occurred in Greater New Orleans related to Hurricanes Katrina and

Rita.

**REQUEST FOR PRODUCTION NO. 34:**

All documents concerning any forecast, prediction, estimation or probability of

failure of the levees, spoil banks, floodwalls, or any alleged or putative flood control

measure surrounding Greater New Orleans in response to an SPH, made prior to Hurricane

Katrina.

**REQUEST FOR PRODUCTION NO. 35:**

All documents concerning any forecast, prediction, estimation or probability of

failure of the levees, spoil banks, floodwalls, or any alleged or putative flood control

measure surrounding Greater New Orleans in response to an SPH, made after Hurricane

Katrina.

**REQUEST FOR PRODUCTION NO. 36:**

All documents concerning the types of material or materials used to construct

levees, spoil banks, floodwalls, or any alleged or putative flood control measure

surrounding Greater New Orleans before Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 37:**

All documents concerning the types of material or materials used to construct levees, spoil banks, floodwalls, or any alleged or putative flood control measure surrounding Greater New Orleans after Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 38:**

All documents concerning the "Orders and Regulations" of the Army Corps in effect between January 1, 1920 and the present, including any and all amendments, modifications, deletions and revisions.

**REQUEST FOR PRODUCTION NO. 39:**

All documents concerning any hypothetical storm surge modeling for the Greater New Orleans area conducted by or at the instruction of the Army Corps, both prior to and after Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 40:**

All documents concerning the investigation, preparation, and drafting of the Army Corps' 1984 Re-Evaluation Study, including the 1984 Re-Evaluation Study, itself.

**REQUEST FOR PRODUCTION NO. 41:**

All documents concerning any lifts, enhancements, enlargements, or raising of the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and the IHNC from 1950 to date.

**REQUEST FOR PRODUCTION NO. 42:**

All documents concerning any analysis and communications concerning the decision to include, or not to include, protection against overtopping and waves along the

levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and the IHNC prior to and after Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 43:**

All documents utilized, consulted, created, or considered in generating the Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006.

**REQUEST FOR PRODUCTION NO. 44:**

All documents concerning the cause or causes of the failures of any of the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the IHNC during and after Hurricane Katrina.

**REQUEST FOR PRODUCTION NO. 45:**

All documents stored in the IPET Data Repository concerning the MR-GO, the IHNC, levees, spoil banks, floodwalls, or any alleged or putative flood control measure, and hurricane protection projects in Greater New Orleans.

**REQUEST FOR PRODUCTION NO. 46:**

All studies, analyses, reports, briefings, products, or documents listed, cited, described, detailed or relied upon by any author of, or contributor to, the IPET Report.

**REQUEST FOR PRODUCTION NO. 47:**

All documents concerning any contracts entered into by the Army Corps and any contractors, builders, dredging companies, engineers, or other third parties concerning the planning, authorization, construction, cost, maintenance, and operation of the MR-GO and IHNC and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and the IHNC.

**REQUEST FOR PRODUCTION NO. 48:**

All documents that support Defendants' contentions, assertions, and defenses that levees or any other flood control measures, structures, or devices were constructed along the MR-GO and the IHNC.

**REQUEST FOR PRODUCTION NO. 49:**

All documents concerning the planning, authorization, construction, cost, maintenance, and operation of the IHNC including the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the IHNC.

**REQUEST FOR PRODUCTION NO. 50**

All communications, including without limitation emails, by any employee or agent of the Army Corps from the period of August 28, 2004 to date, which contains the term "MRGO," "MR-GO," "Mississippi River Gulf Outlet" or any variation thereof.

Dated: April 2, 2007

**O'Donnell & Associates PC**

By: _____

Attorneys for Plaintiffs
Pierce O'Donnell (*pro hac vice*)
O'Donnell & Associates PC
550 South Hope Street, Suite 1000
Los Angeles, California 90071-2627
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
pod@oslaw.com

**Fayard & Honeycutt**

Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.

Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**The Andry Law Firm, LLC**

Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

**Domengeaux Wright Roy & Edwards LLC**

Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile:  (337) 233-2796

**Levin, Papantonio, Thomas, Mitchell Echsner &
Proctor, P.A.**

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on April 2, 2007, I served Plaintiffs' First Set of Requests for Production of Documents upon Defendants' counsel, Robin D. Smith, by facsimile at (202) 616-5200 and U.S. mail addressed to the United States Department of Justice, Torts Branch, Civil Division, P.O. Box 888, Benjamin Franklin Station, Washington, D.C. 20044.

Pierce O'Donnell