# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## DEFENDANT UNITED STATES' MOTION TO CERTIFY ORDER AND REASONS (R.D. 2994) FOR INTERLOCUTORY APPEAL

Pursuant to Rule 7(b), Fed. R. Civ. P., the United States moves for an Order certifying Record Document 2994 for interlocutory appeal under 28 U.S.C. § 1292(b).

1

In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion and the entire record.

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES PAUL F. FIGLEY
          Deputy Director, Torts Branch
          Civil Division

          s/ Robin D. Smith
          ROBIN D. SMITH
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 888
          Benjamin Franklin Station
          Washington, D.C.  20044
          (202) 616-4289
          (202) 616-5200 (fax)
          robin.doyle.smith@usdoj.gov
          Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

  I, Robin D. Smith, hereby certify that on April 20, 2007, I served a true copy of Defendant United States' Motion to Certify upon all counsel of record by ECF.

        s/ Robin D. Smith
        Robin D. Smith