UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' FIRST UPDATED LIST
OF CLASS-CERTIFICATION EXHIBITS**

The undersigned MRGO Defendants submit this first updated list of exhibits for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO"). The MRGO Defendants will continue to supplement this list with additional detail on the 20th day of every month as directed in the Court's CMO.

    1.    U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data;

    2.    U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the

Interagency Performance Evaluation Task Force (June 1, 1006), including underlying data;

      3.     "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina;

      4.     Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report;

      5.     U.S. Department of Justice Standard Form 95 (claim for damage, injury, or death), actually submitted by proposed class members to the United States Army Corps of Engineers;

      6.     Records of insurance claims made by named plaintiffs, as well as putative class members, to recover pursuant to any insurance policy for damages resulting from or at the approximate time of Hurricanes Katrina and/or Rita;

      7.     Documents supportive of claims for assistance from the Louisiana Recovery Authority made by proposed class members arising from damage caused by Hurricane Katrina and/or Rita;

      8.     Lake Borgne Basin Levee District current financial statement;

      9.     Financial records of Orleans Levee District, including Balance Sheets and statements of assets and liabilities for fiscal years ending June 30, 2005, June 30, 2006, and, once prepared, for fiscal year ending June 30, 2007;

      10.    Liability Insurance Policy issued to the Orleans Levee District effective August 2005;

      11.    O.L.D. Profile Elevations Drawing - May 2005;

      12.    Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

      13.    Map of the proposed class and sub-class boundaries;

      14.    Times-Picayune article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

      15.    "MR-GO" Master Consolidated Class Action Complaint; and

      16.    Superseding Master Consolidated Class Action Complaint - Levee Plaintiffs.

Dated: April 20, 2007                                         Respectfully submitted,


| | |
|---|---|
| */s/ Gary M. Zwain* | */s/Robin D. Smith* |
| Lawrence J. Duplass, 5199 | Peter D. Keisler |
| Gary M. Zwain, 13809 | Assistant Attorney General |
| Andrew D. Weinstock, 18495 | Jeffrey S. Bucholtz |
|     Of | Principal Deputy Assistant Attorney |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | General |
| | C. Frederick Beckner III |
| 3838 N. Causeway Blvd., Suite 2900 | Deputy Assistant Attorney General |
| Metairie, Louisiana 70002 | Phyllis J. Pyles |
| Telephone: (504) 832-3700 | Director, Torts Branch |
| Facsimile: (504) 837-3119 | Robin D. Smith |
| | Trial Attorney |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Torts Branch, Civil Division |
| | U.S. Department of Justice |
| | P.O. Box 888 |
| | Benjamin Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-4289 |
| | Facsimile:  (202) 616-5200 |
| | |
| | Attorneys for United States |

| | |
|---|---|
| */s/Thomas P. Anzelmo* | */s/ William D. Treeby* |
| Thomas P. Anzelmo, 2533 | William D. Treeby, 12901 |
| Mark E. Hanna, 19336 | Carmelite M. Bertaut, 3054 |
| Kyle P. Kirsch, 26363 | Heather S. Lonian, 29956 |
| Andre J. Lagarde, 28649 | Of |
| Of | Stone Pigman Walther Wittmann L.L.C. |
| McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel | 546 Carondelet Street |
| 3445 N. Causeway Boulevard, Suite 800 | New Orleans, Louisiana 70130 |
| Metairie, Louisiana 70002 | Telephone: (504) 581-3200 |
| Telephone: (504) 831-0946 | Facsimile: (504) 581-3361 |
| Facsimile: (504) 831-2492 | |
| | Attorneys for Washington Group International, Inc. |
| And | |
| | Of counsel |
| James L. Pate, 10333 | Adrian Wager-Zito |
| Ben L. Mayeux, 19042 | Julie McEvoy |
| Of | Jones Day |
| Laborde & Neuner | 51 Louisiana Avenue, N.W. |
| One Petroleum Center, Suite 200 | Washington, D.C. 20001-2113 |
| 1001 West Pinhook Road, Suite 200 | Telephone: (202) 879-4645 |
| Post Office Drawer 52828 | Facsimile: (202) 626-1700 |
| Lafayette, Louisiana 70505-2828 | |
| Telephone: (337) 237-7000 | Jerome R. Doak |
| | Jones Day |
| Attorneys for the Counsel for the Board of Commissioners for the Orleans Levee District | 2727 N. Harwood Street |
| | Dallas, Texas 75201 |
| | Telephone: (214) 220-3939 |
| | Facsimile: (214) 969-5100 |

## CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' First Updated List of Class-Certification Exhibits has been served upon Joseph Bruno, Plaintiffs' Liaison Counsel, this 20th of April, 2007.

*/s/ William D. Treeby*
William D. Treeby

DLI-6111083v1