UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION: 05-4182 |
| | SEC. "K" JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE    (*Fitzmorris, 06-1768*) | (2) MAGISTRATE WILKINSON |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant, Allstate Insurance Company, moves the Court for an order substituting James F. Ryan, of the firm of Donovan & Lawler, as its counsel of record and trial attorney for this action in lieu and in place of Judy Y. Barrasso and Mary Dawn Pugh of the firm of Barrasso, Usdin, Kupperman, Freeman & Sarver, whose names we are withdrawing as counsel of record for said defendant.

       *s/Mary Dawn Pugh*
JUDY Y. BARRASSO, Bar #2814
MARY DAWN PUGH, Bar #30025
BARRASSO, USDIN, KUPPERMAN,
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
jbarrasso@barrassousdin.com
mpugh@barrassousdin.com

*s/James F. Ryan*
JAMES F. RYAN (#11559)
4640 Rye Street
Metairie, LA   70006
Phone:  (504) 454-6808
Fax:  (504) 887-5885
Email: jryan@donovanlawler.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Mickey P. Landry**
mlandry@landryswarr.com,lslaw@landryswarr.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

*s/Mary Dawn Pugh*
MARY DAWN PUGH, Bar #30025