UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION: 05-4182 |
| | SEC. "K" JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE   (*Fitzmorris, 06-1768*) | (2) MAGISTRATE WILKINSON |

## O R D E R

Considering the above and foregoing motion,

IT IS ORDERED by the Court that James F. Ryan of the firm of Donovan & Lawler be and is hereby substituted as counsel of record for defendant, Allstate Insurance Company in said action and that his name be entered as such on the record and docket thereof; and that Judy Y. Barrasso and Mary Dawn Pugh of the Law Offices of Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, be removed as counsel for defendant, Allstate Insurance Company.

New Orleans, Louisiana, this _____ day of April, 2007.

_____
**J U D G E**