FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 20  PM 2: 40

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIN BURKS** \* | |
| **VERSUS** \* | **CIVIL ACTION NO.: 05-4182** |
| **PRUDENTIAL FINANCIAL GROUP,** \* | |
| **LIBERTY MUTUAL INS. CO.,** | **JUDGE: DUVAL** |
| **CHUBB INS. COMPANY DBA** \* | |
| **VIGILANT INS. CO., PRINCIPAL** | **MAGISTRATE: WILKINSON** |
| **RESIDENTIAL MORTGAGE, INC.,** \* | |
| **CITIMORTGAGE, INC. A DIVISION** | |
| **OR SUBSIDIARY** \* | |

**CITIMORTGAGE, INC.'S ANSWER TO PLAINTIFF'S**
**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes defendant, Citimortgage, Inc. ("Citimortgage"), and for its answer to Plaintiff's First Supplemental and Amending Complaint for Damages ("Amended Complaint") filed in the above-captioned proceeding by plaintiff, Erin Burks, respectfully incorporates all previously asserted affirmative defenses, denials, and responses set forth in its original Answer, and in response to the specific allegations contained in Plaintiff's Amended Complaint, avers as follows:

I.

The allegations contained in Paragraph I of the Amended Complaint are not directed to Citimortgage and therefore do not require a response. To the extent a response is required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

NO TLW1 140955 v1
2791169-000018

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No_____

II.

The allegations contained in Paragraph II of the Amended Complaint are not directed to Citimortgage and therefore do not require a response. To the extent a response is required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

III.

The allegations contained in Paragraph III of the Amended Complaint are not directed to Citimortgage and therefore do not require a response. To the extent a response is required, the allegations are denied.

IV.

Citimortgage denies the allegations set forth in the Prayer to Plaintiff's Amended Complaint, and further denies the existence of any damages or legally cognizable cause of action, demand, or claim as against Citimortgage on the part of Plaintiff, and specifically denies that it is directly or indirectly liable, responsible or answerable for any loss, injury, or damage alleged by Plaintiff.

Respectfully submitted,

BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC

_____
KENT LAMBERT, T.A. (#22458)
ANNE DERBES KELLER (#24076)
TYLER L. WEIDLICH (#30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR CITIMORTGAGE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2007 copies of the foregoing have been sent to all known counsel of record, either by e-mail, courier, facsimile or United States mail, postage prepaid and properly addressed.

*/s/ [signature]*