UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Orleans Levee District ("Orleans Levee District") who request that Gregory A. Koury of Laborde & Neuner be formally enrolled as counsel of record, joining James L. Pate and Ben Mayeaux.

-1-

Respectfully submitted:

LABORDE & NEUNER

BY: *s/ Ben L. Mayeaux*
    James L. Pate (#10333)
    Ben L. Mayeaux (#19042)
    Gregory A. Koury ( #26364)
    1001 W. Pinhook Rd., Suite 200
    Lafayette, LA 70503
    P.O. Drawer 52828
    Lafayette, LA 70505-2828
    Phone:   (337) 237-7000
    Fax:   (337) 233-9450
    Attorneys for Orleans Levee District

## CERTIFICATE OF SERVICE

I hereby certify that on the 23[th] day of April, 2007, a copy of the above and foregoing **Motion to Enroll As Counsel of Record** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

    *s/Ben L. Mayeaux*
    COUNSEL