UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |
| FILED IN: | 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,<br>06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |

PERTAINS TO: LEVEE

---

### ORDER

Considering the foregoing Motion;

IT IS ORDERED, ADJUDGED AND DECREED that Greogry A. Koury be formally enrolled as counsel of record for Orleans Levee District.

Signed this _____ day of _____, 2007.

_____
JUDGE

-3-