UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO:<br>INSURANCE   (*Abadie,* 06-5164) | * * * * | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm"), who respectfully request that David A. Strauss, Lindsay A. Larson, III, Christian A. Garbett, Sr. and Adam P. Massey of King LeBlanc & Bland, P.L.L.C. be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre, Andrea L. Fannin and Sarah H. Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled action.

WHEREFORE, Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company pray that David A. Strauss, Lindsay A. Larson, III, Christian A. Garbett, Sr. and Adam P. Massey of King LeBlanc & Bland, P.L.L.C. be substituted as counsel of record for State Farm in place of Wayne J. Lee, Mary L. Dumestre, Andrea L. Fannin and Sarah H. Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C.

Respectfully submitted,

| /s/ David A. Strauss | /s/ Sarah H. Barcellona |
|---|---|
| David A. Strauss (T.A.), #24665<br>Lindsay A. Larson, III, #08053<br>Christian A. Garbett, Sr., #26293<br>Adam P. Massey, #29330<br>KING LEBLANC & BLAND, P.L.L.C.<br>201 St. Charles Avenue, Suite 4500<br>New Orleans, LA 70170<br>Telephone: (504) 582-3800<br>Facsimile: (504) 582-1233<br>Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company<br>dstrauss@klb-law.com<br>llarson@klb-law.com<br>cgarbett@klb-law.com<br>amassey@klb-law.com | Wayne J. Lee, #7916<br>Mary L. Dumestre, #18873<br>Andrea L. Fannin, #26280<br>Sarah H. Barcellona, #28080<br>    Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>Telephone:  (504) 581-3200<br>Facsimile:  (504) 581-3361<br><br>Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company |

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 23rd day of April, 2007.

/s/ Sarah H. Barcellona

869306v.1