UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| 05-4181, 05-4182, 05-4191, 05-4568, | * | |
| 05-5237, 05-6073, 05-6314, 05-6324, | * | |
| 05-6327, 05-6359, 06-0020, 06-1885, | * | |
| 06-0225, 06-0886, 06-11208, 06-2278, | * | |
| 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, 06-5163, | * | |
| 06-5367, 06-5471, 06-5771, 06-5786, | * | |
| 06-5937, 06-7682, 07-0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, 07-1288, | * | |
| 07-1289 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Gulf Group, Inc. of Florida, defendant herein, which states to the Court that it previously has been represented by Stephen H. Kupperman and Kristin L. Beckman of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. and that it now desires to substitute and enroll as its counsel Glenn B. Adams, James Eric Johnson, Michael W. Collins, Bryan J. Haydel, Jr. and Eleanor W. Wall of Porteous, Hainkel and Johnson, LLP.

1

84023

WHEREFORE, Gulf Group, Inc. of Florida prays that Stephen H. Kupperman and Kristin L. Beckman of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be permitted to withdraw as counsel for Gulf Group, Inc. of Florida, and that Glenn B. Adams, James Eric Johnson, Michael W. Collins, Bryan J. Haydel, Jr. and Eleanor W. Wall of Porteous, Hainkel and Johnson, LLP be enrolled as counsel for Gulf Group, Inc. of Florida in their stead.

Respectfully submitted,

*/s/ Stephen H. Kupperman*
_____
STEPHEN H. KUPPERMAN (7890)
KRISTIN L. BECKMAN (29758)
BARRASSO USDIN KUPPERMAN
      FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
Telephone: 504-589-9700
e-mail: skupperman@barrassousdin.com


*/s/ Glenn B. Adams*
_____
GLENN B. ADAMS (Bar No. 2316)
MICHAEL W. COLLINS (Bar No. 12919)
JAMES ERIC JOHNSON (Bar No. 23800)
BRYAN J.HAYDEL, Jr. (Bar No. 27500)
ELEANOR W. WALL (Bar No. 29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8920 Telephone
(225) 383-7900 Facsimile

84023

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and forgoing Motion to Substitute Counsel has been served upon all counsel of record this 23rd day of April, 2007, by filing in the Court's electronic filing system, and for non-participants, by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed.

    */s/ Stephen H. Kupperman*
    _____

84023