UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| 05-4181, 05-4182, 05-4191, 05-4568, | * | |
| 05-5237, 05-6073, 05-6314, 05-6324, | * | |
| 05-6327, 05-6359, 06-0020, 06-1885, | * | |
| 06-0225, 06-0886, 06-11208, 06-2278, | * | |
| 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, 06-5163, | * | |
| 06-5367, 06-5471, 06-5771, 06-5786, | * | |
| 06-5937, 06-7682, 07-0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, 07-1288, | * | |
| 07-1289 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

CONSIDERING the Motion to Substitute Counsel;

Stephen H. Kupperman and Kristin L. Beckman of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be and the same are hereby permitted to withdraw as counsel for Gulf Group, Inc. of Florida, and Glenn B. Adams, James Eric Johnson, Michael W. Collins, Bryan J. Haydel,

84030

Jr. and Eleanor W. Wall of Porteous, Hainkel and Johnson, L.L.P. be and the same are hereby enrolled as counsel for Gulf Group, Inc. of Florida in their stead.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
J U D G E

84030