UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE   *Starnes*, 07-1588<br>            *Villere*, 07-1589<br>            *Gibson*, 07-1598<br>            *Myers*, 07-1600<br>            *Schwankhart*, 07-1601<br>            *Tumblin*, 07-1602<br>            *Banks*, 07-1603 | *<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Company ("State Farm"), who respectfully requests that Sidney J. Hardy and Roy C. Beard of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel P.C. be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre, Michael Q. Walshe, Jr., J. Dalton Courson, and Heather S. Lonian of the law firm of Stone Pigman Walther Wittmann L.L.C. be withdrawn as counsel of record for State Farm in the above-numbered and entitled actions.

869514v.1

**WHEREFORE,** Defendant State Farm Fire and Casualty Company prays that Sidney J. Hardy and Roy C. Beard of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel P.C. be substituted as counsel of record for State Farm in place of Wayne J. Lee, Mary L. Dumestre, Michael Q. Walshe, Jr., J. Dalton Courson, and Heather S. Lonian of the law firm of Stone Pigman Walther Wittmann L.L.C.

Respectfully submitted,

| | |
|---|---|
| */s/ Sidney J. Hardy* | */s/ J. Dalton Courson* |
| Sidney J. Hardy (#1938) | Wayne J. Lee, 7916 |
| Roy C. Beard (#17461) | Mary L. Dumestre, 18873 |
| MCCRANIE, SISTRUNK, ANZELMO, | Michael Q. Walshe, Jr., 23968 |
| HARDY, MAXWELL & MCDANIEL P.C. | J. Dalton Courson, 28542 |
| 3445 N. Causeway Blvd., Suite 800 | Heather S. Lonian, 29956 |
| Metairie, Louisiana  70002 | of |
| Telephone:  (504) 831-0946 | STONE PIGMAN WALTHER |
| Facsimile:  (504) 831-2492 |   WITTMANN L.L.C. |
| | 546 Carondelet Street |
| | New Orleans, Louisiana  70130 |
| | Telephone: (504) 581-3200 |
| | Facsimile:  (504) 581-3361 |
| | |
| | Attorneys for Defendant State Farm Fire and Casualty Company |

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion to Substitute Counsel has been served upon all counsel of record by electronic filing, facsimile transmission, hand delivery, or mailing same in the United States mail, postage prepaid and properly addressed, this 23rd day of April, 2007.

    */s/ J. Dalton Courson*

- 2 -

869514v.1