

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES | * | SECTION: "K" (2) |
| PERTAINS TO:   06-8708 (Josephine Richardson, et al) | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

## MOTION FOR LEAVE TO FILE
## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come petitioner in the above captioned matter, who respectfully prays for leave to file her First Supplemental and Amending Complaint against the defendants, and respectfully represent:

1.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the petitioners wish to supplement and amend the original complaint as outlined in the attached First Supplemental and Amending Complaint.

2.

Petitioner shows that leave of court is required for this pleading, but that leave shall be freely given when justice so requires.

3.

Petitioners further show that the claims asserted in the amending pleading arose out of the conduct, transaction and occurrence set forth in the original pleading.

WHEREFORE, the petitioner prays that this Court grant leave for the filing of their First Supplemental and Amending Complaint and that same be filed in accordance with law.

Respectfully submitted,

Robert J. Caluda, LA Bar No. 3804
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid, this 23 day of April, 2007

ROBERT J. CALUDA