UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO:   06-8708 (Josephine Richardson, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

### CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 7.6E

Undersigned counsel hereby certifies that counsel for the United States of America and all other defendants in 06-8708, have been contacted regarding the accompanying Motion for Leave to File First Supplemental and Amending Complaint for Damages and opposition has been expressed.

Respectfully submitted,

_____
Robert J. Caluda, LA Bar No. 3804
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid, this 23 day of April, 2007.

_____
ROBERT J. CALUDA