UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO: 06-8708 (Josephine Richardson, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

### NOTICE OF HEARING

Considering the foregoing Motion and opposition expressed:

IT IS ORDERED, that defendants show cause on the 16th day of **May, 2007** at 9:30 a.m. o'clock, why plaintiffs should not be granted the relief requested.

Signed:

NEW ORLEANS, LOUISIANA this ____ day of _____, 2007.

_____
JUDGE