UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO:   06-8708 (Josephine Richardson, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

### ORDER

Considering the foregoing motion by petitioner in the above captioned matter for leave to file her First Supplemental and Amending Complaint,

**IT IS HEREBY ORDERED** that plaintiffs are granted leave to file their First Supplemental and Amending Complaint and that such Complaint be filed into the record.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
**JUDGE, UNITED STATES DISTRICT COURT**