UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES | * | SECTION: "K" (2) |
| PERTAINS TO:   06-8708<br>(Josephine Richardson, et al) | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

## REQUEST FOR NOTICE

**TO:** Clerk of Court
United States District Court
Eastern District of Louisiana

Pursuant to the Federal Rules of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any trial or hearing date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Federal Rules of Civil Procedure.

Respectfully Submitted,

_____
**Robert J. Caluda LA Bar # 3804**
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

___ Fee_____
✓ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____