UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

                                      NO. 05-4182 "K" (2)

PERTAINS TO: Insurance, Reese (06-4873)          JUDGE DUVAL
                                              MAG. WILKINSON

## ORDER

As requested by counsel, a **Settlement Conference** is set in this case on **JUNE 14, 2007 at 3:00 p.m.** before me.

New Orleans, Louisiana, this 24th day of April, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**