**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
|        CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-4389 | * | |
|         06-6099 | * | MAGISTRATE WILKINSON |
|         06-5786 | * | |

* * * * * * * * * * * * * * * * *

**UNOPPOSED EX PARTE MOTION TO**
**EXTEND TIME FOR RESPONSE TO**
**DETAILED ITEMIZATION OF COSTS AND FEES**

**COME NOW** Ashton R. O'Dwyer, Jr., appearing *in propria persona*, and moves This Honorable Court for an Order extending the time within which he must file his response to the detailed itemization of the costs and fees allegedly incurred by the State of Louisiana, from April 24, 2007, which was the date established by This Court's Order of April 3, 2007 (Record Document No. 3666), until the close of business on Friday, April 27, 2007, an extension of three (3) days.  The request for a three (3) day extension is due to pending deadlines in other litigation in which Mover is involved in the United States District Court for the Eastern District of Louisiana.  Mover certifies that he has conferred with opposing counsel representing the State of Louisiana through the Department of Justice, Litigation Division, who have no objection to the requested extension of time.

-2-

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

**By:** **S/ Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Tel. 504-561-6561**
**Fax. 504-561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S/Ashton R. O'Dwyer, Jr.