UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-4389 | * | |
|         06-6099 | * | MAGISTRATE WILKINSON |
|         06-5786 | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Unopposed Ex Parte Motion filed by Ashton R. O'Dwyer, Jr. *in propria persona* for an Extension of Time within which to respond to detailed itemization of costs and fees incurred by the State of Louisiana, from April 24, 2007, until the close of business on April 27, 2007, which the Court has duly noted;

**IT IS ORDERED** that Ashton R. O'Dwyer, Jr. be and he is hereby **GRANTED** an extension of time within which to respond to the detailed itemization of costs and fees incurred by the State of Louisiana no later than the close of business on April 27, 2007.

New Orleans, Louisiana, this _____ day of _____, 2007.

**J U D G E**