UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182<br>Section "K"2 |
| PERTAINS TO:   INSURANCE<br>                 (*Jackson*  06-8952) | JUDGE DUVAL<br>MAG. WILKINSON |

### FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, NANCY E. JACKSON, wife of, and TIMOTHY JACKSON, who, pursuant to this Honorable Court's Order of April 9, 2007, ordering that they amend their petition to allege with specificity that they seek coverage under an All-Risk Policy for water damage allegedly caused by a canal breach, amend their original Complaint as follows:

I.

Except as set forth below, all of the allegations set forth in the original Complaint shall remain as written and are incorporated herein by reference.

II.

Plaintiffs amend and restate Paragraph III of their original Complaint to read as follows:

At all times relevant hereto, there was in force and effect an All-Risk Policy of homeowners insurance issued by defendant State Farm insuring plaintiffs against damages and losses to the dwelling and personal property located at 233 20th Street, New Orleans, Parish of Orleans, State of Louisiana.

III.

Plaintiffs amend and restate Paragraph VI of their original Complaint to read as follows:

At all times relevant hereto, plaintiffs were the owners of the property located at 233 20th Street, New Orleans, Parish of Orleans, State of Louisiana.  This property was insured by defendant State Farm under All-Risk Policy number 18-58-1497-5.  The property was covered under a separate National Flood Insurance Program flood policy under policy number 98-121-3455-0.

IV.

Plaintiffs amend and restate Paragraph XI of their original Complaint to read as follows:

On August 29, 2005, Hurricane Katrina hit the Gulf Coast with cruel and devastating force.  Plaintiffs' property and its contents were destroyed.  The destruction of the property was caused by a combination of events including wind, rain, wind-driven rain, flooding, and the breach of a canal.  The damage was such that the property and contents were a total loss.

WHEREFORE, plaintiffs pray that defendants be duly served with Summons and this First Amended Complaint and that, after due proceedings be had there be judgment rendered in favor of plaintiffs and against defendants, for damages, penalties, costs, attorney's fees, and any other appropriate relief, including judicial interest from the date of demand on all damages, penalties, cots and attorney's fees, and all other general and equitable relief to which they are entitled

Respectfully Submitted,
LEMMON LAW FIRM, LLC


/s/ Irma L. Netting
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
Counsel For Plaintiffs
LEMMON LAW FIRM
15058 River Road
P.O. Box 904
Hahnville, 70057
(985)783-6789; Fax (985) 783-1333
irma@lemmonlawfirm.com


**CERTIFICATE OF SERVICE**

I certify that on April 24, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Joseph James Aguda , Jr**
  jaguda@nielsenlawfirm.com,mblythe@nielsenlawfirm.com,rcastle@nielsenlawfirm.com

- **Adrianne L. Baumgartner**
  abaumgartner@phjlaw.com,frider@phjlaw.com,jbordelon@phjlaw.com

- **Charles L. Chassaignac , IV**
  cchassaignac@phjlaw.com,pmcdaniel@phjlaw.com

- **Bryan Joseph Haydel , Jr**
  bhaydel@phjlaw.com,gsantalucito@phjlaw.com

- **Andrew Allen Lemmon**
  court@lemmonlawfirm.com

- **Irma L. Netting**
  irma@lemmonlawfirm.com,court@lemmonlawfirm.com

- **Gerald J. Nielsen**
  gjnielsen@aol.com,HGregorich@nielsenlawfirm.com

- **Kim Huong Ashley Tran**
  ktran@nielsenlawfirm.com,aparnell@nielsenlawfirm.com,tammylps@aol.com

- **Eleanor Weeks Wall**
  ewall@phjlaw.com,pmcdaniel@phjlaw.com

I further certify that there were no non-CM/ECF participants that would require notice of the electronic filing by first-class mail.

/s/ Irma L. Netting
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
Attorneys For Plaintiffs
LEMMON LAW FIRM
15058 River Road
P.O. Box 904
Hahnville, 70057
(985)783-6789; Fax (985) 783-1333
irma@lemmonlawfirm.com