**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**THERESA AND KERRY CHATELAIN**                                   **CIVIL ACTION**

**VERSUS**                                                        **NO:  07-1692**
                                                                  **consolidated with:**
                                                                  **05-4182**

**ST. PAUL TRAVELERS GROUP/ ST**
**PAUL PROPERTY AND CASULATY**
**INSURANCE COMPANY**                                             **SECTION: K (2)**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AMENDED
## COMPLAINT TO REQUEST TRIAL BY JURY PRIOR TO DEFENDANT'S ANSWER

        Here into Court comes Complainant who respectfully requests leave of court pursuant to

Case Management Order #4 to file a supplemental and amended complaint to request trial by

jury prior to defendant's filing of their answer.

                                        Respectfully Submitted,


                                         /s/ Brent A. Klibert
                                        **Roy F. Amedee, Jr. - 2449**
                                        **Brent A. Klibert - 29296**
                                        228 St. Charles Avenue, Suite 801
                                        New Orleans, LA 70130
                                        Telephone:  504-592-3222
                                        Facsimile:  504-592-8783

                                        **CONNICK AND CONNICK, LLC**
                                        **William P. Connick - 14158**
                                        2551 Metairie Road
                                        Metairie, LA 70005
                                        Telephone:  504-838-8777
                                        Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 08540**
**Andrea S. Lestelle - 08539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**ROBICHAUX LAW FIRM**
J. **Van Robichaux, Jr. - 11338**
P.O. Box 792500
New Orleans, LA  70179
6305 Elysian Fields, Suite 304
New Orleans, LA  70122
Telephone: (504) 286-2022
Facsimile:  (504) 282-6298

**UNGAR & BYRNE, APLC**
**Randy J. Ungar — 12387**
365 Canal Street, Suite 2520
New Orleans, LA 70130
Telephone:  504-566-1616
Facsimile:  504-566-1652

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130