**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AUDREY D. AND JOSEPH A. HAINES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-1691**<br>**consolidated with:**<br>**05-4182** |
| **ST. PAUL TRAVELERS GROUP/ ST PAUL PROPERTY AND CASULATY INSURANCE COMPANY** | **SECTION: K (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AMENDED COMPLAINT TO REQUEST TRIAL BY JURY PRIOR TO DEFENDANT'S ANSWER**

Here into Court comes Complainant who respectfully requests leave of court pursuant to Case Management Order #4 to file a supplemental and amended complaint to request trial by jury prior to defendant's filing of their answer.

Respectfully Submitted,

 /s/ Brent A. Klibert
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**CONNICK AND CONNICK, LLC**
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 08540**
**Andrea S. Lestelle - 08539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**ROBICHAUX LAW FIRM**
J. **Van Robichaux, Jr. - 11338**
P.O. Box 792500
New Orleans, LA  70179
6305 Elysian Fields, Suite 304
New Orleans, LA  70122
Telephone: (504) 286-2022
Facsimile:  (504) 282-6298

**UNGAR & BYRNE, APLC**
**Randy J. Ungar — 12387**
365 Canal Street, Suite 2520
New Orleans, LA 70130
Telephone:  504-566-1616
Facsimile:  504-566-1652

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130