UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUDREY D. AND JOSEPH A. HAINES** | CIVIL ACTION |
| **VERSUS** | NO. 07-01691<br>Consolidated with:<br>05-4182 |
| **AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE / AUTO CLUB FAMILY INSURANCE COMPANY a/k/a AAA** | SECTION: K (2) |

*****************************************************************************

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

## AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes complainants, Audrey D. and Joseph A. Haines who supplement and amend their original petition filed on August 24, 2006, in Civil District Court for the Parish of Orleans, State of Louisiana, which was subsequently removed by Defendant herein to United States District Court for the Eastern District of Louisiana as follows:

1.

Complainants adopt and incorporate by reference all of the allegations and prayers for relief set forth and contained in paragraphs I through XIX and the prayer for relief contained in their original state court petition as if copied herein verbatim and *in extenso*.

2.

Complainants adopt and incorporates by reference all of the allegations and prayers for relief set forth and contained in paragraphs XX through XXVIII and the prayer for relief contained in their First Supplemental and Amended Complaint as if copied herein verbatim and *in extenso.*

3.

Complainants add paragraph number XXVIX to read as follows:

XXVIX.

Complainants hereby request trial by jury.

WHEREFORE, Complainants pray:

That after appropriate legal delays, there be judgment in favor of Complainants and against Defendant, Automobile Club Inter-Insurance Exchange / Auto Club Family Insurance Company a/k/a AAA, for the full face value stated in the homeowner's policy issued by them to Complainant for coverage for dwelling and other structures, without deduction or offset pursuant to La. R.S. 22:695; that there be trial by jury; that there judgment in favor of Complainant for the full face value stated in the homeowner's policy issued by Defendant to Complainant for personal property/contents without deduction or offset pursuant to La. R.S. 22:667: that there be judgment in favor of Complainant for the full face value stated in said policy for coverage of additional living expenses/loss of use: that in the alternative there be judgment in favor of complainant and against Defendant herein for just and reasonable damages provided under the homeowner's policy issued by Defendant to Complainant herein, for all damages to Complainant's dwelling, other structures, personal property/contents, additional living expenses and/or all relief provided by said policy: that Complainant be granted all relief prayed for in his original petition, and all relief provided by the provisions of La. R.S. 22:1220 and/or La. R.S. 22:658; that Complainant recover interest from date of judicial demand; that Complainant recover all cost of these proceedings, and for all general and equitable relief.

Respectfully submitted,

**LAW OFFICES OF ROY F. AMEDEE, JR.**

 /s/ Brent A. Klibert
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801

New Orleans, LA 70130
Telephone: 504-592-3222
Facsimile: 504-592-8783

**CONNICK AND CONNICK, LLC**
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone: 504-838-8777
Facsimile: 504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone: 504-588-1110
Facsimile: 504-588-1954

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 08540**
**Andrea S. Lestelle - 08539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone: 504-828-1224
Facsimile: 504-828-1229

**ROBICHAUX LAW FIRM**
J. **Van Robichaux, Jr. - 11338**
P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields, Suite 304
New Orleans, LA 70122
Telephone: (504) 286-2022
Facsimile: (504) 282-6298

**UNGAR & BYRNE, APLC**
**Randy J. Ungar — 12387**
365 Canal Street, Suite 2520
New Orleans, LA 70130
Telephone: 504-566-1616
Facsimile: 504-566-1652

**FEINGERTS & KELLY, APLC**
**Bruce L Feingerts - 5499**
365 Canal Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-568-1515
Facsimile: 504-568-1521

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone: 504-486-9481
Facsimile: 504-483-8130