UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LATOYA WILLIAMS**                              **CIVIL ACTION**

**VERSUS**                                       **NO: 07-1690**
                                                 **Consolidated with**
                                                 **05-4182**

**AUTOMOBILE CLUB INTER-INSURANCE**
**EXCHANGE / AUTO CLUB FAMILY**
**INSURANCE COMPANY a/k/a  AAA**                 **SECTION: K (2)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AMENDED COMPLAINT TO REQUEST TRIAL BY JURY PRIOR TO DEFENDANT'S ANSWER

    Here into Court comes Complainant who respectfully requests leave of court pursuant to Case Management Order #4 to file a supplemental and amended complaint to request trial by jury prior to defendant's filing of their answer.

    Respectfully Submitted,

    /s/ Brent A. Klibert
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**CONNICK AND CONNICK, LLC**
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 08540**
**Andrea S. Lestelle - 08539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. - 11338**
P.O. Box 792500
New Orleans, LA  70179
6305 Elysian Fields, Suite 304
New Orleans, LA  70122
Telephone: (504) 286-2022
Facsimile:  (504) 282-6298

**UNGAR & BYRNE, APLC**
**Randy J. Ungar — 12387**
365 Canal Street, Suite 2520
New Orleans, LA 70130
Telephone:  504-566-1616
Facsimile:  504-566-1652

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130