UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: 07-1688 (GILYOT AND LUMAS) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO FIRST SUPPLEMENTAL AND AMENDING COMPLAINT AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes defendant, Automobile Club Inter-Insurance Exchange/Auto Club Family Insurance Company a/a/a AAA (hereinafter "AAA"), and in response to the First Supplemental and Amending Complaint respectfully responds as follows:

### FIRST DEFENSE

AAA hereby adopts and incorporates by reference herein all allegations, defenses, affirmative defenses, pleadings and motions previously set forth and contained in AAA's responsive pleadings contained in Civil Action No. 06-6156 "D" (3) as if copied herein verbatim and in extenso.

### SECOND DEFENSE

The allegations of the original state court petition and this First Supplemental and Amending Complaint state neither a cause nor right of action to proceed against AAA in this matter under these circumstances and facts and allegations.

### THIRD DEFENSE

The allegations of the First Supplemental and Amending Complaint are prescribed.

### FOURTH DEFENSE

The allegations contained in any original pleadings as well as the First Supplemental and Amending Complaint do not meet the requirements for recovery under LA. R.S. 22:695 and/or LA. R. S. 22:667, hereinafter collectively referred to as value policy law ("VPL") damages.

### FIFTH DEFENSE

For further answer, paragraphs I through XIX of the original petition as well as I through IX of the First Supplemental and Amending Complaint are specifically denied as written and/or are denied as written for lack of sufficient information to justify a belief therein.

### SIXTH DEFENSE

AAA respectfully request trial by jury on all issues.

### SEVENTH DEFENSE

AAA hereby adopts by reference any and all policy limitations and/or exclusions and invokes all policy conditions to the extent applicable.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:** *(504) 836-7556*
**Fax:          (504) 836-7566
Email:        beckert@ungarino-eckert.com**