UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED; THERESA BERRY; BRENDA HOLMES; AGNES POLLARD; BRIAN SIMMONS; TRISHA THOMAS; CHRISTINE JACKSON; SONDRA DORSEY; FREDERICA PALMER; and SIMUEL MILLER | * * * * * * * | CIVIL ACTION<br><br>NO: 2:06-cv-11208-SRD-JCW<br><br>JUDGE: SRD<br><br>MAG.: JCW |
| versus | * * | |
| CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION; THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE COMMISSION | * * * * * * | |

*******************************************

## MOTION TO WITHDRAW
## SHARONDA R. WILLIAMS AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who move this Honorable Court for an order withdrawing Sharonda R. Williams, Esq. as counsel for plaintiffs in the captioned action; that Sharonda R. Williams is no longer practicing at the law firm of Smith Stag, L.L.C.

WHEREFORE, plaintiffs respectfully move for an order withdrawing Ms. Williams as counsel for plaintiffs in the caption cause.

Respectfully submitted,

**SMITH STAG L.L.C.**

BY: /s/ Sharonda R. Williams
SHARONDA R. WILLIAMS (Bar No. 28809)
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing have been served *via* U.S. Mail, properly addressed and postage prepaid or by facsimile, upon all counsel of record on this 24th day of April, 2007.

/s/ Sharonda R. Williams
SHARONDA R. WILLIAMS