UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED; THERESA BERRY; BRENDA HOLMES; AGNES POLLARD; BRIAN SIMMONS; TRISHA THOMAS; CHRISTINE JACKSON; SONDRA DORSEY; FREDERICA PALMER; and SIMUEL MILLER | * * * * * * * | CIVIL ACTION<br><br>NO: 2:06-cv-11208-SRD-JCW<br><br>JUDGE: SRD<br><br>MAG.: JCW |
| versus | * * | |
| CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION; THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE COMMISSION | * * * * * * | |

******************************************

ORDER

Considering the foregoing Motion to Withdraw Sharonda R. Williams as Counsel of Record;

IT IS HEREBY ORDERED that the motion be, and the same is hereby granted and received into the record of this matter.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2007.

_____
DISTRICT JUDGE