# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## ORDER

Having considered the United States' Motion for Expedited Hearing on its Motion to Certify, and for good cause shown, it is hereby ORDERED that the Motion for Expedited Hearing is GRANTED. [DENIED] The United States' Motion to Certify shall be heard on _____, 2007.

New Orleans, Louisiana, this _25th_ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1