UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * * | SECTION K – JUDGE DUVAL |
| INSURANCE:   JUPITER, 07-1689 | * * | MAG. (2) MAG. WILKINSON |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC") who moves this Court for an order substituting Thomas M. Richard and Kenneth B. Krobert of the firm Chopin, Wagar, Richard & Kutcher, L.L.P., 3850 North Causeway Boulevard, Suite 900, Metairie, Louisiana 70002, in place of William H. Eckert of the law firm of Ungarino & Eckert, LLC, 3850 North Causeway Boulevard, Suite 1200, Metairie, Louisiana 70002. These parties state that granting this motion will not delay or retard the progress of this litigation.

WHEREFORE, Defendant, ACFIC, prays that this motion be granted and that Thomas M. Richard and Kenneth B. Krobert be enrolled as counsel of record, and that William H. Eckert be permitted to withdraw as counsel of record in this matter.

Respectfully submitted,

**CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.**

By: _____
THOMAS M. RICHARD (#2069)
**KENNETH B. KROBERT (#7865)**
3850 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3845
Facsimile: (504) 836-9543

AND

**UNGARINO & ECKERT, LLC**

By: _____
WILLIAM H. ECKERT (#18591)
3850 N. Causeway Blvd., Suite 1200
Metairie, Louisiana 70002
Telephone: (504) 836-9556
Facsimile: (504) 836-9566

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed and/or sent by facsimile the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

_____