UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | |
| CONSOLIDATED LITIGATION * | CIVIL ACTION NO. 05-4182 |
| _____ * | |
| * | |
| PERTAINS TO: * | SECTION K – JUDGE DUVAL |
| * | |
| INSURANCE:   JUPITER, 07-1689 * | |
| * | MAG. (2) MAG. WILKINSON |
| ************************************** | |

### ORDER

The foregoing Motion to Substitute Counsel of Record considered,

**IT IS HEREBY ORDERED** that the Motion is granted and that Thomas M. Richard and Kenneth B. Krobert of the firm Chopin, Wagar, Richard & Kutcher, L.L.P., are hereby enrolled as counsel of record in place of William H. Eckert of the law firm of Ungarino & Eckert, LLC, who is hereby withdrawn as counsel of record.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**