UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Geraldine Bankston*, No. 06-7351 | * * * * | MAGISTRATE JUDGE WILKINSON |

### JOINT MOTION BY GERALDINE BANKSTON AND HARTFORD INSURANCE COMPANY OF THE MIDWEST TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Geraldine Bankston ("Bankston"), and defendant, Hartford Insurance Company of the Midwest ("Hartford"), improperly named as The Hartford Insurance Company ("Hartford), which, pursuant to a settlement agreement executed by plaintiff, Bankston, and defendant, Hartford, jointly move this Court for the entry of an Order of Dismissal, dismissing all of Bankston's claims asserted in the instant lawsuit styled as *Geraldine Bankston v. The Hartford Insurance Company*, No. 06-7351, on the docket of the United States District Court for the Eastern District with prejudice, with each party to bear its own costs. Bankston represents she has reached an amicable resolution and settlement of the claims she asserted in the instant litigation against her insurer, Hartford Insurance Company of the Midwest, incorrectly identified in the Complaint as The Hartford Insurance Company.

OF COUNSEL:
Stephen E. Goldman
Wystan M. Ackerman
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:  (860) 275-8200
Facsimile:  (860) 275-8299

Respectfully submitted,

_____
Ralph S. Hubbard III, T.A., La. Bar # 7040
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195

Attorneys for Hartford Insurance Company of the Midwest (improperly named as Hartford Insurance Company)

AND

Respectfully submitted,

THE LAW OFFICE OF KEITH COUTURE

_____
**KEITH COUTURE, #22759**
**PETER J. DIIORIO, #29837**
**SAMUEL BEARDSLEY, #22252**
1341 West Causeway Approach
P.O. Box 2381
Mandeville, LA  70470-2381
Telephone: (985) 674-4428
Fax: (985) 967-9450
*Attorneys for Geraldine Bankston and all other remaining Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 25th day of April 2007, a copy of the foregoing **JOINT MOTION BY GERALDINE BANKSTON AND HARTFORD INSURANCE COMPANY OF THE MIDWEST TO DISMISS WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

_____

2