UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Geraldine Bankston*, No. 06-7351 | * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Joint Motion by Geraldine Bankston and Hartford Insurance Company of the Midwest to Dismiss With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the matter of *Geraldine Bankston v. The Hartford Insurance Company*, No. 06-7351, on the docket of the United States District Court for the Eastern District is hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE