# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | | § | JUDGE DUVAL |
| | | § | MAG. WILKERSON |
| | | § | |
| | | § | |
| PERTAINS TO: | | § | |
| LEVEE (06-5260) | | § | |
| (BOBBY L. LEDUFF ET AL. V. BOH BROTHERS | | § | |
| CONSTRUCTION COMPANY, LLC., ET AL.) | | § | |

## PLAINTIFFS' RULE 41(a)(2) UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT,  C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

Plaintiffs, Bobby L. LeDuff, *et al.,* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, file this motion to dismiss all of Plaintiffs' claims against Defendant C.R. Pittman Construction Company, Inc. **only, without prejudice.**

## I.

Based on representations made to counsel for Plaintiffs by counsel for Defendant, C.R. Pittman Construction Company, Inc., Plaintiffs have determined they not longer wish to pursue their claims against Defendant C.R. Pittman Construction Company, Inc.  **As such, Plaintiffs respectfully request that this Court dismiss** Defendant C.R. Pittman Construction Company, Inc. **only, without prejudice.**

Counsel for C.R. Pittman Construction Company, Inc. has been contacted and has no opposition to dismissal without prejudice.

## II.

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that upon consideration, this Court enter an Order: 1) dismissing all of Plaintiffs' claims against Defendant C.R. Pittman Construction Company, Inc. **only, without prejudice**.  Plaintiffs specifically reserve all rights and causes of action against all other parties.

Respectfully submitted:

BROUSSARD & HART, LLC

By:_____
**RANDALL HART**
Louisiana Bar No. 23119
1301 Common Street
Lake Charles, Louisiana70601
Telephone: (337) 439-2450
Fax: (337) 439-3450

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL:**

**GRADY, SCHNEIDER & NEWMAN, L.L.P.**
**PETER SCHNEIDER** (admitted Pro Hac Vice)
Texas State Bar No.: 00791615
**KEITH GRADY** (admitted Pro Hac Vice)
**Texas State Bar No.: 00786853**
**WILLIAM T. JONES, JR.** (admitted Pro Hac Vice)
SBOT: 24032601
801 Congress Avenue, 4th Floor
Houston, Texas 77002
Tele: (713)228-2200
Fax:  (713)228-2210

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of April, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.


_____/s/ Randall Hart_____
**Randall Hart**