UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br><br>PERTAINS TO:<br>LEVEE (06-5260)<br>(BOBBY L. LEDUFF ET AL. V. BOH BROTHERS<br>CONSTRUCTION COMPANY, LLC., ET AL.) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |

**ORDER ON PLAINTIFFS' RULE 41(a)(2) UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., <u>WITHOUT PREJUDICE</u>**

Pending before the Court is **PLAINTIFFS' RULE 41(a)(2) UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE**.  After due consideration of the Motion, this Court if of the opinion that the Motion should be **GRANTED.**

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that:

1) All of Plaintiffs' claims against Defendant C.R. Pittman Construction Company, Inc. only are dismissed WITHOUT prejudice; and

2) Plaintiffs and Defendant C.R. Pittman Construction Company, Inc. shall bear their own cost.

SIGNED THIS _____ DAY OF _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana