UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE IVORY BUTLER KNIGHT | CIVIL ACTION |
| | DOCKET NO. 06-7771 |
| VERSUS | |
| | SECTION K (DUVAL) |
| ALLSTATE INSURANCE COMPANY | |
| | MAGISTRATE 3 (KNOWLES) |

**MOTION FOR DISMISSAL**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Larry D. Knight and Ivory Butler Knight, who suggest to this Court that this case has been fully compromised and settled and should be dismissed, with prejudice, with each party to bear its own costs, and accordingly,

WHEREFORE, based upon the foregoing, plaintiffs request an order of this Court for dismissal, with prejudice, of their complaint, with each party to bear its own costs.

Respectfully submitted:
__s/Scott Glendening_____
DAVID L. COLVIN (#4353)
SCOTT GLENDENING (#28049)
230 Huey P. Long Avenue
Gretna, LA   70053
(504) 367-9001
(504) 367-0650
Attorneys for plaintiffs