UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE<br>IVORY BUTLER KNIGHT | CIVIL ACTION |
| | DOCKET NO. 06-7771 |
| VERSUS | |
| | SECTION K (DUVAL) |
| ALLSTATE INSURANCE COMPANY | |
| | MAGISTRATE 3 (KNOWLES) |

### ORDER OF DISMISSAL

The Court, having been advised that plaintiffs seek the dismissal, with prejudice, of their complaint based upon the matter being fully compromised, rules accordingly,

IT IS ORDERED that the above entitled captioned action be and is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of February, 2007.

_____
**J U D G E**