MINUTE ENTRY
WILKINSON, M.J.
APRIL 24, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K" (2)

                                              JUDGE DUVAL
PERTAINS TO:  ALL CASES                       MAG. WILKINSON

At the request of Liaison Counsel, a status conference was conducted before me on this date. Participating were: Liaison Counsel Joseph Bruno and Frank C. Dudenhefer for plaintiffs; Liaison Counsel Ralph Hubbard and Seth Schmeeckle for defendants; and Jim McConnon, representing the United States. Additional appearances were made by Sub-Liaison Counsel for the Engineers Group, Francis J. Barry, Jr.; Andre J. Lagarde and Thomas P. Anzelmo, representing the Orleans Levee District; Scott W. Kowalski, representing the Insurer defendants; and Michael Duran, representing the State of Louisiana Department of Transportation and Development. Counsel for numerous other parties were also in attendance.

MJSTAR:  1 : 40

A full discussion of proposed logistical and cost arrangements for the document repositories contemplated by the Case Management Order, Record Doc. No. 3299, ¶ IV (C), was conducted. The parties are continuing what clearly have been good faith efforts toward the goal of submitting to the court agreed protocols, failing which motion practice may have to occur. Considering the record and the representations of counsel,

**IT IS ORDERED** that, no later than **April 30, 2007**, the non-insurer, non-U.S.A. defendants must provide to Liaison Counsel their good faith estimates of the costs of converting their paper documents, being produced either as Rule 26 disclosures or in response to Rule 34 requests for production that are presently outstanding, to searchable electronic files.

**IT IS FURTHER ORDERED** that the deadline for submission of a proposed protective order is hereby extended to **May 4, 2007**. Any proposed protective order should comply with the court's standing order of July 26, 2006, which is available for review on the court's website at http://www.laed.uscourts.gov.

 

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**