UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br><br>NO.:   05-4182<br><br>SECTION "K" (2) |
| THIS DOCUMENT RELATES TO: LEVEE (Greer 07-647) | * * * * | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## ORDER

_____ Considering the foregoing motion:

IT IS ORDERED, that J. Robert Warren, II of the firm BRUNO & BRUNO, L.L.P. is hereby enrolled as additional counsel of record for plaintiff in the above entitled matter.

New Orleans, Louisiana, this 25th day of April, 20 07.

_____
Stanwood R. Duval, Jr.
United States District Judge