UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br><br> SECTION "K" (2) |
| PERTAINS TO:<br>INSURANCE    (*Abadie*, 06-5164) | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the foregoing Motion to Substitute Counsel,

IT IS ORDERED that the motion is hereby GRANTED and that David A. Strauss, Lindsay A. Larson, III, Christian A. Garbett, Sr. and Adam P. Massey of King LeBlanc & Bland, P.L.L.C. be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre, Andrea L. Fannin and Sarah H. Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled action.

NEW ORLEANS, LOUISIANA, this ____25th____ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

869438v.1