UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES    *
CONSOLIDATED LITIGATION          *     CIVIL ACTION NO.: 05-4182 "K" (2)
                                    *
                                    *     JUDGE DUVAL
PERTAINS TO LEVEE:             *
                                    *     MAGISTRATE WILKINSON
PONTCHARTRAIN BAPTIST CHURCH   *
NO. 06-6642                      *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the Motion to Substitute Counsel;

Stephen H. Kupperman and Kristin L. Beckman of Barrasso Usdin Kupperman

Freeman & Sarver, L.L.C. be and the same are hereby permitted to withdraw as counsel

for Gulf Group, Inc. of Florida, and Glenn B. Adams, James Eric Johnson, Michael W.

Collins, Bryan J. Haydel, Jr. and Eleanor W. Wall of Porteous, Hainkel and Johnson,

L.L.P. be and the same are hereby enrolled as counsel for Gulf Group, Inc. of Florida in

their stead.

NEW ORLEANS, LOUISIANA, this __25th__ day of _____April_____, 2007.

_____
J U D G E

84022