UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE    *Starnes*, 07-1588<br>            *Villere*, 07-1589<br>            *Gibson*, 07-1598<br>            *Myers*, 07-1600<br>            *Schwankhart*, 07-1601<br>            *Tumblin*, 07-1602<br>            *Banks*, 07-1603 | *<br>*  SECTION "K" (2)<br>*<br>*  JUDGE DUVAL<br>*<br>*  MAGISTRATE WILKINSON<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Substitute Counsel,

IT IS ORDERED that the motion is hereby GRANTED and that Sidney J. Hardy and Roy C. Beard of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel P.C. be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L. Dumestre, Michael Q. Walshe, Jr., J. Dalton Courson, and Heather S. Lonian of the law firm of

869515v.1

Stone Pigman Walther Wittmann L.L.C. be withdrawn as counsel of record for State Farm in the above-numbered and entitled actions.

    NEW ORLEANS, LOUISIANA, this    25th    day of April, 2007.

_____<br>UNITED STATES DISTRICT JUDGE

869515v.1