UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: <br> INSURANCE      *Martin,* 07-1590 | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Motion to Substitute Counsel,

IT IS ORDERED that the motion is hereby GRANTED and that Sidney J. Hardy

and Roy C. Beard of the law firm of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell &

McDaniel P.C. be substituted as counsel of record for State Farm and that Wayne J. Lee, Mary L.

Dumestre, Michael Q. Walshe, Jr., J. Dalton Courson, and Heather S. Lonian of the law firm of

- 1 -

869523v.1

Stone Pigman Walther Wittmann L.L.C. be withdrawn as counsel of record for State Farm in the

above-numbered and entitled action.

NEW ORLEANS, LOUISIANA, this _____25th_____ day of April, 2007.

_____

UNITED STATES DISTRICT JUDGE