## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | | |
| | | |
| PERTAINS TO: | | |
| ALL INSURANCE | | |
| | | |
| GWEN BURK WIFE OF/AND | * | CIVIL ACTION NO.: 06-7846 |
| WILLIAM BURK | * | |
| | * | |
| versus | * | SECTION "K" J. DUVAL |
| | * | |
| SCOTTSDALE INSURANCE | * | MAG/JUDGE (2) - WILKENSON |
| COMPANY, KATIE HYMEL, | * | |
| AND E&O INSURER | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S AMENDED ANSWER TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Scottsdale Insurance Company, who in response to the First Supplemental and Amending Complaint of Gwen Burk, wife of/and William R. Burk, respectfully amends its Answer and Affirmative Defenses and represents and avers:

### FIRST AFFIRMATVE DEFENSE

The Complaint fails to state a claim against this defendant upon which relief may be granted.

1

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims regarding damages and contents pertaining to multiple discrete properties and/or improperly accumulated.

**THIRD AFFIRMATIVE DEFENSE**

**AND NOW,** without waiving any of the foregoing defenses, Scottsdale Insurance Company answers the allegations of the Complaint categorically and by paragraph.

1 - 34

Scottsdale Insurance Company's Answers to Paragraphs 1 – 34 of the original Complaint are adopted herein, as if copied herein *in extenso*.

35.

The allegations contained in Paragraph 35 of the Amended Complaint do not require an answer; however, to the extent that an answer is required, the allegations are denied.

36.

The allegations contained in Paragraph 36 of the First Supplemental and Amending Complaint are denied. The remainder of the allegations in Paragraph 36 of the First Supplemental and Amending Complaint do not require a response; however, to the extent that a response is required, the allegations are denied.

Defendant, Scottsdale Insurance Company, adopts each and every Affirmative Defense asserted in its Answer to the original Complaint and asserts the following additional Affirmative Defenses:

In further answering the allegations in the First Amended and Supplemental Complaint for Damages, Scottsdale specifically amends and adds Affirmative Defenses to its Answer to plaintiffs' original Complaint, as follows:

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's policy of insurance specifically excludes coverage for loss, *inter alia,* caused by "faulty, inadequate, or defective: design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction and/or defective planning, construction, or maintenance of property of part or all of any property on or off the described premises".

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's policy of insurance specifically excludes coverage for loss, *inter alia*, for "acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body".

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred in whole or in part by concealment, misrepresentation or fraud of a material fact concerning the covered property and plaintiff's interest in that covered property and/or a claim under the policy of insurance for the covered property.

### RESERVATION OF AFFIRMATIVE DEFENSE

Scottsdale Insurance Company is without knowledge or information sufficient to form a belief as to whether other affirmative defenses apply in this matter. However, contingent on the facts revealed by investigation and discovery, Scottsdale Insurance Company expressly reserve their right to raise any additional affirmative defenses which may be applicable.

**WHEREFORE**, the premises considered, defendant, Scottsdale Insurance Company, prays that this, its Amended Answer and Affirmative Defenses to the First Supplemental and Amending Complaint of Gwen Burk Wife of/and William R. Burke, be deemed good and sufficient and after due proceedings are had, there be judgment herein in defendant's favor and against plaintiffs, Gwen Burk Wife of/and William R. Burke, dismissing the plaintiffs' suit at their cost and that defendant be granted such other and further relief which equity and the justice of cause may require and permit.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

S/ CYNTHIA J. THOMAS
**KEVIN L. COLE, #4248
CYNTHIA J. THOMAS, #22631
cthomas@gjtbs.com**
Three Sanctuary Blvd., Suite 301
Mandeville, LA  70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
**Attorneys for Defendant,
Scottsdale Insurance Company**

## *CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 26th day of April, 2007, served a copy of the foregoing pleading on all counsel for all parties either by:

|  |  |
|---|---|
| (   ) Hand Delivery | (   ) Prepaid U.S. Mail |
| (   ) Facsimile | (   ) UPS/Federal Express |
| (   ) Certified Mail Return Receipt Requested | |
| ( X ) Electronic Mail | |

s/Cynthia J. Thomas

4