FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 23  PM 3:08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NETTIE F. BRIDGES** | * | **CIVIL ACTION** |
| | * | **NO. 06-4385** |
| versus | * | |
| | * | |
| **ALLSTATE INSURANCE COMPANY,** | * | SECTION "J" K |
| **JAMES F. WILLIAMS, ABC INSURANCE** | * | |
| **COMPANY, AURORA FINANCIAL** | * | JUDGE ~~BARBIER~~ |
| **SERVICES, INC., GMFS, LLC and** | * | |
| **HOMECOMINGS FINANCIAL** | * | MAG. 1  2 |
| **NETWORK** | * | |

## MOTION AND ORDER OF DISMISSAL, WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes **NETTIE F. BRIDGES**, who respectfully represents that all matters of controversy in and between herself and defendant, **JAMES F. WILLIAMS**, has been fully settled and compromised. Accordingly, plaintiff respectfully requests that this Honorable Court issue an Order dismissing the Petition for Damages, and all claims asserted herein against defendant, with prejudice, each party to bear its own costs.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

RESPECTFULLY SUBMITTED,

_____

J. DOUGLAS SUNSERI (#19173)
NICAUD, SUNSERI & FRADELLA
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that there are no non-CM/ECF participants.

_____
J. DOUGLAS SUNSERI