FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 25  AM 7:29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NETTIE F. BRIDGES** | * | CIVIL ACTION |
| | * | NO. 06-4385 |
| versus | * | |
| | * | |
| **ALLSTATE INSURANCE COMPANY,** | * | SECTION "J" / K |
| **JAMES F. WILLIAMS, ABC INSURANCE** | * | |
| **COMPANY, AURORA FINANCIAL** | * | JUDGE ~~BARBIER~~ |
| **SERVICES, INC., GMFS, LLC and** | * | |
| **HOMECOMINGS FINANCIAL** | * | MAG. 1  2 |
| **NETWORK** | * | |

* * * * * * * * * * * * * * *

## O R D E R

Based on the above and foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition for Damages and any and all claims asserted by plaintiff, **NETTIE F. BRIDGES,** against defendant, **JAMES F. WILLIAMS,** be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 16 day of April, 2007.

_____
J U D G E

Fee_____
Process_____
X /Dktd_____
√ CtRmDep_____
___Doc. No_____