UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION         * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |

**************************************

PERTAINS TO:

INSURANCE    (Cage, No. 06-7585)

**************************************

## STATE FARM'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY

**NOW INTO COURT,** through undersigned counsel comes defendant, State Farm Fire and Casualty Company who moves this Honorable Court to extend through June 5, 2007, the time within which it must answer Interrogatories and Request for Production of Documents propounded on behalf of Plaintiffs, Auguster Cage and Cleo Cage, on the grounds that additional time is necessary for the obtaining of further information and completing of necessary investigation preparatory to answering the aforementioned discovery.

No previous extensions of time have been obtained by this adverse party with respect to responding to Plaintiffs' aforementioned discovery in this action or granted by this Court. Moreover, **Plaintiffs' counsel has advised by telephone he has no objection to State Farm's request for an extension of time to respond to Plaintiffs' discovery**.

Respectfully submitted:

s/ Tara L. Mason

_____
BURT K. CARNAHAN, T.A. #3920
JOSEPH M. MESSINA, #14216
TARA L. MASON, T.A. #24544
BRANT J. CACAMO, #26227
PAMELA K. RICHARD, #25223
ERIC B. BERGER, #26196
CHARLES R. RUMBLEY, #29666
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire and Casualty Co.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __27th_____ day of April, 2007, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

J. Douglas Sunseri, attorney for plaintiffs, jdsunseri@nsflaw.com

        s/ Tara L. Mason
        TARA L. MASON