UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, <u>Pontchartrain</u> (06-6642) | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

As requested by plaintiffs' counsel William E. O'Neil, **IT IS ORDERED** that a case management conference will be conducted by me on **May 30, 2007 at 3:00 p.m.** in my courtroom, limited to C.A. No. 06-6642. Counsel for all parties in C.A. No. 06-6642 only must appear in person.

**IT IS FURTHER ORDERED** that prior to the conference counsel must confer in person and, no later than **May 25, 2007**, submit to me their joint report concerning the issues raised in Mr. O'Neil's letter to me dated April 26, 2007 and any other matter that they want the court to consider.

New Orleans, Louisiana, this 27th day of April, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.