## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * * | SECTION K – JUDGE DUVAL |
| INSURANCE:   JUPITER, 07-1689 | * * | MAG. (2)  MAG. WILKINSON |

**************************************

### ORDER

The foregoing Motion to Substitute Counsel of Record considered,

**IT IS HEREBY ORDERED** that the Motion is granted and that Thomas M. Richard and Kenneth B. Krobert of the firm Chopin, Wagar, Richard & Kutcher, L.L.P., are hereby enrolled as counsel of record in place of William H. Eckert of the law firm of Ungarino & Eckert, LLC, who is hereby withdrawn as counsel of record.

New Orleans, Louisiana, this  27th  day of      April      , 2007.

_____
UNITED STATES DISTRICT JUDGE

-3-