UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Geraldine Bankston*, No. 06-7351 | * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Joint Motion by Geraldine Bankston and Hartford Insurance Company of the Midwest to Dismiss With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the matter of *Geraldine Bankston v. The Hartford Insurance Company*, No. 06-7351, on the docket of the United States District Court for the Eastern District is hereby dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this  27th  day of       April       , 2007.

_____
UNITED STATES DISTRICT JUDGE