UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION VERSUS | § § § § § § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: Insurance No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § § | |

**ORDER**

Considering the Voluntary Motion to Dismiss without Prejudice filed by plaintiffs:

Jean Addison, John Allen, Viola Allen, Jamal Allen, Lavillard Allen, Ledell Allen, Lechia Allen, Cinencio Amador, Jean Ambeau, Rounna Ardoin, Robert Ariatti, Peggy Ariatti, Doris Aubry, Anna Bader, Michael Barganier, Julia Barnes, Lynn Bates, Yolanda Berry, Delvin Bickham, Maychelle Bickham, Marcelin Billiot, Mary Blakes, Monica Knighten, Viola Blouin, John Blouin III, Viola Blouin, John Blouin III, Christopher Boutte, Renika Boutte, Leon Bradford, Eukris E Bradford, Elease Bradford, Mildred Brasley, Norman Brasly, Angela Braud, Edgar Braud, Gloria Brissette, Gwynn Bolling-Roberts, Jacklyn Brooks, Judy Nodurft, Rita Brooks, James Brousse, Brenda Brown, Sylvia Brown, Robert Bruno, Times Square Shopping Center, Steve Bruno, Beatrice Bruno, Ceola Burks, James Cain, Gary Call, Barbara Call, Clair Cambridge, Charles Carse-Scarbrough, Barbara Scarbrough, Carol Carter, David Carter, Tiffany Carter, Karen Cass, Thomas Mack Cass Sr, Curtis Castle, Karen Celestan, Gloria Cervini, Debbie Cervini, Darlyn Champagne, Mike Chosa, Suzie Chosa, Debbie Clark, Harry Cloud, Melinda Cloud, Rosaria Coco, Rasario Verderame, Charles Coleman, Denise Collins, Johnny Comena, Terracita Comena, Iris Conerly, Dorothy Cook, Susan Coombs, Clarence Costille, Donald Coughlin, Glenn Cousins, Aletha Cousins, Jeannine Coxen, Curtis Craig, Bernice Dabon, Pamela Davenport, Ramona Davis, Antoine Davis, Stasia Davis, Joran

Freeman, Georgiana Dukes, Tommy Dawson, Edna Dawson, Desiree DeCoux, Karen Cole, Larry DeRoche, Yvonne DeRoche, Robbie Desselle, Jennifer Ellen Kuhlmann, Dolly DiMaggio, Dolly DiMaggio, Tronda Dixon, Paul Dominguez, Lauralyn Dominguez, Helmut Dorberth, Wendy C Dorberth, Velaria Douse, Marion Burse, Leonard Duroncelet, Lillie Duroncelet, Irma Edwards, Bettye Ekperikpe, Cherry Willis, Victor Espinosa, Terri Espinosa, Delwin Fant, Phyliss Feran, Russell Feran, Rose Ferrara, Roselle Ferrara, Matthew Firmin, Cheryl Flack, Ellen Flaig, Gwendolyn Flery, Donald Florent, Almarie Ford, Carol Francois, Carol Francois, Carol Francois, Ernestine Franklin, Shirley Frederick, Evelyn Gabriel, Lesage George, Phyllis Lesage, Charles Lesage, Bryant Georgia, Micheal Baker, Juile Gilyot, Lee Gilyot, Juile Gilyot, Lee Gilyot, Anthony Gladstone, Gloriadine Gladstone, Anthony Gladstone, Gloriadine Gladstone, Leonard Glorioso, Doris Graher, Leo Green, Ronald Green, Rose M Green, Mary Green, Mary Walker-Green, Aaron Green, Nancy Green, Kenneth Johnson, Lester Griffin, Frank Guerra, Shelia Gullette, Natasha Guy, Jason Guy, William Hall, Barbara Hall, Thomas Halterman, Steven S Stevens, Vincent Hamilton, Jayne Hamilton, Amanda Hammack, Donald E Link, Cheri Harris, Walter Harris Jr, Cheri Harris, Walter Harris Jr, Walter Harris, Helen Harris, Jocelyn Hayes, Lennette Hays, Connie Hebert, Rachel Watkins, Evelyn Hebert, Annie Helire, Lawrence Hester, Jeanell Holmes, Gloria Hood, Tyrus Horn, Tymica Horn, Jimmie Horne, Joyce Horne, Juanita Howard, Evon Hughes, Denise Hurts, Dana Irving, Louis Edward Irving III, Johnette Jackson, Lionel Jackson, Howard James, Jessie James, Judy James, Velma James, Creal James Sr, Lucious Jefferson, Richard Jenkins, Sirnatra Jenkins, Merall Jesse, Cheryl Jiles, Kenneth Jiles, Clinton Jiles, Pamala Jiles, Patrina Johns, Duane Johnson, Edward Johnson, Lovida M Johnson, Eunice Johnson, Willard Johnson, Malci Johnson, Alister Jones, Jean Jones, Aaron M Jones, Philbert Jones, Randy Jones, Deborah A Jones, Karen Jordan, Shirley Joseph, Azemar King, Beverly Kirchem, Frank Knaus, Leah E Knaus, Henry Kramer, Andrea Labat, Troy LaCabe, Victor Lala, Lynn M Lala, Rose Landry, Susan Laporte, Myrna Collado, John Lare, Rosalyn Laurendine, Gary Leaumont, Karen Leaumont, Diana LeBlanc, Marion LeBlanc, Alious Lee, Vikki Leftwich, George Lesage, Phyllis Lesage, Charles Lesage, Joseph Lodwick, Zarul A. Lodwick, John Lomae, Lucy Louis, Alma Lucas, Rebecca Lynott, Michael Jones, Rebecca Madere, Jerome Madison, Diane Madison, Juliet Marrero, Jesus Martinez, Hiram Mason, Wayne Mathis, Kathleen Matthew, Freddie Matthews, Carol McCarty, Leon McGee, Shirley McGee, Jamie McLeod, Joey McLeod, Frank McLeod, Sherman McWilliams, Lorraine Melanson, Dwight Mikell, Natusha Bardeve, Sandie Mikell, Delores Miles, Stephanie Minto-Gibson, Troy Gibson, George Mitchell, Mildred Mitchell, Matilda Montgomery, Rhonda Moore, Morris Moore, Loice Morgan, Tora Muss, Willie Mae Dillon, Roxanne Navarrete, Thomas Hoitinga, Donna Naylor, Levi Nealy, Bernice Nealy, James Norrwood, James Noto, Helen Noto, Kathy Oliver, Iris Pappas, John Patnett, Lynn M Patnett, Catherine Patterson, Carol Perez, Octave M Perez Jr, Justine Perkins, Gula Peters, Phillip Petty, Novell Philips, Suzanne Phillippello, Phillip Phillippello Jr, Patricia Poirrier, Kim Prescott, Thurman Kaiser, Verna Quillen-Williams, Samuel Williams, Ronald Quintal, Adrienne Quintal, Michael Raines, Cheryl Raske, Demetrius Cavouras, Cheryl Raske, Demetrius Cavouras, Courtney Raynard, Gerald Reed, Andrea M Swan-Reed, Veronica Reed, Alton Reff, Aaron Riley, Michele Rillieux, Sydney J Rillieux III, Eliza Rivers, Alphonse Rivens, Eliza Rivers, Joseph Robertson, Tanya M. Lewis, Keith Robinson, Paige Robinson, Jeffrey Rodi,

Zelinda Baratini, Donna Barnes, Joan Royal, Eugene Rutler, Ode B Rutler, Leavator Ryan, Mary Salassi, Henry L Salassi III, Rhondalyn Sayles, Gerald Sazon, Kim Sceau, Connie Scott, Linda Sevalia, Robert Sevalia, Dewan Sheppard, Michael Shorr, Lucielle Simms, Mattie Simon, Paulette Simon, Mattie Simon, Paulette Simon, Vielka Sims, Albertine Skinner, Cynthia Smith, Dixon Smith, Felicia Smith, Brenda Smith, Helen Smith, Bobby Solomon, Daisy Spears, Florence Stallings, Robert Stark, Shirley A Stark, Kerrie Bradley, Doris Starns, Nasim Tariq, Edward Tate, Willie Tate, Dorothy Tate, Roselda Taylor, Gloria Theyard, Mark Thomas, Jean Thomas, Beverly Thompson, Hattie Mae Brown, Cleopatra Thompson, Yvonne Thompson, Kevin Thompson, Lillie Thompson, Peter S Thompson, Lynn Thompson, Lola Tilton, Edgar Tilton, Delores Tilton, Lola Tilton, Edgar Tilton, Delores Tilton, Ting Tong, Jean-Marc Tuleu, Janet Tureaud, Janet Tureaud, James Turner, Ruby Verhoeven, Peter Verhoeven, Claudia Voulgarakis, Chester Walker, Donna Walker, Bernell Walker, Rheena Walker, John Walker, Robert Walker, Trish Walker, Anthony Walsh, Arthur Washington, Edward Washington, Francis Washington, Kennedy Washington, Cherie Davis, Lynda Washington, Melanie Wesley, Stephen Wever, Helen Weaver, Stephen Wever, Helen Weaver, Bryan White, Jeff Whitehead, Phyllis Whitehead, Anthony Whittington, Don Williams, Gail Williams, Melvin George Williams, Gary Williams, Herman Williams, Joy Babin, Kiwanna Williams, Sharlene Williams, Leroy Thompson, Shontell Williams, Piernas Wills Jr, Terrance Williams, Laura Williams, Walter Williams, Odra Wilson, Karen Wiltz, Shannon Woods, Carolyn Yarbrough, Linda Ziegler, Catherine Zulli,

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that claims of the above named plaintiffs against State Farm Fire and Casualty Company in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation..

New Orleans, Louisiana, this 27th day of April, 2007.

United States District Judge