UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K"(2) CONS. KATRINA CANAL |

PERTAINS TO:  O'Dwyer  06-1885

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the United States and against all plaintiffs herein dismissing their claims without prejudice.

New Orleans, Louisiana, this 27th day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE