UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 2: 15

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN THE MATTER | : CIVIL ACTION NO. 06-8884 |
| OF THE COMPLAINT OF MIKE HOOKS, | : |
| INC., AS OWNER OF THE DREDGE | : SECTION SECT. L |
| MISSOURI H, FOR EXONERATION FROM | : |
| OR LIMITATION OF LIABILITY | : MAGISTRATE MAG 1 |

### EX PARTE MOTION TO DEPOSIT $250.00 INTO REGISTRY OF COURT IN LIEU OF COST BOND WITH INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, comes Mike Hooks, Inc. (the "Petitioner"), as owner of the Dredge MISSOURI H, and respectfully requests that this Court enter an Order permitting it to deposit into the Registry of the Court a check in the amount of $250.00 in lieu of filing a cost bond in the above-captioned Limitation Action, all as allowed by Local Admiralty Rule 65.1.1 and/or Local Civil Rule 67.1.

WHEREFORE, Petitioner prays that this Court allow it to deposit into the Registry of the Court the attached check in the amount of $250.00 and made payable to "Clerk of Court - United States District Court, Eastern District of LA," and that this Court enter an Order accordingly.

Respectfully submitted,

**LUNDY & DAVIS, L.L.P.**
501 Broad Street
Lake Charles, Louisiana 70601
Phone: 337-439-0707
Fax:   337-439-1029

BY: _____
SAMUEL B. GABB (#22378)
THOMAS P. LeBLANC (#22832)

Attorneys for Mike Hooks, Inc.

___ Fee $250
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____