UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER | CIVIL ACTION NO. 06-WHYTE |
| OF THE COMPLAINT OF MIKE HOOKS, | |
| INC., AS OWNER OF THE DREDGE | SECT. K MAG 1 |
| MISSOURI H, FOR EXONERATION FROM | |
| OR LIMITATION OF LIABILITY | MAGISTRATE K (2) |

### ORDER TO DEPOSIT $250.00 INTO REGISTRY
### OF COURT IN LIEU OF COST BOND

Considering the *Ex Parte* Motion to Deposit $250.00 Into Registry of Court in Lieu of Cost Bond, With incorporated Memorandum in Support filed on behalf of Complainant-in-Limitation, Mike Hooks, Inc.,

**IT HEREBY IS ORDERED** that Petitioner, Mike Hooks, Inc., be and hereby is granted permission to deposit the sum of $250.00 into the Registry of the Court, pursuant to Local Civil Rule 67.1, as security for costs in lieu of a stipulation or bond for costs, as allowed by Local Admiralty Rule 65.1.1.

THUS DONE AND SIGNED in New Orleans, Louisiana, this 24 day of ~~October 2006~~ Apr 2007.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN THE MATTER | CIVIL ACTION NO. |
| OF THE COMPLAINT OF MIKE HOOKS, | 06-8884 |
| INC., AS OWNER OF THE DREDGE | SECTION |
| MISSOURI H, FOR EXONERATION FROM | |
| OR LIMITATION OF LIABILITY | MAGISTRATE |

### EX PARTE MOTION TO DEPOSIT $250.00 INTO REGISTRY OF COURT IN LIEU OF COST BOND WITH INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** through undersigned counsel, comes Mike Hooks, Inc. (the "Petitioner"), as owner of the Dredge MISSOURI H, and respectfully requests that this Court enter an Order permitting it to deposit into the Registry of the Court a check in the amount of $250.00 in lieu of filing a cost bond in the above-captioned Limitation Action, all as allowed by Local Admiralty Rule 65.1.1 and/or Local Civil Rule 67.1.

WHEREFORE, Petitioner prays that this Court allow it to deposit into the Registry of the Court the attached check in the amount of $250.00 and made payable to "Clerk of Court - United States District Court, Eastern District of LA," and that this Court enter an Order accordingly.

Respectfully submitted,

**LUNDY & DAVIS, L.L.P.**
501 Broad Street
Lake Charles, Louisiana 70601
Phone: 337-439-0707
Fax:    337-439-1029

BY: _____
SAMUEL B. GABB (#22378)
THOMAS P. LeBLANC (#22832)

Attorneys for Mike Hooks, Inc.