

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 18 PM 2: 52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANA R. VENEZIA, wife of/and | * | CIVIL ACTION |
| JOHN A. VENEZIA | * | |
| | * | |
| VERSUS | * | NO. 06-6660 |
| | * | |
| AUTO CLUB FAMILY INSURANCE | * | SECTION F/K |
| COMPANY | * | |
| | * | JUDGE |
| | * | |
| | * | MAG. JUDGE 2 |

****************************************

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company, and suggests to the court it desires to have Kenneth B. Krobert of the law firm of Chopin, Wagar, Richard & Kutcher, LLP, Two Lakeway Center, Suite 900, 3850 North Causeway Blvd., Metairie, Louisiana 70002, enroll as additional counsel of record on its behalf.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

Respectfully submitted,

**CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.**

By: _____
**THOMAS M. RICHARD (#2069)
BRAD M. LACOMB (#29938)
JEFFREY K. WARWICK (#19823)
KENNETH B. KROBERT (#7865)**
3850 North Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: 504-830-3845
Telefax: 504-836-9543
*Attorneys for Defendant, Auto Club Family Insurance Company*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 17 day of April, 2007, served a copy of the foregoing pleadings on counsel for all parties by:

( )   Hand Delivery          (✓)   Prepaid U.S. Mail

( )   Facsimile              (✓)   Overnight Delivery

_____