FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27  PM 1: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANA R. VENEZIA, wife of/and | * | CIVIL ACTION |
| JOHN A. VENEZIA | * | |
| | * | |
| VERSUS | * | NO. 06-6660 |
| | * | |
| AUTO CLUB FAMILY INSURANCE | * | SECTION F/K |
| COMPANY | * | |
| | * | JUDGE |
| | * | |
| | * | MAG. JUDGE 2 |

**************************************

### O R D E R

Considering the foregoing Motion to Enroll As Additional Counsel of Record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Kenneth B. Krobert of the law firm of Chopin, Wagar, Richard & Kutcher, LLP, Two Lakeway Center, Suite 900, 3850 North Causeway Blvd., Metairie, Louisiana 70002, enroll as additional counsel of record for Auto Club Family Insurance Company.

New Orleans, Louisiana this 24 day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____