# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

April 24, 2007

*FILED APR 2 4 2007 LORETTA G. WHYTE CLERK*

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO  __07-30272__

IN RE:  __KATRINA CANAL BREACHES LITIGATION__     CA 05-4182 K
        __c/w related case 06-4066 K__

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS  _x_  HAS NOT been paid.

___ 4) This case is proceeding _in forma pauperis_

___ 5) Order Appointing Counsel  ___ CJA-20  ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the _____

___ 8) If criminal case, number and names of other defendants on appeal ___

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

_x_ 1) **Certified** Electronic Copy of Record on appeal:

  ___ Volume(s) of record    ___ Volume(s) of transcript

  ___ Volume(s) of depositions

  ___ Container(s) of exhibits  ___ Box  ___ Envelope

___ 2) Supplemental record consisting of _____

___ 3) SEALED DOCUMENT _____

___ 4) Other:_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Very truly yours,

By__Alicia Phelps__
Deputy Clerk