

**MILLING BENSON WOODWARD L.L.P.**

*Attorneys at Law*

William C. Gambel
A Professional Law Corporation
(504) 569-7210
wgambel@millinglaw.com

April 27, 2007



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 27 2007
LORETTA G. WHYTE
CLERK

U.S. District Court Clerk
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: *In Re: Katrina Canal Breaches Consolidated Litigation*
United States District Court, Eastern Division Case No. 05-4182

Dear Clerk:

Enclosed please find a Request to Issue Summons and Summons in a Civil Case for the following cases:

| | | | |
|---|---|---|---|
| Porter | No. 06-5140 | Ferdinand | No. 06-5132 |
| DePass | No. 06-5127 | Adams | No. 06-5128 |
| Williams | No. 06-5137 | Richard | No. 06-5118 |
| Sims | No. 06-5116 | Christophe | No. 06-5134 |
| Bourgeois | No. 06-5131 | Augustine | No. 06-5142 |

Please cause each of the Summons to be issued and return conformed copies for service.

Please feel free to contact the undersigned or William C. Gambel at (504) 569-7000, should you have any questions or concerns.

Very truly yours,

Kelly K. Stone
Paralegal to William C. Gambel

:kks
Enclosures

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27 P 2: 12

LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Williams, No. 06-5137)

Case No. 05-04182      Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the First Amended Complaint to the following:

1. United States

   Through United States Attorney General

   Alberto R. Gonzales

   United States Department of Justice

   950 Pennsylvania Avenue, N.W.

   Washington, D.C. 20530

Very truly yours,

William C. Gambel
Milling Benson Woodward, LLP
909 Poydras Street, Ste 2300
New Orleans, LA 70112
(504) 569-7000
Attorney for Plaintiffs

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27 I P 2: 12

LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (DePass, No. 06-5127)

Case No. 05-04182         Section K
& Consolidated Cases

Dear Sir:

  Please (issue) summons on the Second Amended Complaint to the following:

1.  United States

    Through United States Attorney General

    Alberto R. Gonzales

    United States Department of Justice

    950 Pennsylvania Avenue, N.W.

    Washington, D.C. 20530

                                  Very truly yours,

                                  [signature]

                                  William C. Gambel
                                  Milling Benson Woodward, LLP
                                  909 Poydras Street, Ste 2300
                                  New Orleans, LA 70112
                                  (504) 569-7000
                                  Attorney for Plaintiffs

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27 P 2: 12

LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Porter, No. 06-5140)

Case No. 05-04182        Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the First Amended Complaint to the following:

1. United States

   Through United States Attorney General

   Alberto R. Gonzales

   United States Department of Justice

   950 Pennsylvania Avenue, N.W.

   Washington, D.C. 20530

Very truly yours,

William C. Gambel
Milling Benson Woodward, LLP
909 Poydras Street, Ste 2300
New Orleans, LA 70112
(504) 569-7000
Attorney for Plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27 P 2: 12

LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Sims, No. 06-5116)

Case No. 05-04182          Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the Second Amended Complaint to the following:

1. United States

    Through United States Attorney General

    Alberto R. Gonzales

    United States Department of Justice

    950 Pennsylvania Avenue, N.W.

    Washington, D.C. 20530

Very truly yours,

*(signature)*

William C. Gambel
Milling Benson Woodward, LLP
909 Poydras Street, Ste 2300
New Orleans, LA 70112
(504) 569-7000
Attorney for Plaintiffs

___ Fee_____
___ Process____
_X_ Dkt_____
___ CtRmDep___
___ Doc. No.___

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

```
           FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

     2007 APR 27 P 2: 11

     LORETTA G. WHYTE
            CLERK
```

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Bourgeois, No. 06-5131)

Case No. 05-04182          Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the First Amended Complaint to the following:

1. United States

    Through United States Attorney General

    Alberto R. Gonzales

    United States Department of Justice

    950 Pennsylvania Avenue, N.W.

    Washington, D.C. 20530

Very truly yours,

William C. Gambel
Milling Benson Woodward, LLP
909 Poydras Street, Ste 2300
New Orleans, LA 70112
(504) 569-7000
Attorney for Plaintiffs

```
__ Fee____
__ Process_____
_X_ Dkt_____
__ Ctrm_____
__ Doc. No._____
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27 P 2: 11

LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Ferdinand, No. 06-5132)

Case No. 05-04182       Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the First Amended Complaint to the following:

1. United States

   Through United States Attorney General

   Alberto R. Gonzales

   United States Department of Justice

   950 Pennsylvania Avenue, N.W.

   Washington, D.C. 20530

Very truly yours,

_____
William C. Gambel
Milling Benson Woodward, LLP
909 Poydras Street, Ste 2300
New Orleans, LA 70112
(504) 569-7000
Attorney for Plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

```
                FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2007 APR 27  P 2: 11

         LORETTA G. WHYTE
               CLERK
```

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Adams, No. 06-5128)

Case No. 05-04182          Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the First Amended Complaint to the following:

1. United States

   Through United States Attorney General

   Alberto R. Gonzales

   United States Department of Justice

   950 Pennsylvania Avenue, N.W.

   Washington, D.C. 20530

                              Very truly yours,

                              [signature]

                              William C. Gambel
                              Milling Benson Woodward, LLP
                              909 Poydras Street, Ste 2300
                              New Orleans, LA 70112
                              (504) 569-7000
                              Attorney for Plaintiffs

Fee_____
Process____
X  Dktd____
___ CtRmDep___
___ Doc. No____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27  P 2: 11

LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Richard, No. 06-5118)

Case No. 05-04182            Section K
& Consolidated Cases

Dear Sir:

    Please (issue) summons on the First Amended Complaint to the following:

1.  United States

    Through United States Attorney General

    Alberto R. Gonzales

    United States Department of Justice

    950 Pennsylvania Avenue, N.W.

    Washington, D.C. 20530

                Very truly yours,

                *[signature]*

                William C. Gambel
                Milling Benson Woodward, LLP
                909 Poydras Street, Ste 2300
                New Orleans, LA 70112
                (504) 569-7000
                Attorney for Plaintiffs

✓ Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 APR 27 P 2: 11
LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Christophe, No. 06-5134)

Case No. 05-04182          Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the First Amended Complaint to the following:

1. United States

   Through United States Attorney General

   Alberto R. Gonzales

   United States Department of Justice

   950 Pennsylvania Avenue, N.W.

   Washington, D.C. 20530

Very truly yours,

*[signature]*

William C. Gambel
Milling Benson Woodward, LLP
909 Poydras Street, Ste 2300
New Orleans, LA 70112
(504) 569-7000
Attorney for Plaintiffs

Fee_____
Process_____
X Dktd_____
__ CtRmDep___
__ Doc. No___

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 APR 27 P 2: 11

LORETTA G. WHYTE
CLERK

Date: April 27, 2007

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE (Augustine, No. 06-5142)

Case No. 05-04182          Section K
& Consolidated Cases

Dear Sir:

Please (issue) summons on the First Amended Complaint to the following:

1. United States

    Through United States Attorney General

    Alberto R. Gonzales

    United States Department of Justice

    950 Pennsylvania Avenue, N.W.

    Washington, D.C. 20530

Very truly yours,

William C. Gambel
Milling Benson Woodward, LLP
909 Poydras Street, Ste 2300
New Orleans, LA 70112
(504) 569-7000
Attorney for Plaintiffs

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____