UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANE ROY | * | CIVIL ACTION 07-1845 |
| | * | |
| VERSUS | * | JUDGE DUVAL |
| | * | |
| | * | SECTION "K" |
| LEXINGTON INSURANCE COMPANY | * | |
| | * | MAGISTRATE 2 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION** of undersigned counsel and on suggesting to this Honorable Court that John V. Robichaux, Jr. and the Robichaux Law Firm; Allan Berger and Alan Berger and Associates, APLC; CONNICK AND CONNICK, LLC, and William P. Connick; FEINGERTS & KELLY, PLC, and Bruce L. Feingerts; MICHAEL HINGLE & ASSOCIATES, LLC, Michael Hingle, and Paul Hesse; PATRICK G. KEHOE, JR., APLC, and Patrick G. Kehoe; LESTELLE & LESTELLE, APLC, Terrence J. Lestelle, Andrea S. Lestelle, and Jeffery B. Struckhoff; UNGAR & BYRNE, APLC, and Randy J. Ungar; and Roy F. Amedee**,** hereby withdraw as counsel of record on behalf of plaintiff Diane Roy. Counsel for the plaintiff and the plaintiff have a difference of opinion as to the direction of the ongoing litigation therefore Counsel can no longer represent the Plaintiff.

The present address of Diane Roy is 2648 Johnson Dr., Berwick, LA 70342 and her telephone number is (504) 426-5088.

**WHEREFORE,** this certifies that Diane Roy has been mailed notification by certified mail of all deadlines and pending court appearances in the above captioned

–1–

matter. Further, copy of said correspondence has been sent to opposing counsel. (See attached Exhibit "A")

**IT IS ORDERED**, that, John V. Robichaux, Jr. and the Robichaux Law Firm; Allan Berger and Alan Berger and Associates, APLC; CONNICK AND CONNICK, LLC, and William P. Connick; FEINGERTS & KELLY, PLC, and Bruce L. Feingerts; MICHAEL HINGLE & ASSOCIATES, LLC, Michael Hingle, and Paul Hesse; PATRICK G. KEHOE, JR., APLC, and Patrick G. Kehoe; LESTELLE & LESTELLE, APLC, Terrence J. Lestelle, Andrea S. Lestelle, and Jeffery B. Struckhoff; UNGAR & BYRNE, APLC, and Randy J. Ungar; and Roy F. Amedee be permitted to withdraw as counsel of record for plaintiff, Diane Roy.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
**JUDGE STANWOOD R. DUVAL, Jr**
**SECTION "K"**

Respectively Submitted,

 /s/ J. Van Robichaux, Jr._____
ROBICHAUX LAW FIRM
J. Van Robichaux, Jr. – 11338
Brian D. Page -- 30941
Mailing Address:  P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Ave
Suite 304
New Orleans, LA 70122
Telephone:  504-286-2022
Facsimile:   504-282-6298

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the forgoing with the clerk of court by using the CM/ECF filing system which will send notice to all counsel of record electronically. Furthermore, I have sent notice by facsimile or by mailing same by United States mail, properly addressed and first class postage prepaid.
    /s/ J. Van Robichaux, Jr._____
          J. Van Robichaux, Jr.