

J. Van Robichaux, Jr.*
Michael A. Gorbaty**
*admitted in Louisiana & Colorado
**Special Counsel

April 27, 2007

**This letter was sent via fax number (504) 561-1011**

Marisha H. Fraaza
Gieger, Laborde & Laperouse, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800

    RE:    Insurance Claim VPL
             Diane Roy v. Lexington Insurance Co., USDC EDLA
             Case Number 07-1845, Section K, Magistrate 2

Dear Marisha,

I am writing to inform you that we no longer represent Ms. Diane Roy in the above referenced case. I will be filing a Request and Notice to Withdraw as Counsel of Record early next week. In the meantime, please communicate directly with Ms. Roy to discuss her claim and please inform your client that they should do the same. Thanks for your time.

With kindest regards, I remain,

Brian Page
Attorney at Law
Robichaux Law Firm
Cc.:    Jon Baay via Fax 504-561-1011

PO Box 792500 • New Orleans, LA • 70179
Telephone: (504) 208-3081 • Fax: (504) 282-6298 • e-mail: info@robichauxlaw.com • www.robichauxlaw.com
Chalmette • Metairie • New Orleans • Northshore • Westbank