UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANE ROY | * | CIVIL ACTION 07-1845 |
| | * | |
| VERSUS | * | JUDGE DUVAL |
| | * | |
| | * | SECTION "K" |
| LEXINGTON INSURANCE COMPANY | * | |
| | * | MAGISTRATE 2 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**


Considering the attached Motion, **IT IS ORDERED**, that, John V. Robichaux, Jr. and the Robichaux Law Firm; Allan Berger and Alan Berger and Associates, APLC; CONNICK AND CONNICK, LLC, and William P. Connick; FEINGERTS & KELLY, PLC, and Bruce L. Feingerts; MICHAEL HINGLE & ASSOCIATES, LLC, Michael Hingle, and Paul Hesse; PATRICK G. KEHOE, JR., APLC, and Patrick G. Kehoe; LESTELLE & LESTELLE, APLC, Terrence J. Lestelle, Andrea S. Lestelle, and Jeffery B. Struckhoff; UNGAR & BYRNE, APLC, and Randy J. Ungar; and Roy F. Amedee be permitted to withdraw as counsel of record for plaintiff, Diane Roy.

New Orleans, Louisiana this _____day of _____, 2007.


_____
**JUDGE STANWOOD R. DUVAL, Jr**
**SECTION "K"**