UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION K - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:   *Aaron,* 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

IT IS HEREBY ORDERED that any and all claims asserted in this matter by Plaintiffs against Defendant, National Security Fire & Casualty Company, be and the same are hereby dismissed, with prejudice, each party to pay his own costs, reserving unto all Plaintiffs any and all claims and causes of action against any and all other parties named and unnamed.

New Orleans, Louisiana, this __30th__ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT JUDGE