29.068958

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | CIVIL ACTION NO. 05-4182 |
| | | SECTION K |
| | * | MAGISTRATE DIV. 2 |
| PERTAINS TO: | * * | HON. JUDGE DUVAL |
| INSURANCE: 06-7585 | * * | HON. MAG. JUDGE WILKINSON |
| AUGUSTER CAGE, ET AL | * * | |
| VS | * * | |
| STATE FARM FIRE & CASUALTY INSURANCE COMPANY | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that STATE FARM'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY filed on behalf of Defendant, State Farm Fire and Casualty Company, in the above entitled and numbered cause is granted as prayed for;

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this  30th  day of  April , 2007.

_____
J U D G E