UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182<br><br>SECTION "K"; MAG. 2<br><br>JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Kirsch*, No. 06-4704<br>*Aaron*, No. 06-4746<br>*Abadie*, No. 06-5164<br>*Heron*, No. 06-7327 | *<br>*<br>*<br>*<br>*<br>* | MAGISTRATE JUDGE WILKINSON |

## EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes defendant, Homesite Insurance Company, and respectfully requests that this Honorable Court enroll Marshall M. Redmon, Neil C. Abramson, and Nora B. Bilbro of the law firm of Phelps Dunbar LLP as counsel of record for Homesite Insurance Company in place of presently enrolled counsel of record, Robert E. Kerrigan, Jr. and Kerrie T. Belsome of Deutsch, Kerrigan and Stiles. Homesite Insurance Company further requests that Marshall M. Redmon be designated as trial attorney in the captioned matters.

Respectfully submitted:

/s/ Kerrie T. Belsome
**ROBERT E. KERRIGAN, Jr. (7350)**
**KERRIE T. BELSOME (28246)**
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 523-2111
Fax: (504) 566-1201

NO.99779831.1

/s/ Nora B. Bilbro
**NEIL C. ABRAMSON (21436)**
**NORA B. BILBRO (22955)**
PHELPS DUNBAR LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana  70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130 or 9007

and

**MARSHALL M. REDMON (18398)**
PHELPS DUNBAR L.L.P.
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on all counsel this 30th day of April, 2007.

/s/ Nora B. Bilbro

NO.99779831.1