UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-1885, 06-4634, 06-5042, 06-5159, | § | |
|         06-5163, 06-5771, 07-0206, 07-0647, | § | |
|         07-1284, 07-1286, 07-1288, 07-1289) | § | |
| MRGO (06-1885, 06-2824, 06-4024, 06-4066, | § | |
|         06-4634, 06-5155, 06-5159, 06-5161, | § | |
|         06-5260, 06-5162, 06-5771, 07-0206, | § | |
|         07-0621, 07-1073, 07-1271, 07-1285) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, respectively, the United States has produced the following Bates ranges in the manner specified in its proposed Document Production Protocol:

NRL-500-0001 to NRL-500-0147

REL-001-0001 to REL-001-0062

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Traci L. Colquette
        TRACI L. COLQUETTE
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 305-7536 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated:  April 30, 2007

## **CERTIFICATE OF SERVICE**

      I, Traci L. Colquette, hereby certify that on April 30, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

                                               s/ Traci L. Colquette  
                                               TRACI L. COLQUETTE