PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian (Name, Address, Phone Number) | CD Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRL | 500 | 0001 | 0147 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz, 7400 Leake Avenue Room 326, New Orleans, LA 70118 504-862-2826 | KC001 | 4/30/2007 | Class - Levee and MRGO | SF 95 Claims Forms for Claimants Listed in Master Complaint |
| REL | 001 | 0001 | 0062 | Stone Pigman Walther Wittman L.L.C. 546 Carondelet Street New Orleans LA 70130 504-581-3361 | | KC001 | 4/30/2007 | Class - Levee and MRGO | Releases Related to SF 95 Claims Forms Produced 043007 |