UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:<br>INSURANCE (06-5080) | § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" 2<br>JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION TO DISMISS

**NOW INTO COURT**, comes Plaintiff, KEITH A. DOLEY, A PROFESSIONAL CORPORATION, through undersigned counsel, who upon representing that all claims that have been or may be asserted by Plaintiff against Defendants, ST. PAUL TRAVELERS COMPANIES, INC. AND THE TRAVELERS INDEMNITY COMPANY, in the above-captioned matter have been fully amicably settled and compromised, moves that such claims be dismissed **with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a), each party bearing its own costs.

1

/s/ James M. Garner
JAMES M. GARNER, #19589, T.A.
LAUREN L. HUDSON, #28614
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFF,**
**KEITH A DOLEY, A PROFESSIONAL CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Terrence McRae. I further certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 1st day of May, 2007.

/s/ James M. Garner
JAMES M. GARNER