# WAIVER OF SERVICE FOR SUMMONS

TO: PATRICK G. KEHOE, JR., APLC
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I acknowledge receipt of your request that I waive service of a summons in the

action of **ANTHONY BANKS AND BELINDA WEBER BANKS**, which case number **07-1578**
(CAPTION OF ACTION)                                                      (DOCKET NUMBER)

in the United States District Court for the Eastern District of Louisiana. I have also

received a copy of the (check one)

☐ complaint; ☒ amended complaint; ☐ third-party complaint; ☐ crossclaim;

☐ counter-claim; ☐ other _____ in the action, two copies of this
instrument, and means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections
to the lawsuit or to the jurisdiction or venue of the court except for objections based on
a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose
behalf I am acting) if an answer or motion under Rule 12 is not served upon you within
60 days after **APRIL 18, 2007**, or within 90 days after that date if the request was
(DATE REQUEST WAS SENT)
sent outside the United States.

4/18/07
DATE

_Mary L. Dumestre_
SIGNATURE

Printed/Typed Name: MARY L. DUMESTRE

As ATTORNEY of STATE FARM FIRE AND CASUALTY COMPANY

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually server when the request for waiver of service was received.



# NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE FOR SUMMONS

TO:     (A) MARY DUMESTRE, ESQ.

as      (B) ATTORNEY _____ OF ( C ) STATE FARM FIRE & CASUALTY INS. CO.
        A lawsuit has been commenced against you (or the entity on whose behalf you are
addressed). A copy of the (check one)

☐ complaint;  X amended complaint;  ☐ third-party complaint;  ☐ crossclaim;

☐ counter-claim; ☐ other _____ is attached to this notice. It

has been filed in the united states District Court for the (D) Eastern _____

district of Louisiana _____  and has been assigned docket number

(E) 07-1573 _____

     This is not a formal summons or notification from the court, but rather my request
that you sign and return the enclosed waiver of service in order to save the cost of
serving you with a judicial summons and an additional copy of the complaint. The cost of
service will be avoided if I receive a signed copy of the waiver within (F) 15 ____ days
after the date designated below as the date on which this Notice and Request is sent. I
enclose a stamped and addressed envelope (or other means of cost-free return) for your use.
An extra copy of the waiver is also attached for your records.

     If you comply with this request and return the signed waiver, it will be filed with
the court and no summons will be served on you.  The action will then proceed as if you
had been served on the date the waiver is filed, except that you will not be obligated to
answer the complaint before 60 days from the date designated below as the date on which
this notice is sent (or before 90 days from that date if your address is not in any
judicial district of the United States.)

     If you do not return the signed waiver within the time indicated, I will take
appropriate steps to effect formal service in a manner authorized by the Federal Rules of
Civil Procedure and will then, to the extent authorized by those Rules, ask the court to
require you (or the party on whose behalf you are addressed) to pay the full costs of such
service. In that connection, please read the statement concerning the duty of parties to
waive the service of the summons, which is set forth on the reverse side (or at the foot)
of the waiver form.

     I affirm that this request is being sent to you on behalf of the plaintiff, this

18th  day of April _____, 2007 ____.

                                        _____
                                        Signature of Plaintiff's Attorney
                                        or unrepresented Plaintiff

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of section
F - Addressee must be given at least 30 days `60 days if located in foreign country) in which to return
    waiver