-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO:** | |
| | **JUDGE DUVAL** |
| **O'Dwyer C.A. No. 06-1885** | |
| | **MAGISTRATE WILKINSON** |

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action No. 06-1885:

      **Maureen O'Dwyer**
      **Harold Joseph Gagnet**
      **Sally Egerton Richards**
      **Shane Porter and**
      **Stephanie Porter**
      **Interior Specialties LLC**
      **Shelia Jones Jordan**
      **Charles Edward Jordon**
      **Wayne M. Jones**
      **Gloria Agnes Griffin, individually and as Administration of the**
       **Succession of her brother Stephen Williams, and on behalf of any**
        **and all heirs, survivors, relatives and beneficiaries of the deceased**
      **Leticia Brown**
      **Jo Anna McLean**
      **Lee Davidson McLean III**
      **Kathryn Frank**
      **Richard Springer Favor**
       **And**

-2-

**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guice**
**Kenneth Hastings Guice**
**Anthony Phillip Henderson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
**Aaron Jacob O'Dwyer**
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**
**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young**
 **And**
**Veronica F. Young d/b/a Floor Crafters Wood Interiors**
**Joseph Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**
**Robert J. Jeanfreau, M.D.**
**Jerry Victor Jacob**
**Gloria Pohlman Hecker**
**Joseph W.P. Hecker, in proper person**
**The Parfait Family**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment of the Honorable Stanwood R. Duval, Jr. dated April 27, 2007 (Record Document No. 4012), a copy of which is appended hereto and marked Exhibit No. 1.

-3-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By: **S/Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

<u>**CERTICATE OF SERVICE**</u>

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S/ Ashton R. O'Dwyer, Jr.