UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K"(2) CONS. KATRINA CANAL |

PERTAINS TO: O'Dwyer 06-1885

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the United States and against all plaintiffs herein dismissing their claims without prejudice.

New Orleans, Louisiana, this 27th day of April, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE


EXHIBIT NO. 1