# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | |
| * | SECTION "K" (2) |
| * | |
| PERTAINS TO: * | |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | |
| NOS.  05-4181 * | |
| 06-1885 * | |
| 06-4024 * | |
| 06-4389 * | |
| 06-5771 * | |
| 06-5786 * | |
| 06-6099 * | |
| 07-0206 * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

## EX PARTE MOTION TO ENROLL COUNSEL

**COMES NOW** Ashton O'Dwyer, appearing in *propria persona*, and upon suggesting to the Court that he has retained counsel with respect to the March 29, 2007 Order of This Honorable Court for him to show cause why sanctions should not be assessed against him (Record Document No. 3599), namely Dane S. Ciolino, Esq., Louisiana Bar No. 19311, P.O. Box 850848, New Orleans, Louisiana 70185-0848, telephone number 504-834-8519, and accordingly moves This Honorable Court for an Order enrolling the said Dane S. Ciolino, Esq. as counsel of record for Ashton R. O'Dwyer, Jr. for the limited person of responding to the Order of This Honorable Court embodied in Record Document No. 3599.

-1-

-2-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:     **S/Ashton R. O'Dwyer, Jr.**
          **Ashton R. O'Dwyer, Jr.
          In Proper Person
          One Canal Place
          365 Canal Street
          Suite 2670
          New Orleans, LA 70130
          Tel. (504) 561-6561
          Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 1st day of May, 2007.


                                    S/Ashton R. O'Dwyer, Jr.