UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | |
| NOS.  05-4181 | * | |
|       06-1885 | * | |
|       06-4024 | * | |
|       06-4389 | * | |
|       06-5771 | * | |
|       06-5786 | * | |
|       06-6099 | * | |
|       07-0206 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Ex Parte Motion to Enroll Counsel filed by Ashton O'Dwyer, Jr., in *propria persona*, which the Court has duly noted,

**IT IS ORDERED** that Dane S. Ciolino, Esq., Louisiana Bar No. 19311, P.O. Box 850848, New Orleans, Louisiana 70185-0848, telephone number 504-834-8519, be and he is enrolled as counsel of record for Ashton R. O'Dwyer, Jr. for the limited purpose of O'Dwyer's responding to Record Document No. 3599 and showing cause why sanctions should not be assessed against him.

                                                        _____
                                                              **J U D G E**

-1-

-2-