UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION:  "K"(2) |
| PERTAINS TO: | JUDGE:  DUVAL |
| INSURANCE:  *Meloncon*, 06-7962 | MAGISTRATE:  WILKINSON |

## EX PARTE MOTION TO SEVER AND TRANSFER FROM IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire And Casualty Insurance Company ("Republic"), and requests this Honorable Court to sever this civil action from the *In Re: Katrina Canal Breaches Consolidated Litigation* (No. 05-4182) and transfer this matter back to Section "R", where this civil action was originally allotted.  The claims asserted by plaintiff do not satisfy the criteria set forth by this Honorable Court in the Minute Entry dated November 29, 2006 (Rec. Doc. 2034) and, therefore, this civil action should not have been transferred to Section "K" and consolidated with the *In Re: Katrina Canal Breaches Consolidated Litigation.*  For these reasons, and the reasons set forth in the attached Memorandum in Support, Republic requests that this Honorable Court sever this civil action

from the *In Re: Katrina Canal Breaches Consolidated Litigation* and transfer this matter back to Section "R", from where this civil action was transferred.

Counsel for plaintiff has been contacted and advised of this Motion, and plaintiff has no objection to the filing or granting of the Motion.

**WHEREFORE**, defendant, Republic Fire And Casualty Insurance Company, respectfully requests that this Honorable Court sever this civil action from the *In Re: Katrina Canal Breaches Consolidated Litigation* (No. 05-4182) and transfer this matter back to Section "R", where this civil action was originally allotted, because this individual insurance action does not meet the criteria for consolidation set forth by this Honorable Court in the Minute Entry dated November 29, 2006 (Rec. Doc. 2034) and, therefore, should not have been originally transferred and consolidated herein.

Respectfully submitted,

**LARZELERE PICOU WELLS**
      **SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

**BY:**    ***/s/ Christopher R. Pennison***
      **JAY M. LONERO, T.A. (No. 20642)**
      **jlonero@lwp-law.com**
      **CHRISTOPHER R. PENNISON (No. 22584)**
      **cpennison@lwp-law.com**
      **ANGIE ARCENEAUX AKERS (No. 26786)**
      **aakers@lwp-law.com**

      **ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this  1st  day of May, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Christopher R. Pennison*