

1024 Raymond Dr
Metairie LA
70001-5753 US

**Notes:**

EXHIBIT 1

MOTION TO SEVER AND TRANSFER





All rights reserved. Use Subject to License/Copyright

This map is informational only. No representation is made or warranty given as to its content. User assumes all

risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

Case 2:05-cv-04182-SRD-JCW   Document 4106-2   Filed 05/01/07   Page 2 of 2