UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION  PERTAINS TO:  INSURANCE: *Meloncon*, 06-7962 | CIVIL ACTION NO.: 05-4182  SECTION: "K"(2)  JUDGE: DUVAL  MAGISTRATE: WILKINSON |

## ORDER

Considering the above and forgoing *Ex Parte Motion to Sever and Transfer from In Re: Katrina Canal Breaches Consolidated Litigation*, and upon finding that the matter entitled *Meloncon v. Republic Fire and Casualty Group*, No. 06-7962, does not meet the criteria for transfer and consolidated set forth in the Minute Entry dated November 29, 2006 (Rec.Doc.2034);

**IT HEREBY IS ORDERED,** that the Motion to Sever shall be and is hereby **GRANTED**, and the matter pertaining to "Insurance" and entitled *Meloncon v. Republic Fire And Casualty Group*, No. 06-7962, shall be and is hereby severed from *In Re: Katrina Canal Breaches Consolidated Litigation*; and

**IT IS FURTHER ORDERED**, the that Motion to Transfer shall be and is hereby **GRANTED**, and the matter pertaining to "Insurance" and entitled *Meloncon v. Republic Fire And Casualty Group*, No. 06-7962, shall be and is hereby transferred back to Section "R", from where this civil action was previously transferred.

New Orleans, Louisiana, this _____ day of May, 2007.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF LOUISIANA