UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182
PERTAINS TO: 07-1690 (WILLIAMS)
*************************************************************************

## AUTO CLUB INTER-INSURANCE EXCHANGE/AUTO CLUB FAMILY INSURANCE COMPANY A/K/A AAA ANSWER TO SECOND SUPPLEMENTAL AND AMENDING COMPLAINT AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes defendant, Automobile Club Inter-Insurance Exchange/Auto Club Family Insurance Company a/k/a AAA, and in response to the Second Supplemental and Amending Complaint and Request for Trial by Jury, respectfully responds as follows:

### FIRST DEFENSE

AAA hereby adopts and incorporates by reference all previously filed allegations, affirmative defenses, coverage defenses, all pleadings on behalf of AAA, etc. as if copied herein in extenso.

### SECOND DEFENSE

Those allegations contained in paragraphs 1 through 3 along with the preamble prayer for relief of the Second Supplemental and Amending Complaint and Request for Trial by Jury are specifically denied as written.

WHEREFORE, AAA respectfully requests that after due proceedings are had there be Judgment herein in favor of AAA and dismissing all claims with prejudice and at plaintiff's costs and for all other general and equitable relief.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on May 1, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.<br><br>　　　　　　　　　<u>/s/ William H. Eckert</u><br>　　　　　　　　　UNGARINO & ECKERT, LLC<br>　　　　　　　　　3850 N. Causeway Blvd., Suite 1280<br>　　　　　　　　　Metairie, LA 70002<br>　　　　　　　　　Telephone: (504) 836-7556<br>　　　　　　　　　Fax: (504) 836-7566<br>　　　　　　　　　beckert@ungarino-eckert.com | **Respectfully submitted:**<br><br>**UNGARINO & ECKERT L.L.C.**<br><br>/s/ William H. Eckert<br>_____<br><br>***WILLIAM H. ECKERT (#18591)***<br>**Suite 1280 Lakeway Two**<br>**3850 North Causeway Boulevard**<br>**Metairie, Louisiana  70002**<br>**Telephone:**　　*(504) 836-7556*<br>**Fax:**　　　　 **(504) 836-7566**<br>**Email:**　　　 **beckert@ungarino-eckert.com** |