UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  *Lucien*, 06-9852 | *  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>*<br>*  SECTION: "K"(2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT MERITPLAN'S MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, TO STAY THIS ACTION

Defendant Meritplan Insurance Company, misnamed as Balboa Insurance Company ("Meritplan"), submits this Motion to Dismiss or, in the Alternative, to Stay this Action. For the following reasons and for the reasons set forth more fully in Meritplan's Memorandum in Support, Meritplan respectfully moves this Court to dismiss this action and to require Plaintiff Kathleen Lucien ("Lucien") to pursue all of her claims against Meritplan in the previously filed action entitled *Kathleen and Peter Terrebonne, et al. v. Allstate Insurance Company, et al.*, Civil Action No. 06-4697, which is presently pending in Section "R" of this Court (the "*Terrebonne* Case").

I.

Lucien filed her first action against Meritplan (the *Terrebonne* class action) in federal court at 11:02 a.m. on August 25, 2006. In *Terrebonne*, Lucien asserts claims under the

Louisiana Valued Policy Law ("VPL"), La. Rev. Stat. § 22:695(A), for damage to her property resulting from Hurricane Katrina.

II.

At 3:48 p.m. on August 25, 2006, Lucien fax filed her second lawsuit (this action), which was later removed to this Court. In this second filed action, Lucien again asserts claims against Meritplan under the VPL based on damage to her property resulting from Hurricane Katrina.

III.

Since Lucien asserts virtually identical claims against Meritplan based on damage to her property resulting from Hurricane Katrina, there is a substantial overlap of facts, legal issues, and parties.

IV.

Under the "first to file rule," this Court should dismiss this second-filed suit that is duplicative of the *Terrebonne* action pending in Section R. Given the substantial substantive overlap between this second filed action and the *Terrebonne* case, Meritplan respectfully requests that the Court dismiss this action, as the latter filed action.

WHEREFORE, Meritplan respectfully requests this Court to grant its motion, and to dismiss or, alternatively, stay this action.

Respectfully submitted, this 1st day of May, 2007.

STEPHEN W. RIDER, T.A. (La. #02071)
LAUREN E. CAMPISI (La. #29787)
McGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

ATTORNEYS FOR DEFENDANT
MERITPLAN INSURANCE COMPANY,
misnamed as Balboa Insurance Company

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been served upon all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, this 1st day of May, 2007.

_____
STEPHEN W. RIDER

690702.1