UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:   *Lucien*, 06-9852 | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION: "K"(2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant Meritplan Insurance Company, misnamed as Balboa Insurance Company, through undersigned counsel, will bring on for hearing its Motion for Judgment on the Pleadings before the Honorable Stanwood R. Duval, Jr., United States District Court Judge, at 9:30 a.m. on Wednesday, May 16, 2007, at the United States District Court for the Eastern District of Louisiana, or as soon thereafter as counsel may be heard.

Respectfully submitted, this ___ day of May, 2007.

_____
STEPHEN W. RIDER, T.A. (La. #02071)
LAUREN E. CAMPISI (La. #29787)
McGLINCHEY STAFFORD, PLLC
643 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2800
**ATTORNEYS FOR DEFENDANT
MERITPLAN INSURANCE COMPANY,
misnamed as Balboa Insurance Company**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been served upon all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, this ___ day of May, 2007.

_____
STEPHEN W. RIDER

690814.1