UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
| | * NO. 05-4182 "K" (2) |
| | CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE: | * |
| | JUDGE STANWOOD R. DUVAL, JR. |
| *Sean Goodman and his wife Silvia Goodman v. Fidelity National Insurance Company, Robert Sheard Insurance Agency, Inc., Robert Sheard and ABC Insurance Company No. 06-3799* | * |
| | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * |
| | * |

*   *   *   *   *   *   *   *   *   *   *   *   *

# FIRST MOTION FOR EXTENSION OF TIME

ON MOTION of defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, appearing herein through undersigned counsel, and on suggesting to the Court that counsel will require an additional twenty (20) days within which to file responsive pleadings due to the fact that copy of the *Complaint for Damages* and *Plaintiffs' Supplemental and Amending Complaint for Damages* have just been received, and considerable factual investigation must be made.

This is a first request for an extension of time and as of original filing there is no objection to this motion in the record.

>Respectfully submitted,
>
>BIENVENU, FOSTER, RYAN & O'BANNON
>
>BY:   /s/ David E. Walle
>      DAVID E. WALLE (#13199)
>      1010 Common Street, Suite 2200
>      New Orleans, LA 70112-2401
>      Telephone:  (504) 310-1500
>      Fax:        (504) 310-1501
>      Email:      Dwalle@bfrob.com
>      *Attorneys for defendant,*
>      *Louisiana Citizens Property Insurance Corporation*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile transmission, hand delivery, electronic mail and/or depositing same in the United States Mail, postage pre-paid on May 1, 2007.

>    /s/ David E. Walle