UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE: | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| *Sean Goodman and his wife Silvia Goodman v. Fidelity National Insurance Company, Robert Sheard Insurance Agency, Inc., Robert Sheard and ABC Insurance Company No. 06-3799* | * | |
| | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

IT IS ORDERED by the Court that defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, be and is hereby granted an additional delay of twenty (20) days from the date of this Order within which to file responsive pleadings herein.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-