UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES          :  CIVIL ACTION
       CONSOLIDATION LITIGATION       :
                                        :  NO. 05-4182  "K" (2)
_____  :
                                        :  JUDGE DUVAL
                                        :
PERTAINS TO:  ALL CASES               :  MAGISTRATE WILKINSON
                                        :

_____

**SUPPLEMENTAL MOTION IN COMPLIANCE WITH
MAGISTRATE WILKINSON'S ORDER OF APRIL 17, 2007
INCORPORATING SUPPLEMENTAL MEMORANDUM,
BY NON-PARTY ENGINEERS AND CONTRACTORS
AFFECTED BY DECEMBER 8, 2006, JUDGMENTS**

_____

Pursuant to the Conference with Magistrate Wilkinson on April 17, 2007, and the

Magistrate's Order, (Doc. No. 3791), the "Engineers" (Eustis Engineering Company, Inc.,

Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., and Gotech, Inc.) and the "Contractors"

(Boh Bros. Construction, L.L.C.; B & K Construction Company, Inc.) who are affected by

the Judgments (Document Nos. 2142, 2145, 2148, 2149) granted on December 8, 2006,[1]

_____

[1] December 8, 2006, Judgment (Doc. No. 2145) in favor of Contractors was rendered in: C.A. No. 05-4181 *O'Dwyer;* C.A. No. 05-4182 *Berthelot*; C. A. No. 05-4191 *Jared Vodanovich*; C.A. No. 05-5237 *Ann Vodanovich*; C.A. No. 05-6073 *Kirsch*; C.A. No. 06-0886 *Finney*; C.A. No. 05-6314 *Ezell*; C. A. No. 05-6324 *Brown*; C.A. No. 05-6327

and who[2] have pending motions to dismiss and/or for summary judgment file their Statement and Supplemental Motion, with incorporated Memorandum in Support, regarding pending Motions.  Annexed hereto as Appendix "A" is a chart of the motions.

I.   Pending Motions

A)   Engineers

Pursuant to the Court's November 29, 2006, Minute Entry (Doc. No. 2034), page 3, requiring that all Rule 12 and other dispositive motions be filed by February 1, 2007, with Oppositions due on February 22, and Reply briefs on March 1, the Engineers filed a joint Rule 56 Motion for Summary Judgment on the Defense of Res Judicata, or in the alternative Collateral Estoppel (Doc. No. 2974), and a joint Rule 12(b)(6) Motion to Dismiss and/or Rule 56 Motion for Summary Judgment (Doc. No. 2986).

The Engineers joint motion on res judicata, or in the alternative, collateral estoppel (Doc. No. 2974) was filed on February 1, 2007, in:

Levee

Adams, Cathy 06-4065
Adams, Glenn 06-4634
Bradley 06-0225
Breithoff 06-5367
Brock 06-4931
Cochran 06-5785
Cohen 06-5042

---

*LeBlanc;* C.A. No. 06-0020 *Tauzin;* C.A. No. 06-0225 *Bradley;* C. A. No. 06-2278 *Christenberry;* C. A. No. 06-2287 *Sanchez;* C.A. No. 06-2346 *Fitzmorris;* and C. A. No. 062545 *Marcello.*   December 8, 2006, (Judgment (Doc. No. 2149) in favor of Engineers was rendered in: 05-4181 *O'Dwyer;* 05-4182 *Berthelot;* 05-5237 *A. Vodanovich;* 05-6073 *Kirsch;* 05-6314 *Ezell;* 05-6324 *Brown;* 05-6327 *LeBlanc;* 05-6359 *Bradley;* 06-0020 *Tauzin;* 06-0886 *Finney;* 06-2278 *Christenberry;* 06-2287 *Sanchez;* 06-2346 *Fitzmorris* and 06-2545 *Marcello.*

[2]Said defendants are also referred to as "non-parties" in the CMO, pages 21, 24

Deane 06-6473
Gisevius 06-5308
Gordon 06-5163
Joseph 06-5033
Pontchartrain Baptist 06-6642
Williams, E.  06-5471
Yacob 06-5937

Levee, MRGO

Leduff 06-5260

Levee, MRGO, Responder

O'Dwyer 06-4389

Levee, Responder

O'Dwyer 06-5786

The Engineers joint motion to dismiss and/or Rule 56 motion to dismiss (Doc. No. 2986) was filed on February 1, 2007, in the same civil actions as Doc. No. 2974, to wit:

Levee

Adams, Cathy 06-4065
Adams, Glenn 06-4634
Bradley 06-0225
Breithoff 06-5367
Brock 06-4931
Cochran 06-5785
Cohen 06-5042
Deane 06-6473
Gisevius 06-5308
Gordon 06-5163
Joseph 06-5033
Pontchartrain Baptist 06-6642
William, E 06-5471
Yacob 06-5937

<u>Levee, MRGO</u>

Leduff 06-5260

<u>Levee, MRGO, Responder</u>

O'Dwyer 06-4389

<u>Levee, Responder</u>

O'Dwyer 06-5786

The only opposition (Doc. No. 3350) to said motions was filed untimely by plaintiffs in Pontchartrain Baptist Church, et al., in Civil Action 06-6642 on March 15, 2007 and by plaintiffs in Cochran, Civil Action 06-5785, on March 14 (Doc. No. 3402) and by plaintiffs in Adams, Civil Action No. 06-4065 (Doc. No. 3416).

Engineers[3] filed a Reply Memorandum to said opposition on March 23, 2007, and the Court took said Motions under submission, without oral argument, on March 23.

On March 14, 2007, pursuant to Case Management Order No. 4 (Doc. No. 3299), page 21, the Engineers filed a joint motion to dismiss (Doc. No. 3404) two new civil actions not identified in the February 1, 2007, motions, to wit:

<u>Levee</u>

Douville 07-1113

Carney 07-1349 (previously 06-629 in M.D. La.)

which Motion was set for submission on April 4, without oral argument.  No opposition has been filed to said motion.

---

[3] Modjeski & Masters, Inc. was the only Engineering-Defendant in Pontchartrain Baptist Church, et. al, Civil Action No. 06-6642.  Accordingly, no opposition was filed by the other Engineers.  However, they incorporate the Reply Memorandum to the extent such claims may be asserted in the Superseding Master Class Action Complaint.

On March 14, 2007, defendant Burk-Kleinpeter, LLC ("BK LLC") filed a motion to dismiss in 07-1113 (Douville) and 07-1349 (Carney, previously 06-629 in M.D. La.) on the grounds that BK LLC had nothing whatsoever to do with the matters alleged in the Katrina suits, which were the same grounds on which its prior Motion (Doc. No. 552-7) had been granted by the Court on August 25, 2006.

Defendant Gotech was not involved in the 17th Street Canal projects. As described in earlier affidavits, neither Gotech nor any of its employees had anything to do with the design, construction, construction administration or inspection of any construction of any floodwalls or levees which failed along the 17th Street Canal during Hurricane Katrina, see Doc. 894-3, (Affidavit of Rhaoul A. Guillaume, P.E., paragraph 5, beginning at p. 1 of 37; and affidavit of Bruce K. Dyson, P.E., P.L.S., paragraph 5, beginning at p. 34 of 37).

## B) Contractors

The Contractors filed the following dispositive motions on February 1, 2007, pursuant to the Court's Minute Entry of November 29, 2006:

(I) Boh Bros. Construction Co., LLC

Rule 56 Motion for Summary Judgment (Doc. No. 2970) in:

LEVEE:

C.A. No. 06-4065 C. Adams
C.A. No. 06-4634 G. Adams
C.A. No. 06-5367 Breithoff
C.A. No. 06-4931 Brock
C.A. No. 06-5785 Cochran
C.A. No. 06-5042 Cohen
C.A. No. 06-6473 Deane
C.A. No. 06-5159 Fleming
C.A. No. 06-5308 Gisevius
C.A. No. 06-5163 Gordon
C.A. No. 06-5161 Holmes

C.A. No. 06-5032 Joseph
C.A. No. 06-6642 Pontchartrain Baptist Church
C.A. No. 06-8708 Richardson
C.A. No. 06-5937 Yacob

Levee, MRGO:

C.A. No. 06-5260 LeDuff

Levee, MRGO, Responder:

C.A. No. 06-4389 O'Dwyer

Levee, Responder:

C.A. No. 06-5786 O'Dwyer

(ii) <u>B & K Construction Company, Inc.</u>

Rule 12(b)(6) and Rule 56 Motion to Dismiss and/or for Summary Judgment (Doc.2968) in:

Levee Group
Case No. 06-4065  C. Adams
Case No. 06-4634  G. Adams
Case No. 06-4931  Brock
Case No. 06-5032  Joseph
Case No. 06-5042  Cohen
Case No. 06-5308  Gisevius
Case No. 06-5785  Cochran
Case No. 06-5471  E. Williams
Case No. 06-5937  Yacob

Levee and MRGO
Case No. 06-5260 LeDuff

Levee, MRGO and Responder Groups
Case No. 06-4389 (O'Dwyer)

Levee and Responder Groups
Case No. 06-5786 (O'Dwyer)

(iii) <u>T. L. James & Company, Inc.</u>

Rule 12(b)(6) and Rule 56 Motion to Dismiss and/or for Summary Judgment (Doc. No. 2954) in:

Levee
Creato Gordon (06-5163)

The Court's Minute Entry of April 17, 2007, ordering certain Contractors and Engineers to file a single supplemental motion to dismiss does not address T. L. James. However, out of precaution, counsel for T.L. James wishes to point out that T. L. James was named as a defendant in only one Levee case, Creato Gordon ( 06-5163). No opposition was filed to its motion to dismiss and it was not named as a defendant in the Levee Master Complaint.   The only opposition to the February 1, 2007, Motions by Contractors were filed by the plaintiffs in Pontchartrain Baptist (06-6642) and Cochran (06-5785), untimely on March 15 and 14, respectively.   Accordingly, T.L. James believes it should not be a party to this supplemental statement.

C) <u>Additional "Levee" Civil Actions Recently Filed and Not Listed<br>in February 1, or March 14 Motions</u>

On March 13, 2007, the plaintiffs' counsel designated as the Levee Litigation Group (including plaintiffs liaison counsel named in Case Management Order No. 4) filed two similar additional class actions, *Coniglio, et al. v. United States, et al.*, C.A. No. 07-1289, and *Hennessey, et al. v. United States, et al.*, C.A. No. 1288.  Among the defendants named in those two civil actions are Eustis and Modjeski.

Eustis and Modjeski move, per the Magistrate's direction, that the claims asserted by plaintiffs in these two civil actions against Eustis and Modjeski be dismissed, and/or

summary judgment be granted, on the same grounds as set forth in the Engineers joint motions filed on June 1, 2006 (Doc. No. 463), and on February 1, 2007. (Doc. Nos. 2986 & 2974)

On February 28, 2007, an additional suit was filed, *M. Lynn Douville, et al v. Boh Bros., et al*, C.A. 07-1113, thereafter designated as the Levee Litigation Group, against various defendants, including B&K and Boh Bros..  Thereafter, on March 29, 2007, an additional suit was filed/transferred (previously pending as C.A. No. 06-629 in the Middle District), *Chris Carney, et al v. Boh Bros., et al*, C.A. 07-1349, designed as the Levee Litigation Group, against various defendants, including B&K and Boh Bros.  Boh Bros. and B&K move, per the Magistrate's direction, that the claims  asserted by plaintiffs in these two civil actions be dismissed, and/or for summary judgment, as to B&K and Boh Bros., on the same grounds set forth in their Motions to Dismiss/for Summary Judgment (Doc. Nos. 2968 & 2970, respectively).

## II) Master Complaint

Per Case Management Order, No. 4, page 13, plaintiffs filed a Master Class Action Complaint in the "Levee" cases on March 15, 2007 (Doc. No. 3420).

As per the March 1, 2007, Case Management Order No. 4 (Doc. No. 3299), pages 12 - 13, the deadline for amending pleadings and/or adding parties had expired and no further amendments were to be allowed, except upon order by the Court, based on a showing of good cause under Rule 16(b), FRCP.[4]

---

[4] This would include the addition of previously unnamed parties in relation to a given defendant based solely on mutual inclusion in the Master Complaint.

The Case Management Order did not provide for the Master Complaint to set forth "new" claims, but rather to collate all claims pleaded before March 1, 2007, in regard to Class Actions, which Plaintiff's intended to pursue.

### A) All Class Action Claims Against Engineers and Contractors Pertaining to London Avenue, Industrial Canal and MRGO Should be Dismissed Based on the Superseding Master Complaint

While the previously filed class actions are the subject of the above named Engineers' and Contractors' current motions to dismiss and/or summary judgment filed in these proceedings, the above named Engineers and Contractors also point out to this Honorable Court that the Superseding Master Class Action Complaint filed with this Court, i.e., Doc. No. 3420, does not make any allegations whatsoever as against the above named Engineers and Contractors in regard to the Industrial Canal, a/k/a the Inner Harbor Navigation Canal, or the MRGO (see pages 24, 25, 67, 68 and 69 of the Master Complaint, Doc. No. 3420).  Accordingly, based on the absence of any allegations against the above named Engineers and Contractors pertaining to the Industrial Canal levee and MRGO failures, in the Superseding Master Consolidated Class Action Complaint, the Engineers and Contractors request dismissal of all claims filed against them in all consolidated matters pending before this Honorable Court in regard to the Industrial Canal and MRGO.

In regard to the London Avenue Canal, the Master Consolidated Class Action Complaint contains allegations against only Burk-Kleinpeter, Gotech and B & K of the above named defendants; accordingly the other Engineer and Contractor defendants request dismissal of all claims filed against them in the consolidated matter in regard to London Avenue.

Therefore, the Engineers and Contractors submit that there is no need to file any dispositive motions in regard to the Master Complaint, per se, because this would be duplicative of the June 1, 2006, motions on which the Court ruled on December 8, 2006, and of the pending February 1, 2007, motions, which are under submission to the Court, without oral argument, as of March 23, 2007, and of the March 14, 2007, "me too" motions, which are under submission to the Court, without oral argument, as of April 4, 2007.  But, out of an abundance of caution, Movants file this Supplemental Motion in regard to the Master Complaint, if Plaintiffs contend that the Master Complaint amended the prior complaints with new causes of action.

While the viability of "new" claims contained in the Master Complaint is in doubt, in an abundance of caution, B&K moves, per the Magistrate's direction, that the claims asserted by plaintiffs in all enumerated cases, including the following civil action contained in the Master Complaint be dismissed and/or summary judgment granted as to B&K, on the same grounds as set forth in B&K's Motion to Dismiss/for Summary Judgment (Doc. 2968).

| Case Nos. | 05-4191 | J. Vodanovich |
|---|---|---|
| | 05-4568 | Harvey |
| | 05-6359 | Bradley |
| | 06-1885 | O'Dwyer |
| | 06-2545 | Marcello |
| | 06-3529 | Harvey |
| | 06-5159 | Fleming |
| | 06-5163 | Gordon |
| | 06-5367 | Briethoff/Weller |
| | 06-5771 | O'Dwyer |
| | 06-7682 | Paul |
| | 06-11208 | Speed |
| | 07-0206 | O'Dwyer |
| | 07-0647 | Greer |
| | 07-0993 | Paul |

|         |           |
|---------|-----------|
| 07-1284 | Coco      |
| 07-1286 | Augustine |
| 07-1288 | Hennessey |
| 07-1289 | Coniglio  |

### III) Maritime Jurisdiction Issue Raised at April 17, 2007 Conference

At the conference before Magistrate Wilkinson on April 17, 2007, Liaison Counsel for Plaintiffs contended that additional briefing was necessary to address "new allegations" of maritime law jurisdiction in the 17th Street Canal based upon "dredging permits."  Sub-liaison counsel for the Engineers and for the Contractors affected by the December 8, 2006, judgments contended that the maritime law jurisdictional issues had already been raised in regard to the June 1, 2006, motions (see December 8, Order & Reasons, Doc. No. 2142, pages 11 - 12, and Doc. No. 2149, pages 15 - 16) and in regard to the February 1, 2007, motions (see Opposition memorandum, Doc.  No. 3550, pages 6 - 8, and the briefing by Pontchartrain Baptist Church plaintiffs in regard to their Motion to Remand, Doc. No. 1526, pages 4 - 6, dated 10/26/06).  Counsel for those defendants urged that the time for asserting new claims, including maritime tort claims, had expired, per the provision in Case Management Order No. 4.

### IV) Conclusion - Reiteration and Reurging of All Defendant Engineers' and Defendant Contractors' (Affected by December 8, 2006, Judgments) Motions Filed on June 1, 2006, and February 1, 2007

Pursuant to the Magistrate's direction, Eustis, Modjeski, Burk-Kleinpeter, Gotech, Boh Bros., B & K, James Construction, and T. L. James reiterate, reallege, reurge, and incorporate by reference herein, the motions to dismiss and/or for summary judgment filed in these proceedings on June 1, 2006, and February 1, 2007, with respect to all pending

civil actions not encompassed by the Court's Judgments dated December 8, 2006, asserting claims against these Engineers and Contractors.


Respectfully Submitted,


DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Francis J. Barry, Jr.*
FRANCIS J. BARRY, JR., T.A. (#02830)
FREDERICK R. BOTT (# 3285)
KEITH J. BERGERON (#25574)
SCOTT J. HEDLUND (#30549)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**ATTORNEYS FOR:**
**MODJESKI AND MASTERS, INC.,**
**DEFENDANT AND MOVER**

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

/s/ *Herman C. Hoffmann, Jr.*
HERMAN C. HOFFMANN, JR., (#6899)
BETTY F. MULLIN (#9818)
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Telephone:   (504) 569-2030
Facsimile:   (504) 569-2999
**ATTORNEYS FOR:**
**B & K CONSTRUCTION CO., INC.,**
**DEFENDANT AND MOVER**


FOWLER, RODRIGUEZ

/s/ *Mat M. Gray, III*
MAT M. GRAY, III, T.A. (#6264)
ALANSON T. CHENAULT, IV (#20747)
400 Poydras Street, 30th Floor
New Orleans, Louisiana  70130
Telephone:   (504) 523-2600
Facsimile:   (504) 523-2705
**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY,**
**INC., DEFENDANT AND MOVER**

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Charles F. Seemann, Jr.*
CHARLES F. SEEMANN, JR., T.A. (#11912)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**ATTORNEY FOR:**
**BURK-KLEINPETER, INC. AND**
**BURK-KLEINPETER, LLC.,**
**DEFENDANT AND MOVER**

KINGSMILL RIESS, L.L.C.

/s/ *Michael R. C. Riess*
MICHAEL R. C. RIESS, (#02073)
CHARLES B. COLVIN (#4352)
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170-3300
Telephone:   (504) 581-3300
Facsimile:    (504) 581-3310
**ATTORNEYS FOR:**
**BOH BROS. CONSTRUCTION CO.,**
**DEFENDANT AND MOVER**


LONG LAW FIRM

/s/ *Albert Dale Clary*
ALBERT DALE CLARY, T.A. (#4165)
ADRIAN G. NADEAU (#28169)
One United Plaza
Suite 500, 4041 Essen Lane
Baton Rouge, Louisiana 70809
Telephone: (225) 922-5110
Facsimile: (225) 922-5105
**ATTORNEYS FOR:**
**GOTECH, INC.,**
**DEFENDANT AND MOVER**

MONTGOMERY, BARNETT, BROWN,
  READ, HAMMOND & MINTZ

/s/ *Gordon A. Grant, Jr.*
A. GORDON GRANT, JR. (#6221)
1100 Poydras Street
New Orleans, LA 70130
Telephone:  (504) 585-3200
Facsimile:   (504)
**ATTORNEY FOR:**
**T. L. JAMES & COMPANY, INC.,**
**DEFENDANT AND MOVER**

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of May, 2007, I electronically filed the foregoing Supplemental Motion with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel fo record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

/s/ *Francis J. Barry, Jr.*

-13-