## APPENDIX A

| CIVIL ACTION | MOTION | DISPOSITION |
|---|---|---|
| 05-4181 *O'Dwyer*<br>05-4182 *Berthelot*<br>05-4191 *Jared Vodanovich*<br>05-5237 *Ann Vodanovich*<br>05-6073 *Kirsch*<br>06-0886 *Finney*<br>05-6314 *Ezell*<br>05-6324 *Brown*<br>05-6327 *LeBlanc*<br>06-0020 *Tauzin*<br>06-0225 *Bradley*<br>06-2278 *Christenberry*<br>06-2287 *Sanchez*<br>06-2346 *Fitzmorris*<br>06-2545 *Marcello* | June 1, 2006, Contractors' Motions for Summary Judgement (Doc. Nos. 560 and 624 ) | Judgment in favor of Contractors (Doc. No. 2145), December 8, 2006 |
| 05-4181 *O'Dwyer*<br>05-4182 *Berthelot*<br>05-5237 *A. Vodanovich*<br>05-6073 *Kirsch*<br>05-6314 *Ezell*<br>05-6324 *Brown*<br>05-6327 *LeBlanc*<br>05-6359 *Bradley*<br>06-0020 *Tauzin*<br>06-0886 *Finney*<br>06-2278 *Christenberry*<br>06-2287 *Sanchez*<br>06-2346 *Fitzmorris*<br>06-2545 *Marcello* | June 1, 2006, Engineers' Joint Motion for Summary Judgement (Doc. No. 463) | Judgment in favor of Engineers (Doc. No. 2149), December 8, 2006 |
| 06-4065 *Adams, Cathy*<br>06-4634 *Adams, Glenn*<br>06-0225 *Bradley*<br>06-5367 *Breithoff*<br>06-4931 *Brock*<br>06-5785 *Cochran*<br>06-5042 *Cohen*<br>06-6473 *Deane*<br>06-5308 *Gisevius*<br>06-5163 *Gordon*<br>06-5033 *Joseph*<br>06-6642 *Pontchartrain Baptist*<br>06-5471 *Williams, E.*<br>06-5937 *Yacob*<br>06-5260 *Leduff*<br>06-4389 *O'Dwyer*<br>06-5786 *O'Dwyer* | February 1, 2007, Engineers' Joint Motion on Res Judicata / Collateral Estoppel (Doc. No. 2974) | Under submission as of March 23, 2007 |
| | February 1, 2007, Engineers' Joint Motion to Dismiss (Doc. No. 2986) | Under submission as of March 23, 2007 |

| | | |
|---|---|---|
| 06-4065 *Adams, Cathy*<br>06-4634 *Adams, Glenn*<br>06-5367 *Breithoff*<br>06-4931 *Brock*<br>06-5785 *Cochran*<br>06-5042 *Cohen*<br>06-6473 *Deane*<br>06-5159 *Fleming*<br>06-5308 *Gisevius*<br>06-5163 *Gordon*<br>06-5161 *Holmes*<br>06-5032 *Joseph*<br>06-6642 *Pontchartrain Baptist*<br>06-8708 *Richardson*<br>06-5937 *Yacob*<br>06-5260 *Leduff*<br>06-4389 *O'Dwyer*<br>06-5786 *O'Dwyer* | February 1, 2007, Boh Bros. Motion for Summary Judgement (Doc. No. 2970) | *Under submission as of March 23, 2007* |
| 06-4065 *Adams, Cathy*<br>06-4634 *Adams, Glenn*<br>06-4931 *Brock*<br>06-5785 *Cochran*<br>06-5042 *Cohen*<br>06-5308 *Gisevius*<br>06-5032 *Joseph*<br>06-5471 *Williams, E.*<br>06-5937 *Yacob*<br>06-5260 *Leduff*<br>06-4389 *O'Dwyer*<br>06-5786 *O'Dwyer* | February 1, 2007, B&K's Motion to Dismiss / for Summary Judgement (Doc. No. 2968) | *Under submission as of March 23, 2007* |
| 06-5163 *Gordon* | February 1, 2007, T.L. James Motion for Summary Judgement (Doc. No. 2954) | Under submission as of March 23, 2007 |
| 06-0629 *Carney*<br>07-1113 *Douville* | March 14, 2007, Engineers Third Joint Motion to Dismiss (Doc. No. 3404) | Under submission as of April 4, 2007 |
| Master Consolidated Complaint | Filed March 1, 2007 | |
| Recently Filed Complaints post Master Consolidated Complaint<br>    07-1288 Hennessey<br>    07-1289 Coniglio | | |