UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATION LITIGATION | : CIVIL ACTION :<br>: NO. 05-4182 "K" (2) :<br>: JUDGE DUVAL : |
| PERTAINS TO: ALL CASES | : MAGISTRATE WILKINSON : |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Burk-Kleinpeter, Inc.**, **Eustis Engineering Company, Inc.**, **GOTECH, Inc.**, **Modjeski and Masters, Inc.**, **T. L. James & Company, Inc., Boh Bros. Construction, L.L.C.,** and **B & K Construction Company, Inc** will bring the foregoing Supplemental Motion in Compliance with Magistrate Wilkinson's Order, on for hearing, without oral argument, before the Honorable Stanwood R. Duval, Jr. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 13th day of June, 2007, at 9:30 a.m.

Respectfully Submitted,

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ Francis J. Barry, Jr.

FRANCIS J. BARRY, JR., T.A. (#02830)

FREDERICK R. BOTT (# 3285)

KEITH J. BERGERON (#25574)

SCOTT J. HEDLUND (#30549)

755 Magazine Street

New Orleans, Louisiana 70130

Telephone: (504) 581-5141

Facsimile: (504) 566-1201

**ATTORNEYS FOR:**

**MODJESKI AND MASTERS, INC.**

**DEFENDANT AND MOVER**

| | |
|---|---|
| FOWLER, RODRIGUEZ | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| /s/ Mat M. Gray, III | /s/  Charles F. Seemann, Jr. |
| MAT M. GRAY, III, T.A. (#6264) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| ALANSON T. CHENAULT, IV (#20747) | 755 Magazine Street |
| 400 Poydras Street, 30th Floor | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana  70130 | Telephone: (504) 581-5141 |
| Telephone:   (504) 523-2600 | Facsimile: (504) 566-1201 |
| Facsimile:    (504) 523-2705 | **ATTORNEY FOR:** |
| **ATTORNEYS FOR:** | **BURK-KLEINPETER, INC. AND** |
| **EUSTIS ENGINEERING COMPANY, INC., DEFENDANT AND MOVER** | **BURK-KLEINPETER, LLC, DEFENDANT AND MOVER** |
| SIMON, PERAGINE, SMITH & REDFEARN, L.L.P. | KINGSMILL RIESS, L.L.C. |
| /s/ Herman C. Hoffmann, Jr. | /s/ Michael R. C. Riess |
| HERMAN C. HOFFMANN, JR., (#6899) | MICHAEL R. C. RIESS, (#02073) |
| BETTY F. MULLIN (#9818) | CHARLES B. COLVIN (#4352) |
| 1100 Poydras Street, 30th Floor | 201 St. Charles Ave., Suite 3300 |
| New Orleans, LA 70163-3000 | New Orleans, LA 70170-3300 |
| Telephone:  (504) 569-2030 | Telephone:   (504) 581-3300 |
| Facsimile:   (504) 569-2999 | Facsimile:    (504) 581-3310 |
| **ATTORNEYS FOR:** | **ATTORNEYS FOR:** |
| **B & K CONSTRUCTION CO., INC., DEFENDANT AND MOVER** | **BOH BROS. CONSTRUCTION CO., DEFENDANT AND MOVER** |

| | |
|---|---|
| MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ | LONG LAW FIRM |
| /s/ Gordon A. Grant, Jr. | /s/ Albert Dale Clary |
| A. GORDON GRANT, JR. (#06221) | ALBERT DALE CLARY, T.A. (#4165) |
| 1100 Poydras Street | ADRIAN G. NADEAU (#28169) |
| New Orleans, LA 70130 | One United Plaza |
| Telephone: (504) 585-3200 | Suite 500, 4041 Essen Lane |
| Facsimile: (504) | Baton Rouge, Louisiana 70809 |
| | Telephone: (225) 922-5110 |
| | Facsimile: (225) 922-5105 |
| **ATTORNEY FOR:** | **ATTORNEYS FOR:** |
| **T. L. JAMES & COMPANY, INC.,** | **GOTECH, INC.** |
| **DEFENDANT AND MOVER** | **DEFENDANT AND MOVER** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of May, 2007, I served a copy of the Notice of Hearing of the Supplemental Motion on counsel for all parties to this proceeding, by e-filing, e-mail or United States Mail, postage prepaid.

/s/ *Francis J. Barry, Jr.*