UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES            CIVIL ACTION NO. 05-4182
        CONSOLIDATED LITIGATION
                                          SECTION "K" (JUDGE DUVAL)

                                          MAGISTRATE (2) (MAG. WILKINSON)

PERTAINS TO:  LEVEE CASES

_____

**SUPPLEMENTAL MOTION BY BURK KLEINPETER, LLC IN
COMPLIANCE WITH MAGISTRATE WILKINSON'S ORDER OF
APRIL 17, 2007 INCORPORATING SUPPLEMENTAL MEMORANDUM**
_____

From Magistrate Wilkinson's conference on April 17, 2007, and his Order rendered thereafter (Document 3791), there was direction that parties affected by the Court's earlier grants of summary judgment should report on their outstanding dispositive motions, and file a supplemental motion to cover any new suits.  Burk Kleinpeter, LLC ("BKLLC") filed a Motion for Summary Judgment on June 13, 2006, which was granted, (Document 1080); and BKLLC has pending two Motions for Summary Judgment, and, accordingly, now files this statement regarding pending motions:

(1)   BKLLC's original motion (document 552-1) was filed on June 13, 2006, to dismiss the following cases;

| | | | |
|---|---|---|---|
| 05-4182 "K" (2) | (Berthold) | 06-0020 "K" (2) | (Tauzin) |
| 05-5237 "K" (2) | (Vodanovich) | 06-0886 "K" (2) | (Finney) |
| 05-6073 "K" (2) | (Kirsch) | 06-2346 "K" (2) | (Fitzmorris) |
| 05-6314 "K" (2) | (Ezell) | 06-2228 "K" (2) | (Christenberry) |
| 05-6324 "K" (2) | (Brown) | 06-2287 "K" (2) | (Sanchez) |
| 05-6327 "K" (2) | (LeBlanc) | | |

-1-

That motion was scheduled for hearing on August 25, 2006.  Before August 25 a number of defendants voluntarily dismissed BKLLC; and following that hearing, the judge orally dismissed all cases against BKLLC named in that Motion.  That oral order was followed by written order dated September 6, (Document 1080), which specifically listed and dismissed the suits which had not been voluntarily dismissed, as follows:

    05-4182 "K" (2)    (Berthold)
    05-5237 "K" (2)    (Vodanovich)
    05-6073 "K" (2)    (Kirsch)
    05-6314 "K" (2)    (Brown)
    05-6327 "K" (2)    (LeBlanc)
    06-0020 "K" (2)    (Tauzin)
    06-0886 "K" (2)    (Finney)
    06-2346 "K" (2)    (Fitzmorris)
    06-2228 "K" (2)    (Christenberry)

(2)    Thereafter, on March 14, 2007, BKLLC filed an "Ex-Parte Motion For Leave to File a Rule 12/56 Motion for Summary Judgment to Dismiss" certain cases which named BKLLC as a defendant, and which were filed after the first BKLLC Motion to Dismiss.  Exhibit "A" to that Motion for Leave, was the Motion to Dismiss the later-filed cases, as follows:

    06-4065    (Adams, C.)
    06-4634    (Adams, G.)
    06-5032    (Joseph)
    06-5260    (Leduff)
    06-5308    (Gisevius)
    06-5785    (Cochran)
    06-5937    (Yacob)

Also attached to that Motion for Leave was a Notice scheduling the hearing for that Motion on April 4, 2007.

(3) Also on March 14, 2007, in accordance with CMO4, BKLLC also filed a Third Motion for Summary Judgment to Dismiss two cases filed in 2007, after CMO4, as follows:

>   07-1113    (Douville)
>   07-1349    (Chris Carney, et al v. Boh Bros. Const. Co., et al, originally filed in the USDC MDLA, under No. 06-629; but transferred to, and now pending in the EDLA under number 071349)

This motion was also noticed for hearing on April 4, 2007.

The basis for BKLLC's motions was very simple: BKLLC is not an engineering firm; and, it did no engineering work or any other work on any of the canals or flood structures that breached, all as attested by the Affidavit of George Kleinpeter, a member of the LLC. The Affidavit of Michael G. Jackson, executive vice-president of Burk Kleinpeter, Inc. ("BKI"), established that BKI was, in fact, the engineering firm involved in some respects with the London Avenue Canal. No opposition was ever filed any of BKLLC's motions.

Notwithstanding the foregoing, for some inexplicable reasons, that Plaintiff's Company, the Committee has joined BKLLC yet again in the Master Consolidated Complaint.

**ACCORDINGLY, BKLLC NOW MOVES THE COURT FOR SUMMARY JUDGMENT, DISMISSING BKLLC FROM THE MASTER CONSOLIDATED COMPLAINT, AND INCORPORATES HEREIN BY REFERENCE ALL OF THE FOREGOING MOTIONS**

**(DOCUMENTS 552-1, 3405 AND 3406) AND SUPPORTED PAPERS INCLUDING THE MEMORANDA FILED IN SUPPORT THEREOF.**

>Respectively submitted,
>
>  /s/ *Charles F. Seemann, Jr.*
>CHARLES F. SEEMANN, JR. (11912)
>Deutsch, Kerrigan & Stiles, L.L.P.
>755 Magazine Street
>New Orleans, LA 70130-3672
>Telephone:   (504) 581-5141
>Facsimile:    (504) 566-1201
>Attorneys for Burk-Kleinpeter, Inc. and Burk-Kleinpeter, L.L.C.

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 1st day of May, 2007, I electronically filed the foregoing Supplemental Motion by Burk Kleinpeter, LLC in Compliance with Magistrate Wilkinson's Order of April 17, 2007 Incorporating Supplemental Memorandum, and Supplemental Memorandum in Support of Burk Kleinpeter, LLC'S Supplemental Motion to Dismiss, with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel fo record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

>/s/ *Charles F. Seemann, Jr.*