UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" (JUDGE DUVAL) |
| | MAGISTRATE (2) (MAG. WILKINSON) |
| PERTAINS TO: LEVEE CASES | |

_____

**NOTICE OF HEARING**

_____

**PLEASE TAKE NOTICE that Burk-Kleinpeter, L.L.C.** will bring the foregoing Supplemental Motion in compliance with Magistrate Wilkinson's Order of April 17, 2007 Incorporating Supplemental Memorandum and Supplemental Memorandum in Support of Supplemental Motion to Dismiss, on for hearing, without oral argument, before the Honorable Stanwood R. Duval, Jr. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 13th day of June, 2007, at 9:30 a.m.

Respectively submitted,

/s/ *Charles F. Seemann, Jr.*

CHARLES F. SEEMANN, JR. (11912)

Deutsch, Kerrigan & Stiles, L.L.P.

755 Magazine Street

New Orleans, LA 70130-3672

Telephone:  (504) 581-5141

Facsimile:  (504) 566-1201

Attorneys for Burk-Kleinpeter, Inc. and Burk-Kleinpeter, L.L.C.

-1-

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of May, 2007, I electronically filed the foregoing Supplemental Motion by Burk Kleinpeter, LLC in Compliance with Magistrate Wilkinson's Order of April 17, 2007 Incorporating Supplemental Memorandum, and Supplemental Memorandum in Support of Burk Kleinpeter, LLC'S Supplemental Motion to Dismiss, with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel fo record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

/s/ *Charles F. Seemann, Jr.*