UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | § § § | |
| MRGO | § § | |
| FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | § § § § § § § | |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(c)**

**NOW INTO COURT**, through its undersigned counsel, comes Defendant Washington Group International, Inc. ("WGII"), which pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(c), and for reasons more fully set forth in the accompanying memorandum, moves for the dismissal of the MRGO Plaintiffs' Master Consolidated Class Action Complaint (the "Complaint").

Before filing this motion, WGII fully complied with Case Management and Scheduling Order No. 4 by submitting the motion to Defendants' Liaison Counsel for his review. WGII understands that Defendants' Liaison Counsel has communicated with the

870927v.1

- 2 -

Court concerning the motion, and that the Court has directed WGII to notice the hearing thereon for June 13, 2007.  A notice of motion is attached to that effect.

**WHEREFORE**, defendant WGII prays that this Honorable Court grant its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c).

Dated: May 2, 2007                                  Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

Attorneys for Defendant
Washington Group International, Inc.

- 4 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 2nd day of May, 2007.

                              */s/Heather S. Lonian*