# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | § § § § | |
| MRGO | § § | |
| FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | § § § § § § § § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) before the Honorable Stanwood R. Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130 on the 13th day of June 2007, at 9:30 a.m.

870938v.1

Dated: May 2, 2007                                  Respectfully submitted,


                                                             */s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

- 3 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 2nd day of May, 2007.

*/s/Heather S. Lonian*