## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | § § § § § § § § § § § § § § § | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Washington Group International, Inc. ("WGII"), which pursuant to Local Rule 78.1E, respectfully requests permission to argue orally its Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(c).  Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

**WHEREFORE**, counsel for WGII respectfully moves this Court to grant oral argument for said motion on the scheduled motion date on the 13th day of June 2007, at 9:30 a.m.

871220v.1

Dated: May 2, 2007								Respectfully submitted,


/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

- 3 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 2nd day of May, 2007.

*/s/Heather S. Lonian*