## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DIANE ROY**                                                                 **CIVIL ACTION**

**VERSUS**                                                                    **NO. 07-1845**

**LEXINGTON INS. CO.**                                                        **SECTION "K"(2)**

### O R D E R

It appearing from the record of this case that Diane Roy is no longer represented by counsel, Diane Roy is ordered to appear personally before the undersigned in the Courtroom of Section "K" located in Room C-368, 500 Poydras Street, New Orleans, Louisiana on **June 13, 2007 at 9:30 a.m.** to discuss the matter of future representation.

If new counsel has been engaged, personal appearance by such counsel is required in lieu of the personal appearance of Diane Roy unless such counsel has actually enrolled as counsel of record.

Failure of Diane Roy to appear, personally or through counsel, could result in the imposition of appropriate sanctions, including dismissal of the suit.

The Clerk shall serve a copy of this Order by Certified Mail, Return Receipt Requested, addressed to as shown below.

New Orleans, Louisiana, this 2nd day of May, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

**PLEASE SERVE:**

**Ms. Diane Roy
2648 Johnson Drive
Berwick, Louisiana   70342
(504) 426-5088**