05 cv 4182
Ref: 07-1845
Sect. "K" (2)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: **Ms. Diane Roy**
Street, Apt. No.; or PO Box No. **2648 Johnson Drive**
City, State, ZIP+4 **Berwick, Louisiana   70342**

PS Form 3800, June 2002          See Reverse for Instructions

7003 0500 0002 0564 5373

Mailed
MAY - 2 2007

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____