UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" 2 JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-5080) | |

## ORDER

**HAVING CONSIDERED** Plaintiff's Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Plaintiff is **GRANTED** and any and all claims of Plaintiff, KEITH A. DOLEY, A PROFESSIONAL CORPORATION, against Defendants, ST. PAUL TRAVELERS COMPANIES, INC. AND THE TRAVELERS INDEMNITY COMPANY, in the captioned matter are dismissed with prejudice.

New Orleans, Louisiana, this 1st day of May, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.