UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>C.A. No. 06-5116 (SIMS)<br>C.A. No. 06-5118 (RICHARD)<br>C.A. No. 06-5142 (AUGUSTINE)<br>C.A. No. 06-5132 (FERDINAND)<br>C.A. No. 06-5131 (BOURGEOIS) | SECTION "K"(2)<br>C.A. No. 06-5134 (CHRISTOPHE)<br>C.A. No. 06-513 (WILLIAMS)<br>C.A. No. 06-5127 (DEPASS)<br>C.A. No. 06-5128 (ADAMS)<br>C.A. No. 06-5140 (PORTER) |

## ORDER

**IT IS ORDERED** that a Status Conference shall be held in the Chambers of the Honorable Stanwood R. Duval, Jr. on **May 10, 2007 at 10:00 a.m.** concerning plaintiffs' Motion for Entry of a Procedure Order Simplifying the Procedures for the Addition of Claims Against the Corps of Engineers, and for Adding New Parties Asserting Like Claims (Doc. 3315), in particular, the proposed order which was e-mailed to Chambers.

**IT IS FURTHER ORDERED** that the following persons shall attend in person:

William Gambel
Joseph Bruno
Clerk of Court Loretta Whyte and
Chief Deputy Clerk Gene Smith.

**IT IS FURTHER ORDERED** that Mr. Robin Smith shall participate by phone with Chambers to instigate said phone call.

New Orleans, Louisiana, this  2nd  day of May, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE