UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.  05-4182 |
| | * | |
| | * | SECTION "K"; MAG. 2 |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO:  INSURANCE | * | MAGISTRATE JUDGE WILKINSON |
| *Kirsch*, No. 06-4704 | * | |
| *Aaron*, No. 06-4746 | * | |
| *Abadie*, No. 06-5164 | * | |
| *Heron*, No. 06-7327 | * | |

## ORDER

Considering the foregoing Ex Parte Motion to Substitute Counsel of Record;

IT IS HEREBY ORDERED that Robert E. Kerrigan, Jr. and Kerrie T. Belsome of Deutsch, Kerrigan and Stiles are removed as counsel of record for defendant, Homesite Insurance Company, that Marshall M. Redmon, Neil C. Abramson, and Nora B. Bilbro of Phelps Dunbar be and are hereby enrolled as counsel for said defendant, and that Marshall M. Redmon is designated as trial attorney for Homesite Insurance Company in the captioned matters.

New Orleans, Louisiana, this ____1st____ day of _____May_____, 2007.

_____
JUDGE

NO.99779832.1