## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED RESTAURANT | * | CIVIL ACTION NO. 06-4825 |
| ENTITIES, L.L.C. | * | |
| | * | SEC: S (Lemmon) |
| | * | |
| VERSUS | * | MAG: 5 (Chasez) |
| | * | |
| TRAVELERS PROPERTY CASUALTY | * | JURY DEMAND |
| COMPANY OF AMERICA | * | |

*************************************************************************

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, United Restaurant

Entities, L.L.C., and defendant, Travelers Property and Casualty Company of America, who herein

ask this Honorable Court to dismiss with prejudice all claims filed in the above referenced matter,

including all claims against Travelers Property and Casualty Company of America, with prejudice

and with each party to bear their own cost.

Respectfully submitted,

JAMES M. GARNER (#19589)
DARNELL BLUDWORTH (#18801)
R. SCOTT HOGAN (#29911)
*Sher Garner Cahill Richter Klein & Hilbert*
909 Poydras Street
Twenty-eighth Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Attorneys for United Restaurant Entities

1

**PEIRCE A. HAMMOND, II (#18076)**
**LAUREN FAJONI BARTLETT (#28311)**
Leake & Andersson, L.L.P.
1100 Poydras Street
Suite 1700
New Orleans, LA 70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email:   phammond@leakeandersson.com
Email:   *lbartlett@leakeandersson.com*
Attorneys for Travelers Property and Casualty
Company of America

F:\38383\2-Pleadings\Motion and Order of Dismissal.doc