UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:<br><br>MRGO<br><br>FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | § § § § § § § § § § § § § § § | |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S**
**MOTION FOR LEAVE TO FILE EXHIBITS**

**NOW INTO COURT**, through its undersigned counsel, comes Defendant Washington Group International, Inc. ("WGII"), which respectfully requests leave to file the attached Exhibits A and B to its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) (Rec. Doc. 4140).

871398v.1

**WHEREFORE**, defendant WGII prays that this Honorable Court grant it leave to file the accompanying attached Exhibits A and B to its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c).

Dated: May 3, 2007                                    Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

Attorneys for Defendant
Washington Group International, Inc.

871398v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2007 a copy of the above and foregoing Motion for Leave to File Exhibits was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States Mail, properly addressed and postage prepaid.

*/s/ Heather S. Lonian*

871398v.1