**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| MRGO | § | |
| | § | |
| FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, | § | |
|        05-6314, 05-6324, 05-6327, 06-0225, | § | |
|        06-0886, 06-2278, 06-2287, 06-4065, | § | |
|        06-4389, 06-4634, 06-4931, 06-5032, | § | |
|        06-5159, 06-5161, 06-5260, 06-5786, | § | |
|        06-5937, 07-1271 | § | |
| | § | |

## ORDER

Considering the foregoing Motion for Leave to File Exhibits filed by

Defendant Washington Group International, Inc.;

It is **ORDERED** that the motion is **GRANTED** and that the accompanying

Exhibits A and B be and hereby are filed into the record as Exhibits to Rec. Doc. 4140.

NEW ORLEANS, LOUISIANA, this _____ day of May, 2007.

_____

U.S. DISTRICT JUDGE