# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

(202) 879-5442
dsclayman@jonesday.com

December 12, 2006

<u>VIA FEDERAL EXPRESS</u>

Mr. Joseph Bruno
Bruno & Bruno LLP
855 Baronne Street
New Orleans, Louisiana 70113

Re: *In Re: Katrina Canal Breaches Litigation--ALL LEVEE-Civil Action 05-4182*

Dear Mr. Bruno and Plaintiffs:

Pursuant to our agreement with Scott Joanen of Bruno & Bruno LLP, we hereby enclose two boxes of color copies of photographs that Washington Group International, Inc. ("Washington Group") previously produced to Plaintiffs in black and white. The enclosed color copies are bates labeled in an identical manner to the black-and-white copies previously produced, except an "A" has been added at the end of each number.

Also enclosed for your convenience is an invoice from our vendor for the color copies in the amount of $7,120.87. Please send a check made out to Jones Day for one-half of that amount ($3,560.43) to my attention at Jones Day's Washington Office.

Please feel to call me at the above number if you have any further questions or concerns.

Best regards,

*Debra S. Clayman*

Debra S. Clayman

Enclosures

cc: Scott Joanen, Esq.
William D. Treeby, Esq.
Gerald E. Meunier, Esq.
Alexis Bevis, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON


EXHIBIT B

## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

WILLIAM D. TREEBY
DIRECT DIAL: (504) 593-0807
DIRECT FAX: (504) 596-0807
E-Mail: wtreeby@stonepigman.com

OUR FILE NUMBER

62,272

April 9, 2007

**VIA HAND DELIVERY**

Mr. Joseph Bruno
Bruno and Bruno PPL
855 Baronne Street
New Orleans, Louisiana 70113

Re: *In Re: Katrina Canal Breaches Litigation—MRGO—Civil Action 05-4182*

Dear Mr. Bruno and Plaintiffs' Counsel:

In accordance with our prior agreement set forth in our July 27, 2006 letter to you, Washington Group International, Inc. is hereby producing to plaintiffs two remaining boxes of documents that are responsive to your document requests of June 29, 2006. These documents are bates labeled WGI078295-82923.

As with the last production, to the extent that the documents attached hereto include privileged information, such production is inadvertent and will not waive any applicable work product and/or privilege protection. To date, we have not withheld any documents responsive to your document requests on work product and/or privilege grounds.

With kind regards,

Sincerely,

*Bill Treeby*

William D. Treeby

Enclosures

cc: Gerald E. Meunier, Esq.
 Alexis Bevis, Esq.
 Scott Joanen, Esq.

866744v.1