AO 399 (12/93)                                                            amended 2/94

## WAIVER OF SERVICE FOR SUMMONS

TO: __J. Van Robichaux Jr.__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY -2 PM 1:28
LORETTA G. WHYTE
CLERK

I acknowledge receipt of your request that I waive service of a summons in the action of __Held v. Republic__, which is case number __07-1616__
(CAPTION OF ACTION)                                                   (DOCKET NUMBER)

K(2)

in the United States District Court for the __Eastern__ District of __LA__. I have also received a copy of the (check one)

☐ complaint; ☑ amended complaint; ☐ third-party complaint; ☐ crossclaim;

☐ counter-claim; ☐ other _____ in the action, two copies of this instrument, and means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __4/23/07__, or within 90 days after that date if the request was
(DATE REQUEST WAS SENT)
sent outside the United States.

__4/25/07__
DATE

__Mary K. Dennard__
SIGNATURE

Printed/Typed Name: __Mary K. Dennard__
As __attorney__ of __Republic__

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for it failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually server when the request for waiver of service was received.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No.____
```

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

**RETURN**

EDWARD HELD

V.

REPUBLIC FIRE AND CASUALTY
INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-1610**

**SECT. S  MAG. 2**

TO: (Name and address of defendant)

Jay M. Lonero, T.A.

Larzelere Picou Wells Simpson Lonero, LLC
Suite 1100 – Two Lakeway Center

3850 N. Causeway Boulevard
Metairie, LA 70002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Van Robichaux, Jr. - 11338
Mailing Address: P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Ave
Suite 304
New Orleans, LA 70122

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  LORETTA G. WHYTE

DATE  **APR 05 2007**

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                         Signature of Server

                                           _____
                                           Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.