

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO: LEVEE

---

### MOTION FOR UNOPPOSED VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes THE LEVEE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE, on behalf of MICHELLE HENNESSEY, LAURIE CONIGLIO, LEO MITCHELL, LENNIECE MORRELL, CHARLES MOSES, ALICE MEYER, LAURA GREER, GARY GREER, GERTRUDE ESTEVES, STELLA WASHINGTON, JOHN B. WILLIAMS, EMANUEL WILSON, LUCINDA COCO, LESLIE DORANTES, ANITA HARRISON, TRENISE JACKSON, DWAYNE MALLET, DONNA AUGUSTINE, GLADYS LA BEAUD, DAISY INNIS, BETTY JONES, DENISE MEADE, JOELLA CEPHAS, BEATRICE DREW, EDDIE KNIGHTEN, CALVIN LEVY and NICOLA

```
___ Fee_____
___ Process_____
 X  Dktd_____
_/_ CtRmDep____
___ Doc. No____
```

McCATHEN, for themselves individually and on behalf of others similarly situated, who respectfully represent to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc., without prejudice. Undersigned counsel certifies that there is no opposition to this motion by counsel for C.R. Pittman Construction Company, Inc.

Respectfully submitted:

LEVEE LITIGATION GROUP

JOSEPH M. BRUNO, T.A. (La. Bar #3604)
DANIEL E. BECNEL, JR. (La. Bar # 2926)
ROBERT BECNEL (La. Bar # 22943)
JOHN W. DeGRAVELLES (La. Bar #4808)
WALTER C. DUMAS (La. Bar #5163)
CALVIN C. FAYARD, JR. (La. Bar #5486)
JIM S. HALL (La. Bar #21644)
DARLENE M. JACOBS (La. Bar #7208)
HUGH P. LAMBERT (La. Bar #7933)
F. GERALD MAPLES (La. Bar #25960)
STEPHEN WILES (La. Bar #17865)
GERALD E. MEUNIER (La. Bar #9471)
PEYTON P. MURPHY (La. Bar #22125)
ASHON R. O'DWYER, JR. (La. Bar #10166)
JERROLD S. PARKER
DENNIS C. REICH (Tx. Bar #16739600)
ALBERT REBBENACK (La. Bar #18677)
J. PATRICK CONNICK (La. Bar #22219)
ROBERT J. CALUDA (La. Bar #3804)
KEITH COUTURE (La. Bar #22759)
RICHARD M. MARTIN, JR. (La. Bar #8998)
FRANK DUDENHEFER, JR. (La. Bar #5112)
MICHAEL BURG (Co. Bar #7143)
JAMES M. GARNER (La. Bar #19589)
DARNELL BLUDWORTH (La. Bar # 18801)
RANDALL A. SMITH (La. Bar #2117)

By: /s/ Meunier
GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone: 504/522-2304
Facsimile: 504/528-9973
E-mail: gmeunier@gainsben.com
Levee PSLC Liaison Counsel

-and-

BY: _____
BRUNO & BRUNO, L.L.P.
Joseph M. Bruno (La. Bar #3604)
David S. Scalia (La. Bar #21369)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
E-mail; jbruno@brunobrunolaw.com
Plaintiffs' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to al counsel of record who is non-CM/ECF participants.

/s/ Meunier
GERALD E. MEUNIER (La. Bar #9471)