FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY -1  PM 1: 01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO: LEVEE

---

### ORDER FOR UNOPPOSED VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED, that the claims in the above matter by THE LEVEE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE, on behalf of MICHELLE HENNESSEY, LAURIE CONIGLIO, LEO MITCHELL, LENNIECE MORRELL, CHARLES MOSES, ALICE MEYER, LAURA GREER, GARY GREER, GERTRUDE ESTEVES, STELLA WASHINGTON, JOHN B. WILLIAMS, EMANUEL WILSON, LUCINDA COCO, LESLIE DORANTES, ANITA HARRISON, TRENISE JACKSON, DWAYNE MALLET, DONNA AUGUSTINE, GLADYS LA BEAUD, DAISY INNIS, BETTY JONES, DENISE MEADE, JOELLA CEPHAS, BEATRICE DREW, EDDIE KNIGHTEN, CALVIN LEVY and

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____

NICOLA McCATHEN, for themselves individually and on behalf of others similarly situated, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice. Each party is to bear their own costs in this matter.

New Orleans, Louisiana, this _1st_ day of _May_, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana