FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY -2 PM 1:34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182  SECTION "K" (2) |
| PERTAINS TO: ALL LEVEE, MRGO RESPONDER CASES AND TO NOS. 05-4181 06-1885 06-4024 06-4389 06-5771 06-5786 06-6099 07-0206 | * * * * * * * * * * * * | |

### ORDER

Considering the Ex Parte Motion to Enroll Counsel filed by Ashton O'Dwyer, Jr., in *propria persona*, which the Court has duly noted,

**IT IS ORDERED** that Dane S. Ciolino, Esq., Louisiana Bar No. 19311, P.O. Box 850848, New Orleans, Louisiana 70185-0848, telephone number 504-834-8519, be and he is enrolled as counsel of record for Ashton R. O'Dwyer, Jr. for the limited purpose of O'Dwyer's responding to Record Document No. 3599 and showing cause why sanctions should not be assessed against him.

New Orleans, LA
May 2, 2007

_____
JUDGE

-1-

___ Fee_____
___ Process____
 X  Dktd_____
 ✓  CtRmDep__
___ Doc. No.__