UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.  05-4182  "K"  (2) |
| PERTAINS TO:   Levee, MRGO, Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

**ORDER**

As required by Case Management Order No. 4, Record Doc. No. 3299, ¶ IV(C)(2), the United States has submitted a proposed Document Production Protocol, which the court is considering approving and adopting as its own order.  Any party who objects to any provision of the proposed Document Production Protocol must submit its objection to the appropriate Liaison Counsel no later than **May 11, 2007**.  No later than **May 18, 2007**, Liaison Counsel must file with the court (to my attention) a summary of all such objections or a statement that there is no objection.  The court will then determine whether to adopt the proposed protocol as its order.

New Orleans, Louisiana, this   3rd   day of May, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE