UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7437 | * | |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Defendant, Metropolitan Property and Casualty Insurance Company ("Met P&C") respectfully moves this Court to enroll H. Minor Pipes III, Bar No. 24603, of Barrasso Usdin Kupperman Freeman and Sarver LLC, 909 Poydras St., Suite 1800, New Orleans, Louisiana 70112, as additional counsel of record for Met P&C in the above-referenced matter.

84792

Respectfully submitted:

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Shera J. Finn, 29184
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  504/589-9700

Attorneys for Metropolitan Property and
 Casualty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Judy Y. Barrass*

jbarrasso@barrassousdin.com

84792