UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7437 | * | |

## ORDER

Considering Defendant, Metropolitan Property & Casualty Insurance Company's Motion to Enroll Additional Counsel;

**IT IS ORDERED** that H. Minor Pipe III of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be and is hereby enrolled as additional counsel of record for Metropolitan Property & Casualty Insurance Company in this proceeding.

New Orleans, Louisiana, this _____ day of May, 2007.

_____
J U D G E

84791