UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>           CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED:    05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
          05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
          06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
          06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
          06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
          07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO:  MRGO

## MOTION TO ENROLL CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Board of Commissioners, for the Lake Borgne Basin Levee District, who requests that Joseph E. Bearden, III of the law firm of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock be enrolled as co-counsel of record on its behalf in these proceedings.

1

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

s/ GARY M. ZWAIN  
LAWRENCE J. DUPLASS (#5199)  
GARY M. ZWAIN (#13809)  
ANDREW D. WEINSTOCK (#18495)  
JOSEPH E. BEARDEN, III (#26188)  
Three Lakeway Center, Suite 2900  
3838 N. Causeway Boulevard  
Metairie, Louisiana  70002  
Telephone No. (504) 832-3700  
Facsimile No. (504) 837-3119  
lduplass@duplass.com  
gzwain@duplass.com  
aweinstock@duplass.com  
jbearden@duplass.com  

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of May, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/ GARY M. ZWAIN  
LAWRENCE J. DUPLASS (#5199)  
GARY M. ZWAIN (#13809)  
ANDREW D. WEINSTOCK (#18495)  
JOSEPH E. BEARDEN, III (#26188)  
Three Lakeway Center, Suite 2900  
3838 N. Causeway Boulevard  
Metairie, Louisiana  70002  
Telephone No. (504) 832-3700  
Facsimile No. (504) 837-3119  
lduplass@duplass.com  
gzwain@duplass.com  
aweinstock@duplass.com  
jbearden@duplass.com