UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>       CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
         05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
         06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
         06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
         06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
         07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO:  LEVEE

## MOTION TO ENROLL CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Board of Commissioners, East Jefferson Levee District, who requests that Joseph E. Bearden, III of the law firm of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock be enrolled as co-counsel of record on its behalf in these proceedings.

1

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

s/ GARY M. ZWAIN_____
LAWRENCE J. DUPLASS (#5199)
GARY M. ZWAIN (#13809)
ANDREW D. WEINSTOCK (#18495)
JOSEPH E. BEARDEN, III (#26188)
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone No. (504) 832-3700
Facsimile No. (504) 837-3119
lduplass@duplass.com
gzwain@duplass.com
aweinstock@duplass.com
jbearden@duplass.com

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of May, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/ GARY M. ZWAIN_____
LAWRENCE J. DUPLASS (#5199)
GARY M. ZWAIN (#13809)
ANDREW D. WEINSTOCK (#18495)
JOSEPH E. BEARDEN, III (#26188)
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone No. (504) 832-3700
Facsimile No. (504) 837-3119
lduplass@duplass.com
gzwain@duplass.com
aweinstock@duplass.com
jbearden@duplass.com

2