UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION
                                           NO. 05-4182

                                           SECTION "K" (2)

FILED:       05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
                05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
                06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
                06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
                06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
                07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO:  LEVEE

---

## ORDER

**IT IS HEREBY ORDERED** that Joseph E. Bearden, III of the law firm of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock be and he is hereby enrolled as co-counsel of record for defendant, Board of Commissioners, East Jefferson Levee District.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE

1