UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:<br><br>MRGO<br><br>FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | § § § § § § § § § § § § § § | |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, through its undersigned counsel, comes Defendant Washington Group International, Inc. ("WGII"), which respectfully to enroll Carmelite M. Bertaut of the law firm Stone Pigman Walther Wittmann L.L.C. as additional counsel of record in the above-captioned proceedings.

**WHEREFORE**, defendant Washington Group International, Inc. respectfully moves to enroll Carmelite M. Bertaut of the law firm Stone Pigman Walther Wittmann L.L.C. as additional counsel of record.

Dated: May 3, 2007                                     Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

Attorneys for Defendant
Washington Group International, Inc.

- 3 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Defendant Washington Group International, Inc.'s Motion to Enroll Additional Counsel of Record has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 3rd day of May, 2007.

*/s/Heather S. Lonian*