UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | § § § § § § § § § § § § § § § | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Defendant Washington Group International, Inc.;

It is **ORDERED** that the motion is **GRANTED** and that Carmelite M. Bertaut is hereby enrolled as additional counsel of record for Washington Group, International, Inc.

NEW ORLEANS, LOUISIANA, this _____ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

871545v.1