

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

05-4182 c/w

| | | |
|---|---|---|
| TIMOTHY A. BLOUNT | * | CIVIL ACTION NO. 06-7547 |
| Plaintiff | * | |
| | * | DUVAL  K |
| VERSUS | * | JUDGE: ~~ELDON E. FALLON~~ |
| | * | |
| ALLSTATE INSURANCE COMPANY, | * | MAG: ~~ALMA L. CHASEZ~~ WILKINSON (2) |
| KENNY TAYLOR INSURANCE | * | |
| AND KENNETH TAYLOR | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PARTIAL DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Timothy A. Blount, and upon suggesting to the Court that he desires to dismiss all of his claims against Defendant, Kenny Taylor Insurance, without prejudice, reserving any and all claims against any other party, each party to bear its own costs. Opposing counsel do not oppose this Motion.

**WHEREFORE**, Timothy A. Blount prays that all of his claims against Kenny Taylor Insurance be dismissed, without prejudice, each party to bear its own costs.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

**WEEKS, KAVANAGH & RENDEIRO**

_____
Gino Rendeiro #14348
B. Gerald Weeks #13306
Dave E. Kavanagh #2019
810 Union Street, Second Floor
New Orleans, LA 70112
Telephone: (504) 529-5100
Counsel for Plaintiff, Timothy A. Blount

### CERTIFICATE

I hereby certify that a copy of the above and foregoing has been forwarded to opposing counsel by placing copy of same in the U.S. Mail, postage prepaid, this 17TH day of APRIL, 2007.

_____
GINO J. RENDEIRO