

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| TIMOTHY A. BLOUNT | * | CIVIL ACTION NO. 06-7547 |
| Plaintiff | * | |
| VERSUS | * | JUDGE: ~~ELDON E. FALLON~~ DUVAL K |
| ALLSTATE INSURANCE COMPANY, KENNY TAYLOR INSURANCE AND KENNETH TAYLOR | * | MAG: ~~ALMA L. CHASEZ~~ WILKINSON (2) |
| Defendant | * | |

## ORDER

The foregoing motion considered,

IT IS ORDERED that defendant, Kenny Taylor Insurance, be dismissed from this matter, without prejudice, reserving plaintiff's rights against all remaining defendants, with each party to bear its own costs.

New Orleans, Louisiana, this 1st day of May, 2007.

JUDGE

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___