THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL INSURANCE | * | |
| | * | |
| ABDUL R. KHAN d/b/a | * | CIVIL ACTION NO.:  06-4571 |
| YASEEN SHELL STATION | * | |
| | * | |
| versus | * | SECTION "K" J. DUVAL |
| | * | |
| SCOTTSDALE INSURANCE | * | MAG/JUDGE  (2) - WILKENSON |
| COMPANY | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION AND ORDER TO CONTINUE TRIAL
AND OTHER DISCOVERY DEADLINES**

**NOW INTO COURT,** through undersigned counsel, come plaintiff, Abdul Khan d/b/a Yaseen Shell Station and defendant, Scottsdale Insurance Company, who move this Honorable Court for an Order to continue the Pre-Trial Conference and Trial of this matter set for June 16, 2007 and July 9-10, 2007, respectively.  It is also respectfully requested that all other dates set by The Honorable Ginger Berrigan be re-set because the suit has been transferred by plaintiff to be consolidated with the In Re Katrina Canal Breaches Consolidated Litigation matter.

The basis for this motion is that undersigned plaintiff's counsel prefers to wait for the decision from the U. S. Court of Appeal for the Fifth Circuit concerning this Court's decision on

1

whether "flood" is a covered cause of loss under the commercial property policy of insurance before trying the instant lawsuit.

In view of the foregoing, it is respectfully requested that this Honorable Court grant this Joint Motion to Continue Trial and Pre-Trial of this matter and to continue all other discovery deadlines.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | **GALLOWAY, JOHNSON,** <br> **TOMPKINS, BURR & SMITH** |
| By: s/Perry M. Nicosia <br> **PERRY M. NICOSIA, #21777** <br> 1019 W. Judge Perez Drive, Suite B <br> Chalmette, Louisiana 70043 <br> Telephone: (504) 279-1000 <br> Facsimile: (504) 279-1300 <br> *Counsel for Plaintiffs* | By: s/Cynthia J. Thomas <br> **KEVIN L. COLE, # 4248** <br> **CYNTHIA J. THOMAS, #22631** <br> Three Sanctuary Boulevard, Suite 301 <br> Mandeville, LA 70471 <br> Telephone: (985) 674-6680 <br> Facsimile: (985) 674-6681 <br> *Attorneys for Defendant,* <br> *Scottsdale Insurance Company* |

*CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 4th day of May, 2007, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery              ( ) Prepaid U.S. Mail
( ) Facsimile                    ( ) UPS/Federal Express
( ) Certified Mail            ( X ) Electronic Mail
    Return Receipt Requested

s/Cynthia J. Thomas
CYNTHIA J. THOMAS