THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | |
| * | |
| PERTAINS TO: * | |
| ALL INSURANCE * | |
| * | |
| ABDUL R. KHAN d/b/a * | CIVIL ACTION NO.:  06-4571 |
| YASEEN SHELL STATION * | |
| * | |
|     versus * | SECTION "K" J. DUVAL |
| * | |
| SCOTTSDALE INSURANCE * | MAG/JUDGE  (2) - WILKENSON |
| COMPANY * | |
| * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | |

# **O R D E R**

Considering the foregoing Joint Motion to Continue Pre-Trial Conference and Trial and Other Discovery Deadlines previously set;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Pre-Trial Conference and Trial of this matter set for June 12, 2007 and July 9-10, 2007, respectively and all other dates be continued without date.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT COURT JUDGE**

1