UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * | SECTION "K"(2) |
| *Kiefer*, 06-5370 | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE TO DISMISS
### WITH PREJUDICE CLAIMS OF GARY AND WENDY ELDREDGE

NOW INTO COURT, through undersigned counsel, come plaintiffs Gary and Wendy Eldredge, who respectfully request that their claims against defendant Federal Insurance Company, on its behalf and on behalf of Chubb Insurance Company, a non-entity incapable of being sued, be dismissed with prejudice. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Federal Insurance Company for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Gary and Wendy Eldredge against Federal Insurance Company.

84137

- 2 -

**WHEREFORE,** plaintiffs Gary and Wendy Eldredge request that this Court enter an order as set forth above.

Respectfully submitted,

*/s/ Wanda J. Edwards*
Calvin C. Fayard, Jr., 5486
Wanda J. Edwards, 27448
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

*Attorneys for Plaintiff*

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case to Dismiss With Prejudice Claims of Gary and Wendy Eldredge has been served upon all counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 7th day of May, 2007.

*/s/ Wanda J. Edwards*

84137