```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  MAY - 3 2007

**LORETTA G. WHYTE**
**CLERK**

Date: 5/1/07

Emma Brock, et al

vs.

Boh Bros. Construction Co., et al

Case No. 06-4931   Section K-2

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (third party complaint) (other) to the following:

1. (name) Jim Letten, US Attorney, US DOJ,
   (address) Eastern District of La., 500 Poydras St.
   2nd Floor, New Orleans, LA 70130-3319
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Robert J Caluda

Attorney for Plaintiffs, Emma Brock, et al

Address 3232 Edenborn Ave.
Metairie, LA 70002

___ Fee____
___ Process__
 X  Dktd____
___ CtRmDep___
___ Doc. No.___