

```
              FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2007 MAY -3  PM 4:58

         LORETTA G. WHYTE
              CLERK
```

### IN UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ****************************************  *  *  IN RE KATRINA CANAL BREACHES  *  CONSOLIDATED LITIGATION  *  *  *  PERTAINS TO:  *  INSURANCE (*Hammer*, 06-9152  *  *  *  *  **************************************** | CIVIL ACTION  NO. 05-4182  SECTION "K"(2)  JUDGE DUVAL  MAGISTRATE WILKINSON |

### REPORT TO COURT

This Report is filed in response to Judge Duval's April 10, 2007 Order. Counsel for plaintiffs contacted Liaison Counsel and our role in the case henceforth was explained. During this conversation, we discussed the nature of our case and how it fit within the general umbrella of the insurance portion of *In Re Katrina Canal Breaches Consolidated Litigation*, Case No. 05-4182. We were also provided with all previous CMOs.

Through the conversation with Liaison, plaintiffs learned the following:

1. That we will forward our complaint to the Liaison counsel;

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

2. That the Master Complaint may be amended to include the claims alleged by the *Hammer* plaintiffs, if those claims were not included;

3. That we may be necessary in the future drafting of documents or other assignments related to the consolidated case;

4. That we will cooperate with Liaison Counsel, Liaison Counsel will file motions on our behalf, we will keep Liaison Counsel apprised as to our strategy in the litigation, and we will adhere to CMO No. 4.

                Respectfully submitted,

                FOR PLAINTIFF JASON HAMMER, et al.

/s/ Kevin Katner
Kevin J. Katner, 21306
4465 Painters Street
New Orleans, Louisiana 70122
Telephone: (504) 301-0698

/s/ J. Samuel Tenenbaum
J. Samuel Tenenbaum, Illinois Bar No. 15245
Bluhm Legal Clinic
357 Chicago Avenue
Chicago, Illinois 60611
Telephone: (312) 503-4808