UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A. PATRICK DEHON JR. and MAUREEN E. DEEHON | * * * | CIVIL ACTION |
| | * | NO. 2006-6761 |
| VERSUS | * * | SECTION "N" |
| ENCOMPASS INSURANCE COMPANY | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE 4 |

## **ORDER**

Considering the above and foregoing;

IT IS HEREBY ORDERED that Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr., and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc, be enrolled as co-counsel of record in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007

_____
JUDGE