UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
|  | *<br>* | NO. 05-4182 |
|  | *<br>* | SECTION "K" (2) |
| PERTAINS TO:<br>SEVERED MASS JOINDER - KIEFER, 06-5370<br>  (*Hollins* 07-2660; *Gillaspie* 07-2661;<br>  *Varnado* 07-2662; *Anzelmo* 07-2663;<br>  *Johnson* 07-2664; *Brown,* 07-2665) | *<br>*<br>*<br>*<br>*<br>* | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Company ("State Farm"), who respectfully requests that Alan A. Zaunbrecher of Zaunbrecher Treadaway, LLC be substituted as counsel of record for State Farm and that Wayne J. Lee, Stephen G. Bullock, Lesli D. Harris and Sarah H. Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled actions.

**WHEREFORE,** Defendant State Farm Fire and Casualty Company prays that Alan A. Zaunbrecher of Zaunbrecher Treadaway, LLC be substituted as counsel of record for

872012v.1

State Farm in place of Wayne J. Lee, Stephen G. Bullock, Lesli D. Harris and Sarah H. Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C.

Respectfully submitted,

| /s/ Alan A. Zaunbrecher | /s/ Sarah H. Barcellona |
|---|---|
| Alan A. Zaunbrecher, #13783<br>ZAUNBRECHER TREADAWAY, LLC<br>3850 N. Causeway Boulevard<br>Lakeway II - Suite 1045<br>Metairie, Louisiana 70002<br>Telephone: (504) 833-7300<br><br>Attorneys for State Farm Fire and Casualty Company | Wayne J. Lee, #7916<br>Stephen G. Bullock, #3648<br>Lesli D. Harris, #28070<br>Sarah H. Barcellona, #28080<br>    Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>Telephone:  (504) 581-3200<br>Facsimile:  (504) 581-3361<br><br>Attorneys for State Farm Fire and Casualty Company |

### CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Substitute has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 8th day of May, 2007.

/s/ Sarah H. Barcellona

872012v.1