UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| A. PATRICK DEHON JR. and MAUREEN E. DEEHON | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 2006-6761 |
| ENCOMPASS INSURANCE COMPANY | * | SECTION "N" |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE 4 |

**<u>ORDER</u>**

Considering the above and foregoing;

    IT IS HEREBY ORDERED that Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr., and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc, be enrolled as co-counsel of record in the above captioned matter.

    New Orleans, Louisiana, this _____ day of _____, 2007

                                                                 _____
                                                                             JUDGE