UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACH<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"<br>JUDGE DUVAL<br>MAG. WILKERSON |

PERTAINS TO:  JENNIE C. CANELLA (07-1015)

VERSUS

ALLSTATE INSURANCE COMPANY
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## A N S W E R

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company, who for answer to plaintiff's Petition for Damages, avers as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has been fully compensated for her homeowner's claims.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, for failure to mitigate damage and/or protect the structure.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by weather conditions that contribute in any way with an excluded cause of loss to produce a loss, and the loss is excluded when there are two or more causes of loss and the dominant cause of loss is excluded.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by other provisions in the policy.

### FIFTH AFFIRMATIVE DEFENSE

Allstate is entitled to a set off or credit for any amount due or paid to the mortgagee and is entitled to satisfy any judgment to a mortgagee to the extent of its interest.

### SIXTH AFFIRMATIVE DEFENSE

To the extent that plaintiff has previously agreed to compromise all or part of any claim, that portion of the claim is barred by the doctrine of accord and satisfaction and/or release and compromise.

### SEVENTH AFFIRMATIVE DEFENSE

The claim is barred, in whole or in part, by the flood exclusion including, but not limited to, surface water, waves, tidal water or overflow of any body of water, or spray from these.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the policy excludes coverage for loss caused by faulty, inadequate or defective planning, design, construction or maintenance of property, whether on or off the residence premises.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff cannot state a claim under La. R.S. 22:695.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are subject to application of a hurricane deductible as set forth in the policy.

And now, answering the allegations of the petition, Allstate avers:

1.

The allegations made in Paragraph 1 require no response.

2.

The allegations in paragraph 2 are admitted.

3.

The allegations made in Paragraph 3 are admitted only to the terms and conditions set forth in the policy which are specifically plead herein.

4.

The allegations made in Paragraph 4 are denied.

5.

The allegations made in Paragraph 5 are denied are denied for alack of information in which to justify belief.

6.

The allegations made in Paragraph 6 are denied for lack of information in which to justify belief.

7.

The allegations made in Paragraph 7 are denied.

8.

The allegations made in Paragraph 8 are denied.

9.

The allegations made in Paragraph 9 are denied.

10.

The allegations made in Paragraph 10 are denied.

11.

The allegations made in Paragraph 11 are denied

12.

The allegations made in Paragraph 12 are denied.

13.

The allegations made in Paragraph 13 require no response.

WHEREFORE, defendant Allstate Insurance Company prays that this answer be deemed good and sufficient and that after all due proceedings be had herein, there be judgment in its favor, against plaintiff, rejecting plaintiff's demand and dismissing this suit at plaintiff's costs.

Respectfully submitted,

s/Donald F. de Boisblanc, Jr.

| | |
|---|---|
| Donald F. de Boisblanc | 4786 |
| Donald F. de Boisblanc, Jr. | 23462 |
| J. Rand Smith, Jr. | 27090 |

Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504) 586-0005
Fax (504) 586-0007
OF COUNSEL TO LOZES AND PONDER

Respectfully submitted,

LOZES and PONDER

S/Steve M. Lozes

STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana  70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on all counsel of record either by hand, facsimile and/or by placing in the U. S. Mail postage prepaid this 8th day of May 2007.

                                                            S/Donald F. de Boisblanc, Jr.