# CHART NO. 1
## UNITED STATES OF AMERICA
# NAUTICAL CHART
## Symbols Abbreviations and Terms



# Chart No. 1

United States of America

# Nautical Chart Symbols Abbreviations and Terms

Prepared Jointly by

## DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
National Ocean Service

## DEPARTMENT OF DEFENSE
National Imagery and Mapping Agency

**Presented by**

Paradise Cay Publications
Post Office Box 29
Arcata, CA 95518-0029
Tel: 1-707-822-9063
Fax: 1-707-822-9163
www.paracay.com

# D  Cultural Features





# F  Ports

| | | Hydraulic Structures in General | Supplementary national symbols: a–c |
|---|---|---|---|
| 1 | | Dike, Levee | |
| 2.1 | | Seawall (on large-scale charts) | |
| 2.2 | | Seawall (on smaller-scale charts) | |
| 3 | | Causeway | |
| 4.1 | | Breakwater (in general) | |
| 4.2 | | Breakwater (loose boulders, tetrapods, etc.) | |
| 4.3 | | Breakwater (slope of concrete or masonry) | |
| 5 | | Training wall (partly submerged at high water) | |
| 6.1 | | Groin (always dry) | |
| 6.2 | | Groin (intertidal) | |
| 6.3 | | Groin (always under water) | |

| Harbor Installations | | | |
|---|---|---|---|
| Depths → I | Anchorages, Limits → N | Beacons and other fixed marks → Q | Marina → U |
| 10 | Fishing harbor | | |
| | | | |