UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * * | SECTION "K"(2) |
| *Kiefer*, 06-5370 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE TO DISMISS WITH PREJUDICE CLAIMS OF MICHAEL AND PEGGY DUGAS

NOW INTO COURT, through undersigned counsel, come plaintiffs Michael and Peggy Dugas, who respectfully request that their claims against defendant Louisiana Citizens Coastal Plan/Louisiana Citizens Property Insurance Corporation be dismissed with prejudice. Accordingly, plaintiffs move this Court for an entry of an order to (1) reopen the *Kiefer, et al.* proceeding, No. 06-5370, with respect to Louisiana Citizens Coastal Plan/Louisiana Citizens Property Insurance Corporation for the limited purpose of addressing this Motion, and (2) dismiss with prejudice, and at each party's cost, all claims asserted by plaintiffs Michael and Peggy Dugas against Louisiana Citizens Coastal Plan/Louisiana Citizens Property Insurance Corporation.

**WHEREFORE,** plaintiffs Michael and Peggy Dugas request that this Court enter an order as set forth above.

Respectfully submitted,

*Wanda Edwards*

Calvin C. Fayard, Jr., 5486
Wanda J. Edwards, 27448
Fayard and Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225/664-4193

*Attorneys for Plaintiff*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case to Dismiss With Prejudice Claims of Michael and Peggy Dugas has been served upon all counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 9th day of May, 2007.

*Wanda Edwards*