**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Diane Roy
   2648 Johnson Drive
   Berwick, Louisiana   70342

2. Article Number (Transfer from service label)

   7003 0500 0002 0564 5373

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Robt Stckho..    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Robert Stackhouse    C. Date of Delivery: 5/4/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

  CLERK'S OFFICE, U.S. DISTRICT COURT
  EASTERN DISTRICT OF LOUISIANA
  500 POYDRAS STREET ROOM C-151
  NEW ORLEANS, LA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY -7 P 12:45
LORETTA G. WHYTE
CLERK

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

05-4182 (07-1845)