# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED 2007 MAY -7 PM 1:*
*LORETTA G. WHYTE*
*CLERK*

**RETURN**

EMMA BROCK, ET AL

V.

BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-4931 ("K-2")

Consol w/ 05-4182

TO: (Name and address of defendant)

Jim Letten

United States Attorney
U.S. Department of Justice
Eastern District of Louisiana

500 Poydras Street, 2nd Floor
New Orleans, LA 70130-3319

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. CALUDA, # 3804
3232 EDENBORN AVENUE
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

MAY - 3 2007
DATE

(BY) DEPUTY CLERK



Fee ____
Process ____
X Dktd ____

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5/3/07 |
| Name of SERVER (PRINT) CHARLES VICKNAIR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): OFFICE! Tammy Falcone, Docket Tech

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $25.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 3, 2007
Date

Signature of Server

4016 Colorado Ave
Kenner, LA 70065
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.