AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
EASTERN DISTRICT OF LOUISIANA

**RETURN**

GLORIA CALHOUN

V.

ALLSTATE INSURANCE COMPANY

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-6145 "K" (2)

Consolidated with 05-4182.

TO: (Name and address of defendant)

ALLSTATE INSURANCE COMPANY:

through its attorney of record:
Steven M. Lozes
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, LA 70112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. DOUGLAS SUNSERI (#19173)
DAWN DANNA MARULLO (#28011)
SVETLANA "LANA" CROUCH (#29814)
NICAUD, SUNSERI & FRADELLA, L.L.C.
3000 18th Street
Metairie, LA 70002

an answer to the supplemental and amending complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                APR 1 7 2007
CLERK                                           DATE

B. Gregory
(BY) DEPUTY CLERK

## NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002

*Albert J. Nicaud**
*J. Douglas Sunseri**
*Frank Thomas Fradella**
*Dawn Danna Marullo*
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*(*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

*Writer's e-mail: jdsunseri@nsflaw.com*

April 20, 2007

Steven M. Lozes
LOZES & PONDER
1010 Common Street
Suite 1700
New Orleans, LA 70112
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:   Gloria Calhoun v.
      Allstate Insurance Company
      USDC #: 06-6145 "F" (4)
      Our file #: 9010-06-1865

Dear Steve:

Enclosed herewith please find Summons together with Plaintiff's Supplemental and Amending Complaint for Damages served on Allstate Insurance Company.

Thank you for your considerations in this regard.

Sincerely,

J. DOUGLAS SUNSERI

JDS:pdm
Enclosures

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven M Lozes
1010 Common St
#1700
N.O. LA 70112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Primo ☒ Agent ☐ Addressee

B. Received by (Printed Name): D. Primo
C. Date of Delivery: 4/24/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7006 0100 0000 8866 2499

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540