UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>05-4182 |
| VERSUS | |
| PERTAINS TO:   INSURANCE<br>JUANITA B. SMITH (06-4945) | SECTION "K"<br>MAGISTRATE 2 |

### RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Juanita B. Smith, Individually, and as the sole legatee of Mark C. Smith, III, who hereby stipulate and agree that this matter has been amicably resolved and that the above referenced cause may be dismissed as to Fidelity National Insurance Company and American Security Insurance Company, only, with each party hereto to bear its own costs and expenses.

Counsel for Fidelity National Insurance Company and counsel for American Security Insurance Company have been contacted and consent to the filing of this motion.

Plaintiff prays that this Court issue an order dismissing **only** Fidelity National Insurance Company and American Security Insurance Company, with prejudice, and with each party to bear its own costs and expenses.

[This space was intentionally left blank.]

RESPECTFULLY SUBMITTED;

THE DERBES LAW FIRM, LLC

BY: _____
Albert J. Derbes, III, (4885)
Frederick L. Bunol (29,111)
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Facsimile: (504) 837-2214
*Attorneys for Juanita B. Smith, Individually, and as sole legatee of Mark C. Smith, III*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May 2007 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

1. Ralph Shelton Hubbard, III - rhubbard@lawla.com, ljackson@lawla.com

2. Gerald J. Nielsen — gjnielsen@aol.com

3. Gordon P. Serou, Jr — gserou@swslaw.com, gordonserou@hotmail.com

by operation of the court's electronic filing system.

I also certify that there are no non-CM/ECF participants in this matter.

_____
FREDERICK L. BUNOL (29,111)