UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>05-4182 |
| VERSUS | |
| PERTAINS TO:   INSURANCE<br>JUANITA B. SMITH (06-4945) | SECTION "K"<br>MAGISTRATE 2 |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that Fidelity National Insurance Company and American Security Insurance Company, **only**, are dismissed with prejudice, with each party to bear its own costs and expenses.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE