# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY -9  PM 2:18
LORETTA G. WHYTE
CLERK

RETURN

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-04182
& Consolidated Cases

K(2)

PERTAINS TO:
LEVEE (Bourgeois, No. 06-5131)

TO: **UNITED STATES ATTORNEY GENERAL,
ALBERTO R. GONZALES,
UNITED STATES DEPARTMENT OF JUSTICE,**
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
WILLIAM C. GAMBEL (#5900)
Milling Benson Woodward L.L.P.
909 Poydras Street, Ste. 2300
New Orleans, LA 70112-1010

an answer to the First amended complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                  APR 2 7 2007
CLERK                                              DATE

P. Hebert

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: April 27, 2007 |
| Name of SERVER (PRINT): Kelly K. Stone | TITLE: Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**X** Other *(specify)*: **Sent via Certified Mail Return Receipt Requested to the United States Attorney General. Original Certified Mail Return Receipt filed with Return Summons for Consolidated Case Adams, No. 06-5128. Copy of Certified Mail Return Receipt attached hereto.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 9, 2007
    Date

Signature of Server: *K. Stone*

Milling Benson Woodward, LLP
Poydras Street, New Orleans, LA 90112
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
341942/75466

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney General
   Alberto R. Gonzales
   United States Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samuel L Parker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): MAY 0 3 2007
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0003 9062 6517

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540