AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

FERDINAND ET AL

**SUMMONS IN A CIVIL ACTION**

V.
PORT OF NEW ORLEANS ET AL

CASE NUMBER: 06-5132

Sect. "K"(2)

TO: (Name and address of Defendant)

BNSF RAILWAY COMPANY
THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD
BATON ROUGE, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. GAMBEL
MILLING, BENSON, WOODWARD, L.L.P.
909 POYDRAS STREET SUITE 2300
NEW ORLEANS, LA 70112

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(By) DEPUTY CLERK

DATE OCT - 4 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE  10-10-06 |
| NAME OF SERVER (PRINT)  Ron Powell | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CT Corp. Lynette Bass 8550 United Plaza Blvd. Baton Rouge, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-10-06
           Date

Signature of Server: Ron Powell

Address of Server: 201 St. Charles #114-320, New Orleans, LA 70170

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.