# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUTO CLUB FAMILY INSURANCE  CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **No.  06-02124 c/w 05-4182** |
| | * | **(master case)** |
| **CHRISTOPHER J. ROOS and** | * | **SECT.  D** |
| **REBECCA ROOS** | * | **MAG.  3** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO ENROLL ADDITIONAL COUNSEL

On motion of Auto Club Family Insurance Company ("AAA"), plaintiff in the above captioned matter, and on suggesting to this Honorable Court that it desires to add Norman F. Hodgins III of the law firm of Ungarino & Eckert, LLC as additional counsel in the matter as captioned above.

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

*/s/ Wayne R. Maldonado* .
WAYNE R. MALDONADO

---

*/s/   Wayne R. Maldonado* .
***WAYNE R. MALDONADO (#19076)***
**NORMAN F. HODGINS, III (#29909)**
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**    *(504) 836-7554*
**Fax:**          **(504) 836-7566**
E-mail:  wmaldonado@ungarino-eckert.com