UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUTO CLUB FAMILY INSURANCE CO.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | No. 06-02124 c/w 05-4182 |
| | * | (master case) |
| **CHRISTOPHER J. ROOS and** | * | SECT. D |
| **REBECCA ROOS** | * | MAG. 3 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that Norman F. Hodgins III is hereby enrolled as additional counsel for the plaintiff, Auto Club Family Insurance Company ("AAA"), in the matter as captioned above.

New Orleans, Louisiana, _____, 2007.

_____
JUDGE

G:\DOCS\9000's\9400-9499\9479\MotEnroll-Trey.aa.doc