# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BURDETT AND MAVIS RENEAU d/b/a** | * | **CIVIL ACTION** |
| **HAND MADE SUITS** | * | **NO. 06-7722** |
| | * | **c/w 05-4182 (master case)** |
| **VERSUS** | * | **SECTION J - BARBIER** |
| | * | |
| **COLONY INSURANCE COMPANY,** | * | **MAGISTRATE 5 - CHASEZ** |
| **GEMELLE, LINZY, MARTIN** | * | |
| **INSURANCE AGENCY, INC. AND** | * | |
| **Westport INSURANCE CORPORATION** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO ENROLL ADDITIONAL COUNSEL

On motion of Martin Insurance Company and Westport Insurance Corporation, defendants in the above captioned matter, and on suggesting to this Honorable Court that they desire to add Norman F. Hodgins III of the law firm of Ungarino & Eckert, LLC as additional counsel in the matter as captioned above.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

  */s/ Stephen M. Gelé* .
  STEPHEN M. GELÉ

**Respectfully submitted,**

**UNGARINO & ECKERT L.L.C.**

  */s/ Stephen M. Gelé* .
*STEPHEN M. GELÉ (#22385)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7537*
**Fax:** *(504) 836-7538*
E-mail: sgele@ungarino-eckert.com