UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BURDETT AND MAVIS RENEAU d/b/a** | * | **CIVIL ACTION** |
| **HAND MADE SUITS** | * | **NO.  06-7722** |
| | * | **c/w  05-4182 (master case)** |
| **VERSUS** | * | **SECTION J - BARBIER** |
| | * | |
| **COLONY INSURANCE COMPANY,** | * | **MAGISTRATE 5 - CHASEZ** |
| **GEMELLE, LINZY, MARTIN** | * | |
| **INSURANCE AGENCY, INC. AND** | * | |
| **Westport INSURANCE CORPORATION** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that Norman F. Hodgins III is hereby enrolled as additional counsel for defendants, Martin Insurance Company and Westport Insurance Corporation, in the matter as captioned above.

New Orleans, Louisiana, _____, 2007.

_____
JUDGE