# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: <br> MRGO <br><br> FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | |

## ORDER

Considering the foregoing Motion for Leave to File Exhibits filed by Defendant Washington Group International, Inc.;

It is **ORDERED** that the motion is **GRANTED** and that the accompanying Exhibits A and B be and hereby are filed into the record as Exhibits to Rec. Doc. 4140.

NEW ORLEANS, LOUISIANA, this ___10th___ day of May, 2007.

_____
U.S. DISTRICT JUDGE

871398v.1