UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAPMAN G. and LORENE HOLBROOK | * | CIVIL ACTION |
| VERSUS | * | NO. 2006-4709 |
| ENCOMPASS INSURANCE COMPANY | * | SECTION "N" MAG. 5 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, comes defendant, Encompass Insurance Company, who moves this Honorable Court to enroll as co-counsel of record Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc.

WHEREFORE, it is respectfully requested that this Honorable Court allow enrollment of co-counsel of record of Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc.

Respectfully submitted,


  s/ J. Rand Smith, Jr.
Donald F. de Boisblanc   4786
Donald F. de Boisblanc, Jr.  23462
J. Rand Smith, Jr.    27090
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504) 586-0005
Fax (504) 586-0007
OF COUNSEL TO LOZES AND PONDER

Respectfully submitted,

LOZES and PONDER


  s/ Steven M. Lozes
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana  70112
Phone: (504) 581-4455
Counsel for Encompass Insurance Company


## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing on all counsel of record either by hand, facsimile and/or by placing in the U. S. Mail postage prepaid this 10th day of May, 2007.


  s/ J. Rand Smith, Jr.