UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAPMAN G. and LORENE HOLBROOK | * | CIVIL ACTION |
| VERSUS | * | NO. 2006-4709 |
| ENCOMPASS INSURANCE COMPANY | * | SECTION "N" MAG. 5 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion to Enroll;

IT IS HEREBY ORDERED that Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr., and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc, be enrolled as co-counsel of record in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007

_____
JUDGE