UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLORIA CALHOUN | * | CIVIL ACTION |
| VERSUS | * | NO. 2006-6145 |
| ALLSTATE INSURANCE COMPANY | * | SECTION "F" MAG. 4 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, comes defendant, Allstate Insurance Company, who moves this Honorable Court to enroll as co-counsel of record Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc.

WHEREFORE, it is respectfully requested that this Honorable Court allow enrollment of co-counsel of record of Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr. and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc.

Respectfully submitted,

s/ J. Rand Smith, Jr.
---
| Donald F. de Boisblanc | 4786 |
| Donald F. de Boisblanc, Jr. | 23462 |
| J. Rand Smith, Jr. | 27090 |

Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504) 586-0005
Fax (504) 586-0007
OF COUNSEL TO LOZES AND PONDER

Respectfully submitted,

LOZES and PONDER

s/ Steven M. Lozes
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on all counsel of record either by hand, facsimile and/or by placing in the U. S. Mail postage prepaid this 10th day of May, 2007.

s/ J. Rand Smith, Jr.