THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: <br> ALL INSURANCE | * <br> * <br> * | |
| ABDUL R. KHAN d/b/a <br> YASEEN SHELL STATION | * <br> * <br> * | CIVIL ACTION NO.: 06-4571 |
| versus | * <br> * | SECTION "K" J. DUVAL |
| SCOTTSDALE INSURANCE <br> COMPANY | * <br> * <br> * <br> * | MAG/JUDGE (2) - WILKENSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering the foregoing Joint Motion to Continue Pre-Trial Conference and Trial and Other Discovery Deadlines previously set;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Pre-Trial Conference and Trial of this matter set for June 12, 2007 and July 9-10, 2007, respectively and all other dates be continued to be reset as set forth in Case Management Order No. 4.

New Orleans, Louisiana, this  10th  day of _____May_____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

1