UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO:<br>SEVERED MASS JOINDER - AUSTIN, 06-5383<br>   (*Austin* 07-2679; *Ward* 07-2680;<br>   *Rittner* 07-2681; *Miller* 07-2682) | * * * * | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, come Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm"), who respectfully request that Roy C. Beard of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel be substituted as counsel of record for State Farm and that Wayne J. Lee, Stephen G. Bullock, Lesli D. Harris and Sarah H. Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel of record for State Farm in the above-numbered and entitled actions.

1

WHEREFORE, Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company pray that Roy C. Beard of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel be substituted as counsel of record for State Farm in place of Wayne J. Lee, Stephen G. Bullock, Lesli D. Harris and Sarah H. Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C.

Respectfully submitted,

| /s/ Roy C. Beard | /s/ Sarah H. Barcellona |
|---|---|
| Roy C. Beard, #17461<br>MCCRANIE, SISTRUNK, ANZELMO,<br>HARDY, MAXWELL & MCDANIEL<br>3445 N. Causeway Boulevard, 8th Floor<br>Metairie, Louisiana 70002<br>Telephone: (504) 831-0946<br>Facsimile:  (504) 831-2492<br><br>Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company | Wayne J. Lee, #7916<br>Stephen G. Bullock, #3648<br>Lesli D. Harris, #28070<br>Sarah H. Barcellona, #28080<br>    Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana   70130<br>Telephone:  (504) 581-3200<br>Facsimile:  (504) 581-3361<br><br>Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company |

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 10th day of May, 2007.

/s/ Sarah H. Barcellona