UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS JOINDER - AUSTIN, 06-5383 (*Austin* 07-2679; *Ward* 07-2680; *Rittner* 07-2681; *Miller* 07-2682) | * * * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion to Substitute Counsel,

IT IS ORDERED that the motion is hereby GRANTED and that Roy C. Beard of

McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel be substituted as counsel of record

for State Farm and that Wayne J. Lee, Stephen G. Bullock, Lesli D. Harris and Sarah H.

Barcellona of the law firm of Stone Pigman Walther Wittmann L.L.C., be withdrawn as counsel

of record for State Farm in the above-numbered and entitled actions.

NEW ORLEANS, LOUISIANA, this _____ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

872614v.1