IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>ALL DREDGING LIMITATIONS<br>Nos. 06-8676; 06-8884; 06-8888; 06-8890;<br>06-8891; 06-8922; 06-8967; 06-9075; 06-9223<br>and *Ackerson*, No. 06-4066 | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF APPEAL

NOW COME all the plaintiffs in Civil Action No. 06-4066, Fellosea Ackerson, et al., on behalf of themselves and all others similarly situated, who are also all potential claimants in the Dredging Limitations Cases Nos. 06-8676; 06-8884; 06-8888; 06-8890; 06-8891; 06-8922; 06-8967; 06-9075; 06-9223, and the plaintiffs in Civil Action No. 06-4066, through undersigned counsel, and pursuant to Rule 3 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1292(a)(3), very respectfully state, allege and pray as follows:

Notice is hereby given that all plaintiffs in Civil Action No. 06-4066, Fellosea Ackerson, et. al., on behalf of themselves and all others similarly situated, appeal to the United States Court of Appeals for the Fifth Circuit from the Order (which has been

designated as Document No. 3742 in the docket of case number 05-4182) dated and filed on April 13, 2007.

WHEREFORE, all plaintiffs in Civil Action No. 06-4066, Fellosea Ackerson, et. al., on behalf of themselves and all others similarly situated, respectfully request that this Honorable Court take notice of the foregoing.

New Orleans, Louisiana, this 10th day of May, 2007.

Respectfully submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III

And

A. J. Rebennack (Louisiana Bar No. 18677)
2202 Avenue B
Metairie, Louisiana 70001
Telephone: 504-792-0512
Fax: 504-831-1203
E-Mail: rebennacks@cox.net

Attorneys for all Plaintiffs in Civil Action No. 06-4066, Fellosea Ackerson, et. al., on behalf of themselves and all others similarly situated.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

_____
CAMILO K. SALAS III