UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | *<br>* | SECTION "K"(2) |
| *Kiefer*, 06-5370 | *<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion for Limited Reopening of Case to Dismiss With Prejudice Claims of Gary and Wendy Eldredge;

**IT IS ORDERED** that the captioned matter shall be reopened with respect to Federal Insurance Company, on its behalf and on behalf of Chubb Insurance Company, a non-entity incapable of being sued, for the following limited purpose:

**IT IS ORDERED** that all claims of Gary and Wendy Eldredge asserted against Federal Insurance Company, on its behalf and on behalf of Chubb Insurance Company, a non-entity incapable of being sued, are hereby **DISMISSED WITH PREJUDICE,** at each party's own cost.

84137

- 2 -

New Orleans, Louisiana, this 10th day of _____May_____, 2007.

_____
UNITED STATES DISTRICT JUDGE