MINUTE ENTRY
DUVAL, J.
MAY 2, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
**REC. DOC. 3599 & 3773**

## ORDER TO SHOW CAUSE HEARING

LEVEE, RESPONDER, MRGO (05-4181, 06-1885, 06-4024, 06-4389, 06-5771, 06-5786, 06-6099, 07-206): ORDER as to Ashton O'Dwyer to show cause why sanctions should not be assessed against him.

CASE MANAGER:  SHEENA DEMAS
COURT RECORDER:  BONNIE HEBERT

APPEARANCES:  Ashton O'Dwyer, Dane Ciolino & Joseph Bruno

Court begins at 11:08 a.m.
Case called.  All present and ready.
Ashton O'Dwyer, witness sworn and testified.
This matter is SATISFIED for the oral reasons stated on the record.
Court adjourns at 11:23 a.m.

JS-10 (:15)