UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER | CIVIL ACTION |
| OF THE | NO. |
| COMPLAINT OF KING FISHER MARINE SERVICE LP, AS | JUDGE |
| OWNER OF THE DREDGES LEONARD M. FISHER AND EVERETT FISHER | MAGISTRATE |

**ORDER APPROVING PETITIONER'S LETTER OF UNDERTAKING, RESTRAINING PROSECUTION OF CLAIMS**

A Complaint having been filed herein on October 24, 2006, by King Fisher Marine Service LP ("Petitioner") as owner or owner *pro hac vice* of the Dredges LEONARD M. FISHER and EVERETT FISHER (collectively the "Dredges"), for exoneration from or limitation of liability, pursuant to Sections 4281—4285 and 4289 of Title 46 of the United States Code (46 U.S.C. §~ 181—185 and 188) and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, or injury, caused, occasioned or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet in the year 2004, as more fully described in the Complaint;

And the Complaint having stated that the value of Petitioner's interest in the said Dredges at the end of the voyages where such dredging was performed does not exceed $3,300,000.00, as set forth in the affidavit of Richard L. Frenzel attached as Exhibit "B" to Petitioner's Complaint;

And the Petitioners having deposited with the Court as security for the benefit of claimants,

a Letter of Undertaking issued by Fireman's Fund Insurance Company, dated October 20, 2006, for not less than the amount or value of Petitioner's interest in the said Dredges in the sum of $3,300,000.00, with interest at six (6%) per cent per annum from its date, executed by Edward Anderson, as Duly Authorized Representative of Fireman's Fund Insurance Company;

NOW on motion of McAlpine & Cozad PLC, attorneys for the Petitioner, it is

ORDERED as follows:

1. The above-described Letter of Undertaking deposited by the Petitioner with the Court for the benefit of claimants, in the sum of $3,300,00.00, with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the Dredges, be and it is hereby approved.

2. The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of Section 4283 of Title 46 of the United States Code (46 U.S.C. § 183), as amended, in respect of loss of life or bodily injury.

3. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, or against the Dredges LEONARD M. FISHER and EVERETT FISHER or against any property of the Petitioner except in this action, to recover damages for or in respect of any loss, damage or injury, occasioned or incurred during Hurricane Katrina on or about August 29-30, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of

Engineers on the Mississippi River Gulf Outlet during the year 2004 as alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

6. Service of this order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

New Orleans, Louisiana, this 11th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,
McALPINE & COZAD

_____
RICHARD A. COZAD, (#4537) T.A.
MICHAEL L. MCALPINE, (#9195)
EMMA A. MEKINDA (#28151)
365 Canal St, Suite 3180
New Orleans, LA 70130
Phone: (504) 561-0323;
Fax: (504) 528-9442
*Attorneys for King Fisher Marine Service, L.P.*