UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: SEVERED MASS JOINDER CASES | * <br> * <br> * <br> * | CIVIL ACTION<br><br>No. 05-4182 |
| *severed from Abadie, 06-5164* | * <br> * <br> * | SECTION "K" (2) |
| CONNIE JERNIGAN, HULIE JERNIGAN<br>    Plaintiff<br>VERSUS | * <br> * <br> * <br> * | <br>CIVIL ACTION<br><br>No. 07-2350 |
| STATE FARM FIRE and CASUALTY COMPANY | * <br> * | <br>SECTION "K" ( ) |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this ____ Day of May, 2007.

_____
United States District Judge