UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> PERTAINS TO: SEVERED MASS JOINDER CASES <br> <br> *severed from Abadie, 06-5164* <br> <br> <br> DAWN EDWARDS <br>     Plaintiff <br> VERSUS <br> <br> STATE FARM FIRE and CASUALTY COMPANY <br> <br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> No. 05-4182 <br> <br> SECTION "K" (2) <br> <br> <br> <br> CIVIL ACTION <br> <br> No. 07-2349 <br> <br> SECTION "K" ( ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this _____ Day of May, 2007.

_____
United States District Judge