UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE   *Franco*, No. 06-7660 | |

### EX PARTE MOTION TO BIFURCATE
### INDIVIDUAL CLAIM OF
### NICHOLAS AND MARTHA FRANCO

In accordance with Case Management Order No. 4, Section 5(C), which provides for bifurcation upon motion of any party, plaintiffs Nicholas and Martha Franco ("Plaintiffs") and defendant Federal Insurance Company ("Federal") (for itself and as erroneously sued as Chubb Group of Insurance Companies, a non-entity, incapable of being sued) hereby request that the Court enter an Order bifurcating the proceeding captioned *Nicholas and Martha Franco v. Insurance Counselors, Inc. and Chubb Group of Insurance Companies,* United States District Court for the Eastern District of Louisiana Civil, Civil Action No. 06-7660, Section S(5) from

85201

the consolidated litigation. Plaintiffs and Federal request that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of the Case Management Order No. 4, Section 5(C) at p. 48. Undersigned counsel represents that Plaintiffs' counsel joins in this motion. Plaintiffs and Federal further agree and stipulate that they will not participate in the Common Discovery for All Insured Defendants for individual cases.

Respectfully Submitted,

/s/  Steven W. Usdin
_____
Steven W. Usdin, 12986
    Of
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

*Attorneys for Federal Insurance Company (for itself and as erroneously sued as Chubb Group of Insurance Companies, a non-entity incapable of being sued)*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Bifurcate Individual Claim of Nicholas and Martha Franco has been served upon all counsel of record by electronic noticing of filings by the electronic filing of this motion with the Court, and all other counsel by email transmission, this 14th day of May, 2007.

/s/  Steven w. Usdin
_____

85201