# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | * | **No. 05-4182** |
| | * | |
| *severed from Abadie, 06-5164* | * | **SECTION "K" (2)** |
| | * | |
| | * | |
| **DAVID SCALIA** | * | |
| **Plaintiff** | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | * | **No. 07-2355** |
| **STATE FARM FIRE and CASUALTY COMPANY** | * | |
| | * | **SECTION "K" (   )** |
| **Defendant** | * | |

**************************************************

## ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to

file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this _____ Day of May, 2007.

_____

United States District Judge