UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION<br><br>No. 05-4182 |
| *severed from Abadie, 06-5164* | * * * | SECTION "K" (2) |
| LAURIE BROCATO<br>       Plaintiff<br>VERSUS<br><br>STATE FARM FIRE and CASUALTY COMPANY<br><br>Defendant | * * * * * * * | CIVIL ACTION<br><br>No. 07-2361<br><br>SECTION "K" ( ) |

**************************************************

ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this ___ Day of May, 2007.

_____
United States District Judge