UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | CIVIL ACTION  No. 05-4182 |
| *severed from Abadie, 06-5164* | * * * | SECTION "K" (2) |
| ALBERTO ALONSO, ROCIO ZELAYO ALONSO  Plaintiff  VERSUS  STATE FARM FIRE and CASUALTY COMPANY  Defendant | * * * * * * * | CIVIL ACTION  No. 07-2352  SECTION "K" ( ) |

*****************************************************

## EX-PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the above named Complainant(s) who request leave from this Honorable Court to supplement and amend their Complaint for the following reasons, to wit:

I.

On August 28, 2005, a Complaint was filed on behalf of a large group of individuals against a large group of insurance companies captioned Abadie, et.al v. Aegis Sec. Ins. Co. et.al, No. 06-5164.

-1-

II.

On March 27, 2006, the Court entered an order granting the administrative closure this matter with respect to all defendants except State Farm Fire and Casualty Company. Plaintiffs were ordered to file an Amended Complaint for each individual property claim within thirty (30) days.

III.

Based upon prior court rulings, plaintiffs attempted to identify those claims that involved only wind damage with no water damage associated with the claim, and prepare the Amended Complaint to reflect allegations appropriate to those claims. Of approximately four hundred (400) individual complaints filed, fourteen (14) involved only wind damage with no water damage associated with the claim.

IV.

Each Amended Complaint was required to specify the property location of the claim. In order to merge the appropriate information into each Amended Complaint, a unique word was utilized in an specific allegation to identify where the property address was to be inserted. This would allow a mass merger of the property address without the property address being inserted anywhere else in the Amended Complaint. The specific property address was to substitute the word "Versailles," and the city where the specific property address was located was to substitute the word "Xanadu."

V.

For reasons not yet determined, the specific property address and city were not substituted in the fourteen (14) Amended Complaints that involved only wind damage with no water

damage, thereby leaving the jurisdictional allegation to read: "At all pertinent times, Policyholder owned immovable property with improvements and personal property at Versailles, in Xanadu, Louisiana."

VI.

This error has now been identified, and Complainants hereby request Leave to Amend the fourteen (14) Amended Complaints to correct this error.

VII.

To date, no responsive pleadings have been filed by State Farm Fire and Casualty Company, and twenty (20) days have not elapsed since the service of the pleading.

WHEREFORE, Complainants pray for an Order by the Court granting leave to file the Supplemental and Amended Complaint.

Respectfully submitted,

**BRUNO & BRUNO**

/s/ Joseph M. Bruno
Joseph M. Bruno ( #3604)
L. Scott Joanen (# 21431)
855 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-1335
Fax: (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 14th day of May, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno