## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> PERTAINS TO: SEVERED MASS JOINDER CASES | * <br> * <br> * <br> * | CIVIL ACTION <br><br> No. 05-4182 |
| *severed from Abadie, 06-5164* | * <br> * <br> * | SECTION "K" (2) |
| ALBERTO ALONSO, ROCIO ZELAYA ALONSO <br> Plaintiff <br> VERSUS <br><br> STATE FARM FIRE and CASUALTY COMPANY <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> No. 07-2352 <br><br> SECTION "K" (  ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this ____ Day of May, 2007.

_____
United States District Judge