UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED:    05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

## ORDER

**IT IS HEREBY ORDERED** that Joseph E. Bearden, III of the law firm of Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock be and he is hereby enrolled as co-counsel of record for defendant, Board of Commissioners, for the Lake Borgne Basin Levee District.

New Orleans, Louisiana, this __14th__ day of _____May_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1