UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AUTO CLUB FAMILY INSURANCE CO. * | | CIVIL ACTION |
| * | | |
| VERSUS * | | No. 06-02124 c/w 05-4182 |
| * | | (master case) |
| CHRISTOPHER J. ROOS and * | | SECT. D |
| REBECCA ROOS * | | MAG. 3 |

******************************************

## ORDER

**IT IS ORDERED** that Norman F. Hodgins III is hereby enrolled as additional counsel for the plaintiff, Auto Club Family Insurance Company ("AAA"), in the matter as captioned above.

New Orleans, Louisiana, _____May 14_____, 2007.

_____
JUDGE

G:\DOCS\9000's\9400-9499\9479\MotEnroll-Trey.aa.doc