UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION                         05-4182

    VERSUS

PERTAINS TO:   INSURANCE                         SECTION "K"
JUANITA B. SMITH (06-4945)                       MAGISTRATE 2

---

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

**IT IS ORDERED** that Fidelity National Insurance Company and American Security

Insurance Company, **only**, are dismissed with prejudice, with each party to bear its own costs and

expenses.

New Orleans, Louisiana this __14th__ day of _____May_____, 2007.

_____
JUDGE