UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLORIA CALHOUN | * | CIVIL ACTION |
| VERSUS | * | NO. 2006-6145 |
| ALLSTATE INSURANCE COMPANY | * | SECTION "F" MAG. 4 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion to Enroll;

IT IS HEREBY ORDERED that Donald F. de Boisblanc, Sr., Donald F. de Boisblanc, Jr., and J. Rand Smith, Jr., of the law firm of de Boisblanc & de Boisblanc, be enrolled as co-counsel of record in the above captioned matter.

New Orleans, Louisiana, this  14th  day of _____May_____, 2007

_____
JUDGE