UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: | * <br> * | SECTION "K"(2) |
| *Kiefer*, 06-5370 | * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion for Limited Reopening of Case to Dismiss With Prejudice Claims of Michael and Peggy Dugas;

**IT IS ORDERED** that the captioned matter shall be reopened with respect to Louisiana Citizens Coastal Plan/Louisiana Citizens Property Insurance Corporation for the following limited purpose:

**IT IS ORDERED** that all claims of Michael and Peggy Dugas asserted against Louisiana Citizens Coastal Plan/Louisiana Citizens Property Insurance Corporation, are hereby **DISMISSED WITH PREJUDICE,** at each party's own cost.

New Orleans, Louisiana, this 14th day of _____May_____, 2007.

- 2 -

_____
UNITED STATES DISTRICT JUDGE