## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED RESTAURANT ENTITIES, L.L.C.** | * * * * | **CIVIL ACTION NO. 06-4825** |
| | | **SEC:  S (Lemmon)** |
| **VERSUS** | * * | **MAG:  5 (Chasez)** |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** | * * | **JURY DEMAND** |

*******************************************************************

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that all claims of United Restaurant Entities, L.L.C. in this matter, including all claims against Travelers Property Casualty Company of America be and are hereby dismissed with prejudice, and with each party to bear their own cost.

This __14th__ day of _____May_____, 2007.

_____
JUDGE