**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| | |
| **PERTAINS TO: ST. RITA** | **SECTION "K"(2)** |
| *Kramer*      **C.A. No. 06-7457** | |

## ORDER AND REASONS

Before the Court are the following motions:

(1)    Motion to Remand filed by plaintiffs, Wes Kramer, Tracy Kramer and Dean

Kramer (Doc. 1866) and

(2)    United States' Motion to Dismiss Third-Party Demands (Doc. 1959).

This case is one among 45 cases filed in state court concerning alleged negligence and nursing

home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding

that occurred in the wake of  Hurricane Katrina.  Having reviewed the pleadings, memoranda

and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15,

2007 (Doc. 4642 ) in  *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was

consolidated under  *In re Katrina Canal Breaches Consolidated Litigation*, C. A. No. 05-4182,

**IT IS ORDERED** that the Motion to Remand (Doc. 1866) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party

Demands (Doc. 1959) is **GRANTED**.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED**

the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this  15th  day of May, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**