UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  　　　　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO: ST. RITA　　　　　　　　　　　　　　　　SECTION "K"(2)
*Morales*　　C. A. No. 06-5962

## ORDER AND REASONS

Before the Court are the following motions:

(1) Motion to Remand filed by plaintiff, Norman Morales, individually and on behalf of Laureta Morales, (Doc. 1817)[1] and

(2) United States' Motion to Dismiss Third-Party Demands (Doc. 1959).

This case is one among 45 cases filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina. Having reviewed the pleadings, memoranda and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15, 2007 (Doc. 4642) in *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was consolidated under *In re Katrina Canal Breaches Consolidated Litigation*, C. A. No. 05-4182,

**IT IS ORDERED** that the Motion to Remand (Doc. 1817) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party Demands (Doc. 1959) is **GRANTED**.

---

[1] Plaintiff in this motion contends that the Court lacks subject matter jurisdiction over this action because the United States cannot be sued in its capacity as sovereign and because the Government is immune under the Flood Control Act, 33 U.S.C. § 702(c). This position ignores the procedural fact that the Government properly removed this matter pursuant to 28 U.S.C. § 1442.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED**

the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this  15th  day of May, 2007.

                                             **STANWOOD R. DUVAL, JR.**
                                   **UNITED STATES DISTRICT COURT JUDGE**