UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' MOTION FOR LEAVE TO FILE A
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO
CERTIFY ORDER AND REASONS (R.D. 2994)
FOR INTERLOCUTORY APPEAL**

Defendant United States hereby respectfully requests leave to file a Reply Memorandum in support of its Motion to Certify Order and Reasons (R.D. 2994) for Interlocutory Appeal. The United States' Reply Memorandum is submitted to address issues raised by the Plaintiffs in their Opposition Memorandum (Rec. Doc. 2583).

Plaintiffs' counsel has consented the filing of a reply and to an enlargement of the time to do so. Accordingly, Defendant requests that it be allowed to file a reply on or before Thursday, May 24, 2007.

1

Pursuant to Local Rule 7.3E, a proposed Order is provided.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER III
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY
    Assistant Director, Torts Branch

    s/ Robin D. Smith
    ROBIN D. SMITH
    Trial Attorney
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C.  20044
    (202) 616-4289
    (202) 616-5200 (fax)
    robin.doyle.smith@usdoj.gov
    Attorneys for Defendant United States

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, a true copy of Defendant United States' Motion for Leave to File a Reply Memorandum in Support of its Motion for Leave to Supplement Record was served on all counsel of record by ECF, electronic mail, facsimile, or first class mail.

                                                       s/ Robin D. Smith
                                                       Robin D. Smith