UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION NO: 05-4182
CONSOLIDATED LITIGATION

SECTION "K"

PERTAINS TO:

MAGISTRATE: 2

ST. RITA: <u>Mattox</u> (07-657)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes Plaintiffs, Fred Mattox, et al, who respectfully request that LLOYD N. FRISCHHERTZ (La. BAR NO. 5749), MARC L. FRISCHHERTZ (La. BAR NO. 29194), and DOMINICK F. IMPASTATO, III (La. BAR NO. 29056) be enrolled as counsel of record in the entitled and numbered cause and that they desire to have their names placed of record in this case as counsel of record.

Respectfully submitted,

  /s/ **Dominick F. Impastato, III**
Dominick F. Impastato, III (#29056)
Lloyd N. Frischhertz (#5749)
Marc L. Frischhertz (#29194)
FRISCHHERTZ & ASSOCIATES
1130 St. Charles Avenue
New Orleans, Louisiana 70130
PHONE: (504) 523-1500
FAX: (504) 581-1670

## CERTIFICATE OF SERVICE

     I hereby certify that on **May 16, 2007,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

     James A. Cobb, Jr
     John F. Emmett
     Clifton O. Bingham, Jr
     Lawrence J. Duplass
     William M. Hudson, III
     Rachelle D. Dick
     Michael McGrath Duran, Sr
     Brent Bennett Barriere
     Stephen H. Vogt
     Stevens E. Moore
     Amanda G. Clark
     Louis G. Spencer
     Jeremy D. Goux
     Catherine Elena Lasky
     Robert R. Wood, Jr
     Kara K. Miller

     I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

                                    **/s/ Dominick F. Impastato, III**
                                    La. Bar No. 29056