UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION NO: 05-4182
CONSOLIDATED LITIGATION

SECTION "K"

PERTAINS TO:

MAGISTRATE: 2

ST. RITA: <u>Mattox</u> (07-657)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

CONSIDERING THE FOREGOING, Motion to Enroll filed by Fred Mattox, et al.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the names of LLOYD N. FRISCHHERTZ, MARC L. FRISCHHERTZ, and DOMINICK F. IMPASTATO, III be entered in the record as counsel for Plaintiffs, Fred Mattox, et al. in the above-entitled and numbered cause.

Signed this _____ day of May, 2007 in New Orleans, Louisiana

_____
JUDGE