UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:                                        CIVIL ACTION NO: 05-4182

ST. RITA:    <u>Montalbano</u> (06-8963)              SECTION "K"

                                                    MAGISTRATE: 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MOTION TO ENROLL AS COUNSEL OF RECORD</u>

NOW INTO COURT, comes Plaintiffs, Albert Montalbano, Joseph Montalbano, Jr., and Linda Montalbano, who respectfully request that LLOYD N. FRISCHHERTZ (La. BAR NO. 5749), MARC L. FRISCHHERTZ (La. BAR NO. 29194), and DOMINICK F. IMPASTATO, III (La. BAR NO. 29056) be enrolled as counsel of record in the entitled and numbered cause and that they desire to have their names placed of record in this case as counsel of record.

Respectfully submitted,

 /s/   Dominick F. Impastato, III
Dominick F. Impastato, III (#29056)
Lloyd N. Frischhertz (#5749)
Marc L. Frischhertz (#29194)
FRISCHHERTZ & ASSOCIATES
1130 St. Charles Avenue
New Orleans, Louisiana 70130
PHONE: (504) 523-1500
FAX: (504) 581-1670

## CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2007,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> James A. Cobb, Jr
> John F. Emmett
> Clifton O. Bingham, Jr
> Lawrence J. Duplass
> William M. Hudson, III
> Rachelle D. Dick
> Michael McGrath Duran, Sr
> Brent Bennett Barriere
> Stephen H. Vogt
> Stevens E. Moore
> Amanda G. Clark
> Louis G. Spencer
> Jeremy D. Goux
> Catherine Elena Lasky
> Robert R. Wood, Jr
> Kara K. Miller

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

**/s/ Dominick F. Impastato, III**
La. Bar No. 29056