UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> JUDGE: DUVAL <br><br> |
| PERTAINS TO: INSURANCE (06-9096) | * | MAGISTRATE: WILKINSON |

*****************************************************************************

## MOTION TO DISMISS PURSUANT TO FEDERAL
## RULE OF CIVIL PROCEDURE 12(b)(6)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Kenneth Taylor ("Taylor"), which pursuant to Federal Rule of Civil Procedure 12(b)(6) respectfully moves this Court to dismiss the claims against him asserted by Plaintiffs on the grounds that the Court, in denying Plaintiffs' Motion for Remand, has already ordered that any claims against him are preempted, and alternatively, that he did not breach any duty to Plaintiffs, Kim P. Thomas, wife of/and Kenneth O. Thomas ("Plaintiffs").

**WHEREFORE**, after due consideration is had and for the reasons set forth in the attached Memorandum in Support, Defendant respectfully represents that the claims of Plaintiffs,

Kim P. Thomas, wife of/and Kenneth O. Thomas, must be dismissed for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

>Respectfully submitted,
>
>**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**
>
>s/Joseph G. Glass
>
>---
>
>**LAWRENCE J. DUPLASS  #5199**
>**JOSEPH G. GLASS #25397**
>3838 N. Causeway Blvd., Suite 2900
>Metairie, LA 70002
>(504) 832-3700
>**Counsel for Defendant, Kenneth Taylor**

## C E R T I F I C A T E

I hereby certify that on the 16th day of May, 2007, a copy of the foregoing Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to the following individuals by operation of the court's electronic filing system.

- Gary Michael Pendergast
  gmpendergastllc@aol.com

- Glenn B. Adams
  gadams@phjlaw.com

- Dorothy L. Tarver
  dtarver@nielsenlawifrm.com

- Michael W. Collins
  mcollins@phjlaw.com

       **DUPLASS, ZWAIN, BOURGEOIS, MORTON,**
       **PFISTER & WEINSTOCK**

       s/Joseph G. Glass

       _____
       **LAWRENCE J. DUPLASS  #5199**
       **JOSEPH G. GLASS #25397**
       3838 N. Causeway Blvd., Suite 2900
       Metairie, LA 70002
       (504) 832-3700
       jglass@duplass.com
       **Counsel for Defendant, Kenneth Taylor**