UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| | * | JUDGE: DUVAL |
| | * | |
| | * | |
| PERTAINS TO:  INSURANCE (06-9096) | * | MAGISTRATE: WILKINSON |

*************************************************************************

## NOTICE OF HEARING

TO:   Gary M. Pendergast
      GARY M. PENDERGAST, LLC
      1515 Poydras Street, Suite 2260
      New Orleans, LA 70112
      **Counsel for Plaintiffs**

      Glenn B. Adams
      Michael W. Collins
      PORTEOUS, HAINKEL & JOHNSON
      704 Carondelet Street
      New Orleans, LA 70130-3774
      **Counsel for Allstate Insurance Company**

      Dorothy L. Tarver
      NIELSEN LAW FIRM
      3838 N. Causeway Boulevard, Suite 2850
      Metairie, LA 70002
      **Counsel for Allstate Insurance Company**

   **IT IS HEREBY ORDERED** that the hearing on Defendant, Kenneth Taylor's Motion to

Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby set for the 13th day of

June, 2007 at 9:30 a.m. for the purposes of determining whether Kenneth Taylor's Motion to

Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) should be granted in the above-captioned matter.

>Respectfully submitted,
>
>**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**
>
>s/Joseph G. Glass
>
>_____
>**LAWRENCE J. DUPLASS  #5199**
>**JOSEPH G. GLASS #25397**
>3838 N. Causeway Blvd., Suite 2900
>Metairie, LA 70002
>(504) 832-3700
>**Counsel for Defendant, Kenneth Taylor**

## **C E R T I F I C A T E**

I hereby certify that on the 16th day of May, 2007, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to the following individuals by operation of the court's electronic filing system.

- Gary Michael Pendergast
  gmpendergastllc@aol.com

- Glenn B. Adams
  gadams@phjlaw.com

- Dorothy L. Tarver
  dtarver@nielsenlawifrm.com

- Michael W. Collins

mcollins@phjlaw.com

        **DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

        s/Joseph G. Glass

        _____

        **LAWRENCE J. DUPLASS  #5199**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Blvd., Suite 2900
        Metairie, LA 70002
        (504) 832-3700
        jglass@duplass.com
        **Counsel for Defendant, Kenneth Taylor**