UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ST. RITA<br>*Mattox*   C.A. No. 07-657 | SECTION "K"(2) |

## ORDER AND REASONS

This case was filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina which was removed to this Court by the United States when it was made a third-party defendant in this matter. On this day, this Court granted a joint motion (Doc. 3312) dismissing the Third-Party Demand against the United States but maintaining the defendants' Third Party Demand against a number of State of Louisiana officials.

.      The claims in the main action and the third-party action are among and against Louisiana residents. Thus, there is neither diversity jurisdiction over the matter, nor does this Court find any reason to exercise its supplemental jurisdiction over this case. 28 U.S.C. § 1367(c)(3). Accordingly, as there is no jurisdictional grounds for this matter to remain in this Court,

**IT IS ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED** the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this  16th  day of May, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE