UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> PERTAINS TO: SEVERED MASS JOINDER CASES | * <br> * <br> * <br> * | CIVIL ACTION <br><br> No. 05-4182 |
| *severed from Abadie, 06-5164* | * <br> * <br> * | SECTION "K" (2) |
| JUANITA SPEARS <br> Plaintiff <br> VERSUS <br><br> STATE FARM FIRE and CASUALTY COMPANY <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> No. 07-2357 <br><br> SECTION "K" (  ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this 16th Day of May, 2007.

_____
United States District Judge