## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO:<br>*Duffy,* C.A. No. 06-8674 | * | SECTION "K" (2) |
| *     *     *     *     *     *     *     * | | |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come the plaintiffs, LICIA DUFFY, wife of/and TERRENCE DUFFY, SR., and upon suggesting to the Court that, based upon the Order signed by Judge Helen G. Berrigan on March 8, 2007 (USDC Doc. 18), they no longer wish to pursue their claims asserted in the above-captioned matter against LARRY ORLANDO. LICIA DUFFY, wife of/and TERRENCE DUFFY, SR. hereby voluntarily move to dismiss all claims they have asserted in this matter against LARRY ORLANDO, without prejudice, each party to bear their own costs. LICIA DUFFY, wife of/and TERRENCE DUFFY, SR. reserve all rights against all remaining parties.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile:  (504) 523-0464
E-Mail:  GMPendergastLLC@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of May, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast