UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE   *Lundy Enterprises, L.L.C.*<br>             No. 06-3590 | |

### JOINT MOTION TO BIFURCATE INDIVIDUAL CLAIMS
### OF LUNDY ENTERPRISES, L.L.C. and M-LUND ENTERPRISES, L.L.C. FOR
### PURPOSES OF COMMON ISSUE DISCOVERY RELATING TO INSURANCE

In accordance with Case Management Order No. 4, Section 5(C), plaintiffs Lundy Enterprises, L.L.C. and M-Lund Enterprises, L.L.C. (the "Plaintiffs") and defendant Wausau Underwriters Insurance Company (the "Defendant") hereby request that the Court enter an Order to bifurcate the insurance claims in the proceeding captioned *Lundy Enterprises, L.L.C. et al. v. Wausau Underwriters Ins. Co. et al.,* United States District Court for the Eastern District of Louisiana Civil, Civil Action No. 06-3509, from the consolidated litigation for purposes of

85594

discovery relating to insurance issues, including but not limited to individualized adjusting issues; bad faith claims handling; total amount of damages from wind, including water damage from wind; total amount of damage from water; and, whether there is total loss.  Accordingly, Plaintiffs and Defendant request that the insurance claims in the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of Page 48 of the Case Management Order No. 4.

Plaintiffs and Defendant further agree and stipulate that they will not participate in the Common Discovery for All Insured Defendants for individual cases with respect to the insurance claims in the referenced proceeding.  Plaintiffs and Defendant reserve the right to participate in the Common Discovery in all other categories, including the Levee Breach category.

Respectfully submitted,

| _____/s/ Judy Barrasso_____ | _____/s/ Peter Sloss_____ |
|---|---|
| Judy Y. Barrasso, 2814 | MURPHY, ROGERS, SLOSS & GAMBEL |
| Of | Peter B. Sloss, T.A., 17142 |
| BARRASSO USDIN KUPPERMAN | Robert H. Murphy, 9850 |
| FREEMAN & SARVER, L.L.C. | Gary J. Gambel, 19864 |
| 909 Poydras Street, Suite 1800 | 701 Poydras Street, Suite 400 |
| New Orleans, Louisiana 70112 | New Orleans, Louisiana 70139 |
| Telephone:  (504) 589-9700 | Telephone:  (504) 523-0400 |
| *Attorneys for Wausau Underwriters Insurance Company* | *Attorneys for Lundy Enterprises, L.L.C. and M-Lund Enterprises, L.L.C.* |

85594

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been sent to all counsel of record via electronic mail, facsimile, and/or U.S. Mail, first class postage prepaid, this 16th day of May, 2007.

_____/s/ Judy Barrasso_____

85594