UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO INSURANCE<br><br>*Lundy Enterprises*, No. 06-3509 | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**O R D E R**

Considering the foregoing Joint Motion to Bifurcate Individual Claims of Lundy Enterprises, L.L.C. and M-Lund Enterprises, L.L.C. for Purposes of Common Issue Discovery Relating to Insurance (the "Joint Motion"), including the stipulation not to participate in Common Discovery for Insurers;

**IT IS HEREBY ORDERED** that the referenced proceeding be and hereby is bifurcated as set forth in the Joint Motion and in accordance with Case Management Order No. 4, Section 5(C), and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

85653