UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> _____ * <br> * <br> PERTAINS TO: * <br> * <br> INSURANCE (*Vidacovich*, 2:06-cv-4719) * <br> * <br> \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | CIVIL ACTION NO. 05-4182 <br><br> SECTION: K(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

### PLAINTIFFS' AND DEFENDANT'S JOINT STIPULATION TO BIFURCATE CASE FROM INSURANCE UMBRELLA

Plaintiffs Chester and Murleen Vidacovich ("Plaintiffs") and Defendant Hartford Insurance Company of the Midwest ("Hartford"), file this Joint Stipulation to Bifurcate Case from the Insurance Umbrella, and would respectfully show the Court as follows:

1.  Plaintiffs' dwelling located at 2209 Kingfisher Drive, St. Bernard, Louisiana 70092 (the "Dwelling") was insured by Hartford under Policy No. 55RBB715016 (the "Policy").

2.  Plaintiffs Petition alleges that during and following Hurricane Katrina, the Dwelling suffered damage caused by both wind, and flood. Plaintiffs also claim that Louisiana's Valued Policy Law, La. R.S. 22:695, requires Hartford to pay the policy limits under the Policy. However, based on the Court's November 27, 2006 ruling (Doc. No. 1803) granting Hartford's Motion to Dismiss, Plaintiffs no longer allege that water

damage caused by flood or broken levees is covered under the Policy. Accordingly, the primary issues remaining in this case involve the extent of property damage cause by wind and the application of Louisiana's Valued Policy Law.

3.      Accordingly, pursuant to Case Management Order No. 4, Plaintiffs and Hartford hereby stipulate that this case should be bifurcated from the In Re Katrina Insurance Umbrella and a separate scheduling order should be issued.

WHEREFORE, Plaintiffs and Hartford respectfully request that the Court bifurcate this case from the In Re Katrina Insurance Umbrella and schedule a preliminary conference wherein a separate scheduling order will be discussed and entered for this matter.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
Simeon Reimonenq, T.A., La. Bar. # 19755
Ralph S. Hubbard, III, La. Bar # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile:   (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Ethan D. Carlyle
Texas Bar No.: 24031794
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:     (713) 632-1700
Facsimile:     (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company
of the Midwest**

REMY VOISON STARNS

s/Remy Voisin Starns
Remy Voisin Starns
Attorney at Law
La. Bar # 26522
2098 A Staring Lane
Baton Rouge, Louisiana 70810
(225) 936-7819
(225) 612-6940 (fax)

**Attorney for Plaintiffs Chester and
Murleen Vidacovich**

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, a copy of Plaintiff and Defendant's Joint Stipulation to Bifurcate Case from the Insurance Umbrella was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Remy Voisin Starns by operation of the court's electronic filing system.

s/Simeon B. Reimonenq, Jr.
Simeon B. Reimonenq, Jr.

3