UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K(2) |
| PERTAINS TO: | JUDGE DUVAL |
| INSURANCE (*Vidacovich,* 2:06-cv-4719) | MAG. WILKINSON |

## ORDER BIFURCATING CASE

Considering the foregoing Joint Stipulation to Bifurcate Case from the Insurance Umbrella, the Court ORDERS that the above styled matter is hereby bifurcated from the *In Re Katrina* Insurance Umbrella and a preliminary conference to enter a new scheduling order will be scheduled.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE