MINUTE ENTRY
WILKINSON, M.J.
MAY 15, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

                                                                                                 JUDGE DUVAL
PERTAINS TO:  ALL CASES                          MAG. WILKINSON

At the request of Liaison Counsel, a telephone conference was conducted on this date to discuss discovery issues.  Participating were:  Joseph Bruno and Ralph Hubbard.  Considering the statements and suggestions of Liaison Counsel,

**IT IS ORDERED** that a **status conference** will be conducted in open court before me on **May 24, 2007 at 10:00 a.m.**  The purpose of the conference will be to discuss discovery logistics, including (a) the competing proposals for a document repository vendor; (b) finalization of the Master Protective Order, a proposed version of which, with objections, has previously been submitted to me by Liaison Counsel; (c) mechanisms for

| MJSTAR:    : 15 |
| --- |

possible informal resolution of and/or motion practice concerning discovery disputes; and (d) other matters relating to discovery that Liaison Counsel may wish to address.

Liaison Counsel also requested the court's determination of whether General Objections to written discovery must be restated specifically in particular responses to each individual written discovery request, rather than being incorporated by reference. Liaison Counsel were instructed that the court discourages the use of General Objections and their wholesale incorporation by reference into responses to particular discovery requests because this poor practice lends itself to abuse, is usually evasive and imprecise and makes review of such responses both by the discovering party and by the court unnecessarily cumbersome and difficult.  However, Liaison Counsel were also advised that parties and their counsel who nevertheless engage in this poor and unpersuasive practice will <u>not</u> for that reason have their General Objections deemed waived.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**