# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | * | **No. 05-4182** |
| | * | |
| *severed from Abadie, 06-5164* | * | **SECTION "K" (2)** |
| | * | |
| | * | |
| **JOSEPH TRAMONTANS** | * | |
| **Plaintiff** | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | * | **No. 07-2360** |
| **STATE FARM FIRE and CASUALTY COMPANY** | * | |
| | * | **SECTION "K" (  )** |
| **Defendant** | * | |

*************************************************

## ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to

file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this 16th Day of May, 2007.

_____

United States District Judge