UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| PERTAINS TO: SEVERED MASS JOINDER CASES * | | No. 05-4182 |
| * | | |
| *severed from Abadie, 06-5164* * | | SECTION "K" (2) |
| * | | |
| * | | |
| ALBERTO ALONSO, ROCIO ZELAYA ALONSO * | | |
| Plaintiff * | | CIVIL ACTION |
| VERSUS * | | |
| * | | No. 07-2352 |
| STATE FARM FIRE and CASUALTY COMPANY * | | |
| * | | SECTION "K" ( ) |
| Defendant * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to file Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this 16th Day of May, 2007.

_____
United States District Judge

-5-