UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES           §      CIVIL ACTION
        CONSOLIDATED LITIGATION           §      NO. 05-4182 "K" (2)
                                          §      JUDGE DUVAL
_____§      MAG. WILKINSON
                                          §
PERTAINS TO: ALL CASES                    §
_____§


## ORDER

Having considered the Consent Motion for Leave to File a Reply Memorandum, and for good cause shown, it is hereby ORDERED that the Defendant's Motion is hereby GRANTED. The United States may file a reply memorandum on or before May 24, 2007.

New Orleans, Louisiana, this  16th  day of _____May_____, 2007.


_____
UNITED STATES DISTRICT JUDGE

1