UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION NO: 05-4182
CONSOLIDATED LITIGATION

SECTION "K"

PERTAINS TO:

MAGISTRATE: 2

ST. RITA: Mattox (07-657)

**************************************************************************

## ORDER

CONSIDERING THE FOREGOING, Motion to Enroll filed by Fred Mattox, et al.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the names of LLOYD N. FRISCHHERTZ, MARC L. FRISCHHERTZ, and DOMINICK F. IMPASTATO, III be entered in the record as counsel for Plaintiffs, Fred Mattox, et al. in the above-entitled and numbered cause.

Signed this ___16th___ day of May, 2007 in New Orleans, Louisiana

_____
JUDGE