UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> <br> PERTAINS TO: <br> SEVERED MASS JOINDER - AUSTIN, 06-5383 <br> (*Austin* 07-2679; *Ward* 07-2680; <br> *Rittner* 07-2681; *Miller* 07-2682) | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br> <br> SECTION "K" (2) <br> <br> JUDGE DUVAL <br> <br> MAGISTRATE WILKINSON |

## MOTION TO ENROLL ADDITIONAL COUNSEL AND DESIGNATE TRIAL ATTORNEY

**NOW INTO COURT,** come defendants herein, State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm"), who respectfully request that Donna Bramlett Wood be enrolled as additional counsel and designated as Trial Attorney in the above-captioned matter.

Respectfully submitted,

*s/ Donna Bramlett Wood*
DONNA BRAMLETT WOOD, T.A. (22692)
ROY C. BEARD (17461)
McCRANIE, SISTRUNK, ANZELMO, HARDY,
  MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
(504) 831-0946
Attorneys for State Farm Fire and Casualty Company
And State Farm General Insurance Company

### CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this 17th day of May, 2007.

*s/ Donna Bramlett Wood*