UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:                             CIVIL ACTION NO: 05-4182

ST. RITA: <u>Montalbano</u> (06-8963)         SECTION "K"

                                         MAGISTRATE: 2

******************************************************************************

## ORDER

CONSIDERING THE FOREGOING, Motion to Enroll filed by Fred Mattox, et al.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the names of LLOYD N. FRISCHHERTZ, MARC L. FRISCHHERTZ, and DOMINICK F. IMPASTATO, III be entered in the record as counsel for Plaintiffs, Albert Montalbano, Joseph Montalbano, Jr., and Linda Montalbano, et al. in the above-entitled and numbered cause.

Signed this __16th__ day of __May__, 2007 in New Orleans, Louisiana

_____
JUDGE