UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE    *Franco*, No. 06-7660 | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### O R D E R

Considering the foregoing Ex Parte Motion to Bifurcate Individual Claim of Nicholas and Martha Franco, including the parties' stipulation and agreement not to participate in Common Discovery for Insurers;

**IT IS HEREBY ORDERED** that the referenced proceeding be and hereby is bifurcated in accordance with Case Management Order No. 4, Section 5(C), and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this __16th__ day of _____May_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

85274