UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GENE TARZETTI, ET AL**                          **CIVIL ACTION**

**VERSUS**                                          **NO. 06-5895**

**STANDARD FIRE INSURANCE CO., ET AL**        **SECTION: "K"**

*****************************

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within one hundred twenty (120) days, to reopen the action or seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 16th day of May, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE