**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO:     06-8708 (Josephine Richardson, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel comes complainant, Josephine Richardson individually and on behalf of her deceased husband Joseph Richardson, as complainant herein represents that she has incurred the wrongful death of her spouse Joseph Richardson, as well as, property damages and personal injuries arising out of the breach and failure of the hurricane protection levees and flood walls which occurred in the Parishes of Orleans, State of Louisiana in the wake of Hurricane Katrina.

**I.**

Josephine Richardson individually and on behalf of her deceased husband Joseph Richardson has timely presented her claims to the Army Corps and the United States for damages arising as a result of Hurricane Katrina, on August 29, 2005 and thereafter; six (6) months has elapsed since the presentation of the claim and the Corps has failed to act by either accepting or rejecting the claim and complainant elects to consider such failure to act as a final denial of the claim.

**II.**

As a consequence of the above enumerated negligence of the Defendants, the Plaintiff, has additionally sustained, emotional distress and mental anguish, funeral expenses, loss of enjoyment

Fee_____

Process_____

X Dktd_____

___ CtRmDep_____

___ Doc. No_____

of life, sustained loss of consortium, love, affection, support and companionship any and all other items of damage to be enumerated at the time of trial.

**WHEREFORE,** considering the foregoing complainant prays that her Complaint be served upon Defendants who shall be required to answer same, and after due proceedings are had, and Josephine Richardson individually and on behalf of her deceased spouse Joseph Richardson establish entitlement to compensatory damages, and the amount thereof; be reserved for determination in their individual actions when appropriate; and there be judgment in favor of Plaintiff and against Defendants in in the full and true sum fixed by this Honorable Court, amounts sufficient to compensate Plaintiff for damages as alleged herein, together with legal interest from the date of judicial demand and for all costs of these proceedings, until paid, and for all general and equitable relief.

Respectfully Submitted,

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each properly addressed and postage prepaid on this _____ day of _____, 2007

_____

**Robert J. Caluda La. Bar No. 3804**
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161

**PLEASE SERVE:**

United States Corps. Of Engineers
Through Agent for Service
Jim Letten
United States Attorney
U.S. Department of Justice
Eastern District of Louisiana
500 Poydras Street, 2nd Floor
New Orleans, LA 70130-3319