Effective 4/10/06                     FINANCIAL & CIVIL ALLOTMENT SHEET                    Receipt No.: **342382**
                                                                                          Deputy Clerk: ___dq___

**ACCOUNT CODE:**                                          **REGISTRY FUND:**

6855XX Accounts                                            604700 Accounts                        **MAY 14 2007**
_____ - Restitution                                        _____ - Cash Bonds
_____ - U.S. Postal Service Forms                          _____ - Land Condemnation
_____ - Petty Offense                                      _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
   **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
__✓__ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
__✓__ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00            **cc: Appeals**
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00          **Sect. K**
   **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)
         RECEIVED FROM (FIRM): **Daniel Becnel**
         CASE NUMBER: **05-4182**          SECTION: **K**    **doc #4568**
         CASE TITLE: _____
         PAYMENT OF   [ **455** ]    CASH ____   CHECK **8953** ✓   MONEY ORDER ____
                                     SEAMAN ____   PAUPER ____   NON CASH ____

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action                _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,                    Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                      _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                             Death Sentence
_____ 3. Antitrust                                       _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright                    _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   _____ Yes  _____ No
Is this a RELATED CASE?        _____ Yes  _____ No     Attorney of Record