UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES   CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

SECTION "K" (JUDGE DUVAL)

MAGISTRATE (2) (MAG. WILKINSON)

PERTAINS TO: LEVEE,

## BURK KLEINPETER, LLC RESPONSES TO REQUEST FOR PRODUCTION

Burk Kleinpeter, LLC, (BKLLC), responds to the Plaintiffs' **Common Liability Issues** Request for Production as follows:

### BKLLC GENERIC OBJECTION AND RESPONSE

Burk Kleinpeter LLC (BKLLC) makes the following response to the Requests for Production propounded to it by Plaintiffs:

As established by the affidavit of George Kleinpeter, Jr. (Doc 552-3, filed 6/23/06), BKLLC is not an engineering firm; has no license to engage in the practice of engineering, and has never performed engineering services, particularly no services relating to, or on, any of the canals from which flooding occurred during Katrina. That affidavit has not been contradicted. BKLLC responds that it has no documents or records of the type requested in Plaintiffs' Requests for Production.

BKLLC also joins in the objections made by the Engineers and Contractors, that the Request exceeds the discovery authorized by Case Management Order 4.

s/Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:    (504) 581-5141
Facsimile:    (504) 566-1201
COUNSEL FOR BURK-KLEINPETER, INC.

## CERTIFICATE

I HEREBY CERTIFY that on May ___, 2007, I electronically filed the foregoing with the Clerk or Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Charles F. Seemann, Jr.
**CHARLES F. SEEMANN, JR.**
