UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   *<br>CONSOLIDATED LITIGATION         * <br>_____  *<br>                                *<br>PERTAINS TO:  INSURANCE         *<br>                                *<br>GWEN BURK WIFE OF/AND           *<br>WILLIAM BURK                    *<br>                                *<br>VERSUS                          *<br>                                *<br>SCOTTSDALE INSURANCE COMPANY    *<br>KATIE HYMEL AND E&O INSURER     * | CIVIL ACTION<br>NO.  05-4182<br><br>CIVIL ACTION NO. 06-7846<br><br>SECTION: "K"<br>HON. STANWOOD R. DUVALL, JR.<br><br>MAGISTRATE "2"<br>HON. JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## KATIE HYMEL'S MOTION TO DISMISS
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE  12(B)(6)

Defendant, Katie Hymel ("Hymel"), through undersigned counsel, respectfully moves this Court to dismiss, with prejudice, plaintiffs' claims against her pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE**, after due consideration, and for the reasons set forth in the attached Memorandum in Support hereof, defendant respectfully represents that plaintiffs' claims against Hymel should be dismissed, with prejudice.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS, MORTON,
         PFISTER & WEINSTOCK**

        s/Kevin R. Derham
        _____
        **KEVIN R. DERHAM (#27163)**
        3838 North Causeway Boulevard
        Three Lakeway Center, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        Attorney for Defendant, Katie Hymel

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of May, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

        s/Kevin R. Derham
        _____
        **KEVIN R. DERHAM**