UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** | * | NO. 05-4182 |
| _____ | * | |
| | * | CIVIL ACTION NO. 06-7846 |
| **PERTAINS TO: INSURANCE** | * | |
| | * | SECTION: "K" |
| **GWEN BURK WIFE OF/AND** | * | HON. STANWOOD R. DUVALL, JR. |
| **WILLIAM BURK** | * | |
| | * | MAGISTRATE "2" |
| **VERSUS** | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| **SCOTTSDALE INSURANCE COMPANY** | * | |
| **KATIE HYMEL AND E&O INSURER** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Considering the foregoing, Katie Hymel's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6);

**IT IS ORDERED** that the parties show cause on the **13th day of June, 2007, at 9:30 a.m.,** why the Motion to Dismiss should not be granted.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**JUDGE STANWOOD R. DUVALL, JR.**
**SECTION "K"**