UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.:05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO: | JUDGE DUVAL |
| INSURANCE:   *Held,* 07-1610 | MAGISTRATE WILKINSON |

**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire And Casualty Insurance Company, and respectfully moves this Honorable Court to enroll and substitute Scot P. Koloski of the law firm of Larzelere Picou Wells Simpson Lonero LLC, 3850 N. Causeway Blvd., Suite 1100, Two Lakeway Center, Metairie, LA  70002, in substitution of Mary K. Dennard, as additional counsel for Republic Fire And Casualty Insurance Company herein.  Jay M. Lonero will remain as trial counsel.  No delay will result from Mr. Koloski's enrollment as additional counsel.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA  70002
Telephone:    (504) 834-6500
Fax:  (504) 834-6565

BY:    */s/ Angie Arceneaux Akers*
       **JAY M. LONERO, T.A. (No. 20642)**
            jlonero@lpw-law.com
       **CHRISTOPHER R. PENNISON (No. 22584)**
            cpennison@lpw-law.com
       **ANGIE ARCENEAUX AKERS (No. 26786)**
            aakers@lpw-law.com
       **SCOT P. KOLOSKI (No. 27537)**
            skoloski@lpw-law.com

       **ATTORNEYS FOR REPUBLIC FIRE AND
       CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  18th   day of May, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                              */s/ Angie Arceneaux Akers*