UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.:054182 |
| | SECTION "K" (2) |
| PERTAINS TO: | JUDGE DUVAL |
| INSURANCE:   *Held,* 07-1610 | MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Motion to Enroll as Counsel of Record:

**IT IS HEREBY ORDERED**, that Scot P. Koloski, of the law firm of Larzelere Picou Wells Simpson Lonero, LLC, be enrolled and substituted in place of Mary K. Dennard as additional counsel of record for Republic Fire And Casualty Insurance Company. Jay M. Lonero will remain as trial counsel.

Dated this _____ day of May, 2007 at New Orleans, Louisiana.

_____
**HONORABLE STANWOOD DUVAL**