UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-1885, 06-4634, 06-4931, 06-5042, | § | |
|     06-5159, 06-5163, 06-5771, 07-0206, | § | |
|     07-0647, 07-1284, 07-1286, 07-1288, | § | |
|     07-1289) | § | |
| MRGO (06-1885, 06-2824, 06-4024, 06-4066, | § | |
|     06-4634, 06-4931, 06-5155, 06-5159, | § | |
|     06-5161, 06-5260, 06-5162, 06-5771, | § | |
|     07-0206, 07-0621, 07-1073, 07-1271, | § | |
|     07-1285) | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, respectively, the United States has produced the following Bates ranges in the manner specified in its proposed Document Production Protocol:

REL-002-0001 to REL-002-0003

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Traci L. Colquette
TRACI L. COLQUETTE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 305-7536 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: May 18, 2007

## **CERTIFICATE OF SERVICE**

I, Traci L. Colquette, hereby certify that on May 18, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

                                 s/ Traci L. Colquette
                                 TRACI L. COLQUETTE