PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian (Name, Address, Phone Number) | CD Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| REL | 002 | 0001 | 0003 | Stone Pigman Walther Wittman L.L.C. 546 Carondelet Street New Orleans LA 70130 504-581-3361 | | KC002 | 5/18/2007 | Class - Levee and MRGO | Releases Related to SF 95 Claims Forms Produced 043007 |