# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182 "K"(2)** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | |
| _____ | § | **JUDGE DUVAL** |
| | § | |
| **PERTAINS TO: INSURANCE** | § | |
| **(Burks, No. 06-4173)** | § | **MAG. WILKINSON** |
| _____ | § | |

## EX PARTE MOTION TO BIFURCATE
## THE INDIVIDUAL CLAIMS OF ERIN BURKS

NOW INTO COURT, through undersigned counsel, comes Defendant, Citimortgage, Inc. ("Citimortgage"), pursuant to Case Management Order No. 4, Section 7, and respectfully moves this Court for an Order bifurcating from the consolidated litigation the proceeding entitled *Erin Burks v. Prudential Financial Group, et al.*, Civ. Action No. 06-4173. The referenced suit is a "non-class action" and involves individual claims that share no common issues of law or fact with the consolidated litigation and, as such, should proceed on a separate litigation track.

Through this lawsuit, the plaintiff seeks to recover against Citimortgage, her mortgage lender, for uninsured flood damages allegedly sustained after hurricane Katrina on the theory that Citimortgage breached a legal duty owed to plaintiff to maintain flood insurance on her mortgaged home. The plaintiff's claims against Citimortgage simply share no "class

certification" or "common liability" issues with the consolidated cases, as contemplated by Case Management Order No. 4. Citimortgage further represents that Plaintiff's Complaint contains individual claims against the other defendants that likewise share no "class certifications" or "common liability" issues with the consolidated cases. Accordingly, Citimortgage requests that the referenced proceeding be bifurcated from the consolidated litigation and referred to magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section 7.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

/s/ Anne Derbes Keller
KENT LAMBERT, T.A. (#22458)
ANNE DERBES KELLER (#24076)
TYLER L. WEIDLICH (#30790)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR CITIMORTGAGE, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Anne Derbes Keller