UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion to Bifurcate the Individual Claims of Erin Burks ("Ex Parte Motion");

**IT IS HEREBY ORDERED** that the referenced proceeding be and hereby is bifurcated as set forth in the Ex Parte Motion and in accordance with Case Management Order No. 4, Section 7, and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this ___ day of May, 2007

_____
**DISTRICT JUDGE**