UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:   ABADIE, 06-5164 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HARTFORD POLICYHOLDERS WITH PREJUDICE

**NOW INTO COURT**, comes Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, and Hartford Underwriters Insurance Company (collectively "Hartford") and the following plaintiffs:

1. Patricia Allen;

2. Isaac Bellizan;

3. John Blanchard;

4. Regina Blanchard;

5. Arlene Bulot;

6. Ruby Condoll (on behalf of Hartford's insureds, Edwin & Ruby Condoll);

7. Marrel David;

8. Edward Davis III;

9. Luke Delpit;

1

2

10. Cheryl Delpit;

11. Eddie Blanco (doing business as Hartford's insured, E.B. Apparel);

12. Lawrence Everette;

13. Lena Fulton;

14. Lionel Gaspard;

15. George Guy;

16. Willie Hardy;

17. Herreast Harrison;

18. Charles Jackson Sr.;

19. Harvey Jordan;

20. Leoner King;

21. Belgard LaCoste;

22. Henry Latten;

23. Don Lewis;

24. Lawrence Lynchard;

25. Jessie Philson;

26. Clemmie Quinn;

27. Tumer Thomas (insured by Hartford as "Turner Thomas");

28. Octave Weber;

29. Lynn White (on behalf of Hartford's insureds, Isaac & Lynn White);

30. John B. Williams (Hartford's insured, with a dwelling located at 6 Charlotte Drive, New Orleans, Louisiana); and

31. Steven Williams.

(collectively "Settled Hartford Plaintiffs")

who aver that they have amicably resolved their disputes and that the Settled Hartford Plaintiffs acknowledge receipt of adequate settlement funds from Hartford.  Accordingly, the Settled Hartford Plaintiffs and Hartford jointly move this Court for entry of an order to (1) reopen *Abadie, et al vs. Aegis, et al.*, No. 06-5164 with respect to Hartford solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims asserted by  each of the respective Settled Hartford Plaintiffs against Hartford, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**FURTHER INTO COURT**, come all other plaintiffs not previously mentioned, including without limitation, Lois Labranche and Edna Marchand, who, during the anticipated temporary reopening of this case vis-à-vis Hartford, jointly move with Hartford to dismiss all of their claims against Hartford without prejudice and at each party's cost.

Undersigned counsel aver that, in the event the foregoing motion is granted, that Hartford should be terminated as a defendant in the captioned litigation because none of the remaining plaintiffs assert claims against Hartford.

**WHEREFORE**, Settled Hartford Plaintiffs and Hartford pray that this Court enter an order which  (1) reopens *Abadie, et al vs. Aegis, et al.*, No. 06-5164 with respect to Hartford solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of the Settled Hartford Plaintiffs' claims asserted in the captioned matter, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

Additionally, during the anticipated temporary reopening of this case vis-à-vis Hartford, all other plaintiffs, including without limitation, Lois Labranche and Edna Marchand, join with Hartford to pray that all of their claims be dismissed without prejudice and at each party's cost.

>Respectfully submitted,
>
>s/Joseph M. Bruno
>**Joseph M. Bruno, T.A., La. Bar # 3604**
>**Plaintiffs' Liaison Counsel**
>Bruno & Bruno
>855 Baronne Street
>New Orleans, LA 70113
>Telephone: (504) 525-1335
>Facsimile: (504)581-1493
>E-Mail:        jbruno@brunobrunolaw.com
>
>**And**
>
>s/Ralph S. Hubbard
>**Ralph S. Hubbard, III, T.A., La. Bar #7040**
>**Defendants' Liaison Counsel**
>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
>601 Poydras Street, Suite 2775
>New Orleans, LA 70130
>Telephone:  (504) 568-1990
>Facsimile:  (504) 310-9195
>E-Mail:        rhubbard@lawla.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of May 2007, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENDING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HARTFORD POLICYHOLDERS WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

>/s/ Joseph M. Bruno
>
>/s/ Ralph S. Hubbard