UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## JOINT DEFENDANTS SUPPLEMENTAL PRELIMINARY WITNESS LIST

In accordance with CMO #4 Sec. III(B)(1), the Levee defendants supplement the previously filed Preliminary List of Witnesses who may or will be called to testify at any class certification hearing:

The joint nature of the instant filing is made solely in conformity with the Court's order and should not be construed as an adoption, approval, or endorsement of anything contained therein by any particular defendant unless specified as such.

-1-

**WITNESSES**

1. Name:            James Bollinger, CPA
                    Comptroller
                    Orleans Levee District
   Address:         6001 Stars & Stripes Blvd., Suite 202
                    New Orleans, LA   70126
   Subject Matter:  The financial condition and insurance coverage available to the O.L.D.;

2. Name:            Paul Kuhlmeier, Ph.D.
   Address:         5296 E. Softwood Drive, Boise, ID 83716
   Subject Matter:  Expert in hydrological and geological engineering. The factors pertinent to the sources and causes of the flooding in the proposed class boundaries, the contributions to the flooding at various locations within the proposed class boundaries, and whether individualized analysis will be required to determine the sources of and allocable contributions for the flooding at various locations within the proposed class area.

3. Name:            Gregory C. Rigamer
                    GCR & Associates, Inc.
   Address:         2021 Lakeshore Drive, suite 100
                    New Orleans, LA   70122
   Subject Matter:  Expert in demographics. The distribution of topographical features and structures, damage assessment, mapping, and demographic data for the proposed class area.

4. Name:            Michael W. Truax, MAI
   Address:         Truax Robles & Baldwin Appraisers LLC
                    3045 Ridgelake Drive
                    Suite 100
                    Metairie, Louisiana   70002
                    Phone:  504-833-2020
   Subject Matter:  Expert in commercial and private real estate appraisal. The damages, damage assessment, and fair market value for structures damaged by Hurricane Katrina and flooding for the proposed class area.

5.     Name:     Dan Milham
       Address:     WDSU News Channel 6
                        846 Howard Ave.
                        New Orleans, LA     70113
       Subject Matter:     Expert in meteorology. The development, track, characteristics, and impact of Hurricane Katrina and Hurricane Rita.

6.     Name:     Dr. James A. Richardson
       Address:     3200 CEBA Building
                        Louisiana State University
                        Baton Rouge, Louisiana     70803
       Subject Matter:     Expert in Economics. The factors, calculations and information necessary to determine economic damages as set forth by the proposed class and class representatives.

7.     Name     Proposed Class Representatives:

- Michelle Hennessey
- Laurie Coniglio
- Leo Mitchell
- Lenniece Morrell
- Charles Moses
- Alice Meyer
- Laura Greer
- Gary Greer
- Gertrude Esteves
- Stella Washington
- John B. Williams
- Emanuel Wilson
- Lucinda Coco
- Leslie Dorantes
- Anita Harrison
- Trenise Jackson
- Dwayne Mallet
- Donna Augustine
- Gladys La Beaud
- Daisy Innis
- Betty Jones
- Denise Meade
- Joella Cephas
- Beatrice Drew

|    |                  |                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|----|------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | Addresses:       | Eddie Knighten<br>Calvin Levy<br>Nicola McCathen<br>Unknown |
|    | Subject Matter:  | Whether the action should be certified as a class action including questions relating to numerosity of claimants, typicality of claims and defenses, commonality of claims and defenses, adequacy of the proposed class representatives, adverse interests of the proposed class representatives, lack of predominance of common issues, the predominance of issues requiring individualized proof, damages claimed and facts surrounding their experiences during Hurricane Katrina and its aftermath. |
| 8. | Name:<br>Address: | Fran Campbell<br>203 Plauche Court<br>Harahan, LA  70123<br>Executive Director East Jefferson Levee District |
|    | Subject Matter:  | Scope of authority of the East Jefferson Levee District and its duties and responsibilities as they relate to the 17th Street Canal, the London Avenue Canal, and the Industrial Canal. |
| 9. | Name:<br>Address:<br>Subject Matter: | Jack Huerkamp, Sewerage and Water Board of New Orleans,<br>625 St. Joseph Street, New Orleans, Louisiana 70130<br>To testify regarding the construction and operation of the drainage system. |
| 10.| Name:<br>Address: | Erik L. Nelson, Phd., P.E.<br>Nelson Architectural Engineers, Inc.<br>2740 Dallas Parkway, Suite 220<br>Plano, Texas 75093 |
|    | Subject Matter:  | Expert in architectural engineering. The factors relating to architectural damage, assessment and evaluation of property damage due to flooding, wind blown rain, rain, and other causes, and the individualized nature of property damage evaluations. |

11. Name: Insurance adjustors and claims representatives that adjusted, investigated or inspected the alleged property damage of the proposed class representatives;

12. Name: Michael Flores, P.E., Certified Surveyor
GCR & Associates, Inc.
Address: 2021 Lakeshore Drive, suite 100
New Orleans, LA    70122
Subject Matter: Expert in civil engineering and surveying. Fact and expert testimony regarding locations, coordinates, elevation and other physical attributes of the properties for which damages are claimed by the proposed class representatives and putative class members.

13. Name: Persons that investigated, inspected or adjusted the proposed class representatives.

Respectfully submitted,

LABORDE & NEUNER

_____
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:    (337) 237-7000
FACSIMILE:    (337) 233-9450

and

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:      (504) 831-0946
FACSIMILE:      (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

and

CHRISTOVICH & KEARNEY, LLP
Mr. Charles M. Lanier, Jr. #18299
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:      (504) 593-4272
FACSIMILE:      (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for United States of America

and

DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich #7354
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:       (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
& WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE:        (504) 568-1990
FACSIMILE:        (504) 310-9195
Attorneys for St. Paul Fire and Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of May, 2007, a copy of the above and foregoing **Joint Defendants Supplemental Preliminary Witness List** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____
COUNSEL