UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' SECOND UPDATED LIST
OF CLASS-CERTIFICATION WITNESSES**

The MRGO Defendants submit this second updated list of expert and fact witnesses for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO"). The MRGO Defendants will continue to supplement this list with additional detail on the 20th day of every month as directed in the Court's CMO.

This witness list is submitted jointly, by all MRGO Defendants, in order to comply with the Court's Case Management Order No. 4, but the joint nature of this list does not mean that each defendant necessarily adopts, approves, or endorses each witness contained in this list.

**I.     Expert Witnesses**

At this time, the MRGO Defendants expect that the following expert witnesses may be called to testify at the class-certification hearing:

A. Robert A. Dalrymple
Department of Civil Engineering
Johns Hopkins University
210 Latrobe Hall
Baltimore, MD 21218

Dr. Dalrymple is an expert in coastal engineering and hydrology who will address causation issues.

B. Kerry Dean Vandell
The Paul Merage School of Business
University of California-Irvine
429 SB
Irvine, CA  92697-3125

Dr. Vandell is a real estate economist who will address damage issues.

C. Lee Wooten
GEI Consultants, Inc.
400 Unicorn Park Drive
Woburn, MA   01801

Mr. Wooten is an expert in geotechnical engineering who will address causation issues.

D. James R. Danner, Jr.
Denson Engineers, Inc.
2030 Dickory Avenue, Suite 104
New Orleans, LA 70123

Mr. Danner is an engineer who will address wind and rain damage in the MRGO geographical area.

In addition, the MRGO Defendants anticipate and are currently exploring a potential class-certification expert for meteorology.

The MRGO Defendants interpret the CMO to require them to agree upon the use of common experts, limited to no more than five (5), to provide expert testimony at the

2

class-certification hearing. Some defendants, common to the Levee category of cases and the MRGO category of cases, have retained common experts in the Levee category of cases who have not yet been agreed to be the common experts in the MRGO category of cases, due to considerations including but not limited to the need for the MRGO Defendants to all have an opportunity to review qualifications for and communicate with those experts. In the interest of full disclosure, some of the experts listed specifically in the Levee category of cases as "may call" witnesses may be added to the MRGO "may call" list of expert witnesses after such review and after a determination that such witnesses will be supported as commonly retained experts by all the defendants in the MRGO category of cases. Such expert(s) will be added to the witness list for the MRGO category of cases on the next required witness list after a determination is made by the MRGO Defendants that such a witness may be called as a common expert in the MRGO category of cases.

## II. Fact Witnesses

At this time, the MRGO Defendants expect that the following fact witnesses may be called to testify at the class-certification hearing:

    A.    The Five Named Plaintiffs:

        1.    Kenneth Paul Armstrong, Sr.
                upon information and belief, address of 28 Park Place Dr., #601
                Covington, LA  70433

        2.    Jeannine B. Armstrong
                upon information and belief, address of 28 Park Place Dr., #601
                Covington, LA  70433

874647v.1

    3.    Ethel Mae Coats
upon information and belief, address of 756 Louisiana Ave.
New Orleans, LA 70118

    4.    Henry Davis
upon information and belief, address of 7650 Morel Street,
New Orleans, LA (New Orleans East)

    5.    Glynn Wade
upon information and belief, address of 4719 Bundy Road,
New Orleans, LA (New Orleans East)

The five named plaintiffs are expected to testify about alleged injuries and damages and to give evidence concerning the circumstances of his or her claims relevant to issues of alleged typicality of claims of the proposed class; to alleged adequacy of proposed class representation; to alleged common questions; to whether questions of law or fact common to the members of the proposed class predominate over questions affecting only individual members; and to other requirements for class certification.

    B.    Robert Turner
Executive Director
Lake Borgne Basin Levee District
6136 East St. Bernard Hwy.
Violet, LA 70092

Mr. Turner's testimony will deal with the events he witnessed on August 29th, 2005.

    C.    Mr. Stevan G. Spencer, P.E.
Director of Hurricane and Flood Protection
Orleans Levee District
6001 Stars & Stripes Blvd., Suite 202
New Orleans, LA 70126

Mr. Spencer's testimony will relate to the scope of the O.L.D. jurisdiction for flood control structures in East Orleans and St. Bernard Parishes.

Dated:  May 21, 2007                                              Respectfully submitted,


*/s/ Gary M. Zwain*                              */s/Ralph S. Hubbard III*
Lawrence J. Duplass, 5199                        Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                             Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                       Rachel Meese, 25457
        Of                                               Of
Duplass, Zwain, Bourgeois, Morton, Pfister       Lugenbuhl, Wheaton, Peck, Rankin &
& Weinstock                                      Hubbard
3838 N. Causeway Blvd., Suite 2900               601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                        New Orleans, Louisiana  70130
Telephone: (504) 832-3700                        Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                        Facsimile:   (504) 310-9195

Attorneys for Board of Commissioners for         Attorneys for St. Paul Fire and Marine
the Lake Borgne Basin Levee District             Insurance Company

874647v.1

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
  Of
McCranie, Sistrunk, Anzelmo, Hardy,
 Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
  Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Counsel for the
Board of Commissioners for the
Orleans Levee District

/s/ William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
  Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

874647v.1

*/s/Robin D. Smith*
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorneys for United States

## CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Second Updated List of Class-Certification Witnesses has been served upon Joseph Bruno, Plaintiffs' Liaison Counsel, via the Court's CM/ECF electronic notice system this 21st of May, 2007.

　　　　　　　　　　　　　　　　　　*/s/ William D. Treeby*
　　　　　　　　　　　　　　　　　　William D. Treeby

DLI-6111082v1

8

874647v.1