UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 061885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

---

### PSLC'S FIRST UPDATED PRELIMINARY WITNESS LIST FOR CLASS CERTIFICATION

In accordance with CMO #4 Section III(B)(1), Plaintiffs supplement the previously filed Preliminary Witness List and may call the following persons at trial for class certification:

| | Witness Name | Fact/Expert | Subject Matter |
|---|---|---|---|
| 1 | Michelle Hennessey<br>3808 N. Labarre Road<br>Metairie, LA 70002 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1, as well as the entire class. |
| 2 | Laurie H. Coniglio<br>15040 Dendinger Drive<br>Covington, LA 70433 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2, as well as the entire class. |
| 3 | Leo Mitchell<br>PO Box 820028<br>New Orleans, LA 70128 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of the entire class. |

| 4 | Lenniece Morrell<br>114 Winthrop Place<br>New Orleans, LA 70119 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of the entire class. |
|---|---|---|---|
| 5 | Charles Moses<br>8536 S. Claiborne Avenue<br>New Orleans, LA 70118 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of the entire class. |
| 6 | Alice C. Mayeur<br>6028 General Haig Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1. |
| 7 | Laura L. Greer<br>5320 Memphis Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1. |
| 8 | Gary B. Greer<br>5320 Memphis Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 1. |
| 9 | Emanuel Esteves, Jr.<br>4656 Gaines Street<br>New Orleans, LA 70126 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |
| 10 | Stella K. Washington<br>1478 Mithra Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |
| 11 | John B. Williams<br>1830 Hope Street<br>New Orleans, LA 70119 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |
| 12 | Emanuel Wilson<br>1512 Mandolin Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 2. |

| 13 | Lucinda W. Coco<br>750 Landwood Drive<br>Baton Rouge, LA 70806 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
|---|---|---|---|
| 14 | Leslie Dorantes<br>PO Box 108<br>Laplace, LA 70069 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 15 | Anita Harrison<br>10627 Pressburg Street<br>New Orleans, LA 70127 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 16 | Trenise Jackson<br>1 Gibson Street<br>Apartment 172<br>Houston, TX 77007 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 17 | Dwayne Mallet<br>1924 Wildair Drive<br>New Orleans, LA 70126 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 3. |
| 18 | Donna Augustine<br>2230 Sheerwood Meadow Dr.<br>Apartment A<br>Baton Rouge, LA 70816 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
| 19 | Gladys LaBeaud<br>22155 Wildwood Park Rd.<br>Richmond, TX 77469 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
| 20 | Daisy Innis<br>PO Box 1406<br>Longbeach, MS 39560 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
| 21 | Betty Jones<br>2111 Clouet Street<br>New Orleans, LA 70117 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |

| 22 | Denise Meade<br>2422 Verbena Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 4. |
|---|---|---|---|
| 23 | Joella Cephas<br>715 Central Road<br>Baton Rouge, LA 70807 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 24 | Beatrice Drew<br>606 Eagle Street<br>Morgan City, LA 70380 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 25 | Eddie Knighten<br>7726 Edinburgh Street<br>New Orleans, LA 70125 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 26 | Calvin Levy<br>3205 College Ct.<br>New Orleans, LA 70125 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 27 | Nicola McCathen<br>6111 Dover Place<br>New Orleans, LA 70131 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 28 | Darleen M. Jacobs, Esq.<br>823 St. Louis Street<br>New Orleans, LA  70112 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
| 29 | Joseph M. Bruno, Esq.<br>855 Baronne Street<br>New Orleans, LA | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
| 30 | Daniel E. Becnel, Jr., Esq.<br>106 West 7th Street<br>Reserve, LA 70084 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |

| 31 | Jerrold S. Parker, Esq.<br>111 Great Neck Road<br>Great Neck, NY 11021-5402 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
|---|---|---|---|
| 32 | A.J. Rebennack, Esq.<br>1100 Poydras Street<br>New Orleans, LA 70163 | Fact as to numerosity | Testimony concerning classwide issues including numerosity and other related issues. |
| 33 | Barry David Keim, Ph.D.<br>Louisiana State University<br>Department of Geography<br>E328 Howe Russell Complex<br>Baton Rouge, LA 70803 | Expert: Geography, Anthropology, Climatologist, and Meteorologist | Classwide issues regarding sources of inundation and causes and related topics. |
| 34 | Larry W. Mays, Ph.D., P.E., P.H., F.ASCE, D.WRE<br>College of Engineering and Applied Sciences<br>Arizona State University<br>Tempe, AZ 85287-5306 | Expert: Hydrologist | Classwide issues regarding sources of inundation and causes and related topics including testimony in his area of expertise, Hydrology |
| 35 | Robert G. Bea, Ph.D., P.E.<br>University of California Berkeley<br>212 McLaughlin Hall<br>Berkeley, CA 94720-1710 | Expert: Civil and Environmental Engineering | Classwide issues regarding sources of inundation and causes regarding commonality, damages, and other related topics |
| 36 | Shea Penland, Ph.D.<br>University of New Orleans<br>349 CERM Bldg.<br>Research and Technology Park<br>Department of Earth and Environmental Sciences<br>2000 Lakeshore Dr.<br>New Orleans, LA 70148 | Expert: Coastal Geomorphology processes and coastal history and change analysis and mapping and Hurricane impacts | Historical impact of hurricanes on the geomorphology and history of New Orleans and vicinity, Coastal Louisiana and Northern Gulf of Mexico and other related classwide topics |
| 37 | G. Paul Kemp, Ph.D.<br>Gulf Coast Initiative<br>National Audubon Society<br>633 Magnolia Wood Ave.<br>Baton Rouge, LA 70808 | Expert: Coastal Modeling, Oceanographer | Classwide issues regarding sources of inundation and causation issues regarding commonality and damages and other related topics, including validation of computer modeling, coastal modeling, and other related models. |

| 38 | Lee E. Branscome, Ph.D., C.C.M.<br>7338 155th Place North<br>Palm Beach Garden, FL 33418 | Expert: Meteorologist/ Climatologist | Classwide issues regarding sources of inundation and causation issues regarding commonality, damages and other related topics, including testimony in his areas of expertise, meteorology/climatology |
|---|---|---|---|
| 39 | Ivor Van Heerden, Ph.D.<br>LSU Hurricane Center<br>Suite 3221 CEBA building<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Marine Sciences | Classwide issues regarding sources of inundation and causation issues regarding commonality, damages and other related topics. |
| 40 | Dr. Matthijs Kok<br>HKV LIJN IN WATER / HKV Consultants<br>P.O Box 2120<br>8203 AC Lelystad<br>The Netherlands | Expert: Coastal and Environmental Engineer/Hydrolic Modeler | Classwide issues regarding sources of inundation and causation issues regarding commonality, damages, and related topics, including creation of and validation of computer models. |
| 41 | John A. Kilpatrick, Ph.D.<br>Greenfield Advisors<br>1825 Queen Anne Avenue North<br>Seattle, WA 98109 | Expert: Real Estate valuation, real estate market feasibility, real estate analysis, going concern valuations, business valuations, and economic impact from negative externalities | Diminution of property value due to storm surge flooding, diminution of property values due to negative externalities, loss of future business profits, and loss of current value of going concern businesses value and their assets |
| 42 | Marco Kaltofen, P.E.<br>Boston Chemical Data Corp.<br>2 Summer St., Ste. 14<br>Natick, MA 01760 | Expert: Civil Engineer | Mapping the generation and movement of chemical and other contaminants and other classwide issues |
| 43 | S. Ahmet Binselam, M.S.<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Computer modeling and GIS data analyst, computer science, mapping, and cartography | Classwide issues regarding sources of inundation and causation issues including creation of, and validation of, computer modeling and other related topics. |

| | | | |
|---|---|---|---|
| 44 | Kevin V. Mulcahy, Ph.D.<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Cultural demography | Classwide damages regarding loss of social structure, community culture and other related issues. |
| 45 | Martin T. Wells, Ph.D.<br>Cornell University<br>301 Malott Hall<br>Ithaca, NY 14853 | Expert: Demography, and Statistics, and Statistical Analysis | Classwide population statistics and property losses; loss of community's economic, political, psychological and social character and infrastructure and related class issues and topics. |
| 46 | Chad Morris<br>CMor Consulting<br>545 Shady Lake Parkway<br>Baton Rouge, Louisiana 70810 | Expert: Land Surveying, Datum Issues, Map Preparation/ Presentation | Classwide issues regarding commonality, damages, and other related topics |
| 47 | Gordon P. Boutwell, P.E.<br>Soil Testing Engineers, Inc.<br>316 Highlandia Drive<br>Baton Rouge, LA 70810 | Expert: Civil Engineer | Classwide issues regarding geotechnical and geoenvironmental related class issues and other related topics. |
| 48 | Michael Sartisky, Ph.D.<br>Louisiana Endowment for the Humanities<br>938 Lafayette Street, Suite 300<br>New Orleans, LA 70113 | Expert: Cultural Demography | Classwide damages regarding loss of social structure, community culture and other related issues. |
| 49 | Mitch Landrieu<br>Office of the Lieutenant Governor<br>Capitol Annex Building<br>1051 North Third Street<br>Baton Rouge, LA 70804-4243 | Fact Witness | Will testify as to damages suffered by the entire class. |
| 50 | Richard G. Henning<br>822 Sparkleberry Cove<br>Niceville, FL 32578 | Expert: Climatologist | Will testify as to meteorological data collection during hurricanes |
| 51 | Any witness listed and/or called by any other party. | | |

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:     PLAINTIFFS' LIAISON COUNSEL

 /s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __21st__ day of May, 2007.


 /s/   Joseph M. Bruno
JOSEPH M. BRUNO