UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 21  PM 12:58

LORETTA G. WHYTE
       CLERK
```

In Re: KATRINA CANAL BREACHES   *
CONSOLIDATED LITIGATION         *   Case No. 05-4182
                                *   Div. "K"
_____*
                                *   Judge Duval
PERTAINS TO: INSURANCE          *
   (Chester Vidacovich, No. 06-4719)  *
                                *   Magistrate Wilkinson
                                *
*****************************************

## MOTION TO COMPEL AND FOR ATTORNEY'S FEES

NOW INTO COURT, through undersigned counsel, come plaintiffs, *Chester and Murleen Vidacovich,* who move this Honorable Court for an Order compelling defendant, *Hartford Insurance Company,* to immediately and more fully answer plaintiffs' first set of Interrogatories and Request for Production of Documents and award plaintiffs a reasonable attorney's fee associated with preparing the present Motion to Compel.

WHEREFORE, plaintiffs, *Chester and Murleen Vidacovich,* respectfully request that this Honorable Court order defendant, *Hartford Insurance Company,* to immediately and more fully answer plaintiffs' first set of Interrogatories and Request for Production of Documents and award plaintiffs a reasonable attorney's fee as a result of filing the present Motion to Compel.

RESPECTFULLY SUBMITTED:

_____
RÉMY VOISIN STARNS (Bar #26522)
RYAN P. REECE (Bar #26479)
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____
```