UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | Case No. 05-4182<br>Div. "K"<br><br>Judge Duval |
| PERTAINS TO: INSURANCE<br>(Chester Vidacovich, No. 06-4719) | <br><br>Magistrate Wilkinson |

*****************************************

## CERTIFICATE OF SERVICE

I do herby certify that I have on this *21st* day of *May, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic notification.

_____
RYAN REECE