UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES         *
CONSOLIDATED LITIGATION               *   Case No. 05-4182
                                      *   Div. "K"
_____        *
                                      *   Judge Duval
PERTAINS TO: INSURANCE                *
(Chester Vidacovich, No. 06-4719)     *
                                      *   Magistrate Wilkinson
                                      *
*****************************************

## RULE 37.1 CERTIFICATE

I, **Remy Voisin Starns,** hereby certify that in accordance with the Local Rules of the District Courts of the State of Louisiana, I conferred with opposing counsel and unsuccessfully attempted to amicably resolve the issues raised by this Motion to Compel.

_____
REMY VOISIN STARNS

## CERTIFICATE OF SERVICE

I do herby certify that I have on this *21st* day of *May, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE