UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * Case No. 05-4182<br>* Div. "K"<br>* Judge Duval |
| PERTAINS TO: INSURANCE<br>(Chester Vidacovich, No. 06-4719) | * Magistrate Wilkinson |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

**LET IT BE KNOWN** that the hearing on Plaintiffs' Motion to Compel is scheduled for June 13, 2007 at 11:00 a.m. at the United States District Court for the Eastern District of Louisiana at 500 Camp Street, New Orleans, Louisiana, before Magistrate Joseph Wilkinson.

### CERTIFICATE OF SERVICE

I do herby certify that I have on this *21st* day of *May, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE