UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 21  PM 12:58

LORETTA G. WHYTE
CLERK

In Re: KATRINA CANAL BREACHES  *
CONSOLIDATED LITIGATION        *   Case No. 05-4182
                               *   Div. "K"
                               *
                               *   Judge Duval
PERTAINS TO: INSURANCE         *
  (Chester Vidacovich, No. 06-4719)  *
                               *
                               *   Magistrate Wilkinson
                               *

*****************************************

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, *Chester and Murleen Vidacovich*, who respectfully request pursuant to Rule 78.1 of the Local Rules of Court, that this Court allow oral argument at the hearing on June 13, 2007, regarding plaintiffs' Motion to Compel.

RESPECTFULLY SUBMITTED:

_____
REMY VOISIN STARNS (Bar #26522)
RYAN P. REECE (Bar #26479)
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

### CERTIFICATE OF SERVICE

I do herby certify that I have on this *21st* day of *May, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____