MINUTE ENTRY
WILKINSON, M. J.
MAY 21, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO:  ALL CASES | MAG. WILKINSON |

At the request of Liaison Counsel, a telephone conference was conducted on this date. Participating were: Joseph Bruno, plaintiffs' Liaison Counsel, and William Treeby, defendants' Liaison Counsel's designee. At the request of defense counsel, without objection from the Plaintiffs' Liaison Counsel, the time for the status conference set in this matter on **May 24, 2007** is changed to **2:00 p.m.**

Counsel also discussed the possibility of amending Case Management Order No. 4 to permit a second wave of written discovery requests and responses concerning common liability issues, with the combination of the first wave of written discovery requests

MJSTAR:  **0 : 15**

already submitted and any permitted second wave <u>not</u> to exceed the numerical limits on written discovery previously imposed.  Counsel proposed that the contemplated second wave of discovery commence and end shortly after completion of the scheduled class certification hearings.

The proposal was acceptable to me, with a date of submission of **November 19, 2007** and responses due **December 19, 2007**.  A motion and proposed order to amend Case Management Order No. 4 in this regard will be submitted to me by Mr. Treeby, after review by Plaintiffs' Liaison Counsel.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**