UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO: 05-4182 |
| PERTAINS TO: LEVEE AND INSURANCE | * | |
| | * | SECTION "K"(2) |
| MARY MUSTACCHIA MORELLO | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | CIVIL ACTION |
| | * | NO: 07-2763 |
| AUTO CLUB FAMILY INSURANCE | * | |
| Defendant | * | DIVISION "C" |
| | * | |
| | * | MAGISTRATE: 4 |

## JURY DEMAND

TO:  Mary Mustacchia Morello
**Through its attorney of record**:
John Venezia
110 Veterans Boulevard, Suite 330
Metairie, LA 70005

Auto Club Family Insurance Company, defendant in the above entitled cause, demands a trial of the cause by jury.

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: /s/ Gina P. Campo
_____
**GINA PULEIO CAMPO (#22139)**
3636 S. I-10 Service Road W,
Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

*Attorneys for Auto Club Family Insurance Company*

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served on all counsel of record, by electronic filing, this 22nd day of May, 2007.

/s/ Gina P. Campo

**GINA P. CAMPO**