UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

**THIRD JOINT MOTION TO AMEND**
**CASE MANAGEMENT AND SCHEDULING ORDER No. 4**

The Third Joint Motion of Plaintiffs in the MRGO[1] and Levee cases and MRGO and Levee Defendants respectfully represents:

1.

The parties desire to amend Section IV(B)(1) of Case Management Order No. 4 to divide the Common Liability Master Written Discovery Plan into two phases, thereby permitting the plaintiffs, defendants, and the United States to serve a certain number of their requests for production, requests for admission, and/or interrogatories upon each other during Phase I, while

---

[1] This motion is not intended to include or impact the *Robinson* (06-2286) Case Management Order.

874586v.1

reserving the remainder of their requests for production, requests for admission, and/or interrogatories for Phase II of the Common Liability Master Written Discovery Plan.

2.

Phase I of the Common Liability Master Written Discovery Plan shall proceed according to the deadlines set forth in Section IV(B)(1).

3.

In Phase II of the Common Liability Master Written Discovery Plan, the plaintiffs, defendants, and the United States shall serve on each other any remaining requests for production, requests for admission, and/or interrogatories that were not used during Phase I. Any Phase II requests for production, requests for admission, and/or interrogatories shall be served no later than November 19, 2007.

4.

Any objections or responses to Phase II requests for production, requests for admission, and/or interrogatories shall be due no later than December 19, 2007.

5.

Nothing in this Motion shall be deemed to expand the number of "common liability" requests for production, requests for admission, or interrogatories permitted to the plaintiffs, defendants, or United States under Section IV(B)(1).

- 3 -

**WHEREFORE**, plaintiffs and defendants in the Levee and MRGO cases jointly ask the Court to amend the Case Management and Scheduling Order No. 4, as proposed herein.

Dated:   May ___, 2007                                   Respectfully submitted,

| | |
|---|---|
| */s/ Joseph M. Bruno* | */s/ William D. Treeby* |
| Joseph M. Bruno, Bar No. 3604 | William D. Treeby, Bar No. 12901 |
| BRUNO & BRUNO, L.L.P. | STONE PIGMAN WALTHER WITTMANN LLC |
| 855 Baronne Street | 546 Carondelet Street |
| New Orleans, Louisiana  70113 | New Orleans, LA 70130 |
| Telephone:  504 525-1335 | Telephone:  504-581-3200 |
| Facsimile:  504 561-6775 | Facsimile:  504-581-3361 |
| jbruno@brunobrunolaw.com | wtreeby@stonepigman.com |
| *Plaintiffs' Liaison Counsel* | *Defendants' Contractors Litigation Committee Representative and Counsel of Record for Defendant Washington Group International* |

*/s/ Ralph S. Hubbard, III*
Ralph S. Hubbard, III, La. Bar 7040
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  504-568-1990
Facsimile:   504-310-9195
rhubbard@lawla.com

*Defendant Liaison Counsel*

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Third Joint Motion to Amend Case Management and Scheduling Order No. 4 has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail, postage prepaid and properly addressed, this __th day of May, 2007.

                                                                */s/ William D. Treeby*
                                                                William D. Treeby

874586v.1

- 4 -