- 1 -

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> ——————————————————— § <br> PERTAINS TO: <br> ALL MRGO AND LEVEE CASES | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

Considering the foregoing Third Joint Motion to Amend Case Management and Scheduling Order No. 4;

The Motion is **GRANTED** and Case Management Order No. 4 be and is hereby **AMENDED** as follows:

(a)

The Common Liability Master Written Discovery Plan shall proceed in two phases, thereby permitting the plaintiffs, defendants, and the United States to serve a certain number of their requests for production, requests for admission, and/or interrogatories upon each other during Phase I, while reserving the remainder of their requests for production, requests for admission, and/or interrogatories for Phase II of the Common Liability Master Written Discovery Plan.

(b)

Phase I of the Common Liability Master Written Discovery Plan shall proceed according to the deadlines set forth in Section IV(B)(1).

(c)

The plaintiffs, defendants, and United States shall serve any Phase II requests for production, requests for admission, and/or interrogatories no later than November 19, 2007.

Case 2:05-cv-04182-SRD-JCW   Document 5148-1   Filed 05/22/07   Page 2 of 2

- 2 -

(d)

Any objections or responses to Phase II requests for production, requests for admission, and/or interrogatories shall be due no later than December 19, 2007.

(e)

Nothing in this Motion shall be deemed to expand the number of "common liability" requests for production, requests for admission, or interrogatories permitted to the plaintiffs, defendants, or United States under Section IV(B)(1).

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

875266v.1