UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*  NO.  05-4182 "K"(2)<br>*  JUDGE DUVAL<br>*  MAG. WILKINSON |
| PERTAINS TO:<br>    INSURANCE CASES | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STATE FARM'S MOTION AND INCORPORATED
### MEMORANDUM FOR EXPEDITED HEARING ON MOTION TO QUASH
### <u>DEPOSITION OF ALEXIS KING AND FOR PROTECTIVE ORDER</u>

Defendant, State Farm Fire and Casualty Company ("State Farm"), respectfully moves for an expedited hearing on its Motion to Quash Deposition of Alexis King and For Protective Order ("Motion"), which it is filing simultaneously with this motion.  State Farm is also requesting oral argument on its Motion to Quash and For Protective Order.

State Farm's Motion requests that this Court quash the deposition of Alexis King because it is irrelevant to these proceedings and premature under Case Management Order No. 4. An expedited hearing on State Farm's Motion is necessary because the deposition is currently

1

874780v.1

noticed for June 11, 2007 and the Court's next available hearing date is June 13, 2007. In order for State Farm's Motion to be heard prior to the date noticed for the deposition, an expedited hearing is necessary.

**WHEREFORE**, defendant State Farm Fire and Casualty Company prays that an expedited hearing be held on its Motion to Quash Deposition of Alexis King and For Protective Order.

Respectfully submitted,

/s/ Sarah H. Barcellona

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
  of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

 /s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

2

874780v.1



_____
CHARLES L. CHASSAIGNAC, IV, ESQUIRE (#20746)
JAMES ERIC JOHNSON, ESQUIRE (#23800)
BRYAN J. HAYDEL, JR., ESQUIRE (#27500)
ELEANOR WEEKS WALL (#29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone
(225) 383-7900 Facsimile

Attorneys for State Farm Fire and Casualty Company

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing State Farm's Motion for Expedited Hearing on Motion to Quash Deposition of Alexis King and For Protective Order has been served upon all counsel of record via the Court's CM/ECF electronic filing system and/or by electronic mail, this 23rd day of May, 2007.

/s/ Sarah H. Barcellona
_____

874780v.1