UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>           CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO.  05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| _____ | * <br> * <br> * <br> * <br> * | |
| PERTAINS TO:<br>      INSURANCE CASES | * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Expedited Hearing,

IT IS ORDERED that the Motion for Expedited Hearing is GRANTED.  State Farm's Motion to Quash Deposition of Alexis King and For Protective Order shall be heard on the ___ day of _____, 2007 at _____ with oral argument.

New Orleans, Louisiana, this ___ day of _____, 2007.

_____
            MAGISTRATE JUDGE

1

874844v.1