UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES § | CIVIL ACTION | |
| CONSOLIDATED LITIGATION § | NO.   05-4182 "K"(2) | |
| § | JUDGE DUVAL | |
| § | MAG. WILKINSON | |
| § | | |
| § | | |
| PERTAINS TO: § | | |
| § | | |
| INSURANCE CASES § | | |
| § | | |

### NOTICE OF DEPOSITION

**TO:**  To all Defendants and their respective counsel,
Through Defense Liaison Attorney of Record:
Ralph S. Hubbard III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St.
Suite 2775
New Orleans, Louisiana 70130-6041

PLEASE TAKE NOTICE that plaintiffs, in the above numbered and entitled cause, will take the videotaped deposition of Alexis B. King, on Monday, June 11, 2007 at 9:00 a.m., at the offices of Anchor Court Reporting, 229 S. Baylen St., Pensacola, FL, 32502.

The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law. This deposition is taken for discovery and use at trial and for any other purpose permitted under the Federal Code of Civil Procedure. The deposition will be

1



recorded stenographically and by videotape. You are invited to attend and examine the witnesses if you so desire.

                **Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

_____
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

    s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com

For

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 9th day of May, 2007.

_____

Joseph M. Bruno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182 "K"(2)<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE CASES | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT

STATE OF FLORIDA

COUNTY OF ORANGE

Before me, the undersigned authority, a Notary Public, duly commissioned and qualified in and for Orange County, Florida, personally came and appeared

MICHAEL ENTWISTLE

who after being duly sworn, did depose and state, the following:

**1.**

I, Michael Entwistle, am a person of the full age of majority and have been employed by State Farm Mutual Automobile Insurance Company for over 30 years. I currently occupy the position of Catastrophe Claims Section Manager and my responsibilities include the supervision of catastrophe claims operations for State Farm Fire and Casualty Company ("State Farm").

**2.**

- 1 -



EXHIBIT B

873996v.1

I have first hand knowledge of the facts contained within this declaration and am competent to testify thereto.

3.

State Farm is organized into different operational zones. Each zone maintains its own executive and management structure. State Farm's Corporate Catastrophe Services organization provides claims handling services to the zones when needed to respond to a catastrophe. Catastrophe Services personnel and equipment are assigned to specific zones and coordinate with the particular zone in responding to the catastrophe.

4.

As of August 29, 2005, and continuing to the present, Louisiana comprised part of State Farm's Central Zone. Mississippi, as of August 29, 2005, and continuing to the present, was not part of the Central Zone, but rather was and is a part of State Farm's Southern Zone.

5.

At the time Hurricane Katrina struck Louisiana on August 29, 2005, I was the State Farm Catastrophe Claims Section Manager with responsibility for Louisiana and Arkansas. Accordingly, under State Farm's procedures, I was assigned overall management responsibility in Louisiana for State Farm's catastrophe claims operations in Louisiana in response to Hurricane Katrina.

6.

In that role, I was responsible for managing and coordinating State Farm's catastrophe claims offices in Louisiana. Working with other Catastrophe Claims Section Managers assigned to Louisiana, I had responsibility for managing and supervising the State Farm Catastrophe Claims Team Managers who supervised adjusters and were otherwise involved in State Farm's catastrophe operations in Louisiana in response to Hurricane Katrina.

- 2 -

873996v.1

7.

I am acquainted with Alexis King. Alexis King is a Catastrophe Claim Team Manager for State Farm. However, Ms. King was never assigned to State Farm's catastrophe operations in Louisiana following Hurricane Katrina.

Although it is possible that Ms. King had communications with State Farm personnel assigned to catastrophe operations in Louisiana, she had no responsibilities in Louisiana with respect to supervising claims representatives or adjusting claims in Louisiana from Hurricane Katrina, and to my knowledge Ms. King was not involved in the adjustment of any claim in Louisiana.

_____
Michael Entwistle

Sworn and subscribed to before me on this the 23 day of May 2007.

_____
Notary Public



LAURA J. PHENIX
MY COMMISSION # DD 301483
EXPIRES: April 23, 2008
Bonded Thru Notary Public Underwriters

- 3 -

873996v.1