# LAW OFFICE OF
# CRAWFORD A. ROSE, III
### ATTORNEY AT LAW
3636 SOUTH I-10 SERVICE ROAD, SUITE 210
METAIRIE, LOUISIANA 70001

Direct Line (504) 920-0028

Telephone  (504) 828-1600
Facsimile   (504) 828-1555

Wednesday, May 23, 2007

Hon. Loretta G. White, Clerk of Court
U. S. District Court
Eastern District of Louisiana
500 Poydras St., Rm. C151
New Orleans, LA 70130

Re:   Lopez v. Mangano, et al. (St. Rita)
      USDC. LAED No. 2:07-cv-0269 "K" (2)
      USDC, LAED No. 2:05-cv-04182-SRD-JCW
      In Re: Katrina Canal Breaches Litigation

Dear Clerk of Court:

Enclosed please find a signed Order from Judge Duval dismissing the United States from these proceedings and remanding the plaintiff's claims to the 34th JDC.

I would kindly ask that you remove our email addresses from the E-File Notification List for these cases:

CrawfordRose@msn.com
rose@attorneyslouisiana.com
kirin@attorneyslouisiana.com
diliberto@attorneyslouisiana.com
dkirin@murray-lawfirm.com
kkessler@murray-lawfirm.com

Sincerely yours,

Crawford A. Rose, III

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: ST. RITA      SECTION "K"(2)
*Lopez* C.A. No. 07-0269

## ORDER AND REASONS

Before the Court are the following motions:

(1)  Motion to Remand filed by plaintiff Sandra Lopez, individually and on behalf of her mother, Janet Marie Parker, deceased, (Doc. 3085)[1] and

(2)  United States' Motion to Dismiss Third-Party Demands (Doc. 3084).

This case is one among nearly 40 cases filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina. Having reviewed the pleadings, memoranda and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15, 2007 (Doc. 4642) in *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was consolidated under *In re Katrina Canal Breaches Consolidated Litigation,* C. A. No. 05-4182,

**IT IS ORDERED** that the Motion to Remand (Doc. 3085) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party Demands (Doc. 3084) is **GRANTED**.

---

[1] Plaintiff in this motion contends that there is no cause of action for contribution or indemnity under Louisiana law and that under 28 U.S.C. § 1359, because the United States is improperly joined, there is no federal jurisdiction. The ruling in the *Johnson* matter basically provides for the relief sought and is applicable hereto; thus, the Court will not address these contentions in any greater manner than the reasons provided in *Johnson*.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED** the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this  15th  day of May, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE