UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  All Insurance Cases          JUDGE DUVAL
MAG. WILKINSON

## <u>ORDER</u>

In compliance with Case Management Order No. 4, Section VII, and as a supplement and proposed amendment to the Joint Liaison Counsel Submission Re: Purported Common Insurance Discovery Protocol, Liaison Counsel have jointly provided a second submission that supplements and amends the original protocol concerning purported common insurance discovery as to those individual cases within the captioned umbrella that contain individual adjusting and other insurance claims in addition to the common liability issues.  (The original purported common insurance discovery protocol (Record Doc. No. 3687) was approved and adopted by the Court on April 18, 2007 (Record Doc. No. 3782).)

Having considered the joint submission and the record, IT IS ORDERED that the court hereby approves and adopts the jointly submitted supplement and amendments to the protocol concerning purported common insurance discovery, which is Record Doc. No. ___, and makes it the ORDER OF THE COURT for future proceedings in these matters.

New Orleans, Louisiana, this ____ day of May, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____

**CLERK TO NOTIFY:**

HON. STANWOOD R. DUVAL, JR.