UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Levee, MRGO, Insurance | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER CONCERNING DOCUMENT PRODUCTION BY THE UNITED STATES

By order entered on May 3, 2007, Record Doc. No. 4233, the parties were required to file with the court, no later than May 18, 2007, a summary of all objections to the proposed Document Production Protocol, which the United States was previously ordered to submit by Case Management Order No. 4, Record Doc. No. 3299, ¶ IV(C)(2). No such objections have been filed. Accordingly, the proposal of the United States is deemed unopposed.

**IT IS ORDERED** that the court hereby approves and adopts the Document Production Protocol submitted by the United States, which will be filed separately in the record, as an order of the court. An order concerning materials as to which privileges may be asserted, based substantially upon the proposed "clawback" order submitted by the United States, and applicable to <u>all</u> discovery in the referenced consolidated matters, is being separately entered.

New Orleans, Louisiana, this  23rd  day of May, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**