UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: O'Dwyer 06-6099 | SECTION "K" (2) |

### UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' PROTECTIVE REFILED COMPLAINT

NOW INTO COURT, comes Defendant, United States of America, through undersigned counsel, which moves the Court for entry of an order granting it a 45-day extension of time, or until July 9, 2007, within which to file responsive pleadings to Plaintiffs' *Protective Refiled Complaint for Compensatory and Exemplary Damages, and For Reasonable Attorney's Fees and Taxable Costs, In a Class Action Lawsuit.* In support of this motion, the United States shows:

1.

Undersigned counsel for the United States has been appointed as special government counsel to represent the interests of the United States in this action. Counsel has begun to receive materials to review which are relevant to this action and has commenced his investigation in preparation for the filing of a response to this action.

2.

Counsel for the United States is in need of additional time to conduct the necessary investigation and to formulate and file a response to the Complaint filed by the Plaintiffs.

3.

Plaintiffs' counsel, Ashton O'Dwyer, Jr., has been contacted by United States' counsel regarding the instant motion.  Mr. O'Dwyer has no objection to the granting of a 45-day extension to the United States to file its responsive pleadings in this action and has authorized United States' counsel to represent this fact to this Court.

WHEREFORE, Defendant, United States of America, moves this Court for entry of an order granting it an additional 45 days, or until July 9, 2007, within which to file responsive pleadings in this action.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY


s/ James L. Nelson
James L. Nelson, LBN 9934
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jim.nelson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by electronic mail, this 24th day of May, 2007.

s/ James L. Nelson
James L. Nelson
Assistant United States Attorney