UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br><br>PERTAINS TO:<br>    INSURANCE CASES | *  CIVIL ACTION<br>*  NO.  05-4182 "K"(2)<br>*  JUDGE DUVAL<br>*  MAG. WILKINSON<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO QUASH DEPOSITION OF ALEXIS KING
AND FOR PROTECTIVE ORDER**

Defendant State Farm Fire and Casualty Company ("State Farm") hereby moves to quash the deposition of Alexis King noticed by the Plaintiffs' Insurance Liaison Counsel via e-mail on May 9, 2007, and for entry of a protective order precluding the deposition of Alexis King.  This consolidated litigation arises out of claims by Louisiana residents for property in Louisiana that sustained damage following Hurricane Katrina.  Ms. King was a State Farm Catastrophe Claim Team Manager based in Mississippi who had no responsibilities for any Louisiana Hurricane Katrina claims.  As is set forth more fully in the accompanying memorandum, the Notice of Deposition is irrelevant to these proceedings.  Further, the Notice of

Deposition is premature under Case Management Order No. 4 and therefore violates the provisions of CMO No. 4.

State Farm has coordinated the filing of this motion with Defense Liaison Counsel.

**WHEREFORE**, State Farm Fire and Casualty Company hereby moves to quash the Notice of Deposition directed to Alexis King and for entry of a protective order precluding the deposition of Alexis King.

Respectfully submitted,

/s/ Sarah H. Barcellona

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
  of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile: (504) 581-3361

  /s/  David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

873251v.1

- 3 -


_____
CHARLES L. CHASSAIGNAC, IV, ESQUIRE (#20746)
JAMES ERIC JOHNSON, ESQUIRE (#23800)
BRYAN J. HAYDEL, JR., ESQUIRE (#27500)
ELEANOR WEEKS WALL (#29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone
(225) 383-7900 Facsimile

Attorneys for State Farm Fire and Casualty Company

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion to Quash Deposition of Alexis King and for Protective Order has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 23rd day of May, 2007.

/s/ Sarah H. Barcellona

873251v.1