UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>           CONSOLIDATED LITIGATION | *   CIVIL ACTION<br>*   NO.  05-4182 "K"(2)<br>*   JUDGE DUVAL<br>*   MAG. WILKINSON<br>*<br>*<br>* |
| _____ | *<br>*<br>* |
| PERTAINS TO:<br>      INSURANCE CASES | *<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **LOCAL RULE 37.1E CERTIFICATE**

Pursuant to Local Rule 37.1E, undersigned counsel certifies that counsel for State Farm Fire and Casualty Company conferred with Plaintiffs' counsel, Wanda Edwards of Fayard

1

874820v.1

and Honeycutt, in an attempt to resolve this discovery dispute. Undersigned counsel certifies that the parties were unable to resolve the dispute despite good faith efforts to do so.

        Respectfully submitted,

        /s/ Sarah H. Barcellona

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
   of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

 /s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com



_____
CHARLES L. CHASSAIGNAC, IV, ESQUIRE (#20746)
JAMES ERIC JOHNSON, ESQUIRE (#23800)
BRYAN J. HAYDEL, JR., ESQUIRE (#27500)
ELEANOR WEEKS WALL (#29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone
(225) 383-7900 Facsimile

Attorneys for State Farm Fire and Casualty Company

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Local Rule 37.1E Certificate has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail, this 23rd day of May, 2007.

/s/ Sarah H. Barcellona
_____

874820v.1