UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO.  05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO:<br>    INSURANCE CASES | * <br> * <br> * <br> * <br> * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Expedited Hearing, Record Doc. No. 5188,

**IT IS ORDERED** that the Motion for Expedited Hearing is GRANTED. State Farm's Motion to Quash Deposition of Alexis King and For Protective Order shall be heard on the **6th day of June, 2007 at 11:00 a.m.** with oral argument. Written opposition must be filed no later than **May 31, 2007**.

New Orleans, Louisiana, this __24th__ day of May, 2007.

United States Magistrate Judge

874844v.1