UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____§ | | |

**DEFENDANT UNITED STATES' CONSENT MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM
EXCEEDING TEN PAGES IN LENGTH**

Defendant United States hereby respectfully requests leave to file a 22-page reply brief in support of its Motion to Certify Order and Reasons (R.D. 2994) for Interlocutory Appeal. The Court previously granted leave to file a Reply Memorandum. *See* Rec. Doc. 4776).

Plaintiffs' counsel has consented the filing of an over-length reply.

1

Pursuant to Local Rule 7.3E, a proposed Order is provided.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Robin D. Smith
        ROBIN D. SMITH
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2007, a true copy of Defendant United States' Motion for Leave to File an Over-length Reply Memorandum was served on all counsel of record by ECF.

                                                  s/ Robin D. Smith
                                                  Robin D. Smith