# EXHIBIT 1

—

DEFENDANT UNITED STATES' REPLY MEMORANDUM

IN SUPPORT OF ITS MOTION TO CERTIFY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  MRGO, *Robinson,* (No. 06-2268) | |

## PLAINTIFFS' INITIAL DISCLOSURES

Pursuant to the Federal Rules of Civil Procedure 26(a)(1), Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz (collectively "Plaintiffs") submit the following initial disclosures.

### INTRODUCTORY STATEMENT

The following disclosures are based on the information reasonably available to Plaintiffs as of this date.  By making these disclosures, Plaintiffs do not represent that they are identifying every document, tangible thing or witness possibly relevant to this lawsuit. Rather, these disclosures represent a good-faith effort to identify information required by Rule 26(a)(1) based on the information available to Plaintiffs at this time and Plaintiffs will

1

supplement these disclosures as additional documents, information and/or witnesses with

information potentially relevant to this lawsuit are identified.

In making these disclosures, Plaintiffs do not waive their right to object to the

production of any document or tangible thing identified herein on the basis of any

privilege, the work product doctrine, relevancy, or any other objection.

(A) The name and, if known, the address and telephone number of each individual
likely to have discoverable information that the disclosing party may use to
support its claims or defenses, unless solely for impeachment, identifying the
subjects of the information.

1.  Norman Robinson, 324 Delaronde St., Algiers, LA 70114, (504) 342-4426.

Norman Robinson is a Plaintiff and any contact with him should be made through

Plaintiffs' counsel.  Among other topics, he may have knowledge of and information

concerning the type, extent and degree of the damages he suffered from the events detailed

in the Complaint as well as knowledge of and information concerning any of the actual

events at issue in the Complaint, specifically the catastrophic flooding of his property from

the MR-GO that occurred on or around August 29, 2005.

2.  Kent Lattimore, 1429 Burgundy St., #1, New Orleans, LA  70116,
    (504) 957-7571

Kent Lattimore is a Plaintiff and any contact with him should be made through

Plaintiffs' counsel.  Among other topics, he may have knowledge of and information

concerning the type, extent and degree of the damages he suffered from the events detailed

in the Complaint as well as knowledge of and information concerning any of the actual

events at issue in the Complaint, specifically the catastrophic flooding of his property from

the MR-GO that occurred on or around August 29, 2005.

Kent Lattimore is also the person most knowledgeable concerning Plaintiff Lattimore & Associates.  Among other topics, he may have knowledge of and information concerning the type, extent and degree of the damages that Lattimore & Associates suffered from the events detailed in the Complaint as well as knowledge of and information concerning any of the actual events at issue in the Complaint specifically the catastrophic flooding of Lattimore & Associates from the MR-GO that occurred on or around August 29, 2005.

     3.  Tanya Smith, 2001 Cypress Creek Rd., Apt. A308, River Ridge, LA  70123 (504) 736-9302

Tanya Smith is a Plaintiff and any contact with her should be made through Plaintiffs' counsel.  Among other topics, she may have knowledge of and information concerning the type, extent and degree of the damages she suffered from the events detailed in the Complaint as well as knowledge of and information concerning any of the actual events at issue in the Complaint, specifically the catastrophic flooding of her property from the MR-GO that occurred on or around August 29, 2005.

     4.  Anthony Franz, Jr., 8397 Jefferson Hwy., Apt. A, Harahan, LA 70123, (504) 737-3081

Anthony Franz, Jr. is a Plaintiff and any contact with him should be made through Plaintiffs' counsel.  Among other topics, he may have knowledge of and information concerning the type, extent and degree of the damages he suffered from the events detailed in the Complaint as well as knowledge of and information concerning any of the actual events at issue in the Complaint, specifically the catastrophic flooding of his property from the MR-GO that occurred on or around August 29, 2005.

    5.  Lucille Franz, 8397 Jefferson Hwy., Apt. A, Harahan, LA 70123, (504) 737-3081

Lucille Franz is a Plaintiff and any contact with her should be made through Plaintiffs' counsel.  Among other topics, she may have knowledge of and information concerning the type, extent and degree of the damages she suffered from the events detailed in the Complaint as well as knowledge of and information concerning any of the actual events at issue in the Complaint, specifically the catastrophic flooding of her property from the MR-GO that occurred on or around August 29, 2005.

    6.  Army Corps employees, either current, former or retired, including:

        i.  Lieutenant General Carl A. Strock, current address and telephone unknown.

Lt. Gen. Carl A. Strock is believed to have knowledge of and information concerning, among other things, the Army Corps' design, construction, operation, maintenance, and history of the MR-GO, as well as the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO.  In addition, Lt. Gen. Carl A. Strock may have knowledge of and information concerning the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and Inner Harbor Navigation Canal ("IHNC," also referred to as the "Industrial Canal") in the Greater New Orleans area before and after Hurricane Katrina.

        ii.  Colonel Richard Wagenaar, New Orleans District, U.S. Army Corps of Engineers New Orleans, LA 70160, (504) 862-2255

Col. Richard Wagenaar is believed to have knowledge of and information concerning, among other things, the Army Corps' design, construction, operation,

4

maintenance, and history of the MR-GO, as well as the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO.  In addition, Col. Richard Wagenaar may have knowledge of and information concerning the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC in the Greater New Orleans area before and after Hurricane Katrina.

        iii.  Dan Hitchings, current address and telephone number unknown.

Dan Hitchings is believed to have knowledge of and information concerning, among other things, the Army Corps' design, construction, operation, maintenance, and history of the MR-GO, as well as the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO.  In addition, Mr. Hitchings may have knowledge of and information concerning the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC in the Greater New Orleans area before and after Hurricane Katrina.

        iv.  Greg Breerwood, current address and telephone number unknown.

Greg Breerwood is believed to have knowledge of and information concerning, among other things, the Army Corps' design, construction, operation, maintenance, and history of the MR-GO, as well as the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO.  In addition, Mr. Breerwood

may have knowledge of and information concerning the Army Corps' efforts to reconstruct

the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along

the MR-GO and IHNC in the Greater New Orleans area before and after Hurricane

Katrina.

> v.   Brigadier General Robert Crear, Mississippi Valley Division,
>       Army Corps of Engineers, 1400 Walnut Street, Vicksburg, MS
>       39180, (601) 634-7110

Brigadier Gen. Robert Crear is believed to have knowledge of and information

concerning, among other things, the Army Corps' design, construction, operation,

maintenance, and history of the MR-GO, as well as the causes of the catastrophic flooding

of the Greater New Orleans area that occurred on or around August 29, 2005, including

without limitation those causes of flooding attributable to the MR-GO.  In addition,

Brigadier Gen. Robert Crear may have knowledge of and information concerning the

Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or

putative flood control measure along the MR-GO and IHNC in the Greater New Orleans

area before and after Hurricane Katrina..

> vi.   Major General Don T. Riley, United States Army Corps of
>        Engineers, 441 G Street, NW, Washington, DC 20314,
>        (202) 761-0008

Maj. Gen. Don T. Riley is believed to have knowledge of and information

concerning, among other things, the Army Corps' design, construction, operation,

maintenance, and history of the MR-GO, as well as the causes of the catastrophic flooding

of the Greater New Orleans area that occurred on or around August 29, 2005, including

without limitation those causes of flooding attributable to the MR-GO.  In addition, Maj.

Gen. Don T. Riley may have knowledge of and information concerning the Army Corps'

efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood

control measure along the MR-GO and IHNC in the Greater New Orleans area before and

after Hurricane Katrina.

       vii.  Al Naomi, New Orleans District, U.S. Army Corps of Engineers
           New Orleans, LA 70160, (504) 862-2255

Al Naomi is believed to have knowledge of and information concerning, among

other things, the Army Corps' design, construction, operation, maintenance, and history of

the MR-GO, as well as the causes of the catastrophic flooding of the Greater New Orleans

area that occurred on or around August 29, 2005, including without limitation those causes

of flooding attributable to the MR-GO.  In addition, Mr. Naomi may have knowledge of

and information concerning the Army Corps' efforts to reconstruct the levees, spoil banks,

floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC

in the Greater New Orleans area before and after Hurricane Katrina.

      7.  Authors and/or contributors of the Interagency Performance Evaluation
         Task Force ("IPET") Report, including:

       i.  Dr. Lewis E. Link, Academy of Leadership, University of
          Maryland, College Park, MD 20742-7715 (301) 405-8574

Dr. Link is believed to have knowledge of and information concerning, among

other things, the creation and genesis of the IPET Report, including the various studies,

analyses, and conclusions detailed in the IPET Report concerning the flooding of the

Greater New Orleans area on or around August 29, 2005.

       ii.  Dr. John Jaeger, Chief of the Engineering and Construction
          Services Division of the Huntington (WV) District, U.S. Army
          Corps of Engineers, 502 Eighth Street, Huntington, WV 25701,
          (304) 399-5662.

Dr. John Jaeger is believed to have knowledge of and information concerning,

among other things, water management, flood protection, and environmental enhancement

and restoration projects, and the design, construction, review and evaluation of water

resource and construction projects.

iii.   Jeremy Stevenson, Cost Engineering Section of the Huntington
       (WV) District, U.S. Army Corps of Engineers, 502 Eighth
       Street, Huntington, WV 25701, (304) 399-5662.

Jeremy Stevenson is believed to have knowledge of and information concerning,

among other things, cost engineering and project management for large civil works

projects like the MR-GO, including all phases of life cycle cost estimating, project

scheduling and management as well as life cycle cost engineering of navigational locks,

dams, floodwalls, levees, and nonstructural flood proofing.

iv.   Denise Martin, U.S. Army Engineer Research and Development
      Center, 441 G. Street, NW, Washington, DC 20314,
      (202) 761-1839

Denise Martin is believed to have knowledge of and information concerning,

among other things, the development of information sharing architectures involving key

issues of information portability, modularity, scalability, and interoperability as well as

requirements identification and analysis, development, enhancement, and implementation

of Computer-Aided Drafting and Design (CADD), Geographic Information Systems (GIS),

and relational database management as they apply to business, engineering, management

and research and development projects.

v.   Dr. Reed L. Mosher, U.S. Army Engineer Research and
     Development Center, 441 G. Street, NW, Washington, DC
     20314, (202) 761-1839

Dr. Reed L. Mosher is believed to have knowledge of and information concerning,

among other things, dynamic response of structures to hydraulic loads from fluid flow.

8

vi.  James Garster, U.S. Army Engineer Research and Development Center, 441 G. Street, NW, Washington, DC 20314, (202) 761-1839

James Garster is believed to have knowledge of and information concerning, among other things, Army Corps surveying and mapping support as well as implementation of NAVD88 datum and devising procedures to meet geodetic vertical requirements using the Global Positioning System.

vii.  David Zilkoski, National Oceanic & Atmospheric Administration, 14th Street & Constitution Avenue, NW, Room 6217, Washington, DC 20230, (202) 482-6090

David Zilkoski is believed to have knowledge of and information concerning, among other things, Shallow Water Positioning System, the incorporation of geodetic data and procedures to determine accurate elevation models, and the use of GPS, LIDAR and IFSAR to generate shoreline and other coastal information as well as coastal subsidence, surveying, and vertical datum issues.

viii.  Bruce Ebersole, Coastal and Hydraulics Laboratory, U.S. Army Engineering Research and Development Center Vicksburg, MS 39180, (601) 634-2011.

Bruce Ebersole is believed to have knowledge of and information concerning, among other things, coastal and estuarine hydrodynamic and sedimentation processes, field data acquisition, and hydrology/surface water/groundwater interactions as well as tidal circulation, storm surge, nearshore wave transformation, and beach/inlet processes with a focus on numerical model development and application.

ix.  Dr. Joannes Westerink, Department of Civil Engineering and Geological Sciences University of Notre Dame, Notre Dame, IN 46556, (219) 631-6475.

Dr. Westerink is believed to have knowledge of and information concerning, among other things, advanced circulation model ("ADCIRC"), hurricane storm surge

9

prediction, tidal hydrodynamics, modeling of circulation and transport in coastal areas and

oceans, finite element methods, and computational fluid mechanics.

      x.   Dr. Robert Dean, Civil and Coastal Engineering, 365 Weil Hall
            PO Box 116580, Gainesville, FL 32611-6580, (352) 392-9537

Dr. Robert Dean is believed to have knowledge of and information concerning,

among other things, beach and shoreline erosion problems, wave theories, tidal inlets and

coastal structures.

      xi.   Dr. Don Resio, U.S. Army Engineer Research and Development
            Center, 441 G. Street, NW, Washington, DC 20314,
            (202) 761-1839

Dr. Don Resio is believed to have knowledge of and information concerning,

among other things, the Army Corps' MORPHOS project aimed at improving the

predictive state of the art for winds, waves, currents, surges, and coastal evolution due to

storms.

      xii.   Dr. Michael Sharp, U.S. Army Engineer Research and
            Development Center, 441 G. Street, NW, Washington, DC
            20314, (202) 761-1839

Dr. Michael Sharp is believed to have knowledge of and information concerning,

among other things, soil dynamics, engineering geophysics and centrifuge modeling.

      xiii.   Dr. Scott Steedman, Steedman & Associates, 25 Eldon Square,
            #1, Reading RGI 4DP UK, 44 (0) 118 958 7185

Dr. Scott Steedman is believed to have knowledge of and information concerning,

among other things, risks and disasters, forensic investigations, and urban engineering and

research.

xiv.   Dr. J. Michael Duncan, Civil and Environmental Engineering, 104 Patton Hall, Blacksburg, VA 24061 (540) 231-5103.

Dr. J. Michael Duncan is believed to have knowledge of and information concerning, among other things, slope stability, soil-structure interaction, design and analysis of foundations, strength and deformation properties of soils, finite element analyses of stresses and deformations in earth masses, and seepage through soil.

xv.   Robert Howard, South Florida Water Management District, P.O. Box 24680, West Palm Beach, FL 33416-4680, (561) 686-8800.

Robert Howard is believed to have knowledge of and information concerning, among other things, operational control and monitoring of water control structures and water bodies for flood control, water supply and environmental enhancement.

xvi.   Steve Fitzgerald, Harris County Flood Control District, 9900 Northwest Freeway, Houston, TX 77092, (713) 684-4000.

Steve Fitzgerald is believed to have knowledge of and information concerning, among other things, the monitoring and evaluation of actual flood events.

xvii.   Jeff Harris, U.S. Army Engineers, Hydrology and Hydraulics Technology Division, 609 Second Street, Davis, CA 95616-4687, (530) 756-1104

Jeff Harris is believed to have knowledge of and information concerning, among other things, the development of hydraulic flood and surge models.

xviii.   Dr. David A. Moser, U.S. Army Corps, Institute for Water Resources, Casey Building, 7701 Telegraph Road, Alexandria, Virginia 22315703-428-6289

Dr. David Moser is believed to have knowledge of and information concerning, among other things, economic methods related to cost-benefit analysis and risk analysis methods for water resources including procedures for major rehabilitation and flood damage evaluation.

11

        xix.   Jerry Foster, Foster Engineering Services,1381 Teaberry Ln, Severn, MD 21144, (410) 551-4211

Jerry Foster is believed to have knowledge of and information concerning, among other things, structural engineering issues including risk and reliability analysis of civil works structures; design, evaluation and construction of dams, navigation and flood control structures; structural reliability of aging structures; computer analysis of civil works structures and the design of buildings.

        xx.   Bruce C. Muller, Jr., Bureau of Reclamation, Dam Safety, P.O. Box 25007, Denver Federal Center, Denver, CO 80225-0007, (303) 445-3750

Bruce C. Muller, Jr. is believed to have knowledge of and information concerning, among other things, implementation of risk-based analysis methods for evaluating the safety of dams and other flood control structures.

        8.   Harley Winer, New Orleans District, U.S. Army Corps of Engineers New Orleans, LA 70160, (504) 862-2255.

Harley Winer is believed to have knowledge of and information concerning, among other things, the MR-GO's impact on hurricane-induced storm surge generated by Hurricane Katrina, ADCIRC modeling, tidal hydrodynamics, modeling of circulation and transport in coastal areas and oceans, finite element methods, and computational fluid mechanics.

        9.   Dr. Charles L. Bretschneider, P.O. Box 61264, Honolulu, HI 96839, phone number unknown.

Dr. Bretschneider is believed to have knowledge of and information concerning, among other things, the effects of the MR-GO and levees, spoil banks, floodwalls, or any alleged or putative flood control measure on hurricane-generated storm surge, as well as analysis of hurricane winds and storm surge predictions.

10. Dr. J.I. Collins, current address and phone number unknown.

Dr. Collins is believed to have knowledge of and information concerning, among other things, the effects of the MR-GO and levees, spoil banks, floodwalls, or any alleged or putative flood control measure on hurricane-generated storm surge, as well as analysis of hurricane winds and storm surge predictions.

11. Colonel William L. Conner III, Commander, U.S. Army Engineer District, P.O. Box 60267, New Orleans, LA 70160-0267, (504) 862-2204

Colonel William L. Conner III is believed to have knowledge of and information concerning, among other things, the MR-GO's impact on wetlands in Greater New Orleans as well as the impact that wetlands, or lack thereof, on hurricane-generated storm surge.

12. Dr. Richard A. Luettich, Marine Science and Environmental Sciences and Engineering at the University of North Carolina at Chapel Hill, 3431 Arendell Street, Morehead City, NC 28557 (252) 726-6841

Dr. Richard A. Luettich is believed to have knowledge of and information concerning, among other things, on tidal and storm surge circulation, numerical modeling techniques, and wind forced aquatic systems, specifically as they relate to the MR-GO.

13. Persons involved in the investigation and drafting of reports supporting the Army Corps' conclusions about the relationship between the MR-GO and storm surge contained throughout the Army Corps' December, 2006 Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress including:

i. The Direct Impact of the MRGO on Hurricane Storm Surge, Louisiana Department of Natural Resources (2006).

The persons most knowledgeable at URS Corporation and the Louisiana Department of Natural Resources with respect to this report.

ii. Numerical Modeling of Storm Surge Effect of MR-GO Closure (2003).

The persons most knowledgeable at the Army Corps with respect to this report.

13

   iii. Louisiana Coastal Protection and Restoration. Preliminary Technical Report to the United States Congress (2006).

The persons most knowledgeable at the Army Corps with respect to this report.

   14. Percipient Witnesses (*see* Attachment "A" for a list of names, addresses and telephone numbers)

   The attached list of percipient witnesses may have knowledge of and information concerning the actual events at issue in the Complaint specifically the catastrophic flooding from the MR-GO and the IHNC of St. Bernard Parish, New Orleans East, and/or the Lower Ninth Ward that occurred on or around August 29, 2005.

  (B) <u>A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.</u>

  <u>Response</u>:

   Plaintiffs provide the following description by category and location of documents that they may use to support their claims as including, without limitation:

  1. The planning, authorization, construction, cost, maintenance, and operation of the MR-GO, including without limitation any cost-benefits analysis and dredging history.

  2. Original plans, design memoranda and specifications for putative levees and other flood control structures along the MR-GO, the Gulf Intracoastal Waterway and the IHNC.

  3. The planning, authorization, construction, cost, maintenance, and operation of the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC.

4.  The Lake Pontchartrain and Vicinity Hurricane Protection Plan and the construction of levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC.

5.  History of floods and flooding in Orleans and St. Bernard Parishes ("Greater New Orleans").

6.  Modeling, forecasting, and/or predicting of hurricanes, tropical storms, and their related storm surge on the Louisiana gulf coast and Greater New Orleans.

7.  The history of tropical storm or hurricane-related or induced flooding of Greater New Orleans, including without limitation the manner or mechanism by which such flooding occurred.

8.  The manner or mechanism by which the Greater New Orleans area experienced flooding related to Hurricanes Katrina and Rita and the extent to which such flooding was caused by, or attributable to, the planning, design, construction, maintenance, or operation of the MR-GO.

9.  Damages suffered by the *Robinson* plaintiffs.

10. Army Corps' levee design standards and criteria.

11. The MR-GO's impact on Greater New Orleans and surrounding environs, including records and reports dealing with wetland degradation in the Greater New Orleans area and any investigations or studies concerning remediation of any such wetland degradation in the Greater New Orleans area.

12. Army Corps' knowledge of any design or construction defects in the MR-GO, including warnings by local citizens, public officials, experts, and others.

13. Army Corps' interaction and communications with federal, state and local government agencies, citizens, and organizations concerning the MR-GO.

14. Public response to the MR-GO throughout its history.

15. Any effects of the connection of the MR-GO and the Gulf Intracoastal Waterway during all hurricanes since the MR-GO was opened to navigation.

16. Analyses, studies or investigations on the effect and impact of marshlands/wetlands on wave propagation and hurricane or tropical storm- related surges.

17. Condition and status of the MR-GO and IHNC before and after Hurricanes Katrina and Rita.

18. Post-Katrina investigations of levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC.

19. The Army Corps' compliance with applicable federal statutes and regulations and its own guidelines, rules, standards, regulations, manuals and criteria in the planning, design, construction, operation and maintenance of the MR-GO.

20. The Army Corps' compliance with applicable federal statutes and regulations and its own guidelines, rules, standards, regulations, manuals and criteria in the planning, design, construction, operation and maintenance of the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO.

The location of the above-described categories of documents currently includes Plaintiffs' own custody and control as well as Plaintiffs' counsel's office of O'Donnell & Associates, 550 S. Hope Street, Suite 1000, Los Angeles, California, 90071.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Response:

16

At this time, Plaintiff Norman Robinson's damages include: (1) loss of property, immovable and movable; (2) diminution of property value; (3) loss of income; (4) costs of relocation; (5) loss of business opportunities; (6) grief; (7) mental anguish; (8) inconvenience; and (9) loss of the capacity to enjoy life.  At this time, the monetary amount of the above-referenced damages is $650,000.

At this time, Plaintiff Kent Lattimore's damages include: (1) loss of property, immovable and movable; (2) diminution of property value; (3) loss of income; (4) costs of relocation; (5) loss of business; (6) loss of business opportunities; (7) loss of customers and goodwill; (8) loss of business revenues and profits; (9) grief; (10) mental anguish; (11) inconvenience; and (12) loss of the capacity to enjoy life.  At this time, the monetary amount of the above-referenced damages is $245,000.

At this time, Plaintiff Lattimore & Associates' damages include: (1) loss of property, immovable and movable; (2) diminution of property value; (3) loss of income; (4) costs of relocation; (5) loss of business; (6) loss of business opportunities; (7) loss of customers and goodwill; and (8) loss of business revenues and profits.  At this time, the monetary amount of the above-referenced damages is $6,380,000.

At this time, Plaintiff Tanya Smith's damages include: (1) loss of property, immovable and movable; (2) diminution of property value; (3) loss of income; (4) costs of relocation; (5) loss of business opportunities; (6) grief; (7) mental anguish; (8) inconvenience; and (9) loss of the capacity to enjoy life.  At this time, the monetary amount of the above-referenced damages is $818,493.

At this time, Plaintiff Anthony Franz, Jr.'s damages include: (1) loss of property, immovable and movable; (2) diminution of property value; (3) loss of income; (4) costs of

relocation; (5) loss of business opportunities; (6) grief; (7) mental anguish; (8) inconvenience; and (9) loss of the capacity to enjoy life.  At this time, the monetary amount of the above-referenced damages is $450,000.

At this time, Plaintiff Lucille Franz's damages include: (1) loss of property, immovable and movable; (2) diminution of property value; (3) loss of income; (4) costs of relocation; (5) loss of business opportunities; (6) grief; (7) mental anguish; (8) inconvenience; and (9) loss of the capacity to enjoy life.  At this time, the monetary amount of the above-referenced damages is $450,000.

As discovery begins and proceeds, Plaintiffs will supplement these disclosures concerning computation of damages as additional documents, information and/or witnesses with information relevant to this lawsuit and Plaintiffs' damages are identified and analyzed.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy a part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Response:

Not applicable.

Dated:  April 6, 2007

<strong>O'Donnell & Associates PC</strong>

By: /s/ Pierce O'Donnell
    Attorneys for Plaintiffs
    Pierce O'Donnell (*pro hac vice*)
O'Donnell & Associates PC

550 South Hope Street, Suite 1000
Los Angeles, California 90071-2627
Telephone: (213) 347-0290
Facsimile:  (213) 347-0299
pod@oslaw.com

**Fayard & Honeycutt**

Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**The Andry Law Firm, LLC**

Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

**Domengeaux Wright Roy & Edwards LLC**

Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile:  (337) 233-2796

**Levin, Papantonio, Thomas, Mitchell
Echsner & Proctor, P.A.**

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

## <u>CERTIFICATE OF SERVICE</u>

I, Pierce O'Donnell, hereby certify that on April 6, 2007, I served Plaintiffs' Initial Disclosures upon Defendants' counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov ; and U.S. mail addressed to the United States Department of Justice, Torts Branch, Civil Division, P.O. Box 888, Benjamin Franklin Station, Washington, D.C. 20044.

<u>/s/ Pierce O'Donnell</u>
Pierce O'Donnell