UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>No. 05-4182 |
| _____ | § | SECTION "K" |
| PERTAINS TO: | § § | JUDGE STANWOOD R DUVAL, JR |
| | § | MAG. DIV. 2 |
| INSURANCE (Dicorte 06-8270) | § § | MAG. JOSEPH C. WILKINSON, JR. |
| _____ | § | |

**MOTION TO DISMISS**

COMES NOW, Patricia Dicorte, plaintiff, appearing herein through undersigned counsel, and on suggesting to the Court that the above matter has been compromised in full and that Plaintiffs desire to dismiss with prejudice the said cause against The Standard Fire Insurance Company incorrectly referred to as St. Paul Traveler's Casualty Insurance Company of America with each party to bear its own court costs.

Plaintiff retains and reserves all its rights, claims and causes of action against any and all other insurance companies and other entities specifically including, but not limited to, Lastrapes Insurance Agency.

1

F:\data\0894.210 \Dismiss Motion

Respectfully submitted:

/s/ Brian J. Houghtaling
Brian J. Houghtaling, II (30258)
Attorney for Plaintiff
3500 N. Hullen
Metairie, LA 70002
Telephone: 504-456-8600
Facsimile:   504-456-8624

## CERTIFICATE OF SERVICE

    I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Gary J. Russo and James Thomas Busenlener and Max Jeffrey Cohen.

/s/ Brian J. Houghtaling
Brian J. Houghtaling, II (30258)
Attorney for Plaintiff
3500 N. Hullen
Metairie, LA 70002
Telephone: 504-456-8600
Facsimile:   504-456-8624

2