UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br><br>No. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R DUVAL, JR<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: | | |
| INSURANCE (Dicorte 06-8270) | | |

**ORDER OF DISMISSAL**

CONSIDERING THE FOREGOING MOTION TO DISMISS;

IT IS ORDERED by the Court that the above entitled and numbered action be and the same is hereby dismissed with prejudice against The Standard Fire Insurance Company incorrectly referred to as St. Paul Traveler's Casualty Insurance Company of America with each party to bear its own court costs.  Plaintiff retains and reserves all its rights, claims and causes of action against any and all other insurance companies and other entities specifically including, but not limited to, Lastrapes Insurance Agency.

1

F:\data\0894.210\Dismiss Order

2

Thus done and signed at New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE STANDWOOD R. DUVAL, JR.

F:\data\0894.210\Dismiss Order