# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DON AND CYNTHIA RILEY | * | CIVIL ACTION |
| Plaintiffs, | * | NO.: 06-8756 |
| VERSUS | * | SECTION: K |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: 2 |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED ANSWER

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company, and moves this Court, pursuant to Federal Rules of Civil Procedure Rule 15, for leave to file a supplemental and amended answer to Plaintiff's First Supplemental and Amending Complaint.

WHEREFORE, defendant, Allstate Insurance Company, prays that this Motion be granted and that the attached amended answer be filed with this court.

Respectfully Submitted,

_____
GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
        mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have this ___16th___ day of May, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid.

_____
GLENN B. ADAMS
MICHAEL W. COLLINS