UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DON AND CYNTHIA RILEY | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO.: 06-8756 |
| | * | |
| VERSUS | * | SECTION: K |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: 2 |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that Defendant is granted leave to file their First Supplemental and Amended Answer.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
UNITES STATE DISTRICT JUDGE