# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD SENSEBE AND ALAINNA** | * | **CIVIL ACTION** |
| **SENSEBE D/B/A INK WELL PRINTING** | * | |
| | * | |
| **VERSUS** | * | **NO. 06-5255** |
| | * | |
| | * | **SECT.  N** |
| **LAFAYETTE INSURANCE COMPANY** | * | |
| **AND POWELL INSURANCE AGENCY** | * | **MAG.   5** |
| **************************************************** | | |

## RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**NOW INTO COURT**, through undersigned counsel, comes defendant, Powell Insurance Agency, Inc., and respectfully requests that this Court issue an order dismissing Plaintiffs' claims against it for failure to state a claim upon which relief can be granted for the reasons more fully set forth in the attached memorandum.

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ Stephen Gele
_____
STEPHEN GELE (#22385) (T.A.)
PAUL HAMMER (#30540)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:    504/836-7537
Fax:              504/836-7538
sgele@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following:  Perry Michael Nicosia, Stephen R. Barry    I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following: Perry Michael Nicosia, Stephen R. Barry

/s/ Stephen Gele_____
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
sgele@ungarino-eckert.com