UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD SENSEBE AND ALAINNA SENSEBE D/B/A INK WELL PRINTING | * | CIVIL ACTION |
| VERSUS | * | NO. 06-5255 |
| | * | SECT. N |
| LAFAYETTE INSURANCE COMPANY AND POWELL INSURANCE AGENCY | * | MAG. 5 |

STATE OF LOUISIANA

PARISH OF JEFFERSON

**AFFIDAVIT**

  **COMES NOW** the affiant, Linda Gurtner, and having been duly sworn on oath, deposes and states as follows:

1. I am employed as Branch Manager by Powell Insurance Agency, Inc., and this affidavit is on my personal knowledge.

2. Powell Insurance Agency is not an insurance carrier.

3. Powell Insurance Agency does not assist or advocate on their clients' behalf in the handling and negotiating of claims against insurance carriers.

4. The only involvement that Powell Insurance Agency had with the file of Ron and Alainna Sensebe d/b/a/ Inkwell Printing ("Plaintiffs") was: (1) the sale of a property and liability policy through Lafayette Insurance Company in March 1998 and (2) the sale of a flood policies through Omaha Property and Casualty Insurance Company in July 2000 and Fidelity National in July 2004. All polices covered Plaintiffs' property located at 1105 W. Judge Perez Drive, Chalmette, Louisiana.


EXHIBIT A

5.  Powell Insurance Agency does not assist or advocate on their clients' behalf in the handling and negotiating of claims against insurance carriers.

*Linda Gurtner*

Linda Gurtner

SWORN TO AND SUBSCRIBED BEFORE ME, this 4th day of April, 2007.

NOTARY PUBLIC

Printed Name: Paul Hammer

Bar#/Notary# 30540