## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD SENSEBE AND ALAINNA SENSEBE D/B/A INK WELL PRINTING | * * * | CIVIL ACTION |
| VERSUS | * * | NO. 06-5255 |
| | * | SECT. N |
| LAFAYETTE INSURANCE COMPANY AND POWELL INSURANCE AGENCY | * * | MAG. 5 |

**************************************************

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Powell Insurance Agency, Inc.'s Motion to Dismiss will be brought on for hearing on **May 9, 2007** at **9:30 a.m.** or as soon thereafter as counsel may be heard before the Honorable Kurt Engelhardt, United States Courthouse, 500 Camp Street, Courtroom C351, New Orleans, Louisiana 70130.

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ Stephen Gele
STEPHEN GELE (#22385) (T.A.)
PAUL HAMMER (#30540)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:    504/836-7537
Fax:          504/836-7538
sgele@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following:  Perry Michael Nicosia, Stephen R. Barry    I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following: Perry Michael Nicosia, Stephen R. Barry

/s/ Stephen Gele
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
sgele@ungarino-eckert.com