**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RONALD SENSEBE AND ALAINNA** | * | **CIVIL ACTION** |
| **SENSEBE D/B/A INK WELL PRINTING** | * | |
| | * | |
| **VERSUS** | * | **NO. 2:06-cv-05255** |
| | * | |
| | * | **SECT.  N** |
| **LAFAYETTE INSURANCE COMPANY** | * | |
| **AND POWELL INSURANCE AGENCY** | * | **MAG.   5** |

**************************************************

<u>**MOTION TO SUBSTITUTE LEAD COUNSEL OF RECORD**</u>

On motion of Ungarino & Eckert, LLC, and on suggesting to the court that Matthew J. Ungarino is no longer lead counsel for the defendant, Powell Insurance Agency, Inc., and desires to withdraw from this cause; and

On suggesting to the court that the court assigns Stephen M. Gelé of Ungarino & Eckert, LLC, as lead counsel for the defendant, Powell Insurance Agency, Inc., and that he desires to have his name placed on the record as lead counsel and that all electronic notices in this case be sent to his attention.

<div style="border:1px solid">

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ Stephen M. Gelé
STEPHEN M. GELÉ

</div>

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ Stephen M. Gelé

STEPHEN M. GELÉ (#22385)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:      504/836-7537
Fax:             504/836-7538
sgele@ungarino-eckert.com