# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD SENSEBE AND ALAINNA** | * | **CIVIL ACTION** |
| **SENSEBE D/B/A INK WELL PRINTING** | * | |
| | * | |
| **VERSUS** | * | **NO. 2:06-cv-05255** |
| | * | |
| | * | **SECT.  N** |
| **LAFAYETTE INSURANCE COMPANY** | * | |
| **AND POWELL INSURANCE AGENCY** | * | **MAG.  5** |

**************************************************

## ORDER

**Considering the foregoing Motion;**

**IT IS ORDERED** by the court that Matthew J. Ungarino be permitted to withdraw as lead counsel from the representation of defendant, Powell Insurance Agency, Inc., in this matter and that the name of Stephen M. Gelé of Ungarino & Eckert, LLC be entered on the record of the court as lead attorney for defendant, Powell Insurance Agency, Inc., in the above entitled and numbered cause, and that all electronic notices in this case be sent to his attention and no further electronic notices be sent to Matthew J. Ungarino.

**THUS DONE, ORDERED AND SIGNED** in chambers in _____, Louisiana, this _____ day of _____, 2007.

_____
**JUDGE**