UNITED STATES DISTRICT COURT

EASTERN DISTRICT DISTRICT OF LOUISIANA

| | |
|---|---|
| **GWEN BURK,** *ET AL* | DOCKET NUMBER: 05-4182 c/f 06-7846 |
| VERSUS | SECTION K |
| **SCOTTSDALE INSURANCE COMPANY,** *ET AL* | MAGISTRATE 2 |

## CONSENT MOTION TO CONTINUE HEARING ON KATIE HYMEL'S MOTION TO DISMISS

Now into court comes the plaintiffs, Gwen Burk wife of/and William R. Burk, IV, through undersigned counsel, who with respect say that:

1. Undersigned counsel of record will be out of town on a family vacation from May 27, 2007 through June 2, 2007.

2. As a result, undersigned counsel will not have sufficient time to research and investigate the issues raised in Katie Hymel's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) [Doc. 4823] in order to prepare an opposition within the delays allowed by law.

3. Counsel for Katie Hymel consent to continuing this matter from June 13, 20007 to the next hearing date, June 27, 2007.

**WHEREFORE**, the plaintiffs, Gwen Burk wife of/and William R. Burk IV, pray that the Court order the hearing set on Katie Mymel's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) be continued and reset on June 27, 2007.

Respectfully Submitted:

Attorneys for the Plaintiffs

_____
**JOHN A. VENEZIA (#23963) T.A.
WILLIAM B. GORDON, III (#28056)**
The Law Office of John A. Venezia (APLC)
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005
Telephone: (504) 486-3910
Facsimile: (504) 486-3913
Email: john@venezialaw.net

-and-

**DAVID C. CLEMENT (#23687)
FORTUNÉ A. DUGAN, JR. (#23715)**
307 Tchoupitoulas Street, Suite 350
New Orleans, Louisiana 70130
Telephone:    (504) 598-2220
Facsimile:    (504) 598-2221
Email: dcc@clementgate.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be sent to all counsel of record *via* notices through the Court's ECF/CM system.

May 25, 2007                                     _____
                                                 John A. Venezia