UNITED STATES DISTRICT COURT

EASTERN DISTRICT DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

| | |
|---|---|
| **GWEN BURK,** *ET AL* | DOCKET NUMBER: 05-4182 c/f 06-7846 |
| VERSUS | SECTION K<br>MAGISTRATE 2 |
| **SCOTTSDALE INSURANCE COMPANY,**<br>    *ET AL* | PERTAINS TO INSURANCE |

## **ORDER**

Considering the foregoing Consent Motion to Continue Hearing on Katie Hymel's Motion to Dimiss,

**IT IS HEREBY ORDERED** that the hearing on Katie Hymel's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) [Doc. 4823] is continued and reset to June 27, 2007.

**SO ORDERED** this _____ day of _____, 2007 in New Orleans, Louisiana.

_____
**HON. STANWOOD R. DUVALL, JR.**
**United States District Judge**