UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7437 | * | |

## ORDER

Considering Defendant, Metropolitan Property & Casualty Insurance Company's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Shera J. Finn of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Met P & C and substitute in her place Bailey H. Smith (Bar No. 27906) of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as Met P & C's counsel of record in this proceeding.

New Orleans, Louisiana, this _____ day of May, 2007.

                                                                         _____
                                                                                        J U D G E

86348