OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY 22  AM 11: 16
LORETTA G. WHYTE
CLERK

Date: 4/20/07

Josephine Richardson, et al

vs.

Bob Bros.

Case No. 06-8708    Section K

consolidated with 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) U.S. Corps of Engineers, Through U.S. Attorney Jim Letten
   (address) 500 Poydras St. 2nd Floor, N.O. La. 70130-3319

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiff Josephine Richardson, et al
Address 3232 Edenborn Ave
        Metairie LA 70002

___ Fee
_✓_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No