```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    MAY 22 2007
         CHARLES R. FULBRUGE III
                 CLERK
         LORETTA G. WHYTE
              CLERK
```

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 21, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

        No. 07-30326  In Re: Katrina Canal   *K*
        USDC No.   2:05-CV-4182
                    2:06-CV-9223
                    2:06-CV-9075
                    2:06-CV-8967
                    2:06-CV-8922
                    2:06-CV-8891
                    2:06-CV-8890
                    2:06-CV-8888
                    2:06-CV-8884
                    2:06-CV-8676
                    2:06-CV-2152

Enclosed is a certified copy of the judgment issued as the mandate.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

        By: _____
             Kim Folse, Deputy Clerk
             504-310-7712

cc: w/encl:
    Mr Camilo K Salas III
    Mr James A Cobb Jr
    Mr Richard A Cozad
    Mr George M Gilly
    Mr A Gordon Grant Jr
    Mr William J Larzelere Jr
    Mr Andre' J Mouledoux
    Mr James H Roussel

MDT-1

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-30326

United States Court of Appeals
Fifth Circuit
**FILED**
May 21, 2007

Charles R. Fulbruge III
Clerk

IN RE: KATRINA CANAL BREACHES LITIGATION

---

PHILLIP REED, On behalf of himself and all others similarly situated

    Plaintiff - Appellant

 v.

GULF COAST TRAILING CO; TL JAMES AND COMPANY INC; GREAT LAKES DREDGE & DOCK CO; MIKE HOOKS INC; LUHR BROTHERS INC; MANSON CONSTRUCTION CO, also known as Manson Construction & Engineering Co; PINE BLUFF SAND & GRAVEL CO; KING FISHER MARINE SERVICE L P

    Defendants - Appellees

---

In Re: In the Matter of the Complaint of GULF COAST TRAILING CO, A Louisiana Partnership, as owner of the dredge Ouachita, praying for exoneration from or limitation of liability

    Petitioner - Appellee

---

In Re: In the Matter of the Complaint of TL JAMES AND COMPANY INC, As owner of the dredges Tom James and George D Williams II praying for exoneration from or limitation of liability

    Petitioner - Appellee

---

In Re: In the Matter of the Complaint of GREAT LAKES DREDGE & DOCK COMPANY, As owner of the Dredges California, Manhattan Island, Padre Island, and Alaska, and as owner pro hac vice of the Dredge Texas

    Petitioner - Appellee

In Re: In the Matter of the Complaint of MIKE HOOKS INC, As Owner of the Dredge Missouri H

    Petitioner - Appellee

---

In Re: In the Matter of the Complaint of MANSON CONSTRUCTION CO, As owner and operator of the Hopper Dredgees Newport and Bayport, for exoneration from or limitation of liability

    Petitioner - Appellee

---

In Re: In the Matter of the Complaint of PINE BLUFF SAND & GRAVEL CO, As owner and operator of dredge Marion praying for exoneration from or of liability

    Petitioner - Appellee

---

In Re: In the Matter of the Complaint of KING FISHER MARINE SERVICE LP, As owner of the Dredges Leonard M Fisher and Everett Fisher

    Petitioner - Appellee

---

In Re: In the Matter of the Complaint of WEEKS MARINE INC, As owner of the Dredges BE Lindholm, George D Williams, Weeks 262 and BT 208

    Petitioner - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

  Under 5ᴛʜ Cɪʀ. R. 42.3, the appeal is dismissed as of May 21, 2007, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Kim Folse*
Kim Folse, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana    5/21/07