

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 23  PM 4:46

LORETTA G. WHYTE
CLERK

James F. McConnon
Trial Attorney

Post Office Box 888, Benjamin Franklin Station
Washington, D.C. 20044

Telephone: (202) 353-2604
Facsimile: (202) 616-5200

PJP:JFMcConnon
157-0-272

May 1, 2007

RECEIVED
MAY 7 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

VIA FACSIMILE and U.S. MAIL
Honorable Joseph C. Wilkinson, Jr.
B409 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, LA 70130

Re: In Re Katrina Canal Breaches Litigation Civil Action No. 05-4182 (Levee, MRGO, Insurance)

**UNITED STATES' DOCUMENT PRODUCTION PROTOCOL**

Dear Judge Wilkinson:

Pursuant to paragraph IV(C)(2) of Case Management and Scheduling Order No. 4 (Doc. Rec. No. 3299), the undersigned provides the enclosed United States' Document Production Protocol with two exhibits (technical specifications and Clawback Order) regarding the United States' plan for making various responsive materials available for inspection for counsel and their experts for use in these proceedings. This Document Production Protocol has been formulated after receiving input from liaison counsel for both plaintiffs and defendants.

Sincerely,

James F. McConnon, Jr.
Trial Attorney
Civil Division, Torts Branch

Enclosures
as

cc: (Via email)
    Joseph Bruno
    Ralph Hubbard

___ Fee ___
___ Process ___
_X_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___