

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 23, 2007

Mr Camilo K Salas III
Salas & Co
Suite 1650
650 Poydras Street
New Orleans, LA 70130

```
        No. 07-30326  In Re: Katrina Canal
        USDC No.  2:05-CV-4182
                  2:06-CV-9223
                  2:06-CV-9075
                  2:06-CV-8967
                  2:06-CV-8922
                  2:06-CV-8891
                  2:06-CV-8890
                  2:06-CV-8888
                  2:06-CV-8884
                  2:06-CV-8676
                  2:06-CV-2152
```

Dear Mr Salas:

Confirming your telephone conversation with this office, the above appeal was dismissed in error and has this date been reopened.

Since no transcripts are necessary for this appeal, a briefing notice will issue once the record on appeal has been certified. By copy of this letter, the district court clerk is requested to certify the record within fifteen (15) days from this date.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: *Allison Lopez*
Allison Lopez, Deputy Clerk
504-310-7702

```
__ Fee_____
__ Process_____
X  Dktd_____
__ CtRmDep_____
__ Doc. No.____
```

```
cc:   Mr James A Cobb Jr
      Mr Richard A Cozad
      Mr George M Gilly
      Mr A Gordon Grant Jr
      Mr William J Larzelere Jr
      Mr Andre' J Mouledoux
      Mr James H Roussel
      Ms Loretta Whyte, Clerk
```