UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-10714 | * | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant, Allstate Insurance Company ("Allstate"), respectfully moves to withdraw Shera J. Finn of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Met P & C and substitute in her place Susan M. Rogge (Bar No. 28203) of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as Allstate's counsel of record in this proceeding.

**WHEREFORE**, Allstate prays that this Court enter an Order permitting Shera J. Finn to withdraw as counsel of record and substituting Susan M. Rogge in her place as counsel of record for Allstate.

86364

Respectfully submitted:

*/s/ Judy Y. Barrasso*

---

Judy Y. Barrasso, No. 2814
Shera J. Finn, No. 29184
    Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Ste. 1800
New Orleans, Louisiana 70112
Telephone:  504-589-9700
Telefax:  504-589-9701

Attorneys for Allstate Insurance Company

## **C E R T I F I C A T E**

I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ *Judy Y. Barrasso*

---

jbarrasso@barrassousdin.com

86364