UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO:    LEVEE | * | |
| (CASE NO. 06-8708, Josephine Richardson | * | |
| | * | |

## ST. PAUL FIRE AND MARINE COMPANY'S ANSWER
## TO PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), which for its Answer to the First Supplemental and Amending Complaint filed by Josephine Richardson, individually and on behalf of her deceased husband, Joseph Richardson, (the "Plaintiff"), respectfully responds to the particular paragraphs of the Petition as follows:

The first Paragraph of the Petition contains no factual allegations directed at St. Paul or any other party, but only identifies the party who is named Plaintiff in this suit and re-iterates the allegations in the original complaint.  Consequently, this paragraph requires no response from St. Paul.  To the extent a response from St. Paul may be deemed necessary, St. Paul denies the assertions in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

1.

The allegations of Paragraph I are not directed at St. Paul or its insured, the Board of Commissioners for the Orleans Levee District (the "OLD"), and, therefore, no response from St.

1

Paul is required. To the extent a response from St. Paul may be deemed necessary, St. Paul denies the allegations in Paragraph I for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**2.**

St. Paul denies the allegations in Paragraph II for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

**3.**

The final paragraph of the Complaint contains no factual allegations against St. Paul but states only a prayer for relief. Consequently, this paragraph requires no response from St. Paul. To the extent a response from St. Paul may be deemed necessary, St. Paul denies the allegations in this paragraph and affirmatively denies any liability to Plaintiff.

**AND NOW,** in further answer to the Complaint, St. Paul re-avers and re-alleges each and every answer and affirmative defense in its original pleading as if pled herein *in extenso*.

**WHEREFORE,** defendant, St. Paul prays that this answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of St. Paul and against Plaintiff, dismissing all of the claims of the Plaintiff against St. Paul, with prejudice, at Plaintiff's cost.

    Respectfully submitted,

    /s/ *Rachel A. Meese*
    JOSEPH P. GUICHET, T.A., Bar #24441
    RALPH S. HUBBARD III, T.A., Bar. #7040
    RACHEL A. MEESE, Bar # 25457
    **LUGENBUHL, WHEATON, PECK,**
    **RANKIN & HUBBARD**
    601 Poydras Street, Suite 2775

              New Orleans, Louisiana 70130
              Telephone:  (504) 568-1990
              Facsimile:  (504) 310-9195
              **Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 23rd day of May, 2007.

              /s/ *Rachel A. Meese*