UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br><br>PERTAINS TO: LEVEE & MRGO<br>05-4181   05-6314   06-0020   06-2346<br>05-4182   05-6324   06-0886   06-2545<br>05-5237   05-6327   06-2278<br>05-6073   05-6359   06-2287 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## SUPPLEMENTAL REPLY MEMORANDUM

MAY IT PLEASE THE COURT:

     This memorandum is filed by GOTECH, Inc. in reply to "Plaintiffs' Memorandum in Opposition to the Dismissal of Certain Defendants Based on the Louisiana Law Peremption" (Doc. 4683). This memorandum supplements any response being separately filed by the Engineering defendants as a group. These memoranda pertains to the pending Motions for Summary Judgment by the Engineering defendants, Doc. 2986 (Engineers' Motion for Summary Judgment - peremption) and Doc. 2974 (Engineers' Motion for Summary Judgment - res judicata).

     The claims against GOTECH must be dismissed, because the Plaintiffs do not even try to legally support a claim against GOTECH. The Plaintiffs' Memorandum only addresses actions related to the 17th Street Canal, and GOTECH did no work on the 17th Street Canal. GOTECH only provided engineering services related to the London Avenue Canal. In fact, Plaintiffs' Memorandum does not even use the word "GOTECH".

This leaves the Engineers' motions unopposed as they relate to GOTECH. The Plaintiffs' Memorandum is the only Memorandum filed in opposition to any motion filed by GOTECH now before the Court.

Accordingly, it is time to let GOTECH out of this case. GOTECH prays that its Motion for Summary Judgment on the basis of peremption (Doc. 2986) be granted and the claims currently pending against GOTECH be dismissed. Additionally, GOTECH prays that its Motion for Summary Judgment on the basis of res judicata (Doc. 2974) also be granted, dismissing all other claims which may be based on the same cause of action.

Respectfully Submitted,

LONG LAW FIRM

Albert Dale Clary (#4165)
Adrian G. Nadeau (#28169)
One United Plaza, Suite 500
4041 Essen Lane
Baton Rouge, Louisiana 70809
Telephone: (225) 922-5110
Facsimile: (225) 922-5105
adc@longlaw.com
agn@longlaw.com
**ATTORNEYS FOR: GOTECH, INC.
DEFENDANT AND MOVER**

### CERTIFICATE

I HEREBY CERTIFY that on May 29, 2007, I electronically filed the foregoing with the Clerk or Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Albert Dale Clary
**ALBERT DALE CLARY**