UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATION LITIGATION _____ PERTAINS TO:  ALL CASES | :  CIVIL ACTION : :  NO. 05-4182  "K" (2) : :  JUDGE DUVAL : :  MAGISTRATE WILKINSON : |

**REPLY OF BURK KLEINPETER, INC. AND BURK KLEINPETER, LLC. TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE DISMISSAL OF CERTAIN DEFENDANTS BASED ON THE LOUISIANA LAW OF PEREMPTION**

**MAY IT PLEASE THE COURT:**

Burk Kleinpeter, Inc. (BKI) and Burk Kleinpeter, LLC (BKLLC) respectfully call to the Court's attention that: (1) the Opposition filed by Plaintiff's Committee to Engineers' most recent Joint Motions to Dismiss, offers no factual or legal opposition (Doc 4683) to the Motions insofar as they sought dismissal of BKI; and therefore the Motions should be granted as to BKI as to all suits. And (2) there has been no opposition to the latest Motions for Summary Judgment by BKI, LLC.

Respectively submitted,

_/s/ Charles F. Seemann, Jr._
CHARLES F. SEEMANN, JR. (11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone:   (504) 581-5141
Facsimile:     (504) 566-1201
Attorneys for Burk-Kleinpeter, Inc. and Burk-Kleinpeter, L.L.C.

#438942v1<DKS> -Reply of Burk Kleinpeter  5-29-07