UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**FILED IN:**    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

**MEMORANDUM OF EUSTIS ENGINEERING COMPANY, INC.
IN OPPOSITION TO LEVEE PLAINTIFFS' MOTION TO DEEM
MATTERS ADMITTED AND FOR ATTORNEYS' FEES AND EXPENSES**

**NOW INTO COURT,** through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis"), and in opposition to the aforesaid motion, represents to the Court that the Motion should be withdrawn because Eustis timely prepared and served plaintiffs with responses to plaintiffs' discovery, including, without limitation, Answers to the Requests for Admissions. A copy of the email to Mr. Bruno, liaison counsel for plaintiffs, and of the accompanying pleading is hereby attached.

Accordingly, Eustis requests that the Motion be denied and that absent its withdrawal prior to the hearing date, attorneys fees and expenses be awarded to Eustis.

        Respectfully submitted,

/s/ Mat M. Gray, III
_____
MAT M. GRAY, III (La. No. 6264)
ALANSON T. CHENAULT, IV (La. No. 20747)
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Telecopier: (504) 523-2705
Email: mgray@frc-law.com
Email: achenault@frc-law.com
Attorneys for Eustis Engineering Company, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2007, I forwarded a copy of the foregoing to Joe Bruno, Esq. and Seth A. Schmeeckle, Esq.

/s/ Mat M. Gray, III
_____
MAT M. GRAY, III (La. No. 6264)
ALANSON T. CHENAULT, IV (La. No. 20747)
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Telecopier: (504) 523-2705
Email: mgray@frc-law.com
Email: achenault@frc-law.com
Attorneys for Eustis Engineering Company, Inc.