**Darlene Bolesny**

---

**From:** Darlene Bolesny
**Sent:** Monday, April 30, 2007 4:49 PM
**To:** 'cbruno@brunobrunolaw.com'
**Cc:** 'sschmeeckle@lawla.com'
**Subject:** 5270-001 Levee Litigation - Objections and Answer to Discovery Requests

With regard to the Levee litigation matter, attached please find responses to discovery.

*Darlene D. Bolesny*,
secretary to:
Mat M. Gray, III, Esq.
H. Jake Rodriguez, Esq.
Corwith Davis, III, Esq.
**Fowler Rodriguez**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Phone: (504) 523-2600
Fax: (504) 523-2705
Web: www.frc-law.com

5/29/2007