- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7660 | * | |

## MOTION TO WITHDRAW COUNSEL OF RECORD

Defendant, Federal Insurance Company (for itself and as erroneously sued as Chubb Group of Insurance Companies, a non-entity incapable of being sued) ("Federal"), respectfully moves that Shera J. Finn of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be permitted to withdraw as counsel of record for Federal.  Steven W. Usdin of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. will continue to represent Federal in this matter.

**WHEREFORE**, Federal prays that this Court enter an Order permitting Shera J. Finn to withdraw as counsel of record.

- 1 -

86469

- 2 -

Respectfully submitted,

*/s/ Shera J. Finn*

Steven W. Usdin, 12896
susdin@barrassousdin.com
Shera J. Finn, 29184
sfinn@barrassousdin.com
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  504-589-9700
Telefax:  504-589-9701

Attorneys for Defendant Federal Insurance Company (for itself and as erroneously sued as Chubb Group of Insurance Companies, a non-entity incapable of being sued)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ *Shera J. Finn*

- 2 -

86469