UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Duffy*, C.A. No. 06-8674 | | |

* * * * * * * *

## ORDER

Considering the foregoing Voluntary Motion to Dismiss:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted by plaintiffs, LICIA DUFFY, wife of/and TERRENCE DUFFY, SR., against the defendant, LARRY ORLANDO, be and the same are hereby dismissed, without prejudice, each party to bear their own costs. LICIA DUFFY, wife of/and TERRENCE DUFFY, SR. reserve all rights against all remaining parties.

**NEW ORLEANS, LOUISIANA**, this  29th  day of    May   , 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of May, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast