UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO<br>INSURANCE<br><br>*Lundy Enterprises*, No. 06-3509 | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## O R D E R

Considering the foregoing Joint Motion to Bifurcate Individual Claims of Lundy Enterprises, L.L.C. and M-Lund Enterprises, L.L.C. for Purposes of Common Issue Discovery Relating to Insurance (the "Joint Motion"), including the stipulation not to participate in Common Discovery for Insurers;

**IT IS HEREBY ORDERED** that the referenced proceeding be and hereby is bifurcated as set forth in the Joint Motion and in accordance with Case Management Order No. 4, Section VII, pp. 47-49, and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this  29th  day of _____May_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

85653