UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS JOINDER - AUSTIN, 06-5383 *(Austin* 07-2679; *Ward* 07-2680; *Rittner* 07-2681; *Miller* 07-2682) | * * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel and Designate Trial Attorney;

**IT IS ORDERED** that Donna Bramlett Wood is hereby enrolled as additional counsel and designated Trial Attorney for State Farm Fire and Casualty Company and State Farm General Insurance Company in the above-captioned matter.

New Orleans, Louisiana this __29th__ day of May, 2007.

_____
**UNITED STATE DISTRICT JUDGE**