UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES        *        CIVIL ACTION NO.:  05-4182
CONSOLIDATED LITIGATION             *
                                    *        SECTION "K"(2)
PERTAINS TO:      ABADIE, 06-5164   *
                                    *
* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Limited Reopening of Case for the Purpose of Dismissing Certain Hartford Policyholders with Prejudice and to Dismiss All Other Plaintiffs' Claims Against Hartford Without Prejudice;

**IT IS ORDERED ADJUDGED AND DECREED** that all of the claims of Patricia Allen, Isaac Bellizan, John Blanchard, Regina Blanchard, Arlene Bulot, Ruby Condoll (on behalf of Hartford's insureds, Edwin & Ruby Condoll), Marrel David, Edward Davis III, Luke Delpit, Cheryl Delpit, Eddie Blanco (doing business as Hartford's insured, E.B. Apparel), Lawrence Everette, Lena Fulton, Lionel Gaspard, George Guy, Willie Hardy, Herreast Harrison, Charles Jackson Sr., Harvey Jordan, Leoner King, Belgard LaCoste, Henry Latten, Don Lewis, Lawrence Lynchard, Jessie Philson, Clemmie Quinn, Tumer Thomas (insured by Hartford as "Turner Thomas"), Octave Weber, Lynn White (on behalf of Hartford's insureds, Isaac & Lynn White), John B. Williams (Hartford's insured, with a dwelling located at 6 Charlotte Drive, New Orleans, Louisiana), and Steven Williams asserted in the captioned matter, including without limitation

1

2

their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, and Hartford Underwriters Insurance Company ("Hartford") are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

      **IT IS HEREBY FURTHERE ORDERED ADJUDGED AND DECREED** all of the claims of all other plaintiffs against Hartford not previously mentioned in the preceding paragraph, including without limitation, Lois Labranche and Edna Marchand, are hereby dismissed WITHOUT PREJUDICE and at each party's cost.

      As a result of the foreging, no plaintiffs in this matter have claims against Hartford in the instant litigation and Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, and Hartford Underwriters Insurance Company should be terminated as defendants from the instant litigation.

New Orleans, Louisiana  
May 29, 2007

_____  
UNITED STATES DISTRICT COURT JUDGE