UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: O'Dwyer 06-6099  SECTION "K" (2)

## ORDER

CONSIDERING the United States' unopposed motion for extension of time to file responsive pleadings in this matter, and for good cause shown:

IT IS HEREBY ORDERED that the United States' motion is GRANTED;

IT IS FURTHER ORDERED that the United States shall be granted until July 9, 2007, within which to file responsive pleadings in Civil Action No. 06-6099.

New Orleans, Louisiana, this  29th  day of    May   , 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE