UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
　　　　　CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K" (2)

　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE DUVAL
PERTAINS TO:  INSURANCE　　　　　　　　　　　MAG. WILKINSON

### ORDER

Liaison Counsel have jointly submitted their "Supplemental and Amended Purported Common Insurance Discovery Protocol," seeking to amend the discovery protocol previously approved and adopted by the court concerning common insurance discovery as to those individual cases within the captioned umbrella that contain individual adjusting and other insurance claims in addition to the common liability issues.  Record Doc. Nos. 3687 and 3782.  Having considered the joint submission and the record, **IT IS ORDERED** that the court hereby approves and adopts the jointly submitted amended discovery protocol, which is Record Doc. No. 5190, and makes it the ORDER OF THE COURT for future proceedings in these matters.

New Orleans, Louisiana, this   29th   day of May, 2007.

　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. WILKINSON, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.