UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: Robinson (06-2268) | § | |
| | § | |

## ORDER

Having considered the Consent Motion for Leave to File an Over-length Reply Memorandum, and for good cause shown, it is hereby ORDERED that the Defendant's Motion is hereby GRANTED. The United States may file a 22-page reply memorandum.

New Orleans, Louisiana, this  29th  day of _____ May _____, 2007.

_____
UNITED STATES DISTRICT JUDGE