UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DON AND CYNTHIA RILEY | * | CIVIL ACTION |
| Plaintiffs, | * | NO.: 06-8756 |
| VERSUS | * | SECTION: K |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: 2 |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ALLSTATE'S FIRST SUPPLEMENTAL AND AMENDED ANSWER

NOW INTO COURT, through undersigned counsel, comes Defendant, Allstate Insurance Company ("Allstate"), who responds and answers Plaintiffs' First Supplemental and Amending Complaint as follows:

1.

Allstate hereby pleads in its entirety the original answer, filed on January 3, 2007 and shown as Document No. 8 in the record, as if copied herein *in extenso*.

2.

Allstate amends Paragraph XIX to read as follows:

XIX.

1

Except as expressly admitted herein, the allegations of Paragraph XIX are denied for lack of sufficient information to justify a belief therein. Allstate admits that complainants' property was damaged as a result of Hurricane Katrina.

3.

Allstate supplements its original answer by adding Paragraph number XX, to read as follows:

XX.

The allegations of Paragraph XX are denied for lack of sufficient information to justify a belief therein.

4.

Allstate supplements its original answer by adding Paragraph number XXI, to read as follows:

XXI.

The allegations of Paragraph XXI are denied. Further answering, Allstate denies that the "breaking or failure of the levee systems" is a peril not specifically excluded by the policy at issue. Allstate avers the full contents of the policy as if copied herein *in extenso* as the terms and conditions of the policy speak for themselves.

5.

Allstate supplements its original answer by adding Paragraph number XII, to read as follows:

XXII.

The allegations of Paragraph XXII are denied. Allstate avers the full contents of the policy as if copied herein *in extenso* as the terms and conditions of the policy speak for themselves.

6.

Allstate supplements its original answer by adding Paragraph number XIII, to read as follows:

XXIII.

The allegations of Paragraph XXIII are denied for lack of sufficient information to justify a belief therein.

7.

Allstate supplements its original answer by adding Paragraph number XXIV, to read as follows:

XXIV.

The allegations of Paragraph XXIV are denied. Allstate avers the full contents of the policy as if copied herein *in extenso* as the terms and conditions of the policy speak for themselves.

8.

Allstate supplements its original answer by adding Paragraph number XXV, to read as follows:

XXV.

The allegations of Paragraph XXV are denied. Further answering, Allstate specifically denies that La. R.S. 22:667 is applicable in this matter. *See Lahaye v. Allstate Ins. Co.*, 570

So.2d 460, 465 (La.App. 3 Cir.1990). Allstate avers the full contents of the policy as if copied herein *in extenso* as the terms and conditions of the policy speak for themselves.

9.

Allstate supplements its original answer by adding Paragraph number XXVI, to read as follows:

XXVI.

The allegations of Paragraph XXVI are denied. Allstate avers the full contents of the policy as if copied herein *in extenso* as the terms and conditions of the policy speak for themselves.

10.

Allstate supplements its original answer by adding Paragraph number XXVII, to read as follows:

XXVII.

To the extent Your Defendant is required to Answer Paragraph XXVII, the allegations of Paragraph XXVII are denied.

11.

Allstate supplements its original answer by adding Paragraph number XXVIII, to read as follows:

XXVIII.

No answer is deemed necessary in response to Plaintiff's Prayer. To the extent an answer is deemed necessary, Plaintiff's Prayer is denied.

WHEREFORE, Defendant, Allstate Insurance Company, prays that this Honorable Court dismiss all claims of the Plaintiff with prejudice and with all costs and expenses being taxed to Plaintiff.

RESPECTFULLY SUBMITTED,

GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
       mcollins@phjlaw.com
*Attorneys for Allstate Insurance Company*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this ___16th___ day of May, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid.

GLENN B. ADAMS
MICHAEL W. COLLINS

5