UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-10714 | * | |

## ORDER

Considering Defendant, Allstate Insurance Company's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Shera J. Finn of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Allstate and substitute in her place Susan M. Rogge (Bar No. 28203) of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as Allstate's counsel of record in this proceeding.

New Orleans, Louisiana, this  29th day of May, 2007.

_____
JUDGE

86367