UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § _____ § PERTAINS TO: § § INSURANCE (Williams, No. 07-1929) § § § _____ § | CIVIL ACTION No. 05-4182 SECTION "K" JUDGE STANWOOD R. DUVAL, JR. MAG. DIV. 2 MAG. JOSEPH C. WILKINSON, JR. |

**CORPORATE DISCLOSURE STATEMENT**

Defendant, The Standard Fire Insurance Company ("Standard Fire") in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1. The Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc. which is not a publicly traded company.

2. Travelers Insurance Group Holdings, Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is not a publicly traded company.

3. Travelers Property Casualty Corp. is a wholly-owned subsidiary of The Travelers Companies, Inc.

4. The Travelers Companies, Inc. is a publicly traded holding company and not an insurer that indirectly owns 100% of The Standard Fire Insurance Company.

Respectfully submitted:

s/Gary J. Russo_____
GARY J. RUSSO #10828
DOUGLAS C. LONGMAN, JR. #8719
CAMILLE BIENVENU POCHÉ #22597
Attorneys for The Standard Fire Insurance Company
PERRET DOISE, A.P.L.C.
P. O. Drawer 3408
Lafayette, LA  70502-3408
Telephone:  (337) 262-9000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Roy F. Amedee, Jr., William P. Connick, Bruce L. Feingerts, Patrick G. Kehoe, Jr., Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, J. Van Robichaux, Jr., Randy J. Ungar and Allan Berger.

s/Gary J. Russo_____