UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION § § No.  05-4182 § |
| _____ PERTAINS TO: INSURANCE (Deane, No. 07-2820) _____ | § § SECTION "K" § JUDGE STANWOOD R. DUVAL, JR. § § MAG. DIV. 2 § MAG. JOSEPH C. WILKINSON, JR. § § |

## CORPORATE DISCLOSURE STATEMENT

Defendant, The Standard Fire Insurance Company ("Standard Fire") in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1. The Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc. which is not a publicly traded company.

2. Travelers Insurance Group Holdings, Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is not a publicly traded company.

1

3. Travelers Property Casualty Corp. is a wholly-owned subsidiary of The Travelers Companies, Inc.

4. The Travelers Companies, Inc. is a publicly traded holding company and not an insurer that indirectly owns 100% of The Standard Fire Insurance Company.

Respectfully submitted:

s/Gary J. Russo_____
GARY J. RUSSO #10828
DOUGLAS C. LONGMAN, JR. #8719
CAMILLE BIENVENU POCHÉ #22597
Attorneys for The Standard Fire Insurance Company
PERRET DOISE, A.P.L.C.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000

## CERTIFICATE

I HEREBY CERTIFY that on May 30, 2007 a copy of the foregoing was filed electronically with the Clerk of court using the CM/ECF system. Notice of this filing will be sent to **William J. Luscy, III** by operation of the court's electronic filing system:

s/Gary J. Russo