AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAY 29  PM 3:

LORETTA G. WHYTE
CLERK

RETURN

JOSEPHINE RICHARDSON, ET AL

**SUMMONS IN A CIVIL CASE**

**V.**

BOH BROS. CONSTRUCTION COMPANY,
LLC, ET AL

CASE NUMBER: 06-8708

Consolidated w/
05-4182
Sect. "K"(2)

TO: United States Corps. Of Engineers
Through Agent for Service
Jim Letten
United States Attorney
U.S. Department of Justice
Eastern District of Louisiana
500 Poydras Street, 2nd Floor
New Orleans, LA 70130-3319

redirect:
Denise Frederick
7400 Leake Ave.
N.O. La.

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. CALUDA, LA BAR # 3804
3232 EDENBORN AVENUE
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

MAY 22 2007

DATE

B. Gregory

(BY) DEPUTY CLERK

Fee
Process
X   Dktd
CtRmDep
Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE *May 24, 2007* |
| Name of SERVER (PRINT) *CHARLES VICKNAIR* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____
_____
_____

☑ Other (specify): _OFFICE — MARY MALCOMB_

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL *$25.00* | SERVICES *$10.00* | TOTAL *$35.00* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *May 24, 2007*
Date

Signature of Server
*4016 COLORADO AVE*
*KENNER, LA*
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.