UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Insurance, <u>Vidacovich</u>, 06-4719 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

At the request of counsel for plaintiffs, and pursuant to Local Rule 78.1E, oral argument on plaintiffs' Motion to Compel and for Attorney's Fees, Record Doc. No. 5060, is hereby set on **JUNE 13, 2007 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this  30th  day of May, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE