UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7660 | * | |

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record;

**IT IS ORDERED** that Shera J. Finn of the law firm of Barrasso Usdin

Kupperman Freeman & Sarver, L.L.C. be and is hereby withdrawn as counsel of record for

Federal Insurance Company.

New Orleans, Louisiana, this  30th  day of May, 2007.

_____

J U D G E

86470