UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Nevil*, C.A. No. 06-7437 | SECTION "K" (2) |

## ORDER

Before the Court is Plaintiffs' Motion to Remand (Rec.Doc.No. 3567). Plaintiffs bring this action seeking damages for, *inter alia*, the negligence of their flood insurer Fidelity in failing to provide coverage that complemented their homeowner's policy.[1] A claim of negligence against a WYO involves the NFIP,[2] and thus, falls within the Court's exclusive subject matter jurisdiction as granted by 42 U.S.C. § 4072. For the reasons set forth in *Stay-N-Play Discovery School, Inc. v. Alverez*, 2006 WL 2947878 (E.D. La Oct. 14, 2006) and *Perret v. American Nat. Property and Cas.*, 2006 WL 3412267 (E.D. La. Nov. 27, 2006), the Court finds that Plaintiffs' motion is without merit. Accordingly,

---

[1] The procurement claims against the flood insurer are somewhat questionable, as there seems to be no legal duty for the flood insurer to procure flood insurance for the insured. Yet, this motion does not give the Court occasion to resolve these questions, and thus, the ruling is limited to the instant motion to remand.

[2] *See* C.A. No. 05-4182, Order on Motion Remand, at p. 5 (Rec.Doc.No. 2501); *pertains to Ludwig et al. v. Alliance Ins. Agency Servs., Inc., et al.*, No. 06-8935 (removed Oct. 23, 2006).

`
`

**IT IS ORDERED** that Plaintiffs' Motion to Remand (Rec.Doc.No. 3567) is hereby **DENIED**.

New Orleans, Louisiana, on this  30th day of May, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**