UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant CitiMortgage, Inc. who moves this Honorable Court for an Order allowing Tyler L. Weidlich (La. Bar #30790) of the law firm Baker Donelson Bearman Caldwell & Berkowitz, PC, to enroll as additional counsel of record for CitiMortgage, Inc. with Kent A. Lambert and Anne Derbes Keller, who are already enrolled as counsel of record for defendant in the captioned proceeding.

WHEREFORE, defendant CitiMortgage, Inc. requests this Honorable Court to enter an Order enrolling Tyler L. Weidlich (La. Bar #30790) of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC, as additional counsel of record for defendant.

1

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC


        BY:  /s/ Kent A. Lambert
        KENT LAMBERT (Bar No. 22458)
        ANNE DERBES KELLER (Bar No. 20584)
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana  70170
        Telephone:  (504) 566-5200
        Facsimile:  (504) 636-4000
        E-mail:  klambert@bakerdonelson.com
        **ATTORNEYS FOR CITIMORTGAGE, INC.**


### CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, a copy of the foregoing Motion to Enroll Additional Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        BY:  /s/ Kent A. Lambert
        KENT LAMBERT (Bar No. 22458)
        ANNE DERBES KELLER (Bar No. 20584)
        201 St. Charles Avenue, Suite 3600
        New Orleans, Louisiana  70170
        Telephone:  (504) 566-5200
        Facsimile:  (504) 636-4000
        E-mail:  klambert@bakerdonelson.com
        **ATTORNEYS FOR CITIMORTGAGE, INC.**