UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | § § | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE (Burks, No. 06-4173) | § § § § | MAG. WILKINSON |

## ORDER

Considering CitiMortgage, Inc.'s Motion to Enroll Additional Counsel of Record;

IT IS ORDERED that Tyler L. Weidlich of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC be enrolled as additional counsel of record for CitiMortgage, Inc. in this proceeding.

New Orleans, Louisiana, this _____ day of May, 2007.

                                                                                                   _____
                                                                                                                                           JUDGE