UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.: 05-4182 "K" (2) <br><br> JUDGE: DUVAL <br><br> MAGISTRATE: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Larroque, No. 06-8451)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO COMPEL DISCOVERY ISSUED BY STATE FARM FIRE AND CASUALTY COMPANY TO PLAINTIFFS KATHRYN LARROQUE AND URBAN G. LARROQUE, JR.

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, and upon suggesting to this Honorable Court that the defendant issued discovery in the form of Interrogatories and Request for Production of Documents to plaintiffs, Kathryn Larroque and Urban G. Larroque, Jr. on November 13, 2006 and Request for Admissions issued to plaintiffs on February 9, 2007, and on further suggesting, as of the filing of this motion, the aforementioned plaintiffs have not responded formally to said Interrogatories, Request for Production of Documents or Request for Admissions. Informal responses were made to the Requests for Admissions.

State Farm Fire and Casualty Company therefore moves this Honorable Court for an Order compelling Kathryn Larroque and Urban Larroque, Jr. to completely respond to

the Interrogatories, Request for Production of Documents, and Requests for Admissions within the delays to be determined by this Honorable Court.

WHEREFORE, based on the reasons set forth above and the attached Memorandum, defendant, State Farm Fire and Casualty Company prays that its Motion to Compel Discovery be granted.

Defendant offers the following exhibits in support of its motion:

Exhibit "A"----------------Interrogatories and Request for Production of Documents issued by State Farm to plaintiffs on November 13, 2006, *in globo;*

Exhibit "B"----------------Letter of November 13, 2006 to counsel for plaintiff, enclosing Interrogatories and Request for Production of Documents;

Exhibit "C"----------------Letter of February 9, 2007 setting a Rule 37.1 conference regarding the November 13, 2006 Interrogatories and Request for Production of Documents and enclosing Request for Admissions to plaintiffs;

Exhibit "D"----------------Letter of April 16, 2007 to counsel for plaintiffs setting Rule 37.1 conference for April 30, 2007; and

Exhibit "E"----------------Request for Admissions, February 9, 2007.

Exhibit "F"----------------Plaintiff's February 12, 2007 correspondence informally responding to Requests for Admission

Respectfully submitted,

   /s Eric B. Berger
JOSEPH M. MESSINA, #14216
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
(504) 586-9292 FAX (504) 586-1290

## RULE 37.1 CERTIFICATE

Undersigned counsel for the moving party hereby certifies that in compliance with Local Rule 37.1, has attempted to confer by telephone for purposes of amicably resolving the issues which are the subject of the attached Motion to Compel Discovery. Notwithstanding counsel for movers' numerous and diligent efforts to resolve these discovery issues, they remain in dispute.

   /s Eric B. Berger

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __30th__ day of __May__, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

   /s Eric B. Berger