UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Larroque, No. 06-8451)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY ISSUED BY STATE FARM FIRE AND CASUALTY COMPANY TO PLAINTIFFS KATHRYN LARROQUE AND URBAN G. LARROQUE, JR.**

MAY IT PLEASE THE COURT:

Defendant, State Farm Fire and Casualty Company (herein after referred to as "State Farm"), through undersigned counsel, comes before this Honorable Court to suggest that State Farm has propounded Interrogatories, Request for Production of Documents and Request for Admissions to the plaintiffs, Kathryn Larroque and Urban G. Larroque, Jr. in this matter.

**Interrogatories and Requests for Production.**

Interrogatories and Request for Production of Documents were propounded to plaintiffs on November 13, 2006, prior to the consolidation of this matter into the *In Re: Katrina* umbrella. The Interrogatories and Request for Production of Documents are attached in globo as Exhibit "A". The letters enclosing them to plaintiff counsel is

attached as Exhibits "B". Responses were already overdue at the time of consolidation. Mover has still received no responses or objections from plaintiffs to this discovery.

When no responses were received to the Interrogatories and Request for Production of Documents, mover, State Farm, by letter of February 9, 2007 set a Rule 37.1 conference with counsel for plaintiffs. See Exhibit "C". Counsel for mover spoke with counsel for plaintiffs who indicated that he did not think discovery needed to be responded to at the time as the Court was planning to issue a Case Management Order which had not yet been issued, discussing discovery in individual insurance cases,. Counsel for mover declined to file a Motion to Compel at the time.

However, the Court's Case Management and Scheduling Order number 4 was issued on March 1, 2007. This Order states, at page 48, "The Court finds that, as resolution of common liability issues proceeds pursuant to this Order, discovery and trial preparation of individual issues, including liability and damages, that will not be resolved under the remainder of this Order should not be delayed." As the Court has recognized, individual discovery issues must proceed. State Farm's discovery to plaintiffs concerns individual issues of the damage allegedly sustained at the Larroque plaintiffs' residence.

On April 16, 2007 mover, by facsimile correspondence, set another Rule 37.1 conference with counsel for plaintiffs. Plaintiff did not call to participate in the conference.

### Requests for Admission

Subsequent to the consolidation of this case with *In re: Katrina*, on February 9, 2007, movers sent Requests for Admissions to counsel for plaintiffs. The Request for

Admissions are attached as Exhibit "E". They were enclosed in counsel for mover's February 9, 2007 correspondence. (Exhibit "C"). No formal response was received within 30 days of their issuance (or within 30 days of the issuance of the above-quoted Case Management Order #4), though in a February 12, 2007 letter plaintiff counsel informally responded. (See Exhibit "F"). In light of the cooperative informal response, Mover is not asking that the Requests for Admission be deemed admitted, but Mover does desire a formal response to the Requests.

Mover hereby requests that this Honorable Court enter an Order compelling plaintiffs to respond to the Interrogatories and Request for Production of Documents that were issued in November, 2006 and the Requests for Admission that were issued February 9, 2007 within delays to be determined by this Honorable Court, and in failure thereof, mover requests the impositions of sanctions and attorney's fees to be assessed against plaintiffs for their failure to respond to said discovery requests.

WHEREFORE, for the foregoing reasons, Mover State Farm Fire and Casualty Company prays that its Motion to Compel Discovery be granted.

                                            Respectfully submitted:

                                                /s Eric B. Berger
                                          JOSEPH M. MESSINA, #14216
                                          ERIC B. BERGER (#26196)
                                          LOBMAN, CARNAHAN, BATT,
                                          ANGELLE & NADER
                                          400 Poydras Street, Suite 2300
                                          New Orleans, Louisiana 70130
                                          (504) 586-9292 FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 30th day of May, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

__/s Eric B. Berger__