UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |
| * | | |

**************************************
*
PERTAINS TO:                          *
                                      *
INSURANCE    (Larroque, No. 06-8451)  *
                                      *
**************************************

## NOTICE OF HEARING

CONSIDERING THE ABOVE AND FOREGOING, please take notice that the Motion to Compel Discovery filed by defendant, State Farm Fire and Casualty Company, through undersigned counsel is set for a hearing on June 20, 2007, at 11:00 a.m., before the Honorable Magistrate Judge Jay Wilkinson, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully submitted,

/s Eric B. Berger
JOSEPH M. MESSINA, #14216
ERIC B. BERGER (#26196)
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
(504) 586-9292 FAX (504) 586-1290

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of May, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

                                                                  /s Eric B. Berger