# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO

PAMELA K. RICHARD
ERIC B. BERGER
RACHEL A. MEESE

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

JAMES J. YOUNG, IV
RYAN G. DAVIS
SHAUN M. SMITH
ALEX P. TILLING
CHARLES R. RUMBLEY
JONATHAN B. WOMACK
HEATHER CHEESBRO
AMBER H. WATT

WRITER'S E-MAIL ADDRESS:
TLM@LCBA-LAW.COM

November 13, 2006

Gary M. Pendergast, Esq.
1515 Poydras Street, Suite 2260
New Orleans, LA 70112

Re.: Kathryn Larroque, wife of/and Urban G. Larroque, Jr. v. State Farm Insurance Company
USDC, No. 06-8451, Sec. C, Mag. 3
Our File No.: 29.068996

Dear Mr. Pendergast:

Enclosed please find INITIAL DISCLOSURES OF DEFENDANT, in accordance with Rule 26 (a)(1) of the Federal Rules of Civil Procedure, relative to the above-referenced matter.

I have also a copy of our client's INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS propounded to Charles and Golden Collins, which we would appreciate your clients answering within the appropriate legal delays.

Sincerely,

BURT K. CARNAHAN
TARA L. MASON

tlm
Enclosures

EXHIBIT
B