# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO

PAMELA K. RICHARD
ERIC B. BERGER
RACHEL A. MEESE

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

JAMES J. YOUNG, IV
RYAN G. DAVIS
SHAUN M. SMITH
ALEX P. TILLING
CHARLES R. RUMBLEY
JONATHAN B. WOMACK
HEATHER CHEESBRO
AMBER H. WATT
ANDREW M. MAESTRI

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

February 9, 2007

<u>*Via Fax 523-0464*</u>
Gary M. Pendergast, Esq.
1515 Poydras Street, Suite 2260
New Orleans, LA 70112

Re.:  *Kathryn Larroque, wife of/and Urban G. Larroque, Jr. v. State Farm Insurance Company*
CDC, No. 06-8600, Div. B-15
Our File No.: 29-068996

Dear Gary:

We propounded Interrogatories and Request for Production of Documents to your clients on November 13, 2006. We have not yet received responses. To move this matter along, I ask that you please contact me on the 15th day of February, 2007 at 4:00 p.m. to hold a Rule 37 Conference to discuss any objections you have to responding to these Interrogatories and Request for Production of Documents.

We also enclose a short set of Request for Admissions to your clients. Please respond to those within the delays allowed by law.

If you should have any questions, please do not hesitate to give us a call.

Sincerely,

*[signature]*

JOSEPH M. MESSINA
ERIC B. BERGER

JMM/EBB/cbd
Enclosure



EXHIBIT C

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                    4790
CONNECTION TEL                       95230464
SUBADDRESS
CONNECTION ID
ST. TIME                    02/09 14:32
USAGE T                     01'52
PGS. SENT                   3
RESULT                      OK
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO

PAMELA K. RICHARD
ERIC B. BERGER
RACHEL A. MEESE

†ALSO ADMITTED IN TEXAS

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)

JAMES J. YOUNG, IV
RYAN G. DAVIS
SHAUN M. SMITH
ALEX P. TILLING
CHARLES R. RUMBLEY
JONATHAN B. WOMACK
HEATHER CHEESBRO
AMBER H. WATT
ANDREW M. MAESTRI

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

February 9, 2007

*Via Fax 523-0464*
Gary M. Pendergast, Esq.
1515 Poydras Street, Suite 2260
New Orleans, LA 70112

Re.:   *Kathryn Larroque, wife of/and Urban G. Larroque, Jr. v. State Farm Insurance Company*
CDC, No. 06-8600, Div. B-15
Our File No.: 29-068996

Dear Gary:

We propounded Interrogatories and Request for Production of Documents to your clients on November 13, 2006. We have not yet received responses. To move this matter along, I ask that you please contact me on the 15th day of February, 2007 at 4:00 p.m. to hold a Rule 37 Conference to discuss any objections you have to responding to these Interrogatories and Request for Production of Documents.

We also enclose a short set of Request for Admissions to your clients. Please respond to those within the delays allowed by law.

If you should have any questions, please do not hesitate to give us a call.