# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO

PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)

RYAN G. DAVIS
SHAUN M. SMITH
ALEX P. TILLING
CHARLES R. RUMBLEY
JONATHAN B. WOMACK
HEATHER CHEESBRO
AMBER H. WATT
ANDREW M. MAESTRI
ANDREW R. SCHWING

WRITER'S E-MAIL ADDRESS:
EBB@LCBA-LAW.COM

April 16, 2007

<u>*Via Fax 523-0464*</u>
Gary M. Pendergast, Esq.
1515 Poydras Street, Suite 2260
New Orleans, LA 70112

Re.: Kathryn Larroque, wife of/and Urban G. Larroque, Jr. v. State Farm Insurance Company
USDC, Eastern District Of La., No. 06-8451 c/w 05-4182 "K"
Our File No.: 29-068996

Dear Gary:

We propounded Interrogatories and Request for Production of Documents to your clients on November 13, 2006. You have previously objected to providing responses before the release of Judge Duval's Case Management Order #4. As that Order has now been effect for nearly one month, and "discovery and trial preparation of individual issues, including liability and damages, that will not be resolved under the remainder of this order should not be delayed," please provide responses to our Interrogatories and Requests for Production of November 13, 2006 and our Requests for Admissions of February 9, 2007.

To move this matter along, I ask that you please contact me on the 30th day of April, 2007 at 4:00 p.m. to hold a Rule 37 Conference to discuss any objections you have to responding to these Interrogatories, Request for Production of Documents, and Requests for Admissions.

If you should have any questions, please do not hesitate to give us a call.

Sincerely,

JOSEPH M. MESSINA
ERIC B. BERGER

JMM/EBB/cbd



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    1100
CONNECTION TEL                        95230464
SUBADDRESS
CONNECTION ID
ST. TIME                    04/16 14:37
USAGE T                     01'17
PGS. SENT                   1
RESULT                      OK
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO

PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

**ATTORNEYS AT LAW**

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)

RYAN G. DAVIS
SHAUN M. SMITH
ALEX P. TILLING
CHARLES R. RUMBLEY
JONATHAN B. WOMACK
HEATHER CHEESBRO
AMBER H. WATT
ANDREW M. MAESTRI
ANDREW R. SCHWING

WRITER'S E-MAIL ADDRESS:
EBB@LCBA-LAW.COM

April 16, 2007

<u>*Via Fax 523-0464*</u>
Gary M. Pendergast, Esq.
1515 Poydras Street, Suite 2260
New Orleans, LA 70112

Re.:   Kathryn Larroque, wife of/and Urban G. Larroque, Jr. v. State Farm
       Insurance Company
       USDC, Eastern District Of La., No. 06-8451 c/w 05-4182 "K"
       Our File No.: 29-068996

Dear Gary:

      We propounded Interrogatories and Request for Production of Documents to your clients on November 13, 2006. You have previously objected to providing responses before the release of Judge Duval's Case Management Order #4. As that Order has now been effect for nearly one month, and "discovery and trial preparation of individual issues, including liability and damages, that will not be resolved under the remainder of this order should not be delayed," please provide responses to our Interrogatories and Requests for Production of November 13, 2006 and our Requests for Admissions of February 9, 2007.

      To move this matter along, I ask that you please contact me on the 30th day of April, 2007