UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION.:   No. 05-4182 "K" (2) |
| | | JUDGE:   DUVAL |
| | | MAGISTRATE:   WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Larroque, No. 06-8451)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR ADMISSIONS

TO:   Kathryn Larroque, wife of/and
       Urban G. Larroque, Jr.
       Through their attorney of record:
       Gary M. Pendergast, Esq.
       1515 Poydras Street, Suite 2260
       New Orleans, LA  70112

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, for propounding this Request for Admissions to plaintiffs, Kathryn Larroque wife of/and Urban G. Larroque, Jr., to be answered in accordance with the Federal Rules of Civil Procedure as follows:



EXHIBIT E

## REQUEST FOR ADMISSION NO. 1:

Please admit, based on representations made in a telephone conference with Judge Duval on February 6, 2007, that the present matter does not involve any issues other than the applicability of State Farm's water damage exclusion to damages allegedly sustained by plaintiffs and plaintiff's claim under the Louisiana Valued Policy Law (R.S. 22:695).

## REQUEST FOR ADMISSION NO. 2:

Please admit, based on representation made in a telephone conference with Judge Duval on February 6, 2007, that this case does not involve any bad faith/arbitrary-&-capricious issues.

## REQUEST FOR ADMISSION NO. 3:

Please admit that there are no pricing issues regarding items of damage for which State Farm has already paid.

## REQUEST FOR ADMISSION NO. 4:

Please admit that State Farm has paid all provable wind damage in this matter.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY MAILING THE SAME TO EACH, PROPERLY ADDRESSED, AND POSTAGE PREPAID, ON THIS _____ DAY OF _____, 2007.

_____

_____
JOSEPH M. MESSINA, #14216
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292  FAX (504) 586-1290