UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-4634, 06-5042, 06-5116, 06-5118, | § | |
|   06-5127, 06-5128, 06-5131, 06-5132, 06-5134, | § | |
|   06-5137, 06-5140, 06-5142, 06-5163, 06-8708, | § | |
|   07-647, 07-1113 07-1284, 07-1286, 07-1288, | § | |
|   07-1289) | § | |
| MRGO (06-1885, 06-2268, 06-4024, 07-1073, | § | |
|   07-1285, 07-1271) | § | |
| MRGO/LEVEE (06-4931, 06-5159, 06-5161, | § | |
|   06-5771, 07-206) | § | |
| LEVEE, MRGO, RESPONDER (05-4181) | § | |
| _____ | § | |

MOTION TO ENROLL

Trial Attorney Traci L. Colquette hereby moves to enroll the appearance of Trial Attorneys Daniel M. Barish and Ina Strichartz on behalf of the United States of America, defendant in the above-noted cases. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| DANIEL M. BARISH<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 888<br>Benjamin Franklin Station<br>Washington, D.C.  20044 | DANIEL M. BARISH<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>1331 Pennsylvania Ave., NW<br>Room 8095N<br>Washington, DC 20004 |
| INA STRICHARTZ<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 340<br>Benjamin Franklin Station<br>Washington, D.C.  20044 | INA STRICHARTZ<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>1331 Pennsylvania Ave., NW<br>Room 8008S<br>Washington, DC 20004 |

ECF Filing:
daniel.barish@usdoj.gov
ina.strichartz@usdoj.gov

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Traci L. Colquette
TRACI L. COLQUETTE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 305-7536 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: May 31, 2007

## CERTIFICATE OF SERVICE

      I, Traci L. Colquette, hereby certify that on May 31, 2007, I served a true copy of the United States' Motion to Enroll upon all parties by ECF or first class mail:

                      s/   Traci L. Colquette
                      TRACI L. COLQUETTE