UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-4634, 06-5042, 06-5116, 06-5118, | § | |
|   06-5127, 06-5128, 06-5131, 06-5132, 06-5134, | § | |
|   06-5137, 06-5140, 06-5142, 06-5163, 06-8708, | § | |
|   07-647, 07-1113 07-1284, 07-1286, 07-1288, | § | |
|   07-1289) | § | |
| MRGO (06-1885, 06-2268, 06-4024, 07-1073, | § | |
|   07-1285, 07-1271) | § | |
| MRGO/LEVEE (06-4931, 06-5159, 06-5161, | § | |
|   06-5771, 07-206) | § | |
| LEVEE, MRGO, RESPONDER (05-4181) | § | |
| _____ | § | |

ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Daniel M. Barish and Ina Strichartz as counselors of record for defendant, the United States of America.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2007.

_____
United States District Judge