UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
　　　　　CONSOLIDATED LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　NO.: 05-4182

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "K" (2)

FILED IN:　05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
　　　　　　05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
　　　　　　06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
　　　　　　06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
　　　　　　06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
　　　　　　06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
　　　　　　07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

## RULE 37.1 CERTIFICATE

　　Counsel for plaintiffs and defendants conferred on May 23, 2007 and were unable to resolve their differences regarding discovery.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**APPROVED PLAINTIFFS LIAISON**
　　　　　　　　　　　　　　　　　　　　**COUNSEL**

　　　　　　　　　　　　　　　　　　　　s/ Joseph M. Bruno
　　　　　　　　　　　　　　　　　　　　JOSEPH M. BRUNO (La. Bar # 3604)
　　　　　　　　　　　　　　　　　　　　PLAINTIFFS LIAISON COUNSEL
　　　　　　　　　　　　　　　　　　　　Law Offices of Joseph M. Bruno
　　　　　　　　　　　　　　　　　　　　855 Baronne Street
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70113
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 525-1335
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 561-6775

　　　　　　　　　　　　　　　　　　　　**LEVEE PLAINTIFFS' SUB-GROUP**
　　　　　　　　　　　　　　　　　　　　**LITIGATION COMMITTEE**

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas