UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

                                         NO.: 05-4182

                                         SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
                  05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
                  06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
                  06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
                  06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
                  06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
                  07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## RULE 37.1 CERTIFICATE

Counsel for plaintiffs and defendants conferred on May 24, 2007 and were unable to resolve their differences regarding discovery.

                                       **Respectfully Submitted,**

                                       **APPROVED PLAINTIFFS LIAISON COUNSEL**

                                       s/ Joseph M. Bruno
                                       JOSEPH M. BRUNO (La. Bar # 3604)
                                       PLAINTIFFS LIAISON COUNSEL
                                       Law Offices of Joseph M. Bruno
                                       855 Baronne Street
                                       New Orleans, Louisiana 70113
                                       Telephone: (504) 525-1335
                                       Facsimile: (504) 561-6775

**LEVEE PLAINTIFFS' SUB-GROUP**
**LITIGATION COMMITTEE**

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com


For

**LEVEE PLAINTIFFS' SUB-GROUP**
**LITIGATION COMMITTEE**

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas