UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## ORDER

Considering the foregoing Motion and Order to Compel Discovery,

IT IS ORDERED, that defendant, the St. Paul Fire and Marine Insurance Company, show cause on 27th day of June, 2007, at 11:00 o'clock A.M., why it should not be compelled to provide adequate answers to discovery.

This _____ day of _____, 2007, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE