UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS

---

### MOTION AND ORDER TO COMPEL DEFENDANT'S ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, come the Plaintiffs' Management Committee, in the above captioned matter, and upon suggesting to the Court that:

1.

On March 30, 2007, plaintiffs propounded interrogatories, admissions, and requests for production of documents upon defendant, the Board of Commissioners for the Port of New Orleans, through its enrolled counsel of record, Charles M. Lanier, Jr., Esq. and Fred Kessenich, Esq.  (See attached **exhibit "A"** in globo).

2.

Plaintiffs' Management Committee received answers to their discovery, however certain responses were inadequate.  Therefore, Darleen M. Jacobs, Esq. of the Plaintiffs' Management Committee scheduled a conference to discuss the defendant's failure to respond on May 21, 2007, which was subsequently continued to May 23, 2007.

3.

Despite said conference, defendants failed to provide adequate responses to the following discovery: Admissions of Fact numbers 22, 26, 27, 37, 38, 39, 40 and 46; Interrogatories numbers 1, 2 and 13.

WHEREFORE, the Plaintiffs' Management Committee moves this Honorable Court to Order that the defendant, the Board of Commissioners for the Port of New Orleans to completely respond to discovery and for all other general and equitable relief.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31st day of May, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno