UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
      CONSOLIDATED LITIGATION
                                        NO.: 05-4182

                                        SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
                05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
                06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
                06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
                06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
                06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
                07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS

**<u>ORDER</u>**

Considering the foregoing Motion and Order to Compel Discovery,

IT IS ORDERED, that defendant, the Board of Commissioners for the Port of New Orleans, show cause on 27th day of June, 2007, at 11:00 o'clock A.M., why it should not be compelled to provide adequate answers to discovery.

This _____ day of _____, 2007, at NEW ORLEANS, Louisiana.

                                                                         DISTRICT JUDGE