## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO: 05-4182 |
| BREACHES CONSOLIDATED | * | "K" (2) |
| LITIGATION | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: 07-1802 | * | MAGISTRATE WILKINSON |
| Plaintiffs: Victor and Ann Cerise | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VOLUNTARY MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, Victor and Ann Cerise, who move this honorable Court to dismiss this matter, with prejudice. Plaintiffs' counsel has determined that State Farm Fire and Casualty Company did not insure the property in question, as of the date of plaintiffs' loss.

Respectfully Submitted:

**ROBICHAUX LAW FIRM**

BY: _____
**J. VAN ROBICHAUX, Jr., #11338**
**BRIAN PAGE, # 30941**
Post Office Box 792500
New Orleans, LA 70179
Telephone: (504) 286-2022
Fax: (504) 282-6298