UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO: 05-4182 "K" (2) JUDGE DUVAL |
| PERTAINS TO: 07-1796 Plaintiff: Sandra Killeen | * * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**VOLUNTARY MOTION TO DISMISS**</u>

**NOW INTO COURT,** through undersigned counsel, comes Sandra Killeen, who moves this honorable Court to dismiss this matter, with prejudice. Plaintiff's counsel has determined that State Farm Fire and Casualty Company did not insure the property in question, as of the date of plaintiff's loss.

Respectfully Submitted:

**ROBICHAUX LAW FIRM**

BY:_____
**J. VAN ROBICHAUX, Jr., #11338
BRIAN PAGE, # 30941**
Post Office Box 792500
New Orleans, LA 70179
Telephone: (504) 286-2022
Fax: (504) 282-6298