UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO: 05-4182 |
| BREACHES CONSOLIDATED | * | "K" (2) |
| LITIGATION | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: 07-1796 | * | MAGISTRATE WILKINSON |
| Plaintiff: Sandra Killeen | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion, it is **ORDERED, ADJUDGED and DECREED** that the above-captioned matter be and hereby is dismissed, with prejudice. The Court reserves plaintiff's rights to proceed in another action against a company other than State Farm Fire and Casualty Company, which she alleges provided insurance coverage to her, as of the date of her alleged loss.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT COURT JUDGE**