## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE (Burks, No. 06-4173) | | MAG. WILKINSON |

### ORDER

Considering CitiMortgage, Inc.'s Motion to Enroll Additional Counsel of Record;

IT IS ORDERED that Tyler L. Weidlich of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC be enrolled as additional counsel of record for CitiMortgage, Inc. in this proceeding.

New Orleans, Louisiana, this __31st__ day of May, 2007.

_____
JUDGE