FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 31  PM 1:05

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | SECTION: K(2) |
| INSURANCE (*Vidacovich*, 2:06-cv-4719) | JUDGE DUVAL |
| | MAG. WILKINSON |

## ORDER BIFURCATING CASE

Considering the foregoing Joint Stipulation to Bifurcate Case from the Insurance Umbrella, IT IS ORDERED that the above styled matter is hereby bifurcated from the *In Re Katrina* Insurance Umbrella pursuant to the constructs of Section VII of CMO No. 4 and a preliminary conference to enter a new scheduling order will be scheduled by Magistrate Judge Wilkinson.

New Orleans, Louisiana, this 31st day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____