UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION "K" (2) |
| JOINDER CASES | * | |
| *severed from Austin, 06-5383* | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| THOMAS AUSTIN, JR. | * | |
| Plaintiff | * | |
| VERSUS | * | CIVIL ACTION NO. 07-2679 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "K" (2) |
| COMPANY and STATE FARM GENERAL | * | |
| INSURANCE COMPANY | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ANSWER AND REQUEST FOR TRIAL BY JURY

**NOW INTO COURT,** through undersigned counsel, comes defendant, State Farm Fire and

Casualty Company (hereinafter referred to as "State Farm"), who, in answer to Plaintiff's

Supplemental and Amending Complaint Pursuant to Order of Severance Dated March 27, 2007,

respectfully represents as follows:

FIRST DEFENSE

Plaintiff's Supplemental and Amending Complaint fails to state a claim against defendant

upon which relief can be granted.

SECOND DEFENSE

With full reservation of rights, defendant specifically answers the individual paragraphs of Plaintiff's Supplemental and Amending Complaint as follows:

I.

The allegations of Paragraph I of Plaintiff's Supplemental and Amending Complaint are denied, except to admit that State Farm is a foreign insurer authorized to do and doing business in the State of Louisiana.  State Farm General Insurance Company is not a proper entity.

II.

The allegations of Paragraph II of Plaintiff's Supplemental and Amending Complaint are denied.

III.

The allegations of Paragraph III of Plaintiff's Supplemental and Amending Complaint are denied.

IV.

The allegations of Paragraph IV of Plaintiff's Supplemental and Amending Complaint are denied.

V

The allegations of Paragraph V of Plaintiff's Supplemental and Amending Complaint Petition are denied.

VI.

The allegations of Paragraph VI of Plaintiff's Supplemental and Amending Complaint are

denied.

## VII.

The allegations of Paragraph VII of Plaintiff's Supplemental and Amending Complaint are denied.

## VIII.

The allegations of Paragraph VIII of Plaintiff's Supplemental and Amending Complaint are denied.

## IX.

The allegations of Paragraph IX of Plaintiff's Supplemental and Amending Complaint are denied.

## X.

The allegations of Paragraph X of Plaintiff's Supplemental and Amending Complaint are denied.

## XI.

The allegations of Paragraph XI of Plaintiff's Supplemental and Amending Complaint are denied.

## XII.

The allegations of Paragraph XII of Plaintiff's Supplemental and Amending Complaint are denied.

## XIII.

The allegations of Paragraph XIII of Plaintiff's Supplemental and Amending Complaint are denied.

XIV. (Incorrectly labeled as XIX)

The allegations of Paragraph XIV of Plaintiff's Supplemental and Amending Complaint are denied.

XV. (Incorrectly labeled as XX)

The allegations of Paragraph XV of Plaintiff's Supplemental and Amending Complaint are denied.

XVI. (Incorrectly labeled as XXI)

The allegations of Paragraph XVI of Plaintiff's Supplemental and Amending Complaint are denied.

XVII. (Incorrectly labeled as XXII)

The allegations of Paragraph XVII of Plaintiff's Supplemental and Amending Complaint are denied.

XVIII. (Incorrectly labeled as XXIII)

The allegations of Paragraph XVIII of Plaintiff's Supplemental and Amending Complaint are denied.

XIX. (Incorrectly labeled as XXIV)

The allegations of Paragraph XIX of Plaintiff's Supplemental and Amending Complaint are denied.

XX. (Incorrectly labeled as XXV)

The allegations of Paragraph XX of Plaintiff's Supplemental and Amending Complaint are denied.

### XXI. (Incorrectly labeled as XXVI)

The allegations of Paragraph XXI of Plaintiff's Supplemental and Amending Complaint are denied.

### XXII. (Incorrectly labeled as XXVII)

The allegations of Paragraph XXII of Plaintiff's Supplemental and Amending Complaint are denied.

### XXIII. (Incorrectly labeled as XXVIII)

The allegations of Paragraph XXIII of Plaintiff's Supplemental and Amending Complaint are denied.

### XXIV. (Incorrectly labeled as XXIX)

The allegations of Paragraph XXIV of Plaintiff's Supplemental and Amending Complaint are denied.

### XXV. (Incorrectly labeled as XXX)

The allegations of Paragraph XXV of Plaintiff's Supplemental and Amending Complaint are denied.

### XXVI. (Incorrectly labeled as XXXI)

The allegations of Paragraph XXVI of Plaintiff's Supplemental and Amending Complaint are denied.

### XXVII. (Incorrectly labeled as XXXII)

The allegations of Paragraph XXVII of Plaintiff's Supplemental and Amending Complaint are denied.

XXVIII. (Incorrectly labeled as XXXIII)

The allegations of Paragraph XXVIII of Plaintiff's Supplemental and Amending Complaint are denied.

XXIX. (Incorrectly labeled as XXXIV)

The allegations of Paragraph XVIII of Plaintiff's Supplemental and Amending Complaint are denied.

XXX. (Incorrectly labeled as XXXV)

The allegations of Paragraph XXX of Plaintiff's Supplemental and Amending Complaint are denied.

XXXI. (Incorrectly labeled as XXXVI)

The allegations of Paragraph XXXI of Plaintiff's Supplemental and Amending Complaint are denied.

XXXII. (Incorrectly labeled as XXXVII)

The allegations of Paragraph XXXII of Plaintiff's Supplemental and Amending Complaint are denied.

XXXIII. (Incorrectly labeled as XXXVIII)

The allegations of Paragraph XXXIII of Plaintiff's Supplemental and Amending Complaint are denied.

XXXIV. (Incorrectly labeled as XXXIX)

The allegations of Paragraph XXXIV of Plaintiff's Supplemental and Amending Complaint are denied.

XXXV. (Incorrectly labeled as XL)

The allegations of Paragraph XXXV of Plaintiff's Supplemental and Amending Complaint are denied.

XXXVI. (Incorrectly labeled as XLI)

The allegations of Paragraph XXXVI of Plaintiff's Supplemental and Amending Complaint are denied.

XXXVII. (Incorrectly labeled as XLII)

The allegations of Paragraph XXXVII of Plaintiff's Supplemental and Amending Complaint are denied.

XXXVIII. (Incorrectly labeled as XLIII)

The allegations of Paragraph XXXVIII of Plaintiff's Supplemental and Amending Complaint are denied.

XXXIX. (Incorrectly labeled as XLIV)

The allegations of Paragraph XXXIX of Plaintiff's Supplemental and Amending Complaint are denied.

XL. (Incorrectly labeled as XLV)

The allegations of Paragraph XL of Plaintiff's Supplemental and Amending Complaint are denied.

XLI. (Incorrectly labeled as XLVI)

The allegations of Paragraph XLI of Plaintiff's Supplemental and Amending Complaint are denied.

### XLII. (Incorrectly labeled as XLVII)

The allegations of Paragraph XLII of Plaintiff's Supplemental and Amending Complaint are denied.

### XLIII. (Incorrectly labeled as XLVIII)

The allegations of Paragraph XLIII of Plaintiff's Supplemental and Amending Complaint are denied.

### XLIV. (Incorrectly labeled as XLIX)

The allegations of Paragraph XLIV of Plaintiff's Supplemental and Amending Complaint are denied.

### XLV. (Incorrectly labeled as L)

The allegations of Paragraph XLV of Plaintiff's Supplemental and Amending Complaint are denied.

### XLVI. (Incorrectly labeled as LI)

The allegations of Paragraph XLVI of Plaintiff's Supplemental and Amending Complaint are denied.

### XLVII. (Incorrectly labeled as LII)

The allegations of Paragraph XLVII of Plaintiff's Supplemental and Amending Complaint are denied.

### XLVIII. (Incorrectly labeled as LIII)

The allegations of Paragraph XLVIII of Plaintiff's Supplemental and Amending Complaint are denied.

### XLIX. (Incorrectly labeled as LIV)

The allegations of Paragraph XLIX of Plaintiff's Supplemental and Amending Complaint are denied.

### L. (Incorrectly labeled as LV)

The allegations of Paragraph L of Plaintiff's Supplemental and Amending Complaint are denied.

### LI. (Incorrectly labeled as LVI)

The allegations of Paragraph LI of Plaintiff's Supplemental and Amending Complaint are denied.

### LII. (Incorrectly labeled as LVII)

The allegations of Paragraph LII of Plaintiff's Supplemental and Amending Complaint are denied.

### LIII. (Incorrectly labeled as LVIII)

The allegations of Paragraph LIII of Plaintiff's Supplemental and Amending Complaint are denied.

### LIV. (Incorrectly labeled as LIX)

The allegations of Paragraph LIV of Plaintiff's Supplemental and Amending Complaint are denied.

### LV. (Incorrectly labeled as LX)

The allegations of Paragraph LV of Plaintiff's Supplemental and Amending Complaint are denied.

LVI. (Incorrectly labeled as LXI)

The allegations of Paragraph LVI of Plaintiff's Supplemental and Amending Complaint are denied.

LVII. (Incorrectly labeled as LXII)

The allegations of Paragraph LVII of Plaintiff's Supplemental and Amending Complaint are denied.

LVIII. (Incorrectly labeled as LXIII)

The allegations of Paragraph LVIII of Plaintiff's Supplemental and Amending Complaint are denied.

LIX. (Incorrectly labeled as LXIV)

The allegations of Paragraph LIX of Plaintiff's Supplemental and Amending Complaint are denied.

LX. (Incorrectly labeled as LXV)

The allegations of Paragraph LX of Plaintiff's Supplemental and Amending Complaint are denied.

LXI. (Incorrectly labeled as LXVI)

The allegations of Paragraph LXI of Plaintiff's Supplemental and Amending Complaint are denied.

LXII.

State Farm is entitled to and requests a trial by jury herein on all issues.

**AND NOW, FURTHER ANSWERING:**

## THIRD DEFENSE

The plaintiff has been fully compensated for losses insured by his applicable homeowner's policy with State Farm.

## FOURTH DEFENSE

The damages sought by the plaintiff were not caused by a covered peril pursuant to the terms and the conditions of the applicable State Farm homeowner's policy, said policy being the best evidence of its own contents, and pled herein as if copied in extenso.

## FIFTH DEFENSE

State Farm has not been afforded satisfactory proof of loss by the plaintiff as is required by jurisprudential law, statutory law, and the terms and conditions of the applicable State Farm homeowner's policy, with said policy being the best evidence of its own contents and pled herein as if copied in extenso.

## SIXTH DEFENSE

The plaintiff has not adequately mitigated his alleged damages and losses, and thus, is liable for all consequential losses and damages resulting therefrom.

## SEVENTH DEFENSE

Alternatively, State Farm is entitled to a credit for any payments that may have been made or may in the future be made to the plaintiff pursuant to any insurance policy for perils covered under the homeowner's policy, and the plaintiff has no cause or right of action for recovery of any such amounts.

## EIGHTH DEFENSE

Alternatively, State Farm is entitled to a credit for any payments made under the insured's

## THIRTEENTH DEFENSE

In further answer, to the extent that plaintiff is claiming a right to penalties and attorney's fees of any amended version of L.R.S. 22:658 and L.R.S. 22:1220, or any other such statute, defendant contends that these amendments do not have retroactive effect, and that to give them retroactive effect, or to apply them to events and/or losses that occurred prior to the date of the amendment would be a violation of the U.S. Constitution and the Louisiana State Constitution.

## FOURTEENTH DEFENSE

As a further defense, defendant alleges that plaintiff's damages were not causally related to the wind associated with Hurricane Katrina.

## FIFTEENTH DEFENSE

As a further defense, defendant alleges that plaintiff's residence was not made uninhabitable by wind damage associated with Hurricane Katrina or any other covered peril.

## SIXTEENTH DEFENSE

As a further defense, defendant pleads all the terms, conditions, exclusions, and definitions of its policy and the same are pled herein as if copied in extenso.

**WHEREFORE,** State Farm prays that its Answer to plaintiff's Supplemental and Amending Complaint and affirmative defenses be deemed good and sufficient, and that after all due proceedings had, that there be judgment herein in favor of defendant, and against plaintiff, dismissing plaintiff's suit at plaintiff's costs, for all general and equitable relief, and for a trial by jury herein.

Respectfully submitted,


*s/Donna Bramlett Wood*
DONNA BRAMLETT WOOD, T.A. (22692)
ROY C. BEARD (17461)
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
    MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
(504)831-0946
Attorneys for State Farm Fire and Casualty Company


## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this 1st day of June, 2007.

*s/Donna Bramlett Wood*

**-14-**