UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: LEVEES AND MRGO | SECTION "K"(2) |

## ORDER

The Court has concluded that it is in the interest of justice that the issue of whether these actions sound in admiralty must be addressed prior to the second anniversary date of Hurricane Katrina.  Accordingly,

**IT IS ORDERED** that the following briefing schedule is established:

| | |
|---|---|
| June 22, 2007 | United States shall file the appropriate motion**.** |
| July 6, 2007 | Plaintiffs shall file a consolidated opposition to this motion. |
| July 12, 2007 | United States shall file a reply brief. |

No sur-reply shall be filed; however,

**IT IS FURTHER ORDERED** that Oral Argument shall be had on this motion on July 18, 2007 at 10:30 a.m.  This date is a special setting approved by the Court.

New Orleans, Louisiana, this __1st__ day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE