MINUTE ENTRY
WILKINSON, M.J.
MAY 30, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO: LEVEE (06-6642)<br>(PONCHARTRAIN BAPTIST CHURCH) | MAG. WILKINSON |

At the request of counsel for plaintiffs, including Pontchartrain Baptist Church and others ("PBC"), a status conference was conducted before me on May 30, 2007, in open court. Participating were: Francis Barry, Thomas Anzelmo, Michael Riess, Richard Tyler and Jason J. Markey, representing various defendants; William E. O'Neil, representing plaintiffs.

The purpose of the conference was to discuss the possibility of the entry of a separate case management order for the individual case brought by PBC. Prior to the conference, counsel were required to confer and submit to me a joint report concerning

MJSTAR: **0 : 35**

issues to be discussed at the conference. Record Doc. No. 4002. They complied and their report has been filed in the record. Record Doc. No. 5409.

At the outset of the conference, counsel for PBC stated that plaintiffs no longer seek deconsolidation, rendering that topic moot. The court advised counsel that the court considers the PBC case properly consolidated with the other matters in this action and that Case Management Order No. 4, Record Doc. No. 3299, fully applies. Access to the information PBC seeks for its case must be sought through the discovery process established in Case Management Order No. 4.

Counsel for PBC explained to the court the circumstances concerning plaintiffs' filing of an amended "petition" in "draft" form. All counsel were advised that the pleading had been submitted with a motion for leave to amend that was granted by Judge Duval, and that the amended "petition" had been filed and is considered by the court to be PBC's current pleading. PBC's counsel then advised that PBC desires further amendment of its complaint, which will render PBC's pending motion to remand moot. Accordingly,

**IT IS ORDERED** that counsel for PBC must draft an amended complaint and circulate it to counsel for all defendants no later than **June 13, 2007**. Counsel for the defense must then inform counsel for PBC no later than **June 20, 2007** whether they will

oppose any motion for leave to file the amended complaint. Counsel for PBC must then file its motion for leave to file its amended complaint no later than **June 26, 2007**, as either an unopposed ex parte motion or a motion noticed for hearing.

Counsel for PBC inquired about the status of the pending motions. Counsel were advised that Judge Duval is actively studying and addressing all pending motions.

The conference concluded with a discussion of settlement possibilities.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**