UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.: 05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKERSON |
| § | | |
| § | | |
| PERTAINS TO: § | | |
| LEVEE: § | | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. § | | |
| (07-2771) § | | |

C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S MOTION TO DEFER
COLLECTION, APPROVE SECURITY OR ALTERNATIVELY TO
DISPENSE WITH SECURITY

NOW INTO COURT, through undersigned counsel, comes plaintiff, C.R. Pittman Construction Company, Inc. (hereinafter, "CRPCCI"), who respectfully requests an Order pursuant to 48 C.F.R. 32.613(a)(l), granting a deferment of collection of the claim at issue in this case; deeming CRPCCI's request for deferment of collection timely; and finding CRPCCI's current surety bond to be good and sufficient security for the claims as required by 48 C.F.R. 32.613(l).

Respectfully submitted:

_____
GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40TH Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:   (504) 525-2456
COUNSEL FOR PLAINTIFF, C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  A copy of same will be mailed to all non-CM/ECF participating counsel.

_____

2