UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|            CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| LEVEE | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. | § | |
|  (07-2771) | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that after conferring with Joseph M. Bruno, Liaison Counsel, he stated that this motion which concerns breach of contract issues is independent of the levee breach class action issues, and therefore the motion should be set on the Court's next available hearing date.  Accordingly, the Motion to Defer Collection, Approve Security or Alternatively, to Dispense with Security, is hereby set for hearing on the 27th of June, 2007 at 9:00 a.m. before the Honorable Stanwood R. Duval, Jr.

                                        Respectfully submitted:

                                        _____
                                        GERALD A. MELCHIODE (#22525)
                                        jmelchiode@gjtbs.com
                                        WILLIAM J. PERRY (#19100)
                                        wperry@gjtbs.com
                                        GALLOWAY, JOHNSON, TOMPKINS,
                                        BURR & SMITH
                                        One Shell Square
                                        701 Poydras Street, 40TH Floor
                                        New Orleans, Louisiana 70139
                                        Telephone:  (504) 525-6802
                                        Facsimile:   (504) 525-2456
                                        COUNSEL FOR PLAINTIFF, C.R. PITTMAN
                                        CONSTRUCTION COMPANY, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of same will be mailed to all non-CM/ECF participating counsel.

_/s/ Gerald A. Melchiode_