## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **IN RE:** | **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| | **CONSOLIDATED LITIGATION** | § | **NO.: 05-4182 "K"(2)** |
| | | § | **JUDGE DUVAL** |
| | | § | **MAG. WILKERSON** |
| | | § | |
| | | § | |
| **PERTAINS TO:** | | § | |
| **LEVEE:** | | § | |
| **C.R. PITTMAN CONSTRUCTION COMPANY, INC.** | | § | |
| **(07-2771)** | | § | |

### CONSENT ORDER GRANTING C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S MOTION TO DEFER COLLECTION, APPROVE SECURITY OR ALTERNATIVELY TO DISPENSE WITH SECURITY

Considering C.R. Pittman Construction Company, Inc.'s ("CRPCCI") Motion to Defer Collection, Approve Security or Alternatively to Dispense with Security ("Motion"), and the consent of the parties hereto:

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that CRPCCI is granted a deferment of collection of the claim at issue in this case during the pendency of the determination of CRPCCI's action against the Corps.

1

New Orleans, Louisiana this _____ day of _____, 2007.

_____

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

Respectfully submitted:

_____

GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40TH Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
COUNSEL FOR C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

DONALD W. WASHINGTON
United States Attorney

By:   _____

JENNIFER B. DRAGO (#23633)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:      (337) 262-6897
Fax:            (337) 262-6693
COUNSEL FOR THE UNITED STATES OF
AMERICA