UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: *Rault*    C.A. No. 06-1734 | SECTION "K"(2) |

### ORDER

Before the Court is a Motion to Lift Stay and for Expedited Trial (Doc. 54) with a request for Oral Argument (Doc. 55). Plaintiff seeks trial on her insurance policy claim in an expedited basis. On March 15, 2007, this Court entered its order enforcing the stay on the adjudication of insurance coverage issues concerning the water damage exclusion issued by the United States Court of Appeals for the Fifth Circuit. (Doc. 3426). In this order, the Court explained why the relief sought in this motion is impossible for this Court to grant.

However, in the Case Management Order No. 4, Section VII (Doc. 3299), the Court also set up a mechanism for bifurcation of the water damage exclusion issues from the adjudication of individualized adjusting issues; bad faith claims handling; total amount of damages from wind, including water damage from wind; total amount of damage from water; and whether there is a total loss. This mechanism stands ready for plaintiff to seek bifurcation and proceed thereunder. Accordingly,

**IT IS ORDERED** that the Motion to Lift Stay and Expedited Trial (Doc. 54) and the Request for Oral Argument (Doc. 55) are **DENIED**.

New Orleans, Louisiana, this   1st   day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE