# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
EASTERN DISTRICT COURT
2007 MAY 31 P 4:08
LORETTA G. WHYTE
CLERK

**RETURN**

DARLEEN JACOBS LEVY, et al

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 06-5733 "C" (1)

AXIS SURPLUS INSURANCE COMPANY, et al

TO: (Name and address of defendant)

Axis Surplus Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Al Sarrat, A Professional Law Corporation
823 St. Louis Street
New Orleans, LA 70112

an answer to the FIRST AMENDED COMPLAINT which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

C. Kelly
(By) Deputy Clerk

**May 10, 2007**
Date

___ Fee
___ Process
X  Okd
___ (illegible)
___ Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Modesta Brown | TITLE Sec |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Cert Mail_ _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _May 31, 2007_     _Modesta Brown_

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Sent To _Michael S. Sistrunk_
Street, Apt. No.; or PO Box No. _3445 N. Causeway_
City, State, ZIP+4 _Metairie, LA 70_

PS Form 3800, June 2002    See Reverse

7006 0810 0003 6525 4799

---

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
_Michael S. Sistrunk, Esq_
_3445 N. Causeway Bv_
_Ste. 800_
_Metairie, La 70003_

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____   ☐ Agent   ☐ Addressee
B. Received by (Printed Name) _Harvey_   C. Date of Delivery _5/28/07_
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 0810 0003 6525 4799

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540