UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: MASTER COMPLAINT | * * * | JUDGE DUVAL |
| FILED IN: O'DWYER, No. 05-4181 TAUZIN, No. 06-0020 O'DWYER, No. 06-4389 ADAMS, No. 06-4634 O'DWYER, No. 06-5786 | * * * * * * | MAG. WILKINSON |
| ALSO FILED IN: BOURGEOIS, No. 06-5131 FERDINAND, No. 06-5132 | * * * | |

**CSX TRANSPORTATION, INC.'S AND CSX CORPORATION'S *EX PARTE*
<u>MOTION FOR LEAVE TO FILE SUBMISSION OF SUPPLEMENTAL AUTHORITY</u>**

NOW INTO COURT, through undersigned counsel, come defendants, CSX Transportation, Inc. and CSX Corporation, and hereby move this Court, pursuant to Local Rule 7.4, for leave to file the attached Submission of Supplemental Authority. On May 21, 2007, the United States Supreme Court, in *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007), clarified and reinforced the burden a plaintiff faces in meeting federal pleading requirements and

966898-1

avoiding dismissal on a motion to dismiss. The attached memorandum addresses *Twombly* and its effect on the pending motions to dismiss before the Court.

**WHEREFORE**, defendants, CSX Transportation, Inc. and CSX Corporation, respectfully move this Court for leave to file the attached Submission of Supplemental Authority.

        s/ Brent A. Talbot
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
  -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
  -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: (504) 483-3224
Facsimile: (504) 483-2259

**ATTORNEYS FOR DEFENDANTS
CSX TRANSPORTATION, INC. AND
CSX CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

        s/Brent A. Talbot