UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: MASTER<br>COMPLAINT | * * * | JUDGE DUVAL |
| FILED IN:<br>O'DWYER, No. 05-4181<br>TAUZIN, No. 06-0020<br>O'DWYER, No. 06-4389<br>ADAMS, No. 06-4634<br>O'DWYER, No. 06-5786 | * * * * * * | MAG. WILKINSON |
| ALSO FILED IN:<br>BOURGEOIS, No. 06-5131<br>FERDINAND, No. 06-5132 | * * * | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE
CSX TRANSPORTATION, INC.'S AND CSX CORPORATION'S
SUBMISSION OF SUPPLEMENTAL AUTHORITY**

MAY IT PLEASE THE COURT:

Movers, CSX Corporation and CSX Transportation, Inc., respectfully seek leave to file the attached "Submission of Supplemental Authority" for the reasons set forth in the motion for leave.

966898-1

      s/ Brent A. Talbot
      BRENT A. TALBOT (#19174)
      JONATHAN C. MCCALL (#9227)
       -of-
      **CHAFFE McCALL, L.L.P.**
      2300 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana 70163-2300
      Telephone: (504) 585-7000
      Facsimile:  (504) 585-7075

      and

      ROY J. RODNEY, JR. (#02079)
      JOHN K. ETTER (#25042)
       -of-
      **RODNEY & ETTER, L.L.C.**
      620 North Carrollton Avenue
      New Orleans, Louisiana 70119
      Telephone: (504) 483-3224
      Facsimile: (504) 483-2259

      **ATTORNEYS FOR DEFENDANTS**
      **CSX TRANSPORTATION, INC. AND**
      **CSX CORPORATION**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of June, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

      s/ Brent A. Talbot