UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: MASTER COMPLAINT | * * * | JUDGE DUVAL |
| FILED IN:<br>O'DWYER, No. 05-4181<br>TAUZIN, No. 06-0020<br>O'DWYER, No. 06-4389<br>ADAMS, No. 06-4634<br>O'DWYER, No. 06-5786 | * * * * * * | MAG. WILKINSON |
| ALSO FILED IN:<br>BOURGEOIS, No. 06-5131<br>FERDINAND, No. 06-5132 | * * * | |

## ORDER

"*Ex Parte* Motion for Leave to File CSX Transportation, Inc.'s and CSX Corporation's "Submission of Supplemental Authority" having been considered:

IT IS ORDERED that leave be hereby **GRANTED** to defendants CSX Transportation, Inc. and CSX Corporation to file a "Submission of Supplemental Authority."

New Orleans, Louisiana, this _____ day of June, 2007.

_____
**UNITED STATES DISTRICT COURT JUDGE**

966898-1