UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE | SECTION "K" MAG "2" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## REGARDING BURDEN OF PROOF

The Insurance Plaintiffs' Subgroup Litigation Committee (the "Insurance PSLC"), as the representative of numerous Plaintiffs who have asserted Katrina-related claims against insurance companies (the "Insurers"), move this Court for a Judgment that recognizes that the Insurers bear the burden of proving the applicability of any exclusion in an "all risk" policy. These policies provide coverage for all fortuitous losses unless otherwise specifically excluded. Louisiana law places the burden on the Insurers of proving that any exclusion in an "all risk" policy applies to deny coverage for Plaintiffs' respective losses.

**Respectfully Submitted:**

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
THE LAW OFFICES OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

FOR THE INSURANCE PLAINTIFFS
SUBGROUP LITIGATION COMMITTEE

AND

Calvin C. Fayard, Jr. (La. Bar No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC

AND

John N. Ellison, Esq.
ANDERSON, KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4375
jellison@andersonkill.com
*Admitted Pro Hac Vice*

AND

James M. Garner (La. Bar No. 19589)
SHER, GARNER, CAHILL, RICHTER, KLEIN,
& HILBERT
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com

AND

        Joseph J. McKernan (La. Bar. No. 10027)
        MCKERNAN LAW FIRM
        8710 Jefferson Highway
        Baton Rouge, LA 70809
        Telephone: (225) 926-1234
        Facsimile: (225) 926-1202
        jemckernan@mckernanlawfirm.com

        AND

        Drew A. Ranier (La. Bar No. 8320)
        RANIER, GAYLE and ELLIOT, L.L.C.
        1419 Ryan Street
        Lake Charles, LA 70601
        Telephone: (337) 494-7171
        Facsimile: (337) 494-7218
        drainer@rgelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1st day of June, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO