UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE | CIVIL ACTION<br><br>NO. 05-4182<br>SECTION "K" MAG "2" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

TO:   To all Defendants and their respective counsel,
      Through Defense Liaison Attorney of Record:
      Ralph S. Hubbard III
      Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
      601 Poydras Street
      Suite 2775
      New Orleans, La 70130-6041

PLEASE TAKE NOTICE that the attached MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING BURDEN OF PROOF, will be heard in the United States District Courthouse for the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana, on the 27TH day of June, 2007, at 9:30 a.m.

You are invited to attend and participate as may be deemed proper and in accordance with the law.

**Respectfully Submitted:**

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
THE LAW OFFICES OF JOSEPH M. BRUNO

855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com
FOR THE INSURANCE PLAINTIFFS
SUBGROUP LITIGATION COMMITTEE

AND

Calvin C. Fayard, Jr. (La. Bar No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC


AND

John N. Ellison, Esq.
ANDERSON, KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4375
jellison@andersonkill.com
*Admitted Pro Hac Vice*

AND

James M. Garner (La. Bar No. 19589)
SHER, GARNER, CAHILL, RICHTER, KLEIN,
& HILBERT
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com

AND

Joseph J. McKernan (La. Bar. No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202
jemckernan@mckernanlawfirm.com

AND

Drew A. Ranier (La. Bar No. 8320)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218
drainer@rgelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1st day of June, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO