UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE | SECTION "K" MAG 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR PARTIAL SUMMARY JUDGMENT
### REGARDING RETROACTIVITY OF ACT 813

The Insurance Plaintiffs' Subgroup Litigation Committee (the "Insurance PSLC"), as the representative of numerous plaintiffs who have asserted Katrina-related claims against insurance companies (the "Insurers"), moves this Court for a Judgment that recognizes that the recent revisions to Louisiana Revised Statute §22:658(B)(1) apply to Plaintiffs' claims against the "Insurers."

First, as a matter of law, Act 813, which revised Section 22:658(B)(1), applies retroactively to cover conduct that occurred before its enactment. The Louisiana Legislature's intent—as expressed in the legislative history and Historical and Statutory Notes—is clear. The Legislature intended for Act 813 to apply retroactively "to encourage" insurance companies to settle claims arising out of Hurricanes Katrina and Rita.

Second, even assuming Act 813 applies prospectively only, Plaintiffs are entitled to recover attorneys' fees and a fifty percent penalty. The current version of Section 22:658 became effective August 15, 2006. Because the Insurers' duty to adjust claims fairly and promptly extended beyond the effective date of the statute, the Insurers had 30 days from the effective date of the statute as a "safe harbor" in which to pay a given claim and avoid the statutory penalties. To the extent that the Insurers failed to take advantage of this "safe harbor," the current version of Section 22:658 applies to Plaintiffs' claims.

**Respectfully Submitted:**

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
THE LAW OFFICES OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com
FOR THE INSURANCE PLAINTIFFS
SUBGROUP LITIGATION COMMITTEE

AND

Calvin C. Fayard, Jr. (La. Bar No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC

AND

John N. Ellison, Esq.
ANDERSON, KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4375
jellison@andersonkill.com
*Admitted Pro Hac Vice*

AND

James M. Garner (La. Bar No. 19589)
SHER, GARNER, CAHILL, RICHTER, KLEIN,
& HILBERT
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com

AND

Joseph J. McKernan (La. Bar. No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202
jemckernan@mckernanlawfirm.com

AND

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1st day of June, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO