# HOUSE COMMITTEE ON INSURANCE

Minutes of Meeting
2006 Regular Session
May 31, 2006

## I.   CALL TO ORDER

Representative Karen Carter, Chair of the House Committee on Insurance, called the meeting to order in Committee Room 3 in the State Capitol, in Baton Rouge, Louisiana, at 9:24 a.m.

## II.   ROLL CALL

### MEMBERS PRESENT:                                    MEMBERS ABSENT:

Representative Karen Carter, Chair
Representative Shirley Bowler
Representative Dale Erdey
Representative Robert Faucheux
Representative Rick Farrar
Representative Terrell Harris
Representative Troy Hebert
Representative Ronnie Johns
Representative Chuck Kleckley
Representative Tom McVea
Representative Dan Morrish
Representative Cedric Richmond
Representative Steve Scalise
Representative Gary Smith
Representative Joseph Toomy
Representative Taylor Townsend
Representative Jim Tucker
Representative Michael Walsworth

## III.   STAFF MEMBERS PRESENT:

Theresa Ray, Senior Legislative Analyst
Zaren James, Attorney
Christie Russell, Secretary

1



EXHIBIT

A

Minutes, House Committee on Insurance                                                May 31, 2006

## IV. DISCUSSION OF LEGISLATION

### House Bill No. 157 by Representative Carter

Representative Carter presented House Bill No. 157, which re-creates the Department of Insurance.

Mr. Chad Brown, representing the Department of Insurance, P.O. Box 94214, Baton Rouge, LA 70804-9214, informed the committee that House Bill No. 157 recreates the Department of Insurance in accordance with the sunset provision in current law. He added that the proposed legislation was discussed at length at a previous committee meeting and would be happy to answer any questions from the committee.

Representative Carter offered an amendment to House Bill No. 157, which deletes provisions re-creating the Department of Insurance for six years, with a termination date of July 1, 2013, and instead provides for a two-year re-creation with a termination date of July 1, 2009. There being no objection to the motion, the amendment passed by a vote of 13 yeas and 0 nays. Members voting yea were Representatives Carter, Bowler, Farrar, Faucheux, Harris, Hebert, Johns, Kleckley, Morrish, Richmond, Smith, Toomy, and Townsend.

Representative Carter offered a motion to report House Bill No. 157 with amendments. There being no objection, the proposed legislation was reported with amendments by a vote of 13 yeas and 0 nays. Members voting yea were Representatives Carter, Bowler, Farrar, Faucheux, Harris, Hebert, Johns, Kleckley, Morrish, Richmond, Smith, Toomy, and Townsend.

### Senate Bill No. 620 by Representative Murray

Senator Murray presented Senate Bill No. 620, which increases penalties for insurers who fail to timely pay claims.

Senator Murray stated that the proposed legislation seeks to increase the penalty from 25% to 50% for insurers who are found to not handle consumers claims in a timely manner as well as award reasonable attorney's fees and costs. Senator Murray said that he had several constituents complain about their insurance companies to pay their claims and felt that the penalties were not enough to encourage these insurers to be more timely in getting adjusters to these people homes so that these claims can be settled.

Representative Farrar asked for Senator Murray to explain language in Senate Bill No. 620 regarding an insurer being arbitrary or capricious or without probable cause. Senator Murray stated that the insurance company has to be given sufficient information to put them on notice that they have a claim with them. Once the insurer has that information and notice and if they fail to act, that is considered to be arbitrary or capricious. In the end, a judge would have to rule the allegations are true and correct.

Representative Johns stated that he had no problem with many of the provisions in Senate Bill No.

2

620, but was concerned about one part of the bill. He stated his concerns about the addition of reasonable attorneys' fees and costs and asked for his perspective on that part of the language. Senator Murray stated that the addition of this language and making it law would make the law more accessible to consumers to get into court if their insurance companies are not settling their claims, and felt that the burden and cost of getting an attorney is just too much for the average consumer. He said that not only are consumers having to deal with costs associated with a disaster, they are also having to still make their insurance premiums and felt that it is wrong for these consumers to pay for an attorney in order to get their claims settled.

Representative Richmond stated his full support for Senate Bill No. 620 and reiterated the fact that the bill only applies when an insurance company is obviously arbitrary and capricious.

Senator Murray stated that it was his opinion that many consumers spend years paying insurance premiums, only to be told that what they thought was covered was in fact not. He said that this piece of legislation gives them an avenue to get their claims settled if they feel the insurer is not taking responsibility as they should according to their policy.

Mr. Chuck McMains, representing the Property and Casualty Insurers Association, 8551 United Plaza Blvd., Baton Rouge, LA 70806, stated his opposition to the increase of penalties that are already imposed to insurance companies and said the proposed legislation is uncalled for under current circumstances. He added that there has been no indication of any need for changing current law.

Mr. Kevin Cunningham, 8601 Jefferson Hwy, Baton Rouge, LA 70806, stated that while he understood the members concerns regarding their constituents welfare, he felt the legislation if passed would only hurt the insurance market and its stability in Louisiana, especially after Hurricanes Katrina and Rita and the costs associated with them.

Representative Johns offered an amendment to Senate Bill No. 620, which removes language regarding attorneys' fees and costs. There being an objection to the motion, a roll call vote was taken and the amendment failed to pass by a vote of 7 yeas and 8 nays. Members voting yea were Representatives Bowler, Erdey, Johns, Kleckley Morrish, Scalise, and Toomy. Members voting nay were Representatives Carter, Farrar, Faucheux, Harris, Hebert, Richmond, Smith, and Townsend.

Representative Richmond offered a motion to report Senate Bill No. 620 favorably. There being an objection, a roll call vote was taken and Senate Bill No. 620 was reported favorably by a vote of 10 yeas, 4 nays, and 1 abstaining vote. Members voting yea were Representatives Farrar, Faucheux, Harris, Hebert, Johns, Kleckley, Morrish Richmond, Smith, and Townsend. Members voting nay were Representatives Bowler, Erdey, Scalise, and Toomy. The member with the abstaining vote was Representative Carter.

## Senate Bill No. 685 by Senator Ellington

At the request of the author, Mr. Fred Burkett, representing the Towing and Recovery Association, no address given, presented Senate Bill No. 685, which prohibits an insurer from assuming the legal