Regular Session, 2006     **ACT No. 813**     <u>ENROLLED</u>

SENATE BILL NO. 620

BY SENATOR MURRAY AND REPRESENTATIVES FARRAR AND RICHMOND

 

AN ACT

2. To amend and reenact R.S. 22:658(B)(1), relative to insurance claims; to increase the penalties for failure to timely pay a claim; to authorize the assessment of attorney fees and cost against an insurer who fails to timely pay a claim; and to provide for related matters.

6. Be it enacted by the Legislature of Louisiana:

7. Section 1. R.S. 22:658(B)(1) is hereby amended and reenacted to read as follows:

8. §658. Payment and adjustment of claims, policies other than life and health and accident; personal vehicle damage claims; penalties; arson-related claims suspension

11.     * * *

12. B.(1) Failure to make such payment within thirty days after receipt of such satisfactory written proofs and demand therefor or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty days after receipt of satisfactory proofs of loss of that claim, as provided in Paragraphs (A)(1) and (4), respectively, or failure to make such payment within thirty days after written agreement or settlement as provided in Paragraph (A)(2), when such failure is found to be arbitrary, capricious, or without probable cause, shall subject the insurer to a penalty, in addition to the amount of the loss, of ~~twenty-five~~ **fifty** percent damages on the amount found to be due from the insurer to the insured, or one thousand dollars, whichever is greater, payable to the insured, or to any of said employees, or in the event a partial payment or tender has been made, ~~twenty-five~~

Page 1 of 2
Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.



SB NO. 620            ENROLLED

1    fifty percent of the difference between the amount paid or tendered and the amount
2    found to be due as well as reasonable attorney fees and costs. Such penalties, if
3    awarded, shall not be used by the insurer in computing either past or
4    prospective loss experience for the purpose of setting rates or making rate
5    filings.
6                         *   *   *

_____
PRESIDENT OF THE SENATE

_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES

_____
GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: _____

Page 2 of 2
Coding: Words which are struck through are deletions from existing law;
words in boldface type and underscored are additions.

SLS 06RS-291            <u>ORIGINAL</u>

Regular Session, 2006

SENATE BILL NO. 620

BY SENATOR MURRAY

INSURANCE CLAIMS. Increases penalties for insurers who fail to timely pay claims.

1                        AN ACT

2    To amend and reenact R.S. 22:658(B)(1), relative to insurance claims; to increase the

3         penalties for failure to timely pay a claim; to authorize the assessment of attorney

4         fees and cost against an insurer who fails to timely pay a claim; and to provide for

5         related matters.

6    Be it enacted by the Legislature of Louisiana:

7         Section 1. R.S. 22:658(B)(1) is hereby amended and reenacted to read as follows:

8         §658. Payment and adjustment of claims, policies other than life and health and

9                 accident; personal vehicle damage claims; penalties; arson-related

10                claims suspension

11                       *    *    *

12         B.(1) Failure to make such payment within thirty days after receipt of such

13    satisfactory written proofs and demand therefor or failure to make a written offer to

14    settle any property damage claim, including a third-party claim, within thirty days

15    after receipt of satisfactory proofs of loss of that claim, as provided in Paragraphs

16    (A)(1) and (4), respectively, or failure to make such payment within thirty days after

17    written agreement or settlement as provided in Paragraph (A)(2), when such failure

Page 1 of 2
Coding: Words which are struck through are deletions from existing law;
words in **<u>boldface type and underscored</u>** are additions.

SLS 06RS-291                                              ORIGINAL
                                                          SB NO. 620

1    is found to be arbitrary, capricious, or without probable cause, shall subject the
2    insurer to a penalty, in addition to the amount of the loss, of ~~twenty-five~~ **fifty** percent
3    damages on the amount found to be due from the insurer to the insured, or one
4    thousand dollars, whichever is greater, payable to the insured, or to any of said
5    employees, or in the event a partial payment or tender has been made, ~~twenty-five~~
6    **fifty** percent of the difference between the amount paid or tendered and the amount
7    found to be due **as well as reasonable attorney fees and costs**.

---

The original instrument and the following digest, which constitutes no part
of the legislative instrument, were prepared by Carla S. Roberts.

---

### DIGEST

<u>Present law</u> provides that failure to make a payment to a claimant within thirty days after receipt of such satisfactory written proofs or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty days after receipt of satisfactory proofs of loss of that claim, or failure to make such payment within thirty days after written agreement or settlement when such failure is found to be arbitrary, capricious, or without probable cause, the insurer is subject to a penalty of 25% percent damages on the amount found to be due or $1,000, whichever is greater.

<u>Proposed law</u> retains <u>present law</u> but changes the penalty amount from 25% of the damages owed to 50% of the damages owed.

<u>Present law</u> provides if a partial payment or tender has been made and the court finds damages in excess of the partial payment, 25% of the difference between the amount paid or tendered and the amount found to be due will be paid as a penalty.

<u>Proposed law</u> retains <u>present law</u> but changes the penalty amount from 25% of the damages owed to 50% of the damages owed.

<u>Proposed law</u>, in addition to the 50% penalty, that reasonable attorney fees and cost be paid by an insurer who fails to timely pay claims.

(Amends R.S. 22:658(B)(1))

Page 2 of 2
Coding: Words which are struck through are deletions from existing law;
words in **boldface type and underscored** are additions.