UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182

PERTAINS TO:                          SECTION"K"MAG "2"
INSURANCE

**********************************************************************************

## STATEMENT OF UNCONTESTED FACTS

Pursuant to Local Rule 56.1, the Insurance Plaintiffs' Subgroup Litigation Committee

(the "Insurance PSLC"), submits a Statement of Uncontested Facts in support of the Motion for

Partial Summary Judgment regarding retroactivity of Act 813:

1.

In a resolution passed by the Louisiana Legislature in 2005, the House of Representatives

declared that displaced residents "can not begin to return home to rebuild their destroyed

businesses and homes because insurance companies are contesting the validity of homeowners'

insurance policies and stalling or refusing to pay claims."[1]

---

[1]*See* Louisiana Revised Statute § 22:658, Historical and Statutory Notes, House
Concurrent Resolution No. 58 of the 2005 First Extraordinary Session

2.

The Legislature further found that "this delay and refusal to pay is detrimental to the citizens of Louisiana and is causing delays in the recovery process."[2]

3.

In the May 31, 2006 meeting minutes for the House Committee on Insurance, Senator Edwin Murray, who sponsored Act 813, stated that he "had several constituents complain about their insurance companies."[3]

4.

Senator Murray declared that the "penalties were not enough to encourage these insurers to be more timely in getting adjusters to these people's homes so that these claims can be settled."[4]

5.

In arguing in support of an attorneys' fees provision, Senator Murray stated that it would be wrong to force insureds who have "to deal with costs associated with a disaster" to "pay for an attorney in order to get their claims settled."[5]

---

[2] *See id.*

[3] *See* House Committee On Insurance, Minutes of Meeting, 2006 Regular Session, May 31, 2006.

[4] *See id.*

[5] *See id.*, p. 3.

**Respectfully Submitted:**

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
THE LAW OFFICES OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com
FOR THE INSURANCE PLAINTIFFS
SUBGROUP LITIGATION COMMITTEE

AND

Calvin C. Fayard, Jr. (La. Bar No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC


AND

John N. Ellison, Esq.
ANDERSON, KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4375
jellison@andersonkill.com
*Admitted Pro Hac Vice*

AND

3

James M. Garner (La. Bar No. 19589)
SHER, GARNER, CAHILL, RICHTER, KLEIN,
& HILBERT
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com

AND

Joseph J. McKernon (La. Bar. No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202
jemckernan@mckernanlawfirm.com

AND

Drew A. Ranier (La. Bar No. 8320)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218
drainer@rgelaw.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1ST day of June , 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO