UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE | SECTION "K"  MAG "2" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## REGARDING COLLATERAL SOURCE

The Insurance Plaintiffs' Subgroup Litigation Committee (the "Insurance PSLC"), as the representative of numerous Plaintiffs who have asserted Katrina-related claims against insurance companies (the "Insurers"), based upon the matters set forth in the accompanying papers, moves this Court for a Judgment that an insured's receipt of proceeds under the National Flood Insurance Program does not alter or reduce the amounts owed under a commercial or homeowners' insurance policy.

**Respectfully Submitted:**

PLAINTIFFS' LIAISON COUNSEL

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
THE LAW OFFICES OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com
FOR THE INSURANCE PLAINTIFFS
SUBGROUP LITIGATION COMMITTEE

AND

Calvin C. Fayard, Jr. (La. Bar No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC

AND

John N. Ellison, Esq.
ANDERSON, KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4375
jellison@andersonkill.com
*Admitted Pro Hac Vice*

AND

2

Case 2:05-cv-04182-SRD-JCW   Document 5446   Filed 06/01/07   Page 3 of 4

James M. Garner (La. Bar No. 19589)
SHER, GARNER, CAHILL, RICHTER, KLEIN,
& HILBERT
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com

AND

Joseph J. McKernan (La. Bar. No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202
jemckernan@mckernanlawfirm.com

AND

Drew A. Ranier (La. Bar No. 8320)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218
drainer@rgelaw.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 1st day of June, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO