FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAY 11  AM 10: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMILY PECQUET wife of/and<br>GEORGE PECQUET<br>    Plaintiffs<br><br>versus<br><br>THE STANDARD FIRE INSURANCE COMPANY<br>    Defendant | *    Case No. 06-04718<br>*<br>*<br>*    Judge Lemelle<br>*<br>*<br>*    Magistrate Shushan<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO COMPEL AND FOR ATTORNEY'S FEES

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, *George and Emily Pecquet*, who move this Honorable Court for an Order compelling defendant, *Standard Fire Insurance Company*, to immediately and more fully answer plaintiffs' first set of Interrogatories and Request for Production of Documents and award plaintiffs a reasonable attorney's fee associated with preparing the present Motion to Compel.

**WHEREFORE**, plaintiffs, *George and Emily Pecquet*, respectfully request that this Honorable Court order defendant, *Standard Fire Insurance Company*, to immediately and more fully answer plaintiffs' first set of Interrogatories and Request for Production of Documents and award plaintiffs a reasonable attorney's fee as a result of filing the present Motion to Compel.

RESPECTFULLY SUBMITTED:

/s/ Remy Voisin Starns
REMY VOISIN STARNS (Bar #26522)
RYAN P. REECE (Bar #26479)
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMILY PECQUET wife of/and | * |
| GEORGE PECQUET | *  Case No. 06-04718 |
| Plaintiffs | * |
| versus | * |
| | *  Judge Lemelle |
| THE STANDARD FIRE INSURANCE COMPANY | * |
| Defendant | * |
| | *  Magistrate Shushan |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I do herby certify that I have on this 11th day of *May, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE