UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EMILY PECQUET wife of/and | * | |
| GEORGE PECQUET | * | Case No. 06-04718 |
|     Plaintiffs | * | |
| versus | * | |
| | * | Judge Lemelle |
| THE STANDARD FIRE INSURANCE COMPANY | * | |
|     Defendant | * | |
| | * | Magistrate Shushan |
| | * | |

*****************************************************

## RULE 37.1 CERTIFICATE

I, **Ryan P. Reece,** hereby certify that in accordance with the Local Rules of the District Courts of the State of Louisiana, I conferred with opposing counsel and unsuccessfully attempted to amicably resolve the issues raised by this Motion to Compel.

_____
RYAN P. REECE

## CERTIFICATE OF SERVICE

I do herby certify that I have on this **11th** day of **May, 2007**, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE