## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMILY PECQUET wife of/and | * |
| GEORGE PECQUET | *   Case No. 06-04178 |
|     Plaintiffs | * |
| versus | * |
| | *   Judge Lemelle |
| THE STANDARD FIRE INSURANCE COMPANY | * |
|     Defendant | * |
| | *   Magistrate Shushan |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

**LET IT BE KNOWN** that the hearing on Plaintiffs' Motion to Compel is scheduled for June 6, 2007 at 9:00 a.m. at the United States District Court for the Eastern District of Louisiana at 500 Camp Street, New Orleans, Louisiana, before Magistrate Sally Shushan.

### CERTIFICATE OF SERVICE

I do herby certify that I have on this *11th* day of *May, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE