UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>C.R. PITTMAN CONSTRUCTION COMPANY, INC.<br>V. UNITED STATES OF AMERICA (07-2771) | | |

### AFFIDAVIT OF SERVICE

I, __Adam Bailey__, am over 18 years old and not a party to the above-captioned litigation. On June 4, 2007, at __3:30__ o'clock __p__.m, I did personally serve the Motion to Defer Collection, Approve Security or Alternatively, to Dispense with Security, Memorandum in Support, Attached Exhibits and Notice of Hearing on the Honorable James B. Letten, U.S. Attorney, 500 Poydras Street, Room B210, New Orleans, Louisiana, 70130.

_____
ADAM BAILEY

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __4Th__ DAY
__June__, 2007.

_____
NOTARY PUBLIC
JULIE E. VAICIUS
NOTARY PUBLIC
Notary I.D. # 84002
State of Louisiana
My Commission is issued for Life.