**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |

**FILED IN:**   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

### LEVEE PSLC'S MOTION TO COMPEL CLASS CERTIFICATION DISCOVERY RESPONSES FROM DEFENDANTS, BOH BROS. CONSTRUCTION COMPANY, INC., GULF GROUP, INC. OF FLORIDA, PITTMAN CONSTRUCTION CO., INC., AND EUSTIS ENGINEERING, CO., INC.

NOW INTO COURT, through undersigned counsel, comes The Plaintiffs' Levee Subgroup Litigation Committee (hereinafter "Levee PSLC"), who respectfully request that this Honorable Court, pursuant to Fed. R. Civil P. 37, Order Defendants, Boh Bros. Construction Company, Inc., Gulf Group, Inc. of Florida, Pittman Construction Company, Inc., and Eustis Engineering Co., Inc., (hereinafter "Defendants") to answer Class Certification Interrogatories and Requests for Production of Documents propounded upon Defendants by the Levee PSLC on March 30, 2007. Defendants have failed to adequately respond to the Levee PSLC's Class Certification discovery requests as required by Fed. R. Civil P. 33 & 34. Furthermore, this failure amounts to non-compliance with this Court's Case Management and Scheduling Order No. 4.

-1-

WHEREFORE, the LEVEE PSLC respectfully requests that, after due proceedings are conducted, this Honorable Court order Defendants to respond to the Levee PSLC's Class Certification discovery requests and order Defendants to pay movant's reasonable expenses incurred with bringing this motion pursuant to Fed. R. Civil P. 37(a)(4)(A).

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775


**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**
Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 4th day of June, 2007.

                                                  /s/ Joseph M. Bruno
                                                  Joseph M. Bruno