UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | | SECTION "K" |
| PERTAINS TO:   LEVEE | * * | MAGISTRATE (2) |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 06-6324, 05-6327, 05-6359, 06-0020 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349 | * * * * * * * * * * * * * | JUDGE DUVAL MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### BOH BROS. CONSTRUCTION CO., L.L.C.'S
### RESPONSE TO REQUEST FOR ADMISSIONS

NOW INTO COURT, through undersigned counsel, comes defendant, Boh Bros. Construction Co., L.L.C. ("Boh Bros.") who responds to the Levee Plaintiffs' Class Certification Discovery Requests and the Levee Plaintiffs' First Set of Requests for Admissions, as follows:

### OBJECTION

The above identified Requests for Admissions are in violation of Case Management and Scheduling Order No. 4 (Doc. 3299) and for that reason, Boh Bros. objects to these Requests.

1



EXHIBIT "A"

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: /s/ Michael R. C. Riess
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

AND

Terrence L. Brennan (#3434)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, La 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-4005
*Attorneys for Boh Bros. Construction Co., L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Boh Bros. Construction Co., L.L.C.'s Response to Requests for Admissions has been served upon the members of the Levee Litigation Group by e-mail, by fax and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, this 1st day of May, 2007.

/s/ Michael R. C. Riess