```
***********************************************************************************
 *                                                                          P. 01  *
 *                          TRANSACTION REPORT                                      *
 *                                                         MAY-30-2007 WED 09:29 AM *
 *                                                                                  *
 *   DATE  START    RECEIVER        TX TIME   PAGES TYPE      NOTE           M#  DP *
 *---------------------------------------------------------------------------------*
 *   MAY-30 09:28 AM 6806080         1'44"      3  SEND       OK             754    *
 *---------------------------------------------------------------------------------*
 *                                                                                  *
 *                                     TOTAL :   1M 44S PAGES:  3                   *
 *                                                                                  *
***********************************************************************************
```

LAMBERT AND NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130-3629

Hugh P. Lambert                                      504-581-1750

Linda J. Nelson                                      Fax: 504-529-2931

E. Alexis Bevis

================================================================

FACSIMILE COVER SHEET

DATE:        May 30, 2007

TO:          Robert C. Stern, Esq.

Re:          Katrina Canal Breaches Consolidation Lit
             Class Certification Discovery

FAX #:       (504) 680-6080

FROM:        Candace

================================================================
        Please see attached.

Candace

EXHIBIT
"D"

LAMBERT AND NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130-3629

Hugh P. Lambert                                                    504-581-1750

Linda J. Nelson                                                    Fax: 504-529-2931

E. Alexis Bevis

==================================================

FACSIMILE COVER SHEET

DATE:        May 30, 2007

TO:          Robert C. Stern, Esq.

Re:          Katrina Canal Breaches Consolidation Lit
             Class Certification Discovery

FAX #:       (504) 680-6080

FROM:        Candace

==================================================

    Please see attached.

Candace

==================================================

** If you have any questions or problems with this fax, please call at (504) 581-1750.**


    The information contained in this fax message is confidential and/or privileged.  This fax is intended only for the personal and confidential use of the designated recipients named above.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, or distribution or copying of this message is strictly prohibited.  If you receive this transmission in error, please notify the sender immediately by telephone and return the original documents to us at the above address via the United States Postal Service.


TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 3

# IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

### (USDC, E.D. La. No. 05-4182 "K")

PLAINTIFFS' LIAISON
COUNSEL
JOSEPH M. BRUNO

LEVEE SUBGROUP
LITIGATION COMMITTEE
Gerald E. Meunier,
Liaison
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter C. Dumas
Darleen M. Jacobs
Hugh P. Lambert

MRGO SUBGROUP
LITIGATION COMMITTEE
James P. Roy, Liaison
John B. Andry
Joseph M. Bruno
Clay H. Mitchell
Pierce O'Donnell

INSURANCE SUBGROUP
LITIGATION COMMITTEE
Calvin C. Fayard, Jr.,
Liaison
Joseph M. Bruno
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier

LITIGATION
COORDINATOR
J. Robert Warren, II

855 BARONNE STREET
NEW ORLEANS, LA. 70113
(504) 525-1335
(504) 561-6775 FACSIMILE

May 30, 2007

**Via Facsimile: 680-6080 and U.S. Mail**
Robert C. Stern, Esq.
400 Poydras Street, Suite 1710
New Orleans, LA 70130

RE:   In Re: Katrina Canal Breaches Consolidated Litigation
        Civil Action No. 05-4182 "K" (2)
        Class Certification Discovery

---------------------------------------------------------------------

Dear Robert:

As you know, the Eastern District of Louisiana's Local Civil Rule 37.1 provides that no motion relative to discovery shall be accepted for filing unless accompanied by a certificate of counsel for the moving party stating that counsel have conferred for purposes of amicably resolving the issues and stating why they are unable to agree, or stating that opposing counsel has refused to so confer after reasonable notice.

Please allow this letter to confirm that Plaintiffs have not received Pittman Construction Company's Responses to Plaintiffs' Class Certification Interrogatories and Requests for Production propounded pursuant to Case Management Order #4 Section III(B)(2) entitled, Class Certification Disclosure and Written Discovery, which states in pertinent part as follows:

> No later than **March 30, 2007**, plaintiffs and defendants must submit to the other side three (3) separate sets (one each for Levee, MRGO (if necessary) and Insurance cases) of no more than twenty five (25) interrogatories, no more than fifty (50) requests for production and no more than fifty (50) requests for admissions, all limited to class certification issues.  Written responses to this discovery must be provided no later than **April 30, 2007**...

Plaintiffs assume that Pittman has not responded to Plaintiffs' Class Certification discovery requests because Pittman believes that it is exempt on the basis of Case Management Order #4 Section IV(A)(f) entitled, Common Issues Liability Mandatory Disclosures, which addresses only Common Liability issues and merits discovery.

Robert C. Stern, Esq.
Page 2 of 2
May 30, 2007

     Plaintiffs submit that Defendant Contractors and Engineers are not exempt from **Class Certification** discovery obligations, but are only limited by the Case Management Order as to **Common Liability and Merits** discovery obligations at this time. Plaintiffs further submit that Plaintiffs' position is confirmed as correct in light of the fact that Defendants Engineers, Burk-Kleinpeter, Inc., Modjeski & Masters, Inc., and Gotech, Inc., have all responded to Plaintiffs' Class Certification discovery.

     Plaintiffs have already filed a Motion to Deem Plaintiffs' Requests for Admissions Admitted as to Eustis, Gulf Group, Inc. of Florida, and Pittman Construction.

     We propose that we meet in person as soon as possible at Lambert & Nelson, PLC which is located at 701 Magazine Street, New Orleans, LA 70130. Please contact me upon receipt of this letter to discuss scheduling this matter.

     With best regards, I am

                  Very truly yours,

                  E. ALEXIS BEVIS

/eab