**Alexis Bevis**

| | |
|---|---|
| **From:** | Scott Joanen [Scott@brunobrunolaw.com] |
| **Sent:** | Thursday, May 24, 2007 11:59 AM |
| **To:** | mgray@frc-law.com |
| **Cc:** | Joe Bruno; Alexis Bevis |
| **Subject:** | KLL-Discovery letter |

Counselor,

Please see attached regarding outstanding discovery in the levee Breaches cases.

Scott Joanen
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA 70113
Tel: (504) 525-1335
Fax: (504) 561-6775
scott@brunobrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have recieved this transmission in error, please immediately notify us by telephone at (504) 525-1335.

6/4/2007

**EXHIBIT**

"E"

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

May 23, 2007

Mat M. Gray, III, Esq.
Alanson T. Chenault, IV, Esq.
400 Poydras Street, 30th Floor
New Orleans, LA 70130

RE:   In Re: Katrina Canal Breaches Consolidated Litigation
      Civil Action No. 05-4182 "K" (2)
      Class Certification Discovery
------------------------------------------------------------------------

Dear Mat:

   As you know, the Eastern District of Louisiana's Local Civil Rule 37.1 provides that no motion relative to discovery shall be accepted for filing unless accompanied by a certificate of counsel for the moving party stating that counsel have conferred for purposes of amicably resolving the issues and stating why they are unable to agree, or stating that opposing counsel has refused to so confer after reasonable notice.

   Please allow this letter to confirm that Plaintiffs have not received Eustis' responses to Plaintiffs' Class Certification Interrogatories and Requests for Production propounded pursuant to Case Management Order #4 Section III(B)(2) entitled, Class Certification Disclosure and Written Discovery, which states in pertinent part as follows:

> No later than **March 30, 2007**, plaintiffs and defendants must submit to the other side three (3) separate sets (one each for Levee, MRGO (if necessary) and Insurance cases) of no more than twenty five (25) interrogatories, no more than fifty (50) requests for production and no more than fifty (50) requests for admissions, all limited to class certification issues. Written responses to this discovery must be provided no later than **April 30, 2007**...

   Plaintiffs assume that Eustis has not responded to Plaintiffs' Class Certification discovery requests because Eustis believes that it is exempt on the basis of Case Management Order #4 Section IV(A)(b) entitled, Common Issues Liability Mandatory Disclosures, which addresses only Common Liability issues and merits discovery.

Mat M. Gray, III, Esq.
Alanson T. Chenault, IV, Esq.
Page 2 of 2
May 23, 2007

    Plaintiffs submit that Defendant Contractors and Engineers are not exempt from **Class Certification** discovery obligations, but are only limited by the Case Management Order as to **Common Liability and Merits** discovery obligations at this time. Plaintiffs further submit that Plaintiffs' position is confirmed as correct in light of the fact that Defendant Engineers, Burk-Kleinpeter, Inc., Modjeski & Masters, Inc., and Gotech, Inc., have all responded to Plaintiffs' Class Certification discovery.

    Plaintiffs have already filed a Motion to Deem Plaintiffs' Requests for Admissions Admitted as to Eustis, Gulf Group, Inc. of Florida, and Pittman Construction.

    We propose that we meet in person as soon as possible, but not later than 2:30 p.m. on Friday, May 25, 2007, at Lambert & Nelson, PLC which is located at 701 Magazine Street, New Orleans, LA 70130. Please contact me upon receipt of this letter to discuss scheduling this matter.

    With best regards, I am

                           Very truly yours,

                           E. ALEXIS BEVIS

/eab