UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *LeDuff* C.a. No. 06-5260 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion for Summary Judgment (Doc. 1612) filed by Pittman Construction Company of LA, Inc. ("Pittman") wherein Pittman seeks summary judgment on plaintiffs' claims against it as this company has not undertaken any of the work that is at issue in this case. No opposition has been filed in response to this motion and having reviewed the affidavit of Charles R. Pittman, the Court finds merit in this motion. Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 1612) filed by Pittman Construction Company of LA, Inc. ("Pittman") is **GRANTED**.

New Orleans, Louisiana, this   4th   day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE