## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                          **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                              **NO. 05-4182**

**PERTAINS TO:**                                              **SECTION "K"(2)**
*O'Dwyer* **06-5786**

## <u>ORDER</u>

Before the Court is a Rule 12(B)(6) Motion to Dismiss (Doc. 3091) filed by the Orleans

parish Criminal Sheriff's Office.   Finding that the Motion has merit and that there has been no

opposition filed in this matter,

**IT IS ORDERED** that the Rule 12(B)(6) Motion to Dismiss (Doc. 3091) filed by the

Orleans parish Criminal Sheriff's Office is **GRANTED**.

New Orleans, Louisiana, this ___4th___ day of June, 2007.

                          **STANWOOD R. DUVAL, JR.**
                    **UNITED STATES DISTRICT COURT JUDGE**