UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Paul*, C.A. No. 07-993 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Dismiss (Doc. 3361) filed by the State of Louisiana Department of Transportation and Development based on the Eleventh Amendment of the United States Constitution. Finding that the Motion has merit and that there has been no opposition filed in this matter,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 3361) filed by the State of Louisiana Department of Transportation and Development is **GRANTED**.

New Orleans, Louisiana, this __4th__ day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE