UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO, *Russel* (06-5155) | SECTION "K"(2) |

### ORDER

Before the Court is Defendant United States' Motion to Dismiss for Lack of Subject matter Jurisdiction (Doc. 2889). Finding that the Motion has merit and that there has been no opposition filed in this matter,

**IT IS ORDERED** that the Defendant United States' Motion to Dismiss for Lack of Subject matter Jurisdiction (Doc. 2889) is **GRANTED**.

New Orleans, Louisiana, this  4th  day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE