UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>*Sensebe* **C.A. No. 06-5255** | **SECTION "K"(2)** |

## ORDER

Before the Court is a Motion to Dismiss (Doc. 5360) filed by Powell Insuranc Agency, Inc. Finding that the Motion has merit and that there has been no opposition filed in this matter,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 5360) filed by Powell Insuranc Agency, Inc is **GRANTED**.

New Orleans, Louisiana, this   5th   day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE