# United States District Court

## EASTERN DISTRICT OF LOUISIANA

2007 JUN -4 PM 3: 34

LORETTA G. WHYTE
CLERK

C. R. PITTMAN CONSTRUCTION CO., INC.

V.

THE UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07-2771
c/w 05-4182

SECT M MAG 4

TO: (Name and address of defendant)

The United States of America
Through Alberto Gonzales
U.S. Attorney General
5137 Robert F. Kennedy Building
10th Street and Constitution Avenue NW
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald A. Melchiode
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

an answer to the complaint which is herewith served upon you, within Twenty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK LORETTA G. WHYTE

DATE MAY - 3 2007

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5/11/07 |
| Name of SERVER (PRINT) **Carlee White through U.S. Mail** | TITLE **paralegal** |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Certified Mail**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **6/4/07**
         Date

Signature of Server: *Carlee White*

Address of Server: **701 Poydras St. NOLA 70139**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>MAY 1 1 2007 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Honorable Alberto Gonzales<br>U.S. Attorney General<br>5137 Robert F. Kennedy Bldg<br>10th St. and Constitution Ave NW<br>Washington, D.C.<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0002 4550 3497 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |