UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDITH AND RONALD DREZ | * | CIVIL ACTION NO. |
| | * | 06-7487 |
| VERSUS | * | |
| | * | SECTION: JUDGE DUVAL |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE: WILKINSON |
| | * | |

**************************************************************************

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes State Farm Fire and Casualty Company, who suggests to this Honorable Court that Chad J. Primeaux no longer represents defendant, State Farm Fire and Casualty Company, in these proceedings and should be withdrawn as counsel of record at this time.

| | |
|---|---|
| | Respectfully submitted, |
| | **s/ James R. Nieset, Jr.** |
| | **JAMES R. NIESET, JR., ESQ. (24856)** |
| | **HOY R. HUGHES, ESQ. (26932)** |
| | **CHAD J. PRIMEAUX (30024)** |
| | Porteous, Hainkel & Johnson, L.L.P. |
| | Attorneys at Law |
| | New Orleans, LA 70130-3774 |
| | Telephone: (504) 581-3838 |

PDD 895.0120

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on June _____, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Patrick G. Kehoe, Jr. and William Joseph Guste, III.

                              s/James R. Nieset, Jr.
                              JAMES R. NIESET, JR.

PDD 895.0120