UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO:   LEVEE

FILED:_____        _____
                                                                                                                                              DEPUTY CLERK

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the Levee cases herein, who, pursuant to Local Rule 78.1 of the Eastern District of Louisiana, respectfully request that the Court allow oral argument on **Wednesday, June 13, 2007**, at **9:30 o'clock a.m.**, on the pending motions and memoranda addressed to the question whether federal maritime law perempts the Louisiana law of peremption as a basis for dismissal of certain defendants involved in dredging activity in the 17th Street Canal, *to-wit*: Boh Brothers Construction Co., L.L.C., Modjeski and Masters, Inc. and Eustis Engineering Company, Inc., and who further represent that plaintiffs' position in this regard is not intended to otherwise revisit the applicability of the Louisiana law of peremption to these or other defendants in the case, and who finally represent

that plaintiffs' position is intended to be in response to any and all motions filed or pending which seek the dismissal of the above-named defendants based on the Louisiana law of peremption.

        **Respectfully Submitted,**

        **APPROVED PLAINTIFFS LIAISON COUNSEL**

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        PLAINTIFFS LIAISON COUNSEL
        Bruno & Bruno, L.L.P.
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

        **LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

        /s/Gerald E. Meunier
        GERALD E. MEUNIER (La. Bar #9471)
        LEVEE PSLC LIAISON COUNSEL
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2800
        Phone:504/522-2304
        Facsimile:504/528-9973
        E-mail:gmeunier@gainsben.com

        For

        **LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

        Gerald E. Meunier
        Daniel E. Becnel, Jr.
        Joseph M. Bruno
        D. Blayne Honeycutt
        Hugh P. Lambert
        Darlene Jacobs
        Walter Dumas