UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br>No. 05-4182 |
| _____ | § § § | SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br>INSURANCE (Pecquet, 06-4718) | § § § § | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| _____ | § § | |

**MEMORANDUM OF THE STANDARD FIRE INSURANCE COMPANY IN OPPOSITION TO PLAINTIFFS' EX PARTE MOTION TO BIFURCATE**

Preliminary Statement

Defendant, The Standard Fire Insurance Company ("Standard Fire"), submits this memorandum in opposition to plaintiffs' ex parte motion to bifurcate.

Argument

The plaintiffs claim coverage under their homeowner's policy for damage caused by flooding from a breach of a canal and Standard Fire is relying, in part, on the Water Damage exclusion. In accordance with this Court's minute entry dated November 29, 2006, Standard Fire moved to transfer this case from Judge Lemelle to In re: Katrina

1

Canal Breaches Consolidated Litigation. Despite the fact that the case fit squarely within the order, the plaintiffs opposed the motion to transfer and consolidate. Judge Lemelle rejected the opposition and granted the transfer.

Now plaintiffs, without providing any reason, have moved ex parte to bifurcate this matter from the consolidated litigation. Standard Fire opposes the ex parte motion because discovery can be efficiently conducted through the consolidated discovery and the matter resolved in the consolidated litigation. Bifurcation will likely lead to inefficiency and duplication.

Summary

Standard Fire requests that the Court deny plaintiffs' ex parte motion to bifurcate.

Respectfully submitted:

PERRET DOISE, APLC

s/Douglas C. Longman, Jr.
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
CAMILLE BIENVENU POCHÉ (#22597)
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001

ATTORNEYS FOR THE STANDARD FIRE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to  all counsel by operation of the court's electronic filing system.

          s/Douglas C. Longman, Jr.
          GARY J.  RUSSO (#10828)
          DOUGLAS C.  LONGMAN, JR.  (#8719)
          CAMILLE BIENVENU POCHÉ (#22597)
          P.  O.  Drawer 3408
          Lafayette, LA.  70502-3408
          Telephone: (337) 262-9000
          Fax: (337) 262-9001