UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| INSURANCE | * | |
| | * | |

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO QUASH <u>DEPOSITION OF ALEXIS KING AND FOR PROTECTIVE ORDER</u>**

In accordance with Local Rule 7.5E, Defendant State Farm Fire and Casualty Company (hereafter "State Farm") respectfully moves for leave to file the attached Reply Memorandum in Support of Motion to Quash Deposition of Alexis King and For Protective Order. State Farm requests leave in order to briefly address the arguments raised in the plaintiffs' opposition memorandum. This reply brief will further assist the Court in analyzing the issues raised in State Farm's Motion to Quash Deposition of Alexis King and For Protective Order.

877375v.1

**WHEREFORE**, State Farm Fire and Casualty Company prays that its motion be granted and the attached Reply Memorandum be filed of record in the above-captioned proceeding.

This 5th day of June, 2007.

                                            Respectfully submitted,

/s/ Sarah H. Barcellona
_____
Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
    of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile: (504) 581-3361


  /s/  David A. Strauss
_____
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com



_____
CHARLES L. CHASSAIGNAC, IV, ESQUIRE (#20746)
JAMES ERIC JOHNSON, ESQUIRE (#23800)
BRYAN J. HAYDEL, JR., ESQUIRE (#27500)
ELEANOR WEEKS WALL (#29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone
(225) 383-7900 Facsimile

Attorneys for State Farm Fire and Casualty Company

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Motion to Quash Deposition of Alexis King and Motion for Protective Order has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 5th day of June, 2007.

/s/ Sarah H. Barcellona
_____

3

877375v.1