UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>          CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO.  05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| _____ | * <br> * <br> * <br> * <br> * | |
| PERTAINS TO: <br>        INSURANCE CASES | * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering State Farm Fire and Casualty Company's Motion and Incorporated Memorandum For Leave to File Reply Memorandum in Support of State Farm's Motion to Quash Deposition of Alexis King and For Protective Order,

**IT IS ORDERED** that State Farm Fire and Casualty Company is granted leave to file its Reply Memorandum in Support of Motion to Quash Deposition of Alexis King and For Protective Order.

New Orleans, Louisiana, this ___ day of _____, 2007.

_____
MAGISTRATE JUDGE

1

877377v.1