UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES         *
CONSOLIDATED LITIGATION               *  Case No. 05-4182
                                      *  Div. "K"
                                      *
                                      *  Judge Duval
PERTAINS TO: INSURANCE                *
(George Pecquet, No. 06-4718)         *
                                      *  Magistrate Wilkinson
                                      *

******************************************

### EX PARTE MOTION AND PROPOSED ORDER TO BIFURCATE

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, *George and Emily Pecquet,* who move this Honorable Court ex parte pursuant to Case Management Order No. 4, Section 5 (C), for an Order bifurcating the matter titled "George and Emily Pecquet, Case No. 06-4718, Sec. 'B'" from the consolidated litigation. Plaintiffs further request that pursuant to Case Management Order No. 4, Section 5 (C) at p. 48 the matter be referred to Magistrate Wilkinson. Plaintiffs further stipulate that they will not participate in common discovery for All Insured Defendants for individual cases.

RESPECTFULLY SUBMITTED:

_____
RÉMY VOISIN STARNS (Bar #26522)
RYAN P. REECE (Bar #26479)
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

### CERTIFICATE OF SERVICE

I do herby certify that I have on this *21st* day of *May, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic notification.

_____
RYAN REECE