UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN -5 PM 2: 19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * Case No. 05-4182 * Div. "K" |
| | * |
| PERTAINS TO: INSURANCE (George Pecquet, No. 06-4718) | * Judge Duval * * * Magistrate Wilkinson |

*****************************************

## ORDER

Considering the foregoing *Motion to Bifurcate;*

**IT IS HEREBY ORDERED** that the above referenced proceeding be and is hereby bifurcated pursuant to Case Management Order No. 4, Section 5 (C) and the matter be referred to Magistrate Wilkinson for a preliminary conference.

Signed this 4th day of June, 2007 in New Orleans, Louisiana.

JUDGE

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___