UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

500 Poydras St., Room C-151
New Orleans, LA 70130

June 5, 2007

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO  07-30326

IN RE:   KATRINA CANAL BREACHES LITIGATION          CV 05-4182  K
c/w 06-8676, 06-8884, 06-8888, 06-8890, 06-8891, 06-8922, 06-8967, 06-9075, & 06-9223

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel  ___ CJA-20   ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal ___

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

 X  1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record    ___ Volume(s) of transcript

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ Box  ___ Binder

___ 2) Supplemental record consisting of _____

___ 3) SEALED DOCUMENT _____

___ 4) Other: _____

Very truly yours,

By   Erin McNamara
     Deputy Clerk

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, JUN 5 2007, LORETTA G. WHYTE CLERK]