IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-31127

05-4182

IN RE: KATRINA CANAL BREACHES LITIGATION

---

MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; ET AL

    Plaintiffs - Appellants

v.

LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the appellee's motion to dismiss appeal for lack of jurisdiction is GRANTED.

*U.S. District Court, Eastern District of Louisiana — FILED JUN 5 2007 — LORETTA G. WHYTE, CLERK*

*U.S. Court of Appeals FILED JUN 4 2007 — CHARLES R. FULBRUGE III, CLERK*

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana   JUN 0 4 2007

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUN 5 2007

CHARLES R. FULBRUGE III
        CLERK

LORETTA G. WHYTE
     CLERK
```

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 5, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 06-31127   In Re: Katrina Canal
       USDC No.   2:05-CV-4181
                    2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                            Sincerely,

                            CHARLES R. FULBRUGE III, Clerk

                    By: _____
                          Michael R. Brown, Deputy Clerk
                          504-310-7692

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Michael C Keller


MDT-1

```
___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____
```