UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDITH AND RONALD DREZ | * | CIVIL ACTION NO. |
| | * | 06-7487 |
| VERSUS | * | |
| | * | SECTION:  JUDGE DUVAL |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY | * | MAGISTRATE:  WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing,

IT IS HEREBY ORDERED that Chad J. Primeaux, Esquire be and the same is hereby withdrawn as counsel of record for defendant herein, State Farm Fire and Casualty Company.

New Orleans, Louisiana, this __6th__ day of June, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT