**MINUTE ENTRY**
**DUVAL, J.**
**June 5, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| **INSURANCE** | |

Attending a Status Conference held this day were:

Joseph Bruno and

Ralph Hubbard.

The conference was called to discuss the filing of the following motions:

> Motion for Partial Summary Judgment Regarding Burden of Proof (Doc. 5444);
> Motion for Partial Summary Judgment Regarding Retroactivity of Act 813 (Doc. 5445); and
> Motion for Partial Summary Judgment Regarding Collateral Source (Doc. 5446).

Defendants had noted their opposition to the procedural posture of these motions as none reference specific cases, rather each motion addresses general issues without reference to any specific case.

Having reviewed these motions, the Court finds that in essence, they seek advisory opinions. The Court will deny these motions; however, it will entertain motions properly filed in the context of specific cases with specific facts at issue. Accordingly,

**IT IS ORDERED** that the Motion for Partial Summary Judgment Regarding Burden of Proof (Doc. 5444); the Motion for Partial Summary Judgment Regarding Retroactivity of Act

813(Doc. 5445); and the Motion for Partial Summary Judgment Regarding Collateral Source (Doc. 5446) are **DENIED** as filed in improper form.

*[signature]*

JS-10:  45 mins.