UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES       *
CONSOLIDATED LITIGATION             *   Case No. 05-4182
                                    *   Div. "K"
                                    *
                                    *   Judge Duval
PERTAINS TO: INSURANCE              *
(George Pecquet, No. 06-4718)       *
                                    *   Magistrate Wilkinson
                                    *

*****************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, *George and Emily Pecquet,* who move this Honorable Court pursuant to Local Rule 7.5E for an Order granting them leave to file the attached Reply Memorandum.

**WHEREFORE,** plaintiffs, *George and Emily Pecquet,* respectfully request that this Honorable Court grant them leave to file the attached Reply Memorandum.

RESPECTFULLY SUBMITTED:

_____
REMY VOISIN STARNS (Bar #26522)
RYAN P. REECE (Bar #26479)
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

## CERTIFICATE OF SERVICE

I do herby certify that I have on this *31st* day of *May, 2007,* served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic notification.

_____
RYAN REECE