UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN -6  PM 1:27

LORETTA G. WHYTE
CLERK

In Re: KATRINA CANAL BREACHES      *
CONSOLIDATED LITIGATION             *   Case No. 05-4182
                                    *   Div. "K"
_____ *
                                    *   Judge Duval
PERTAINS TO: INSURANCE              *
   (George Pecquet, No. 06-4718)    *
                                    *   Magistrate Wilkinson
                                    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that plaintiffs be and are hereby granted leave to file the attached Reply Memorandum.

Signed this 5th day of ___June___, 2007 in New Orleans, Louisiana.

_____
Magistrate JUDGE

___ Fee_____
___ Process___
X  Dktd___
V  CtRmDep___
___ Doc. No___