UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
        CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Burks</u>, 06-4173        JUDGE DUVAL
                                                 MAG. WILKINSON

## <u>ORDER</u>

The captioned case has recently been referred to me for a preliminary conference.

Record Doc. No. 5388.  Accordingly, **IT IS ORDERED** that a preliminary conference is

hereby **SCHEDULED** in this matter on **JUNE 20, 2007 at 2:30 p.m.** before Magistrate

Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New

Orleans, Louisiana.  The purpose of the conference is to discuss scheduling and select pre-

trial and trial dates, if appropriate. Parties who wish to participate in the conference by

telephone may make arrangements to do so by calling the undersigned magistrate judge's

chambers at 504-589-7630.

New Orleans, Louisiana, this _____7th_____ day of June, 2007.

                                        JOSEPH C. WILKINSON, JR
                              UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY:</u>**
**HON. STANWOOD R. DUVAL, JR.**