UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>        CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

On June 4, 2007, the Plaintiffs' Levee Subgroup Litigation Committee ("Levee PSLC") filed their Motion to Compel Class Certification Discovery Responses from Defendants. Record Doc. No. 5457. The motion fails to comply with Local Rule 7.2E. Accordingly, **IT IS ORDERED** that the motion is hereby set for hearing without oral argument on the court's **June 20, 2007** motion docket. Written opposition, if any, must be filed no later than **June 12, 2007**.

New Orleans, Louisiana, this __7th__ day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE