MINUTE ENTRY
WILKINSON, M.J.
JUNE 7, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: Levee, MRGO                         JUDGE DUVAL
                                                 MAG. WILKINSON

At the request of Liaison Counsel, I conducted a telephone conference in this matter today. Participating via telephone were Ralph Hubbard, Joe Bruno and Seth Schmeeckle. Liaison counsel advised that some of the parties object to use of the letter brief procedure for resolving discovery disputes, which counsel proposed and which I adopted in my order of May 24, 2007. Record Doc. No. 5391. I expressed to counsel my displeasure with the letter briefs I have received to date.

All counsel are hereby advised that the letter brief procedure was proposed by counsel in open court as a means of saving time and money in resolving minor discovery disputes. It was not intended to replace motion practice on issues requiring the briefing

MJSTAR:    0:10

of law and/or the submission of evidence. It was adopted by me as an accommodation to counsel on an experimental basis, in the interest of trying something that might save time and money in this matter. In response to any letter that might be submitted to me seeking to have issues addressed via the letter brief procedure, any other party is free to submit a responsive letter stating that the issue requires motion practice, a procedure which I – frankly – prefer.

*[signature]*
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.