# United States District Court
### EASTERN DISTRICT OF LOUISIANA

C. R. PITTMAN CONSTRUCTION CO., INC.

v.

THE UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-2771**

**SECT M MAG 4**

TO: (Name and address of defendant)

Charles Zammitt
Contracting Officer
Department of the Army
New Orleans District Corps of Engineers
7400 Leake Avenue
New Orleans, Louisiana 70118-3651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald A. Melchiode
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139

an answer to the complaint which is herewith served upon you, within Twenty (20) [60] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK **LORETTA G. WHYTE**        DATE **MAY - 3 2007**

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 6-4-07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Carlee White | paralegal |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:

7400 Leake Ave. New Orleans, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-5-07
Date

Signature of Server: Carlee White

Address of Server:
701 Poydras St., 40th Floor
New Orleans, LA 70139

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.