## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| | § | |
| PERTAINS TO: C.R. PITTMAN CONSTRUCTION COMPANY, INC. V. UNITED STATES OF AMERICA (07-2771) | § § § § § | |

### AFFIDAVIT OF SERVICE

I, __Carlee J. White__ , am over 18 years old and not a party to the above-captioned litigation. On June 4, 2007, at _4:45_ o'clock _p_.m, I did personally serve the Motion to Defer Collection, Approve Security or Alternatively, to Dispense with Security, Memorandum in Support, Attached Exhibits and Notice of Hearing on Charles Zammit, Contracting Officer, U.S. Army Corps of Engineers, 7400 Leake Avenue New Orleans, Louisiana, 70118.

_____
CARLEE J. WHITE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __5ᵗʰ__ DAY
_____ _une_ , 2007.
_____
NOTARY PUBLIC #27456

**JULIE E. VAICIUS**
**NOTARY PUBLIC**
**Notary I.D. # 84002**
**State of Louisiana**
**My Commission is issued for Life.**