UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION
NO. 05-4182 "K" (2)
JUDGE DUVAL
MAG. WILKINSON

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, the Orleans Levee District, formerly known as the Board of Commissioners for the Orleans Levee District ("Orleans Levee District"), who suggests to this Honorable Court that it wishes to enroll Charles

E. Sutton, Jr. as its additional counsel of record in connection with this matter.

                              Respectfully submitted,

                              s/ Thomas P. Anzelmo
                              THOMAS P. ANZELMO, T.A. (#2533)
                              MARK E. HANNA (#19336)
                              KYLE K. KIRSCH (#26363)
                              ANDRE J. LAGARDE (#28649)
                              DARCY E. DECKER (#30469)
                              McCRANIE, SISTRUNK, ANZELMO,
                                  HARDY, MAXWELL & McDANIEL
                              3445 N. Causeway Blvd., Suite 800
                              Metairie, Louisiana 70002
                              Telephone: (504) 831-0946
                              Facsimile: (504) 831-2492

and

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
LABORDE & NEUNER
1001 West Pinhook Road, Suite 200
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Facsimile: (337) 233-9450

and

s/ Charles E. Sutton, Jr.
CHARLES E. SUTTON, JR. (#19400)
SUTTON LAW FIRM, LLC
2101 N. Highway 190, Suite 105
Covington, Louisiana 70433
Telephone: (985) 249-5991
Facsimile: (985) 249-5992
E-mail: suttonlaw@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2007, a copy of the above and foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants.

s/ Thomas P. Anzelmo
THOMAS P. ANZELMO, T.A. (#2533)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
E-mail: tanzelmo@mcsalaw.com