UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
CONSOLIDATED LITIGATION
                                            NO. 05-4182 "K" (2)
                                            JUDGE DUVAL
                                            MAG. WILKINSON

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
            06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
            07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

### ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record filed by defendant, Orleans Levee District:

It is hereby ordered that Charles E. Sutton, Jr. be and he is hereby enrolled as additional counsel of record for defendant, the Orleans Levee District, in this matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

                                            _____
                                            UNITED STATES DISTRICT JUDGE

4