UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:<br>INSURANCE | NO. 05-4182 |
| <u>FRANCO</u>, C.A. NO. 06-7660 | SECTION "K" (2) |

### ORDER

Pursuant to Judge Duval's order, Record Doc. No. 4793, I scheduled a preliminary conference in the bifurcated case of **<u>NICHOLAS FRANCO ET AL. V. INSURANCE COUNSELORS, INC.</u>**, **C.A. NO. 06-7660, "K"(2)** on June 7, 2007 at 2:30 p.m. Record Doc. No. 4816. Although counsel were provided with the option of appearing in person or contacting my office to participate via telephone, **NO COUNSEL APPEARED EITHER IN PERSON OR BY PHONE.**

**IT IS ORDERED** that counsel for all parties in **<u>NICHOLAS FRANCO ET AL. V. INSURANCE COUNSELORS, INC.</u>**, **C.A. NO. 06-7660, "K"(2)**, must appear before me **IN PERSON** on June 19, 2007 at 2:30 p.m. with their calendars. Failure again

to appear will result in the court assigning a schedule and/or other special procedures for this case without input from counsel.

New Orleans, Louisiana, this  8th  day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.

Special Notice By Fax from the
Office of the Magistrate Judge to:
George F. Riess, 504-568-1965
Robert Kerrigan, 504-566-1201
Steven Usdin, 504-589-9701