UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN FITZMORRIS AND KATHERINE FIZMORRIS | CIVIL ACTION: 06-1768 |
| VERSUS | SEC. "R": VANCE |
| ALLSTATE INSURANCE COMPANY | MAG. 5: CHASEZ |

### MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiffs, **John Fitzmorris and Katherine Fitzmorris**, who, with respect, suggest to the Court that the above-entitled numbered cause has been fully compromised and settled and plaintiffs therefore desire to dismiss all claims against defendant Allstate Insurance Company, with prejudice.

Respectfully submitted:

**Landry & Swarr, LLC**

 s/David R. Cannella
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
DAVID R. CANNELLA, Bar No. 26231
1010 Common Street, Suite 2050
New Orleans, LA 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
ATTORNEYS FOR PLAINTIFFS