UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN FITZMORRIS AND<br>KATHERINE FIZMORRIS | CIVIL ACTION: 06-1768 |
| VERSUS | SEC. "R": VANCE |
| ALLSTATE INSURANCE COMPANY | MAG. 5: CHASEZ |

### ORDER OF DISMISSAL

Considering the Motion to Dismiss of Plaintiffs:

IT IS ORDERED that the above-entitled numbered cause be and the same is hereby dismissed, with prejudice.

**New Orleans, Louisiana, this_____day of_____, 2007.**

_____
**J U D G E**