UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO COMPEL

**NOW COMES** Travelers Property Casualty Company of America ("Travelers"), who requests that this Honorable Court enter an order compelling plaintiff to more fully and completely respond to discovery propounded by Travelers.

For the reasons more fully set forth in the attached Memorandum in Support of Motion to Compel, the law, exhibits, and affidavits filed in support of said motion shows that Travelers is entitled to entry of an order in its favor and against plaintiff, compelling plaintiff to respond to discovery, and award sanctions to Travelers for plaintiff's bad faith refusal to respond to discovery.

**WHEREFORE**, defendant, Travelers Property Casualty Company of America, prays for the entry of an order in favor of Travelers Property Casualty Company of America and against plaintiff,

compelling plaintiff to respond to discovery and an order sanctioning plaintiff for its bad faith refusal to respond to discovery.

                      Respectfully submitted,

                      s/Simeon B. Reimonenq, Jr.
                      **SIMEON B. REIMONENQ, JR., T.A., #19755**
                      **RALPH S. HUBBARD III, #7040**
                      **LUGENBUHL, WHEATON, PECK,**
                          **RANKIN & HUBBARD**
                      601 Poydras Street, Suite 2775
                      New Orleans, LA 70130
                      Telephone:  (504) 568-1990
                      Facsimile:  (504) 310-9195

OF COUNSEL:

**CHRISTOPHER J. HUG**
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**Attorneys for Travelers Property Casualty Company of America**

## CERTIFICATE OF SERVICE

     I hereby certify that on June 8, 2007, a copy of Motion to Compel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to those attorneys listed by the court as non-CM/ECF participants.

                      s/Simeon B. Reimonenq, Jr.
                      SIMEON B. REIMONENQ, JR.