

## MEP/Owner-Contractor - MEETING MINUTES

**XAVIER UNIVERSITY HURRICANE RECOVERY**
Date: September 27, 2006 Time: 2:00 PM
Location: Xavier University, NCF Science Complex Addition, Room 538

Attendees:

**MB** Marlon Bracy / Xavier / 504-520-7507 / mbracy@xula.edu
**BH** Bruce Hamilton / Xavier / 504-415-6672 / bjhamilt@xula.edu
**MM** Mike McCormack / Xavier / 504-520-5771 / mmccorma@xula.edu
**KB** Kerwin Byrd / Xavier / 504-415-5015 / kkcbyrd@msn.com

**GV** George Voss / Landis / 504-833-6070 / gvoss@landisllc.com
**SB** Sarah Busch / Landis / 504-415-6906 / sbusch@landisllc.com
**KC** Kerry Callaghan / Landis / 504-202-3514 /

**EM** Ed Masson / D. Kanter Company / 205-907-9653 / emasson@dkantereng.com

**JL2** Jim Lynch / FoxCor / 501-779-6994 / jlynch@foxcor.com

**DD** Dale Dumbleton / MCC / 504-833-8291 / DDumbleton@mccgroup.com
**BA** Brian Allen / MCC / 713-289-0978 / ballen@mccgroup.com
**DS** Don Soulant / MCC / 504-329-7929 /
**DC** David Cochran / Siemens / 601-942-4545 /
**JA** John Agnelly / Siemens / 504-466-9300 x239 / john.agnelly@siemens.com

**KS** Keith Schexnaildre / Barnes Electric / 504-835-1756 / kschexnaildre@wjbe.com
**CA** Claude Arnold / Priority Systems / 504-416-4626 /

Copies only, not present:
**RD** Rawn Davis / Xavier / 504-415-4714 / rdavis@xula.edu
**HV** Harold Vincent / Xavier / hvincen1@xula.edu
**JB** John Broggi / Xavier / 504-915-0938 /
**PW** Paul Waddell / Xavier / 504-382-0448 / pwaddell@xula.edu
**DH2** Delise Hunter / Xavier / 504-520-7348 / dmhunter@xula.edu
**HS** Henry Sparks / Xavier / hsparks@xula.edu
**RG** Richard Gould / Xavier / 504-416-6021 / rgould@xula.edu
**RS** Reginald Starks / Xavier / rstarks@xula.edu
**JL1** Jim Landis / Landis Construction / 504-833-6662 / jlandis@landisllc.com
**TL** Theresa Leger / Landis / 504-833-6070 / tleger@landisllc.com
**DK** David Kanter / D. Kanter Company / 504-669-9075 / dkanter@dkantereng.com
**DC** Don Colborn / D. Kanter Company / 504-830-1370 / dcolborn@dkantereng.com
**CW** Corey Watson / D. Kanter Company / 504-830-1370 / cwatson@dkantereng.com
**ML2** Michael Lachin / Lachin Oubre Architects / 504-835-8013 / michael@lachinarch.com
**DH** Dwayne Hammer / MCC / 504-833-8291 / dhammer@mccgroup.com
**PF** Pat Feraci / MCC / 504-830-4215 /
**RB** Ron Bremer / Siemens / 504-466-9300 x239 / ron.bremer@siemens.com
**JH2** John Henton, Jr. / LSR / 540-834-7035 / jhentonjsr@hotmail.com
**ML** Mike LeJeune, Jr. / Priority Systems / 504-887-8884 / lejunejr@prioritysystemsinc.net
**JH** Joe Holt / FoxCor, Inc. / 501-779-6987 / jholt@foxcor.com
**PB** Paul Bennett / A. J. Labourdette / 504-628-1774 / paul@ajlabourdetteinc.com
**EL** Ed Lada / Jani-King / 504-621-3655 / elada@hlthe.com
**RH** Randall Hithe / Jani-King / 504-427-5141

XAVIER 003597



EXHIBIT "C"

C-1



**General Notes:**
- Signage for 1st floor doors: BH to mark-up drawings for the new signage and get them back to SB for release by Monday.
- FEMA trailers at lot "W": Cynthia informed SB that the reason FEMA has not removed the 16 trailers left on the lot yet is due to lack of information on FEMA's end. She gave a copy of the old FEMA trailer spreadsheet to BH to give to Cynthia in order to coordinate with FEMA.
- PCB removal at lot identified by W.D. Scott: BH requested that SB find alternate pricing for this work.
- DK stated he wasn't aware that it was AJ Labourdette's intention to run all wiring for the central monitoring work overhead from Xavier South. KS to get AJ Labourdette to present their full scope to MB and DK for approval.
- Landis is putting together three square foot prices for demolition and rebuild of both wood frame and brick houses. MB added that the pricing can be vague and not an exact number.
- Light fixture for St. Joseph at Drexel Street: KS to have manufacturer contact DK to discuss possible options.
- GV reported that Landis had a meeting with MB and JL2 yesterday regarding separating the cost by floors per building per FEMA's request, and they are working on getting it done.
- SB stated that the pre-construction meeting with Xavier and Juneau Odenwald is set for Thursday, September 21st at 9:00 am in the Landis jobsite trailer. MB is still reviewing the cost for St. Martin Deporres Hall and Living and Learning Center.
- SB stated that Landis received HV's punchlist and Barnes is addressing all issues. HV stated he will need to research the Quad lighting further to see if anything else needs to be repaired.
- SB reported that Crasto is checking all storefront doors around campus to ensure they are functioning properly. Crasto has provided unit prices for refurbishing the windows at the First Floor of Administration but may have problems matching the hardware. MB suggested making the office spaces non-functional and using that hardware at the classrooms and public areas where they want them to be functional. Crasto will also have a price for the skylight at the Library soon. MB asked Landis to have Crasto also look at the skylight above the Boardroom on the 6th Floor of the Library, as it is leaking.
- MB directed SB to coordinate with Ron Blitch to get the information on the sign manufacturer so that the sign at the Interstate can either be replaced or repaired.
- RD to forward the contact information to SB for the subcontractor who installed the automatic doors at the Library.



**Science, Science Annex**
- Mechanical penthouse of the NCF Science building: EM is still working on the recap and will have it ready for MB by the next meeting.
- A/V podiums at Science buildings: SB reported that AJ Labourdette will have the speaker covers for Auditorium 105 by the end of the week.
- Vacuum pump at New Science: DD stated that JB is coordinating with PSI on the loads.

**Xavier South**
- Front canopy replacement: SB reported that the soffit work is almost completed.
- BH reported that there are several punchlist items at Xavier South that still need to be addressed: i.e. replacement of fixtures at the Herald Office, cleaning of the bathrooms, etc.

XAVIER 003698

C-2

**FOXCOR**

Xavier University – Hurricane Remediation
**MEETING** *Agenda*

Date: October 4, 2005

Time: 2:00 PM

Location: Landis Construction Company – 241 Industrial Ave., Jefferson, LA 70121

Participants from previous meetings:
Marion Bracy / Xavier / 504-415-4719 / jumabracy@aol.com
Kerwin Byrd / Xavier / 504-415-5015 / kkcbyrd@msn.com
Chesleigh Charles / Xavier /
Rawn David / Xavier /
John Agnelly / Siemens / 504-466-9300 / john.agnelly@siemens.com
R. Cron / Siemens / 504-712-5103 / reuelcron@siemens.com
David Kanter / D. Kanter Company / 205-807-8941 / dkanter@dkantereng.com
Ed Masson / D. Kanter Company / 205-907-9653 / emasson@dkantereng.com
Rives McCord / D. Kanter Company / 985-851-0360 / rives@trinityps.net
Jim Landis / Landis Construction / 504-833-6662 / jlewis@landisllc.com
Jim Lewis / Landis Construction / 504-833-6070 / jlandis@landisllc.com
Joe Holt / Foxcor / 501-779-6987 / jholt@foxcor.com
Bill Cole / Foxcor / 501-779-7324 / bcole@foxcor.com
Jim Lynch / Foxcor / 501-779-6994 / jlynch@foxcor.com
John Fox / Foxcor / 501-779-7300 / jfox@foxcor.com
Paul Davis / FoxCor / 501-779-6974 / pdavis@foxcor.com
Duayne Hammer / MCC / 504-822-8291 / dhammer@mccgroup.com
Don Colborn / D Kanter / 504-214-4624 /
George Voss / Landis LLC / 504-833-6070 / gvoss@landisllc.com
Alan Laguna / Merit Sprinkler / 504-464-6236 / alanl@meritsprinkler.com
Keith Schexnaildre / Barnes Electric / 504-835-1756 / kschexnaildre@wjbe.com
Don Ellis / Barnes Electric / 504-835-1756 / dellis@wjbe.com

1. **Old Business**
   **Status on Action Items**
   a. Tasks
      i. Marion Bracy / Xavier
         1. Campus Police Status
            a. Marion Bracy reported that they are coming from Baton Rouge every day, but don't have housing
            b. Jim Landis reports that 50 housing trailers will be on site within 48-72 hours but need water, electricity, sewer, and FEMA #'s for those who live in the trailer
         2. Put Insurers on notice that securing the campus, cleanup, remediation, and required demolition has begun
            a. Marion Bracy reported that Xavier has put all insurers on notice, one has already been on campus, and that next week should have flood insurer back on site ←
            b. Marion said that Calvin Treggre is performing insurance notification
            c. Jim Landis suggested that all notification be in writing and that copies distributed accordingly

---

1123 Marengo St. – New Orleans, Louisiana 70115 – 501-779-6987 – www.foxcor.com

9712 West Markham · Little Rock, Arkansas 72205 · 501-221-7036 · Fax: 501-227-5467 · www.foxcor.com
Page 1 of 5

XAVIER 003606

C - 3



d. Jim Landis suggested that Xavier get their legal counsel to deal with insurers and that insurers should typically distribute some upfront payments to Xavier

3. Get third party videographer to document conditions in all student dormitories to include personal possessions prior to removal for safe keeping by a bonded mover to a bonded warehouse
   a. Marion Bracy reported that is trying to get Ervin to take the videos and also stated that he is will working on the logistics for an official Xavier sign off
   b. Photo documentation of existing building conditions being done by Xavier and Landis
   c. Xavier is trying to identify a moving/storage company to move items and store in a bonded warehouse as soon as the photos are taken
   d. Xavier will index items by building and room number
   e. Jim Lynch suggested getting a count of all the individual dorm rooms
   f. Marion suggested that we also need individual office numbers, contents, etc. in various buildings
   g. Marion doesn't want to box wet & molded items with dry
   h. Jim Landis suggested that Professors and other appropriate department personnel be let in to their offices next week to pick up possessions, files and identify all trash items as well
   i. Marion is approved this approach and will to contact people thru emails to start by next Wednesday
   j. Landis pointed out that not everyone will be able to be contacted, and Landis will figure out plan "B" to take care of those not contacted
   k. Jim Lewis suggested that certain items in refrigerators could be potential biohazards
   l. Marion asked CC to locate Xavier personnel to come to the campus Monday morning to review these conditions in order to properly dispose of these items
   m. John Agnelly asked if there is a list of such items
   n. Marion indicated that there is no list, but the only experiments are located on the first flood
   o. Jim Lewis asked what was contained principally in the refrigerators
   p. Marion stated that Dr. Harris or his representative will make call about the disposition of the refrigerator contents
   q. Jim Lewis stated that the upper floors will require dehumidification only
   r. Jim Landis stated that a point person needs to be on site to facilitate which Xavier personnel are allowed on site, where do they park, and how do they get to the buildings
   s. Marion said that he is developing the protocol and that personnel should have to go through their associated Vice President who will then make a request to Marion Bracy

4. Xavier to provide CAD files for Insurance and FEMA information requirements
   a. Disks have been made of files have been made – need to distribute
   b. Marion – will need to get disks to all insurers

5. Jim Lewis asked what is to be done with furniture in remediated buildings considering that parts may be cleaned of rust and corrosion

6. Marion Bracy stated that Landis has the authorization to remove and trash all furniture that has damage of rust and corrosion

7. Marion Bracy stated that he will ask Randall (Jani King) if fabric covered furniture can be salvaged and/or cleaned.

1123 Marengo St. – New Orleans, Louisiana 70115 – 501-779-6987 – www.foxcor.com

9712 West Markham • Little Rock, Arkansas 72205 • 501-221-7036 • Fax: 501-227-5467 • www.foxcor.com
Page 2 of 5

XAVIER 003607

C - 4

| | | | Xavier University Hurricane remediation - MEETING MINUTES |
|---|---|---|---|
| | | | Meeting Date: 10.11.05 |
| Item no. | Status | Ball-In-Court | Description |
| 10d | Closed | DH | Dwayne Hammer is developing a plan to cut the street and tie sewer lines into the main; domestic water will be either from City mains (if environmental tests are acceptable), filtered City domestic water, or water tanks shipped to the site as needed. Water pressure remains a problem at this time. *Tests on water quality will be conducted this afternoon per Jim Lewis.* |
| 12a | Open | TL | Theresa Leger presented the schedule for all activities; more detail will be forth coming as well feedback after sub-contractors have time to review the schedule. |
| 20 | Open | | Priorities of assessment / remediation / construction / occupancy: |
| 20b | Open | | University Center  *Work at the UC may need to be phased due to abundant mold growth.* |
| | | | **D. Kanter / Barnes / MCC** |
| 2 | Open | PD | Paul Davis updates the meeting on the status of M&E work: All motors and pumps are replaced or refurbished; Ocetober 21 is start date for campus Central Plant loop. Electrical cables in Central Plant will be re-pulled, starters, pumps, secondary pumps and VFDs. Nowco will provide chemical treatment per Marion Bracy, MCC to be informed. Barnes Electric is working with MCC on Central Plant start-ups. High-Line power is expected to be ready from ENTERGY by late Friday. Central Plant Boilers are 8 to 9 weeks out. |
| | | | **Joe Holt / FoxCon, Inc.** |
| 1 | Open | JH | Receive consultants fee projections and post to cost estimate - *Received* |
| 2 | Open | JH | Review Landis' draft schedule - *Received* |
| 3 | Open | JH | Review Landis' budget - *Received* |
| | | | **New Business** |
| 1 | Open | PD, JL2 | Paul Davis mentions that Floor Elevations need to be established (Cario Datum) for all buildings to determine the base flood elevations and shown on a campus plan. Jim Lewis to follow-up with surveyor. |
| 2 | Open | TL, MB, JM, RD | Thersa Leger questions if Landis will be providing new kitchen equipment in the Unversity Center. Marion Bracy suggests that Xavier has all the specs and drawings for the UC kitchen; there needs to be some re-design and Landis needs to contact John Monica and Rawn Davis on this. Marion Bracy says we need to clean and re-use kitchen equipment, Theresa Leger says that kitchen gear is not sanitary per the State Health Department. Jim Lewis says that the hood system will be retained.; he will also check on the particulars of the grease intercepter and it's condition. |
| 3 | Open | TL | Thoresa Leger asked if the ceramic tile in the kitchen needs to be replaced. Marion Bracy suggests that the replacement can happen over the Summer if the tile lead time to too long. Regarding the "Protect-All" flooring, Landis is to look at alternatives for Xavier. |
| 3a | Open | TL | Paul Davis suggest that Xavier find someone in their organization to select colors. Marion Bracy siad to 'match existing'. Later he added that he will look at swatches with Landis and make selections. |
| 4 | Open | TL | Theresa Leger asked Marion Bracy if Barnes and Noble would need to open for 1.1.06. Marion bracy stated that they do need to be open 12.31.05. |

10.11.05 minutes.xls    4    10/18/2005

XAVIER 003618

C - 5

# Xavier University Hurricane remediation - MEETING MINUTES
Meeting Date: 10.19.05

| Item no. | Status | By | Description |
|---|---|---|---|
| 11-1 | | DK | Oct. 24th or 28th; lightning arresters-awaiting per Barnes; Leave off until 13.8 amps issue with gas being shut off; tubes out w/overhead feeding to Central Plant - allow Rives to address |
| 12 | Open | TL | Theresa Leger presented the schedule for all activities; more detail will be forth coming as well feedback after sub-contractors have time to review the schedule. |
| 12-1 | | TL | Updating for circulation 10/20. |
| 13 | Open | | Priorities of assessment / remediation / construction / occupancy: |
| 14 | Open | | University Center Work at the UC may need to be phased due to abundant mold growth. |
| 14-1 | | JL2 | 3rd floor in good shape; 2nd floor walls OK |
| 14-2 | | PD | Room by room assessment meeting needs to be scheduled w/Xavier |
| 14-3 | | JL3 | Certain areas can wait until January. |
| 15 | Open | PD | Paul Davis updates the meeting on the status of M&E work: All motors and pumps are replaced or refurbished; Ocetober 21 is start date for campus Central Plant loop. Electrical cables in Central Plant will be re-pulled. starters, pumps, secondary pumps and VFDs. Nowco will provide chemical treatment per Marion Bracy, MCC, to be informed. Barnes Electric is working with MCC on Central Plant start-ups. High-Line power is expected to be ready from ENTERGY by late Friday. Central Plant Boilers are 8 to 9 weeks out. |
| 15-1 | | JL3 | Further update re: items of work? |
| 15-2 | | PD | 21st, 24th or 28th start date; pushed back a week due to electrical situations; a walk through w/submittals for each building needs to be done w/discrepancies taken care of. |
| 16-3 | | | |
| 15-4 | | DK | Certain requirements needed for Central Plant to start up. Questions waiting to be answered re: reuse of motor control ctr. Bucket? To order (1) MCC for 5 days in order not to pay a premium? |
| 15-5 | | | |
| 15-6 | | JB | Thinks by law the buckets can't be reused? |
| 15-7 | | PD | Start of new equipment schedule for Oct. 21st. |
| 16 | Open | PD, JL2 | Paul Davis mentions that Floor Elevations need to be established (Carlo Dahirn) for all buildings to determine the base flood elevations and shown on a campus plan. Jim Lewis to follow-up with surveyor. |
| 16-1 | | PD | BMF ordared |
| 17 | Open | TL, MB, JM, RD | Thersa Leger questions if Landis will be providing new kitchen equipment in the University Center. Marion Bracy suggests that Xavier has all the specs and drawings for the UC kitchen; there needs to be some re-design and Landis needs to contact John Monica and Rawn Davis on this. Marion Bracy says we need to clean and re-use kitchen equipment, Theresa Leger says that kitchen gear is not sanitary per the State Health Department. Jim Lewis says that the hood system will be retained.; he will also check on the particulars of the grease, intercepter and it's condition. |
| 17-1 | | TL | Marion Bracy requested bids for new equipment; not responsible for reused equipment due to mold issue |
| 17-2 | | | Sedexho - need books- pricing; PD & JL suggested JL2 &TL to call Barring Industry, Premier and Duray |
| | | JL2 | Duncan |
| 18 | Open | TL | Theresa Leger asked if the ceramic tile in the kitchen needs to be replaced. Marion Bracy suggests that the replacement can happen over the Summer if the tile lead time to too long. Regarding the "Protect-All" flooring, Landis is to look at alternatives for Xavier. |
| 18-1 | | TL | Meeting w/Marion for color selection today.; Replace w/quarry tile. |
| 19 | Open | TL | Theresa Leger noted that some dorm rooms were vandalized. It is not known if the break-ins were during or after the storm. |
| 19-1 | | PD/RD | Security reported to Marion forced break-ins occurred over the weekend. Unknown if was by students or Intruders. |

10.19.05 minutes.xls    3    10/25/2005

XAVIER 003627

C-6

## Xavier University Hurricane remediation - MEETING MINUTES
Meeting Date: 10.19.05

| Item no. | Status | By | Description |
|---|---|---|---|
| 20 | Open | TL, RD | Theresa Leger noted that Paul Davis stated: Xavier wants to house 2000 students. She asked if this is a correct number. Theresa asked for a list of dorm rooms per residence hall. Marion Bracy suggested that the number of students that need to be housed is uncertain at this time. Rawn Davis to provide listing of rooms and buildings for dorm count. |
| 21-1 | | PD | 1700 beds neede for returning students; Need to coordinate the boxing of student items for retrival. |
| 21-2 | | JL2 | Working with Riggermer on legal issues regarding boxing of student items and entry into rooms. |
| 21 | Open | TL | Theresa Leger notes that out-of-state painters needs to be housed; she asked if the Peter Claver Hall (Apartment) could be used. There are 32 beds in 12 rooms. Paul Davis asked if Xavier Security could house two men to a room. Rawn Davis said yes, that was acceptable. |
| 21-1 | | | *Paul Davis in talks w/Marion re: bunk house trailers.* |
| 22 | Open | JL2 | Jim Lewis stated that in LLC, KD and St. Joseph's Hall, there is no need to bag and box contents in the majority of rooms; relative humidity readings were being taken in these buildings. Marion Bracy said, once permanent power is restored, Xavier can de-humidify and lock the doorm rooms. |
| 22-1 | | JL2 | After inspection upper floors don't need bagging & boxing; lower floors need to be bagged & boxed JL2 asked question of what to do with items of students that don't return? |
| 22-2 | | PD | Suggested to JL2 to speak with housing that may already have guidelines stipulating in Xavier Housing Contract on how to handle items of students that don't return to campus. This is a legal issue to add to Marions agenda. |
| 23 | Open | MB | Marion Bracy said that FEMA's Mission Contractor can be used to pull refrigerators from the dorm rooms and dispose of them (at FEMA's cost). He also stated that all food items can be removed but especially the refrigerators need to be pulled. |
| 23-1 | | JL2 | Request a written statement regarding "Risk Management" for personal items left in students refrigerators. |
| 24 | Open | PD | Paul Davis asked Marion Bracy if rooms at LLC could be used to house Xavier staff. Marion Bracy will confirm this with Xavier attorneys. |
| 23-1 | | PD | Rooms can not be used. |
| 25 | Open | PD | Paul Davis reports that City water pressure is building; latest readings indicate 60 PSI |
| 25-1 | | PD/DK | *Discussed a method to raise UBS/Walking path in front of gear needed? Will remain on 1st Floor.* |
| 26 | Open | PD | Paul Davis stated that the UPS systems for IT were n oeder and expected in 2 weeks. Exact location for gear is to be determined. |
| 26-1 | | PD | *Back up BMS Cat requested by Marion* |
| 26-2 | | JH | *Request that that everyone be as detailed as possible on back up due to FEMA. Be very clear on "Emergency" or "Permanent" - speak w/JL2 or JL if there are any questions.* |
| 27 | Open | MB | As suggested by Paul Davis, David Kanter is to push for plans in the Administration Building. Marion Bracy to discuss planned changes with Kanter by Thursday 10.20.05 |
| 28 | Open | JH | *JL2 to update budget* |
| 29 | Open | JB | Concerned what will happen after survey from BMF; will consideration of raising pumps be taken? May not be done before January; modification will be needed. Pumps needs to be in service immediately. J.Holt will said that Boggi will be involved extensively in how the pumps are to be handled in order to schedule correctiv. |
| 30 | Open | RD | What determines opening permits? (Claiborne) - Needs to apply for permit because walls need replacing. PD to take care of permit. |

# Xavier University Hurricane remediation - MEETING MINUTES
Meeting Date: 10.25.05

| Item No. | Status | By | Description |
|---|---|---|---|
| 1d-1 | | JL2 | Riggemer has reservations re: time residence are allowed to stay without an eviction policy |
| 1d-2 | | TL | It is unpermissable to evict a worker/tenant if he/she quits a job |
| 1d-4 | | JL2 | Bunk rental for workers coming in from out-of-state is being reviewed. |
| 3t | Open | MB | Marion Bracy to speak with Legal Counsel regarding items a through s to identify liability. |
| 3u | | JL2 | Generated documentation for Marion Bracy to sign re: release from any lawsuits from students. |
| | | JH | FoxCor to provide basis for letter to Landis serving as directive on action at dorm rooms |
| 5-2 | Open | RD | Jani-King says soft goods were cleaned w/ very good success per Rawn Davis |
| 5-3 | Open | JL2 | Jim Lewis asks if this has been tested; suggests we have W.D.Scott run tests on samples. |
| 5-4 | Open | JH | Joe Holt notes that given moisture and a source of food, mold may return from deep inside cushions. |
| 5-5 | Open | PD | What is the percentage of chairs that were saved or a count. Allowing $200/chair X 200 units = $40K |
| 5-6 | Open | RD,MB | Rawn and Marion will look into this w/ Jani-King; Marion is leaning towards replacement w/o the liability |
| 5-7 | Open | PD | Paul notes that Ozone chamber tenting (similar to termite treatment) would be an alternative. |
| 10-1 | Closed | PD/RD | PD says Peter Claver Hall needs permit for remediation - R. Davis says Landis will handle. |
| | | MB | Marion Bracy want to put non-FEMA out-of-state electricians in Peter Claver Hall and XU staff, security into FEMA trailers for control over their exit at project closure. |
| | | PD,DK | Underground feeders are in some cases not per Code, Barnes was directed last Thursday to pull-out old wire and replace with proper sized wire with appropriate fuse sizes. Future campus additions only limited by present transformers in-use. |
| | | PD,DK | Transformers not on order; Paul Davis to take action with Barnes. |
| | | PD,DK | Gas service on campus needs to be addressed, proposal includes bringing high-pressure service to campus, providing vales and pressure reduction valve with new runs to buildings requiring gas service. |
| 11 | Open | PD | Paul Davis said that the Barnes Electric was identifying the underground and and the planned shut-downs to replace the runs as advised by L.C. Paul also mentioned that the Central Plant is currently scheduled for start-up on October 21. |
| 14-2 | Open | PD | Room-by-room assessment meeting needs to be scheduled w/Xavier |
| 17-2 | | JL2 | Sedexho - need books- pricing; PD & JL suggested JL2 &TL to call Barring Industry, Premier and Duray Duncan |
| | | GV | George Voss reports that Proposals are being submitted on kitchen equipment in UC by Baring, Duray and Loubatt |
| 18-1 | | TL | Meeting w/Marion for color selection today.; Replace w/quarry tile. |
| | Open | TL | Paul Davis suggest that Xavier find someone in their organization to select colors. Marion Bracy sied to 'match existing'. Later he added that he will look at swatches with Landis and make selections. |
| | | MB | Marion Bracy will make selections after this Friday |
| 23-3 | Open | MB | All refrigerators will be removed. Lab and Science refrigerators will be ided and handled by Reggie |
| | | JH | Landis will not remove refrigerator until department head clears it |
| 25-1 | | PD/DK | Discussed a method to raise UBS/Walking path in front of gear needed? Will remain on 1st Floor. DK to provide plans for raised floor build-out; height to 36" above existing. |
| 2 | | JH | Request that that everyone be as detailed as possible on back up due to FEMA. Be very clear on "Emergency" or "Permanent" - speak w/JL2 or JL if there are any questions. |
| | | MB | GCR to submit to FEMA this week, meeting needs to be scheduled w/ Todd Bouillion (GCR) to discuss |

XAVIER 003632

C - 8

**FOXCOR**

## MEETING MINUTES
## XAVIER HURRICANE RECOVERY

Date: December 6, 2005

Time: 2:30 PM

Location: Landis Construction Company

Attendees:

| | | |
|---|---|---|
| MB | Marion Bracy / Xavier / 504-415-4719 / | mbracy@xula.edu |
| BH | Bruce Hamilton | bhamilton@xula.edu |
| RD | Rawn Davis / Xavier / | rdavis@xula.edu |
| | John Broggi / Xavier | jbroggi@xula.edu |
| HV | Harold Vincent / Xavier | hvincent@xula.edu |
| KB | Kerwin Byrd / Xavier | kkcbyrd@msn.com |
| | Brittney Spears / Xavier | brittneys30@hotmail.com |
| DK | David Kanter / D. Kanter Company / 205-807-8941 / | dkanter@dkantereng.com |
| | Ed Masson / D. Kanter Company / 205-907-9653 / | emasson@dkantereng.com |
| | Rives McCord / D. Kanter Company / | rives@trinityps.net |
| JL | Jim Landis / Landis Construction / 504-833-6070 / | jlandis@landisllc.com |
| | Jim Lewis / Landis Construction / 504-833-6070 | jlewis@landisllc.com |
| TL | Theresa Leger / Landis Construction / 504-833-6070 / | tleger@landisllc.com |
| GV | George Voss / Landis Construction / 504-833-6070 / | gvoss@landisllc.com |
| JH | Joe Holt / Foxcor / 501-779-6987 / | jholt@foxcor.com |
| JL2 | Jim Lynch / Foxcor / 501-779-6994 / | jlynch@foxcor.com |
| PD | Paul Davis / FoxCor / 501-779-6974 / | pdavis@foxcor.com |
| TB | Todd Bouillon / GCR / 504-715-0229 | tbouillon@gcr.com |
| DC | Dean Charbonnet / GCR / 504-236-9656 | dcharbonnet@gcr.com |

1. FEMA Trailers on Parking Lot W.
    a. TL says the 8 trailers occupied by Xavier and/or Landis personnel can be insured for $4,800 a year. TL further stated that JL had approved that expense.
    b. TL also stated that the other trailers can be insured through LCP and that LCP has Allstate preparing a quotation for furnishing renter's insurance. TL further stated that this insurance has to be provided because Xavier's attorneys put the insurance requirement in the lease.
    c. JL asked TL to investigate policy coverages for liability
    d. TL stated that she will prepare hold harmless agreements for the tenants to sign
2. Securing Student Possessions
    a. GV stated that this process is 100% complete, including the removal of refrigerators by Munters.
    b. MB that the student's access to their rooms and/or possessions is still scheduled for December 9, 10 and 11, 2005
        i. December 9, 2005 – St. Michaels and House of Study
        ii. December 10, 2005 – Katherine Drexel and Living Learning Center
        iii. December 11, 2005 – St. Joseph and DePorres
        iv. MB further stated that Xavier will have personnel from student services there to monitor and assist in recovery of possessions.

---

1123 Marengo St. – New Orleans, Louisiana 70115 – 501-779-6987 – www.foxcor.com

9712 West Markham · Little Rock, Arkansas 72205 · 501-221-7036 · Fax: 501-227-5467 · www.foxcor.com
Page 1 of 4

XAVIER 003641

C-9

**FOXCOR**

    v. JL suggested providing vinyl gloves to any students who needs or desires them
    vi. RD stated that student possessions that were under floor water are in plastic bags that are taped shut, and that the procedure will be to identify the bag, then move it outside to review and/or remove items in order not to contaminate others
    vii. GV asked MB to get with Spud Hockersmith (Landis) to lay out orange temp fences required for proper access routing

3. Furniture, Fixtures and Equipment in Xavier Buildings
   a. MB stated that the FF&E should all be in by January
4. Permits
   a. TL stated that fire marshal inspections are scheduled the week before Christmas
   b. PD will verify this week which buildings will be ready for inspection with Merit and Priority
5. Mechanical, Electrical, Plumbing
   a. Electrical
      i. DK stated that the BFM elevations for the transformer pads has not been completed
      ii. PD stated that the required heights were set last week in the field
      iii. DK stated that the exact heights are the responsibility of BFM
      iv. JH asked if BFM will produce a document that states exactly what the required heights are?
      v. TL stated that BFM can produce such a document
      vi. DK stated that there is a total of 11 pads and that 2 pads have been designed
      vii. DK stated that the administration building has a special layout because it is being partially constructed out of steel with a concrete maintenance pad underneath
      viii. JL stated that time is of the essence on the pad design, and that if Landis doesn't receive the remaining pad designs within a week from now, there could be delays of occupancy
      ix. PD stated that pursuant to MB's request, Barnes will have a schedule building by building for electrical turn on for review this Thursday at the MEP meeting
      x. PD stated that generators will be installed at Xavier South and at the Administration building for the January opening. DK stated that the above two buildings will be on temp power for an unidentified length of time. PD responded that Xavier South should have permanent power on by January 15, 2006. MB then asked that if that is the case on Xavier South, what type of interruption expectation is there when the changeover occurs. DK stated that he would get with Barnes and devise a schedule for the changeover so that any problems will be minimalized.
      xi. DK stated that the Administration Building will be on temporary power, but that is was planned to be in that state prior to Hurricane Katrina, and that he would also work on a sequencing of turnover with Barnes.
      xii. MB asked what buildings are to be on temporary power at opening?
      xiii. PD stated that all of the other buildings would have permanent power except for Health Services and the Counseling Center
      xiv. MB asked the status of the elevators. TL stated that Landis has assigned a superintendent to monitor all of the work of the elevator company, and will have a complete report and schedule by Thursday (December 8) of this week. TL further stated that all of the elevators will have to be inspected, and that she will try and get the inspector to agree to inspect individual buildings as they become available. TL stated that all of the elevators will be operational, but they may have to be shut down for further repair on a periodic basis. MB asked if the subcontractors know not to use the elevators. MB suggested that signage be posted to keep people from using elevators.

1123 Marengo St. – New Orleans, Louisiana 70115 – 501-779-6987 – www.foxcor.com

9712 West Markham · Little Rock, Arkansas 72205 · 501-221-7036 · Fax: 501-227-5467 · www.foxcor.com
Page 2 of 4

XAVIER 003642

C-10

**FOXCOR**

    xv. DK stated that he is recommending that Xavier proceed to temporarily power the Administration Building with generators and PD approved.
    xvi. JL asked about the status of the transformers. PD stated that the two 300's for Drexel and the Convent are ready for delivery. DK stated that all main switchgear is ordered. DK stated that he will further check on UPS documentation that is required.
  b. Plumbing
    i. MB suggested that the water availability to the Science Buildings be checked out. KB stated that the building is operating without pumps to service the upper floor and that the building can only operate on city water pressure. PD stated that new gas valves had to be ordered in lieu of rebuilding the old ones because the rebuilding was not possible.
  c. Mechanical
    i. KB stated that he found problems in the old installation (20+ years ago) of the pneumatic control valves in the old Science Building, and that MCC is repairing
6. Remediation
  a.
7. IT / Computers & Servers & Telephone
  a. PD stated that he will follow up with Bell South on the required documentation letter regarding the lack of availability for hard wires vs. fiber cable for the campus
  b. PD stated that XULA staff is working with Bell South to get service back to campus. PD further stated that some buildings can call another university extension, but no outside calls can be made; PD stated that in general, two days after a particular building is ready, then phones can access other phones in the system, but not to outside lines; PD stated that he will get a schedule on Thursday for Bell South's work, but that Bell South should have service restored by January 3, 2996.
  c. PD further stated that the Eaton (UPS manufacturer) technician wants the UPS wired differently than it was installed
  d. MB stated that we will wait for Kathy Lewis to be back on site and she can check this issue out
  e. DK says this should be checked out to make sure there is a maintenance bypass installed
  f. DK will further investigate and make recommendation
8. Kitchen Equipment
  a. MB stated that some of the kitchen equipment is arriving in December and the remainder in January
9. FEMA Issues
  a. MB stated that he had a meeting w/FEMA representatives, and found out that the previous FEMA meetings had provided inaccurate info regarding work classifications and that the previous work will have to be re-divided into other classifications for new submissions to FEMA
  b. DC stated that FEMA has decided that mold remediation is not necessarily emergency work (ie Munters and BMS work was not done on an emergency basis)
  c. RD stated that to his knowledge one SBA investigator is in process of reviewing campus damage
  d. TB stated that there is not a clear line in FEMA interpretations, and FEMA changed some of their interpretations in the last couple of weeks due to their experience in processing other claims. TB further stated that he is not sure that FEMA will accept every square inch for coverage.
  e. TB requested a copy of Landis agreement w/Xavier to give to the Xavier lawyer and FEMA.

New Business
1. KB stated that the wiring on chiller (2400 T) has been replaced

XAVIER 003643

C-11