# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE<br>(*Xavier Univ.*, No. 06-0516) | *<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION

TO:   Xavier University of Louisiana
       Through its attorney of record:
       James M. Garner, Esq.
       Darnell Bludworth, Esq.
       Sher Garner Cahill Richter Klein & Hilbert LLC
       909 Poydras Street, 28th Floor
       New Orleans, LA 70112

**PLEASE TAKE NOTICE** that defendant, Travelers Property Casualty Company of America, will bring on for hearing its "Motion to Compel" before the Honorable Joseph C. Wilkinson, Jr. on the 27th day of June, 2007, at 11:00 o'clock a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
**SIMEON B. REIMONENQ, JR., T.A., #19755
RALPH S. HUBBARD III, #7040
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

OF COUNSEL:

**CHRISTOPHER J. HUG
STEPHEN E. GOLDMAN
WYSTAN M. ACKERMAN
ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**Attorneys for Travelers Property
Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, a copy of Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to those attorneys listed by the court as non-CM/ECF participants.

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.