UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing motion,

**IT IS ORDERED** that Travelers Property Casualty Company of America 's Motion to Compel be and is hereby granted and plaintiff shall fully respond to discovery by _____.

**IT IS FURTHER ORDERED** that plaintiff shall pay Travelers Property Casualty Company of America's costs and attorney's fees in the amount of $_____, incurred in bringing this motion.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE