UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION NO. 05-4182** |
| _____ | * * | **SECTION: K(2)** |
| **PERTAINS TO:** | * * | **JUDGE DUVAL** |
| **INSURANCE (*Vidacovich*, 2:06-cv-4719)** | * * | **MAG. WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs' Motion to Compel,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel is hereby DENIED.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE