UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION: K(2) |
| PERTAINS TO: | * * | JUDGE DUVAL |
| INSURANCE (*Vidacovich*, 2:06-cv-4719) | * * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MOTION

TO:   Plaintiff, Harborside, L.L.C.
      Through its attorney of record:
      James M. Garner, Esq.
      Richard Richter, Esq.
      Sher Garner Cahill Richter Klein & Hilbert, LLC
      909 Poydras Street, 28th Floor
      New Orleans, LA 70112

**PLEASE TAKE** NOTICE that defendant, Hartford Insurance Company of the Midwest ("Hartford"), will bring on for hearing its "Motion for Entry of Protective Order" before this Honorable Court on the 13th of June, 2007 at 11:00 a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
Simeon B. Reimonenq, Jr., T.A., La. Bar. # 19755
Ralph S. Hubbard, III, La. Bar # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Ethan D. Carlyle
Texas Bar No.: 24031794
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**Attorneys for Defendant,**
**Hartford Insurance Company**
**of the Midwest**

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of June, 2007 a copy of Hartford's Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Remy Voisin Starns by operation of the court's electronic filing system.

s/Simeon B. Reimonenq, Jr.
Simeon B. Reimonenq, Jr.,

181228-1

2