UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION: K(2) |
| PERTAINS TO: | * * | JUDGE DUVAL |
| INSURANCE (*Vidacovich,* 2:06-cv-4719) | * * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering Hartford's Motion for Entry of a Protective Order,

**IT IS HEREBY ORDERED** that Hartford's Motion for Entry of a Protective Order is hereby GRANTED.

**IT IS FURTHER ORDERED** that the protective order be and is hereby entered into the record.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE