UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| _____ | * | SECTION: K(2) |
| | * | |
| **PERTAINS TO:** | * | JUDGE DUVAL |
| | * | |
| **INSURANCE (*Vidacovich*, 2:06-cv-4719)** | * | MAG. WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND INCORPORATED MEMORANDUM
## FOR EXPEDITED CONSIDERATION

**NOW INTO COURT,** through undersigned counsel, comes Hartford Insurance Company of the Midwest ("Hartford"), who moves and requests the Court set Pacific's Motion for Entry of Protective Order for hearing on June 13, 2007 at 11:00 a.m., the same date and time as the related Motion to Compel filed by plaintiff. This motion is in the interest of justice and judicial efficiency.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
Simeon B. Reimonenq, Jr., T.A., La. Bar. # 19755
Ralph S. Hubbard, III, La. Bar # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Ethan D. Carlyle
Texas Bar No.: 24031794
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:   (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company
of the Midwest**

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of June, 2007 a copy of Hartford's Motion and Incorporated Memorandum for Expedited Consideration was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Remy Voisin Starns by operation of the court's electronic filing system.

s/Simeon B. Reimonenq, Jr.
Simeon B. Reimonenq, Jr.