UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION: K(2) |
| PERTAINS TO: | * * | JUDGE DUVAL |
| INSURANCE (*Vidacovich*, 2:06-cv-4719) | * * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion for Expedited Hearing,

ITI S ORDERED that the Motion for Expedited Hearing is hereby granted.

IT IS FURTHER ORDERED that Defendant's Motion for Entry of Protective Order will be heard on the 13th day of June, 2007, at 11:00 o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE