UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| _____ | * | CIVIL ACTION NO. 06-7846 |
| PERTAINS TO: INSURANCE | * | |
| | * | SECTION: "K" |
| GWEN BURK WIFE OF/AND | * | HON. STANDWOOD R. DUVAL, JR. |
| WILLIAM BURK | * | |
| | * | MAGISTRATE "2" |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| SCOTTSDALE INSURANCE | * | |
| COMPANY, ET AL | * | |
| | * | |

**********************************************************************

### ANSWER TO FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company, who for answer to plaintiffs' First Supplemental and Amending Complaint, states the following:

1.

Allstate admits it is a foreign insurer. All other allegations are denied.

2.

Admitted.

3.

Denied.

4.

Denied.

5.

Not applicable to Allstate.

6.

Not applicable to Allstate.

7.

Not applicable to Allstate.

8.

Not applicable to Allstate.

9.

Not applicable to Allstate.

10.

Denied.

11.

Denied for lack of information.

12.

Denied.

2

13.

Denied.

14.

Denied.

15.

Denied.

16.

Denied.

17.

Denied.

18.

Denied.

19.

Denied.

20.

Denied, AS Ms. Hymel was at all times an independent contractor.

21.

Denied, except to plead the terms of any professional liability policy issued to Ms. Hymel.

22.

Admitted.

23.

Denied. for lack of information.

24.

Denied.

25.

Denied.

26.

Denied.

27.

Denied.

28.

Denied.

29.

Denied.

30.

Denied.

31.

Denied.

32.

Denied.

33.

Denied, except to aver that Ms. Hymel was an independent contractor

34.

Denied, except to plead the terms of any professional liability policy as though copied herein.

35.

Denied.

36.

Allstate re-avers and re-alleges the allegations in its answer to the original Petition for Damages as though copied herein in extenso.

WHEREFORE, Allstate prays this answer be sufficient and that after all due proceeding be had herein, there be judgment in its favor against plaintiffs Gwen Burk, wife of/and William R. Burk, rejecting plaintiffs' demands and dismissing this suit at plaintiffs' costs.

Respectfully submitted,

LOZES & PONDER

S/Steven M. Lozes
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: John A. Venezia, Esq.; Kevin R. Derham, Esq.; Cynthia J. Thomas, Esq. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: ___None___.

　　　　　　　　　　　　　　　　　　　S/Steven M. Lozes
　　　　　　　　　　　　　　　　　　　Steven M. Lozes