UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>LEVEES: Doc. 5468-Request for Oral Argument<br>MRGO: Doc. 4140-Request for Oral Argument | SECTION "K"(2) |

## ORDER

The Court has reviewed the Supplemental Motions (Docs. 4118 and 4120) and plaintiffs' Memorandum in Opposition thereto (Doc. 4683). Having done so, the Court finds there is no need for oral argument. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 5468) concerning those motions is **DENIED**.

In addition, the Court has reviewed Defendant Washington Group International, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) (Doc. 4140) and the opposition thereto. Having done so, the Court finds the Request for Oral Argument (Doc. 4141) to have merit. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument is **GRANTED**.

**IT IS FURTHER ORDERED** that the **hearing time** for this Request is **CONTINUED AND RESET** to **1:00 p.m.** on **Wednesday, June 13, 2007**, due to the criminal docket which will be heard in the morning of that day.

New Orleans, Louisiana, this  11th day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE