UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K" (2)

PERTAINS TO: Levee, MRGO                      JUDGE DUVAL
                                              MAG. WILKINSON

## ORDER

I have reviewed the "letter briefs" and responses which counsel have submitted in connection with the informal procedure for resolving minor disputes which counsel proposed and which I adopted in my order of May 24, 2007. Record Doc. No. 5391. The "letter briefs" raise three "issues." As to two, the parties involved object to resolving them through informal means. The third "issue" is no issue at all.

Based on this experience, I find that the "letter brief" procedure which counsel proposed and which I adopted will merely impose additional burdens and costs on both the parties and the court, with no concurrent benefits. Accordingly,

**IT IS ORDERED** that the paragraph of my order of May 24, 2007, establishing a letter brief procedure, Record Doc. No. 5391 at p.3, is **VACATED,** and that the session before me in open court under that procedure previously set for Wednesday, June 13, 2007, at 10:00 a.m. is **CANCELLED.**

**IT IS FURTHER ORDERED** that counsel are hereby **PROHIBITED** from writing me letters. Requests for action by the court must be made by motion and must comply with all applicable rules.

New Orleans, Louisiana, this 11th day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.