UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Vidacovich, 06-4719     JUDGE DUVAL
MAG. WILKINSON

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Defendant Hartford Insurance Company's Motion for Expedited Consideration of its Motion for Protective Order, Record Doc. No. 5503

O R D E R E D:

 XX  : DENIED. Defendant's Motion for Protective Order, Record Doc. No. 5502, is hereby set for hearing on June 27, 2007 at 11:00 a.m. without oral argument. Plaintiffs' opposition memorandum, if any, is due no later than June 19, 2007.

New Orleans, Louisiana, this   11th   day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE