## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271 | MAG. WILKINSON |

### *EX PARTE* MOTION FOR LEAVE TO FILE A REPLY BRIEF

Defendant Washington Group International, Inc. ("WGII") respectfully moves for leave to file the accompanying reply brief in support of the Motion to Dismiss pursuant to Fed. R. Civ. P12(b)(1) and 12(c) (Rec. 4140) in order to respond to arguments made and authorities cited by plaintiffs in their opposition. ("WGII") respectfully submits that the reply will assist the court in its consideration of the Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(1) and 12(c), and the submission of this reply will not delay the resolution of the motion.

1

878416v.1

**WHEREFORE**, Defendant Washington Group International, Inc. ("WGII") respectfully moves for leave to fill the accompanying reply brief in support of the Motion to Dismiss pursuant to Fed. R. Civ. P12(b)(1) and 12(c) (Rec. 4140).

Dated: June 11, 2007    Respectfully submitted,

/s/ *Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

2

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Leave to File a Reply Brief has been served upon all counsel of record by the CM/ECF system this 11th day of June, 2007.

*/s/ Heather S. Lonian*