UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 06-0225,<br>06-0886, 06-2278, 06-2287, 06-4065,<br>06-4389, 06-4634, 06-4931, 06-5032,<br>06-5159, 06-5161, 06-5260, 06-5786,<br>06-5937, 07-1271 | |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File a Reply Brief filed by Washington Group International, Inc.,

**IT IS ORDERED** that the motion is **GRANTED** and that the Reply Brief be and hereby is filed into the record.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

878416v.1