UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6037, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289<br><br>PERTAINS TO: LEVEE | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW COMES** the Board of Commissioners for the Port of New Orleans (hereinafter "the Dock Board") and, pursuant to Fed.R.Civ.P. 12(c), moves to dismiss all claims asserted against it in the captioned lawsuit as Plaintiffs have failed to state a legally cognizable claim against it for the allegedly defective flood control devices at issue. The reasons for this motion are fully set forth in the accompanying memorandum.

Respectfully submitted, this 11th day of June, 2007.

DAIGLE FISSE & KESSENICH, PLC

BY:   s/ Jonathan H. Sandoz
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana  70434-5350
Telephone:  985/871-0800
Facsimile:    985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 11th day of June, 2007.

s/Jonathan H. Sandoz
JONATHAN H. SANDOZ