UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.  05-4182 |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6037, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | SECTION "K" (2) JUDGE  DUVAL |
| | MAGISTRATE WILKINSON |
| PERTAINS TO: LEVEE | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW COMES** the Board of Commissioners for the Port of New Orleans (hereinafter "the Dock Board") and, pursuant to Fed.R.Civ.P. 12(c), moves to dismiss all claims asserted against it in the captioned lawsuit as Plaintiffs have failed to state a legally cognizable claim against it for the allegedly defective flood control devices at issue.  The reasons for this motion are fully set forth in the accompanying memorandum.

Respectfully submitted, this 11th day of June, 2007.

DAIGLE FISSE & KESSENICH, PLC

BY:    s/ Jonathan H. Sandoz
        J. FREDRICK KESSENICH (7354)
        JONATHAN H. SANDOZ (23928)
        MICHAEL W. MCMAHON (23987)
        JON A. VAN STEENIS (27122)
        KIRK N. AURANDT (25336)
        P. O. Box 5350
        Covington, Louisiana  70434-5350
        Telephone:  985/871-0800
        Facsimile:   985/871-0899
        Attorneys for Defendant, The Board of
        Commissioners of the Port of New
        Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 11th day of June, 2007.

        s/Jonathan H. Sandoz
        JONATHAN H. SANDOZ