UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6037, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | SECTION "K" (2) JUDGE  DUVAL  MAGISTRATE WILKINSON |
| PERTAINS TO: LEVEE | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion of Defendant, Board of Commissioners of the Port of New Orleans, for Judgment on the Pleadings pursuant to Rule 12 (c) will be heard on the 27th day of June, 2007, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana  70130.

1

Respectfully submitted, this 11th day of June, 2007.

DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ Jonathan H. Sandoz
          J. FREDRICK KESSENICH (7354)
          JONATHAN H. SANDOZ (23928)
          MICHAEL W. MCMAHON (23987)
          JON A. VAN STEENIS (27122)
          KIRK N. AURANDT (25336)
          P. O. Box 5350
          Covington, Louisiana  70434-5350
          Telephone:  985/871-0800
          Facsimile:   985/871-0899
          Attorneys for Defendant, Board of
          Commissioners of the Port of New
          Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 11th day of June, 2007.

/s/ Jonathan H. Sandoz
JONATHAN H. SANDOZ

2