UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
|  | * | JUDGE DUVAL |
|  | * | MAG. WILKINSON |
|  | * |  |
|  | * |  |
|  | * |  |
|  | * |  |
| PERTAINS TO: | * |  |
| INSURANCE CASES | * |  |
|  | * |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO QUASH DEPOSITION OF ALEXIS KING
AND FOR PROTECTIVE ORDER**

Defendant, State Farm Fire and Casualty Company ("State Farm"), hereby moves this

Court for an order to quash the deposition of Alexis King as noticed by the Plaintiffs' Insurance

Liaison Counsel and for entry of a Protective Order precluding the deposition of Alexis King.

This consolidated litigation arises out of claims by Louisiana residents for property that

sustained damage following Hurricane Katrina.  Ms. King, for a period of time following

Hurricane Katrina, was a State Farm catastrophe claim team manager based in Mississippi.  As

set forth more fully in the accompanying memorandum, Ms. King is involved in ongoing

criminal investigations now being conducted by the United States Attorney for the Southern

District of Mississippi and the Attorney General of the State of Mississippi, as well as two

congressional subcommittees, all related to allegations of misconduct by State Farm and other insurers in connection with the adjustment of insurance claims arising out of Hurricane Katrina. Therefore, were Ms. King to be deposed, her personal counsel would instruct her to assert her Fifth Amendment privilege against self incrimination thereby rendering any such discovery meaningless and irrelevant.

State Farm has coordinated the filing of this motion with Defense Liaison Counsel.

WHEREFORE, State Farm hereby moves to quash the deposition of Alexis King and for entry of a Protective Order precluding her deposition.

Respectfully submitted:

/s/ David A. Strauss
DAVID A. STRAUSS #24665
LINDSAY A. LARSON, III #8053
CHRISTIAN A. GARBETT #26293
ADAM P. MASSEY #29330
SARAH R. SHANNAHAN #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
Attorneys for State Farm Fire and Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

/s/ Wayne J. Lee
Wayne J. Lee #7916
Stephen G. Bullock #3648
Sarah H. Barcellona #28080
   Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

      /s/Charles L. Chassaignac, IV

CHARLES L. CHASSAIGNAC, IV #20746
JAMES ERIC JOHNSON #23800
BRYAN J. HAYDEL, JR. #27500
ELEANOR WEEKS WALL #299695
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801-1309
(225) 383-8900 Telephone
(225) 383-79000 Facsimile
Attorneys for State Farm Fire and Casualty Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Quash Deposition of Alexis King and for Protective Order has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 12th day of June, 2007.

      /s/ David A. Strauss

S:\2900\STATE FARM ABADIE CASES\COMMON ISSUE DISCOVERY RE INSURANCE DEFENDANTS\MT TO QUASH & PROTECTIVE ORDER.DOC

3