UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE CASES | * | |

**O R D E R**

Considering the foregoing Motion;

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion to Quash Deposition of Alexis King and for Protective Order be and the same is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
J U D G E

S:\2900\STATE FARM ABADIE CASES\COMMON ISSUE DISCOVERY RE INSURANCE DEFENDANTS\ORDER RE MT TO QUASH & PROTECTIVE ORDER.DOC