MINUTE ENTRY
WILKINSON, M.J.
JUNE 11, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO ALL CASES: | SECTION "K" (2) |

At the request of Liaison Counsel, a telephone conference was conducted in this matter on this date. Judge Duval presided. I participated, along with Joseph Bruno, plaintiffs' Liaison Counsel, and Ralph Hubbard and Seth Schmeekle, defendants' Liaison Counsel.

The court was advised that certain insurers wish to participate in limited discovery; specifically, document inspection and other Rule 34 activities concerning ongoing document production by the United States. Such activity would violate the stay order, which the insurers themselves sought. Defendants' Liaison Counsel was instructed to determine if there is any objection to defendants' request to modify the stay in this regard, including whether the United States would object on grounds that the insurers would then potentially be given multiple, redundant inspection opportunities, and to file an appropriate motion.

MJSTAR:   0:40

The court has received a request from Liaison Counsel's designees, for guidance concerning the scope of the work of the consultant, retained by both sides, to recommend to counsel and, if necessary, the court a vendor for the electronic document repository contemplated by Case Management Order No. 4. Liaison Counsel were instructed that the consultant should address whatever factors he and the parties conclude are relevant, including but not limited to which vendor offers the better price, more convenience of access to materials, better experience with similar projects and the ability to segregate confidential materials under the Master Protective Order.

                                    JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY
HON. STANWOOD R. DUVAL, JR.