UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **Civil Action No. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| **PERTAINS TO:  INSURANCE    (06-2143)** | * | |
| | * | |
| | * | **Judge Duval** |
| **MOLLIE SOLOMON, WIFE OF/AND** | * | |
| **AVRAM C. HERMAN** | * | |
| | * | **Magistrate Judge Wilkenson** |
| **Plaintiffs,** | * | |
| | | * |
| Versus | * | |
| | * | |
| **THE TRAVELERS INSURANCE** | * | |
| **COMPANY,** *et al.,* | * | |
| | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION AND ORDER OF VOLUNTARY PARTIAL DISMISSAL

**NOW INTO COURT,** come Mollie Solomon Herman and The Standard Fire Insurance Company, improperly identified as The Travelers Insurance Company, by and through their counsel, and suggesting to this Court that the parties have settled certain of Plaintiff's claims, desire to dismiss with prejudice, with each party to bear its own costs, any and all claims and causes of action asserted in the captioned matter for wind related damages arising out of or resulting from Hurricane Katrina, while specifically reserving unto Plaintiff those claims that Plaintiff may have for loss or damage to the Dwelling or to Personal Property caused directly by water that was

released from one of the canals or waterways, including the Mississippi River Gulf Outlet, during and subsequent to Hurricane Katrina, in the City of New Orleans on or about August 29, 2005 or thereafter and that entered the Dwelling.

                    GERTLER, GERTLER, VINCENT, & PLOTKIN

BY: M.H. Gertler, Esq., La. Bar #6036
127-129 Carondelet Street
New Orleans, Louisiana 70130
**Attorney for Mollie Solomon Herman**

and

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

BY: TINA L. KAPPEN, La. Bar #29579
**RALPH S. HUBBARD III, T.A., La. Bar #7040**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for The Standard Fire Insurance Company**