UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> PERTAINS TO: INSURANCE  (06-2143) | * <br> * <br> * <br> * | Civil Action No. 05-4182 |
| MOLLIE SOLOMON, WIFE OF/AND <br> AVRAM C. HERMAN | * <br> * <br> * <br> * <br> * | Judge Duval <br><br> Magistrate Judge Wilkenson |
| Plaintiffs, | * <br> * | |
| Versus | * <br> * | |
| THE TRAVELERS INSURANCE <br> COMPANY, *et al.,* | * <br> * <br> * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon considering the above and foregoing Joint Motion of Voluntary Partial Dismissal it is hereby

**IT IS HEREBY ORDERED** that Plaintiff's claims and causes of action asserted in the captioned matter for wind related damages arising out of or resulting from Hurricane Katrina are dismissed with prejudice, each party to bear its own costs, and specifically reserving unto Plaintiff those claims that Plaintiff may have for loss or damage to the Dwelling or to Personal Property caused directly by water that was released from one of the canals or

waterways, including the Mississippi River Gulf Outlet, and during and subsequent to Hurricane Katrina, in the City of New Orleans on or about August 29, 2005 or thereafter and that entered the Dwelling.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**