## Law Offices
## Jacobs & Sarrat
*An Association for the Practice of Law*

DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT, J.D.
A. MARK FLAKE, J.D.***
RENÉ LOVELACE, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK
***ALSO ADMITTED IN TEXAS

LISA A. GRAVES
APRIL YOUNG HESSE
PARALEGALS

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155

CABLE ADDRESS
"DARJAC"

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

RECEIVED
MAY 1 7 2007
LWPRH

May 14, 2007

Joseph P. Guichet, Esq.
Lugenbahl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130

RE: Katrina Canal Breaches Consolidated Litigation
(St. Paul Fire and Marine Insurance Company)

Dear Mr. Guichet:

Thank you for your answers to discovery for St. Paul Fire and Marine Insurance Company.

Regarding your requests for form 95's plaintiffs, enclosed please find copies of same.

We, however, find your answers insufficient for the following discovery. Answers to Interrogatories 1, 2, 5, 7, 12 and 13.

We are therefore noticing a 37.1 conference on May 21, 2007 at 9:30 a.m. at the law offices of Darleen M. Jacobs, 823 St. Louis St., New Orleans, LA in order to discuss your answers. We hope to have your cooperation at that time.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
Enclosure


EXHIBIT A

Charles M. Lanier, Esq.
May 14, 2007
Page 2

    We are therefore noticing a 37.1 conference on May 21, 2007 at 11:00 a.m. at the law offices of Darleen M. Jacobs, 823 St. Louis St., New Orleans, LA in order to discuss your answers. We hope to have your cooperation at that time.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
Enclosure

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6041

JOSEPH P. GUICHET
(504) 568-1990 ext. 111

Fax: (504) 310-9195
email: jguichet@lawla.com

May 17, 2007

**Sent via facsimile 504-522-3819**
Darleen M. Jacobs
823 St. Louis Street
New Orleans, LA 70112

RE: Katrina Canal Breaches Consolidated Litigation
St. Paul Fire and Marine Insurance Company

Dear Ms. Jacobs:

I am in receipt of your correspondence of May 14, 2007 (received in our offices this afternoon) expressing your view that certain of St. Paul's discovery responses in the umbrella litigation are insufficient and requesting a Rule 37.1 conference at your offices on Monday, May 21, 2007.

I am willing to work with you to try to resolve this issue, but your letter does not provide me with enough information to respond. Most importantly, your letter does not indicate which set of discovery responses (MRGO or LEVEE) you take issue with. As we responded to different sets of discovery propounded by the PLC in both portions of the litigation, I need to know which is at issue before I can address your objections.

Your correspondence also sets two different times for the proposed discovery conference at your offices. On page one of your letter, the conference is to be held at 9:00 a.m. and on page two, it is scheduled for 11:00 a.m. Without knowing which discovery is at issue and having time to review same, I will not be able to provide a substantive response at either time Monday morning.

Please advise me which discovery responses (MRGO or LEVEE) are at issue and give me a little lead time to review same and I will be happy to discuss this issue with you via a telephonic conference at a mutually convenient time. I can be available much of next week for same.

Thank you in advance for your attention to this matter.

Sincerely,

Joseph P. Guichet

EXHIBIT B

177505-1

```
************************************************************************
*                          TRANSACTION REPORT                           *
*                                                       MAY-17-2007 THU 05:41 PM *
*    FOR:  LUGENBUHL WHEATON        504 310 9195                        *
*-----------------------------------------------------------------------*
*  DATE   START     RECEIVER      TX TIME   PAGES TYPE    NOTE      M#  DP *
*-----------------------------------------------------------------------*
*  MAY-17 05:41 PM 5223819           42"      2   SEND    OK        407    *
*-----------------------------------------------------------------------*
*                                         TOTAL :      42S PAGES:   2   *
************************************************************************
```

P.01

## LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Telephone: 504-568-1990
Telecopier: 504-310-9195

Joseph P. Guichet
jguichet@lawla.com

### FACSIMILE TRANSMITTAL SHEET

| To: | Organization: | Fax No.: |
|---|---|---|
| Darleen M. Jacobs | | (504) 522-3819 |
| | | |
| | | |
| | | |
| | | |

FROM: Joseph P. Guichet            NO. OF PAGES (INCLUDING COVER SHEET):  2

TELEPHONE: (504) 568-1990           CLIENT FILE NO.:

EMAIL: jguichet@lawla.com           TIME SENT:

DATE        May 17, 2007

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6041

JOSEPH P. GUICHET
(504) 568-1990 ext. 111

Fax: (504) 310-9195
email: jguichet@lawla.com

May 22, 2007

<u>**Sent via facsimile 504-522-3819**</u>
Darleen M. Jacobs
823 St. Louis Street
New Orleans, LA 70112

    RE:    Katrina Canal Breaches Consolidated Litigation
              St. Paul Fire and Marine Insurance Company

Dear Ms. Jacobs:

    I received the voice mail you left in my firm's general mailbox yesterday at around 11:00 a.m. I apologize our offices were closed due to a fire alarm in our building. I attempted to reach you afterwards and left a message but have not heard back.

    From your voice mail, it sounded as though you had not received my fax of May 17, 2007 regarding your discovery inquiry. Attached please find another copy of same. As I mentioned in that letter, I am happy to work with you to try to resolve this issue.

    Please feel free to give me a call at our convenience so we can further discuss.

                                  Sincerely,

                                  Joseph P. Guichet

JPG/ajb

EXHIBIT C

177505-1

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6041

JOSEPH P. GUICHET
(504) 568-1990 ext. 111

Fax: (504) 310-9195
email: jguichet@lawla.com

May 17, 2007

**Sent via facsimile 504-522-3819**
Darleen M. Jacobs
823 St. Louis Street
New Orleans, LA 70112

RE: Katrina Canal Breaches Consolidated Litigation
St. Paul Fire and Marine Insurance Company

Dear Ms. Jacobs:

I am in receipt of your correspondence of May 14, 2007 (received in our offices this afternoon) expressing your view that certain of St. Paul's discovery responses in the umbrella litigation are insufficient and requesting a Rule 37.1 conference at your offices on Monday, May 21, 2007.

I am willing to work with you to try to resolve this issue, but your letter does not provide me with enough information to respond. Most importantly, your letter does not indicate which set of discovery responses (MRGO or LEVEE) you take issue with. As we responded to different sets of discovery propounded by the PLC in both portions of the litigation, I need to know which is at issue before I can address your objections.

Your correspondence also sets two different times for the proposed discovery conference at your offices. On page one of your letter, the conference is to be held at 9:00 a.m. and on page two, it is scheduled for 11:00 a.m. Without knowing which discovery is at issue and having time to review same, I will not be able to provide a substantive response at either time Monday morning.

Please advise me which discovery responses (MRGO or LEVEE) are at issue and give me a little lead time to review same and I will be happy to discuss this issue with you via a telephonic conference at a mutually convenient time. I can be available much of next week for same.

Thank you in advance for your attention to this matter.

Sincerely,

Joseph P. Guichet

177505-1

```
************************************************************************
*                        TRANSACTION REPORT                             *
*                                                     MAY-22-2007 TUE 02:10 PM *
*                                                                      *
*   FOR: LUGENBUHL WHEATON          504 310 9195                       *
*----------------------------------------------------------------------*
*   DATE  START     RECEIVER      TX TIME  PAGES TYPE   NOTE       M# DP *
*----------------------------------------------------------------------*
*   MAY-22 02:09 PM 5223819          54"     3   SEND   OK         431  *
*----------------------------------------------------------------------*
*                                  TOTAL :   54S  PAGES:   3           *
************************************************************************
```

## LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
### A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6041
(504) 568-1990
FAX (504) 310-9195

## TELECOPY COVER LETTER

May 22, 2007
Number of Pages (including this page): 3

**TO:**     Darleen M. Jacobs        **FAX:**     522-3819

**FROM:**   Joseph P. Guichet
            FAX: (504) 910-9195
            PHONE: (504) 568-1990 ext. 111

**RE:**     Katrina Canal Breached Consolidated Litigation
            St. Paul Fire and Marine Insurance Company

**MESSAGE**

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6041

JOSEPH P. GUICHET
(504) 568-1990 ext. 111

Fax: (504) 310-9195
email: jguichet@lawla.com

May 24, 2007

<u>**Sent via facsimile 504-522-3819**</u>
Darleen M. Jacobs
823 St. Louis Street
New Orleans, LA 70112

      RE:    Katrina Canal Breaches Consolidated Litigation
               St. Paul Fire and Marine Insurance Company

Dear Ms. Jacobs:

      Pursuant to our discussions today, enclosed is a draft supplemental response to discovery by St. Paul Travelers. Please let me know if this fully responds to your request. If there are additional minor revisions that you have in mind, we might be able to work that out. If it is something more major, perhaps we will just have to let the court deal with it on a motion to compel. Please let me know.

                                    Sincerely,

                                      Joseph P. Guichet

JPG/ajb
Enclosure



177505-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-1885, 06-0225, 06-0886, 06-11208,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5163, 06-5367, 06-5471,<br>06-5771, 06-5786, 06-5937, 06-7682, 07-0206,<br>07-0647, 07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | SECTION "K" (2) |
| PERTAINS TO: LEVEE | | *<br>* | |

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S SUPPLEMENTAL RESPONSES TO LEVEE PLAINTIFFS' FIRST REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS

TO:   All Plaintiffs
*Through Plaintiffs' Liaison Counsel*
Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113

**NOW INTO COURT,** through undersigned counsel, comes Defendant St. Paul Fire and

Marine Insurance Company ("St. Paul"), which respectfully supplements its responses to certain



of the Interrogatories contained in the Levee Plaintiffs' First Requests for Admission, Interrogatories, and Requests for Production of Documents.

St. Paul incorporates herein by reference, in their entirety, the "Preliminary Statement" and the "General Objections" contained in its original answer to this discovery. Furthermore, any and all objections stated within the response to a particular interrogatory is also incorporated by reference into the supplemental responses below in their entirety. Subject to the foregoing, St. Paul supplements its responses to the Levee Plaintiffs' discovery as follows:

**INTERROGATORY NO. 1:**

For each request for admission you denied, or for which you qualified your answer, please provide the following: (I) a list of all persons, by name and title, you contacted in formulating your response; (ii) a description of the information they provided to you in formulating your response; and (iii) an explanation of the basis for your denial or qualification of your response.

**ANSWER TO INTERROGATORY NO. 1**

Counsel responded to most, if not all, of the requests for admission based upon information known to counsel, which knowledge was confirmed and/or supplemented with information obtained from Ms. Darnelle Phillips, Senior Counsel with St. Paul. Ms. Phillips confirmed the lack of St. Paul's knowledge as to the accuracy of the requests. As for the basis for St. Paul's denials, St. Paul responds that the basis for the denial for each particular request for admission is stated within St. Paul's response to that request for admission. As reflected by those responses, nearly all of the requests for admission call for the admission of certain facts or legal conclusions that can only be answered after certain information about the purported class members and their alleged damages and claims – information that is unquestionably outside St.

Paul's scope of knowledge at this point in the litigation – is obtained through discovery. A few of those requests for admission do not appear to be directed to St. Paul at all, as they seek confirmation of facts that are in the possession of other parties (such as whether the Corps or U.S.A. has paid any claim submitted by any class representative [Req. No. 3, 23]).

**INTERROGATORY NO. 2:**

If you contend that the Fed. R. Civ. P. 23(a) numerosity requirement is not satisfied as to the Class and/or any of its five proposed sub-classes, please (I) set forth every fact you believe supports your contention, and (ii) identify every witness you believe possesses knowledge of such facts, including which such facts each witness possesses. If you agree that the numerosity requirement is satisfied, please say so.

**ANSWER TO INTERROGATORY NO. 2:**

Reserving all objections and defenses to the motion for class certification save for the single element of numerosity under FRCP Rule 23(a)(1), St. Paul states that it will not contest the "numerosity" element with respect to the proposed class and sub-classes.

**INTERROGATORY NO. 5:**

Based upon the claims forms and/or all other information received to date, including the Complaint, please identify any defense you might set forth in response to any class member's claim against you that you would not set forth in any class representatives' claim against you. If the answer is "none known at this time" please say so.

**ANSWER TO INTERROGATORY NO. 5:**

St. Paul received certain plaintiffs' claims forms late last week and has not yet analyzed them. Moreover, no discovery has been conducted on this issue to date. Consequently, St. Paul

178587-1                                    3

has not yet analyzed this issue. Subject to these limitations and the objections in its initial response, St. Paul responds: none known at this time.

**INTERROGATORY NO. 7:**

Based upon the claims forms and/or all other information received to date, including the Complaint, please (I) identify all questions of law or fact affecting individual members of the Class that you contend would not also affect the Class Representatives and Sub-Class Representatives, and (ii) state whether and in what way you contend that such individual questions predominate over questions that are common to the class members and the class representatives.

**ANSWER TO INTERROGATORY NO. 7:**

St. Paul received certain plaintiffs' claims forms late last week and has not yet analyzed them. Moreover, no discovery has been conducted on this issue to date. Consequently, St. Paul has not yet analyzed this issue. Subject to these limitations and the objections in its initial response, St. Paul responds: none identified at this time.

**INTERROGATORY NO. 12:**

Please describe the results/conclusions of the reports of all efforts to date undertaken by you to estimate the number of persons who sustained damages or incurred losses in the geographical area covered by the Class and its five Sub-Classes.

**ANSWER TO INTERROGATORY NO. 12:**

Subject to the objections in its initial response, St. Paul responds that it has not produced any reports or analysis estimating the number of persons who sustained damages or incurred losses in the geographical area covered by the Class and its five Sub-Classes.

**INTERROGATORY NO. 13:**

Please describe in detail each source of inundation and the manner in which you contend the inundation occurred with respect to the geographical area encompassed by the five Sub-Class (e.g., flooded solely by one water source, flooded by commingled sources).

**ANSWER TO INTERROGATORY NO. 13:**

To the extent this interrogatory seeks the mental impressions or work product of counsel, or the preliminary opinions and draft reports of experts, that information is privileged and specifically protected from disclosure by CMO #4. Subject to that objection and the objections in its initial response, St. Paul responds that, to date, it possesses no knowledge or information on this issue other than what has been reported in the media and through public reports.

Respectfully submitted:

JOSEPH P. GUICHET, T.A. Bar #24441
RALPH S. HUBBARD III, Bar #7040
RACHEL A. MEESE, Bar #25457
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

178587-1      5

## CERTIFICATE OF SERVICES

  I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the U.S. Mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this _____ day of _____, , 2007

_____

```
************************************************************************
*                        TRANSACTION REPORT                             *
*                        _____                            *
*                                                    MAY-24-2007 THU 03:22 PM
*                                                                       *
*   FOR:  LUGENBUHL WHEATON          504 310 9195                       *
*-----------------------------------------------------------------------*
*   DATE   START    RECEIVER      TX TIME   PAGES TYPE    NOTE      M#  DP
*-----------------------------------------------------------------------*
*   MAY-24 03:20 PM 5223819        1'59"      8   SEND    OK        444 *
*-----------------------------------------------------------------------*
*                                    TOTAL :   1M 59S  PAGES:   8       *
*                                                                       *
************************************************************************
```

P. 01

# LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Telephone: 504-568-1990
Telecopier: 504-310-9195

Joseph P. Guichet
jguichet@lawla.com

## FACSIMILE TRANSMITTAL SHEET

| To: | Organization: | Fax No.: |
|---|---|---|
| Darleen M. Jacobs | | (504) 522-3819 |
| | | |
| | | |
| | | |
| | | |

FROM:       Joseph P. Guichet         NO. OF PAGES (INCLUDING COVER SHEET):  9

TELEPHONE:  (504) 568-1990            CLIENT FILE NO.:

EMAIL:      jguichet@lawla.com        TIME SENT:

DATE:       May 24, 2007

| | |
|---|---|
| From: | Rachel Meese |
| To: | jbruno@brunobrunolaw.com; |
| Date: | 6/1/2007 10:44 AM |
| Subject: | LEVEE Discovery Responses Motion to Compel |
| Attachments: | suppresponsesmrgo.pdf; Jacobs 052207.doc.pdf; 177505_1.pdf; 178668_1.pdf |
| CC: | jguichet@lawla.com;  Laura Langdon;  Seth Schmeeckle |

Mr. Bruno,

Attached, please find the correspondence and proposed supplemental discovery responses by St. Paul forwarded to Darleen Jacobs on May 24, 2007, in addition to previous correspondence attempting to resolve any discovery issues. Despite having forwarded same in a timely manner, we received a Motion to Compel Discovery today. Please advise if the draft supplemental responses have satisfied concerns addressed in your Motion to Compel as Ms. Jacobs never responded to Mr. Guichet's correspondence.

We believe that we can resolve the dispute amicably and that there is no need for a Motion to Compel. However, if it is your stance that you wish to proceed with the Motion to Compel without further discussion, please advise as soon as possible so that we may draft a response to same.

Thank you in advance for your prompt attention to this matter.

Rachel A. Meese

Rachel A. Meese
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Suite 2775 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Tel: 504-568-1990 Ext. 131
Fax: 504-310-9195
Email: rmeese@lawla.com


EXHIBIT P

179950_1

From: "Joe Bruno" <jbruno@brunobrunolaw.com>
Sent: Fri Jun 01 14:16:16 2007
To: Darlene Jacobs Rachel Meese
CC: Joseph Guichet
 Laura Langdon
 Seth Schmeeckle
Subject: RE: LEVEE Discovery Responses Motion to Compel

Darlene, please respond to this request. Joe, please advise if there is no response by next Wednesday.


Joseph M. Bruno

The Law Offices of Joseph M. Bruno

855 Baronne Street

New Orleans, Louisiana 70113

Telephone: (504) 525-1335

Facsimile (504) 561-6775

Email: jbruno@jbrunolaw.com

Website: www.jbrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

Page 1


EXHIBIT G

179950_1

-----Original Message-----
From: Rachel Meese [mailto:rmeese@lawla.com]
Sent: Friday, June 01, 2007 10:44 AM
To: Joe Bruno
Cc: Joseph Guichet; Laura Langdon; Seth Schmeeckle
Subject: LEVEE Discovery Responses Motion to Compel

Mr. Bruno,

Attached, please find the correspondence and proposed supplemental discovery responses by St. Paul forwarded to Darleen Jacobs on May 24, 2007, in addition to previous correspondence attempting to resolve any discovery issues. Despite having forwarded same in a timely manner, we received a Motion to Compel Discovery today. Please advise if the draft supplemental responses have satisfied concerns addressed in your Motion to Compel as Ms. Jacobs never responded to Mr. Guichet's correspondence.

We believe that we can resolve the dispute amicably and that there is no need for a Motion to Compel. However, if it is your stance that you wish to proceed with the Motion to Compel without further discussion, please advise as soon as possible so that we may draft a response to same.

Thank you in advance for your prompt attention to this matter.

Rachel A. Meese

Rachel A. Meese
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Suite 2775 Pan American Life Center

601 Poydras Street

New Orleans, Louisiana   70130

Tel:   504-568-1990 Ext. 131

Fax:   504-310-9195

Email: rmeese@lawla.com

179950_1