UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION "K" - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:      *Aaron,* 06-4746 | * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LIMITED REOPENING OF CASE
## AND PARTIAL MOTION TO DISMISS

Plaintiffs, Denise Ancar, Michael and Garance Carson, Sharon M. Claude, Justin J. Crespo, Gloria Davillier, Joanette Doucette, Charlie and Betty Dunbar, Alice Felix and Joseph Byrd, Duane Hardy, Linda Hardy, Kineta Hilton, Mildred and Solomon Lewis, Troy Lynn Mack Palmer, and Franklin S. and Dianne Ruiz have resolved their disputes with defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual").  As a result of these settlements, these plaintiffs respectfully request that this Court reopen this case with respect to Liberty Mutual for the sole purpose of addressing this motion, and that all of their claims against all parties, including Liberty Mutual, be dismissed, with prejudice, each party to bear its own costs.  In addition, plaintiffs Vicki Lamb and Jeter Melendez request that their claims be dismissed, without prejudice.  Finally, since no other named plaintiff is insured by Liberty Mutual, plaintiffs

requests that all other claims against Liberty Mutual be dismissed, without prejudice. All claims by all remaining plaintiffs against all defendants other than Liberty Mutual are reserved.

**WHEREFORE,** Plaintiffs pray that this motion be granted, each party to bear its own costs.

Respectfully Submitted:
**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 12th day of June, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:  (504) 832-1799
E-Mail Address: jim@jimshall.com