# DUPLASS ZWAIN BOURGEOIS MORTON PFISTER & WEINSTOCK

| | | |
|---|---|---|
| Lawrence J. Duplass | Christian B. Bogart | William J. Guste, IV |
| Gary M. Zwain (1) | Joseph G. Glass (2) | Jennifer M. Morris |
| David J. Bourgeois | Kevin R. Derham | –Special Counsel– |
| Joseph B. Morton, III | Jaime M. Cambre | David M. Cambre |
| C. Michael Pfister | Corey M. Oubre | –Of Counsel– |
| Andrew D. Weinstock (1) | Gissel M. Ferriol | Kenneth J. Berke |
| Geoffrey P. Clement | Christina M. Roselle (3) | |
| Guyton H. Valdin, Jr. | Nicole M. Boyer | (1) also admitted in Texas |
| Kelly Cambre Bogart | Ryan M. Malone | (2) also admitted in Mississippi |
| | | (3) also admitted in Oklahoma |

June 8, 2007

Hon. Loretta G. Whyte
Clerk of Court
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

   Re:   *Licia Duffy, wife of/and Terrence Duffy, Sr. v.*
         *Larry Orlando and Allstate Insurance Company*
         USDC CA: 2:06-cv-8674 c/w *In Re: Katrina Canal Breaches*
         *Consolidated Litigation:* CA: 05-4182; "K" (2)
         **Our File No. 06-FFA-207**

Dear Ms. Whyte:

   Pursuant to the Order of Dismissal without prejudice dated May 29 2007 signed by the Honorable Stanwood R. Duval, Jr., dismissing our client, Larry Orlando, from the above reference litigation, please delete the following names from the e-filing email listing **as it pertains to *Duffy*, C.A. No. 06-8674 only**:

   Duplass Zwain Bourgeois Morton Pfister & Weinstock
   David C. Bourgeois          davidb@duplass.com
   Christina M. Roselle        croselle@duplass.com
   Gissel Marie Ferriol        gferriol@duplass.com

   Should you have any questions, please do not hesitate to contact the undersigned.

                                 Very truly yours,

                                 **DUPLASS, ZWAIN, BOURGEOIS, MORTON,**
                                 **PFISTER & WEINSTOCK**

                                 WILLIAM J. GUSTE, IV

WJG/ceh
cc:   David J. Bourgeois, Esq.

A Professional Law Corporation
29th Floor, Three Lakeway Center   3838 N. Causeway Blvd.   Metairie, Louisiana 70002
Telephone 504.832.3700   Fax 504.837.3119
www.duplass.com