UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

**FOURTH JOINT MOTION TO AMEND**
**CASE MANAGEMENT AND SCHEDULING ORDER No. 4**

The Fourth Joint Motion of Plaintiffs in the MRGO[1] and Levee cases and MRGO and Levee Defendants respectfully represents:

1.

Plaintiffs in the MRGO and Levee cases and Defendants in the MRGO and Levee cases, each acting through their respective undersigned liaison counsel, jointly move the Court for an order amending the Case Management and Scheduling Order No.4 ("CMO No. 4") as follows.

---

[1] This motion is not intended to include or impact the *Robinson* (06-2286) Case Management Order.

2.

The parties desire to amend paragraph III (B) (2) of the CMO No. 4 to extend the deadline for the filing of any motion to compel class certification written discovery, in compliance with Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 37.1E, which is currently set for June 15, 2007, to July 1, 2007, or sixteen (16) days after receipt of service by Defendants of Plaintiffs' Responses to written class certification discovery, whichever is later.

3.

WHEREFORE, plaintiffs and defendants in the Levee and MRGO cases jointly ask the Court to amend the Case Management and Scheduling Order No. 4, as proposed herein.

Dated: June 12, 2007                                Respectfully submitted,

/s/ Joseph M. Bruno                                 /s/ William D. Treeby
Joseph M. Bruno, Bar No. 3604                       William D. Treeby, Bar No. 12901
BRUNO & BRUNO, L.L.P.                               STONE PIGMAN WALTHER WITTMANN LLC
855 Baronne Street                                  546 Carondelet Street
New Orleans, Louisiana 70113                        New Orleans, LA 70130
Telephone: 504 525-1335                             Telephone: 504-581-3200
Facsimile: 504 561-6775                             Facsimile: 504-581-3361
jbruno@brunobrunolaw.com                            wtreeby@stonepigman.com

*Plaintiffs' Liaison Counsel*                       *Defendants' Contractors Litigation Committee*
                                                    *Representative and Counsel of Record for*
                                                    *Defendant Washington Group International*


                                                    /s/ Ralph S. Hubbard, III
                                                    Ralph S. Hubbard, III, La. Bar 7040
                                                    LUGENBUHL, WHEATON, PECK,
                                                      RANKIN & HUBBARD
                                                    601 Poydras Street, Suite 2775
                                                    New Orleans, Louisiana 70130
                                                    Telephone: 504-568-1990
                                                    Facsimile: 504-310-9195
                                                    rhubbard@lawla.com

                                                    *Defendant Liaison Counsel*


## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Case Management and Scheduling Order No. 4 has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail, postage prepaid and properly addressed, this 12th day of June, 2007.

                                                    /s/ William D. Treeby
                                                    William D. Treeby