UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | § | |
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

## O R D E R

Considering the foregoing Fourth Joint Motion to Amend Case Management and

Scheduling Order No. 4;

**IT IS ORDERED** that the motion is GRANTED and that Case Management

Scheduling Order No. 4 be and hereby is amended as follows:

The deadline for the filing of any motion to compel class certification written

discovery, in compliance with Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 37.1E, which is

currently set for June 15, 2007, is extended to July 1, 2007, or sixteen (16) days after receipt of

service by Defendants of Plaintiffs' Responses to written class certification discovery, whichever

is later.

NEW ORLEANS, LOUISIANA, this ____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE