<|>
