UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL INSURANCE | * | |
| | * | |
| GWEN BURK WIFE OF/AND | * | CIVIL ACTION NO.: 06-7846 |
| WILLIAM BURK | * | |
| | * | |
| versus | * | SECTION "K" J. DUVAL |
| | * | |
| SCOTTSDALE INSURANCE | * | MAG/JUDGE (2) - WILKENSON |
| COMPANY, KATIE HYMEL, | * | |
| AND E&O INSURER | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL DISCOVERY RESPONSES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Scottsdale Insurance Company, who moves this Honorable Court for an Order compelling the Plaintiffs, Gwen Burk wife of/and William Burk, to respond to the Interrogatories and Request for Production of Documents, attached hereto as Exhibit "A2", for the reasons set forth in the accompanying Memorandum.

Notwithstanding the lapse of all periods of time allowed to respond to discovery requests, plaintiff has failed to respond, even after repeated requests from counsel for defendants; and further, that plaintiff has failed to object or obtain extensions from the Court in which to respond.

Accordingly, defendant moves for an Order compelling plaintiffs, William and Gwen Burk, to respond fully and completely and without objection to all outstanding discovery requests and to pay for all expenses and attorney's fees incurred in connection with this Motion as provided by the Federal Code of Civil Procedure.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

S/Cynthia J. Thomas
**KEVIN L. COLE, Bar No. 4248**
**CYNTHIA J. THOMAS, Bar No. 22631**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for Defendant,*
*Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of June, 2007, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery         ( ) Prepaid U.S. Mail

( ) Facsimile             ( ) UPS/Federal Express

( ) Certified Mail Return Receipt Requested

( X ) Electronic Mail

S/Cynthia J. Thomas
**CYNTHIA J. THOMAS**
