UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>ALL INSURANCE | * * * | |
| GWEN BURK WIFE OF/AND<br>WILLIAM BURK | * * * | CIVIL ACTION NO.: 06-7846 |
| versus | * * | SECTION "K" J. DUVAL |
| SCOTTSDALE INSURANCE<br>COMPANY, KATIE HYMEL,<br>AND E&O INSURER | * * * * | MAG/JUDGE (2) - WILKENSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

**MAY IT PLEASE THE COURT:**

On January 12, 2007, Defendant, Scottsdale Insurance Company, propounded to Plaintiffs, Gwen Burk wife of/and William Burk, Interrogatories and Request for Production of Documents (See attached Exhs. "A1" and "A2"). These Discovery Requests were received by plaintiffs' attorney's office on January 16, 2007.

On March 12, 2007, undersigned counsel set a Rule 37.1 telephone conference with plaintiffs' attorney regarding the outstanding discovery responses (Exh. "B") and confirmed the results by letter dated March 16, 2007 (Exh. "C"). After plaintiffs amended their Complaint to assert flood due to levee breach damage and the case was consolidated with the instant action,

1

defendants answered the amended Complaint and, on April 25, 2007, sent yet another letter reminding plaintiffs' attorney of the outstanding discovery. (Exh. "D"). On May 2, 2007, undersigned counsel set a second Rule 37.1 telephone conference on the issue of plaintiffs' outstanding discovery responses. (Exh. "E"). After the Rule 37.1 conference, plaintiffs' counsel promised to send the outstanding discovery responses and this was confirmed by letter of May 10, 2007 (Exh. "F:)"; however, to date, nothing has been received.

Accordingly, defendant Scottsdale Insurance Company seeks and is entitled to an Order compelling Plaintiffs to provide responses to the Interrogatories and Requests for Production of Documents within 15 days of the hearing of this matter. Defendant also respectfully requests costs and attorney's fees incurred in bringing this Motion.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

S/Cynthia J. Thomas
**KEVIN L. COLE, Bar No. 4248**
**CYNTHIA J. THOMAS, Bar No. 22631**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for Defendant,*
*Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of June, 2007, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Facsimile            ( ) UPS/Federal Express

( ) Certified Mail Return Receipt Requested

( X ) Electronic Mail

S/Cynthia J. Thomas
**CYNTHIA J. THOMAS**