UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>ALL INSURANCE | * * * | |
| GWEN BURK WIFE OF/AND<br>WILLIAM BURK | * * * | CIVIL ACTION NO.: 06-7846 |
| versus | * * | SECTION "K" J. DUVAL |
| SCOTTSDALE INSURANCE<br>COMPANY, KATIE HYMEL,<br>AND E&O INSURER | * * * * | MAG/JUDGE (2) - WILKENSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 37.1 CERTIFICATE

Subsequent to formal requests for the Plaintiffs, Gwen Burk wife of/and William Burk, to respond to the Interrogatories and Request for Production of Documents by the undersigned, a Rule 37.1 conferences were scheduled on March 15 and May 7, 2007, concerning the Plaintiffs' failure to comply with the previous discovery requests. To date, in spite of numerous letters and telephone conversations with plaintiffs' counsel, no discovery responses have been received to date by Defendant Scottsdale Insurance Company.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

S/Cynthia J. Thomas
**KEVIN L. COLE, Bar No. 4248**
**CYNTHIA J. THOMAS, Bar No. 22631**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for Defendant,*
*Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of June, 2007, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Facsimile            ( ) UPS/Federal Express

( ) Certified Mail Return Receipt Requested

( X ) Electronic Mail

S/Cynthia J. Thomas
**CYNTHIA J. THOMAS**

2