UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GWEN BURK WIFE OF/AND<br>WILLIAM BURK | * | CIVIL ACTION NO.: 06-7846 |
| | * | |
| | * | |
| versus | * | SECTION K |
| | * | |
| SCOTTSDALE INSURANCE | * | MAGISTRATE: 2 |
| COMPANY, KATIE HYMEL, | * | |
| AND E&O INSURER | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**CONSIDERING THE FOREGOING MOTION**, let Gwen Burk wife of/and William

Burk show cause before this Court on the ____11th____ day of ____**July**____ 2007, at __**11:00**__ a.m.

why they should not be required to produce the documents requested and to answer the

Interrogatories and Requests for Production of Documents propounded herein by the defendant,

Scottsdale Insurance Company.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2007.


_____
JUDGE