# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

**REGIONAL OFFICES:**

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

3555 TIMMONS LANE, SUITE 1225
HOUSTON, TEXAS 77027
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

**Cynthia J. Thomas**

Three Sanctuary Blvd., Suite 301
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
E-mail: cthomas@gjtbs.com

Please reply to the Mandeville Office

1101 GULF BREEZE PARKWAY,
SUITE 2
GULF BREEZE, FLORIDA 32561
Telephone: (850) 934-3800
Telecopy: (850) 934-3848

4021 AMBASSADOR CAFFERY
PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337) 993-09331

770 CARONDELET AVENUE,
SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

January 12, 2007

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

RE: Gwen Burk wife of/and William Burk v.
Scottsdale Insurance Co., Katie Hymel and E & O Insurer
USDC EDLa. No. 06-7846, Sec. K, Mag. 2
Our file: NS0337.316

Dear John:

Enclosed please find the following discovery propounded to your clients in the above-referenced matter:

1. Defendant's Interrogatories to Plaintiff;
2. Defendant's Request for Production of Documents to Plaintiff; and
3. Defendant's Request for Admissions to Plaintiff.

We look forward to your responses within the usual time restraints allowed. Thank you for your attention to this matter.

Sincerely,

Cynthia J. Thomas

CJT/msc
Enclosures
cc: Kevin Derham, Esq. (Via Fax: (504) 837-3119)
    Steve Lozes, Esq. (Via Fax: (504) 587-9408)


EXHIBIT A-1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A. Encalarde*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *A. Encalarde*   C. Date of Delivery: JAN 1 6 2007<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>JAN 1 6 2007 |
| 1. Article Addressed to:<br><br>John A. Venezia, Esq<br>110 Veterans Blvd.<br>Suite 330<br>Metairie LA<br>70005 | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0006 4536 8361 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540