UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GWEN BURK WIFE OF/AND | * | CIVIL ACTION NO.: 06-7846 |
| | * | |
| WILLIAM BURK | * | |
| versus | * | SECTION "K" |
| | * | |
| SCOTTSDALE INSURANCE | * | MAGISTRATE: 2 |
| COMPANY, KATIE HYMEL, | * | |
| AND E&O INSURER | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## INTERROGATORIES

TO:    Gwen Burk wife of/and William Burk
Through their attorney of record:
John A. Venezia
The Law Office of John A. Venezia, APLC
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005

**NOW INTO COURT**, through undersigned counsel, comes Scottsdale Insurance Company, who addresses and propounds the following written Interrogatories to plaintiffs, William and Gwen Burk, to be answered individually, *under oath, with a Verification of the response attached, within thirty (30) days of service hereof,* in accordance with Rule 33 of the



EXHIBIT A-2

Federal Rules of Civil Procedure. These Interrogatories are deemed to be continuing and if, for any reason, they are not answered within the applicable time period, which period is specifically not waived, they are to be answered at any time when the information becomes known prior to trial.

## DEFINITIONS

"You" or "Your" means Gwen and/or William Burk.

"Document" means any written, recorded or graphic matter however produced or reproduced.

"Identify" or "identification", when used with respect to an individual means to state that individual's full name, present or last known employment, telephone number, and present or last known physical and mailing address.

"Identify" or "identification", when used with reference to a document, means to state the type of documents (e.g. memorandum, chart, contract, etc.) or some other means of identifying its location and custodian, the date thereon, if any, and the identity of the part or parties whose name or names appear thereon, or in lieu thereof, you may attach to your answers a copy of each such document.

"Property" refers to the buildings in suit located at 717-719 Louque, New Orleans, Louisiana 70124 and/or 5710 Bancroft Drive, New Orleans, Louisiana 70124, as alleged in the Complaint.

"Incident" refers to Hurricane Katrina which struck Southeast Louisiana on August 29, 2005.

**INTERROGATORY NO. 1:**

Please state whether you had flood insurance on your property on or about August 29, 2005. If so, please provide the name of the carrier, the policy number or numbers and the effective dates of the policy.

**INTERROGATORY NO. 2:**

Please state whether you filed any property damage prior to Hurricane Katrina for damage to the buildings and if so, provide the date or dates when you filed a claim or claims.

**INTERROGATORY NO. 3:**

Please state when the property in suit were constructed.

**INTERROGATORY NO. 4:**

Please provide the name, address and telephone number of each and every general contractor who constructed the property in suit.

**INTERROGATORY NO. 5:**

Please identify by name and address, each and every subcontractor who worked on the construction of any part of the property in suit.

**INTERROGATORY NO. 6:**

Please state whether you experienced flood damage as a result of Hurricane Katrina and its aftermath to your properties.

**INTERROGATORY NO. 7:**

Please identify each and every item of business personal property which you allege was damaged by wind and/or wind driven rain as a result of Hurricane Katrina.

**INTERROGATORY NO. 8:**

Describe in detail, and not in a cursory manner, what repairs, if any, needed to be made to the building and whether any of the repairs described have been started and/or completed by the date of the answers to these Interrogatories.

**INTERROGATORY NO. 9:**

Please state the names, addresses and telephone numbers of any and all <u>experts</u> you have consulted or who you may call at the trial of this matter and with respect to each witness, please state:

    a.    Subject matter in which such expert is expected to testify;

    b.    The substance of the facts and opinions to which each expert is expected to testify;

    c.    A summary of the grounds of each opinion; and,

    d.    The identity or description of each book, learned treatise or other publication on which each expert may rely in support of his opinion.

**INTERROGATORY NO. 10:**

Please state the full name, address and telephone number of each and every person whom you <u>may</u> or <u>will</u> call to testify as a fact witness at the trial of this matter, and briefly summarize the testimony each such person will give.

**INTERROGATORY NO. 11:**

Please identify each and every exhibit you will produce at trial of this matter.

**INTERROGATORY NO. 12:**

Please identify the full name or names, address and telephone numbers of each and every insurance adjuster or public adjuster who may have prepared an estimate of the damages to the buildings in suit which you are claiming.

**INTERROGATORY NO. 13:**

Please describe the steps, if any, which you took to protect your property prior to the advent of Hurricane Katrina.

**INTERROGATORY NO. 14:**

Please provide the date of your evacuation from the New Orleans area and the date of your return to the area and to your buildings in suit.

**INTERROGATORY NO. 15:**

Please state if your properties were leased on the date of the occurrence and if so please state the date the lease or leases were in effect, the name of the lessee and the amount of rental income per month realized from the leases.

**INTERROGATORY NO. 16:**

Please describe each and every item of business personal property, i.e. contents which you allege were looted as a result of Hurricane Katrina striking southeast Louisiana on August 29, 2005.

**INTERROGATORY NO. 17:**

Please state the date when you believe the above-referenced property was stolen.

**INTERROGATORY NO. 18:**

Please state whether you deposited the check tendered unconditionally by Scottsdale Insurance Company in the amount of $38,822.29. If deposit was made, please state the date of the deposit and the bank receiving your deposit.

**INTERROGATORY NO. 19:**

Please state whether or not you have rebuilt and/or restored the property in suit. If so, give the date the repairs were completed.

**INTERROGATORY NO. 20:**

Please provide a breakdown of the damages you are claiming regarding the properties in suit in a detailed, and not cursory, manner.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

_____
**KEVIN L. COLE, Bar No. 4248**
**CYNTHIA J. THOMAS, Bar No. 22631**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for defendant,*
*Scottsdale Insurance Company*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of January, 2007, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Facsimile            ( ) UPS/Federal Express

( X ) Certified Mail Return Receipt Requested

_____
**CYNTHIA J. THOMAS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GWEN BURK WIFE OF/AND** | * | **CIVIL ACTION NO.: 06-7846** |
| | * | |
| **WILLIAM BURK** | * | |
| versus | * | **SECTION "K"** |
| | * | |
| **SCOTTSDALE INSURANCE** | * | **MAGISTRATE: 2** |
| **COMPANY, KATIE HYMEL,** | * | |
| **AND E&O INSURER** | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO: Gwen Burk wife of/and William Burk
Through their attorney of record:
John A. Venezia
The Law Office of John A. Venezia, APLC
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005

**NOW INTO COURT**, through undersigned counsel, comes Scottsdale Insurance Company, who request that Gwen Burk wife of/and William Burk, produce the following documents for inspection and related acts, including photocopying, pursuant to Rule 34, of the Federal Rules of Civil Procedure, at the law offices of Galloway, Johnson, Tompkins, Burr & Smith, APLC, #3 Sanctuary Boulevard, Suite 301, Mandeville, Louisiana 70471, within thirty (30) days of the date hereof. This request is to be deemed continuing.

## DEFINITIONS

"You" or "Your" means Gwen Burk wife of/and William Burk.

"Document" means any written, recorded or graphic matter however produced or reproduced.

"Identify" or "identification", when used with respect to an individual means to state that individual's full name, present or last known employment, telephone number, and present or last known physical and mailing address.

"Identify" or "identification", when used with reference to a document, means to state the type of documents (e.g. memorandum, chart, contract, etc.) or some other means of identifying its location and custodian, the date thereon, if any, and the identity of the part or parties whose name or names appear thereon, or in lieu thereof, you may attach to your answers a copy of each such document.

"Property" refers to the buildings in suit located at 717-719 Louque, New Orleans, Louisiana 70124 and/or 5710 Bancroft Drive, New Orleans, Louisiana 70124, as alleged in the Complaint.

"Incident" refers to Hurricane Katrina which struck Southeast Louisiana on August 29, 2005.

**REQUEST FOR PRODUCTION NO. 1:**

Please produce any and all photographs and/or video tapes of the buildings in suit reflecting the alleged wind damage to the buildings as asserted in your Complaint and identify the dates the photographs were taken.

2

**REQUEST FOR PRODUCTION NO. 2:**

Please produce copies of any and all paid and unpaid bills, receipts, invoices, etc., from any house inspector, surveyor, repair person or anyone who has done work on the buildings in suit in connection with the alleged manifestations of wind damage to the buildings, insuring that these documents are identified by date and name of person(s) or entity providing the service.

**REQUEST FOR PRODUCTION NO. 3:**

Please produce copies of any and all correspondence, notes, reports, memorandum from the person(s) or entity identified above in connection with the alleged wind damage to the buildings in suit relating to repair work performed or to be performed.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce copies of any and all letters, correspondence, documents, memoranda, e-mails, records or reports to or from any experts who may or will testify at trial of this matter and a current curriculum vitae.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce a copy of any and all other documentation upon which you intend to rely to prove your claims of damage made in this lawsuit.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce any and all statements or reports prepared by you or on your behalf in connection with any fact interviews, any and all statements or reports voluntarily submitted to you by any fact witness or you, or any other statement or report in your possession, custody or control concerning the claims asserted in your Complaint.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce copies of any and all photographs, maps, drawings, sketches, models, videotapes, diagrams, charts, etc., which you may introduce or utilize as demonstrative evidence at the trial of this case.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce copies of all documents or photographs, maps, drawings, sketches, models, videotapes, diagrams, charts, etc., which you may introduce as exhibits at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce a certified copy of any and all flood insurance policies on the buildings in suit.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce an itemized list of any and all personal property which you claim was damaged in the buildings.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce each and every estimate and/or inspection report by an inspector, adjuster or public adjuster for the buildings in suit.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce copies of any and all prior and subsequent insurance claims and/or lawsuits filed by you or on your behalf relating in any way to the buildings in suit.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce any and all documents referred to or utilized in answer to any of the Interrogatories previously propounded by defendant.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce a copy of the contract and/or lease agreement, if your properties were under lease at the time of Hurricane Katrina.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

_____
KEVIN L. COLE, Bar No. 4248
**CYNTHIA J. THOMAS, Bar No. 22631**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for defendant,*
*Scottsdale Insurance Company*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 12th day of January, 2007, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Facsimile            ( ) UPS/Federal Express

( X ) Certified Mail Return Receipt Requested

_____
CYNTHIA J. THOMAS

5