# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

REGIONAL OFFICES:

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

Please reply to the Mandeville Office

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337) 993-09331

7730 CARONDELET AVENUE, SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

Cynthia J. Thomas

March 12, 2007

**VIA FAX: 504-486-3913**
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

  RE: Gwen Burk wife of/and William Burk v.
     Scottsdale Insurance Co., Katie Hymel and E & O Insurer
     USDC EDLa. No. 06-7846, Sec. K, Mag. 2
     Our file: NS0337.316

Dear John:

  On January 12, 2007, defendant, Scottsdale Insurance Company, propounded Interrogatories, Request for Production of Documents and Request for Admissions on plaintiffs, Gwen and William Burk, in connection with the above-referenced matter. Those discovery requests were received by your office on January 16, 2007.

  To date, we have not received any responses from you on behalf of your clients. Therefore, we are scheduling a Rule 37 telephone conference with you on **March 15, 2007 at 9:00 a.m.** to discuss this matter.

  If the above time is not convenient, please call my secretary, Mary, at 985-674-6680 to advise when you would be available on that date.

  Thank you for your attention to this smatter.

          Sincerely,

          Cynthia J. Thomas

CJT/msc


EXHIBIT B

```
*********************
*** FAX TX REPORT ***
*********************

            TRANSMISSION OK

    JOB NO.                 2696
    DESTINATION ADDRESS     709#0337#316#5044863913#
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME                03/12 13:47
    USAGE T                 01'16
    PGS.                    2
    RESULT                  OK
```

# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### ATTORNEYS AT LAW

THREE SANCTUARY BOULEVARD
SUITE 301
MANDEVILLE, LOUISIANA 70471

*Sender's Direct Number*
*985-674-6710*
*FACSIMILE 985-674-6681*

# FAX COVER SHEET

*THIS COMMUNICATION IS CONFIDENTIAL AND INTENDED ONLY FOR THE ADDRESSEE. ANY DISTRIBUTION OR DUPLICATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS TELECOPY IN ERROR, PLEASE CALL SENDER IMMEDIATELY.*

A TOTAL OF 2 PAGES (INCLUDING THIS COVER SHEET) IS BEING SENT

TO: John Venezia
FAX NO.:

FROM: Cynthia J. Thomas, Esq.

RE: Burk

**COMMENTS:**

Please see following correspondence.