# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

**REGIONAL OFFICES:**

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

**Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471**
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

**Please reply to the Mandeville Office**

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337)-993-09331

7730 CARONDELET AVENUE, SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

**Cynthia J. Thomas**

March 16, 2007

**VIA FAX: 504-486-3913**
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

RE: Gwen Burk wife of/and William Burk v.
Scottsdale Insurance Co., Katie Hymel and E & O Insurer
USDC EDLa. No. 06-7846, Sec. K, Mag. 2
Our file: NS0337.316

Dear John:

This will confirm our Rule 37.1 telephone conference on March 15, 2007 in connection the above referenced matter.

As we discussed via e-mail, you have corrected your position that plaintiffs are not obliged to answer defendant's discovery until after initial disclosures are made. You now advise that the parties cannot do discovery until after a preliminary conference.

As I informed you, the court has not set a preliminary conference in connection with Rule 26 Disclosures and I have found in my experience that most plaintiff attorneys like to waive the mandatory disclosures inasmuch as discovery will produce the same information.

In any event, I will be happy to exchange Initial Disclosures with you in the near future. I would also like responses to defendant's discovery requests within the next 10 days.

Thank you for your attention to this smatter. I look forward to hearing from you.

Sincerely,

Cynthia J. Thomas

CJT/msc

cc: Kevin Derham, Esq. (Fax: 504-837-3119)



```
********************
*** FAX TX REPORT ***
********************


           TRANSMISSION OK

    JOB NO.                 2906
    DESTINATION ADDRESS     709#0337#316#5044863913#
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME                03/16 14:39
    USAGE T                 00'50
    PGS.                    1
    RESULT                  OK
```

# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

REGIONAL OFFICES:

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

Cynthia J. Thomas

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

Please reply to the Mandeville Office

March 16, 2007

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

4021 AMBASSADOR CAFFERY
PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337)-993-09331

7730 CARONDELET AVENUE,
SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

**VIA FAX: 504-486-3913**
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

RE:    Gwen Burk wife of/and William Burk v.
       Scottsdale Insurance Co., Katie Hymel and E & O Insurer
       USDC EDLa. No. 06-7846, Sec. K, Mag. 2
       Our file: NS0337.316

Dear John:

This will confirm our Rule 37.1 telephone conference on March 15, 2007 in connection the above referenced matter.

As we discussed via e-mail, you have corrected your position that plaintiffs are not obliged to answer defendant's discovery until after initial disclosures are made. You now advise that the parties cannot do discovery until after a preliminary conference.

As I informed you, the court has not set a preliminary conference in connection with Rule 26 Disclosures and I have found in my experience that most plaintiff attorneys like to waive the mandatory disclosures inasmuch as discovery will produce the same information.

In any event, I will be happy to exchange Initial Disclosures with you in the near future. I would also like responses to defendant's discovery requests within the next 10 days.

Thank you for your attention to this smatter. I look forward to hearing from you.