# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

**REGIONAL OFFICES:**

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

Please reply to the Mandeville Office

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337-993-09331

7730 CARONDELET AVENUE,
SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214 9650

April 25, 2007

Cynthia J. Thomas

**VIA FAX: 504-486-3913**
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

RE: Gwen Burk wife of/and William Burk v.
Scottsdale Insurance Co., Katie Hymel and E & O Insurer
USDC EDLa. No. 06-7846, Sec. K, Mag. 2
Our file: NS0337.316

Dear John:

As you may recall, on March 16, 2007, I sent you a letter regarding your stance that plaintiffs do not have to respond to defendant's discovery which, by the way, is long overdue until after the preliminary conference has been held.

Inasmuch as you have now amended the Complaint of plaintiffs to allege man-made flood damage to the property in suit, there will not be a preliminary conference. Thus, plaintiffs' discovery responses are now due. Please furnish these responses to us as soon as possible.

In addition, our letter of February 27th, following Scottsdale's inspection of 1717-19 Louque Street, has not been answered. We would appreciate your answers to the questions detailed in that letter. You will also find attached for plaintiffs' information and response the questions set out on that February 27th letter in a more formal Interrogatory format.

Thank you for your attention to this matter. I hope to hear from you shortly regarding our request in order to avoid setting a second Rule 37.1 telephone conference precedent to filing a formal Motion to Compel.

Thank you for your attention to this matter.

Sincerely,

Cynthia J. Thomas

CJT/msc

EXHIBIT D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Veneizia
   110 Veterans Blvd
   Suite 330
   Metairie, LA
   70005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name): John A. Vencez
C. Date of Delivery: 4/26/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0002 9469 1155

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

# Mary S. Cooper

| | |
|---|---|
| **From:** | Mary S. Cooper |
| **Sent:** | Wednesday, April 25, 2007 4:14 PM |
| **To:** | 'john@venezialaw.net' |
| **Cc:** | Cynthia Thomas |
| **Subject:** | FW: Gwen Burk wife of/and William Burk v. Scottsdale Insurance Co., et al |
| **Attachments:** | 4.25.07 ltr. to J. Venezia re discovery responses and 2nd Set of Interrogs.pdf |

Dear Mr. Venezia,

I inadvertently did not send you the attachments. Here they are.

With kindest regards, I remain

Sincerely,

Mary S. Cooper,
Legal Assistant to Cynthia J. Thomas

---

**From:** Mary S. Cooper
**Sent:** Wednesday, April 25, 2007 4:01 PM
**To:** 'john@venezialaw.net'
**Cc:** Cynthia Thomas
**Subject:** Gwen Burk wife of/and William Burk v. Scottsdale Insurance Co., et al

Dear Mr. Venezia,

Please see attached correspondence from Cynthia Thomas regarding past due discovery as well as Defendant's Second Set of Interrogatories.

With kindest regards, I remain

Sincerely,

Mary S. Cooper
Legal Assistant to Cynthia J. Thomas
Galloway, Johnson, Tompkins, Burr & Smith, PLC
#3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985) 674-6709
Facsimile: (985) 674-6681
email: mcooper@gjtbs.com
www.gjtbs.com

### CONFIDENTIALITY NOTICE

The information in this message (including attachments) is covered by the United States Electronic Communication Privacy Act, 18 U.S.C. sections 2510-2521, and various similar acts and laws worldwide. It is a CONFIDENTIAL COMMUNICATION and is also protected by one or more of the following privileges:

    1. Attorney-Client

2. Attorney Work Product

3. Trade Secret

4. Disclosure of Private Information

It is intended solely for the use of the recipient identified above. If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this transmission is STRICTLY PROHIBITED. The sender has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify **Mary Cooper** at Galloway, Johnson, Tompkins, Burr & Smith by return e-mail or at telephone number **(985) 674-6680** and delete the message and attachment(s) from your system. You will be reimbursed for reasonable costs incurred in notifying us  Thank you.

4/25/2007