# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

REGIONAL OFFICES:

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

Please reply to the Mandeville Office

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337)-993-09331

7730 CARONDELET AVENUE,
SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214 9650

May 2, 2007

Cynthia J. Thomas

**VIA FAX: 504-486-3913**
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

      RE:    Gwen Burk wife of/and William Burk v.
               Scottsdale Insurance Co., Katie Hymel and E & O Insurer
               USDC EDLa. No. 06-7846, Sec. K, Mag. 2
               Our file: NS0337.316

Dear John:

      I sent you a letter by facsimile on April 25, 2007, in connection with the outstanding discovery which was propounded to your client some months ago in connection with the above-referenced matter.

      I have yet to hear from you regarding the outstanding discovery responses from your client. In that regard, I am setting a Rule 37.1 telephone conference for May 3, 2007, at 1:30 p.m., to discuss this matter.

      If that time is inconvenient for you, please contact my secretary, Mary Cooper, at 985-674-6709, and advise at what time you will be available to discuss this matter on that date.

      Thank you for your attention to this matter.

                                    Sincerely,

                                    Cynthia J. Thomas

CJT/dhm


EXHIBIT E

```
**********************
*** FAX TX REPORT ***
**********************

        TRANSMISSION OK

JOB NO.              4567
DESTINATION ADDRESS  706#0337#316#5044863913#
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME             05/02 15:10
USAGE T              00'57
PGS.                 1
RESULT               OK
```

# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

REGIONAL OFFICES:

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

Please reply to the Mandeville Office

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337) 993-0933

7730 CARONDELET AVENUE,
SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214-9650

May 2, 2007

Cynthia J. Thomas

<u>VIA FAX: 504-486-3913</u>
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

      RE:    Gwen Burk wife of/and William Burk v.
               Scottsdale Insurance Co., Katie Hymel and E & O Insurer
               USDC EDLa. No. 06-7846, Sec. K, Mag. 2
               Our file: NS0337.316

Dear John:

      I sent you a letter by facsimile on April 25, 2007, in connection with the outstanding discovery which was propounded to your client some months ago in connection with the above-referenced matter.

      I have yet to hear from you regarding the outstanding discovery responses from your client. In that regard, I am setting a Rule 37.1 telephone conference for May 3, 2007, at 1:30 p.m., to discuss this matter.

      If that time is inconvenient for you, please contact my secretary, Mary Cooper, at 985-674-6709, and advise at what time you will be available to discuss this matter on that date.

      Thank you for your attention to this matter.