# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
### A PROFESSIONAL LAW CORPORATION

REGIONAL OFFICES:

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

Please reply to the Mandeville Office

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337-993-09331

7730 CARONDELET AVENUE, SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214 9650

May 10, 2007

Cynthia J. Thomas

**VIA FAX: 504-486-3913**
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

    RE:    Gwen Burk wife of/and William Burk v.
              Scottsdale Insurance Co., Katie Hymel and E & O Insurer
              USDC EDLa. No. 06-7846, Sec. K, Mag. 2
              Our file: NS0337.316

Dear John:

    This is in regard to our Rule 37.1 telephone conference on May 7, 2007, in connection with the above matter.

    Thank you for your responses to defendant's second set of Interrogatories in connection with the above-referenced matter.

    As regards the outstanding discovery responses to defendant's Interrogatories and Request for Production, you advised that you would have them to us shortly. As these responses have been outstanding since February 14, 2007, if I do not receive the responses to the First Set of Interrogatories and Request for Production of Documents by May 14th, I will proceed to file a Motion to Compel with the Court.

    Also, for initial disclosures, we will be happy to agree on a date for a mutual exchange of the disclosures. Please let me know when you would like to exchange them.

    Lastly, Scottsdale Insurance Company is interested in scheduling a mediation with you and your client in this matter. We have some available dates: June 12, 13, 14 and 15 and possibly the second or third week of July. Please let me know your availability for informal mediation of this case.



GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

Mr. John Venezia
May 10, 2007
Page 2

Thank you for your attention to these matters. I hope to hear from you shortly.

Sincerely,

Cynthia J. Thomas

CJT/msc

```
***********************
*** FAX TX REPORT ***
***********************

                    TRANSMISSION OK

    JOB NO.              4881
    DESTINATION ADDRESS  709#0337#316#5044863913#
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME             05/10 16:02
    USAGE T              01'20
    PGS.                 2
    RESULT               OK
```

# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
## A PROFESSIONAL LAW CORPORATION

REGIONAL OFFICES:

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

31301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
cthomas@gjtbs.com

Please reply to the Mandeville Office

4021 AMBASSADOR CAFFERY
PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337-993-0933)

7730 CARONDELET AVENUE,
SUITE 110
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

1213 31ST AVENUE
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214-9650

May 10, 2007

Cynthia J. Thomas

**VIA FAX: 504-486-3913**
John A. Venezia, Esq.
The Law Office of John A. Venezia
110 Veterans Blvd., Suite 330
Metairie, Louisiana 70005

  RE: Gwen Burk wife of/and William Burk v.
     Scottsdale Insurance Co., Katie Hymel and E & O Insurer
     USDC EDLa. No. 06-7846, Sec. K, Mag. 2
     Our file: NS0337.316

Dear John:

  This is in regard to our Rule 37.1 telephone conference on May 7, 2007, in connection with the above matter.

  Thank you for your responses to defendant's second set of Interrogatories in connection with the above-referenced matter.

  As regards the outstanding discovery responses to defendant's Interrogatories and Request for Production, you advised that you would have them to us shortly. As these responses have been outstanding since February 14, 2007, if I do not receive the responses to the First Set of Interrogatories and Request for Production of Documents by May 14th, I will proceed to file a Motion to Compel with the Court.

  Also, for initial disclosures, we will be happy to agree on a date for a mutual exchange of