UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION K (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO LEVEE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM OF EUSTIS ENGINEERING CO., INC. IN OPPOSITION TO LEVEE PSLC'S MOTION TO COMPEL CLASS CERTIFICATION DISCOVERY

MAY IT PLEASE THE COURT:

Eustis Engineering Co., Inc. ("Eustis") is attaching objections and answers to the Class Certification Interrogatories and Requests for Production. Previously, Eustis had timely provided Plaintiffs with responses to the Requests for Admissions, subject to objections stated therein.

Subject to objections stated therein, answers had been provided to the Interrogatories and to the Requests for Production. Eustis has objected to answering of these discovery pleadings as to class certification on several bases:

First, Eustis has been dismissed in many of the class action complaints by final judgment of this Court entered December 8, 2006. Although those suits have been included in the Superseding Master Class Action Complaint, Eustis is no longer a party in those proceedings.

Page 1

Second, under the Court's Case Management Order No. 4, the non-party Engineering and Contractor Defendants were only required to answer one master set of Requests for Production of Documents, which was separately filed by Plaintiffs and answered by Eustis.

Third, a review of the unanswered Interrogatories and Requests for Production, as well as the Requests for Admissions, to which Eustis has responded, will show that the answers to the Requests for Admissions provided all information in respect to the Interrogatories and Requests for Production of Documents.

Fourth, Eustis objects to the Interrogatories and Requests for Production of Documents in that they seek to shift the burden of proving the requirements to establish class certification upon the Defendants, rather than the Plaintiffs, by requesting Defendants to agree to information about which Defendants, including Eustis, have no sufficient information. These are matters that must be proven by Plaintiffs in respect of their Motion for Class Certification.

Fifth, the initial letter from Plaintiffs' counsel regarding outstanding discovery, attached to their Motion to Compel, related to a request for a meeting. On behalf of Eustis, we responded that the Admissions were timely answered and there was no basis for them to be deemed as admitted due to lack of response. A copy of the Answers to the Requests for Admissions was provided to Plaintiffs' counsel, along with the transmittal correspondence. No meeting was held and no discussion occurred regarding its alleged failure to answer the Interrogatories and Requests for Production in connection with class certification issues. This came to Eustis's attention when the Motion to Compel was filed. The Motion did not meet the requirements of this Court under Rule 37(a)(2). Subject to objection, Eustis has responded to the Interrogatories and Requests for Production to the extent of its limited ability.

Accordingly, it is submitted to this Court that Eustis timely answered the Requests for Admissions and that once Plaintiffs made their opposition known to Eustis's interpretation of the

Case Management Order No. 4 as to class certification discovery, subject to objection, answers have been provided to the Interrogatories and Requests for Production. The Motion to Compel should be denied.

Respectfully submitted,

/s/ Mat M. Gray, III
MAT M. GRAY, III (La. No. 6264)
ALANSON T. CHENAULT, IV (La. No. 20747)
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Telecopier: (504) 523-2705
Email: mgray@frc-law.com
Email: achenault@frc-law.com
Attorneys for Eustis Engineering Company, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 12, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Mat M. Gray, III
MAT M. GRAY, III (La. No. 6264)
ALANSON T. CHENAULT, IV (La. No. 20747)
FOWLER RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Telecopier: (504) 523-2705
Email: mgray@frc-law.com
Email: achenault@frc-law.com
Attorneys for Eustis Engineering Company, Inc.
