UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Vidacovich</u>, 06-4719 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendant Hartford Insurance Company's Motion for Protective Order, Record Doc. No. 5502

O R D E R E D:

 XX  : DISMISSED AS MOOT. The issues raised by the motion have already been addressed in the court's prior order dealing with plaintiffs' motion to compel and for attorney's fees, Record Doc. Nos. 5060, ____. At today's hearing on a separate motion, counsel confirmed that his motion is moot in light of the applicability of the existing Master Protective Order. Record Doc. No. 5393. Accordingly, the motion is moot.

New Orleans, Louisiana, this   13th   day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE