## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO: MRGO, *Anderson* (06-5162)         SECTION "K"(2)

### ORDER

Before the Court is Defendant United States' Motion to Dismiss for Lack of Subject matter Jurisdiction  (Doc. 2888).  Finding that the Motion has merit and that there has been no opposition filed in this matter,

**IT IS ORDERED** that the Defendant United States' Motion to Dismiss for Lack of Subject matter Jurisdiction  (Doc. 2888) is **GRANTED**.

New Orleans, Louisiana, this _13th_ day of June, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**