UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | |

### DECLARATION OF DR. PAUL KEMP

G. Paul Kemp, under penalty of perjury, states as follows:

1.  This declaration is submitted to address: (a) the effect of the design, construction, operation, and maintenance of the Mississippi River Gulf Outlet ("MR-GO") on the storm surges that occurred during Hurricane Katrina ("Katrina"); and (b) the effect of the MR-GO on the ability of the surrounding wetlands and marshes to serve as a source of protection against storm surges during Katrina. I have devoted much of my professional career in the past several years to considering issues of storm surges and environmental impact caused and/or exacerbated by the MR-GO. In particular, I have conducted extensive research with respect to the effects of the MR-GO on the storm surges and devastation during Katrina and Hurricane Rita.

2. My declaration is divided into several sections. Section I provides an overview of my qualifications to serve as an expert on the storm surge dynamics of the MR-GO and the effects of the MR-GO on the surrounding wetlands. Section II provides a sectional overview of the MR-GO in order to assess and understand MR-GO's effects of the storm surges and surrounding environment, including the wetlands and marshes. Section III explains the hydrological consequences of connecting the MR-GO and the Gulf Intracoastal Waterway ("GIWW"), including the storm surge dynamics that created the "funnel effect" that caused much of Katrina's devastation. Section IV discusses the MR-GO's impact on the surrounding wetlands and marshes, which -- had they not been destroyed by the MR-GO -- would have protected Greater New Orleans from much of Katrina's devastation.

## I. QUALIFICATIONS

3. I am an Associate Research Professor for the School of the Coast and Environment at Louisiana State University and have served in that position since 1994. I received my Bachelor of Science in Natural Resources from Cornell University in 1975, my Master of Science in Marine Sciences from Louisiana State University in 1978, and my Doctorate in Marine Sciences with a minor in Geology from Louisiana State University in 1986. My areas of expertise include hydrodynamic modeling of high-intensity, short-term events, such as hurricanes, and low-intensity long-term phenomena, such as delta formation, coastal wetlands, coastal erosion processes, ecosystem modeling, estuarine geochemistry, and natural resources/science policy. Attached hereto as Exhibit A is a true and correct copy of my current *curriculum vitae*.

4. Before and after Katrina, I conducted research on the storm surge impacts of the funnel formed by the convergence of the levees[1] that follow the south bank of the MR-GO and the north bank of the Gulf Intracoastal Waterway (GIWW) for various state agencies including the State Department of Homeland Security (FEMA Hurricane Pam exercise), the Louisiana Department of Transportation and Development and the Louisiana Attorney General's Office. Some of this work has been published in the peer-reviewed literature.

## II. SECTIONAL OVERVIEW OF THE MR-GO AND KATRINA'S PATH OF DESTRUCTION

5. As explained below, the design and construction of the MR-GO to connect with the GIWW, and the alignment of its pathway into two separate directional "reaches," caused much of the devastation of Katrina to Greater New Orleans. In order to understand the effect of the MR-GO on storm surges and Katrina, it is important to understand the layout of the regions of Greater New Orleans and the individual components of the MR-GO.

6. The pertinent geography to these issues discussed herein consists of the Mississippi River east bank portion of Greater New Orleans, which is comprised of three low-lying polders: Orleans Metro, Orleans East and St. Bernard. The Orleans Metro polder west of the Industrial Canal includes the Central Business District. The Orleans East and St. Bernard polders extend east from the Industrial Canal on the north and south sides, respectively, of the GIWW. All three of these polders flooded catastrophically during Katrina through breaches and, in some places, overtopped levees, floodwalls and spoilbanks that were too low to stop it.

---

[1] I have been informed that there is presently a dispute as to whether certain earthen structures constructed by the Army Cops along portions of the MR-GO are "levees." My use of the term "levees" in this declaration is for ease of reference and discussion and should not be construed or interpreted as an opinion as to the legal definition, requirements, or nature of these structures.

3