UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson<br>(No. 6-2268) | |

### DECLARATION OF PIERCE O'DONNELL

1. Attached hereto as Exhibit A is a true and correct copy of the relevant pages of the Declaration of Dr. Paul Kemp (R.D. 1003-4), filed in support of Plaintiffs' Opposition to Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 13th day of June, 2007 in Los Angeles, California.

s/ Pierce O'Donnell
Pierce O'Donnell

1