**MINUTE ENTRY**
**DUVAL, J.**
**May 10, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| C.A. No. 06-5116 (SIMS) | C.A. No. 06-5134 (CHRISTOPHE) |
| C.A. No. 06-5118 (RICHARD) | C.A. No. 06-513 (WILLIAMS) |
| C.A. No. 06-5142 (AUGUSTINE) | C.A. No. 06-5127 (DEPASS) |
| C.A. No. 06-5132 (FERDINAND) | C.A. No. 06-5128 (ADAMS) |
| C.A. No. 06-5131 (BOURGEOIS) | C.A. No. 06-5140 (PORTER) |

Attending a status conference held this day to discuss plaintiffs' Motion for Entry of a Procedure Order Simplifying the Procedures for the Addition of Claims Against the Corps of Engineers, and for Adding New Parties Asserting Like Claims (Doc. 3315) were:

Joseph Bruno and William C. Gambel for plaintiffs;

Loretta Whyte and Gene Smith; and

Robin Smith for the Government.

At the conference, there was a general discussion concerning what procedures could be put in place by the Clerk's Office if this motion were to be granted. At the conclusion, plaintiffs' counsel indicated that they would inform the Court as to whether plaintiffs still seek the relief outlined in the motion.

JS-10:  30 MINS.