UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | |
| _____ * | | SECTION "K" - JUDGE DUVAL |
| * | | |
| PERTAINS TO: * | | |
| * | | MAGISTRATE: WILKINSON |
| INSURANCE:   *Aaron*, 06-4746 * | | |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss:

**IT IS ORDERED,** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiffs Denise Ancar, Michael and Garance Carson, Sharon M. Claude, Justin J. Crespo, Gloria Davillier, Joanette Doucette, Charlie and Betty Dunbar, Alice Felix and Joseph Byrd, Duane Hardy, Linda Hardy, Kineta Hilton, Mildred and Solomon Lewis, Troy Lynn Mack Palmer and Franklin S. and Dianne Ruiz are dismissed, with prejudice, each party to bear its own costs;

**IT IS FURTHER ORDERED** that all claims by plaintiffs Vicki Lamb and Jeter Melendez are dismissed, without prejudice, each party to bear its own costs;

**IT IS FURTHER ORDERED** that Liberty Mutual Fire Insurance Company be dismissed, without prejudice, each party to bear its own costs. All claims by all remaining plaintiffs against all remaining defendants are reserved.

New Orleans, Louisiana, this  13th day of _____ June _____, 2007

_____
UNITED STATES DISTRICT JUDGE