# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | Case No. 05-4182 <br> Div. "K" <br><br> Judge Duval |
| PERTAINS TO: INSURANCE <br> (Chester Vidacovich, No. 06-4719) | Magistrate Wilkinson |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 11  AM 8: 52

LORETTA G. WHYTE
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, *Chester Vidacovich and Murleen Vidacovich*, who move this Honorable Court pursuant to Local Rule 7.5E for an Order granting them leave to file the attached Reply Memorandum.

**WHEREFORE**, plaintiffs, *Chester Vidacovich and Murleen Vidacovich*, respectfully request that this Honorable Court grant them leave to file the attached Reply Memorandum.

RESPECTFULLY SUBMITTED:

_____
**REMY VOISIN STARNS (Bar #26522)**
**RYAN P. REECE (Bar #26479)**
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

## CERTIFICATE OF SERVICE

I do herby certify that I have on this *11th* day of *June, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic notification.

_____
RYAN REECE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____