UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 12 PM 4: 41

LORETTA G. WHYTE
CLERK

In Re: KATRINA CANAL BREACHES   *
CONSOLIDATED LITIGATION          *   Case No. 05-4182
                                 *   Div. "K"
                                 *
                                 *   Judge Duval
                                 *
PERTAINS TO: INSURANCE           *
    (George Vidacovich, No. 06-4719)  *
                                 *   Magistrate Wilkinson
                                 *

*****************************************

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that plaintiffs be and are hereby granted leave to file the attached Reply Memorandum.

Signed this ___ day of June, 2007 in New Orleans, Louisiana.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____