UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Cage, No. 06-7585)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REDESIGNATE TRIAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, who respectfully requests that this Honorable Court redesignate Trial Counsel on its behalf in the record and electronic record of this matter.

Joseph M. Messina will be lead trial counsel in this matter, replacing Tara L. Mason.

Eric B. Berger requests that he be designated as notice counsel for State Farm Fire and Casualty Company.

All other attorneys from Lobman Carnahan, Batt, Angelle and Nader will remain counsel of record but do not require notice.

WHEREFORE, Mover State Farm Fire and Casualty Company requests that the Court grant this redesignation of trial counsel and notice counsel.

Respectfully submitted,

*[signature]*
JOSEPH M. MESSINA, T.A. #14216
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

---

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 14th day of June, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*[signature]*