UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br>NO: 05-4182<br>JUDGE DUVAL<br>MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED IN:   **ALL CASES**

PERTAINS TO:   **LEVEE**

### MOTION FOR LEAVE TO FILE
### B&K'S RESPONSE TO PLAINTIFFS' JUNE 12, 2007
### REPLY MEMORANDUM IN OPPOSITION TO MAY 1, 2007
### <u>SUPPLEMENTAL MOTION</u>

NOW INTO COURT, through undersigned counsel, comes B&K Construction Company, Inc. ("B&K") and respectfully represents as follows:

1.

On June 12, 2007, Plaintiffs filed a Reply Memorandum (Doc. 5544) in opposition to the Supplemental Motion filed by B&K and other defendants seeking dismissal (Doc. 4118).

2.

Plaintiffs' Reply Memorandum misstates facts relevant to the Supplemental Motion.

3.

B&K seeks leave to file the attached Response to Plaintiffs' June 12, 2007 Reply Memorandum in Opposition to May 1, 2007 Supplemental Motion, in order to correct Plaintiffs' misstated facts.

WHEREFORE, premises considered, B&K Construction Company, Inc. seeks leave of Court to file its Response to Plaintiffs' June 12, 2007 Reply Memorandum in Opposition to May 1, 2007 Supplemental Motion.

Respectfully submitted,

_/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr.  (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 14th day of June, 2007.


      _/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr., Bar No. 6899
Betty F. Mullin, Bar No. 9818
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Center
New Orleans, Louisiana 70163
(504) 569-2030

Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Consolidated Pleadings\LeaveMotion.wpd