UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | CIVIL ACTION |
| | * | |
| IN RE:   KATRINA CANAL BREACHES | * | NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED IN:   **ALL CASES**

PERTAINS TO:   **LEVEE**

### B&K'S RESPONSE TO PLAINTIFFS' JUNE 12, 2007 REPLY MEMORANDUM IN OPPOSITION TO MAY 1, 2007 <u>SUPPLEMENTAL MOTION</u>

MAY IT PLEASE THE COURT:

B&K Construction Company, Inc. ("B&K") joined in the Supplemental Motion filed May 1, 2007 (Doc. 4118) to summarize the previous peremption-based dismissals in its favor, and to urge dismissals in all remaining cases on the same grounds. Plaintiffs' Memorandum in Opposition (Doc. 4683) was centered around the argument that admiralty law applied to defendants doing work and/or dredging on the 17th Street Canal. However,

B&K never did work or dredging on the 17th Street Canal, a fact previously conceded by Plaintiffs.

In Plaintiffs' Reply filed June 12, 2007 (Doc. 5544), counsel erroneously refers to B&K as a dredger and/or worker on the 17th Street Canal.  Apparently, the error is due to Plaintiffs' lumping B&K together with Boh Bros. Construction, who allegedly did perform work and/or dredging on the 17th Street Canal.

B&K's work was limited to construction work (no dredging) on the London Avenue Canal. Plaintiffs' arguments about admiralty law has no application to B&K, who is entitled to a dismissal in all remaining cases based on its peremption defense already recognized by this Court.

Respectfully submitted,

\_\_/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr.  (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 14th day of June, 2007.


    __/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr., Bar No. 6899
Betty F. Mullin, Bar No. 9818
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Center
New Orleans, Louisiana 70163
(504) 569-2030

Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Consolidated Pleadings\Resp-toJune12Reply.wpd