UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES  * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | |
| * | SECTION "K" (2) |
| * | |
| PERTAINS TO: * | |
| ALL LEVEE, MRGO  * | |
| RESPONDER CASES AND TO  * | |
| NOS.  05-4181  * | |
| 06-1885  * | |
| 06-4024  * | |
| 06-4389  * | |
| 06-5771  * | |
| 06-5786  * | |
| 06-6099  * | |
| 07-0206  * | |

* * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR ENTRY
OF RULE 54(b) JUDGMENT**

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court for entry of a final judgment on the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231), upon the express determination that there is no just reason for delay and upon an express direction for the entry of final judgment.  This Motion is filed upon the grounds that plaintiffs are legally entitled to the relief sought pursuant to Rule 54(b), so that they may appeal to the United States Court of Appeals for the Fifth Circuit, since no judgment on the aforesaid Order and Reasons was ever entered, and because on June 4, 2007, the United States Court of Appeals for the

-1-

-2-

Fifth Circuit dismissed plaintiffs' appeal from the said Order and Reasons for lack of jurisdiction. See June 4, 2007 *percuriam* opinion of the Court of Appeals for the Fifth circuit in Case No. 06-31127, attached.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:   S/Ashton R. O'Dwyer, Jr.**
        **Ashton R. O'Dwyer, Jr.**
        **In Proper Person**
        **One Canal Place**
        **365 Canal Street**
        **Suite 2670**
        **New Orleans, LA 70130**
        **Tel. (504) 561-6561**
        **Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 14th day of June, 2007.

        **S/Ashton R. O'Dwyer, Jr.**