IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-31127

U.S. COURT OF APPEALS
FILED
JUN 4 2007
CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

-------------------------------------------------------------

MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; ET AL

Plaintiffs - Appellants

v.

LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

Defendant - Appellee

----------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
----------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the appellee's motion to dismiss appeal for lack of jurisdiction is GRANTED.