**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | |
| * | SECTION "K" (2) |
| * | |
| PERTAINS TO:   * | |
| ALL LEVEE, MRGO   * | |
| RESPONDER CASES AND TO   * | |
| NOS.  05-4181   * | |
| 06-1885   * | |
| 06-4024   * | |
| 06-4389   * | |
| 06-5771   * | |
| 06-5786   * | |
| 06-6099   * | |
| 07-0206   * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF**
**MOTION FOR ENTRY**
**OF RULE 54(b) JUDGMENT**

**MAY IT PLEASE THE COURT:**

This memorandum is filed primarily to comply with the Local Rule that requires that a memorandum accompany all motions noticed for hearing.  Briefly, plaintiffs have moved This Honorable Court for entry of the final judgment on the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231), upon the express determination that there is no just reason for delay and upon the express direction for the entry of final judgment.  This motion is filed upon the grounds that plaintiffs are legally entitled to the relief sought pursuant to Rule 54(b), so that they may appeal to the United

-1-

-2-

States Court of Appeals for the Fifth Circuit, since no judgment on the aforesaid Order and Reasons was ever entered, and because on June 4, 2007, the United States Court of Appeals for the Fifth Circuit dismissed plaintiffs' appeal from the said Order and Reasons for lack of jurisdiction. See June 4, 2007 *per curiam* opinion of the Court of Appeals for the Fifth Circuit in Case No. 06-31127, attached.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:    S/Ashton R. O'Dwyer, Jr.
         Ashton R. O'Dwyer, Jr.
         In Proper Person
         One Canal Place
         365 Canal Street
         Suite 2670
         New Orleans, LA 70130
         Tel. (504) 561-6561
         Fax. (504) 561-6560**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 14th day of June, 2007.

   S/Ashton R. O'Dwyer, Jr.