**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | |
| NOS.  05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**TO:**   All Counsel of Record

**PLEASE TAKE NOTICE** that plaintiffs will bring the attached Motion for Entry of Rule 54(b) Judgment for hearing before the Honorable Stanwood J. Duval, Jr., at 9:30 A.M., on the 11th day of July, 2007, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**LAW OFFICES OF**

-1-

-2-

**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

**By:** **S/Ashton R. O'Dwyer, Jr.**
       **Ashton R. O'Dwyer, Jr.**
       **In Proper Person**
       **One Canal Place**
       **365 Canal Street**
       **Suite 2670**
       **New Orleans, LA 70130**
       **Tel. (504) 561-6561**
       **Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via

electronic filing this 14th day of June, 2007.

**S/Ashton R. O'Dwyer, Jr.**