UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION NO: 05-4182 |
| | * | JUDGE: K (DUVAL) |
| | * | |
| PERTAINS TO: INSURANCE<br>*JACKSON, BEVERLY*, NO. 07-1262 | *<br>*<br>* | MAGISTRATE: 2 (WILKINSON) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ALLSTATE INDEMNITY COMPANY'S
### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Defendant, Allstate Indemnity Company ("Allstate"), respectfully moves this Court to withdraw Maureen O. Sullivan, of the law firm Lewis, Brisbois, Bisgaard & Smith, LLP, as counsel of record for Allstate and substitute Sarah R. Smith of Lewis, Brisbois, Bisgaard & Smith, LLP as counsel of record for Allstate in this proceeding.

**WHEREFORE**, Defendant Allstate prays that Maureen O. Sullivan be withdrawn as counsel of record for Allstate and Sarah R. Smith of Lewis Brisbois Bisgaard & Smith, LLP be substituted as counsel of record for Allstate in this proceeding.

RESPECTFULLY SUBMITTED,

/s/ Maureen O. Sullivan
Maureen O. Sullivan, (La. Bar #12572)
Richard W. Bane, (La. Bar #30383)
LEWIS BRISBOIS BISGAARD & SMITH LLP
2014 West Pinhook, Suite 403
Lafayette, Louisiana 70508
Telephone: 337/326-5777
Facsimile: 337/504-3441
*Attorneys for Allstate Indemnity Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion to Withdrawn and Substitute Counsel of Record by Allstate Indemnity Company has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 14th day of June, 2007.

/s/ Maureen O. Sullivan
MAUREEN O. SULLIVAN