UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NO: 05-4182 |
| | * | |
| | * | JUDGE: K (DUVAL) |
| | * | |
| PERTAINS TO: INSURANCE<br>*JACKSON, BEVERLY*, NO. 07-1262 | * | MAGISTRATE: 2 (WILKINSON) |

* * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering Allstate Indemnity Company's Motion to Withdraw and Substitute Counsel of Record:

**IT IS ORDERED** that Maureen O. Sullivan, of the law firm Lewis, Brisbois, Bisgaard & Smith, LLP, be and is hereby withdrawn as counsel of record for Allstate and Sarah R. Smith, of the law firm Lewis, Brisbois, Bisgaard & Smith, LLP, is substituted as counsel of record for Allstate in this proceeding.

New Orleans, Louisiana, this _____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE