UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |

ALL DREDGINGLIMITATION ACTIONS
ARISING OUT OF THE DREDGING OF MRGO

| | |
|---|---|
| C.A. No. 06-8676 | C.A. No. 06-8884 |
| C.A. No. 06—8888 | C.A. No. 06-8890 |
| C.A. No. 06-8891 | C.A. No. 06-8922 |
| C.A. No. 06-8967 | C.A. No. 06-9075 |
| C.A. No. 06-9223 | |

### EXPARTE MOTION TO AMEND ORDER CONCERNING THE DIRECTING OF ISSUANCE OF NOTICE

NOW INTO COURT, through their undersigned counsel, comes Liaison Counsel for the Dredging Limitation Plaintiffs and file this their Exparte Motion to Amend Order Concerning the Directing of Issuance of Notice. Dredging Limitation Plaintiffs suggest to the Court that there has been a discussion among Liaison Counsel for the Dredging Limitation Plaintiffs, counsel for certain of the potential claimants in the Dredging Limitation actions, and the Clerk of Court concerning the implementation of the Court's Order of April 20, 2007 (document number 3836).

As a result of those discussions, the Clerk of Court suggested that the parties post the agreed Claim Form on the Court's website as well as on this Section's Katrina website. The Clerk of Court also suggested amending the form of Notice included in the Order to alert potential claimants that the agreed Claim Form could be found on those websites.

Dredging Limitation Plaintiffs have conferred with Mr. Camilo Salas, counsel for certain of the potential claimants in the Dredging Limitation actions, and he has no objection to the Court amending the form of the Notice to alert potential claimants that the agreed Claim Form will be on the websites. Accordingly, Movers hereby request that this Honorable Court enter the attached Amended Order Concerning the Directing of the Issuance of Notice.

    Respectfully submitted,

    /s/ Nyka M. Scott_____
    James H. Roussel, T.A. (#11496)
    Nyka M. Scott (#28757)
    Baker, Donelson, Bearman,
    Caldwell & Berkowitz, PC
    201 St. Charles Ave., Ste. 3600
    New Orleans, LA 70170
    (504) 566-5278 - phone
    (504) 636-3978 - facsimile
    jroussel@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of June, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com

2) dbecnel@becnellaw.com

3) csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) A.J. Rebaneck

/s/ Nyka M. Scott

NO JHR1 145713 v1
2902907-000001