UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson<br>(No. 6-2268) | |

## **ORDER**

Having considered the Consent Motion for Leave to File a Sur-Reply Memorandum, which is over-length, and for good cause shown, it is hereby ORDERED that the Plaintiffs' Motion is hereby GRANTED. The Plaintiffs may file a Sur-Reply Memorandum that is 13 pages in length.

New Orleans, Louisiana, this __14th__ day of _____June_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1