UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT DOLL, ET AL** | * | **CIVIL ACTION NO.: 07-2730** |
| versus | * | SECTION: N |
| **STATE FARM MUTUAL AUTO. INSURANCE COMPANY** | * | MAG. 3 |

## EX PARTE MOTION OF STATE FARM TO DECONSOLIDATE AND REMOVE CASE FROM LEVEE BREACH LITIGATION

Defendant, **STATE FARM FIRE AND CASUALTY COMPANY** ("State Farm") moves this Honorable Court, to deconsolidate and remove the claims of the plaintiffs, Robert and Norma Doll, in this lawsuit from Civil Action No. 05-04182, "Levee Breach/Canal Breach Consolidate Litigation". Undersigned counsel has submitted the proposed motion to Liaison Counsel Seth Schmeeckle who in turn has conferred with Judge Duval's law clerk Janet Daley who agrees that such a motion should be filed to remove this lawsuit from the Levee Breach/Canal Breach litigation.

On October 13, 2006, State Farm filed a Notice of Removal, removing this lawsuit from the 22nd Judicial District Court to Eastern District of Louisiana. The removed lawsuit bore Civil Action No. 06-8035. On April 16, 2007, an order issued in Civil Action No. 06-8035 in which it required that the claims of both plaintiffs, Doll and Leebrick be severed into individual

ESM 8950151

suits, each addressing one distinct property within thirty (30) days of the date of the order. The court's order specifies that upon the filing of an Amended Complaint for each plaintiff, that the clerk of court is to assign it a new docket number and allot the suit at random among the judges of the Eastern District.

On May1, 2007, the Doll plaintiffs through counsel William P. Connick filed a First Supplemental and Amending Complaint on May 1, 2007 in which it is alleged that the damage caused to Plaintiff's residence was due in part to flooding and water entering the City of New Orleans and surrounding parishes due to levee failures and breaches of the 17th Street Canal, London Avenue Canal, Industrial Canal and Mississippi River Gulf Outlet. As plaintiff's residence is located at 4443 Pontchartain (Hwy. 11) in Slidell Louisiana in St. Tammany Parish and is outside the levee protection system, the damage alleged would not be a result of levee failures and/or breaches. Plaintiffs have sued State Farm in its capacity as plaintiff's homeowner's insurer.

Due to the above allegations, this lawsuit was placed in the Levee Breach/Canal Breach Consolidated Litigation, Civil Action No. 05-04182, rather than being randomly allotted. Request has been made by State Farm's counsel to plaintiffs' counsel to initiate on its own motion a removal of this case from the consolidated levee breach litigation and to remove the immaterial allegations concerning levee failure and/or breach from the amended complaint. To date there has been no response to this request.

**WHEREFORE**, mover, **STATE FARM FIRE AND CASUALTY COMPANY**, prays that this Motion to Remove and Deconsolidate This Case from the Levee Breach Litigation be granted in favor of defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, and that the clerk's office randomly assign this matter at random among the judges of the Eastern District.

ESM 8950151

Respectfully submitted,

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER (#2861)**
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, LA 70433
Telephone: (985) 893-4790
abumgartner@phj-law.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on this 14th day of June, 2007.

/s/ Adrianne L. Baumgartner

ESM 8950151