UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DOLL, ET AL | * | CIVIL ACTION NO.: 07-2730 |
| versus | * | SECTION: K |
| STATE FARM MUTUAL AUTO. INSURANCE COMPANY | * | MAG. 3 |

## ORDER

Considering the foregoing Motion to Deconsolidate filed by Defendant State Farm Fire and Casualty Insurance:

IT IS HEREBY ORDERED that this case be removed from the Katrina Canal Breaches Consolidated Litigation, No. 05-4182 and that the Clerk's Office randomly allot this lawsuit amongst the judges of the Eastern District.

New Orleans, Louisiana this _____ day of _____, 2007.

                                              _____
                                              STANWOOD R. DUVAL, JR., JUDGE
                                              UNITED STATES DISTRICT COURT

ESM 8950151