UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION
        CONSOLIDATED LITIGATION
                                            NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Reese, 06-4873     JUDGE DUVAL
                                            MAG. WILKINSON

## ORDER

At the request of counsel for both parties, **IT IS ORDERED** that the

SETTLEMENT CONFERENCE, previously set before me in this matter on June 14,

2007, is hereby RESET on **JULY 18, 2007 at 4:00 p.m.**  The parties are aware that this

is a tentative setting because the undersigned Magistrate Judge currently has a trial set

for that day.

New Orleans, Louisiana, this _____14th_____ day of June, 2007.


                                    JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE


**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**