UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |

ALL DREDGINGLIMITATION ACTIONS
ARISING OUT OF THE DREDGING OF MRGO

| | |
|---|---|
| C.A. No. 06-8676 | C.A. No. 06-8884 |
| C.A. No. 06—8888 | C.A. No. 06-8890 |
| C.A. No. 06-8891 | C.A. No. 06-8922 |
| C.A. No. 06-8967 | C.A. No. 06-9075 |
| C.A. No. 06-9223 | |

**EXPARTE MOTION TO SUBSTITUTE AMENDED ORDER CONCERNING THE DIRECTING OF ISSUANCE OF NOTICE**

NOW INTO COURT, through their undersigned counsel, comes Liaison Counsel for the Dredging Limitation Plaintiffs and file this their Exparte Motion to Substitute the Amended Order Concerning the Directing of Issuance of Notice.

On June 14, 2007, Dredging Limitation Plaintiffs filed their Motion to Amend Order Concerning the Directing of Issuance of Notice. However, the proposed Amended Order had a typographical error. Accordingly, Dredging Limitation Plaintiffs wish to substitute the corrected

1

Amended Order, which is attached hereto.

Respectfully submitted,

/s/ Nyka M. Scott_____
James H. Roussel, T.A. (#11496)
Nyka M. Scott (#28757)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
(504) 566-5278 - phone
(504) 636-3978 - facsimile
jroussel@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of June, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com

2) dbecnel@becnellaw.com

3) csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) A.J. Rebaneck

/s/ Nyka M. Scott_____