UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |

ALL DREDGINGLIMITATION ACTIONS
ARISING OUT OF THE DREDGING OF MRGO

| | |
|---|---|
| C.A. No. 06-8676 | C.A. No. 06-8884 |
| C.A. No. 06—8888 | C.A. No. 06-8890 |
| C.A. No. 06-8891 | C.A. No. 06-8922 |
| C.A. No. 06-8967 | C.A. No. 06-9075 |
| C.A. No. 06-9223 | |

### AMENDED ORDER CONCERNING THE DIRECTING OF ISSUANCE OF NOTICE

On April 20, 2007, the Court issued its Order concerning the proper method of notice and monition period (Document No. 3836) and, after further discussion among Liaison Counsel for the Dredging Limitation plaintiffs, counsel for certain of the potential claimants, and the Clerk of Court, the Court has amended the Notice referenced in the Order in the following respects.

**IT IS** ORDERED that the Notice shall read as follows:

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |

**ALL DREDGING LIMITATION ACTIONS ARISING OUT OF THE DREDGING OF MRGO**

| | |
|---|---|
| **C.A. No. 06-8676** | **C.A. No. 06-8884** |
| **C.A. No. 06—8888** | **C.A. No. 06-8890** |
| **C.A. No. 06-8891** | **C.A. No. 06-8922** |
| **C.A. No. 06-8967** | **C.A. No. 06-9075** |
| **C.A. No. 06-9223** | |

## NOTICE TO CLAIMANTS OF COMPLAINTS
## FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that the above referenced Complaints have been filed pursuant to Sections 428 1-4285 and 4289 of Title 46 of the United States Code (46 U.S.C. §~ 18 1-185, and 188) and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure by certain Petitioners, the owners or owners *pro hac vice* of certain Dredges and other vessels that were involved in the dredging of the Mississippi River Gulf Outlet, for exoneration from or limitation of liability, for any loss, damage, or injury, caused, occasioned or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and for maintenance dredging work performed by Petitioners and the Dredges and other vessels for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet between the years 1995 and 2005 as more fully described in the Complaints.

All persons having such claims must file their respective claims as provided in Rule F, Including paragraphs (4) and *(5)* thereof, of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the

United States Court House, 500 Poydras Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Petitioners on or before the 3Oth day of July, 2007 or be defaulted.

A copy of the Claim Form may be found on the Court's website at www.laed.uscourts.gov or on the Court's Katrina website at www.laed.uscourts.gov/CanalCases/CanalCases.htm.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file with the clerk of the Court and serve on the attorneys for Petitioners an answer to the Complaints on or before the aforesaid date unless his or her claim has included an answer, so designated or be defaulted.

**IT IS FURTHER ORDERED** that except as amended hereby, the Order Directing Issuance of Notice dated April 20, 2007 remains in full force and effect.

New Orleans, Louisiana, this ____day of June, 2007.

_____
**STANWOOD R. DUVAL JR.
UNITED STATES DISTRICT COURT JUDGE**