# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182<br>§ SECTION "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON |
| PERTAINS TO:<br><br>ALL CASES | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1] This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated April 4th, 2007.

| Case Name | Case Number | Pertains To |
|---|---|---|
| Royal and Sun Alliance Insurance Company v.Weeks Marine Inc. | No. 06-10796 | Insurance |
| Beulah Baptist Church, Inc v.Fidelity and Guaranty Insurance Underwriters | No. 06-3430 | Insurance |
| Goodman v.Fidelity National Insurance Company | No. 06-3799 | Insurance |
| Lewis et al v.Allstate Insurance Company | No. 06-3996 | Insurance |
| Burks v.Prudential Insurance Company of North America et al | No. 06-4173 | Insurance |
| Khan v.Scottsdale Insurance Company | No. 06-4571 | Insurance |
| Pacquet et al v.Standard Fire Insurance company | No. 06-4718 | Insurance |
| Davis et al v.Lexington Insurance Company | No. 06-4811 | Insurance |
| Khan v.Axis Surplus Insurance Company et al | No. 06-5252 | Insurance |
| Sensebe et al v.Lafayette Insurance Company | No. 06-5255 | Insurance |
| Dunn et al v.Encompass Insurance Company of America | No. 06-5288 | Insurance |
| Levy et al v.Axis Surplus Insurance Company | No. 06-5733 | Insurance |
| Tarzetti et al v.Standard Fire Insurance Company et al | No. 06-5895 | Insurance |
| Cloud v.Allstate Insurance Company | No. 06-6093 | Insurance |
| Calhoun v.Allstate Insurance Company | No. 06-6145 | Insurance |
| Pontiac Racelanc, LLC v.Transcontinental Insurance Company | No. 06-6394 | Insurance |
| Venezia et al v.Auto Club Family Insurance Company | No. 06-6660 | Insurance |
| Natal v.Auto Club Family Insurance Company | No. 06-6676 | Insurance |
| Marseilles Homeowners Condominium Association, Inc et al v.Hanover Insurance Company | No. 06-6845 | Insurance |
| Chambliss et al v.Allstate Insurance company | No. 06-7079 | Insurance |
| Rivet et al v.Allstate Insurance Company | No. 06-7278 | Insurance |
| Drez v.State Farm Fire and Casualty Company | No. 06-7487 | Insurance |
| Blount v.Allstate Insurance Company | No. 06-7547 | Insurance |
| Cage et al v.State Farm Fire and Casualty Company | No. 06-7585 | Insurance |
| Stevenson v.Amica Mutual Insurance Company | No. 06-7603 | Insurance |
| Sutton v.Hartford Insurance Company of the Midwest | No. 06-7608 | Insurance |
| Reneau et al v.Colony Insurance Company et al | No. 06-7722 | Insurance |
| Burk et al v.Scottsdale Insurance Company et al | No. 06-7846 | Insurance |
| Flores et al v.Standard Fire Insurance company | No. 06-8176 | Insurance |
| Gomez et al v.Allstate Insurance Company | No. 06-8274 | Insurance |
| Ciuffi et al v.Hanover Insurance Company | No. 06-8617 | Insurance |
| Katz v.Lexington Insurance Company | No. 06-8690 | Insurance |
| Riley et al v.Allstate Insurance Company | No. 06-8756 | Insurance |
| Benjamin et al v.Massachusetts Bay Insurance Company | No. 06-8849 | Insurance |
| Jackson et al v.State Farm Fire and Casualty Company | No. 06-8952 | Insurance |
| Williams v.Fidelity Insurance Company | No. 06-9188 | Insurance |
| Jones et al v.State Farm Fire and Casualty Company | No. 06-9874 | Insurance |
| Canella v.Allstate Insurance Company | No. 07-1015 | Insurance |
| Jackson v.Allstate Insurance Company | No. 07-1262 | Insurance |
| Carney et al v.Boh Brothers Construction et al | No. 07-1349 | Levee |
| Mayeur v.Hanover Insurance Company | No. 07-1481 | Insurance |

| | | |
|---|---|---|
| Newman-Hanold v.Lexington Insurance Company | No. 07-1528 | Insurance |
| Engolia v.State Farm Fire and Casualty Company | No. 07-1561 | Insurance |
| Carreras et al v.State Farm Fire and Casualty Company | No. 07-1562 | Insurance |
| Briscoe et al v.State Farm Fire and Casualty Company | No. 07-1564 | Insurance |
| Roy et al v.State Farm Fire and Casualty Company | No. 07-1565 | Insurance |
| Harris et al v.State Farm Fire and Casualty Company | No. 07-1566 | Insurance |
| Villere et al v.State Farm fire and Casualty Company | No. 07-1567 | Insurance |
| Briscoe et al v.State Farm Fire and Casualty Company | No. 07-1568 | Insurance |
| Harness v.State Farm Fire and Casualty Company | No. 07-1569 | Insurance |
| Jobert v.State Farm Fire and Casualty Company | No. 07-1570 | Insurance |
| Mix v.State Farm Fire and Casualty Company | No. 07-1571 | Insurance |
| Banks et al v.State Farm Fire and Casualty Company | No. 07-1573 | Insurance |
| Singer et al v.State Farm Fire and Casualty Company | No. 07-1574 | Insurance |
| Flenner et al v.State Farm Fire and Casualty Company | No. 07-1575 | Insurance |
| Wade et al v.State Farm Fire and Casualty Company | No. 07-1576 | Insurance |
| Snyder v.State Farm Fire and Casualty Company | No. 07-1577 | Insurance |
| Morgan v.State Farm Fire and Casualty Company | No. 07-1578 | Insurance |
| Bishop et al v.State Farm Fire and Casualty Company | No. 07-1579 | Insurance |
| Marco v.State Farm Fire and Casualty Company | No. 07-1580 | Insurance |
| Bickham et al v.State Farm Fire and Casualty Company | No. 07-1581 | Insurance |
| Bickham et al v.State Farm Fire and Casualty Company | No. 07-1582 | Insurance |
| Morgan et al v.State Farm Fire and Casualty Company | No. 07-1583 | Insurance |
| Grossley Jr. et al v.State Farm Fire and Casualty Company | No. 07-1584 | Insurance |
| Taylor v.State Farm Fire and Casualty Company | No. 07-1585 | Insurance |
| Lalumia et al v.State Farm Fire and Casualty Company | No. 07-1586 | Insurance |
| Robinson et al v.State Farm Fire and Casualty Company | No. 07-1587 | Insurance |
| Starnes v.State Farm Fire and Casualty Company | No. 07-1588 | Insurance |
| Villere v.State Farm Fire and Casualty Company | No. 07-1589 | Insurance |
| Martin et al v.State Farm Fire and Casualty Company | No. 07-1590 | Insurance |
| Gascon v.State Farm Fire and Casualty Company | No. 07-1591 | Insurance |
| Poree v.State Farm Fire and Casualty Company | No. 07-1592 | Insurance |
| Albert v.State Farm Fire and Casualty Company | No. 07-1593 | Insurance |
| Howerton et al v.State Farm Fire and Casualty Company | No. 07-1594 | Insurance |
| Ailes v.State Farm Fire and Casualty Company | No. 07-1595 | Insurance |
| Guste v.State Farm Fire and Casualty Company | No. 07-1596 | Insurance |
| Sciambra v.State Farm Fire and Casualty Company | No. 07-1597 | Insurance |
| Gibson v.State Farm Fire and Casualty Company | No. 07-1598 | Insurance |
| Ellis v.State Farm Fire and Casualty Company | No. 07-1599 | Insurance |
| Myers et al v.State Farm Fire and Casualty Company | No. 07-1600 | Insurance |
| Schwankhart et al v.State Farm Fire and Casualty Company | No. 07-1601 | Insurance |
| Tumblin v.State Farm Fire and Casualty Company | No. 07-1602 | Insurance |
| Banks v.State Farm Fire and Casualty Company | No. 07-1603 | Insurance |
| Kennerson v.State Farm Fire and Casualty Company | No. 07-1604 | Insurance |
| Pier v.State Farm Fire and Casualty Company | No. 07-1605 | Insurance |
| Levin v.State Farm Fire and Casualty Company | No. 07-1606 | Insurance |

| | | |
|---|---|---|
| Reboul v. State Farm Fire and Casualty Company | No. 07-1607 | Insurance |
| Sanchez et al v. State Farm Fire and Casualty Company | No. 07-1608 | Insurance |
| Leon v. State Farm Fire and Casualty Company | No. 07-1609 | Insurance |
| Held v. Republic Fire and Casualty Insurance Company | No. 07-1610 | Insurance |
| Davis v. Auto Club Family Insurance Company | No. 07-1687 | Insurance |
| Gilyot et al v. Auto Club Family Insurance Company | No. 07-1688 | Insurance |
| Jupiter v. Auto Club Family Insurance Company | No. 07-1689 | Insurance |
| Williams v. Auto Club Family Insurance Company | No. 07-1690 | Insurance |
| Haines et al v. Auto Club Family Insurance Company | No. 07-1691 | Insurance |
| Chatelain et al v. Auto Club Family Insurance Company | No. 07-1692 | Insurance |
| Stewart et al v. Auto Club Family Insurance Company | No. 07-1693 | Insurance |
| Seals et al v. Allstate Insurance Company | No. 07-1721 | Insurance |
| Rault v. Encompass Insurance company | No. 07-1734 | Insurance |
| Gerlinger et al v. State Farm Fire and Casualty Company | No. 07-1782 | Insurance |
| Doyle et al v. State Farm Fire and Casualty Company | No. 07-1783 | Insurance |
| Hebert et al v. State Farm Fire and Casualty Company | No. 07-1784 | Insurance |
| Hahn et al v. State Farm Fire and Casualty Company | No. 07-1785 | Insurance |
| Everhardt v. State Farm Fire and Casualty Company | No. 07-1787 | Insurance |
| Doyle et al v. State Farm Fire and Casualty Company | No. 07-1788 | Insurance |
| Atwood et al v. State Farm Fire and Casualty Company | No. 07-1789 | Insurance |
| Boniol v. State Farm Fire and Casualty Company | No. 07-1790 | Insurance |
| Isbell v. State Farm Fire and Casualty Company | No. 07-1791 | Insurance |
| Gregoire v. State Farm Fire and Casualty Company | No. 07-1792 | Insurance |
| Hueschen v. State Farm Fire and Casualty Company | No. 07-1793 | Insurance |
| Herbert et al v. State Farm Fire and Casualty Company | No. 07-1794 | Insurance |
| Palmisano et al v. State Farm Fire and Casualty Company | No. 07-1795 | Insurance |
| Killeen v. State Farm Fire and Casualty Company | No. 07-1796 | Insurance |
| Reichert v. State Farm Fire and Casualty Company | No. 07-1797 | Insurance |
| Power v. State Farm Fire and Casualty Company | No. 07-1798 | Insurance |
| Mayeux et al v. State Farm Fire and Casualty Company | No. 07-1799 | Insurance |
| Perez et al v. State Farm Fire and Casualty Company | No. 07-1800 | Insurance |
| Jennings et al v. State Farm Fire and Casualty Company | No. 07-1801 | Insurance |
| Cerise et al v. State Farm Fire and Casualty Company | No. 07-1802 | Insurance |
| Perniciaro et al v. State Farm Fire and Casualty Company | No. 07-1803 | Insurance |
| Perniciaro et al v. State Farm Fire and Casualty Company | No. 07-1804 | Insurance |
| Bouvier et al v. State Farm Fire and Casualty Company | No. 07-1805 | Insurance |
| Frederic et al v. State Farm Fire and Casualty Company | No. 07-1806 | Insurance |
| Marsh et al v. State Farm Fire and Casualty Company | No. 07-1807 | Insurance |
| Phillips et al v. State Farm Fire and Casualty Company | No. 07-1808 | Insurance |
| Terranova v. State Farm Fire and Casualty Company | No. 07-1809 | Insurance |
| Bodet et al v. State Farm Fire and Casualty Company | No. 07-1810 | Insurance |
| Zeairs v. State Farm Fire and Casualty Company | No. 07-1811 | Insurance |
| Nicolopoulos et al v. State Farm Fire and Casualty Company | No. 07-1812 | Insurance |
| O'Donnell et al v. State Farm Fire and Casualty Company | No. 07-1813 | Insurance |
| Faust v. State Farm Fire and Casualty Company | No. 07-1814 | Insurance |

| Matern et al v.State Farm Fire and Casualty Company | No. 07-1815 | Insurance |
|---|---|---|
| Phillips et al v.State Farm Fire and Casualty Company | No. 07-1816 | Insurance |
| Palmisano et al v.State Farm Fire and Casualty Company | No. 07-1817 | Insurance |
| Piazza v.State Farm Fire and Casualty Company | No. 07-1818 | Insurance |
| Savarese et al v.State Farm Fire and Casualty Company | No. 07-1819 | Insurance |
| Acker v.State Farm Fire and Casualty Company | No. 07-1823 | Insurance |
| Haughton v.Lexington Insurance Company | No. 07-1844 | Insurance |
| Roy v.Lexington Insurance Company | No. 07-1845 | Insurance |
| Katz v.Lexington Insurance Company | No. 07-1846 | Insurance |
| Brown v.Lexington Insurance Company | No. 07-1847 | Insurance |
| Heaton v.Lexington Insurance Company | No. 07-1848 | Insurance |
| Ellzey v.Lexington Insurance Company | No. 07-1849 | Insurance |
| Dave/Woods et al v. State Farm Fire and Casualty Company | No. 07-1896 | Insurance |
| Davis v. State Farm Fire and Casualty Company | No. 07-1897 | Insurance |
| Dedeaux v. State Farm Fire and Casualty Company | No. 07-1898 | Insurance |
| Delay v. State Farm Fire and Casualty Company | No. 07-1899 | Insurance |
| Demasillere v. State Farm Fire and Casualty Company | No. 07-1900 | Insurance |
| Dennison v. State Farm Fire and Casualty Company | No. 07-1901 | Insurance |
| Dixon et al v. State Farm Fire and Casualty Company | No. 07-1902 | Insurance |
| Dixon et al v. State Farm Fire and Casualty Company | No. 07-1903 | Insurance |
| Francois et al v. State Farm Fire and Casualty Company | No. 07-1904 | Insurance |
| Gaines v. State Farm Fire and Casualty Company | No. 07-1905 | Insurance |
| Gambino v. State Farm Fire and Casualty Company | No. 07-1906 | Insurance |
| Fournier v. State Farm Fire and Casualty Company | No. 07-1907 | Insurance |
| Ford et al v. State Farm Fire and Casualty Company | No. 07-1908 | Insurance |
| Fernandez v. State Farm Fire and Casualty Company | No. 07-1909 | Insurance |
| Fefle v. State Farm Fire and Casualty Company | No. 07-1910 | Insurance |
| Edwards v. State Farm Fire and Casualty Company | No. 07-1911 | Insurance |
| Duncan v. State Farm Fire and Casualty Company | No. 07-1912 | Insurance |
| Dunbar v. State Farm Fire and Casualty Company | No. 07-1913 | Insurance |
| Gary v. State Farm Fire and Casualty Company | No. 07-1914 | Insurance |
| Gay et al v. State Farm Fire and Casualty Company | No. 07-1915 | Insurance |
| Gibbs et al v. State Farm Fire and Casualty Company | No. 07-1916 | Insurance |
| Giles-Myrtle et al v. State Farm Fire and Casualty Company | No. 07-1917 | Insurance |
| Gilmore et al v. State Farm Fire and Casualty Company | No. 07-1918 | Insurance |
| Gleason et al v. State Farm Fire and Casualty Company | No. 07-1919 | Insurance |
| Glover et al v. State Farm Fire and Casualty Company | No. 07-1920 | Insurance |
| Grant v. State Farm Fire and Casualty Company | No. 07-1921 | Insurance |
| Edwards v.Standard Fire Insurance Company | No. 07-1928 | Insurance |
| Williams v.Standard Fire Insurance Company | No. 07-1929 | Insurance |
| Bourgeois v.Standard Fire Insurance Company | No. 07-1930 | Insurance |
| Hampton v. State Farm Fire and Casualty Company | No. 07-1943 | Insurance |
| Harris v. State Farm Fire and Casualty Company | No. 07-1944 | Insurance |
| Harris v. State Farm Fire and Casualty Company | No. 07-1945 | Insurance |
| Hayes v. State Farm Fire and Casualty Company | No. 07-1947 | Insurance |

| | | |
|---|---|---|
| Hayes et al v. State Farm Fire and Casualty Company | No. 07-1948 | Insurance |
| Home v. State Farm Fire and Casualty Company | No. 07-1949 | Insurance |
| Howard et al v. State Farm Fire and Casualty Company | No. 07-1950 | Insurance |
| Hudson v. State Farm Fire and Casualty Company | No. 07-1951 | Insurance |
| Hurst v. State Farm Fire and Casualty Company | No. 07-1952 | Insurance |
| Hurst et al v. State Farm Fire and Casualty Company | No. 07-1953 | Insurance |
| Jenkins v. State Farm Fire and Casualty Company | No. 07-1954 | Insurance |
| Jerome v. State Farm Fire and Casualty Company | No. 07-1955 | Insurance |
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-1956 | Insurance |
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-1957 | Insurance |
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-1958 | Insurance |
| James v. State Farm Fire and Casualty Company | No. 07-1959 | Insurance |
| Jarrell et al v. State Farm Fire and Casualty Company | No. 07-1960 | Insurance |
| Jenkins v. State Farm Fire and Casualty Company | No. 07-1961 | Insurance |
| Jerome v. State Farm Fire and Casualty Company | No. 07-1962 | Insurance |
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-1963 | Insurance |
| Johnson v. State Farm Fire and Casualty Company | No. 07-1964 | Insurance |
| Johnson v. State Farm Fire and Casualty Company | No. 07-1965 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-1966 | Insurance |
| Joseph v. State Farm Fire and Casualty Company | No. 07-1968 | Insurance |
| Keligond et al v. State Farm Fire and Casualty Company | No. 07-1969 | Insurance |
| Kepp v. State Farm Fire and Casualty Company | No. 07-1970 | Insurance |
| Lamark v. State Farm Fire and Casualty Company | No. 07-1971 | Insurance |
| Lambert v. State Farm Fire and Casualty Company | No. 07-1972 | Insurance |
| Lasker et al v. State Farm Fire and Casualty Company | No. 07-1973 | Insurance |
| Lawrence et al v. State Farm Fire and Casualty Company | No. 07-1974 | Insurance |
| Leavell et al v. State Farm Fire and Casualty Company | No. 07-1975 | Insurance |
| Lee v. State Farm Fire and Casualty Company | No. 07-1976 | Insurance |
| Lee v. State Farm Fire and Casualty Company | No. 07-1977 | Insurance |
| Lee et al v. State Farm Fire and Casualty Company | No. 07-1978 | Insurance |
| Levy et al v. State Farm Fire and Casualty Company | No. 07-1979 | Insurance |
| Lewis et al v. State Farm Fire and Casualty Company | No. 07-1980 | Insurance |
| Lewis et al v. State Farm Fire and Casualty Company | No. 07-1981 | Insurance |
| Lewis v. State Farm Fire and Casualty Company | No. 07-1982 | Insurance |
| Lewis v. State Farm Fire and Casualty Company | No. 07-1983 | Insurance |
| Lewis v. State Farm Fire and Casualty Company | No. 07-1984 | Insurance |
| Lewis et al v. State Farm Fire and Casualty Company | No. 07-1985 | Insurance |
| Lofton v. State Farm Fire and Casualty Company | No. 07-1986 | Insurance |
| Lowe et al v. State Farm Fire and Casualty Company | No. 07-1987 | Insurance |
| Lyons v. State Farm Fire and Casualty Company | No. 07-1988 | Insurance |
| Major et al v. State Farm Fire and Casualty Company | No. 07-2018 | Insurance |
| Marchand v. State Farm Fire and Casualty Company | No. 07-2019 | Insurance |
| Martin v. State Farm Fire and Casualty Company | No. 07-2020 | Insurance |
| Mason et al v. State Farm Fire and Casualty Company | No. 07-2021 | Insurance |
| Matherne et al v. State Farm Fire and Casualty Company | No. 07-2022 | Insurance |

| | | |
|---|---|---|
| McCadney et al v. State Farm Fire and Casualty Company | No. 07-2023 | Insurance |
| McCormick et al v. State Farm Fire and Casualty Company | No. 07-2024 | Insurance |
| McMiller v. State Farm Fire and Casualty Company | No. 07-2025 | Insurance |
| Melancon v. State Farm Fire and Casualty Company | No. 07-2026 | Insurance |
| Meyers et al v. State Farm Fire and Casualty Company | No. 07-2027 | Insurance |
| Mimms et al v. State Farm Fire and Casualty Company | No. 07-2028 | Insurance |
| Minor v. State Farm Fire and Casualty Company | No. 07-2029 | Insurance |
| Mora v. State Farm Fire and Casualty Company | No. 07-2031 | Insurance |
| Moten et al v. State Farm Fire and Casualty Company | No. 07-2032 | Insurance |
| Myles v. State Farm Fire and Casualty Company | No. 07-2033 | Insurance |
| Nelson v. State Farm Fire and Casualty Company | No. 07-2034 | Insurance |
| Nol v. State Farm Fire and Casualty Company | No. 07-2035 | Insurance |
| Page v. State Farm Fire and Casualty Company | No. 07-2036 | Insurance |
| Payton v. State Farm Fire and Casualty Company | No. 07-2038 | Insurance |
| Payton et al v. State Farm Fire and Casualty Company | No. 07-2039 | Insurance |
| Pellerin v. State Farm Fire and Casualty Company | No. 07-2040 | Insurance |
| Penn et al v. State Farm Fire and Casualty Company | No. 07-2041 | Insurance |
| Perry v. State Farm Fire and Casualty Company | No. 07-2043 | Insurance |
| Phillips et al v. State Farm Fire and Casualty Company | No. 07-2044 | Insurance |
| Quest v. State Farm Fire and Casualty Company | No. 07-2045 | Insurance |
| Rainey v. State Farm Fire and Casualty Company | No. 07-2046 | Insurance |
| Raymond v. State Farm Fire and Casualty Company | No. 07-2047 | Insurance |
| Reeder v. State Farm Fire and Casualty Company | No. 07-2048 | Insurance |
| Richard et al v. State Farm Fire and Casualty Company | No. 07-2049 | Insurance |
| Ridgley v. State Farm Fire and Casualty Company | No. 07-2050 | Insurance |
| Roberts et al v. State Farm Fire and Casualty Company | No. 07-2051 | Insurance |
| Robertson et al v. State Farm Fire and Casualty Company | No. 07-2052 | Insurance |
| Robinson et al v. State Farm Fire and Casualty Company | No. 07-2053 | Insurance |
| Robinson v. State Farm Fire and Casualty Company | No. 07-2054 | Insurance |
| Roman et al v. State Farm Fire and Casualty Company | No. 07-2056 | Insurance |
| Rooney et al v. State Farm Fire and Casualty Company | No. 07-2057 | Insurance |
| Roth et al v. State Farm Fire and Casualty Company | No. 07-2058 | Insurance |
| Rumowski v. State Farm Fire and Casualty Company | No. 07-2059 | Insurance |
| Russell et al v. State Farm Fire and Casualty Company | No. 07-2060 | Insurance |
| Young et al v. State Farm Fire and Casualty Company | No. 07-2157 | Insurance |
| Young et al v. State Farm Fire and Casualty Company | No. 07-2158 | Insurance |
| Sacrite et al v. State Farm Fire and Casualty Company | No. 07-2159 | Insurance |
| Sanders v. State Farm Fire and Casualty Company | No. 07-2160 | Insurance |
| Sanders v. State Farm Fire and Casualty Company | No. 07-2161 | Insurance |
| Saunders v. State Farm Fire and Casualty Company | No. 07-2162 | Insurance |
| Sceau v. State Farm Fire and Casualty Company | No. 07-2163 | Insurance |
| Shelton et al v. State Farm Fire and Casualty Company | No. 07-2164 | Insurance |
| Skinner v. State Farm Fire and Casualty Company | No. 07-2165 | Insurance |
| Smith v. State Farm Fire and Casualty Company | No. 07-2166 | Insurance |
| Snyder et al v. State Farm Fire and Casualty Company | No. 07-2167 | Insurance |

| Case | Number | Type |
|---|---|---|
| Spitzer et al v. State Farm Fire and Casualty Company | No. 07-2168 | Insurance |
| Staes et al v. State Farm Fire and Casualty Company | No. 07-2169 | Insurance |
| Stewart et al v. State Farm Fire and Casualty Company | No. 07-2170 | Insurance |
| Stewart v. State Farm Fire and Casualty Company | No. 07-2171 | Insurance |
| Streams v. State Farm Fire and Casualty Company | No. 07-2172 | Insurance |
| Sullen et al v. State Farm Fire and Casualty Company | No. 07-2173 | Insurance |
| Sullivan v. State Farm Fire and Casualty Company | No. 07-2174 | Insurance |
| Theriot et al v. State Farm Fire and Casualty Company | No. 07-2175 | Insurance |
| Thomas v. State Farm Fire and Casualty Company | No. 07-2176 | Insurance |
| Thomas v. State Farm Fire and Casualty Company | No. 07-2177 | Insurance |
| Thompson et al v. State Farm Fire and Casualty Company | No. 07-2178 | Insurance |
| Thornton v. State Farm Fire and Casualty Company | No. 07-2179 | Insurance |
| Toney v. State Farm Fire and Casualty Company | No. 07-2180 | Insurance |
| Trepagnier et al v. State Farm Fire and Casualty Company | No. 07-2181 | Insurance |
| Walker v. State Farm Fire and Casualty Company | No. 07-2182 | Insurance |
| Warren et al v. State Farm Fire and Casualty Company | No. 07-2183 | Insurance |
| Welch v. State Farm Fire and Casualty Company | No. 07-2184 | Insurance |
| White v. State Farm Fire and Casualty Company | No. 07-2185 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2186 | Insurance |
| Williams v. State Farm Fire and Casualty Company | No. 07-2187 | Insurance |
| Williams v. State Farm Fire and Casualty Company | No. 07-2188 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2189 | Insurance |
| Williams v. State Farm Fire and Casualty Company | No. 07-2190 | Insurance |
| Williams v. State Farm Fire and Casualty Company | No. 07-2191 | Insurance |
| Williams v. State Farm Fire and Casualty Company | No. 07-2192 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2193 | Insurance |
| Wilson v. State Farm Fire and Casualty Company | No. 07-2194 | Insurance |
| Windon et al v. State Farm Fire and Casualty Company | No. 07-2195 | Insurance |
| Winesberry v. State Farm Fire and Casualty Company | No. 07-2196 | Insurance |
| Wyatt et al v. State Farm Fire and Casualty Company | No. 07-2197 | Insurance |
| Wright et al v. State Farm Fire and Casualty Company | No. 07-2198 | Insurance |
| Roberts (Utilda Farria for SF) v. State Farm Fire and Casualty Company | No. 07-2232 | Insurance |
| Kramer et al v. State Farm Fire and Casualty Company | No. 07-2233 | Insurance |
| Sobers v. State Farm Fire and Casualty Company | No. 07-2234 | Insurance |
| Spears v. State Farm Fire and Casualty Company | No. 07-2235 | Insurance |
| Stamps v. State Farm Fire and Casualty Company | No. 07-2236 | Insurance |
| Thomas v. State Farm Fire and Casualty Company | No. 07-2237 | Insurance |
| Trahan v. State Farm Fire and Casualty Company | No. 07-2238 | Insurance |
| Trevigne et al v. State Farm Fire and Casualty Company | No. 07-2239 | Insurance |
| Trufant et al v. State Farm Fire and Casualty Company | No. 07-2240 | Insurance |
| Walker v. State Farm Fire and Casualty Company | No. 07-2241 | Insurance |
| Hart et al v. State Farm Fire and Casualty Company | No. 07-2249 | Insurance |
| Mamou et al v. State Farm Fire and Casualty Company | No. 07-2250 | Insurance |
| Samaniego et al v. State Farm Fire and Casualty Company | No. 07-2251 | Insurance |

| Tramontans et al v. State Farm Fire and Casualty Company | No. 07-2252 | Insurance |
| --- | --- | --- |
| Francis et al v. State Farm Fire and Casualty Company | No. 07-2253 | Insurance |
| Kindred et al v. State Farm Fire and Casualty Company | No. 07-2254 | Insurance |
| Kindred et al v. State Farm Fire and Casualty Company | No. 07-2255 | Insurance |
| Aguello et al v. State Farm Fire and Casualty Company | No. 07-2256 | Insurance |
| Bongawil et al v. State Farm Fire and Casualty Company | No. 07-2257 | Insurance |
| Bongawil et al v. State Farm Fire and Casualty Company | No. 07-2258 | Insurance |
| Bongawil et al v. State Farm Fire and Casualty Company | No. 07-2259 | Insurance |
| Alvis et al v. State Farm Fire and Casualty Company | No. 07-2260 | Insurance |
| Chopin et al v. State Farm Fire and Casualty Company | No. 07-2261 | Insurance |
| Chopin et al v. State Farm Fire and Casualty Company | No. 07-2262 | Insurance |
| Chopin et al v. State Farm Fire and Casualty Company | No. 07-2263 | Insurance |
| Woodfork et al v. State Farm Fire and Casualty Company | No. 07-2264 | Insurance |
| Brown et al v. State Farm Fire and Casualty Company | No. 07-2265 | Insurance |
| Dixon et al v. State Farm Fire and Casualty Company | No. 07-2266 | Insurance |
| Gaddies et al v. State Farm Fire and Casualty Company | No. 07-2267 | Insurance |
| Sherman et al v. State Farm Fire and Casualty Company | No. 07-2268 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2269 | Insurance |
| Flores et al v. State Farm Fire and Casualty Company | No. 07-2270 | Insurance |
| Lee et al v. State Farm Fire and Casualty Company | No. 07-2271 | Insurance |
| Hughes et al v. State Farm Fire and Casualty Company | No. 07-2272 | Insurance |
| Hughes-Williams et al v. State Farm Fire and Casualty Company | No. 07-2273 | Insurance |
| Hughes et al v. State Farm Fire and Casualty Company | No. 07-2274 | Insurance |
| Hughes et al v. State Farm Fire and Casualty Company | No. 07-2275 | Insurance |
| Hughes et al v. State Farm Fire and Casualty Company | No. 07-2276 | Insurance |
| Hughes et al v. State Farm Fire and Casualty Company | No. 07-2277 | Insurance |
| Bienvenu et al v. State Farm Fire and Casualty Company | No. 07-2278 | Insurance |
| Cambrice et al v. State Farm Fire and Casualty Company | No. 07-2279 | Insurance |
| Copelin et al v. State Farm Fire and Casualty Company | No. 07-2280 | Insurance |
| Horne et al v. State Farm Fire and Casualty Company | No. 07-2281 | Insurance |
| Stockard et al v. State Farm Fire and Casualty Company | No. 07-2282 | Insurance |
| Hoang et al v. State Farm Fire and Casualty Company | No. 07-2283 | Insurance |
| Rabito et al v. State Farm Fire and Casualty Company | No. 07-2284 | Insurance |
| Dubroca et al v. State Farm Fire and Casualty Company | No. 07-2285 | Insurance |
| Vick et al v. State Farm Fire and Casualty Company | No. 07-2286 | Insurance |
| Thomas et al v. State Farm Fire and Casualty Company | No. 07-2287 | Insurance |
| Senior et al v. State Farm Fire and Casualty Company | No. 07-2288 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-2289 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2290 | Insurance |
| Lee et al v. State Farm Fire and Casualty Company | No. 07-2291 | Insurance |
| Kelly et al v. State Farm Fire and Casualty Company | No. 07-2292 | Insurance |
| Soniat et al v. State Farm Fire and Casualty Company | No. 07-2293 | Insurance |
| Montgomery et al v. State Farm Fire and Casualty Company | No. 07-2294 | Insurance |
| Mele et al v. State Farm Fire and Casualty Company | No. 07-2295 | Insurance |
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-2296 | Insurance |

| | | |
|---|---|---|
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-2297 | Insurance |
| Delise et al v. State Farm Fire and Casualty Company | No. 07-2298 | Insurance |
| Washington et al v. State Farm Fire and Casualty Company | No. 07-2299 | Insurance |
| Harris et al v. State Farm Fire and Casualty Company | No. 07-2300 | Insurance |
| Rovira et al v. State Farm Fire and Casualty Company | No. 07-2301 | Insurance |
| Beard et al v. State Farm Fire and Casualty Company | No. 07-2302 | Insurance |
| Foley et al v. State Farm Fire and Casualty Company | No. 07-2303 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-2304 | Insurance |
| Fortin et al v. State Farm Fire and Casualty Company | No. 07-2305 | Insurance |
| Fortin et al v. State Farm Fire and Casualty Company | No. 07-2306 | Insurance |
| Salisbury et al v. State Farm Fire and Casualty Company | No. 07-2307 | Insurance |
| Smith et al v. State Farm Fire and Casualty Company | No. 07-2308 | Insurance |
| Brown et al v. State Farm Fire and Casualty Company | No. 07-2309 | Insurance |
| Martin et al v. State Farm Fire and Casualty Company | No. 07-2310 | Insurance |
| Lang et al v. State Farm Fire and Casualty Company | No. 07-2311 | Insurance |
| Rupert et al v. State Farm Fire and Casualty Company | No. 07-2312 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-2313 | Insurance |
| Washington et al v. State Farm Fire and Casualty Company | No. 07-2314 | Insurance |
| MCCORMICK et al v. State Farm Fire and Casualty Company | No. 07-2315 | Insurance |
| McCormick et al v. State Farm Fire and Casualty Company | No. 07-2316 | Insurance |
| Neyland et al v. State Farm Fire and Casualty Company | No. 07-2317 | Insurance |
| Peters et al v. State Farm Fire and Casualty Company | No. 07-2318 | Insurance |
| Catalanotto et al v. State Farm Fire and Casualty Company | No. 07-2319 | Insurance |
| McCrary et al v. State Farm Fire and Casualty Company | No. 07-2320 | Insurance |
| Penalacia et al v. State Farm Fire and Casualty Company | No. 07-2321 | Insurance |
| Crawford et al v. State Farm Fire and Casualty Company | No. 07-2322 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2323 | Insurance |
| Gioe et al v. State Farm Fire and Casualty Company | No. 07-2324 | Insurance |
| Cable et al v. State Farm Fire and Casualty Company | No. 07-2325 | Insurance |
| Fuchs et al v. State Farm Fire and Casualty Company | No. 07-2326 | Insurance |
| Ranzino et al v. State Farm Fire and Casualty Company | No. 07-2327 | Insurance |
| Thomas et al v. State Farm Fire and Casualty Company | No. 07-2328 | Insurance |
| Greer et al v. State Farm Fire and Casualty Company | No. 07-2329 | Insurance |
| Ned et al v. State Farm Fire and Casualty Company | No. 07-2330 | Insurance |
| Tureaud et al v. State Farm Fire and Casualty Company | No. 07-2331 | Insurance |
| Washington et al v. State Farm Fire and Casualty Company | No. 07-2332 | Insurance |
| Washington et al v. State Farm Fire and Casualty Company | No. 07-2333 | Insurance |
| Pierre et al v. State Farm Fire and Casualty Company | No. 07-2334 | Insurance |
| Royal et al v. State Farm Fire and Casualty Company | No. 07-2335 | Insurance |
| Christoffer et al v. State Farm Fire and Casualty Company | No. 07-2336 | Insurance |
| Simon et al v. State Farm Fire and Casualty Company | No. 07-2337 | Insurance |
| Kyles et al v. State Farm Fire and Casualty Company | No. 07-2338 | Insurance |
| Pendleton et al v. State Farm Fire and Casualty Company | No. 07-2339 | Insurance |
| Jones et al v. State Farm Fire and Casualty Company | No. 07-2340 | Insurance |
| Edwards et al v. State Farm Fire and Casualty Company | No. 07-2341 | Insurance |

| | | |
|---|---|---|
| Hill et al v. State Farm Fire and Casualty Company | No. 07-2342 | Insurance |
| Thomas et al v. State Farm Fire and Casualty Company | No. 07-2343 | Insurance |
| Thomas et al v. State Farm Fire and Casualty Company | No. 07-2344 | Insurance |
| Dahlgren et al v. State Farm Fire and Casualty Company | No. 07-2345 | Insurance |
| Barlow et al v. State Farm Fire and Casualty Company | No. 07-2346 | Insurance |
| Barlow et al v. State Farm Fire and Casualty Company | No. 07-2347 | Insurance |
| Edinburgh et al v. State Farm Fire and Casualty Company | No. 07-2348 | Insurance |
| Edwards et al v. State Farm Fire and Casualty Company | No. 07-2349 | Insurance |
| Jernigan et al v. State Farm Fire and Casualty Company | No. 07-2350 | Insurance |
| Pazmino et al v. State Farm Fire and Casualty Company | No. 07-2351 | Insurance |
| Alonso et al v. State Farm Fire and Casualty Company | No. 07-2352 | Insurance |
| Baldwin et al v. State Farm Fire and Casualty Company | No. 07-2353 | Insurance |
| Lennox et al v. State Farm Fire and Casualty Company | No. 07-2354 | Insurance |
| Scalia et al v. State Farm Fire and Casualty Company | No. 07-2355 | Insurance |
| Slavich et al v. State Farm Fire and Casualty Company | No. 07-2356 | Insurance |
| Spears et al v. State Farm Fire and Casualty Company | No. 07-2357 | Insurance |
| Scalia et al v. State Farm Fire and Casualty Company | No. 07-2358 | Insurance |
| Amann et al v. State Farm Fire and Casualty Company | No. 07-2359 | Insurance |
| Tramontans et al v. State Farm Fire and Casualty Company | No. 07-2360 | Insurance |
| Tramontans et al v. State Farm Fire and Casualty Company | No. 07-2361 | Insurance |
| Brocato et al v. State Farm Fire and Casualty Company | No. 07-2362 | Insurance |
| Netter et al v. State Farm Fire and Casualty Company | No. 07-2363 | Insurance |
| Thibodeaux et al v. State Farm Fire and Casualty Company | No. 07-2364 | Insurance |
| Scott et al v. State Farm Fire and Casualty Company | No. 07-2365 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-2366 | Insurance |
| Paulin et al v. State Farm Fire and Casualty Company | No. 07-2367 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2368 | Insurance |
| Cotton et al v. State Farm Fire and Casualty Company | No. 07-2369 | Insurance |
| Patino et al v. State Farm Fire and Casualty Company | No. 07-2370 | Insurance |
| Weikert et al v. State Farm Fire and Casualty Company | No. 07-2371 | Insurance |
| Leone et al v. State Farm Fire and Casualty Company | No. 07-2372 | Insurance |
| Bridges et al v. State Farm Fire and Casualty Company | No. 07-2373 | Insurance |
| Bruno et al v. State Farm Fire and Casualty Company | No. 07-2374 | Insurance |
| Oubre et al v. State Farm Fire and Casualty Company | No. 07-2375 | Insurance |
| Ford et al v. State Farm Fire and Casualty Company | No. 07-2376 | Insurance |
| Daniels et al v. State Farm Fire and Casualty Company | No. 07-2377 | Insurance |
| Washington et al v. State Farm Fire and Casualty Company | No. 07-2378 | Insurance |
| Tilton et al v. State Farm Fire and Casualty Company | No. 07-2379 | Insurance |
| Smith et al v. State Farm Fire and Casualty Company | No. 07-2380 | Insurance |
| Washington et al v. State Farm Fire and Casualty Company | No. 07-2381 | Insurance |
| Joseph et al v. State Farm Fire and Casualty Company | No. 07-2382 | Insurance |
| Rillieux et al v. State Farm Fire and Casualty Company | No. 07-2383 | Insurance |
| Sanders et al v. State Farm Fire and Casualty Company | No. 07-2384 | Insurance |
| Holmes et al v. State Farm Fire and Casualty Company | No. 07-2385 | Insurance |
| Owens et al v. State Farm Fire and Casualty Company | No. 07-2386 | Insurance |

| | | |
|---|---|---|
| Calais et al v. State Farm Fire and Casualty Company | No. 07-2387 | Insurance |
| Baril et al v. State Farm Fire and Casualty Company | No. 07-2388 | Insurance |
| Deslatte et al v. State Farm Fire and Casualty Company | No. 07-2389 | Insurance |
| Gaines et al v. State Farm Fire and Casualty Company | No. 07-2390 | Insurance |
| Barrow et al v. State Farm Fire and Casualty Company | No. 07-2391 | Insurance |
| Griffith et al v. State Farm Fire and Casualty Company | No. 07-2392 | Insurance |
| Celestand et al v. State Farm Fire and Casualty Company | No. 07-2393 | Insurance |
| McCormick et al v. State Farm Fire and Casualty Company | No. 07-2394 | Insurance |
| Legrone et al v. State Farm Fire and Casualty Company | No. 07-2395 | Insurance |
| Walker et al v. State Farm Fire and Casualty Company | No. 07-2396 | Insurance |
| Thorpe-Truman et al v. State Farm Fire and Casualty Company | No. 07-2397 | Insurance |
| McCorkle et al v. State Farm Fire and Casualty Company | No. 07-2398 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2399 | Insurance |
| Guidry et al v. State Farm Fire and Casualty Company | No. 07-2400 | Insurance |
| Hazet et al v. State Farm Fire and Casualty Company | No. 07-2401 | Insurance |
| Hebert et al v. State Farm Fire and Casualty Company | No. 07-2402 | Insurance |
| Thomas et al v. State Farm Fire and Casualty Company | No. 07-2403 | Insurance |
| Cyres et al v. State Farm Fire and Casualty Company | No. 07-2404 | Insurance |
| Charles et al v. State Farm Fire and Casualty Company | No. 07-2405 | Insurance |
| Golden et al v. State Farm Fire and Casualty Company | No. 07-2406 | Insurance |
| Gibson et al v. State Farm Fire and Casualty Company | No. 07-2407 | Insurance |
| Piazza et al v. State Farm Fire and Casualty Company | No. 07-2408 | Insurance |
| Coates et al v. State Farm Fire and Casualty Company | No. 07-2409 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2410 | Insurance |
| Blunt et al v. State Farm Fire and Casualty Company | No. 07-2411 | Insurance |
| Hollingsworth et al v. State Farm Fire and Casualty Company | No. 07-2412 | Insurance |
| Clark et al v. State Farm Fire and Casualty Company | No. 07-2413 | Insurance |
| West et al v. State Farm Fire and Casualty Company | No. 07-2414 | Insurance |
| Howard et al v. State Farm Fire and Casualty Company | No. 07-2415 | Insurance |
| Howard et al v. State Farm Fire and Casualty Company | No. 07-2416 | Insurance |
| Coco et al v. State Farm Fire and Casualty Company | No. 07-2417 | Insurance |
| Doucette et al v. State Farm Fire and Casualty Company | No. 07-2418 | Insurance |
| MORGAN et al v. State Farm Fire and Casualty Company | No. 07-2419 | Insurance |
| MORGAN et al v. State Farm Fire and Casualty Company | No. 07-2420 | Insurance |
| Hales et al v. State Farm Fire and Casualty Company | No. 07-2421 | Insurance |
| Harris-Polite et al v. State Farm Fire and Casualty Company | No. 07-2422 | Insurance |
| Anderson et al v. State Farm Fire and Casualty Company | No. 07-2423 | Insurance |
| Brown et al v. State Farm Fire and Casualty Company | No. 07-2424 | Insurance |
| Creecy et al v. State Farm Fire and Casualty Company | No. 07-2425 | Insurance |
| Weiser et al v. State Farm Fire and Casualty Company | No. 07-2426 | Insurance |
| Wright et al v. State Farm Fire and Casualty Company | No. 07-2427 | Insurance |
| Roscoe et al v. State Farm Fire and Casualty Company | No. 07-2428 | Insurance |
| Birdsall et al v. State Farm Fire and Casualty Company | No. 07-2429 | Insurance |
| Ferrouillet et al v. State Farm Fire and Casualty Company | No. 07-2430 | Insurance |
| Harrison et al v. State Farm Fire and Casualty Company | No. 07-2431 | Insurance |

| | | |
|---|---|---|
| Miskell et al v. State Farm Fire and Casualty Company | No. 07-2432 | Insurance |
| Stephens et al v. State Farm Fire and Casualty Company | No. 07-2433 | Insurance |
| McGowan et al v. State Farm Fire and Casualty Company | No. 07-2434 | Insurance |
| Delaney et al v. State Farm Fire and Casualty Company | No. 07-2435 | Insurance |
| Croson et al v. State Farm Fire and Casualty Company | No. 07-2436 | Insurance |
| Houston et al v. State Farm Fire and Casualty Company | No. 07-2437 | Insurance |
| Genovese et al v. State Farm Fire and Casualty Company | No. 07-2438 | Insurance |
| Khaton et al v. State Farm Fire and Casualty Company | No. 07-2439 | Insurance |
| Testa-Poluka et al v. State Farm Fire and Casualty Company | No. 07-2440 | Insurance |
| Marques et al v. State Farm Fire and Casualty Company | No. 07-2441 | Insurance |
| Legohn et al v. State Farm Fire and Casualty Company | No. 07-2442 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2443 | Insurance |
| Riley et al v. State Farm Fire and Casualty Company | No. 07-2444 | Insurance |
| Berdos et al v. State Farm Fire and Casualty Company | No. 07-2445 | Insurance |
| Francois et al v. State Farm Fire and Casualty Company | No. 07-2446 | Insurance |
| Wren et al v. State Farm Fire and Casualty Company | No. 07-2447 | Insurance |
| Melancon et al v. State Farm Fire and Casualty Company | No. 07-2448 | Insurance |
| Thorpe et al v. State Farm Fire and Casualty Company | No. 07-2449 | Insurance |
| Michel v. State Farm Fire and Casualty Company | No. 07-245 | Insurance |
| Fultz et al v. State Farm Fire and Casualty Company | No. 07-2450 | Insurance |
| Fultz et al v. State Farm Fire and Casualty Company | No. 07-2451 | Insurance |
| Fultz et al v. State Farm Fire and Casualty Company | No. 07-2452 | Insurance |
| Fultz et al v. State Farm Fire and Casualty Company | No. 07-2453 | Insurance |
| Ripoll et al v. State Farm Fire and Casualty Company | No. 07-2454 | Insurance |
| Clements et al v. State Farm Fire and Casualty Company | No. 07-2455 | Insurance |
| Rilleaux-Fields et al v. State Farm Fire and Casualty Company | No. 07-2456 | Insurance |
| Bias et al v. State Farm Fire and Casualty Company | No. 07-2457 | Insurance |
| Peterson et al v. State Farm Fire and Casualty Company | No. 07-2458 | Insurance |
| Barnes et al v. State Farm Fire and Casualty Company | No. 07-2459 | Insurance |
| Collins et al v. State Farm Fire and Casualty Company | No. 07-2460 | Insurance |
| Douglas et al v. State Farm Fire and Casualty Company | No. 07-2461 | Insurance |
| Ponder et al v. State Farm Fire and Casualty Company | No. 07-2462 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-2463 | Insurance |
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-2464 | Insurance |
| Row et al v. State Farm Fire and Casualty Company | No. 07-2465 | Insurance |
| Jackson et al v. State Farm Fire and Casualty Company | No. 07-2466 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-2467 | Insurance |
| Lott et al v. State Farm Fire and Casualty Company | No. 07-2468 | Insurance |
| Carter et al v. State Farm Fire and Casualty Company | No. 07-2469 | Insurance |
| Hamilton et al v. State Farm Fire and Casualty Company | No. 07-2470 | Insurance |
| Maurice-Hall et al v. State Farm Fire and Casualty Company | No. 07-2471 | Insurance |
| Blalock et al v. State Farm Fire and Casualty Company | No. 07-2472 | Insurance |
| Anderson et al v. State Farm Fire and Casualty Company | No. 07-2473 | Insurance |
| Villavaso et al v. State Farm Fire and Casualty Company | No. 07-2474 | Insurance |
| Belcher et al v. State Farm Fire and Casualty Company | No. 07-2475 | Insurance |

| Santa Marina et al v. State Farm Fire and Casualty Company | No. 07-2476 | Insurance |
| --- | --- | --- |
| Price et al v. State Farm Fire and Casualty Company | No. 07-2477 | Insurance |
| Braden et al v. State Farm Fire and Casualty Company | No. 07-2478 | Insurance |
| Fefie et al v. State Farm Fire and Casualty Company | No. 07-2479 | Insurance |
| Crumedy et al v. State Farm Fire and Casualty Company | No. 07-2480 | Insurance |
| Jones et al v. State Farm Fire and Casualty Company | No. 07-2481 | Insurance |
| Beard et al v. State Farm Fire and Casualty Company | No. 07-2482 | Insurance |
| Clark et al v. State Farm Fire and Casualty Company | No. 07-2483 | Insurance |
| Laurent et al v. State Farm Fire and Casualty Company | No. 07-2484 | Insurance |
| Generose et al v. State Farm Fire and Casualty Company | No. 07-2485 | Insurance |
| Johnson-Murphy et al v. State Farm Fire and Casualty Company | No. 07-2486 | Insurance |
| Quillen-Williams et al v. State Farm Fire and Casualty Company | No. 07-2487 | Insurance |
| Rockingham et al v. State Farm Fire and Casualty Company | No. 07-2488 | Insurance |
| Rockingham et al v. State Farm Fire and Casualty Company | No. 07-2489 | Insurance |
| Rockingham et al v. State Farm Fire and Casualty Company | No. 07-2490 | Insurance |
| Hales et al v. State Farm Fire and Casualty Company | No. 07-2491 | Insurance |
| Rockingham et al v. State Farm Fire and Casualty Company | No. 07-2492 | Insurance |
| Morris et al v. State Farm Fire and Casualty Company | No. 07-2493 | Insurance |
| Bell et al v. State Farm Fire and Casualty Company | No. 07-2494 | Insurance |
| Carter et al v. State Farm Fire and Casualty Company | No. 07-2495 | Insurance |
| McCorkle et al v. State Farm Fire and Casualty Company | No. 07-2496 | Insurance |
| Slack et al v. State Farm Fire and Casualty Company | No. 07-2497 | Insurance |
| Slack et al v. State Farm Fire and Casualty Company | No. 07-2498 | Insurance |
| DiRosa et al v. State Farm Fire and Casualty Company | No. 07-2499 | Insurance |
| Wallace et al v. State Farm Fire and Casualty Company | No. 07-2500 | Insurance |
| Lee et al v. State Farm Fire and Casualty Company | No. 07-2501 | Insurance |
| Broussard et al v. State Farm Fire and Casualty Company | No. 07-2502 | Insurance |
| Weaver et al v. State Farm Fire and Casualty Company | No. 07-2503 | Insurance |
| Hankton et al v. State Farm Fire and Casualty Company | No. 07-2504 | Insurance |
| Brown et al v. State Farm Fire and Casualty Company | No. 07-2505 | Insurance |
| Nichols et al v. State Farm Fire and Casualty Company | No. 07-2506 | Insurance |
| Blackman et al v. State Farm Fire and Casualty Company | No. 07-2507 | Insurance |
| Fernandez et al v. State Farm Fire and Casualty Company | No. 07-2508 | Insurance |
| Arnold et al v. State Farm Fire and Casualty Company | No. 07-2509 | Insurance |
| Arnold et al v. State Farm Fire and Casualty Company | No. 07-2510 | Insurance |
| Carter et al v. State Farm Fire and Casualty Company | No. 07-2511 | Insurance |
| Boisdore et al v. State Farm Fire and Casualty Company | No. 07-2512 | Insurance |
| Godfrey et al v. State Farm Fire and Casualty Company | No. 07-2513 | Insurance |
| Dugas et al v. State Farm Fire and Casualty Company | No. 07-2514 | Insurance |
| Palmer et al v. State Farm Fire and Casualty Company | No. 07-2515 | Insurance |
| Kemp et al v. State Farm Fire and Casualty Company | No. 07-2516 | Insurance |
| Smith et al v. State Farm Fire and Casualty Company | No. 07-2517 | Insurance |
| Norwood et al v. State Farm Fire and Casualty Company | No. 07-2518 | Insurance |
| Cornin et al v. State Farm Fire and Casualty Company | No. 07-2519 | Insurance |
| Sharpe et al v. State Farm Fire and Casualty Company | No. 07-2520 | Insurance |

| Case | Number | Type |
|---|---|---|
| Bunch et al v. State Farm Fire and Casualty Company | No. 07-2521 | Insurance |
| Dandridge et al v. State Farm Fire and Casualty Company | No. 07-2522 | Insurance |
| McWilliams et al v. State Farm Fire and Casualty Company | No. 07-2523 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2524 | Insurance |
| Hale et al v. State Farm Fire and Casualty Company | No. 07-2525 | Insurance |
| Age et al v. State Farm Fire and Casualty Company | No. 07-2526 | Insurance |
| Voebel et al v. State Farm Fire and Casualty Company | No. 07-2527 | Insurance |
| Voebel et al v. State Farm Fire and Casualty Company | No. 07-2528 | Insurance |
| Berkley et al v. State Farm Fire and Casualty Company | No. 07-2529 | Insurance |
| Wilson et al v. State Farm Fire and Casualty Company | No. 07-2530 | Insurance |
| Fisher et al v. State Farm Fire and Casualty Company | No. 07-2531 | Insurance |
| Parker et al v. State Farm Fire and Casualty Company | No. 07-2532 | Insurance |
| Bolton et al v. State Farm Fire and Casualty Company | No. 07-2533 | Insurance |
| Owens et al v. State Farm Fire and Casualty Company | No. 07-2534 | Insurance |
| Ahmad et al v. State Farm Fire and Casualty Company | No. 07-2535 | Insurance |
| Freire et al v. State Farm Fire and Casualty Company | No. 07-2536 | Insurance |
| Recasner et al v. State Farm Fire and Casualty Company | No. 07-2537 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2538 | Insurance |
| McKenna et al v. State Farm Fire and Casualty Company | No. 07-2539 | Insurance |
| Billiot et al v. State Farm Fire and Casualty Company | No. 07-2540 | Insurance |
| McInerney et al v. State Farm Fire and Casualty Company | No. 07-2541 | Insurance |
| Holt et al v. State Farm Fire and Casualty Company | No. 07-2542 | Insurance |
| Neapollion et al v. State Farm Fire and Casualty Company | No. 07-2543 | Insurance |
| Miranda et al v. State Farm Fire and Casualty Company | No. 07-2544 | Insurance |
| Lawson et al v. State Farm Fire and Casualty Company | No. 07-2545 | Insurance |
| LaPierre et al v. State Farm Fire and Casualty Company | No. 07-2546 | Insurance |
| Evans et al v. State Farm Fire and Casualty Company | No. 07-2547 | Insurance |
| Angelin Butler et al v. State Farm Fire and Casualty Company | No. 07-2548 | Insurance |
| Angelin et al v. State Farm Fire and Casualty Company | No. 07-2549 | Insurance |
| Cross et al v. State Farm Fire and Casualty Company | No. 07-2550 | Insurance |
| Manuel et al v. State Farm Fire and Casualty Company | No. 07-2551 | Insurance |
| Muhammad et al v. State Farm Fire and Casualty Company | No. 07-2552 | Insurance |
| Muhammad et al v. State Farm Fire and Casualty Company | No. 07-2553 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2554 | Insurance |
| Gleason et al v. State Farm Fire and Casualty Company | No. 07-2555 | Insurance |
| Bassett et al v. State Farm Fire and Casualty Company | No. 07-2556 | Insurance |
| Brown et al v. State Farm Fire and Casualty Company | No. 07-2557 | Insurance |
| McCrary et al v. State Farm Fire and Casualty Company | No. 07-2558 | Insurance |
| Tabora et al v. State Farm Fire and Casualty Company | No. 07-2559 | Insurance |
| McGowan et al v. State Farm Fire and Casualty Company | No. 07-2560 | Insurance |
| Dixon et al v. State Farm Fire and Casualty Company | No. 07-2561 | Insurance |
| Glover et al v. State Farm Fire and Casualty Company | No. 07-2562 | Insurance |
| Caston et al v. State Farm Fire and Casualty Company | No. 07-2563 | Insurance |
| Magee et al v. State Farm Fire and Casualty Company | No. 07-2564 | Insurance |
| Babino et al v. State Farm Fire and Casualty Company | No. 07-2565 | Insurance |

| Smith et al v. State Farm Fire and Casualty Company | No. 07-2566 | Insurance |
|---|---|---|
| Edwards et al v. State Farm Fire and Casualty Company | No. 07-2567 | Insurance |
| Smothens et al v. State Farm Fire and Casualty Company | No. 07-2568 | Insurance |
| Houston et al v. State Farm Fire and Casualty Company | No. 07-2569 | Insurance |
| Turner et al v. State Farm Fire and Casualty Company | No. 07-2570 | Insurance |
| Washington et al v. State Farm Fire and Casualty Company | No. 07-2571 | Insurance |
| Charles et al v. State Farm Fire and Casualty Company | No. 07-2572 | Insurance |
| Taylor-Cameron et al v. State Farm Fire and Casualty Company | No. 07-2573 | Insurance |
| Bell et al v. State Farm Fire and Casualty Company | No. 07-2574 | Insurance |
| Harrell et al v. State Farm Fire and Casualty Company | No. 07-2575 | Insurance |
| Terrel et al v. State Farm Fire and Casualty Company | No. 07-2576 | Insurance |
| Buie et al v. State Farm Fire and Casualty Company | No. 07-2577 | Insurance |
| Strickland et al v. State Farm Fire and Casualty Company | No. 07-2578 | Insurance |
| Mark et al v. State Farm Fire and Casualty Company | No. 07-2579 | Insurance |
| Chatelain et al v. State Farm Fire and Casualty Company | No. 07-2580 | Insurance |
| Mathews et al v. State Farm Fire and Casualty Company | No. 07-2581 | Insurance |
| Stovall et al v. State Farm Fire and Casualty Company | No. 07-2582 | Insurance |
| Marchand et al v. State Farm Fire and Casualty Company | No. 07-2583 | Insurance |
| McBean et al v. State Farm Fire and Casualty Company | No. 07-2584 | Insurance |
| Murphy et al v. State Farm Fire and Casualty Company | No. 07-2585 | Insurance |
| Woodfork et al v. State Farm Fire and Casualty Company | No. 07-2586 | Insurance |
| Warner et al v. State Farm Fire and Casualty Company | No. 07-2587 | Insurance |
| Smith et al v. State Farm Fire and Casualty Company | No. 07-2588 | Insurance |
| Harris et al v. State Farm Fire and Casualty Company | No. 07-2589 | Insurance |
| Nelson et al v. State Farm Fire and Casualty Company | No. 07-2590 | Insurance |
| Butler et al v. State Farm Fire and Casualty Company | No. 07-2591 | Insurance |
| Warner et al v. State Farm Fire and Casualty Company | No. 07-2592 | Insurance |
| Wiggins et al v. State Farm Fire and Casualty Company | No. 07-2593 | Insurance |
| Anderson et al v. State Farm Fire and Casualty Company | No. 07-2594 | Insurance |
| Stewart et al v. State Farm Fire and Casualty Company | No. 07-2595 | Insurance |
| Dixon et al v. State Farm Fire and Casualty Company | No. 07-2596 | Insurance |
| Miller et al v. State Farm Fire and Casualty Company | No. 07-2597 | Insurance |
| Wells et al v. State Farm Fire and Casualty Company | No. 07-2598 | Insurance |
| Yates et al v. State Farm Fire and Casualty Company | No. 07-2599 | Insurance |
| Bennette et al v. State Farm Fire and Casualty Company | No. 07-2600 | Insurance |
| Keppard et al v. State Farm Fire and Casualty Company | No. 07-2601 | Insurance |
| Treuting et al v. State Farm Fire and Casualty Company | No. 07-2602 | Insurance |
| Gaspard et al v. State Farm Fire and Casualty Company | No. 07-2603 | Insurance |
| Barquet et al v. State Farm Fire and Casualty Company | No. 07-2604 | Insurance |
| Simon et al v. State Farm Fire and Casualty Company | No. 07-2605 | Insurance |
| Simon et al v. State Farm Fire and Casualty Company | No. 07-2606 | Insurance |
| Simon et al v. State Farm Fire and Casualty Company | No. 07-2607 | Insurance |
| Simon et al v. State Farm Fire and Casualty Company | No. 07-2608 | Insurance |
| Braud-Dusuau et al v. State Farm Fire and Casualty Company | No. 07-2609 | Insurance |
| Lewis et al v. State Farm Fire and Casualty Company | No. 07-2610 | Insurance |

| | | |
|---|---|---|
| Bradley-McKinley et al v. State Farm Fire and Casualty Company | No. 07-2611 | Insurance |
| Tyler et al v. State Farm Fire and Casualty Company | No. 07-2612 | Insurance |
| Joseph et al v. State Farm Fire and Casualty Company | No. 07-2613 | Insurance |
| Dixon et al v. State Farm Fire and Casualty Company | No. 07-2614 | Insurance |
| Brumfield et al v. State Farm Fire and Casualty Company | No. 07-2615 | Insurance |
| Bullette et al v. State Farm Fire and Casualty Company | No. 07-2616 | Insurance |
| Perkins et al v. State Farm Fire and Casualty Company | No. 07-2617 | Insurance |
| Young et al v. State Farm Fire and Casualty Company | No. 07-2618 | Insurance |
| Young et al v. State Farm Fire and Casualty Company | No. 07-2619 | Insurance |
| Pigott et al v. State Farm Fire and Casualty Company | No. 07-2620 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2621 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2622 | Insurance |
| Smith et al v. State Farm Fire and Casualty Company | No. 07-2623 | Insurance |
| Quarles et al v. State Farm Fire and Casualty Company | No. 07-2624 | Insurance |
| Curtain et al v. State Farm Fire and Casualty Company | No. 07-2625 | Insurance |
| Leonard et al v. State Farm Fire and Casualty Company | No. 07-2626 | Insurance |
| Warren et al v. State Farm Fire and Casualty Company | No. 07-2627 | Insurance |
| Johnson et al v. State Farm Fire and Casualty Company | No. 07-2628 | Insurance |
| Lorraine et al v. State Farm Fire and Casualty Company | No. 07-2629 | Insurance |
| Echols et al v. State Farm Fire and Casualty Company | No. 07-2630 | Insurance |
| Green-Benita et al v. State Farm Fire and Casualty Company | No. 07-2631 | Insurance |
| Alexander et al v. State Farm Fire and Casualty Company | No. 07-2632 | Insurance |
| Gosserand et al v. State Farm Fire and Casualty Company | No. 07-2633 | Insurance |
| Dassau et al v. State Farm Fire and Casualty Company | No. 07-2634 | Insurance |
| Woods et al v. State Farm Fire and Casualty Company | No. 07-2636 | Insurance |
| Blackwell et al v. State Farm Fire and Casualty Company | No. 07-2637 | Insurance |
| Everhardt et al v. State Farm Fire and Casualty Company | No. 07-2638 | Insurance |
| Tigler et al v. State Farm Fire and Casualty Company | No. 07-2639 | Insurance |
| Williams et al v. State Farm Fire and Casualty Company | No. 07-2640 | Insurance |
| Henry et al v. State Farm Fire and Casualty Company | No. 07-2641 | Insurance |
| Callais et al v. State Farm Fire and Casualty Company | No. 07-2642 | Insurance |
| Rhodes et al v. State Farm Fire and Casualty Company | No. 07-2643 | Insurance |
| Spriggers et al v. State Farm Fire and Casualty Company | No. 07-2644 | Insurance |
| Netters et al v. State Farm Fire and Casualty Company | No. 07-2645 | Insurance |
| Davis et al v. State Farm Fire and Casualty Company | No. 07-2646 | Insurance |
| Muhammad et al v. State Farm Fire and Casualty Company | No. 07-2647 | Insurance |
| Dassau et al v. State Farm Fire and Casualty Company | No. 07-2648 | Insurance |
| Muhammad et al v. State Farm Fire and Casualty Company | No. 07-2653 | Insurance |
| Hollins v.State Farm Fire and Casualty Company | No. 07-2660 | Insurance |
| Gillaspie v.State Farm Fire and Casualty Company | No. 07-2661 | Insurance |
| Varnado v.State Farm Fire and Casualty Company | No. 07-2662 | Insurance |
| Anselmo v.State Farm Fire and Casualty Company | No. 07-2663 | Insurance |
| Johnson v.State Farm Fire and Casualty Company | No. 07-2664 | Insurance |
| Brown v.State Farm Fire and Casualty Company | No. 07-2665 | Insurance |
| Austin Jr. v.State Farm Fire and Casualty Company et al | No. 07-2679 | Insurance |

| | | |
|---|---|---|
| Ward et al v.State Farm Fire and Casualty Company et al | No. 07-2680 | Insurance |
| Rittner et al v.State Farm Fire and Casualty Company et al | No. 07-2681 | Insurance |
| Miller v.State Farm Fire and Casualty Company et al | No. 07-2682 | Insurance |
| Lea v.Maryland Casualty Company | No. 07-2683 | Insurance |
| Simon et al v. State Farm Fire and Casualty Company | No. 07-2692 | Insurance |
| Doll et al v.State Farm Insurance company | No. 07-2730 | Insurance |
| Leebrick et al v.State Farm Insurance Company | No. 07-2731 | Insurance |
| Copemann et al v.United States Core of Engineers et al | No. 07-2742 | Levee |
| Gonzales et al v.Allstate Insurance Company et al | No. 07-2746 | Insurance |
| Rogers et al v.Allstate Insurance Company et al | No. 07-2747 | Insurance |
| Bishop et al v.Allstate Insurance Company et al | No. 07-2748 | Insurance |
| Leyal v.Allstate Insurance Company et al | No. 07-2749 | Insurance |
| Valenti et al v.Allstate Insurance Company et al | No. 07-2750 | Insurance |
| Polk v.Allstate Insurance Company et al | No. 07-2751 | Insurance |
| Scheuermann et al v.Allstate Insurance Company et al | No. 07-2752 | Insurance |
| Peterson v.Allstate Insurance Company et al | No. 07-2753 | Insurance |
| Mulkey et al v.Allstate Insurance Company et al | No. 07-2754 | Insurance |
| Cospelich Dastugue v.Allstate Insurance Company et al | No. 07-2755 | Insurance |
| Alfonso et al v.Allstate Insurance Company et al | No. 07-2756 | Insurance |
| Morello v.Auto Club Family Insurance company | No. 07-2763 | Insurance |
| Pittman Construction Company Inc. v.United States of America | No. 07-2771 | Levee |
| Deane et al v.Standard Fire Insurance company | No. 07-2880 | Insurance |
| Expose et al v. State Farm Fire and Casualty Company | No. 07-2889 | Insurance. |
| Nameth et al v.Allstate Insurance Company | No. 07-3078 | Insurance |
| Soto v.Allstate Insurance Company | No. 07-3079 | Insurance |
| Slack et al v.Allstate Insurance Company | No. 07-3080 | Insurance |
| Schulz v.Allstate Insurance Company | No. 07-3081 | Insurance |
| Moreau et al v.Allstate Insurance Company | No. 07-3082 | Insurance |
| Hernandez et al v.Allstate Insurance Company | No. 07-3083 | Insurance |
| Galatas v.Allstate Insurance Company | No. 07-3084 | Insurance |
| Conerly v.Allstate Insurance Company | No. 07-3085 | Insurance |
| Branch et al v.Allstate Insurance Company | No. 07-3086 | Insurance |
| Bacques v.Allstate Insurance Company | No. 07-3087 | Insurance |
| Wang et al v.Allstate Insurance Company | No. 07-3088 | Insurance |

JOSEPH M. BRUNO, La. Bar. #3604
Law Office of Joseph M. Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775
**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Defendants Liaison Counsel**