UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" 2<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-7309) | |

## MOTION TO DISMISS

NOW INTO COURT, comes Plaintiff, SONIC RECORDS, INC. D/B/A CURVES, through undersigned counsel, who upon representing that all claims that have been or may be asserted by Plaintiff against Defendant, GREAT AMERICAN INSURANCE COMPANY, in the above-captioned matter have been fully amicably settled and compromised, moves that such claims be dismissed **with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a), each party bearing its own costs.

1

/s/ James M. Garner
JAMES M. GARNER, #19589, T.A.
LAUREN L. HUDSON, #28614
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFF,**
**SONIC RECORDS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Bob Myers. I further certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 15th day of June, 2007.

/s/ James M. Garner
JAMES M. GARNER

2