UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" 2 JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-7309) | § § § § § | |

## ORDER

**HAVING CONSIDERED** Plaintiff's Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Plaintiff is **GRANTED** and any and all claims of Plaintiff, SONIC RECORDS, INC. D/B/A CURVES, against Defendant, GREAT AMERICAN INSURANCE COMPANY, in the captioned matter are dismissed with prejudice.

New Orleans, Louisiana, this ___ day of June, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.

3