UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | CIVIL ACTION NO. 06-7846 |
| PERTAINS TO: INSURANCE | * * | SECTION: "K" |
| GWEN BURK WIFE OF/AND WILLIAM BURK | * * * | HON. STANDWOOD R. DUVAL, JR. MAGISTRATE "2" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| SCOTTSDALE INSURANCE COMPANY, ET AL | * * * | |

*********************************************************************

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company who moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the reason that Allstate is named only as the alleged employer of Katie Hymel, who has filed a Motion to Dismiss pursuant to Rule 12(B)(6). Allstate submits that if Ms. Hymel is dismissed, any claim against Allstate should also be dismissed.

Respectfully submitted,

LOZES & PONDER

S/Steven M. Lozes
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: John A. Venezia, Esq.; Kevin R. Derham, Esq.; Cynthia J. Thomas, Esq. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: ___None___.

S/Steven M. Lozes
Steven M. Lozes