UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | CIVIL ACTION NO. 06-7846 |
| PERTAINS TO: INSURANCE | * | |
| | * | SECTION: "K" |
| GWEN BURK WIFE OF/AND | * | HON. STANDWOOD R. DUVAL, JR. |
| WILLIAM BURK | * | |
| | * | MAGISTRATE "2" |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| SCOTTSDALE INSURANCE | * | |
| COMPANY, ET AL | * | |
| | * | |

*********************************************************************

## ORDER

Considering the foregoing Motion for Summary Judgment and Memorandum in Support thereof;

IT IS ORDERED that Allstate Insurance Company's Motion for Summary Judgment be and it hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE