UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | CIVIL ACTION NO. 06-7846 |
| PERTAINS TO: INSURANCE | * * | SECTION: "K" |
| GWEN BURK WIFE OF/AND WILLIAM BURK | * * * | HON. STANDWOOD R. DUVAL, JR. MAGISTRATE "2" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| SCOTTSDALE INSURANCE COMPANY, ET AL | * * * | |

******************************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

1. Allstate Insurance Company is named as defendant only as the alleged employer of Katie Hymel.

2. Ms. Hymel has filed a Rule 12(B)(16) Motion seeking dismissal of all claims against her.

3. As the alleged employer of Ms. Hymel, Allstate cannot be liable if Ms. Hymel is found not to be liable to plaintiffs.

Respectfully submitted,

LOZES & PONDER

S/Steven M. Lozes
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: John A. Venezia, Esq.; Kevin R. Derham, Esq.; Cynthia J. Thomas, Esq. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: ___None___.

S/Steven M. Lozes
Steven M. Lozes