UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | CIVIL ACTION NO. 06-7846 |
| PERTAINS TO: INSURANCE | * | |
| | * | SECTION: "K" |
| GWEN BURK WIFE OF/AND | * | HON. STANDWOOD R. DUVAL, JR. |
| WILLIAM BURK | * | |
| | * | MAGISTRATE "2" |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| SCOTTSDALE INSURANCE | * | COMPANY, ET AL* |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 27th day of June, 2007, at 9:30 o'clock a.m., the attached Motion for Summary Judgment will be heard before the Honorable Stanford R. Duval, Jr., United States District Judge.

Respectfully submitted,

LOZES & PONDER

S/Steven M. Lozes
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: John A. Venezia, Esq.; Kevin R. Derham, Esq.; Cynthia J. Thomas, Esq. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: ___None___.

S/Steven M. Lozes
Steven M. Lozes