UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | CIVIL ACTION NO. 06-7846 |
| PERTAINS TO: INSURANCE | * | |
| | * | SECTION: "K" |
| GWEN BURK WIFE OF/AND | * | HON. STANDWOOD R. DUVAL, JR. |
| WILLIAM BURK | * | |
| | * | MAGISTRATE "2" |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| SCOTTSDALE INSURANCE | * | |
| COMPANY, ET AL | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT:

Ms. Katie Hymel, an Allstate agent, alleged by plaintiff to be an employee of Allstate, has filed a Motion to Dismiss all claims of plaintiffs against her.

Allstate is alleged to be the employer of Ms. Hymel and is alleged by plaintiffs to be vicariously liable for her alleged fault.

Louisiana Civil Code Article 2320 imposes liability upon a master for the torts committed by his servants in the cause and scope of employment. *Timmons v. Selman*, 761 So.2d 507 (La. 2000); *Loescher v. Parr*, 324 So.2d a441 (La. 1975).

Allstate very simply states that if this Court grants the Motion to Dismiss filed by Ms. Hymel, then Allstate can have no vicarious liability and is entitled to a dismissal of the claims plaintiffs.

Respectfully submitted,

LOZES & PONDER

S/Steven M. Lozes
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Phone: (504) 581-4455
Counsel for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: John A. Venezia, Esq.; Kevin R. Derham, Esq.; Cynthia J. Thomas, Esq. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: ___None___.

S/Steven M. Lozes
Steven M. Lozes

2