UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>INSURANCE:    *Nemeth*, 07-3078 | *   CIVIL ACTION<br>*    NO.: 05-4182 "K" (2)<br>*   JUDGE DUVAL<br>*   MAGISTRATE WILKINSON<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering Allstate Insurance Company's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Judy Y. Barrasso and Bonita Y. Hawkins of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Allstate Insurance Company and substitute in their place Gregory J. Schwab as Allstate Insurance Company's counsel of record in this proceeding.

New Orleans, Louisiana, this _____ day of June, 2007.

_____
J U D G E