UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION  NO.: 05-4182 "K" (2) |
| | * * | JUDGE DUVAL |
| PERTAINS TO: | * * | MAGISTRATE WILKINSON |
| INSURANCE:     *Wang*, 07-3088 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ALLSTATE INSURANCE COMPANY'S
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Defendant, Allstate Insurance Company ("Allstate"), respectfully moves to withdraw Judy Y. Barrasso and Bonita Y. Hawkins of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Allstate and substitute in their place Gregory J. Schwab as Allstate's counsel of record in this proceeding.

- 1 -

87587

- 2 -

**WHEREFORE**, Allstate Insurance Company prays that this Court enter an Order permitting Judy Y. Barrasso and Bonita Y. Hawkins to withdraw and to enroll Gregory J. Schwab as counsel of record for Allstate Insurance Company.

        Respectfully submitted,

        */s/ Judy Y. Barrasso*
        Judy Y. Barrasso, 2814
        Bonita Y. Hawkins, 26943
        BARRASSO USDIN KUPPERMAN
            FREEMAN & SARVER, L.L.C.
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana 70112
        Telephone:  (504) 589-9700

        AND

        */s/ Gregory J. Schwab*
        Gregory J. Schwab, 21075
        423 Goode Street
        Houma, Louisiana  70360
        Telephone: (985) 223-4457

        Attorneys for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing Allstate Insurance Company's Motion to Withdraw and Substitute Counsel with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    ramedeejr@aol.com
    aberger@allan-berger.com
    pconnick@connicklaw.com
    pgkehoejr@kehoejr.com
    brent@klibertlaw.com
    alestelle@lestellelaw.com
    lestelle@lestellelaw.com
    brian@robichauxlaw.com
    struckhoff@lestellelaw.com
    courts@ungarlawyers.com

There are no manual recipients listed on the Court's Electronic Mail Notice List.

                                              */s/ Judy Y. Barrasso*