UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| | * | |
| _____ | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

_____

**UNOPPOSED MOTION TO CONTINUE HEARING DATE OF C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S MOTION TO DEFER COLLECTION, APPROVE SECURITY OR ALTERNATIVELY TO DISPENSE WITH SECURITY**

**NOW COMES**, the United States, on behalf of the United States Army Corps of Engineers, ("Army Corps") and seeks a continuance of C.R. Pittman Construction Comany, Inc's ("Pittman") Motion to Defer Collection, Approve Security, or Alternatively To Dispense With Security ("Motion to Defer") (rec. doc. 5438) currently set for hearing on June 27th, 2007 at 9:00 a.m. before this Honorable Court. The reasons for the requested continuance are as follows:

1) On May 3, 2007, Pitmann filed sued against the Army Corps regarding a dispute concerning two contracts between Pittman and the Army Corps. (Rec.

Doc. 5465).   Pittman has asserted that its suit is filed under the Contract Disputes Act. (Rec. Doc. 5438).  As such, it is the belief of the United States that this lawsuit belongs in the Court of Federal Claims pursuant to 28 U.S.C.§ 1491(a)(1).  Furthermore, Pittman requests in its motion that the Court rule on whether the current surety bond for the contracts in dispute is sufficient security for the claims in dispute which goes to the amount in dispute and the amount the surety bond is currently worth.  Again, it is the United States' belief these issues should be presented to the Court of Federal Claims. Therefore, at this time, the United States is anticipating filing a Motion to Transfer/Motion to Dismiss this lawsuit in lieu of its Answer.

2)   The United States' Answer is not due until July 3, 2007.  Therefore, any motion regarding the merits of this suit is premature.

3)   The U.S. Department of Justice, Civil Division, Tort Branch, is determining at this time whether this matter should be handled by the United States' Attorney's Office, Eastern District of Louisiana; therefore, additional time is requested to respond to Pittman's motion.

4)   The undersigned consulted legal counsel for Pittman who does not oppose the continuance requested herein.

**WHEREFORE**, the United States requests that Pittman's ("Motion to Defer") (rec.

doc. 5438) currently set for June 27, 2007 be continued until August 22, 2007 for the stated reasons herein.

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        S/Alice Daigle
        **ALICE DAIGLE**
        Assistant United States Attorney
        LA Bar Roll No. 29134
        Hale Boggs Federal Building
        500 Poydras Street, Room 210 B
        New Orleans, Louisiana  70130
        Telephone:  (504) 680-3009

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

        S/Alice Daigle
        **ALICE DAIGLE**
        Assistant United States Attorney