UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEES/MRGO | SECTION "K"(2) |

### ORDER

Having conferred with counsel,

**IT IS ORDERED** that the following schedule shall apply to the filing and briefing of the United States' Motion(s) to Dismiss filed with respect to the Superseding Master Consolidated Class Action Complaints filed in LEVEES:

| | |
|---|---|
| July 9, 2007 | Government shall file its Rule 12 Motion(s) |
| July 23, 2007 | Plaintiffs shall file their Opposition Memoranda thereto |
| August 3, 2007 | Government shall file its Reply Brief(s) |
| August 16, 2007 | Special Hearing Date for Notice of Hearings to be used with respect to these motions. **Oral argument will be had at 2:00 p.m. if the Court determines such hearing is necessary.** |

New Orleans, Louisiana, this __15th__ day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE