UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| | § | |

## NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the Unites States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its proposed Document Production Protocol:

EDN-001-000000001;

EDN-026-000000001 to EDN-215-000001296;

EDP-001-000000001 to EDP-195-000028564;

EDP-214-000000001 to EDP-215-000001666;

VED-001-000000001 to VED-002-000000001;

VEN-002-000000001 to VEN-002-000000066.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER III
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY
    Assistant Director, Torts Branch

    s/ Traci L. Colquette
    TRACI L. COLQUETTE
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C.  20044
    (202) 305-7536 / (202) 616-5200 (Fax)
    Attorneys for the United States

Dated: June 15, 2007

## CERTIFICATE OF SERVICE

I, Traci L. Colquette, hereby certify that on June 15, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

    s/ Traci L. Colquette
TRACI L. COLQUETTE