UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Reese, 06-4873 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the request of Martha Curtis, counsel for plaintiff, and having been advised that opposing counsel agrees to the change, **IT IS ORDERED** that the SETTLEMENT CONFERENCE, previously set in this matter on July 18, 2007, is hereby RESET on **AUGUST 7, 2007 at 3:00 p.m.** before me.

New Orleans, Louisiana, this  15th  day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**