UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____ § <br> § <br> PERTAINS TO: § <br> § <br> INSURANCE CASES § <br> _____ § | CIVIL ACTION <br> NO.  05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## NOTICE OF DEPOSITION

TO:   To all Defendants and their respective counsel,
       Through Defense Liaison Attorney of Record:
       Ralph S. Hubbard III
       Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
       601 Poydras St.
       Suite 2775
       New Orleans, Louisiana 70130-6041

PLEASE TAKE NOTICE that plaintiffs, in the above numbered and entitled cause, will take the videotaped deposition of Alexis B. King, on Monday, June 11, 2007 at 9:00 a.m., at the offices of Anchor Court Reporting, 229 S. Baylen St., Pensacola, FL, 32502.

The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law. This deposition is taken for discovery and use at trial and for any other purpose permitted under the Federal Code of Civil Procedure. The deposition will be

1



recorded stenographically and by videotape. You are invited to attend and examine the witnesses if you so desire.

Respectfully Submitted,

APPROVED PLAINTIFFS LIAISON COUNSEL

JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION
COMMITTEE

s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com

For

INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION
COMMITTEE

John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 9th day of May, 2007.

_____

Joseph M. Bruno

STATE OF MISSISSIPPI

COUNTY OF HINDS

### AFFIDAVIT OF JOSEPH M. HOLLOMON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in the aforesaid county and state, the within named Joseph M. Hollomon, who first being duly sworn states:

1. I am Joseph M. Hollomon, an attorney duly licensed and admitted to practice before all state and federal courts in the State of Mississippi. My law office is located at 107 North State Street, Jackson, Mississippi. My practice principally consists of representing clients in state and federal criminal matters, including ongoing investigations and grand jury proceedings. Prior to entering private practice in August of 1996, I served five (5) years as an Assistant District Attorney for the Tenth Circuit Court District of Mississippi, followed by eight (8) years of service as an Assistant United States Attorney for the Southern District of Mississippi.

2. At present, I represent Alexis ("Lecky") King in connection with investigations now being conducted by the United States Attorney for the Southern District of Mississippi, the Attorney General of the State of Mississippi, and two congressional subcommittees[1], all related to allegations of criminal misconduct allegedly by State Farm Fire and Casualty Insurance Company ("State Farm"), and other insurers and certain of their employees arising from their adjustment of insurance claims filed after Hurricane Katrina struck Louisiana and the Mississippi Gulf Coast in August, 2005. Alexis "Lecky" King is an employee of State Farm and was a catastrophe claim team manager assigned to work on claims in Mississippi resulting from Hurricane Katrina.

3. To date, representatives of the United States Attorney for the Southern District of Mississippi have declined to give me binding assurances as to Ms. King's status other than to advise me

---

[1] Subcommittees of the House Homeland Security Committee and Financial Services Committee.

EXHIBIT B

that the federal investigation is ongoing.

4. Previously, I was advised by a Special Assistant Attorney General for the State of Mississippi that Ms. King was a target of the criminal investigation being conducted by the Mississippi Attorney General. Although Attorney General Hood later informed State Farm that his investigation had been concluded, he has since been quoted in the news media indicating the contrary and he has also reinstituted a civil suit which was resolved at the same time that he made the statement that his criminal investigation had been closed.

5. Based upon the foregoing, and other facts and the law known to me, I hereby declare that if Ms. King is subpoenaed to testify at a deposition in the *In Re: Katrina Canal Breaches Consolidated Litigation*, I will instruct her to invoke her rights under the Fifth Amendment to the Constitution of the United States, and those rights as guaranteed by the Constitution of the State of Mississippi, and I fully expect her to follow my advice as she has in the past.[2]

FURTHER AFFIANT SAYETH NOT.

JOSEPH M. HOLLOMON, ESQUIRE
MISSISSIPPI BAR NO. 2551
JACKSON, MISSISSIPPI

SWORN TO AND SUBSCRIBED BEFORE ME, this the 8th day of June, 2007.

Jamie W. Collett
NOTARY PUBLIC

My Commission Expires: December 4, 2010

---

[2] i.e., *Aicklen v. State Farm Fire and Casualty Co.*, Civil Action No. 1:06cv1233LTS-RMW and 43 cases consolidated by agreement; *Guy v. State Farm*, Civil Action No. 1:06cv249 LTS-RHW; *Lott v. State Farm*, Civil Action No. 1:06cv519LTS-RHW; *McFarland v. State Farm*, Civil Action No. 1:06cv932LTS-RHW; *Renfroe v. Moran*, CV-06-WMA-1752-S; *White v. State Farm Florida Ins. Co.*, Case No. 2006 CA 000682.

2

Case 1:06-cv-00519-LTS-RHW   Document 75   Filed 04/09/2007   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERRY LOTT and
KIMBERLY LOTT                                                        PLAINTIFFS

VERSUS                                CIVIL ACTION NO. 1:06CV519-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                    DEFENDANT

### ORDER

Before the Court are [73, 74] Motions for Protective Order to Seal Depositions filed by Lisa Wachter and Alexis King. The Court finds that if the deponents invoke their Fifth Amendment privilege against self-incrimination, then the depositions should be sealed and any dissemination of the depositions prohibited. The Court notes that it may become necessary to re-depose these witnesses if the threat of criminal prosecution is lifted.

IT IS THEREFORE ORDERED AND ADJUDGED that the [73, 74] Motions for Protective Order are GRANTED to the extent outlined in this Order.

SO ORDERED, this the 9th day of April, 2007.

s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE



EXHIBIT C

Case 2:05-cv-04182-SRD-JCW Document 5588-2 Filed 06/12/2007 Page 7 of 11
Case 2:05-cv-04182-SRD-JCW Document 5525-3 Filed 06/12/2007 Page 7 of 11
Case 1:06-cv-00249-LTS-RHW Document 119 Filed 04/05/2007 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CARL AND JUDITH GUY     PLAINTIFFS

VERSUS     CIVIL ACTION NO. 1:06CV249-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY     DEFENDANT

## ORDER

Before the Court are [114, 115] Motions for Protective Order to Seal Depositions filed by Lisa Wachter and Alexis King. Also before the Court are Defendant State Farm's [116] Motion for Protective Order regarding the depositions of Wachter and King, and [117] Motion to Postpone these depositions. The Court conducted a telephone conference with counsel for Plaintiffs and counsel for State Farm, and has reviewed the motions and pleadings on file.

The Court finds that the depositions should be allowed to proceed; however, if the deponents invoke their Fifth Amendment privilege against self-incrimination, the depositions should be sealed and any dissemination of the depositions prohibited. The Court notes that it may become necessary to re-depose these witnesses if the threat of criminal prosecution is lifted. The Court also directs Plaintiffs' counsel to file notices of deposition in all pending Hurricane Katrina cases against State Farm in order to eliminate the need to re-take repeatedly these same depositions. The Court is mindful that some of the cases filed by Plaintiffs' counsel are in their preliminary stages; therefore, it may become necessary to re-depose these individuals if case-specific factual matters come to light in some of the other cases filed by Plaintiffs' counsel.

IT IS THEREFORE ORDERED AND ADJUDGED that the [114, 115, 116] Motions for Protective Order are GRANTED to the extent outlined in this Order.



Case 2:05-cv-04182-SRD-JCW Document 5588-2 Filed 06/18/07 Page 8 of 11
Case 2:05-cv-04182-SRD-JCW Document 5525-3 Filed 06/12/2007 Page 8 of 11
Case 1:06-cv-00249-LTS-RHW    Document 119    Filed 04/05/2007    Page 2 of 2

IT IS FURTHER ORDERED that Defendant's [117] Motion to Postpone is DENIED.

SO ORDERED, this the 5th day of April, 2007.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182 "K"(2)<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE CASES | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT

STATE OF FLORIDA

COUNTY OF ORANGE

Before me, the undersigned authority, a Notary Public, duly commissioned and qualified in and for Orange County, Florida, personally came and appeared

MICHAEL ENTWISTLE

who after being duly sworn, did depose and state, the following:

1.

I, Michael Entwistle, am a person of the full age of majority and have been employed by State Farm Mutual Automobile Insurance Company for over 30 years. I currently occupy the position of Catastrophe Claims Section Manager and my responsibilities include the supervision of catastrophe claims operations for State Farm Fire and Casualty Company ("State Farm").

2.

- 1 -



EXHIBIT E

Case 2:05-cv-04182-SRD-JCW   Document 5588-2   Filed 06/12/2007   Page 10 of 11
Case 2:05-cv-04182-SRD-JCW   Document 5528-3   Filed 06/12/2007   Page 9 of 11
Case 2:05-cv-04182-SRD-JCW   Document 5188-5   Filed 05/23/2007   Page 5 of 6

I have first hand knowledge of the facts contained within this declaration and am competent to testify thereto.

3.

State Farm is organized into different operational zones. Each zone maintains its own executive and management structure. State Farm's Corporate Catastrophe Services organization provides claims handling services to the zones when needed to respond to a catastrophe. Catastrophe Services personnel and equipment are assigned to specific zones and coordinate with the particular zone in responding to the catastrophe.

4.

As of August 29, 2005, and continuing to the present, Louisiana comprised part of State Farm's Central Zone. Mississippi, as of August 29, 2005, and continuing to the present, was not part of the Central Zone, but rather was and is a part of State Farm's Southern Zone.

5.

At the time Hurricane Katrina struck Louisiana on August 29, 2005, I was the State Farm Catastrophe Claims Section Manager with responsibility for Louisiana and Arkansas. Accordingly, under State Farm's procedures, I was assigned overall management responsibility in Louisiana for State Farm's catastrophe claims operations in Louisiana in response to Hurricane Katrina.

6.

In that role, I was responsible for managing and coordinating State Farm's catastrophe claims offices in Louisiana. Working with other Catastrophe Claims Section Managers assigned to Louisiana, I had responsibility for managing and supervising the State Farm Catastrophe Claims Team Managers who supervised adjusters and were otherwise involved in State Farm's catastrophe operations in Louisiana in response to Hurricane Katrina.

Case 2:05-cv-04182-SRD-JCW   Document 5588-2   Filed 06/12/2007   Page 11 of 11
Case 2:05-cv-04182-SRD-JCW   Document 5525-3   Filed 06/12/2007   Page 11 of 11
Case 2:05-cv-04182-SRD-JCW   Document 5188-5   Filed 05/23/2007   Page 6 of 6

7.

I am acquainted with Alexis King. Alexis King is a Catastrophe Claim Team Manager for State Farm. However, Ms. King was never assigned to State Farm's catastrophe operations in Louisiana following Hurricane Katrina.

Although it is possible that Ms. King had communications with State Farm personnel assigned to catastrophe operations in Louisiana, she had no responsibilities in Louisiana with respect to supervising claims representatives or adjusting claims in Louisiana from Hurricane Katrina, and to my knowledge Ms. King was not involved in the adjustment of any claim in Louisiana.

Michael Entwistle

Sworn and subscribed to before me on this the 23 day of May 2007.

Notary Public



LAURA J. PHENIX
MY COMMISSION # DD 301403
EXPIRES: April 23, 2008
Bonded Thru Notary Public Underwriters

- 3 -

873996v.1