UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE CASES | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for defendant, State Farm Fire & Casualty Company, will bring on for hearing the attached Motion to Quash Deposition of Alexis King and for Protective Order before Judge Joseph Wilkinson, United States Courthouse, 500 Camp Street, New Orleans, Louisiana 70130, on the 27th day of June, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted:

      /s/ David A. Strauss
DAVID A. STRAUSS #24665
LINDSAY A. LARSON, III #8053
CHRISTIAN A. GARBETT #26293
ADAM P. MASSEY #29330
SARAH R. SHANNAHAN #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
Attorneys for State Farm Fire and Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

      /s/ Wayne J. Lee
Wayne J. Lee #7916
Stephen G. Bullock #3648
Sarah H. Barcellona #28080
  Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

      /s/Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV #20746
JAMES ERIC JOHNSON #23800
BRYAN J. HAYDEL, JR. #27500
ELEANOR WEEKS WALL #299695
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801-1309
(225) 383-8900 Telephone
(225) 383-79000 Facsimile
Attorneys for State Farm Fire and Casualty Company

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion to Quash Deposition of Alexis King and for Protective Order has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 18th day of June, 2007.



                              /s/ David A. Strauss