UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | DOCKET NO.:  05-4182 "K" (2) |
| | * | JUDGE:  DUVAL |
| | * | MAGISTRATE:  WILKINSON |

PERTAINS TO:

INSURANCE     (Cage, No. 06-7585)

## ORDER

Considering the above and foregoing Motion to Redesignate Trial Counsel:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

- Joseph M. Messina is designated as Lead Trial Counsel in place of Tara L. Mason for State Farm Fire and Casualty Company in this matter.

- Eric b. Berger is also designated, along with Joseph M. Messina, as Notice Counsel for State Farm Fire and Casualty Company.

- Burt K. Carnahan, Brant J. Cacamo, Tara L. Mason, Pamela K. Richard, Charles Rumbley and Heather Cheesbro will remain a counsel of record but are not to be designated as notice counsel or lead counsel.

New Orleans, Louisiana, this 15th day of June, 2007.

_____
JUDGE