UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | CIVIL ACTION |
| IN RE:   KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * | NO: 05-4182 |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED IN:   **ALL CASES**

PERTAINS TO:   **LEVEE**

### O R D E R

CONSIDERING the forgoing Motion for Leave to File B&K's Response to Plaintiffs' June 12, 2007 Reply Memorandum in Opposition to May 1, 2007 Supplemental Motion;

IT IS ORDERED that B&K Construction Co., Inc., be and is hereby granted leave to file the attached Response to Plaintiffs' June 12, 2007 Reply Memorandum in Opposition to May 1, 2007 Supplemental Motion.

THUS DONE AND SIGNED, this   15th   day of June, 2007, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

N:\DATA\K\03409023\Consolidated Pleadings\Leave.Order.wpd