UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           *     CIVIL ACTION NO: 05-4182
CONSOLIDATED LITIGATION                *
                                       *
                                       *     JUDGE: K (DUVAL)
                                       *
PERTAINS TO: INSURANCE                 *      MAGISTRATE: 2 (WILKINSON)
*JACKSON, BEVERLY*, NO. 07-1262        *
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

 Considering Allstate Indemnity Company's Motion to Withdraw and Substitute Counsel of Record:

 **IT IS ORDERED** that Maureen O. Sullivan, of the law firm Lewis, Brisbois, Bisgaard & Smith, LLP, be and is hereby withdrawn as counsel of record for Allstate and Sarah R. Smith, of the law firm Lewis, Brisbois, Bisgaard & Smith, LLP, is substituted as counsel of record for Allstate in this proceeding.

 New Orleans, Louisiana, this  18th  day of June, 2007.


           _____
           UNITED STATES DISTRICT JUDGE