UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS | * | |
| JOINDER CASES | * | JUDGE DUVAL |
| Severed from: Austin, 06-5383 | * | |
| | * | MAGISTRATE WILKINSON |
| JIM MILLER | * | |
|        Plaintiff | * | CIVIL ACTION NO. 07-2682 |
| VERSUS | * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY, and STATE FARM | * | |
| GENERAL INSURANCE COMPANY | * | |
|        Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER AND REQUEST FOR TRIAL BY JURY**

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and

Casualty Company (hereinafter referred to as "State Farm"), who, in answer to Plaintiff's

Supplemental and Amending Complaint Pursuant to Order of Severance Dated March 27, 2007,

respectfully represents as follows:

FIRST DEFENSE

Plaintiff's Supplemental and Amending Complaint fails to state a claim against defendant upon which relief can be granted.

SECOND DEFENSE

With full reservation of rights, defendant specifically answers the individual paragraphs of Plaintiff's Supplemental and Amending Complaint as follows:

I.

The allegations of Paragraph I of Plaintiff's Supplemental and Amending Complaint are denied, except to admit that State Farm Fire and Casualty Company is a foreign insurer authorized to do and doing business in the State of Louisiana.  State Farm General Insurance Company is not a proper entity.

II.

The allegations of Paragraph II of Plaintiff's Supplemental and Amending Complaint are denied.

III.

The allegations of Paragraph III of Plaintiff's Supplemental and Amending Complaint are denied.

IV.

The allegations of Paragraph IV of Plaintiff's Supplemental and Amending Complaint are denied.

V

The allegations of Paragraph V of Plaintiff's Supplemental and Amending Complaint

Petition are denied, including all of its subsections.

## VI. (Improperly labeled as IV)

The allegations of Paragraph VI of Plaintiff's Supplemental and Amending Complaint are denied.

## VII.

The allegations of Paragraph VII of Plaintiff's Supplemental and Amending Complaint are denied.

## VIII.

The allegations of Paragraph VIII of Plaintiff's Supplemental and Amending Complaint are denied.

## IX.

The allegations of Paragraph IX of Plaintiff's Supplemental and Amending Complaint are denied.

## X.

The allegations of Paragraph X of Plaintiff's Supplemental and Amending Complaint are denied.

## XI.

The allegations of Paragraph XI of Plaintiff's Supplemental and Amending Complaint are denied as defendant made no such representations.

## XII.

The allegations of Paragraph XII of Plaintiff's Supplemental and Amending Complaint are denied.

XIII.

The allegations of Paragraph XIII of Plaintiff's Supplemental and Amending Complaint are denied.

XIV.

The allegations of Paragraph XIV of Plaintiff's Supplemental and Amending Complaint are denied as written.

XV.

The allegations of Paragraph XV of Plaintiff's Supplemental and Amending Complaint are denied as written.

XVI.

The allegations of Paragraph XVI of Plaintiff's Supplemental and Amending Complaint are denied.

XVII.

The allegations of Paragraph XVII of Plaintiff's Supplemental and Amending Complaint are denied.

XVIII.

The allegations of Paragraph XVIII of Plaintiff's Supplemental and Amending Complaint are denied.

XIX.

The allegations of Paragraph XIX of Plaintiff's Supplemental and Amending Complaint are denied.

## XX.

The allegations of Paragraph XX of Plaintiff's Supplemental and Amending Complaint are denied.

## XXI.

The allegations of Paragraph XXI of Plaintiff's Supplemental and Amending Complaint are denied.

## XXII.

The allegations of Paragraph XXII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXIII.

The allegations of Paragraph XXIII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXIV.

The allegations of Paragraph XXIV of Plaintiff's Supplemental and Amending Complaint are denied.

## XXV.

The allegations of Paragraph XXV of Plaintiff's Supplemental and Amending Complaint are denied.

## XXVI.

The allegations of Paragraph XXVI of Plaintiff's Supplemental and Amending Complaint are denied.

## XXVII.

The allegations of Paragraph XXVII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXVIII.

The allegations of Paragraph XXVIII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXIX.

The allegations of Paragraph XVIII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXX.

The allegations of Paragraph XXX of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXI.

The allegations of Paragraph XXXI of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXII.

The allegations of Paragraph XXXII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXIII.

The allegations of Paragraph XXXIII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXIV.

The allegations of Paragraph XXXIV of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXV.

The allegations of Paragraph XXXV of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXVI.

The allegations of Paragraph XXXVI of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXVII.

The allegations of Paragraph XXXVII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXVIII.

The allegations of Paragraph XXXVIII of Plaintiff's Supplemental and Amending Complaint are denied.

## XXXIX.

The allegations of Paragraph XXXIX of Plaintiff's Supplemental and Amending Complaint are denied, along with all of its subsections.

## XL.

The allegations of Paragraph XL of Plaintiff's Supplemental and Amending Complaint are denied.

## XLI.

The allegations of Paragraph XLI of Plaintiff's Supplemental and Amending Complaint are denied as written.

## XLII.

The allegations of Paragraph XLII of Plaintiff's Supplemental and Amending Complaint are denied.

## XLIII.

The allegations of Paragraph XLIII of Plaintiff's Supplemental and Amending Complaint are denied.

## XLIV.

The allegations of Paragraph XLIV of Plaintiff's Supplemental and Amending Complaint are denied.

## XLV.

The allegations of Paragraph XLV of Plaintiff's Supplemental and Amending Complaint are denied.

## XLVI.

The allegations of Paragraph XLVI of Plaintiff's Supplemental and Amending Complaint are denied, and defendant pleads the terms, conditions, and exclusions of said policy as if copied in extenso.

## XLVII.

The allegations of Paragraph XLVII of Plaintiff's Supplemental and Amending Complaint are denied.

## XLVIII.

The allegations of Paragraph XLVIII of Plaintiff's Supplemental and Amending Complaint are denied.

## XLIX.

The allegations of Paragraph XLIX of Plaintiff's Supplemental and Amending Complaint are denied.

## L.

The allegations of Paragraph L of Plaintiff's Supplemental and Amending Complaint are denied.

## LI.

The allegations of Paragraph LI of Plaintiff's Supplemental and Amending Complaint are denied.

## LII.

The allegations of Paragraph LII of Plaintiff's Supplemental and Amending Complaint are denied.

## LIII.

The allegations of Paragraph LIII of Plaintiff's Supplemental and Amending Complaint are denied.

## LIV.

The allegations of Paragraph LIV of Plaintiff's Supplemental and Amending Complaint are denied.

LV.

The allegations of Paragraph LV of Plaintiff's Supplemental and Amending Complaint are denied.

LVI.

The allegations of Paragraph LVI of Plaintiff's Supplemental and Amending Complaint are denied.

LVII.

The allegations of Paragraph LVII of Plaintiff's Supplemental and Amending Complaint are denied.

LVIII.

The allegations of Paragraph LVIII of Plaintiff's Supplemental and Amending Complaint are denied.

LIX.

The allegations of Paragraph LIX of Plaintiff's Supplemental and Amending Complaint are denied.

LX.

The allegations of Paragraph LX of Plaintiff's Supplemental and Amending Complaint are denied.

LXI.

The allegations of Paragraph LXI of Plaintiff's Supplemental and Amending Complaint are denied.

LXII.

The allegations of Paragraph LXII of Plaintiff's Supplemental and Amending Complaint are denied.

LXIII.

The allegations of Paragraph LXIII of Plaintiff's Supplemental and Amending Complaint are denied.

LXIV.

The allegations of Paragraph LXIV of Plaintiff's Supplemental and Amending Complaint are denied.

LXV.

The allegations of Paragraph LXV of Plaintiff's Supplemental and Amending Complaint are denied.

LXVI.

The allegations of Paragraph LXVI of Plaintiff's Supplemental and Amending Complaint are denied.

LXVII.

The allegations of Paragraph LXVII of Plaintiff's Supplemental and Amending Complaint are denied.

LXVIII.

The allegations of Paragraph LXVIII of Plaintiff's Supplemental and Amending Complaint are denied.

## LXIX.

The allegations of Paragraph LXIX of Plaintiff's Supplemental and Amending Complaint are denied.

## LXX.

The allegations of Paragraph LXX of Plaintiff's Supplemental and Amending Complaint are denied.

## LXXI.

The allegations of Paragraph LXXI of Plaintiff's Supplemental and Amending Complaint are denied

## LXXII.

State Farm is entitled to and requests a trial by jury herein on all issues.

**AND NOW, FURTHER ANSWERING:**

### THIRD DEFENSE

The plaintiff has been fully compensated for losses insured by his applicable homeowner's policy with State Farm.

### FOURTH DEFENSE

The damages sought by the plaintiff were not caused by a covered peril pursuant to the terms and the conditions of the applicable State Farm homeowner's policy, said policy being the best evidence of its own contents, and pled herein as if copied in extenso.

### FIFTH DEFENSE

State Farm has not been afforded satisfactory proof of loss by the plaintiff as is required by jurisprudential law, statutory law, and the terms and conditions of the applicable State Farm

homeowner's policy, with said policy being the best evidence of its own contents and pled herein as if copied in extenso.

## SIXTH DEFENSE

The plaintiff has not adequately mitigated his alleged damages and losses, and thus, is liable for all consequential losses and damages resulting therefrom.

## SEVENTH DEFENSE

Alternatively, State Farm is entitled to a credit for any payments that may have been made or may in the future be made to the plaintiff pursuant to any insurance policy for perils covered under the homeowner's policy, and the plaintiff has no cause or right of action for recovery of any such amounts.

## EIGHTH DEFENSE

Alternatively, State Farm is entitled to a credit for any payments made under the insured's flood insurance as the insured should not receive an amount in excess of the pre-Katrina value of his home.

## NINTH DEFENSE

At all times herein, State Farm adjusted the plaintiff's claim in this action in good faith, and in accordance with the terms and conditions of the applicable State Farm homeowner's policy, and in compliance with any applicable statutory or jurisprudential law.

## TENTH DEFENSE

As the plaintiff's claims are based on a contract of insurance between the parties, State Farm avers that if a policy of insurance is shown to exist, said policy being a written contract, is the best evidence of its terms, and therefore, its conditions, exclusions, and limitations contained therein, all

of which are pled as if copied in their entirety, including specifically, the exclusion for water damage loss, mold, and the conditions of the applicability of additional living expenses.

### ELEVENTH DEFENSE

Should it be found that the damages sought by the plaintiff were caused in part by a covered peril and any other insurance provides coverage for that covered peril, State Farm pleads the "other insurance" provisions of the applicable State Farm homeowner's policy, said policy being the best evidence of its own contents.

### TWELFTH DEFENSE

Alternatively, should it be found that the damages sought by plaintiff were caused in part by a covered peril, and damages were concurrently caused by a non-covered peril, i.e., floodwaters, the damages sought are not insured under the applicable State Farm homeowner's policy, with said policy being the best evidence of its own contents.

### THIRTEENTH DEFENSE

In further answer, to the extent that plaintiff is claiming a right to penalties and attorney's fees of any amended version of L.R.S. 22:658 and L.R.S. 22:1220, or any other such statute, defendant contends that these amendments do not have retroactive effect, and that to give them retroactive effect, or to apply them to events and/or losses that occurred prior to the date of the amendment would be a violation of the U.S. Constitution and the Louisiana State Constitution.

### FOURTEENTH DEFENSE

As a further defense, defendant alleges that plaintiff's damages were not causally related to the wind associated with Hurricane Katrina.

-14-

## FIFTEENTH DEFENSE

As a further defense, defendant alleges that plaintiff's residence was not made uninhabitable by wind damage associated with Hurricane Katrina or any other covered peril.

## SIXTEENTH DEFENSE

As a further defense, defendant pleads all the terms, conditions, exclusions, and definitions of its policy and the same are pled herein as if copied in extenso.

## SEVENTEENTH DEFENSE

To the extent that plaintiff are claiming that they may be entitled to recovery under their insurance policy in accordance with L.R.S. 22:695, Louisiana Valued Policy Law (VPL), State Farm denies that the VPL applies to this claim.  State Farm further avers that the plaintiffs have not suffered a total loss, which was caused by a covered peril; rather, the majority of their loss was caused by an excluded peril - i.e. water damage.  State Farm further avers that an award to plaintiff under Louisiana's VPL would be in violation of the contract which exists between the parties, would result in the taking without just compensation, when interfered with interstate commerce, would constitute a deprivation of property without due process, and would deprive State Farm of equal protection of the laws, all in contravention of the Constitutions of the United States of America and the State of Louisiana.

**WHEREFORE,** State Farm prays that its Answer to Plaintiff's Supplemental and Amending Complaint and affirmative defenses be deemed good and sufficient, and that after all due proceedings had, that there be judgment herein in favor of defendant, and against plaintiff, dismissing plaintiff's suit at plaintiff's costs, for all general and equitable relief, and for a trial by jury herein.

Respectfully submitted,


_s/Donna Bramlett Wood_
DONNA BRAMLETT WOOD, T.A. (22692)
ROY C. BEARD (17461)
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
    MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
(504)831-0946
Attorneys for State Farm Fire and Casualty Company


## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record

by placing the same in the U.S. mail, postage prepaid and properly addressed this 18th day of June,

2007.

_s/Donna Bramlett Wood_

-16-