UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS | * | |
| JOINDER CASES | * | JUDGE DUVAL |
| Severed from: Austin, 06-5383 | * | |
| | * | MAGISTRATE WILKINSON |
| JIM MILLER | * | |
|       Plaintiff | * | CIVIL ACTION NO. 07-2682 |
| VERSUS | * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY, and STATE FARM | * | |
| GENERAL INSURANCE COMPANY | * | |
|       Defendants | * | |

* * * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE STATEMENT

**NOW COMES** defendant, State Farm Fire and Casualty Company (hereinafter referred to as "State Farm"), a foreign corporation, who files this Corporate Disclosure by and through undersigned counsel in compliance with Local Rule 5.6 and Federal Rule of Civil Procedure 7.1.

Defendant states that State Farm is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company is the parent of defendant, State Farm, and no publicly held company owns 10% or more of its stock.

Furthermore, neither defendant State Farm nor its parent has any publicly traded stock.

Dated this 18th day June, 2007.

Respectfully submitted,

*s/Donna Bramlett Wood*
DONNA BRAMLETT WOOD, T.A. (22692)
ROY C. BEARD (17461)
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
    MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
(504)831-0946
Attorneys for Defendant

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this 18th day of June, 2007.

*s/Donna Bramlett Wood*

-2-