UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>        CONSOLIDATED LITIGATION<br>_____<br>**PERTAINS TO:**<br>**MRGO - C.A. 06-2152 (Reed)**<br>        **C.A. 06-4066 (Ackerson)**<br>* * * * * * * * * * * * * * * * * * * * * * * * * | : CIVIL ACTION<br>:<br>: NO. 05-4182 "K"(2)<br>:<br>: JUDGE DUVAL<br>:<br>: MAGISTRATE WILKINSON<br>: |

### ORDER

CONSIDERING the foregoing Motion to Substitute Amended Order Concerning the Directing of Issuance of Notice, and for good cause shown,

IT IS ORDERED that the Motion to Substitute is GRANTED.

New Orleans, Louisiana, on this the 18th  day of  June, 2007.

_____
U.S. DISTRICT JUDGE