UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>C.A. No. 06-5116 (SIMS)<br>C.A. No. 06-5118 (RICHARD)<br>C.A. No. 06-5142 (AUGUSTINE)<br>C.A. No. 06-5132 (FERDINAND)<br>C.A. No. 06-5131 (BOURGEOIS) | SECTION "K"(2)<br>C.A. No. 06-5134 (CHRISTOPHE)<br>C.A. No. 06-513 (WILLIAMS)<br>C.A. No. 06-5127 (DEPASS)<br>C.A. No. 06-5128 (ADAMS)<br>C.A. No. 06-5140 (PORTER) |

### ORDER

Having conferred with counsel,

**IT IS ORDERED** that the following schedule shall apply to the filing and briefing of the United States' Motion(s) to Dismiss filed with respect to the above-referenced cases:

| | |
|---|---|
| July 23, 2007 | Government shall file its Rule 12 Motion(s) |
| August 6, 2007 | Plaintiffs shall file their Opposition Memoranda thereto |
| August 17, 2007 | Government shall file its Reply Brief(s) |
| September 5, 2007 | Hearing Date for Notice of Hearings to be used with respect to these motions.  **Oral argument will be had at 2:00 p.m. if the Court determines such hearing is necessary.** |

New Orleans, Louisiana, this  18th  day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE