

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-6642)<br>(PONTCHARTRAIN BAPTIST CHURCH) | | §<br>§<br>§<br>§ | |

### MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Pontchartrain Baptist Church, Arthur C. and Lucy T. Sargent, Pamela Young Smallpage and Richard Maitland Smallpage, Jr., Mr. & Mrs. H.J. Bosworth, Rothos Corporation, InterAmerican Coffee, Inc. and Noble Americas Corporation, who respectfully represents to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice.

Counsel for C.R. Pittman Construction Company, Inc. has been contacted and has no opposition.

Respectfully submitted:

/s/ William E. O'Neil
WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

-and-

/s/ Don M. Richard
DON M. RICHARD (BAR #11223)
ATTORNEY AT LAW
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4___ day of ___June___, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ William E. O'Neil
WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360