FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 15 PM 4:48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION § | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-6642)<br>(PONTCHARTRAIN BAPTIST CHURCH) | | |

## ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, Pontchartrain Baptist Church, Arthur C. and Lucy T. Sargent, Pamela Young Smallpage and Richard Maitland Smallpage, Jr., Mr. & Mrs. H.J. Bosworth, Rothos Corporation, InterAmerican Coffee, Inc. and Noble Americas Corporation, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice. Each party is to bear their own costs.

New Orleans, Louisiana, this 15th day of June, 2007.

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

___ Fee ___
___ Process ___
X  Dktd ___
✓  CtRmDep ___
___ Doc. No ___