# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**FILED JUN 1 3 2007**
Loretta G. Whyte
Clerk

LORETTA G. WHYTE
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

500 Poydras St., Room C-151
New Orleans, LA 70130

May 11, 2007

**07-30495**

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO _____

IN RE: __KATRINA CANAL BREACHES LITIGATION         CA 05-4182 K__
__c/w related cases 06-8676, 06-8884, 06-8888, 06-8890, 06-8891, 06-8922,__
__06-8967, 06-9075, 06-9223, 06-4066__

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

__x__  1) Certified copy of the notice of appeal and docket entries.

___   2) Certified copy of notice of a cross-appeal and docket entries.

__x__  3) The Court of Appeals docket fee ___ HAS __x__ HAS NOT been paid.

___   4) This case is proceeding _in forma pauperis_

___   5) Order Appointing Counsel   ___ CJA-20   ___ FPD

__x__  6) District Judge Entering the final judgment is__ Stanwood R Duval Jr__

__x__  7) Court Reporter assigned to the case __Bonnie Hebert, Cindy Usner, Cathy Pepper, Jodi Simcox, Karen Ibos, Cynthia Crawford__

___   8) If criminal case, number and names of other defendants on appeal ___

___   9) This case was decided without a hearing; there will be no transcript.

___   10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___   1) Electronic Copy of Record on appeal:

   ___ Volume(s) of record   ___ Volume(s) of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ Box ___ Binder

___   2) Supplemental record consisting of __

___   3) SEALED DOCUMENT _____

___   4) Other: _____

Very truly yours,

By__ Alicia Phelps __
Deputy Clerk