UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES		CIVIL ACTION
         CONSOLIDATED LITIGATION

                                                                    NO. 05-4182 "K" (2)

PERTAINS TO:     ALL INSURANCE CASES		JUDGE DUVAL
                                                                                MAG. WILKINSON
_____

JOINT LIAISON COUNSEL SUBMISSION NO. 3
RE:  SUPPLEMENTAL AND AMENDED PURPORTED COMMON INSURANCE DISCOVERY PROTOCOL
_____

On April 9, 2007, in compliance with Case Management Order No. 4, Section VII, Plaintiffs' and Defendants' Liaison Counsel jointly submitted a protocol ("Original Protocol," Record Doc. No. 3687) concerning discovery relating to individual issues that are common to all insureds of a particular insurance company ("Purported Common Insurance Discovery") in connection with those individual cases within the captioned umbrella.  The Court approved and adopted the Original Protocol on April 18, 2007 (Record Doc. No. 3782).

On May 23, 2007, Plaintiffs' and Defendants' Liaison Counsel moved to amend the Original Protocol by submission of a supplemental and amended protocol ("First Supplemental and Amended Protocol," Record Doc. No. 5190).  The First Supplemental and

1

Amended Protocol was approved and adopted by the Court in its order of May 29, 2007 (Record Doc. No. 5392).

Plaintiffs' and Defendants' Liaison Counsel agree that, given the volume of discovery responses received by Plaintiffs' Liaison Counsel since approval and adoption of the First Supplemental and Amended Protocol, it would be impossible to comply with the schedule contemplated by the First Supplemental and Amended Protocol.  Counsel also agree that it would be more efficient to address the Defendants' group and individual objections on a two-tier basis.  Therefore, Plaintiffs' and Defendants' Liaison Counsel have agreed that the insurers' objections to Plaintiffs' Common Requests for Production, Common Interrogatories, and Notice of Videotaped Federal Rule 30(b)(6) Deposition should be divided into two "tracks," as set forth below.

In consideration of the foregoing, Plaintiffs' and Defendants' Liaison Counsel jointly submit the following supplements and amendments to the Original Discovery Protocol, as modified by the First Supplemental and Amended Protocol concerning the Purported Common Insurance Discovery, and request the Court to approve and adopt the same.

## SECOND SUPPLEMENTAL AND AMENDED PROTOCOL

**The following provisions replace Section I, Written Discovery, paragraphs (f) - (i) and Section II, Depositions, paragraphs (c) - (g) of the Original Protocol, as previously amended:**

The insurers' objections to Plaintiffs' Common Requests for Production, Common Interrogatories, and Notice of Videotaped Federal Rule 30(b)(6) Deposition shall be divided into two tracks.

**Track 1** includes 12 Group Objections to the Common Requests for Production, Common Interrogatories, and Notice of Videotaped Federal Rule 30(b)(6) Deposition that were served by Defendants' Liaison Counsel on behalf of all insurer defendants, each of which is directed toward a substantial number of individual requests, the disposition of which would permit the parties to sharpen their focus in attempting to resolve the numerous remaining group and individual objections at issue.

**Track 2** includes all other objections made in the Group Objections to the Common Requests for Production, Common Interrogatories, and Notice of Videotaped Federal Rule 30(b)(6) Deposition that were served by Defendants' Liaison Counsel on behalf of all insurer defendants. Track 2 also includes all supplemental objections to the Common Requests for Production, Common Interrogatories, and Notice of Videotaped Federal Rule 30(b)(6) Deposition that were served by individual insurer defendants.

<u>**With regard to Track 1**</u>:

1. The deadline for plaintiffs to serve a "meet and confer" letter regarding Track 1 objections is **June 15, 2007.**

2. Plaintiffs and defendants shall confer regarding the Track 1 objections no later than **June 20, 2007.**

3. Any motion to compel regarding the Track 1 objections shall be filed by **June 22, 2007.**

4. The deadline to oppose any motion to compel regarding the Track 1 objections is **July 6, 2007.**

5. The hearing date for any motion to compel regarding the Track 1 objections shall be **July 11, 2007.**

<u>**With regard to Track 2**</u>:

1. The deadline for plaintiffs to serve a "meet and confer" letter regarding Track 2 objections is **July 27, 2007.**

2.  Plaintiffs and defendants shall confer regarding the Track 2 objections no later than **August 1, 2007.**

3.  Any motion to compel regarding the Track 2 objections shall be filed by **August 3, 2007.**

4.  The deadline to oppose any motion to compel regarding the Track 2 objections is **August 17, 2007.**

5.  The hearing date for any motion to compel regarding the Track 2 objections shall be **August 22, 2007**.

6.  Plaintiffs' and Defendants' Liaison Counsel are to meet and confer after the hearing on August 22, 2007, to organize and schedule Purported Common Insurance Discovery Master (30)(b)(6) Depositions of each insurer. On or before **August 29, 2007**, Plaintiffs' and Defendants' Liaison Counsel are to submit a protocol addressing the Purported Common Insurance Discovery Master 30(b)(6) Depositions of those insurers sought to be deposed by plaintiffs.

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:      jbruno@brunobrunolaw.com

**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:      rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 18th day of June, 2007, a copy of the foregoing **JOINT LIAISON COUNSEL SUBMISSION NO. 3 RE: PURPORTED COMMON INSURANCE DISCOVERY PROTOCOL** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

                        /s/ Joseph M. Bruno_____

                        /s/ Ralph S. Hubbard_____