U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JUN 1 5 2007

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-30119

05-4182

United States Court of Appeals
Fifth Circuit

**FILED**
June 13, 2007

Charles R. Fulbruge III
Clerk

IN RE: KATRINA CANAL BREACHES LITIGATION

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; SOPHIA
GRANIER; JACK CAPELLA, as the Executor of the Succession of
Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G
HARVEY, SR

        Plaintiffs - Appellees - Cross-Appellants

v.

UNITRIN PREFERRED INSURANCE COMPANY; HANOVER INSURANCE COMPANY;
STANDARD FIRE INSURANCE COMPANY

        Defendants - Appellants - Cross-Appellees

STATE FARM FIRE AND CASUALTY COMPANY

        Defendants - Appellees

---

KELLY A HUMPHREYS

        Plaintiff - Appellee

v.

ENCOMPASS INDEMNITY COMPANY

        Defendant - Appellant - Cross-Appellee

---

XAVIER UNIVERSITY OF LOUISIANA

        Plaintiff - Appellee

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

        Defendant - Appellant

___ Fee ___
___ Process ___
X   Dktd ___
___ CtRmDep ___
___ Doc. No. ___

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY FORSTER; GLENDY FORSTER; ET AL

              Plaintiffs - Appellees - Cross-Appellants

v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

              Defendants - Appellants - Cross-Appellees

STATE FARM FIRE AND CASUALTY COMPANY

              Defendants - Appellees

---

Appeals from the United States District Court
for the Eastern District of Louisiana, New Orleans

---

ORDER:

    The panel understands that the record in this case consists of the documents associated with more than 3000 docket entries and is therefore extraordinarily voluminous. Our understanding is also that many (or most) of these documents pertain to other cases (more than forty) that have been consolidated together with these four cases but that are not a part of this appeal. We are concerned that transporting and working with a record of this enormity would delay an expedient resolution of this appeal.

    Therefore, we direct the parties to assist the court by

designating those portions of the record that are relevant to the pending appeal. For those cases that have been formally consolidated below—i.e, the Vanderbrook, Xavier University, and Chehardy cases—the parties should file with the Fifth Circuit clerk's office a designation of documents to be included in the record that the district court will then compile and transmit to us. The designation should identify each document to be included by the district court's case number and docket number. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents that the plaintiffs believe should be included but that the defendants do not agree to, the plaintiffs may file a supplemental designation, and vice versa. The parties are directed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but no later than June 27, 2007. Since the Humphreys case is not formally consolidated with the other cases, the parties in that case need not participate in the designation of documents; the entire record in that case will be transmitted to us.

/s/Charles R. Fulbruge III
CHARLES R. FULBRUGE III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

-3-

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
by
Deputy
New Orleans, Louisiana  6/13/07

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 13, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-30119  In Re: Katrina Canal
        USDC No.  2:06-CV-1674
                    2:06-CV-1673
                    2:06-CV-1672
                    2:06-CV-516
                    2:06-CV-169
                    2:05-CV-6323
                    2:05-CV-4182

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Kim Folse, Deputy Clerk
504-310-7712

Ms Laura Anne Foggan
Mr Charles C Foti Jr
Mr Alan S Gilbert
Mr Levon G Hovnatanian
Mr Dominic J Ovella
Mr Christopher Raymond Pennison
Mr Marshall M Redmon
Mr John Powers Wolff III
Mr Christopher Todd Handman
Mr Joseph M Bruno
Ms Judy Y Barrasso
Mr Richard Joseph Doren

Mr Ralph S Hubbard III
Ms Maura Z Pelleteri
Mr John W Waters Jr
Mr William J Wegmann Jr
Mr Alan J Yacoubian
Mr James M Garner
Mr Wayne J Lee
Mr Robert G Creely
Mr Robert G Harvey Sr
Mr Harry Alston Johnson III
Mr Rex S Heinke
Ms Loretta Whyte, Clerk

MOT-2