DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT, J.D.
A. MARK FLAKE, J.D.***
RENÉ LOVELACE, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK
***ALSO ADMITTED IN TEXAS

LISA A. GRAVES
APRIL YOUNG HESSE
PARALEGALS

## Law Offices
## Jacobs & Sarrat
*An Association for the Practice of Law*

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155

CABLE ADDRESS
"DARJAC"

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

HONORABLE SANFORD LEVY
OF COUNSEL
190 - 989
EDGAR J. I ONJURE
OF COUNSEL
191 - 971

OFFICES:
(504) 2 -3287
(504) 2 -0155

RES (504) 24-2955

May 14, 2007

Charles M. Lanier, Jr., Esq.
601 Poydras Street
Suite 2300
New Orleans, LA 70130-6078

RE:　Katrina Levee Breaches
　　　(Board of Commissioners for the Port of New Orleans)

Dear Mr. Lanier:

　　Thank you for your answers to discovery for the Board of Commissioners for the Port of New Orleans.

　　Regarding your requests for form 95's for the plaintiffs, enclosed please find a copies of same.

　　We, however, find your answers insufficient for the following discovery: Request for Admissions of Fact Nos. 22, 26, 27, 37, 38, 39, 40 and 46.

　　Answers to interrogatories Nos. 1, 2 and 13.



RECEIVED
MAY 18 2007

EXHIBIT
2

Charles M. Lanier, Jr., Esq.
May 14, 2007
Page 2

    We are therefore noticing a 37.1 conference on May 21, 2007 at 10:00 a.m. at the law offices of Darleen M. Jacobs, 823 St. Louis St., New Orleans, LA in order to discuss your answers. We hope to have your cooperation at that time.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
Enclosure