## CHRISTOVICH & KEARNEY, LLP
### 2300 PAN AMERICAN LIFE CENTER
### 601 POYDRAS STREET
### NEW ORLEANS, LOUISIANA 70130-6078

Telephone: (504) 561-5700
Facsimile: (504) 561-5743

# FAX COVER SHEET

| | | | |
|---|---|---|---|
| **To:** | Kirk N. Aurandt, Esq. | **Fax No.:** | 985-871-0899 |
| | | **Voice Phone:** | 985-871-0800 |
| **From:** | Charles M. Lanier, Jr., Esq. | **Voice Phone:** | 504-593-4272 |
| | | **Date:** | May 21, 2007 |
| **File No.:** | DD 38864  **Case Name:** | Katrina Litigation USDC ED LA # 05-4182 | |
| **Pages:** | 4  (including cover page) | | |

**Notes:** Please see attached correspondence. Original with attachments to follow via U.S. mail.

### IF YOU HAVE ANY PROBLEMS, PLEASE CALL: (504) 561-5700

The information contained in the transmittal may be privileged and is confidential and intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor person responsible for the delivery of the transmittal to the intended recipient(s), you are hereby notified that any unauthorized distribution or copying of this transmittal is prohibited. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE NOTIFY US IMMEDIATELY at the telephone number listed above and return the transmittal to us at the above address. Thank you.

EXHIBIT 3

## CHRISTOVICH & KEARNEY, LLP
### ATTORNEYS AT LAW
SUITE 2300, PAN AMERICAN LIFE CENTER
601 POYDRAS STREET · NEW ORLEANS, LOUISIANA 70130-6078
TELEPHONE: (504) 561-5700   FAX: (504) 561-5743
WWW.CHRISTOVICH.COM

CHARLES M. LANIER, JR.                                             504-593-4_2
Also Admitted in Texas                                             cmlanier@chr stov : .com

May 21, 2007

**Via Facsimile and U.S. Mail**

Kirk N. Aurandt, Esq.
Daigel Fisse & Kessenich, PLC
Post Office Box 5350
Covington, Louisiana 70434-5350

    Re:   In Re: Katrina Canal Breachs Consolidated Litigation
           U.S.D.C. E.D. La. # 05-4182 "K"(2)
           Our File No. DD 38864

Dear Kirk:

    Enclosed please find correspondence and attachments regarding the Board of Commissioners for the Port of Orleans, dated May 14, 2007, which were erroneously forwarded to our office by Darlene M. Jacobs. I have not retained a copy of these materials.

                                Very truly yours,

                                Charles M. Lanier, Jr.

CML,Jr./car
Enclosures
cc:   Darlene M. Jacobs, Esq. (w/o encl)

DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT, J.D.
A. MARK FLAKE, J.D.***
RENÉ LOVELACE, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK
***ALSO ADMITTED IN TEXAS

LISA A. GRAVES
APRIL YOUNG HESSE
PARALEGALS

## Law Offices
## Jacobs & Sarrat
*An Association for the Practice of Law*

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155

CABLE ADDRESS
"DARJAC"

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

HONORABLES SANFORD LEVY
OF COUNSEL
190 - 989
EDGAR J L ONJURE
OF COUNSEL
191 - 971

OFFICES:
(504) 2 -3287
(504) 2 -0155

RES (50 ) 24-2955

May 14, 2007

Charles M. Lanier, Jr., Esq.
601 Poydras Street
Suite 2300
New Orleans, LA 70130-6078

RE:   Katrina Levee Breaches
      (Board of Commissioners for the Port of New Orleans)

Dear Mr. Lanier:

    Thank you for your answers to discovery for the Board of Commissioners for the Port of New Orleans.

    Regarding your requests for form 95's for the plaintiffs, enclosed please find a copies of same.

    We, however, find your answers insufficient for the following discovery: Request for Admissions of Fact Nos. 22, 26, 27, 37, 38, 39, 40 and 46.

    Answers to interrogatories Nos. 1, 2 and 13.



Charles M. Lanier, Jr., Esq.
May 14, 2007
Page 2

    We are therefore noticing a 37.1 conference on May 21, 2007 at 10:00 a.m. at the law offices of Darleen M. Jacobs, 823 St. Louis St., New Orleans, LA in order to discuss your answers. We hope to have your cooperation at that time.

                                      Very truly yours,

                                      (Miss) Darleen M. Jacobs

DMJ/mab
Enclosure