UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAIVER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>CASUALTY PROPERTY COMPANY<br>OF AMERICA NO. 06-516) | |

**********************************************************************

## ORDER

Considering the foregoing Unopposed *Ex Parte* Motion of Xavier University of Louisiana to Continue Hearing on Defendant's Motion to Compel [Record Doc. No. 5500],

IT IS ORDERED that said Motion is hereby GRANTED and that the hearing on said motion shall be continued from June 27, 2007 until July 11, 2007.

New Orleans, Louisiana this ___ day of June 2007.

_____
UNITED STATES MAGISTRATE JUDGE