UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO AND LEVEE | JUDGE DUVAL |
| FILED IN: ALL MRGO AND LEVEE | MAG. WILKINSON |

## *EX PARTE* MOTION TO EXPEDITE MOTION FOR RULE 16(B) RELIEF

The MRGO and Levee Defendants (collectively hereinafter "Defendants"), through undersigned counsel, respectfully move for entry of an Order setting an expedited hearing for their Motion for Rule 16(b) Relief. As is set forth more fully in the Motion for Rule 16(b) Relief, the MRGO and Levee Plaintiffs' unwilling to limit their list of experts and areas of expertise in accordance with the Case Management and Scheduling Order No. 4 severely imperils the Defendants' ability to prepare for the class-certification hearing. The Defendants request an expedited hearing of this motion so that they may adequately prepare for the class-certification hearing.

878416v.1

**WHEREFORE**, the MRGO and Levee Defendants respectfully move for entry of an Order setting an expedited hearing for their Motion for Rule 16(b) Relief.

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
 MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: 504-831-0946
Fax: 504-831-2492

Counsel for Board of Commissioners of the Orleans Levee District, on behalf of the Levee Defendants

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Attorneys for Defendant Washington Group International, Inc., on behalf of the MRGO Defendants

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Expedited Hearing has been served upon all counsel of record by the CM/ECF system this 18th day of June, 2007.

*/s/ Heather S. Lonian*