UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO AND LEVEE | JUDGE DUVAL |
| FILED IN:  ALL MRGO AND LEVEE | MAG. WILKINSON |

## O R D E R

Considering the foregoing *Ex Parte* Motion for Expedited Hearing on the Motion for Rule 16(b) Relief,

**IT IS ORDERED** that the motion is **GRANTED** and that the Motion for Rule 16(b) Relief shall be heard on June _____, 2007 at _____.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

878416v.1