UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO AND LEVEE | § § | |
| FILED IN: ALL MRGO AND LEVEE | § § | |

## MOTION FOR RULE 16(B) RELIEF

For the reasons set forth more fully in the accompanying memorandum, the MRGO and Levee Defendants through undersigned counsel, respectfully move, pursuant to Rule 16(b) and Section X of Case Management Order No. 4 (Rec. Doc. 3299), the MRGO and Levee Defendants move for entry of an Order compelling the MRGO and Levee Plaintiffs to immediately designate the 5 expert witness whom they will call at the class-certification hearing.

**WHEREFORE**, the MRGO and Levee Defendants respectfully move for entry of an Order compelling the MRGO and Levee Plaintiffs to immediately designate the 5 expert witness whom they will call at the class-certification hearing.

879409v.1

Respectfully submitted,

/s/ William D. Treeby
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Attorneys for Defendant Washington Group International, Inc., on behalf of the MRGO Defendants

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: 504-831-0946
Fax: 504-831-2492

Counsel for Board of Commissioners of the Orleans Levee District, on behalf of the Levee Defendants

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Rule 16(b) Relief has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 18th day of June, 2007.

/s/ William D. Treeby

879409v.1