UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
        CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K" (2)

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

---

## THE MRGO PSLC'S FIRST UPDATED PRELIMINARY WITNESS LIST FOR CLASS CERTIFICATION

In accordance with CMO #4 Section III(B)(1), Plaintiffs supplement the previously filed Preliminary Witness List and may call the following persons at trial for class certification:

| | Witness Name | Fact/Expert | Subject Matter |
|---|---|---|---|
| 1 | Kenneth Paul Armstrong, Sr.<br>28 Park Place Dr., #601<br>Covington, LA 70433 | Fact: Class Rep | Fact testimony re Lower 9th Ward & St. Bernard Sub-Class |



| | | | |
|---|---|---|---|
| 2 | Jeanine B. Armstrong<br>28 Park Place Dr., #601<br>Covington, LA 70433 | Fact: Class Rep | Fact testimony re Lower 9th Ward & St. Bernard Sub-Class |
| 3 | Ethel Mae Coats<br>756 Louisiana Ave.<br>New Orleans, LA 70118. | Fact: Class Rep | Fact testimony re Lower 9th Ward & St. Bernard Sub-Class |
| 4 | Henry Davis<br>7650 Morel Street<br>New Orleans, LA | Fact: Class Rep. | Fact testimony re New Orleans East Sub-Class |
| 5 | Glynn Wade<br>4719 Bundy Rd<br>New Orleans, LA | Fact: Class Rep. | Fact testimony re New Orleans East Sub-Class |
| 6 | Robert G. Bea, Ph.D., P.E.<br>Univ. of California Berkeley<br>212 McLoughlin Hall<br>Berkeley, CA 94720-1710 | Expert: Civil & Environmental Engineering | Classwide issues regarding sources and causes of inundation going to commonality and damages |
| 7 | S. Ahmet Binselam, M.S.<br>LSU<br>Baton Rouge, LA 70803 | Expert: Computer Modeling & GIS Data Analysis; Computer Science; Mapping & Cartography | Classwide inundation causation issues including creation and validation of computer modeling program |
| 8 | Lee E. Branscome, Ph.D., CCM<br>7338 155th Place North<br>Palm Beach Gardens, FL 33418 | Expert: Meteorology & Climatology | Classwide inundation causation issues going to commonality and damages |
| 9 | Mitch Landrieu<br>Office of the Lieutenant Governor<br>Capitol Annex Building<br>1051 North Third Street<br>Baton Rouge, LA 70804-4243 | Fact Witness | Will testify as to damages suffered by the entire class |
| 10 | Dr. Matthijs Kok<br>HKV LIJN IN WATER / HKV Consultants<br>P.O Box 2120<br>8203 AC Lelystad<br>The Netherlands | Expert: Coastal & Environmental Engineering & Hydraulic Modeling | Classwide inundation causation issues going to commonality and damages, including creation and validation of computer modeling program |
| 11 | Marco Kaltofen, P.E.<br>Boston Chemical Data Corp<br>2 Summer St., Ste. 14<br>Natick, MA 01760 | Expert: Civil Engineering | Mapping the generation and movement of chemical and other contaminants throughout the class area |
| 12 | Barry D. Keim, Ph.D.<br>LSU Dep't of Geography<br>E328 Howe Russell Complex<br>Baton Rouge, LA 70803 | Expert: Geography, Anthropology, Climatology, & Meteorology | Classwide inundation causation issues going to commonality and damages |

2

| | | | |
|---|---|---|---|
| 13 | G. Paul Kemp, Ph.D.<br>Gulf Coast Initiative<br>National Audubon Society<br>633 Magnolia Wood Ave.<br>Baton Rouge, LA 70808 | Expert: Coastal Modeling, Oceanography | Classwide inundation causation issues going to commonality and damages |
| 14 | Larry W. Mays Ph.D., P.E., P.H., F.ASCE, D.WRE<br>College of Engineering & Applied Sciences<br>Arizona State University<br>Tempe, AZ 85287-5306 | Expert: Hydrology | Classwide inundation causation issues going to commonality and damages |
| 15 | Kevin Mulcahy, Ph.D.<br>LSU Dep't of Political Science<br>221 Stubbs Hall<br>Baton Rouge, LA 70803-5433 | Expert: Cultural Demography | Classwide damages regarding loss of social structure and community culture |
| 16 | Shea Penland, Ph.D.<br>Univ. of New Orleans<br>349 CERM Bldg.<br>Research & Technology Park<br>2000 Lakeshore Dr.<br>New Orleans, LA 70148 | Expert: Coastal Geomorphology Processes; Coastal History | Historical impact of hurricanes on the geomorphology and list of New Orleans and northern Gulf of Mexico |
| 17 | John A. Kilpatrick, Ph.D.<br>Greenfield Advisors<br>1825 Queen Anne Avenue North<br>Seattle, WA 98109 | Expert: Real Estate valuation, real estate market feasibility, real estate analysis, going concern valuations, business valuations, and economic impact from negative externalities | Diminution of property value due to storm surge flooding, diminution of property values due to negative externalities, loss of future business profits, and loss of current value of going concern businesses value and their assets |
| 18 | Martin Wells, Ph.D.<br>Cornell University<br>301 Mallott Hall<br>Ithaca, NY 14853 | Expert: Demography & Statistics | Classwide population statistics and property losses; loss of community's economic, political, psychological and social character |
| 19 | Ivor Van Heerden, Ph.D.<br>LSU Hurricane Center<br>Suite 3221 CEBA Building<br>Louisiana State University<br>Baton Rouge, LA 70803 | Expert: Marine Sciences | Classwide inundation causation issues going to commonality and damages |
| 20 | Chad Morris<br>CMor Consulting<br>545 Shady Lake Parkway<br>Baton Rouge, Louisiana 70810 | Expert:<br>Land Surveying, Datum Issues, Map Preparation/Presentation | Classwide issues regarding commonality, damages, and other related topics |

| 21 | Gordon P. Boutwell, P.E.<br>Soil Testing Engineers, Inc.<br>316 Highlandia Drive<br>Baton Rouge, LA 70810 | Expert: Civil Engineer | Classwide issues regarding geotechnical and geoenvironmental related class issues and other related topics. |
|---|---|---|---|
| 22 | Michael Sartisky, Ph.D.<br>Louisiana Endowment for the Humanities<br>938 Lafayette Street, Suite 300<br>New Orleans, LA 70113 | Expert: Cultural Demography | Classwide damages regarding loss of social structure, community culture and other related issues. |
| 23 | Richard G. Henning<br>822 Sparkleberry Cove<br>Niceville, FL 32578 | Expert: Climatologist | Will testify as to meteorological data collection during hurricanes |
| 24 | Any witness listed and/or called by any other party | | |

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

4

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __22nd__ day of May, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Joseph M. Bruno
　　　　　　　　　　　　　　　　　　　　JOSEPH M. BRUNO