MINUTE ENTRY
WILKINSON, M.J.
JUNE 18, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Lundy, 06-3509 | JUDGE DUVAL |

The referenced individual case was referred to me by the presiding district judge for a preliminary conference, which was conducted on this date. Record Doc. No. 5385. Participating were: Peter Sloss, representing plaintiffs; Judy Barasso and Larry Duplass, representing defendants (via telephone). A scheduling order limited to the individualized issues in the referenced Lundy case only will be separately entered.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **0 : 50**