UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.: 05-4182 |
| VERSUS | |
| | SECTION "K" (1) |
| PERTAINS TO: | |

*Blanque C.A. NO. 06-7557*

## MOTION TO WITHDRAW COUNSEL OF RECORD

  NOW COMES Defendant, Allstate Insurance Company (hereinafter referred to as "Allstate"), through undersigned counsel, who suggest to this Honorable Court that Thomas A. Robichaux of the Nielsen Law Firm, L.L.C. is no longer involved in this matter.  John D. Carter and Gerald J. Nielsen will be representing Defendant, Allstate.  As such, Defendant, Allstate requests that Thomas A. Robichaux be removed from the record as an attorney of record for Defendant, Allstate.

Dated: June 19, 2007.

        Respectfully Submitted,
        NIELSEN LAW FIRM, LLC

        */s/ JOHN DENNIS CARTER*
        JOHN D. CARTER   La.S.B. #24334
        GERALD J. NIELSEN La.S.B. #17078
        3838 N. Causeway Blvd., Suite 2850
        Metairie, Louisiana 70002
        P: (504) 837-2500   F: (504) 832-9165
        Email: jcarter@nielsenlawfirm.com and
               Gnielsen@aol.com
        Counsel for Defendant Allstate Insurance Company

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Gary Michael Pendergast
1515 Poydras Street, Suite 2260
New Orleans, Louisiana   70112

I further certify that I mailed the foregoing document via hand delivery and first-class mail to the following non-CM/ECF participants:

N/A

        */s/ John Dennis Carter*
        John D. Carter