UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| VERSUS | NO.: 05-4182 |
| PERTAINS TO: | SECTION "K" (1) |

*Blanque C.A. NO. 06-7557*

## ORDER

It is hereby **ORDERED** that Thomas A. Robichaux of the Nielsen Law Firm, L.L.C. be withdrawn as counsel of record for Defendant, Allstate.

New Orleans, Louisiana, this _____ day of June, 2007.

_____
JUDGE