UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | DOCKET NO. 05-4182 |
| PERTAINS TO: INSURANCE: | * * | JUDGE DUVAL |
| *AARON*, 06-4746 | * * | MAGISTRATE WILKINSON |
| *    *    *    *    *    *   | * | |

**JOINT MOTION FOR LIMITED PURPOSE OF REOPENING CASE TO DISMISS ELECTRIC INSURANCE COMPANY WITH PREJUDICE**

**ON JOINT MOTION** of defendant, Electric Insurance Company ("Electric"), and plaintiff, Joseph A. Aguilar, Jr. ("Aguilar"), and on suggesting to the Court that Electric and Aguilar respectfully move, jointly, for the entry of an order reopening ***Winston, Sr. and Donna Aaron, et al. v. AIG Centennial Insurance Co., et al.***, suit No. 06-4746 within the consolidated litigation captioned above, for the limited purpose of dismissing it, with prejudice, as to Electric; on suggesting to the Court that such a dismissal is appropriate because movers have settled their differences with regard to the claims of Aguilar, arising from Hurricane Katrina, set forth in the captioned litigation, against Electric; on further suggesting to the Court that Aguilar was the only insured of Electric named in the ***Aaron*** litigation; on further suggesting to the Court that ***Aaron*** should therefore be dismissed as to Electric, with prejudice, each party to bear its own costs; on finally suggesting to the Court that movers jointly pray for Order accordingly;

Respectfully Submitted,

*s/Alan Dean Weinberger*
Dominic J. Gianna, Bar No. 6063
Alan D. Weinberger, Bar No. 13331
MIDDLEBERG RIDDLE & GIANNA
201 St. Charles Avenue, 31st Floor
New Orleans, Louisiana 70170-3100
Tel.: 504-525-7200; Fax: 504-581-5983
**Attorneys for Electric**

*s/Jim S. Hall*
Jim S. Hall, Bar No. 21644
JIM S. HALL & ASSOCIATES
800 N. Causeway Blvd., Suite 100
Metairie LA 70001
Tel.: 504-832-3000
**Attorneys for Aguilar**

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the foregoing *JOINT MOTION FOR LIMITED PURPOSE OF REOPENING CASE TO DISMISS ELECTRIC INSURANCE COMPANY WITH PREJUDICE* the clerk of court by using the CM/ECF system which will send a notice of electronic filing to all Known Counsel of Record by means of the Court's electronic filing system and/or U.S. mail.

*s/Alan Dean Weinberger*

ND: 4819-8763-4689, v. 1