UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** * | | **DOCKET NO. 05-4182** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | |
| **PERTAINS TO: INSURANCE:** * | | **JUDGE DUVAL** |
| * | | |
| *AARON*, 06-4746 * | | **MAGISTRATE** |
| * | | **WILKINSON** |
| *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing Motion:

**IT IS ORDERED** that the above captioned action be and the same is hereby reopened for the limited purposes set forth herein;

**IT IS FURTHER ORDERED** that the above captioned action be and the same is hereby dismissed, with prejudice, as to Electric Insurance Company only, each party to bear its own costs.

**IT IS FURTHER ORDERED** that all other claims in the above captioned action be and the same hereby are reserved as to all other defendants.

New Orleans, Louisiana, this ___ day of _____, 2007.

_____
DISTRICT JUDGE

ND: 4839-6020-3009, v. 1