UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K (2) |
| THIS DOCUMENT RELATES TO MRGO (06-5023) ANDREW A. LEMMON V. METLIFE AUTO & HOME INSURANCE AGENCY, INC. AND AMERICAN RELIABLE INSURANCE COMPANY | * * * * * * * | JUDGE STANWOOD R. DUVAL, JR. MAGISTRATE JOSEPH C. WILKINSON, JR. |

## JOINT
## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Andrew A. Lemmon, who, upon representing to the Court that a settlement has been reached with defendant, Metropolitan Property and Casualty Insurance Company, hereby moves this Court to issue an Order dismissing his claims, with prejudice, each party to bear its own costs.

Respectfully Submitted,

_____
IRMA L. NETTING #29362
15058 River Road
P.O. Box 904
Hahnville, Louisiana 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
Attorney for Plaintiff, Andrew A. Lemmon

590911
DAB41309

BLUE WILLIAMS, L.L.P.

/s/ Thomas G. Buck

THOMAS G. BUCK   T.A.   Bar No. 14107
JOHN C. HENRY   Bar No. 18948
CHRISTOPHER T. GRACE, III   Bar No. 26901
BRETT W. TWEEDEL   Bar No. 30100
DAVID B. PARNELL, JR.   Bar No. 27031
3421 North Causeway Boulevard, Suite 900
Metairie, LA 70002
tbuck@bluewilliams.com
Telephone (504) 830-4912
Facsimile (504) 849-3029
Attorneys for Metropolitan Property and Casualty
Insurance Company

590911
DAB41309