**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: | * | |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | |
| NOS.  05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' UNOPPOSED EX PARTE MOTION FOR**
**ENTRY OF RULE 54(b) JUDGMENT**

**COME NOW** plaintiffs, appearing through undersigned counsel, and upon suggesting to the Court that they have heretofore moved This Honorable Court for entry of a final judgment on the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231) pursuant to the provisions of Rule 54(b), and have set that motion for hearing on July 11, 2007;   and upon further suggesting to the Court that simultaneously with the filing of that motion, and noticing same for hearing, undersigned counsel for plaintiffs solicited a "no objection" from Michael Keller, Esq. of the Louisiana Department of Justice, representing the State defendants, which was responded to with Mr. Keller's "no objection" (See exchange of E-mail messages attached);  and,

accordingly, plaintiffs respectfully submit that they are entitled to the relief prayed for on an *ex parte* basis, since their motion for entry of a final judgment pursuant to the provisions of Rule 54(b) is unopposed, and so move This Honorable Court.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

**By:      S/Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.**
**In Proper Person**
**Bar No. 10166**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Tel. (504) 561-6561**
**Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 19th day of June, 2007.

**S/Ashton R. O'Dwyer, Jr.**