## Victoria Broussard

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Tuesday, June 19, 2007 2:15 PM
**To:** 'Victoria Broussard'
**Subject:** FW: In Re: Katrina Canal Breaches
**Attachments:** _AVG certification_.txt

Ms. B: Print, please. Thank you.

---

**From:** Keller, Michael [mailto:KellerM@ag.state.la.us]
**Sent:** Monday, June 18, 2007 10:44 AM
**To:** Ashton O'Dwyer
**Subject:** RE: In Re: Katrina Canal Breaches

We have no objection; however, please email me timely what you file in the Fifth circuit next time.  I just received what you filed last week.

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Monday, June 18, 2007 9:29 AM
**To:** dhersh@burgsimpson.com; Sarang.Damle@usdoj.gov; tess.finnegan@usdoj.gov; traci.colquette@usdoj.gov; robin.doyle.smith@usdoj.gov; storres@torres-law.com; ROBBECNEL@aol.com; hhoffmann@spsr-law.com; mriess@kingsmillriess.com; tbrennan@dkslaw.com; rtyler@joneswalker.com; tdarling@grhg.net; tgaudry@grhg.net; wtreeby@stonepigman.com; tanzelmo@mcsalaw.com; jpate@ln-law.com; rhubbard@lawla.com; jguichet@lawla.com; gsimno@swbno.org; wlanglois@grhg.net; jlandis@stonepigman.com; bmayeaux@ln-law.com; jpate@ln-law.com; gardner@bayoulaw.com; dearie@bayoulaw.com; gvarga@rc.com; wlee@stonepigman.com; Abramson@phelps.com; jbarrasso@barrassousdin.com; lduplass@duplass.com; Keller, Michael; belhiamartin@bellsouth.net; jamesmullaly1@hotmail.com; waaron@goinsaaron.com; ctankersley@burglass.com; dphayer@burglass.com; jmcevoy@jonesday.com; martin4@mdjwlaw.com; cseemann@dkslaw.com; gtmanning@jonesday.com; agreene@sonnenschein.com; agn@longlaw.com; adc@longlaw.com; rhondad@longlaw.com; mtannehill@yourlawyer.com; smwiles@maplesandkirwan.com; aalonso@yourlawyer.com; frosenthal@yourlawyer.com; dbecnel@becnellaw.com; dollyno@aol.com; rgharvey@bellsouth.net; hlambert@lambertandnelson.com; rgp@rgplaw.com; wimberly@nternet.com; jbruno@brunobrunolaw.com; DAVID@brunobrunolaw.com; dmartin@gainsben.com; khadican@gainsben.com; rasmith3@bellsouth.net; kreasonover@smithfawer.com; tdavis2@cableone.net; ostamant@bellsouth.net; fswarr@landryswarr.com; mlandry@landryswarr.com; calvinfayard@fayardlaw.com; gmckernan@mckernanlawfirm.com; ccdlawfirm@aol.com; wgambel@millinglaw.com
**Subject:** In Re: Katrina Canal Breaches

Michael Keller

Dear Michael:

    As you know, the Fifth Circuit on June 4, 2007, granted your Motion to Dismiss the appeal in Case No. 06-31127, which was an appeal from Judge Duval's Order and Reasons of September 22, 2006 (Record Document No. 1231).  I have filed a Motion for Entry of Rule 54(b) Judgment and set it for hearing.  If you have no objection, I will file an Unopposed Ex Parte Motion and Order for Entry of a Rule 54(b) Judgment in place of the Motion noticed for hearing.

    Please let me hear from you.

6/19/2007

*[signature: A.R. O'Dwyer Jr.]*

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
AROD@odwyerlaw.com

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.*