UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES    * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION    * | | |
| * | | SECTION "K" (2) |
| * | | |
| PERTAINS TO:    * | | |
| ALL LEVEE, MRGO    * | | |
| RESPONDER CASES AND TO    * | | |
| NOS.  05-4181    * | | |
|          06-1885    * | | |
|          06-4024    * | | |
|          06-4389    * | | |
|          06-5771    * | | |
|          06-5786    * | | |
|          06-6099    * | | |
|          07-0206    * | | |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering plaintiff's Unopposed Ex Parte Motion for Entry of Rule 54(b) Judgment on the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231), upon the express determination that there is no just reason for delay and upon an express direction for the entry of final judgment, which the Court has duly noted;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** Plaintiffs' Motion for Entry of Rule 54(b) Judgment on the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231) pursuant to the provisions of Rule 54(b) be and it is hereby **GRANTED**, upon the express determination that there is no just reason for delay and upon an express direction for the entry of final judgment.

1

2

New Orleans, Louisiana, this _____ day of _____ 2007.

                                                              **J U D G E**