UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| INSURANCE CASES | § | |
| _____ | § | |

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, Plaintiffs in the above referenced matters, through undersigned counsel, hereby request oral argument in connection with their Opposition to State Farm's Motion to Quash Deposition of Alexis King and for Protective Order.  Plaintiffs maintain that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues involved in this matter.

Plaintiffs further maintains that oral argument would be beneficial to the Court's consideration and resolution of the pending Motion to Quash Deposition of Alexis King and for Protective Order in the above captioned matter.

For these reasons,  Plaintiffs in the above referenced matters, request that this Court entertain oral argument in this matter.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

　　　/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

　　　s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com

For

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 19th day of June, 2007.

                                                      /s/ Joseph M. Bruno

                                                      Joseph M. Bruno