UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | | **NO.   05-4182 "K"(2)** |
| § | | **JUDGE DUVAL** |
| § | | **MAG. WILKINSON** |
| _____ § | | |
| § | | |
| **PERTAINS TO:** § | | |
| § | | |
| **INSURANCE CASES** § | | |
| _____ § | | |

## ORDER

**IT IS ORDERED** that plaintiffs Request for Oral Argument be **GRANTED**, that hearing on State Farm's Motion to Quash Deposition of Alexis King and for Protective Order be held before the Honorable Joseph C. Wilkinson, Magistrate, 500 Poydras Street, Rm. B421, New Orleans, LA, on June 27, 2007 @ 11:00 a.m.

New Orleans, LA, this _____ day of _____, 2007

_____

JUDGE

1