UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

**GWEN BURK,** *ET AL*                                DOCKET NUMBER: 05-4182 c/f
                                                                      06-7846
VERSUS
                                                              SECTION K
**SCOTTSDALE INSURANCE COMPANY,**
*ET AL*                                                       MAGISTRATE 2

                                                       PERTAINS TO INSURANCE

**STIPULATION OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Gwen Burk wife of/and William R. Burk, IV, hereby notice that dismissal of all claims against defendant, Katie Hymel, without prejudice. The stipulation is signed by all parties who have appeared in the action.

| | |
|---|---|
| Respectfully Submitted by Attorneys for the Plaintiffs, Gwen Burk wife of/and William R. Burk, IV: | Respectfully Submitted by Attorneys for the Defendant, Katie Hymel: |
| /s/ William B. Gordon | /s/ Kevin R. Derham |
| **JOHN A. VENEZIA (#23963) T.A.** <br> **WILLIAM B. GORDON, III (#28056)** <br> The Law Office of John A. Venezia (APLC) <br> 110 Veterans Boulevard, Suite 330 <br> Metairie, Louisiana 70005 <br> Telephone: 504.486.3910 <br> Facsimile: 504.486.3913 <br> Email: william@venezialaw.net | **KEVIN R. DERHAM (#27163)** <br> Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock <br> 3838 North Causeway Blvd <br> Three Lakeway Center, Ste. 2900 <br> Metarie, LA 70002 <br> Telephone: 504.832.3700 <br> Facsimile: 504.837.3119 <br> Email: kderham@duplass.com |
| Respectfully Submitted by Attorney for the Defendant, Allstate Insurance Company: | Respectfully Submitted by Attorneys for the Defendant, Scottsdale Insurance Company: |
| /s/ Steven M. Lozes | *[signature]* |
| **STEVEN M. LOZES (#8922)** <br> 1010 Common Street, Suite 1700 <br> New Orleans, LA 70112 <br> Telephone: 504.581.4455 <br> Facsimile: 504.587.9408 | **CYNTHIA J. THOMAS (#22631)** <br> Galloway, Johnson, Tompkins, Burr & Smith <br> Three Sanctuary Blvd., Ste. 301 <br> Mandeville, LA 70471 <br> Telephone: 985.674.6680 <br> Facsimile: 985.674-6681 <br> Email: cthomas@gjtbs.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007 a copy of the foregoing will be sent to all counsel of record *via* notices through the Court's ECF/CM system.

/s/ William B. Gordon
William B. Gordon