UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO LEVEE | * * | NO: 05-4182 (K)(2) |
| | * | JUDGE DUVAL |
| FILED IN:        05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, 06-2278, 06-2346, 06-2545, 06-4065, 06-4389, 06-4634, 06-4931, 06-5159, 06-5163, 06-5786, 06-7682, 07-0993, 07-1284, 07-1288, 07-1289 | * * * * * * * | MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REQUEST FOR ORAL ARGUMENT**
**PURSUANT TO LOCAL RULE 78.1E**

Now into Court, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans to request oral argument on plaintiffs' motion to compel answers to interrogatories and requests for production of documents against it and in support of the Sewerage and Water Board of New Orleans's response to plaintiffs' motion.

Because of the enormous complexity and the early stages of these proceedings, the Sewerage and Water Board of New Orleans believes oral argument would assist the Court in reaching a decision on plaintiffs' motion to compel and the Sewerage and Water Board of New Orleans's response to that motion.

Wherefore, the Sewerage and Water Board of New Orleans requests this Court to grant oral argument on the plaintiffs' pending motion to compel and to set the oral argument on June 27, 2007 at 11:00 a.m., or as the Court may otherwise order.

1

Respectfully submitted,

s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR., T.A. - 18299**
**LAWRENCE J. ERNST – 5363**
**J. WARREN GARDNER, JR. – 5928**
**KEVIN R. TULLY – 1627**
**ELIZABETH S. CORDES –1786**
**GREGORY S. LACOUR – 23823**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile:  (504) 561-5743

**GEORGE R. SIMNO III – 12271**
**GERARD M. VICTOR – 9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile:  (504) 585-2426

ATTORNEYS FOR SEWERAGE AND
WATER BOARD OF NEW ORLEANS

# C E R T I F I C A T E

I do hereby certify that on the 19th day of June 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.


s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**