# EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO.: 05-4182**

**SECTION "K"(2)**

**FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289**

**PERTAINS TO: LEVEE**

---

**PLAINTIFFS RESPONSE TO LEVEE DEFENDANTS' FIRST SET OF JOINT CLASS-CERTIFICATION REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS**

Pursuant to Federal Rules of Civil Procedure 33, 34, and 36 and Case Management and Scheduling Order No.4, Section III(B)(2), as amended by Order issued March 29, 2007, the Levee Plaintiffs submit their response to the Levee Defendants' First Set of Joint Class-Certification Requests for Admission, Interrogatories, and Requests for Production of Documents to Plaintiffs.

**GENERAL OBJECTIONS**

**General Objection # 1.**

The issues relevant to this discovery concern only class certification. Determination of the cause of individual plaintiff's damages is beyond the scope of class certification discovery. *See* CMO No. 4, § IV, at page 19.

**INTERROGATORY NO. 21**: Identify all issues that you expect to be tried in a class proceeding and all issues you expect to be tried individually.

**RESPONSE TO INTERROGATORY NO. 21:**

See Response to Interrogatory No. 1.

**INTERROGATORY NO. 22**: As to each named plaintiff, identify and describe each levee breach, overtopping, or other source of water that resulted in damage to each named plaintiffs property at issue and identify the geotechnical and structural failure modes and causes for each such source of water.

**RESPONSE TO INTERROGATORY NO. 22:**

Objection. See Response to Interrogatory No. 15.

**INTERROGATORY NO. 23**: If you contend that the futility doctrine applies to waive the administrative exhaustion requirements imposed by federal law, state the basis for, and the facts that support, this contention.

**RESPONSE TO INTERROGATORY NO. 23**:

The doctrine in question is explained in the jurisprudence of which Defendants should be aware. Its applicability here will be briefed as ordered by the Court.

**INTERROGATORY NO. 24:** If you contend that each of the named plaintiffs and/or proposed class members have exhausted their administrative remedies before instituting an action, state the basis for, and the facts that support this contention.

**RESPONSE TO INTERROGATORY NO. 24**:

Plaintiffs have previously produced all available Form 95's filed by each Class Representative. Plaintiffs have, through previously filed discovery, asked the Government to produce all Form 95's which it received. The Government has objected. Plaintiffs adopt the Government's objections to

the extent that this Interrogatory seeks Form 95's from putative class members not yet Plaintiffs in this litigation.

As to named Plaintiffs, Plaintiffs adopt the objections previously tendered by the Government.

**INTERROGATORY NO. 25**: State the name, present address, address as of August 29,2005, occupation, and age for each named plaintiff.

**RESPONSE TO INTERROGATORY NO. 25:**

Objection. See Response to Interrogatory No. 15.

**INTERROGATORY NO. 26**: Do you contend that the law of any state other than Louisiana will apply to determine the legal claims or damages of any proposed class members? If so, provide the following information: each state's law that will apply, each legal issue to which that state's law applies, and identify each plaintiff to whom that state's law will apply.

**RESPONSE TO INTERROGATORY NO. 26**:

No.

**INTERROGATORY NO. 27**: State all of the common legal duties that you allege each defendant owed to the named plaintiffs and the proposed class members.

**RESPONSE TO INTERROGATORY NO. 27:**

Plaintiffs respectfully refer the Defendants to their Superseding Master Consolidated Class Action Complaint-Levee.

**INTERROGATORY NO. 28**: Given that there is no jury trial allowed under the Federal Tort Claims Act, explain in detail how your proposed trial plan will coordinate the bench-trial claims against the United States with the jury-maybe claims against other defendants.

**RESPONSE TO INTERROGATORY NO. 32**:

(i) Undersigned Plaintiffs' Counsel, Plaintiffs' Counsel in Levee Litigation, and their staff(s).

(ii) The IPET Report, Team Louisiana Report, the Independent Levee Investigation Team report, and all discovery provided by any party to this Litigation, all of which is publicly available and incorporated herein by reference. See also those documents listed on Exhibit "A" annexed hereto and incorporated herein by reference.

(iii) See Response to Request for Admissions

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODDCTION NO.1**: Produce a copy of each Standard Form 95 submitted to the United States Army Corps of Engineers by you or by any member of the proposed class from August 29,2005, to the present, that is in the possession, custody, or control of the named plaintiffs or their attorneys.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Objection. See Response to Interrogatory No. 24. The United States is the only entity in possession of copies of all Form 95's.

**REQUEST FOR PRODUCTION NO.2**: Produce all administrative claims relating to Hurricane Katrina that you or proposed class members have submitted to any governmental body or agency (including but not limited to claim forms submitted to the Louisiana Recovery Authority), that are in the possession, custody, or control of the named plaintiffs or their attorneys.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas