UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAIVER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed *Ex Parte* Motion of Xavier University of Louisiana to Continue Hearing on Defendant's Motion to Compel [Record Doc. No. 5500],

**IT IS ORDERED** that the Motion to Continue, Record Doc. No. 5606, is hereby **GRANTED** and that the hearing on defendant's motion shall be continued from June 27, 2007 until **July 11, 2007**, without oral argument.  Written opposition must be filed by **July 3, 2007.**

New Orleans, Louisiana this  19th  day of June 2007.

_____
UNITED STATES MAGISTRATE JUDGE