UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

**FIFTH JOINT MOTION TO AMEND**
**CASE MANAGEMENT AND SCHEDULING ORDER No. 4**

The Fifth Joint Motion of Plaintiffs in the MRGO[1] and Levee cases and MRGO

and Levee Defendants respectfully represents:

1.

Plaintiffs in the MRGO and Levee cases and Defendants in the MRGO and Levee

cases, each acting through their respective undersigned liaison counsel, jointly move the Court

for an order amending the Case Management and Scheduling Order No.4 ("CMO No. 4") as

follows.

---

[1]     This motion is not intended to include or impact the *Robinson* (06-2286) Case
        Management Order.

2.

The parties desire to amend Section III(B) of the CMO to extend the deadline for submission of the parties' Final Class-Certification Witness List, currently set for June 27, to July 20, 2007.

3.

The parties further desire to extend the deadline for Plaintiffs' Final Exhibit List, currently set for June 27, to July 30, 2007.

4.

The parties further desire to extend the deadline for Defendants' Final Exhibit List, currently set for June 27, to August 27, 2007.

5.

The parties further desire to amend Section III(C) of the CMO to extend the deadline for class-certification fact depositions, currently set for July 27, to August 3, 2007.

**WHEREFORE**, plaintiffs and defendants in the Levee and MRGO cases jointly ask the Court to amend the Case Management and Scheduling Order No. 4, as proposed herein.

Dated:          June 20, 2007                          Respectfully submitted,


/s/ Joseph M. Bruno                                    /s/ William D. Treeby
Joseph M. Bruno, Bar No. 3604                          William D. Treeby, Bar No. 12901
BRUNO & BRUNO, L.L.P.                                  STONE PIGMAN WALTHER WITTMANN LLC
855 Baronne Street                                     546 Carondelet Street
New Orleans, Louisiana  70113                          New Orleans, LA 70130
Telephone:  504 525-1335                               Telephone:  504-581-3200
Facsimile:   504 561-6775                              Facsimile:  504-581-3361
jbruno@brunobrunolaw.com                               wtreeby@stonepigman.com

Plaintiffs' Liaison Counsel                            Defendants' Contractors Litigation Committee
                                                       Representative and Counsel of Record for
                                                       Defendant Washington Group International


/s/ Gary M. Zwain                                      /s/ Ralph S. Hubbard, III
Gary M. Zwain                                          Ralph S. Hubbard, III, La. Bar 7040
Duplass, Zwain, Bourgeois, Morton                      LUGENBUHL, WHEATON, PECK,
      Pfister & Weinstock                                RANKIN & HUBBARD
3838 N. Causeway Blvd., Suite 2900                     601 Poydras Street, Suite 2775
Meatirie, Louisiana 70002                              New Orleans, Louisiana  70130
Telephone:  504 832-3700                               Telephone:  504-568-1990
Facsimile:   504 837-3119                              Facsimile:   504-310-9195
                                                       rhubbard@lawla.com

Counsel for Defendant Board of
Commissioners, Lake Borgne Levee                       Defendant Liaison Counsel
District and  Board of Commissioners,
 East Jefferson Levee District

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend

Case Management and Scheduling Order No. 4 has been served upon all counsel of record via

the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail,

postage prepaid and properly addressed, this 20th day of June, 2007.


                                                       /s/ William D. Treeby
                                                       William D. Treeby

- 3 -

879787v.1