UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

### ORDER

Considering the foregoing Fifth Joint Motion to Amend Case Management and Scheduling Order No. 4;

**IT IS ORDERED** that the motion is **GRANTED** and that Case Management Scheduling Order No. 4 be and hereby is amended as follows:

1.

The deadline for submission of the parties' Final Class-Certification Witness List, currently set for June 27, is extended to July 20, 2007.

2.

The deadline for Plaintiffs' Final Exhibit List, currently set for June 27, is extended to July 30, 2007.

3.

The deadline for Defendants' Final Exhibit List, currently set for June 27, is extended to August 27, 2007.

4.

The deadline for class-certification fact depositions, currently set for July 27, is extended to August 3, 2007.

NEW ORLEANS, LOUISIANA, this _____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE