UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO. 05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

FILED: _____                                          _____
                                                                                              DEPUTY CLERK

## MOTION FOR EXPEDITED HEARING

     NOW INTO COURT, through undersigned counsel, comes the plaintiffs management committee in the above referenced matter, who moves this Honorable Court for an expedited hearing on plaintiffs' MOTION FOR PROTECTIVE ORDER TO PROHIBIT THE DEFENDANTS FROM QUESTIONING THE PLAINTIFF-CLASS REPRESENTATIVES ON THEIR INDIVIDUAL DAMAGES, on the grounds that depositions of plaintiff-class representatives are set to begin in the above referenced matter on JULY 9, 2007, and upon further suggesting to the Court that the Court's next available rule date is JULY 11, 2007, after the depositions are set to begin; and upon further suggesting to the Court that plaintiffs' motion is necessary to prevent a potential abuse of the discovery process and of the limitations of class certification discovery;   and upon further suggesting to the Court the defendants are neither prejudiced by expedited motion on plaintiffs' motion for protective order, or by the motion for protective order itself;

1

and upon further suggesting to the Court that the interests of justice mandate that the Court Order the sought after limitation of the plaintiff-class representative depositions prior to July 9, 2007 in the above captioned matter.

                                                Respectfully submitted,

                                        ___s/ Darleen M. Jacobs_____
                                        DARLEEN M. JACOBS, bar # 7208
                                        Plaintiffs' Management Committee
                                        823 ST. LOUIS STREET
                                        NEW ORLEANS, LOUISIANA 70112
                                        (504) 522-0155
                                        Counsel for Plaintiffs
                                        Plaintiffs' Management Committee

CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by ELECTRONIC MAIL transmission, this __20th____day of _June____, 2007.

                                        __/s/ Darleen M. Jacobs_____

                                            DARLEEN JACOBS