UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO. 05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

FILED: _____                         _____
                                                                                          DEPUTY CLERK

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above referenced matter move this Honorable Court for an expedited hearing on plaintiffs' MOTION FOR PROTECTIVE ORDER TO PROHIBIT THE DEFENDANTS FROM QUESTIONING THE PLAINTIFF-CLASS REPRESENTATIVES ON THEIR INDIVIDUAL DAMAGES, on the grounds that depositions of plaintiff-class representatives are set to begin in the above referenced matter on JULY 9, 2007, and that the Court's next available rule date is JULY 11, 2007, after the depositions are set to begin. Plaintiffs' motion is necessary to prevent a potential abuse of the discovery process and of the limitations of class certification discovery. Defendants are neither prejudiced by expedited motion on plaintiffs' motion for protective order, or by the motion for protective order itself.

3

Finally, the interests of justice mandate that the Court Order the sought after limitation of the plaintiff-class representative depositions prior to July 9, 2007 in the above captioned matter.

                                        Respectfully submitted,

                                        ___s/ Darleen M. Jacobs_____  
                                        DARLEEN M. JACOBS, bar # 7208  
                                        Plaintiffs' Management Committee  
                                        823 ST. LOUIS STREET  
                                        NEW ORLEANS, LOUISIANA 70112  
                                        (504) 522-0155

                                        Counsel for Plaintiffs  
                                        Plaintiffs' Management Committee

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by electronic mail transmission, this __20th____day of _June____, 2007.

                                        __/s/ Darleen M. Jacobs_____  
                                          DARLEEN JACOBS

4