UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO. 05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

======================================================================

FILED: _____                                     _____
                                                              DEPUTY CLERK

### ORDER

_____Considering the foregoing motion,

   IT IS ORDERED, that plaintiffs' motion for expedited hearing on plaintiffs' motion for protective order to prohibit the defendants from questioning the plaintiff-class representatives on their individual damages, be and the same is hereby granted, and that all interested parties, show cause on the __— day of _____, 2007, at ____ o'clock _.m., why the foregoing plaintiff's MOTION should not be granted in the above captioned matter.

This _____day of _____, 2007, at New Orleans, Louisiana.

                                          _____
                                                   J U D G E

5