UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO.  05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

FILED: _____                                    _____
                                                                                    DEPUTY CLERK

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above referenced matter move this Honorable Court for an expedited hearing on plaintiffs' MOTION FOR PROTECTIVE ORDER TO LIMIT THE DEFENDANTS TO NO MORE THAN THREE (3) HOURS PER DEPOSITION OF PLAINTIFF-CLASS REPRESENTATIVES, on the grounds that depositions of plaintiff-class representatives are set to begin in the above referenced matter on JULY 9, 2007, and that the Court's next available rule date is JULY 11, 2007, after the depositions are set to begin.  Plaintiffs' motion is necessary to prevent a potential abuse of the discovery process and of the limitations of class certification discovery.  Defendants are neither prejudiced by expedited motion on plaintiffs' motion for protective order, or by the motion for protective order itself.

3

Finally, the interests of justice mandate that the Court Order the sought after limitation of the plaintiff-class representative depositions prior to July 9, 2007 in the above captioned matter.

                          Respectfully submitted,

                          ___s/ Darleen M. Jacobs_____
                          DARLEEN M. JACOBS, bar # 7208
                          Plaintiffs' Steering Committee
                          823 ST. LOUIS STREET
                          NEW ORLEANS, LOUISIANA 70112
                          (504) 522-0155

                          Counsel for Plaintiffs
                          Plaintiffs' Steering Committee

### CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by electronic mail transmission, this __19th____day of _June____, 2007.

                          __/s/ Darleen M. Jacobs_____
                            DARLEEN JACOBS