UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
LITIGATION

NO.  05-4182

SECTION "K"(2)

JUDGE DUVAL

MAGISTRATE WILKINSON

===================================================================

FILED: _____

_____
DEPUTY CLERK

**ORDER**

_____Considering the foregoing motion,

IT IS ORDERED, that plaintiffs' motion for expedited hearing
on plaintiffs' motion for protective order to limit the defendants to no more than three
(3) hour per deposition of plaintiff-class representatives, be and the same is hereby
granted, and that all interested parties, show cause on the __—
day of _____, 2007, at _____ o'clock _.m., why the foregoing
plaintiff's MOTION  should not be granted in the above captioned
matter.

This _____day of _____, 2007, at New Orleans, Louisiana.

_____
J U D G E

5