## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     \*      **CIVIL ACTION:  07-2054**
CONSOLIDATED LITIGATION       \*
      \*
      \*
**PERTAINS TO: SEVERED MASS**       \*     **JUDGE:  DUVAL**
**JOINDER CASES**       \*
      \*
**SEVERED FROM:  Aaron, 06-4746**       \*
      \*
      \*
**RONALD ROBINSON**       \*     **MAGISTRATE:  WILKINSON**
      \*
**VERSUS**       \*
      \*
**STATE FARM FIRE & CASUALTY CO.**       \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT LIMITED MOTION, ORDER OF DISMISSAL

    **NOW INTO COURT**, through undersigned counsel, comes RONALD ROBINSON, Plaintiff

herein, and Defendant State Farm Fire and Casualty Company, through their counsel of record, all parties

at interest herein, and who stipulate and agree that all flood allegations and claims of Plaintiff in the

above numbered and entitled cause, specifically all flood allegations and claims as contained in

paragraphs numbered 3, 4, 5, 7, 10, 15 and 18 of the original complaint be dismissed, without prejudice,

each party to bear its own cost of court, and that Plaintiff herein specifically reserves all rights to proceed

as to all additional claims and allegations in this litigation, more specifically all homeowner's claims as

against the State Farm Fire and Casualty Company.

Respectfully submitted;



_____
JIM S. HALL (#21644)
Attorney for Plaintiff
800 Causeway Boulevard, #100
Metairie, LA 70001
504 / 832-3000

_____
CHARLES L. CHASSAIGNAC, IV (20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for State Farm Fire and
and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
225/ 383-8900

0895-0508