## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   *   CIVIL ACTION: 07-2044
CONSOLIDATED LITIGATION     *
           *
           *
PERTAINS TO: SEVERED MASS    *   JUDGE:  DUVAL
JOINER CASES         *
           *
SEVERED FROM:  Aaron, 06-4746    *
           *
           *
ALSIA AND TERRY PHILLIPS, SR.    *   MAGISTRATE:  WILKINSON
           *
VERSUS           *
           *
STATE FARM FIRE & CASUALTY CO.   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT LIMITED MOTION, ORDER OF DISMISSAL

  NOW INTO COURT, through undersigned counsel, comes ALSIA and TERRY PHILLIPS,

SR., Plaintiffs herein, and Defendant State Farm Fire and Casualty Company, through their counsel of

record, all parties at interest herein, and who stipulate and agree that all flood allegations and claims of

Plaintiffs in the above numbered and entitled cause, specifically all flood allegations and claims as

contained in paragraphs numbered 3, 4, 5, 7, 10, 15 and 18 of the original complaint be dismissed,

without prejudice, each party to bear its own cost of court, and that Plaintiffs herein specifically reserve

all rights to proceed as to all additional claims and allegations in this litigation, more specifically all

homeowner's claims as against the State Farm Fire and Casualty Company.

Respectfully submitted,

_____
JIM S. HALL (#21644)
Attorney for Plaintiff
800 Causeway Boulevard, #100
Metairie, LA  70001
504 / 832-3000

CHARLES L. CHASSAIGNAC, IV (20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for State Farm Fire and
 and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
225/ 383-8900

0895-0554