UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO.  05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## ORDER

_____Considering the foregoing motion,

IT IS ORDERED that defendants show cause on the _____day of _____, at _____o'clock a.m., why the plaintiffs' motion for protective order to limit defendants' depositions of plaintiff-class representatives should not be limited to three (3) hours per plaintiff in the above referenced matter

This _____day of _____, 2007, at New Orleans, Louisiana.

_____

J  U  D  G  E