UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION: 07-2232 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | JUDGE: DUVAL |
| SEVERED FROM: Aaron, 06-4746 | * * * | |
| UTILDA FARRIA and KATHY ROBERTS | * * | MAGISTRATE: WILKINSON |
| VERSUS | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT LIMITED MOTION, ORDER OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come UTILDA FARRIA and KATHY ROBERTS, Plaintiffs herein, and Defendant State Farm Fire and Casualty Company, through their counsel of record, all parties at interest herein and who stipulate and agree that all flood allegations and claims of Plaintiffs in the above numbered and entitled cause, specifically all flood allegations and claims as contained in paragraphs numbered 3, 4, 5, 7, 10, 15 and 18 of the original complaint be dismissed, without prejudice, each party to bear its own cost of court, and that Plaintiffs herein specifically reserve all rights to proceed as to all additional claims and allegations in this litigation, more specifically all homeowner's claims as against the State Farm Fire and Casualty Company.

Respectfully submitted,

| | |
|---|---|
| JIM S. HALL (#21644) | CHARLES L. CHASSAIGNAC, IV (20746) |
| Attorney for Plaintiff | PORTEOUS, HAINKEL & JOHNSON |
| 800 Causeway Boulevard, #100 | Attorneys for Defendant State Farm Fire |
| Metairie, LA 70001 | and Casualty Company |
| 504 / | 343 Third Street, Ste. 202 |
| | Baton Rouge, LA 70801 |
| | 225/ 383-8900 |

0895-0429