UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' THIRD UPDATED LIST
OF CLASS-CERTIFICATION EXHIBITS**

The MRGO Defendants submit this third updated list of exhibits for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO"). The MRGO Defendants will continue to supplement this list as directed in the Court's CMO.

This exhibit list is submitted jointly, by all MRGO Defendants, in order to comply with the Court's Case Management Order No. 4, but the joint nature of this list does not mean that each defendant necessarily adopts, approves, or endorses each exhibit contained in this list.

879937v.1

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data;

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data;

3. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina;

4. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report;

5. American Society of Civil Engineers, The New Orleans Hurricane Protection System: What Went Wrong and Why;

6. Standard Form 95s that were submitted to the U.S. Army Corps of Engineers by proposed class representatives in relation to Hurricane Katrina; and copies produced by Plaintiffs of the Standard Form 95s that were submitted to the U.S. Army Corps of Engineers by proposed class members in relation to Hurricane Katrina;

7. Records of insurance claims made by named plaintiffs, as well as putative class members, to recover pursuant to any insurance policy for damages resulting from or at the approximate time of Hurricanes Katrina and/or Rita;

8. Documents supportive of claims for assistance from the Louisiana Recovery Authority made by proposed class members arising from damage caused by Hurricane Katrina and/or Rita;

9. O.L.D. Profile Elevations Drawing - May 2005;

10. Map of the proposed class and sub-class boundaries;

11. Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

12. Map(s) of the Greater New Orleans Area depicting the components of the levee system, including but not limited to the canals and waterways, floodwalls, and levees;

13. Times-Picayune article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

14. "MR-GO" Master Consolidated Class Action Complaint;

15. Superseding Master Consolidated Class Action Complaint - Levee Plaintiffs;

16. Economic and real-estate data, public records, commentary, and scholarly papers relating to damages; and

17. Aerial and ground-level photographs of the New Orleans East, the Lower Ninth Ward, and St. Bernard Parish.

Dated:  June 20, 2007                                                      Respectfully submitted,


*/s/ Gary M. Zwain*                                     */s/Ralph S. Hubbard III*
Lawrence J. Duplass, 5199                       Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                             Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                  Rachel Meese, 25457
     Of                                                                Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
3838 N. Causeway Blvd., Suite 2900         601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                         New Orleans, Louisiana  70130
Telephone: (504) 832-3700                        Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                         Facsimile:   (504) 310-9195

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District
Attorneys for St. Paul Fire and Marine Insurance Company

*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
     Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
     Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Counsel for the
Board of Commissioners for the
Orleans Levee District

*/s/ William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
     Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

4

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorney for United States

## CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Third Updated List of Class-Certification Exhibits has been served upon Joseph Bruno, Plaintiffs' Liaison Counsel, this 20th of June, 2007.

*/s/ William D. Treeby*
William D. Treeby