UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN      05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' THIRD UPDATED LIST
OF CLASS-CERTIFICATION WITNESSES**

The MRGO Defendants submit this third updated list of expert and fact witnesses for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO"). The MRGO Defendants will continue to supplement this list as directed in the Court's CMO.

This witness list is submitted jointly, by all MRGO Defendants, in order to comply with the Court's Case Management Order No. 4, but the joint nature of this list does not mean that each defendant necessarily adopts, approves, or endorses each witness contained in this list.

879936v.1

I.   **Expert Witnesses**

At this time, the MRGO Defendants expect that the following expert witnesses may be called to testify at the class-certification hearing:

A.   Robert A. Dalrymple
     Department of Civil Engineering
     Johns Hopkins University
     210 Latrobe Hall
     Baltimore, MD  21218

Dr. Dalrymple is an expert in coastal engineering and hydrology who may address causation issues.  Dr. Dalrymple is expected to testify regarding the variables that must be considered in determining the source(s) of water leading to flooding at a particular geographic location, including the timing of wind, rain, storm surge, overtopping, and breaches; the volumes of water; elevation; and topography.  Dr. Dalrymple is also expected to offer opinions about the purposes and limits of modeling.

B.   Kerry Dean Vandell
     The Paul Merage School of Business
     University of California-Irvine
     429 SB
     Irvine, CA  92697-3125

Dr. Vandell is an expert economist who may address damage issues, including at least real estate valuation; market feasibility; real estate analysis; going-concern valuation; business valuations; housing economics and policy; economic development issues, including the impact of amenities and negative externalities; and other damages issues responsive to plaintiffs' damages theories and their expert reports

on damages, including, for example, theories of "classwide damages" propounded by plaintiffs.

    C.    Lee Wooten
           GEI Consultants, Inc.
           400 Unicorn Park Drive
           Woburn, MA  01801

Mr. Wooten is an expert in geotechnical engineering who may address causation issues, including identifying and describing the sources of water that entered "Greater New Orleans" area (as defined in plaintiffs' proposed class definition) during the Hurricane Katrina event, and identifying elements that may have caused or contributed to water entering the area via each particular source.

    D.    James R. Danner, Jr.
           Denson Engineers, Inc.
           2030 Dickory Avenue, Suite 104
           New Orleans, LA  70123

Mr. Danner is an engineer who may address wind and rain damage in the MRGO geographical area, including at least foundational failure, structural failure, roofing, moisture intrusions into a structure, fire and explosion damage, vandalism, and looting.  Mr. Danner may also testify about specific properties and structures damaged by Hurricane Katrina in the New Orleans East, the Lower Ninth Ward, and St. Bernard Parish, focusing on various aspects of those properties and structures such as their: location, habitability, levels, elevation, drainage, design, original construction, age, level of water, pre-existing damage, and suitability for repair.

  E. Michael W. Truax, MAI
    3045 Ridgelake Drive, Suite 100
    Metairie, La.  70002

  Mr. Truax is a Louisiana Certified General Real Estate Appraiser who may testify as an expert addressing real estate appraisal, valuation, analysis, markets, negative events, specific properties and structures damaged by Hurricane Katrina in New Orleans East, the Lower Ninth Ward, and St. Bernard Parish, and other damages issues responsive to plaintiffs' damages theories and their expert reports on damages.

  In addition, the MRGO Defendants anticipate and are currently exploring a potential class-certification expert for meteorology.

  The MRGO Defendants interpret the CMO to require them to agree upon the use of common experts, limited to no more than five (5), to provide expert testimony at the class-certification hearing.  Some defendants, common to the Levee category of cases and the MRGO category of cases, have retained common experts in the Levee category of cases who have not yet been agreed to be the common experts in the MRGO category of cases, due to considerations including but not limited to the need for the MRGO Defendants to all have an opportunity to review qualifications for and communicate with those experts.  In the interest of full disclosure, some of the experts listed specifically in the Levee category of cases as "may call" witnesses may be added to the MRGO "may call" list of expert witnesses after such review and after a determination that such witnesses will be supported as commonly retained experts by all the defendants in the MRGO category of cases.  Such expert(s) will be added to the witness list for the MRGO category of cases on the next required witness list after a determination is made by the

MRGO Defendants that such a witness may be called as a common expert in the MRGO category of cases.

## II. Fact Witnesses

At this time, the MRGO Defendants expect that the following fact witnesses may be called to testify at the class-certification hearing:

    A.    The Five Named Plaintiffs:

        1.    Kenneth Paul Armstrong, Sr.
            upon information and belief, address of 28 Park Place Dr., #601
            Covington, LA  70433

        2.    Jeannine B. Armstrong
            upon information and belief, address of 28 Park Place Dr., #601
            Covington, LA  70433

        3.    Ethel Mae Coats
            upon information and belief, address of 756 Louisiana Ave.
            New Orleans, LA  70118

        4.    Henry Davis
            upon information and belief, address of 7650 Morel Street,
            New Orleans, LA (New Orleans East)

        5.    Glynn Wade
            upon information and belief, address of 4719 Bundy Road,
            New Orleans, LA (New Orleans East)

The five named plaintiffs are expected to testify about alleged injuries and damages and to give evidence concerning the circumstances of his or her claims relevant to issues of alleged typicality of claims of the proposed class; to alleged adequacy of proposed class representation; to alleged common questions; to whether questions of law or fact common to the members of the proposed class predominate over questions affecting only individual members; and to other requirements for class certification.

      B.      James Bollinger, C.P.A.
             Comptroller
             Orleans Levee District
             6001 Stars & Stripes Blvd., Suite 202
             New Orleans, LA  70126

             Mr. Bollinger will testify regarding the financial condition and insurance coverage available to the O.L.D.

      C.      Robert Turner
             Executive Director
             Lake Borgne Basin Levee District
             6136 East St. Bernard Hwy.
             Violet, LA 70092

             Mr. Turner's testimony will deal with the events he witnessed on August 29th, 2005.

      D.      Mr. Stevan Spencer, P.E. (licensed in LA, TX, MS, & KS)
             Director of Hurricane and Flood Protection
             Orleans Levee District
             6001 Stars & Stripes Blvd., Suite 202
             New Orleans, LA  70126

             Mr. Spencer's testimony will relate to the scope of the O.L.D. jurisdiction for flood control structures in East Orleans and St. Bernard Parishes.

      E.      Gerald Gillen, P.E. (licensed in LA)
             Engineering Department
             Orleans Levee District
             6001 Stars & Stripes Blvd., Suite 202
             New Orleans, LA  70126

             Mr. Gillen's testimony will relate to the scope of the O.L.D. jurisdiction for flood control structures in East Orleans and St. Bernard Parishes.

      F.      The experts listed above may testify as fact witnesses to the extent that they inspected, observed, or witnessed factual information.

G. MRGO Defendants reserve the right to call to testify any fact witness designated by plaintiffs.

Dated:  June 20, 2007                                                  Respectfully submitted,


| */s/ Gary M. Zwain* | */s/Ralph S. Hubbard III* |
|---|---|
| Lawrence J. Duplass, 5199 | Ralph S. Hubbard III, T.A., 7040 |
| Gary M. Zwain, 13809 | Joseph P. Guichet, 24441 |
| Andrew D. Weinstock, 18495 | Rachel Meese, 25457 |
| Of | Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana  70130 |
| Telephone: (504) 832-3700 | Telephone:  (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile:   (504) 310-9195 |
| | |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |

879936v.1

*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Counsel for the
Board of Commissioners for the
Orleans Levee District

*/s/ William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

879936v.1

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorney for United States

## CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Third Updated List of Class-Certification Witnesses has been served upon Joseph Bruno, Plaintiffs' Liaison Counsel, this 20th of June, 2007.

*/s/ William D. Treeby*
William D. Treeby

879936v.1