UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Burk*     C.A. No. 06-7846 | SECTION "K"(2) |

## ORDER

Before the Court is Katie Hymel's Motion to Dismiss (Doc. 4823) set for hearing on June 27, 2007.  Katie Hymel, a local insurance agent, seeks dismissal of the claims filed against her. Filed  by Allstate Insurance Company on June 15, 2007, is a Motion for Summary Judgment (Doc. 5579) in which the insurer seeks judgment that in the event Hymel is dismissed, judgment in its favor should be granted as well. Pretermitting the issue of whether this motion was filed in compliance with CMO No. 4, this companion motion was not filed timely for the June 27, 2007 hearing date.  Accordingly, as these two motions are related,

   **IT IS ORDERED** that the hearing date for these two motions is  **CONTINUED** to July 11, 2007, at 9:30 a.m.

   New Orleans, Louisiana, this   20th  day of June, 2007.

                              STANWOOD R. DUVAL, JR.
                        UNITED STATES DISTRICT COURT JUDGE