UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO.: 05-4182
VERSUS
                                      SECTION "K" (1)
PERTAINS TO:

*Blanque C.A. NO. 06-7557*

## ORDER

It is hereby **ORDERED** that Thomas A. Robichaux of the Nielsen Law Firm, L.L.C. be withdrawn as counsel of record for Defendant, Allstate.

New Orleans, Louisiana, this  20th day of June, 2007.

_____
JUDGE