UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" 2 JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-5109) (*Gorbaty v. Amica*) | | |

## MOTION TO WITHDRAW AND SUBSTITUTE TRIAL ATTORNEY

PLAINTIFFS, David and Sandra Gorbaty, respectfully move this Court to withdraw James M. Garner, of the law firm Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, as trial attorney for Plaintiffs and substitute Martha Y. Curtis, of Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, as trial attorney for Plaintiffs in this proceeding.

MARTHA Y. CURTIS #20446
CHRISTOPHER T. CHOCHELES #26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
ATTORNEY FOR DAVID AND SANDRA GORBATY