**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Withdraw and Substitute Trial Attorney by David and Sandra Gorbaty has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in the United States First Class Mail, properly addressed and with sufficient postage affixed, this 20th day of June, 2007.

_____
CHRISTOPHER T. CHOCHELES