UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____§ <br> § <br> PERTAINS TO: § <br> INSURANCE (06-5104 - *Gorbaty v. Amica*) § <br> _____§ | CIVIL ACTION <br> NO. 05-4182 "K" 2 <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION TO WITHDRAW AND SUBSTITUTE TRIAL ATTORNEY

PLAINTIFFS, Matthew and Amanda Gorbaty, respectfully move this Court to withdraw James M. Garner, of the law firm Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, as trial attorney for Plaintiffs and substitute Martha Y. Curtis, of Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, as trial attorney for the Plaintiffs in this proceeding.

_____
**MARTHA Y. CURTIS #20446**
**CHRISTOPHER T. CHOCHELES #26848**
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
ATTORNEY FOR MATTHEW AND AMANDA GORBATY