UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * * | MAGISTRATE WILKINSON |
| | * | |
| 05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | * * * * * * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OPPOSITION MEMORANDUM TO LEVEE PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

**MAY IT PLEASE THE COURT:** Plaintiff's filed a Motion to Compel Discovery Responses to Interrogatories and Request for Production of Documents purportedly pertaining to class certification issues. In support of their motion plaintiffs allege compliance with United States District Court for the Eastern District of Louisiana local Civil Rule 37.1.

A review of the relevant records contained in the suit record clearly demonstrates that plaintiff's effort at compliance with this prerequisite to filing a Motion to Compel

was inadequate. The requisite discovery conference has not been conducted with counsel for Gulf Group, Inc. and, on that basis alone, the Motion should be denied.

In support of its position Gulf Group, Inc. submits the following exhibits: (A) Motion and Order to Substitute Counsel of Record; (B) Certificate of Rule 37.1E Conference; (C) E-mail with attached correspondence from plaintiff's counsel to Steve Kupperman regarding Rule 37.1 compliance. Based on a simple review of these documents it is quite apparent that plaintiff's counsel did not conduct, nor does it purport to have conducted, a discovery conference with counsel for Gulf Group, Inc. pursuant to the requirements of Rule 37.1.

Further, counsel for Gulf Group, Inc. has now prepared and prior to the filing of this Opposition will disseminate among counsel its answers/responses/objections to the subject discovery. Given the lack of prior discovery conference and the fact that Gulf Group, Inc. has now provided Answers to Interrogatories and Responses to Request for Production of Documents, plaintiffs are not entitled to any relief against this defendant on their Motion to Compel.

For the foregoing reasons it is respectfully submitted that plaintiff's Motion to Compel Discovery Responses from Gulf Group, Inc. and for any and all other relief therein should be denied as to this defendant.

RESPECTFULLY SUBMITTED,

_____
GLENN B. ADAMS (Bar No. 2316)
MICHAEL W. COLLINS (Bar No. 29129)
JAMES ERIC JOHNSON (Bar No. 23800)
BRYAN J. HAYDEL, Jr. (Bar No. 27500)
ELEANOR W. WALL (Bar No. 29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8920 Telephone
(225) 383-7900 Facsimile
Attorneys for Gulf Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing has been served upon the members of the Levee Litigation Group by electronic means and/or United States Mail, this _____ day of June, 2007.

_____
James Eric Johnson