## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

## CERTIFICATE OF RULE 37.1E CONFERENCE

_____I hereby certify that I have attempted to confer with Defendants' counsel for the purpose of amicably resolving their refusal to answer requests for discovery propounded upon them. Only counsel for Eustis Engineering Co., Inc. responded to the request to confer, but the dispute cannot be resolved in the absence of Court action. Counsel for Boh Bros. Construction Company, Inc., Gulf Group, Inc. of Florida, and Pittman Construction Co., Inc. have not responded to the request for a conference.

/s/ E. Alexis Bevis
E. ALEXIS BEVIS


DEFENDANT'S EXHIBIT B