UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 061885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

___

**PRELIMINARY WITNESS AND EXHIBIT LIST FOR
COMMON LIABILITY**

In accordance with CMO #4 Section IV(A)(2), Plaintiffs submit their previously filed

Preliminary Witness List and may call the following persons at trial for common liability:

| | Witness Name | Fact/Expert | Subject Matter |
|---|---|---|---|
| 1 | Michelle Hennessey<br>3808 N. Labarre Road<br>Metairie, LA 70002 | Fact: Named Plaintiff | Named Plaintiff who will testify a representative of subclass 1, as well as the entire class. |
| 2 | Laurie H. Coniglio<br>15040 Dendinger Drive<br>Covington, LA 70433 | Fact: Named Plaintiff | Named Plaintiff who will testify a representative of subclass 2, as well as the entire class. |
| 3 | Leo Mitchell<br>PO Box 820028<br>New Orleans, LA 70128 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of the entire class. |

| 4 | Lenniece Morrell<br>114 Winthrop Place<br>New Orleans, LA 70119 | Fact: Named Plaintiff | Named Plaintiff who will testify a representative of the entire class. |
|---|---|---|---|
| 5 | Charles Moses<br>8536 S. Claiborne Avenue<br>New Orleans, LA 70118 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of the entire class. |
| 6 | Alice C. Mayeur<br>6028 General Haig Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 1. |
| 7 | Laura L. Greer<br>5320 Memphis Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 1. |
| 8 | Gary B. Greer<br>5320 Memphis Street<br>New Orleans, LA 70124 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 1. |
| 9 | Emanuel Esteves, Jr.<br>4656 Gaines Street<br>New Orleans, LA 70126 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 2. |
| 10 | Stella K. Washington<br>1478 Mithra Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 2. |
| 11 | John B. Williams<br>1830 Hope Street<br>New Orleans, LA 70119 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 2. |
| 12 | Emanuel Wilson<br>1512 Mandolin Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 2. |
| 13 | Lucinda W. Coco<br>750 Landwood Drive<br>Baton Rouge, LA 70806 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 3. |
| 14 | Leslie Dorantes<br>PO Box 108<br>Laplace, LA 70069 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 3. |
| 15 | Anita Harrison<br>10627 Pressburg Street<br>New Orleans, LA 70127 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 3. |

| | | | |
|---|---|---|---|
| 16 | Trenise Jackson<br>1 Gibson Street<br>Apartment 172<br>Houston, TX 77007 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 3. |
| 17 | Dwayne Mallet<br>1924 Wildair Drive<br>New Orleans, LA 70126 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 3. |
| 18 | Donna Augustine<br>2230 Sheerwood Meadow Dr.<br>Apartment A<br>Baton Rouge, LA 70816 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 4. |
| 19 | Gladys LaBeaud<br>22155 Wildwood Park Rd.<br>Richmond, TX 77469 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 4. |
| 20 | Daisy Innis<br>PO Box 1406<br>Longbeach, MS 39560 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 4. |
| 21 | Betty Jones<br>2111 Clouet Street<br>New Orleans, LA 70117 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 4. |
| 22 | Denise Meade<br>2422 Verbena Street<br>New Orleans, LA 70122 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 4. |
| 23 | Joella Cephas<br>715 Central Road<br>Baton Rouge, LA 70807 | Fact: Named Plaintiff | Named Plaintiff who will testify as to damages as a representative of subclass 5. |
| 24 | Beatrice Drew<br>606 Eagle Street<br>Morgan City, LA 70380 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 5. |
| 25 | Eddie Knighten<br>7726 Edinburgh Street<br>New Orleans, LA 70125 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 5. |
| 26 | Calvin Levy<br>3205 College Ct.<br>New Orleans, LA 70125 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 5. |

| 27 | Nicola McCathen<br>6111 Dover Place<br>New Orleans, LA 70131 | Fact: Named Plaintiff | Named Plaintiff who will testify as a representative of subclass 5. |
|---|---|---|---|
| 28 | Lieutenant General Carl A. Strock,<br>US Army Corps of Engineers | Facts | |
| 29 | Richard Varuso,<br>US Army Corps of Engineers; | Facts | |
| 30 | Al Naomi,<br>US Army Corps of Engineers | Facts | |
| 31 | James Huey,<br>former president,<br>Orleans Levee District; | Facts | |
| 32 | Robert G. Harvey,<br>former president,<br>Orleans Levee District; | Facts | |
| 33 | Barry David Keim, Ph.D.<br>Louisiana State University<br>Department of Geography<br>E328 Howe Russell Complex<br>Baton Rouge, LA 70803 | Expert: Geography, Anthropology, Climatologist, and Meteorologist | Classwide issues regarding sources of inundation and causes and related topics. |
| 34 | A. J. Valente | Facts | Photographer |
| 35 | Stan Guidry | Facts | Photographer |
| 36 | Any witness listed and/or called by any other party. | | |

**EXHIBITS**

1. IPET Report.

2. Team Louisiana Report.

3. Independent Levee Investigation Team Report.

4. Plaintiffs' Preliminary Witness and Exhibit List previously submitted in this litigation

5. Levee Superceding Master Consolidated Class Action Complaint, and the documents referenced/cited therein.

6. July 15, 1974, S&WB application for a "Permit To Discharge Or Work In Navigable Waters And Their Tributaries" filed with the Corps' New Orleans District.

7. August 1974 Louisiana Department of Public Works' response to S&WB permit application.

8. May 23, 1977, Corps' response to S&WB's application with no action because the S&WB failed to furnish information requested by, among others, the Louisiana Department of Public Works.

9. August 23, 1979, Modjeski dredging permit application on behalf of the S&WB.

10. December 29, 1980, Modjeski permit application on behalf of the S&WB.

11. January 28, 1981, memorandum by Modjeski to the Corps addressing the stability of the existing levees and sheet pile wall along the canal.

12. Sewerage and Water Board permit application for dredging the 17th Street Canal

13. Dredging permit issued to Eustis Engineering Co., Inc.

14. Dredging permit issued to Modjeski and Masters, Inc.

15. Dredging permit issued to Boh Bros. Construction Company, Inc.

16. Contracts of Employment and scopes of work with B & K Construction Company, Inc.

17. Contracts of Employment and scopes of work with James Construction Group, Inc.

18. Contracts of Employment and scopes of work with C.R. Pittman Construction Company, Inc.

19. Contracts of Employment and scopes of work with Pittman Construction Company, Inc.

20. Contracts of Employment and scopes of work with Burk-Kleinpeter, LLC

21. Contracts of Employment and scopes of work with GoTech, Inc.

22. Contracts of Employment and scopes of work with Gulf Group Inc. of Florida

23. Contracts of Employment and scopes of work with Burk-Kleinpeter, Inc.

24. Contracts of Employment and scopes of work with Burk-Kleinpeter, LLC

25. Contracts of Employment and scopes of work with Boh Bros. Construction Company, Inc.

26. Contracts of Employment and scopes of work with Eustis Engineering Company, Inc.

27. Contracts of Employment and scopes of work with Modjeski and Masters, Inc.

28. Dambrk Computer Model of water at time of flood

29. Louisiana Statute creating the Board of Commissioners of the Orleans Parish Levee District

30. Louisiana Statute creating the Sewerage and Water Board of New Orleans

31. Louisiana Statute creating the Board of Commissioners of the East Jefferson Levee District

32. Louisiana Statute creating the Board of Commissioners of the Port of New Orleans

33. Louisiana Statue creating the Public Belt Railroad Commission for the City of New Orleans

34. Federal Regulations regarding maintenance of the MRGO

35. Photograph of Floodgate W-30 at the IHNC

36. Topographical map illustrating the Greater Metropolitan New Orleans area pre-Katrina

37. Topographical of map illustrating the Greater Metropolitan New Orleans area post-Katrina

38. Photographs of Named Plaintiffs' homes post-Katrina

39. Map identifying locations of Named Plaintiffs' residences

40. Map identifying every flood protection structure surrounding Proposed Class area

41. Photographs and/or maps of all canal breaches

42. Photographs of New Orleans Metropolitan area illustrating flood depths

43. Report of Robert Bea, Ph.D.

44. Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005

45. Report of Independent Levee Investigation Team funded by National Science Foundation

46. Report of the Committee on Homeland Security and Government Affairs - United States Senate, Washington D.C.

47. Final Report of the Subject By-Partisan Committee to Investigate the Preparation for the Response of Hurricane Katrina (A Failure of Initiative)

48. Team Louisiana Report - The Failure of the New Orleans Levee System during Hurricane Katrina

49. Model/Simulation of water transport from the breaches

50. Public Records Verifying Class Demographics

51. Article entitled "Corps Team Blames Poor Levees", *The Times Picayune*, March 27, 2007, Mark Scheifstein

52. Any documents produced by any party or witness during discovery.

53. Weather Bureau data regarding "Standard Project Hurricane" ("SPH"), including promulgations from 1959 and 1972

54. 1979 National Oceanic and Atmospheric Administration ("NOAA") Technical Report NWS 23.

55. Engineering Regulation ER 1110-2-1453, issued in 1981 by the Office of the Chief of Engineers in Washington.

56. The National Geodetic Vertical Datum of 1929 ("NGVD29").

57. Data from the levee project design authorized by Congress, known as the "Barrier Plan," included a series of levees along the lakefront, concrete floodwalls along the IHNC, and control structures, including barriers and flood control gates located at the Rigolets, Chef Menteur Pass, and Seabrook at the northern end of the IHNC.

58. December, 1977 court ruling enjoining the Corps from constructing the barrier complex and certain other parts of the Project, until a revised Environmental Impact Statement was prepared and accepted

59. The Flood Control Act of 1928

60. The U.S. Army Corps of Engineers Manual on Engineering, Design and Construction of Levees dated April 30, 2000.

61. Information from the July of 1914 authorization by the Louisiana State Legislature to the City of New Orleans to locate and construct a deep water canal between the Mississippi River and Lake Pontchartrain. Construction of the Inner Harbor Navigations Canal ("IHNC"), which is also known as the Industrial Canal, commenced on June 6, 1918.

62. Information regarding the Gulf Intracoastal Waterway ("GIWW"), which is the navigation canal project completed between New Orleans and Corpus Christi, Texas by mid-1942 under the authority of the Corps.

63. Information regarding the construction and maintenance of the Mississippi River Gulf Outlet navigational canal ("MR-GO").

64. The Corps' report on Hurricane Betsy (USACE, 1965).

65. The Rivers and Harbor Act of 1945, P.L. 79-14, 50 Stat. 10 (March 2, 1945).

66. The Fish and Wildlife Coordination Act ("FWCA"), 16 U.S.C. § 662, as amended in 1946 and 1958, et seq.

67. The 1958 DOI report concluding that detailed investigations, coordinating hydrological, vegetative, fish and wildlife findings, as well as a model study would be a prerequisite to predictions of the MR-GO's effects and establishment of mitigatory measures.

68. September 25, 1951 report by the Corps to Congress with recommendations for construction of the MR-GO ("MR-GO Authorization Report"), including the letter from the former Corps Chief of Engineers stating that the proposed MR-GO would be connected to the IHNC by its own *separate* canal running parallel to the GIWW and the report from the Corps' Board of Engineers recommending further studies into the MR-GO's impact on the Louisiana coast.

69. Executive Order 11990.

70. National Environmental Policy Act (NEPA), 42 U.S.C. § 4332 (c).

71. The Water Resources Development Act of 1990 (WRDA).

72. The Coastal Zone Management Act, 16 U.S.C. § 1452, *et. seq*.

73. The Louisiana State and Local Coastal Resources Management Act, La. R.S. 49:214.21 *et. seq*.

74. Record of the Congressional hearings which authorized the construction of the MR-GO in 1956 (P.L.-455) and the record of the Coprs' subsequent actions regarding the MR-GO.

75. "1984 Re-Evaluation Study" means the study conducted by the Army Corps, published in 1984, that examined the feasibility of providing hurricane protection by raising, elevating, and strengthening levees and floodwalls in Greater New Orleans, as referred to and described in Volume 1, pages 26-27 of the IPET Report.

76. Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006.

77. Status Report - Comprehensive Plan for Timely Modification of the Mississippi River Gulf Outlet, Lee Wilson and Associates, Inc., (July 31, 2000)

78. "Mister Go Must Go; a Guide for the Army Corps' Congressionally-Directed Closure of the Mississippi River Gulf Outlet," Dr. John Day, et al, (December 4, 2006)

79. Mississippi River-Gulf Outlet, St. Bernad Parish, La., Bank Erosion, Reconnaissance Report, United States Army Corps of Engineers (January 1994)

80. Notice of Study Findings, Louisiana Coastal Area, Louisiana, Shore and Barrier Island Erosion, Initial Evaluation Study, United States Army Corps of Engineers (July 1984)

81. An Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet, Louisiana and an Outline of Proposed Fish and Wildlife Studies, Army Corps of Engineers (April 1958)

82. The Army Corps' report on the proposed Mississippi River-Gulf Outlet was submitted to the House Committee on Rivers and Harbors. *See* H. R. Doc. No. 71-46 (June 11, 1930)

83. September 18, 1951 hearings before the House Subcommittee on Rivers and Harbors of the House Committee on Public Works with respect to the Mississippi River Gulf outlet and the Mobile to New Orleans Intracoastal Waterway"

84. July 26, 1955 Report to the House of Representatives from the House Committee on Public Works on H. R. 6309

85. Act of March 29, 1956 to "Authorize Construction of the Mississippi River Gulf-Outlet," Pub. L. 84-455, 70 Stat. 65 (1956)

86. Public Works Appropriation Act of 1958, P. L. 85- 167, 71 Stat. 416 (August 26, 1957) (act authorizing Congressional funds for MRGO construction)

87. August 24, 1957 letter from United States Secretary of the Interior, Fred A. Seaton, to Army Secretary Wilber M. Bruckner about the proposed canal.

88. September 24, 1959 memorandum from F. C. Gillett, Acting Regional Director for the United States Fish and Wildlife Service to the Director of the Fish and Wildlife Service in Washington, D.C. outlining the recommendations re MRGO made to the Army Corps, and the Army Corps' response to these recommendations

89. 1959 draft correspondence from the Secretary of the Interior to the Secretary of the Army re invitation for bids on Reach 2 of the MR-GO issued on January 30, 1959, after the 1958 Amendments were enacted

90. May 4, 1959 correspondence to the Army Corps District Engineer from W. L. Towns, Acting Regional Director for the Fish and Wildlife Service re recommendations on MRGO construction

91. Letter from Cary W. Kerlin, Field Supervisor for the United States Fish and Wildlife Service in Lafayette, Louisiana to Jack A. Stephen, Director-Secretary of the St. Bernard Parish Planning Commission in response to a written request for information concerning the MR-GO's effects on "St. Bernard Parish's wetlands and water bodies."

92. 1976 Army Corps document entitled *Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana*

93. 1958 Army Corps soil report re construction of the MR-GO, entitled *Geological Investigation of the Mississippi River-Gulf Outlet*

94. Mississippi River-Gulf Outlet, Louisiana: Design Memorandum Nos. 1-A, 1-B, 1-*C*

95. Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006

96. US Army Corps of Engineers Soil and Bank Erosion Report from 1998.

97. "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System", Final Report of the Interagency Performance Evaluation Task Force, Interim Final Version as of 26 March 2007

98. "New Orleans Hurricane Protection Projects Data"

99. "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005", Final Report of the Independent Levee Investigation Team, July 31, 2006

100. "The Failure of the New Orleans Levee System during Hurricane Katrina", Final Report of Team Louisiana, February 12, 2007

101. "A FAILURE OF INITIATIVE", Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, February, 15, 2006,

102. "Hurricane Katrina - A Nation Still Unprepared", Special Report of the Committee on Homeland Security and Governmental Affairs, United States Senate, 2006

103. "Cost, Schedule, And Performance Problems Of The Lake Pontchartrain And Vicinity, Hurricane Protection Project", Report to The Congress by the Comptroller General of the United States, August 31, 1976

104. "Hurricane Protection Plan for Lake Pontchartrain and Vicinity", Hearing before the Subcommittee on Water Resources of the Committee on Public Works and Transportation, House of Representatives, Ninety-Fifth Congress, Second Session, January 5, 1978.

105. "Improved Planning Needed By The Corps Of Engineers To Resolve Environmental, Technical, And Financial Issues On The Lake Pontchartrain Hurricane Protection Project", Report to the Secretary of the Army by the U.S. General Accounting Office, August 17, 1982

106. "Expert Views On Hurricane And Flood Protection And Water Resources Planning For A Rebuild Gulf Coast", Hearing before the Subcommittee on Water Resources And Environment of the Committee on Transportation and Infrastructure, House of Representatives, One Hundred Ninth Congress, October 20, 2005

107. "HURRICANE PROTECTION - Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project", Testimony before the Committee on Homeland Security and Governmental Affairs, U.S. Senate, December 15, 2005

108. "Protecting New Orleans: From Hurricane Barriers to Floodwalls", Report for Congress by the Congressional Research Service, January 26, 2006,

109. Documents obtained through a Freedom of Information Act Request by the United States Army Corps of Engineers, New Orleans District;

110. "Energy and Water, and Related Agencies Appropriations for Fiscal Year 2007 – Department of Defense-Civil Department of the Army-Corps of Engineers-Civil," Hearing before the U.S. Senate, Subcommittee of the Committee on Appropriations, 5 April 2006.

111.    The Rivers and Harbors Act of 1899 (33 U.S.C. § 403).

112.    The Flood Control Act of 1946.

113.    The Flood Control Act of 1965.

114.    U.S. Army Corps of Engineer Manuals,

115.    U.S. Army Corps of Engineer Regulations,

116.    Publications of the Headquarters, United States Army Corps of Engineers,

117.    Documents obtained through the Defendants Document Production in Civil Action 05-4182 *In Re: Katrina Canal Breaches Consolidated Litigation* (E.D. La).


**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

    /s/ Joseph M. Bruno    
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

    s/Gerald E. Meunier    
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

       For

       LEVEE PLAINTIFFS' SUB-GROUP
       LITIGATION COMMITTEE

       Gerald E. Meunier
       Daniel E. Becnel, Jr.
       Joseph M. Bruno
       D. Blayne Honeycutt
       Hugh P. Lambert
       Darlene Jacobs
       Walter Dumas

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of June, 2007.

                                    /s/ Joseph M.Bruno

                                    Joseph M. Bruno