**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
                05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
                06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
                06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
                06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
                07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

---

**THE MRGO PLAINTIFFS' PRELIMINARY LIST OF**
**COMMON LIABILITY FACT WITNESSES AND EXHIBITS**

---

PURSUANT TO ¶ IV(A)(2) of Case Management and Scheduling Order No. 4, the

MRGO PSLC, on behalf of the consolidated class action representatives, submits the

following list of fact witnesses and exhibits that may be or will be called at a liability trial on

the merits.

Plaintiffs note that this is a preliminary list that is necessarily incomplete at this early

stage of the case and will be updated monthly in accordance with CMO 4.

MRGO CLASS PLAINTIFFS' PRELIMINARY
<u>LIST OF COMMON LIABILITY FACT WITNESSES</u>

|  | **Witness Name** | **Subject Matter** |
|---|---|---|
| 1 | Kenneth Paul Armstrong, Sr. 28 Park Place Dr., #601 Covington, LA 70433 | Fact testimony re personal experiences and losses; Lower 9th Ward & St. Bernard Sub-Class Rep |
| 2 | Jeanine B. Armstrong 28 Park Place Dr., #601 Covington, LA 70433 | Fact testimony re personal experiences and losses; Lower 9th Ward & St. Bernard Sub-Class Rep |
| 3 | Ethel Mae Coats 756 Louisiana Ave. New Orleans, LA 70118. | Fact testimony re personal experiences and losses; Lower 9th Ward & St. Bernard Sub-Class Rep |
| 4 | Henry Davis 7650 Morel Street New Orleans, LA | Fact testimony re personal experiences and losses; New Orleans East Sub-Class Rep |
| 5 | Glynn Wade 4719 Bundy Rd New Orleans, LA | Fact testimony re personal experiences and losses; New Orleans East Sub-Class Rep |
| 6 | Lt. Gen. Carl A. Strock US Army Corps of Engineers | General fact testimony |
| 7 | Richard Varuso, US Army Corps of Engineers | General fact testimony |
| 8 | Al Naomi, US Army Corps of Engineers | General fact testimony |
| 9 | As Yet Unnamed Defense 30(b)(6) Designees | General fact testimony |
| 10 | Any witness listed and/or called by any other party | General fact testimony |

MRGO CLASS PLAINTIFFS'
PRELIMINARY LIST OF COMMON LIABILITY EXHIBITS

Plaintiffs' liaison counsel and the MRGO PSLC submit this list of exhibits.  The current

preliminary list is largely limited to matters anticipated for introduction and use at the class

certification hearing.  This list will be extensively amended in accordance with CMO 4.

1.  Contracts of Employment and Scopes of Work with Washington Group Int'l

2.  Dambrk Computer Model (enabling targeted descriptions of inundation by source)

3.  Louisiana Statute creating the Board of Commissioners of the Orleans Parish Levee
    District

4.  Louisiana Statute creating the Board of Commissioners of the Lake Borgne Levee
    District

5.  Federal Regulations Regarding Maintenance of the MRGO

6.  Topographical maps depicting Class Area Pre- and Post-Katrina

7.  Documents substantiating each class representative's losses

8.  Post-Katrina Photographs of Class Representatives' Damaged Properties &
    Neighborhoods

9.  Maps Identifying Locations of Class Representatives' Damaged Properties

10.  Maps and Photographs Identifying All Navigable Waterways Surrounding the
     Class Area, Including Levees, Floodwalls, and/or Spoilbanks, and all Canal
     Breaches

11.  Photographs and Other Depictions of New Orleans Metropolitan Area Illustrating
     the Depth of Inundation

12.  Report of Robert Bea, Ph.D.

13.  Investigation of the Performance of the New Orleans Flood Protection Systems in
     Hurricane Katrina on August 29, 2005 Report of Independent Levee Investigation
     Team Funded by the National Science Foundation

14.  Report of the Committee on Homeland Security and Government Affairs - United

States Senate, Washington D.C.

15.   Final Report of the Subject By-Partisan Committee to Investigate the Preparation for the Response of Hurricane Katrina (A Failure of Initiative)

16.   Team Louisiana Report - The Failure of the New Orleans Levee System during Hurricane Katrina

17.   Model/Simulation of Water Transport From the Breaches

18.   Public Records Verifying Class Demographics

19.   Weather Bureau Data Regarding "Standard Project Hurricane" ("SPH"), Including Promulgations from 1959 and 1972

20.   1979 National Oceanic and Atmospheric Administration ("NOAA") Technical Report NWS 23

21.   Engineering Regulation ER 1110-2-1453, issued in 1981 by the Office of the Chief of Engineers in Washington

22.   The National Geodetic Vertical Datum of 1929 ("NGVD29").

23.   Data from the levee project design authorized by Congress, known as the "Barrier Plan," included a series of levees along the lakefront, concrete floodwalls along the IHNC, and control structures, including barriers and flood control gates located at the Rigolets, Chef Menteur Pass, and Seabrook at the northern end of the IHNC.

24.   December, 1977 court ruling enjoining the Corps from constructing the barrier complex and certain other parts of the Project, until a revised Environmental Impact Statement was prepared and accepted

25.   The Flood Control Act of 1928

26.   The U.S. Army Corps of Engineers Manual on Engineering, Design and Construction of Levees dated April 30, 2000.

27.   Information from the July of 1914 authorization by the Louisiana State Legislature to the City of New Orleans to locate and construct a deep water canal between the Mississippi River and Lake Pontchartrain. Construction of the Inner Harbor Navigations Canal ("IHNC"), which is also known as the Industrial Canal, commenced on June 6, 1918.

28.    Information regarding the Gulf Intracoastal Waterway ("GIWW"), which is the navigation canal project completed between New Orleans and Corpus Christi, Texas by mid-1942 under the authority of the Corps.

29.    Information regarding the construction and maintenance of the Mississippi River Gulf Outlet navigational canal ("MR-GO").

30.    The Corps' report on Hurricane Betsy (USACE, 1965).

31.    The Rivers and Harbor Act of 1945, P.L. 79-14, 50 Stat. 10 (March 2, 1945).

32.    The Fish and Wildlife Coordination Act ("FWCA"), 16 U.S.C. § 662, as amended in 1946 and 1958, et seq.

33.    The 1958 DOI report concluding that detailed investigations, coordinating hydrological, vegetative, fish and wildlife findings, as well as a model study would be a prerequisite to predictions of the MR-GO's effects and establishment of mitigatory measures.

34.    September 25, 1951 report by the Corps to Congress with recommendations for construction of the MR-GO ("MR-GO Authorization Report"), including the letter from the former Corps Chief of Engineers stating that the proposed MR-GO would be connected to the IHNC by its own *separate* canal running parallel to the GIWW and the report from the Corps' Board of Engineers recommending further studies into the MR-GO's impact on the Louisiana coast.

35.    Executive Order 11990.

36.    National Environmental Policy Act (NEPA), 42 U.S.C. § 4332 (c).

37.    The Water Resources Development Act of 1990 (WRDA).

38.    The Coastal Zone Management Act, 16 U.S.C. § 1452, *et. seq*.

39.    The Louisiana State and Local Coastal Resources Management Act, La. R.S. 49:214.21 *et. seq*.

40.    Record of the Congressional hearings which authorized the construction of the MR-GO in 1956 (P.L.-455) and the record of the Coprs' subsequent actions regarding the MR-GO.

41.    "1984 Re-Evaluation Study" means the study conducted by the Army Corps, published in 1984, that examined the feasibility of providing hurricane protection by raising, elevating, and strengthening levees and floodwalls in Greater New Orleans, as referred to and described in Volume 1, pages 26-27 of the IPET Report.

42.    Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006.

43.    Status Report - Comprehensive Plan for Timely Modification of the Mississippi River Gulf Outlet, Lee Wilson and Associates, Inc., (July 31, 2000)

44.    "Mister Go Must Go; a Guide for the Army Corps' Congressionally-Directed Closure of the Mississippi River Gulf Outlet," Dr. John Day, et al, (December 4, 2006)

45.    Mississippi River-Gulf Outlet, St. Bernard Parish, La., Bank Erosion, Reconnaissance Report, United States Army Corps of Engineers (January 1994)

46.    Notice of Study Findings, Louisiana Coastal Area, Louisiana, Shore and Barrier Island Erosion, Initial Evaluation Study, United States Army Corps of Engineers (July 1984)

47.    An Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet, Louisiana and an Outline of Proposed Fish and Wildlife Studies, Army Corps of Engineers (April 1958)

48.    The Army Corps' report on the proposed Mississippi River-Gulf Outlet was submitted to the House Committee on Rivers and Harbors.  *See* H. R. Doc. No. 71-46 (June 11, 1930)

49.    September 18, 1951 hearings before the House Subcommittee on Rivers and Harbors of the House Committee on Public Works with respect to the Mississippi River Gulf outlet and the Mobile to New Orleans Intracoastal Waterway"

50.    July 26, 1955 Report to the House of Representatives from the House Committee on Public Works on H. R. 6309

51.    Act of March 29, 1956 to "Authorize Construction of the Mississippi River Gulf-Outlet," Pub. L. 84-455, 70 Stat. 65 (1956)

52.     Public Works Appropriation Act of 1958, P. L. 85- 167, 71 Stat. 416 (August 26, 1957) (act authorizing Congressional funds for MRGO construction)

53.     August 24, 1957 letter from United States Secretary of the Interior, Fred A. Seaton, to Army Secretary Wilber M. Bruckner about the proposed canal.

54.     September 24, 1959 memorandum from F. C. Gillett, Acting Regional Director for the United States Fish and Wildlife Service to the Director of the Fish and Wildlife Service in Washington, D.C. outlining the recommendations re MRGO made to the Army Corps, and the Army Corps' response to these recommendations

55.     1959 draft correspondence from the Secretary of the Interior to the Secretary of the Army  re invitation for bids on Reach 2 of the MR-GO issued on January 30, 1959, after the 1958 Amendments were enacted

56.     May 4, 1959 correspondence to the Army Corps District Engineer from W. L. Towns, Acting Regional Director for the Fish and Wildlife Service re recommendations on MRGO construction

57.     Letter from Cary W. Kerlin, Field Supervisor for the United States Fish and Wildlife Service in Lafayette, Louisiana to Jack A. Stephen, Director-Secretary of the St. Bernard Parish Planning Commission in response to a written request for information concerning the MR-GO's effects on "St. Bernard Parish's wetlands and water bodies."

58.     1976 Army Corps document entitled *Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana*

59.     1958 Army Corps soil report re construction of the MR-GO, entitled *Geological Investigation of the Mississippi River-Gulf Outlet*

60.     Mississippi River-Gulf Outlet, Louisiana: Design Memorandum Nos. 1-A, 1-B, 1-C

61.     Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006

62.     US Army Corps of Engineers Soil and Bank Erosion Report from 1998.

63.     "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System", Final Report of the Interagency Performance Evaluation Task

Force, Interim Final Version as of 26 March 2007

64. "New Orleans Hurricane Protection Projects Data"

65. "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005", Final Report of the Independent Levee Investigation Team, July 31, 2006

66. "The Failure of the New Orleans Levee System during Hurricane Katrina", Final Report of Team Louisiana, February 12, 2007

67. "A FAILURE OF INITIATIVE", Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, February, 15, 2006,

68. "Hurricane Katrina - A Nation Still Unprepared", Special Report of the Committee on Homeland Security and Governmental Affairs, United States Senate, 2006

69. "Cost, Schedule, And Performance Problems Of The Lake Pontchartrain And Vicinity, Hurricane Protection Project", Report to The Congress by the Comptroller General of the United States, August 31, 1976

70. "Hurricane Protection Plan for Lake Pontchartrain and Vicinity", Hearing before the Subcommittee on Water Resources of the Committee on Public Works and Transportation, House of Representatives, Ninety-Fifth Congress, Second Session, January 5, 1978.

71. "Improved Planning Needed By The Corps Of Engineers To Resolve Environmental, Technical, And Financial Issues On The Lake Pontchartrain Hurricane Protection Project", Report to the Secretary of the Army by the U.S. General Accounting Office, August 17, 1982

72. "Expert Views On Hurricane And Flood Protection And Water Resources Planning For A Rebuild Gulf Coast", Hearing before the Subcommittee on Water Resources And Environment of the Committee on Transportation and Infrastructure, House of Representatives, One Hundred Ninth Congress, October 20, 2005

73. "HURRICANE PROTECTION - Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project", Testimony before the Committee on Homeland Security and Governmental Affairs, U.S. Senate, December 15, 2005

74.   "Protecting New Orleans: From Hurricane Barriers to Floodwalls", Report for Congress by the Congressional Research Service, January 26, 2006,

75.   Documents obtained through a Freedom of Information Act Request by the United States Army Corps of Engineers, New Orleans District;

76.   "Energy and Water, and Related Agencies Appropriations for Fiscal Year 2007 – Department of Defense-Civil Department of the Army-Corps of Engineers-Civil," Hearing before the U.S. Senate, Subcommittee of the Committee on Appropriations, 5 April 2006.

77.   The Rivers and Harbors Act of 1899 (33 U.S.C. § 403).

78.   The Flood Control Act of 1946.

79.   The Flood Control Act of 1965.

80.   U.S. Army Corps of Engineer Manuals

81.   U.S. Army Corps of Engineer Regulations

82.   Publications of the Headquarters, United States Army Corps of Engineers,

83.   Documents obtained through the Defendants Document Production in Civil Action 05-4182 *In Re: Katrina Canal Breaches Consolidated Litigation* (E.D. La).

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE

s/ James Parkerson Roy

JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of June, 2007.

_____/s/ Joseph M.Bruno_____

Joseph M. Bruno