UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL
MAG. WILKINSON

---

## MRGO DEFENDANTS' PRELIMINARY LIST OF "COMMON LIABILITY" FACT WITNESSES

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned Defendants submit this preliminary list of "common liability" fact witnesses.

As a preliminary matter, the MRGO Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category." CMO, § I(A). The MRGO Defendants deny that any liability issues exist in these consolidated cases that are common to any of the parties in any way that would allow class certification of any liability issues for trial. The MRGO Defendants herein expressly

reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the MRGO Defendants have endeavored in good faith to prepare this preliminary exhibit list, it is necessarily limited, because discovery in this case has only recently begun, and will not close until early 2008.  Consequently, MRGO Defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and submit this list in accordance with the Court's CMO and subject to later supplementation on the 20th day of every month as directed in that CMO.  CMO, § IV(A)(3).[1]

> Christopher Accardo
> U.S. Army Corps of Engineers
> *(mailing)*
> P.O. Box 60267
> New Orleans, LA  70160-0267
> *(physical)*
> 7400 Leake Avenue
> New Orleans, LA  70118
> Subject Matter:  Maintenance of the MRGO
>
> Walter Baumy
> U.S. Army Corps of Engineers
> *(mailing)*
> P.O. Box 60267
> New Orleans, LA  70160-0267
> *(physical)*
> 7400 Leake Avenue
> New Orleans, LA  70118
> Subject matter:  Design, construction and maintenance of the MRGO

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

879983v.1

John Bivona
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design and construction of the MRGO

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Jerry Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Levee inspections

Michelle Daigle
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Maintenance of the MRGO

Ronald C. Goldman, P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay Street
Vicksburg, MS 39183
Subject matter: Hydrological mapping and data relating to the Lake Pontchartrain
and Vicinity Hurricane Protection Plan ("LPVHPP")

Geneva Grille, P.E.
110 Noble Drive
Belle Chasse, LA 70037
Subject Matter: The engineering interface between the U.S. Army Corps of
Engineers and the Louisiana Department of Transportation, Lake Borgne Levee
District ("L.B.L.D."), Orleans Levee District ("O.L.D.") and various contractors
regarding the LPVHPP

Mark Huber
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: Hydrology of MRGO

Victor Landry
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
Subject matter: The Gulf Intracoastal Waterway ("GIWW")

Alfred Naomi
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA 70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA 70118
Subject matter: LPVHPP project management

4

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Hydrology of MRGO

Edmund Russo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Maintenance of the MRGO

David V. "Vann" Stutts
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

5

Harley Winer
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Effects of storm surge on the MRGO

Dated:  June 20, 2007                    Respectfully submitted,


*/s/ Lawrence J. Duplass*                 */s/ Ralph S. Hubbard*
Lawrence J. Duplass, 5199                 Ralph S. Hubbard III, T.A., 7040
        Of                                Joseph P. Guichet, 24441
Duplass, Zwain, Bourgeois, Morton, Pfister        Of
& Weinstock                               Lugenbuhl, Wheaton, Peck, Rankin &
3838 N. Causeway Blvd., Suite 2900        Hubbard
Metairie, Louisiana 70002                 601 Poydras Street, Suite 2775
Telephone: (504) 832-3700                 New Orleans, Louisiana  70130
Facsimile: (504) 837-3119                 Telephone:  (504) 568-1990
                                          Facsimile:   (504) 310-9195
Attorney for Board of Commissioners for
the Lake Borgne Basin Levee District      Attorneys for St. Paul Fire and Marine
                                          Insurance Company

WAI-2831140v2                                                         879983v.1

*/s/ Thomas P. Anszelmo*
Thomas P. Anszelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
     Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
     Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000

Attorneys for the Counsel for the
Board of Commissioners for the
Orleans Levee District

*/s/ William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
     Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

7

_/s/ Robin D. Smith_
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorneys for United States

WA1-2831140v2

879983v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MRGO Defendants'
Preliminary List of "Common Liability" Fact Witnesses has been served upon all counsel
of record through the Court's CM/ECF electronic filing system or by placing same in the
United States mail, postage prepaid and properly addressed, this 20th day of June, 2007.

/s/ Heather S. Lonian
Heather S. Lonian

WAI-2831140v2

879983v.1