UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO.: 05-4182

                                        SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

### JOINT DEFENDANTS JUNE SUPPLEMENTAL PRELIMINARY EXHIBIT LIST

In accordance with CMO #4 Sec. III(B)(1), the Levee defendants supplement the previously filed Supplemental Preliminary List of Exhibits that may or will be introduced at any class certification hearing:

The joint nature of the instant filing is made solely in conformity with the Court's order and should not be construed as an adoption, approval, or endorsement of anything contained therein by any particular defendant unless specified as such.

**EXHIBITS**

1. Financial records of the O.L.D., including Balance Sheets and statements of assets and liabilities for fiscal years ending June 30, 2005, June 30, 2006, and, once prepared, for fiscal year ending June 30, 2007;

2. Liability Insurance Policy issued to the Orleans Levee District effective August 2005;

3. Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

4. O.L.D. Profile Elevations Drawing - May 2005;

5. Performance Evaluation of the New Orleans and Southeast Hurricane Protection System, generated by the United States Army Corp of Engineers dated June 1, 2006, including underlying data, and any revisions or amendments, ("IPET" Reports);

6. Times-Picayune article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

7. Map of the proposed class and sub-class boundaries;

8. Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005, report No. UCB/CITRIS - 05/01, dated November 2, 2005 ("Berkeley" Report);

9. The Failure of the New Orleans Levee System during Hurricane Katrina and the Pathway Forwards, generated by Ivor Ll. Van Heerden, Ph.D. and G. Paul Kemp, Ph.D. ("Team Louisiana" Report);

10. "MR-GO" Master Consolidated Class Action Complaint;

11. Superseding Master Consolidated Class Action Complaint - Levee Plaintiffs;

12. Dr. Paul Kuhlmeier - CV;

13. Gregory C. Rigamer - CV

14. Michael W. Truax - CV;

15. Dan Milham - CV;

16. Standard Form 95's that were submitted to the Army Corps of Engineers by proposed class representatives in relation to Hurricane Katrina; and copies produced by Plaintiffs of the Standard Form 95s that were submitted to the Army Corps of Engineers by putative class members in relation to Hurricane Katrina;

17. Documents supportive of claims made for assistance from the Louisiana Recovery Authority by class representatives and putative class members arising from damage caused by Hurricane Katrina;

18. GCR home survey report database;

19. LIDAR data and imaging - New Orleans and surrounds;

20. FEMA aerial photography - New Orleans and surrounds;

21. Topography database - New Orleans and surrounds;

22. Erik L. Nelson - CV;

23. Michael Flores - CV;

24. Satellite imagery and data base regarding temporary roofing utilized following Hurricane Katrina;

25. Supporting data, documents, photographs, analyses, calculations and any other document utilized by defense experts in reaching and supporting their expert reports and opinions;

26. Billy Prochaska - CV;

27. ASCE Report - What Went Wrong and Why, 2007.

Respectfully submitted,

_/s/ [signature]_

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:      (504) 831-0946
FACSIMILE:      (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:      (337) 237-7000
FACSIMILE:      (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

and

CHRISTOVICH & KEARNEY, LLP
Mr. Charles M. Lanier, Jr. #18299
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:      (504) 593-4272
FACSIMILE:      (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE:  (202) 616-4289
FACSIMILE:   (202) 616-5200
Attorneys for United States of America

and

DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich #7354
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:         (985) 871-0800
FACSIMILE:  (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE:     (504) 568-1990
FACSIMILE:     (504) 310-9195
Attorneys for St. Paul Fire and Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2007, a copy of the above and foregoing **Joint Defendants June Supplemental Preliminary Exhibit List** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____
COUNSEL