UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE | | |

## DEFENDANTS' PRELIMINARY "COMMON LIABILITY" EXHIBIT LIST

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned Defendants submit this preliminary list of "common liability" exhibits.

As a preliminary matter, the Levee Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category." CMO, § I(A). The Levee Defendants deny that to the extent that any liability issues exist in these consolidated cases are common to any of the parties in any way that would allow class certification of any liability issues for trial. The Levee Defendants herein expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the Levee Defendants have endeavored in good faith to prepare this preliminary exhibit list, liability discovery in this case has only recently begun, and it will not close until early 2008. Consequently, the Levee Defendants have not finally determined the identity of exhibits that may be used at a "common liability" trial, which may take place sometime after March 26, 2009. CMO, § VI(B). In accordance with the Court's CMO, the Levee Defendants will use their best efforts to supplement this list on the 20th of every month from now until March 20, 2008, when the final exhibit list is due. *Id.*, § IV(A)(3).

The following is a general list of the documents that may be introduced at the trial of this matter. At this point in the litigation it is not feasible to identify the specific documents that will be introduced.

1. Relevant engineering manuals,

2. Relevant research reports,

3. Relevant survey reports,

4. Relevant memoranda (*e.g.*, design, benchmark, and standard project hurricane).

5. Relevant budget justification sheets,

6. Relevant court injunction documents,

7. Relevant General Accounting Office reports,

8. Relevant evaluation and reevaluation reports,

9. Relevant memoranda,

10. Relevant parts of IPET Report and underlying materials and supporting documents,

11. Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors.

12. Relevant dredging permits,

13. Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

14. Relevant inspection reports,

15. Relevant modeling data and depictions.

16. Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter.

17. Legislative materials

18. Statutes and regulations

       Respectfully submitted,


       _____
       McCRANIE, SISTRUNK, ANZELMO,
       HARDY, MAXWELL & McDANIEL
       Thomas P. Anzelmo, P.A. - #2533
       Mark E. Hanna - #19336
       Kyle P. Kirsch - #26363
       Andre J. Lagarde - #28649
       3445 N. Causeway Boulevard, Ste. 800
       Metairie, Louisiana 70002
       TELEPHONE: (504) 831-0946
       FACSIMILE: (504) 831-2492
       Attorneys for the ORLEANS LEVEE
       DISTRICT

       and

       LABORDE & NEUNER
       Ben L. Mayeaux - #19042
       James L. Pate - # 10333
       Gregory A. Koury - #26364
       One Petroleum Center, Suite 200
       1001 West Pinhook Road
       Lafayette, Louisiana 70503

TELEPHONE:     (337) 237-7000
FACSIMILE:     (337) 233-9450

and

CHRISTOVICH & KEARNEY, LLP
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Mr. Gregory S. LaCour #23823
Mr. Kevin Tully #1627
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:     (504) 593-4272
FACSIMILE:     (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

U.S. DEPARTMENT OF JUSTICE
Richard R. Stone, Sr.
Keith Liddle
Michele Greif
Ina Strichartz
TELEPHONE (202) 616 4291
FACSIMILE (202) 616 5200
Attorneys for The United States of America

and

DAIGLE FISSE & KESSENICH, PLC
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:     (985) 871-0800
FACSIMILE:     (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:        (504) 568-1990
FACSIMILE:               (504) 310-9195
Attorneys for St. Paul Fire and Marine
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2007, a copy of the above and foregoing **Joint Defendants Preliminary Exhibit List** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: ALL LEVEE<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## DEFENDANTS' PRELIMINARY
## "COMMON LIABILITY" EXHIBIT LIST

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned Defendants submit this preliminary list of "common liability" exhibits.

As a preliminary matter, the Levee Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category." CMO, § I(A). The Levee Defendants deny that to the extent that any liability issues exist in these consolidated cases are common to any of the parties in any way that would allow class certification of any liability issues for trial. The Levee Defendants herein expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the Levee Defendants have endeavored in good faith to prepare this preliminary exhibit list, liability discovery in this case has only recently begun, and it will not close until early 2008. Consequently, the Levee Defendants have not finally determined the identity of exhibits that may be used at a "common liability" trial, which may take place sometime after March 26, 2009. CMO, § VI(B). In accordance with the Court's CMO, the Levee Defendants will use their best efforts to supplement this list on the 20th of every month from now until March 20, 2008, when the final exhibit list is due. *Id.*, § IV(A)(3).

The following is a general list of the documents that may be introduced at the trial of this matter. At this point in the litigation it is not feasible to identify the specific documents that will be introduced.

1. Relevant engineering manuals,

2. Relevant research reports,

3. Relevant survey reports,

4. Relevant memoranda (e.g., design, benchmark, and standard project hurricane).

5. Relevant budget justification sheets,

6. Relevant court injunction documents,

7. Relevant General Accounting Office reports,

8. Relevant evaluation and reevaluation reports,

9. Relevant memoranda,

10. Relevant parts of IPET Report and underlying materials and supporting documents,

11. Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors.

12. Relevant dredging permits,

13. Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

14. Relevant inspection reports,

15. Relevant modeling data and depictions.

16. Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter.

17. Legislative materials

18. Statutes and regulations

Respectfully submitted,

McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:      (504) 831-0946
FACSIMILE:       (504) 831-2492
Attorneys for the ORLEANS LEVEE
DISTRICT

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503

TELEPHONE:     (337) 237-7000
FACSIMILE:     (337) 233-9450

and

CHRISTOVICH & KEARNEY, LLP
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Mr. Gregory S. LaCour #23823
Mr. Kevin Tully #1627
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:     (504) 593-4272
FACSIMILE:     (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

U.S. DEPARTMENT OF JUSTICE
Richard R. Stone, Sr.
Keith Liddle
Michele Greif
Ina Strichartz
TELEPHONE (202) 616 4291
FACSIMILE (202) 616 5200
Attorneys for The United States of America

and

DAIGLE FISSE & KESSENICH, PLC
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:     (985) 871-0800
FACSIMILE:     (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:        (504) 568-1990
FACSIMILE:                (504) 310-9195
Attorneys for St. Paul Fire and Marine
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2007, a copy of the above and foregoing **Joint Defendants Preliminary Exhibit List** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____