UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION
                                     NO.: 05-4182

                                     SECTION "K" (2)

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
           05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
           06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
           06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
           06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
           06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
           07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

### JOINT DEFENDANTS JUNE SUPPLEMENTAL PRELIMINARY WITNESS LIST

In accordance with CMO #4 Sec. III(B)(1), the Levee defendants supplement the previously filed Preliminary List of Witnesses who may or will be called to testify at any class certification hearing:

The joint nature of the instant filing is made solely in conformity with the Court's order and should not be construed as an adoption, approval, or endorsement of anything contained therein by any particular defendant unless specified as such.

## WITNESSES

1.     Name:     James Bollinger, CPA
   Comptroller
   Orleans Levee District
   Address:     6001 Stars & Stripes Blvd., Suite 202
   New Orleans, LA   70126
   Subject Matter:     The financial condition and insurance coverage available to the O.L.D.;

2.     Name:     Paul Kuhlmeier, Ph.D.
   Address:     5296 E. Softwood Drive, Boise, ID 83716
   Subject Matter:     Expert in hydrological and geological engineering. The factors pertinent to the sources and causes of the flooding in the proposed class boundaries, the contributions to the flooding at various locations within the proposed class boundaries, and whether individualized analysis will be required to determine the sources of and allocable contributions for the flooding at various locations within the proposed class area.

3.     Name:     Gregory C. Rigamer
   GCR & Associates, Inc.
   Address:     2021 Lakeshore Drive, suite 100
   New Orleans, LA   70122
   Subject Matter:     Expert in demographics, cultural heritage, and urban planning. The distribution of topographical features and structures, damage assessment, mapping, and demographic data for the proposed class area.

4.     Name:     Michael W. Truax, MAI
   Address:     Truax Robles & Baldwin Appraisers LLC
   3045 Ridgelake Drive
   Suite 100
   Metairie, Louisiana   70002
   Phone:  504-833-2020
   Subject Matter:     Expert in commercial and private real estate appraisal. The damages, damage assessment, and fair market value for structures damaged by Hurricane Katrina and flooding for the proposed class area.

5.     Name:     Dan Milham
      Address:     WDSU News Channel 6
          846 Howard Ave.
          New Orleans, LA   70113
      Subject Matter:     Expert in meteorology. The development, track, characteristics, and impact of Hurricane Katrina and Hurricane Rita.

6.     Name:     Dr. James A. Richardson
      Address:     3200 CEBA Building
          Louisiana State University
          Baton Rouge, Louisiana   70803
      Subject Matter:     Expert in Economics. The factors, calculations and information necessary to determine economic damages as set forth by the proposed class and class representatives.

7.     Name     Proposed Class Representatives:
          Michelle Hennessey
          Laurie Coniglio
          Leo Mitchell
          Lenniece Morrell
          Charles Moses
          Alice Meyer
          Laura Greer
          Gary Greer
          Gertrude Esteves
          Stella Washington
          John B. Williams
          Emanuel Wilson
          Lucinda Coco
          Leslie Dorantes
          Anita Harrison
          Trenise Jackson
          Dwayne Mallet
          Donna Augustine
          Gladys La Beaud
          Daisy Innis
          Betty Jones

|   |   |   |
|---|---|---|
|   | Addresses:<br>Subject Matter: | Denise Meade<br>Joella Cephas<br>Beatrice Drew<br>Eddie Knighten<br>Calvin Levy<br>Nicola McCathen<br>Unknown<br>Whether the action should be certified as a class action including questions relating to numerosity of claimants, typicality of claims and defenses, commonality of claims and defenses, adequacy of the proposed class representatives, adverse interests of the proposed class representatives, lack of predominance of common issues, the predominance of issues requiring individualized proof, damages claimed and facts surrounding their experiences during Hurricane Katrina and its aftermath. |
| 8. | Name:<br>Address:<br><br>Subject Matter: | Fran Campbell<br>203 Plauche Court<br>Harahan, LA 70123<br>Executive Director East Jefferson Levee District<br>Scope of authority of the East Jefferson Levee District and its duties and responsibilities as they relate to the 17th Street Canal, the London Avenue Canal, and the Industrial Canal. |
| 9. | Name:<br><br>Address:<br>Subject Matter: | Jack Huerkamp, Sewerage and Water Board of New Orleans,<br>625 St. Joseph Street, New Orleans, Louisiana 70130<br>To testify regarding the construction and operation of the drainage system. |
| 10. | Name:<br>Address:<br><br><br>Subject Matter: | Erik L. Nelson, Phd., P.E.<br>Nelson Architectural Engineers, Inc.<br>2740 Dallas Parkway, Suite 220<br>Plano, Texas 75093<br>Expert in architectural engineering. The factors relating to architectural damage, assessment and evaluation of property damage due to flooding, wind blown rain, rain, and other causes, and the individualized nature of property |

damage evaluations.

11.     Name:     Insurance adjustors and claims representatives that adjusted, investigated or inspected the alleged property damage of the proposed class representatives;

12.     Name:     Michael Flores, P.E., Certified Surveyor
GCR & Associates, Inc.
Address:     2021 Lakeshore Drive, suite 100
New Orleans, LA     70122
Subject Matter:     Expert in civil engineering and surveying. Fact and expert testimony regarding locations, coordinates, elevation and other physical attributes of the properties for which damages are claimed by the proposed class representatives and putative class members.

13.     Name:     Stevan G. Spencer
Address:     6920 Franklin Avenue
New Orleans, LA 70122
Executive Director Orleans Levee District
Subject Matter:     Scope of authority of the Orleans Levee District and its duties and responsibilities as they relate to the 17th Street Canal, the London Avenue Canal, and the Industrial Canal.

14.     Name:     Gerard Gillen III
Address     6920 Franklin Avenue
New Orleans, LA 70122
Assistant Director Orleans Levee District
Subject Matter:     Scope of authority of the Orleans Levee District and its duties and responsibilities as they relate to the 17th Street Canal, the London Avenue Canal, and the Industrial Canal.

-5-

| | | |
|---|---|---|
| 15. | Name:<br>Address<br><br>Subject Matter: | Victor Landry<br>329 Virginia Street<br>New Orleans, LA 70124<br>Former UASCOE and O.L.D. engineer familiar with the development of the New Orleans area flood control structures and the relationship between various entities involved with flood control structures. |
| 16. | Name:<br><br>Address<br>Subject Matter: | Ronald C. Goldman, P.E.<br>4155 Clay Street<br>Vicksburg, MS 39183<br>Investigation and analysis of New Orleans area hydrology, hydraulics, drainage basins, sources of waters, timing of breaches/overtoppings, and acquisition and/or preparation of reports, photography, and data compilations regarding Hurricane Katrina. |
| 17. | Name:<br>Address:<br><br>Subject Matter: | Billy Prochaska<br>9935 Hillyard<br>Baton Rouge, LA 70809<br>Expert in geotechnical engineering. Testimony regarding the condition of the flood control structures and the potential causes of levee breaches and over-toppings. |
| 18. | Name:<br><br>Subject Matter: | Unidentified Witness from the Corps Memphis Division<br>May testify regarding, among other items, how, when, by whom and why certain "F.E.M.A. Blue Roof" data was compiled and imagery was made, and what that data and imagery represents and geographic dispersion of "Blue Roofs". |

19.     Persons that investigated, inspected or adjusted the proposed class representatives.

Respectfully submitted,

_____

McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:   (504) 831-0946
FACSIMILE:   (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:   (337) 237-7000
FACSIMILE:   (337) 233-9450

and

CHRISTOVICH & KEARNEY, LLP
Mr. Charles M. Lanier, Jr. #18299
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Mr. Gregory S. LaCour #23823
Mr. Kevin Tully #1627
601 Poydras Street, Suite 2300

New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

U.S. DEPARTMENT OF JUSTICE
Richard R. Stone, Sr.
Keith Liddle
Michele Greif
Ina Strichartz
TELEPHONE (202) 616 4291
FACSIMILE (202) 616 5200
Attorneys for The United States of America

and

DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich #7354
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
& WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900

        Metairie, Louisiana 70002
        TELEPHONE: (504) 832-3700
        FACSIMILE: (504) 837-3119
        Attorneys for the Board of Commissioners
        for the East Jefferson Levee District

        and

        LUGENBUHL, WHEATON, PECK, RANKIN
        & HUBBARD
        Mr. Ralph S. Hubbard III - # 7040
        Mr. Seth E. Schmeeckle - # 27076
        601 Poydras Street
        Pan American Life Center, Suite 2775
        New Orleans, LA 70130-6027
        TELEPHONE:    (504) 568-1990
        FACSIMILE:    (504) 310-9195
        Attorneys for St. Paul Fire and Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2007, a copy of the above and foregoing **Joint Defendants Supplemental Preliminary Witness List** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

                                                    _/s/_____
                                                           COUNSEL