UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

_____

## ORDER

Considering the foregoing <u>Unopposed Motion to Continue Hearing Date of C.R. Pittman Construction Company, Inc.'s Motion to Defer Collection, Approve Security Or Alternatively To Dispense With Security</u>,

**IT IS HEREBY ORDERED** that the hearing date on Motion to Defer Collection, Approve Security or Alternatively To Dispense With Security (rec. doc. 5438) currently set for June 27, 2007 at 9:00 a.m. be and is hereby continued until August 22, 2007.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this   20th   day of June 2007.

_____
**STANWOOD R. DUVAL**
**UNITED STATES DISTRICT JUDGE**