UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K (2) |
| THIS DOCUMENT RELATES TO<br>MRGO (06-5023)<br>ANDREW A. LEMMON V.<br>METLIFE AUTO & HOME INSURANCE<br>AGENCY, INC. AND AMERICAN RELIABLE<br>INSURANCE COMPANY | * * * * * * * | JUDGE STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE<br>JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims of plaintiff, Andrew A. Lemmon, as against defendant, Metropolitan Property and Casualty Insurance Company, be and the same are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this __20th__ day of _____June_____, 2007.

_____
JUDGE

590911
DAB41309