UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>     CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>INSURANCE    **FRANCO, No. 06-7660** | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Because I am conducting part of a jury trial, **IT IS ORDERED** that the preliminary conference in the bifurcated case of **Nicholas Franco et al. v. Insurance Counselors, Inc.**, **C.A. No. 06-7660, "K"(2)**, previously set on June 19, 2007, is hereby RESET on **JUNE 27, 2007 at 2:30 p.m.**  Counsel for all parties must appear before me **IN PERSON** on **JUNE 27, 2007 at 2:30 p.m.** with their calendars.

New Orleans, Louisiana, this  20th  day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**