1MINUTE ENTRY
WILKINSON, M.J.
JUNE 19, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  ALL CASES | MAG. WILKINSON |

At the request of Liaison Counsel, a conference by telephone was conducted on this date.  Participating were:  Plaintiffs' counsel, Joseph M. Bruno, and defense counsel, Ralph S. Hubbard III and Seth Schmeeckle. Liaison Counsel advised me of the status of certain recently filed or anticipated motions concerning discovery.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **0 : 10**