UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Larroque</u>, 06-8451 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant's Motion to Compel Discovery, Record Doc. No. 5416, set for hearing on June 20, 2007 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED and plaintiffs are HEREBY ORDERED to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order. All

objections, except on the basis of attorney-client privilege or work product doctrine, are deemed waived. In addition, plaintiffs must pay to defendant $450 in attorney's fees for their complete failure to respond to discovery served on November 13, 2006 and Request for Admissions served on February 9, 2007. Fed. R. Civ. P. 37(a)(4)(A).

New Orleans, Louisiana, this   21st   day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE