UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

## MOTION TO SUBSTITUTE PLEADING

NOW INTO COURT come the MRGO and Levee Plaintiffs and MRGO and Levee Defendants, who, through undersigned counsel, respectfully request leave to substitute the accompanying Fifth Joint Motion to Amend Case Management and Scheduling Order No. 4 for Rec. Doc. 5630, which bears an incorrect signature block for Plaintiffs' Liaison Counsel.

**WHEREFORE**, plaintiffs and defendants in the Levee and MRGO cases jointly request leave to substitute the accompanying Fifth Joint Motion to Amend Case Management and Scheduling Order No. 4 for Rec. Doc. 5630.

879883v.1

Dated: June 21, 2007                                    Respectfully submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno, Bar No. 3604
THE LAW OFFICE OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504 525-1335
Facsimile: 504 561-6775
jbruno@jbrunolaw.com

*Plaintiffs' Liaison Counsel*

/s/ William D. Treeby
William D. Treeby, Bar No. 12901
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361
wtreeby@stonepigman.com

*Defendants' Contractors Litigation Committee Representative and Counsel of Record for Defendant Washington Group International*

/s/ Gary M. Zwain
Gary M. Zwain
Duplass, Zwain, Bourgeois, Morton
   Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: 504 832-3700
Facsimile: 504 837-3119

*Counsel for Defendant Board of Commissioners, Lake Borgne Levee District and Board of Commissioners, East Jefferson Levee District*

/s/ Ralph S. Hubbard, III
Ralph S. Hubbard, III, La. Bar 7040
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
rhubbard@lawla.com

*Defendant Liaison Counsel*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Case Management and Scheduling Order No. 4 has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail, postage prepaid and properly addressed, this 21st day of June, 2007.

                                        /s/ William D. Treeby
                                        William D. Treeby

879883v.1