UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

## ORDER

Considering the foregoing Motion to Substitute Pleading;

**IT IS ORDERED** that the motion is **GRANTED** and that the Fifth Joint Motion to Amend Case Management and Scheduling Order No. 4 is substituted for Rec. Doc. 5630.

NEW ORLEANS, LOUISIANA, this ____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

879883v.1