## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | § CIVIL ACTION <br> § NO. 05-4182 "K" (2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON |
| PERTAINS TO: <br> ALL MRGO AND LEVEE CASES | |

### FIFTH JOINT MOTION TO AMEND
### CASE MANAGEMENT AND SCHEDULING ORDER No. 4

The Fifth Joint Motion of Plaintiffs in the MRGO[1] and Levee cases and MRGO and Levee Defendants respectfully represents:

1.

Plaintiffs in the MRGO and Levee cases and Defendants in the MRGO and Levee cases, each acting through their respective undersigned liaison counsel, jointly move the Court for an order amending the Case Management and Scheduling Order No.4 ("CMO No. 4") as follows.

---

[1] This motion is not intended to include or impact the *Robinson* (06-2286) Case Management Order.

879787v.1

2.

The parties desire to amend Section III(B) of the CMO to extend the deadline for submission of the parties' Final Class-Certification Witness List, currently set for June 27, to July 20, 2007.

3.

The parties further desire to extend the deadline for Plaintiffs' Final Exhibit List, currently set for June 27, to July 30, 2007.

4.

The parties further desire to extend the deadline for Defendants' Final Exhibit List, currently set for June 27, to August 27, 2007.

5.

The parties further desire to amend Section III(C) of the CMO to extend the deadline for class-certification fact depositions, currently set for July 27, to August 3, 2007.

**WHEREFORE**, plaintiffs and defendants in the Levee and MRGO cases jointly ask the Court to amend the Case Management and Scheduling Order No. 4, as proposed herein.

Dated:    June 20, 2007                              Respectfully submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno, Bar No. 3604
Joseph M. Bruno, Bar No. 3604
THE LAW OFFICE OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504 525-1335
Facsimile: 504 561-6775
jbruno@jbrunolaw.com


*Plaintiffs' Liaison Counsel*

/s/ William D. Treeby
William D. Treeby, Bar No. 12901
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504-581-3200
Facsimile: 504-581-3361
wtreeby@stonepigman.com

*Defendants' Contractors Litigation Committee Representative and Counsel of Record for Defendant Washington Group International*


/s/ Gary M. Zwain
Gary M. Zwain
Duplass, Zwain, Bourgeois, Morton
    Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: 504 832-3700
Facsimile: 504 837-3119

*Counsel for Defendant Board of Commissioners, Lake Borgne Levee District and Board of Commissioners, East Jefferson Levee District*

/s/ Ralph S. Hubbard, III
Ralph S. Hubbard, III, La. Bar 7040
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
rhubbard@lawla.com

*Defendant Liaison Counsel*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Motion to Amend Case Management and Scheduling Order No. 4 has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of June, 2007.

/s/ William D. Treeby
William D. Treeby

879787v.1