UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE                               JUDGE DUVAL
                                                 MAG. J. WILKINSON

## ORDER ON MOTIONS

APPEARANCES:   None (on the briefs)

MOTIONS:   (1)   Levee Plaintiffs' Motion to Deem Matters Admitted as to Requests for Admissions Propounded to Defendants, Eustis Engineering Co., Inc., Gulf Group Inc. of Florida and Pittman Construction Co., Inc., and for Attorneys' Fees and Expenses, Record Doc. No. 5278

           (2)   Motion of Plaintiffs' Levee Subgroup Litigation Committee ("Levee PSLC") to Compel Class Certification Discovery Responses from Defendants, Boh Bros. Construction Co., Inc., Gulf Group, Inc. of Florida, Pittman Construction Co., Inc. and Eustis Engineering Co., Inc., Record Doc. No. 5457

O R D E R E D:

 (1), (2): DISMISSED AS MOOT. The basis of the motions was that responses to certain written discovery had not been received. The letters I received yesterday from counsel (which I have separately filed in the record) indicate that responses in fact were provided. Therefore, the motions are moot. In addition, some of the engineers/contractors whose discovery responses are the subject of these motions previously prevailed on their motions to dismiss. For that reason, and because it appeared based upon previous rulings that there was a strong likelihood that they would be dismissed altogether from this consolidated litigation, Case Management Order "(CMO") No. 4, Record Doc. No. 3299 at ¶A(1)(f)(1)(a), p.24, as later expanded in Record Doc. No. 3783, provided that the

engineers/contractors "will be treated as non-parties," except for certain document production as voluntary disclosures on a limited basis. Interrogatories, requests for production and requests for admission are devices that by the express terms of the Federal Rules of Civil Procedure can only be used as to parties. Fed. R. Civ. P. 33(a), 34(a) and 36(a). Thus, any responses provided were more than was required, and no further responses need be made.

New Orleans, Louisiana, this  21st  day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.