UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br><br>LEVEE<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that defendant's Request for Oral Argument, Record Doc. No. 5625, is **GRANTED,** and that hearing on plaintiffs' Motion to Compel, Record Doc. 5424, will be held before the Honorable Joseph C. Wilkinson, Jr., at 500 Poydras Street, Rm. B-421, New Orleans, Louisiana, on **JUNE 27, 2007 at 11:00 a.m.**

New Orleans, Louisiana, this   21st   day of June, 2007

_____
United States Magistrate Judge