UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE: *Nemeth*, 07-3078 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering Allstate Insurance Company's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Judy Y. Barrasso and Bonita Y. Hawkins of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Allstate Insurance Company and substitute in their place Gregory J. Schwab as Allstate Insurance Company's counsel of record in this proceeding.

New Orleans, Louisiana, this  20th  day of June, 2007.

_____
JUDGE