UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | DOCKET NO. 05-4182 |
| PERTAINS TO: INSURANCE: | * * | JUDGE DUVAL |
| *AARON*, 06-4746 | * * | MAGISTRATE WILKINSON |
| * * * * * * * | | |

### ORDER

Considering the foregoing Motion:

**IT IS ORDERED** that the above captioned action be and the same is hereby reopened for the limited purposes set forth herein;

**IT IS FURTHER ORDERED** that the above captioned action be and the same is hereby dismissed, with prejudice, as to Electric Insurance Company only, each party to bear its own costs.

**IT IS FURTHER ORDERED** that all other claims in the above captioned action be and the same hereby are reserved as to all other defendants.

New Orleans, Louisiana, this 20th day of _____June_____, 2007.

_____
DISTRICT JUDGE

ND: 4839-6020-3009, v. 1