**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

**District Court:** EASTERN DISTRICT OF LOUISIANA

**District Court Docket Number:** 06-8722; 06-8867; [illegible]

**Short Case Title:** IN RE: KATRINA CANAL BREACHES

**Court Reporter:** JODY SIMCOX

**Date Notice of Appeal Filed by Clerk of District Court:** 5/10/07

**Court of Appeals #:** 07-30495

*(stamp: U.S. COURT OF APPEALS RECEIVED JUN 19 2007 NEW ORLEANS, LA)*

## PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**

- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| [illegible handwriting] | [illegible] | [illegible] |
| DATED 4/18/07 DENYING MOTIONS TO STAY LITIGATION (DOCKET DOCUMENT 3742) BEING APPEALED | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ☐ Private funds;  ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*;  ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds;
- ☐ Other _____

**Signature:** [signature]

**Date Transcript Ordered:** [illegible]

**Print Name:** CAMILO K. SALAS III

**Counsel for:** [illegible]

**Address:** 650 Poydras St., Suite 1650 [illegible]

**Telephone:** 504-[illegible]

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

## PART II. COURT REPORTER ACKNOWLEDGEMENT
*(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ Date    _____ Signature of Court Reporter    _____ Telephone

**Address of Court Reporter:** _____

\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
*(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Date    _____ Signature of Court Reporter

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____

DKT-13 (5/96)

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part III.

☆ U.S. GOVERNMENT PRINTING OFFICE: 2004-665-555

READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

**TRANSCRIPT ORDER**

MAIN CASE: 05-4182
PERTAINS TO: 06-8676; 06-8881, 06-8888; 06-8890; 06-8891, 06-8922; 06-8967; 06-9075, 06-9323

District Court: EASTERN DISTRICT OF LOUISIANA
District Court Docket Number: (see above)
Short Case Title: IN RE: KATRINA CANAL BREACHES
Court Reporter: JODY SIMCOX
Date Notice of Appeal Filed by Clerk of District Court: 5/10/07
Court of Appeals #: 07-30495

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☒ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: (check appropriate box)
  - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | NO HEARING WAS HELD IN CONNECTION WITH ORDER DATED 4/13/07 DENYING MOTIONS TO STAY LIMITATIONS (DOCKET DOCUMENT 3742) BEING APPEALED HERE | |

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature: /s/
Date Transcript Ordered: NONE
Print Name: CAMILO K. SALAS III
Counsel for: FELICIA ACKERSON, ET AL
Address: 650 POYDRAS ST, SUITE 1650, N.O. LA. 70130
Telephone: 504-799-3080

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

Date _____  Signature of Court Reporter _____  Telephone _____

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages  _____ Actual Number of Volumes