

# SALAS & Co., L.C.
ATTORNEYS AND COUNSELORS AT LAW

Camilo K. Salas III
csalas@salaslaw.com

650 Poydras Street
Suite 1650
New Orleans, Louisiana 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085

June 19, 2007

Alicia Phelps
Deputy Clerk, Clerk's Office
United States District Court
Eastern District of Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130

    Re: Katrina Breaches Litigation Civil Action No. 05-4182 K
       c/w related cases (06-8676; 06-8884; 06-8888; 06-8890; 06-8891;
       06-8922; 06-8967; 06-9075; 06-9223; 06-4066)
       Fifth Circuit Court of Appeals No. 07-30495

       *05-4182 K*

Dear Ms. Phelps:

  Today I received the attached document, which erroneously states that the Court of Appeals docket fee has <u>not</u> been paid. This is in error.

  Attached hereto are copies of the check tendered in payment and the receipt indicating payment was made May 14, 2007.

                Sincerely,

                Camilo K. Salas III

CKS:dg
Enclosure

  cc w/enc.: Clerk, United States Court of Appeals – Appeal No. 07-30495
         James H. Roussel, Esq.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

500 Poydras St., Room C-151
New Orleans, LA 70130

May 11, 2007

**07-30495**

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO _____

IN RE: <u>KATRINA CANAL BREACHES LITIGATION         CA 05-4182 K
c/w related cases 06-8676, 06-8884, 06-8888, 06-8890, 06-8891, 06-8922,
06-8967, 06-9075, 06-9223, 06-4066</u>

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

- [x] 1) Certified copy of the notice of appeal and docket entries.
- [ ] 2) Certified copy of notice of a cross-appeal and docket entries.
- [x] 3) The Court of Appeals docket fee ___ HAS  _x_ HAS NOT been paid.
- [ ] 4) This case is proceeding <u>in forma pauperis</u>
- [ ] 5) Order Appointing Counsel    ___ CJA-20    ___ FPD
- [x] 6) District Judge Entering the final judgment is <u>Stanwood R Duval Jr</u>
- [x] 7) Court Reporter assigned to the case <u>Bonnie Hebert, Cindy Usner, Cathy Pepper, Jodi Simcox, Karen Ibos, Cynthia Crawford</u>
- [ ] 8) If criminal case, number and names of other defendants on appeal ___
- [ ] 9) This case was decided without a hearing; there will be no transcript.
- [ ] 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

- [ ] 1) Electronic Copy of Record on appeal:
  - ___ Volume(s) of record   ___ Volume(s) of transcripts
  - ___ Volume(s) of depositions
  - ___ Container(s) of exhibits ___ Box ___ Binder
- [ ] 2) Supplemental record consisting of ___
- [ ] 3) SEALED DOCUMENT _____
- [ ] 4) Other: _____

Very truly yours,

By   <u>Alicia Phelps</u>
     Deputy Clerk

## Appeal Documents

2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
APPEAL, MASTER, PROTO, STAY

## U. S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Salas, Camilo on 5/10/2007 at 5:28 PM CDT and filed on 5/10/2007

**Case Name:** In Re: Katrina Canal Breaches Litigation
**Case Number:** 2:05-cv-4182
**Filer:** Fellosea Ackerson
**Document Number:** 4568

```
General Depository for credit to
United States Treasury Symbol 4634
```

ckerson. Filing fee $ 455. (Reference: 06-8676; 06-8884; 06-8888; ; 06-9075; 06-9223; 06-4066)(Salas, Camilo)

```
Mon May 14 14:05:01 2007

UNITED STATES DISTRICT COURT
   NEW ORLEANS    , LA
Receipt No.  200 342382
Cashier       dg
Tender Type  CHECK
Check Number: 8953
Transaction Type  N
DO Code   Div No    Acct
 4634       2      086900
Amount             $   455.00
APPEAL FEE 05-4182 DANIEL BECNEL DOC # 4
568
```

onically mailed to:

llsouth.net, jmk_hht@bellsouth.net

@goinsaaron.com

@phelps.com, parkerd@phelps.com, steadmas@phelps.com

@rc.com, sholden@rc.com

jlaw.com, RKaczynski@phjlaw.com

.com, adamsgb@gmail.com, banthaume@phjlaw.com,

, nancykhobbs@yahoo.com

vfa-law.com, ksmith@hvfa-law.com

nielsenlawfirm.com, mblythe@nielsenlawfirm.com,

pw-law.com, bsimpson@lpw-law.com, lgauthreaux@lpw-law.com

l.com, brent@klibertlaw.com

```
Mon May 14 14:05:01 2007

Check No. 8953
Amount$   455.00
Pay any Federal Reserve Bank or
General Depository for credit to
```

**THE LAW OFFICE OF**
**DANIEL E BECNEL, JR**
**P O DRAWER H**   PH 985-536-1186
RESERVE, LA 70084

8953
10-72
14-9/650

PAY TO THE ORDER OF  Clerk USDC

DATE  May 11, 2007

Four Hundred Fifty Five and 00/100                    $ 455.00

DOLLARS

**HIBERNIA National Bank**
ST CHARLES- ST JOHN, LOUISIANA

OR  Ackerson v. Bean

⑆008953⑆ ⑈065000090⑈ 000 12 2168⑈



NEW ORLEANS LA 701

19 JUN 2007 PM 6 L

Camilo K. Salas III
SALAS & Co., L.C.
650 Poydras Street
Suite 1650
New Orleans, LA 70130

Alicia Phelps, Deputy Clerk, Clerk's Office
United States District Court
Eastern District of Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130

70130+3367