# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DOLL, ET AL | * | CIVIL ACTION NO.: 07-2730 |
| versus | * | SECTION: K |
| STATE FARM MUTUAL AUTO. INSURANCE COMPANY | * | MAG. 3 |

## ORDER

Considering the foregoing Motion to Deconsolidate filed by Defendant State Farm Fire and Casualty Insurance:

IT IS HEREBY ORDERED that this case be removed from the Katrina Canal Breaches Consolidated Litigation, No. 05-4182 and that the Clerk's Office randomly allot this lawsuit amongst the judges of the Eastern District.

New Orleans, Louisiana this __20th__ day of ___June___, 2007.

STANWOOD R. DUVAL, JR., JUDGE
UNITED STATES DISTRICT COURT

JUN 2 1 2007

REALLOTTED TO

SECT. C MAG. 5

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

ESM 8950151