UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.   05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |
| _____ § | | |
| § | | |
| PERTAINS TO: § | | |
| § | | |
| INSURANCE CASES § | | |
| _____ § | | |

## ORDER

**IT IS ORDERED** that plaintiffs' Request for Oral Argument, Record Doc. No. 5622, is

**GRANTED,** and that hearing on State Farm's Motion to Quash Deposition of Alexis King and

for Protective Order, Record Doc. No. 5588, will be held before the Honorable Joseph C. Wilkinson,

Jr., at 500 Poydras Street, Rm. B-421, New Orleans, Louisiana, on **JUNE 27, 2007 at 11:00 a.m.**

New Orleans, Louisiana, this ___21st___ day of June, 2007

_____
United States Magistrate Judge