# THE LAW OFFICE OF
# JOSEPH M. BRUNO
### FEDERAL TRIAL LAWYERS *
855 BARONNE STREET
NEW ORLEANS, LA. 70113
(504) 525-1335
(504) 561-6775

\* PRACTICE RESTRICTED
TO U.S. FEDERAL COURTS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUN 21 AM 11:12
LORETTA G. WHYTE
CLERK

L. SCOTT JOANEN

June 6, 2007

VIA FACSIMILE TRANSMISSION 504/589-7633
Joseph C. Wilkinson, Jr.
Magistrate Judge, Division 2
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room B409
New Orleans, LA 70130

RE:   *In Re: Katrina Canal Levee Breaches Litigation*,
      USDC, EDLA, Case No. 05-4182 "K"(2)

Dear Judge Wilkinson:

There are two Motions on your docket today concerning discovery issues that this letter is intended to address. The first is a Motion to Deem Matters Admitted, document no. 5278; the second is a Motion to Compel, document no. 5457.

The Motion to Deem Matters Admitted was directed against defendants Eustis Engineering, Pittman Construction and Gulf Group. To date, Eustis and Pittman have provided responses, therefore the motion as it pertains to those parties is moot. Gulf Group has not provided responses.

The Motion to Compel was directed to defendants Boh Brothers, Eustis Engineering, Gulf Group, and Pittman Construction. To date, Boh, Pittman, and Eustis have provided responses therefore the motion as it pertains to those parties is moot. Gulf Group has not provided responses.

Sincerely,

LAW OFFICES OF JOSEPH M. BRUNO

Joseph M. Bruno

LSJ:jlb

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No\_\_\_\_