LAW OFFICES OF
# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

343 THIRD STREET
SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

www.phjlaw.com

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2999
TELEPHONE 985-893-4790
FACSIMILE 985-893-4192

311 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3190
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN G. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
J. ERIC JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

WILLIAM A. PORTEOUS, JR. (1899-1969)
CARL J. JOHNSON, JR. (1903-1964)
RAOUL L. HAINKEL, JR. (1906-2005)
WILLIAM A. PORTEOUS, III (1937-2004)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
HOY R. HUGHES
DEAN J. MANNING
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
ELEANOR W. WALL
EMILY S. MORRISON
MICHELE L. TROWBRIDGE

PLEASE ADDRESS REPLY TO:
BATON ROUGE
SENDER'S DIRECT DIAL: 225-336-6015
cjohnson@phjlaw.com

June 20, 2007

**VIA FACSIMILE: 504-589-7633**

Joseph C. Wilkerson, Jr.
Magistrate Judge, Division 2
U.S. District Court, Eastern District of Louisiana 500 Poydras Street
Room B409
New Orleans, LA 70130

　　　　　　　　　RE: In Re: Katrina Canal Breaches – Consolidated Litigation
　　　　　　　　　　　United States District Court, Eastern District of Louisiana
　　　　　　　　　　　Civil Action No. 05-4182, Section K, Magistrate (2)
　　　　　　　　　　　This Document Relates to: All Levee Cases

Dear Judge:

　　　I received just this afternoon a copy of correspondence purportedly addressed to you from Joe Bruno regarding his Motion to Deem Matters Admitted and Motion to Compel. The letter is address June 6, 2007. I have no idea whether it was sent to your attention on that date or if the date is an error and it was actually sent today. Regardless, I am sending this correspondence as a brief response on behalf of Gulf Group, Inc.

　　　Gulf Group, Inc. did object to plaintiff's Request for Admission on May 8, 2007. Copies of our objection and transmittal correspondence to Joe Bruno are attached. An Opposition to the Motion to Deem Admitted was filed on June 15, 2007. On behalf of Gulf Group, Inc. we have prepared Answers to Interrogatories and Responses to Request for Production of Documents and transmitted those to all counsel this afternoon. I will be happy to provide you with those answers/responses if you think it is necessary. Please note that we are also filing a Memorandum in Opposition to Plaintiff's Motion to Compel

＿ Fee ＿＿＿＿
＿ Process ＿＿＿＿
X Dktd ＿＿＿＿
＿ CtRmDep ＿＿＿＿
＿ Doc. No. ＿＿＿＿

06/20/07　WED 17:01　[TX/RX NO 5799]　@002

Joseph C. Wilkerson, Jr.
Magistrate Judge, Division 2
June 20, 2007
Page 2

---

as plaintiff's have not complied with the discovery conference requirement by conferring with counsel for Gulf Group, Inc. per Rule 37.1. Documentation establishing the lack of a discovery conference is attached to our Opposition Memorandum.

    With kindest personal regards, I am

                                      Very truly yours,

                                      JAMES ERIC JOHNSON

JEJ/mr
Enclosures
cc:    Joseph Bruno (via e-mail)
        Candace Cain (via e-mail)
        Glenn Adams (via e-mail)

LAW OFFICES
# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL O. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN P. SIMON

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069
www.phjlaw.com

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2900
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

343 THIRD STREET
SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
P. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2005)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DEARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
ROY R. HUGHES
DEAN J. MANNING
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
ELEANOR W. WALL

Sender's email: gadams@philaw.com
Writer's Direct Dial Number:
(504) 412-6226

PLEASE ADDRESS REPLY TO:
NEW ORLEANS

May 8, 2007

Joseph M. Bruno, Esq.
BRUNO & BURNO, LLP
855 Baronne Street
New Orleans, LA 70113

    RE:    In RE: Katrina Canal Breaches
           Consolidated Litigation
           Pertains to: LEVEE
           USDC, EDLA, No. 05-4182, "K", "2"
           Our File: 104033

Dear Joe:

    Attached is Gulf Group's response to Levee Plaintiffs' Request for Admissions. If you have any questions, please do not hesitate to call.

                Very truly yours,

                GLENN B. ADAMS
                JAMES ERIC JOHNSON

GBA/JEJ/jah w/enc.
Cc:   Gerald A. Melchiode, Esq.
        Richard J. Tyler, Esq.
        Ralph S. Hubbard, III, Esq.
bcc:  Tom Coltrara – COLTRAM@scottsdaleins.com
       Claim No.: 998838-224

Mr. Wildon Blackwell
May 8, 2007
Page 2

JUN-20-2007 WED 05:01 PM PHJ     FAX NO. 2253837900     P. 06
Case 2:05-cv-04182-SRD-JCW   Document 5725   Filed 06/21/07   Page 5 of 6

104-33

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE<br><br>05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289, 07-1349 | CIVIL ACTION NO.: 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO REQUEST FOR ADMISSIONS

NOW INTO COURT, through undersigned counsel, comes Gulf Group, Inc., who responds to the Levee Plaintiffs' Class Certification Discovery Requests and the Levee Plaintiffs' First Set of Request for Admissions, as follows:

## OBJECTION

The above identified Requests for Admissions are in violation of Case Management and Scheduling Order No. 4 (Doc. 3299) and for that reason, Gulf Group, Inc. objects to these Requests.

RESPECTFULLY SUBMITTED,

_____
GLENN B. ADAMS (Bar No. 2316)
MICHAEL W. COLLINS (Bar No. 12919)
JAMES ERIC JOHNSON (Bar No. 23800)
BRYAN J. HAYDEL, Jr. (Bar No. 27500)
ELEANOR W. WALL (Bar No. 29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8920 Telephone
(225) 383-7900 Facsimile
Attorneys for Gulf Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing has been served upon the members of the Levee Litigation Group by electronic means and/or United States Mail, this _____ day of May, 2007.

_____

2