AO 399 (12/93) amended 2/94

# WAIVER OF SERVICE FOR SUMMONS

TO: Sarah Barcellona
Stone Pigman Walther Wittman
546 Carondelet Street
New Orleans, LA 70130
Attorneys for Defendants

Joseph J. McKernan
McKernan Law Firm
8710 Jefferson Hwy
Baton Rouge, LA 70809

I acknowledge receipt of your request that I waive service of a summons in the action of Jim Miller, which is case number 07-2682 entitled Jim Miller Versus State Farm Fire and Casualty Company, et al. in the United States District Court for the Eastern District of Louisiana. I have also received a copy of the (check one)

[X] complaint; [X] amended complaint; [ ] third-party complaint; [ ] crossclaim; [ ] counter-claim; [ ] other

in the action, two copies of this instrument, and means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 27, 2007, or within 90 days after that date if the request was sent outside the United States.

5/7/07
DATE

Signature: Sarah A. Barcellona

Printed/Typed Name: Sarah H. Barcellon

As Attorney of State Farm Fire and Casualty Company & State Farm General Insurance Company