UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | **NO.   05-4182 "K"(2)** |
| § | **JUDGE DUVAL** |
| § | **MAG. WILKINSON** |
| _____ § | |
| § | |
| **PERTAINS TO:** § | |
| § | |
| **ALL CASES** § | |
| § | |
| _____ § | |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the PSLC's *Ex Parte* Motion for Expedited Hearing is GRANTED, and that defendant, The United States of America, show cause on the 27th day of June, 2007, at 11:00 o'clock A.M., at 500 Poydras St., Rm. B409, New Orleans, LA 70130,  or as soon thereafter as the court allows, that being the _____ day of _____, 2007 at _____a.m./p.m., why it should not be compelled to appear at deposition pursuant to the PSLC's Notice of Videotaped Federal 30(b)(6) Deposition .

This _____ day of _____, 2007, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE