**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 13, 2007**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO:** | |
| **REC. DOC. 4154** | |

### ORDER TO SHOW CAUSE HEARING

(07-1845) ORDER TO SHOW CAUSE as to plaintiff, Diane Roy to discuss the matter of future representation, doc. 4154.

**CASE MANAGER:  SHEENA DEMAS**
**COURT RECORDER:  BONNIE HEBERT**

**APPEARANCES:  NONE**

Case called; No appearance of plaintiff.  Court begins at 10:13 a.m.  Court stated on the record that the show cause order was sent out by certified mail on May 2, 2007 and received on May 4, 2007 (record document 4479).  This matter is SUBMITTED.  Court adjourns at 10:15 a.m.

JS-10 (:02)