**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 13, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO:** | |
| **REC. DOC. 4140** | |

## ORDER ARGUMENT

(MRGO)

Reference: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5786, 06-5937, 07-1271

MOTION to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c), filed by Washington Group International, Inc.

**CASE MANAGER: SHEENA DEMAS**
**COURT RECORDER: BONNIE HEBERT**

**APPEARANCES:** Joseph Bruno, Scott Joanen, William Treeby, & Julie McEnvoy,

Case called; All present and ready. Court begins at 1:08 p.m. Oral argument by parties. (Power point presentation referred to by deft, Washington Group) This matter is **SUBMITTED.** Court adjourns at 2:19 p.m.

JS-10 (1:10)