UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>        CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Lundy</u>, 06-3509 | JUDGE DUVAL<br>MAG. WILKINSON |

## SCHEDULING ORDER

A preliminary conference was conducted before me in the referenced <u>Lundy</u> case only, C.A. No. 06-3509, on June 18, 2007. Participating were: Peter Sloss, representing plaintiffs; Judy Barasso and Larry Duplass, representing defendants (via telephone).

The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing "non-class" action cases asserting claims involving individual adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution. The purpose of the conference was to set dates and deadlines for discovery and other trial preparation of these individualized issues in the referenced <u>Lundy</u> case. The case will now proceed as follows, but only as to the individual, non-common liability issues:

Pleadings have been completed.  Jurisdiction and venue are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **April 23, 2008**.  Any motions filed in violation of this order shall be deemed waived unless good cause is shown.  All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the court.

Counsel shall complete all disclosure of information as follows:

Depositions for trial use shall be taken and all discovery shall be completed not later than **March 18, 2008**.

No further amendments to pleadings, third-party actions, cross-claims, and counterclaims will be permitted without a showing of good cause pursuant to Fed. R. Civ. P. 16(b).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **January 17, 2008**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all

matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **February 17, 2008**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify and all exhibits which may or will be used at trial of individual case issues not later than **February 19, 2008**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used in any proceeding concerning the individual case issues unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed. Counsel reported that they have already voluntarily participated in a private mediation. A further settlement conference will be scheduled with the court at any time at the request of any party to this action.

As to the individual case issues, this case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

**NO TRIAL DATE WILL BE SCHEDULED AT THIS TIME.**

**A conference will be held April 17, 2008 at 3:00 p.m. before the Magistrate Judge,** for purposes of further scheduling, including trial, if appropriate.  Counsel will be prepared in accordance with the final Pretrial Notice attached.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause.  Continuances will not normally be granted.

New Orleans, Louisiana, this __21st__ day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**