UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO.  05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

**MOTION FOR PROTECTIVE ORDER TO PROHIBIT THE DEFENDANTS FROM QUESTIONING PLAINTIFF-CLASS REPRESENTATIVES AS TO THE ENTIRETY OF THEIR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes the plaintiffs' management committee in the above referenced matter, who move this Honorable Court to issue a protective order to prohibit the defendants from questioning the plaintiff-class representatives as to the entirety of their damages in the above captioned matter, on the grounds that said depositions are being taken solely on the issue of class certification; and upon suggesting to the Court that liability is not at issue for the purposes of class certification; and upon further suggesting to the Court that the only issues before the Court that said depositions pertain to are:

(1) whether the class is so numerous that joinder of all members is impracticable;

(2) whether there are questions of law or fact common to the class;

(3) whether the claims or defenses of the representative parties are typical of the claims or defenses of the class; and

(4) whether the representative parties will fairly and adequately protect the interests of the class;

1

and upon further suggesting to the Court that in order to determine class certification, it is not necessary that the defendants discover the entirety of each of the plaintiff-representatives' individual damages, and such questioning would be unduly burdensome, overly broad, and constitute nothing more than mere harassment and abuse of the discovery process.

WHEREFORE plaintiffs move this Honorable Court for an Order prohibiting the defendants from questioning the respective class-representative plaintiffs as to their individual damages in their upcoming depositions on the issue of class certification in the above referenced matter.

Respectfully submitted,

_/s/Darleen M. Jacobs_____
DARLEEN M. JACOBS, BAR # 7208
Plaintiffs' Mangement Committee
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155

Counsel for Plaintiffs
Plaintiffs' Management Committee

```
                  CERTIFICATE OF SERVICE
     I hereby certify that a copy of the above and foregoing
pleadings have been served upon all counsel of record by
electronic filing/transmission, this __20th__ day of __June____,
2007.

                             _____/s/ Darleen M. Jacobs___
                                   DARLEEN JACOBS
```

2