UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO.  05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

### MOTION FOR PROTECTIVE ORDER TO LIMIT THE DEFENDANTS TO NO MORE THAN THREE (3) HOUR PER DEPOSITION OF PLAINTIFF-CLASS REPRESENTATIVES

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above referenced matter,  who move this Honorable Court to issue a protective order limiting the defendants to no more than three (3) hours per deposition of each of the plaintiff-class representatives in the above captioned matter, on the grounds that said depositions are being taken solely on the issue of class certification; and upon suggesting to the Court that liability is not at issue for the purposes of class certification; and upon further suggesting to the Court that the only issues before the Court that said depositions pertain to are:

(1) whether the class is so numerous that joinder of all members is impracticable;

(2) whether there are questions of law or fact common to the class;

(3) whether the claims or defenses of the representative parties are typical of the claims or defenses of the class; and

(4) whether the representative parties will fairly and adequately protect the interests of the class;

1

and upon further suggesting to the Court that all of the foregoing can be determined in less than three (3) hours of examination, and that additional examination beyond three (3) hours would be unduly burdensome, overly broad, and constitute nothing more than mere harassment and abuse of the discovery process.

WHEREFORE plaintiffs move this Honorable Court for an Order limiting their respective class-representative depositions to no more than three (3) hours per deposition on the issue of class certification.

Respectfully submitted,

_/s/Darleen M. Jacobs_____
DARLEEN M. JACOBS, BAR # 7208
Plaintiffs' Steering Committee
823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
Counsel for Plaintiffs
Plaintiffs' Steering Committee

CERTIFICATE OF SERVICE
_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by electronic filing/transmission, this __19th__ day of __June____, 2007.

_____/s/ Darleen M. Jacobs___
         DARLEEN JACOBS