UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K" (2)

PERTAINS TO: ALL CASES                  JUDGE DUVAL
                                        MAG. WILKINSON

### ORDER

Plaintiffs' Motions for Expedited Hearing, Record Doc. Nos. 5634, 5636 and 5668, are hereby **GRANTED**. Plaintiffs' Motions for Protective Order will be decided on the record without oral argument. Written opposition, if any, must be filed no later than **June 28, 2007**.

New Orleans, Louisiana, this  21st  day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE