MINUTE ENTRY
WILKINSON, M. J.
JUNE 20, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>　　　　CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Burks</u>, 06-4173 | JUDGE DUVAL<br>MAG. WILKINSON |

　　　A status conference was conducted in the referenced case, <u>Erin Burks v. Prudential Insurance Co. of North America et al.</u>, C.A. No. 06-4173 c/w 05-4182, on this date before the undersigned magistrate judge. Participating in person were Jack Tobias, representing plaintiff, and Steve Usdin, representing defendant, Vigilant Insurance Co., and Jane Heidingsfelder, Ann Keller and Christopher Bell, via telephone, representing the remaining defendants.

　　　The original purpose of the conference was to craft a schedule concerning the individual issues in the referenced <u>Burks</u> case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 5388. However, during the conference,

MJSTAR:  **0 : 25**

counsel reported that the claims between plaintiffs and defendant Vigilant were nearing settlement, and that further settlement negotiations with counsel for Citimortgage, Inc. might result in partial resolution of the case and removal of the individual case from the consolidated matter. Accordingly, Ms. Heidingsfelder and Mr. Bell were excused from the conference, and settlement discussions occurred among counsel for the remaining parties. Counsel agreed that they would exchange further information as soon as possible and advise me, when appropriate, whether any settlement has been reached and whether this matter should remain part of the consolidated litigation. At that time, entry of a scheduling order for whatever individual case issues remain may be considered.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.