UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

_____
\*   \*   \*

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

**NOW INTO COURT** comes defendant, the United States of America, through the undersigned Assistant United States Attorney, who respectfully moves this Honorable Court for an extension of time of twenty (20) days, pursuant to Rule 7.9E of the Uniform District Court Rules, within which to answer or otherwise plead to Plaintiff's Complaint.

No previous extensions of time have been requested by Defendant, nor has the opposing party filed into the record an objection to an extension of time as to the said Defendant.

Furthermore, the undersigned respectfully notes that the filing of this Motion in no

way constitutes an appearance, and none of the defenses available to Defendant are hereby waived by the filing of this pleading.

**WHEREFORE**, Mover, United States of America, respectfully requests that an extension of time from July 3, 2007, up to and including July 23, 2007, be granted for filing its responsive pleadings.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/S/ ALICE DAIGLE
**ALICE DAIGLE**
Assistant United States Attorney
LA Bar Roll No. 29134
Hale Boggs Federal Building
500 Poydras Street, Room 210 B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3009

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record who are participants.

    /s/ ALICE DAIGLE
**ALICE DAIGLE**
Assistant United States Attorney