MINUTE ENTRY
WILKINSON, M. J.
JUNE 21, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Pecquet, 06-4718 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced case, George Pecquet et al. v. Standard Fire Ins. Co., C.A. No. 06-4718 c/w 05-4182, on this date before the undersigned magistrate judge. Participating in person were Remy Starns, representing plaintiffs and Gary Russo, representing defendant. The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Pecquet case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 5475. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing "non-class" action cases asserting claims involving

MJSTAR: 0 : 45

individual adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Discovery as to the individual case issues has commenced. Counsel anticipate that remaining discovery as to the individual case issues will not be extensive. Settlement possibilities were discussed. Counsel anticipate that resolution of two legal issues presently pending in the Fifth Circuit will significantly enhance settlement possibilities. Accordingly,

**IT IS ORDERED** that the individual case issues will proceed as follows:

No trial or other particular discovery schedule will be imposed at the present time.

Instead, no later than July 23, 2007, defendant and its counsel must make good faith efforts to locate and contact the two insurance adjusters who inspected the subject property, neither of whom is presently employed by defendant, and provide to plaintiffs' counsel, in writing, a report on their whereabouts and their availability for deposition.

A Settlement Conference will be conducted by me in this matter on **September 24, 2007 at 3:00 p.m.** Counsel may attend by telephone. At the conference, counsel will report on the status of resolution of the key legal issues in the Court of Appeals.

Settlement will be fully discussed, and further scheduling may be imposed, if appropriate.

                                                JOSEPH C. WILKINSON, JR.
                                       UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.