MINUTE ENTRY
WILKINSON, M. J.
JUNE 21, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Vidacovich, 06-4719 | JUDGE DUVAL<br>MAG. WILKINSON |

A status conference was conducted in the referenced case, Chester Vidacovich et al. v. Hartford Ins. Co. of the Midwest, C.A. No. 06-4719 c/w 05-4182, on this date before the undersigned magistrate judge. Participating in person were Remy Starns, representing plaintiffs and Simeon B. Reimonenq, Jr., representing defendant. The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Vidacovich case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 5432. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing "non-class" action cases asserting claims involving individual adjusting and coverage issues,

MJSTAR:  0 : 30

including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

The conference was devoted almost entirely to discussion of settlement. Counsel have recently made substantial progress toward settlement and have conducted good faith settlement discussions. A proposal for resolving the case through compromise was made during the conference. Counsel need an opportunity to discuss the proposal with their clients and to obtain settlement authority concerning the proposal. Accordingly,

IT IS ORDERED that no later than June 25, 2007, counsel must consult with their clients, confer with each other and advise my office whether a settlement has been reached. If no settlement is reached by that date, another conference with the court may be scheduled.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.