UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 SECTION "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL CASES | § § § § § § § | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1] This list reflects all cases that were not listed on the most recently filed Notice of Designation dated June 18, 2007

| Acker v.State Farm Fire and Casualty Company | No. 07-1823 | Severed Mass Joinder |
| --- | --- | --- |
| Acosta et al v.State Farm Fire and Casualty Company | No. 07-1858 | Severed Mass Joinder |
| Allen et al v.State Farm Fire and Casualty Company | No. 07-1859 | Severed Mass Joinder |
| Andrews et al v.State Farm Fire and Casualty Company | No. 07-1860 | Severed Mass Joinder |
| Augustine et al v.State Farm Fire and Casualty Company | No. 07-1861 | Severed Mass Joinder |
| Austin et al v.State Farm Fire and Casualty Company | No. 07-1862 | Severed Mass Joinder |
| Baker v.State Farm Fire and Casualty Company | No. 07-1863 | Severed Mass Joinder |
| Baptiste v.State Farm Fire and Casualty Company | No. 07-1864 | Severed Mass Joinder |
| Baptiste et al v.State Farm Fire and Casualty Company | No. 07-1865 | Severed Mass Joinder |
| Barnes v.State Farm Fire and Casualty Company | No. 07-1866 | Severed Mass Joinder |
| Barnes et al v.State Farm Fire and Casualty Company | No. 07-1867 | Severed Mass Joinder |
| Barnes et al v.State Farm Fire and Casualty Company | No. 07-1868 | Severed Mass Joinder |
| Barnes v.State Farm Fire and Casualty Company | No. 07-1869 | Severed Mass Joinder |
| Bass et al v.State Farm Fire and Casualty Company | No. 07-1870 | Severed Mass Joinder |
| Beckett v.State Farm Fire and Casualty Company | No. 07-1871 | Severed Mass Joinder |
| Benjamin v.State Farm Fire and Casualty Company | No. 07-1872 | Severed Mass Joinder |
| Bennett et al v.State Farm Fire and Casualty Company | No. 07-1873 | Severed Mass Joinder |

| | | |
|---|---|---|
| Banks v.State Farm Fire and Casualty Company | No. 07-1874 | Severed Mass Joinder |
| Benoit et al v.State Farm Fire and Casualty Company | No. 07-1875 | Severed Mass Joinder |
| Berzat et al v.State Farm Fire and Casualty Company | No. 07-1876 | Severed Mass Joinder |
| Bieneny v.State Farm Fire and Casualty Company | No. 07-1877 | Severed Mass Joinder |
| Blay et al v.State Farm Fire and Casualty Company | No. 07-1878 | Severed Mass Joinder |
| Blunt v.State Farm Fire and Casualty Company | No. 07-1879 | Severed Mass Joinder |
| Bordenave v.State Farm Fire and Casualty Company | No. 07-1880 | Severed Mass Joinder |
| Branch v.State Farm Fire and Casualty Company | No. 07-1881 | Severed Mass Joinder |
| Branon v.State Farm Fire and Casualty Company | No. 07-1882 | Severed Mass Joinder |
| Brasly et al v.State Farm Fire and Casualty Company | No. 07-1883 | Severed Mass Joinder |
| Brooks et al v.State Farm Fire and Casualty Company | No. 07-1884 | Severed Mass Joinder |
| Brown v.State Farm Fire and Casualty Company | No. 07-1885 | Severed Mass Joinder |
| Brown v.State Farm Fire and Casualty Company | No. 07-1886 | Severed Mass Joinder |
| Butler et al v.State Farm Fire and Casualty Company | No. 07-1887 | Severed Mass Joinder |
| Byrd et al v.State Farm Fire and Casualty Company | No. 07-1888 | Severed Mass Joinder |
| Calhoun v.State Farm Fire and Casualty Company | No. 07-1889 | Severed Mass Joinder |
| Caston & Newton et al v.State Farm Fire and Casualty Company | No. 07-1890 | Severed Mass Joinder |
| Chetta v.State Farm Fire and Casualty Company | No. 07-1891 | Severed Mass Joinder |
| Chissell et al v.State Farm Fire and Casualty Company | No. 07-1892 | Severed Mass Joinder |
| Coleman v.State Farm Fire and Casualty Company | No. 07-1893 | Severed Mass Joinder |

| | | |
|---|---|---|
| Brooks et al v.State Farm Fire and Casualty Company | No. 07-1894 | Severed Mass Joinder |
| Crutchfield v.State Farm Fire and Casualty Company | No. 07-1895 | Severed Mass Joinder |
| Harris et al v.State Farm Fire and Casualty Company | No. 07-1946 | Severed Mass Joinder |
| Johnson v.State Farm Fire and Casualty Company | No. 07-1967 | Severed Mass Joinder |
| Mora v.State Farm Fire and Casualty Company | No. 07-2030 | Severed Mass Joinder |
| Pavur et al v.State Farm Fire and Casualty Company | No. 07-2032 | Severed Mass Joinder |
| Perrault et al v.State Farm Fire and Casualty Company | No. 07-2042 | Severed Mass Joinder |
| Robinson v.State Farm Fire and Casualty Company | No. 07-2055 | Severed Mass Joinder |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella

Respectfully submitted, this 21st day of June, 2007.

---

JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M. Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**