FM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION:  07-1896 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | JUDGE:  DUVAL |
| SEVERED FROM:  Aaron, 06-4746 | * * * | |
| DARRIN DAVE AND PATRICIA WOODS | * * | MAGISTRATE:  WILKINSON |
| VERSUS | * * | |
| STATE FARM FIRE & CASUALTY CO. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT LIMITED MOTION, ORDER OF DISMISSAL

NOW INTO COURT, through undersigned counsel, comes DARRIN DAVE and PATRICIA

WOODS, Plaintiffs herein, and Defendant State Farm Fire and Casualty Company, through their counsel

of record, all parties at interest herein, and who stipulate and agree that all flood allegations and claims of

Plaintiffs in the above numbered and entitled cause, specifically all flood allegations and claims as

contained in paragraphs numbered 3, 4, 5, 7, 10, 15 and 18 of the original complaint be dismissed,

without prejudice, each party to bear its own cost of court, and that Plaintiffs herein specifically reserve

all rights to proceed as to all additional claims and allegations in this litigation, more specifically all

homeowner's claims as against the State Farm Fire and Casualty Company.

Respectfully submitted,

JIM S. HALL (#21644)
Attorney for Plaintiff
800 Causeway Boulevard, #100
Metairie, LA 70001
504 / 832-3000

CHARLES L. CHASSAIGNAC, IV (20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for State Farm Fire and
 and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
225/ 383-8900

0895-0559