UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION: 07-1876 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | JUDGE: DUVAL |
| SEVERED FROM: Aaron, 06-4746 | * * * | |
| CLARENCE and VIRGINIA BERZAT | * * | MAGISTRATE: WILKINSON |
| VERSUS | * * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | |

\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LIMITED ORDER OF DISMISSAL

IT IS ORDERED that all flood allegations and claims of CLARENCE and VIRGINIA BERZAT, Plaintiffs in the above numbered and entitled cause, specifically all flood allegations and claims as contained in paragraphs numbered 3, 4, 5, 7, 10, 15 and 18 of the original complaint be and the same are hereby dismissed, without prejudice, each party to bear its own cost of court, and that Plaintiffs' rights to proceed as to all additional claims and allegations in this litigation, more specifically all homeowner's claims as against the State Farm Fire and Casualty Company, are specifically reserved..

NEW ORLEANS, LOUISIANA, this ____ day of JUNE, 2007.

                                                                      STANWOOD R. DUVAL
                                                                      UNITED STATES DISTRICT JUDGE

0895-0459