UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | NO.  05-4182 |
| | SECTION "K"(2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

FILED: _____           _____
                                                                                DEPUTY CLERK

## MOTION FOR EXPEDITED HEARING

_____NOW INTO COURT, through undersigned counsel, comes the plaintiffs management committee in the above referenced matter, who moves this Honorable Court for an expedited hearing on plaintiffs' MOTION FOR PROTECTIVE ORDER TO PROHIBIT THE DEFENDANTS FROM QUESTIONING THE PLAINTIFF-CLASS REPRESENTATIVES ON THEIR INDIVIDUAL DAMAGES, on the grounds that depositions of plaintiff-class representatives are set to begin in the above referenced matter on JULY 9, 2007, and upon further suggesting to the Court that the Court's next available rule date is JULY 11, 2007, after the depositions are set to begin; and upon further suggesting to the Court that plaintiffs' motion is necessary to prevent a potential abuse of the discovery process and of the limitations of class certification discovery;   and upon further suggesting to the Court the defendants are neither prejudiced by expedited motion on plaintiffs' motion for protective order, or by the motion for protective order itself;

1

and upon further suggesting to the Court that the interests of justice mandate that the Court Order the sought after limitation of the plaintiff-class representative depositions prior to July 9, 2007 in the above captioned matter.

                                        Respectfully submitted,

                                    ___s/ Darleen M. Jacobs_____
                                    DARLEEN M. JACOBS, bar # 7208
                                    Plaintiffs' Management Committee
                                    823 ST. LOUIS STREET
                                    NEW ORLEANS, LOUISIANA 70112
                                    (504) 522-0155
                                    Counsel for Plaintiffs
                                    Plaintiffs' Management Committee

<u>CERTIFICATE OF SERVICE</u>

_____I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by ELECTRONIC MAIL transmission, this __20th____day of _June____, 2007.

                                    __/s/ Darleen M. Jacobs_____

                                        DARLEEN JACOBS