UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
LITIGATION

NO.  05-4182

SECTION "K"(2)

JUDGE DUVAL

MAGISTRATE WILKINSON

FILED: _____                              _____

DEPUTY CLERK

## MEMORANDUM IN SUPPORT OF MOTION
## FOR EXPEDITED HEARING

**MAY IT PLEASE THE COURT:**

_____Plaintiffs in the above referenced matter move this Honorable Court for an expedited

hearing on plaintiffs' MOTION FOR PROTECTIVE ORDER TO PROHIBIT THE

DEFENDANTS FROM QUESTIONING THE PLAINTIFF-CLASS REPRESENTATIVES ON

THEIR INDIVIDUAL DAMAGES, on the grounds that depositions of plaintiff-class

representatives are set to begin in the above referenced matter on JULY 9, 2007, and that the

Court's next available rule date is JULY 11, 2007, after the depositions are set to begin.

Plaintiffs' motion is necessary to prevent a potential abuse of the discovery process and of the

limitations of class certification discovery.  Defendants are neither prejudiced by expedited

motion on plaintiffs' motion for protective order, or by the motion for protective order itself.

3

Finally, the interests of justice mandate that the Court Order the sought after limitation of the

plaintiff-class representative depositions prior to July 9, 2007 in the above captioned matter.

                    Respectfully submitted,


                    ___s/ Darleen M. Jacobs_____
                    DARLEEN M. JACOBS, bar # 7208
                    Plaintiffs' Management Committee
                    823 ST. LOUIS STREET
                    NEW ORLEANS, LOUISIANA 70112
                    (504) 522-0155

                    Counsel for Plaintiffs
                    Plaintiffs' Management Committee


## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the above and foregoing

pleadings have been served upon all counsel of record by

electronic mail transmission, this __20th____day of _June____,

2007.

                    __/s/ Darleen M. Jacobs_____

                        DARLEEN JACOBS