# EXHIBIT 1

**Corlies, Catherine (CIV)**

| | |
|---|---|
| **From:** | Colquette, Traci L. (CIV) |
| **Sent:** | Thursday, June 07, 2007 2:55 PM |
| **To:** | 'jbruno@jbrunolaw.com' |
| **Cc:** | Smith, Robin (CIV); Stone, Richard (CIV); Corlies, Catherine (CIV); Levine, Paul (CIV); McConnon, Jim (CIV) |
| **Subject:** | Re:  Katrina Letter Brief & 30(b)(6) deposition |

Joe,

This confirms our agreement that you will withdraw your June 6th letter brief to the Court and will agree to postpone the 30(b)(6) deposition that is currently noticed for Monday, June 11th.  The IPET data from the password-protected site should be made available to you on June 15th.  Hopefully, that disclosure will provide you with the information you seek.


Traci Colquette

1