UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAIVER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>CASUALTY PROPERTY COMPANY<br>OF AMERICA NO. 06-516) | |

**********************************************************************
### PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW COMES, Plaintiff Xavier University of Louisiana who respectfully submits this Statement of Uncontested Material Facts in support of its Motion for Partial Summary Judgment Regarding Burden of Proof.

1. Xavier procured from Travelers a policy bearing number Y-630-528d9763-TIL-04 ("the Policy").

2. The Policy contained a Deluxe Property Coverage Form that provided "all risks" coverage "for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss."

3. Travelers' corporate representative, Richard Greubel, has admitted that the Policy was an "all risks" policy meaning that it covered all risks of fortuitous losses unless otherwise excluded. *See* January 29, 2007 Deposition of Richard Greubel at 40, lines 5-18, attached as Exhibit A to the Memorandum in Support hereof.

4. Hurricane Katrina struck the City of New Orleans on August 29, 2005, causing substantial damage to Xavier's campus.

5.  Xavier made demand on Travelers to adjust its losses arising out of Hurricane Katrina.

          Respectfully Submitted:

          /s/ James M. Garner
          JAMES M. GARNER, #19589
          DARNELL BLUDWORTH, #18801
          TIMOTHY B. FRANCIS, #14973
          KEVIN M. MCGLONE, #28145
          **SHER GARNER CAHILL RICHTER**
          **KLEIN & HILBERT, L.L.C.**
          909 Poydras St., 28th Floor
          New Orleans, LA   70112
          Telephone:  504-299-2100
          Facsimile: 504-299-2300
          COUNSEL FOR XAVIER UNIVERSITY OF LOUISIANA

          AND

          CALVIN C. FAYARD, JR., #5486
          FAYARD AND HONEYCUTT, APLC
          519 Florida Avenue, SW
          Denham Springs, Louisiana 70726
          Telephone: 225-664-4193
          Fax: 225-664-6925
          calvinfayard@fayardlaw.com
          LIAISON COUNSEL – INSURANCE PSLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

          /s/ James M. Garner
          JAMES M. GARNER