```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6             CIVIL ACTION NO. 06-0516
                      SECTION "R"
 7                    MAGISTRATE 2

 8

 9

10          XAVIER UNIVERSITY OF LOUISIANA

11                      VERSUS

12          TRAVELERS PROPERTY CASUALTY
                 COMPANY OF AMERICA
13

14

15

16    Videotaped Deposition of RICHARD GREUBEL,

17   taken on January 29, 2007, in the Law

18   Offices of Lugenbuhl, Wheaton, Peck, Rankin

19   & Hubbard, 601 Poydras Street, Suite 2775,

20   New Orleans, Louisiana 70112.

21

22

23

24   REPORTED BY:
         LESLIE L. NICOSIA
25       CERTIFIED COURT REPORTER

26
```

EXHIBIT A

```
 1   in the underwriting office.  I believe this
 2   is a correct and full copy, as best as I
 3   can tell.
 4        Q.   All right.  In the course of --
 5   Let me lay a little bit of a foundation.
 6   You at some point actually became involved
 7   in supervising the adjustment of the Xavier
 8   claim, correct?
 9        A.   That is correct.
10        Q.   In the course of doing that, did
11   you review Exhibit 103?
12        A.   Yes.
13        Q.   Are you the person within
14   Travelers who would make coverage
15   determinations as to the claims asserted by
16   Xavier?
17        A.   As a norm on my own files I do at
18   times seek the advice of counsel or my
19   superiors if it's a particularly difficult
20   issue.
21        Q.   Are you familiar with the term
22   "all risk policy"?
23        A.   Yes.
24        Q.   What does that mean to you?
25        A.   It means that all risks of loss
```

```
 1  are covered as long as they are accidental
 2  or fortuitous and -- except excluded or
 3  limited by other policy provisions that
 4  follow.
 5      Q.   Is Exhibit 103 an all risk policy
 6  as you just defined it?
 7           BY MR. REIMONENQ:
 8                I object to the extent that
 9                it calls for underwriting
10                determinations.  Mr. Greubel is
11                presented as a claims witness on
12                behalf of Travelers.  Subject to
13                that objection --
14           BY MS. BLUDWORTH:
15                Okay.
16           BY THE WITNESS:
17                Yes, I believe you are
18                correct.
19  EXAMINATION BY MS. BLUDWORTH:
20      Q.   Okay.  All right.  Are you
21  looking at the deluxe property coverage
22  form?
23      A.   That's correct.  In the lower
24  left it will say "DXT 100."
25      Q.   Would you go to the prior form
```