UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K" MAG "2"** |
| **PERTAINS TO:**<br>**INSURANCE (XAIVER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**********************************************************************

### MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING COLLATERAL SOURCE

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this Motion for Partial Summary Judgment Regarding Collateral Source. Xavier moves this Court for partial summary judgment recognizing that any proceeds received by Xavier under the National Flood Insurance Program neither alters nor reduces the amounts owed to Xavier under the "all risks" policy of insurance issued to Xavier by defendant Travelers Property Casualty Company of America ("Travelers"). For the reasons set forth more fully in the attached memorandum, Xavier respectfully requests that this Court grant its motion for partial summary judgment and hold as a matter of law that amounts received from the National Flood

Insurance Program are a collateral source and do not offset any potential recovery against Xavier.

        Respectfully Submitted:

    /s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

AND

CALVIN C. FAYARD, JR., #5486
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Fax: 225-664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 22, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

        /s/ James M. Garner
        JAMES M. GARNER