UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAIVER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>CASUALTY PROPERTY COMPANY<br>OF AMERICA NO. 06-516) | |

**********************************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff, Xavier University of Louisiana ("Xavier") respectfully submits the following Statement of Uncontested Material Facts in Support of its Motion for Partial Summary Judgment Regarding Collateral Source.

1. Xavier procured from Travelers a policy bearing number Y-630-528d9763-TIL-04 ("the Policy").

2. The Policy contained a Deluxe Property Coverage Form that provided "all risks" coverage "for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss."

3. Hurricane Katrina struck the City of New Orleans on August 29, 2005, causing substantial damage to Xavier's campus.

4. Xavier made demand on Travelers to adjust its losses arising out of Hurricane Katrina.

5. At the time of Hurricane Katrina, Xavier was also covered by certain policies of insurance issued by American Bankers Insurance Company through the National Flood Insurance

Program.[1]

6. In a September 21, 2005 memorandum, an official at the Federal Emergency Management Agency, which administers the National Flood Insurance Program, set forth expedited claims handling processes to address "unprecedented" losses as a result of Hurricane Katrina.[2]

Respectfully Submitted:

 /s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

AND

CALVIN C. FAYARD, JR., #5486
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Fax: 225-664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC

---

[1] *See* April 13, 2007 Letter to Ralph Hubbard, attached to Memorandum in Support as Exhibit A (making required disclosures pursuant to this Court's Case Management Order No. 4).

[2] *See* September 21, 2005 memorandum from David I. Maurstad, attached to Memorandum in Support as Exhibit B.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                  /s/ James M. Garner
                                  JAMES M. GARNER