# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K" MAG "2"

PERTAINS TO:
INSURANCE (XAIVER UNIVERSITY
OF LOUISIANA V. TRAVELERS
CASUALTY PROPERTY COMPANY
OF AMERICA NO. 06-516)

**************************************************************

## MOTION FOR PARTIAL SUMMARY JUDGMENT
## REGARDING RETROACTIVITY OF ACT 813

PLAINTIFF, Xavier University of Louisiana ("Xavier"), submits this Motion for Partial

Summary Judgment on the applicability of Act 813.  Xavier submits that Act 813, which amended

Louisiana Revised Statute 22:658(B)(1), should be applied to Xavier's claims against Travelers

Property and Casualty Company ("Travelers") for two reasons.

First, as a matter of law, the Legislature intended that Act 813 apply retroactively to govern

Xavier's claims arising out of Hurricane Katrina.

Second, even if this Court concludes that Act 813 applies prospectively only, it still governs

Xavier's claims because Travelers' obligation to adjust Xavier's losses did not terminate upon

Xavier's filing suit.  Travelers' obligation to adjust Xavier's claim continued after the filing of the

lawsuit.  Since suit was filed and Act 813 became effective, Xavier has continued to provide

documentation of its loss to Travelers.  To the extent this documentation constitutes a satisfactory

proof of loss, Travelers has an ongoing obligation to adjust Xavier's claim.  Yet, Travelers has not

made Xavier whole.  Travelers' failure to pay what it owed within thirty days of each receipt of a

satisfactory proof of loss to Travelers subject it to the penalties set forth in the amended version of

Section 22:658.  Thus, to the extent Xavier can show at trial that it has submitted satisfactory proofs

of loss since the filing of its complaint, Act 813 should govern those claims.  Additional reasons

supporting this Motion are set forth in the attached supporting memorandum.

Respectfully Submitted:

 /s/ James M. Garner_____
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

AND

CALVIN C. FAYARD, JR., #5486
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Fax: 225-664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ James M. Garner
JAMES M. GARNER