UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## DEFENDANT UNITED STATES' EX PARTE MOTION FOR LEAVE TO FILE OVER-LENGTH REBUTTAL OF PLAINTIFFS' SUR-REPLY IN OPPOSITION TO UNITED STATES' MOTION TO CERTIFY

Defendant United States hereby respectfully requests leave to file an over-length Rebuttal to Plaintiffs' Sur-reply in Support of Opposition to the United States' Motion to Certify. The United States' Rebuttal is submitted to address issues raised by the Plaintiffs in their Sur-reply.

When asked if he would consent to the filing of a rebuttal, Plaintiffs' Counsel Pierce O'Donnell stated that he "will leave it to the Court to decide if he wants to hear anything else." Accordingly, Defendant requests that it be allowed to file the attached eleven-page Rebuttal.

1

Pursuant to Local Rule 7.3E, a proposed Order is provided.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Robin D. Smith
        ROBIN D. SMITH
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, a true copy of Defendant United States' Motion for Leave to File an over-length Rebuttal was served on all counsel of record by ECF.

                                        s/ Robin D. Smith
                                        Robin D. Smith