**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: Robinson (06-2268) | § | |
| _____ § | | |

## ORDER

Having considered the Ex Parte Motion for Leave to File an Over-length Rebuttal

memorandum, and for good cause shown, it is hereby ORDERED that the Defendant's Motion is

hereby GRANTED.  The United States may file an eleven-page rebuttal memorandum.


New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE