UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES ) | | CIVIL ACTION |
| CONSOLIDATED LITIGATION ) | | |
| ) | | NO. 05-4182 |
| ) | | |
| PERTAINS TO: LEVEE AND MRGO ) | | SECTION "K"(2) |
| _____) | | |

## MOTION TO STRIKE ADMIRALTY CLAIMS
## AGAINST THE UNITED STATES

Defendants, United States of America and United States Army Corps of Engineers, pursuant to the Court's Order of June 1, 2007 (Doc. 5435), herewith move to strike, for lack of subject matter jurisdiction, all admiralty claims set forth in the MR-GO Master Consolidated Class Action Complaint (Doc. 3415) [hereafter "MR-GO"], and the Superseding Master Consolidated Class Action Complaint (Doc. 3420) [hereafter "Levee"], to the extent those claims are directed against the United States of America and/or the United States Army Corps of Engineers.

In support thereof, Defendants attach their Memorandum of Law.

Dated: June 22, 2007

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director

        JAMES TOUHEY
        Assistant Director

        /s/ Robin D. Smith
        ROBIN D. SMITH
        Trial Attorney
        DAMON C. MILLER
        Senior Admiralty Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 14271
        Washington, DC 20044
        Tel: (202) 616-4047
        Fax: (202) 616-4159
        E-mail: damon.miller@usdoj.gov

        Attorneys for the United States

## CERTIFICATE OF SERVICE

     I, Robin D. Smith, hereby certify that on June 22, 2007, I served a true copy of the foregoing upon all parties by ECF.

                                                                                     /s/ Robin D. Smith
                                                                                    ROBIN D. SMITH