# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES ) | | CIVIL ACTION |
| CONSOLIDATED LITIGATION ) | | |
| ) | | NO. 05-4182 |
| ) | | |
| PERTAINS TO: LEVEES AND MRGO ) | | SECTION "K"(2) |
| _____) | | |

## NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE that Oral Argument on the Motion to Strike Admiralty Claims Against the United States will take place before the Honorable Stanwood R. Duval, Jr., United States District Judge, at the United States Courthouse, 500 Poydras Street, New Orleans, LA, on Wednesday, July 18, 2007 at 10:30 a.m.

This is a special setting approved by the Court.

Dated:      June 22, 2007

>Respectfully submitted,
>
>PETER D. KEISLER
>Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director
>
>JAMES TOUHEY
>Assistant Director
>
>/s/ Robin D. Smithr
>ROBIN D. SMITH
>Trial Attorney
>DAMON C. MILLER
>Senior Admiralty Counsel
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 14271
>Washington, DC 20044
>Tel: (202) 616-4047
>Fax: (202) 616-4159
>E-mail: damon.miller@usdoj.gov
>
>Attorneys for the United States

## CERTIFICATE OF SERVICE

  I, Robin D. Smith, hereby certify that on June 22, 2007, I served a true copy of the foregoing upon all parties by ECF.

                 s/ Robin D. Smith
                 ROBIN D. SMITH