UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN GOODMAN, and his wife, | * | |
| SILVIA GOODMAN | * | CIVIL ACTION NO.: 06-3799 |
| | * | |
| versus | * | |
| | * | JUDGE: S. DUVAL, JR. |
| FIDELITY NATIONAL INSURANCE | * | |
| COMPANY, ROBERT SHEARD | * | |
| INSURANCE AGENCY, INC., | * | MAG. JUDGE: K. ROBY |
| ROBERT SHEARD, and ABC | * | |
| INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL

Defendant FIDELITY NATIONAL INSURANCE COMPANY AND ROBERT SHEARD INSURANCE AGENCY, INC., respectfully moves to substitute Rebecca L. Denton of Best Koeppel, APLC as FIDELITY NATIONAL INSURANCE COMPANY AND ROBERT SHEARD INSURANCE AGENCY, INC.'s co-counsel of record in this proceeding in place of Susan R. Laporte.

        Respectfully submitted,

        BEST KOEPPEL, A.P.L.C.

        *s/ Rebecca L. Denton*
        PETER S. KOEPPEL, La. Bar No. 1465
        REBECCA L. DENTON, La. Bar No. 19315
        2030 St. Charles Avenue
        New Orleans, Louisiana
        (504) 598-1000
        Attorneys for Fidelity National Insurance Company
        and Robert Sheard Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served on all counsel of record Electronic Case Filing, on this 19th day of June, 2007.

*s/Rebecca L. Denton*
REBECCA L. DENTON