UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEAN GOODMAN, and his wife, SILVIA GOODMAN | * * * | CIVIL ACTION NO.: 06-3799 |
| Versus | * * | |
| FIDELITY NATIONAL INSURANCE COMPANY, ROBERT SHEARD INSURANCE AGENCY, INC., ROBERT SHEARD, and ABC INSURANCE COMPANY | * * * * * | JUDGE: S. DUVAL, JR. MAG. JUDGE: K. ROBY |

### ORDER

CONSIDERING the foregoing Motion for Substitute Counsel:

IT IS ORDERED that Rebecca L. Denton of Best Koeppel, APLC is hereby substituted as co-counsel of record in this proceeding.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
United States District Judge

3