UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:    05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
             05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
             06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
             06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
             06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
             07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO
_____

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE POST-HEARING MEMORANDUM**

NOW INTO COURT, through undersigned counsel, comes the PSLC in the above referenced cases, which moves for leave to file a Post-Hearing Memorandum, for the following reasons, to wit:

I.

On May 2, 2007, defendant Washington Group International, Inc. ("WGII") filed two interdependent motions seeking dismissal of the MR-GO Master Consolidated Class Action Complaint (hereinafter the "Master Complaint"): one pursuant to Federal Rules of Civil

Procedure, Rule 12(b)(1) arguing the Court lacks subject matter jurisdiction, and a second pursuant to F.R.C.P., Rule 12 ( c) seeking judgment on the pleadings.

II.

WGII argued facts outside the confines of the Complaint, effectively presenting a F.R.C.P, Rule 56 Motion for Summary Judgment which included visual displays and the presentment of case law that was not contained in its original motion or reply brief.

III.

WGII avoided any reference to the Plaintiffs Rule 26 Disclosures that included the Declaration of Dr. Robert Glenn Bea, an expert in the fields of foundation design, construction, and maintenance, as well as reliability assessment and management.  This evidence clearly answers the questions posed by the Court at the hearing on the Motions to Dismiss.  By way of this post-trial memorandum, Plaintiffs provide to the Court said evidence in the form of a Declaration, already produced to WGII on April 16, 2007 in the Plaintiffs' Rule 26 Disclosures.

WHEREFORE, the PSLC prays for an Order by the Court granting leave to file the attached Post-Hearing Memorandum.

Respectfully Submitted,

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
LA Bar Roll Number: 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

        MR-GO PLAINTIFFS SUB-GROUP LITIGATION
        COMMITTEE

        s/ James Parkerson Roy
        JAMES PARKERSON ROY
        MR-GO PSLC Liaison Counsel
        LA. Bar Roll Number: 11511
        Domengeaux Wright Roy & Edwards LLC
        P.O. Box 3668
        Lafayette, LA. 70502
        Telephone: (337) 593-4190 or (337) 233-3033
        Facsimile: (337) 233-2796

        For

        MR-GO PLAINTIFFS SUB GROUP LITIGATION
        COMMITTEE
        Jonathan Andry (Andry Law Firm, New Orleans, LA)
        Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
        Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
        James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 25th day of June, 2007.

                /s/ Joseph M. Bruno
                Joseph M. Bruno