PROJECT WORK PLAN

## PROJECT SITE DEVELOPMENT AND REMEDIAL ACTION
### OF
EAST BANK INDUSTRIAL AREA
INNER HARBOR NAVIGATION CANAL
LOCK REPLACEMENT PROJECT

NEW ORLEANS, LOUISIANA

Prepared for:



**US Army Corps
of Engineers.**

New Orleans District
New Orleans, Louisiana

Under Contract to:
U.S. Army Corps of Engineers-Tulsa District
Total Environmental Restoration Contract
DACA56-94-D-0021   Task Order #0026

Prepared by:



*Government*

October 2000

IHNC – MASTER COPY

WGI041879



EXHIBIT
B

APPROVAL PAGE

PROJECT WORK PLAN

PROJECT SITE DEVELOPMENT AND REMEDIAL ACTION
EAST BANK INDUSTRIAL AREA
INNER HARBOR NAVIGATION CANAL
LOCK REPLACEMENT PROJECT

NEW ORLEANS, LOUISIANA
DACA56-94-D-0021  Task Order # 0026

Approved By:

_____
Washington Group International, Inc.
Steve Roe, Program Manager

_____
Washington Group International, Inc.
Dennis O'Conner, Project Manager

_____
Washington Group International, Inc.
Phillip Stages, Construction Manager

_____
Materials Management Group, Inc.
Jim Blazek, Environmental Manager

_____ NOV  16 2000
USACE-NOD
Contracting Officer Representative

_____
USACE-NOD Technical Representative

_____
USACE-NOD Technical Representative

_____
USACE-NOD Technical Representative

WGI041880

TABLE OF
CONTENTS

WGI041881

Table of Contents

1.0    Introduction ...................................................................................................... 1-1
1.1    General .......................................................................................................... 1-1
1.2    Location ........................................................................................................ 1-2
1.3    Site Description and History ....................................................................... 1-2
1.3.1  Boland Marine ........................................................................................ 1-4
1.3.2  McDonough Marine ............................................................................... 1-4
1.3.3  Indian Towing Company ........................................................................ 1-4
1.3.4  Mayer Yacht/Distributors Oil ................................................................ 1-5
1.3.5  Saucer Marine Service ........................................................................... 1-6
1.3.6  International Tank Terminal .................................................................... 1-6
1.4    Project Scope ................................................................................................ 1-7
1.5    Schedule ........................................................................................................ 1-7
2.0    Project Organization .................................................................................... 2-1
2.1    Washington, MMG and Subcontractors ..................................................... 2-1
2.2    Washington Organization ............................................................................ 2-1
3.0    Scope of Work .............................................................................................. 3-1
3.1    Pre-work Activities ...................................................................................... 3-1
3.1.1  Permits and Notifications ...................................................................... 3-1
3.2    Mobilization ................................................................................................. 3-1
3.2.1  Security ................................................................................................... 3-1
3.2.2  Utility Disconnects ................................................................................ 3-2
3.2.3  Property Survey ...................................................................................... 3-2
3.2.4  Site Facilities .......................................................................................... 3-2
3.2.5  Project Signs .......................................................................................... 3-4
3.3    Pre-demolition Site Characterization .......................................................... 3-4
3.3.1  Borrow Pit .............................................................................................. 3-4
3.4    Above Ground Issues ................................................................................... 3-5
3.4.1  Environmental Concerns ........................................................................ 3-5
3.4.2  General Site Items .................................................................................. 3-14
3.5    Demolition of Land Based Structures ......................................................... 3-18
3.5.1  Building Demolition .............................................................................. 3-18
3.5.2  Foundation Demolition .......................................................................... 3-22
3.5.3  Piling Removal ....................................................................................... 3-23
3.6    Demolition of Water-based Structures ........................................................ 3-26
3.6.1  Barges ..................................................................................................... 3-26

WGI041882

3.6.2    Jordan Wharf....................................................................................3-27

3.6.3    Pilings ...............................................................................................3-27

3.7    Soils and Subsurface Issues..................................................................3-28

3.7.1    Site Characterization for RECAP and CAP ..............................3-28

3.7.2    Partially Buried Objects..............................................................3-29

3.7.3    Geophysical Survey .....................................................................3-29

3.7.4    Grid Trenching.............................................................................3-30

3.7.5    Corrective Action Plan Implementation (Remediation) ............3-34

3.7.6    Bank Reclamation........................................................................3-35

3.8    Road Removal and Final Grade.............................................................3-36

3.8.1    Road Removal...............................................................................3-36

3.8.2    Final Grade...................................................................................3-36

3.8.3    Site Re-vegetation........................................................................3-36

3.9    Demobilization ......................................................................................3-36

3.9.1    Temporary Utilities Disconnects ................................................3-37

3.9.2    Office and Equipment Removal....................................................3-37

3.9.3    Fence and Security Removal ........................................................3-37

4.0    Reports and Record Keeping.......................................................................4-1

4.1    Daily Quality Control Reports................................................................4-1

4.2    Biweekly Progress Report ......................................................................4-1

4.3    Monthly Cost Reports..............................................................................4-1

4.4    Photo Report............................................................................................4-1

4.5    Project Closeout Report...........................................................................4-1

5.0    References........................................................................................................5-1

WGI041883

Appendices

Appendix A    Site Structure Detail (Figure 1-2)

Figures

1-1    Site Location Map
1-3    Project Schedule by Task
2-1    EBIA Project Organization
3-1    Site Office Plan
3-2    ACM Location Plan
3-3    PCB Location Plan
3-4    AST Location Plan
3-5    General Site Items
3-6    Demolition Inventory
3-7    Remediation Areas

Tables

3-1    Asbestos Survey Summary
3-2    PCB Survey Summary
3-3    Remaining ASTs
3-4    General Site Items
3-5    Demolition Inventory
3-6    Abandoned Barges
3-7    Contaminated Soil Area

WGI041884

LIST OF ACRONYMS

| | |
|---|---|
| Washington | Washington Group International, Inc. |
| IHNC | Inner Harbor Navigation Canal |
| EBIA | East Bank Industrial Area |
| USACE | United States Army Corps of Engineers |
| LDEQ | Louisiana Department of Environmental Quality |
| RECAP | Risk Evaluation and Corrective Action Program |
| TERC | Total Environmental Restoration Contract |
| ASTs | Aboveground Storage Tanks |
| USTs | Underground storage tanks |
| COC | Contaminants of Concern |
| ITT | International Tank Terminal |
| MMG | Materials Management Group |
| NOD | New Orleans District |
| PM | Program Manager |
| CO | Contracting Officer |
| COR | Contracting Officer's Representative |
| PjM | Project Manager |
| CM | Construction Manager |
| CSSHO | Chief Site Safety and Health Officer |
| SSHO | Site Safety and Health Officer |
| CQCSM | Contractor Quality Control System Manager |
| EM | Environmental Manager |
| LPDES | Louisiana Pollutant Elimination System |
| CFCs | Chlorofluorocarbons |
| PCBs | Polychlorinated bi-phenyls |
| ACM | Asbestos-containing materials |
| DGPS | Differential global positioning station |
| LOSCO | Louisiana Oil Spill Coordinator's Office |
| NFA-ATT | No Further Action – At This Time |
| CAP | Corrective Action Plan |
| AAC | Asbestos Accreditation |

Rev. 0, October 2000

WGI041885



SECTION 1

WGI041886

## 1.0   INTRODUCTION

### 1.1   General

Washington Group International, Inc. (Washington), formally Morrison Knudsen Corporation, is being tasked to furnish all services, materials, supplies, labor, equipment, superintendence, procurement, subcontracting, permits, licenses, laboratory services and travel, as required, for the project site development and remedial action of the Inner Harbor Navigation Canal (IHNC), East Bank Industrial Area (EBIA). To complete this task Washington has developed a number of Work Plans to direct the work activities. The Work Plans include the following:

- PROJECT WORK PLAN
- SITE SAFETY and HEALTH PLAN
- CONTRACTOR QUALITY CONTROL PLAN
- SAMPLING and ANALYSIS PLAN
- WASTE MANAGEMENT PLAN
- STORM WATER POLLUTION PREVENTION PLAN
- PERIMETER MONITORING PLAN
- HURRICANE PREPAREDNESS PLAN

The work plans have been developed by the incorporation of information obtained from previous United States Army Corps of Engineers (USACE)-approved documents, Louisiana Department of Environmental Quality (LDEQ) Risk Evaluation and Corrective Action Program (RECAP) requirements and Washington's Total Environmental Restoration Contract (TERC). The following documents were used in the development of this Project Work Plan:

- "Assessment of Potential Hazardous, Toxic and Radiological Waste, Volume 5 of 9, Appendix C" [1]
- "Environmental Evaluation, Volume 6 of 9, Appendix D" [2]
- "Demolition Design Memorandum Input" [3]
- "Above-Ground Structures Report" [4]
- "Mixed-Waste Mounds" [5]
- "Above-Ground Storage Tank Report" [6]
- "Statewide Abandoned Vessel Inventory" [7]
- "IHNC Drums Report" [8]
- "Land Use History Report" [9]

WGI041887

- "Recommendation Report for Demolition and Site Preparation Activities" [10]
- "Arsenic Background Investigation Report" [11]
- "Statement of Work for Project Site Development and Remedial Action" [12]
- "East Bank Sediment & Abandoned Barge Report" [13]
- "Operational Plans for Excavation, Treatment and Disposal of Contaminated Soils of the East Bank Industrial Area of the IHNC" [14]

### 1.2    Location

The 32-acre EBIA is a tract of land located between Florida Avenue and Claiborne Avenue along the east bank side of the IHNC. A floodwall between Surekote Road and Jordan Avenue delineates the site's eastern boundary. The site location is shown in Figure 1-1, Site Location Map.

### 1.3    Site Description and History

The EBIA owned by the Port of New Orleans is being purchased by the USACE to replace the existing lock. The EBIA consists of 32-acres of former industrial sites, supporting the marine and petroleum industry, previously leased from the Port of New Orleans by private operators. The referenced reports indicate that the tenants had a history of contaminating the site with chemicals and petroleum wastes. Investigations have also confirmed the presence of various contaminants in the site soils.

The current EBIA consists of six (6) facilities named for their former occupants. These are International Towing, Saucer Marine, Mayer Yacht – Distributors Oil, Indian Towing, McDonough Marine, and Boland Marine. These facilities include approximately 50 above ground buildings, 35 additional concrete slabs, 10 abandoned barges, wharves, bulkheads, fencing, paved areas, trash piles, above ground storage tanks, transformer units, miscellaneous equipment and debris. See Figure 1-2, Site Structure Detail (Appendix A) for a graphic drawing of the site.

A brief history for each former occupant is presented below. These summaries are based on the previous USACE Reports [1,2 and 9] and more recent activities detailed in the Dames and Moore [4] report.

WGI041888



Figure 1-1, Site Location Map

(Rev. t, August 2000)

WGI041889

### 1.3.1  Boland Marine

The Boland Marine property, located at 2500 Surekote Road, historically has been used for ship repairs. Operated by Boland Marine for nearly twenty years, the site was then occupied by an unaffiliated ship repair company. From the mid 1970s until the lease was terminated by the Port of New Orleans in 1988, Boland Marine developed and used site facilities for storage, office space, painting operations, and fabrication/welding. According to the Dames & Moore Report[14], signs of apparent site contamination were observed throughout the property and the ground surface is covered with scattered pockets of sandblast materials. The area surrounding the compressor house, located on the west side of the site, once served as a discarded drum graveyard. Electrical transformer units are located near the southwest property corner. Overhead piping, formerly insulated with asbestos-containing materials, is located near the Boland fabrication/welding building. At one time, both aboveground storage tanks (ASTs) and underground storage tanks (USTs), known to contain diesel fuel and gasoline respectively, were located at the site. These tanks have been reported removed as part of ongoing cleanup efforts on the part of the Port of New Orleans. The State of Louisiana listed Boland Marine as an unspecified hazardous waste generator. Several vacant buildings and concrete slabs remain on the property.

### 1.3.2  McDonough Marine

The McDonough Marine property, located at 2300 Surekote Road, has been used for barge leasing and chartering services for more than three decades. Originally operating under the name McDonough Marine, the company has been known as Marmac Corporation since 1972. Several buildings are located on the site. These buildings have been used for office space, parking, machining, painting operations, and bulk materials storage. One vacant concrete slab remains on the property. Sandblast materials were found on the ground surface near the southwest property corner. Known prior tank contents include propane, oxygen, gasoline, paint thinner, diesel fuel, and used oil. These tanks appear to have been removed when McDonough vacated the property. The operating company undertook removal of the ASTs when they vacated the facility in 2000. According to the State of Louisiana records, one 500-gallon steel Underground Storage Tank UST of unknown contents was located at the McDonough site. No records have been found to document this UST's removal.

### 1.3.3  Indian Towing Company

The Indian Towing Company began operations at 2200 Surekote Road in 1954. In addition to being a nautical towing company, Indian used the Surekote location for the sale, storage, and

WGI041890

repair of marine equipment. On numerous occasions, the Dock Board cited Indian Towing with lease violations. The nature of these infractions included unauthorized subletting, illegal barge discharging, and general disregard for the environment. Paint manufacturing and distributing, vegetable oil handling, boat manufacturing, and fueling services are among the known operations conducted at the Indian Towing site by subleases.

A large warehouse/work storage building once stored drums, cans, and spent cylinders. Tools, scrap iron, miscellaneous equipment, discarded drums, and spent cylinders were once scattered throughout the property. The drums and cans were removed as part of an ongoing cleanup by the Port of New Orleans. Sandblast materials coat the ground surface near an AST located close to the northwest property corner. Oil soaked soils and a partially submerged tank car were reported to be found along the waterfront; the tank car is presently no longer visible. Several abandoned concrete slabs remain at the site.

Site use presents the potential for many contaminants of concern (COCs) at the Indian Towing site. Breakdown products of ferromanganese ore and petroleum products are likely present from past barge discharging activities and fueling operations conducted on site. The manufacturing of paint and varnish required the use of numerous hazardous substances. Potential residual contaminants resulting from paint and varnish manufacturing include barium, barium sulfate, benzene, carbon tetrachloride, chromium, manganese, mercury, toluene, and xylene.

### 1.3.4   Mayer Yacht/Distributors Oil

Until early 2000 Mayer Yacht repaired boats on the property located at 2100 Surekote Road. Originally developed in 1951, the site has primarily been used for fueling operations, boat repairs, and the distribution of marine supplies. Mayer Yacht has been cited for several lease violations relating to unauthorized subletting, inadequate record keeping, and a general disregard for the environment. The Mayer Yacht site consists of several buildings used as workshops, office space, and storage space. Four USTs containing fuel oil were reported to have existed on the Mayer property. A former Mayer sub lessee discarded spent paint cans in abandoned on-site dumpsters. Two of Mayer's former subleases have by been listed by the State of Louisiana as unspecified hazardous waste generators.

Distributor's Oil Company operated an AST tank field and fueling stations on the north end of the property. The ASTs are known to have contained diesel and gasoline but have since been removed. A drum storage area once surrounded the fueling stations near the northwest property

WGI041891

corner. Approximately 60 drums containing motor fuel and similar products were once stored in the drum storage area.

In 1998, Distributor's Oil terminated its lease with the Port of New Orleans and moved its bulk plant facilities. ASTs, fueling pumps, a UST and the inventory of excess drummed/canned bulk oil and supplies were removed from the site.

Stained surface soils were also documented on the subject property in the vicinity of the former bulk storage tank area. Historically, degreasing operations have taken place on the south half of the site. Sandblast waste piles have also been identified on the property near the southeast and northeast property corners.

### 1.3.5 Saucer Marine Service

Saucer Marine Service began leasing the property located at 1910 Surekote Road in 1954. Saucer Marine used this site for shipbuilding practices for the next four decades. Located on the property are several buildings that were formerly used for storage, offices, warehousing, and machining. Vacant concrete slabs remain on site indicating previous structures on the Saucer property.

Numerous storage tanks once located on the Saucer Marine property accommodated fueling operations formerly conducted on site. Diesel fuel and gasoline were stored in bulk in numerous areas of the site. A gasoline fueling station was known to have operated along the east fence line. Pockets of oil saturated soils can be found throughout the Saucer Marine property. A sandblast waste pile currently surrounds one of the ASTs on the south end of the property. The north end of the property once accommodated a drum and can disposal area. In 1993, containerized waste including cans, drums and tanks were removed and disposed of by Port of New Orleans subcontractors. Two waste piles were known to contain tar and creosote-coated wood poles and sandblasting materials. These piles were the subject of an investigation in 1999 (Dames and Moore 1999c). These materials were moved around the site in 2000 during test pile driving.

### 1.3.6 International Tank Terminal

The site referred to as the International Tank Terminal (ITT) is located at 1800 Surekote Road. Former operations at this site include steel fabrication, trucking, and ship repairs. One building remains on the site. A vacant concrete slab on the ITT property is assumed to have been the foundation for a former workhouse. The activities conducted in association with the workhouse are unknown. Tanks of undisclosed size and contents were at one time located on the property.

WGI041892

Sandblast materials can still be found on the ground surface on the north end of the site. Historical aerial photographs show buildings at the south end of the site that are no longer standing and were used for unknown purposes but may well have been associated with the petroleum industry. A rodent eradication experiment station operated by the City of New Orleans borders the ITT property to the south.

### 1.4 Project Scope

The project consists of demolition and removal of structures, removal of surface and subsurface obstructions, characterization of contaminants present at the site and remediation of the site in accordance with LDEQ RECAP Standards.

The Scope of Work includes Pre-work Activities, Mobilization, Pre-demolition Site Characterization, Above Ground Issues, Demolition of Land-based Structures, Demolition of Water-based Structures, Soil and Subsurface Issues, Road Removal and Final Grade, Demobilization and Reports and Record Keeping.

### 1.5 Schedule

The Project Schedule (Figure 1-3) was developed based on the information available from existing reports and site inspections. The estimated project duration is approximately 22 months. To meet this accelerated schedule overtime (up to 60 hours per week) will be required for various phases of the work.

There are a number of demolition and remediation issues that have not been detailed by the previous reports. As work progresses the schedule will be corrected to account for contamination plumes identified through additional site characterization, demolition productivity due to identification of foundation thickness, number of pilings and removal productivity.

WGI041893

| Activity ID | Orig Dur | Rem Dur | % | Early Start | Early Finish | Description |
|---|---|---|---|---|---|---|
| 01100010 | 67 | 67 | 0 | 27OCT00A | 02FEB01 | Contract (work) (Initial to Initial WHO's) |
| D1170000 | 0 | 0 | 100 | 27OCT00A | | Contract (work/Prep., Bid & Award Initial Bid Contract) |
| 00000000 | 59 | 59 | 0 | 27OCT00 | 22JAN01 | Construct Site Facilities |
| 01310130 | 25 | 25 | 0 | 04DEC00 | 08JAN01 | Fencing |
| 01310020 | 17 | 17 | 0 | 04JAN01 | 26JAN01 | Project Office Area |
| 01100020 | 17 | 17 | 0 | 11JAN01 | 02FEB01 | Mobilize Barge for Wash Water Management |
| 09000020 | 392 | 392 | 0 | 20JAN01 | 12AUG02 | LDEQ AAC2 Notification of Demo & Remediation Firm |
| 09000010 | 317 | 317 | 0 | 12FEB01 | 09MAY02 | Building Permits |
| 09000020 | 300 | 300 | 0 | 01MAR01 | 09MAY02 | NPDES |
| 09000025 | 10 | 10 | 0 | 07MAR01 | 20MAR01 | DEQ - Temporarily Wash Storage Permit |
| 02050110 | 10 | 10 | 0 | 03OCT00 | 13NOV00 | Establish Monuments and perform Boundary Survey |
| 02050010 | 11 | 11 | 0 | 01NOV00 | 16NOV00 | Surface Soil Sampling |
| 02050020 | 85 | 85 | 0 | 03NOV00 | 21MAR01 | |
| 02050000 | 96 | 96 | 0 | 03NOV00 | 2?MAR01 | |
| 14000000 | 20 | 20 | 0 | 04JAN01 | 31JAN01 | Asbestos Containing Material (ACM) |
| 14000010 | 60 | 60 | 0 | 25JAN01 | 18APR01 | Asbestos Abrasion (Table 5-5) |
| 04200000 | 120 | 120 | 0 | 14NOV00 | 01MAY01 | Polychlorinated Biphenyls (PCB's) |
| 04400000 | 424 | 424 | 0 | 04JAN01 | 03SEP02 | |
| 04200050 | 77 | 77 | 0 | 30JAN01 | 16MAY01 | Above Ground Storage Tanks |
| 01300000 | 29 | 29 | 0 | 03JAN01 | 08MAR01 | Structure Demolition |
| 03000000 | 13 | 13 | 0 | 35JAN01 | 15FEB01 | |
| 05000000 | 110 | 110 | 0 | 21FEB01 | 07AUG01 | Miscellaneous Facilities & Equipment |
| 10000000 | 35 | 35 | 0 | 20JAN01 | 18MAY01 | |

Legend: Early Bar / Progress Bar / Critical Activity

Morrison Knudson Corporation

EAST BANK INNER HARBOR, NEW ORLEANS

Proposal Schedule

Figure 1-3

Sheet 1 of 2

| | Date | Revision | Checked | Approved |
|---|---|---|---|---|
| Start Date | | | | |
| Finish Date | | | | |
| Data Date | | | | |
| Run Date | | | | |

© Primavera Systems, Inc.

WGI041894

Sheet 2 of 2

WGI041895

SECTION 1

WGI041896

## 2.0   PROJECT ORGANIZATION

This section summarizes the responsibilities of the organizations responsible for implementing the EBIA Project. Washington, Materials Management Group (MMG) and Washington's Subcontractors are responsible for implementing project work under the direction of the USACE New Orleans District (NOD). The project organization and reporting are provided in Figure 2-1, EBIA Project Organization.

### 2.1   Washington, MMG and Subcontractors

Washington is responsible for implementation of the overall project. MMG, as a participant in the Washington/MMG 8(a) Mentor/Protégé Program will provide environmental engineering, environmental sampling and remediation, waste management and overall project support. Washington Subcontractors will complete demolition, debris removal, bank removal and remaining site work.

### 2.2   Washington Organization

Washington Tulsa TERC Program Manager (PM) - The PM provides overall program leadership and direction. The PM is the point of contact for the USACE Tulsa District, the Contracting Officer (CO) and the Contracting Officer's Representative (COR).

Washington Project Manager (PjM) - The PjM is responsible for all performance aspects of the project and is the point of contact for the USACE on-site supervision. The PjM is accountable for project cost, schedule, safety and overall quality and technical management. The PjM provides oversite of Washington's supervisory staff, daily activities and is supported by the following technical field support positions:

Construction Manager (CM) - The CM is responsible for all demolition, remediation and site restoration activities. The CM provides direction and supervision for all Washington and Subcontractor site activities in accordance with Washington policies and project requirements. The CM is responsible for reviewing daily Subcontractor reports and monitoring field activities for adherence to project schedule and budget and coordinates daily field activities with the USACE. The CM is supported by the Field Coordinators. These Field Coordinators have the responsibility of supervising all Subcontractors assigned to their area, planning day to day activities, reporting equipment usage and personnel hours, and implementation of the SSHP.

WGI041897

Chief Site Safety and Health Officer (CSSHO) - The CSSHO is responsible for overall implementation of the Site Safety and Health Plan, oversight of all project safety and health issues, safety and health training, medical monitoring, daily site inspections, recording and reporting of injuries or incidents in accordance with Washington policies and emergency response coordination. All injuries and accidents shall be reported immediately to the USACE representatives. The CSSHO is also responsible for documenting and submitting ENG FORM 3394, Sep 89 (USACE Accident Investigation Report) within one day to USACE representatives. The CSSHO is responsible for monitoring and enforcement of the project SSHP and has the authority to stop work, if necessary, to protect personnel and environmental safety and health. CSSHO is also responsible for conducting Safety Surveillances on a daily basis, assist Field Coordinators and Foreman to conduct safety tail gate meetings, implement corrective actions, have the authority to stop work if personnel are in imminent danger, and oversee the perimeter air monitoring being conducted by the air monitoring technician. In the absence of the CSSHO, the Contractor Quality Control System Manager will be assigned as the Alternate CSSHO.

Contractor Quality Control System Manager (CQCSM) - The CQCSM is responsible for overall management of the Washington Quality Control Plan, implementation of the three phase control system and submittal of the Daily Quality Control Report. The CQCSM is responsible for performing surveillance of project activities affecting quality, identifying quality problems and the need for corrective actions and verifying implementation of corrective actions. The CQCSM has the authority to stop non-conforming work, with the immediate notification of the PjM or CM, and Subcontractors, when unsatisfactory, quality affecting conditions exist. The CQCSM ensures that all Washington submittals are in accordance with contract requirements and that all certifications provided to Washington by others are accurate and in compliance with contract requirements. In the absence of the CQCSM, the Construction Manager has been assigned as the Alternate CQCSM.

Environmental Manager (EM) - The Environmental Manager is responsible for site characterization, field sampling, analytical work, waste coordination and waste shipment for disposal. The EM provides technical management for remediation activities under the LDEQ RECAP program. The EM provides oversight of project compliance with Federal, State and Local site specific permitting or environmental requirements.

WGI041898



WGI041899

SECTION 3

WGI041900

## 3.0   SCOPE OF WORK

### 3.1   Pre-work Activities

Preliminary activities will be required prior to beginning project work. The site will be prepared for mobilization of the office trailers, the utilities serving the area will be disconnected and the office area will be secured. Project permits will be obtained and notifications will be made to the required agencies having jurisdiction over the project.

### 3.1.1 Permits and Notifications

Permits for the project have been evaluated and will be obtained to support required activities. The permits and notifications include:

- City Permit for Demolition (required for each building)
- 404 Wetlands (USACE Existing Permit)
- Louisiana Pollutant Discharge Elimination System (LPDES) Water Discharge Permits
- LDEQ Temporary Waste Storage Facility Permit
- LDEQ Notification of Demolition and Renovation Form (AAC-2 Form For The Removal of Asbestos-containing Building Material)

### 3.2   Mobilization

The site for the office trailers, parking area and equipment laydown area will be prepared and the office trailers will be mobilized. The parking area will be provided with a layer of aggregate base. A new electrical feed will be installed to provide power for the office/equipment laydown/waste staging complex area, road lighting and power for perimeter monitoring stations. Temporary telephone and water lines will be installed. Holding tanks will be installed for the sanitary sewer system.

The office complex will be located at the north end of the site adjacent to Surekote Road. The layout and location of the office complex is shown in Figure 3-1, Site Office Plan.

### 3.2.1 Security

A permanent 8-foot security fence with three strands of barbed wire will be installed on three sides of the site at the perimeter of the property. The permanent 8-foot fencing shall consist of new chain link fabric, post and gates with posts set in concrete immediately on

WGI041901

the protected side of the existing Jourdan Avenue floodwall. Actual placement of the fencing and gates may be field adjusted according to actual site conditions provided a continuous closed loop of protection is achieved around the 32-acre site (except the IHNC side). Signs labelled "Keep Out, US Government Property," will be secured and maintained facing outward for the work site. The office complex, equipment lay down area and waste staging area will be enclosed within a separate 6-foot fence. Twenty-four hour a day security will be provided for the site.

### 3.2.2 Utility Disconnects

Existing utility service for the entire site will be disconnected prior to demolition. This includes electric, gas, telephone and cable lines. Water service will be maintained at the north end of the site for the office complex and cut and capped beyond the trailers. Water lines will also be maintained along Surekote Road for fire protection and dust control. As part of the utilities disconnect, the sanitary lift station will be decommissioned. This will include flushing and chemical treating of all the sanitary lines leading from the buildings. Once all the sewage has been pumped from the site, the utilities to the lift station will be disconnected and the New Orleans Sewage and Water Board will be contacted to remove all reusable items. The lift station will be removed during the Partially Buried Object (3.7.2) phase of this Project Work Plan.

### 3.2.3 Property Survey

A land survey will be performed to establish and identify the boundary of the site. As LDEQ requires that the project be closed for RECAP purposes by the six divisions, the land survey will also mark these boundaries. The survey company will utilize the existing USACE baseline survey data to install visual marks of the perimeter boundaries. In addition to the land survey, Washington will utilize DGPS (Lat-Long) to mark site conditions. These coordinates (abandoned piles, excavation, soil borings, closure samples, etc) will be down loaded into the CAD base map and link with GIS. The initial survey will be performed by a land surveyor licensed in the State of Louisiana.

### 3.2.4 Site Facilities

A temporary site fuel facility will be established to provide diesel fuel for Subcontractor equipment. The temporary fuel facility will be a self-contained double-wall tank located on a concrete pad with provisions for spill protection. The site fuel facility will be located south of the office complex as shown in Figure 3-1, Site Office Plan.

WGI041902



WGI041903

An equipment wash station will be set up to clean vehicles prior to leaving the site. The wash station will be used to clean haul vehicles and prevent mud and debris from being tracked onto roadways. As needed, a soap-like product may be used to remove contamination from various equipment. All waters will be collected by a built in sump and transferred to a holding tank. This tank will be tested in accordance with the SAP and handled in accordance with the Waste Management Plan. The wash station will be located south of the office complex as shown in Figure 3-1, Site Office Plan.

A waste storage area will be established to stage waste for sampling, consolidation and evaluation to determine disposal requirements. This area will also be used for temporary storage of waste prior to shipment off site. This area will be located to the northwest of the office area complex as shown in Figure 3-1, Site Office Plan. This area includes both covered and non-covered concrete areas.

### 3.2.5  Project Signs

Prior to the commencement of work a USACE Project Sign and a USACE Safety Sign will be installed as directed by the COR.

### 3.2.6  Perimeter Monitoring and Weather Stations

To ensure that demolition activities will be managed to ensure that minimal disturbance of the residential area to the east of the site, perimeter monitoring stations and a weather station will be installed. For a detailed discussion of the stations refer to the Site Safety and Health Plan and the Perimeter Monitoring Plan.

### 3.3  Pre-demolition Site Characterization

Prior to demolition and submission of the LPDES permit application, water samples will be collected from the IHNC. The samples will be collected, analyzed and handled in accordance with the Sampling and Analysis Plan. The water samples will be used to develop the LPDES as detailed in the Storm Water Pollution Prevention Plan. Soil samples will also be taken near the southern end of the site to characterize an area to be used for site fill. See the Sampling and Analysis Plan for a detailed discussion of the sampling effort.

### 3.3.1  Borrow Pit

In an attempt to ensure that off-site soil will not need to be brought onto the site, a borrow pit area will be developed at the southern end. The borrow pit will be sampled

WGI041904

and a RECAP Re-use plan will be submitted as detailed in the Sampling and Analysis Plan. The soil may be used as follows:

- Storm water control berms
- Filling pits or depressions created by foundation removal
- Filling pits or depressions created during the removal of partially buried or buried objects
- Filling excavation pits

The borrow pit will extend from the IHNC toward the east. Soil from the excavation will be segregated as contaminated bank soils and re-use soils. Re-use soils will be allowed to dewater prior to use. Contaminated soils will be handled in accordance with the Waste Management Plan.

## 3.4  Above Ground Issues

Above ground issues at the site include environmental concerns and general site items. The environmental concerns include asbestos, lead, mercury, radioactive material (smoke detectors), batteries and chlorofluorocarbons (CFCs), Polychlorinated biphenyls (PCBs), ASTs, treated timber and material/waste in containers. The general site items include equipment, fencing, trash, debris, and vegetation.

## 3.4.1  Environmental Concerns

Prior to the demolition of any of the buildings, a walk through inspection will be conducted to verify the existence or non-existence of construction materials that may contain hazardous materials. If the hazardous materials exist they will be handled according to Federal, State and Local regulations. Materials will be sampled in accordance with the SAP and handled in accordance with the Waste Management Plan. The following environmental concerns have been identified by previous inspections:

- *Asbestos-Containing Materials*

Asbestos surveys have confirmed the presence of asbestos-containing materials (ACM) in 13 of the EBIA buildings. The ACM identified includes window caulk, floor tile, pipe insulation, electrical switch insulation, transite ceiling tile, roofing material, floor tile, floor tile mastic and shingles. The affected buildings, quantities and volume ACM

WGI041905

identified are summarized in Table 3-1, Asbestos Survey Summary and graphically presented in Figure 3-2, ACM Location Plan.

All asbestos-containing materials identified in the Asbestos Survey Summary will be removed and disposed of in accordance with all local, state and federal requirements.

A site specific Asbestos Abatement Plan will be developed by an LDEQ approved Asbestos Abatement Subcontractor. This plan will detail the removal method, work requiring poly containment, personal protective equipment to be used, showers, scaffolding, tools, encapsulation, area posting, air monitoring, final inspection and clearance sampling. The Asbestos Abatement Plan will detail asbestos waste packaging, labelling, transportation and identify the disposal facility. The plan will include a copy of the landfill's permit to receive asbestos waste.

The Asbestos Subcontractor will be responsible for obtaining the required permits and provide required notifications to regulatory agencies having jurisdiction over the project.

A record copy of all asbestos waste manifests with receipt signature from the landfill will be provided to the USACE.

WGI041906

Table 3-1    Asbestos Survey Summary[3]

| Site ID # | Material Type | Quantity | Volume of Material |
|---|---|---|---|
| 7 | Window caulk (20x15) | 6 panes, 16 windows | Est. 0.5 cubic yard |
| 11 | Floor tile (8x8in) | 1200 sq. ft | 1.5 cubic yards |
| 11 | Window caulk (20x15in) | 6 panes x 24 windows | Est. 0.5 cubic yard |
| 11 | Floor tile (8x8in) | 500 sq. ft | 0.5 CY |
| 11 | Floor tile (8x8in) | 500 sq. ft | 0.5 CY |
| 14 | Pipe insulation | 20 linear ft | Est. 1 CY |
| 14 | Pipe insulation | 40 linear ft | Est. 2 CY |
| 14 | Window caulk (20x15in) | 9 panes x 11 windows | <0.5 CY |
| 21 | Electrical switch insulation | ~3 sq. ft | <0.25 CY |
| 21 | Window caulk (20x15in) | 9 panes, 1 window | <0.25 CY |
| 27 | Window caulk (20x15in) | 6 panes, 1 window | <0.25 CY |
| 70 | Ceiling tile – transite | 200 sq. ft | 1 CY |
| 74 | Window caulk (20x15in) | 2 panes: 14 windows | 0.25 CY |
| 74 | Roofing material | 3,750 sq. ft | 5.0 CY |
| 76 | Floor tile (8x8in) | 800 sq. ft | 1 CY |
| 76 | Floor tile Tan (12x12in) | 400 sq. ft | 0.5 CY |
| 76 | Floor tile | 750 sq. ft | 1 CY |
| 76 | Window caulk | 4x4 sq. ft: 8 windows | 0.25 CY |
| N 108 | Floor tile | 50 sq. ft | <0.25 CY |
| 45 | Mastic associated with tile | 3000 sq. ft | 2 CY |
| 60 | Shingles | Unknown | Unknown |
| 91 | Floor tiles (12x12in) | 50 sq. ft | <0.25 CY |
| 99 | Floor tile (8x8in) | 50 sq. ft | <0.25 CY |

WGI041907



WGI041908

*Lead-Based Paint*

Lead based paint has been identified on a number of the structures at the site. Current regulations do not require removal of the paint prior to building demolition. Engineering controls will be implemented during demolition to prevent no additional lead contamination occurs in the soil.

*Batteries, Mercury, Smoke Detectors, Fluorescent Light Tubes and Chlorofluorocarbons*

No inventory has been provided for batteries, mercury, smoke detectors, fluorescent light tubes or CFC's. As a result, a survey will be conducted of each structure to identify and remove the above listed items. All items will be removed intact whenever possible. Any CFC's (R12 or R22 refrigerant) encountered will be removed by an air conditioning refrigerant recycler. Items removed will be staged at the waste staging area and evaluated for recycling or disposal. Lead acid batteries will be recycled. Smoke detectors will be returned to the manufacturer for recycling or transported to a licensed facility for disposal. All items will be packaged and labelled and transported according to the requirements for each item.

*Polychlorinated Biphenyls*

Site investigations have identified the presence of suspected PCB containing or impacted materials at 15 separate locations around the site. The PCB's are present in transformer oil and fluorescent light ballasts. PCB contaminated soils have been identified at two transformer locations and PCB contaminated concrete has been identified at one of these locations. Removal of the contaminated soil and concrete will be handled during the Corrective Action Plan (Remediation) phase of the Scope of Work, Section 3.7.5. The list of suspected PCB-containing ballasts and approximate quantities are presented in Table 3-2, PCB Summary Survey and graphically presented in Figure 3-3, PCB Location Plan.

WGI041909

Table 3-2    PCB Summary Survey[3]

| Site ID # | Material Type | Quantity |
|-----------|---------------|----------|
| 11 | Fluorescent Light Ballast | 72 Fixtures |
| 34 | Oil | 6 Transformers |
| 74 | Fluorescent Light Ballast | 6 Fixtures |
| 76 | Fluorescent Light Ballast | 33 Fixtures |
| 117 | Fluorescent Light Ballast | 4 Fixtures |
| 119 | Fluorescent Light Ballast | 4 Fixtures |
| 122 | Fluorescent Light Ballast | 7 Fixtures |
| 123 | Fluorescent Light Ballast | 3 Fixtures |
| 45 | Fluorescent Light Ballast | 80 Fixtures |
| 47 | Fluorescent Light Ballast | 6 Fixtures |
| 58 | Fluorescent Light Ballast | 1 Fixture |
| 60 | Fluorescent Light Ballast | 5 Fixtures |
| 85 | 3 Transformers | ~ 40 gallons each |
| 86 | Fluorescent Light Ballast | 6 Fixtures |

All items identified in the PCB Survey Summary will be removed. Entergy has been confirmed as the owner of the transformers (Site ID# 34 and #85). Entergy will be requested to remove the utility owned transformers when project work begins.

Electrical wiring for the light fixtures will be disconnected and the light ballasts will be removed intact. The ballasts will be placed in drums at the removal location. Any ballasts with visible leakage will require special handling. Visible oil will be removed with a cloth. Leaking ballasts will be segregated and placed in separate drums. All drums will be labelled to identify the contents before being sealed.

Intact removal of ballasts will continue in each building identified until all ballasts have been removed. As drums are filled they will be transported to the waste storage area and consolidated for shipping. Waste profile and manifest documentation will be completed and PCB waste will be transported off site for disposal.

WGI041910

GALLIER STREET WHARF
INNER HARBOR NAVIGATION CANAL
INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA
USACE NEW ORLEANS DISTRICT
FIGURE 3-3
PCB LOCATION PLAN
WASHINGTON GROUP INTERNATIONAL, INC.

*Above Ground Storage Tanks*

Based on information provided in previous reports, four ASTs will require removal. These ASTs are located on the old Boland Marine and Saucer Marine sites. See Table 3-3 Remaining ASTs for a detailed list and identifiers for the ASTs and Figure 3-4 for a graphic location of each AST.

Removal of the ASTs will be performed in accordance with American Petroleum Institute (API) standard 2015, guide 2015A and recommended practice (1604). Some of the major issues detailed in the referenced documents are as follows:

- Initial preparations
- Profile AST contents
- Liquid and solids removal/disposal
- AST isolation
- Ignition sources control
- Lead-based painted surfaces
- Implement all permit requirement
- Confined Space Entry
- Hot work

Table 3-3     Remaining ASTs[6]

| Site ID # | Size | Comments |
|-----------|------|----------|
| 18 | 10' l x 5' d | Horizontal steel AST |
| 40A | 12' l x 4' d | Horizontal steel AST, probably an air receiver |
| 83A | 12' l x 5' d | Horizontal steel AST, marked 1075 |
| 103 | 8' d | Vertical bulk sand handling tank with piles of sand around |

*Treated Timber*

Existing treated timbers that include treated wood, treated telephone poles and other treated poles will be moved to the waste staging area. Samples will be collected and the timbers will be handled in accordance with the Waste Management Plan and the Sampling and Analysis Plan. Previous reports did not detail the number of treated

WGI041912



WGI041913

timbers; therefore, a site walk will be conducted to determine the number of treated timbers.

*Material and Waste in Containers*

There are various paints, solvents, oils and containers of unknown materials in and around the site structures. This containerized waste will be collected from around the site and staged in the waste storage area for inspection. The materials will be segregated based on container labelling, exterior appearance and condition. The contents of all the containers will then be visually inspected in accordance with the Site Safety and Health Plan. Containers will be re-segregated. Sampling and material consolidation will be performed in accordance with the Waste Management Plan and the Sampling and Analysis Plan. Compatible materials will be consolidated for disposal.

### 3.4.2 General Site Items

The General Site Items include abandoned equipment, storage containers, abandoned vehicles and equipment, chain-link fencing, vegetation, and trash and debris. Each item will be evaluated at the time of collection, to determine whether it will be relocated to the waste storage area or will be direct loaded into an appropriate roll-off box. Each item will be handled in accordance with the Waste Management Plan. The following will detail general procedure for each of the listed items. Table 3-4 provides a list of items detailed in the previous reports and graphically presented in Figure 3-5, General Site Items.

*Abandoned Equipment*

Abandoned equipment will be evaluated to determine if it has salvage value or will be removed as scrap metal for recycling. Material to be salvaged or recycled will be staged for removal. Equipment determined not have a salvage value will be placed in roll off containers for scrap metal. Scrap metal will be staged on site until there are sufficient quantities for transporting to the metal recycler.

*Storage Containers*

Storage containers that include hoppers, conex boxes and wooden crates will be opened and the items inside will be removed for inspection. Materials will be classified as salvage material, scrap, debris or waste. The materials will be transported to the staging

WGI041914

area and segregated according to classification. Storage containers in good condition will be relocated and used for storage during the project. Unusable containers will be dismantled, crushed and removed as scrap for recycling or debris.

### Abandoned Vehicles

Abandoned vehicles with identifiable license plate, VIN # or registration papers will be researched through the Department of Motor Vehicles to identify the owner. A legal search effort will be initiated to find the owner and request removal of the vehicle from site. Abandoned vehicles without evidence of registration will be removed from the site as salvage or scrap material.

### Chain-linked Fencing

Chain-link fencing will be removed as scrap during site clearing operations. Other miscellaneous items attached to the fencing will be handled as salvage material, scrap or debris and removed.

### Vegetation

Currently only a small portion of the site is mowed and maintained leaving some areas overgrown. Initial mowing and clearing of the site will be performed during mobilization. This clearing will be performed for general housekeeping and to expose items that may be covered by the vegetation. Maintenance mowing of the site will continue throughout the duration of the project. Any new environmentally sensitive items identified will be added to the site inventory. Heavy overgrowth (trees, plants and shrubs) will be removed and placed in roll-off boxes. The waste will be treated as described in the Waste Management Plan.

### Trash and Debris

Due to changes in the use of the site there are accumulations of trash and debris in piles at various locations. There are several piles of trash and sand blasting grit mixed with other debris. The debris includes scrap steel, valves, lumber and empty transformer canisters.

WGI041915

Scrap steel and valves will be removed and placed in the roll off container for recycling. Lumber will be disposed of as demolition debris. The remaining material will be disposed of as demolition debris.

Table 3-4    General Site Items[1]

| Site ID #. | DESCRIPTION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|
| 19 | VALVE SITE | 5' X 5' | | 3 RISERS |
| 34 | FENCE – CHAIN LINK - 8' H | 20' X 20' | | 6 TRANSFORMERS INSIDE – WINDINGS MISSING FROM TRANS. |
| 35 | TRASH PILE | 30' X 30' | | APPLIANCES, SOME STEEL AND LARGE PUNCH EQUIPMENT |
| 37 | CONCRETE AREA - NOT A SLAB | 40' X 40' | | |
| 38 | TRASH PILE | 10' X 10' | 6'N | LUMBER |
| 39 | TRASH PILE | 7' X 7' | | HEAVY STEEL / LARGE GATE VALVES |
| 41A | FENCE – CHAIN LINK - 8' H | L = 1630' | 8'H | |
| 54 | OLD CRANE | 15' X 15' | | INOPERABLE |
| 59 | STACK OF 3 OLD STEEL BARGES | 40' X 15' | 12' H | WITH 2 – 3' SQ X 40' STEEL SPUDS |
| 64 | STEEL SHELTER SKID | 30' X 16' | | W / 2 TANKS – GAS AND PAINT THINNER |
| 65 | OLD TRUCK | | | INOPERABLE |
| 66 | STEEL SHELTER OVER STEEL SKID | 16' X 20' | | LG. AIR COMPRESSOR & FUEL TANK ON SKID |
| 69 | FIBERGLASS BOAT | 24'LG | | OLD EUROPEAN - MADE LIFEBOAT |
| 71 | STACKS OF BARGE COVERS & WASTE TIMBERS | 35' X 100' | | STEEL BARGE COVERS & TIMBER CRANE MATS |
| 72 | STEEL CONTAINER | 40' X 10' | 9' H | |
| 78 | CRANE | | | A – FRAME SHAPE - MISSING BOOM |
| 105 | LARGE CAST IRON PUNCH EQUIPMENT | | | HYDRAULIC / ON SLAB NEXT TO METAL BUILDING |
| 121 | STEEL A-FRAME CRANE | | +40' H | |
| 125A | DRY DOCK | 55' X 30' | | |
| 126A | TRIPOD CRANE | 25' X 10' | 30' H | |
| 130 | STEEL CONTAINER AND 2 OLD TRUCKS | CONT. 10' X 20' & 2 15' X 6' TRUCKS | 8' H | |

WGI041916



WGI041917

## 3.5  Demolition of Land Based Structures

Demolition will begin at the southern portion of the site at the former International Tank Terminal facility and progress to the north.  A list of the structures and foundations can be found in Table 3-5 and graphically presented in Figure 3-6, Demolition Inventory. Abatement of environmental issues and removal of general site items will be performed and verified prior to demolition of affected buildings.  Demolition of buildings and structures that are not affected by environmental issues will proceed independently of abatement activities.

Pile removal, building/slab demolition, vibrations, construction equipment and vehicular traffic may affect and damage existing structures.  Vibrations shall be monitored by the Contractor and limited to 0.25 inches per second at the Limits of Right-of-Way. Exceeding 0.5 inches per second may induce structural damages.  In addition, literature indicates peak particle velocities of 0.25 in./sec. may densify loose cohesionless soil. Such densification may result in settlement of pavements, structures or utilities founded over or in these materials.  The Contractor shall be informed when the vibrations from its operations have exceeded the above threshold.  If sustained peak particle velocities exceed 0.25 in./sec., pile removal, demolition or other activities shall be terminated and procedures shall be altered to bring peak particle velocities at or below 0.25 in./sec.

### 3.5.1  Building Demolition

Prior to demolition, all buildings will have the site identification number painted on the building exterior adjacent to the entrance.

The sequence of demolition will be controlled by written Demolition Release Notices. Prior to issuing a Demolition Release Notice, the Washington Field Coordinator will confirm that environmental issues for a building do not apply or have been abated.  The Field Coordinator will visually inspect the building to confirm light fixtures, batteries and smoke detectors are not present. The Field Coordinator will inspect the demolition area to confirm there are no obstructions requiring removal and confirm the incoming power lines have been disconnected from the building. Upon acceptance of the inspection for the above items, a Demolition Release Notice will be issued.

Roll off containers will be staged in the demolition area for scrap steel recycling and demolition debris disposal.

WGI041918

The perimeter of the demolition area will be barricaded with flagging to prevent unauthorized entry. The barricade will be maintained until demolition of the building and foundation is complete and the excavation has been backfilled with material from the borrow pit.

A hydraulic shear mounted on a track excavator will be used to cold cut steel supports for large buildings. Excavators with hydraulic thumbs, hydraulic breakers or concrete pulverizers will be used to remove brick/block constructed buildings. Smaller buildings may be leveled using a bulldozer or other approved method. Torch or flame cutting of building steel with lead based paint is prohibited. At other locations, torch or flame cutting shall be minimized to the extent necessary.

Demolition will be completed in place with minimal movement of the material being demolished. Once the building is brought down, the steel and debris will be cut into sections sized for the roll-off containers. Scrap steel to be recycled will be separated from demolition debris. This separated metal will be picked up by the recycling facility.

Once demolition is completed and the debris is in the roll-off containers, the demolition area will be inspected and visible paint chips will be collected. The chips will be placed in a container labelled to identify the contents. The container will be taken to the waste storage area and stored until sufficient quantities have been accumulated for disposal.

Unexpected materials or conditions may be encountered that interrupt the demolition sequence. This will require temporary suspension of work and progression to the next building while conditions are evaluated.

Table 3-5    Demolition Inventory [1]

| SITE ID # | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 1 | CONCRETE SLAB | 81+01 | 65' X 100' | NR | ANCHOR SLAB |
| 2 | CONCRETE SLAB | 79+81 | 40' X 45' | NR | ELEVATED SLAB |
| 4 | DOCK ENTRANCE | 79+21 | 25' X 50' | NR | |
| 5 | CONCRETE FOUNDATIONS | 79+01 | 25' X 12' | 12 @ 3' X 3' | ON SLAB |
| 6 | METAL BLDG. ON SLAB | 78+93 | 70' X 70' | 135' H | FULL OF PALLETS – QUONSET HUT TYPE |
| 6A | METAL BLDG. ON SLAB | 78+91 | 50' X 50' | 25' H | FULL OF PALLETS - ON CASTERS |

WGI041919

| SITE ID | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 7 | METAL BLDG. ON SLAB | 76+57 | 125' X 60' | 28' H | FULL OF PALLETS |
| 7A | SLAB – PARTIALLY UNDER TWO BUILDINGS | 77+50 | 185' X 100' | NR | BUILDINGS # 6 & #6A ARE ON THIS SLAB |
| 8 | CONCRETE SLAB | 77+56 | 40' X 20' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 8A | CONCRETE SLAB | 77+56 | 20' X 20' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 9 | CONCRETE SLAB | 77+09 | 60' X 40' | NR | HEAVY EQUIP. FDN. WITH STEEL IMBEDS |
| 11 | METAL BLDG. ON PIERS | 76–31 | 60' X 40' | 26' H | |
| 12 | DOCK ENTRANCE | 75+55 | 25' X 50' | NR | BARRELS OF TRASH ALONG DOCK |
| 13 | METAL BLDG. ON SLAB | 75–07 | 50' X 40' | 21' H | FULL OF PALLETS / FORMER SUPPLY BLDG. |
| 14 | METAL BLDG. ON SLAB | 73+65 | 220' X 100' | 28' H | FULL OF PALLETS |
| 15 | GUARD SHACK | 75+35 | 10' X 10' | 15' H | ON SKID |
| 16 | RAISED COVERED PLATFORM | 74+42 | 24' X 18' | 17' H | |
| 17 | METAL BLDG. ON SLAB | 75+83 | 25' X 12' | 6' H | EMPTY BLDG. ON SLAB |
| 21 | METAL BLDG. ON SLAB | 74+93 | 35' X 20' | 15' H | WITH 10' X 14' HVY EQUIP FDN – FORMER GENERATOR BLDG. |
| 22 | WOOD FRAMED METAL SHED | 78+13 | 25' X 16' | 10' H | FALLING DOWN / WITH ELECT. SERVICE PANELS |
| 23 | METAL BLDG. ON SLAB | 73+83 | 60' X 30' | 20' H | TRASH INSIDE / COULD NOT SEE INSIDE WELL |
| 24 | STEEL FRAME DECK W/ PLATE | 74+19 | 12' X 8' | 4' H | FORMER BOTTLE STORAGE |
| 25 | RAISED STEEL FRAMED SLAB | 72+42 | 20' X 25' | 1' H | EQUIPMENT SUPPORT FOUNDATION |
| 26 | DOCK ENTRANCE | 72–05 | 25' X 50' | NR | BARRELS OF TRASH ALONG DOCK |
| 27 | WOOD FRAMED METAL SHED | 71–82 | 20' X 20' | 17' H | TWO OLD COMPRESSORS INSIDE |
| 28 | CONCRETE SLAB | 72–77 | 20' X 30' | NR | |
| 29 | CONCRETE SLAB | 73–47 | 20' X 15' | NR | |
| 30 | CONCRETE SLAB | 73–37 | 25' X 10' | NR | |
| 31 | CONCRETE SLAB | 72–45 | 30' X 140' | NR | SMALL STEEL PLATES ON TOP OF SLAB |
| 33 | CONCRETE RAMP | 71–42 | 15' X 45' | NR | |
| 36 | METAL BLDG. ON SLAB | 70–71 | 150' X 100' | 40' H | WAREHOUSE IN USE BY BOLAND MARINE |
| 41 | WOOD FRAMED SHED | 71–31 | 6' X 25' | 8' H | ELECTRICAL EQUIPMENT SHED |
| 43 | BULKHEAD | 69–67 | L = 250' | NR | |
| 44 | SLAB W / TANK | 68–93 | 12' X 20' | NR | ACTIVE W 4' H. FENCE AROUND |
| 45 | WOOD BUILDING – OFFICE | 67+37 | 60' X 80' | 30' H | |
| 46 | STEEL CARPORT | 68–41 | 90' X 16' | 8' H | OLD BARGE COVERS |
| 47 | METAL BLDG. ON SLAB | 67+65 | 75' X 25' | 15' H | WAREHOUSE IN USE BY McDONOUGH MARINE |

WGI041920

| SITE ID # | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| 48 | STEEL CARPORT | 67+83 | 70' X 16' | 8' H | OLD BARGE COVERS |
| 49 | STEEL CARPORT | 65+69 | 110' X 16' | 8' H | OLD BARGE COVERS |
| 50 | CONCRETE SLAB | 69+75 | 15' X 50' | NR | |
| 51 | STEEL SHELTER | 68+81 | 24' X 30' | 10' H | |
| 52 | STEEL BUILDING | 68+55 | 20' X 30' | 10' H | |
| 53 | STEEL BUILDING | 68+55 | 20' X 30' | 15' H | |
| 55 | TRASH PILE AND ABANDONED SHELTER | 69+19 | 25' X 50' | NR | HEAVY STEEL & DEBRIS |
| 56 | STEEL SHELTER | 67+87 | 50' X 35' | 10' H | ON STEEL PLATEN |
| 56 A | HEAVY STEEL PLATEN | | 30' X 50' | 16' H | |
| 58 | STEEL BUILDING WITH TANK | 67+41 | 30' X 8' | 14' H | ON SKID |
| 60 | WOOD BUILDING | 66+83 | 20' X 20' | 12' H | |
| 61 | TANK ON CONC SLAB | 66+97 | 3' X 8' ON 10'x15' SLAB | NR | WITH 4' H CHAIN LINK FENCE |
| 62 | STEEL SHELTER | 67+03 | 20' X 20' | NR | OVER WASTE OIL SKID |
| 63 | METAL BUILDING | 67+03 | 12' X 12' | 10' H | W / WOOD FRAME |
| 70 | STEEL BUILDING | 65+57 | 12' X 12' | 8' H | STEEL BOX FROM A SHIP ON A SKID |
| 73 | CONCRETE SLAB | 64+90 | 40' X 80' | NR | |
| 74 | CONCRETE BLOCK BUILDING WITH SLAB | 64+21 | 110' X 60' | 19' H | PRECAST CONCRETE ROOF |
| 75 | METAL BUILDING | 63+83 | 20' X 80' | 13' H | |
| 76 | METAL BUILDING | 63+27 | 90' X 80' | 35' H | |
| 77 | CONCRETE SLAB | 64+05 | 80' X 100' | NR | |
| 79 | CONCRETE SLAB | 62+73 | 15' X 65' | NR | |
| 80 | CONCRETE RAMP | 63+74 | 25' X 45' | NR | FOR INACTIVE LOADING DOCK |
| 81 | CONCRETE SLAB | 63+74 | 25' X 30' | NR | TO INACTIVE LOADING DOCK |
| 83 | STEEL SHELTER OVER STEEL FRAME | 54+73 | 24' X 24' | NR | FALLING DOWN |
| 84 | CONCRETE SLAB | 53+67 | 15' X 10' | NR | LARGE PILE OF SAND NEAR SLAB |
| 86 | METAL BUILDING | 53+15 | 90' X 40' | 20' H | INACTIVE WORKSHOP ON ELEVATED SLAB / SOME OFFICE TRASH |
| 87 | STEEL RAMP | 53+03 | 10' X 25' | NR | ADJACENT TO SHOP BUILDING |
| 88 | CONCRETE SLAB | 53+77 | 25' X 50' | NR | |
| 89 | CONCRETE SLAB | 54+03 | 25' X 25' | NR | |
| 90 | CONCRETE SLAB | 53+85 | 20' X 25' | NR | |
| 91 | GUARD SHACK | 53+29 | 10' X 8' | 19' H | WOOD BUILDING ON STEEL FRAME |
| 93 | METAL BUILDING ON CONC. BARGE | 53+68 | 70' X 20' | 12' H | |
| 96 | STEEL RAMP | 52+69 | 15' X 25' | NR | REMOVED AS OF 7/1/98 |
| 97 | STEEL TANK | 51+89 | 3' X 14' | NA | REMOVED AS OF 7/1/98 |
| 98 | CONCRETE SLAB | 53+85 | 15' X 15' | NR | |
| 99 | CONCRETE SLAB | 52+25 | 25' X 25' | NR | |
| 100 | DOUBLE TRAILER OFFICE ON STEEL PILES ON | 51+72 | 70' X 30' | 20' H | ONLY THE CONCRETE FOOTINGS REMAIN AS OF |

WGI041921

| SITE ID # | DESCRIPTION | BASELINE STATION | SIZE | HEIGHT | DETAILS |
|---|---|---|---|---|---|
| | CONCRETE FOUNDATIONS | | | | 7/1/98 |
| 104 | METAL BUILDING, WORKSHOP ON SLAB | 49-84 | 60'X40' | 14' H | ADJACENT TO LARGE PUNCH EQUIPMENT |
| 105 | CONCRETE SLAB | 49-84 | 60'X40' | NR | WITH FRAME FOR AN OVERHEAD CRANE |
| 107 | WOOD FRAMED METAL BUILDING | 47-75 | 40' X 30' | 14' H | OLD HORSE SHED |
| 108 | ELEV. SLAB W/ BLOCK WALL BELOW | 46-89 | 130' X 50' | 4' H | # 111 SHELTER ABOVE |
| 109 | CONCRETE SLAB | 47-15 | 30' X 30' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 110 | CONCRETE SLAB | 46-79 | 30' X 40' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 111 | METAL SHELTER | 46-15 | 60' X 70' | NR | ON FAILED STEEL FRAME |
| 112 | CONCRETE SLAB | 44-55 | 85' X 160' | NR | BLASTING MEDIA ON AND AROUND SLAB |
| 113 | CONCRETE SLAB | 46-27 | 30' X 30' WITH 15' X 15' L | | |
| 114 | CONCRETE SLAB | 58-15 | 30' X 40' | NR | AROUND SEWER LIFT STATION W / FENCE |
| 117 | METAL BUILDING | 62-35 | 60' X 35' | 17' H | FORMER STORE - SLAB PROTRUDES 15' SOUTH – STORAGE USE |
| 118 | METAL BUILDING | 61-64 | 60' X 40' | 22' H | STORAGE FOR PAINT AND OTHER MATERIALS |
| 119 | METAL BUILDING | 61+11 | 50' X 50' | 27' H | STORAGE FOR PAINT AND OTHER MATERIALS |
| 120 | CONCRETE SLAB | 61+27 | 100' X 120' | NR | |
| 122 | METAL BUILDING | 61-55 | 40' X 50' | 17' H | LOCKED STORAGE - COULD NOT SEE INSIDE |
| 123 | METAL BUILDING | 61+19 | 20' X 60' | 12' H | LOCKED STORAGE - COULD NOT SEE INSIDE |
| 124 | METAL BUILDING | 60-45 | 80' X 100' | 40' H | FORMER BLAST BUILDING - USED FOR STORAGE |
| 125 | CONCRETE SLAB | 60-35 | 240' X 80' | NR | |
| 126 | METAL SHELTER ON STEEL FRAME | 59+72 | 50' X 80' | NR | COVERED BOAT SLIPS |
| 128 | METAL STRUCTURE ON STEEL FRAME | 59+91 | 6' x 6' | NR | SAND PILES AROUND |
| 129 | WOOD FRAME OFC. BLDG. ON PILES | 58+84 | 50' x 20' | NR | CONTAINER TO THE SOUTH |

NR = Not Reported

## 3.5.2  Foundation Demolition

After removal of the steel and debris from the demolition area, the building foundations
and ancillary concrete slabs will be demolished.  Demolition will be accomplished with
either a hydraulic hammer (hoe ram), hydraulic splitter or other approved method.  The

WGI041922

concrete will be broken into the largest size sections manageable for truck and/or barge hauling. Based upon visual inspection and field screening, foundation areas that are expected not to be contaminated will be backfilled with soils from the borrow pit.

Unusual foundation conditions or environmental concerns may be encountered during foundation demolition. Unusual foundation conditions include barges used as foundations, foreign materials or debris incorporated into the foundation or foundations greater than 24 inches thick. Environmental concerns include waste materials, chemicals or oil residue under the slab. All unusual foundation conditions and environmental concerns will be documented and reported to the USACE.

Unusual environmental conditions encountered during demolition will interrupt the demolition sequence. This will require temporary suspension of work and progression to the next demolition area until the issue is resolved.

Miscellaneous scrap steel will be separated from the concrete rubble and placed in the designated roll off for recycling. Concrete rubble will be transported by truck to the concrete recycling facility to be crushed and reused.

### 3.5.3 Piling Removal

Previous reports estimate approximately 2,544 treated wooden piles installed under the foundations and slabs around the site. There are no records that indicate the size, quantity or depth of piles installed.

Prior to pile removal, soil samples will be taken in accordance with the Sampling and Analysis Plan within the removed foundation/piling area. Upon clearance of the area by the Washington Environmental Manager the piles will be removed with a vibratory pile extractor suspended from a crane. Piles will be removed to a depth of 36 feet below mean water level and stockpiled in the waste storage area.

In the event piles are not initially extracted, extraction effort will continue for a period of 20 minutes. The Washington Field Coordinator will observe the removal effort and determine if there is measurable movement of the pile. If there is no measurable movement of the pile after extraction is attempted for 20 minutes, the Field Coordinator will direct the pile to be left in place.

WGI041923

The location all piles not removed to a depth of 36 feet below mean water level will be verified by differential global positioning station (DGPS) survey and recorded. A drawing will be developed to identify the location of piles abandoned in place. The completed drawing will be submitted to the USACE for use during the dredging operations.

Upon removal of all piles in a group, work will proceed to the next environmentally cleared group of piles. The removed piles will be transported off site for reuse or disposed of as waste material.

WGI041924



WGI041925

3.6    Demolition of Water-based Structures

Due to the location of the site being situated along the IHNC, a number of demolition issues will be performed on and from the water. These include the removal of various barges that have been identified by the previous Louisiana Oil Spill Coordinator's Office (LOSCO) investigations and the removal of the wharf and associated pilings near the northwestern corner of the EBIA.

3.6.1  Barges

There are ten known sunken or partially sunken barges adjacent to EBIA. Nine of these barges have been identified by LOSCO and an additional barge was identified during a previous survey. The barges are identified in Table 3-6.

Prior to demolition of the barges, movable objects will be removed and handled in accordance with the Barge Removal Plan. This plan will be developed by the barge removal specialty contractor and approved by Washington and USACE.

Although the small amount of petroleum product noted by LOSCO has been removed, floating containment boom and screens will be placed around the barge prior to removal to protect the waterway. The details of the boom deployment, spill prevention control measures and barge removal will be detailed in the Barge Removal Plan.

Once all the barges have been removed, Washington will provide proper notification to the State in accordance with LOSCO requirements.

WGI041926

Table 3-6     Identified Barges [7]

| Site ID # | LOSCO Identification # | Size | Environmental Concern ID in LOSCO Report |
|-----------|------------------------|------|------------------------------------------|
| 40 | Not identified | 40' x 80' | NT |
| 82 | 36-047 | 12' x 41' | NR. |
| 82 | 36-046 | 12' x 40' | NR |
| 82 | 36-045 | 26' x 100' | NR |
| 82 | 36-044 | 32' x 200' | NR |
| 92 | 36-042 | 37' x 265' | NR |
| 94 | 36-043 | 33' x 125' | NR |
| 95 | 36-041 | 24' x 140' | NR |
| 102 | 36-040 | 32' x 110' | Diesel range organics (Note: Photo taken by W S Nelson indicates the conex box has been removed. |
| 102A | 36-039 | 32' x 110' | NR |

NR- Not Reported     NT – Not Tested by LOSCO

### 3.6.2  Jordan Wharf

The wharf is reported to measure 30' x 805' and is constructed of treated wood timbers, covered by a concrete deck and supported by treated timber pilings.

Prior to the demolition of the Jordan Wharf, a Washington Field Coordinator will inspect the wharf to ensure that all movable objects have been removed.  This includes moorings, ramps, piping, electrical, piles of debris and trash, and other miscellaneous items attached to the wharf.

Once the Washington Field Coordinator has inspected the wharf and cleared the wharf for demolition, a Demolition Release Notice will be issued.  To limit the potential for debris to enter the main IHNC channel, silt screens will be placed around the wharf. Removed concrete and wood will be staged and segregated.

### 3.6.3  Pilings

Previous reports reported that there are an estimated 600 pilings associated with the Jordan Wharf. The piles are reported to extend 65' for the fender piles, 70' for the batter piles and 75' for the wharf support piles.  All pilings are to be removed or to a depth of

WGI041927

36' below mean IHNC water level. Silt curtains and floating sorbent booms will be used during marine piling removal.

In the event piles are not initially extracted, extraction effort will continue for a period of 20 minutes. The Washington Field Coordinator will observe the removal effort and determine if there is measurable movement of the pile. If there is no measurable movement of the pile after extraction is attempted for 20 minutes, the Field Coordinator will direct the pile to be left in-place and cut or broken off at the mud line.

The location and approximate length remaining underground of all piles not removed to a depth of 36 feet below mean water level will be located by DGPS survey and recorded. A drawing will be developed to identify the location of piles abandoned in place. The completed drawing will be submitted to the USACE for use during the dredging operations.

Removed pilings will be staged at a specified laydown area for handling in accordance with the Waste Management Plan.

## 3.7   Soils and Subsurface Issues

Upon completion of various phases of the demolition, soils and subsurface issues will be addressed. These include the obtaining of soil samples, removal of partially exposed objects, performance of a geophysical survey, confirmatory removal of buried objects by grid trenching, remediation of contamination and back reclamation.

### 3.7.1  Site Characterization for RECAP and CAP

The scope and objective of the sampling plan is to delineate the comprehensive sampling activities. These can be divided into the following main categories:

- Site characterization sampling of environmental media in compliance with the LDEQ RECAP guidelines so that following any remediation the levels of chemical constituent of concern (COCs) at the site are protective of human health and the environment and meet the LDEQ RECAP levels to achieve a No Further Action - At This Time (NFA - ATT) determination.

- Confirmation sampling of environmental media in compliance with the LDEQ RECAP guidelines to confirm that removal of the soils at the site has met the RECAP reuse requirements for soil at any off-site location.

WGI041928

- Waste Characterization sampling of wastes materials so that their disposal, discharge, reuse, or recycling is in compliance with applicable regulations and meet the waste acceptance criteria of the receiving facilities.

A detailed discussion of the proposed sampling program can be found in the Sampling and Analysis Plan.

### 3.7.2  Partially Buried Objects

Following the removal of the above ground environmental concerns and structure demolition, it is expected that there will be observable surface and subsurface materials and obstructions that penetrate into the subsurface. This material may consist of partially buried containers, piping, foundation materials, etc. greater than one foot in diameter. During the surface cleanup, piping and other materials that are discovered will be "chased" to the extent that all observable metal or debris is removed to the EBIA property lines. Included in the surface cleanup will be the removal of observable iron and steel shavings, foundation materials and all other surface features not previously removed in the demolition and slab removal efforts. Previous literature indicates that buried barges may have been used as building foundations. If any foundation/barges are discovered during this task, they will be removed. All metal will be segregated, direct loaded into roll-off containers, and salvaged. All other debris will be segregated and loaded into roll-off containers. Based upon visual inspection and field screening, excavated areas that are not expected to be contaminated will be backfilled with soils from the borrow pit.

### 3.7.3  Geophysical Survey

Due to the abundance of abandoned metal, metal waste, and shavings, the geophysical survey will be conducted following the physical removal of material that would cause magnetic interference. The survey will employ instruments designed to find buried metallic targets (EM61), such as underground storage tanks, barges, piping and drums. Should it be determined that the EM61 does not perform as anticipated, other appropriate geophysical tools such as ground penetrating radar or micro-seismic techniques may be incorporated. The depth limitation for detection is estimated to be nine feet. The survey will use a real time procedure. This survey will utilize a 25-foot grid using the following procedures:

During the survey, the spatial indication of any buried metal objects will be flagged at the point of discovery and logged for reference. This flagging/logging will enable separate

WGI041929

excavation crews to locate the point source and remove any buried metals at the location. This will be a field screening operation with no subsequent geophysical report.

Flagged areas will be removed and handled as discussed in section 3.7.4 of this plan.

### 3.7.4  Grid Trenching

There is a potential for undiscovered and non-metallic buried piping and debris to be overlooked by the geophysical survey.  A grid trenching operation using a powered trencher to a depth of five feet will be used to find any residual underground objects on a 25-foot grid.  This grid will be conducted at the center point of the geophysical grid (12.5 foot offset from geophysical grid).  Once an obstruction is identified, the area will be flagged for removal. Following grid trenching operations, the trenches will be backfilled in a timely manner to prevent slip, trip and fall hazards and unwanted storm water collection.  Note:  Grid trenching investigations will not be conducted in those areas that have been found to be contaminated.  These areas have been identified by the previous USACE soil investigation.

Upon completion of the grid trenching of a work area, all flagged items will be excavated.  During the removal of any found metal or debris, a visual inspection will be conducted of the excavated areas.  If visual contamination is identified, samples will be taken and sent for analysis in conformance with the Sampling and Analysis Plan.  Any contaminated soil will be handled as stated in section 3.7.5 of this plan.

Table 3-7     Contaminated Soil Areas [3]

| SITE ID # | LOCATION | APPROX. SIZE In feet | Depth in feet | CUBIC YARDS | DETAILS |
|---|---|---|---|---|---|
| 200 | International Tank | 20x20 | 3 | 58 | NOTE: ALL CUBIC YARDS INCLUDE A 30% FLUFF FACTOR |
| 201 | International Tank | 20x20 | 3 | 58 | |
| 202 | International Tank | 20x20 | 3 | 58 | |
| 203 | International Tank | 20x20 | 3 | 58 | |
| 204 | International Tank | 20x20 | 3 | 58 | |
| 205 | International Tank | 20x20 | 3 | 58 | |
| 206 | International Tank | 20x60 | 3 | 174 | |
| 207 | Saucer Marine | 20x60 | 3 | 174 | |
| 208 | Saucer Marine | 20x20 | 3 | 58 | |
| 209 | Saucer Marine | 20x20 | 3 | 58 | |
| 210 | Saucer Marine | 20x20 | 3 | 58 | |

WGI041930

| SITE ID # | LOCATION | APPROX SIZE in feet | Depth in feet | CUBIC YARDS | DETAILS |
|---|---|---|---|---|---|
| 211 | Saucer Marine | 40x50 | 3 | 290 | |
| 212 | Saucer Marine | 20x60 | 3 | 174 | |
| 213 | Saucer Marine | 70x90 | 3 | 910 | |
| 214 | Saucer Marine | 20x60 | 3 | 174 | |
| 215 | Saucer Marine | 55x50 | 3 | 398 | |
| 216 | Saucer Marine | 20x20 | 3 | 58 | |
| 217 | Saucer Marine | 60x70 | 3 | 607 | |
| 218 | Saucer Marine | 20x20 | 3 | 58 | |
| 219 | Saucer Marine | 20x20 | 3 | 58 | |
| 220 | Saucer Marine | 20x20 | 3 | 58 | |
| 221 | Saucer Marine | 20x20 | 3 | 58 | |
| 223 | Saucer Marine | 20x20 | 3 | 58 | |
| 224 | Mayer Yacht | 50x75 | 3 | 542 | |
| 225 | Mayer Yacht | 20x60 | 3 | 174 | |
| 226 | Mayer Yacht | 20x20 | 3 | 58 | |
| 227 | Mayer Yacht | 20x60 | 3 | 174 | |
| 228 | Distributors Oil | 20x20 | 3 | 58 | |
| 229 | Distributors Oil | 20x20 | 3 | 58 | |
| 230 | Distributors Oil | 20x20 | 3 | 58 | |
| 231 | Distributors Oil | 20x20 | 3 | 58 | |
| 232 | Indian Towing | 20x20 | 3 | 58 | |
| 233 | Indian Towing | 20x20 | 3 | 58 | |
| 234 | Indian Towing | 20x20 | 3 | 58 | |
| 235 | Indian Towing | 20x20 | 3 | 58 | |
| 236 | Indian Towing | 20x20 | 3 | 58 | |
| 237 | Indian Towing | 20x20 | 3 | 58 | |
| 238 | Indian Towing | 20x20 | 3 | 58 | |
| 239 | Indian Towing | 20x20 | 3 | 58 | |
| 240 | McDonough Marine | 55x70 | 3 | 556 | |
| 241 | McDonough Marine | 20x20 | 3 | 58 | |
| 242 | McDonough Marine | 40x40 | 3 | 231 | |
| 243 | McDonough Marine | 20x20 | 3 | 58 | |
| 244 | Boland Marine | 20x20 | 3 | 58 | |
| 245 | Boland Marine | 20x20 | 3 | 58 | |
| 246 | Boland Marine | 20x20 | 3 | 58 | |
| 247 | Boland Marine | 20x20 | 3 | 58 | |
| 248 | Boland Marine | 20x20 | 3 | 58 | |
| 249 | Boland Marine | 20x20 | 3 | 58 | |
| 250 | Boland Marine | 20x20 | 3 | 58 | |

WGI041931

| SITE ID # | LOCATION | APPROX SIZE In feet | Depth * In feet | CUBIC YARDS | DETAILS |
|---|---|---|---|---|---|
| 251 | Boland Marine | 20x20 | 3 | 58 | |
| 252 | Boland Marine | 20x35 | 3 | 101 | |
| 253 | Boland Marine | 20x35 | 3 | 101 | |
| 254 | Boland Marine | 65x70 | 3 | 657 | |
| 255 | Boland Marine | 25x50 | 3 | 181 | |
| 256 | Boland Marine | 20x40 | 3 | 116 | |
| 257 | Boland Marine | 20x20 | 3 | 58 | |
| 258 | Boland Marine | 20x70 | 3 | 202 | |
| 259 | Boland Marine | 30x50 | 3 | 217 | |
| 260 | Boland Marine | 20x20 | 3 | 58 | |
| 261 | Boland Marine | 20x45 | 3 | 130 | |
| 116 | Distributors Oil | 35x85 | 6 | 1146 | |
| | | | Total Cubic Yards | 9807 | |
| Mounds | | | | | |
| 84A | Saucer Marine | 7000 | 7 | 1815 | |
| 84B | Saucer Marine | 3000 | 7 | 778 | |
| | | | Total Cubic Yards | 2593 | |

* The three-foot figure is based on the average depth of investigation performed by the USACE.

WGI041932

### 3.7.5   Corrective Action Plan Implementation (Remediation)

Site characterization data will be submitted to LDEQ in the form of a Corrective Action Plan (CAP) for each of the six site divisions detailing the remedial activities to be performed. Once Washington has received LDEQ approval for a CAP, Washington will begin the remediation phase of the project. Based on previous reports, there are currently 63 known areas of non-hazardous subsurface contamination, two contaminated mounds and three known areas of hazardous contamination. These areas are detailed in Table 3-7 and graphically presented in Figure 3-7, Remediation Areas. Note: Two areas are located under or directly adjacent to Surekote Road. These two areas will be remediated just prior to the removal of Surekote Road (Section 3.8.1).

The Soil Remediation Area is defined as the area 15-feet west of the floodwall, the northern and southern chain-link fence lines 15-feet east of the shoreline. The fifteen-foot area that will be left in place near the shoreline will be addressed in the Bank Removal Section of this report. During the course of the excavation there is a high probability that groundwater will be encountered. Therefore, the excavated soils may be saturated with water. Any excavated soils that would appear to fail the "paint filter test" will need to be dewatered. The procedure for handling the dewatering of soils will be included in the Waste Management Plan. The contractor will also incorporate into the Waste Management Plan the handling of any chemically impacted groundwater. The contractor as part of the Storm Water Pollution Prevention Plan will isolate the site to ensure that storm water runoff is not released to the surrounding area.

Confirmatory sampling will take place immediately following the removal of COCs to validate cleanup to RECAP standards. Confirmatory sampling will be established based on results of the Site Investigation and the approved CAP and may vary for each Area of Investigation (AOI) and any proposed reuse. The contractor must ensure that the confirmatory sampling data meets all of the Quality Assurance/Quality Control requirements defined in RECAP as well as being statistically valid when required.

Should any of the Confirmatory Samples identify areas exceeding the RECAP Standards, Washington will remove the affected soils. Once the areas of concern have been removed, new Confirmatory Samples will be taken to ensure removal of all COCs. The

WGI041933

process of confirmation sampling and removal of non-compliant areas will continue until all remaining soil meets the RECAP Standards.

Once an excavation pit meets the RECAP cleanup criteria the excavation area will be graded or filled with clean soil from the borrow pit or scraped from the site. If an excavation pit extends into the IHNC, the excavation pit will not be refilled.

Note: There are three areas that have been initially identified as being hazardous. These are illustrated on the Figure 3-6 as 400 series (400-402). These areas will be sampled to determine if natural degradation has reduced these areas to nonhazardous. Based on the subsequent sampling results, handling of this material is detailed in the Waste Management Plan. Handling of the waste soil from a personnel protection issue will be performed in accordance with the Site Safety and Health Plan.

All waste will be profiled and disposed in accordance with the Waste Management Plan.

### 3.7.6  Bank Reclamation

In conjunction with the removal of the contaminated soils, the bank will be excavated. Based on information gained from previous reports, 20 areas have been identified as being contaminated. These areas will be handled concurrently but differently from the non-contaminated bank soils/sediment.

The contaminated sediment areas to be remediated are designated on Figure 3-6 as 300 series numbers (300-319). These soils will be removed and relocated to the dewatering area and handled as detailed in the Waste Management Plan.

The removal of the non-contaminated soil includes the fifteen feet of area not addressed in the soil remediation section of the report and the fifteen-foot area extending into the canal (excluding contaminated bank areas). Non-contaminated soils will be placed on the bank for removal of objects greater than one foot in diameter. Any recyclable items and trash/debris will be sorted into the appropriate roll-off boxes and treated in accordance with Waste Management Plan. The bank will be graded to a 3:1. Any remaining soil on the bank will be graded during the final grading portion of the project (Section 3.8.2).

All soil above the RECAP Standards and waste will be handled in accordance with the Waste Management Plan. Upon completion of the excavation and debris extraction,

WGI041934



INNER HARBOR NAVIGATION CANAL
EAST BANK INDUSTRIAL AREA
NEW ORLEANS, LOUISIANA

USACE NEW ORLEANS DISTRICT

FIGURE 3-7
REMEDIATION AREAS

WASHINGTON GROUP INTERNATIONAL, INC.

WGI041935

confirmation samples will be taken to ensure that all remaining soils meet the RECAP Standards. Once sampling confirms that the bank is acceptable, the bank will be graded to a 3:1 slope.

For those areas that contain wood or steel bulkheads, appropriate extraction methods will be implemented. Like the piling removal, should the field coordinator determine that no progress is being made after 20 minutes, the bulkhead will be broken off and located using the DGPS. The bank will be graded to a 3:1 slope. Any remaining soil on the bank will be graded during the final grading portion of the project (Section 3.8.2).

### 3.8 Road Removal and Final Grade

Once all removable objects have been removed and the site has been remediated to acceptable RECAP levels, a site walk be performed to determine if all items have been addressed. Upon approval by the USACE of the work road removal, final grading and re-vegetation will be performed.

#### 3.8.1 Road Removal

Upon completion of all previous phases of work detailed above, approval by USACE and acceptance by LDEQ of all confirmation closure samples results, Surekote Road will be removed and the material sent to be recycled. In addition to the road, the AST fueling pad and wash station pad will be removed.

#### 3.8.2 Final Grade

Concurrent with the removal of Surekote Road, the site will be graded to remove any depressions to establish consistent site slopes toward the IHNC.

#### 3.8.3 Site Re-vegetation

Once an area has been graded the area will be covered with an application of hydro-mulch. The area will be watered once and field activities will proceed to the demobilization phase of the project.

### 3.9 Demobilization

Before final demobilization, the CQCSM and the PjM will inspect the entire site. This inspection is in addition to the day-to-day inspection by the CQCSM. Completion of the in-house punch list items will predicate a final inspection of the completed project by the USACE representative(s). If a punch list of item(s) is generated during the final

WGI041936

inspection, demobilization will be postponed until all items on the list can be completed to the satisfaction of the USACE.

### 3.9.1  Temporary Utilities Disconnects

Upon completion of any punch list items, temporary electrical and water services will be decommissioned. Field personnel will be demobilized so that the trailers can be removed. The one water main that remained to support the office area will be removed and capped adjacent to the floodwall. All utility poles will be removed and handled as detailed in the Waste Management Plan.

### 3.9.2  Office and Equipment Removal

Once all utilities have been disconnected and the sewage holding tanks have been evacuated, the trailers will be removed from the site.

### 3.9.3  Fence and Security Removal

The six-foot fence that surrounded the office area will be removed and scrapped. Keys to the permanent eight-foot fence will be turned over to the USACE.

WGI041937

SECTION 4

WGI041938

## 4.0   REPORTS AND RECORD KEEPING

In order to ensure that the project is tracked and reported, a number of records and documents will be generated. These include Daily Quality Control Reports, Biweekly Progress Reports, Monthly Cost Reports, Photo Reports and Project Closeout Report.

### 4.1   Daily Quality Control Reports

A Daily Quality Control Report will be generated in accordance with Contractor Quality Control Plan (CQCP).

### 4.2   Biweekly Progress Report

Biweekly Progress Reports will include a project accomplishment summary for the period. This will include cost and project accomplishments for the period and a cumulative summary to date, material quantities, and forecasted activities for the following period.

### 4.3   Monthly Cost/Schedule Reports

Monthly Cost/Schedule Reports will include all field and home office costs and status of the projects budget and schedule. These reports will be submitted to the USACE.

### 4.4   Photo Report

Washington shall take and submit a minimum of 36 exposures (3-1/2" x 5" minimum size) of photographs per month for the duration of the RA field work. Two (2) copies of each photograph shall be submitted to USACE and each labelled with the view shown, object/building shown, date taken, etc.

### 4.5   Project Closeout Report

Washington shall prepare, assemble and submit an original and seven (7) copies of a Draft and Final RA completion reports with detailed record drawings describing all aspects of work accomplished during the RA.

WGI041939

SECTION 5

WGI041940

## 5.0   REFERENCES

(1)   Mississippi River – Gulf Outlet
New Lock and Connecting Channels - Evaluation Report
Assessment of Potential Hazardous, toxic and Radiological Waste
Volume 5 of 6, Appendix C - March 1997
US Army Corps of Engineers, New Orleans District

(2)   Mississippi River – Gulf Outlet
New Lock and Connecting Channels - Evaluation Report
Environmental
Volume 6 of 9, Appendix D - March 1997
US Army Corps of Engineers, New Orleans District

(3)   Final Submittal – Demolition Design Memorandum Input
Demolition of Buildings, Foundations and Facilities along the Inner Harbor Navigation Canal for
the Lock Replacement
February 1999
Waldemar S. Nelson and Company Incorporated

(4)   Above Ground Structures Report
Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels
Volume One – Above Ground Structures Report Cost Estimation Tables
Volume Two – Appendices A thru C
Volume Three – Appendices D thru G
March 1999
Dames & Moore

(5)   Mixed-Waste Mounds
Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels
June 30, 1999
Dames & Moore

(6)   Above Ground Storage Tanks
Environmental Support to Inner Harbor Navigation Canal New Lock and Connecting Channels
July 1999
Dames & Moore

(7)   Statewide Abandoned Vessel Inventory, New Orleans Zone
CMS, Inc.

WGI041941

(8)   Final Report IHNC Drum & Container Testing, Collection and Disposal
Saucer Marine, Indian Towing & Boland marine Sites
July 20, 1994
Materials Management Group, Inc.

(9)   SA Land Use History of Areas Adjacent to the Inner Harbor Navigation Canal Lock, New Orleans
November 1992 R.
Christopher Goodwin & Associates, Inc.

(10)  Recommendation Report for Demolition and Site Preparation Activities of the East Bank
Industrial Area of the Inner Harbor Navigation Canal Lock Replacement Project, New Orleans,
Louisiana
December 2, 1999
Morrison Knudsen Corporation

(11)  Arsenic Background Investigation Report, Inner Harbor Navigation Canal and MRGO Disposal
Site, New Orleans, Louisiana
August 2000
Morrison Knudsen Corporation

(12)  Statement of Work for Project Site Development and Remedial Action of East Bank Industrial
Area (EBIA), Inner Harbor Navigation Canal (IHNC), Lock Replacement Project
4 Aug 00
US Army Corps of Engineers, New Orleans District

(13)  East Bank Sediment & Abandoned Barge Report
April 2000-10-20
Dames & Moore

(14)  Operational Plans for Excavation, Treatment and Disposal of Contaminated Soils of the East Bank
Industrial Area of the IHNC
April 2000
Dames & Moore

WGI041942

Appendices

WGI041943

# Appendix A

## Site Structure Detail

(Rev. e, August 2000)

WGI041944