UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

| | |
|---|---|
| **GWEN BURK,** *ET AL* | DOCKET NUMBER: 05-4182 c/f 06-7846 |
| VERSUS | SECTION K |
| **SCOTTSDALE INSURANCE COMPANY,** *ET AL* | MAGISTRATE 2 |
| | PERTAINS TO INSURANCE |

**STIPULATION OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Gwen Burk wife of/and William R. Burk, IV, hereby notice that dismissal without prejudice of all claims filed against defendant, Allstate Insurance Company, under civil action number 06-7846. The stipulation is signed by all parties who have appeared in the action.

| | |
|---|---|
| Respectfully Submitted by Attorneys for the Plaintiffs, Gwen Burk wife of/and William R. Burk, IV: | Respectfully Submitted by Attorneys for the Defendant, Scottsdale Insurance Company: |

 /s/ William B. Gordon                    /s/ Cynthia J. Thomas
**JOHN A. VENEZIA (#23963) T.A.**         **CYNTHIA J. THOMAS (#22631)**
**WILLIAM B. GORDON, III (#28056)**       Galloway, Johnson, Tompkins, Burr & Smith
The Law Office of John A. Venezia (APLC)  Three Sanctuary Blvd., Ste. 301
110 Veterans Boulevard, Suite 330         Mandeville, LA 70471
Metairie, Louisiana 70005                 Telephone: 985.674.6680
Telephone: 504.486.3910                   Facsimile: 985.674-6681
Facsimile: 504.486.3913                   Email: cthomas@gjtbs.com
Email: william@venezialaw.net

Respectfully Submitted by Attorney for the
Defendant, Allstate Insurance Company:

 /s/ Steven M. Lozes
**STEVEN M. LOZES (#8922)**
1010 Common Street, Suite 1700
New Orleans, LA 70112
Telephone: 504.581.4455
Facsimile: 504.587.9408

## CERTIFICATE OF SERVICE

I hereby certify that upon filing of this pleading, a copy of the pleading will be sent to all counsel of record *via* notices through the Court's ECF/CM system.

 /s/ William B. Gordon
William B. Gordon