UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

### NOTICE OF PRODUCTION

Because of the speed at which a massive amount of electronically stored information was produced, technical errors caused the omission of certain images and files in the United States' June 15, 2007 production in response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively.  The following ranges produced today in the manner specified in the United States' Document Production Protocol replace the same ranges previously produced on June 15 which contained technical errors:

EDN-044-000000001 to EDN-044-000000167;

EDN-046-000000001 to EDN-046-000000197;

EDN-170-000000001 to EDN-170-000001515;

EDN-171-000000001 to EDN-171-000000718;

EDN-172-000000001 to EDN-172-000000611;

EDN-173-000000001 to EDN-173-000000526;

EDN-174-000000001 to EDN-174-000000687;

EDP-005-000000001 to EDP-005-000000841;

EDP-014-000000001 to EDP-014-000020836;

EDP-023-000000001 to EDP-023-000005172;

EDP-166-000000001 to EDP-166-000001434.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER III
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY
    Assistant Director, Torts Branch

    s/ Paul Marc Levine
    PAUL MARC LEVINE
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C.  20044
    (202) 616-4400 / (202) 616-5200 (Fax)
    Attorneys for the United States

Dated: June 25, 2007

**CERTIFICATE OF SERVICE**

I, Paul Marc Levine, hereby certify that on June 25, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

    s/ Paul Marc Levine
PAUL MARC LEVINE