**SUPPLEMENTAL PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDN | 044 | EDN-044-000000001 | EDN-044-000000167 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDN | 046 | EDN-046-000000001 | EDN-046-000000197 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDN | 170 | EDN-170-000000001 | EDN-170-000001515 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDN | 171 | EDN-171-000000001 | EDN-171-000000718 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDN | 172 | EDN-172-000000001 | EDN-172-000000611 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDN | 173 | EDN-173-000000001 | EDN-173-000000526 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |

**SUPPLEMENTAL PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EDN | 174 | EDN-174-000000001 | EDN-174-000000687 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 005 | EDP-005-000000001 | EDP-005-000000841 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 014 | EDP-014-000000001 | EDP-014-000020836 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 023 | EDP-023-000000001 | EDP-023-000005172 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 166 | EDP-166-000000001 | EDP-166-000001434 | USACE, Engineer Research and Development Center (ERDC), Vicksburg | Denise Martin | KC007 | 6/25/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |