# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES §
CONSOLIDATED LITIGATION §        **CIVIL ACTION**
                                §        **NO. 05-4182 "K" 2**
                                §        **JUDGE DUVAL**
                                §        **MAG. WILKINSON**
                                §

**PERTAINS TO:** §
**INSURANCE (06-4688)** §
                                §
                                §

## JOINT MOTION TO DISMISS

    **NOW INTO COURT**, comes Plaintiff, BETTY ROGER, and Defendant, AUTO CLUB

FAMILY INSURANCE COMPANY, through undersigned counsel, who upon representing that all

claims that have been or may be asserted by Plaintiff against Defendant in the above-captioned

matter have been fully amicably settled and compromised, moves that such claims be dismissed **with**

**prejudice**, pursuant to Federal Rule of Civil Procedure 41(a), each party bearing its own costs.

1

/s/ James M. Garner
JAMES M. GARNER, #19589, T.A.
LAUREN L. HUDSON, #28614
**SHER GARNER CAHILL RICHTER
 KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR PLAINTIFF,
SONIC RECORDS, INC.**

/s/ Tom Young
THOMAS M. YOUNG # 7546
**HEBBLER & GIORDANO, L.L.C.**
3636 I-10 Service Road W., Suite300
Metairie, Louisiana 70001
Telephone (504) 833-8007
**ATTORNEY FOR DEFENDANT, ACFIC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed the forgoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to Bob Myers.  I

further certify that a copy of the above and foregoing has been served on all counsel of record by

facsimile, electronic mail and/or by depositing same in the United States Mail, properly addressed

and postage prepaid, this 25th day of June, 2007.

/s/ James M. Garner
JAMES M. GARNER