UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE (06-4688) | § § § § § § § § § § § <br>CIVIL ACTION<br>NO. 05-4182 "K" 2<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**HAVING CONSIDERED** the Joint Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss is **GRANTED** and any and all claims of Plaintiff, Betty Roger, against Defendant, Auto Club Family Insurance Company, in the captioned matter are dismissed with prejudice.

New Orleans, Louisiana, this ___ day of June, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.

3