UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO:<br>INSURANCE (06-7309)<br>_____ | § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" 2<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**HAVING CONSIDERED** Plaintiff's Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Plaintiff is **GRANTED** and any and all claims of Plaintiff, SONIC RECORDS, INC. D/B/A CURVES, against Defendant, GREAT AMERICAN INSURANCE COMPANY, in the captioned matter are dismissed with prejudice.

New Orleans, Louisiana, this 25th day of June, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.

3