## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | NO. 05-4182 |
| JOINDER CASES | * | |
| *severed from Austin, 06-5383* | * | SECTION "K" (2) |
| | * | |
| | * | |
| PERRY RITTNER AND DEBBIE RITTNER | * | CIVIL ACTION |
| Plaintiffs | * | |
| VERSUS | * | NO. 07-2681 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "K" (2) |
| COMPANY and STATE FARM GENERAL | * | |
| INSURANCE COMPANY | * | |
| Defendants | * | |

## **MOTION OF DISMISSAL**

**NOW INTO COURT,** come plaintiffs, Perry and Debbie Rittner and defendants, State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm"), who move this Court for a full dismissal of prejudice as to State Farm, as plaintiffs no longer wish to pursue their claims against State Farm involving their property located at 18 Beresford Drive in Metairie, Louisiana.

Respectfully submitted,

*/s/ McKernan*

JOSEPH J. MCKERNAN (#10027)
CHET G. BOUDREAUX (#28504)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
(225) 926-1234

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this 25TH day of June, 2007.

_____
Joseph J. McKernan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | NO. 05-4182 |
| JOINDER CASES | * | |
| *severed from Austin, 06-5383* | * | SECTION "K" (2) |
| | * | |
| | * | |
| PERRY RITTNER AND DEBBIE RITTNER | * | CIVIL ACTION |
| Plaintiffs | * | |
| VERSUS | * | NO. 07-2681 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "K" (2) |
| COMPANY and STATE FARM GENERAL | * | |
| INSURANCE COMPANY | * | |
| Defendants | * | |

## O R D E R

**IT IS ORDERED** that the claims of Perry and Debbie Rittner against State Farm, concerning their property at 18 Beresford Drive in Metairie, Louisiana, are dismissed without prejudice; each party to bear their own costs.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
**UNITED STATE DISTRICT JUDGE**

-3-