UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>    INSURANCE CASES | * <br> * <br> * | |

*********************************************

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS'
OPPOSITION TO STATE FARM'S MOTION TO QUASH
<u>DEPOSITION OF ALEXIS KING AND FOR PROTECTIVE ORDER</u>**

NOW INTO COURT, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company ("State Farm"), who per Local Rule 7.4 respectfully moves this Court for an Order of Leave allowing the filing of State Farm's Reply to Plaintiffs' Opposition to State Farm's Motion to Quash Deposition of Alexis King and for Protective Order.

WHEREFORE, Defendant prays that it be granted leave to file its Reply, accordingly.

Respectfully submitted:

  /s/ David A. Strauss
DAVID A. STRAUSS #24665
LINDSAY A. LARSON, III #8053
CHRISTIAN A. GARBETT #26293
ADAM P. MASSEY #29330
SARAH R. SHANNAHAN #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
Attorneys for State Farm Fire and Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

  /s/ Wayne J. Lee
Wayne J. Lee #7916
Stephen G. Bullock #3648
Sarah H. Barcellona #28080
 Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361


  /s/Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV #20746
JAMES ERIC JOHNSON #23800
BRYAN J. HAYDEL, JR. #27500
ELEANOR WEEKS WALL #299695
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801-1309
(225) 383-8900 Telephone
(225) 383-79000 Facsimile
Attorneys for State Farm Fire and Casualty Company

## **CERTIFICATE**

    I hereby certify that a copy of the above and foregoing Motion for Leave has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by electronic mail this 25th day of June, 2007.

                                              /s/ David A. Strauss

S:\2900\STATE FARM ABADIE CASES\COMMON ISSUE DISCOVERY RE INSURANCE DEFENDANTS\ALEXIS KING DEPOSITION\MT FOR LEAVE TO FILE REPLY.DOC