UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
|  | * | JUDGE DUVAL |
|  | * | MAG. WILKINSON |
|  | * |  |
|  | * |  |
|  | * |  |
|  | * |  |
| PERTAINS TO: | * |  |
| INSURANCE CASES | * |  |
|  | * |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of State Farm Fire & Casualty Company's Motion for Leave to file a

Reply to Plaintiffs' Memorandum in Opposition to State Farm's Motion to Quash Deposition of

Alexis King and for Protective Order;

**IT IS HEREBY ORDERED** that State Farm Fire & Casualty Company's Motion for

Leave to file its Reply is GRANTED.

New Orleans, Louisiana, this _____ day of June, 2007.

_____

J U D G E

S:\2900\STATE FARM ABADIE CASES\COMMON ISSUE DISCOVERY RE INSURANCE DEFENDANTS\ALEXIS KING DEPOSITION\ORDER RE MT FOR LEAVE TO FILE REPLY.DOC