**Scott Joanen**

**From:**   Stone, Richard (CIV) [Richard.Stone@usdoj.gov]
**Sent:**   Wednesday, June 06, 2007 12:27 PM
**To:**   Scott Joanen
**Cc:**   Colquette, Traci L. (CIV); Touhey, James (CIV); Smith, Robin (CIV); McConnon, Jim (CIV); Levine, Paul (CIV); Corlies, Catherine (CIV)
**Subject:** Rule 37 Meet and Confer

We agree that you have met your Rule 37 meet and confer burden.  We believe, however, that the filing of a letter brief on the 30(b)(6) notice as served is in bad faith.  We also are not offering either documents or access to documents (including ESI ) outside the schedule set by the CMO and the document production protocol.