UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | | NO.  05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |
| _____ § | | |
| **PERTAINS TO:** § | | |
| § | | |
| **ALL CASES** § | | |
| § | | |
| _____ § | | |

### ORDER

Considering the foregoing Motion, Record Doc. No. 5730

IT IS ORDERED that the PSLC's *Ex Parte* Motion for Expedited Hearing is DENIED. The motion to compel will be decided on the record without oral argument. Written opposition, if any, must be filed no later than **July 2, 2007**.

New Orleans, Louisiana, this  26th   day of June, 2007.


United States Magistrate Judge