UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Vidacovich, 06-4719 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Defendants have fully responded to plaintiff's written discovery requests in the referenced Vidacovich case, C.A. No. 06-4719-K(2), and both sides and their counsel have conducted themselves in good faith recently in their conduct with each other and in their attempts to resolve this matter. Accordingly, having conferred jointly with counsel and with the agreement of plaintiffs' counsel,

**IT IS ORDERED** that my order of June 13, 2007, Record Doc. No. 5550, is hereby VACATED AND RESCINDED IN ITS ENTIRETY, including but not limited to the award of attorney's fees and costs contained therein.

New Orleans, Louisiana, this __26th__ day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.