## **EXHIBIT A TO NOTICE OF DEPOSITION**

1) A copy of each Standard Form 95 submitted to the United States Army Corps of Engineers, as well as any drafts thereof, by the deponent from August 29, 2005, to the present;

2) All administrative claims relating to Hurricane Katrina that the deponent has submitted to any governmental body or agency (including but not limited to claim forms submitted to the Louisiana Recovery Authority);

3) All documents that refer or relate to insurance claims that the deponent has filed to recover for damages or injuries (personal or property) sustained between August 28, 2005, and September 25, 2005;

4) All documents in the possession, custody, or control of the deponent or his or her attorneys that refer or relate to any eye witness account of Hurricane Katrina;

5) All documents in the possession, custody, or control of the deponent or his or her attorneys that refer or relate to the matters alleged in the Levee Master Consolidated Class Action Complaint or any damages or injuries allegedly sustained by the deponent as a result of Hurricane Katrina;

6) All statements, transcriptions of recorded statements, tape recordings, notes, diagrams and/or descriptions that refer or relate to the matters alleged in the Levee Master Consolidated Class Action Complaint or any damages or injuries allegedly sustained by the deponent as a result of Hurricane Katrina;

7) Duplicates of all photographs, digital video discs and/or video tapes that refer or relate to the matters alleged in the Levee Master Consolidated Class Action Complaint or any damages or injuries allegedly sustained by the deponent as a result of Hurricane Katrina;

8) All documents that refer or relate to any claim the deponent is asserting for any damage alleged in the Levee Master Consolidated Class Action Complaint, including but not limited to damages from chemical or other contamination to his or her property, land, home, commercial buildings and/or improvements;

9) All documents that refer or relate to any claim the deponent is asserting for lost earnings, lost future earnings, lost business opportunities, lost future business income, business interruption, lost rental income, and/or lost future rental income;

10) All documents that evidence, reflect, support, or contradict the deponent's claim for "economic and compensatory damages" in the Levee Master Consolidated Class Action Complaint;

11) All mathematical or formulaic calculations or other models that refer or relate to determining the cause(s) of injury to the deponent;

12) All mathematical or formulaic calculations or other models that refer or relate to the calculation of damages for the deponent;

13) All documents that refer or relate the deponent's evacuation, relocation, and, if applicable, eventual return to New Orleans, including but not limited to records of expenses;

14) All statements, transcriptions of recorded statements, tape recordings, notes, diagrams, and/or descriptions of events by the deponent relevant to the issues subject to this litigation;

15) All logs, journals, diaries, or other writings by the deponent that refer or relate to Hurricane Katrina or the matters at issue in this litigation;

16) All of the deponent's medical records from August 2000 to the present;

17) All documents evidencing the application for or receipt of any benefit, payment, insurance proceed, settlement, loan disbursement, or other funds paid to the deponent or on his/her behalf related to Hurricane Katrina and/or its aftermath;

18) All demonstrative evidence or exhibits that the deponent or his or her attorneys may refer to at the class certification hearing and all documents that refer or relate to such demonstrative evidence or exhibits;

19) All computer models that the deponent or his or her attorneys may refer to at the class certification hearing or in support of class certification and all documents that refer or relate to such computer models;

20) A copy of the complaint or petition in any prior litigation to which the deponent has been a party;

21) A copy of any lease agreements entered into between the deponent and any proposed class member;

879001v.1

22) All documents that relate to any eviction proceedings instituted by or against the deponent after Hurricane Katrina;

23) Any and all documents in the deponent's possession indicating that the deponent will protect the interests of the proposed class.