UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                NO. 05-4182

PERTAINS TO: *Motions filed in Aaron* -C.A. No. 06-4746          SECTION "K"(2)
              *Severed Mass Joinder Cases*

## ORDER

Before the Court are the following documents filed in Severed Mass Joinder Cases: Doc. Nos., 5733, 5735, 5737, 5738, 5739, 5740, 5741, 5742, 5744, 5745, 5746, 5747, 5748, 5749, 5750, 5752, 5753, 5754, 5755, 5756, 5757, 5758, 5759, 5760, 5762, 5763, 5765, 5766, 5767, 5768, 5770, 5771, 5772, 5780, 5786, 5787, 5788, 5789, 5790, 5791, 5793, 5794, 5795, 5797, 5798, 5799, 5802, 5803, 5804, 5808, 5809, 5810, 5811, 5812, 5813, 5814, 5815, 5816, 5817, 5818, 5819, 5820, 5821, 5822, 5823, 5824, 5825, 5826, 5827, 5828, 5829, 5830, 5831, 5832, 5833, 5834, 5835, 5836, 5837, 5838, 5839, 5856, 5857, 5858, 5859, 5860, 5861, 5862, 5863, 5865, 5866, 5867, 5868, 5869, 5870, 5871.[1]

In contravention of the CMO No. 4 and the Severance Order issued creating this category of cases, Severed Mass Joinder cases, over 150 separate motions were filed in these severed cases, each seeking the exact same remedy–that is to dismiss paragraphs numbered 3, 4, 5, 7, 10, 15 and 18 of the original complaint , without prejudice, each party to bear its own cost of court, with a reservation of right to proceed as to all additional claims and allegations in this litigation, more specifically all homeowner's claims as against the State Fam Fire and Casualty Company.

---

[1] It must be noted that the Court processed approximately 53 separate orders prior to the entry of this one which means that there were more than 150 separate motions filed in this manner.

The Court cannot and will not be burdened by such a failure to follow the provisions of these orders. As a result,

**IT IS ORDERED** that each and every order listed above is **GRANTED**.

**IT IS FURTHER ORDERED** that in the future, the Clerk of Court is instructed to immediately reject such filings and require that they be filed in accordance with CMO No. 4. In the event that a document might become unwieldy by virtue of the numerosity of cases involved, counsel should contact the Court for guidance as to a proper method for the filing of such motions. This order is necessitated by the time constraints this consolidated litigation has created on the Court and the Clerk of Court's time.

New Orleans, Louisiana, this 25th day of June, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**