UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Motions filed in Aaron* -C.A. No. 06-4746<br>*Severed Mass Joinder Cases* | SECTION "K"(2) |

## ORDER

Before the Court are the following documents filed in Severed Mass Joinder Cases: Doc. Nos. 5872, 5873, 5874, 5875, 5876,  5877, 5878, 5879, 5880, 5881, 5883, 5884, 5885, 5886, 5887, 5888, 5889, 5890, 5891, 5892, 5893, 5894, 5895, 5896, 5897, 5898, 5899, 5900, 5901, 5902, 5903, 5904, 5905, 5906, 5907, 5909, 5913, 5914,  and 5915.

In contravention of the CMO No. 4 and the Severance Order issued creating this category of cases, Severed Mass Joinder cases,  these motions were filed in these severed cases, each seeking the exact same remedy–that is to dismiss paragraphs numbered 3, 4, 5, 7, 10, 15 and 18 of the original complaint , without prejudice, each party to bear its own cost of court, with a reservation of right to proceed as to all additional claims and allegations in this litigation, more specifically all homeowner's claims as against the State Fam Fire and Casualty Company.

The Court cannot and will not be burdened by such a failure to follow the provisions of these orders.  As a result,

**IT IS ORDERED** that Motions to Dismiss Nos. 5872, 5873, 5874, 5875, 5876,  5877, 5878, 5879, 5880, 5881, 5883, 5884, 5885, 5886, 5887, 5888, 5889, 5890, 5891, 5892, 5893, 5894, 5895, 5896, 5897, 5898, 5899, 5900, 5901, 5902, 5903, 5904, 5905, 5906, 5907, 5909, 5913, 5914,  and 5915 are **GRANTED**.

**IT IS FURTHER ORDERED** that in the future, the Clerk of Court is instructed to immediately reject such filings and require that they be filed in accordance with CMO No. 4.  In the event that a document might become unwieldy by virtue of the numerosity of cases involved, counsel should contact the Court for guidance as to a proper method for the filing of such motions.  This order is necessitated by the time constraints this consolidated litigation has created on the Court and the Clerk of Court's time.

New Orleans, Louisiana, this 26th day of June, 2007.

                **STANWOOD R. DUVAL, JR.**
      **UNITED STATES DISTRICT COURT JUDGE**