UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES §
CONSOLIDATED LITIGATION § CIVIL ACTION
§ NO. 05-4182 "K" 2
§ JUDGE DUVAL
§ MAG. WILKINSON
§
PERTAINS TO: §
INSURANCE (06-5109) (*Gorbaty v. Amica*) §
§
§

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

IT IS ORDERED that James M. Garner, of the law firm Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, be and is hereby withdrawn as Trial Attorney for David and Sandra Gorbaty and Martha Y. Curtis, of Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, is substituted as Trial Attorney for David and Sandra Gorbaty in this proceeding.

New Orleans, Louisiana, this 25th day of June, 2007.

UNITED STATES DISTRICT JUDGE