UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____§ <br> § <br> PERTAINS TO: § <br> INSURANCE (06-5104 - *Gorbaty v. Amica*) § <br> _____§ | CIVIL ACTION <br> NO. 05-4182 "K" 2 <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

IT IS ORDERED that James M. Garner, of the law firm Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, be and is hereby withdrawn as Trial Attorney for Matthew and Amanda Gorbaty and Martha Y. Curtis, of Sher, Garner, Cahill, Richter, Klein, and Hilbert, LLC, is substituted as Trial Attorney for Matthew and Amanda Gorbaty in this proceeding.

New Orleans, Louisiana, this __25th__ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE