UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE CASES | * | |

**ORDER**

Upon consideration of State Farm Fire & Casualty Company's Motion for Leave to file a Reply to Plaintiffs' Memorandum in Opposition to State Farm's Motion to Quash Deposition of Alexis King and for Protective Order, Record Doc. No. 5924,

**IT IS HEREBY ORDERED** that State Farm Fire & Casualty Company's Motion for Leave to file its Reply is GRANTED.

New Orleans, Louisiana, this __26th__ day of June, 2007.

UNITED STATES MAGISTRATE JUDGE