UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL<br>BREACHES CONSOLIDATED<br>LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION NO: 05-4182<br>"K" (2)<br>JUDGE DUVAL |
| PERTAINS TO: 07-1790<br>Plaintiff: JOHN BONIOL | *<br>*<br>* | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the forgoing;

**IT IS ORDERED** that James D. Garvey, Jr. be and is hereby enrolled as additional counsel of record for **State Farm Fire and Casualty Company** in the above-captioned matter.

New Orleans, Louisiana, this __25th__ day of _____June_____, 2007.

_____
JUDGE