UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

## ORDER

Considering the foregoing Motion to Substitute Pleading;

**IT IS ORDERED** that the motion is **GRANTED** and that the Fifth Joint Motion to Amend Case Management and Scheduling Order No. 4 is substituted for Rec. Doc. 5630.

NEW ORLEANS, LOUISIANA, this 25th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

879883v.1