UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: LEVEE | |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | |

### NOTICE OF VIDEOTAPE DEPOSITION

**PLEASE TAKE NOTICE** that the Levee Defendants, through their respective undersigned counsel, will take the videotape deposition of Michelle Harrison at the offices of Bruno & Bruno, 855 Baronne Street, Second Floor Conference Room, New Orleans, Louisiana 70113 on Tuesday, July 17, 2007 at 9:00 a.m. The deposition will be taken for all purposes

879094v.1

allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure and the Requests for Production propounded by the Levee Defendants on April 30, 2007, the Levee Defendants request that Michelle Harrison produce the documents set forth in Exhibit A to the Office of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, 3445 N. Causeway Blvd. Suite 800, Metairie, LA 70002, no later than 3:00 p.m. on July 3, 2007.

Dated: June 26, 2007                     Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO, HARDY,
    MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT

879094v.1

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS, MORTON,
    PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF COMMISSIONERS
FOR THE EAST JEFFERSON LEVEE DISTRICT


s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF COMMISSIONERS
FOR THE PORT OF NEW ORLEANS

879094v.1

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA


s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

879094v.1

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2007, a copy of the above and foregoing **Notice of Videotape Deposition** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO, HARDY,
 MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com

879094v.1