UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              NO.  05-4182
LITIGATION
                                           SECTION "K"(2)

                                           JUDGE DUVAL

                                           MAGISTRATE WILKINSON

## ORDER

_____Considering the foregoing motion,

IT IS ORDERED that defendants show cause on the _____day of _____, at

_____o'clock a.m., why the plaintiffs' motion for protective order to prohibit the defendants

from questioning the plaintiff-class representatives on their individual damages in the above

referenced matter

This _____day of _____, 2007, at New Orleans, Louisiana.


                          _____
                                    J   U   D   G   E


                                    7