UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL CASES | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Plaintiffs' Motion for Expedited Hearing, Record Doc. No. 5842, is hereby **GRANTED**. Plaintiffs' Motion for Protective Order will be decided on the record <u>without</u> oral argument. Written opposition, if any, must be filed no later than **July 2, 2007**.

New Orleans, Louisiana, this __26th__ day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE