MINUTE ENTRY
WILKINSON, M. J.
JUNE 27, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Vidacovich, 06-4719 | JUDGE DUVAL<br>MAG. WILKINSON |

    A settlement conference was conducted in the referenced Vidacovich case, C.A. No. 06-4719-K(2), on June 21, 2007 before the undersigned magistrate judge. After followup discussions via telephone, the court has been advised by counsel for both sides that a settlement has been reached. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order in C.A. No. 06-4719 only.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **00 :15**