## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL** | * | **CIVIL ACTION NO: 05-4182** |
| **BREACHES CONSOLIDATED** | * | |
| **LITIGATION** | * | **JUDGE DUVAL-"K" (2)** |
| | * | |
| | * | |
| **PERTAINS TO: 07-1797** | * | **MAGISTRATE WILKINSON** |
| **Plaintiff: SHIRLEY SALEZ REICHERT** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the forgoing;

**IT IS ORDERED** that James D. Garvey, Jr. be and is hereby enrolled as additional

counsel of record for **State Farm Fire and Casualty Company** in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____

**JUDGE**