UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>ALL INSURANCE CASES | JUDGE DUVAL<br>MAG. WILKINSON |

### NOTICE OF HEARING

**TO:**  To all Defendants and their respective counsel,
Through Defense Liaison Attorney of Record:
Ralph S. Hubbard III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St.
Suite 2775
New Orleans, Louisiana 70130-6041

PLEASE TAKE NOTICE that the attached MOTION TO COMPEL DISCOVERY, will be heard in the United States District Courthouse for the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana, on the 11th day of July, 2007, at 11:00 a.m.

You are invited to attend and participate as may be deemed proper and in accordance with the law.

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**

  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
jbruno@jbrunolaw.com

and

INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.
LIAISON COUNSEL – INSURANCE PSLC
La. Bar Roll No. 5486
calvinfayard@fayardlaw.com
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com

For

INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

John N. Ellison (Anderson, Kill & Olick, Philadelphia, PA)
James M. Garner (Sher, Garner, et al., New Orleans, LA)
Joseph J. McKernan (McKernan Law Firm, Baton Rouge, LA)
Drew A. Ranier (Ranier, Gayle & Elliot, Lake Charles, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy hereof upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile, or other electronic transmission, including notice of electronic filing.

This the  27nd  day of June, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno