UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182<br><br>SECTION: "K" JUDGE DUVAL |
|---|---|---|
| PERTAINS TO: LEVEE | * | MAG. (2) – MAG. WILKINSON |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349 | * | |

## MEMORANDUM OF GULF GROUP, INC. IN SUPPORT OF UNITED STATES' MOTION TO STRIKE ADMIRALTY CLAIMS

MAY IT PLEASE THE COURT:

Gulf Group, Inc., government contractor defendant in the Levee consolidated class action complaint supports the Motion to Strike Admiralty Claims Against the United States and adopts the arguments submitted by the United States and filed into the record as document no. 5855-3.

Of particular importance is the fact that plaintiffs call into question decisions of the United States government concerning the levee system in and around the City of New Orleans. It is not a maritime claim in any meaningful sense. As a government contractor, Gulf Group, Inc. is particularly sensitive to the fact that it has been made a defendant based on evidence hardly more compelling than the fact that plaintiffs are dissatisfied with the end results of

1

decades of flood control and prevention decisions made by the United States Army Corps of Engineers. Gulf Group, Inc. firmly believes that the true nature of this suit is apparent and that the United States' Motion to Dismiss plaintiffs' maritime claims should be granted.

RESPECTFULLY SUBMITTED,

_____
GLENN B. ADAMS (Bar No. 2316)
MICHAEL W. COLLINS (Bar No. 29129)
JAMES ERIC JOHNSON (Bar No. 23800)
BRYAN J. HAYDEL, Jr. (Bar No. 27500)
ELEANOR W. WALL (Bar No. 29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8920 Telephone
(225) 383-7900 Facsimile
Attorneys for Gulf Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing has been served upon the members of the Levee Litigation Group by electronic means and/or United States Mail, this 27th day of June, 2007.

_____
James Eric Johnson

2