UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE: 06-6642 (PONTCHARTRAIN BAPTIST CHURCH) (BRIDGE PROJECTS) | * * * | MAG. WILKINSON |

**********************************************

### NOTICE OF HEARING

Notice is hereby provided to all parties that the Motion for Leave to File Amended Complaint filed by Plaintiffs, Pontchartrain Baptist Church, et. al., will be heard before the Honorable ~~Mag. Judge Wilkinson~~ ~~Stanwood R. Duval,~~ Jr. at 11:00 AM on the 11th day of July, 2007.

Respectfully submitted,

WILLIAM E. O'NEIL (#10213)
THE O'NEIL GROUP, L.L.C.
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 833-4770
weo@theoneilgroup.com

-and-

_____
DON M. RICHARD (#11226)
ATTORNEY AT LAW
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 834-9882
dmr@dmr-law.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 2̲6̲ day of June, 2007.

New Orleans, Louisiana this 2̲6̲ day of June, 2007.

_____
WILLIAM E. O'NEIL