UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE:06-6642 (PONTCHARTRAIN BAPTIST CHURCH) (BRIDGE PROJECTS) | * * * | MAG. WILKINSON |

*********************************************

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND INCORPORATED EXHIBITS

Before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint and Incorporated Exhibits. The Court, after considering the motion and all responsive briefing, is of the opinion that the motion should be GRANTED.

**IT IS THEREFORE ORDERED** that Plaintiffs are granted leave to file their Second Amended Complaint and Incorporated Exhibits and the Clerk is directed to file same into the record in this casue.

Signed this ____ day of _____, 2007.

_____
**Stanwood R. Duval, Jr.**
**United States District Court Judge**