UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER:  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  MRGO, Robinson<br>(No. 6-2268) | |

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE SUR-REBUTTAL OF DEFENDANT UNITED STATES' REBUTTAL IN SUPPORT OF MOTION TO CERTIFY**

Plaintiffs hereby respectfully request leave to file a Sur-Rebuttal to Defendant United States' Rebuttal in Support of its Motion to Certify.  Plaintiffs' Sur-Rebuttal is submitted to address new issues raised in the Defendant's Rebuttal filed on June 22, 2007.

When asked if he would consent to the filing of a Sur-Rebuttal, Defendant's counsel Robin D. Smith refused.  Accordingly, Plaintiffs respectfully request that they be allowed to file the attached seven-page Sur-Rebuttal.

Pursuant to Local Rule 7.3E, a proposed Order is provided.

Dated:  June 27, 2007                    Respectfully submitted,

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone:  (213) 347-0290
Fax:  (213) 347-0298

1

**The Andry Law Firm, LLC**

By: s/ Jonathan B. Andry
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

| | |
|---|---|
| **Bruno & Bruno** | **Domengeaux Wright Roy & Edwards LLC** |
| Joseph M. Bruno (LSBA No. 3604) | Bob F. Wright (LSBA No. 13691) |
| David S. Scalia (LSBA No. 21369) | James P. Roy (LSBA No. 11511) |
| 855 Baronne Street | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70133 | P.O. Box 3668 |
| Telephone: (504) 525-1335 | Lafayette, Louisiana 70502-3668 |
| Facsimile:  (504) 581-1493 | Telephone: (337) 233-3033 |
| | Facsimile:  (337) 233-2796 |
| **Fayard & Honeycutt** | **Girardi & Keese** |
| Calvin C. Fayard, Jr. (LSBA No. 5486) | Thomas V. Girardi (*pro hac vice*) |
| Blayne Honeycutt (LSBA No. 18264) | 1126 Wilshire Boulevard |
| 519 Florida Avenue, S.W. | Los Angeles, CA 90017 |
| Denham Springs, Louisiana 70726 | Telephone: (213) 489-5330 |
| Telephone: (225) 664-4193 | Facsimile:  (213) 481-1554 |
| Facsimile:  (225) 664-6925 | |
| **Ranier, Gayle & Elliot, LLC** | **Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.** |
| N. Frank Elliot III | |
| 1419 Ryan Street | Clay Mitchell (*pro hac vice*) |
| Lake Charles, LA 70601 | Matt Schultz (*pro hac vice*) |
| Telephone: (337) 494-7171 | 316 S. Baylen Street, Suite 600 |
| Facsimile: (337).494.7218 | Pensacola, Florida 32502-5996 |
| | Telephone: (850) 435-7140 |
| | Facsimile:  (850) 436-6123 |
| **McKernan Law Firm** | **Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC** |
| Joseph Jerry McKernan (LSBA No 10027) | Gerald E. Meunier  (LSBA 9471) |
| John Smith (LSBA No. 23308) | 2800 Energy Centre |
| 8710 Jefferson Highway | 1100 Poydras Street |
| Baton Rouge, Louisiana 70809 | New Orleans, Louisiana 70163 |

| | |
|---|---|
| Telephone: (225) 926-1234<br>Facsimile: (225) 926-1202 | Telephone: (504) 522-2304<br>Facsimile: (504) 528-9973 |
| **Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**<br><br>Elwood C. Stevens, Jr. (LSBA No. 12459)<br>1205 Victor II Boulevard<br>P.O. Box 2626<br>Morgan City, Louisiana 70381<br>Telephone: (985) 384-8611<br>Facsimile: (985) 385-4861 | **Cotchett, Pitre, Simon & McCarthy**<br><br>Joseph W. Cotchett (*pro hac vice*)<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577 |
| **Law Office of Frank J. D'Amico, Jr. APLC**<br><br>Frank J. D'Amico, Jr. (LSBA No. 17519)<br>Richard M. Exnicios, Esq. (LSBA No. 25666)<br>622 Baronne Street<br>New Orleans, LA 70113<br>Telephone: (504) 525-9561<br>Fax: 504-525-9522 | **Salas & Co., LC**<br><br>Camilo K. Salas, III (LSBA No. 11657)<br>650 Poydras Street, Suite 1650<br>New Orleans, LA 70130<br>Telephone: (504) 799-3080<br>Facsimile: (504) 799-3085<br>**Attorneys for Plaintiffs** |

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on June 27, 2007, I caused to be served Plaintiffs' Ex Parte Motion For Leave To File Over-Length Sur-Rebuttal Of Defendant United States' Rebuttal In Support Of Motion To Certify; and the proposed Order, upon Defendants' counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by ECF and email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov

/s/ Pierce O'Donnell

3