MINUTE ENTRY
WILKINSON, M. J.
JUNE 27, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  INSURANCE | SECTION "K" (2) |

Oral argument was conducted on this date concerning plaintiffs' Motion to Compel Defendant S&WB'S Answers to Interrogatories and Request for Production of Documents, Record Doc. No. 5424. Participating were: Darlene Jacobs, Richard Martin and Lewis Lusco, representing plaintiffs; and Charles Lanier, representing defendant. The motion will be granted in part and denied in part, and an Order and Reasons detailing the court's ruling on the motion will be issued separately.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10