MINUTE ENTRY
WILKINSON, M. J.
JUNE 27, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO:  INSURANCE                SECTION "K" (2)

      Oral argument was conducted on this date concerning the motion of defendant, State Farm Fire and Casualty Company ("State Farm"), to quash the deposition of Alexis King and for entry of a Protective Order precluding the deposition of Alexis King. Record Doc. No. 5588. Participating were: Scott Joanen, representing plaintiffs; Charles Chassaignac and David Strauss, representing defendant State Farm. The motion is granted in that the deposition of Ms. King will be postponed, subject to the conditions stated on the record in open court. An Order and Reasons detailing the court's ruling on the motion will be issued separately.

                                               JOSEPH C. WILKINSON, JR.
                                               UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 15