UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>No. 05-4182 "K"(2)<br>JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>(Imperial Trading, et al. No. 06-4262) | MAGISTRATE WILKINSON |

**************************************************************************

## UNOPPOSED MOTION TO ENTER PROTECTIVE ORDER

Plaintiffs, Imperial Trading Co. Inc. et al, hereby move the Court to enter the attached proposed Protective Order. This motion is unopposed by Defendant, Travelers Property and Casualty Co. of America. Counsel for the parties have conferred and have reached agreement on the terms of the attached proposed Protective Order. The proposed Protective Order is attached to this motion for purposes of the Court's review.

The parties believe that the terms of the proposed Protective Order fairly and reasonably restrict the use of confidential material received during discovery, as well as protect their confidential nature, without impeding the discovery process itself.

Respectfully submitted,

[signature]

JAMES M. GARNER #19589 T.A.
DARNELL BLUDWORTH #18801
R. SCOTT HOGAN #29911
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR IMPERIAL TRADING CO., INC.IMPERIAL TRADING CO., L.L.C. AMA DISTRIBUTORS, INC., IMPERIAL VENTURES, INC., DELTA VIDEO SERVICES, INC., LUCKY COIN MACHINE COMPANY, RAINBOW SERVICES, INC., RAPID FIRE, INC., DON JUAN CIGAR COMPANY, L.L.C., ZLN HOLDINGS, L.L.C., AND SOUTHEAST VENTURES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to United's counsel of record.

[signature]

JAMES M. GARNER