UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
LEVEE (05-4181, 05-4182, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5308, 06-5785, 06-5786, 06-5937, 06-8708

## ORDER

Considering Washington Group International, Inc.'s Ex Parte Motion to Enroll Counsel *Pro Hac Vice*;

IT IS ORDERED that William E. Marple hereby is admitted *pro hac vice* co-counsel of record in this proceeding for Defendant Washington Group International, Inc.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

881400v.1