# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **William E. Marple**, Bar **#13010600**, was duly admitted to practice in said Court on **August 2nd, 1984**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on June 27, 2007.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk