UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
LEVEE (05-4181, 05-4182, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5308, 06-5785, 06-5786, 06-5937, 06-8708

## AFFIDAVIT OF WILLIAM E. MARPLE

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned Notary Public, duly qualified and commissioned for the County of Dallas, State of Texas, personally came and appeared:

**WILLIAM E. MARPLE**

who, after being duly sworn, does depose and state

1. My name is William E. Marple and I am an attorney at the law firm of Jones Day, 2727 N. Harwood Street, Dallas, Texas 75201-1515.

2. Pursuant to the Uniform Local Rules of the United States District Courts for the State of Louisiana, Rule 83.2.6., I am applying for permission to appear and participate as co-counsel for Washington Group International, Inc. in the above-captioned matter.

3. I am a member of good standing in the Bar of the State of Texas and the United States District Court for the Northern District of Texas, as evidenced by the attached certificate.

4. I am ineligible to become a member of the Bar of this Court because I am not a member of the Bar of the State of Louisiana.

5. No disciplinary proceedings or criminal charges have been initiated against me.

_William E. Marple_
WILLIAM E. MARPLE

_Louanne E. Muller_
Notary Public
Print Name: LOUANNE E. MULLER
Notary I.D./Bar No. (As Applicable): _____
Dallas County, Texas
My commission expires: 9/11/2010

LOUANNE E. MULLER
MY COMMISSION EXPIRES
September 11, 2010

DLI-6124153v1