UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 MAR -2 PM 4: 09
LORETTA G. WHYTE

| | | |
|---|---|---|
| CATHY ADAMS, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 06GL4365 |
| | * | |
| BOH BROS. CONSTRUCTION | * | SECTION: "K" |
| COMPANY, L.L.C., ET AL | * | |
| | * | MAGISTRATE: (2) |

************************************

### EX PARTE MOTION TO CONTINUE HEARING ON DEFENDANTS' B & K CONSTRUCTION COMPANY, INC.'S, BOH BROS. CONSTRUCTION CO., L.L.C.'S, BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERINGCOMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S MOTIONS TO DISMISS AND MOTIONS FOR SUMMARY JUDGMENT

ON MOTION of plaintiff Cathy Adams and all other plaintiffs in this *Adams* matter, and appearing herein through undersigned counsel, and on suggestion to the Court the following:

I.

This Honorable Court has scheduled a Hearing for March 23, 2007 at 10:00 a.m. for the purpose of hearing B & K CONSTRUCTION COMPANY, INC.'S, BOH BROS. CONSTRUCTION CO., L.L.C.'S, BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERING COMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S Motions to Dismiss and Motions for Summary Judgment.

II.

Undersigned counsel respectfully requests that the Hearings now scheduled for March 23, 2007 at 10:00 a.m. be continued for the reasons fully set forth in plaintiffs'

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

memorandum in support.

### III.

Undersigned counsel attaches a Certificate of Opposition to this motion.

Respectfully submitted,

_____
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Motion to Continue Hearing on B & K CONSTRUCTION COMPANY, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Betty Mullin, Herman Hoffman, Jr., 1100 Poydras St., 30th Floor – Energy Center, New Orleans, LA 70163, BOH BROS. CONSTRUCTION CO., L.L.C.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Michael Riess and Charles Colvin, 201 St. Charles Avenue, Suite 3300, New Orleans, La 70170, and Terrance Brennan, 755 Magazine St., New Orleans, LA 70130, BURK-KLEINPETER, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Charles Seeman, Jr., 755 Magazine Street, New Orleans, LA 70130, EUSTIS ENGINEERING COMPANY, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Mat Gray, III, and Alanson Chenault, IV, 400 Poydras Street, 30th Floor, New Orleans, LA 70130, GOTECH, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Albert Clary and Adrian Nadeau, One United Plaza, Suite 500, 4041 Essen Lane, Baton Rouge, LA 70809, and MODJESKI AND MASTERS, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Francis Barry, Jr., Frederick Bott, Keith Bergeron, and Scott Hedlund, 755 Magazine Street, New Orleans, LA 70130, all by facsimile and United States Mail, postage prepaid and properly addressed, on this __2__ day of ___March___, 2007.

_____
A.J. Rebennack