UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHY ADAMS, ET AL | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 06-4065 |
| BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL | * | SECTION: "K" |
| | * | MAGISTRATE: (2) |

************************************

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO CONTINUE HEARING ON DEFENDANTS' B & K CONSTRUCTION COMPANY, INC.'S, BOH BROS. CONSTRUCTION CO., L.L.C.'S, BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERINGCOMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS,INC.'S MOTIONS TO DISMISS AND MOTIONS FOR SUMMARY JUDGMENT

NOW INTO COURT, thru undersigned counsel comes plaintiffs Cathy Adams and all other plaintiffs in this *Adams* matter who move that all Motions to Dismiss and Motions for Summary Judgment including B & K CONSTRUCTION COMPANY, INC.'S, BOH BROS. CONSTRUCTION CO., L.L.C.'S, BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERING COMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S be continued for the following reasons:

I.

A master complaint is soon to be filed addressing what may be the universe of claims and causes of action against the various defendants some of whom may be all or some of the movers. Upon information and belief said master complaint may name these defendants in admiralty pursuant to activities, work, or agreements with the United States Corp of Engineers, Sewerage and Water Board of New Orleans, and or others. (See

Attached labeled as **Exhibit "A"** *Greer Complaint, Class Action 07-647, Section K, Magistrate 2* filed on behalf of the class at pages 1, 10-15, 19, 23, and 28.)The *Adams* plaintiffs are putative members of said class and would like to wait until the master has been filed to determine if their complaint should be amended to add additional allegations against movers which may prevent dismissal. Should the Court go forward on the instant motions and the defendants prevail, plaintiffs may be estopped from later suing these defendants under doctrines of res judicata and estoppel which they have alleged already in the motions currently before the court. This continuance would only be for a brief period until the master has been filed. This continuance would also aid in not having the various plaintiffs and complaints in the Levee Litigation broken up piece meal in discovery and pre-trial motions but rather unified in the interest of judicial economy and in keeping with class action tradition.

## II.

Second, undersigned counsel, as well as other plaintiffs' counsel in this matter have been barraged over the past two weeks with the task of finalizing and or amending Form 95's. The confusion of a T.V. announcement on February 23, 2007 made the task even more complex and monumentally time consuming through the possible need to amend all Form 95's that were filed based on the governments' late February 20, 2007 letter that they were not entering into what many believed was a stipulation as to Form 95's and certain language or lack thereof to suffice for admiralty claims. Simply put, more time is needed to prepare. This would be the first request for continuance and would be of no prejudice.

WHEREFORE, and for the above and foregoing reasons plaintiffs in the Cathy

Adams matter request a continuance on the defendants' B & K CONSTRUCTION COMPANY, INC.'S, BOH BROS. CONSTRUCTION CO., L.L.C.'S, BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERING COMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S Motions to Dismiss and Motions for Summary Judgment.

Respectfully submitted,

A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## ORDER

IT IS HEREBY ORDERED, that the defendants' B & K CONSTRUCTION COMPANY, INC.'S, BOH BROS. CONSTRUCTION CO., L.L.C.'S, BURK-KLEINPETER, INC.'S, EUSTIS ENGINEERING COMPANY, INC.'S, GOTECH, INC.'S, AND MODJESKI AND MASTERS, INC.'S Motions to Dismiss and Motions for Summary Judgment _____ be continued until the _____ day of _____, 2007 at _____ a.m. / p.m.

UNITED STATE EASTERN DISTRICT COURT this _____ day of _____ 2007.

**JUDGE**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Motion to Continue Hearing on B & K CONSTRUCTION COMPANY, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Betty Mullin, Herman Hoffman, Jr., 1100 Poydras St., 30th Floor – Energy Center, New Orleans, LA 70163, BOH BROS. CONSTRUCTION CO., L.L.C.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Michael Riess and Charles Colvin, 201 St. Charles Avenue, Suite 3300, New Orleans, La 70170, and Terrance Brennan, 755 Magazine St., New Orleans, LA 70130, BURK-KLEINPETER, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Charles Seeman, Jr., 755 Magazine Street, New Orleans, LA 70130, EUSTIS ENGINEERING COMPANY, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Mat Gray, III, and Alanson Chenault, IV, 400 Poydras Street, 30th Floor, New Orleans, LA 70130, GOTECH, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Albert Clary and Adrian Nadeau, One United Plaza, Suite 500, 4041 Essen Lane, Baton Rouge, LA 70809, and MODJESKI AND MASTERS, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Francis Barry, Jr., Frederick Bott, Keith Bergeron, and Scott Hedlund, 755 Magazine Street, New Orleans, LA 70130, all by facsimile and United States Mail, postage prepaid and properly addressed, on this _2_ day of _March_, 2007.

A.J. Rebennack