UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHY ADAMS, ET AL | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 06-4065 |
| | * | |
| BOH BROS. CONSTRUCTION | * | SECTION: "K" |
| COMPANY, L.L.C., ET AL | * | |
| | * | MAGISTRATE: (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF OPPOSITION

Plaintiff's counsel has conferred with Michael Riess, counsel for defendant, Boh Bros. Construction Co., L.L.C., and he states that he objects to the Court continuing the Hearing on Boh Bros. Construction Co., L.L.C.'s Motion to Dismiss and Motion for Summary Judgment presently set for March 23, 2007 at 10:00 a.m. without date. No attempt has further been made to contact other defense counsel.

New Orleans, Louisiana this 2 day of March, 2007.

Respectfully submitted,

_____
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Motion to Continue Hearing on B & K CONSTRUCTION COMPANY, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Betty Mullin, Herman Hoffman, Jr., 1100 Poydras St., 30th Floor – Energy Center, New Orleans, LA 70163, BOH BROS. CONSTRUCTION CO., L.L.C.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Michael Riess and Charles Colvin, 201 St. Charles Avenue, Suite 3300, New Orleans, La 70170, and Terrance Brennan, 755 Magazine St., New Orleans, LA 70130, BURK-KLEINPETER, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Charles Seeman, Jr., 755 Magazine Street, New Orleans, LA 70130, EUSTIS ENGINEERING COMPANY, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Mat Gray, III, and Alanson Chenault, IV, 400 Poydras Street, 30th Floor, New Orleans, LA 70130, GOTECH, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Albert Clary and Adrian Nadeau, One United Plaza, Suite 500, 4041 Essen Lane, Baton Rouge, LA 70809, and MODJESKI AND MASTERS, INC.'S Motion to Dismiss and Motion for Summary Judgment has been served upon all counsel of record, Francis Barry, Jr., Frederick Bott, Keith Bergeron, and Scott Hedlund, 755 Magazine Street, New Orleans, LA 70130, all by facsimile and United States Mail, postage prepaid and properly addressed, on this ___2___ day of ___March___, 2007.

_____
A.J. Rebennack