FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA 2007 JUN 27 PM 3: 21

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CATHY ADAMS, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 06-4065 |
| | * | |
| BOH BROS. CONSTRUCTION | * | SECTION: "K" |
| COMPANY, L.L.C., ET AL | * | |
| | * | MAGISTRATE: (2) |

************************************

## ORDER

Considering the Motion regarding the Hearings now scheduled for March 23, 2007 at 10:00 a.m.:

IT IS ORDERED that the Hearings presently scheduled for March 23, 2007 at 10:00 a.m. is hereby continued ~~until the ____ day of ____, 2007.~~ without date and taken on the papers

UNITED STATES EASTERN DISTRICT COURT this 27th day of June 2007.

_____
JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____