FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 22 PM 2:22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE   *Rault,* No. 06-1734 | |

## EX PARTE MOTION TO BIFURCATE
## INDIVIDUAL CLAIM OF
## <u>BONNIE M. RAULT</u>

In accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, plaintiff Bonnie M. Rault ("Rault") hereby requests that the Court enter an Order bifurcating the proceeding captioned *Bonnie M. Rault versus Encompass Insurance Company,* Civil Action No. 06-1734, from the consolidated litigation for purposes of discovery relating to insurance issues, including but not limited to individualized adjusting issues; bad faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and, whether there is total loss.



-2-

Accordingly, Mrs. Rault requests that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of the Case Management Order No. 4, Section VII. at p. 48.

      Respectfully submitted,

      **FRILOT PARTRIDGE, L.C.**

      _/s/ Miles P. Clements_
      **MILES P. CLEMENTS (Bar No. 4184)**
      **MICHELLE C. PURCHNER (Bar No. 30681)**
      1100 Poydras Street, Suite 3600
      New Orleans, Louisiana 70163-3600
      Telephone: (504) 599-8000
      Facsimile: (504) 599-8100

      **Counsel for Bonnie M. Rault.**

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that I have forwarded a copy of the foregoing pleading to all counsel of record by United States Mail, properly addressed and postage prepaid, this 22nd day of June, 2007.

*/s/ Wiley P. Clements*