FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 27 PM 3: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE  *Rault*, No. 06-1734 | |

## ORDER

Considering the foregoing Ex Parte Motion to Bifurcate Individual Claim of Bonnie Rault;

**IT IS HEREBY ORDERED** that the referenced proceeding be and hereby is bifurcated in accordance with Case Management Order No. 4, Section VII, and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this 25th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___