

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2007 JUN 25  AM 10: 03

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| BONNIE M. RAULT | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. 06-1734 |
| | * | |
| VERSUS | * | Section "K"; Magistrate 2 |
| | * | |
| ENCOMPASS INSURANCE COMPANY, | * | Judge Stanwood R. Duval, Jr. |
| | * | Magistrate Joseph C. Wilkinson, Jr. |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BONNIE M. RAULT'S
### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Plaintiff, Bonnie M. Rault, respectfully moves to withdraw Ann Marie LeBlanc of the law firm of Caraway LeBlanc, L.L.C. as counsel of record for Mrs. Rault and substitute in her place Michelle C. Purchner of the law firm of Frilot Partridge, L.C. as Mrs. Rault's counsel of record in this proceeding.

Respectfully submitted,

**FRILOT PARTRIDGE, L.C.**

_____
**MILES P. CLEMENTS (Bar No. 4184)**
**MICHELLE C. PURCHNER (Bar No. 30681)**
1100 Poydras Street, Suite 3600
New Orleans, Louisiana 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

**Counsel for Bonnie M. Rault.**

Fee_____
Process_____
X  Dktd_____
√  CtRmDep_____
   Doc. No_____

78575v1

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that I have forwarded a copy of the foregoing pleading to all counsel of record by United States Mail, properly addressed and postage prepaid, this 22d day of June, 2007.

*Miles P. Clements*

78575v1