MINUTE ENTRY
WILKINSON, M. J.
JUNE 27, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
   CONSOLIDATED LITIGATION
                    NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Franco, 06-7660  JUDGE DUVAL
                           MAG. WILKINSON

   A status conference was conducted in the referenced case, Nicholas Franco et al. v. Insurance Counselors, Inc. et al., C.A. No. 06-7660 c/w 05-4182, on this date before the undersigned magistrate judge. Participating in person were: George Riess, representing plaintiffs, and Steve Usdin and Jonathan Walsh, representing defendants.

   The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Franco case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 4793. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing non-class action cases asserting claims involving individual adjusting and coverage issues,

MJSTAR:  0 : 45

including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution. In addition, settlement possibilities were discussed.

Considering the representations and suggestions of counsel, **IT IS ORDERED** that the case will now proceed as follows:

Defendant Insurance Counselors, Inc. is contemplating the filing of a motion for summary judgment.

Disclosures as required by CMO No. 4 in this case must be provided no later than **July 27, 2007**.

Plaintiffs' expert, Brent Driscoll, will prepare his report concerning the value and scope of plaintiffs' damages, and the report will be provided to defense counsel no later than **July 27, 2007**.

Defendant Federal Insurance Company's expert will review plaintiff's expert report no later than **August 27, 2007**, and the experts will schedule a meeting between themselves for off-the-record discussions geared toward possible settlement. This meeting of the experts must occur before the next **Status Conference** in this matter, which will be conducted by me on **September 26, 2007 at 2:30 p.m.** Counsel may attend the Status Conference in person or via telephone, as they choose. At the **Status**

**Conference**, settlement will be discussed and further proceedings will be scheduled, if appropriate.

                                              JOSEPH C. WILKINSON, JR.
                                      UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**