UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUN 27 PM 3: 21

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| BONNIE M. RAULT | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. 06-1734 |
| | * | |
| VERSUS | * | Section "K"; Magistrate 2 |
| | * | |
| ENCOMPASS INSURANCE COMPANY, | * | Judge Stanwood R. Duval, Jr. |
| | * | Magistrate Joseph C. Wilkinson, Jr. |
| Defendant. | * | |
| | * | |

*************************************

## ORDER

Considering Bonnie M. Rault's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Ann Marie LeBlanc of the law firm of Caraway LeBlanc, L.L.C. be withdrawn as counsel of record for Bonnie M. Rault and substitute in her place Michelle C. Purchner of the law firm of Frilot Partridge, L.C. as Mrs. Rault's counsel of record in this proceeding.

New Orleans, Louisiana, this 27th day of June 2007.

_____
JUDGE

78575v1

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____