UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br><br> **NO. 05-4182** |
| **PERTAINS TO:** <br> *Pontchartrain Baptist Church*  (C.A. No. 06-6642) | **SECTION "K"(2)** |

## ORDER

Pending before this Court is a Motion to Remand (Doc. 1526).  Plaintiffs in this matter filed a Motion for Leave to File Second Amended Complaint (Doc. 6029).  In this pleading, plaintiffs state at page 5, "Plaintiffs' affirmative actions in this Court constitute a waiver of remand and the remand is moot."  As such,

**IT IS ORDERED** that the Motion to Remand (Doc. 1526) is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this   28th   day of June, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE