UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   MRGO AND LEVEE | SECTION "K"(2) |
| FILED IN:   ALL MRGO AND LEVEE | |

### ORDER

Considering the foregoing *Ex Parte* Motion for Expedited Hearing on the Motion for Rule 16(b) Relief,

**IT IS ORDERED** that the motion is **GRANTED** and that the Motion for Rule 16(b) Relief shall be heard on the record without oral argument.  Written opposition, if any, must be filed no later than July 5, 2007, at noon.

New Orleans, Louisiana, this 28th day of June, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE