# EXHIBIT A

February 9, 2007

**VIA US POSTAL MAIL AND EMAIL**
Honorable Stanwood R. Duval, Jr.
Judge, Section "K"
United States District Court
Eastern District of Louisiana
500 Camp Street, Room C368
New Orleans, Louisiana 70130

                RE:    *Katrina Canal Breach Consolidated Litigation*
                       Master Case No.: 05-4182

Dear Judge Duval:

Please see below the answers to your questions.

**Questions Directed to Defendants and Plaintiffs to be answered, through Liaison Counsel, by February 8:**

1. What will be the maximum number of experts to testify at a class certification hearing? The Judge may be interested in what kind of experts these are.

    Four; Hydrology, Topography, Photography, Surveying, Meteorology, Climatologist.

2. What will be the maximum number of experts to testify in a trial addressing common liability issues? The Judge may be interested in what kind of experts these are.

    Six; Soils, Civil Engineering, Structural Engineering, Hydrolic Engineering, Meteorology Storm Surge, Coastal Oceanographer.


EXHIBIT A

3. What is the earliest date for a class certification hearing in the Levee group of cases? Same question, but is the answer different if plaintiffs add the United States as a defendant and one has to consider the deadline for filing Form 95s?

September of 2007.

4. The Court will be requiring "old school" disclosures (pre-2000 amendment) identifying all persons with testimony, not just favorable testimony. What will be the maximum number of people a party will be allowed to list in its initial disclosures both as to "liability witnesses" and "fact witnesses"?

Ten.

5. The Court noted that the defendants did not have a counterproposal to paragraph 4 of the plaintiff's proposed Preamble on page 2 of the proposed CMO. The Court requested a counterproposal.

No answer by plaintiffs.

6. What is the maximum number of interrogatories and rfp's to be issued to each category of defendant?

Fifty.

**Questions Directed to Plaintiffs, to be answered through Liaison Counsel, by February 8:**

1. Can the plaintiffs file the Master Complaint in the Levee group of cases within 30 days?

    Yes.

2. Can the plaintiffs file their Motions to Certify a Class within 30 days?

    Yes.

3. The MSJ against State Farm re: State Farm's alleged inability to meet its burden of proof on the application of its valid exclusion. Can this motion be on file within 30 days of entry of this order?

    Yes.

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

Joseph M. Bruno

JMB/sap

CC: Honorable Judge Joseph C. Wilkinson, Jr. ( VIA US POSTAL MAIL & EMAIL @ wilkinso@laed.uscourts.gov)
Magistrate Judge Division 2
US District Court - Eastern District of LA
500 Camp Street, Room B409
New Orleans, LA 70130

Ralph Hubbard (VIA EMAIL @ rhubbard@lawla.com)

Seth Schmeeckle (VIA EMAIL @ sschmeekle@lawla.com)