UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO: 05-4182<br><br>JUDGE DUVAL-"K" (2) |
| PERTAINS TO: 07-1782<br>Plaintiff: ERIC GERLINGER<br>AND JOY BULOT GERLINGER | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the forgoing;

**IT IS ORDERED** that James D. Garvey, Jr. be and is hereby enrolled as additional counsel of record for **State Farm Fire and Casualty Company** in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**JUDGE**