## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO: 05-4182 |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | JUDGE DUVAL - "K" (2) |
| | * | |
| | * | |
| PERTAINS TO: 07-1792 | * | MAGISTRATE WILKINSON |
| Plaintiff: JOSEPH GREGOIRE | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, come David K. Persons of the firm of Hailey, McNamara, Hall, Larmann & Papale, L.L.P., attorney for defendant, **State Farm Fire and Casualty Company**, and suggesting to this Honorable Court that James D. Garvey, Jr. be added as additional counsel of record.

Respectfully submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

/s/   David K. Persons
   **DAVID K. PERSONS, #2046**

/s/   James D. Garvey, Jr.
   **JAMES D. GARVEY, JR., #21289**
Counsel for Defendant,
**State Farm Fire and Casualty Company**

One Galleria Boulevard - Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax:   (504) 836-6565
E-mail: jgarvey@hmhlp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

J. Van Robichaux, Jr., Esq.
6305 Elysian Fields Avenue, Suite 304
P.O. Box 792500
New Orleans, Louisiana 70179
Attorney for Plaintiff, Joseph Gregoire

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

/s/   David K. Persons
**DAVID K. PERSONS, #2046**

/s/   James D. Garvey, Jr.
**JAMES D. GARVEY, JR., #21289**
Counsel for Defendant,
**State Farm Fire and Casualty Company**
One Galleria Boulevard - Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax:   (504) 836-6565
E-mail: jgarvey@hmhlp.com