UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
CONSOLIDATED LITIGATION
                                    NO. 05-4182 "K" (2)
                                    JUDGE DUVAL
                                    MAG. WILKINSON

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-3130

PERTAINS TO: LEVEE

**ORDER**

Considering the foregoing Motion to Enroll as Additional Counsel of Record filed by defendant, Orleans Levee District:

It is hereby ordered that Sidney J. Hardy, La. Bar No. 1938, be and he is hereby enrolled as additional counsel of record for defendant, the Orleans Levee District, in this matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE