UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL INSURANCE CASES | JUDGE DUVAL<br>MAG. WILKINSON |

**ORDER**

    Liaison Counsel have jointly submitted their "Submission No. 3 re: Supplemental and Amended Purported Common Insurance Discovery Protocol," Record Doc. No. 5603, seeking a second amendment to the discovery protocol previously approved and adopted by the Court concerning common insurance discovery as to those individual cases within the captioned umbrella that contain individual adjusting and other insurance claims in addition to the common liability issues. Record Doc. Nos. 3687, 3782, 5190, and 5392. Having considered Joint Submission No. 3 and the record,

    **IT IS ORDERED** that the Court hereby approves and adopts the jointly submitted second supplemental and amended discovery protocol, which is Record Doc. No. 5603, and makes it the ORDER OF THE COURT for future proceedings in these matters.

New Orleans, Louisiana, this  28th  day of June, 2007.

_____
United States Magistrate Judge

CLERK TO NOTIFY:

HON. STANDWOOD R. DUVAL, JR.