UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                     CIVIL ACTION
       CONSOLIDATED LITIGATION
                                          NO. 05-4182 "K" (2)

PERTAINS TO: ALL CASES                            JUDGE DUVAL
                                               MAG. WILKINSON

## **ORDER**

At the request of defendants' Liaison Counsel who has certified to me that plaintiffs' Liaison Counsel has no objection, and because plaintiffs' pending motions for protective order are closely related, the deadline for filing written opposition to Record Doc. Nos. 5761, 5764, 5769 and 6011, is hereby continued from June 28, 2007 and consolidated to **July 2, 2007**.

New Orleans, Louisiana, this __28th__ day of June, 2007.

                                                       JOSEPH C. WILKINSON, JR.
                                                 UNITED STATES MAGISTRATE JUDGE