UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182
PERTAINS TO:
Imperial Trading, C.A. No. 06-4262               SECTION "K" (2)

# ORDER

The parties in the referenced individual case have submitted an "Unopposed Motion to Enter Protective Order." Record Doc. No. 6059. The motion is DENIED. The court has entered a Master Protective Order, Record Doc. No. 5393, which applies to all cases in this consolidated matter, including the referenced individual case. Entry of another protective order would be redundant and confusing. Accordingly, the "Proposed Protective Order" submitted with this motion will not be entered.

New Orleans, Louisiana, this 28th day of June, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.