

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUN 2 7 2007

CHARLES R. FULBRUGE III
LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 26, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

          No. 07-30119 In Re: Katrina Canal
          USDC No.  2:06-CV-1674
                    2:06-CV-1673      *05-4182 K*
                    2:06-CV-1672
                    2:06-CV-516
                    2:06-CV-169
                    2:05-CV-6323
                    2:05-CV-4182

Enclosed is the designation of the record provided by counsel in
accordance with this Court's order of June 13, 2007. Please
transmit the paper record to us by not later than July 11, 2007.
If additional time is needed to complete the record please notify
our office as soon as possible.

                         Sincerely,

                         CHARLES R. FULBRUGE III, Clerk

                    By:  *Kim Folse*
                         Kim Folse, Deputy Clerk
                         504-310-7712

CLK-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No._____

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
**NEW ORLEANS, LOUISIANA 70130-6041**

SETH A. SCHMEECKLE                                    Fax: (504) 310-9195
(504) 569-1990                                        email: sschmeeckle@lawla.com

June 25, 2007

*__Via Hand Delivery__*                    U.S. COURT OF APPEALS
Honorable Charles R. Fulbruge, III            **F I L E D**
Clerk of Court
U.S. Fifth Circuit Court of Appeal            JUN 2 5 2007
600 S. Maestri Place
New Orleans, LA 70130                       CHARLES R. FULBRUGE III
                                                    CLERK

[STAMP: U.S. COURT OF APPEALS RECEIVED JUN 2 5 2007 NEW ORLEANS, LA.]

     **Re:   In Re Katrina Canal Breaches Consolidated Litigation**

Dear Mr. Fulbruge:

     In response to the Court's order of June 13, 2007, please find attached the joint designation of record documents that the parties have mutually selected from each of the district court docket sheets as relevant to the pending appeal. As requested by the Court, the attached designation reflects the input and agreement of both the defendants and the plaintiffs in the above-referenced appeal.

     Please let me know if I or the parties might provide further information. Thank you for your assistance.

     With best regards, I am

Sincerely,

Seth A. Schmeeckle

SAS/msb
Enclosure
cc:   All Known Counsel of Record (via e-mail, w/ attachment)

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
6/26/07

Designated Record Documents
Fifth Circuit No. 07-30119

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:06-cv-00516-SRD-JCW

Xavier University of Louisiana v. Travelers Property        Date Filed: 02/02/2006
Casualty Company of America                                 Jury Demand: None
Assigned to: Judge Stanwood R. Duval, Jr                    Nature of Suit: 110 Insurance
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr       Jurisdiction: Diversity
Lead case: 2:05-cv-04182-SRD-JCW
Member case: (View Member Case)
Cause: 28:1332 Diversity-Breach of Contract

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2006 | 1 | COMPLAINT against Travelers Property Casualty Company of America (Filing fee $ 250.) filed by Xavier University of Louisiana.(bbc, ) (Entered: 02/07/2006) |
| 04/04/2006 | 9 | ANSWER to Complaint by Defendant Travelers Property Casualty Company of America.(bbc, ) (Entered: 04/07/2006) |
| 05/12/2006 | 13 | 1st amended ANSWER to Complaint by Defendant Travelers Property Casualty Company of America.(bbc, ) (Entered: 05/15/2006) |
| 08/24/2006 | 14 | MOTION for Partial Summary Judgment by Xavier University of Louisiana. Motion Hearing set for 9/20/2006 10:00 AM before Judge Sarah S. Vance. (Attachments: # 1 Memorandum in Support # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Statement of Contested/Uncontested Facts # 6 Notice of Hearing)(bbc, ) (Entered: 08/25/2006) |
| 09/12/2006 | 17 | RESPONSE/MEMORANDUM in Opposition filed by Travelers Property Casualty Company of America re 14 MOTION for Partial Summary Judgment. (Attachments: # 1 Affidavit # 2 Exhibit A - Part 1# 3 Exhibit A - Part 2# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D - Part 1# 7 Exhibit D - Part 2# 8 Statement of Contested/Uncontested Facts)(bbc, ) (Entered: 09/13/2006) |
| 09/21/2006 | 19 | CASE CONSOLIDATED with 05-4182. PROTOCOL for Case Management Order Number 1. Signed by Judge Stanwood R. Duval Jr. on 7/19/06.(blg, ) (Entered: 09/21/2006) |
| 02/01/2007 | 20 | NOTICE OF APPEAL by Travelers Property Casualty Company of America. Filed in 05-4182, doc #3519. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:05-cv-06323-SRD-JCW

Vanderbrook et al v. State Farm Fire and Casualty
Company et al
Assigned to: Judge Stanwood R. Duval, Jr
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:05-cv-04182-SRD-JCW
Member case: (View Member Case)
Case in other court: Civil District Court, Orleans Parish,
                    05-11834 "F"

Date Filed: 12/02/2005
Jury Demand: Defendant
Nature of Suit: 380 Personal Property:
Other
Jurisdiction: Diversity

Cause: 28:1332 Diversity-Other Contract

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2005 | 1 | NOTICE OF REMOVAL from Civil District Court, Orleans Parish, case number 05-11834 "F". ( Filing fee $ 250 ) filed by all defendants. (Attachments: # 1 Exhibits# 2 Exhibits# 3 Exhibits# 4 Exhibits# 5 Exhibits# 6 Exhibits# 7 Exhibits# 8 Exhibits)(caa, ) Additional attachment(s) added on 12/2/2005 (caa, ). (Entered: 12/02/2005) |
| 12/06/2005 | 2 | ANSWER to Complaint by Defendant State Farm Fire and Casualty Company.(caa, ) (Entered: 12/07/2005) |
| 12/09/2005 | 3 | ANSWER to Complaint by Defendant Hanover Insurance Company.(caa, ) (Entered: 12/12/2005) |
| 12/09/2005 | 5 | ANSWER to Complaint by Defendants Travelers Insurance Company, & Standard Fire Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B (part 1)# 3 Exhibit B (part 2))(caa, ) (Entered: 12/12/2005) |
| 01/09/2006 | 9 | ANSWER to Complaint by Defendant Unitrin Preferred Insurance Company.(caa, ) (Entered: 01/10/2006) |
| 04/11/2006 | 43 | ORDER - CONSOLIDATING cases with master case 05-4182 Parties to comply as stated herein. Signed by Judge Stanwood R. Duval Jr. on 4/11/06.(blg, ) (Entered: 04/12/2006) |
| 02/01/2007 | 44 | NOTICE OF APPEAL by Hanover Insurance Company, Unitrin Preferred Insurance Company, Standard Fire Insurance Company. Filed in 05-4182, doc #3520. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 45 | NOTICE OF APPEAL by all plaintiffs. Filed in 05-4182, doc #3529. (Attachments: # 1 appeal continued (1)# 2 appeal continued (3))(blg) (Entered: 03/27/2007) |

2

Designated Record Documents
Fifth Circuit No. 07-30119

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:05-cv-01140-FJP-CN

Chehardy et al v. Wooley                          Date Filed: 09/30/2005
Assigned to: Judge Frank J. Polozola              Date Terminated: 03/16/2006
Referred to: Magistrate Judge Christine Noland    Jury Demand: None
Cause: 28:1446 Breach of Contract- Insurance      Nature of Suit: 110 Insurance
                                                  Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2005 | 1 | NOTICE OF REMOVAL from 19 th JDC. (Filing fee $ 250.00 receipt number 434), filed by Allstate Indemnity Company, Allstate Insurance Company. (Attachments: # 1 Part 2 of Complaint )(SAH, ) (Entered: 10/03/2005) |
| 03/21/2006 | 189 | Transfer Letter regarding transmittal of documents to Eastern District Of Louisiana. (SAH, ) Additional attachment(s) added on 3/21/2006 (SAH, ). (Entered: 03/21/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:05-cv-01163-FJP-CN

Chehardy et al v. Louisiana Insurance Commissioner J. Robert Wooley
Assigned to: Judge Frank J. Polozola
Referred to: Magistrate Judge Christine Noland
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 09/30/2005
Date Terminated: 03/16/2006
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2005 | 1 | NOTICE OF REMOVAL from 19th JDC. (Filing fee $ 250.00 receipt number 4699000450), filed by Louisiana Farm Bureau Casualty Insurance Company. (Attachments: # 1)(PAH, ) (Entered: 10/03/2005) |
| 12/01/2005 | 21 | ORDER... The Court having determined that the above captioned casespresent common questions of fact and law;... IT IS ORDERED that Civil Action 05-1163-FJP-CN is hereby consolidated with Civil Action 05- 1140-FJP-CN., These Cases are hereby consolidated... . Signed by Judge Frank J. Polozola on 12/1/05.(SAH, ) (Entered: 12/01/2005) |
| 03/21/2006 | 22 | Transfer Letter regarding transmittal of documents to Eastern District Of Louisiana. (SAH, ) (Entered: 03/21/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
## CIVIL DOCKET FOR CASE #: 3:05-cv-01162-FJP-CN

Chehardy et al v. Louisiana Insurance Commissioner J.
Robert Wooley et al
Assigned to: Judge Frank J. Polozola
Referred to: Magistrate Judge Christine Noland
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 09/30/2005
Date Terminated: 03/16/2006
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2005 | 1 | NOTICE OF REMOVAL from 19th Judicial District Court. (Filing fee $ 250.00 receipt number 451), filed by Louisiana Farm Bureau Mutual Insurance Company. (Attachments: # 1 # 2)(NLT, ) (Entered: 09/30/2005) |
| 10/21/2005 | 21 | ORDER: CV 05-1162 is consolidated with 05-1140 and transferred to FJP-CN.. Signed by Judge John V. Parker on 10/21/05.(BP, ) (Entered: 10/21/2005) |
| 03/21/2006 | 23 | Transfer Letter regarding transmittal of documents to Eastern District Of Louisiana. (SAH, ) (Entered: 03/21/2006) |

5

Designated Record Documents
Fifth Circuit No. 07-30119

## U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:06-cv-01672-SRD-JCW

Chehardy et al v. State Farm Fire & Casualty Company
et al
Assigned to: Judge Stanwood R. Duval, Jr
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:05-cv-04182-SRD-JCW
Member case: (View Member Case)
Case in other court: Middle District of Louisiana (Baton
                  Rouge), 05-01140-FJP-CN
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 03/28/2006
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2006 | 1 | Case transferred in from Middle District of Louisiana (Baton Rouge); Case Number 05-1140-FJP-CN. Original file with documents numbered 1-190, certified copy of transfer order and docket sheet received.(blg, ) (Entered: 04/04/2006) |
| 04/11/2006 | 5 | ORDER - CONSOLIDATING cases with master case 05-4182. Parties to comply as stated herein. Signed by Judge Stanwood R. Duval Jr. on 4/11/06.(blg, ) (Entered: 04/12/2006) |
| 02/01/2007 | 6 | NOTICE OF APPEAL by Great Northern Insurance Company. Filed in 05-4182, doc #3515. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 7 | NOTICE OF APPEAL by Louisiana Citizens Property Insurance Corporation. Filed in 05-4182, doc #3517. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 8 | NOTICE OF APPEAL by Allstate Indemnity Company, Allstate Insurance Company. Filed in 05-4182, doc #3522. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 9 | NOTICE OF APPEAL by Encompass Insurance Company of America. Filed in 05-4182, doc #3524. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 10 | NOTICE OF APPEAL by Lexington Insurance Company, et al. Filed 05-4182, doc #3525. (Attachments: # 1 appeal continued(1)# 2 appeal continued (2)# 3 appeal continued (3))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 11 | NOTICE OF APPEAL by all plaintiffs. Filed in 05-4182, doc #3531. |

Designated Record Documents
Fifth Circuit No. 07-30119

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> appeal continued (1)# <u>2</u> appeal continued (2))(blg) (Entered: 03/27/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:06-cv-01673-SRD-JCW

Chehardy et al v. State Farm Fire & Casualty Company
et al
Assigned to: Judge Stanwood R. Duval, Jr
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:05-cv-04182-SRD-JCW
Member case: (View Member Case)
Case in other court: Middle District of Louisiana (Baton
               Rouge), 05-01163-FJP-CN
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 03/28/2006
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2006 | 1 | Case transferred in from Middle District of Louisiana (Baton Rouge); Case Number 05-1163-FJP-CN. Original file with documents numbered 1-21, certified copy of transfer order and docket sheet received. (blg, ) (Entered: 04/04/2006) |
| 04/11/2006 | 4 | ORDER - CONSOLIDATING cases with master case 05-4182. Parties to comply as stated herein. Signed by Judge Stanwood R. Duval Jr. on 4/11/06.(blg, ) (Entered: 04/12/2006) |
| 02/01/2007 | 5 | NOTICE OF APPEAL by Great Northern Insurance Company. Filed in 05-4182, doc #3515. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 6 | NOTICE OF APPEAL by Louisiana Citizens Property Insurance Corporation. Filed in 05-4182, doc #3517. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 7 | NOTICE OF APPEAL by Allstate Indemnity Company, Allstate Insurance Company. Filed in 05-4182, doc #3522. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 8 | NOTICE OF APPEAL by Encompass Insurance Company of America. Filed in 05-4182, doc #3524. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 9 | NOTICE OF APPEAL by Lexington Insurance Company, et al. Filed in 05-4182, doc #3525. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2)# 3 appeal continued (3))(blg) (Entered: 03/27/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

| 02/01/2007 | 10 | NOTICE OF APPEAL by all plaintiffs. Filed in 05-4182, doc #3531. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
|---|---|---|

Designated Record Documents
Fifth Circuit No. 07-30119

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:06-cv-01674-SRD-JCW

Chehardy et al v. State Farm Fire & Casualty Company et al
Assigned to: Judge Stanwood R. Duval, Jr
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Lead case: 2:05-cv-04182-SRD-JCW
Member case: (View Member Case)
Case in other court: Middle District of Louisiana (Baton Rouge), 05-01162-FJP-CN
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 03/28/2006
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2006 | 1 | Case transferred in from Middle District of Louisiana (Baton Rouge); Case Number 05-1162-FJP-CN. Original file with documents numbered 1-22, certified copy of transfer order and docket sheet received. (blg, ) (Entered: 04/04/2006) |
| 04/11/2006 | 4 | ORDER - CONSOLIDATING cases with master case 05-4182. Parties to comply as stated herein. Signed by Judge Stanwood R. Duval Jr. on 4/11/06.(blg, ) (Entered: 04/12/2006) |
| 02/01/2007 | 5 | NOTICE OF APPEAL by Great Northern Insurance Company. Filed in 05-4182, doc #3515. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 6 | NOTICE OF APPEAL by Louisiana Citizens Property Insurance Corporation. Filed in 05-4182, doc #3517. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 7 | NOTICE OF APPEAL by Allstate Indemnity Company, Allstate Insurance Company. Filed in 05-4182, doc #3522. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 8 | NOTICE OF APPEAL by Encompass Insurance Company of America. Filed in 05-4182, doc #3524. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2))(blg) (Entered: 03/27/2007) |
| 02/01/2007 | 9 | NOTICE OF APPEAL by Lexington Insurance Company, et al. Filed in 05-4182, doc #3525. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2)# 3 appeal continued (3))(blg) (Entered: 03/27/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

| 02/01/2007 | <u>10</u> | NOTICE OF APPEAL by all plaintiffs. Filed in 05-4182, doc #3531. (Attachments: # <u>1</u> appeal continued (1)# <u>2</u> appeal continued (2))(blg) (Entered: 03/27/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:05-cv-04182-SRD-JCW

In Re: Katrina Canal Breaches Litigation
Assigned to: Judge Stanwood R. Duval, Jr
Referred to: Magistrate Judge Joseph C. Wilkinson, Jr
Member case: (View Member Case)
Case in other court:  USCA, 06-30840
        USCA, Fifth Circuit, 06-31127, 06-31128,
        USCA, Fifth Circuit, 06-31128
        USCA, Fifth Circuit, 06-31129
        USCA, Fifth Circuit, 07-30119
        USCA, Fifth Circuit, 07-30216
        USCA, Fifth Circuit, 07-30272
        USCA, Fifth Circuit, 07-30274
        USCA, Fifth Circuit, 07-30326
        USCA, Fifth Circuit, 07-30349
        USCA, Fifth Circuit, 07-30412
Cause: 28:1332 Diversity-Torts to Land

Date Filed: 09/19/2005
Jury Demand: Both
Nature of Suit: 240 Torts to Land
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2006 | 404 | MOTION for Summary Judgment against plaintiff, Sophia Granier by Hanover Insurance Company. Motion Hearing set for 7/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support # 2 Notice of Hearing # 3 Statement of Contested/Uncontested Facts # 4 Exhibit A# 5 Exhibit A-1)(Reference: 05-6323)(blg, ) (Entered: 05/23/2006) |

12

Designated Record Documents
Fifth Circuit No. 07-30119

| 06/02/2006 | 516 | AMENDED & RESTATED COMPLAINT against AAA Homeowners Auto Club Family Insurance Company, Aegis Security Insurance Company, Chubb Custom Insurance Company, Encompass Insurance Company of America, Great Northern Insurance Company, Hanover Insurance Company(06-1672, 06-1673, 06-1674), Lafayette Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Louisiana Citizens Property Insurance Corporation, Traveler's Property Casualty Company of America, State Farm Fire & Casualty Company, Allstate Insurance Company, Allstate Indemnity Company, American Insurance Company filed by all plaintiffs (06-1672, 06-1673, 06-1674). Adding plaintiffs: Mark Barham, Patricia Brown, Katrina Daniels, Marie Fatheree, Wendell Glation, Edna Jones, Lionel Jones, Karen Lewis, Sandra Perkins, Michael Peterson, Eldridge Pollard, Shane Sylvester, Austra Zapata.(Reference: 06-1672, 06-1673, 06-1674)(blg, ) (Entered: 06/08/2006) |
|---|---|---|
| 06/15/2006 | 568 | MOTION for Judgment on the Pleadings by Hanover Insurance Company(05-6323). Motion Hearing set for 7/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Notice of Hearing # 2 Memorandum in Support # 3 Appendix # 4 Appendix 1-1A# 5 Appendix 1A-2A# 6 Appendix 3-4# 7 Appendix 4-4A# 8 Appendix 5-5A)(Reference: 05-6323)(blg, ) (Entered: 06/16/2006) |
| 06/15/2006 | 569 | MOTION for Judgment on the Pleadings by Standard Fire Insurance Company. Motion Hearing set for 7/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Notice of Hearing # 2 Memorandum in Support # 3 Appendix # 4 Appendix 1-1A# 5 Appendix 1A-2A# 6 Appendix 3-4# 7 Appendix 4-4A# 8 Appendix 5-5A)(Reference: 05-6323)(blg, ) (Entered: 06/16/2006) |
| 06/15/2006 | 570 | MOTION for Judgment on the Pleadings by State Farm Fire & Casualty Company(05-6323). Motion Hearing set for 7/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Proposed Order # 2 Memorandum in Support # 3 Exhibit A# 4 Exhibit B# 5 Exhibit C-E# 6 Notice of Hearing)(Reference: 05-6323)(blg, ) (Entered: 06/16/2006) |
| 06/16/2006 | 598 | RULE 12 MOTION for Judgment on the Pleadings by Unitrin Preferred Insurance Company. Motion Hearing set for 7/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support # 2 Notice of Hearing)(Reference: 05-6323)(blg, ) (Entered: 06/19/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

| 07/06/2006 | 740 | RESPONSE/MEMORANDUM in Opposition filed by Sophia Granier re 404 MOTION for Summary Judgment. (Reference: 05-6323)(blg, ) (Entered: 07/07/2006) |
|---|---|---|
| 07/14/2006 | 772 | RESPONSE/MEMORANDUM in Opposition filed by plaintiffs (06-1672, 06-1673, 06-1674) re 598 MOTION for Judgment on the Pleadings, 572 MOTION to Dismiss Party Hartford Insurance Company of the Midwest, 569 MOTION for Judgment on the Pleadings, 568 MOTION for Judgment on the Pleadings, 570 MOTION for Judgment on the Pleadings; *Brief of Amicus Curiae United Policyholders and the Chehardy representative Policyholders in Opposition to Defendants' Rule 12 Motions.* (Reference: 05-6323 "K"(2))(Fayard, Calvin) Modified on 7/17/2006 (blg, ). (Entered: 07/14/2006) |
| 07/14/2006 | 776 | RESPONSE/MEMORANDUM in Opposition filed by plaintiffs (05-6323) re 569 MOTION for Judgment on the Pleadings, 568 MOTION for Judgment on the Pleadings, 598 MOTION for Judgment on the Pleadings, 570 MOTION for Judgment on the Pleadings. (Reference: 05-6323)(blg, ) (Entered: 07/17/2006) |
| 08/02/2006 | 862 | INSURANCE (05-6323): REPLY to Response to Motion filed by Hanover Insurance Company(05-6323), Hartford Insurance Company of the Midwest, Standard Fire Insurance Company(05-6323), Unitrin Preferred Insurance Company re 598 MOTION for Judgment on the Pleadings, 569 MOTION for Judgment on the Pleadings, 568 MOTION for Judgment on the Pleadings, 570 MOTION for Judgment on the Pleadings. (Reference: INSURANCE (05-6323))(blg, ) Modified on 8/4/2006 - Correction of Image (blg, ). (Entered: 08/04/2006) |
| 08/02/2006 | 863 | INSURANCE (05-6323): Correction of Docket Entry by Clerk re 862 Reply to Response to Motion; Correction of Image. (Reference: INSURANCE (05-6323))(blg, ) (Entered: 08/04/2006) |
| 08/02/2006 | 865 | INSURANCE (05-6323): SUPPLEMENTAL REPLY to Response to Motion filed by Hartford Insurance Company of the Midwest re 572 MOTION to Dismiss Party Hartford Insurance Company of the Midwest. (Reference: INSURANCE (05-6323))(blg, ) (Entered: 08/04/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

| | | |
|---|---|---|
| 08/02/2006 | 867 | INSURANCE (05-6323): REPLY to Response to Motion filed by State Farm Fire & Casualty Company(05-6323) re 570 MOTION for Judgment on the Pleadings. (Reference: INSURANCE (05-6323))(blg, ) (Entered: 08/04/2006) |
| 08/14/2006 | 903[1] | INSURANCE (06-1672, 06-1673, 06-1674): MOTION to Dismiss Party Louisiana Citizens Property Insurance Corporation by Louisiana Citizens Property Insurance Corporation. Motion Hearing set for 9/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support of Rule 12(b)(6) Motion to Dismiss# 2 Notice of Hearing of Rule 12(b)(6) Motion to Dismiss# 3 Proposed Pleading Request for Oral Argument# 4 Proposed Order Request for Oral Argument# 5 Notice of Manual Attachment Exhibits A and B)(Reference: INSURANCE (06-1672, 06-1673, 06-1674))(McDonald, Gregory) Modified on 8/15/2006 (blg, ). (Entered: 08/14/2006) |
| 08/15/2006 | 923 | INSURANCE (06-1672, 06-1673, 06-1674): RULE 12(b)(6) MOTION to Dismiss by Encompass Indemnity Company. Motion Hearing set for 9/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Notice of Hearing # 2 Exhibit A (part 1)# 3 Exhibit A (part 2)# 4 Exhibit B (part 1)# 5 Exhibit B (part 2))(Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 08/16/2006) |
| 08/16/2006 | 932 | INSURANCE (06-1672, 06-1673, 06-1674): CONSOLIDATED RULE 12(B)(6) MOTION to Dismiss Plaintiff's Amended and Restated Complaint by American Insurance Company, AAA Homeowners Auto Club Family Insurance Company, Aegis Security Insurance Company, Hanover Insurance Company, Lafayette Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Standard Fire Insurance Company. Motion Hearing set for 9/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Notice of Hearing # 2 Memorandum in Support # 3 Exhibit 1 - A# 4 Exhibit 2 - A# 5 Exhibit 3 - A# 6 Exhibit 4 - A# 7 Exhibit 5 - A# 8 Exhibit 5 - B (part 1)# 9 Exhibit 5 - B (part 2)# 10 Exhibit 6 - A & B# 11 Exhibit 7 - A & B# 12 Exhibit 8 - A, & 9 - A (part 1)# 13 Exhibit 9 - A (part 2))(Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 08/17/2006) |

---

[1] Note to the Clerk's Office for the Eastern District of Louisiana:  Please include the manually attached exhibits when forwarding the record to the Fifth Circuit.

Designated Record Documents
Fifth Circuit No. 07-30119

| 08/16/2006 | 936 | INSURANCE (06-1672, 06-1673, 06-1674): RULE 12(b) MOTION to Dismiss Plaintiffs' Amended and Restated Complaint by Great Northern Insurance Company. Motion Hearing set for 9/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support # 2 Exhibit A# 3 Exhibit B# 4 Notice of Hearing)(Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 08/17/2006) |
|---|---|---|
| 08/16/2006 | 939 | INSURANCE (06-1672, 06-1673, 06-1674): MOTION to Dismiss Pursuant to Rule 12(b) by Allstate Indemnity Company, Allstate Insurance Company. Motion Hearing set for 9/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Notice of Hearing)(Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 08/17/2006) |
| 08/16/2006 | 942 | INSURANCE (06-1672, 06-1673, 06-1674): Supplemental Memorandum filed by Aegis Security Insurance Company, in support of 932 CONSOLIDATED RULE 12(B)(6) MOTION to Dismiss Plaintiffs' Amended and Restated Complaint. (Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 08/17/2006) |
| 08/28/2006 | 1037 | INSURANCE (06-1672, 06-1673, 06-1674): Rule 12(b)(6) MOTION to Dismiss Plaintiffs' Amended and Restated Complaint by State Farm Fire and Casualty Company. Motion Hearing set for 9/12/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Exhibit A# 2 Exhibit B-H# 3 Exhibit I# 4 Memorandum in Support # 5 Notice of Hearing)(Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 08/28/2006) |
| 09/11/2006 | 1108 | INSURANCE (05-6323): Supplemental Memorandum filed by United Policyholders And The Chehardy Representative Plaintiffs, in opposition of 598 MOTION for Judgment on the Pleadings, 572 MOTION to Dismiss Party Hartford Insurance Company of the Midwest, 568 MOTION for Judgment on the Pleadings, 570 MOTION for Judgment on the Pleadings. (Reference: 05-6323)(Ellison, John) Modified on 9/12/2006 (blg, ). (Entered: 09/11/2006) |
| 09/11/2006 | 1125 | INSURANCE (05-6323): SUPPLEMENTAL BRIEF IN REPONSE by Richard Vanderbrook to 1027 Order. (Reference: INSURANCE (05-6323))(blg, ) (Entered: 09/12/2006) |

16

Designated Record Documents
Fifth Circuit No. 07-30119

| 09/11/2006 | 1128 | INSURANCE (05-6323): POST-HEARING MEMORANDUM in Support filed by State Farm Fire & Casualty Company(05-6323) re: Rule 12 Motions - 598 MOTION for Judgment on the Pleadings, 572 MOTION to Dismiss Party Hartford Insurance Company of the Midwest, 568 MOTION for Judgment on the Pleadings, 570 MOTION for Judgment on the Pleadings. (Attachments: # 1 Exhibit A-B)(Reference: INSURANCE (05-6323))(blg, ) (Entered: 09/12/2006) |
|---|---|---|
| 09/11/2006 | 1129 | INSURANCE (05-6323): Joint Supplemental Memorandum filed by Hanover Insurance Company(05-6323), Standard Fire Insurance Company(05-6323), Unitrin Preferred Insurance Company, in Support of their Rule 12 Motions: 568 MOTION for Judgment on the Pleadings, 598 MOTION for Judgment on the Pleadings, 570 MOTION for Judgment on the Pleadings, 573 MOTION to Dismiss Party Board of Commissioners for the Orleans Levee District and the Sewerage and Water Board of New Orleans. (Reference: INSURANCE (05-6323))(blg, ) (Entered: 09/12/2006) |
| 09/12/2006 | 1386 | RESPONSE/MEMORANDUM in Opposition filed by Travelers Property Casualty Company of America(06-516) re 1217 MOTION for Partial Summary Judgment. Document originally filed on 9/12/06 in civil case 06-516, doc# 17. (Attachments: # 1 Affidavit # 2 Exhibit A (part 1)# 3 Exhibit A (part 2)# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D (part 1)# 7 Exhibit D (part 2)# 8 Statement of Contested/Uncontested Facts)(Reference: (06-516))(blg, ) (Entered: 10/20/2006) |
| 09/18/2006 | 1182 | INSURANCE (05-6323) : Supplemental Memorandum filed by United Policyholders And The Chehardy Representative Plaintiffs, in Opposition of 572 MOTION to Dismiss Party Hartford Insurance Company of the Midwest, 569 MOTION for Judgment on the Pleadings, 568 MOTION for Judgment on the Pleadings, 570 MOTION for Judgment on the Pleadings. (Reference: 05-6323)(Ellison, John) Modified on 9/19/2006 (blg, ). (Entered: 09/18/2006) |
| 09/18/2006 | 1186 | INSURANCE (05-6323) : Joint Reply Memorandum by Hanover Insurance Company(05-6323), Hartford Insurance Company of the Midwest(05-6323), Standard Fire Insurance Company(05-6323), Unitrin Preferred Insurance Company to 1018 First Supplemental Amicus Memorandum filed by plaintiffs. (Reference: INSURANCE (05-6323))(blg, ) (Entered: 09/19/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

| | | |
|---|---|---|
| 09/18/2006 | <u>1187</u> | INSURANCE (05-6323) : Memorandum in Opposition by State Farm Fire & Casualty Company(05-6323) re <u>1018</u> First Supplemental Amicus Memorandum filed by plaintiffs. (Attachments: # <u>1</u> Exhibit)(Reference: INSURANCE (05-6323))(blg, ) (Entered: 09/19/2006) |
| 09/29/2006 | <u>1264</u> | 06-516: REPLY to Response to Motion filed by Xavier University of Louisiana re <u>1217</u> MOTION for Partial Summary Judgment. (Attachments: # <u>1</u> Exhibit)(Reference: 06-516)(blg, ) (Entered: 09/29/2006) |
| 09/29/2006 | <u>1267</u> | 06-516: ADDITIONAL REPLY to Response to Motion filed by Xavier University of Louisiana re <u>1217</u> MOTION for Partial Summary Judgment. (Reference: 06-516)(blg, ) (Entered: 09/29/2006) |
| 10/02/2006 | <u>1278</u> | INSURANCE (06-1672, 06-1973, 06-1674): RESPONSE/MEMORANDUM in Opposition filed by plaintiffs (06-1672, 06-1673, 06-1674) re <u>923</u> MOTION to Dismiss Case, <u>939</u> MOTION to Dismiss Pursuant to Rule 12(b), <u>936</u> MOTION to Dismiss Plaintiff's Amended and Restated Complaint, <u>903</u> MOTION to Dismiss Party 06-1972, 06-1973, 06-1974, <u>932</u> MOTION to Dismiss Amended and Restated Complaint. (Attachments: # <u>1</u> Memorandum (part2)# <u>2</u> Memorandum (part 3)# <u>3</u> Memorandum (part 4))(Reference: INSURANCE (06-1672, 06-1973, 06-1674))(blg, ) (Entered: 10/03/2006) |
| 10/13/2006 | <u>1366</u> | LEVEE (05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-20, 06-151, 06-152, 06-153, 06-169, 06-225, 06-886); INSURANCE (05-6323, 06-1672, 06-1673, 06-1674); RESPONDER, LEVEE, MRGO (05-4181): TRANSCRIPT of Proceedings held on 9/6/06 before Judge Stanwood R. Duval, Jr. Court Reporter: Cindy Usner. (Reference: LEVEE (05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-20, 06-151, 06-152, 06-153, 06-169, 06-225, 06-886); INSURANCE (05-6323, 06-1672, 06-1673, 06-1674); RESPONDER, LEVEE, MRGO (05-4181))(blg, ) Modified on 10/25/2006 - Correction of Image (blg, ). (Entered: 10/17/2006) |
| 10/13/2006 | <u>1413</u> | INSURANCE (06-516): EXPARTE/CONSENT MOTION for Leave to File Surreply by Travelers Property Casualty Company of America(06-516). (Reference: INSURANCE (06-516))(blg, ) (Entered: 10/24/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

| | | |
|---|---|---|
| 10/16/2006 | 1371 | INSURANCE (06-1672, 06-1673, 06-1674): REPLY to Response to Motion filed by American Insurance Company, Hanover Insurance Company(, Standard Fire Insurance Company, Aegis Security Insurance Company, Auto Club Family Insurance Company, Lafayette Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company re 923 MOTION to Dismiss Case, 932 MOTION to Dismiss Amended and Restated Complaint, 939 MOTION to Dismiss Pursuant to Rule 12(b), 936 MOTION to Dismiss Plaintiff's Amended and Restated Complaint, 903 MOTION to Dismiss Party 06-1972, 06-1973, 06-1974. (Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 10/17/2006) |
| 10/16/2006 | 1372 | INSURANCE (06-1672, 06-1673, 06-1674): REPLY to Response to Motion filed by State Farm Fire and Casualty Company re 1037 Rule 12(b)(6) MOTION to Dismiss Plaintiffs' Amended and Restated Complaint. (Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 10/17/2006) |
| 10/17/2006 | 1380 | INSURANCE (06-1672, 06-1673, 06-1674): REPLY to Response to Motion filed by Encompass Indemnity Company re 923 rULE 12(b)(6) MOTION to Dismiss Case. (Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) Modified on 10/19/2006 - Correction of File Date Error by Intake Clerk (blg, ). (Entered: 10/19/2006) |
| 10/17/2006 | 1381 | INSURANCE (06-1672, 06-1673, 06-1674): REPLY to Response to Motion filed by Allstate Indemnity Company, Allstate Insurance Company re 939 MOTION to Dismiss Pursuant to Rule 12(b). (Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) Modified on 10/19/2006 - Correction of File Date Error by Intake Clerk (blg, ). (Entered: 10/19/2006) |
| 10/23/2006 | 1415 | INSURANCE (06-516): SURREPLY MEMORANDUM in Opposition filed by Travelers Property Casualty Company of America(06-516) re 1217 MOTION for Partial Summary Judgment. (Reference: INSURANCE (06-516))(blg, ) (Entered: 10/24/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

| 10/26/2006 | 1438 | INSURANCE (06-1672, 06-1673, 06-1674): Supplemental Memorandum filed by Gladys Chehardy (06-1672, 06-1673, 06-1674) in Opposition of 923 MOTION to Dismiss Case, 939 MOTION to Dismiss Pursuant to Rule 12(b), 936 MOTION to Dismiss Plaintiff's Amended and Restated Complaint, 903 MOTION to Dismiss Party 06-1972, 06-1973, 06-1974, 932 MOTION to Dismiss Amended and Restated Complaint. (Reference: 06-1672, 06-1673, 06-1674)(McMullen, Darin) Modified on 10/27/2006 (blg, ). (Entered: 10/26/2006) |
|---|---|---|
| 11/03/2006 | 1508 | INSURANCE (06-516): MOTION to Continue *Trial Date* by Travelers Property Casualty Company of America. Motion Hearing set for 11/29/2006 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support of Motion for Modification of Scheduling Order and Continuation of Trial Date# 2 Affidavit Certificate of Counsel# 3 Proposed Order # 4 Notice of Hearing)(Reference: 06-0516)(Reimonenq, Simeon) Modified on 11/6/2006 (blg, ). (Entered: 11/03/2006) |
| 11/08/2006 | 1574 | INSURANCE (06-1672, 06-1673, 06-1674): Supplemental Memorandum filed by Allstate Indemnity Company, Allstate Insurance Company, in Support of 939 MOTION to Dismiss Pursuant to Rule 12(b). (Attachments: # 1 Exhibit)(Reference: INSURANCE (06-1672, 06-1673, 06-1674))(blg, ) (Entered: 11/13/2006) |
| 11/09/2006 | 1575 | INSURANCE (06-516): RESPONSE/MEMORANDUM in Opposition filed by Xavier University of Louisiana re 1508 MOTION to Continue *Trial Date*. (Attachments: # 1 Exhibit)(Reference: INSURANCE (06-516))(blg, ) (Entered: 11/13/2006) |
| 11/22/2006 | 1749 | INSURANCE (06-516): EXPARTE/CONSENT MOTION for Leave to File *Reply Memorandum in Support of Motion for Modification of Scheduling Order and Continuation of Trial Date* by Travelers Casualty Insurance Company of America(06-5164). (Attachments: # 1 Proposed Order)(Reference: 06-0516)(Reimonenq, Simeon) Modified on 11/27/2006 (blg, ). (Entered: 11/22/2006) |
| 11/22/2006 | 1750 | REPLY to Response to Motion filed by Travelers Casualty Insurance Company of America(06-5164) re 1508 MOTION to Continue *Trial Date*. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: 06-0516)(Reimonenq, Simeon) (Entered: 11/22/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

| 11/27/2006 | 1803 | INSURANCE (05-6323, 06-516, 06-1672, 06-1673, 06-1674); (06-169): ORDER denying 568 Motion for Judgment on the Pleadings filed by Hanover Ins. Co.; denying 569 Motion for Judgment on the Pleadings filed by Standard Fire Ins. Co.; granting 570 Motion for Judgment on the Pleadings filed by State Farm Fire & Cas. Co.; granting 572 Motion to Dismiss Party Hartford Insurance Company of the Midwest; denying 598 Motion for Judgment on the Pleadings filed by Unitrim Preferred Ins. Co.; denying 903 Motion to Dismiss filed by Louisiana Citizens Property Insurance Corp; denying 923 Motion to Dismiss filed by Encompass Indemnity Company; denying 932 Consolidated Rule 12(B)(6) Motion to Dismiss Plaintiffs' Amended and Restated Complaint filed by Defendants The Standard Fire Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, Aegis Security Insurance Company, Auto Club Family Insurance Company,22 the Hanover Insurance Company and Lafayette Insurance Company; denying 936 Motion to Dismiss Plaintiffs Amended and Restated Complaint filed by Great Northern Insurance Company; denying 939 Motion to Dismiss Pursuant to Rule 12(b) filed by Allstate Insurance Company,Allstate Indemnity Company; granting in part with respect to coverage and denying in part, that is with respect to the extra-contractual claims of plaintiffs 1037 Motion to Dismiss Plaintiffs' Amended and restated Complaint filed by State Farm Fire and Casualty Company; granting in part as the Court finds that the Water Damage Exclusion would provide coverage for water damage caused by the negligent acts of mind and denying in part as the Court findsthere are material questions of fact as to the cause of the water damage to Xavier 1217 Motion for Partial Summary Judgment. CERTIFICATION FOR APPEAL: Pursuant to 28 U.S.C. § 1292(b), all orders entered herein involve a controlling question of law as to which there is a substantial ground for a difference of opinion and an immediate appeal from these orders may materially advance the ultimate termination of the litigation. In accordance with 28 U.S.C. § 1292(b), an application for appeal must be made to the Court of Appeals within ten days after the entry of this order. Signed by Judge Stanwood R. Duval Jr. on 11/27/06. (Reference: INSURANCE (05-6323, 06-516, 06-1672, 06-1673, 06-1674); (06-169))(blg, ) (Entered: 11/27/2006) |

Designated Record Documents
Fifth Circuit No. 07-30119

| | | |
|---|---|---|
| 11/29/2006 | <u>1948</u> | INSURANCE (06-516): Minute Entry for proceedings held before Judge Stanwood R. Duval Jr.: Motion Hearing held on 11/29/2006 re <u>1508</u> MOTION to Continue *Trial Date* filed by Travelers Property Casualty Company of America. Motion is GRANTED. (Court Reporter Cindy Usner.) (Reference: 06-516)(jtd) (Entered: 12/01/2006) |
| 11/29/2006 | <u>2082</u> | INSURANCE (06-516): TRANSCRIPT of Proceedings held on 11/29/06 (doc. 1948) before Judge Duval. Court Reporter: Cindy Usner. (Reference: 06-516)(jtd) (Entered: 12/07/2006) |
| 12/11/2006 | <u>2210</u> | INSURANCE (05-6323): NOTICE of Filing of Petition for Permission to Appeal by Richard Vanderbrook, et al (05-6323). (Reference: INSURANCE (05-6323))(blg, ) (Entered: 12/13/2006) |
| 01/02/2007 | <u>2414</u> | INSURANCE (06-1672, 06-1673, 06-1674, 06-516, 05-6323): MOTION to Stay *Litigation Pending Appeal* by Hanover Insurance Company, Aegis Security Insurance Company, Great Northern Insurance Company, Lafayette Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Standard Fire Insurance Company, Unitrin Preferred Insurance Company, Encompass Insurance Company, Auto Club Family Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, American Insurance Company. MOTION HEARING IS SET FOR 1/14/07 09:30 AM BEFORE JUDGE STANWOOD R. DUVAL, JR. (Attachments: # <u>1</u> # <u>2</u> # <u>3</u>)(Reference: 06-1672; 06-1673; 06-1674; 05-6323; 06-516)(Usdin, Steven) Modified on 1/3/2007 (blg, ). Modified hearing date on 1/9/2007 by changing date from 1/17/07 to 1/24/07. (jtd, ). (Entered: 01/02/2007) |
| 01/09/2007 | <u>2577</u> | INSURANCE (06-516): RESPONSE/MEMORANDUM in Opposition filed by Xavier University of Louisiana re <u>2414</u> MOTION |
| 01/10/2007 | <u>2597</u> | INSURANCE (05-6323, 06-516, 06-1672, 06-1672, 06-174): ORDER denying <u>2414</u> Motion to Stay Litigation Pending Appeal. Signed by Judge Stanwood R. Duval Jr. on 1/10/07. (Reference: 05-6323, 06-516, 06-1672, 06-1672, 06-174)(jtd) (Entered: 01/10/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

| 01/18/2007 | 2774 | LEVEE, MRGO, RESPONDER (05-4181) and LEVEE (05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 05-6359, 06-20, 06-225, 06-886, ) and INSURANCE (06-151, 06-152, 06-153, 06-169) and (05-5709, 05-6069, 06-4, 05-1301, 05-1140) TRANSCRIPT of Proceedings held on 3/24/06 before Judge Stanwood R. Duval. Court Reporter: Karen A. Ibos. (Reference: 05-4181; 05-4182; 05-4191; 05-4568; 05-5237; 05-5709; 05-6069; 05-6073; 05-6314; 05-6323; 05-6324; 05-6327; 05-6359; 06-04; 06-020; 06-0151; 06-0152; 06-153; 06-0169; 06-0225; 06-0886; 05-1301; 05-1140)(plh, ) Modified on 1/23/2007 (jtd, ). (Entered: 01/23/2007) |
|---|---|---|
| 02/01/2007 | 3519 | INSURANCE (06-516): NOTICE OF APPEAL by Travelers Property Casualty Company of America(06-516). Filing fee $ 455. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2)# 3 appeal continued (3))(Reference: INSURANCE (06-516)(blg) (Entered: 03/23/2007) |
| 02/01/2007 | 3520 | INSURANCE (05-6323): NOTICE OF APPEAL by Hanover Insurance Company, Standard Fire Insurance Company, Unitrin Preferred Insurance Company. Filing fee $ 455. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2)# 3 appeal continued (3)# 4 appeal continued (4))(Reference: INSURANCE (05-6323)(blg) (Entered: 03/23/2007) |
| 02/01/2007 | 3529 | INSURANCE (05-6323): NOTICE OF APPEAL by Richard Vanderbrook, et al. Filing fee $ 455. (Attachments: # 1 appeal continued (1)# 2 appeal continued (2)# 3 appeal continued (3))(Reference: INSURANCE (05-6323)(blg) (Entered: 03/23/2007) |
| 02/12/2007 | 3131 | INSURANCE (06-516): MOTION for Partial Summary Judgment *Regarding Burden of Proof* by Xavier University of Louisiana. Motion Hearing set for 3/21/2007 09:30 AM before Judge Stanwood R. Duval Jr. (Attachments: # 1 Memorandum in Support # 2 Statement of Contested/Uncontested Facts # 3 Notice of Hearing # 4 Exhibit 1, Part 1 of 4# 5 Exhibit 1, Part 2 of 4# 6 Exhibit 1, Part 3 of 4# 7 Exhibit 1, Part 4 of 4# 8 Exhibit 2)(Reference: 06-516)(Garner, James) Modified on 2/13/2007 (jtd, ). (Entered: 02/12/2007) |
| 02/14/2007 | 3200 | INSURANCE (05-6323, 06-516, 06-1672, 06-1673, 06-1674); (06-169): ORDER of USCA granting leave to appeal (Reference: INSURANCE (05-6323, 06-516, 06-1672, 06-1673, 06-1674); (06-169))(blg) Additional attachment(s) added on 3/23/2007 (blg, ). (Entered: 02/21/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

| | | |
|---|---|---|
| 02/15/2007 | 3207 | INSURANCE (05-6323, 06-1672, 06-1673, 06-1674): TRANSCRIPT REQUEST by Gladys Chehardy, et al for proceedings held on 8/25/06 before Judge Duval. (Reference: INSURANCE (05-6323, 06-1672, 06-1673, 06-1674))(blg) (Entered: 02/22/2007) |
| 03/06/2007 | 3334 | INSURANCE (06-516): Joint MOTION to Continue *the Motion for Partial Summary Judgment Regarding Burden of Proof Filed by Xavier University of Louisiana (Rec. Doc. 3131)* by PLAINTIFFS LIAISON COUNSEL, DEFENDANTS LIAISON COUNSEL. (Attachments: # 1 Proposed Order)(Reference: 06-0516)(Hubbard, Ralph) Modified on 3/7/2007 (blg, ). (Entered: 03/06/2007) |
| 03/12/2007 | 3381 | INSURANCE (06-516): ORDER granting 3334 Motion to Continue the Motion for Partial Summary Judgment Regarding Burden of Proof. Signed by Judge Stanwood R. Duval Jr. on 3/12/07. (Reference: INSURANCE (06-516)(blg) (Entered: 03/12/2007) |
| 03/14/2007 | 3509 | LEVEE, MRGO, RESPONDER (05-4181); INSURANCE (06-169, 06-516, 06-1672, 06-1673, 06-1674): TRANSCRIPT of Proceedings held on 10/27/06 before Judge Stanwood R. Duval. Court Reporter: Karen Ibos. (Reference: LEVEE, MRGO, RESPONDER (05-4181); INSURANCE (06-169, 06-516, 06-1672, 06-1673, 06-1674)(blg) (Entered: 03/22/2007) |
| 03/15/2007 | 3413 | INSURANCE (06-1672, 06-1673, 06-1674, 06-5164, 06-11385, 07-1303, 07-1304) AMENDED COMPLAINT with Jury Demand *INSURANCE MASTER CONSOLIDATED CLASS ACTION COMPLAINT* against all defendants filed by PLAINTIFFS LIAISON COUNSEL. (Attachments: # 1 Exhibit "A" To Insurance Master Class Action Petition)(Reference: 06-1672, 06-1673, 06-1674, 06-5164, 06-11385, 07-1303, 07-1304)(Bruno, Joseph) Modified on 3/16/2007 (blg, ). (Entered: 03/15/2007) |

Designated Record Documents
Fifth Circuit No. 07-30119

| 03/21/2007 | 3560 | INSURANCE (06-1672, 06-1673, 06-1674, 06-516, 06-169, 05-6323, 05-4182): ORDER of USCA as to 3522 Notice of Appeal, filed by Allstate Indemnity Company, Allstate Insurance Company, 3520 Notice of Appeal, filed by Hanover Insurance Company, Unitrin Preferred Insurance Company, Standard Fire Insurance Company, 3515 Notice of Appeal filed by Great Northern Insurance Company, 3531 Notice of Appeal, filed by Gladys Chehardy, 3524 Notice of Appeal, filed by Encompass Indemnity Company, 3534 Notice of Appeal filed by Kelly A. Humphreys, 3521 Notice of Appeal, filed by Encompass Insurance Company, 3525 Notice of Appeal,, filed by Aegis Security Insurance Company, Auto Club Family Insurance Company, Lafayette Insurance Company, American Insurance Company, Hanover Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Standard Fire Insurance Company, 3517 Notice of Appeal, filed by Louisiana Citizens Property Insurance Corporation, 3529 Notice of Appeal filed by Richard Vanderbrook, 3519 Notice of Appeal filed by Travelers Property Casualty Company of America (Reference: INSURANCE (06-1672, 06-1673, 06-1674, 06-516, 06-169, 05-6323, 05-4182)(blg) (Entered: 03/26/2007) |
|---|---|---|

 **·Kim
Folse/CA05/05/USCOURTS**
06/26/2007 11:09 AM

To   Carolyn Dineen King/CA05/05/USCOURTS@USCOURTS,
Harold DeMoss/CA05/05/USCOURTS@USCOURTS,
Priscilla Owen/CA05/05/USCOURTS@USCOURTS

cc

bcc

Subject   07-30119 In Re: Katrina Canal   (Record Designation)

Good Morning.

Attached is a copy of the designation of the record provided by counsel in accordance with our court order
of June 13, 2007.  We have asked District Court to provide the paper record by July 11, 2007.


5784419.pdf

Thank you,
Kim Folse
Case Management Clerk
504-310-7712