Effective 4/10/06      **FINANCIAL & CIVIL ALLOTMENT SHEET**      Receipt No.: 343616
Deputy Clerk: ag

JUN 28 2007

**ACCOUNT CODE:**      **REGISTRY FUND:**

6855XX Accounts      604700 Accounts
\_\_\_\_\_ - Restitution      \_\_\_\_\_ - Cash Bonds
\_\_\_\_\_ - U.S. Postal Service Forms      \_\_\_\_\_ - Land Condemnation
\_\_\_\_\_ - Petty Offense      \_\_\_\_\_ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
\_\_\_\_\_ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
\_\_\_\_\_ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
     085000 - $5.00 / 510000 - $10.00
     **FILING FEES**
\_\_\_\_\_ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
\_\_\_\_\_ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
     086900 - $20.00 / 510000 - $19.00
\_\_\_\_\_ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
\_\_\_\_\_ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
\_\_\_\_\_ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
     **COPY FEES**
\_\_\_\_\_ - Copies from public terminal (.10 per page - # of pages \_\_\_\_\_) 5114CR
\_\_\_\_\_ - Copies (.50 per page - # of pages \_\_\_\_\_) 322350
\_\_\_\_\_ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
\_\_\_\_\_ - Magnetic Tape Recordings \_\_\_\_\_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
     **MISCELLANEOUS ACCOUNTS**
\_\_\_\_\_ - Certification (# of Cert. \_\_\_\_\_) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
\_\_\_\_\_ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
\_\_\_\_\_ - Records Search (TOTAL $26.00 Each) (# of names \_\_\_\_\_) 322360 - $15.00 / 510000 - $11.00
\_\_\_\_\_ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
\_\_\_\_\_ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
     Recovery of Costs - Jury Assessment \_\_\_\_\_ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
✓ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
\_\_\_\_\_ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Stone Pigman      Mr. Maple

CASE NUMBER: 05-4182      SECTION: K

CASE TITLE: _____

PAYMENT OF: 500    CASH \_\_\_    CHECK ✓    MONEY ORDER \_\_\_
     SEAMAN \_\_\_    PAUPER \_\_\_    NON CASH \_\_\_

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
\_\_\_ 2. Class Action
\_\_\_ 3. Antitrust
\_\_\_ 4. Patent, Trademark, Copyright
\_\_\_ 5. Civil Rights Case
\_\_\_ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
\_\_\_ 7. Petitions for Stay of Execution Death Sentence
\_\_\_ 8. Social Security Case
\_\_\_ 9. All Others

Is this a THREE JUDGE COURT? \_\_\_ Yes \_\_\_ No
Is this a RELATED CASE? \_\_\_ Yes \_\_\_ No      Attorney of Record