UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL | * | CIVIL ACTION NO: 05-4182 |
| BREACHES CONSOLIDATED | * | "K" (2) |
| LITIGATION | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: 07-1788 | * | MAGISTRATE WILKINSON |
| Plaintiffs: JEANNE and | * | |
| WILLIAM DOYLE | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the forgoing;

**IT IS ORDERED** that James D. Garvey, Jr. be and is hereby enrolled as additional counsel of record for **State Farm Fire and Casualty Company** in the above-captioned matter.

New Orleans, Louisiana, this __29th__ day of _____June_____, 2007.

_____
JUDGE