UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES      *      CIVIL ACTION
     CONSOLIDATED LITIGATION      *      NO.: 05-4182 "K" (2)
                                                *      JUDGE DUVAL
                                                *      MAG. WILKERSON
                                                *
_____      *

PERTAINS TO:                         *
LEVEE:                               *
C. R. PITTMAN CONSTRUCTION      *
COMPANY, INC.                       *
      V.                              *
UNITED STATES (07-2771)             *
                        *      *      *

## O R D E R

Considering the foregoing Motion for An Additional Extension of Time to Answer or Otherwise Plead,

**IT IS HEREBY ORDERED** that defendant, United States of America, be and is **GRANTED** an extension of time of twenty (20) days from July 3, 2007, up to and including July 23, 2007, in which to file its responsive pleadings.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this   29th   day of      June     , 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**