UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION § NO. 05-4182 "K" (2)
§ JUDGE DUVAL
§ MAG. WILKINSON
§
PERTAINS TO: Robinson (06-2268) §
§

**ORDER**

Having considered the Ex Parte Motion for Leave to File an Over-length Rebuttal memorandum, and for good cause shown, it is hereby ORDERED that the Defendant's Motion is hereby GRANTED. The United States may file an eleven-page rebuttal memorandum.

New Orleans, Louisiana, this 29th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE