UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |
| FILED IN: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,<br>06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,<br>07-0621, 07-1073, 07-1271, 07-1285 | |
| PERTAINS TO: MRGO | |

_____

## ORDER

**IT IS ORDERED** that the PSLC's Motion for Leave to File Post-Hearing Memorandum be, and is hereby **GRANTED** and the Post-Hearing Memorandum be filed into the record.

New Orleans, LA, this __29th__ day of __June__, 2007

_____
JUDGE