UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES § 
CONSOLIDATED LITIGATION § CIVIL ACTION
§ NO. 05-4182 "K" 2
§ JUDGE DUVAL
§ MAG. WILKINSON
§
PERTAINS TO: §
INSURANCE (06-4688) §
§
§

## ORDER

**HAVING CONSIDERED** the Joint Motion to Dismiss:

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss is **GRANTED** and any and all claims of Plaintiff, Betty Roger, against Defendant, Auto Club Family Insurance Company, in the captioned matter are dismissed with prejudice.

New Orleans, Louisiana, this 29th day of June, 2007.

JUDGE STANWOOD R. DUVAL, JR.