UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | NO. 05-4182 |
| *severed from Austin, 06-5383* | * * * | SECTION "K" (2) |
| PERRY RITTNER AND DEBBIE RITTNER Plaintiffs | * * | CIVIL ACTION |
| VERSUS | * * | NO. 07-2681 |
| STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM GENERAL INSURANCE COMPANY Defendants | * * * * | SECTION "K" (2) |

## **O R D E R**

**IT IS ORDERED** that the claims of Perry and Debbie Rittner against State Farm, concerning their property at 18 Beresford Drive in Metairie, Louisiana, are dismissed without prejudice; each party to bear their own costs.

New Orleans, Louisiana this __29th__ day of _____June_____, 2007.

_____
**UNITED STATE DISTRICT JUDGE**

-3-