## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: K |
| | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-9246) | |
| FLOWERS BY MY SISTER & ME, LLC | |
| VERSUS | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | |

## ORDER

Considering the foregoing ex parte motion to bifurcate:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Flowers by My Sister & Me, LLC versus Zurich American Insurance Company and/or Maryland Casualty Company*, Civil Action No. 06-9246, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this ___ day of _____, 2007.

_____
**J U D G E**