UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:  INSURANCE CASES  SECTION "K"(2)

## ORDER

Before the Court are the following Motions to Enroll as Additional Counsel of Record which were filed in a number suits in which State Farm Fire & Casualty Company is a defendant:  Doc. Nos. 6016, 6018, 6019, 6021, 6022, 6023, 6024, 6025, 6026, 6035, 6037, 6038, 6039, 6041, 6042, 6043, 6044, 6082, 6083, 6084, 6085, 6086, 6087, 6088, 6089, 6090, and 6091 All of them seek to enroll James d. Garvey Jr. as counsel of record.   Accordingly,

**IT IS ORDERED** that Doc. Nos. 6016, 6018, 6019, 6021, 6022, 6023, 6024, 6025, 6026, 6035, 6037, 6038, 6039, 6041, 6042, 6043, 6044, 6082, 6083, 6084, 6085, 6086, 6087, 6088, 6089, 6090,  and 6091 are **GRANTED**.

The Court would remind all counsel, that where the same action is requested, the proper form to use is found in CMO No. 4.  A single listing of the cases to which this same motion and order pertain would have sufficed.  In the future, the Court will instruct the Clerk of Court to immediately reject such filings and require that they be filed in accordance with CMO No. 4.  In the event that a document might become unwieldy by virtue of the numerosity of cases involved,  counsel should contact the Court for guidance as to a proper method for the filing of such motions.  This order is necessitated by the time

**constraints this consolidated litigation has created on the Court and the Clerk of Court's time.**

New Orleans, Louisiana, this 29th day of June, 2007.

                                      **STANWOOD R. DUVAL, JR.**
                            **UNITED STATES DISTRICT COURT JUDGE**