UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION: K |
| | * | |
| | * | MAGISTRATE: 2 |
| PERTAINS TO: | * | |
| INSURANCE (#06-5115) | * | |
| | * | |
| | * | |
| MONTAGNET PROPERTIES #1, LLC | * | |
| MONTAGNET PROPERTIES #7, LLC, | * | |
| 2235 POYDRAS LLC, AND | * | |
| MONTAGNET PROPERTIES #5, LLC | * | |
|                 PLAINTIFF | * | |
| | * | |
| VERSUS | * | |
| | * | |
| ZURICH AMERICAN INSURANCE | * | |
| COMPANY, THE NORTHERN INSURANCE | * | |
| COMPANY OF NEW YORK, AND | * | |
| MARYLAND CASUALTY COMPANY | * | |
| | * | |
| * * * * * * * * | * | |

**EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIMS
OF MONTAGNET PROPERTIES #1, LLC, MONTAGNET PROPERTIES #7, LLC, 2235
POYDRAS, LLC, AND MONTAGNET PROPERTIES #5, LLC**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and Northern

Insurance Company of New York) (hereinafter referred to as "MCC"), and, in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for an order bifurcating the proceeding captioned *Montagnet Properties #1, LLC, Montagnet Properties #7, LLC, 2235 Poydras, LLC, and Montagnet Properties #5, LLC versus Zurich American Insurance Company, The Northern Insurance Company of New York, and Maryland Casualty Company* from the consolidated litigation for purposes of discovery relating to insurance issues, including, but not limited to, individualized adjusting issues; bad faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and whether there is total loss. Accordingly, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and Northern Insurance Company of New York) requests that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

**WHEREFORE,** Defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and Northern Insurance Company of New York), prays that the proceeding captioned *Montagnet Properties #1, LLC, Montagnet Properties #7, LLC, 2235 Poydras, LLC, and Montagnet Properties #5, LLC versus Zurich American Insurance Company, The Northern Insurance Company of New York, and Maryland Casualty Company*, Civil Action No. 06-5115, be bifurcated from the consolidated litigation and referred to Magistrate Judge

Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

                          Respectfully submitted,

                          */s/ Richard E. King*

                          **RICHARD E. KING (#25128)**
                          **DAVID M. MORAGAS (#29633)**
                          **GALLOWAY, JOHNSON, TOMPKINS,**
                               **BURR & SMITH**
                          701 Poydras Street, Suite 4040
                          New Orleans, Louisiana  70139
                          Telephone: (504) 525-6802
                          Facsimile:  (504) 525-2456

                          *Counsel for Defendant,*
                          *Maryland Casualty Company*
                          *(erroneously sued as Zurich American Insurance*
                          *Company and Northern Insurance Company of*
                          *New York)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of July, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                          */s/ Richard E. King*

                          **RICHARD E. KING**