UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.:  05-4182 |
| | * | SECTION:  K |
| | * * | MAGISTRATE:  2 |
| PERTAINS TO: INSURANCE (#06-5115) | * * * * | |
| MONTAGNET PROPERTIES #1, LLC MONTAGNET PROPERTIES #7, LLC, 2235 POYDRAS LLC, AND MONTAGNET PROPERTIES #5, LLC                              PLAINTIFF | * * * * * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE COMPANY, THE NORTHERN INSURANCE COMPANY OF NEW YORK, AND MARYLAND CASUALTY COMPANY | * * * * * | |
| *      *      *      *      *      *      *      * | | |

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Montagnet Properties #1, LLC, Montagnet Properties #7, LLC, 2235 Poydras, LLC, and Montagnet Properties #5, LLC:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Montagnet Properties #1, LLC, Montagnet Properties #7, LLC, 2235 Poydras, LLC, and Montagnet Properties #5, LLC versus Zurich American Insurance Company, The Northern Insurance Company of New York, and Maryland Casualty Company*, Civil Action No. 06-5115, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this ___ day of _____, 2007.

_____
**J U D G E**