## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: K |
| | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-8637) | |
| BSD CONSTRUCTION, INC. | |
| VERSUS | |
| STONE INSURANCE, INC. AND ZURICH AMERICAN INSURANCE COMPANY | |

\* \* \* \* \* \* \* \*

### EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIM OF BSD CONSTRUCTION, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, Assurance Company of America (erroneously sued as Zurich American Insurance Company) (hereinafter referred to as "ACA"), and, in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for an

order bifurcating the proceeding captioned *BSD Construction, Inc. versus Stone Insurance, Inc. and Zurich American Insurance Company*, Civil Action No. 06-8637, from the consolidated litigation for purposes of discovery relating to insurance issues, including, but not limited to, individualized adjusting issues; bad faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and whether there is total loss.  Accordingly, Assurance Company of America (erroneously sued as Zurich American Insurance Company) requests that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

**WHEREFORE,** Defendant, Assurance Company of America (erroneously sued as Zurich American Insurance Company), prays that the proceeding captioned *BSD Construction, Inc. versus Stone Insurance, Inc. and Zurich American Insurance Company*, Civil Action No. 06-8637, be bifurcated from the consolidated litigation and referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS,**
  **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Assurance Company of America*
*(erroneously sued as Zurich American*
*Insurance Company)*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of July, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECG system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**