UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| | * | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-8637) | * * * * | |
| BSD CONSTRUCTION, INC. | * * | |
| VERSUS | * * | |
| STONE INSURANCE, INC. AND ZURICH AMERICAN INSURANCE COMPANY | * * * * | |
| * * * * * * * * | | |

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claim of BSD Construction, Inc.:

**IT IS HEREBY ORDERED** that the referenced proceeding, *BSD Construction, Inc. versus Stone Insurance, Inc. and Zurich American Insurance Company*, Civil Action No. 06-

8637, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

    **NEW ORLEANS**, Louisiana, this ___ day of _____, 2007.

                                                    _____
                                                              **J  U  D  G  E**