UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: O'Dwyer 06-6099 RESPONDER | SECTION "K" (2) |

### UNITED STATES' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' PROTECTIVE REFILED COMPLAINT

NOW INTO COURT, comes Defendant, United States of America, through undersigned counsel, which moves the Court for entry of an order granting it a second 45-day extension of time, or until August 23, 2007, within which to file responsive pleadings to Plaintiffs' *Protective Refiled Complaint for Compensatory and Exemplary Damages, and For Reasonable Attorney's Fees and Taxable Costs, In a Class Action Lawsuit.*   In support of this motion, the United States shows:

1.

Since the granting of the United States' first motion for extension by this Court on May 29, 2007,  undersigned counsel for the United States has continued his work on gathering information from FEMA and DHS to enable him to properly respond to the Plaintiffs' lawsuit. The agencies are working with undersigned counsel to provide information that would indicate whether the numerous Plaintiffs identified in the Complaint exhausted their administrative remedies before filing this lawsuit.  This effort has been somewhat tedious given the number of Plaintiffs in this action, but progress has been and is being made.   Whether the statutorily

required exhaustion of administrative remedies did or did not occur with respect to Plaintiffs is an important matter relative to the Court's power to exercise of subject matter jurisdiction over Plaintiffs' claims.

2.

Plaintiffs' counsel, Ashton O'Dwyer, Jr., has been contacted by United States' counsel regarding this second extension request.  Mr. O'Dwyer has provided notice to undersigned counsel that he has no objection to the Court's granting of this motion for a second 45-day extension to the United States to file its responsive pleadings in this action.

WHEREFORE, Defendant, United States of America, moves this Court for entry of an order granting it an additional 45 days, or until August 23, 2007, within which to file responsive pleadings in this action.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

/s/ James L. Nelson
James L. Nelson, LBN 9934
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jim.nelson@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by electronic mail, this 2nd day of July, 2007.

                                 /s/ James L. Nelson
                                 James L. Nelson
                                 Assistant United States Attorney