UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br>HON. STANWOOD K. DUVAL, JR. |
| PERTAINS TO: INSURANCE<br>*Schully*, No. 06-8504 | *<br>*<br>* | MAG. "M2"<br>HON. JOSEPH C. WILKINSON, JR. |
| *   *   *   *   *   *   * | | |

**ANSWER TO FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT**,** through undersigned counsel, comes defendant, Lexington Insurance Company ("Defendant"), and files its Answer to the First Supplemental and Amending Complaint filed by plaintiff Octave Foerster Schully, III ("Plaintiff"), and respectfully avers as follows:

**FIRST DEFENSE**

Defendant repeats, reiterates and reavers each and every allegation, denial and affirmative defense set forth in Defendant's Answer to Plaintiff's Original Complaint as if copied herein *in extenso*.

**SECOND DEFENSE**

Answering the separately numbered allegations of the Complaint, as supplemented and amended, defendant Lexington Insurance Company avers as follows:

1.

The allegations contained in Paragraph 1 of the First Supplemental and Amended Complaint are denied.

2.

The allegations contained in Paragraph 2 of the First Supplemental and Amended Complaint require no answer from this defendant. However, to the extent an answer may be required, the allegations contained in Paragraph 2 of the First Supplemental and Amended Complaint are denied.

WHEREFORE, defendant Lexington Insurance Company prays that its Answer be deemed good and suffcient, and that after due proceedings are had, that there be judgment herein in its favor and against plaintiff Octave Foerster Schully, III, dismissing Plaintiff's action at his cost, and for all such other general and equitable relief as the nature of the case may permit.

Respectfully Submitted,

/s/ Leo R. McAloon, III
Leo R. McAloon, III (#19044) (T.A.)
Daniel G. Rauh (#27280)
Robert I. Siegel (#12063)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011

*Counsel for Lexington Insurance Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of July, 2007, I electronically filed a Motion to Transfer and Consolidate with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

              */s/ Leo R. McAloon, III*