UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * * | JUDGE DUVALL |
| PERTAINS TO: | * * | MAG. WILKINSON |
| LEVEE:   06-6642 (PONTCHARTRAIN) | * * | |

* * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, comes defendant, The Orleans Levee District ("OLD"), who respectfully requests that the hearing on Plaintiffs' Motion to File Their Second Amended Complaint, currently scheduled for July 11, 2007, be continued to the next hearing date of July 19, 2007. Undersigned counsel has contacted complainants' counsel and all defense counsel, who have no opposition to this Motion to Continue.

Thus, for all of the above and foregoing reasons, it is respectfully requested that the hearing on Plaintiffs' Motion to File Their Second Amended Complaint be continued to July 19, 2007.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
DARCY E. DECKER (30469)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Enroll was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants, this 2ND day of July, 2007.

_____
THOMAS P. ANZELMO, T.A. (#2533)
tanzelmo@mcsalaw.com