UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| _____ | * * | JUDGE DUVALL |
| PERTAINS TO: | * * | MAG. WILKINSON |
| LEVEE:   06-6642 (PONTCHARTRAIN) | * * | |

* * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing:

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion to File Their Second Amended Complaint, currently scheduled for July 11, 2007 at 11:00 a.m. be and the same is hereby reset for July 19, 2007.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE