## DECLARATION OF JAMES F. MCCONNON, JR.

I, James F. McConnon, Jr., declare as follows:

1. I am employed as a Trial Attorney by the U.S. Department of Justice in the Civil Division's Torts Branch.

2. Two hard drives containing the files in the United States Army Corps of Engineers' IPET Data Repository were sent to Joe Bruno, Plaintiffs' Liaison counsel, on June 15, 2007.

3. On or about June 26, 2007, Frank Dudenhefer, Plaintiffs' counsel, telephonically expressed to me that his staff was having difficulties accessing information on the hard drives. I offered to have the technical staff from the United States' contractor contact Plaintiffs' technical staff to assist in resolving the difficulties.

4. At 10:41 AM on June 27, 2007, Mr. Dudenhefer e-mailed me a query he received from Rob Warren, his technical advisor, about DAT files on one of the disk drives containing electronically stored information from the IPET Data Repository. See Exhibit 1. I forwarded that message at 10:56 AM to CACI personnel for assistance in answering the query. See Exhibit 1.

5. At 2:08 PM on June 27, 2007, Mr. Dudenhefer forwarded me an e-mail addressing a number of additional technical issues with the hard drives that he needed resolved. See Exhibit 2. At 3:33 PM I encouraged Mr. Dudenhefer to have his technical staff talk to Joe Green, CACI employee, about resolving the issues raised in his e-mail. See Exhibit 2.

6. Sometime after 3:33 PM on June 27, 2007, Joe Green discussed and resolved with Rob Warren the technical issues raised in Mr. Dudenhefer's June 27, 2007, e-mails regarding the electronic information that had been produced by the United States on June 15. See Exhibit 3.

7. At 9:55 AM on June 28, 2007 and at 1:07 PM on June 29, 2007, I asked Mr.

Dudenhefer if he had any other issues that needed to be resolved with the hard drives. See

Exhibit 3. At 3:51 PM on June 29, 2007, Mr. Dudenhefer e-mailed me stating that "[t]he

Government Technical Consultants have provided their conterparts [sic] on the Plaintiffs [sic]

side with assistance over the course of the past several days. We thank you for seeing that this

line of communication was opened. With this help we expect to have a repository up, running,

and the hard drive searchable by Monday and if so, we can more intelligently respond Monday."

See Exhibit 4.

8. On July 2, 2007, in response to my e-mail query (Exhibit 4) to Mr. Dudenhefer about

whether he had any additional issues that needed to be resolved with the hard drives, he stated

telephonically that the plaintiffs were having difficulty searching the 24,000 files in native format

on the hard drives because they were unable to identify the index to the files. He also wanted to

know if I would search the hard drive files for the plaintiffs regarding "elevations for MRGO." I

informed him that the United States had no greater ability to search the files than he did. I also

encouraged him to discuss his technical issues with the United States' technical staff as Rob

Warren had previously done.

9. At or about 1:48 PM on July 2, 2007, Joe Green discussed Mr. Dudenhefer's above

described issues with Carl Gethers, Plaintiffs' technical contractor, who expressed that there

were no additional actions for the United States to take. See Exhibit 5.

10. At 3:45 PM on July 2, 2007, Mr. Dudenhefer called me stating that his technical

advisor talked to CACI personnel and they were not able to resolve the issues addressed in

paragraph 8 above.

11. Thereafter, I consulted with Joe Green who informed me that the only way to

2

productively search the native files was to open them one at a time with the application that produced them or with some compatible viewer.  He also stated that an index would be needed to identify the software application that belonged to the file extensions so the native files could be opened.  At 4:30 PM on July 2, 2007, I notified Mr. Dudenhefer of my conversation with Joe Green and produced to him at 4:50 PM an index for some of the extensions and identified their associated software applications to be used to open the native files.  I also informed Mr. Dudenhefer that I would provide the remainder of the file extensions with associated software packages in the very near future.  See Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2007.

JAMES F. MCCONNON, JR.

3