# EXHIBIT 1

McConnon, Jim (CIV)

**From:** McConnon, Jim (CIV)
**Sent:** Wednesday, June 27, 2007 10:56 AM
**To:** FCDlaw@aol.com
**Cc:** Levine, Paul (CIV); Soja, Sarah (CIV); Corlies, Catherine (CIV); Hinds, Antoinette (CIV)
**Subject:** RE: Gov't disks

Frank,

I sent your query to our tech folks. I will let you know what they tell me. Jim

Jim McConnon
(202) 353-2604

---

**From:** FCDlaw@aol.com [mailto:FCDlaw@aol.com]
**Sent:** Wednesday, June 27, 2007 10:41 AM
**To:** McConnon, Jim (CIV)
**Subject:** Fwd: Gov't disks

Jim,

Can you help?

Thanks,

*Frank C. Dudenhefer, Jr.*

Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
e-mail: FCDLaw@aol.com

THIS IS A CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THOSE TO WHOM IT IS ADDRESSED. IF RECEIVED BY YOU IN ERROR OR FORWARDED TO YOU WITHOUT THE EXPRESS PERMISSION OF THE ORIGINAL AUTHOR, YOU SHOULD IMMEDIATEY DELETE IT. READING OF THE MESSAGE IS STRICTLY PROHIBITED. THANK YOU.

---

See what's free at AOL.com.

McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | Rob Warren [rob@jbrunolaw.com] |
| **Sent:** | Wednesday, June 27, 2007 10:34 AM |
| **To:** | Frank Dudenhefer |
| **Subject:** | Gov't disks |

Frank -

Is it possible to find out from the government what program created the DAT files that are located on disk 2 "Data" directory.

Thanks,
Rob


### J. Robert Warren, II, Esq.
### In re Katrina Canal Breaches Consolidated Litigation
504.561-6771 - Direct
504.561.6775 - Facsimile
504.723.1011 - Mobile
rob@jbrunolaw.com
rob@jrobertwarren.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

7/2/2007