# EXHIBIT 3

McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Friday, June 29, 2007 1:07 PM |
| **To:** | 'FCDlaw@aol.com' |
| **Cc:** | 'Rob@jbrunolaw.com'; 'pgregory@cpmlegal.com'; 'Paul Levine (E-mail)'; 'sara.soja@usdoj.gov'; Corlies, Catherine (CIV); Hinds, Antoinette (CIV); Smith, Robin (CIV); 'Philip Gregory' |
| **Subject:** | RE: IPET Data Repository |

Frank,

Are you able to provide me with a response to my below queries?  Jim

Jim McConnon
(202) 353-2604

---

**From:** McConnon, Jim (CIV)
**Sent:** Thursday, June 28, 2007 9:55 AM
**To:** 'FCDlaw@aol.com'
**Cc:** 'Rob@jbrunolaw.com'; 'pgregory@cpmlegal.com'; 'Paul Levine (E-mail)'; 'sara.soja@usdoj.gov'; Corlies, Catherine (CIV); Hinds, Antoinette (CIV); Smith, Robin (CIV); Philip Gregory
**Subject:** RE: IPET Data Repository

Frank,

It is my understanding that our tech folks discussed the issues raised in your below message with your tech folks and were able to resolve those issues.  Do you have any other issues that need to be resolved with the hard drives?  If not, does Joe Bruno still plan on raising the IPET Data Repository hard drive issue with the Court?  Jim

Jim McConnon
(202) 353-2604

---

**From:** McConnon, Jim (CIV)
**Sent:** Wednesday, June 27, 2007 3:33 PM
**To:** FCDlaw@aol.com
**Cc:** Rob@jbrunolaw.com; pgregory@cpmlegal.com; Paul Levine (E-mail); sara.soja@usdoj.gov; Corlies, Catherine (CIV); Hinds, Antoinette (CIV); Smith, Robin (CIV); jgreen@caci.com
**Subject:** IPET Data Repository

Frank,

Please have your tech person/vendor talk to Joe Green, CACI employee, about the issues you address below.  His phone number is (703) 901-0049.  As we discussed yesterday, the IPET Data Repository is located on a secure military database.  Jim

Jim McConnon
(202) 353-2604

---

**From:** FCDlaw@aol.com [mailto:FCDlaw@aol.com]
**Sent:** Wednesday, June 27, 2007 2:08 PM
**To:** McConnon, Jim (CIV)
**Cc:** Rob@jbrunolaw.com; pgregory@cpmlegal.com
**Subject:** (no subject)

Jim,

7/2/2007

This is what I understand to be the issues:

The drives contain 3 different types of the same data as 1) OCR'd Text, 2) Images (of differing types), and 3) Native files (original files saved by whatever program they were using, such as Excel worksheets, Word documents, etc.)

The OCR'd text seems to be organized in documents. Each file is a full document. There are about 11,500 OCR files/documents. Some are as large as 10,000 pages.

The Images are broken out in subdirectories that correspond to the Bates numbering scheme used. The documents are broken over several directories.

The Native files are stored based on the same Bates numbering scheme.

ISSUES:

In order to load any of this data into a litigation software, such as Concordance or Summation, there files need be ordered and named in certain formats. The current directory structures and naming conventions are not proper for loading into these programs.

"Load Files" must also be created to instruct the software packaged how to access the data and build their internal databases. There are some files that may assist in this called *.dat files. However, these files are not in a consistent format, so much manual time must be spent cleaning them up in order to create the proper formatting for a load file. .

There are also LFP files which contain document break information.

The main issue at this point seem to be the amount of time it will take to get the data into a proper format to be loaded into any program. Would a call later today with your tech personnel be helpful to address these issues?

We also learned that there does exist a web interface for this data, if I understand it correctly. This is how the IPET team access the backup data internally. If this is not a secured site, can we have access?

Thank you,

*Frank C. Dudenhefer, Jr.*

Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
e-mail: FCDLaw@aol.com

THIS IS A CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THOSE TO WHOM IT IS ADDRESSED. IF RECEIVED BY YOU IN ERROR OR FORWARDED TO YOU WITHOUT THE EXPRESS PERMISSION OF THE ORIGINAL AUTHOR, YOU SHOULD IMMEDIATEY DELETE IT. READING OF THE MESSAGE IS STRICTLY PROHIBITED. THANK YOU.

---

See what's free at AOL.com.

7/2/2007