# EXHIBIT 4

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Monday, July 02, 2007 10:02 AM |
| **To:** | 'FCDlaw@aol.com' |
| **Cc:** | Rob@jbrunolaw.com; pgregory@cpmlegal.com; plevine@USDOJ.GOV; sara.soja@usdoj.gov; Corlies, Catherine (CIV); Hinds, Antoinette (CIV); Smith, Robin (CIV); jbruno@jbrunolaw.com |
| **Subject:** | RE: IPET Data Repository |

Frank,

   Do you have any other issues that need to be resolved with the hard drives? If not, does Joe Bruno still plan on raising the IPET Data Repository hard drive issue with the Court? Jim

Jim McConnon
(202) 353-2604

---

**From:** FCDlaw@aol.com [mailto:FCDlaw@aol.com]
**Sent:** Friday, June 29, 2007 3:51 PM
**To:** McConnon, Jim (CIV)
**Cc:** Rob@jbrunolaw.com; pgregory@cpmlegal.com; plevine@USDOJ.GOV; sara.soja@usdoj.gov; Corlies, Catherine (CIV); Hinds, Antoinette (CIV); Smith, Robin (CIV); jbruno@jbrunolaw.com
**Subject:** Re: IPET Data Repository

Jim,

Here is where I understand us to be:

The Government Technical Consultants have provided their conterparts on the Plaintiffs side with assistance over the course of the past several days. We thank you for seeing that this line of communication was opened. With this help
we expect to have a repository up, running, and the hard drive searchable by Monday .and if so, we can more intelligently respond Monday. We are concerned that even your people cannot fully identify a number of critical software programs which we need for access.

I propose that we extend the June 2 briefing deadline to Tuesday cob. I tried to reach you to discuss this suggestion.

Our expectations are that we will have continuing access to the Tech Group to assist us, including help locatiing subsets of data where not readily apparant. .
Our internal deadline to have full data access and upon which our reporting depended has expired. We are concerned with our ability to furnish several of our reports timely.

Please return my call when you have the opportunity later today.

Will the Repository remain open next week?

Regards,

*Frank*

Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm

7/2/2007

A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
e-mail: FCDLaw@aol.com

THIS IS A CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THOSE TO WHOM IT IS ADDRESSED. IF RECEIVED BY YOU IN ERROR OR FORWARDED TO YOU WITHOUT THE EXPRESS PERMISSION OF THE ORIGINAL AUTHOR, YOU SHOULD IMMEDIATEY DELETE IT. READING OF THE MESSAGE IS STRICTLY PROHIBITED. THANK YOU.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
See what's free at http://www.aol.com.

7/2/2007