# EXHIBIT 5

**McConnon, Jim (CIV)**

| | |
|---|---|
| **From:** | Green, Joe (CIV) |
| **Sent:** | Monday, July 02, 2007 1:48 PM |
| **To:** | Walmsley, Tammy (CIV); Corlies, Catherine (CIV); McConnon, Jim (CIV); Stanko, James (CIV); Callahan, Maureen (CIV); Corlies, Catherine (CIV); 'Paul Levine (E-mail)' |
| **Cc:** | Henry, Camille (CIV); McAuliffe, John (CIV) |
| **Subject:** | Conversation with Plaintiff Robert Warren followed by conversation with Carl Gethers |

Tammy,

Robert Warren called this morning per conversation with DOJ counsel. He said they had some questions that we may be able to help with and gave me Carl's phone number. I told him I would arrange for conference call so that we could get multiple people on if necessary and he said he would not be available but that I should call Carl and set it up.

Carl said his attorneys wanted to search the EDN (native) database using the same process and terms they used to search the EDP (processed) database. He said he remembered that we talked about the difference between the two in that the EDN database had no searchable text but just wanted to verify with us. I verified that the files in the EDN database were not electronically processed so we did not have any additional text or related searchable information to send. He said he understood and agreed there were no additional actions for us to take. So no follow-on conference call is necessary.

He said he would suggest to Robert Warren that they contact the file custodian(s) to assist with accessing files that they did not have the application to open.

Please let me know if you have any questions.

Thanks,

Joe

7/2/2007