# EXHIBIT 6

## McConnon, Jim (CIV)

| | |
|---|---|
| **From:** | McConnon, Jim (CIV) |
| **Sent:** | Monday, July 02, 2007 4:50 PM |
| **To:** | FCDlaw@aol.com |
| **Cc:** | pgregory@cpmlegal.com; Smith, Robin (CIV); Levine, Paul (CIV); Soja, Sarah (CIV); Corlies, Catherine (CIV); Hinds, Antoinette (CIV); Bowman, Tara (CIV) |
| **Subject:** | Rule 30(b)6 Motion |
| **Attachments:** | IPET production tracking- native issues.doc |



IPET production tracking- nati...

Frank,

   Robin Smith stated that the United States will be responding to the 30(b)6 motion today. Thank you for offering a three day extension to respond to the motion. As discussed, the first iteration of the file extensions with related software packages is enclosed. I hope this will assist you with your search of the native files. The remainder of the software packages related to the file extensions will be provided in the very near future. Jim

Jim McConnon
(202) 353-2604

1

| Extension | Software Package Used |
|---|---|
| 1 | |
| 5 | |
| 830 | |
| APR | |
| ADF | An Arc Definitions File (ArcInfo coverage component) - ArcMap |
| AI | |
| AIH | The attribute indexing component of an ESRI shape file - ArcMap |
| AIN | The attribute indexing component of an ESRI shape file - ArcMap |
| ALG | |
| ASC | ASCII data – any text editor, i.e., NotePad |
| ATF | |
| ATX | The attribute index for the .dbf file of an ESRI shape file - ArcMap |
| AUX | Coordinate file associated with MRSid image files – required to open a .sid file in ArcMap |
| AVE | |
| AVI | Audio/video interleave file – Windows Media Player |
| AVL | ArcView legend file – ArcView |
| AVP | ArcView pallet file - ArcView |
| AVX | ArcView extension file – ArcView |
| bat | |
| BIL | |
| BLW | |
| BMP | Image file – Windows Picture Viewer, others |
| BUP | Backup file associated with .vop file |
| CFG | Notepad |
| CL | Notepad |
| CLS | |
| CNT | |
| CONTROL | Notepad |
| CSV | |
| DAT | Ask Jim Garster |
| DB | Ask Jim Garster |
| DBF | A component of an ESRI Shape file – can be viewed in ArcMap, Excel or dBase |
| DC | |
| DCP | |
| DCT | |
| DDF | |
| DEM | Digital Elevation Model – free viewers available on Internet |
| DGN | Design file - MicroStation |
| DIR | |
| DMP | Assuming this is an Oracle dump file, use Oracle imp utility |
| DOC | Microsoft Word |
| DSC | Notepad |
| DSS | HEC DSS Viewer |
| DTM | Digital terrain model - InRoads |

| | |
|---|---|
| DXF | Drawing interchange file - AutoCAD |
| EM | |
| FDB | |
| FRM | |
| FRX | |
| G03 | Notepad |
| G04 | Notepad |
| G07 | Notepad |
| G08 | Notepad |
| GAG | |
| GAGE | Notepad |
| GID | |
| GIF | Graphics interchange file – Web browser |
| GRID | ESRI raster data format - ArcMap |
| H | |
| HDR | |
| HLP | |
| HMS | Hydrologic Modeling System – HEC-HMS - NotePad |
| HTM | Hypertext markup – Web Browser |
| IMG | Erdas Imagine file format - ArcMap |
| INI | Any text viewer - NotePad |
| ISU | |
| IXS | |
| JGW | |
| JOB | |
| JPEG | Image file – Windows Picture Viewer, others |
| JPG | Image file – Windows Picture Viewer, others |
| KEY | |
| KLB | |
| LIB | |
| LNK | |
| LOG | Any text viewer - NotePad |
| LYR | ArcGIS layer file - ArcMap |
| MAP | |
| MAT | |
| MDB | Microsoft Access |
| MET | Any text viewer - NotePad |
| MNO | |
| MOV | |
| MP3 | Windows Media Player |
| MPG | Windows Media Player |
| MSO | |
| MXD | ArcMap |
| MXS | |
| MXT | |
| NFW | |
| NIT | |
| NLS | |

| | |
|---|---|
| NTF | |
| ODB | |
| PDB | |
| PDF | Adobe Acrobat |
| PG | |
| PPS | PowerPoint or PowerPoint Viewer |
| PRJ | The projection component of an ESRI Shape file – viewable in any text editor |
| PRO | |
| PS | GSView |
| PZF | |
| PZM | |
| README | Any text viewer - NotePad |
| RPT | |
| RRD | |
| RSC | |
| RTF | |
| RUN | NotePad |
| SBN | The feature indexing component of an ESRI Shape file - ArcMap |
| SBX | The feature indexing component of an ESRI Shape file - ArcMap |
| SCC | |
| SDW | Spatial Data 'World' file – required to open a .sid file in many applications |
| SET | |
| SHP | The main component of an ESRI Shape file - ArcMap |
| SHS | ArcMap |
| SHX | The index component of an ESRI Shape file – required to open a .shp file in ArcMap |
| SID | Compressed image file in MrSID format – ArcMap or free viewer ExpressView |
| SNB | |
| SNP | |
| SRC | |
| SST | |
| STN | |
| STX | |
| SWP | HYPACK |
| TAB | |
| TAG | |
| TBL | |
| TFW | |
| TIF | ArcMap, other image viewers |
| TLB | |
| TMP | |
| TS | |
| TXT | Any text viewer, Notepad |
| VBP | |
| VOB | Windows Media Player |
| WMV | Windows Media Player |
| WPT | |
| XLB | |
| XLS | Microsoft Excel |

| XXX | Any text viewer, Notepad |
|-----|--------------------------|
| XYZ | Any text viewer, Notepad |