UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

The MRGO defendants move for leave to exceed by 14 pages the 25-page limit in Local Rule 7.8.1.E in their Memorandum In Support Of Motion to Compel Answers to MRGO Defendants' First Set of Joint Class-Certification Interrogatories, To Compel Production of Documents, and to Declare Requests for Admissions Admitted and Objections Waived ("Memorandum"). The MRGO defendants request this extension because of the number of

882045v.1

discovery requests at issue in their Memorandum, the number of defendants in this action, and the importance of the requested discovery to class certification issues and analysis. Despite diligent efforts to be concise, the number of pages requested are necessary to fully and appropriately address the issues. Therefore, the MRGO defendants respectfully request that the Court allow them to file a Memorandum in excess of the Local Rule's 25-page limit.

| | |
|---|---|
| Dated: July 2, 2007 | Respectfully submitted, |
| */s/ Gary M. Zwain* | */s/Ralph S. Hubbard III* |
| Lawrence J. Duplass, 5199 | Ralph S. Hubbard III, 7040 |
| Gary M. Zwain, 13809 | Joseph P. Guichet, 24441 |
| Andrew D. Weinstock, 18495 | Rachel Meese, 25457 |
| Of | Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana 70130 |
| Telephone: (504) 832-3700 | Telephone: (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile: (504) 310-9195 |
| | |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |

882045v.1

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
 Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492
And
James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the
Orleans Levee District

/s/Heather S. Lonian
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

882045v.1

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorneys for United States

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion for Leave to Exceed Page Limits has been served upon all counsel of record by electronic notice via the Court's CM/ECF System, this 2nd day of July, 2007.

*/s/Heather S. Lonian*
Heather S. Lonian

- 4 -

882045v.1