## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |

FILED IN    05-4181, 05-4182, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359,
            06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024,
            06-4065, 06-4066, 06-4389, 06-4634,
            06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5162, 06-5260, 06-5771,
            06-5786, 06-5937, 07-0206, 07-0621,
            07-1073, 07-1271, 07-1285

## ORDER

Considering the foregoing Motion to Exceed the Page Limits filed by the MRGO Defendants;

It is **ORDERED** that the motion is hereby **GRANTED** and that the accompanying Memorandum in Support of Motion to Compel Answers to MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admission Admitted and Objections Waived be and hereby is filed into the Record.

882333v.1

NEW ORLEANS, LOUISIANA, this \_\_\_ day of July, 2007.

                                                                                          _____
UNITED STATES MAGISTRATE JUDGE

882333v.1