UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO<br><br>FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

**MOTION TO COMPEL ANSWERS TO
MRGO DEFENDANTS' FIRST SET OF JOINT CLASS-CERTIFICATION
INTERROGATORIES, TO COMPEL PRODUCTION OF
DOCUMENTS, AND TO DECLARE REQUESTS
<u>FOR ADMISSIONS ADMITTED AND OBJECTIONS WAIVED</u>**

The MRGO defendants move the Honorable Court to compel plaintiffs to provide

proper responses to the MRGO defendants' First Set of Joint Class-Certification Interrogatories

and Requests for Production. The MRGO defendants further move that the MRGO defendants'

882043v.1

First Set of Joint Class-Certification Requests for Admissions be deemed admitted, and that plaintiffs' objections to the MRGO defendants' class-certification discovery are waived.

Simultaneously, the MRGO defendants are filing their memorandum in support, a request for oral argument, a motion for expedited hearing of this motion, and a motion for leave to exceed the 25 page limit under Local Rule 7.8.1E.

Dated: July 2, 2007                                              Respectfully submitted,

| | |
|---|---|
| */s/ Gary M. Zwain* | */s/Ralph S. Hubbard III* |
| Lawrence J. Duplass, 5199 | Ralph S. Hubbard III, 7040 |
| Gary M. Zwain, 13809 | Joseph P. Guichet, 24441 |
| Andrew D. Weinstock, 18495 | Rachel Meese, 25457 |
|    Of |    Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana 70130 |
| Telephone: (504) 832-3700 | Telephone: (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile: (504) 310-9195 |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |
| | |
| */s/Thomas P. Anzelmo* | */s/Heather S. Lonian* |
| Thomas P. Anzelmo, 2533 | William D. Treeby, 12901 |
| Mark E. Hanna, 19336 | Carmelite M. Bertaut, 3054 |
| Kyle P. Kirsch, 26363 | Heather S. Lonian, 29956 |
| Andre J. Lagarde, 28649 |    Of |
|    Of | Stone Pigman Walther Wittmann L.L.C. |
| McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel | 546 Carondelet Street |
| 3445 N. Causeway Boulevard, Suite 800 | New Orleans, Louisiana 70130 |
| Metairie, Louisiana 70002 | Telephone: (504) 581-3200 |
| Telephone: (504) 831-0946 | Facsimile: (504) 581-3361 |
| Facsimile: (504) 831-2492 | |
| | Attorneys for Washington Group International, Inc. |

882043v.1

| | |
|---|---|
| And | Of counsel |
| | |
| James L. Pate, 10333 | Adrian Wager-Zito |
| Ben L. Mayeux, 19042 | Julie McEvoy |
|     Of | Jones Day |
| Laborde & Neuner | 51 Louisiana Avenue, N.W. |
| One Petroleum Center, Suite 200 | Washington, D.C. 20001-2113 |
| 1001 West Pinhook Road, Suite 200 | Telephone:  (202) 879-4645 |
| Post Office Drawer 52828 | Facsimile:  (202) 626-1700 |
| Lafayette, Louisiana  70505-2828 | |
| Telephone:  (337) 237-7000 | Jerome R. Doak |
| | Jones Day |
| Attorneys for the | 2727 N. Harwood Street |
| Board of Commissioners for the | Dallas, Texas  75201 |
| Orleans Levee District | Telephone:  (214) 220-3939 |
| | Facsimile:  (214) 969-5100 |

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorneys for United States

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing MRGO Defendants' Motion To Compel has been served upon all counsel of record by electronic notice via the Court's CM/ECF System, this 2nd day of July, 2007.

                                                                        */s/Heather S. Lonian*
                                                                         Heather S. Lonian

882043v.1