UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## **L.R. 37 CERTIFICATE**

The MRGO defendants, through undersigned counsel, hereby certify that they met and conferred with plaintiffs on June 18, 2007 in an attempt to resolve the issues surrounding plaintiffs' responses to class-certification discovery and were unable to resolve their discovery disputes.

882177v.1

Dated: July 2, 2007                            Respectfully submitted,

| | |
|---|---|
| /s/ Gary M. Zwain | /s/Ralph S. Hubbard III |
| Lawrence J. Duplass, 5199 | Ralph S. Hubbard III, 7040 |
| Gary M. Zwain, 13809 | Joseph P. Guichet, 24441 |
| Andrew D. Weinstock, 18495 | Rachel Meese, 25457 |
|    Of |    Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana 70130 |
| Telephone: (504) 832-3700 | Telephone: (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile: (504) 310-9195 |
| | |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |
| | |
| /s/Thomas P. Anzelmo | /s/Heather S. Lonian |
| Thomas P. Anzelmo, 2533 | William D. Treeby, 12901 |
| Mark E. Hanna, 19336 | Carmelite M. Bertaut, 3054 |
| Kyle P. Kirsch, 26363 | Heather S. Lonian, 29956 |
| Andre J. Lagarde, 28649 |    Of |
|    Of | Stone Pigman Walther Wittmann L.L.C. |
| McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel | 546 Carondelet Street |
| 3445 N. Causeway Boulevard, Suite 800 | New Orleans, Louisiana 70130 |
| Metairie, Louisiana 70002 | Telephone: (504) 581-3200 |
| Telephone: (504) 831-0946 | Facsimile: (504) 581-3361 |
| Facsimile: (504) 831-2492 | |
| | Attorneys for Washington Group International, Inc. |

882177v.1

| | |
|---|---|
| And | Of counsel |
| James L. Pate, 10333<br>Ben L. Mayeux, 19042<br>    Of<br>Laborde & Neuner<br>One Petroleum Center, Suite 200<br>1001 West Pinhook Road, Suite 200<br>Post Office Drawer 52828<br>Lafayette, Louisiana  70505-2828<br>Telephone:  (337) 237-7000<br><br>Attorneys for the<br>Orleans Levee District | Adrian Wager-Zito<br>Julie McEvoy<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Telephone:  (202) 879-4645<br>Facsimile:  (202) 626-1700<br><br>Jerome R. Doak<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, Texas  75201<br>Telephone:  (214) 220-3939<br>Facsimile:  (214) 969-5100 |

*/s/Robin D. Smith*

Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorneys for United States

# C E R T I F I C A T E

      I hereby certify that a copy of the above and foregoing L.R. 37 Certificate has been served upon all counsel of record by electronic notice via the Court's CM/ECF System, this 2nd day of July, 2007.

                                          */s/Heather S. Lonian*
                                          Heather S. Lonian