UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## **MRGO DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

The MRGO Defendants hereby request oral argument on their Motion to Compel Answers to MRGO Defendants' First Set of Joint Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admissions Admitted. The MRGO Defendants respectfully submit that oral argument will be of assistance to the Court in its resolution of the motion.

882044v.1

```
```
Dated: July 2, 2007                             Respectfully submitted,

/s/ Gary M. Zwain                               /s/Ralph S. Hubbard III
Lawrence J. Duplass, 5199                       Ralph S. Hubbard III, 7040
Gary M. Zwain, 13809                            Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                      Rachel Meese, 25457
    Of                                              Of
Duplass, Zwain, Bourgeois, Morton, Pfister &    Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                       Hubbard
3838 N. Causeway Blvd., Suite 2900              601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                       New Orleans, Louisiana  70130
Telephone: (504) 832-3700                       Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                       Facsimile:   (504) 310-9195

Attorneys for Board of Commissioners for the    Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District                Insurance Company


/s/Thomas P. Anzelmo                            /s/Heather S. Lonian
Thomas P. Anzelmo, 2533                         William D. Treeby, 12901
Mark E. Hanna, 19336                            Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                           Heather S. Lonian, 29956
Andre J. Lagarde, 28649                             Of
    Of                                          Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,             546 Carondelet Street
  Maxwell & McDaniel                            New Orleans, Louisiana  70130
3445 N. Causeway Boulevard, Suite 800           Telephone:  (504) 581-3200
Metairie, Louisiana  70002                      Facsimile:   (504) 581-3361
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492                     Attorneys for Washington Group
                                                International, Inc.

And  
James L. Pate, 10333  
Ben L. Mayeux, 19042  
    Of  
Laborde & Neuner  
One Petroleum Center, Suite 200  
1001 West Pinhook Road, Suite 200  
Post Office Drawer 52828  
Lafayette, Louisiana 70505-2828  
Telephone: (337) 237-7000  

Attorneys for the  
Board of Commissioners for the  
Orleans Levee District  

Of counsel  

Adrian Wager-Zito  
Julie McEvoy  
Jones Day  
51 Louisiana Avenue, N.W.  
Washington, D.C. 20001-2113  
Telephone: (202) 879-4645  
Facsimile: (202) 626-1700  

Jerome R. Doak  
Jones Day  
2727 N. Harwood Street  
Dallas, Texas 75201  
Telephone: (214) 220-3939  
Facsimile: (214) 969-5100  

/s/Robin D. Smith  
Robin D. Smith  
Trial Attorney  
Torts Branch, Civil Division  
U.S. Department of Justice  
P.O. Box 888  
Benjamin Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 616-4289  
Facsimile: (202) 616-5200  

Attorneys for United States  

882044v.1

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing MRGO Defendants' Request for Oral Argument has been served upon all counsel of record by electronic notice via the Court's CM/ECF System, this 2nd day of July, 2007.

                                                         */s/Heather S. Lonian*
                                                        Heather S. Lonian