UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, in the event that the Court denies the MRGO defendants' accompanying motion for expedited hearing, the MRGO defendants will bring their Motion to Compel Answers to MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admission Admitted and Objections Waived on July 18, 2007 before the Honorable Joseph C. Wilkinson,

Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 18th day of July, 2007 at 11:00 a.m.

Dated: July 2, 2007                                                      Respectfully submitted,

<u>/s/ Gary M. Zwain</u>
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
    Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District

<u>/s/Ralph S. Hubbard III</u>
Ralph S. Hubbard III, 7040
Joseph P. Guichet, 24441
Rachel Meese, 25457
    Of
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

Attorneys for St. Paul Fire and Marine Insurance Company

<u>/s/Thomas P. Anzelmo</u>
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

<u>/s/Heather S. Lonian</u>
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc.

882224v.1

| And | Of counsel |
|---|---|
| James L. Pate, 10333<br>Ben L. Mayeux, 19042<br>    Of<br>Laborde & Neuner<br>One Petroleum Center, Suite 200<br>1001 West Pinhook Road, Suite 200<br>Post Office Drawer 52828<br>Lafayette, Louisiana 70505-2828<br>Telephone: (337) 237-7000<br><br>Attorneys for the<br>Board of Commissioners for the<br>Orleans Levee District | Adrian Wager-Zito<br>Julie McEvoy<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Telephone: (202) 879-4645<br>Facsimile: (202) 626-1700<br><br>Jerome R. Doak<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100 |

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorneys for United States

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic notice via the Court's CM/ECF System, this 2nd day of July, 2007.

*/s/Heather S. Lonian*
Heather S. Lonian

882224v.1