# Exhibit 5

# IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION
(USDC, E.D. La. No. 05-4182 "K")

PLAINTIFFS' LIAISON
COUNSEL
JOSEPH M. BRUNO

LEVEE SUBGROUP
LITIGATION
COMMITTEE
Gerald E. Meunier,
*Liaison*
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter C. Dumas
Darleen M. Jacobs
Hugh P. Lambert

MRGO SUBGROUP
LITIGATION
COMMITTEE:
James. P. Roy,
*Liaison*
John B. Andry
Joseph M. Bruno
Clay H. Mitchell
Pierce O'Donnell

INSURANCE SUBGROUP
LITIGATION
COMMITTEE:
Calvin C. Fayard, Jr.,
*Liaison*
Joseph M. Bruno
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier

LITIGATION
COORDINATOR
J. Robert Warren, II

855 BARONNE STREET
NEW ORLEANS, LA.
70113
(504) 525-1335
(504) 561-6775
FACSMILE

William D. Treeby, Esq.
(A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Gary Zwain, Esq.
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Blvd Suite 2900
Metairie LA 70002

Charles E. Sutton, Jr., Esq.
Sutton Law Firm, LLC
2101 N. Highway 190, Suite 105
Covington, LA 70433

**Re:  Katrina Litigation**
**3711 Conference, Levee/MRGO**

Dear Counsel,

The following sets forth the Plaintiffs' response to the issues raised by the Defendants in our recent 37.11 Conference. Unless affirmatively addressed herein, Plaintiffs stand by their original responses. We further understand that the items addressed here are considered by the Defendants to be essential to proceeding with class representative depositions.

1) Interrogatory 10,

   Plaintiffs will amend to state that:

   "Plaintiffs seek issue certification under Rule 23(b)(3) with respect to fault for levee failure and causation of flooding in various polders. Plaintiffs also seek such affirmative injunctive relief as the law may allow under Rule 23(b)(2) to address the loss of culture and diminution of property values suffered by the proposed Class Members. Such affirmative relief may include, but not be limited to, monetary relief, establishment of Trust Fund(s) to promote the culture and unique heritage of the City of New Orleans Plaintiffs do not presently contemplate seeking certification for Declarative Relief under Rule 23(b)(1)."

2) Interrogatory 11,

"See response to Interrogatory No. 10, *supra*."

3) Interrogatory 12,

"See response to Interrogatory No. 10, *supra*."

4) Interrogatory 15, Request for Production No. 2,

Plaintiffs will, for all proposed Class Representative as well as substitutes, submit CMO #4 information, together with any and all Form 95's which they executed. You agreed that you would proceed with the depositions of all substituted representatives reserving your right to oppose any amendment b which they are substituted.

5) Interrogatory 16, 30, Request for Production No. 17, Request for Production No. 33

Plaintiffs will, for all proposed Class Representative as well as substitutes, disclose to the Defendants all present health care providers with whom the Class Representatives are presently treating, the diagnosis, and prognosis. Each Class Representative will also disclose and describe any present disability or infirmity of which they suffer. The Defendants will then have the right to request delivery of appropriate releases so as to obtain records for the purpose of evaluating their fitness to serve as a Class Representative. Plaintiffs reserve the right to refuse to execute such release should the health care issue, disability, or infirmity not be such as to affect their fitness to serve and in such event, the Plaintiff will have the right to seek relief from the Court

6) Interrogatory 22,

Plaintiffs will amend to state that:

"Plaintiffs in their Master Superceding Class Action Complaint have described each levee breach permitting water to enter the City and its environs. As to the 'geotechnical and structure modes and causes for such water', Plaintiffs lack sufficient information upon which to predicate a response. That said, Plaintiffs fully expect that their expert submissions will address these issues to a scientific degree of professional certainty."

7) Interrogatory 25,

Plaintiffs will, for all proposed Class Representative as well as substitutes, disclose their age, occupation, current address if different from that previously disclosed, and address as of August 29, 2005.

8) Interrogatory 29, Request for Production No. 28

Plaintiffs will, for all proposed Class Representative as well as substitutes, disclose whether they have ever been convicted of a felony. Plaintiffs will also disclose all other lawsuits to which they have been a party. If they have a copy of the petition/complaint they will produce it. This disclosure is limited to the preceding 10 years.

9) Request for Production No. 8

Plaintiffs will, for all proposed Class Representative as well as substitutes, produce film and video showing rising water or standing water affecting their damaged property.

10) Request for Production No. 22

The Class Representatives, as well as substitutes, will produce representative photographs taken within one year prior to Katrina as well as post-Katrina. If, since construction, the property has been structurally altered, photographs showing such alterations will be provided.

11) Request for Production No. 26

We have requested Counsel to advise us if as a result of advertising, any of them received non-privileged, discoverable material within the ambit of this request.

Plaintiffs attach as Exhibit "A" a spread sheet disclosing the information described above to the extent available. Further, to the extent that film, videos exist and are responsive to the foregoing, same will be available for inspection beginning at 9:00 a.m. Thursday, June 28, 2007 at the Law Offices of Joseph Bruno.

Regards,

JOSEPH M. BRUNO
FRANK C. DUDENHEFER, JR.

Class Rep Information Sheet

| CLASS REPRESENTATIVE NAMES including substitutes | Damaged Property Address & August 29, 2005 address | ownership | Current Address | Date of Brith | OCCUPATION | Current medical issues, disabilities or infirmities | Lawsuits w/in last 10 years | Felony convictions w/in last 10 years | Videos or Photos - home | Video or Photos - water |
|---|---|---|---|---|---|---|---|---|---|---|
| Augustine, Donna | 2126 North Broad Street, New Orleans 70119 | rented | 2230 Sherwood MeadowDr., Apt. A, Baton Rouge, LA 70816 | 5/9/1950 | disabled | sleeping problems | Plaintiff -1997 workers' comp. against Mercy Hospital, New Orleans | no | yes before, yes after | no |
| Bell, Elois | 1866 Carnote Street, New Orleans 70122 | own | 750 Landwood Dr., Baton Rouge 70806 | 12/7/1941 | retired | none | no | no | no before, yes after | no |
| Coniglio, Laurie | 1481 Burbank Drive, New Orleans 70122 | own | 15040 Dendinger Dr., Covington 70433 | 5/2/1955 | horticulturalist & nanny | cholesterol | plaintiff - 1998-1999, auto accident, Orleans Parish | no | yes before, yes after | no |
| Drew, Beatrice | 1227 South Galvez, New Orleans 70125 | rented | 606 Egle St., Morgan City, LA 70380 | 6/12/1948 | disabled | depression and anxiety, chronic pain, allergies | plaintiff - 2006 p.i., St. Mary Parish | no | no before, yes after - trying to locate them | no |
| Esteves, Emanuel | 4543 Cartier Avenue, New Orleans 70122 | own | 4656 Gaines Street, New Orleans 70126 | 5/31/1938 | retired | heart problem | no | no | | |
| Greer, Gary | 5320 Memphis Street, New Orleans 70124 | own | same | 6/3/1946 | meat cutter | Chronic back pain, disc herniations, hand problem | plaintiff - 2001 auto accident, Orleans Parish | unknown, will supplement | no before, yes after | no |
| Greer, Laura | 5320 Memphis Street, New Orleans 70124 | own | same | 2/6/1948 | housewife | none | plaintiff - 2001 p.i. Orleans Parish | no | no before, yes after | no |
| Harrison, Michele | 2418A & B, 2420 N. Robertson, New Orleans 70117 | own | 3630 N. Johnson St., New Orleans 70117 | 8/16/1961 | student | stress | plaintiff 2003 re:damage to rental property, Orleans Parish; plaintiff 1995-1997 p.i. against K-Mart, Orleans Parish | no | yes before, yes after | no |
| Hennessey, Michel | 417-419 40th Street, New Oreans 70124 | own | 3808 North Labarre Road, Metairie 70002 | 3/3/1967 | dental analyst | none | no | no | yes before, yes after | no |

Class Rep Information Sheet

| Name | Address | Own/Rent | Address 2 | DOB | Occupation | Medical | Other Claims | ? | Flooded |
|---|---|---|---|---|---|---|---|---|---|
| Innis, Daisy | 4024 Stutz Street, New Orleans 70126 | own | same | 12/4/1942 | retired | none | unknown, will supplement | no | no before, yes after |
| Jackson, Trenise | 5010 Frankfort Street, New Orleans 70126 | own | 1Gibson Street, Apt. 172, Houston, TX 77060 | 4/7/1969 | student | none | no | no | yes before, yes after |
| Jones, Betty | 2111 Clouet Street, New Orleans 70117 | own | 2111 Clouet Street, New Orleans 70117 | 3/18/1939 | retired | none | unknown, will supplement | no | no |
| Knighten, Eddie | 7726-7728 Edinburgh St., New Orleans 70125 | own | 7726 Edinburgh St., New Orleans 70125 | 1/11/1943 | truck driver | blood pressure | no | | no before, yes after |
| LaBeaud, Gladys | 1708-1710 Industry Street, New Orleans 70119 | own | 500 S. Jefferson Davis Parkway, Apt. 1, New Orleans, 70119 | 12/29/1930 | retired | none | no | no | yes before, yes after |
| Levy, Calvin | 3205 College Court, New Orleans 70125 | own | same | 1/25/1961 | taxi driver | none | 2003 auto accident, Orleans Parish | no | yes before, yes after |
| Mallet, Dwayne | 1924 Wildair Drive, New Orleans 70122 | own | 208 Maumas, New Orelans 70131 | 1/25/1965 | purchasing director | none | 2001-2002 med mal, Orleans Parish | no | no before, yes after |
| McCathen, Nicola | 961 S. Telemachus St., New Orleans 70125 | rented | 1805 Berrymore Dr., Slidel, La. 70461 | 3/21/1972 | financial coordinator | stress | plaintiff - 2005 auto accident, Orleans Parish | no | yes before, yes after |
| Mitchell, Leo | 6203 Waldo Drive, New Orleans 70122 | rented | 10821 Dreux Avenue, New Orleans 70127 | 10/28/1966 | truck driver | none | plaintiff - 2005 auto accident, Orleans Parish | no | no before, yes after |
| Morrel, Lenniece | 114 Winthrop Place, New Orleans 70119 | own | same | 3/28/1969 | National Guard service technician | none | no | no | no before, yes after |
| Moses, Charles | 3717 General Pershing St., New Orleans 70125 | rented | 8536 S. Claiborne Ave., New Orleans 70118 | 8/29/1951 | retired | none | no | no | no before, yes after |
| Nelson, Susan | 5678 Evelyn Court, New Orleans 70124 | own/sold | 920 Poeyfarre Street, Apt. 202, New Orleans 70130 | 2/9/1967 | CPA | none | 1997 med mal, Orleans Parish | no | yes before, yes after |
| Rodriguez, Jose Lo | 2329 Bruxelles, New Orleans 70119 | rented | 2223 Prentiss St., New Orleans 70122 | 7/22/1966 | tile installer | none | no | no | trying to locate |
| Washington, Stella | 1478 Mithra Street, New Orleans 70122 | own | same | 2/11/1951 | casino dealer | none | wrongful termination, 2006, Orleans Parish | no | no before, yes after |
| Williams, John B. | 6 Charlotte Drive, New Orleans 70122 | own | 1830 Hope Street, New Orleans 70119 | 6/8/1924 | retired | heart problem | no | no | no before, no after |

Class Rep Information Sheet

| Name | Address | Owned/Rented | Current Address | DOB | Employment | Dependents | Insurance | Medical | Prior Claims | Willing |
|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Emanuel | 1512 Mandolin Street, New Orleans 70122 | rented | same | 2/1/1982 | unemployed | none | no | unknown, will supplement | no before, yes after | yes |