UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

### *EX PARTE* MOTION FOR EXPEDITED HEARING

The MRGO defendants, through undersigned counsel, respectfully move for entry of an Order setting an expedited hearing for their Motion to Compel Answers to MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admission Admitted and Objections Waived. The MRGO defendants respectfully submit that expedited hearing is necessary in light of Plaintiff's delay in providing responses to discovery, the insufficiency of plaintiffs' discovery responses, the many critical upcoming deadlines outlined in CMO #4. Furthermore, the depositions of the

named plaintiffs are scheduled to begin on July 9, 2007, and the Court's next hearing date is July 18, 2007. Granting the relief sought herein, therefore, will permit these matters to be resolved prior to the depositions.

**WHEREFORE**, the MRGO and Levee Defendants respectfully move for entry of an Order setting an expedited hearing for their MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admission Admitted and Objections Waived.

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
  MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: 504-831-0946
Fax: 504-831-2492

Counsel for Board of Commissioners of the Orleans Levee District, on behalf of the MRGO Defendants

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

- 3 -

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Attorneys for Defendant Washington Group International, Inc., on behalf of the MRGO Defendants

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Expedited Hearing has been served upon all counsel of record by the CM/ECF system this 2nd day of July, 2007.

/s/ *Heather S. Lonian*