UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO AND LEVEE

FILED IN: ALL MRGO AND LEVEE

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

## O R D E R

Considering the foregoing *Ex Parte* Motion for Expedited Hearing on the MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admission Admitted and Objections Waived,

**IT IS ORDERED** that the motion is **GRANTED** and that the MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admission Admitted and Objections Waived shall be

882262v.1

heard on July _____, 2007 at _____. Any opposition thereto shall be due no later than July _____, at _____.

        NEW ORLEANS, LOUISIANA, this _____ day of July, 2007.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE