UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION |
| FILED IN:   05-4181, 05-4182, 05-4191,<br>                   05-4568, 05-5237, 05-6073,<br>                   05-6314, 05-6324, 05-6327,<br>                   05-6359, 06-0020, 06-1885,<br>                   05-0225, 06-0886, 06-11208,<br>                   06-2278, 06-2287, 06-2346,<br>                   06-2545, 06-3529, 06-4065,<br>                   06-4389, 06-4634, 06-4931,<br>                   06-5032, 06-5042, 06-5159,<br>                   06-5163, 06-5367, 06-5471,<br>                   06-5771, 06-5786, 06-5937,<br>                   06-7682, 07-0206, 07-0647,<br>                   07-0993, 07-1284, 07-1286,<br>                   07-1288, 07-1289 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | NO. 05-4182 "K" (2)<br><br><br>JUDGE DUVAL<br><br><br>MAGISTRATE WILKENSON |
| PERTAINS TO:  LEVEE | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO COMPEL ANSWERS TO LEVEE DEFENDANTS'
FIRST SET OF JOINT CLASS CERTIFICATION INTERROGATORIES,
TO COMPEL PRODUCTION OF DOCUMENTS, AND TO DECLARE REQUESTS
FOR ADMISSIONS ADMITTED AND OBJECTIONS WAIVED**

**NOW INTO COURT,** through undersigned counsel, come the Levee Defendants, jointly, who move this Honorable Court to compel plaintiffs to provide full and complete responses to the Levee Defendants' First Set of Joint Class Certification Interrogatories and

1

Request for Production of Documents. The Levee Defendants further move that the Levee Defendants' First Set of Joint Class Certification Requests for Admissions be deemed admitted, and that all of plaintiffs' objections to the Levee Defendants' Class Certification Discovery, as a whole, be deemed waived. The reasons supporting this Motion to Compel are more fully set forth in the attached Memorandum In Support.

The Levee Defendants also move for oral argument on all issues, and request expedited consideration of this Motion to Compel.

Respectfully submitted,

*/s/JOSEPH E. BEARDEN, III*_____
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
Joseph E. Bearden, III, 26188
        Of
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Attorneys for Board of Commissioners for the East Jefferson Levee District**

/*s/RALPH S. HUBBARD, III*_____

Ralph S. Hubbard, III, 0740
Joseph P. Guichet, 24441
Rachel Meese, 25457
        Of
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

*/s/THOMAS P. ANZELMO*_____

Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
        Of
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492
and
James L. Pate, 10333
Ben L. Mayeux, 19042
        Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone:  (337) 237-7000
**Attorneys for the Board of Commissioners for the Orleans Levee District**

*/s/*CHARLES M. LANIER, JR._____
Charles M. Lanier, Jr., 18299
J. Warren Gardner, Jr., 5928
Elizabeth Cordes, 1786
      Of
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 593-4272
Facsimile: (504) 561-5743
**Attorneys for Sewerage & Water Board of New Orleans**


*/s/*ROBIN D. SMITH_____
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner, III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200
**Attorneys for United States of America**

*/s/KIRK N. AURANDT*_____
J. Frederick Kessenich, 7354
Jonathon H. Sandoz, 23928
Michael W. McMahon, 23987
Jon A. Van Steenis, 27122
Kirk N. Aurandt, 25336
Daigle, Fisse & Kessenich, PLC
P. O. Box 3530
Covington, LA 70434-5350
Telephone:  (985) 871-0800
Facsimile:  (985) 871-0899
**Attorneys for the Board of Commissioners
of the Port of New Orleans**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of July, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

                */s/ JOSEPH E. BEARDEN, III*_____
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
Joseph E. Bearden, III, 26188
    Of
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119
**Attorneys for Board of Commissioners
for the East Jefferson Levee District**