UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| FILED IN:     05-4181, 05-4182, 05-4191,  05-4568, 05-5237, 05-6073,  05-6314, 05-6324, 05-6327,  05-6359, 06-0020, 06-1885,  05-0225, 06-0886, 06-11208,  06-2278, 06-2287, 06-2346,  06-2545, 06-3529, 06-4065,  06-4389, 06-4634, 06-4931,  06-5032, 06-5042, 06-5159,  06-5163, 06-5367, 06-5471,  06-5771, 06-5786, 06-5937,  06-7682, 07-0206, 07-0647,  07-0993, 07-1284, 07-1286,  07-1288, 07-1289 | * * * * * * * * * * * * * * | NO. 05-4182 "K" (2)  JUDGE DUVAL  MAGISTRATE WILKENSON |
| PERTAINS TO:  LEVEE | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that the Motion to Compel Answers to Levee Defendants' First Set of Joint Class Certification Interrogatories, To Compel Production of Documents, and To Declare Requests for Admissions Admitted and Objections Waived, be and is hereby granted in the above entitled and numbered cause.

1

2

New Orleans, Louisiana this ____ day of July, 2007.

_____
**JUDGE**