UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| FILED IN:    05-4181, 05-4182, 05-4191, | * | NO. 05-4182 "K" (2) |
| 05-4568, 05-5237, 05-6073, | * | |
| 05-6314, 05-6324, 05-6327, | * | |
| 05-6359, 06-0020, 06-1885, | * | JUDGE DUVAL |
| 05-0225, 06-0886, 06-11208, | * | |
| 06-2278, 06-2287, 06-2346, | * | |
| 06-2545, 06-3529, 06-4065, | * | MAGISTRATE WILKENSON |
| 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, | * | |
| 06-5163, 06-5367, 06-5471, | * | |
| 06-5771, 06-5786, 06-5937, | * | |
| 06-7682, 07-0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, | * | |
| 07-1288, 07-1289 | * | |
| | * | |
| PERTAINS TO:  LEVEE | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

**IT IS ORDERED** that the Levee Defendants' Motion for Oral Argument and for Expedited Consideration of Motion to Compel be and is hereby granted in the above entitled and numbered cause, and oral argument is hereby set for July \_\_\_\_, 2007 at \_\_\_\_ a.m. before the Honorable Joseph C. Wilkenson, United States District Court Magistrate Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

1

New Orleans, Louisiana this _____ day of July, 2007.

_____
**JUDGE**