**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| FILED IN:   05-4181, 05-4182, 05-4191, | * | NO. 05-4182 "K" (2) |
|                    05-4568, 05-5237, 05-6073, | * | |
|                    05-6314, 05-6324, 05-6327, | * | |
|                    05-6359, 06-0020, 06-1885, | * | **JUDGE DUVAL** |
|                    05-0225, 06-0886, 06-11208, | * | |
|                    06-2278, 06-2287, 06-2346, | * | |
|                    06-2545, 06-3529, 06-4065, | * | **MAGISTRATE WILKENSON** |
|                    06-4389, 06-4634, 06-4931, | * | |
|                    06-5032, 06-5042, 06-5159, | * | |
|                    06-5163, 06-5367, 06-5471, | * | |
|                    06-5771, 06-5786, 06-5937, | * | |
|                    06-7682, 07-0206, 07-0647, | * | |
|                    07-0993, 07-1284, 07-1286, | * | |
|                    07-1288, 07-1289 | * | |
| | * | |
| **PERTAINS TO: LEVEE** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL ANSWERS TO LEVEE
DEFENDANTS' FIRST SET OF JOINT CLASS CERTIFICATION
INTERROGATORIES, TO COMPEL PRODUCTION OF DOCUMENTS, AND TO
DECLARE REQUEST FOR ADMISSIONS ADMITTED AND OBJECTIONS WAIVED**

MAY IT PLEASE THE COURT:

1

### *INTRODUCTION*

The Levee Defendants, jointly, move this Honorable Court to compel plaintiffs to provide full and complete responses, without objecting to the Levee Defendants' First Set of Class Certification Interrogatories and Requests for Production of Documents.  The Levee Defendants further move that the Levee Defendants' First Set of Joint Class Certification Requests for Admissions be deemed admitted, and that plaintiffs' objections to the Levee Defendants' Class Certification discovery, as a whole, be deemed waived.  Specifically, plaintiffs have failed to answer basic questions about their claims and injuries, their proposed class, and how they contend their claims could be tried as a class action on a representative basis.  The Levee Defendants believe this is proper class certification discovery, and that plaintiffs should be required to respond to it.  Additionally, the Levee Defendant's Requests for Admissions should be deemed admitted, and plaintiffs' objections to the Levee Defendant's class certification discovery as a whole waived, because plaintiffs failed to serve their responses and objections by the deadline established in the Court's Case Management Order No. 4.

On April 30, 2007, the Levee Defendants timely served their joint class certification discovery requests on plaintiffs.  (See, Levee Defendants' First Set of Joint Class Certification Requests for Admissions, Interrogatories and Requests for Production of Documents attached hereto as "Exhibit No. 1")  Case Management Order No. 4 required that plaintiffs respond  on or before May 30, 2007.  However, plaintiffs did not serve written answers or objections to the Levee Defendants discovery requests by May 30, 2007, nor did they formally or informally request an extension of time.  On June 11, 2007, plaintiffs served their responses to the Levee

Defendants' First Set of Joint Class Certification Requests for Admissions, Interrogatories and Requests for Production of Documents. (See, Plaintiffs' Responses to Joint Class Certification Requests for Admissions, Interrogatories and Requests for Production of Documents attached hereto as "Exhibit No. 2") After reviewing plaintiffs' discovery responses, certain of the Levee Defendants' conducted an in person meeting with plaintiffs' Liasion Counsel on June 19, 2007 to discuss the substantial deficiencies in plaintiffs' discovery responses. While some issues were generally resolved, unfortunately, counsel were unable to resolve all deficiencies. As such, this Motion to Compel became necessary.

## LAW AND ARGUMENT

Filed contemporaneously with this Levee Motion to Compel is a Motion to Compel regarding virtually identical class certification discovery requests in the MRGO case. So as to not burden the Court with duplicative filings and voluminous information, the Levee Defendants herein specifically adopt, as if copied *in extenso*, the substantive law and argument of the MRGO Motion to Compel. Simply put, the Levee Motion to Compel requires no further briefing. As such, and for all of the reasons specifically laid out in the MRGO Memorandum In Support of Motion to Compel, the Levee Defendant's request that this Honorable Court grant them all of the exact same relief as prayed for by the MRGO defendants in their Motion to Compel.

For all of the reasons specifically outlined in the MRGO Memorandum In Support of Motion to Compel, and as set forth above, the Levee Defendants respectfully request that the Court compel plaintiffs to provide full and complete responses, without objection, to the Levee Defendant's First Set of Joint Class Certification Interrogatories and Request for Production of

Documents.  The Levee Defendant's further specifically request that their First Set of Joint Class Certification Requests for Admissions be deemed admitted in their entirety.  Because of plaintiffs' delay in adequately responding to discovery, defendants also pray that the Court grant them the right to redepose any named plaintiff so as to inquire about any newly produced material or information.

Defendants further request all other relief as the Court may deem just and reasonable under the circumstances.

Respectfully submitted,

*/s/JOSEPH E. BEARDEN, III*_____
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
Joseph E. Bearden, III, 26188
	Of
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119
**Attorneys for Board of Commissioners for the East Jefferson Levee District**

/s/RALPH S. HUBBARD, III
Ralph S. Hubbard, III, 0740
Joseph P. Guichet, 24441
Rachel Meese, 25457
    Of
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**


/s/THOMAS P. ANZELMO
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

and

James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone:  (337) 237-7000
**Attorneys for the Board of Commissioners for the Orleans Levee District**

*/s/CHARLES M. LANIER, JR.*
Charles M. Lanier, Jr., 18299
J. Warren Gardner, Jr., 5928
Elizabeth Cordes, 1786
    Of
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone:  (504) 593-4272
Facsimile:  (504) 561-5743
**Attorneys for Sewerage & Water Board of New Orleans**

*/s/ROBIN D. SMITH*
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner, III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
 P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:  (202) 616-5200
**Attorneys for United States of America**

*/s/KIRK N. AURANDT*_____
J. Frederick Kessenich, 7354
Jonathon H. Sandoz, 23928
Michael W. McMahon, 23987
Jon A. Van Steenis, 27122
Kirk N. Aurandt, 25336
Daigle, Fisse & Kessenich, PLC
P. O. Box 3530
Covington, LA 70434-5350
Telephone:  (985) 871-0800
Facsimile:  (985) 871-0899
**Attorneys for the Board of Commissioners
of the Port of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

*/s/ JOSEPH E. BEARDEN, III*_____
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
Joseph E. Bearden, III, 26188
    Of
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119
**Attorneys for Board of Commissioners
for the East Jefferson Levee District**