UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| FILED IN:   05-4181, 05-4182, 05-4191, | * | NO. 05-4182 "K" (2) |
| 05-4568, 05-5237, 05-6073, | * | |
| 05-6314, 05-6324, 05-6327, | * | |
| 05-6359, 06-0020, 06-1885, | * | JUDGE DUVAL |
| 05-0225, 06-0886, 06-11208, | * | |
| 06-2278, 06-2287, 06-2346, | * | |
| 06-2545, 06-3529, 06-4065, | * | MAGISTRATE WILKENSON |
| 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, | * | |
| 06-5163, 06-5367, 06-5471, | * | |
| 06-5771, 06-5786, 06-5937, | * | |
| 06-7682, 07-0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, | * | |
| 07-1288, 07-1289 | * | |
| | * | |
| PERTAINS TO:  LEVEE | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE FOR HEARING OF ORAL ARGUEMENT

**PLEASE TAKE NOTICE** that a hearing on the Levee Defendants' Motion to Compel is hereby set on the 18th day of July, 2007 at 9:30 a.m. before the Honorable Joseph C. Wilkenson, United States District Court Magistrate Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans Louisiana.

Respectfully submitted,

*/s/JOSEPH E. BEARDEN, III*
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
Joseph E. Bearden, III, 26188
    Of
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119
**Attorneys for Board of Commissioners for the East Jefferson Levee District**

*/s/RALPH S. HUBBARD, III*
Ralph S. Hubbard, III, 0740
Joseph P. Guichet, 24441
Rachel Meese, 25457
    Of
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

*/s/THOMAS P. ANZELMO*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

and

James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone:  (337) 237-7000
**Attorneys for the Board of Commissioners**
**for the Orleans Levee District**


/s/CHARLES M. LANIER, JR._____
Charles M. Lanier, Jr., 18299
J. Warren Gardner, Jr., 5928
Elizabeth Cordes, 1786
    Of
Christovich & Kearney, LLP
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone:  (504) 593-4272
Facsimile:  (504) 561-5743
**Attorneys for Sewerage & Water**
**Board of New Orleans**


/s/ROBIN D. SMITH_____
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner, III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
U.S. Department of Justice

Torts Branch, Civil Division
 P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:  (202) 616-5200
**Attorneys for United States of America**


*/s/KIRK N. AURANDT*_____
J. Frederick Kessenich, 7354
Jonathon H. Sandoz, 23928
Michael W. McMahon, 23987
Jon A. Van Steenis, 27122
Kirk N. Aurandt, 25336
Daigle, Fisse & Kessenich, PLC
P. O. Box 3530
Covington, LA 70434-5350
Telephone:  (985) 871-0800
Facsimile:  (985) 871-0899
**Attorneys for the Board of Commissioners
of the Port of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

>*/s/ JOSEPH E. BEARDEN, III*\_\_\_\_\_
>Lawrence J. Duplass, 5199
>Gary M. Zwain, 13809
>Andrew D. Weinstock, 18495
>Joseph E. Bearden, III, 26188
>    Of
>Duplass, Zwain, Bourgeois, Morton,
>Pfister & Weinstock
>3838 N. Causeway Blvd., Suite 2900
>Metairie, Louisiana 70002
>Telephone:  (504) 832-3700
>Facsimile:  (504) 837-3119
>**Attorneys for Board of Commissioners**
>for the East Jefferson Levee District