UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| FILED IN: 05-4181, 05-4182, 05-4191, | * | NO. 05-4182 "K" (2) |
| 05-4568, 05-5237, 05-6073, | * | |
| 05-6314, 05-6324, 05-6327, | * | |
| 05-6359, 06-0020, 06-1885, | * | JUDGE DUVAL |
| 05-0225, 06-0886, 06-11208, | * | |
| 06-2278, 06-2287, 06-2346, | * | |
| 06-2545, 06-3529, 06-4065, | * | MAGISTRATE WILKENSON |
| 06-4389, 06-4634, 06-4931, | * | |
| 06-5032, 06-5042, 06-5159, | * | |
| 06-5163, 06-5367, 06-5471, | * | |
| 06-5771, 06-5786, 06-5937, | * | |
| 06-7682, 07-0206, 07-0647, | * | |
| 07-0993, 07-1284, 07-1286, | * | |
| 07-1288, 07-1289 | * * | |
| PERTAINS TO: LEVEE | * | |

******************************************

## ORDER

**IT IS ORDERED** that the Levee Defendants' Motion for Oral Argument and for Expedited Consideration of Motion to Compel be and is hereby granted in the above entitled and numbered cause, and oral argument is hereby set for July ____, 2007 at ____ a.m. before the Honorable Joseph C. Wilkenson, United States District Court Magistrate Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

1

2

New Orleans, Louisiana this \_\_\_\_ day of July, 2007.

_____
**JUDGE**