# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE:  KATRINA CANAL BREACHES** * | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | |
| **FILED IN:**   05-4181, 05-4182, 05-4191, * | | **NO. 05-4182 "K" (2)** |
| 05-4568, 05-5237, 05-6073, * | | |
| 05-6314, 05-6324, 05-6327, * | | |
| 05-6359, 06-0020, 06-1885, * | | **JUDGE DUVAL** |
| 05-0225, 06-0886, 06-11208, * | | |
| 06-2278, 06-2287, 06-2346, * | | |
| 06-2545, 06-3529, 06-4065, * | | **MAGISTRATE WILKENSON** |
| 06-4389, 06-4634, 06-4931, * | | |
| 06-5032, 06-5042, 06-5159, * | | |
| 06-5163, 06-5367, 06-5471, * | | |
| 06-5771, 06-5786, 06-5937, * | | |
| 06-7682, 07-0206, 07-0647, * | | |
| 07-0993, 07-1284, 07-1286, * | | |
| 07-1288, 07-1289 * | | |
| * | | |
| **PERTAINS TO:  LEVEE** * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Request Statement of Oral Argument;

   **IT IS HEREBY ORDERED** that oral argument be allowed on Defendants' Motion to Compel Answers to Levee Defendants' First Set of Joint Class Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admissions Admitted and Objections Waived.

This ___ day of _____, 2007.

_____
UNITED DISTRICT COURT JUDGE