UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, Robinson<br>(No. 6-2268) | |

### **ORDER**

Having considered Plaintiffs' Ex Parte Motion for Leave to File a Sur-Rebuttal memorandum, and for good cause shown, it is hereby ORDERED that the Plaintiffs' Motion is hereby GRANTED. The Plaintiffs may file a seven-page Sur-Rebuttal memorandum.

New Orleans, Louisiana, this  3rd  day of           July          , 2007.

_____
UNITED STATES DISTRICT JUDGE

1