UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

### ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record filed by defendant, Orleans Levee District:

It is hereby ordered that Sidney J. Hardy, La. Bar No. 1938, be and he is hereby enrolled as additional counsel of record for defendant, the Orleans Levee District, in this matter.

New Orleans, Louisiana, this  3rd   day of      July      , 2007.

_____
UNITED STATES DISTRICT JUDGE