UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE, <u>Pontchartrain</u>, 06-6642           JUDGE DUVAL
MAG. WILKINSON

## ORDER

Considering defendant's Unopposed Motion to Continue, Record Doc. No. 6202,

**IT IS HEREBY ORDERED** that the hearing on Plaintiffs' Motion for Leave to File Second Amended Complaint, Record Doc. No. 6029, currently scheduled for July 11, 2007, is hereby **RESET** for **JULY 18, 2007** determination on the record without oral argument. Written opposition, if any, must be filed no later than **July 10, 2007**.

New Orleans, Louisiana, this   3rd   day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE