UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTON NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | | |
| INSURANCE: *Flake*, 06-8244 | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Beverly H. Flake, and defendant, Hartford Insurance Company of the Midwest, who, pursuant to a settlement agreement executed by plaintiff, Beverly H. Flake, now jointly move this Court for the entry of an order dismissing the captioned lawsuit and all claims therein, with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
Seth H. Schaumburg, No. 24636
FAVRET, DEMAREST, RUSSO
 & LUTKEWITTE
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
Telephone: (504) 561-1006
Facsimile: (504) 523-0699

**Attorneys for Plaintiff,
Beverly H. Flake**

AND

*[signature]*

James P. Nader, #14256
Alex P. Tilling, #29686
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
The Texaco Center, Suite 2300
400 Poydras Street
New Orleans, Louisiana 70130
Telephone: 504-586-9292
Facsimile: 504-586-1290

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Patrick M. Kemp
Texas State Bar No.: 24043751
MARTIN, DISIERE, JEFFERSON & WISDOM,
L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:    (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company
of the Midwest**

## CERTIFICATE OF SERVICE

I hereby certify that on this  3  day of July, 2007, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF to:

Mr. Seth H. Schaumburg
FAVRET, DEMAREST, RUSSO & LUTKEWHITE
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112

_____
Alex P. Tilling