## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** § | | **CIVIL ACTON** |
| **CONSOLIDATED LITIGATION** § | | |
| § | | **NO. 05-4182 "K"(2)** |
| § | | |
| **PERTAINS TO:** § | | **JUDGE DUVAL** |
| § | | |
| **INSURANCE:** *Flake*, **06-8244** § | | **MAG. WILKINSON** |

### ORDER DISMISSING WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

New Orleans this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE