UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BROSSIE AND GWENDOLYN PERNICIARO | * * * | CIVIL ACTION NO: 07-1804 |
| VERSUS | * * | JUDGE DUVAL |
| STATE FARM FIRE AND CASUALTY COMPANY | * * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATED ORDER OF DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**IT IS STIPULATED,** by all parties to this action and subject to the approval of the Court that:

I.

The property at issue in this litigation, located 1501 Schnell Drive, Chalmette, Louisiana, is the same property which bears municipal address 7401, 03, and 05 West Judge Perez Drive, Chalmette, Louisiana.. Plaintiffs inadvertently filed this separate suit regarding their Schnell Drive property. State Farm issued a single insurance policy, which pertained to this single piece

of property, with two separate municipal addresses. Thus, in order to clarify these issues, and for the sake of judicial economy and convenience, the parties herein have agreed to request that the Court dismiss this case, reserving unto plaintiffs all of their rights to proceed in case no. 07-1803, with respect to all potential claims which they may have against State Farm Fire and Casualty Company, which arise out of the property which bears municipal addresses 7401, 03, and 05 West Judge Perez Drive, and 1501 Schnell Drive, in Chalmette, Louisiana.

II.

Each party shall bear his, her or its own costs and attorney's fees.

Respectfully Submitted:

**ROBICHAUX LAW FIRM**

BY: _____
**J. VAN ROBICHAUX, Jr., #11338**
**BRIAN PAGE, # 30941**
Post Office Box 792500
New Orleans, LA 70179
Telephone: (504) 286-2022
Fax: (504) 282-6298
Counsel for Plaintiffs,
Brossie and Gwendolyn Perniciaro

Respectfully Submitted:

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _____
**DAVID K. PERSONS, #2046**
One Galleria Blvd.-Suite 1400
Post Office Box 8288
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Counsel for State Farm Fire &
Casualty Insurance Company

1659-63003-DKP/rjp

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 3rd day of July, 2007, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

_____
**DAVID K. PERSONS**

3