UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                     NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE                       JUDGE DUVAL
                                                     MAG. WILKINSON

## ORDER

**IT IS ORDERED** that the Levee Defendants' Motion for Expedited Consideration, Record Doc. No. 6210, of Levee Defendants' Motion to Compel Answers to Levee Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents and to Declare Requests for Admissions Admitted and Objections Waived, Record Doc. No. 6209, is hereby **DENIED**. Written opposition, if any, must be filed no later than **July 10, 2007.**

                                   New Orleans, Louisiana, this  3rd  day of July, 2007.

                                              JOSEPH C. WILKINSON, JR
                                       UNITED STATES MAGISTRATE JUDGE