UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
   CONSOLIDATED LITIGATION
                                     NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE                   JUDGE DUVAL
                                     MAG. WILKINSON

## **ORDER**

Considering Levee Defendants' Request for Oral Argument, Record Doc. No. 6211,

**IT IS ORDERED** that oral argument be allowed on Levee Defendants' Motion to Compel Answers to Levee Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents and to Declare Requests for Admissions Admitted and Objections Waived, Record Doc. No. 6209, to be conducted on **July 18, 2007 at 11:00 a.m. before Magistrate Judge Wilkinson.**

New Orleans, Louisiana, this   3rd   day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE