UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K" MAG "2"** |
| **PERTAINS TO:** **INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING**</u>

**MAY IT PLEASE THE COURT:**

Plaintiff Xavier University of Louisiana ("Xavier") respectfully submits this Memorandum in Support of its Motion for Expedited Hearing on its Motion to Continue the hearing on Motion to Compel filed by Defendant Travelers Property Casualty Company of America ("Travelers"). Xavier submits that expedited consideration of this motion is necessary because the Motion to Compel is set for hearing on July 11, 2007, and this Court does not have a hearing date before that date.

Travelers has filed a motion to compel the production of information related to Xavier's receipt of funds from its NFIP insurer, FEMA, HUD, or other charitable donors. Xavier objects to these requests as seeking information that is irrelevant and not reasonably calculated to lead to the

discovery of admissible evidence because the evidence constitutes an inadmissible collateral source. On July 25, 2007, the District Court will hear oral argument on Xavier's Motion for Partial Summary Judgment Regarding Collateral Source (Record Doc. No. 5848). This motion addresses the substance of the admissibility of the evidence Travelers is asking this Court to compel Xavier to produce. Xavier submits that, in the interests of judicial efficiency, this Court should defer consideration of Travelers' motion to compel until such time as the District Court has considered the admissibility of the evidence. If this Court grants Xavier's motion, the information requested by Travelers will be clearly irrelevant and not subject to discovery.

Additional reasons supporting the requested continuance are set forth in the attached motion to continue, and Xavier requests expedited consideration as the Court does not have another hearing date before July 11, 2007, the scheduled hearing date for the Motion to Compel.

Respectfully Submitted:

 /s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 3, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

               /s/ James M. Garner
               JAMES M. GARNER