# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

SECTION "K" MAG "2"

PERTAINS TO:
INSURANCE (XAVIER UNIVERSITY
OF LOUISIANA V. TRAVELERS
CASUALTY PROPERTY COMPANY
OF AMERICA NO. 06-516)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Expedited Hearing of the Motion to Continue filed by

plaintiff, Xavier University of Louisiana,

IT IS ORDERED that said motion is hereby GRANTED and that this Court shall consider

Xavier's Motion to Continue on July _____, 2007 at ___:__0__.m.

New Orleans, Louisiana this _____ day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE