UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: INSURANCE (06-7846) | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**PLAINTIFFS' OPPOSITION TO**
**MOTION TO COMPEL DISCOVERY RESPONSES (DOC. 5545)**

NOW INTO COURT through undersigned counsel, come the plaintiffs, Gwen Burk wife of/and William R. Burk, IV, and hereby oppose the *Motion to Compel Discovery Responses* (Doc. 5545) filed against it by the defendant, Scottsdale Insurance Company ("Scottsdale").

**BACKGROUND**

Scottsdale mailed the *Interrogatories* and *Request for Production of Documents*, to plaintiffs' counsel, on January 12, 2005. On March 15, 2007, undersigned counsel informed Scottsdale's counsel, Ms. Cynthia J. Thomas, that based on Rule 26(d) of the Federal Rules of Civil Procedure, the parties are prohibited from seeking discovery until a Rule 26(f) conference has been held. To date, no Rule 26(f) conference has been held, and accordingly all discovery which has been propounded is premature and cannot be the subject of a motion to compel.

## LAW AND ARGUMENT

Under Rule 26(d) of the Federal Rules of Civil Procedure, "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." A Rule 26(f) conference must be held as ordered by the court, as soon as practicable, or at least 21 days before the scheduling conference. To this date, no Rule 26(f) conference has taken place between the parties to the claims made under Civil Action No. 06-7846. Accordingly, under the Federal Rules of Civil Procedure, Scottsdale may not seek discovery from the plaintiffs.

## CONCLUSION

As Scottsdale cannot seek discovery from the plaintiffs, it follows that Scottsdale cannot seek to compel responses to discovery which was propounded prematurely. Accordingly, Scottsdale's Motion to Compel Discovery should be dismissed at Scottsdale's costs.

Respectfully Submitted by Attorneys for the Gwen Burk wife of/and William R. Burk, IV:

*/s/ John A. Venezia*
**JOHN A. VENEZIA (#23963) T.A.**
**WILLIAM B. GORDON, III (#28056)**
The Law Office of John A. Venezia (APLC)
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005
Telephone: 504.486.3910
Facsimile: 504.486.3913
Email: john@venezialaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, a copy of the foregoing will be sent to all counsel of record *via* notices through the Court's ECF/CM system.

*/s/ John A. Venezia*
John A. Venezia