UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: <u>FISCHMAN</u>, 06-4949 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

As requested by counsel for plaintiff, a **Settlement Conference** is set in this case on **AUGUST 27, 2007 at 3:00 p.m.** before me.

New Orleans, Louisiana, this __3rd__ day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**