UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO | JUDGE DUVAL |
| | MAG. WILKINSON |

### ORDER

Considering the Motion to Exceed the Page Limits filed by MRGO Defendants, Record Doc. No. 6207,

**IT IS ORDERED** that the motion is hereby **GRANTED** and that the accompanying Memorandum in Support of Motion to Compel Answers to MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents and to Declare Requests for Admissions Admitted and Objections Waived be filed into the record.

New Orleans, Louisiana, this  3rd  day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE