# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO: MRGO

JUDGE DUVAL
MAG. WILKINSON

FILED IN     05-4181, 05-4182, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024,
06-4065, 06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5162, 06-5260, 06-5771
06-5786, 06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

## MOTION TO COMPEL ANSWERS TO
## MRGO DEFENDANTS' FIRST SET OF JOINT CLASS-CERTIFICATION
## INTERROGATORIES, TO COMPEL PRODUCTION OF
## DOCUMENTS, AND TO DECLARE REQUESTS
## FOR ADMISSIONS ADMITTED AND OBJECTIONS WAIVED

The MRGO defendants move the Honorable Court to compel plaintiffs to provide

proper responses to the MRGO defendants' First Set of Joint Class-Certification Interrogatories

and Requests for Production. The MRGO defendants further move that the MRGO defendants'

- 1 -

First Set of Joint Class-Certification Requests for Admissions be deemed admitted, and that plaintiffs' objections to the MRGO defendants' class-certification discovery are waived.

Simultaneously, the MRGO defendants are filing their memorandum in support, a request for oral argument, a motion for expedited hearing of this motion, and a motion for leave to exceed the 25 page limit under Local Rule 7.8.1E.

Dated: July 2, 2007                                         Respectfully submitted,

*/s/ Gary M. Zwain*                                        */s/Ralph S. Hubbard III*
Lawrence J. Duplass, 5199                       Ralph S. Hubbard III, 7040
Gary M. Zwain, 13809                              Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                  Rachel Meese, 25457
         Of                                                            Of
Duplass, Zwain, Bourgeois, Morton, Pfister &      Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                                      Hubbard
3838 N. Causeway Blvd., Suite 2900        601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                        New Orleans, Louisiana 70130
Telephone: (504) 832-3700                      Telephone: (504) 568-1990
Facsimile: (504) 837-3119                       Facsimile:  (504) 310-9195

Attorneys for Board of Commissioners for the       Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District            Insurance Company


*/s/Thomas P. Anzelmo*                         */s/Heather S. Lonian*
Thomas P. Anzelmo, 2533                      William D. Treeby, 12901
Mark E. Hanna, 19336                            Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                            Heather S. Lonian, 29956
Andre J. Lagarde, 28649                         Of
      Of                                                          Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,       546 Carondelet Street
   Maxwell & McDaniel                           New Orleans, Louisiana 70130
3445 N. Causeway Boulevard, Suite 800     Telephone: (504) 581-3200
Metairie, Louisiana 70002                        Facsimile:  (504) 581-3361
Telephone: (504) 831-0946
Facsimile:  (504) 831-2492                       Attorneys for Washington Group
                                                              International, Inc.

- 2 -

882043v.1

And

James L. Pate, 10333
Ben L. Mayeux, 19042
        Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the
Board of Commissioners for the
Orleans Levee District

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100


*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:  (202) 616-5200

Attorneys for United States


# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing MRGO Defendants'

Motion To Compel has been served upon all counsel of record by electronic notice via the

Court's CM/ECF System, this 2nd day of July, 2007.


*/s/Heather S. Lonian*
Heather S. Lonian

- 3 -

882043v.1