# Exhibit 6



"Treeby, William D."
<wtreeby@stonepigman.com
>

06/28/2007 10:04 AM

To  <FCDlaw@aol.com>, <jbruno@jbrunolaw.com>

cc  "Bertaut, Carmelite" <CBertaut@stonepigman.com>,
<dsclayman@jonesday.com>, "Doak, Jerre"
<jrdoak@jonesday.com>, "Farrell, Christopher"
<crfarrell@jonesday.com>, "Landis, John M."
<jlandis@stonepigman.com>, "Lonian, Heather S."
<hlonian@stonepigman.com>, "Lyle, Margaret"
<milyle@jonesday.com>, "Manning, George"
<gtmanning@jonesday.com>, "McEvoy, Julie"
<jmcevoy@jonesday.com>, "Wager-Zito, Adrian"
<adrianwagerzito@jonesday.com>,
<wemarple@jonesday.com>,
<calvinfayard@fayardlaw.com>, <johnandry@yahoo.com>,
<felliot@rgelaw.com>, <mschultz@levinlaw.com>,
<jimr@wrightroy.com>, "Adrian Wager-Zito"
<adrianwagerzito@JonesDay.com>, "Amy Payne"
<apayne@jonesday.com>, <alagarde@mcsalaw.com>,
"Bertaut, Carmelite" <CBertaut@stonepigman.com>,
<bmayeaux@ln-law.com>, "Charles Lanier"
<cmlanier@christovich.com>, "Charles Sutton"
<suttonlaw@bellsouth.net>, "Christopher Farrell"
<crfarrell@jonesday.com>, "Dan Barish"
<daniel.barish@usdoj.gov>, <dsclayman@jonesday.com>,
"Gary M. Zwain" <gzwain@duplass.com>,
<jhall@jonesday.com>, "Jerre Doak"
<jrdoak@JonesDay.com>, "Joseph Bearden"
<jbearden@duplass.com>, "Julie McEvoy"
<jmcevoy@JonesDay.com>, "Kyle P. Kirsch"
<kpk@mcsalaw.com>, "Lonian, Heather S."
<hlonian@stonepigman.com>, "Lyle, Margaret"
<milyle@jonesday.com>, <robin.doyle.smith@usdoj.gov>,
"Thomas P. Anzelmo" <tanzelmo@mcsalaw.com>,
<Traci.Colquette@usdoj.gov>, "Treeby, William D."
<wtreeby@stonepigman.com>, "William E. Marple"
<wemarple@jonesday.com>

Subject  RE: Questions About Supplemental Responses to Written
discovery (sent via 6/2...

Frank,

   I have no problem with your changes.  I was not attempting to have you waive an
objection that additional responses or documents did not, in a specific case,

necessitate re-deposition of a witness. Your changes as I read them simply mean we must file a Motion for Leave rather than have you file a Motion to Quash, absent agreement, in the event we believe it is necessary. Hopefully we will be able to agree in such a situation.

I have copied the other MRGO defendants in case any of them object to what you have added, having heard nothing from them regarding my e-mail yesterday.

WTreeby

**From:** FCDlaw@aol.com [mailto:FCDlaw@aol.com]
**Sent:** Wednesday, June 27, 2007 9:10 PM
**To:** Treeby, William D.; jbruno@jbrunolaw.com
**Cc:** Bertaut, Carmelite; dsclayman@jonesday.com; Doak, Jerre; Farrell, Christopher; Landis, John M.; Lonian, Heather S.; Lyle, Margaret; Manning, George; McEvoy, Julie; Wager-Zito, Adrian; wemarple@jonesday.com; calvinfayard@fayardlaw.com; johnandry@yahoo.com; felliot@rgelaw.com; mschultz@levinlaw.com; jimr@wrightroy.com; FCDlaw@aol.com
**Subject:** Re: Questions About Supplemental Responses to Written discovery (sent via 6/2...

**BILL, please note my response which are in black to your earlier email:**

Frank,

I was calling you to inquire regarding some issues raised by some defendants regarding your supplemental responses based on our Rule 37 conference last week on Tuesday.

Your letter included as an attachment a plaintiff chart for Levee (I assume it is Levee) but not for the MRGO plaintiffs. Do you have a similar chart for MRGO? If so, when we will receive it? It looks as if there may have possibly been some confusion about the attachments when the letter was e-mailed, nd you may not have sent me the MRGO attachment? **The MRGO spreadsheet will be sent shortly.**

I assume plaintiffs intend that these answers go for MRGO and Levee, since the "re" line of the letter lists both. But please confirm whether that is correct or not. **The 37.11 letter to you via email on the 26th was on behalf of both.**

Finally, I will be sending Heather Lonian to "inspect" the "films and videos" for Washington Group. Does this include photos as well? Do you have some arranged means of getting copies? If so, what is the cost? If not, can we make those arrangements for anything we are interested in having copies of? **Please call Price Monger in the am to confirm we have received the video/films designated on the Levee Spreadsheet.**

**I sugest the following changes:**
We are agreeable to allow plaintiffs' Motion for Protective order **and their opposition to the Defendants Motion to Compel re Class Certification discovery** to satisfy any obligation they would have to file Motions to Quash **Exhibit "A" to the Levee and** MRGO class representative's depositions, provided, as we discussed, if the Court ultimately determines that additional information or documents must be produced that we could have used in the deposition we will have the right **either by agreement with the Plaintiffs or by appropriate Court Order** to retake the deposition for the purpose of covering that information with the Class Representatives. We agree

not to burden Magistrate Wilkinson or Judge Duval with additional pleadings that contain the same objections and arguments made either in your responses to the Defendants Motion to Compel  or the Motion for Protective Order.

 N.B. Bill, the language we propose is intended to put some limit on the right to redepose. If we filed a Motion to Quash and were denied relief, you would still have to seek agreement or leave if there was a favorable ruling and to waive that is not a fair trade off for our effort to simplify the paper burden on the Court. That said we will will go forward as scheduled and run the risk of a follow up deposition by agreement or Court directive.

Please let me know if these language changes are acceptable. Thank you,

*Frank C. Dudenhefer, Jr.*

Frank C. Dudenhefer, Jr.
The Dudenhefer Law Firm
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
e-mail: FCDLaw@aol.com

THIS IS A CONFIDENTIAL COMMUNICATION INTENDED ONLY FOR THOSE TO WHOM IT IS ADDRESSED. IF RECEIVED BY YOU IN ERROR OR FORWARDED TO YOU WITHOUT THE EXPRESS PERMISSION OF THE ORIGINAL AUTHOR, YOU SHOULD IMMEDIATEY DELETE IT. READING OF THE MESSAGE IS STRICTLY PROHIBITED. THANK YOU.

William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.  For more information about this notice, please visit http://www.stonepigman.com/news/showNews.html?id=73.

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.  The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.