UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' REQUEST FOR ORAL ARGUMENT**

The MRGO Defendants hereby request oral argument on their Motion to Compel

Answers to MRGO Defendants' First Set of Joint Class-Certification Interrogatories, to Compel

Production of Documents, and to Declare Requests for Admissions Admitted. The MRGO

Defendants respectfully submit that oral argument will be of assistance to the Court in its

resolution of the motion.

882044v.1

Dated: July 2, 2007                                        Respectfully submitted,


*/s/ Gary M. Zwain*                                       */s/Ralph S. Hubbard III*
Lawrence J. Duplass, 5199                   Ralph S. Hubbard III, 7040
Gary M. Zwain, 13809                          Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                Rachel Meese, 25457
    Of                                                       Of
Duplass, Zwain, Bourgeois, Morton, Pfister &   Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                              Hubbard
3838 N. Causeway Blvd., Suite 2900      601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                     New Orleans, Louisiana  70130
Telephone: (504) 832-3700                    Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                     Facsimile:   (504) 310-9195


Attorneys for Board of Commissioners for the   Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District            Insurance Company



*/s/Thomas P. Anzelmo*                              */s/Heather S. Lonian*
Thomas P. Anzelmo, 2533                      William D. Treeby, 12901
Mark E. Hanna, 19336                            Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                             Heather S. Lonian, 29956
Andre J. Lagarde, 28649                             Of
    Of                                                    Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,        546 Carondelet Street
  Maxwell & McDaniel                            New Orleans, Louisiana  70130
3445 N. Causeway Boulevard, Suite 800   Telephone:  (504) 581-3200
Metairie, Louisiana  70002                     Facsimile:   (504) 581-3361
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492                     Attorneys for Washington Group
                                                            International, Inc.

882044v.1

And
James L. Pate, 10333
Ben L. Mayeux, 19042
     Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the
Board of Commissioners for the
Orleans Levee District

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorneys for United States

882044v.1

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing MRGO Defendants'

Request for Oral Argument has been served upon all counsel of record by electronic notice via

the Court's CM/ECF System, this 2nd day of July, 2007.

*/s/Heather S. Lonian*

Heather S. Lonian

882044v.1