UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

Considering the Motion for Expedited Hearing, Record Doc. No. 6208, on the MRGO defendants' Motion to Compel Answers to MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents and to Declare Requests for Admissions Admitted and Objections Waived,

**IT IS ORDERED** that the Motion for Expedited Hearing is DENIED. Any opposition thereto shall be due no later than **July 10, 2007**.

New Orleans, Louisiana, this  3rd  day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE