

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| (No. 06-9008 *Judith F. Burris*) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT FORM

I, Judith F. Burrus, hereby acknowledge that I am to be provided access to Confidential Material supplied by The Hanover Insurance Company, erroneously sued herein, and Massachusetts Bay Insurance Company, erroneously sued herein as "The Massachusetts Bay Insurance Company", as defined in the Protective Order dated ~~May~~ June 22, 2007 ("Protective Order"). I certify my agreement and understanding that the Confidential Material is being provided to me pursuant to the terms and restrictions of the Protective Order. I have been given a copy of and have read and understand my obligations under such Protective Order and hereby expressly agree to be bound by its terms. I understand that the Confidential material and my copies or notes relating thereto may only be disclosed or discussed with those persons permitted by the Protective Order to receive such information. I will return, upon request, all materials containing Confidential material, copies thereof and notes I have prepared relating thereto, to outside trial counsel for the party with whom I am associated. I hereby submit to the jurisdiction

of the Court for the purpose of enforcement of the Protective Order and waive any and all objections to jurisdiction and venue.

Dated: 6-22-07

Judith F. Burrus