UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>ALL DREDGING LIMITATION ACTIONS<br>C.A. No. 06-8676    C.A. No. 06-8884<br>C.A. No. 06-8888    C.A. No. 06-8890<br>C.A. No. 06-8891    C.A. No. 06-8922<br>C.A. No. 06-8967    C.A. No. 06-9075<br>C.A. No. 06-9223 | SECTION "K"(2) |

### ORDER

In order to effectively manage the limitation actions filed by numerous dredging companies,

**IT IS ORDERED** that the above-referenced limitation actions are hereby **DECONSOLIDATED** from the master Katrina Canal Breaches Consolidated Litigation, Master Docket No. 05-4182.

**IT IS FURTHER ORDERED** that these limitation actions are then joined in a new consolidation, consisting of only the above-captioned cases.

**Filing Papers with Court**

The purpose of the following instructions is to reduce the time and expense of duplicate filings of documents through the use of a master file. It is not intended that a party would lose any rights based on a failure to follow these instructions.

**Master Docket and Style**

The Clerk will maintain a master docket and master case file under the style, *In re: Katrina Dredging Limitation Actions, C.A. No. 06-8676.* Every pleading in these proceedings shall bear the following caption:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA DREDGING LIMITATION ACTIONS CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 06-8676 |
| PERTAINS TO: [ALL DREDGING LIMITATION ACTIONS or the case numbers to which the pleading applies] | SECTION "K"(2) |

Thus, all pleadings hereafter filed in this consolidated proceeding, including claim forms, shall bear this caption indicating the **lead case** together with **only the docket number** (**not the case name**) of all cases within the consolidated matter to which the document applies **or** the notation **"All Cases"** if it applies to all cases placed in the appropriate bottom left-hand corner of the caption as demonstrated above.

**IT IS FURTHER ORDERED** that the Claim Form previously presented to this Court shall be **AMENDED** to have the new caption and is attached as amended hereto as Exhibit A. In the event any claim form is filed with the improper caption, it shall be accepted by the Clerk of Court, but corrected to be docketed in the newly established consolidated case.

New Orleans, Louisiana, this  3rd  of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA DREDGING LIMITATION   CIVIL ACTION
ACTIONS CONSOLIDATED LITIGATION
                                      NO. 06-8676

PERTAINS TO:  ALL DREDGING LIMITATION   SECTION "K"(2)
ACTIONS ARISING OUT OF THE DREDGING
OF MRGO

## CLAIM

**INSTRUCTIONS**: This form must be completed by everyone wishing to assert a claim for injury, death, damage or loss due to flooding from Hurricane Katrina allegedly caused by dredging of the Mississippi River Gulf Outlet ("MRGO") prior to the landfall of Hurricane Katrina on August 29, 2005. The form can be hand-delivered or mailed, but in either case it must be received no later than July 30, 2007 by the Clerk of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

1. Name of Claimant: _____
                     Last           First           Middle Jr./Sr.
2. Current Residence Address: _____
                              (Street and Number)
                              _____
                              (City, State, Zip Code)
                              _____
                              (Telephone)        (Email)

3. Residence Address on August 29, 2005:   _____
   (If different from above)                (Street and Number)
                                            (City, State, Zip Code)

4. Physical location from August 29, 2005 to
   September 5, 2005:                       _____
                                             (City/Parish/State)

5. Claimant's Date of Birth:_____ Claimant's Social Security Number:_____

6. Nature of Claim:
   a) **Loss of Life**                    (  ) Yes     (  ) No
      Name of Decedent _____
      Relationship to Claimant:_____

b) **Bodily Injury**       ( ) Yes    ( ) No
Type of Injury: _____

c) **Property Damage**       ( ) Yes    ( ) No
Identify Type and Location of Property and Nature of Damage Sustained:
_____
_____
_____

d) **Wage Loss or Business Loss**    ( ) Yes    ( ) No
Amount of Claim:_____
Name of Business/Employer:_____
Address for Business/Employer:    _____
(Street and Number)

_____
(City, State, Zip Code)

**I declare and certify under penalty of perjury that the foregoing is true and correct.**

Executed on the _____ date of _____ 200___.

_____
**Claimant's Signature**