UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: O'Dwyer 06-6099                     SECTION "K" (2)
             RESPONDER

**ORDER**

CONSIDERING the United States' unopposed motion for second extension of time to file responsive pleadings in this matter, and for good cause shown:

IT IS HEREBY ORDERED that the United States' motion is GRANTED;

IT IS FURTHER ORDERED that the United States shall be granted until August 23, 2007, within which to file responsive pleadings in Civil Action No. 06-6099.

New Orleans, Louisiana, this  4th  day of   July  , 2007.

_____
STANWOOD R. DUVAL, JR. .
UNITED STATES DISTRICT JUDGE