UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| | * * | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-9246) | * * * | |
| FLOWERS BY MY SISTER & ME, LLC | * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | * * * * | |
| *   *   *   *   *   *   *   * | | |

### ORDER

Considering the foregoing ex parte motion to bifurcate:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Flowers by My Sister & Me, LLC versus Zurich American Insurance Company and/or Maryland Casualty Company*, Civil Action No. 06-9246, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this 4th day of _____July_____, 2007.

_____
J U D G E