UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: Burrus, C.A. No. 06-9008 | SECTION "K" (2) |

## ORDER

The parties in the referenced individual case have submitted a "Stipulation and Protective Order Between Judith F. Burrus and Massachusetts Bay Insurance Company." Record Doc. No. 6234. The motion is DENIED. The court has entered a Master Protective Order, Record Doc. No. 5393, which applies to all cases in this consolidated matter, including the referenced individual case. Entry of another protective order would be redundant and confusing. Accordingly, the "Stipulation and Protective Order" will not be entered.

New Orleans, Louisiana, this 5th day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**Clerk to Notify:**
**Hon. Stanwood R. Duval, Jr.**