UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES <br>            CONSOLIDATED LITIGATION <br>_____ <br><br>PERTAINS TO: <br>LEVEE (06-4634, 06-5042, 06-5116, 06-5118, <br>   06-5127, 06-5128, 06-5131, 06-5132, 06-5134, <br>   06-5137, 06-5140, 06-5142, 06-5163, 07-647, <br>   07-1284, 07-1286, 07-1288, 07-1289) <br>MRGO (06-1885, 06-2268, 06-4024, 07-1073, <br>   07-1285, 07-1271) <br>MRGO/LEVEE (06-4931, 06-5159, 06-5161, <br>   06-5771, 07-206) <br>LEVEE, MRGO, RESPONDER (05-4181) <br>_____ | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION <br>NO. 05-4182 "K" (2) <br>JUDGE DUVAL <br>MAG. WILKINSON |

<u>MOTION TO WITHDRAW AS COUNSEL</u>

Defendants United States of America and United States Army Corps of Engineers respectfully request that Theodore L. Hunt, Trial Attorney for the United States Department of Justice, be allowed to withdraw as a counsel of record in the above-captioned actions.  Mr. Hunt has accepted employment with a private law firm and will be leaving the Department of Justice later this month.

This request to withdraw is respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER III
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY
    Assistant Director, Torts Branch

    /s/ Theodore L. Hunt
    THEODORE L. HUNT
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C.  20044
    (202)-616-4400 / (202) 616-5200 (Fax)
    Attorneys for the United States

Dated: July 5, 2007.

## CERTIFICATE OF SERVICE

      I, Theodore L. Hunt, hereby certify that on July 5, 2007, I electronically filed a true copy of the foregoing Motion to Withdraw as Counsel with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties of record for the above-captioned cases.

                                          /s/ Theodore L. Hunt  
                                          THEODORE L. HUNT