UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>LEVEE (06-4634, 06-5042, 06-5116, 06-5118,<br>   06-5127, 06-5128, 06-5131, 06-5132, 06-5134,<br>   06-5137, 06-5140, 06-5142, 06-5163, 07-647,<br>   07-1284, 07-1286, 07-1288, 07-1289)<br>MRGO (06-1885, 06-2268, 06-4024, 07-1073,<br>   07-1285, 07-1271)<br>MRGO/LEVEE (06-4931, 06-5159, 06-5161,<br>   06-5771, 07-206)<br>LEVEE, MRGO, RESPONDER (05-4181)<br>_____ | § § § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED** and Theodore L. Hunt is hereby removed as a counsel of record for Defendants United States of America and United States Army Corps of Engineers.

New Orleans, Louisiana, this ___ day of _____, 2007.

_____
United States District Judge