UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO.:  05-4182 <br><br> SECTION:  K <br><br> MAGISTRATE:  2 |
| PERTAINS TO:<br>INSURANCE (#06-5115) | * <br> * <br> * <br> * | |
| MONTAGNET PROPERTIES #1, LLC<br>MONTAGNET PROPERTIES #7, LLC,<br>2235 POYDRAS LLC, AND<br>MONTAGNET PROPERTIES #5, LLC<br>                    PLAINTIFF | * <br> * <br> * <br> * <br> * <br> * | |
| VERSUS | * <br> * | |
| ZURICH AMERICAN INSURANCE<br>COMPANY, THE NORTHERN INSURANCE<br>COMPANY OF NEW YORK, AND<br>MARYLAND CASUALTY COMPANY | * <br> * <br> * <br> * <br> * | |
| *     *     *     *     *     *     *     * | | |

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Montagnet Properties #1, LLC, Montagnet Properties #7, LLC, 2235 Poydras, LLC, and Montagnet Properties #5, LLC:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Montagnet Properties #1, LLC, Montagnet Properties #7, LLC, 2235 Poydras, LLC, and Montagnet Properties #5, LLC versus Zurich American Insurance Company, The Northern Insurance Company of New York, and Maryland Casualty Company*, Civil Action No. 06-5115, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this 4th day of _____July_____, 2007.

_____
**J  U  D  G  E**