UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | | |
| | | |
| PERTAINS TO: | | |
| ALL INSURANCE | | |
| | | |
| GWEN BURK WIFE OF/AND | * | CIVIL ACTION NO.:  06-7846 |
| WILLIAM BURK | * | |
| | * | |
|     versus | * | SECTION "K" J. DUVAL |
| | * | |
| SCOTTSDALE INSURANCE | * | MAG/JUDGE  (2) - WILKENSON |
| COMPANY, KATIE HYMEL, | * | |
| AND E&O INSURER | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO BIFURCATE INDIVIDUAL CLAIMS
### OF GWEN AND WILILAM BURK

**NOW INTO COURT,** through undersigned counsel, comes defendant, Scottsdale Insurance Company (hereinafter referred to as "Scottsdale"), and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for an order bifurcating the proceeding captioned *Gwen Burk wife of/and William Burk v. Scottsdale Insurance Company, et al*, Civil Action No. 06-7846, from the consolidated litigation for purposes of discovery relating to insurance issues, including but not limited to individualized adjusting issues; bad faith claim handling; total amount of damage from

1

wind, including water damage from wind; total amount of damage from water; and whether there is total loss.  Accordingly, Scottsdale Insurance Company request that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.  Counsel for plaintiffs advises that he has no opposition to this motion.

WHEREFORE, Defendant, Scottsdale Insurance Company, prays that the proceeding captioned *Gwen Burk wife of/and William Burk v. Scottsdale Insurance Company, et al*, Civil Action No. 06-7846, be bifurcated from the consolidated litigation ad referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

S/ CYNTHIA J. THOMAS_____
**KEVIN L. COLE, #4248**
**CYNTHIA J. THOMAS, #22631**
**cthomas@gjtbs.com**
Three Sanctuary Blvd., Suite 301
Mandeville, LA  70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
**Attorneys for Defendant,**
**Scottsdale Insurance Company**

## *CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 5th day of July, 2007, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery             ( ) Prepaid U.S. Mail
( ) Facsimile                 ( ) UPS/Federal Express
( ) Certified Mail Return Receipt Requested
( X ) Electronic Mail

s/Cynthia J. Thomas

2