UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: <br> ALL INSURANCE | | |
| GWEN BURK WIFE OF/AND <br> WILLIAM BURK | * <br> * <br> * | CIVIL ACTION NO.: 06-7846 |
| versus | * <br> * | SECTION "K" J. DUVAL |
| SCOTTSDALE INSURANCE <br> COMPANY, KATIE HYMEL, <br> AND E&O INSURER | * <br> * <br> * <br> * | MAG/JUDGE (2) - WILKENSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Gwen Burk wife of/and William Burk:

IT IS HEREBY ORDERED that the referenced proceeding, *Gwen Burk wife of/and William Burk v. Scottsdale Insurance Company, et al*, Civil Action No. 06-7846, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson, in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
JUDGE