UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| ALL INSURANCE | * | |
| | | |
| DANNY REBECCA, INC. | * | CIVIL ACTION |
| AND MYLOC NGUYEN | * | |
|       PLAINTIFFS | * | NO. 06-4808 |
| VS. | * | |
| | * | SECTION R, MAG.2 |
| SCOTTSDALE INSURANCE COMPANY | * | |
|       DEFENDANT | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Danny Rebecca:

IT IS HEREBY ORDERED that the referenced proceeding, *Danny Rebecca*, Civil Action No. 06-4808, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson, in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this ____ day of _____, 2007.

                                                        _____
                                                                 JUDGE