UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:  INSURANCE              SECTION "K" (2)
Xavier, 06-516

## ORDER

At the request of counsel for plaintiff, Record Doc. No. 6227, and pursuant to Local Rule 78.1E, oral argument on defendant's Motion to Compel, Record Doc. No. 5500, is hereby set on **JULY 11, 2007 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this  5th  day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE