THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL INSURANCE | * | |
| | * | |
| ABDUL R. KHAN d/b/a | * | CIVIL ACTION NO.:  06-4571 |
| YASEEN SHELL STATION | * | |
| | * | |
| versus | * | SECTION "K" J. DUVAL |
| | * | |
| SCOTTSDALE INSURANCE | * | MAG/JUDGE  (2) - WILKINSON |
| COMPANY | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIMS
## OF ABDUL R. KHAN d/b/a YASEEN SHELL STATION

**NOW INTO COURT,** through undersigned counsel, comes defendant, Scottsdale Insurance Company (hereinafter referred to as "Scottsdale"), and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for an order bifurcating the proceeding captioned *Abdul R. Khan d/b/a Yaseen Shell Station v. Scottsdale Insurance Company*, Civil Action No. 06-4571, from the consolidated litigation for purposes of discovery relating to insurance issues, including but not limited to individualized adjusting issues; bad faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and whether there

1

is total loss.  Accordingly, Scottsdale Insurance Company request that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

WHEREFORE, Defendant, Scottsdale Insurance Company, prays that the proceeding captioned *Abdul R. Khan d/b/a Yaseen Shell Station v. Scottsdale Insurance Company*, Civil Action No. 06-4571, be bifurcated from the consolidated litigation ad referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

S/ CYNTHIA J. THOMAS_____
**KEVIN L. COLE, #4248**
**CYNTHIA J. THOMAS, #22631**
**cthomas@gjtbs.com**
Three Sanctuary Blvd., Suite 301
Mandeville, LA  70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
**Attorneys for Defendant,**
**Scottsdale Insurance Company**

## *CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 5th day of July, 2007, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery              ( ) Prepaid U.S. Mail
( ) Facsimile                  ( ) UPS/Federal Express
( ) Certified Mail Return Receipt Requested
( X )  Electronic Mail

s/Cynthia J. Thomas

2