THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | |
| * | |
| PERTAINS TO: * | |
| ALL INSURANCE * | |
| * | |
| ABDUL R. KHAN d/b/a * | CIVIL ACTION NO.: 06-4571 |
| YASEEN SHELL STATION * | |
| * | |
| versus * | SECTION "K" J. DUVAL |
| * | |
| SCOTTSDALE INSURANCE * | MAG/JUDGE (2) - WILKINSON |
| COMPANY * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing ex parte motion to bifurcate individual claims of Abdul R. Khan d/b/a Yaseen Shell Station:

IT IS HEREBY ORDERED that the referenced proceeding, Abdul R. Khan d/b/a Yaseen Shell Station, Civil Action No. 06-4571, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson, in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
JUDGE