UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K" (2)

PERTAINS TO: MRGO                            JUDGE DUVAL
                                             MAG. WILKINSON

## **ORDER**

At the request of the MRGO Defendants, Record Doc. No. 6232, and pursuant to Local Rule 78.1E, oral argument on the MRGO Defendants' Motion to Compel Answers to MRGO Defendants' First Joint Set of Class-Certification Interrogatories, to Compel Production of Documents and to Declare Requests for Admissions Admitted and Objections Waived, Record Doc. No. 6231, is hereby set on **JULY 18, 2007 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this   5th   day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE