UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K" MAG "2"** |
| **PERTAINS TO:** **INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE**

**MAY IT PLEASE THE COURT:**

Plaintiff Xavier University of Louisiana ("Xavier") respectfully submits this Memorandum in Support of its Motion to Continue the hearing on the Motion to Compel filed by Defendant Travelers Property Casualty Company of America ("Travelers"). For the following reasons, Xavier requests that this Court continue the hearing on the Motion to Compel without date until such time as the District Court rules on Xavier's Motion for Partial Summary Judgment Regarding Collateral Source (Record Doc. No. 5848), which is currently set for oral argument on July 25, 2007.

Travelers moves this Court to compel Xavier to produce various documents including information regarding its receipt of funds from the National Flood Insurance Program ("NFIP"),

FEMA, HUD, or any other donation, grant, or charitable contributions.  The hearing on this motion is currently set for Wednesday July 11, 2007.  Xavier contends that the requested information is not discoverable because it is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence because it is an inadmissible collateral source.  This issue has been brought to the District Court's attention with the filing of Xavier's Motion for Partial Summary Judgment Regarding Collateral Source (Record Doc. No. 5848).

Xavier respectfully submits that this Court should defer consideration of Travelers' Motion to Compel until the District Court has ruled whether NFIP proceeds are a collateral source. If the District Court concludes that Travelers is not entitled to any offset, then the information requested by Travelers will become irrelevant and not discoverable.  Accordingly, in the interests of judicial efficiency, Xavier requests that this Court continue the hearing on the Motion to Compel until the District Court has rendered its decision regarding Xavier's Motion for Partial Summary Judgment.

For the foregoing reasons, Xavier respectfully requests that this Honorable Court grant its Motion to Continue.

Respectfully Submitted:

/s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY OF LOUISIANA

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 3, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

            /s/ James M. Garner
            JAMES M. GARNER