UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br><br> **NO. 05-4182** <br><br> **SECTION "K" MAG "2"** |
| **PERTAINS TO:** <br> **INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing Motion for Expedited Hearing of the Motion to Continue filed by plaintiff, Xavier University of Louisiana, Record Doc. No. 6225,

**IT IS ORDERED** that said motion is hereby GRANTED and that this Court shall consider Xavier's Motion to Continue on the record without oral argument. Written opposition, if any, to the Motion to Continue must be filed no later than **July 9, 2007**.

New Orleans, Louisiana, this 5th day of July.

_____
UNITED STATES MAGISTRATE JUDGE