UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br><br>ALL CASES<br><br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br> NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the PSLC's Motion for Leave to File Reply Brief be and is hereby **GRANTED**, thereby allowing the filing of the PSLC's Reply Brief to the Defendant United States of America's Memorandum in Opposition to PSLC's Motion to Compel Videotaped Federal 30(b)(6) Deposition.

This _____ day of _____, 2007, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE

1