| Extension | Software Package Used |
|---|---|
| 1 | |
| 5 | |
| 830 | |
| APR | |
| ADF | An Arc Definitions File (ArcInfo coverage component) - ArcMap |
| AI | |
| AIH | The attribute indexing component of an ESRI shape file - ArcMap |
| AIN | The attribute indexing component of an ESRI shape file - ArcMap |
| ALG | |
| ASC | ASCII data – any text editor, i.e.,NotePad |
| ATF | |
| ATX | The attribute index for the .dbf file of an ESRI shape file - ArcMap |
| AUX | Coordinate file associated with MRSid image files – required to open a .sid file in ArcMap |
| AVE | |
| AVI | Audio/video interleave file – Windows Media Player |
| AVL | ArcView legend file – ArcView |
| AVP | ArcView pallet file -  ArcView |
| AVX | ArcView extension file – ArcView |
| bat | |
| BIL | |
| BLW | |
| BMP | Image file – Windows Picture Viewer, others |
| BUP | Backup file associated with .vop file |
| CFG | Notepad |
| CL | Notepad |
| CLS | |
| CNT | |
| CONTROL | Notepad |
| CSV | |
| DAT | Ask Jim Garster |
| DB | Ask Jim Garster |
| DBF | A component of an ESRI Shape file – can be viewed in ArcMap, Excel or dBase |
| DC | |
| DCP | |
| DCT | |
| DDF | |
| DEM | Digital Elevation Model – free viewers available on Internet |
| DGN | Design file - MicroStation |
| DIR | |
| DMP | Assuming this is an Oracle dump file, use Oracle imp utility |
| DOC | Microsoft Word |
| DSC | Notepad |
| DSS | HEC DSS Viewer |
| DTM | Digital terrain model - InRoads |

EXHIBIT B

| | |
|---|---|
| DXF | Drawing interchange file - AutoCAD |
| EM | |
| FDB | |
| FRM | |
| FRX | |
| G03 | Notepad |
| G04 | Notepad |
| G07 | Notepad |
| G08 | Notepad |
| GAG | |
| GAGE | Notepad |
| GID | |
| GIF | Graphics interchange file – Web browser |
| GRID | ESRI raster data format - ArcMap |
| H | |
| HDR | |
| HLP | |
| HMS | Hydrologic Modeling System – HEC-HMS - NotePad |
| HTM | Hypertext markup – Web Browser |
| IMG | Erdas Imagine file format - ArcMap |
| INI | Any text viewer - NotePad |
| ISU | |
| IXS | |
| JGW | |
| JOB | |
| JPEG | Image file – Windows Picture Viewer, others |
| JPG | Image file – Windows Picture Viewer, others |
| KEY | |
| KLB | |
| LIB | |
| LNK | |
| LOG | Any text viewer - NotePad |
| LYR | ArcGIS layer file - ArcMap |
| MAP | |
| MAT | |
| MDB | Microsoft Access |
| MET | Any text viewer - NotePad |
| MNO | |
| MOV | |
| MP3 | Windows Media Player |
| MPG | Windows Media Player |
| MSO | |
| MXD | ArcMap |
| MXS | |
| MXT | |
| NFW | |
| NIT | |
| NLS | |

| | |
|---|---|
| NTF | |
| ODB | |
| PDB | |
| PDF | Adobe Acrobat |
| PG | |
| PPS | PowerPoint or PowerPoint Viewer |
| PRJ | The projection component of an ESRI Shape file – viewable in any text editor |
| PRO | |
| PS | GSView |
| PZF | |
| PZM | |
| README | Any text viewer - NotePad |
| RPT | |
| RRD | |
| RSC | |
| RTF | |
| RUN | NotePad |
| SBN | The feature indexing component of an ESRI Shape file - ArcMap |
| SBX | The feature indexing component of an ESRI Shape file - ArcMap |
| SCC | |
| SDW | Spatial Data 'World' file – required to open a .sid file in many applications |
| SET | |
| SHP | The main component of an ESRI Shape file - ArcMap |
| SHS | ArcMap |
| SHX | The index component of an ESRI Shape file – required to open a .shp file in ArcMap |
| SID | Compressed image file in MrSID format – ArcMap or free viewer ExpressView |
| SNB | |
| SNP | |
| SRC | |
| SST | |
| STN | |
| STX | |
| SWP | HYPACK |
| TAB | |
| TAG | |
| TBL | |
| TFW | |
| TIF | ArcMap, other image viewers |
| TLB | |
| TMP | |
| TS | |
| TXT | Any text viewer, Notepad |
| VBP | |
| VOB | Windows Media Player |
| WMV | Windows Media Player |
| WPT | |
| XLB | |
| XLS | Microsoft Excel |

| XXX | Any text viewer, Notepad |
| --- | --- |
| XYZ | Any text viewer, Notepad |