## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO.   05-4182 "K"(2)** |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| _____ | § | |
| | § | |
| **PERTAINS TO:** | § | |
| | § | |
| **INSURANCE CASES** | § | |
| _____ | § | |

## <u>ORDER</u>

**IT IS ORDERED** that plaintiffs Request for Oral Argument be **GRANTED**, that

hearing on the PSLC's Motion to Compel Videotaped Federal 30(b)(6) Deposition be held

before the Honorable Joseph C. Wilkinson, Magistrate, 500 Poydras Street, Rm. B421, New

Orleans, LA, on the _____ day of July, 2007 @ 11:00 a.m.

New Orleans, LA, this _____day of _____, 2007

_____

JUDGE

1