UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| | § | |
| PERTAINS TO:  LEVEE, MRGO | § | |
| | § | |

## ORDER

The United States must make available for inspection and copying the data and/or database compiled by the United States' contractor from Hurricane Katrina claims as soon as practicable.  The United States also must make available for inspection and copying spreadsheets of information regarding the approximately 32,000 Hurricane Katrina claims compiled by the Army Corps of Engineers as soon as practicable.  All such data and information will be treated as "CONFIDENTIAL INFORMATION" pursuant to the Master Protective Order, Record Doc. No. 5393, which is made applicable to these materials.  This Order is an order of a court of competent jurisdiction pursuant to § 552a(b)(11) of the Privacy Act.

New Orleans, Louisiana, this ____ day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. WILKINSON, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE