UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | § | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K" (2)** |
| | § | |
| **PERTAINS TO: INSURANCE** | § | |
| | § | |
| **JOSEPH NEMETH, et al   NO: 07-3078** | § | |
| **LEO WANG, et al          NO: 07-3088** | § | |
| **RYCK SOTO               NO: 07-3079** | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| | § | |

## MOTION FOR EXTENSION OF TIME

Defendant, Allstate Insurance Company and/or Allstate Indemnity Company ("Allstate"), hereby moves for an extension of time within which to respond to the First Supplemental and Amending Complaint on the following grounds:

1. Undersigned counsel only recently received the assignment of this suit by Leo Wang and Shelly Wang against Allstate Insurance Company.

2. Undersigned counsel only received a copy of the First Supplemental and Amending Complaint on June 27, 2007. Counsel needs additional time to make a proper investigation and prepare responsive pleadings.

3. Allstate requests that this Court grant a 20 day extension of time through and including July 19, 2007, within which to file responsive pleadings. The extension will not unduly delay the hearing or determination of this case.

4. Undersigned counsel has left a message at counsel for plaintiffs' office, and faxed and mailed a request for extension of time.  Undersigned counsel has not received any objection to an extension of time from counsel for plaintiff.

5. This motion is the undersigned counsel's first request for extension of time.

>RESPECTFULLY SUBMITTED,
>
>*/s/ Carl T. Schwab*
>**GREGORY J. SCHWAB #21075**
>**CARL T. SCHWAB #21430**
>423 Goode Street
>Houma, Louisiana 70360
>Tel.: 985-223-4457
>e-mail: ctsjag@msn.com
>Attorneys for Allstate Indemnity Company

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing Allstate Insurance Company's Motion for Extension of Time with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Brian J. Eiselen
>beiselen@connicklaw.com
>
>All Counsel
>
>There are no manual recipients listed on the Court's Electronic Mail Notice List.

>*/s/ Carl T. Schwab*
>Carl T. Schwab