UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | §<br>§<br>§<br>§ | **CIVIL ACTION**<br><br>**NO. 05-4182 "K" (2)** |
| **PERTAINS TO:  INSURANCE** | §<br>§ | |
| **JOSEPH NEMETH, et al    NO: 07-3078**<br>**LEO WANG, et al           NO: 07-3088**<br>**RYCK SOTO                   NO: 07-3079** | §<br>§<br>§<br>§ | |
| **VERSUS** | §<br>§ | |
| **ALLSTATE INSURANCE COMPANY**<br>_____ | §<br>§<br>§ | |

## ORDER

Considering the foregoing Motion for Extension of Time:

IT IS ORDERED that **Allstate Insurance Company and/or Allstate Indemnity Company** be and is hereby granted an extension of time, through and including July 19, 2007, within which to respond to the First Supplemental and Amending Complaint.

New Orleans, Louisiana, this _____ day of June 2007.

_____
JUDGE