UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| ALL CASES | § | |
| | § | |
| _____ | § | |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT, through undersigned counsel, comes the PSLC in the above referenced cases, which per Local Rule 7.5 E respectfully moves this Court for an Order granting Leave to file its' Reply Brief to the Defendant United States of America's Memorandum in Opposition to PSLC's Motion to Compel Videotaped Federal 30(b)(6) Deposition, for the following reasons:

1. In its Opposition, the United States asserts that it has fully responded to the PSLC's discovery requests. This in incorrect;

2. The Court relieved the United States of its mandatory Rule 26 disclosures in (CMO 4) based upon the United States's assertions that the IPET website met the compliance requirements;

1

3. The IPET website does not allow public access to the background information upon which the IPET report was based, and the United States has refused to provide the password;

4. The United States produced two hard drives containing 400 gigabytes of information as a fulfillment of its discovery obligations concerning the IPET website. Upon review of these hard drives, it became apparent that the hard drives contain what appears to be a data dump, with no organizational structure;

5. The PSLC is seeking the ability to depose the United States about issues concerning class certification;

**WHEREFORE**, the PSLC prays for the entry of an Order of Leave allowing the filing of Plaintiffs' Reply Brief.

**Respectfully Submitted,**
**APPROVED PLAINTIFFS LIAISON COUNSEL**

　　/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE
　s/ James Parkerson Roy
JAMES PARKERSON ROY (La. Bar # 11511)
MR-GO PSLC LIAISON COUNSEL
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

For
MR-GO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE
Jonathan Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy

**INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar #5486)
INSURANCE PSLC LIAISON COUNSEL
Fayard & Honeycutt, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Tel: (225) 664-4193
Fax: (225) 664-6925
calvinfayard@fayardlaw.com

For

INSURANCE PLAINTIFFS' SUB-GROUP LITIGATION
COMMITTEE
    John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier
Calvin C. Fayard, Jr.

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 5th day of July, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno