## AFFIDAVIT OF CHAD MORRIS

ORLEANS PARISH
STATE OF LOUISIANA

BEFORE ME, the undersigned authority personally came and appeared:

CHAD MORRIS, who having been duly sworn states the following:

1. I am an expert in the filed of surveying and mapping and have been retained by the Plaintiffs' Sub Group Levee Committee and the Plaintiffs' Sub Group MRGO Committee to provide surveying and mapping data relative to pre and post Katrina conditions.

2. In connection with this effort I have familiarized myself with the IPET report and website, both of which identify a huge volume of information obtained by IPET with regard to these same issues.

3. The IPET website advises the availability of what it refers to as "spacial data".

4. This data is described at Volume 9 Appendix "A" of the IPET report, a copy of which is attached. This listing of information clearly reflects that there is data of extreme importance and relevance to the work which the affiant has been asked to provide.

5. Among the data which is necessary for affiant to complete his work, is data describing elevations of sheet pile and flood wall structures that surround the metropolitan area. The LIDAR data to which affiant has access, does not allow affiant to ascertain elevations of sheet pile and flood walls due to the narrow width of those structures.

6. In order for affiant to complete his work it is absolutely necessary that he obtain the elevation of these structures.


EXHIBIT A

7. Other data that is important, is hydrographic data in the vicinity of all breaks in the flood protection system which extend below sea level along with pumping station data.

8. Upon information and beliefs, the hard drives provided by the United States Army Corp of Engineers contains data supplied to a company called CACI. This data was copied by CACI onto these hard drives without regard to organization or source.

9. The IPET website is password protected.

10. While affiant has been advised through counsel that all of the data that is contained on the IPET website is in fact contained on the hard drives, because affiant is not able to locate the required data on the supplied hard drive, it is virtually useless to him.

11. As such, affiant has recommended to counsel that the best way to search for this information would be for the Government to provide the password.

12. Failing that, affiant lists below the simple questions which would be answered by analysis of the data, but which may also be answered with some guidance as to where one might find these answers on the hard-drives.

    a. Please provide Pre-Katrina elevations of the top of flood protection structures around the New Orleans Metropolitan area along with the type of structure.

    b. Please provide hydrographic survey data in the vicinity of all breaches which extend below sea level.

    c. Please provide pump locations along with data relating to their operation before, during and after Hurricane Katrina.

    d. Please provide detailed wind, rain, and wave data for one week prior to and one

week after Katrina.

e. Please provide water height data for areas outside the hurricane protection system for one week prior to and one week after Katrina.

Subscribed and sworn

this 2 day of July, 2007.

David S. Scalia, #21369
Attorney/Notary Public
My Commission Expires at Death