UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | | NO.   05-4182 "K"(2) |
| § | | **JUDGE DUVAL** |
| § | | **MAG. WILKINSON** |
| _____ § | | |
| § | | |
| **PERTAINS TO:** § | | |
| § | | |
| **INSURANCE CASES** § | | |
| _____ § | | |

## ORDER

**IT IS ORDERED** that plaintiffs Request for Oral Argument be **GRANTED**, that hearing on the PSLC's Motion to Compel Videotaped Federal 30(b)(6) Deposition be held before the Honorable Joseph C. Wilkinson, Magistrate, 500 Poydras Street, Rm. B421, New Orleans, LA, on the _____ day of July, 2007 @ 11:00 a.m.

New Orleans, LA, this _____ day of _____, 2007

_____

JUDGE

1