UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| KATRINA CANAL BREACHES | § | CIVIL ACTION |
|---|---|---|
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
|  | § | JUDGE DUVAL |
|  | § | MAG. WILKINSON |
| _____ | § |  |
|  | § |  |
| PERTAINS TO: | § |  |
|  | § |  |
| INSURANCE CASES | § |  |
| _____ | § |  |

## ORDER

**IT IS ORDERED** that plaintiffs' Request for Oral Argument, Record Doc. No. 6290, is DENIED.  Oral argument on the PSLC's Motion to Compel Videotaped Federal 30(b)(6) Deposition is not necessary.  The motion to compel is being ruled on.

New Orleans, LA, this ____6th____ day of ____July____, 2007.

_____
United States Magistrate Judge