UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Montagnet</u>, 06-5115    JUDGE DUVAL
                                             MAG. WILKINSON

## ORDER

The captioned case has recently been referred to me for a preliminary conference. Record Doc. No. 6264. Accordingly, **IT IS ORDERED** that a preliminary conference is hereby **SCHEDULED** in this matter on **AUGUST 6, 2007 at 2:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss scheduling and select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this   5th   day of July, 2007.

                                         JOSEPH C. WILKINSON, JR
                                         UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**