UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br><br>ALL CASES<br>_____ | CIVIL ACTION<br>NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion, Record Doc. No. 6285,

**IT IS ORDERED** that the PSLC's Motion for Leave to File Reply Brief be and is hereby **GRANTED**, thereby allowing the filing of the PSLC's Reply Brief to the Defendant United States of America's Memorandum in Opposition to PSLC's Motion to Compel Videotaped Federal 30(b)(6) Deposition.

This   6th   day of       July       , 2007, at NEW ORLEANS, Louisiana.

_____
United States Magistrate Judge