UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES           § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION                         § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| § | | |
| PERTAINS TO:                                                   § | | |
| LEVEE (06-4634, 06-5042, 06-5116, 06-5118, § | | |
|   06-5127, 06-5128, 06-5131, 06-5132, 06-5134, § | | |
|   06-5137, 06-5140, 06-5142, 06-5163, 06-8708, § | | |
|   07-647, 07-1113 07-1284, 07-1286, 07-1288, § | | |
|   07-1289)                                                         § | | |
| MRGO (06-1885, 06-2268, 06-4024, 07-1073, § | | |
|   07-1285, 07-1271)                                         § | | |
| MRGO/LEVEE (06-4931, 06-5159, 06-5161, § | | |
|   06-5771, 07-206)                                           § | | |
| LEVEE, MRGO, RESPONDER (05-4181)       § | | |
| _____§ | | |

## MOTION TO ENROLL

Trial Attorney Kara K. Miller hereby moves to enroll the appearance of Senior Admiralty Counsel Damon C. Miller on behalf of the United States of America, defendant in the above-noted cases. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

<u>For regular mail delivery:</u>

DAMON C. MILLER
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 14271
Washington, D.C.  20044

<u>For overnight delivery:</u>

DAMON C. MILLER
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
1425 New York Avenue, N.W.
Room 8038
Washington, D.C.  20005

<u>ECF Filing</u>:

damon.miller@usdoj.gov

Dated: July 6, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER, III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ Kara K. Miller
KARA K. MILLER
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202)-616-4448 / (202) 616-5200 (Fax)
Attorneys for the United States

## CERTIFICATE OF SERVICE

      I, Kara K. Miller, hereby certify that on July 6, 2007, I served a true copy of the United States' Motion to Enroll upon all parties by ECF.

                                                s/ Kara K. Miller  
                                                  Kara K. Miller