UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  *  <br> (2) <br> CONSOLIDATED LITIGATION | | CIVIL ACTION NO. 05-4182 "K" |
| PERTAINS TO: <br> ALL INSURANCE | | |
| GWEN BURK WIFE OF/AND <br> WILLIAM BURK | * <br> * <br> * | CIVIL ACTION NO.:  06-7846 |
| versus | * <br> * | SECTION "K" J. DUVAL |
| SCOTTSDALE INSURANCE <br> COMPANY, KATIE HYMEL, <br> AND E&O INSURER | * <br> * <br> * <br> * | MAG/JUDGE  (2) - WILKENSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL**

**NOW INTO COURT**, through undersigned counsel, comes defendant Scottsdale Insurance Company (hereafter "Scottsdale"), who moves this Honorable Court for leave to file a Reply to Plaintiffs' Opposition to defendant's Motion to Compel for reasons set forth below:

Plaintiffs Gwen and William Burk have filed a Memorandum in Opposition to defendant's Motion to Compel which is set for hearing on Wednesday, July 11, 2007.

Plaintiffs have raised an issue in their opposition memorandum which is material to the resolution of this dispute. Scottsdale desires to file the Reply Memorandum attached hereto in response to plaintiffs' Opposition Memorandum and requests that this Court grant leave for the filing of same.

**WHEREFORE,** defendant Scottsdale Insurance Company respectfully requests that this Court grant leave to file a Reply to plaintiffs' Opposition to its Motion to Compel.

    Respectfully submitted,

    **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

    S/ CYNTHIA J. THOMAS
    **KEVIN L. COLE, #4248**
    **CYNTHIA J. THOMAS, #22631**
    **cthomas@gjtbs.com**
    Three Sanctuary Blvd., Suite 301
    Mandeville, LA  70471
    Telephone: 985-674-6680
    Facsimile: 985-674-6681
    **Attorneys for Defendant,**
    **Scottsdale Insurance Company**

## *CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 6th day of July, 2007, served a copy of the foregoing pleading on all counsel for all parties either by:

    (  ) Hand Delivery      (  ) Prepaid U.S. Mail
    (  ) Facsimile      (  ) UPS/Federal Express
    (  ) Certified Mail Return Receipt Requested
    ( X ) Electronic Mail

    s/Cynthia J. Thomas