UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES (2) CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 "K" |
| PERTAINS TO: ALL INSURANCE | | |
| GWEN BURK WIFE OF/AND WILLIAM BURK | * * * | CIVIL ACTION NO.: 06-7846 |
| versus | * * | SECTION "K" J. DUVAL |
| SCOTTSDALE INSURANCE COMPANY, KATIE HYMEL, AND E&O INSURER | * * * * | MAG/JUDGE (2) - WILKENSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the forgoing Motion for Leave;

**IT IS ORDERED** by the Court that defendant Scottsdale Insurance Company is granted leave to file the Reply Memorandum to Plaintiffs Gwen Burk Wife of/and William Burk, a copy of which is attached hereto.

_____
**JUDGE**