## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES      \*       CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION      \*
     \*       SECTION "K"(2)
PERTAINS TO:      \*
ALL INSURANCE      \*

DANNY REBECCA, INC.      \*       CIVIL ACTION
AND MYLOC NGUYEN      \*
          PLAINTIFFS      \*       NO. 06-4808
VS.      \*
     \*       SECTION R, MAG.2
SCOTTSDALE INSURANCE COMPANY      \*
         DEFENDANT      \*
     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Danny Rebecca:

IT IS HEREBY ORDERED that the referenced proceeding, *Danny Rebecca*, Civil Action No. 06-4808, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson, in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this __6th__ day of _____July_____, 2007.

_____
JUDGE