UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: | SECTION "K"(2) |
| C.A. No. 06-5116 (SIMS) | C.A. No. 06-5134 (CHRISTOPHE) |
| C.A. No. 06-5118 (RICHARD) | C.A. No. 06-513 (WILLIAMS) |
| C.A. No. 06-5142 (AUGUSTINE) | C.A. No. 06-5127 (DEPASS) |
| C.A. No. 06-5132 (FERDINAND) | C.A. No. 06-5128 (ADAMS) |
| C.A. No. 06-5131 (BOURGEOIS) | C.A. No. 06-5140 (PORTER) |

## ORDER

Because of a conflict with the Court's schedule,

**IT IS ORDERED** that the Hearing Date for the Government's Rule 12 Motions(s) as ordered to be used in Doc. 5598 is **CONTINUED** from September 5, 2007 **to September 12, 2007** for Notice of Hearings to be used with respect to these motions. **Oral argument will be had at 2:00 p.m. if the Court determines such hearing is necessary.**

New Orleans, Louisiana, this __6th__ day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE