UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO:<br>*Flowers by My Sister and Me* C.A. NO. 06-9246 | SECTION "K"(2) |
| and | |
| FLOWERS BY MY SISTER & ME, LLC | CIVIL ACTION |
| VERSUS | NO. 06-9246 |
| ZURICH AMERICAN INS. CO., ET AL. | SECTION "K"(2) |

**ORDER**

A Motion to Bifurcate (Doc. 6177) in the above-referenced matter erroneously was filed into *In Re Katrina Canal Breaches Consolidated Cases,* C.A. No. 05-4182 and granted by an Order docketed as Document No. 6261. This case has not been consolidated in this matter making the granting of such order and error. Accordingly,

**IT IS ORDERED** that that Order (Doc. No. 6261) is **VACATED.**

Furthermore the above-captioned matter was transferred to the undersigned based on the representation to the transferring court that plaintiff's premises was damaged as the result of a canal breach and that the defendant is relying on a Water Damage Exclusion as a defense to plaintiff's claim under the all-risk policy involved. However, the Court has reviewed the petition and finds no allegation by plaintiff seeking coverage for water damage caused by the breach of a canal. Accordingly,

**IT IS ORDERED** that plaintiff amend its petition to allege with specificity that it seeks coverage under an All-Risk Policy for water damage allegedly caused by a canal breach **no later than Monday, August 10, 2007**.  **Failure to amend will result in this case being returned to Judge Barbier for purposes of trial and preclude any claim that the water damage exclusion in the all-risk policy at issue in inapplicable for damages caused by a levee breach.**

New Orleans, Louisiana, this __6th__ of July, 2007.

```
                                        STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT COURT JUDGE
```