UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | | |
| | | |
| PERTAINS TO: | | |
| ALL INSURANCE | | |
| | | |
| GWEN BURK WIFE OF/AND | * | CIVIL ACTION NO.: 06-7846 |
| WILLIAM BURK | * | |
| | * | |
|    versus | * | SECTION "K" J. DUVAL |
| | * | |
| SCOTTSDALE INSURANCE | * | MAG/JUDGE (2) - WILKENSON |
| COMPANY, KATIE HYMEL, | * | |
| AND E&O INSURER | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Gwen Burk wife of/and William Burk:

IT IS HEREBY ORDERED that the referenced proceeding, *Gwen Burk wife of/and William Burk v. Scottsdale Insurance Company, et al*, Civil Action No. 06-7846, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson, in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this  6th  day of _____July_____, 2007.

_____
JUDGE