THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO: | * | |
| ALL INSURANCE | * | |
| | * | |
| ABDUL R. KHAN d/b/a | * | CIVIL ACTION NO.: 06-4571 |
| YASEEN SHELL STATION | * | |
| | * | |
| versus | * | SECTION "K" J. DUVAL |
| | * | |
| SCOTTSDALE INSURANCE | * | MAG/JUDGE (2) - WILKINSON |
| COMPANY | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claims of Abdul R. Khan d/b/a Yaseen Shell Station:

IT IS HEREBY ORDERED that the referenced proceeding, Abdul R. Khan d/b/a Yaseen Shell Station, Civil Action No. 06-4571, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson, in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this __6th__ day of _____July_____, 2007.

_____
JUDGE