UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  　　　　CIVIL ACTION
  　　CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K" (2)

PERTAINS TO:  LEVEE, MRGO  　　　　　　JUDGE DUVAL
　　　　　　　　　　　　　　　　　　　　　　MAG. WILKINSON

## ORDER

Having considered the written submissions of counsel, the record and the applicable law,

**IT IS ORDERED** that Defendants' Motion for Rule 16(b) Relief, Record Doc. No. 6081, is hereby **GRANTED** as follows:

The deadline by which <u>both</u> sides must identify with finality the five expert witnesses - no more than five per side in the Levee case category and no more than five per side in the MRGO case category - who may be called to testify at the class certification hearings is **July 20, 2007**. Thereafter, <u>no</u> expert witnesses will be permitted to testify at the class certification hearings other than those five per side per case category identified by that date.

New Orleans, Louisiana, this 5th day of July, 2007.

　　　　　　　　　　　　　　　　　　　STANWOOD R. DUVAL, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE