UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: *Allen*  C.A. No. 06-8707 | SECTION "K"(2) |

## ORDER

Having been apprised by Cora Rayford, one plaintiff in the above-captioned matter, that she and her son no longer wish to prosecute this case and having obtained the assent of plaintiffs' counsel,

**IT IS ORDERED** that this case is **DISMISSED with prejudice with each party to bear its/his/her own costs.**

New Orleans, Louisiana, this __6th__ day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE