UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTON** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K"(2)** |
| | § | |
| **PERTAINS TO:** | § | **JUDGE DUVAL** |
| | § | |
| **INSURANCE:** *Flake*, **06-8244** | § | **MAG. WILKINSON** |

## ORDER DISMISSING WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

New Orleans this __6th__ day of _____July_____, 2007.

_____
UNITED STATES DISTRICT JUDGE