MINUTE ENTRY
DUVAL, J.
July 5, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Xavier University,* C.a. No. 06-516 | SECTION "K"(2) |

     Attending a status conference was held this date to discuss Motions for Partial Summary Judgment filed by Xavier University Regarding Burden of Proof (Doc. 5847), Regarding Collateral Source (Doc. 5850) and Regarding Retroactivity of Act 813 (Doc. 5851) were:

     Seth Schmeeckle

     Joe Bruno and

     Jim Garner.

Also discussed was the intent of Plaintiffs' Liaison Counsel to file similar motion(s) with respect to a State Farm case not stayed under this umbrella. Accordingly,

     **IT IS ORDERED** that the following schedule shall apply to the filing and briefing of the the aforementioned motions:

| | |
|---|---|
| August 7, 2007 | Plaintiffs shall file tandem motion(s) in a single State Farm case. |
| August 21, 2007 | Defendants shall file their Opposition Memoranda thereto, their Opposition Memoranda to the Xavier motions, as well as a single amicus brief on behalf of non-party insurance defendants to these motions. |
| August 28, 2007 | Plaintiffs shall file their Reply Brief(s) |
| September 12, 2007 | Special Hearing Date for Notice of Hearings to be used with respect to these motions. **Oral argument will be had at 2:00 p.m. if the Court determines such hearing is necessary.** |

**IT IS FURTHER ORDERED** that the hearing on the Motions for Partial Summary Judgment filed by Xavier University Regarding Burden of Proof (Doc. 5847), Regarding Collateral Source (Doc. 5850) and Regarding Retroactivity of Act 813 (Doc. 5851) are **CONTINUED** to **September 12, 2007 at 2:00 p.m.**

New Orleans, Louisiana, this __6th__ day of July, 2007.

　　　　　　　　　　　　　　　　　　　　**STANWOOD R. DUVAL, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**