

tabbies®

EXHIBIT

A