# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
PONTCHARTRAIN BAPTIST CHURCH et al.
LEVEE        (06-6642)

## DECLARATION

I, Peter Gerica, declare as follows:

1. I am of full age and majority, and I am competent to make this declaration.

2. I am the President of the Lake Pontchartrain Fisherman's Association ("Association") and have held that position for 19 years.

3. Before becoming President, I was a commercial fisherman operating a fishing boat from a slip on the 17th Street Canal. My boat was part of the "Bucktown fleet." The fleet boats were moored on the 17th Street Canal.

4. Before and up to August 28, 2005, the Association leased boat slips on the 17th Street Canal to its members for mooring their shrimping, crabing, and fishing boats.

5. As far back as 1986, the boat slips were located on the Jefferson Parish shore of the Canal, north and south of the Old Hammond Highway "Bucktown" Bridge.

6. Until August 28, 2005, fishermen placed crab nets in the 17th Street Canal waters both north and south of the bridge.



7. The Association's members sold their fish, crabs, and shrimp to restaurants, suppliers, and the general public.

8. Sometime in 1986, work began to widen the canal. Sometime in 2002, work began on the Bucktown Bridge over the 17th Street Canal.

9. I saw cranes, dredges, pile drivers, barges, and other construction equipment used to widen the canal work on the bridge brought in through Lake Pontchartrain and moored on both sides of the bridge.

10. During the work on the bridge, the contractor pulled up the old bridge pilings and replaced them with longer concrete bridge piers.

11. As of August 29, 2005, work on the bridge seemed not finished because construction equipment was still near and around the bridge.

12. Up until August 29, 2005, the Association's members use the boat slips on the 17th Street Canal for commercial fishing.

13. After Katrina, some Association members learned that their fishing boats were in a debris pile near the bridge.

14. A barge with a large bucket crane was floated into the Canal to remove the debris pile and destroyed boats by breaking them into pieces and removing the pieces from the Canal.

15. Since August 29, 2005, the Association's members do not have a safe place to moor their boats.

16. The destruction of the slips, the fishing boats, and having no place to moor caused severe financial loss to the Bucktown fleet's fishermen.



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and based on my personal knowledge and observations. Executed this 15th day of January, 2007.

*PETER GERICA*
President, Lake Pontchartrain Fishermen's Association

③