

PLAINTIFFS' EXHIBIT B

