UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   *   CIVIL ACTION NO. 05-4182 "K" (2)

CONSOLIDATED LITIGATION

PERTAINS TO:
ALL INSURANCE

| | | |
|---|---|---|
| GWEN BURK WIFE OF/AND WILLIAM BURK | * | CIVIL ACTION NO.: 06-7846 |
| versus | * | SECTION "K" J. DUVAL |
| SCOTTSDALE INSURANCE COMPANY, KATIE HYMEL, AND E&O INSURER | * | MAG/JUDGE (2) - WILKENSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the forgoing Motion for Leave, Record Doc. No. 6305,

**IT IS ORDERED** by the Court that defendant Scottsdale Insurance Company is granted leave to file the Reply Memorandum to Plaintiffs Gwen Burk Wife of/and William Burk, a copy of which is attached hereto.

_____
United States Magistrate Judge