UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE: <u>Burk</u>, C.A. No. 06-7846 | JUDGE DUVAL<br>MAG. WILKINSON |

## <u>ORDER ON MOTION</u>

APPEARANCES:  None (on the briefs)

MOTION:  Defendant's Motion to Compel Discovery Responses, Record Doc. No. 5545

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART. Plaintiff's objections that the subject discovery is prohibited by Fed. R. Civ. P. 26(d) or otherwise premature are unavailing at this date and in these circumstances. This case is governed by Case Management Order No. 4, which has specifically permitted discovery concerning individual claims involving individual adjusting and coverage issues – like the discovery that is the subject of this motion – to proceed as of March 1, 2007, without need for further Rule 26(f) conferences. Record Doc. No. 3299 (CMO No. 4 at ¶ VII). Accordingly, IT IS ORDERED that the motion is granted in part in that plaintiffs must provide answers to the subject interrogatories and responses to the subject requests for production, together with the production of responsive materials, no later than July 23, 2007.

The motion is denied insofar as it seeks an award of fees and expenses at this time. The subject discovery was originally submitted at a time when it was prohibited by Fed. R. Civ. P. 26(d). Since that time (and about six weeks <u>after</u> CMO No. 4 was entered), the

individual case has been sucked into the vortex of the captioned consolidated litigation. Under these circumstances, no sanctions award will be made at this time.

New Orleans, Louisiana, this __6th__ day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE