UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO.   05-4182 "K"(2)** |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| _____ | § | |
| | § | |
| **PERTAINS TO:** | § | |
| | § | |
| **LEVEE and MRGO** | § | |
| | § | |
| _____ | § | |

**LEVEE and MRGO PLAINTIFFS' MOTION TO WITHDRAW RESPONSES TO MRGO AND LEVEE REQUESTS FOR ADMISSIONS AND FOR LEAVE TO AMEND SAID RESPONSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36(b) WITHIN TEN DAYS**

NOW INTO COURT, come the MRGO and Levee Plaintiffs and respectfully move this Honorable Court for an Order that matters in the MR-GO and Levee defendants Class Certification Requests for Admissions that were deemed admitted by the passage of the May 30, 2007 deadline be withdrawn and that plaintiffs further be granted leave to amend their responses to the Requests for Admission within ten (10) days, all in accordance with law and for the reasons as more fully set forth in the accompanying Memorandum in Support.

                                                               **Respectfully Submitted,**

                                                               **APPROVED PLAINTIFFS LIAISON COUNSEL**
                                                                    /s/ Joseph M. Bruno
                                                               JOSEPH M. BRUNO (La. Bar # 3604)
                                                               PLAINTIFFS LIAISON COUNSEL
                                                               Law Offices of Joseph M. Bruno
                                                               855 Baronne Street
                                                               New Orleans, Louisiana 70113
                                                               Telephone: (504) 525-1335
                                                               Facsimile: (504) 561-6775
                                                               Email: jbruno@jbrunolaw.com

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 9th day of July, 2007.

                                                    /s/ Joseph M. Bruno

                                                    Joseph M. Bruno