UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE and MRGO | § | |
| | § | |
| _____ | § | |

### LEVEE and MRGO PSLCS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION TO WITHDRAW RESPONSES TO MRGO AND LEVEE REQUESTS FOR ADMISSIONS AND FOR LEAVE TO AMEND SAID RESPONSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36(b) WITHIN TEN DAYS

   **NOW COME** the Levee and MRGO PSLCs who move for expedited consideration of their Motion to Withdraw Responses to MRGO and Levee Requests for Admissions and For leave to Amend Said Responses Pursuant to Federal Rule of Civil Procedure 36(b) within Ten days for the reason that the issues raised by this motion are intertwined with the issues to be orally argued on July 18, 2007 in connection with Defendants' Motion to Compel Answers to MRGO Defendants' First Set of Joint Class-Certification Interrogatories, to Compel Production of Documents, and to Declare Requests for Admissions Admitted and Objections Waived; more particularly, the Defendants have requested issuance of an order and have submitted briefing in

1

support by which Plaintiffs responses are deemed admitted and pursuant to F.R.C.P., Rule 33, the Plaintiffs' Motion to Withdraw is the proper procedural means to reply and seel relief.

Plaintiffs further request oral argument on the Motion to Withdraw.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

      /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For
LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 9th day of July, 2007.

/s/ Joseph M. Bruno

Joseph M. Bruno