UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE and MRGO | § | |
| | § | |
| _____ | § | |

## ORDER

   Considering the Motion for Expedited Consideration,

   IT IS ORDERED that the LEVEE AND MRGO PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION TO WITHDRAW RESPONSES TO MRGO AND LEVEE REQUESTS FOR ADMISSIONS AND FOR LEAVE TO AMEND SAID RESPONSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36(b) WITHIN TEN DAYS be and the same is hereby granted. Accordingly, Plaintiffs Motion to Withdraw etc. is hereby set for hearing with oral argument at 11 a.m. July 18, 2007. Defendants have until the _____ day of July, 2007 to file its response.

   This _____ day of _____, 2007, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE