UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
       CONSOLIDATED LITIGATION
                                          NO.: 05-4182

                                          SECTION "K" (2)


FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE
_____

### LEVEE PLSC'S MOTION FOR LEAVE TO DEPOSE
### LT. GEN. ELVIN R. HEIBERG, III (USACE, RET'D.)

**NOW INTO COURT,** through undersigned counsel, comes the Levee PLSC, which pursuant to Fed.R.Civ.P. 26 (d) (2) respectfully moves this Honorable Court for an Order granting it leave to take the oral deposition of Lt. Gen. Elvin R. Heiberg, III , USACE (Ret'd.) before the July 23, 2007 date established by CMO No. 4, § IV (D)(2) for the commencement of

common liability issues fact depositions.

                    RESPECTFULLY SUBMITTED:

                    LEVEE LITIGATION GROUP

                    BY:   s/Joseph M. Bruno
                    Joseph M. Bruno (#3604)
                    The Law Office of Joseph M. Bruno
                    855 Baronne Street
                    New Orleans, Louisiana 70113
                    Telephone: (504) 525-1335
                    Facsimile:(504) 581-1493
                    E-Mail:jbruno@brunobrunolaw.com
                    Plaintiffs' Liaison Counsel

                    -and-

                    GERALD E. MEUNIER (La. Bar #9471)
                    Gainsburgh, Benjamin, David, Meunier &
                    Warshauer, L.L.C.
                    2800 Energy Centre
                    1100 Poydras Street
                    New Orleans, Louisiana 70163-2800
                    Phone:504/522-2304
                    Facsimile:504/528-9973
                    E-mail:gmeunier@gainsben.com
                    Levee PSLC Liaison Counsel

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants:

                    s/Joseph M. Bruno
                    JOSEPH M. BRUNO #3604