UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

___

**NOTICE OF HEARING OF THE LEVEE PLSC'S MOTION FOR LEAVE TO DEPOSE
LT. GEN. ELVIN R. HEIBERG, III, USACE (RET'D.)**

**PLEASE TAKE NOTICE** that the Levee PLSC, on Wednesday, July 25, 2007 at 11:00 o'clock a.m. at the United States District Courthouse, Court Room B421, 500 Camp Street, New Orleans, Louisiana, and before U.S. Magistrate Judge Joseph C. Wilkinson, Jr., will bring on for hearing its Motion for Leave to Depose Lt. Gen. Elvin R. Heiberg, III, USACE (Ret'd.).

Please be advised that the Levee PLSC will, by separate motion. seek an expedited hearing of this motion.

RESPECTFULLY SUBMITTED:

LEVEE LITIGATION GROUP

BY:   s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@brunobrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel
