UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

### ORDER GRANTING THE LEVEE PLSC'S MOTION FOR LEAVE TO DEPOSE LT. GEN. ELVIN R. HEIBERG, III, USACE (RET'D.)

Considering the above and foregoing Motion, **IT IS ORDERED** that the Levee PLSC be and hereby is **GRANTED** leave to depose Lt. Gen. Elvin R. Heiberg, III, USACE (Ret'd.) on or before July 23, 2007.

New Orleans, Louisiana, this _____ day of July, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**