UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

_____

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING
OF THE LEVEE PLSC'S MOTION FOR LEAVE TO DEPOSE
LT. GEN. ELVIN R. HEIBERG, III, USACE (RET'D.)**

**MAY IT PLEASE THE COURT:**

The Levee PLSC seeks to obtain the deposition testimony of Lt. Gen. Elvin R. Heiberg, III, USACE (Ret'd.) while he is in New Orleans on July 19-20, 2007 in connection with a change of command ceremony.   While this discovery is timely in connection with class

certification,[1] and the United States' consent is not needed for that purpose, the United States has nevertheless objected. The Levee PLSC notes that this discovery might be considered premature common liability discovery,[2] and the date on which common liability fact depositions may first be noticed is four days *after* the Levee PLSC's brief is due in opposition to the United States' prospective Rule 12 motion.[3] Lastly, the Court's next regular motion hearing date (for U.S. Magistrate Judge Wilkinson) is Wednesday, July 25, 2007.

The Levee PLSC needs this testimony in connection with both class certification and the pending Rule 12 motion. It cannot obtain this testimony because the United States does not consent, and the earliest day a common liability fact deposition may be noticed – July 23, 2007 – is the same day the Levee PLSC's brief opposing the Rule 12 motion must be filed. Because the Court's next regular discovery motion hearing date is Wednesday, July 25, 2007 at 11:00 o':clock a.m., two days after the Levee PLSC's Rule 12 brief is due (and five days after Lt. Gen. Heiberg's visit to New Orleans will end), the Levee PLSC suggests that an expedited hearing of its motion for leave to depose Lt. Gen. Heiberg should be granted.

---

[1] *See* CMO No. 4, § III ( C ) which directs that class certification fact witness depositions be completed before Friday, July 27, 2007.

[2] *See* CMO No. 4, § IV (D)(2) which directs that common liability issue fact depositions cannot be taken before Friday, July 27, 2007.

[3] The June 15, 2007 Order (Document # 5584) requires the United States to submit its Rule 12 Motions to Dismiss on Monday, July 9, 2007, and requires the Levee PLSC's opposition brief be filed on Monday, July 23, 2007.

RESPECTFULLY SUBMITTED:

LEVEE LITIGATION GROUP

BY:   s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@brunobrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel