UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE: C.R. PITTMAN CONSTRUCTION COMPANY, INC. (07-2771) | | § § § § | |

### C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S REQUEST FOR TRIAL BY JURY PURSUANT TO RULE 38(b)

NOW INTO COURT, through undersigned counsel, comes plaintiff, C.R. Pittman Construction Company, Inc. (hereinafter, "CRPCCI"), who respectfully requests an Order pursuant to Rule 38(b) of the Federal Rules of Civil Procedure granting CRPCCI's demand for trial by jury on all issues triable of right by jury originally set forth in its Complaint.

Respectfully submitted:

*/s/ Gerald A. Melchiode*
_____
GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40TH Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
COUNSEL FOR PLAINTIFF, C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of same will be mailed to all non-CM/ECF participating counsel.

*/s/ Gerald A. Melchiode*
_____

2