UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | **NO.: 05-4182 "K"(2)** |
| § | **JUDGE DUVAL** |
| § | **MAG. WILKERSON** |
| § | |
| § | |
| **PERTAINS TO:** § | |
| **LEVEE:** § | |
| **C.R. PITTMAN CONSTRUCTION COMPANY, INC.** § | |
| **(07-2771)** § | |

## ORDER

Considering the foregoing Request for Trial by Jury:

IT IS ORDERED that C.R. Pittman Construction Company, Inc.'s (hereinafter, "CRPCCI") Request for Trial by Jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure on all issues triable of right by jury originally set forth in its Complaint, is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
J U D G E