# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE | § | |
| | § | |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, | § | |
| 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, | § | |
| 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, | § | |
| 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, | § | |
| 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, | § | |
| 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, | § | |
| 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, | § | |
| 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, | § | |
| 07-1288, 07-1289 | § | |
| _____ | § | |

**THE UNITED STATES' MOTION TO DISMISS COUNTS I– III AND V–VII OF THE SUPERSEDING MASTER CONSOLIDATED CLASS ACTION COMPLAINT AND TO STRIKE THE REMAINING COUNTS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and12(h)(3), Defendant United States of America hereby moves this Court for an Order dismissing Counts I– III and V–VII of the Superseding Master Consolidated Class Action Complaint for lack of subject matter jurisdiction and striking the remaining Counts.  The grounds for this motion are more fully set forth in the accompanying memorandum of law in support.

WHEREFORE, for these reasons and the reasons more fully set forth in the United

States' memorandum of law in support, the United States prays that this Court grant its motion to

dismiss Counts I– III and V–VII of the Superseding Master Consolidated Class Action Complaint

for lack of subject matter jurisdiction and to strike the remaining Counts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

/s/ Robin D. Smith_____
ROBIN D. SMITH
Senior Trial Counsel
CATHERINE J. FINNEGAN
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202)-616-4916 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated:  July 9, 2007

<u>CERTIFICATE OF SERVICE</u>

I, Robin D. Smith, hereby certify that on July 9, 2007, I served a true copy of the United

States' Motion to Dismiss, Memorandum in support, and Notice of Hearing on all parties by

ECF.


/s/ Robin D. Smith
ROBIN D. SMITH