UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE | § | |
| | § | |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, | § | |
| 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, | § | |
| 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, | § | |
| 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, | § | |
| 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, | § | |
| 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, | § | |
| 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, | § | |
| 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, | § | |
| 07-1288, 07-1289 | § | |
| | § | |

**NOTICE OF HEARING**

To:     All Parties Through Their Counsel of Record

PLEASE TAKE NOTICE that the United States hereby requests Oral Argument on its Motion to Dismiss Counts I–III and V–VII of the Superseding Master Consolidated Class Action Complaint and to Strike the Remaining Counts.  If the Court determines that Oral Argument on the Motion to Dismiss is necessary, it shall take place before the Honorable Stanwood R. Duval, Jr., United States District Judge, at the United States Courthouse at 500 Poydras Street,

New Orleans, LA, on the 16th of August, at 2 p.m.  This is a special setting previously ordered by the Court.  (Docket No. 5584).

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        /s/ Robin D. Smith
        ROBIN D. SMITH
        Senior Trial Counsel
        CATHERINE J. FINNEGAN
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202)-616-4916 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated:  July 9, 2007