UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) CIVIL ACTION NO. 05-cv-4182 ) |
| | ) SECTION "K" |
| VERSUS | ) Judge Stanwood R. Duval, Jr. |
| | ) |
| PERTAINS TO: INSURANCE | ) MAG. 2 |
| *Edna Gordon* | ) Magistrate Judge Joseph C. Wilkinson, Jr. |
| No. 06-cv-4920 | ) |

## MOTION TO ENROLL

NOW INTO COURT, through undersigned counsel, comes defendant, Lexington Insurance Company, who moves this Honorable Court for an Order enrolling Kelley W. Strain of the law firm Gieger, Laborde & Laperouse, L.L.C., as co-counsel of record on its behalf in this matter.

Respectfully Submitted,

/s/ Robert I. Siegel
ROBERT I. SIEGEL, ESQUIRE (#12063)
ALISTAIR M. WARD, ESQUIRE (#24693)
KELLEY W. STRAIN, ESQUIRE (#30307)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
*Counsel for Defendant*
*Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Scott G. Wolfe, Jr
The Wolfe Law Offices, L.L.C.
4821 Prytania St.
New Orleans , LA  70115
  *Counsel for Plaintiff Edna Gordon*

s/ Robert I. Siegel
ROBERT I. SIEGEL
