UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) | CIVIL ACTION NO. 05-cv-4182 |
| VERSUS | ) ) ) | SECTION "K" Judge Stanwood R. Duval, Jr. |
| PERTAINS TO: INSURANCE *Edna Gordon* No. 06-cv-4920 | ) ) ) | MAG. 2 Magistrate Judge Joseph C. Wilkinson, Jr. |

## ORDER

Considering the foregoing Motion to Enroll,

IT IS ORDERED that the Motion be GRANTED, and that Kelley W. Strain of the law firm Geiger, Laborde & Laperouse, L.L.C., is hereby enrolled as co-counsel for defendant, Lexington Insurance Company, and is granted permission to appear and participate in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE