UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | §<br>§<br>§<br>§ | **CIVIL ACTION**<br><br>**NO. 05-4182 "K" (2)** |
| **PERTAINS TO:  INSURANCE** | §<br>§ | |
| **JOSEPH NEMETH, et al    NO: 07-3078**<br>**LEO WANG, et al           NO: 07-3088**<br>**RYCK SOTO                  NO: 07-3079** | §<br>§<br>§ | |
| **VERSUS** | §<br>§ | |
| **ALLSTATE INSURANCE COMPANY**<br>_____ | §<br>§<br>§ | |

## ORDER

Considering the foregoing Motion for Extension of Time:

IT IS ORDERED that **Allstate Insurance Company and/or Allstate Indemnity Company** be and is hereby granted an extension of time, through and including July 19, 2007, within which to respond to the First Supplemental and Amending Complaint.

New Orleans, Louisiana, this  10th  day of July 2007.

_____
JUDGE