UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Roy*     C.A. No. 07-1845 | SECTION "K"(2) |

## ORDER

This Court ordered Diane Roy to discuss the matter of future representation in person in Court on June 13, 2007. Ms. Roy did not appear, and there has been no filing made by her. As such, the Court finds that pursuant to Fed. R. Civ. P. 41(b) this matter must be dismissed for the failure of plaintiff to prosecute this suit and to comply with the orders of this Court. Accordingly,

**IT IS ORDERED** that judgment shall be entered in favor of defendant Lexington Insurance Company and against plaintiff Diane Roy dismissing this matter with prejudice.

New Orleans, Louisiana, this  10th   day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE