UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: *Roy*     C.A. No. 07-1845 | SECTION "K"(2) |

## JUDGMENT

Considering the foregoing Order,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that judgment shall be entered in favor of defendant Lexington Insurance Company and against plaintiff Diane Roy dismissing this matter with prejudice.

New Orleans, Louisiana, this  10th  day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE