UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE: 06-6642 | * | |
| (PONTCHARTRAIN BAPTIST CHURCH) | * | MAGISTRATE WILKINSON |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**May it please the Court:**

In opposition to Plaintiffs' Motion for Leave to file a second amended complaint, Gulf Group, Inc. submits the following memorandum. The arguments set forth herein below are supplemental to those arguments made by the various other current and/or previously dismissed defendants in opposition to plaintiff's motion.

Having reviewed the subject motion, memorandum and proposed pleadings, it is abundantly clear that the so-called "Second Amended Complaint" amounts to a Motion for New Trial on the issue of admiralty jurisdiction in disguise. With the exception of a few allegations against contractor defendants other than Gulf Group, Inc., who were dismissed on grounds of state law preemption, the subject pleadings aver nothing more than the same contentions already rejected by this Court on the question of admiralty jurisdiction. The motion should be denied as moot. It raises no issue upon which the Court may reasonably rely in reconsideration of its well founded Judgment previously rendered.

Gulf Group, Inc. was not dismissed on grounds of preemption. The allegations of the proposed pleading are scrutinized by this defendant from the perspective of a current

- 1 -

defendant whose interest in the instant motion stems from the potential prospective impact of the amendment on substantive issues of subject matter jurisdiction only. From that perspective, it is submitted that plaintiffs' proffered amendment is an effort to re-package arguments favoring admiralty jurisdiction without doing anything to address the Court's thoroughly considered ruling on this subject. The amended complaint being a substantive nullity, there is little reason for the Court to grant plaintiffs' procedural request for leave that it may be filed.

For the foregoing reasons, among others submitted by the various defendants herein, Plaintiffs' motion should be denied.

RESPECTFULLY SUBMITTED,

GLENN B. ADAMS (Bar No. 2316)
JAMES ERIC JOHNSON (Bar No. 23800)
MICHAEL W. COLLINS (Bar No. 29129)
CHARLES L. CHASSAIGNAC, IV (#20746)
BRYAN J. HAYDEL, Jr. (Bar No. 27500)
ELEANOR W. WALL (Bar No. 29695)
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8920 Telephone
(225) 383-7900 Facsimile
Attorneys for Gulf Group, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and forgoing has been served upon the members of the Levee Litigation Group by electronic means and/or United States Mail, this _10th_ day of July, 2007.

Glenn B. Adams