UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K"(2) |
| PERTAINS TO: * | | |
| INSURANCE MASTER CLASS ACTION* | | |
| CONSOLIDATED COMPLAINT * | | |
| * | | |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION AND INCORPORATED MEMORANDUM FOR THE PURPOSE OF TEMPORARILY LIFTING OF STAY ORDER AND DISMISSAL OF THE CLAIMS OF <u>JOHN PLATZ WITH PREJUDICE</u>**

**NOW INTO COURT**, comes plaintiff John Platz, and defendant, Hartford Insurance Company of the Midwest ("Hartford") who respectfully aver as follows:

I.

John Platz was included as a named plaintiff in the Insurance Master Class Action Consolidated Complaint filed on March 15, 2007, and he asserted various claims against his homeowner insurer, Hartford, arising out of Hurricane Katrina and Hartford's subsequent handling of his claim. [Doc. 3413 and 3413-2].

II.

By virtue of this Court's Order dated March 16, 2007 [Doc. 3426], the Insurance Master Class Action Consolidated Complaint is stayed.[1]

---

[1] Platz is ***not*** a named plaintiff in the *Chehardy*, *Vanderbrook*, or *Xavier* matters which are the subject of that certain stay order issued on February 28, 2007, by the United States Court of Appeals for the Fifth Circuit.

1

III.

Platz and Hartford represent that they have amicably resolved their disputes. Platz further acknowledges receipt of adequate settlement funds from Hartford.

IV.

Accordingly, Platz and Hartford jointly move this Court for entry of an order to (1) temporarily lift the stay of the Insurance Master Class Action Consolidated Complaint with respect to Hartford solely for the limited purpose of addressing this motion and (2) dismiss with prejudice and at each party's cost all of the claims of John Platz against Hartford, including without limitation their claims arising under his policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

**WHEREFORE**, John Platz and Hartford pray that this Court enter an order which temporarily lifts the stay of the Insurance Master Class Action Consolidated Complaint with respect to Hartford solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of the claims of John Platz against Hartford, including without limitation their claims arising under his policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling.

    Respectfully submitted,

    s/Joseph M. Bruno
    **Joseph M. Bruno, T.A., La. Bar # 3604**
    **Plaintiffs' Liaison Counsel**
    Bruno & Bruno
    855 Baronne Street
    New Orleans, LA 70113
    Telephone: (504) 525-1335
    Facsimile: (504)581-1493
    E-Mail:    jbruno@brunobrunolaw.com

**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:      rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of July 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Joseph M. Bruno

/s/ Ralph S. Hubbard