UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION        * | | |
|                                 * | | SECTION "K"(2) |
| PERTAINS TO:                   * | | |
| INSURANCE MASTER CLASS ACTION  * | | |
| CONSOLIDATED COMPLAINT         * | | |
|                                 * | | |
|                                 * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for the Purpose of Temporarily Lifting of Stay Order and Dismissal of Claims of John Platz With Prejudice filed by John Platz and Hartford Insurance Company of the Midwest;

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order dated March 16, 2007 [Doc. 3426] is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for the Purpose of Temporarily Lifting of Stay Order and Dismissal of Claims of John Platz With Prejudice filed by John Platz and Hartford Insurance Company of the Midwest and that the order remains in effect for all other purposes;

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of John Platz asserted in the Insurance Master Class Action Consolidated Complaint, including without limitation Platz's claims arising under his policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling

2

against Hartford Insurance Company of the Midwest are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

```
                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE
```