UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |
| PERTAINS TO: | * | |
| LEVEE, NO. 06-6642 | * | JUDGE DUVAL |
| PONTCHARTRAIN BAPTIST CHURCH | * | |
| | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**BOH BROS. CONSTRUCTION CO., L.L.C.'S MEMORANDUM IN OPPOSITION
TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**MAY IT PLEASE THE COURT**:

Boh Bros. Construction Co., L.L.C. ("Boh Bros.") objects to this proposed filing, although Boh Bros. must point out that in view of Judge Duval's ruling issued on June 29, 2007, Record Document No. 6175, in which he ruled that there is no admiralty jurisdiction pertaining to the claims against various contractors and/or engineers involving the 17th Street Canal, and in which he also granted the Motions to Dismiss filed by such various parties on the grounds of peremption, thus essentially dismissing them from the case, this motion should be deemed moot. As moving counsel has repeatedly stressed, this particular claim, the one involving Pontchartrain Baptist Church, is based solely on admiralty jurisdiction, which Judge Duval has now ruled does not exist. It thus seems entirely moot, but to the extent any response is necessary, Boh Bros.

must object to the filing of any such pleadings that continue to assert admiralty jurisdiction involving the 17th Street Canal.

Moreover, Boh Bros. points out to the Court that the allegations appear to be tied to various bridge construction projects. Boh Bros. was not involved in any of these bridge construction projects. Absent some legitimate evidence so indicating, Boh Bros. must object to any further pleadings in which it is shown as a party. Specifically, it is alleged that Boh Bros. performed some unspecified bridge construction work in the 17th Street Canal in 2003 where, as here, there is absolutely no evidence whatsoever to support this allegation. Counsel for Pontchartrain Baptist made it very clear to this Court during the last oral argument on these issues in stating that he, on behalf of his plaintiffs, would not be asserting new causes of action against any party, but wanted to merely clean up his pleadings and try to invoke admiralty jurisdiction where, as here, there exists no admiralty jurisdiction. Boh Bros. strenuously objects to the filing of the plaintiff's Second Amended Complaint where, as here, plaintiffs are raising new construction projects that have never been raised by any other party in the entirety of the umbrella of these Katrina levee breach cases.

Boh Bros. must lastly point out that it seems highly unusual to be filing an opposition, or pleadings of any kind, when it has already been dismissed, but does so only out of an abundance of caution.

For these reasons, the Motion for Leave to File the Second Amended Complaint in the above-referenced matter should be denied.

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: /s/ *Charles B. Colvin*

Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana  70170-3300
Telephone: (504) 581-3300
Facsimile:  (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

AND

Terrence L. Brennan (#3434)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, La   70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-4005
*Attorneys for Boh Bros. Construction Co., L.L.C.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of July, 2007, I electronically filed the foregoing Memorandum in Opposition to the Motion for Leave to File the Second Amended Complaint with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the non-CM/ECF participants.

/s/ *Charles B. Colvin*