UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE, Xavier, 06-516 | SECTION "K" (2) |

### ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiff's Motion to Continue Defendant's Motion to Compel, Record Doc. No. 6271

O R D E R E D:

 XXX : DENIED. The motion to compel will be decided on the schedule previously set.

New Orleans, Louisiana, this 10th day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE