UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE AND MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

**IT IS ORDERED** that Plaintiffs' (1) Motion for Expedited Consideration of their Motion to Withdraw Responses to MRGO and Levee Requests for Admissions and for Leave to Amend Said Responses Pursuant to Fed. R. Civ. P. 36(b) Within Ten Days, and (2) Request for Oral Argument, Record Doc. No. 6375, are hereby GRANTED. **Oral argument** on the motion will be conducted before me on **July 18, 2007 at 11:00 a.m.** Defendants' written opposition must be filed no later than **July 16, 2007**.

New Orleans, Louisiana, this 10th day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE