UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K" MAG "2"** |
| **PERTAINS TO:**<br>**INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**<u>MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING COLLATERAL SOURCE</u>**

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully requests leave of this Honorable Court to submit the attached supplemental memorandum in support of its motion for partial summary judgment regarding collateral source. Xavier's motion initially addressed only whether defendant, Travelers Property and Casualty Company of America ("Travelers") was entitled to an offset for any NFIP payments received by Xavier. Since the filing of that motion, Travelers has suggested in pleadings filed with this Court that Travelers is also entitled to an offset for any benefits or financial aid received from either FEMA or HUD and charitable contributions received from private charitable sources.

Xavier wishes to submit the attached supplemental supporting memorandum to address these new contentions. Travelers will not be prejudiced by the filing of this supplemental memorandum as this Court has set Xavier's motion for hearing on September 12, 2007, and Travelers will have nearly two months to respond the issues raised herein.

As noted in the attached supplemental memorandum, Travelers should not be entitled to avoid contractual obligation to make Xavier whole for its hurricane-related damages and claim an offset for those items when Travelers failed to specifically provide for an offset in such circumstances. Additionally, any FEMA/ HUD proceeds or charitable contributions constitute a collateral source for the following reasons:

- Federal regulations provide that disaster-related assistance are reduced by the amount of any insurance proceeds that are receive, and, thus, if an offset were provided in the present case, Xavier's recovery would be reduced twice; and

- Well established principles of Louisiana law provide that gifts and other funds received through another's benevolence are a collateral source for which no offset is permitted.

For the foregoing reasons, Xavier respectfully requests that this Honorable Court grant its Motion for Leave to File Supplemental Memorandum in Support of its Motion for Partial Summary Judgment and that the attached supplemental memorandum be made part of this record and be considered for hearing on September 12, 2007.

Respectfully Submitted:

/s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA  70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ James M. Garner
JAMES M. GARNER