UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | ) CIVIL ACTION NO.:   05-CV-4182 ) ) SECTION "K" |
| **VERSUS** | ) JUDGE STANWOOD R. DUVAL, JR. ) |
| **PERTAINS TO: INSURANCE** *Jamie G. Madere and Eugene Madere* No. 06-cv-4816 | ) MAG. "M2" ) MAGISTRATE JOSEPH C. WILKINSON, JR. |

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant Lexington Insurance Company ("Lexington") and Plaintiffs Jamie G. Madere and Eugene Madere who respectfully submit this Joint Motion to Dismiss. The parties submit that they have reached a compromise agreement and therefore respectfully request that all claims against Lexington Insurance Company be dismissed with prejudice.

WHEREFORE, Defendant Lexington Insurance Company and Plaintiffs Jamie G. Madere and Eugene Madere respectfully request that all claims against Lexington Insurance Company be dismissed with prejudice.

Respectfully Submitted,

/s/ Robert I. Siegel
ROBERT I. SIEGEL, ESQUIRE (#12063)
ALISTAIR M. WARD, ESQUIRE (#24693)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
*Counsel for Lexington Insurance Company*

/s/ James F. Gasquet, III
JAMES F. GASQUET, III (#26294)
**LAW OFFICE OF JAMES F. GASQUET, III
A LIMITED LIABILITY COMPANY**
129 Chancellor Drive, P.O. Box 279
Belle Chasse, LA 70037
Telephone:   (504) 394-5584
Facsimile:   (504) 394-5166
*Counsel for Jamie G. Madere and Eugene Madere*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Robert I. Siegel
ROBERT I. SIEGEL