UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| _____ | * | NO. 05-4182 |
| | * | |
| LEVEE CASES | * | SECTION "K (2)" |
| PERTAINS TO:  06-6642 | * | |
| (PONTCHARTAIN) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

**MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION
FOR LEVE TO FILE SECOND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes defendant Sewerage and Water Board of New Orleans to oppose the motion for leave to file second amended complaint by plaintiffs.  Plaintiffs seek to amend their complaint to assert claims in admiralty.  This Court recently ruled that admiralty jurisdiction does not apply to the claims related to the 17th Street Canal, Orleans Avenue Canal, and London Avenue Canal.  *See In Re:  Katrina Canal Breaches Consolidated* Litigation, 05-4184, Doc. 6175, Judge Duval's Order And Reasons filed June 19, 2007.  Although leave to amend pleadings is normally freely given, here this Court has already held that what plaintiffs seek to allege is inapplicable.  Therefore, plaintiffs' sought-for amendment is futile and leave to amend should be denied.  In further support of this opposition, the Sewerage and Water Board of

New Orleans adopts the opposition memorandum submitted by The Orleans Levee District, Doc. 6355, in this matter.

WHEREFORE, defendant Sewerage and Water Board of New Orleans prays that this Court deny plaintiffs' motion for leave to amend.

Respectfully submitted,

s/Kevin R. Tully

**CHARLES M. LANIER, JR. - #18299, T.A.**
**J. WARREN GARDNER, JR. - #5928**
**KEVIN R. TULLY - #1627**
**GREGORY S. LACOUR - #23823**
**H. CARTER MARSHALL - 28136**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700

**GEORGE R. SIMNO III – #12271**
**GERARD M. VICTOR – #9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

ATTORNEYS FOR DEFENDANT SEWERAGE AND WATER BOARD OF NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the 10th day of July 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

                                                                              s/Kevin R. Tully