UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>CASUALTY PROPERTY COMPANY<br>OF AMERICA NO. 06-516) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION TO QUASH**</u>

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this Motion to Quash the subpoenas duces tecum issued by defendant, Travelers Property Casualty Company of America ("Travelers") to Landis Construction Company ("Landis") and FoxCor, Inc. ("FoxCor"). While Landis and FoxCor have produced numerous documents responsive to Travelers subpoenas, there are certain categories of information that seek information that is overly broad, unduly burdensome and are not reasonably calculated to lead to the discovery of admissible evidence.

In particular, Xavier requests that this Court quash these subpoena to the extent that they seek

the following categories of information:

- Information relative to work performed on Xavier's campus before Hurricane Katrina;

- Information pertaining to any requests for funds or aid from FEMA; and

- Information pertaining to the adjustment of Xavier's NFIP claim.

Additional reasons for this relief are set forth in the attached supporting memorandum.

                Respectfully Submitted:

                /s/ James M. Garner
                JAMES M. GARNER, #19589
                DARNELL BLUDWORTH, #18801
                TIMOTHY B. FRANCIS, #14973
                KEVIN M. MCGLONE, #28145
                **SHER GARNER CAHILL RICHTER**
                **KLEIN & HILBERT, L.L.C.**
                909 Poydras St., 28th Floor
                New Orleans, LA   70112
                Telephone:  504-299-2100
                Facsimile: 504-299-2300
                COUNSEL FOR XAVIER UNIVERSITY
                OF LOUISIANA

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                /s/ James M. Garner
                JAMES M. GARNER