UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| PERTAINS TO LEVEE: | * | SECTION "K" (2) |
| | * | |
| 06-6642 (PONTCHARTRAIN BAPTIST CHURCH) | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \*

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION

Modjeski and Masters, Inc. ("Modjeski") and Burk-Kleinpeter, Inc ("BKI"), submit that this Court should deny Plaintiffs' motion for leave to file their Second Amended Complaint on the grounds that it is more than four months past the time Case Management and Scheduling Order No. 4 ("CMO 4", Doc. No. 3299) deemed the deadline for amending pleadings had lapsed, that this Court's Order and Reasons issued June 29, 2007 (Document No. 6175) makes any amendment to the Complaint futile and moot, and that Modjeski and BKI would be prejudiced by being required to once again become embroiled in seemingly unending and unlimited attempts by Plaintiffs to resurrect the same arguments upon which this honorable Court has already ruled.

CMO 4 Prohibits Amending at This Late Time

CMO 4, issued March 1, 2007, left no room for ambiguity with regards to amending complaints. Section II.(A) stated that the "Court finds that ample time for completion of pleadings has been provided" and, "[a]ccordingly, the deadline for amending pleadings is now deemed lapsed". CMO 4 directed that only the Consolidated Master Class Action Complaints would be filed afterward. CMO 4 further requires, for a leave to file to be granted, Plaintiffs' must provide "a showing of good cause as required by Fed. R. Civ. P. 16(b)." Plaintiff's have not, and are not able, to satisfy the requirement of showing good cause, and should therefore have their request for leave to file denied. The Court has already allowed these Plaintiffs one amended complaint after the March 1, 2007 deadline. A firm cut off must be established. If not now, when?

Any Amended Complaint Post This Court's June 29, 2007 Order and Reasons is Moot

This Court's thoroughly considered Order and Reasons issued June 29, 2007 addressed Plaintiff's claims regarding all aspects of marine and admiralty jurisdiction and concluded, concisely, that the Seventeenth Street Canal "is a drainage ditch".[1] This Court further held that "there is no admiralty or maritime jurisdiction over these claims." With that finding established, Louisiana's peremption statutes were applied. Plaintiffs do not

---

[1] In Re Katrina Canal Breaches Consolidated Litigation, 05-4182, Judge Duval's Order and Reasons (Doc. No. 6175)

propose to amend their complaint in any way which would alter Modjeski and BKI's perempted status. The June 29, 2007 Order and Reasons resolved all disputes between these parties. Simply put, the Plaintiffs cannot change the "peremption math", and therefore any amendment would be futile.

Modjeski Would Be Prejudiced By Additional Amendments

Plaintiffs' request for leave to file their Second Amended Complaint should be denied also on the grounds that it would be prejudicial to Modjeski and BKI. Modjeski and BKI, like the other perempted Engineers and Contractors, have been dismissed from the Katrina Canal Breaches Consolidated Litigation. To allow Plaintiffs in this lone civil action to amend their Complaint at this late stage would require Modjeski and BKI to become engaged in the Litigation once again. As this Court has already made the determination that they are dismissed, to allow amending would impose unnecessary hardship upon Modjeski and BKI.

Due to the foregoing reasons, Modjeski and BKI respectfully request that Plaintiffs' Motion for Leave to File Second Amended Complaint be denied.

Respectfully Submitted,

| | |
|---|---|
| DEUTSCH, KERRIGAN & STILES, L.L.P. | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| /s/ *Francis J. Barry, Jr.* <br> FRANCIS J. BARRY, JR., T.A. (#02830) <br> FREDERICK R. BOTT (# 3285) <br> KEITH J. BERGERON (#25574) <br> SCOTT J. HEDLUND (#30549) <br> 755 Magazine Street <br> New Orleans, Louisiana 70130 <br> Telephone: (504) 581-5141 <br> Facsimile: (504) 566-1201 <br><br> **ATTORNEYS FOR:** <br> **MODJESKI AND MASTERS, INC.,** <br> **DEFENDANT AND MOVER** | /s/  *Charles F. Seemann, Jr.* <br> CHARLES F. SEEMANN, JR., T.A. (#11912) <br> 755 Magazine Street <br> New Orleans, Louisiana 70130 <br> Telephone: (504) 581-5141 <br> Facsimile: (504) 566-1201 <br><br> **ATTORNEY FOR:** <br> **BURK-KLEINPETER, INC.** <br> **DEFENDANT AND MOVER** |

Certificate of Service

I HEREBY CERTIFY that on the 10th day of July, 2007, I electronically filed the foregoing Motion with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel fo record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

/s/ *Francis J. Barry, Jr.*