A

Lakeshore Drive



Leon C. Simon



Robert E. Lee