UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO and LEVEE | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**ORDER**

Having considered *Plaintiffs' Motion For Leave To Exceed Page Limit For Their Memorandum In Opposition To Motion To Compel Answers To Levee And MRGO Defendants' First Set Of Joint Class Certification Interrogatories, To Compel Production Of Documents And To Declare Requests For Admissions Admitted And Objections Waived*, and for good cause shown, it is hereby ORDERED that Plaintiffs' Motion is hereby GRANTED. The Plaintiffs' may file their Reply Memorandum which is _____ pages in length.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATED DISTRICT JUDGE