UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

___

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING
OF THE LEVEE PLSC'S MOTION TO COMPEL COMMON LIABILITY
<u>DISCOVERY FROM THE UNITED STATES</u>**

**MAY IT PLEASE THE COURT:**

The Levee PLSC seeks an Order compelling the United States to comply with common liability discovery. This discovery bears in large part upon matters relating directly to the motion to dismiss (on the 33 U.S.C. § 702c immunity issue) which the United States was direct

to file by July 9, 2007.  Because the Levee PLSC's opposition is due on July 23, 2005, before the Court's next regularly-scheduled motion hearing date (*i.e.*, July 25, 2007), the Levee PLSC respectfully seeks an expedited hearing of its motion to compel common liability discovery from the United States

**RESPECTFULLY SUBMITTED:**

**LEVEE LITIGATION GROUP**

BY:   s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@brunobrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel