UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: INSURANCE Jebreel C.A. No. *06-5388* | SECTION "K"(2) |

MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL OF RECORD

Essex Insurance Company, defendant herein, through undersigned counsel, moves this Honorable Court to substitute John B. Davis (Bar Roll # 23025) and Andrew C. Kolb (Bar Roll #28110) of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC as its counsel of record and to withdraw Robert L. Bonnaffons (#18564) and Maurice C. Ruffin (#28747) of Adams and Reese, LLP as counsel of record.  Future notices should be sent to John B. Davis and Andrew C. Kolb at the following address:

>John B. Davis, T.A.
>Andrew C. Kolb
>Baker Donelson Bearman Caldwell & Berkowitz, PC
>301 N. Main Street, Suite 810
>Baton Rouge, Louisiana  70825
>Telephone:  (225) 381-7000
>Facsimile:   (225) 343-3612
>E-mail:  jbdavis@bakerdonelson.com
>E-mail:  akolb@bakerdonelson.com

BA VBN 10810 v1
0-0

Respectfully submitted,

Adams and Reese, LLP

By: /s/ Robert L. Bonnaffons
Robert L. Bonnaffons (#18564)
Maurice C. Ruffin (#28747)
4500 One Shell Square
New Orleans, LA  70139
Telephone:  (504) 581-3234
Facsimile:   (504) 566-0210


BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

By: /s/ Andrew C. Kolb
JOHN B. DAVIS (La. Bar No. 23025) T.A.
ANDREW C. KOLB (La. Bar No. 28110)
301 N. Main Street, Suite 810
Baton Rouge, Louisiana  70825
Telephone:  (225) 381-7000
Facsimile:   (225) 343-3612

**ATTORNEYS FOR ESSEX
INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, a copy of the foregoing Motion to Withdraw and Substitute Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Andrew C. Kolb