UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE<br>Jebreel C.A. No. *06-5388* | SECTION "K"(2) |

**ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that John B. Davis and Andrew C. Kolb of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC be substituted for as counsel of record for Essex Insurance Company, defendant herein, and that Robert L. Bonnaffons and Maurice C. Ruffin of the law firm of Adams and Reese, LLP be withdrawn as counsel for defendant, Essex Insurance Company.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE