**U UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE KATRINA CANCAL BREACHES**                                      **CIVIL ACTION**
**CONSOLIDATED LITIGATION**
                                                                       **NO. 05-4182**
**PERTAINS TO: 06-8637 (BSD CONSTRUCTION)**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ANSWER TO FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come defendant Stone Insurance,

Inc. ("Stone"), and in response to First Amended Complaint for insurance benefits and damages

with jury demand of plaintiff, BSD Construction, Inc. ("BSD"), respectfully responds as follows:

### FIRST DEFENSE

Stone specifically reiterates and re-alleges as if copied herein in extenso all previously

filed pleadings, allegations, affirmative defenses, etc.

### SECOND DEFENSE

The allegations of the First Amended Complaint state neither a cause nor right of action

to proceed against these defendants.  Further, the allegations are perempted and/or prescribed.

### THIRD DEFENSE

In response to the specific allegations of the First Amended Complaint, Stone

respectfully responds as follows:

    I.      Denied as written for lack of sufficient information to justify a belief therein

             except to admit the status of Stone.

II.     Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

III.    Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

IV.     Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

V.      Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

VI.     Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

VII.    Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

VIII.   Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

IX.     Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

X.      Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

XI.     Denied as written and or denied as written for lack of sufficient information to justify a belief therein.

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7556*
**Fax:** **(504) 836-7566**
**Email:** **beckert@ungarino-eckert.com**