UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO and LEVEE | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT
FOR THEIR MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL
ANSWERS TO LEVEE AND MRGO DEFENDANTS' FIRST SET OF JOINT CLASS
CERTIFICATION INTERROGATORIES, TO COMPEL PRODUCTION OF
DOCUMENTS AND TO DECLARE REQUESTS FOR ADMISSIONS ADMITTED AND
OBJECTIONS WAIVED**

Plaintiffs hereby respectfully request that this Court grant them leave to file a reply memorandum that exceeds the page limit provided for in the Local Rules.

Plaintiffs seek leave to file a response that exceeds the standard page limitation set by the local rules for several reasons. To begin, the Levee and MRGO Defendants' initial discovery consisted of thirty-three (33) requests for production, thirty-two (32) interrogatory requests, and thirty-nine (39) Levee and forth (40) MRGO requests for admissions. It appears from

Defendants' motion and memorandum in support, that they have taken issue with almost all of the responses provided by Plaintiffs and thus their motion encompasses all these items.

In addition, Defendants' memorandum addresses requests for admissions, requests for production and interrogatories in groups, not in order, and thus it was more difficult to prepare an orderly response and address each alleged deficiency completely and adequately. To assist the Court with its review process, Plaintiffs have restated the actual request and their response so the court will have this information in one place, versus having multiple attachments, as was done by the defendants. This obviously takes up more space, but was done in order to save the court time during its review process. Plaintiffs respectfully submit that the referenced memorandum, with the restated requests and answers, will aid the Court in its resolution of the motion.

WHEREFORE, Plaintiffs respectfully request that his Court grant this motion and permit them leave to file the consolidated memorandum of law which is submitted herewith and is _____ pages in length. A proposed Order for the Court is attached.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**
  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For
LEVEE PLAINTIFFS' SUB-GROUP LITIGATION
COMMITTEE

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE
s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE

Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 10th day of July, 2007.

                                           /s/ Joseph M. Bruno

                                           Joseph M. Bruno