**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| **PERTAINS TO: LEVEE: 06-6642 (PONTCHARTRAIN BAPTIST CHURCH) (BRIDGE PROJECTS)** | * | **MAG. WILKINSON** |

**************************************************

**NOTICE OF HEARING**

Notice is hereby provided to all parties that the Motion for Clarification and Reconsideration of Admiralty Jurisdiction Ruling filed by Plaintiffs, Pontchartrain Baptist Church, et. al., will be heard before the Honorable ~~Joseph C. Wilkinson, Jr.~~ Stanwood R. Duval, Jr. at ~~9:30am~~ 11:00 9:30am on the 25th day of July, 2007.

Respectfully submitted,

WILLIAM E. O'NEIL (#10213)
THE O'NEIL GROUP, L.L.C.
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 833-4770
weo@theoneilgroup.com

-and-

DON M. RICHARD (#11226)
ATTORNEY AT LAW
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 834-9882
dmr@dmr-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 10 day of July, 2007.

New Orleans, Louisiana this 10th day of July, 2007.

WILLIAM E. O'NEIL