MINUTE ENTRY
WILKINSON, M.J.
JULY 9, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  INSURANCE | MAG. WILKINSON |

At the request of Liaison Counsel, a conference by telephone was conducted on this date. Participating were: Joseph M. Bruno, Ralph S. Hubbard III and Seth Schmeeckle. Liaison Counsel jointly requested that oral argument of Plaintiffs' Motion to Compel Regarding Certain of Defendants' Group Objections to Plaintiffs' Common Discovery to All Insurer Defendants, Record Doc. No. 6020, be conducted on July 18, 2007. Accordingly,

**IT IS ORDERED** that plaintiffs' motion to compel, Record Doc. No. 6020, is hereby removed from my July 11, 2007 motion docket. **IT IS FURTHER ORDERED** that **oral argument** on the motion will be conducted on **JULY 18, 2007 at 11:00 a.m.**

MJSTAR:  **0 : 05**

before me at 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

                                        JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE