MINUTE ENTRY
WILKINSON, M. J.
JULY 11, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE, <u>Xavier</u>, 06-516 | SECTION "K" (2) |

Oral argument was conducted on this date concerning the Motion of Defendant, Travelers Property Casualty Company of America, to Compel, Record Doc. No. 5500. Participating were: James M. Garner and Darnell Bludworth, representing plaintiff; Ralph Hubbard and Simeon Reimonenq, representing defendant. An Order and Reasons detailing the court's ruling on the motion will be issued separately.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   0:20