UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  LEVEE | SECTION "K" (2) |

### ORDER DENYING AN EXPEDITED HEARING OF THE LEVEE PLSC'S MOTION TO COMPEL COMMON LIABILITY DISCOVERY FROM THE UNITED STATES

**IT IS ORDERED** that Levee PLSC's Motion for Expedited Hearing, Record Doc. No. 6409, of the Levee PLSC's Motion to Compel Common Liability Discovery From the United States, Record Doc. No. 6405, is hereby **DENIED.**  The motion will be heard on my **July 25, 2007** motion docket without oral argument.  Written opposition, if any, must be filed no later than **July 17, 2007**.

New Orleans, Louisiana, this   12th   day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE