UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182 "K" (2)

PERTAINS TO: MRGO and LEVEE

JUDGE DUVAL
MAG. WILKINSON

FILED IN   05-4181, 05-4182, 05-5237, 05-6073,
           05-6314, 05-6324, 05-6327, 05-6359,
           06-0225, 06-0886, 06-1885, 06-2152,
           06-2278, 06-2287, 06-2824, 06-4024,
           06-4065, 06-4066, 06-4389, 06-4634,
           06-4931, 06-5032, 06-5155, 06-5159,
           06-5161, 06-5162, 06-5260, 06-5771,
           06-5786, 06-5937, 07-0206, 07-0621,
           07-1073, 07-1271, 07-1285

## ORDER

Having considered *Plaintiffs' Motion For Leave To Exceed Page Limit For Their Memorandum In Opposition To Motion To Compel Answers To Levee And MRGO Defendants' First Set Of Joint Class Certification Interrogatories, To Compel Production Of Documents And To Declare Requests For Admissions Admitted And Objections Waived*, and for good cause shown, it is hereby ORDERED that Plaintiffs' Motion is hereby GRANTED. The Plaintiffs' may file their Reply Memorandum which is __29__ pages in length.

New Orleans, Louisiana, this __12th__ day of __July__, 2007.

United States Magistrate Judge