UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES ) | CIVIL ACTION NO. 05-cv-4182 |
| CONSOLIDATED LITIGATION ) | |
| ) | SECTION "K" |
| VERSUS ) | Judge Stanwood R. Duval, Jr. |
| ──────────────────────── ) | |
| PERTAINS TO: INSURANCE ) | MAG. 2 |
| *Edna Gordon* ) | Magistrate Judge Joseph C. Wilkinson, Jr. |
| No. 06-cv-4920 ) | |

### ORDER

Considering the foregoing Motion to Enroll,

IT IS ORDERED that the Motion be GRANTED, and that Kelley W. Strain of the law firm Geiger, Laborde & Laperouse, L.L.C., is hereby enrolled as co-counsel for defendant, Lexington Insurance Company, and is granted permission to appear and participate in the above-captioned matter.

New Orleans, Louisiana, this 12th day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE