UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>CASUALTY PROPERTY COMPANY<br>OF AMERICA NO. 06-516) | |

*********************************************************************

## ORDER

The Court having considered the Motion of Plaintiff, Xavier University of Louisiana to File Supplemental Memorandum in Support of its Motion for Partial Summary Judgment Regarding Collateral Source,

IT IS ORDERED that said Motion be GRANTED and that the attached supplemental memorandum shall be made part of the record.

New Orleans, Louisiana this 12th day of July 2007.

_____
UNITED STATES DISTRICT JUDGE