# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) CIVIL ACTION NO.:   05-CV-4182 ) |
| | ) SECTION  "K" |
| VERSUS | ) JUDGE STANWOOD R. DUVAL, JR. |
| _____ | ) |
| PERTAINS TO: INSURANCE | ) MAG. "M2" |
| *Jamie G. Madere and Eugene Madere* No. 06-cv-4816 | ) MAGISTRATE JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the Joint Motion to Dismiss filed by Defendant Lexington Insurance Company and Plaintiffs Jamie G. Madere and Eugene Madere, it is hereby ordered that the claims against Lexington Insurance Company be and are hereby dismissed with prejudice.

New Orleans, Louisiana this __12th__ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE