UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION                     NO. 05-4182

PERTAINS TO:                                SECTION "K"(2)
INSURANCE
Jebreel C.A. No. *06-5388*

### ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that John B. Davis and Andrew C. Kolb of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC be substituted for as counsel of record for Essex Insurance Company, defendant herein, and that Robert L. Bonnaffons and Maurice C. Ruffin of the law firm of Adams and Reese, LLP be withdrawn as counsel for defendant, Essex Insurance Company.

New Orleans, Louisiana, this   12th   day of        July       , 2007.

_____
UNITED STATES DISTRICT JUDGE