UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO LEVEE: | * | |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, | * | SECTION "K" (2) |
| 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, | * | |
| 06-0020, 06-0225, 06-0629, 06-0886, 06-1885, | * | |
| 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, | * | |
| 06-5042, 06-5159, 06-5161, 06-5163, 06-5260, | * | |
| 06-5308, 06-5367, 06-5471, 06-5771, 06-5785, | * | |
| 06-5786, 06-5937, 06-6473, 06-6642, 06-7682, | * | |
| 06-8708, 06-11208, 07-0206, 07-0647, 07-0993, | * | |
| 07-1113, 07-1284, 07-1286, 07-1288, 07-1289, | * | |
| 07-1349, | * | |
| *   *   *   *   *   *   *   *   *   * | | |

### ENGINEERS AND CONTRACTORS' JOINT EX PARTE MOTION
### FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(b)

Pursuant to Fed. R. Civ. P. 54(b), the "Engineers" (Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, and Gotech, Inc.) and the "Contractors" (Boh Bros. Construction, L.L.C., B & K Construction Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction Company, Inc.) who are affected by the Order and Reasons issued June 29, 2007 (Document No. 6175) and the Orders and Reasons issued December 8, 2006 (Document Nos. 2148 and 2142), move

the Court to make an express determination that there is no just reason for delay and to direct the entry of a final judgment as to the Court's Orders of June 29, 2007 and December 8, 2006, granting Defendant's motions for summary judgment on the ground that there is no just reason for delay, as set forth with particularity in the memorandum submitted herewith.

Respectfully Submitted,

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Francis J. Barry, Jr.*
FRANCIS J. BARRY, JR., T.A. (#02830)
FREDERICK R. BOTT (# 3285)
KEITH J. BERGERON (#25574)
SCOTT J. HEDLUND (#30549)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**ATTORNEYS FOR:
MODJESKI AND MASTERS, INC.,
DEFENDANT AND MOVER**

SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

/s/ *Herman C. Hoffmann, Jr.*
HERMAN C. HOFFMANN, JR., (#6899)
BETTY F. MULLIN (#9818)
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2999
**ATTORNEYS FOR:
B & K CONSTRUCTION CO., INC.,
DEFENDANT AND MOVER**

FOWLER, RODRIGUEZ

/s/ *Mat M. Gray, III*
MAT M. GRAY, III, T.A. (#6264)
ALANSON T. CHENAULT, IV (#20747)
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504) 523-2705
**ATTORNEYS FOR:
EUSTIS ENGINEERING COMPANY, INC., DEFENDANT AND MOVER**

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Charles F. Seemann, Jr.*
CHARLES F. SEEMANN, JR., T.A. (#11912)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**ATTORNEY FOR:
BURK-KLEINPETER, INC. AND
BURK-KLEINPETER, LLC.,
DEFENDANT AND MOVER**

KINGSMILL RIESS, L.L.C.

/s/ *Michael R. C. Riess*
MICHAEL R. C. RIESS, (#02073)
CHARLES B. COLVIN (#4352)
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170-3300
Telephone:   (504) 581-3300
Facsimile:   (504) 581-3310

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Terrence L. Brennan*
TERRENCE L. BRENNAN (#03434)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**ATTORNEYS FOR:
BOH BROS. CONSTRUCTION CO.,
DEFENDANT AND MOVER**

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ

/s/ *Gordon A. Grant, Jr.*
A. GORDON GRANT, JR. (#6221)
1100 Poydras Street
New Orleans, LA 70130
Telephone:  (504) 585-3200
Facsimile:   (504)
**ATTORNEY FOR:
T. L. JAMES & COMPANY, INC.,
DEFENDANT AND MOVER**

LONG LAW FIRM

/s/  *Albert Dale Clary*
ALBERT DALE CLARY, T.A. (#4165)
ADRIAN G. NADEAU (#28169)
One United Plaza
Suite 500, 4041 Essen Lane
Baton Rouge, Louisiana 70809
Telephone: (225) 922-5110
Facsimile: (225) 922-5105
**ATTORNEYS FOR:
GOTECH, INC.,
DEFENDANT AND MOVER**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of July, 2007, I electronically filed the foregoing Motion with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel fo record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

/s/ *Francis J. Barry, Jr.*