UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO LEVEE: | * | |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, | * | SECTION "K" (2) |
| 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, | * | |
| 06-0020, 06-0225, 06-0629, 06-0886, 06-1885, | * | |
| 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, | * | |
| 06-5042, 06-5159, 06-5161, 06-5163, 06-5260, | * | |
| 06-5308, 06-5367, 06-5471, 06-5771, 06-5785, | * | |
| 06-5786, 06-5937, 06-6473, 06-6642, 06-7682, | * | |
| 06-8708, 06-11208, 07-0206, 07-0647, 07-0993, | * | |
| 07-1113, 07-1284, 07-1286, 07-1288, 07-1289, | * | |
| 07-1349, | * | |
| *   *   *   *   *   *   *   *   *   * | | |

MEMORANDUM IN SUPPORT OF ENGINEERS
AND CONTRACTORS' JOINT EX PARTE
MOTION FOR ENTRY OF FINAL JUDGMENT
UNDER RULE 54(b)

On June 29, 2007, the Court granted the "Engineers'" (Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, and Gotech, Inc.) and the "Contractors" (Boh Bros. Construction, L.L.C., B & K Construction Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction Company, Inc.) pending motions for summary judgment. The Court's order resolved all remaining claims

between the Defendants and all Plaintiffs in the above captioned matters. The Engineers and Contractors bring this motion asking the Court to certify its order as final under Fed. R. Civ. P. 54 (b).

Rule 54(b) provides in pertinent part:

> When more than one claim for relief is presented in an action, whether as a claim, counterclaim, cross-claim, or third-party claim, or when multiple parties are involved, the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment. In the absence of such determination and direction, any order or other form of decision, however designated, which adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties shall not terminate the action as to any of the claims or parties, and the order or other form of decision is subject to revision at any time before the entry of judgment adjudicating all the claims and the rights and liabilities of all the parties.

Here there is no just reason for delay in this case. The Court's Order resolved all remaining claims against the perempted Engineers and Contractors[1], finding Louisiana's peremption statutes applicable and denying the application of admiralty jurisdiction.

---

[1] The Court's Order addressed all claims between the Engineers and Contractors and the Plaintiffs in the Katrina Canal Breaches Consolidated Litigation Levee and MRGO Sub-groups, specifically the parties related to the following civil actions:
The Superseding Master Consolidated Class Action Complaint (Levee) (Doc. No. 3240), 05-4181 O'Dwyer, 05-4182 Berthelot, 05-4191 Jared Vodanovich, 05-4568 Harvey, 05-5237 Ann Vodanovich, 05-6073 Kirsch, 05-6314 Ezell, 05-6324 Brown, 05-6327 LeBlanc, 05-6359 Bradley, 06-0020 Tauzin, 06-0225 Bradley, 06-0629 Carney, 06-0886 Finney, 06-1885 O'Dwyer, 06-2278 Christenberry, 06-2287 Sanchez, 06-2346 Fitzmorris, 06-2545 Marcello, 06-3529 Harvey 06-4065 Cathy Adams, 06-4389 O'Dwyer, 06-4634 Glenn Adams, 06-4931 Brock, 06-5032 Joseph, 06-5042 Cohen, 06-5159 Fleming, 06-5161 Holmes, 06-5163 Gordon, 06-5260 Leduff, 06-5308 Gisevius, 06-5367 Breithoff, 06-5471 Williams, E., 06-5771 O'Dwyer, 06-5785 Cochran, 06-5786 O'Dwyer, 06-5937 Yacob, 06-6314 (typo), 06-6473 Deane, 06-6642 Pontchartrain Baptist, 06-7682 Paul, 06-8708 Richardson, 06-11208 Speed, 07-0206 O'Dwyer, 07-0647 Greer, 07-0993 Paul, 07-1113 Douville, 07-1284 Coco, 07-1286 Augustine, 07-1288 Hennessey, 07-1289 Coniglio, 07-1349 Carney.

For these reasons the Engineers and Contractors request that this Court find that there is no just reason for delay and direct the clerk to enter the June 29, 2007 and December 8, 2006 Orders as a final judgment, pursuant to Rule 54(b), FRCP.

Respectfully Submitted,

| | |
|---|---|
| DEUTSCH, KERRIGAN & STILES, L.L.P | MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ |
| /s/ *Francis J. Barry, Jr.* | /s/ *Gordon A. Grant, Jr.* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | A. GORDON GRANT, JR. (#6221) |
| FREDERICK R. BOTT (# 3285) | 1100 Poydras Street |
| KEITH J. BERGERON (#25574) | New Orleans, LA 70130 |
| SCOTT J. HEDLUND (#30549) | Telephone: (504) 585-3200 |
| 755 Magazine Street | Facsimile: (504) |
| New Orleans, Louisiana 70130 | **ATTORNEY FOR:** |
| Telephone: (504) 581-5141 | **T. L. JAMES & COMPANY, INC., DEFENDANT AND MOVER** |
| Facsimile: (504) 566-1201 | |
| **ATTORNEYS FOR:** | |
| **MODJESKI AND MASTERS, INC., DEFENDANT AND MOVER** | |
| FOWLER, RODRIGUEZ | SIMON, PERAGINE, SMITH & REDFEARN, L.L.P. |
| /s/ *Mat M. Gray, III* | /s/ *Herman C. Hoffmann, Jr.* |
| MAT M. GRAY, III, T.A. (#6264) | HERMAN C. HOFFMANN, JR., (#6899) |
| ALANSON T. CHENAULT, IV (#20747) | BETTY F. MULLIN (#9818) |
| 400 Poydras Street, 30th Floor | 1100 Poydras Street, 30th Floor |
| New Orleans, Louisiana 70130 | New Orleans, LA 70163-3000 |
| Telephone: (504) 523-2600 | Telephone: (504) 569-2030 |
| Facsimile: (504) 523-2705 | Facsimile: (504) 569-2999 |
| **ATTORNEYS FOR:** | **ATTORNEYS FOR:** |
| **EUSTIS ENGINEERING COMPANY, INC., DEFENDANT AND MOVER** | **B & K CONSTRUCTION CO., INC., DEFENDANT AND MOVER** |

| | |
|---|---|
| KINGSMILL RIESS, L.L.C. | LONG LAW FIRM |
| /s/ *Michael R. C. Riess* | /s/ *Albert Dale Clary* |
| MICHAEL R. C. RIESS, (#02073)<br>CHARLES B. COLVIN (#4352)<br>201 St. Charles Ave., Suite 3300<br>New Orleans, LA 70170-3300<br>Telephone:   (504) 581-3300<br>Facsimile:     (504) 581-3310 | ALBERT DALE CLARY, T.A. (#4165)<br>ADRIAN G. NADEAU (#28169)<br>One United Plaza<br>Suite 500, 4041 Essen Lane<br>Baton Rouge, Louisiana 70809<br>Telephone: (225) 922-5110<br>Facsimile: (225) 922-5105<br>**ATTORNEYS FOR:**<br>**GOTECH, INC.,**<br>**DEFENDANT AND MOVER** |
| DEUTSCH, KERRIGAN & STILES, L.L.P. | |
| /s/ *Terrence L. Brennan* | |
| TERRENCE L. BRENNAN (#03434)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-5141<br>Facsimile: (504) 566-1201<br>**ATTORNEYS FOR:**<br>**BOH BROS. CONSTRUCTION CO.,**<br>**DEFENDANT AND MOVER** | DEUTSCH, KERRIGAN & STILES, L.L.P..<br><br>/s/ *Charles F. Seemann, Jr.*<br>CHARLES F. SEEMANN, JR., T.A. (#11912)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-5141<br>Facsimile: (504) 566-1201<br>**ATTORNEY FOR:**<br>**BURK-KLEINPETER, INC. AND**<br>**BURK-KLEINPETER, LLC.,**<br>**DEFENDANT AND MOVER** |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 12th day of July, 2007, I electronically filed the foregoing Memorandum with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel fo record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

/s/ *Francis J. Barry, Jr.*