UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Anderson* C.A. No. 06-5162 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Dismiss, or, alternatively, for Summary Judgment (Doc. 3674) in which Manson Gulf, L.L.C. seeks dismissal based on the fact that it had no involvement in the dredging activities at issue in this case. As the motion is unopposed and the Court finds merit therein,

**IT IS ORDERED** that the Motion to Dismiss or, Alternatively, for Summary Judgment is **GRANTED**.

New Orleans, Louisiana, this  12th  day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE