UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>*Thomas* C.A. No. 06-0996 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Dismiss (Doc. 4701) wherein Kenneth Taylor seeks dismissal based on the fact that the Court has already ordered in denying Plaintiffs' Motion to Remand (Doc. 17 in C.A. No. 07-621) that any claims against him are preempted and alternatively that he did not breach any duty to plaintiffs herein. As the motion is unopposed and the Court finds merit therein,

**IT IS ORDERED** that the Motion to Dismiss or, Alternatively, for Summary Judgment is **GRANTED**.

New Orleans, Louisiana, this  12th  day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE