UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

_____

## MOTION TO ENROLL AND
## SUBSTITUTE COUNSEL OF RECORD

**COMES NOW** the United States of America, through Donald W. Washington, the United States Attorney for the Western District of Louisiana, and respectfully moves the Court for an order directing that Jennifer B. Drago, Assistant United States Attorney, Western District of Louisiana, be enrolled and substituted for Alice Daigle, Assistant United States Attorney, Eastern District of Louisiana, as trial counsel for the United States of America in the above-captioned proceeding. The United States Attorney's Office for the Eastern District of Louisiana has been recused from this matter.

Lafayette, Louisiana, this 13th day of July 2007.

                Respectfully Submitted,

                DONALD W. WASHINGTON
                United States Attorney

BY:   s/Jennifer B. Drago
        JENNIFER B. DRAGO    (#23508)
        Assistant United States Attorney
        United States Courthouse
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana  70501-6865
        Telephone:  337-262-6618
                Fax:  337-262-6693

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2007, the foregoing *Motion to Enroll and Substitute Counsel of Record* was filed electronically with the Clerk of Court in the Eastern District of Louisiana using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                s/Jennifer B. Drago
                JENNIFER B. DRAGO    (# 23508)
                Assistant United States Attorney