UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

_____

**O R D E R**

The Court having before it the motion by the United States of America to enroll and substitute counsel in the captioned action, and upon due consideration;

**IT IS ORDERED** that said motion is **GRANTED**, and that Jennifer B. Drago, Assistant United States Attorney, Western District of Louisiana, is enrolled and substituted for Alice Daigle, Assistant United States Attorney, Eastern District of Louisiana, as trial counsel on behalf of the United States of America in the above-captioned suit.

**THUS DONE AND SIGNED** this _____ day of _____ 2007, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE