EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| **PERTAINS TO:**<br>C.A. No. 05-4181<br>C.A. No. 06-1885<br>C.A. No. 06-4024<br>C.A. No. 06-4389<br>C.A. No. 06-5771<br>C.A. No. 06-5786<br>C.A. No. 06-6099<br>C.A. No. 07-0206 | SECTION "K"(2) |

**in particular Docs. 5566 and 5620**

### ORDER AND REASONS

Plaintiffs have filed Plaintiffs' Motion for Entry of Rule 54(b) Judgment (Doc. 5566) and Plaintiffs' Unopposed Ex Parte Motion for Entry of Rule 54(b) Judgment (Doc. 5620). In both motions, plaintiffs seek "entry of a final judgment on the Court's Order and Reasons of September 22, 2006." That order concerned only one of the above-referenced cases: *O'Dwyer v. United States*, 05-4181. The rest of the cases referenced in the present motions before the Court were not adjudicated in the Order and Reasons found in Document No. 1231. Thus, the Court cannot grant the request sought.

However, the Court is fully prepared to enter judgment on those cases in which dismissals have been entered as a result of Motions to Dismiss having been granted. However, plaintiffs must file a motion properly referencing the appropriate document number for each Order and Reasons for which plaintiffs seek the entry of a Rule 54(b) motion. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Entry of Rule 54(b) Judgment (Doc. 5566) and Plaintiffs' Unopposed Ex Parte Motion for Entry of Rule 54(b) Judgment (Doc. 5620) are

**DENIED** with the proviso that such a motion may be re-filed in compliance with the above directives.

New Orleans, Louisiana, this  13th  day of July, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**