UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>    ALL LEVEE<br><br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the Levee common liability category, the United States has produced the following Bates range in the manner specified in its Document Production Protocol:

NOP-025-000000001 to NOP-025-000001635.

This Notice of Production is respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Paul Marc Levine
        PAUL MARC LEVINE
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: July 13, 2007

## **CERTIFICATE OF SERVICE**

I, Paul Marc Levine, hereby certify that on July 13, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

            s/ Paul Marc Levine
            PAUL MARC LEVINE