**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 025 | NOP-025-000000001 | NOP-025-000001635 | USACE, Mississippi Valley Division, New Orleans District - Operations Division, Regulatory Branch, Eastern Evaluation Section | Pete J. Serio | KC009 | 7/13/2007 | Common Liability - Levee | 17th St. Canal Dredging Work Files |