UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE, <u>Schully</u>, 06-8504 | SECTION "K" (2) |

### ORDER

At the request of Joseph Piacun, counsel for plaintiff, and having been advised that opposing counsel agrees, **IT IS ORDERED** that the settlement conference previously set before the undersigned on July 18, 2007, is hereby POSTPONED to be rescheduled at a later date upon request of counsel.

New Orleans, Louisiana, this __13th__ day of July, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**