UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEES AND MRGO | SECTION "K"(2) |

## ORDER

Having reviewed the briefing filed in connection with the Motion to Strike Admiralty Claims Against the United States (Doc. 5855) the Court has determined that there is no need for oral argument. Accordingly,

**IT IS ORDERED** that Oral Argument set on July 18, 2007 at 10:30 a.m is **CANCELLED**.

New Orleans, Louisiana, this  13th  day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE