UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br> SECTION:  K <br><br> MAGISTRATE:  2 |
| PERTAINS TO:<br>INSURANCE (#06-5276 c/w #06-8200 c/w<br>            #06-9961)<br><br>DANIEL FREMIN<br><br>VERSUS<br><br>WATERSTREET INSURANCE COMPANY<br>AND ZURICH INSURANCE COMPANY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *     *     *     *     *     *     *     * | | |

### EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIM OF DANIEL FREMIN

**NOW INTO COURT**, through undersigned counsel, comes defendant, Assurance Company of America (erroneously sued as Zurich Insurance Company) (hereinafter referred to as "ACA"), and, in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for an order bifurcating the consolidated proceeding captioned *Daniel Fremin versus Waterstreet Insurance Company and Zurich Insurance Company*, Civil Action No. 06-9246 c/w 06-8200 c/w 06-9961, from the

consolidated litigation for purposes of discovery relating to insurance issues, including, but not limited to, individualized adjusting issues; bad faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and whether there is total loss.  Accordingly, Assurance Company of America (erroneously sued as Zurich Insurance Company) requests that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

**WHEREFORE,** Defendant, Assurance Company of America (erroneously sued as Zurich Insurance Company), prays that the proceeding captioned *Daniel Fremin versus Waterstreet Insurance Company and Zurich Insurance Company*, Civil Action No. 06-9246 c/w 06-8200 c/w 06-9961, be bifurcated from the consolidated litigation and referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

        Respectfully submitted,

        */s/ Richard E. King*

        **RICHARD E. KING (#25128)**
        **DAVID M. MORAGAS (#29633)**
        **MATTHEW J. LINDSAY (#30599)**
        **GALLOWAY, JOHNSON, TOMPKINS,**
            **BURR & SMITH**
        701 Poydras Street, Suite 4040
        New Orleans, Louisiana  70139
        Telephone: (504) 525-6802
        Facsimile:  (504) 525-2456

        *Counsel for Defendant,*
        *Assurance Company of America*
        *(erroneously sued as Assurance Company of America*
        *d/b/a Zurich Insurance Company)*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 13th day of July, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

        */s/ Richard E. King*

        **RICHARD E. KING**