UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| PERTAINS TO LEVEE: | * | SECTION "K" (2) |
| | * | |
| 06-6642 (PONTCHARTRAIN BAPTIST CHURCH) | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \*

<u>MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION AND INCORPORATED
MEMORANDUM FOR CLARIFICATION AND RECONSIDERATION OF
ADMIRALTY JURISDICTION RULING (DOC. 6175): THE PONTCHARTRAIN
BAPTIST CHURCH CASE IS INDISTINGUISHABLE FROM GRUBART</u>

Modjeski and Masters, Inc. and Boh Bros. Construction Co. submit that there is no just cause nor reason to reconsider the Court's June 29, 2007 Order and Reasons (Doc. No. 6175) and wish to preserve their right to argue the same.

Respectfully Submitted,

-1-

| | |
|---|---|
| DEUTSCH, KERRIGAN & STILES, L.L.P. | KINGSMILL RIESS, L.L.C. |
| /s/ *Francis J. Barry, Jr.* | /s/ *Michael R. C. Riess* |
| FRANCIS J. BARRY, JR., T.A. (#02830)<br>FREDERICK R. BOTT (# 3285)<br>KEITH J. BERGERON (#25574)<br>SCOTT J. HEDLUND (#30549)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-5141<br>Facsimile: (504) 566-1201 | MICHAEL R. C. RIESS, (#02073)<br>CHARLES B. COLVIN (#4352)<br>201 St. Charles Ave., Suite 3300<br>New Orleans, LA 70170-3300<br>Telephone:   (504) 581-3300<br>Facsimile:    (504) 581-3310 |
| **ATTORNEYS FOR:**<br>**MODJESKI AND MASTERS, INC.,**<br>**DEFENDANT AND MOVER** | **ATTORNEY FOR:**<br>**BOH BROS. CONSTRUCTION CO.,**<br>**DEFENDANT AND MOVER** |

Certificate of Service

I HEREBY CERTIFY that on the 13th day of July, 2007, I electronically filed the foregoing Memorandum with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel fo record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

                    /s/ *Francis J. Barry, Jr.*