UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: LEVEE AND INSURANCE<br><br>MARY MUSTACCHIA MORELLA<br>　　　　Plaintiff<br><br>VERSUS<br><br>AUTO CLUB FAMILY INSURANCE<br>　　　　Defendant | CIVIL ACTION<br>NO: 05-4182<br><br>SECTION "K"(2)<br><br><br><br><br>CIVIL ACTION<br>NO: 07-2763<br><br>DIVISION "C"<br><br>MAGISTRATE: 4 |

FILED: _____       _____
　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Auto Club Family Insurance, suggesting that heretofore it has been represented by Gina P. Campo; that Ms. Campo is no longer employed at Hebbler & Giordano, L.L.C. and that it desires that Gina P. Campo be allowed to withdraw as counsel and that Anthony J. Milazzo, Jr. of the same firm be allowed to substitute as counsel of record on its behalf; and moves the Court for an order allowing Gina P. Campo to withdraw as counsel of record and enrolling Anthony J. Milazzo, Jr. as counsel for Mover.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **ORRILL, CORDELL & BEARY, L.L.C.** | **HEBBLER & GIORDANO, L.L.C.** |
| | |
| /s/ Gina Puleio Campo | /s/ Anthony J. Milazzo, Jr. |
| GINA PULEIO CAMPO (#22139) | ANTHONY J. MILAZZO, JR. (#9661) |
| 1010 Common Street | 3636 S. I-10 Service Road West, Suite 300 |
| 31st Floor | Metairie, Louisiana 70001-6418 |
| New Orleans, Louisiana 70112 | Telephone:(504) 833-8007 |
| Email: gpc@ocblaw.com | Facsimile: (504) 833-2866 |
| Telephone: (504) 299-8724 | Email: milazzo@hebblergiordano.com |
| | Counsel for Auto Club Family Insurance |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2007, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Venezia

/s/ Anthony J. Milazzo, Jr.
ANTHONY J. MILAZZO, JR. (#9661)
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road West, Suite 300
Metairie, Louisiana 70001-6418
Telephone:(504) 833-8007
Facsimile: (504) 833-2866
Email:  milazzo@hebblergiordano.com
Counsel for Auto Club Family Insurance