UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION                          NO: 05-4182
PERTAINS TO: LEVEE AND INSURANCE
                                                 SECTION "K"(2)
MARY MUSTACCHIA MORELLA
            Plaintiff

VERSUS                                           CIVIL ACTION
                                                 NO: 07-2763
AUTO CLUB FAMILY INSURANCE
            Defendant                            DIVISION "C"

                                                 MAGISTRATE: 4


FILED: _____

                                    _____
                                    DEPUTY CLERK


                            **O R D E R**

        IT IS ORDERED that Gina P. Campo is allowed to withdraw as counsel and Anthony J. Milazzo, Jr. is

enrolled as counsel on behalf of defendant, Auto Club Family Insurance in this matter.

        New Orleans, Louisiana this _____ day of _____, 2007.


                                    _____
                                    J U D G E