UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4182 |
| | * * | JUDGE: K (DUVAL) |
| PERTAINS TO: INSURANCE *JACKSON, BEVERLY*, NO. 07-1262 | * * * | MAGISTRATE: 2 (WILKINSON) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Beverly Jackson ("Plaintiff"), and Defendant, Allstate Indemnity Company ("Allstate"), who jointly move this Court for an order dismissing this action with prejudice.

1.

The Parties hereby advise the Court that a settlement has been reached and that the Parties desire and are entitled to an order dismissing this action with prejudice, each party to bear its own costs.

2.

Plaintiff and Allstate respectfully request that the Court retain jurisdiction in connection with any dispute arising out of the requested Order of Dismissal or out of any agreement executed between the Parties in the nature of a settlement agreement, including enforcement of any of its terms.

WHEREFORE, Plaintiff and Allstate respectfully move the Court for entry of the attached proposed Order of Dismissal.

RESPECTFULLY SUBMITTED,

/s/ Richard W. Bane
RICHARD W. BANE (La. Bar # 30383)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2014 West Pinhook, Suite 403
Lafayette, Louisiana  70508
Telephone: (337) 326-5777
Facsimile: (337) 504-3341
*Attorneys for Allstate Indemnity Company*

And

/s/ J. Douglas Sunseri
J. DOUGLAS SUNSERI (La. Bar #19173)
**NICAUD, SUNSERI & FRADELLA, LLC**
3000 18th St.
Metairie, LA 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843
*Attorneys for Beverly Jackson*

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Joint Motion to Dismiss has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 16th day of July, 2007.

/s/ Richard W. Bane
RICHARD W. BANE