- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO:  05-4182 |
| PERTAINS TO: | * * | JUDGE:  DUVAL |
| INSURANCE (*SUCHERMAN*, NO. 07-3381) | * * | MAGISTRATE JUDGE:  WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL

Defendant, Metropolitan Property & Casualty Insurance Company ("Met P & C"), respectfully moves to enroll H. Minor Pipes, III (Bar No. 24603) of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as additional counsel for Met P & C.

**WHEREFORE**, Met P & C prays that this Court enter an Order enrolling H. Minor Pipes, III as counsel of record for Met P & C.

- 1 -

89461

- 2 -

        Respectfully submitted,

        */s/ Bailey H. Smith*
        _____
        Judy Y. Barrasso, 2814
        Bailey H. Smith, 27906
        BARRASSO USDIN KUPPERMAN
         FREEMAN & SARVER, L.L.C.
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana  70112
        Telephone:  504-589-9700
        Fax:  504-589-9701

        *Attorneys for Metropolitan Property and Casualty Insurance Company*

## **C E R T I F I C A T E**

      I hereby certify that a copy of the foregoing pleading has been sent to all counsel fo record, via electronic mail, facsimile, and/or United States Mail, first-class postage pre-paid, this 16th day of July, 2007.

        */s/ Bailey H. Smith*
        _____

89461