UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
|     V. | * | |
| UNITED STATES (07-2771) | * | |

_____

**SECOND MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

**NOW COMES**, the United States, through the undersigned Assistant United States Attorney, on behalf of the United States Army Corps of Engineers, ("Army Corps"), and respectfully moves this Honorable Court for a second extension of thirty (30) days within which to answer or otherwise plead to Plaintiff's Complaint.  The first motion for an extension of time was pursuant to Local Rule 7.9E.  The undersigned suggests that the filing of this motion is for good cause which will be outlined herein and that no parties to this lawsuit will suffer any prejudice if an extension of time is granted.

Furthermore, the undersigned respectfully notes that the filing of this Motion in no way constitutes an appearance, and none of the defenses available to the Defendant herein are hereby waived by the filing of this pleading.

The reasons for the instant motion are as follows:

1) The United States Attorney's Office for the Eastern District of Louisiana has been recused from this matter. At this time, the United States Attorney Executive Office (USAEO) has assigned the Western District of Louisiana to handle this matter.

2) As a result, the undersigned is to handle the case and seek the proper relief for the United States deemed to be necessary.

3) Undersigned counsel has just received the file and needs additional time to review same and respond to this complaint. At present, the answer deadline in this case is July 23, 2007. Undersigned counsel would respectfully request an additional thirty days to file the answer, or until August 22, 2007.

4) Undersigned counsel certifies legal counsel for C.R. Pittman Construction, Inc. has been consulted and expresses no opposition to the requested extension.

**WHEREFORE**, the United States respectfully requests that an exention of time from July 23, 2007, up to and including August 22, 2007, be granted to file its responsive pleadings.

                Respectfully submitted,

                DONALD W. WASHINGTON
                United States Attorney

BY:   s/Jennifer B. Drago
        JENNIFER B. DRAGO (23633)
        Assistant United States Attorney
        Western District of Louisiana
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana 70501-6865
        (337) 262-6897
        (337) 262-6693 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                s/Jennifer B. Drago
                JENNIFER B. DRAGO (23633)
                Assistant United States Attorney
                Western District of Louisiana