UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

## ORDER

Considering the foregoing Second Motion for Extension of Time to Answer or Otherwise Plead,

**IT IS HEREBY ORDERED** that defendant, United States, be and is **GRANTED** an extension of thirty (30) days from July 23, 2007, up to and including August 22, 2007, within which to file its responsive pleadings.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this _____ day of July 2007.

**STANWOOD R. DUVAL**
**UNITED STATES DISTRICT JUDGE**