

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUL 13 AM 11: 20
LORETTA G. WHYTE
CLERK

---

Robin D. Smith
Senior Trial Counsel

P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044
Tel.: (202) 616-4289  Fax: (202) 616-5200
robin.doyle.smith@usdoj.gov

PJP:RSmith
157-0-272

July 12, 2007

VIA FEDEX, FAX (504-589-7633), AND EMAIL

Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

RECEIVED
[ ] 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

RE: *In re Katrina Canal Breaches Consol. Lit.*, Civ. No. 05-4182
(pertains to Levee and MRGO)

Dear Judge Wilkinson:

In accordance with the Order of the Court filed July 6, 2007 (R.D. 6298), the parties have conferred and agreed that the deposition of the United States pursuant to Rule 30(b)(6), Fed. R. Civ. P., will occur on July 19, beginning at 9:00 a.m., at the Dudenhefer Law Firm, 601 Poydras Street, Suite 2655.

Respectfully submitted,

ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

ec:  Joe Bruno, Esq.
     Ralph Hubbard, Esq.
     Frank Dudenhefer, Esq.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____