## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| | **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | | * | |
| _____ | | * | **JUDGE DUVAL** |
| | | * | |
| | | * | **MAG. WILKINSON** |
| **PERTAINS TO:    LEVEE:06-6642** | | * | |
| **(PONTCHARTRAIN BAPTIST CHURCH)** | | * | |
| **(BRIDGE PROJECTS)** | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

Notice is hereby provided to all parties that the Opposition Motion to Rule 54(b) entry (Doc. 6442) filed by Plaintiffs, Pontchartrain Baptist Church, et al., will be heard before the Honorable Stanwood R. Duval, Jr., at ___a.m. on the ___ day of _____, 2007. 6413.

Respectfully submitted,

WILLIAM E. O'NEIL (#10213)
THE O'NEIL GROUP, L.L.C.
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001

-and-

DON M. RICHARD (#11226)
ATTORNEY AT LAW
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this _13_ day of July, 2007.

New Orleans, Louisiana this _13_ day of _____, 2007.

_____
WILLIAM E. O'NEIL