# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION** **NO. 05-4182 "K" (2)** |
| _____ | * * | **JUDGE DUVAL** |
| **PERTAINS TO:  LEVEE:06-6642** **(PONTCHARTRAIN BAPTIST CHURCH)** **(BRIDGE PROJECTS)** | * * * * | **MAG. WILKINSON** |

**************************************************

## ORDER DENYING AND DEFERRING ENTRY OF FINAL JUDGMENT UNDER RULE 54 (b)

Considering the foregoing,

IT IS HEREBY ORDERED THAT Defendants, Modjeski and Master ,Inc., Boh Bros. Construction, L.L.C., and T. L. James Company, Inc., request for entry of final judgment under Rule 54(b) of the Federal Rules of Civil Procedure, is denied and deferred.

New Orleans, Louisiana, this _____ day of July, 2007.

 

                                              _____
                                              STANWOOD R. DUVAL, JR.
                                              UNITED STATES DISTRICT COURT JUDGE

We respectfully request that this Court deny or defer ruling on the motion for the 54(b) entry of final judgment and order until the above are clarified as requested in Doc. 6413.

Respectfully submitted,

_____
WILLIAM E. O'NEIL (#10213)
THE O'NEIL GROUP, L.L.C.
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001

-and-

_____
DON M. RICHARD (#11226)
ATTORNEY AT LAW
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 13 day of July, 2007.

New Orleans, Louisiana this 13 day of July, 2007.

_____
WILLIAM E. O'NEIL