# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES    \*    CIVIL ACTION
        CONSOLIDATED LITIGATION   \*    NO.: 05-4182 "K" (2)
                                 \*    JUDGE DUVAL
_____ \*    MAG. WILKERSON
                                 \*
PERTAINS TO:                  \*
LEVEE:                         \*
C. R. PITTMAN CONSTRUCTION     \*
COMPANY, INC.               \*
     V.                     \*
UNITED STATES (07-2771)        \*
_____

### O R D E R

      The Court having before it the motion by the United States of America to enroll and

substitute counsel in the captioned action, and upon due consideration;

      **IT IS ORDERED** that said motion is **GRANTED**, and that Jennifer B. Drago, Assistant

United States Attorney, Western District of Louisiana, is enrolled and substituted for Alice Daigle,

Assistant United States Attorney, Eastern District of Louisiana, as trial counsel on behalf of the

United States of America in the above-captioned suit.

      **THUS DONE AND SIGNED** this   16th   day of    July    2007, at New

Orleans, Louisiana.

                                       _____
                                      UNITED STATES DISTRICT JUDGE