UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION: 07-1957 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | JUDGE: DUVAL |
| SEVERED FROM: *Aaron, 06-4746* | * * * | MAGISTRATE: WILKINSON |
| LIONEL AND LINDA JACKSON | * * | |
| VERSUS | * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * * | |

## ORDER OF DISMISSAL

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, without prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 16th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE