UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.:  05-4182 <br><br> SECTION:  K <br><br> MAGISTRATE:  2 |
| PERTAINS TO:<br>INSURANCE (#06-5276 c/w #06-8200 c/w<br>              #06-9961)<br><br>DANIEL FREMIN<br><br>VERSUS<br><br>WATERSTREET INSURANCE COMPANY<br>AND ZURICH INSURANCE COMPANY<br><br>*    *    *    *    *    *    *   | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

## ORDER

Considering the foregoing ex parte motion to bifurcate:

**IT IS HEREBY ORDERED** that the referenced consolidated proceeding, *Daniel Fremin versus Waterstreet Insurance Company and Zurich Insurance Company*, Civil Action No. 06-9246 c/w 06-8200 c/w 06-9961, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this 16th day of _____July_____, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge