UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: LEVEE AND INSURANCE | CIVIL ACTION<br>NO: 05-4182<br><br>SECTION "K"(2) |
| MARY MUSTACCHIA MORELLA<br>　　　　Plaintiff | |
| VERSUS | CIVIL ACTION<br>NO: 07-2763 |
| AUTO CLUB FAMILY INSURANCE<br>　　　　Defendant | DIVISION "C" |
| | MAGISTRATE: 4 |

FILED: _____        _____
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## ORDER

IT IS ORDERED that Gina P. Campo is allowed to withdraw as counsel and Anthony J. Milazzo, Jr. is enrolled as counsel on behalf of defendant, Auto Club Family Insurance in this matter.

New Orleans, Louisiana this ___16th___ day of ___July___, 2007.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanwood R. Duval, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge