UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>05-4182 |
| VERSUS | |
| PERTAINS TO:   INSURANCE<br>JUANITA B. SMITH (06-4945) | SECTION "K"<br>MAGISTRATE 2 |

## MOTION FOR PARTIAL DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Juanita B. Smith, Individually and as the sole legatee of Mark C. Smith, III, who upon suggesting to the Court that she has settled her claims against The Hanover Insurance Company ("Hanover"), improperly named as The Hanover American Insurance Company, for all damages to her premises, contents and additional living expense, arising out of Hurricane Katrina, which were caused by all risks other than levee-breach related flooding, hereby moves this Court to dismiss with prejudice all claims which Plaintiff had or may have had against The Hanover Insurance Company for all damages, arising out of Hurricane Katrina, which were caused by all risks other than levee-breach related flooding, and reserving to Plaintiff all claims which she may have against Hanover for all damages caused by levee-breach related flooding.

RESPECTFULLY SUBMITTED;

THE DERBES LAW FIRM, LLC

BY: _____
Albert J. Derbes, III, (4885)
Frederick L. Bunol (29,111)
3027 Ridgelake Drive
Metairie, LA   70002
Telephone: (504) 837-1230
Facsimile: (504) 837-2214
*Attorneys for Juanita B. Smith, Individually, and as sole legatee of Mark C. Smith, III*

## CERTIFICATE OF SERVICE

I hereby certify that on the __16__th day of July, 2007, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all CM/ECF participants and I hereby certify that I have mailed by United States Mail the document to all non-CM/ECF participants.

_____
FREDERICK L. BUNOL (29,111)