UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____§ | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in

the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to

the Unites States propounded by the Plaintiffs in the common liability MRGO and Levee

categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson

(06-2268), respectively, the United States opened a Review and Select facility in New Orleans

for the inspection of paper documents, pursuant to its Document Production Protocol.  The

following documents were selected by Plaintiffs for production in the manner specified in the

United States Document Production Protocol:

AFW-180-000000001 to AFW-180-000002531;

AFW-467-000000001 to AFW-467-000000869;

AFW-467-000000883 to AFW-467-000000950;

AFW-467-000000983 to AFW-467-000003430;

NED-006-000000001 to NED-006-000002233;

NED-014-000000001 to NED-014-000001719;

NOP-019-000000001 to NOP-019-000000856;

NOP-019-000000862 to NOP-019-000000907;

NOP-019-000000913 to NOP-019-000000970;

NOP-019-000000975 to NOP-019-000000983;

NOP-019-000000989 to NOP-019-000002189.


Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: July 16, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on July 16, 2007, I served a true copy of

the United States' Notice of Production upon all parties by ECF:


       s/ Paul Marc Levine
       PAUL MARC LEVINE