PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 180 | AFW-180-000000001 | AFW-180-000002531 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn Sullen | KC010 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 658) from June 2007 Review and Select Production |
| AFW | 467 | AFW-467-000000001 | AFW-467-000000869 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn Sullen | KC010 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1033) from June 2007 Review and Select Production |
| AFW | 467 | AFW-467-000000883 | AFW-467-000000950 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn Sullen | KC010 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1033) from June 2007 Review and Select Production |
| AFW | 467 | AFW-467-000000983 | AFW-467-000003430 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn Sullen | KC010 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1033) from June 2007 Review and Select Production |
| NED | 006 | NED-006-000000001 | NED-006-000002233 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC011 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 176) from June 2007 Review and Select Production |
| NED | 014 | NED-014-000000001 | NED-014-000001719 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC011 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 181) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 019 | NOP-019-000000001 | NOP-019-000000856 | USACE; MVD; MVN; OD-T | Ed Creef | KC011 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 254) from June 2007 Review and Select Production |
| NOP | 019 | NOP-019-000000862 | NOP-019-000000907 | USACE; MVD; MVN; OD-T | Ed Creef | KC011 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 254) from June 2007 Review and Select Production |
| NOP | 019 | NOP-019-000000913 | NOP-019-000000970 | USACE; MVD; MVN; OD-T | Ed Creef | KC011 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 254) from June 2007 Review and Select Production |
| NOP | 019 | NOP-019-000000975 | NOP-019-000000983 | USACE; MVD; MVN; OD-T | Ed Creef | KC011 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 254) from June 2007 Review and Select Production |
| NOP | 019 | NOP-019-000000989 | NOP-019-000002189 | USACE; MVD; MVN; OD-T | Ed Creef | KC011 | 7/13/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 254) from June 2007 Review and Select Production |