UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN :   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## JOINT RESPONSE OF LEVEE DEFENDANTS TO PLAINTIFFS' MOTION TO WITHDRAW AND AMEND RESPONSES TO REQUEST FOR ADMISSIONS

Levee Defendants, East Jefferson Levee District ("EJLD"), Orleans Levee District ("OLD"), St. Paul Fire and Marine Insurance Company ("ST. PAUL") and the United States ("U.S.") oppose plaintiffs' Motion to Withdraw and Amend Responses to Requests for Admissions.  Specifically, Levee Defendants adopt by reference the reasons set forth in the MRGO Defendants' Memorandum in Opposition to Plaintiffs' Motion to Withdraw and Amend Responses to Requests for Admissions filed in the MRGO litigation.  The issues raised by plaintiffs' motions in both cases are identical.

Levee Defendants point out that their Requests for Admissions seek nothing more than to bind the plaintiffs to the allegations contained in their complaint.  Thus,

plaintiffs should not be prejudiced by deeming the Requests for Admissions admitted.

Clearly, plaintiffs point out no such prejudice in their motion.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK**

        */s/ Gary M. Zwain*
        _____
        Lawrence J. Duplass, (#5199)
        Gary M. Zwain, (#13809)
        Andrew D. Weinstock, (#18495)
        Three Lakeway Center, Suite 2900
        3838 North Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone:   (504) 832-3700
        Facsimile:    (504) 837-3119

        *Attorneys for East Jefferson Levee District*

        */s/ Thomas P. Anzelmo*_____
        Thomas P. Anzelmo, (#2533)
        Mark E. Hanna, (#19336)
        Kyle P. Kirsch, (#26363)
        Andre J. Lagarde, (#28649)
            Of
        **MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL**
        3445 N. Causeway Boulevard, Suite 800
        Metairie, Louisiana 70002
        Telephone:   (504) 831-0946
        Facsimile:    (504) 831-2492

        *Attorney for the Board of Commissions for the Orleans Levee District*

        */s/ Ralph S. Hubbard, III*
Ralph S. Hubbard, III  (#7040)
Joseph P. Guichet (#24441)
Rachel Meese (#25457)
      Of
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

*Attorneys for St. Paul Fire and Marine Insurance Co.*

   */s/ Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P. O. Box 888
Benjamin Franklin Station
Washington, D. C.  20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

*Attorneys for United States*

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served on the following counsel of record via hand delivery, facsimile transmission, electronic transmission and/or U. S. Mail, First Class postage prepaid, this 16th day of July, 2007.

           */s/ Gary M. Zwain*
           _____
           **GARY M. ZWAIN (#13809)**