UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "R" (2) |
| COMPANY, and ANTHONY J. CEMO, | * | |
| individually and as agent of STATE FARM | * | JUDGE VANCE |
| FIRE AND CASUALTY COMPANY | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

### DEFENDANTS' MOTION TO EXCLUDE
### TESTIMONY AND OPINIONS OF HAIG NEVILLE

Defendants State Farm Fire and Casualty Company ("State Farm") and Anthony J. Cemo ("Cemo") (collectively "the Defendants") respectfully submit this Motion to Exclude Testimony and Opinions of Haig Neville, plaintiff's purported expert.  Neville's opinion is nothing more than an erroneous legal conclusion, fails to comply with the requirements of Federal Rule of Evidence 702, and is inadmissible.  For these reasons and those more fully set forth in the accompanying memorandum in support, this Court should exclude Neville's testimony and opinions.

WHEREFORE, State Farm Fire and Casualty Company and Anthony J. Cemo respectfully move *in limine* for entry of an order prohibiting plaintiff from introducing the testimony or opinions of Haig Neville.

Respectfully submitted,

/s/ Andrea L. Fannin

| | |
|---|---|
| Douglas J. Cochran, 20751 | Wayne J. Lee, 7916 |
|   dcochran@stonepigman.com |   wlee@stonepigman.com |
| Of | Mary L. Dumestre, 18873 |
| STONE PIGMAN WALTHER WITTMANN L.L.C. |   mdumestre@stonepigman.com |
| One American Place | Andrea L. Fannin, 26280 |
| 301 Main Street, Suite 1150 |   afannin@stonepigman.com |
| Baton Rouge, LA  70825 | Of |
| Phone:  (225) 490-8913 | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| Fax:  (225) 490-8960 | 546 Carondelet Street |
| | New Orleans, LA  70130-3588 |
| | Phone:  (504) 581-3200 |
| | Fax:  (504) 581-3361 |

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

879344v.1

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendants' Motion to

Exclude Testimony and Opinions of Haig Neville has been served upon all counsel of record by

electronic notice from the Court's CM/ECF system, this 22nd day of June, 2007.

> Terrence J. Lestelle
> Andrea S. Lestelle
> Jeffery B. Struckhoff
> Lestelle & Lestelle
> 3421 N. Causeway Blvd.
> Suite 602
> Metairie, Louisiana  70002

                                        */s/ Andrea L. Fannin*
                                        _____

879344v.1