UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

TO:    Terrence J. Lestelle
       Andrea S. Lestelle
       Jeffery B. Struckhoff
       Lestelle & Lestelle
       3421 N. Causeway Blvd.
       Suite 602
       Metairie, Louisiana  70002

**PLEASE TAKE NOTICE** that State Farm Fire and Casualty Company and Anthony J. Cemo, pursuant to the Court's May 10, 2007 Order extending all deadlines in this case an additional 10 days, will bring for hearing their Motion to Exclude Testimony and Opinions of Haig Neville on the 7th day of July, 2007 at 10:00 a.m., or on the Court's next available hearing date, before the Honorable Sarah S. Vance, United States District Judge,

879349v.1

United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

/s/ Andrea L. Fannin

| | |
|---|---|
| Douglas J. Cochran, 20751<br>  dcochran@stonepigman.com<br>Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>One American Place<br>301 Main Street, Suite1150<br>Baton Rouge, LA  70808<br>Phone:  (225) 490-8913<br>Fax:  (225) 490-8960 | Wayne J. Lee, 7916<br>  wlee@stonepigman.com<br>Mary L. Dumestre, 18873<br>  mdumestre@stonepigman.com<br>Andrea L. Fannin, 26280<br>  afannin@stonepigman.com<br>Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, LA  70130-3588<br>Phone:  (504) 581-3200<br>Fax:  (504) 581-3361 |

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Notice of Hearing on the Defendants' Motion to Exclude Testimony and Opinions of Haig Neville has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 22nd day of June, 2007.

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, Louisiana  70002

/s/ Andrea L. Fannin

2

879349v.1