UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

**STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S VALUED POLICY LAW ALLEGATIONS**

Defendant State Farm Fire and Casualty Company ("State Farm"), through undersigned counsel, respectfully submits this Motion for Partial Summary Judgment regarding plaintiff's claims under the Louisiana Valued Policy Law ("VPL"), La. R.S. 22:695, on the following grounds and for the reasons more fully set forth in the attached memorandum.

1.

Plaintiff's Complaint, as amended, alleges, among other things, that plaintiff is entitled to the policy limits of her homeowners policy pursuant to the Louisiana Valued Policy Law, La. R.S. 22:695. Specifically, plaintiff claims that because (1) she suffered some damage as a result of a covered peril (i.e., wind damage) and (2) her insured property was rendered a

- 2 -

total loss, she is entitled to the face value of her homeowners policy under Louisiana's Valued Policy Law, La. R.S. 22:695.

2.

State Farm issued a homeowners policy for plaintiff's property at 5600 Marcia Avenue, New Orleans, Louisiana, a certified copy of which is attached hereto as Exhibit A. The State Farm policy unambiguously excludes coverage for flood water damage.

3.

Plaintiff is not entitled to the full amount of her policy under the VPL because the insured property was not rendered a total loss by any peril that is covered under the terms of plaintiff's State Farm homeowners policy.

4.

The Complaint, as amended, fails to state a claim for which relief can be granted under the VPL because it does not aver the facts that are required by the statute – that the premises was rendered a total loss by a peril that is covered under the terms of the policy. As this Court previously ruled in *Chauvin v. State Farm and Casualty Co.*, 450 F.Supp.2d 660 (E.D. La. 2006), the VPL does not require an insurer to pay the policy limit when the property is not rendered a total loss by a covered peril.

For these reasons, State Farm urges the Court to grant its Motion for Partial

Summary Judgment and dismiss plaintiff's VPL claims against State Farm with prejudice.

Dated: June 22, 2007

Respectfully submitted,

*/s/ Andrea L. Fannin*

| | |
|---|---|
| Douglas J. Cochran, 20751 | Wayne J. Lee, 7916 |
|   dcochran@stonepigman.com |   wlee@stonepigman.com |
| Of | Mary L. Dumestre, 18873 |
| STONE PIGMAN WALTHER WITTMANN L.L.C. |   mdumestre@stonepigman.com |
| One American Place | Andrea L. Fannin, 26280 |
| 301 Main Street, Suite 1150 |   afannin@stonepigman.com |
| Baton Rouge, LA  70825 | Of |
| Phone:  (225) 490-8913 | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| Fax:  (225) 490-8960 | 546 Carondelet Street |
| | New Orleans, LA  70130-3588 |
| | Phone:  (504) 581-3200 |
| | Fax:  (504) 581-3361 |

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

879402v.1

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing State Farm Fire and Casualty Company's Motion for Partial Summary Judgment on Plaintiff's Valued Policy Law Allegations has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 22nd day of June, 2007.

> Terrence J. Lestelle
> Andrea S. Lestelle
> Jeffery B. Struckhoff
> Lestelle & Lestelle
> 3421 N. Causeway Blvd.
> Suite 602
> Metairie, Louisiana  70002

> */s/ Andrea L. Fannin*

879402v.1