UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | JUDGE VANCE |
| | * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * | * | |

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF JEFFERSON

Personally appeared before me, the undersigned authority notary, James F. Talley, III, sworn, deposes and says, as follows:

**1.**

I, James F. Talley, III, am a person of the full age of majority and have been employed by defendant State Farm Fire and Casualty Company ("State Farm") for 6 years. I currently occupy the position of Claim Team Manager.

**2.**

I have first hand knowledge of the facts contained within this declaration and am competent to testify thereto.



3.

As part of my responsibilities as a Claim Team Manager, I oversee the handling of claims presented to State Farm under homeowners policies written by State Farm and flood policies serviced by State Farm that are written by the federal government that relate to damage to homes that allegedly were sustained as a result of Hurricane Katrina.

4.

I have reviewed the plaintiff's State Farm Hurricane Katrina-related homeowners (18-R170-317) and flood claim (18-R239-668) files for her property at 5600 Marcia Avenue, New Orleans, Louisiana.

5.

The plaintiff was paid the limits of her flood insurance policy for 5600 Marcia Avenue: $250,000 for the building, and $100,000 for contents.

6.

State Farm paid the plaintiff a total of $6,772.70 under her homeowners policy for 5600 Marcia Avenue.

7.

The attached documents, Bates-labeled SFKatz 00137, 00139, 00141, 00143, 00206, 00223, and 00232-00240 are true and accurate copies of the documents in State Farm's Katrina-related flood claim file for plaintiff's property at 5600 Marcia Avenue, New Orleans, Louisiana.

**8.**

The attached documents, Bates-labeled SFKatz 00011, 00012, 00098, and 00109-00113 are true and accurate copies of the documents in State Farm's Katrina-related homeowners claim file for plaintiff's property at 5600 Marcia Avenue, New Orleans, Louisiana.

James F. Talley, III

Sworn and subscribed to before me on
this the 22nd day of June, 2007.

Notary Public #54776

| CO/LINE | | AMOUNT | TRANS | PAY CODE | REPORTING PARTY | RSN CODE | PAY ID (WC ONLY) | EXP. (FLOOD ONLY |
|---|---|---|---|---|---|---|---|---|
| 35 | 001 | 4272.70 | D | 1 | Katz | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REMARKS: Roof repair, interior kitchen ceiling

CAT CODE: CL STATE: LA T.I.N.

5 22 868 587 Q

MID-SOUTH OFFICE
MONROE, LOUISIANA

CLAIM FILE COPY
**NOT NEGOTIABLE**

5 22 868 587 Q

CLAIM NUMBER [illegible] DATE OF LOSS [illegible] NAME OF INSURED [illegible] ISSUED DATE [illegible]

PAY TO THE ORDER OF [illegible] Katz

Four thousand two hundred seventy-two [illegible] DOLLARS $ 4272.70 NOT TO EXCEED $10,000

- ☐ STATE FARM GENERAL INSURANCE COMPANY
- ☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
- ☑ STATE FARM FIRE AND CASUALTY COMPANY
- ☐ STATE FARM LLOYDS
- ☐ STATE FARM FLORIDA INSURANCE COMPANY

AUTHORIZED SIGNATURE [illegible] AUTH. ID [illegible]

APPROVED BY

SFKATZ
00011

RCT - 9/1/05

APPROVED BY AND DATE

IF SUBROGATION APPLIES, Check here

IF SUPPLEMENTAL PAYMENT, Check here

ENTER CLAIM NUMBER BELOW IF KNOWN 18R1903[illegible]

| | REC. TYPE | TRANS | CL. UNIT | CAUSE OF LOSS | DED. AMT. | AMOUNT | PAY CODE | SUSP. COV. | CAT. CODE | MAINT. REC. | B.M.A.P. | DRIV. ID CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTO | 1 | F1 | 91 | | | | 1 | | | | | |

| | TRANS | CAT. CODE | CL UNIT | FAC CODE | COMMENT CODE | COV/LINE NO. | AMOUNT | PAY CODE | B.M.A.P. |
|---|---|---|---|---|---|---|---|---|---|
| FIRE | D | | | 91 | | 609 001 | | 2 | |

DO NOT COMPLETE THIS PORTION: 1. On auto PD losses-Submit ACR and Claimant's report 2. Whenever a separate claim report taken 3. On Fire theft losses-Submit Theft Kit Report

DED. AMT.

INSURED VEHICLE YEAR MAKE MODEL VIN

CITY & STATE New Orleans, Louisiana

LOCATION OF LOSS OR ACCIDENT IF DIFFERENT THAN MAILING ADDRESS: NUMBER AND STREET

IF SR 21 NECESSARY HAS IT BEEN FILED? YES NO

HAS AUTO THEFT LOSS BEEN REPORTED TO POLICE? YES NO

LOSS INSPECTED YES NO

BY WHOM? INITIALS:

DATE REPORTED TO AGENT 8-29-05

CLAIMS ENTRY SEP 12 2005 SW

DESCRIBE THE CAUSE AND NATURE OF LOSS OR ACCIDENT IN DETAIL Hurricane - Wind - Flood Katrina

COLL: DRIVER AGE & REL. TO INSURED

TYPE OF LOSS (Explain) Hurricane - Flood - Wind

1 25 509803 F

## STATE FARM INSURANCE COMPANIES

AUSTIN, TEXAS

AGENT - MAIL THIS COPY TO REGIONAL OFFICE AUTO CONSOLIDATED CLAIMS THE SAME DAY THE ORIGINAL IS ISSUED - NOT NEGOTIABLE

56-1544/441

1 25 509803

POL NO. 1870093[illegible]4 CHANGE CAR DATE OF LOSS 8-29-05 NAME OF INSURED Marlene Katz DATE ISSUED 9-01-05

PAY TO THE ORDER OF Marlene Katz

5600 Mirandia New Orleans LA 70124-0000

two thousand five hundred 00/100 DOLLARS $ 2,500

NOT TO EXCEED $5,00

AGENT CODE 3355

DRAWN ON COMPANY MARKED ☒

- ☐ STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
- ☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
- ☒ STATE FARM FIRE AND CASUALTY COMPANY
- ☐ STATE FARM GENERAL INSURANCE COMPANY
- ☐ STATE FARM INDEMNITY COMPANY
- ☒ STATE FARM LLOYDS
- ☐ STATE FARM FLORIDA INSURANCE COMPANY

RECEIVED SEP 0 8 2005 FIRE CLAIMS ADA

AUTHORIZED SIGNATURE

STATE CODE 53 T.I.N.

Metairie

SFKATZ 00012

# STATEMENT OF LOSS

Claim Number 18-R170-317

Insured Katz

## COVERAGE A - BUILDING

Limit of Liability $ $567,260.00

| Description | Amount $ |
|---|---|
| State Farm Estimate | 4,872.59 |
| Total A | $ 4,872.59 |

## COVERAGE B - CONTENTS

Limit of Liability $ 425,445.00

| Description | Amount $ |
|---|---|
| Food Loss | 1,000.00 |
| Total B | $ 1,000.00 |

## COVERAGE C - LOSS OF USE

Limit of Liability $

| Description | Amount $ |
|---|---|
| Prohibited Use 08-28-05 thru 09-10-05 | 900.11 |
| Prohibited Use due to zip code 09-11-05 thru 10-31-05 $2396.16 | |
| Absorb $1,000 deductible | |
| Total C | $ 900.11 |

Comments/Supplements:

| | |
|---|---|
| **Total A + B + C** | 6,772.70 |
| Plus Special Coverage | |
| **Total Loss** | 6,772.70 |
| Less Depreciation - Cov. A | 0.00 |
| Less Depreciation - Cov. B | 0.00 |
| **Subtotal** | 6,772.70 |
| Less Deductible | 0.00 |
| Less Prior Payments | 2,500.00 |
| **Total Payable** | $4272.70 |

Laura Triay — Name

01-04-06 — Date

104658.4 Rev. 02-26-2003

SFKATZ
00098

State Farm Insurance Companies
P O Box 231198
New Orleans, La 70183
504-738-0583 (phone)
504-739-9431 (fax)

01/04/2006

| | | | |
|---|---|---|---|
| Estimate: | 18-R170-317 | Claim Number: | 18-R170-317 |
| Insured: | KATZ, MARLENE | Policy Number: | 18-70-0937-4 |
| Property: | 5600 MARCIA AVE | Type of Loss: | Wind Damage |
| | NEW ORLEANS, LA 70124-1006 | Deductible: | $ 1,000.00 |
| Cellular: | (504) 913-5888 | Price List: | LANO5F5D5 Restoration/Service/Remodel with Service Charges Broken Out |
| | | Date of Loss: | 8/30/2005 |
| | | Date Inspected: | 10/6/2005 |

## Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 4,790.14 |
| Applicable Sales Tax | @ | 9.000% x | 916.09 | 82.45 |
| Replacement Cost Value | | | | 4,872.59 |
| Less Depreciation | | | | (0.00) |
| Actual Cash Value (ACV) | | | | 4,872.59 |
| Less Deductible | | | | (1,000.00) |
| Net Actual Cash Value Payment | | | | $3,872.59 |

Laura Triay
(866) 787-8676 Ext: 6297

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

changes to this estimate must be preapproved by a State Farm Claim Representative to be considered for payment.

Under Louisiana law, you have one (1) year from the date of loss to conclude all aspects of your claim.

State Farm Insurance Companies

KATZ, MARLENE 01/04/2006

18-R170-317

Main Home

**Room: Roof**

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Remove Tear off, haul and dispose of modified bitumen roofing | 6.00 SQ | 34.75 | 208.50 | | 208.50 |
| Modified bitumen roof | 6.00 SQ | 242.17 | 1,453.02 | | 1,453.02 |
| R&R Flashing pipe jack - lead (3"-4") | 1.00 EA | 51.63 | 51.63 | | 51.63 |
| R&R Flashing - pipe jack | 1.00 EA | 31.38 | 31.38 | | 31.38 |
| * R&R Eave trim for bitumen roof | 50.00 LF | 3.48 | 174.00 | | 174.00 |
| Above 2 entries for left rear dormer | | | | | |
| R&R Composite roofing - Slate style (per SHINGLE) | 60.00 EA | 14.42 | 865.20 | | 865.20 |
| R&R Furnace vent - rain cap and storm collar, 6" | 1.00 EA | 41.59 | 41.59 | | 41.59 |
| R&R Furnace vent - aluminum, 4" | 6.00 LF | 6.51 | 39.06 | | 39.06 |
| Ridge cap - tile roofing | 40.00 LF | 10.11 | 404.40 | | 404.40 |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 501.25 | 501.25 | | 501.25 |
| Above entries for main home tiles 2 to 1 replacement onEternit tiles and linear feet on 30 cement "v" ridge tiles Per Mackel Roofing | | | | | |
| **Room Totals: Roof** | | | **3,770.03** | **0.00** | **3,770.03** |

SFKATZ
00110

State Farm Insurance Companies

KATZ, MARLENE 01/04/2006

Interior

Room: Kitchen LxWxH 16'0" x 14'6" x 8'0"

Missing Wall: 1 - 14'6" X 8'0" Opens into E Goes to Floor/Ceiling

Subroom 1: breakfast area LxWxH 16'0" x 14'6" x 8'0"

Missing Wall: 1 - 14'6" X 8'0" Opens into 0 Goes to Floor/Ceiling

| | | |
|---|---|---|
| 628.00 SF Walls | 464.00 SF Ceiling | 1,092.00 SF Walls & Ceiling |
| 464.00 SF Floor | 51.56 SY Flooring | 78.50 LF Floor Perimeter |
| 256.00 SF Long Wall | 232.00 SF Short Wall | 78.50 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT COST | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Seal/prime part of the ceiling - one coat | 232.00 SF | 0.33 | 76.56 | | 76.56 |
| Paint the ceiling - one coat | 464.00 SF | 0.36 | 167.04 | | 167.04 |
| Floor protection - self-adhesive plastic film | 464.00 SF | 0.44 | 204.16 | | 204.16 |
| **Room Totals: Kitchen** | | | **447.76** | **0.00** | **447.76** |

Area Totals: Interior

| | | |
|---|---|---|
| 628.00 SF Walls | 464.00 SF Ceiling | 1,092.00 SF Walls & Ceiling |
| 464.00 SF Floor | 51.56 SY Flooring | 78.50 LF Floor Perimeter |
| 256.00 SF Long Wall | 232.00 SF Short Wall | 78.50 LF Ceil. Perimeter |

| | RCV | DEPREC. | ACV |
|---|---|---|---|
| **Area Items Total: Interior** | **447.76** | **0.00** | **447.76** |

Area Totals: Main Home

| | | |
|---|---|---|
| 628.00 SF Walls | 464.00 SF Ceiling | 1,092.00 SF Walls & Ceiling |
| 464.00 SF Floor | 51.56 SY Flooring | 78.50 LF Floor Perimeter |
| 256.00 SF Long Wall | 232.00 SF Short Wall | 78.50 LF Ceil. Perimeter |

| | RCV | DEPREC. | ACV |
|---|---|---|---|
| **Area Items Total: Main Home** | **4,217.79** | **0.00** | **4,217.79** |
| **Line Item Subtotals: 18-R170-317** | **4,217.79** | **0.00** | **4,217.79** |

State Farm Insurance Companies

KATZ, MARLENE 01/04/2006

| Adjustments for Base Service Charges | | | Adjustment |
|---|---|---|---|
| Heating / A.C. Mechanic | | | 112.96 |
| Painter | | | 98.42 |
| Roofer | | | 145.60* |
| Membrane Roofing Installer | | | 215.37 |
| Total Adjustments for Base Service Charges: | | | 572.35 |
| **Line Item Totals:** | **4,790.14** | **0.00** | **4,790.14** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 628.00 | SF Walls | 464.00 | SF Ceiling | 1,092.00 | SF Walls & Ceiling |
| 464.00 | SF Floor | 51.56 | SY Flooring | 78.50 | LF Floor Perimeter |
| 256.00 | SF Long Wall | 232.00 | SF Short Wall | 78.50 | LF Ceil. Perimeter |

SFKATZ
00112

# Structural Damage Claim Policy

When you have a covered structural damage claim to your real property, you should know:

- We want you to receive quality repair work to restore the damages to your property.
- We will provide you with a detailed estimate of the scope of damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.
- You may have the repairs made by a contractor of your choice.
- If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning the repairs.
- State Farm cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.
- State Farm does not guarantee the quality of workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.
- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.



CLAIM NO 18-R239-668 POLICY NO 98-D77434-5 LOSS DATE 8/29/2005

PAYMENT NO 1 22 326789 J
DATE 12/06/2005
AMOUNT $90,000.00
TIN

| Coverage Description | Amount | COL/Line | Pay Cd |
| --- | --- | --- | --- |
| Flood - Contents | $90,000.00 | 18/002 | 3 |

ENTERED BY MONTY, JACKIE
AUTHORIZED BY SCHUMACHER, CURTIS X5731
PHONE (866) 787-8676

REMARKS PERSONAL PROPERTY

STATE FARM FIRE AND CASUALTY COMPANY
MONROE, LA
ZCAT HARAHAN 22-819 L213

BANK ONE 56-1544/441
JPMORGAN CHASE BANK,
COLUMBUS, OH

1 22 326789 J
12/06/2005

INSURED KATZ, MARLENE CLAIM NO 18-R239-668 LOSS DATE 8/29/2005

**********************************************************EXACTLY NINETY THOUSAND AND 00/100 DOLLARS $****90,000.00

*Pay to the Order of:* MARLENE L. KATZ
4141 VETERANS BLVD STE 100
METAIRIE LA 70002-5540

APPROVED BY

FILE COPY

SFKATZ 00137



CLAIM NO 18-R239-668 POLICY NO 98-D77434-5 LOSS DATE 8/29/2005

PAYMENT NO 1 22 724661 J
DATE 10/13/2005
AMOUNT $250,000.00
TIN

| Coverage Description | Amount | COL/Line | Pay Cd |
| --- | --- | --- | --- |
| Flood - Building | $250,000.00 | 17/001 | 1 |

ENTERED BY CHOLANDA, GILL
AUTHORIZED BY SCHUMACHER, CURTIS X5731
PHONE (866) 787-8676

REMARKS Policy limits dwelling

STATE FARM FIRE AND CASUALTY COMPANY
MONROE, LA
ZCAT HARAHAN 22-819 L213

BANK ONE 56-1544/441
JPMORGAN CHASE BANK,
COLUMBUS, OH

1 22 724661 J
10/13/2005

INSURED KATZ, MARLENE CLAIM NO 18-R239-668 LOSS DATE 8/29/2005

*****************************************************EXACTLY TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS $***250,000.00

*Pay to the Order of:* MARLENE L. KATZ & FNMA MBS EUSTIS POOL 211767 STANDARD MORTGAGE CORP
ISAOA ATIMA
4141 VETERANS BLVD STE 100
METAIRIE LA 70002-5540

FILE COPY

APPROVED BY

SFKATZ
00139

REPORTING PA...

| COL/LINE | | AMOUNT | TRANS | PAY CODE | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | 002 | | D | 2 | | | | |

| CAT CODE | STATE | T.I.N. |
|---|---|---|
| PL | LA | |

REMARKS:

5 26 985 793

CLAIM FILE COPY
NOT NEGOTIABLE

56-1544/441

5 26 985 793 Q

TULSA, OKLAHOMA

ISSUED DATE 10-6-05

CLAIM NUMBER 18R239-668 DATE OF LOSS 8-29-05 NAME OF INSURED Katz Marlene

PAY TO THE ORDER OF Marlene Katz
5600 Marcia Ave New Orleans 70124

Five Thousand & 00/100 DOLLARS $ 5000.00

NOT TO EXCEED $10,000

☐ STATE FARM GENERAL INSURANCE COMPANY
☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
☐ STATE FARM FIRE AND CASUALTY COMPANY
☐ STATE FARM LLOYDS
☐ STATE FARM FLORIDA INSURANCE COMPANY

AUTHORIZED SIGNATURE

Mark 11-02-06

AUTH. ID

SFKATZ 00141

CLAIM #: [illegible]

AUTO

| REC. TYPE | TRANS | CL UNIT | CAUSE OF LOSS | DED. AMT. | AMOUNT | PAY CODE | SUSP. COV. | CAT. CODE | MAINT. REC. | B.M.A.P. | DRIV. ID CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F1 | 91 | | | | 1 | | | | | |

FIRE

| TRANS | CAT. CODE | CL UNIT | FAC CODE | COMMENT CODE | COL/LINE NO. | AMOUNT | PAY CODE | B.M.A.P. |
|---|---|---|---|---|---|---|---|---|
| D | | | 91 | | 18 1 | | 1 | |

[illegible] 9-02-05
APPROVED BY AND DATE

IF SUBROGATION APPLIES, Check here ☐

IF SUPPLEMENTAL PAYMENT, Check here ☐

ENTER CLAIM NUMBER BELOW IF KNOWN
[illegible]

DO NOT COMPLETE THIS PORTION: 1.On auto PD losses-Submit ACR and Claimant's report 2.Whenever a separate claim report taken 3. On Fire theft losses-Submit Theft Kit Report

INSURED VEHICLE YEAR ____ MAKE ____ MODEL ____ VIN ____ DED. AMT. ____

LOCATION OF LOSS OR ACCIDENT IF DIFFERENT THAN MAILING ADDRESS: NUMBER AND STREET ____ CITY & STATE ____

IF SR 21 NECESSARY HAS IT BEEN FILED? ☐ YES ☐ NO

HAS AUTO THEFT LOSS BEEN REPORTED TO POLICE? ☐ YES ☐ NO

LOSS INSPECTED ☐ YES ☐ NO

BY WHOM? INITIALS: [illegible]

DATE REPORTED TO AGENT 9-1-05

COLL: DRIVER AGE & REL. TO INSURED ____

DESCRIBE THE CAUSE AND NATURE OF LOSS OR ACCIDENT IN DETAIL Hurricane Katrina

RECEIVED
SEP 20 2005

TYPE OF LOSS (Explain) [illegible]

1 25 546653 F

STATE FARM INSURANCE COMPANIES
AUSTIN, TEXAS

AGENT - MAIL THIS COPY TO REGIONAL OFFICE AUTO CONSOLIDATED CLAIMS THE SAME DAY THE ORIGINAL IS ISSUED - NOT NEGOTIABLE

ACC CSA
56-1544/441

1 25 546653 F

POL. NO. [illegible] CHANGE CAR DATE OF LOSS [illegible] NAME OF INSURED [illegible] DATE ISSUED 9-15-05

PAY TO THE ORDER OF [illegible]
[illegible] LA [illegible]

Five Thousand [illegible] DOLLARS $ 5,000.00
NOT TO EXCEED $5,000

AGENT CODE [illegible]

DRAWN ON COMPANY MARKED ☒
☐ STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
☐ STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS
☒ STATE FARM FIRE AND CASUALTY COMPANY
☐ STATE FARM GENERAL INSURANCE COMPANY
☐ STATE FARM INDEMNITY COMPANY
☐ STATE FARM LLOYDS
☐ STATE FARM FLORIDA INSURANCE COMPANY

AUTHORIZED SIGNATURE

STATE CODE [illegible] T.I.N.

[illegible] 9/25

NCC

SFKATZ 00143

# Flood Claim Worksheet

Insured's Name: KATZ, MARLENE
Address: 5600 MARCIA AVE
City, State, Zip: New Orleans, LA 70183

Claim Number: 18 R239-668
Policy Number: 98-D7-7434-5
Date of Loss: 8/29/2005
Date of Completion: 10/10/2005

**Risk Information:**

Policy Involved: (●) Standard Policy ( ) Preferred Policy

Form: Dwelling

Term: 4/29/05 - 4/29/05

Coverage Bldg: $250,000 Contents: $100,000
Deductible Bldg: 500 Contents: 500 $0

Basement: ( ) Yes (●) No

Elevated: ( ) Yes (●) No

Occupancy: (●) Single Family ( ) 2 - 4 Family ( ) Other Residential ( ) Non-residential

| Building RC Value: | | | | |
|---|---|---|---|---|
| 99.27 | S.F. of 1st floor X | $ 2,800.00 | per S.F. = | $277,956.00 |
| 99.27 | S.F. of 2nd floor X | $ 1,500.00 | per S.F. = | $148,905.00 |
| | S.F. of 3rd/Bsmnt X | | per S.F. = | $0.00 |
| | S.F. of Att. Garage X | | per S.F. = | $0.00 |
| | S.F. of Other X | | per S.F. = | $0.00 |
| Building Totals: | S.F. | | | $426,861.00 |

IF property value is based on IV Amount, type the amount in this field: [ ] This field overrides calculated value

Age of Building: 42 years X 0.5 depreciated per year 21.00%
Property Value: $426,861.00 - $89,640.81 = $337,221

**Loss Information:**

Was there a General Condition of flooding? (●) Yes ( ) No

Primary CAUSE of flood water damage: OS - Overflow stream, river, lake

| | | Feet | Inches |
|---|---|---|---|
| Is there an exterior water line? | (●) Yes ( ) No | 6ft. | 0in. |
| Is there an interior water line? | (●) Yes ( ) No | 5ft. | 7in. |

Date water touched the risk: 8/29/2005

Check ONLY if water touched appurtenant structure --> ☑

Check ONLY if the **Adjuster Preliminary Damage Assessment** form has been completed --> ☐

Has the prior loss(es) been reviewed? (●) Yes ( ) No

**Settlement Information:** Complete the following questions to determine how the **building loss** should be settled.

1. For *Dwelling* risk:

| | |
|---|---|
| YES | a. Is the policy a dwelling form? |
| YES | b. Is the building insured to at least 80% of the RC or the maximum amount allowed by NFIP? |
| Yes | c. Is the building a Single Family (SF) dwelling or is the Condo/Town house unit used exclusively for SF dwelling? |
| Yes | d. Is this a Principal Residence for the named insureds? |

Percentage the building is insured: 58.567 Do not round

If you answered yes to all the above questions, Replacement Cost coverage applies to the loss.

2. For *Condominium Association Building* risk:

| | |
|---|---|
| NO | a. Is the policy a RCBAP form? |
| | b. Is th building insured to at least 80% of RC? |
| | c. Is there at least 75% of total floor area used for residential purpose? |
| | d. Is the policy written in the Regular Program? |

Percentage the building is insured: [ ] Do not round

If you answered yes to all the above questions, Replacement Cost coverage applies to the loss.

3. If **NO**, and the risk involves either the *RCBAP* form, or a *Single Family, Principal Residence* (for the named insureds) and insured under the Dwelling form, complete the following:
   a. Actual Cash Value of the damages: [ ]
   b. Coinsurance Adjustment: [ ]
   Amount carried: [ ] divided by the Amount Required (80% of bldg RC) [ ]
   multiplied by the Adjusted RC loss amount: [ ]
   c. Amount owed for the Dwelling form: 0
   d. Amount owed for the RCBAP form: [ ]

| Appliances | Make | Model # | Serial # | Age / Color | Purch. Date | Place of Pur. | Cost |
|---|---|---|---|---|---|---|---|
| Washer | | | | | | | |
| Dryer | | | | | | | |
| Refrigerator | | | | | | | |
| Dish Washer | | | | | | | |
| Stove | | | | | | | |
| Air Conditioner | | | | | | | |
| Water Heater | | | | | | | |
| Furnace | | | | | | | |
| WTR SOFT | | | | | | | |

# STATEMENT OF LOSS

Claim Number 18 R239-668

Insured KATZ, MARLENE

## COVERAGE A - BUILDING

Limit of Liability $ $250,000.00

| Description | Amount $ |
|---|---|
| POLICY LIMITS | 250,000.00 |

Total A $ 250,000.00

## COVERAGE B - CONTENTS

Limit of Liability $ 100,000.00

| Description | | Amount $ |
|---|---|---|
| PPIF | | 100,000.00 |
| DEDUCTIBLE ABSORBED | $500.00 | |

Total B $ 100,000.00

## COVERAGE C - LOSS OF USE

Limit of Liability $

| Description | Amount $ |
|---|---|
| NO COVERAGE | |

Total C $ 0.00

Comments/Supplements:

NO PENDING ITEMS

| | |
|---|---|
| Total A + B + C | 350,000.00 |
| Plus Special Coverage | |
| Total Loss | 350,000.00 |
| Less Depreciation - Cov. A | 0.00 |
| Less Depreciation - Cov. B | 0.00 |
| Subtotal | 350,000.00 |
| Less Deductible | 0.00 |
| Less Prior Payments | 260,000.00 |
| Total Payable | $90000.00 |

Curtis Schumacher
Name

11-28-05
Date

[initials] 12-3-05

104658.4 Rev. 02-26-2003

SFKATZ
00223

# Official Contents Log

Page 1 of 9

*Flood policies require serial and model number where applicable.

**PRINT LEGIBLY**

wood furn 20/15
upholstered 4/10
Mirror 2/20
wood furn 2/15
wood furn 2/15
wood furn 2/15

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| 2 end tables - den | | 600 | 20 |
| 1 round ottoman Poof | | 2000 | 6 years |
| Lg. wall mirror bevelled glass - dining | | 1000 | |
| dining room China cabinet | | 5000 | |
| pad dining table - custom | | 300 | |
| Server dining room | | 4000 | |
| brass urns + fireplace tools | | 600 | |
| built in solid Brass Fireplace screen | | 900 | |
| Ver GE VG-4001 | | | |
| Tibet handmade area rug | | 7000 | 6 years |
| Turkish oriental rug | | 2000 | 1½ |
| TV hitach CT2667 | | 1500 | 1 yr |
| Metronome | | 200 | 20 yr |
| Menorah | | 100 | 10 yrs |
| 2 decorative paperweights | | 100 | 1 yr |
| Broken pieced Florentine Turquois Wedgewood plate saucers, cups | | | |
| Bar glasses | | 600 | 35 yr |
| 12 framed pictures - Brass & Silver | | 200 | 20 yr |
| Antique World Atlas leather bound gold pages | | 600 | 1-10 yr |
| 2 Leather wedding photo ALBUMS | | 300 | 7 |
| haviland plate | | 600 | 5 yr |
| framed Mardi Gras mask | | 500 | 3 yr |
| framed Mardi Gras Invitation | | 100 | 7 yr |
| Brass Clock | | 200 | 7 yr |
| Brass Oriental Bell + Gong | | 300 | 30 yr |
| Lg Brass Ash Tray | | 300 | 20 yr |
| 2 Living Room tub chairs recovered 6 years ago | | 100 | 20 yr |
| | | 1500 | 6 |
| 2 end tables Living Room | | | |
| Coffee table brass wood + Glass | | 1000 | 20 yr |
| Occasional Living Room table | | 2000 | 20 yr |
| Large mirror Framed in gold Leaf - Living Room | | 500 | 20 yr |
| foyer Lg. mirror bevelled glass | | 1000 | 50 yr |
| Baldwin Piano | | 1500 | 15 yr |
| | | 7000 | 20 yr |

mirror 50/20
musical instrument 7,000.

| | | |
|---|---|---|
| Name: Marlene Katz | | Date: 10/28/05 |
| Address: 5600 Marcia | City: New Orleans | Zip: LA |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00232

# Official Contents Log

2

*Flood policies require serial and model number where applicable.

*PRINT LEGIBLY*

upholstered furn 6/10
wood furn 20/15

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| 3 person Sofas - 2 in den + one in living Room | | $ 30 000 | 6 yr |
| Coffee table living Room | | 1000 | 25 yr |
| Living Room lamp | | 500 | 20 yr |
| Vase hand painted | | 500 | 20 yr |
| Coal Port China | | 1000 | 20 yr |
| 2 antique Czechoslovakian Lusters | | 2000 | ? |
| 5 Living Room throw pillows | | 500 | 15 yrs |
| wooden foyer table | | 1500 | 20 yrs |
| mahogany dining Room table with 2 Leaves | | 5000 | 30 yrs |
| 2 portraits children | | 600 | 15 years |
| 1 Game table den | | 2000 | 20 years |
| 4 caneback matching wood Chairs | | 800 | 20 yr |
| 2 den lamps | | 250 | 20 yrs |
| Silk plant | | 100 | 20 yr |
| leather chaise Lounge | | 1000 | 20 yr |
| Leather matching Ottoman | | 600 | 20 yr |
| mahogany Grandfather clock | | 5000 | 20 yr |
| iron Sculpture | | 250 | 10 yr |
| dining Room chairs - 8 2 arm 6 side recovered 6 years ago | | 2600 | 30-6 |
| solid wood table in Kitchen | | 3000 | 20 yr |
| 6 wooden chairs recovered 6 years ago | | 1800 | |
| 3 brass + wood bar stools - recovered 6 years ago | | 900 | |
| Kitchen table centerpiece | | 200 | 6 yrs |
| Antique Coo coo Clock | from Europe | 1000 | ? |
| Kitchen trash Can | | 75 | 20 yrs |
| Brass bathroom Accessories - Master + powder 2 Kleenex holders, 2 trash cans, towel holders | | 1000 | 20 yr |
| Boom box Sony CFD 650 | | 200 | 3 yrs |
| fax panasonic KXfp6371 | | 50 | 5 yrs |
| Silk Plant | | 100 | 8 yrs |
| wooden baskets | | 100 | 10 yrs |
| Cell phone Verizon nokia | | 200 | 1 year |

| Name | | Date |
|---|---|---|
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00233

# Official Contents Log 5

*Flood policies require serial and model number where applicable.
*PRINT LEGIBLY*

wooden furn 20|15

Books 5/25

Computer personal 3/6

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| 3 Cell phone chargers + | Car chargers | 75 | 1 yr |
| 4 cannon ink refills | | 75 | 1 year |
| Leather bag | | 150 | 5 yrs |
| wood made china Hutch | | 3000 | 20 yrs |
| custom molding | | 150 | 50 yrs |
| Turkey Platter | | | |
| 17 framed photos - | brass & silver | 850 | 1-20 yrs |
| Wedgewood Biscuit Jar | top missing | 500 | ? |
| digital camera Kodak | ex 7XX0 | 400 | 1 yr. |
| Camera Case | | 60 | 1 yr |
| Cookbooks | | 1000 | ? |
| cookie sheets (10) | | 100 | 20 yr |
| marble cheese plate | | 100 | 30 yr |
| Serving trays | | 30 | 20 yrs |
| Stainless Serving pieces | | 100 | 30 yrs |
| 2 stacked Apothecary Stools in Library | | 600 | 30 yrs |
| Cane back rocking Chair | | 250 | 28 yrs |
| 2 brass Sconses | | 250 | |
| 1 Cheryl Washomeir Sconse | | 500 | 25 yrs |
| 1 Seder plate | | 200 | 25 yrs |
| 2 china Lamps | | 200 | 30 yrs |
| computer dell fnt4f21-mTC2 | | 1200 | 3 yrs |
| Computer monitor | | 300 | 3 yrs |
| Printer Cannon bi2255 | | 300 | 3 yrs |
| Computer Speakers | | | |
| Stackable Storage units | | 200 | 10 yrs |
| China horse Sculpture | "Wiinsky" English | 1000 | 25 yrs |
| Crystal VASE | | 100 | 10 yrs |
| Coffee cups (2) & Saucers - Antique | | 200 | ? |
| popcorn popper | | 50 | 10 yrs |
| 6 pots & pans | | 200 | 25 yrs |
| muffin pans | | 200 | 25 yrs |
| 4 coffee pots | | 200 | 5-15 yrs |
| oriental Serving trays | | 200 | 15 yrs |

| Name | | Date |
|---|---|---|
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00234

10/28/05 FRI 11:00 [TX/RX NO 5321] 004

# Official Contents Log

4

*Flood policies require serial and model number where applicable.
*PRINT LEGIBLY*

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| Linens for bed - custom made | | 2000 | 6 yrs |
| Comforter, shams, bed skirt | | | |
| 4 Pillows | | 100 | 6 yrs |
| Pillow top mattress | | 600 | 1 yr |
| Box Spring | | 600 | 10 |
| Frame | | | |
| designer headboard + frame | Mario Villa | 5000 | 15 yr |
| 2 end tables Bedroom | | 600 | 30 yr |
| 1 triple dresser bedroom | | 3000 | 30 yr |
| 1 chest on chest dresser bedroom | | 2000 | |
| 1 skirted table bedroom + handmade skirt | | 600 | 20 |
| 1 crystal lamp bedroom | | 400 | 30 yrs |
| 1 chaise recovered 6 yrs ago | | 2000 | ? |
| 2 stools wood bedroom recovered 6 years ago | | 500 | ? |
| | | | |
| 1 table (wood) foot of Bed | | 600 | 30 yr |
| 1 Lg. mirror on wall | bedroom wood frame | 600 | 30 yr |
| 1 silk plant brass vase | | 200 | 10 yrs |
| 1 wood + leather desk in library | | 2000 | 15 yrs |
| 1 chair for desk | | 400 | 15 yr |
| Piano bench needle point hand done seat | | 1000 | 20 yr |
| piano books ~ 17 | | 170 | 20 yr |
| drapes, sheers, | | | |
| blinds, trim - all custom done by decorators | | 60,000 | 6-20 yrs |
| 1 wood chair | | 100 | 10 yr |
| 4 throw pillows Library | | 900 | 10 yr. |
| hand made Afgah | | 500 | 30 yr |
| TV Panasonic ctl 2042R | | 500 | 15 yr |
| table with book selves + drawer | | 500 | 20 yr |
| Library Sofa - recovered 10 yrs ago | | 2,000 | 10 |
| gumball machine | | 100 | ? |
| Stereo Panasonic | | 200 | 20 |
| record player | | 200 | 20 |

| Name | | Date |
|---|---|---|
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ 00235

# Official Contents Log

5

*Flood policies require serial and model number where applicable.
*PRINT LEGIBLY*

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| Brass floor lamp | | 100 | 10 |
| Brass Candlestick | | 75 | 10 |
| wok | | 50 | 15 |
| 3 Jewelry Boxes antique & Oriental | | 400 | |
| Lg. wicker basket | | | |
| men's brass suit hanger standing | | 200 | 30 |
| antique prayer book | | 300 | 20 |
| 1 silver plated prayer book | | 200 | 30 |
| toaster werke 1857594Z | | 100 | 20 |
| Electric Can opener | | 75 | 20 |
| blender hamilton beach 575 | | 75 | 20 |
| make up mirror | | 75 | 5 |
| CD's | | 40 | 1 |
| Costume Jewelry | | 180 | 2 |
| Clock radio | | 500 | 0-5 |
| towels 8 sets | | 100 | 2 |
| tennis outfits - tops & skirts & shorts | | 800 | 0-2 |
| Pillows | | 1300 | 0-5 |
| Lark Suit Case | | 200 | 0-10 |
| make-up | | 300 | 6 |
| make up brushes | | 800 | |
| perfume & perfume bottles - Crystal, brass | | 800 | 0-3 |
| | | 700 | 0-10 |
| 300 hardback books in library | | 6000 | 0-30 |
| make up bags | | 80 | 5 yr |
| Laundry Baskets | | 100 | 3 yr |
| Pots - Cooking | | 120 | 20 yrs |
| Laundry towels & Linen Kitchen towels & guest towels | | 300 | 0-10 yrs |
| dish drying rack | | 10 | 10 |
| Stainless eating utensils | | 10 | 10 yrs |
| 1 wrought iron table | | 300 | 10 yrs |
| 4 wrought iron chairs | | 600 | 10 yrs |
| | | 500 | 10 yrs |

| | | |
|---|---|---|
| Name | | Date |
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00236

# Official Contents Log

*Flood policies require serial and model number where applicable.
**PRINT LEGIBLY**

Refrig 10/15
microwave 5/11
Dishwasher 20/10

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| Kenmore black side by side refrigerator | | 1000 | 10 |
| Whirlpool white microwave | | 300 | 5 |
| Stainless & black Roper double oven | | 2500 | 20 |
| Black dishwasher | | 500 | 20 |
| Kenmore Washing machine | | 500 | 3 |
| 55-43391 | | | |
| Kenmore Dryer with drying Rack | | | |
| 6972671 | | 500 | 3 |
| air hockey Game | | | |
| Electric fans 3 | | | 20 |
| ironing board 1 | | 150 | 3 |
| iron | | 40 | 10 |
| Steamer | | 75 | 1 |
| Remaining signs + Bolts hardwear 30 | | 40 | 5 |
| Potted plants + Clay Pots 15 | | 1500 | 3-7 |
| Snow Skis boots & Polls Rossignol | | 750 | 15 |
| Lawn Chairs 9 | | 1000 | 7 |
| 2 wood & Leather Card tables | | 100 | 20 |
| 8 matching wood & Leather Chairs | | 1000 | 30 |
| 2 table tops | | 800 | 50 |
| 2 Golf sets with Golf bags | | 100 | 20 |
| beach umbrella | | 400 | 20 |
| 3 Sleeping Bags | | 70 | 1 |
| 10 fishing Rods | | 100 | 15 |
| 3 Suitcases | | 600 | 10 |
| 4 tennis Rackets | | 350 | 20 |
| 10 Lock boxes | | | |
| Marble Bookends | | 1000 | 2 |
| Vacume | | 75 | 30 |
| Box Low lights | | 100 | 10 |
| Shovel, AX, 2 Ladders | | 500 | 3 |
| Knives 1-15 steak + Cooking | | 200 | 20 |
| Oriental Screen | | 1000 | 20 |
| Assorted scissors, cookine utensils | | 500 | 20 |
| | | 500 | 20 |

umbrella 1/5
Luggage 20/20
Vacuum 10/15

| Name | | Date |
|---|---|---|
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00237

# Official Contents Log

7

*Flood policies require serial and model number where applicable.

***PRINT LEGIBLY***

Leather 1/3
Dresses 1/3
Skirts 1/2
Slacks 1/3
Suits 1/3
Leather's suede 1/3
Shoes 1/3
Shoes 1/3
Hats 1/2
Panties 1/1
Robes 1/3
Curling iron 1/5
Toiletries 90%
Medicines 1/3
Tooth brush elec 1/4
Shirts 1/3
Leather 1/3
Pocket books 1/3

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| Leather skirts - 5 | | 2000 | 1-5 |
| Leather pants - 8 | | 1600 | 1-5 |
| 34 dresses - cocktail | work, sun, winter | 8,500 | 1-10 |
| Summer, Knit | | | |
| 65 Skirts | | 9,750 | 1-10 |
| 59 Pants | | 7,375 | 1-10 |
| Shirts & Blouses 205 | | | |
| Sweaters 34 | | 15,375 | 1-10 |
| T-Shirts 36 | | 4,250 | 1-10 |
| Shorts 7 | | 1800 | 1-10 |
| Suits - Jackets, Skirts, Pants | | 280 | 1-10 |
| 55 | | 22,000 | 1-10 |
| Cocktail, Summer, winter | | | |
| Shoes - 51 | | | |
| Boots 5 | | 6375 | 1-5 |
| hats - 2 | | 2,250 | 1-5 |
| tennis panties 20 | | 100 | 7 |
| Panties 30 | | 200 | 1-10 |
| Bras 30 - | Sports & regular | 210 | 1-5 |
| Robes & wraps 5 | | 1,050 | 1-7 |
| hair products | | 500 | 1-4 |
| blow dryer, curling iron, diffuser | | 500 | 1-5 |
| Combs, brushes, curlers, shampoo | | | |
| hairspray, barretts | | | |
| Medicine & Medical Supplies | | | |
| bandaids, cough syrup, Medicine etc | | 600 | 1-5 |
| Electric tooth brush | | 35 | 3 |
| 45 Socks - work & Athletic | | 300 | 1-10 |
| 2 pr top & bottom Long underwear silk | | 200 | 3-10 |
| 10 Camisoles | | 800 | 3-10 |
| Purses - Leather, beaded - antique | | 4800 | 1-20 |
| 24 | | | |
| Wallets 3 | | 150 | 1-5 |

| Name | | Date |
|---|---|---|
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00238

# Official Contents Log

8

*Flood policies require serial and model number where applicable.
**PRINT LEGIBLY**

Leather & suede 1/3
Bathing suits 1/2
shoes 1/3

Fur 1/10

High fashion 1/3

Fur 1/10
Hats 1/5

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| 2 designer scarfs hermes, Gucci | | 300 | 5 |
| Alligator purse - 1 | | 1000 | 40yr |
| Sunglasses rayban, Gucci - 3 prs | | 600 | 5 |
| Sweat pants & Jackets 12 | | 720 | 0-5 |
| 75 Belts | | 3750 | 0-10yrs |
| 11 Swimsuits | | 1100 | 5yrs |
| 3 Cowboy Boots | | 350 | 7yrs |
| 3 dance shoes | | 300 | 4yrs |
| 4 Splendid T shirts | | 400 | 1yr |
| 5 Jean Jackets | | 500 | 0-5 |
| 4 Leather Jackets | | 800 | 0-5 |
| 1 Camel dress Coat | | 700 | 5 |
| Ski Jacket Lamb Fur Collar | | 1000 | 5 |
| Jeans Rock & Republic 5 prs | | 500 | 1-3 |
| Spn/Gap + Bannana Republic Jeans | | 300 | 1-3 |
| Jean Skirts - 10 | | 800 | 1-5 |
| 25 prs panty hose never worn | | 125 | 0 |
| 25 pieces St. John separates Jackets, Skirts | pants, Sweaters | 14,200 | 0-10 |
| 4 St. John Dresses | | 3,200 | 0-10 |
| 2 Mink Collars | | 1,000 | 40 |
| 1 fox collar | | 500 | 20 |
| Baseball hats 8 | | 160 | 1-5 |
| Bandanas - 6 | | 60 | |
| Silk Scarves 7 | | 350 | 10yr |
| Pashmina + WRAPS 5 | | 500 | 1-5yr |
| Biking Clothes - 2 shorts, 3 tops, 2 pr. Hose 2 Jackets, 2 Socks | | 700 | 4yr |

| Name | | Date |
|---|---|---|
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00239

# Official Contents Log

*Flood policies require serial and model number where applicable. #9

***PRINT LEGIBLY***

| Item | Place of Purchase | Cost (New) | Age |
|---|---|---|---|
| 2 silver plated comb + brush + mirror sets | | 500 | 10 |
| 8 aprons | | 400 | 40 |
| mix master | | 300 | 30 |
| Brass switch plates + outlet covers thru out | | 1000 | 20 |
| pictures claimed on hazard pertaining to leaking roof | | | |

| Name | | Date |
|---|---|---|
| Address | City | Zip |
| Phone Home | Cell | Office |
| Email | | Phone # |
| Assistant Server | Office | Initials |

SFKATZ
00240