MK061407.txt

1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    MARLENE KATZ              CIVIL ACTION
                Plaintiff,      NO. 06-4155
 5
      VS.                       SECTION "R" (2)
 6
      STATE FARM FIRE AND       JUDGE VANCE
 7    CASUALTY COMPANY, AND
      ANTHONY J. CEMO,          MAG. JUDGE WILKINSON
 8    INDIVIDUALLY AND AS
      AGENT OF STATE FARM
 9    FIRE AND CASUALTY
      COMPANY
10              Defendants.
11
12
13
14
15          Deposition of MARLENE L. KATZ, taken
16    in the above-entitled cause, pursuant to the
17    following stipulation, before Dawn H. Hymel,
18    Certified Court Reporter, at the offices of
19    Lestelle & Lestelle, 3421 N. Causeway
20    Boulevard, Suite 602, Metairie, Louisiana, on
21    Thursday, the 14th of June, 2007, commencing
22    at 2:05 p.m.
23
24
25
```



2

MK061407.txt

1   APPEARANCES:

2   Appearing on Behalf of Marlene L. Katz:

3       LESTELLE & LESTELLE
    BY:   JEFFERY B. STRUCKHOFF, ESQ.
4       3421 N. Causeway Boulevard
    Suite 602
5       Metairie, Louisiana   70002

6

7   Appearing on Behalf of State Farm Fire and
    Casualty Company and Anthony J. Cemo:
8
    STONE PIGMAN WALTHER WITTMANN
9       BY:   DOUGLAS J. COCHRAN, ESQ.
    2431 South Acadian Thruway
10      Suite 290
    Baton Rouge, Louisiana   70808-2365
11

12

13  REPORTED BY:

14      DAWN H. HYMEL
    Certified Court Reporter #81016
15

16

17

18

19

20

21

22

23

24

25

MK061407.txt

```
1                    I N D E X
2                                              PAGE
3    EXAMINATION BY:
4       Mr. Cochran                              4
5
6                    E X H I B I T S
7    Katz
8    1 In Globo      Photographs                 72
9    2 In Globo      Photographs                 77
10   3               Official Contents Log       83
11   4               Check No. 546653            93
12   5               10/6/2005 Check             94
13   6               12/6/2005 Check             94
14   7               10/13/2005 Check            95
15   8               1/3 and 1/9/2006 Letters    107
16   9               Summary                     109
17   10              Photographs                 109
18   11              Bellco Estimate             111
19   12              Intercom Estimate           112
20   13              Burglar Alarm Estimate      112
21   14              Air Conditioning Estimate   113
22   15              Photographs                 113
23   16              Broker's Price Opinion      121
24
25
```

4

MK061407.txt

| | |
|---|---|
| 1 | S T I P U L A T I O N |
| 2 | It is stipulated and agreed by and |
| 3 | between all parties that this deposition is |
| 4 | hereby being taken for all purposes pursuant |
| 5 | to the Federal Rules of Civil Procedure. |
| 6 | All formalities, with the exception of |
| 7 | the reading and signing of the deposition by |
| 8 | the witness, are waived. |
| 9 | All objections, except those as to the |
| 10 | form of the question and the responsiveness of |
| 11 | the answer, are reserved until the deposition |
| 12 | is used or sought to be used in evidence. |
| 13 | -0- |
| 14 | MARLENE L. KATZ, 3831 Northwest Willow |
| 15 | Creek Drive, Jensen Beach, Florida, 34957, |
| 16 | after having been duly sworn, testified as |
| 17 | follows: |
| 18 | EXAMINATION BY MR. COCHRAN: |
| 19 | Q.   Ms. Katz, my name is Doug Cochran.  I |
| 20 | represent State Farm in this matter. |
| 21 | Have you ever given a deposition before? |
| 22 | A.   Yes, sir. |
| 23 | Q.   Okay.  In what types of matters? |
| 24 | A.   Divorce and real estate. |
| 25 | Q.   Okay.  And depositions in the real |

5

| | |
|---|---|
| 1 | estate, what kind of depositions? |
| 2 | A.   I'm going to correct that.  I've attended |

Page 4

MK061407.txt

24  Q.  So you had never been to it prior to
25  going with the adjuster?

64

1   A.  The subdivision wasn't opened yet.
2   Q.  Okay. And the adjuster's name?
3   A.  Curtis Schumacher.
4   Q.  Did you go inside along with
5   Mr. Schumacher?
6   A.  Yes, sir.
7   Q.  Okay. And let's talk about upstairs.
8   What damage did you see upstairs?
9   A.  Some water had come in somewhere because
10  there was a wet rug that I pitched, because it
11  smelled.
12  Q.  Okay. And that wet rug was in a
13  bathroom, --
14  A.  Uh-huh.
15  Q.  -- I think you had said earlier?
16  A.  Uh-huh.
17  Q.  Okay. Any other damage upstairs?
18  A.  On the interior?
19  Q.  Correct.
20  A.  No.
21  Q.  What roof damage did you observe?
22  A.  I'm not a roofer.
23  Q.  Did you observe any roof damage?
24  A.  There were some ridge caps on the ground.
25  There were some missing tiles. The silver

MK061407.txt

| | | |
|---|---|---|
| 1 | Q. | Do you know if he came out to your home? |
| 2 | A. | Yes. |
| 3 | Q. | Okay. Were you with him when he came out |
| 4 | | to inspect the home? |
| 5 | A. | I don't remember. |
| 6 | Q. | Okay. Now, burglar and intercom, was |
| 7 | | that all one estimate? |
| 8 | A. | It was from one company. |
| 9 | Q. | One company? |
| 10 | A. | It was two separate estimates. |
| 11 | Q. | Okay. Do you know if they came out to |
| 12 | | inspect your home? |
| 13 | A. | Yes, I'm sure that they did. |
| 14 | Q. | Well, I guess what I'm asking is, do you |
| 15 | | know if they did or not? |
| 16 | A. | I don't remember. |
| 17 | Q. | Now, as far as the painting and art |
| 18 | | appraisals, do you have any appraisals for the |
| 19 | | art that you're -- |
| 20 | A. | No, sir. |
| 21 | Q. | Any receipts for the art? |
| 22 | A. | No, sir. |
| 23 | Q. | Now, the -- I'll mark this as Katz 3 in |
| 24 | | globo. |
| 25 | A. | Is it okay to take a bathroom break? |

84

| | | |
|---|---|---|
| 1 | Q. | Sure, yeah, any time you need to, |
| 2 | | certainly. |

MK061407.txt

3   A.   I would love to take one.
4        (A recess was taken).
5   BY MR. COCHRAN:
6   Q.   We're going to go through a little period
7   here of just identifying some things and
8   hopefully we can move through this.
9        I've handed you a document that I've
10  labeled Katz No. 3, I believe, and if you
11  could, is that the contents log, or I guess
12  you'd call it, I don't know, personal property
13  inventory that Mr. Schumacher had asked you to
14  prepare?
15  A.   Yes.
16  Q.   Okay. And that's dated October 28th,
17  2005, on the first page?
18  A.   Where are you seeing the date?
19  Q.   Down at the bottom right corner.
20  A.   Okay. Yes.
21  Q.   And just, is that your -- Is that in your
22  handwriting, this Official Contents Log?
23  A.   Uh-huh.
24  Q.   Okay. Now, just to, I think you
25  testified earlier, the things that are on the

85

1   Official Contents Log are the things that were
2   damaged on the first floor that were not
3   salvageable; is that correct?
4   A.   That's correct.

Page 79

MK061407.txt

5   Q.   Okay. And this would have -- Are there
6   any items on here that you claim were damaged
7   by anything other than water? Was this all
8   the flooding that caused this damage?
9   A.   No. This is a list of everything that
10  was taken out of my house that was damaged.
11  As to if it was caused by water or wind, I
12  relied on State Farm to determine what was
13  caused by what. It wasn't up to me to
14  determine what was caused by -- what caused
15  what. This is the damaged contents that were
16  pitched out of my house.
17  Q.   Okay. Now, let me ask it this way. Were
18  all the items on this list touched by water?
19  A.   These were all the items that were
20  damaged. These are all the items that were
21  taken out of my house that were in my house
22  prior to the storm that were damaged, that
23  were not salvageable.
24  Q.   Any items on this list located in your
25  home on the second floor?

86

1   A.   No.
2   Q.   Okay. So all these are on the first
3   floor; is that correct?
4   A.   That is correct.
5   Q.   Okay. We can narrow this down and
6   hopefully without going through this each item

Page 80