UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "R" (2) |
| COMPANY, and ANTHONY J. CEMO, | * | |
| individually and as agent of STATE FARM | * | JUDGE VANCE |
| FIRE AND CASUALTY COMPANY | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**STATEMENT OF MATERIAL FACTS AS TO**
**WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

State Farm Fire and Casualty Company ("State Farm") respectfully submits this

Statement of Material Facts as to Which There is No Genuine Issue to be Tried in support of its

Motion for Partial Summary Judgment On Plaintiff's Valued Policy Law Allegations.

**1.**

At the time Hurricane Katrina struck, plaintiff Marlene Katz was a State Farm

insured.

**2.**

State Farm, under Homeowners Policy 18-70-0937-4, insured the plaintiff's two-story home at 5600 Marcia Avenue, New Orleans, Louisiana  70124 for $562,200 for the dwelling, and $421,650 for personal property contents.

**3.**

State Farm, through the National Flood Insurance Program ("NFIP"), also issued Standard Flood Insurance Policy ("SFIP") 98-D7-7434-5 for the plaintiff's home.  The coverage limits under the plaintiff's SFIP were the maximum offered through the NFIP: $250,000 for the dwelling and $100,000 for the contents.

**4.**

Plaintiff's home at 5600 Marcia Avenue, New Orleans, Louisiana, suffered wind and flood damage as a result of Hurricane Katrina.

**5.**

Under her homeowners policy, plaintiff was paid a total of $6,772.70.

**6.**

Plaintiff was paid the $250,000 and $100,000 building and contents limits under her flood policy.  The flood damage to plaintiff's home was caused by approximately 6 feet of flood waters from levee breach/es.

**7.**

Although the plaintiff suffered extensive damage to her contents, that damage was limited almost exclusively to the first floor.

**8.**

The Complaint alleges that plaintiff is entitled to an additional $40,000-$50,000 under her homeowners policy for wind damage.

**9.**

The Complaint also alleges that plaintiff suffered uninsured flood losses in excess of the $250,000 and $100,000 limits of her SFIP.

**10.**

The Complaint further alleges that "[p]laintiff's home suffered damage from wind, a covered peril under plaintiff's State Farm homeowners policy", and that "[p]laintiff's home was rendered a total loss as a result of Hurricane Katrina."

**11.**

The Complaint does not allege that plaintiff's property was rendered a total loss by peril covered under her homeowners policy.

Respectfully submitted,

Douglas J. Cochran, 20751
  dcochran@stonepigman.com
  Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
One American Place
301 Main Street, Suite 1150
Baton Rouge, LA  70825
Phone:  (225) 490-8913
Fax:  (225) 490-8960

/s/ Andrea L. Fannin
Wayne J. Lee, 7916
  wlee@stonepigman.com
Mary L. Dumestre, 18873
  mdumestre@stonepigman.com
Andrea L. Fannin, 26280
  afannin@stonepigman.com
  Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130-3588
Phone:  (504) 581-3200
Fax:  (504) 581-3361

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

879652v.1

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 22nd day of June, 2007.

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, Louisiana  70002


*/s/ Andrea L. Fannin*

879652v.1