UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS PLAINTIFF'S EXCESS FLOOD ALLEGATIONS

Defendants Anthony J. Cemo ("Cemo") and State Farm Fire and Casualty Company ("State Farm") (collectively "the Defendants") respectfully submit this Motion for Partial Summary Judgment on the following grounds and for the reasons more fully set forth in the attached memorandum.

1.

Plaintiff Marlene Katz sued State Farm and State Farm insurance agent Anthony J. Cemo alleging, among other things, that Cemo and State Farm failed to offer, make available, provide information about, and/or sell excess flood insurance to plaintiff. Plaintiff further alleges that the Defendants' actions constitute negligence and/or a breach of a purported fiduciary obligation owed to plaintiff.

879399v.1

**2.**

Plaintiff's Complaint, as amended, fails to state a cause of action.  State Farm and Cemo, a State Farm agent who only sells flood policies that are Standard Flood Insurance Policies issued by State Farm pursuant to its participation in the Nation Flood Insurance Program as a Write Your Own carrier, owe no duty to offer, make available, provide information about, and/or sell excess flood insurance to plaintiff.  State Farm does not write excess flood insurance policies.  Further, neither Cemo nor State Farm undertook or assumed any such duties.

**3.**

Further conclusory allegations that generalized statements on website(s) of State Farm and/or its agents that (1) consumers should purchase flood insurance because a home is three times more likely to be destroyed by flood than by fire, and (2) State Farm and its agents offer to make available to its insureds an "annual check-up" to assess the adequacy of their insurance, evidence an undertaking to offer, make available, provide information about, and/or sell excess flood insurance to plaintiff are fatally deficient.  Plaintiff's conclusory allegations do not establish any undertaking to offer, make available, provide information about, and/or sell excess flood insurance to plaintiffs; nor do they aver that the plaintiff accepted or requested the "annual check-up," by whomever it was offered.

**4.**

Moreover, plaintiff's claims are barred by the one-year and three-year prescriptive and peremptive periods of La. R.S. 9:5606.

For these reasons, Cemo and State Farm urge the Court to grant their Motion for Partial Summary Judgment and dismiss all claims against Cemo, and all claims against State Farm of an alleged failure of a purported duty to advise plaintiff about and/or provide plaintiff with excess flood insurance with prejudice.

Respectfully submitted,

Douglas J. Cochran, 20751
  dcochran@stonepigman.com
Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
One American Place
301 Main Street, Suite 1150
Baton Rouge, LA  70825
Phone:  (225) 490-8913
Fax:  (225) 490-8960

*/s/ Andrea L. Fannin*
Wayne J. Lee, 7916
  wlee@stonepigman.com
Mary L. Dumestre, 18873
  mdumestre@stonepigman.com
Andrea L. Fannin, 26280
  afannin@stonepigman.com
Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130-3588
Phone:  (504) 581-3200
Fax:  (504) 581-3361

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

- 4 -

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendants' Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 22nd day of June, 2007.

    Terrence J. Lestelle
    Andrea S. Lestelle
    Jeffery B. Struckhoff
    Lestelle & Lestelle
    3421 N. Causeway Blvd.
    Suite 602
    Metairie, Louisiana  70002

                                                  */s/ Andrea L. Fannin*