UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

**STATEMENT OF MATERIAL FACTS AS TO
WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

Defendants Anthony J. Cemo ("Cemo") and State Farm Fire and Casualty Company ("State Farm") (collectively "the Defendants") respectfully submit this Statement of Material Facts as to Which There is No Genuine Issue to be Tried in support of their Motion for Partial Summary Judgment.

**1.**

Plaintiff Marlene Katz ("plaintiff") sued State Farm and State Farm insurance agent Anthony J. Cemo alleging, among other things, that Cemo and State Farm failed to offer, make available, provide information about, and/or sell excess flood insurance to plaintiff. Plaintiff further alleges that the Defendants' actions constitute negligence and/or a breach of a purported fiduciary obligation owed to plaintiff.

879400v.1

- 2 -

**2.**

Anthony Cemo is a State Farm agent who sells State Farm insurance products. Neither State Farm nor Anthony Cemo sell excess flood insurance.

**3.**

State Farm issued plaintiff's homeowners policy in 1985. At the time Hurricane Katrina struck, the coverage limits under the plaintiff's State Farm homeowners policy for her property at 5600 Marcia Avenue , New Orleans, Louisiana, were $562,200 for the dwelling and $421,650 for personal property contents.

**4.**

State Farm issued plaintiff's Standard Flood Insurance Policy in 1985. At the time Hurricane Katrina struck, the coverage limits under the plaintiff's Standard Flood Insurance Policy were $250,000 for the dwelling and $100,000 for the contents.

- 3 -

**5.**

Before contacting Mr. Cemo in September 2004, the plaintiff had heard that excess flood insurance was available through Lloyd's of London.

Respectfully submitted,

| | |
|---|---|
| | */s/ Andrea L. Fannin* |
| Douglas J. Cochran, 20751 | Wayne J. Lee, 7916 |
|   dcochran@stonepigman.com |   wlee@stonepigman.com |
| Of | Mary L. Dumestre, 18873 |
| STONE PIGMAN WALTHER WITTMANN L.L.C. |   mdumestre@stonepigman.com |
| One American Place | Andrea L. Fannin, 26280 |
| 301 Main Street, Suite 1150 |   afannin@stonepigman.com |
| Baton Rouge, LA  70825 | Of |
| Phone:  (225) 490-8913 | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| Fax:  (225) 490-8960 | 546 Carondelet Street |
| | New Orleans, LA  70130-3588 |
| | Phone:  (504) 581-3200 |
| | Fax:  (504) 581-3361 |

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Statement of Material Facts as to Which There is No Genuine Issue to be Tried has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 22nd day of June, 2007.

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, Louisiana  70002

*/s/ Andrea L. Fannin*