UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "R" (2) |
| COMPANY, and ANTHONY J. CEMO, | * | |
| individually and as agent of STATE FARM | * | JUDGE VANCE |
| FIRE AND CASUALTY COMPANY | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

TO:    Terrence J. Lestelle
       Andrea S. Lestelle
       Jeffery B. Struckhoff
       Lestelle & Lestelle
       3421 N. Causeway Blvd.
       Suite 602
       Metairie, Louisiana  70002

**PLEASE TAKE NOTICE** that State Farm Fire and Casualty Company and

Anthony J. Cemo, pursuant to the Court's May 10, 2007 Order extending all deadlines in this

case an additional 10 days, will bring for hearing their Motion for Partial Summary Judgment to

Dismiss Plaintiff's Excess Flood Allegations on the 7th day of July, 2007 at 10:00 a.m., or on the

Court's next available hearing date, before the Honorable Sarah S. Vance, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

                                        Respectfully submitted,


                                        /s/ Andrea L. Fannin
Douglas J. Cochran, 20751               Wayne J. Lee, 7916
  dcochran@stonepigman.com                wlee@stonepigman.com
              Of                        Mary L. Dumestre, 18873
STONE PIGMAN WALTHER WITTMANN L.L.C.      mdumestre@stonepigman.com
One American Place                      Andrea L. Fannin, 26280
301 Main Street, Suite 1150               afannin@stonepigman.com
Baton Rouge, LA  70825                              Of
Phone:  (225) 490-8913                  STONE PIGMAN WALTHER WITTMANN L.L.C.
Fax:  (225) 490-8960                    546 Carondelet Street
                                        New Orleans, LA  70130-3588
                                        Phone:  (504) 581-3200
                                        Fax:  (504) 581-3361

        *Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

                        **C E R T I F I C A T E**

        I hereby certify that a copy of the above and foregoing Notice of Hearing on the Defendants' Motion for Partial Summary Judgment to Dismiss Plaintiff's Excess Flood Allegations has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 22nd day of June, 2007.

            Terrence J. Lestelle
            Andrea S. Lestelle
            Jeffery B. Struckhoff
            Lestelle & Lestelle
            3421 N. Causeway Blvd.
            Suite 602
            Metairie, Louisiana  70002


                                    /s/ Andrea L. Fannin

                                    2