UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| _____ | § | |

DEFENDANT UNITED STATES OF AMERICA'S
MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION
FOR LEAVE TO DEPOSE LT. GEN. HEIBERG (USACE RETIRED)

OPPOSITION INTRODUCTION

Defendant United States of America opposes the motion for leave to depose Lieutenant General (Lt. Gen.) Heiberg because: he is not scheduled to be in New Orleans on July 19-20, 2007; he is not listed as a witness in the class certification track; and discovery is not appropriate in response to the United States' Motion to Dismiss the Levee Master Complaint which accepts *arguendo* plaintiffs' factual allegations. Consequently, the motion for leave to depose Lt. Gen. Heiberg before the Levee liability fact depositions are scheduled to begin should be denied.

DISCUSSION

In opposition to the instant motion, the United States relies on the following grounds:

1. Contrary to plaintiffs' assertions Lt. Gen. Heiberg is <u>not</u> "already scheduled to be in New Orleans on July 19-20, 2007 . . . ." Counsel for the United States, Richard Stone, who is signing this opposition, asked Lt. Gen. Heiberg on July 10, 2007 whether he plans to be in New Orleans, Louisiana, on July 19-20, 2007. Lt. Gen. Heiberg stated that he has no intention to be there at any time in July.

2. Also contrary to plaintiffs' assertions, Lt. Gen. Heiberg's deposition is <u>not</u> "presently permitted" in the class certification track. He is not listed by any party, including plaintiffs, as a witness in the class certification track, as is required by CMO 4 § III (B). Neither plaintiffs' witness lists nor the instant motion states any facts that are expected to be elicited from him that are likely to be relevant to the class certification litigation. The preliminary witness lists "must include. . . .anticipated subject matter of their testimony; [mere descriptions of the anticipated testimony as 'fact' or 'expert' will not suffice.]" CMO 4 § III(B)(1)(brackets in original). Further, plaintiffs also do not make any allowance within their request regarding the maximum number of fact depositions that they are allowed to take in the class certification track. Consequently, plaintiffs' request may seek to expand their permissible number of fact witness depositions without timely listing the witness and without informing the Court of the effect on CMO 4.

3. Plaintiffs' filed the instant motion before the United States moved to dismiss the Levee Master Complaint in the "common liability" litigation. Yet, plaintiffs state that General Heiberg's deposition "relates to the Rule 12 motion . . . ." (Rec. Doc. 6376-2 at 2). The United

States' motion to dismiss, however, accepts for the sake of argument the facts alleged in the Levee Master Complaint.  Plaintiffs do not state how they anticipate that Lt. Gen. Heiberg's deposition is likely to prove relevant to a motion that is based purely on the law and adopts for its purpose the facts that are alleged in the complaint.  Additionally, the time for amending pleadings has passed. CMO 4 § II (A).  Consequently, the taking of Lt. Gen. Heiberg's deposition before the fact discovery begins is not likely to, and is not calculated to, lead to discovery of evidence relevant to the Motion to Dismiss the Levee Master Complaint.

## CONCLUSION

For the foregoing reasons plaintiffs' motion should be denied.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Richard R. Stone, Sr.
RICHARD R. STONE, SR.
Senior Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: July 17, 2007

CERTIFICATE OF SERVICE

      I, Richard R. Stone, Sr., hereby certify that on July 17, 2007, I served a copy of the United States' Opposition to Motion For Leave To Depose Lt. Gen. Heiberg (USACE Retired) to all parties by ECF.

      s/ Richard R. Stone, Sr.
      RICHARD R. STONE, SR.