22-Jun-07                                                                                        6725-22JUN07

**THIS ITEM IS A SINGLE ITEM PHOTOCOPY REQUEST**
Sequence number 106230753110   Posting date 21-SEP-04

---

MARLENE L. KATZ                    84-13/680    3975
5600 MARCIA   PH. 504 482-8407      0203904427
NEW ORLEANS, LA 70124            DATE 9/17/04

PAY TO THE ORDER OF   State Farm          $62.00
Sixty two                         DOLLARS

**BANKONE.**
Bank One, NA
Baton Rouge, Louisiana 70801
www.BANKONE.com
MEMO _____     /s/ Marlene Katz

⑆065400137⑆   0203904427⑈ 3975   ⑆000000 6200⑆

---

⑆065400137⑆                                          ⑆000006200⑆

ENDORSE HERE
PAY TO THE ORDER OF
AMSOUTH
FOR DEPOSIT ONLY
ANTHONY J. CENO
STATE FARM PREMIUM FUND ACCT.
ACCT. 9902676603
POLICY NUMBER 59-M-0435

AMSOUTH BANK - 09/20/04
ES003   RR 9902676603
▶062000019◀
500019164

AMSOUTH BANK - 09/20/04
ES003   RR 9909110350
▶062000019◀
500033013

AcctNum: 000000000203904427   Amount: 000000000006200
XerNo: 0000003975   PostDate: 20040921   Sequence: 106230753110
BankNum: 0552   AppCode: 0001   Field4: 0000   ImageStat: 05
UDK: 0552040921106230753110   BOFD:   CapSRC: 07
TranCode: 000076   RouteTran: 06540013   DocType: 8
EntryNum:   ItemType:



Folder contains 0 total pages.