# STATEMENT OF LOSS

Claim Number: 18 R239-668

Insured: KATZ, MARLENE

## COVERAGE A - BUILDING

Limit of Liability $ $250,000.00

Description
TOTAL VALUATION     $426,852.84      Amount $  250,000.00
DEDUCTIBLE ABSORBED

Total **A**     $ 250,000.00

## COVERAGE B - CONTENTS

Limit of Liability $ _____

Description

Amount $ _____

Total **B**     $ 0.00

## COVERAGE C - LOSS OF USE

Limit of Liability $ _____

Description

Amount $ _____

Total **C**     $ 0.00

Total **A + B + C**     250,000.00
Plus Special Coverage     _____
**Total Loss**     250,000.00
Less Depreciation - Cov. A     _____
Less Depreciation - Cov. B     _____
**Subtotal**     250,000.00
Less Deductible     _____
Less Prior Payments     0.00
**Total Payable**     $250000.00

Comments/Supplements:

**EXHIBIT 3**

CURTIS SCHUMACHER          10/10/2005
Name                       Date

104658.4 Rev. 02-26-2003

## State Farm Insurance Companies

P.O. Box 231198
New Orleans, Louisiana 70183
504-737-9016  (fax)

### Administrative Information:

| | | | |
|---|---|---|---|
| **Policy Number:** | 98-D7-7434-5 | **Interviewer:** | Schumacher, Curtis |
| | | **Agent Code:** | |
| **Name:** | KATZ, MARLENE | **Cellular Phone:** | 504-913-5888 |
| **Home Address:** | 5600 MARCIA AVE | | |
| | NEW ORLEANS, LA 70124--1006 USA | | |
| **Date Entered:** | 10/10/2005 | **Date Inspected:** | 10/6/2005 |
| **Date Assigned:** | 9/9/2005 | | |

### Profile Information:

| | |
|---|---|
| **Configuration:** | 100% 2 Story |
| **Style:** | Ranch |
| **Built In:** | 1963 |
| **Purpose:** | Single Family |
| **Sq. Feet:** | 4,300 |
| **Roof Type:** | 100% Hip |
| **Overall Quality:** | Premium |

### Foundation:

| | |
|---|---|
| **Shape:** | Simple Rectangle |
| **Construction:** | 100% Concrete Slab |
| **Lot Slope:** | None/Moderate |
| **Foundation Material:** | 100% Concrete |

### Room Information:

**Avg Interior Wall Height**

| | | |
|---|---|---|
| **Living Spaces:** | 1 Dining Room | (see Room Finishes & Features section) |
| | 1 Family Room | (see Room Finishes & Features section) |
| | 1 Foyer/Entryway | (see Room Finishes & Features section) |
| | 1 Great Room | (see Room Finishes & Features section) |
| | 3 Hallway | (see Room Finishes & Features section) |
| | 1 Living Room | (see Room Finishes & Features section) |
| | 1 Nook | (see Room Finishes & Features section) |
| | 1 Play Area/Room | (see Room Finishes & Features section) |
| **Bedrooms:** | 3 Bedroom | (see Room Finishes & Features section) |
| | 1 Library | (see Room Finishes & Features section) |
| | 1 Master Bedroom | (see Room Finishes & Features section) |
| | 1 Master Bedroom | (see Room Finishes & Features section) |
| **Kitchens:** | 1 Kitchen | (see Room Finishes & Features section) |
| **Bathrooms:** | 2 1/2 Bath | (see Room Finishes & Features section) |
| | 3 Full Bath | (see Room Finishes & Features section) |
| | 1 Master Bath | (see Room Finishes & Features section) |
| **Utility/Closets:** | 1 Laundry Room | (see Room Finishes & Features section) |
| | 1 Utility Room | (see Room Finishes & Features section) |
| | 2 Walk-In Closet | (see Room Finishes & Features section) |
| **Garage:** | 1 Two Car Garage | 8'0" |

State Farm Insurance Companies

P.O. Box 231198
New Orleans, Louisiana 70183
504-737-9016 (fax)

## Room Finishes and Features:

| | |
|---|---|
| **Wall Materials:** | 100% 1/2" Drywall over Wood or Steel Framing, Ready for Paint |
| **Wall Finishes:** | 30% Paint |
| | 70% Wallpaper |
| **Ceiling Finishes:** | 100% Sponge Paint |
| **Floor Covering:** | 50% Carpet |
| | 20% Marble/Granite |
| | 30% Ceramic Tile/Slate |
| **Room Features:** | 8 Ceiling Fan |
| | 100 Cornice or Crown Molding |
| | 4 Track Lighting (enter the number of spotlights) |
| | 18 Recessed Light |
| | 1 Chandelier |
| | 3 Chandelier with Real Crystal |
| | 14 Built-in Bookcase/Entertainment Center |
| | 2 Built-in Speaker System (per speaker) |
| | 1 Wet Bar |
| | 1 Laundry Tub |
| **Avg Interior Wall Height:** | 8'0" |

## Kitchens and Bathroom Features:

| | |
|---|---|
| **Kitchen Appliances:** | 1 Garbage Disposal |
| | 1 Dishwasher |
| | 1 Range Hood |
| | 1 Cook Top |
| | 1 Built-in Oven |
| **Bath Fixtures & Features:** | 4 Ceramic Tile Tub or Shower Surround |
| | 1 Natural Marble Tub or Shower Surround |
| | 12 Brass Faucet (enter the number of plumbing fixtures with this feature) |
| **Counter/Vanity Tops:** | 25% Cultured Marble Countertop |
| | 75% Imported Granite or Marble Countertop |
| **Cabinet/Vanity Features:** | 1 Peninsula Bar (enter the number in all selected rooms) |

## Garage and Attached Structures Finishes and Features:

| | |
|---|---|
| **Wall Material:** | 100% 1/2" Drywall over Wood or Steel Framing, Ready for Paint |
| **Interior Wall Finishes:** | 100% Paint |
| **Ceiling Finishes:** | 100% Paint |
| **Floor Covering:** | 100% Bare Concrete |
| **Ext. Wall Finishes:** | 75% Aluminum or Metal Siding |
| | 25% Brick Veneer |
| **Roof Covering:** | 100% Composition Shingles |

**State Farm Insurance Companies**

P.O. Box 231198
New Orleans, Louisiana 70183
504-737-9016  (fax)

## Exterior Finishes and Features:

| | |
|---|---|
| **Exterior Wall Finish:** | 100% Brick Veneer |
| **Roof Covering:** | 100% Slate |
| **Exterior Features:** | 3 Exterior Doors |
| | 3 Patio Door |
| | 1 Double Garage Doors |
| | 1 Bay or Bow Window |

## Home Systems:

| | |
|---|---|
| **Heating, AC and Fireplace:** | 1 Forced Air Heating System |
| | 1 Central Air Conditioning |
| | 1 Masonry Fireplace |
| **Home Specialty Systems:** | 1 Fire and Burglar Alarm System |
| | 1 Intercom System |

## Additional Features:

| | |
|---|---|
| **System Defined:** | 1 Built-in Theater Speakers |
| | 1 Built-in Safe |
| | 1 Dumbwaiter |
| **User Defined:** | |

## Detached Structures:

| | |
|---|---|
| **Detached Structures:** | 1 Detached Two Car Garage |

**State Farm Insurance Companies**

P.O. Box 231198
New Orleans, Louisiana 70183
504-737-9016 (fax)

## Administrative Information:

| | | | |
|---|---|---|---|
| **Policy Number:** | 98-D7-7434-5 | **Interviewer:** | Schumacher, Curtis |
| | | **Agent Code:** | |
| **Name:** | KATZ, MARLENE | **Cellular Phone:** | 504-913-5888 |
| **Home Address:** | 5600 MARCIA AVE | | |
| | NEW ORLEANS, LA 70124--1006 USA | | |
| **Date Entered:** | 10/10/2005 | **Date Inspected:** | 10/6/2005 |
| **Date Assigned:** | 9/9/2005 | | |

## Profile Information:

| | |
|---|---|
| **Configuration:** | 100% 2 Story |
| **Style:** | Ranch |
| **Built In:** | 1963 |
| **Purpose:** | Single Family |
| **Sq. Feet:** | 4,300 |
| **Roof Type:** | 100% Hip |
| **Overall Quality:** | Premium |

## Cost Breakdown:

| | |
|---|---|
| **Rough Framing:** | $44,902.16 |
| **Exterior Finish:** | $54,431.34 |
| **Windows:** | $33,472.40 |
| **Roofing:** | $29,384.79 |
| **Electrical:** | $15,837.61 |
| **Plumbing:** | $19,600.51 |
| **Heating/AC:** | $7,114.65 |
| **Floor Covering:** | $33,604.51 |
| **Interior Finish:** | $116,471.06 |
| **Appliances:** | $3,724.30 |
| **Special Features:** | $34,058.81 |
| **Additional Features:** | $12,784.85 |
| **Sub Total:** | $405,386.99 |
| **Permits & Fees:** | $0.00 |
| **Overhead & Profit:** | $0.00 |
| **Sales Tax:** | $21,465.85 |
| **Estimated Replacement Cost:** | $426,852.84 |

**Cost Per SF Finished Living Area:** $99.27 (Total Replacement Cost/SF of Finished Living Area only)
**Cost Per SF Total Structure:** $162.30 (Total Replacement Cost/SF of Finished and Unfinished Areas)

**Dwelling Replacement Cost*:** $426,852.84

Policyholder Signature: _____ Date: _____

* The Replacement Cost figure represents the estimated reconstruction cost for the above described residence and includes such things as labor & materials to meet current building codes and contractor profit and overhead. The estimate does not include cost for such items as excavation, land value, or detached structures. This information is to be used for insurance purposes only and is provided upon the condition that the user agrees that it represents only an estimate and that the provider is not responsible for good faith errors.

*Check Mailed to Mtg Co.*

| CLAIM NO 18-R239-668 | POLICY NO 98-D77434-5 | LOSS DATE 8/29/2005 | PAYMENT NO 1 22 724661 J |
|---|---|---|---|
| | | | DATE 10/13/2005 |
| Coverage Description | Amount   COL/Line   Pay Cd | | AMOUNT $250,000.00 |
| Flood - Building | $250,000.00    17/001       1 | | TIN |

RETAIN STUB FOR RECORDS

AUTHORIZED BY   SCHUMACHER, CURTIS X5731
PHONE   (866) 787-8676

REMARKS   Policy limits dwelling

---



**STATE FARM FIRE AND CASUALTY COMPANY**
MONROE, LA
ZCAT HARAHAN 22-819 L213

BANK ONE  56-1544/441
JPMORGAN CHASE BANK,
COLUMBUS, OH

1 22 724661 J
10/13/2005

INSURED   KATZ, MARLENE           CLAIM NO  18-R239-668           LOSS DATE  8/29/2005

************************************EXACTLY TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS   $***250,000.00

Pay to the Order of:   MARLENE L. KATZ & FNMA MBS EUSTIS POOL 211767 STANDARD MORTGAGE CORP
ISAOA ATIMA
4141 VETERANS BLVD STE 100
METAIRIE LA  70002-5540

AUTHORIZED SIGNATURE

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑆221772466⑆ ⑈044115443⑈  6771196739⑆

| CLAIM NO 18-R239-668 | POLICY NO 98-D77434-5 | LOSS DATE 8/29/2005 | | PAYMENT NO 1 22 724661 J |
|---|---|---|---|---|
| | | | | DATE 10/13/2005 |
| Coverage Description | | Amount COL/Line Pay Cd | | AMOUNT $250,000.00 |
| Flood - Building | | $250,000.00    17/001    1 | | TIN |

REMARKS   Policy limits dwelling

RETAIN STUB FOR RECORDS
AUTHORIZED BY SCHUMACHER, CURTIS X5731
PHONE (866) 787-8676

STATE FARM FIRE AND CASUALTY COMPANY
MONROE, LA
ZCAT HARAHAN 22-819 L213

BANK ONE   56-1544/441
JPMORGAN CHASE BANK,
COLUMBUS, OH

1 22 724661 J
10/13/2005
LOSS DATE 8/29/2005
$***250,000.00

INSURED   KATZ, MARLENE                    CLAIM NO 18-R239-668

********EXACTLY TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS

Pay to the   MARLENE L. KATZ & FNMA MBS EUSTIS POOL 211767 STANDARD MORTGAGE CORP
Order of:    ISAOA ATIMA
             4141 VETERANS BLVD STE 100
             METAIRIE LA 70002-5540

AUTHORIZED SIGNATURE

⑆221772466⑆ ⑆044115443⑆ 6271196639⑆