```
                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF LOUISIANA


MARLENE KATZ                        CIVIL ACTION
          Plaintiff,                NO. 06-4155

VS.                                 SECTION "R" (2)

STATE FARM FIRE AND                 JUDGE VANCE
CASUALTY COMPANY, AND
ANTHONY J. CEMO,                    MAG. JUDGE WILKINSON
INDIVIDUALLY AND AS
AGENT OF STATE FARM
FIRE AND CASUALTY                         COPY
COMPANY
          Defendants.
```

            Deposition of **MARLENE L. KATZ**, taken
in the above-entitled cause, pursuant to the
following stipulation, before Dawn H. Hymel,
Certified Court Reporter, at the offices of
Lestelle & Lestelle, 3421 N. Causeway
Boulevard, Suite 602, Metairie, Louisiana, on
Thursday, the 14th of June, 2007, commencing
at 2:05 p.m.



EXHIBIT 4

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101          619 JEFFERSON HIGHWAY, SUITE 2G
METAIRIE, LA 70005                    BATON ROUGE, LA 70806
PHONE (504) 219-1993                  (225) 922-4527

```
 1   APPEARANCES:

 2   Appearing on Behalf of Marlene L. Katz:

 3       LESTELLE & LESTELLE
         BY:  JEFFERY B. STRUCKHOFF, ESQ.
 4       3421 N. Causeway Boulevard
         Suite 602
 5       Metairie, Louisiana  70002

 6


 7   Appearing on Behalf of State Farm Fire and
     Casualty Company and Anthony J. Cemo:
 8
         STONE PIGMAN WALTHER WITTMANN
 9       BY:  DOUGLAS J. COCHRAN, ESQ.
         2431 South Acadian Thruway
10       Suite 290
         Baton Rouge, Louisiana  70808-2365
11

12


13   REPORTED BY:

14       DAWN H. HYMEL
         Certified Court Reporter #81016
15

16

17

18

19

20

21

22

23

24

25
```

```
1    A.    P-a-i-l-e-t.
2    Q.    Okay.  And Barbara Pailet is what
3    relation to you, a friend?
4    A.    Friend.
5    Q.    Do you know where she lives?
6    A.    On Beau Lac Lane.
7    Q.    How do you spell that?
8    A.    Metairie.
9    Q.    Metairie?
10   A.    Metairie.  Sorry.
11   Q.    Does she still live in Metairie?
12   A.    Yes, sir.
13   Q.    At Beau Lac Lane?
14   A.    Yes.
15   Q.    B-o-l-l-o-c-k?
16   A.    B-e-a-u, Beau, Lac, L-a-c.
17   Q.    Okay.
18   A.    I don't know how you spelled that one.
19   Q.    I flunked on that one.  Okay.  Here we
20   go.  Beau Lac Lane.  And do you remember
21   anything more specific about the conversation,
22   of how that occurred?
23   A.    No, it was very casual conversation.
24   Q.    Okay.  And when was that conversation?
25   A.    Don't even remember.
```

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

```
1   Q.   Before you went to Houston or after you
2   went to Houston?
3   A.   Don't remember.
4   Q.   And what, from the best you can recall,
5   what was -- what did Mr. Cemo tell you --
6   A.   He said -- I'm sorry. Go ahead.
7   Q.   No. No.
8   A.   I'm sorry. I'm sorry. I didn't
9   understand.
10  Q.   What did he tell you in regards to you
11  telling him something about only Lloyd's of
12  London could provide it, what were his
13  specific words that you can remember?
14  A.   I asked Mr. Cemo if I could buy
15  additional flood insurance over -- First off,
16  I wanted to increase my policy to the max,
17  which is the 250/100, since I wasn't even at
18  the max, and I asked him the amount that I
19  needed to write out the check, and he told me
20  that. And I asked him if I could get
21  additional, and he said no. And I said, I
22  heard you could get it from Lloyd's of London.
23  And he told me, no, you can't get it.
24  Q.   Did you undertake any other inquiries in
25  regards to determining whether or not you
```

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527

```
 1   could get more than the $250,000 coverage from
 2   Lloyd's of London?
 3   A.   Well, first off, you know, I relied on my
 4   agent, Tony Cemo, to give me correct insurance
 5   information, so the only thing I did in
 6   addition to that was I called Ken Pailet, who
 7   was Barbara's husband, and I asked him did he
 8   have, you know, the additional coverage, and
 9   he said no, he didn't.  And that was basically
10   the end of the conversation.
11   Q.   Okay.  Now, Ken Pailet, what's his
12   occupation?
13   A.   CPA.
14   Q.   Okay.  After talking to Mr. Pailet, did
15   you inquire with anyone else regarding the
16   flood coverage over $250,000?
17   A.   No.  My expert, Tony Cemo, told me you
18   couldn't get it.
19   Q.   Okay.  In your duties as a real estate
20   agent, what do you discuss with potential
21   sellers and buyers in regards to flood
22   insurance?
23   A.   I recommend that they talk to a qualified
24   insurance agent.
25   Q.   At any of the training to be an insurance
```

JOHNS, PENDLETON & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS

315 METAIRIE ROAD, SUITE 101
METAIRIE, LA 70005
PHONE (504) 219-1993

619 JEFFERSON HIGHWAY, SUITE 2G
BATON ROUGE, LA 70806
(225) 922-4527