UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

### DEFENDANTS' *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF HAIG NEVILLE

In accordance with Local Rule 7.5E, Defendants State Farm Fire and Casualty Company ("State Farm") and Anthony J. Cemo ("Cemo") (collectively "Defendants") respectfully move for leave to file the attached Reply Memorandum in support of their pending Motion to Exclude Testimony and Opinions of Haig Neville, and in response to plaintiff's memorandum in opposition to the motion. The Defendants request the leave in order to briefly address plaintiff's arguments raised in her opposition memorandum. This reply brief will further assist the Court in analyzing the pertinent issues in this matter.

**WHEREFORE,** State Farm Fire and Casualty Company and Anthony J. Cemo pray that their motion be granted and the attached Reply Memorandum be filed of record in the above-captioned proceeding.

Dated:  July 10, 2007

Respectfully submitted,

*/s/ Andrea L. Fannin*

| | |
|---|---|
| Douglas J. Cochran, 20751<br>  dcochran@stonepigman.com<br>Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>One American Place<br>301 Main Street, Suite 1150<br>Baton Rouge, LA  70825<br>Phone:  (225) 490-8913<br>Fax:  (225) 490-8960 | Wayne J. Lee, 7916<br>  wlee@stonepigman.com<br>Mary L. Dumestre, 18873<br>  mdumestre@stonepigman.com<br>Andrea L. Fannin, 26280<br>  afannin@stonepigman.com<br>Of<br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, LA  70130-3588<br>Phone:  (504) 581-3200<br>Fax:  (504) 581-3361 |

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

### **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendants' *Ex Parte* Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Motion to Exclude Testimony and Opinions of Haig Neville has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 10th day of July, 2007.

Terrence J. Lestelle
Andrea S. Lestelle
Jeffery B. Struckhoff
Lestelle & Lestelle
3421 N. Causeway Blvd.
Suite 602
Metairie, Louisiana  70002

*/s/ Andrea L. Fannin*

2