UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the Defendants' *Ex Parte* Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Further Support of Motion to Exclude Testimony and Opinions of Haig Neville (the "Motion"),

**IT IS HEREBY ORDERED** that the Defendants' Motion is granted and the Defendants are permitted to file their Reply Memorandum in Further Support of their Motion to Exclude Testimony and Opinions of Haig Neville.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2007.

_____
United States District Judge

882655v.1