UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

**STATE FARM FIRE AND CASUALTY COMPANY'S *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT TO DISMISS PLAINTIFF'S VALUED POLICY LAW ALLEGATIONS**

In accordance with Local Rule 7.5E, Defendant State Farm Fire and Casualty Company ("State Farm") respectfully moves for leave to file the attached Reply Memorandum in support of its pending Motion for Partial Summary Judgment to Dismiss Plaintiff's Valued Policy Law Allegations, and in response to plaintiff's memorandum in opposition to the motion for partial summary judgment. State Farm requests the leave in order to briefly address plaintiff's arguments raised in her opposition memorandum. This reply brief will further assist the Court in analyzing the pertinent issues in this matter.

**WHEREFORE,** State Farm Fire and Casualty Company prays that its motion be granted and the attached Reply Memorandum be filed of record in the above-captioned proceeding.

Dated:  July 10, 2007

Respectfully submitted,

*/s/ Andrea L. Fannin*

| | |
|---|---|
| Douglas J. Cochran, 20751 | Wayne J. Lee, 7916 |
|   dcochran@stonepigman.com |   wlee@stonepigman.com |
| Of | Mary L. Dumestre, 18873 |
| STONE PIGMAN WALTHER WITTMANN L.L.C. |   mdumestre@stonepigman.com |
| One American Place | Andrea L. Fannin, 26280 |
| 301 Main Street, Suite 1150 |   afannin@stonepigman.com |
| Baton Rouge, LA  70825 | Of |
| Phone:  (225) 490-8913 | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| Fax:  (225) 490-8960 | 546 Carondelet Street |
| | New Orleans, LA  70130-3588 |
| | Phone:  (504) 581-3200 |
| | Fax:  (504) 581-3361 |

*Attorneys for State Farm Fire and Casualty Company and Anthony J. Cemo*

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing State Farm Fire and Casualty Company's *Ex Parte* Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Support of Motion for Partial Summary Judgment to Dismiss Plaintiff's Valued Policy Law Claims has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 10th day of July, 2007.

                                        Terrence J. Lestelle
                                        Andrea S. Lestelle
                                        Jeffery B. Struckhoff
                                        Lestelle & Lestelle
                                        3421 N. Causeway Blvd.
                                        Suite 602
                                        Metairie, Louisiana  70002

                                        */s/ Andrea L. Fannin*            

882583v.1