UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARLENE KATZ** | * | **CIVIL ACTION NO. 06-4155** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **STATE FARM FIRE AND CASUALTY** | * | **MAGISTRATE** |
| **COMPANY, and ANTHONY J. CEMO,** | * | **JOSEPH C. WILKINSON, JR.** |
| **individually and as agent of STATE FARM** | * | |
| **FIRE AND CASUALTY COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

Plaintiff Marlene Katz submits this Statement of Material Facts as to Which There is No Genuine Issue to be Tried, in support of her Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment on Plaintiff's Valued Policy Law Allegations.

I.

On August 29, 2005, plaintiff Marlene Katz owned immovable property located at 5600 Marcia Avenue, New Orleans, Louisiana, 70124.

II.

Plaintiff's home was insured under a homeowners policy (policy number 18-70-0937-4) issued by defendant State Farm Fire and Casualty Company ("State Farm").

III.

On or about August 29, 2005, plaintiff's home suffered severe wind and flood damage as a result of Hurricane Katrina. The flood damage to plaintiff's home was a result of flooding caused by a breach of a canal.

IV.

State Farm placed a value on plaintiff's home and used such value for the purposes of determining the premium charges to be made under plaintiff's State Farm homeowners policy.

V.

State Farm did not use a different method in the computation of the loss of the covered immovable property owned by plaintiff.

VI.

Plaintiff's homeowners insurance policy, and any application therefore, issued by State Farm to plaintiff did not set forth in type of equal size a different method to be used in the computation of loss, in the event of total loss.

VII.

Plaintiff's home suffered damage from wind, a covered peril under plaintiff's State Farm homeowers policy.

VIII.

Plaintiff's home was rendered a total loss as a result of Hurricane Katrina.

Respectfully submitted,

   /s/ Jeffery B. Struckhoff_____
**TERRENCE J. LESTELLE – 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd, Ste. 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229
**Attorneys for Plaintiff**
**Marlene Katz**

### CERTIFICATE OF SERVICE

     I do hereby certify that I have on this 11th day of July, 2007, electronically refiled the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

   /s/ Jeffery B. Struckhoff_____
**Jeffery B. Struckhoff**