UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| | § | |

**DEFENDANT UNITED STATES' EX PARTE/CONSENT MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY-FIVE PAGES**

On July 10, 2007, the Levee Plaintiffs filed a Motion to Compel Common Liability Discovery from the United States, and the United States has prepared a memorandum in opposition to that motion.  Pursuant to Local Rule 7.8.1E, the United States hereby seeks leave to file a memorandum in opposition in excess of twenty-five pages.  The Levee Plaintiffs' memorandum in support of their motion to compel (which individually addresses all 47 of the United States' answers to the Levee Plaintiffs' requests for admissions and 22 of the United States' answers to the Levee Plaintiffs' interrogatories) is seventeen pages long, and is almost entirely single-spaced.  Because of the shear number of issues raised by the Levee Plaintiffs, the United States' respectfully requests that the Court grant it leave to file an opposition to the Levee Plaintiffs' motion to compel that consists of 32 pages, double-spaced.

Counsel for the Levee Plaintiffs have no opposition to the United States' motion for leave to file an opposition memorandum in excess of twenty-five pages.

A proposed order is provided, and the Defendant United States' Memorandum in Opposition to Plaintiffs' Motion to Compel is attached hereto.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKER, III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        /s/ Richard R. Stone
        RICHARD R. STONE
        Senior Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C. 20044
        (202) 616-4291/(202) 616-5200 (Fax)
        Attorneys for the United States

Dated: July 17, 2007

## **CERTIFICATE OF SERVICE**

I, Richard R. Stone, hereby certify that on July 17, 2007, I served a true copy of Defendant United States of America's Motion for Leave to File a Memorandum in Excess of Twenty-five Pages upon all parties by ECF.

    s/ Richard R. Stone
    RICHARD R. STONE