UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| | § | |

## ORDER

Having considered the United States' Ex Parte/Consent Motion for Leave to File a Memorandum in Excess of Twenty-five Pages, the Court finds that the motion is supported by good cause, and it is hereby ORDERED that the United States' Motion for Leave to File a Memorandum in Excess of Twenty-five Pages is GRANTED.  The Clerk is directed to file the Defendant United States' Memorandum in Opposition to Plaintiffs' Motion to Compel.

New Orleans, Louisiana, this ____ day of _____, 2007.


_____
Joseph C. Wilkinson, Jr.
United States Magistrate Judge