UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  ALL MRGO | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' MOTION TO COMPEL
PLAINTIFFS' RESPONSES TO INTERROGATORIES
AND TO DETERMINE  THE SUFFICIENCY OF
PLAINTIFFS' ANSWERS TO REQUESTS FOR ADMISSIONS**

The United States hereby moves the Court (a) to compel Plaintiffs to provide proper responses to the United States' First Set of Interrogatories, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B); and (b) to determine the sufficiency of Plaintiffs' responses to the United States' First Set of Requests for Admissions, pursuant to Federal Rule of Procedure 36(a).

With this filing, the United States is also submitting a memorandum in support of the motion, a notice of hearing, and a certificate of counsel pursuant to Local Rule 37.1E.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

         /s/ Brian E. Bowcut
        ROBIN D. SMITH
        Senior Trial Counsel
        BRIAN E. BOWCUT
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4400 (tel.)
        (202) 616-5200 (fax)
        brian.bowcut@usdoj.gov
        Attorneys for Defendant United States

Dated:  July 17, 2007