# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:  ALL MRGO<br>_____ | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## LOCAL RULE 37.1E CERTIFICATE OF COUNSEL

Undersigned counsel for Defendant United States hereby certify that they conferred with counsel for the Plaintiffs, Pierce O'Donnell, by telephone on July 9, 2007, in an attempt to amicably resolve issues concerning Plaintiffs' responses to MRGO common liability interrogatories and requests for admissions.  The parties were unable to resolve the dispute.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

  /s/ Brian E. Bowcut
ROBIN D. SMITH
Senior Trial Counsel
BRIAN E. BOWCUT
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4400 (tel.)
(202) 616-5200 (fax)
brian.bowcut@usdoj.gov
Attorneys for Defendant United States

Dated:  July 17, 2007