UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  ALL MRGO | § | |
| _____ | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant United States will bring its Motion to Compel Plaintiffs' Responses to Interrogatories and to Determine the Sufficiency of Plaintiffs' Answers to Requests for Admissions before the Honorable Joseph C. Wilkinson at 11 a.m. on August 1, 2007, at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

          /s/ Brian E. Bowcut
        ROBIN D. SMITH
        Senior Trial Counsel
        BRIAN E. BOWCUT
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4400 (tel.)
        (202) 616-5200 (fax)
        brian.bowcut@usdoj.gov
        Attorneys for Defendant United States

Dated:  July 17, 2007