UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO: 05-4182 |
| | * * | JUDGE: K (DUVAL) |
| PERTAINS TO: INSURANCE *JACKSON, BEVERLY*, NO. 07-1262 | * * * | MAGISTRATE: 2 (WILKINSON) |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING** the above and foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned action be and it is hereby dismissed WITH PREJUDICE, each party to bear its own attorneys' fees, costs and other litigation expenses. This Court will retain jurisdiction for the sole purpose of any proceeding or dispute arising out of this Order of Dismissal or the enforcement of any agreement entered into between the parties in the nature of a settlement agreement, including enforcement of its terms.

New Orleans, Louisiana, this __17th__ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE