**MINUTE ENTRY**
**DUVAL, J.**
**July 17, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | **SECTION "K"(2)** |
| *Xavier University,* **C.a. No. 06-516** | |

### ORDER

Considering the subsequently filed Motion for Partial Summary Judgment Regarding Burden of Proof filed on June 22, 2007 (Doc. 5847) and with the consent of counsel,

**IT IS ORDERED** that the Motion for Partial Summary Judgment Regarding Burden of Proof (Doc. 3131) is **DISMISSED as it is duplicative**.

New Orleans, Louisiana, this  17th  day of July, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**