UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>05-4182 |
| VERSUS | |
| PERTAINS TO:    INSURANCE<br>JUANITA B. SMITH (06-4945) | SECTION "K"<br>MAGISTRATE 2 |

## ORDER ON MOTION FOR PARTIAL DISMISSAL

Considering the premises set forth in the Motion for Partial Dismissal filed on behalf of Plaintiff, Juanita B. Smith,

IT IS ORDERED that all claims which Plaintiff had or may have had against The Hanover Insurance Company for all damages, arising out of Hurricane Katrina, which were caused by all risks other than levee-breach related flooding, are hereby dismissed with prejudice, with each party to bear their own costs.

IT IS FURTHER ORDERED that all claims which Plaintiff may have against Hanover for damages arising out of Hurricane Katrina levee-breach related flooding are reserved to Plaintiff.

Signed this 17th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE