UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO: 05-4182 |
| | * | |
| PERTAINS TO: | * | JUDGE: DUVAL |
| | * | |
| INSURANCE (*SUCHERMAN*, NO. 07-3381) | * | MAGISTRATE JUDGE: WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the motion to enroll additional counsel filed by Defendant, Metropolitan Property & Casualty Insurance Company ("Met P & C"),

**IT IS ORDERED** that the motion is granted, and H. Minor Pipes, III (Bar No. 24603) of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. is enrolled as additional counsel for Met P & C.

New Orleans, Louisiana, this 17th day of July, 2007.

_____
JUDGE

- 1 -

89463