**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

FILED JUL 11 2007
LORETTA G. WHYTE
CLERK

July 11, 2007

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO   07-30495

IN RE:  KATRINA CANAL BREACHES LITIGATION          CA 05-4182 K
c/w 06-8676, 06-8884, 06-8888, 06-8890, 06-8891, 06-8922, 06-8967, 06-9075,
06-9223, 06-4066

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___ 1) Certified copy of the notice of appeal and docket entries.

___ 2) Certified copy of notice of a cross-appeal and docket entries.

___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___ 4) This case is proceeding in forma pauperis

___ 5) Order Appointing Counsel ___ CJA-20 ___ FPD

___ 6) District Judge Entering the final judgment is_____

___ 7) Court Reporter assigned to the case _____

___ 8) If criminal case, number and names of other defendants on appeal ___

___ 9) This case was decided without a hearing; there will be no transcript.

___ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

_x_ 1) **Certified** Electronic Copy of Record on appeal:

___ Volume(s) of record    ___ Volume(s) electronic of transcripts

___ Volume(s) of depositions

___ Container(s) of exhibits ___ Box ___ Binder

___ 2) Supplemental record consisting of _____

___ 3) SEALED DOCUMENT _____

___ 4) Other:_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk