

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED   JUN 1 6 2007

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-30349

cv 05-4182 K

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 9, 2007

Charles R. Fulbruge III
Clerk

IN RE:  KATRINA CANAL BREACHES LITIGATION
------------------------------------------------------
MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON RICHARDS; SHANE E PORTER; STEPHANIE PORTER; ET AL

Plaintiffs - Appellants

v.

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY, Individually and in His Official Capacity as Secretary of the Department of Transportation and Development, State of Louisiana

Defendants - Appellees
------------------------------------------------------
MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON RICHARDS; SHANE E PORTER; STEPHANIE PORTER; ET AL

Plaintiffs - Appellants

vs.

DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY; LOUISIANA STATE; KATHLEEN BLANCO, Governor, Both Individually and in Her Official Capacity as Governor of the State of Louisiana; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; RICHARD L STALDER, Both Individually and in His Official Capacity as Secretary, Department of Public Safety and Corrections

Defendants - Appellees
------------------------------------------------------
MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON RICHARDS; SHANE E PORTER; STEPHANIE PORTER; ET AL

Plaintiffs - Appellants

vs.

LOUISIANA STATE; DEPARTMENT OF TRANSPORTATION And DEVELOPMENT, STATE OF LOUISIANA; JOHNNY D BRADBERRY; GOVERNOR'S OFFICE OF HOMELAND SECURITY AND EMERGENCY PREPAREDNESS; COL. JEFF SMITH; DEPARTMENT OF SOCIAL SERVICES, STATE OF LOUISIANA; ANN S

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

WILLIAMS; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; RICHARD L STALDER

                      Defendants - Appellees

-----------------------
Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
-----------------------

CLERK'S OFFICE:

    Under 5™ CIR. R. 42.3, the appeal is dismissed as of July 9, 2007, for want of prosecution. The appellant failed to timely pay docketing fee, order transcripts, and make financial arrangements with court reporter.

                                CHARLES R. FULBRUGE III
                         Clerk of the United States Court
                         of Appeals for the Fifth Circuit

               By: _____
                          Kim Folse, Deputy Clerk

               ENTERED AT THE DIRECTION OF THE COURT

DIS-2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 9, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30349 In Re: Katrina Canal
      USDC No.  2:06-CV-6099
                    2:06-CV-5786
                      2:06-CV-4389
                      2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

            By: _____
                    Kim Folse, Deputy Clerk
                    504-310-7712

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Michael C Keller

MDT-1

