```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 16 2007

LORETTA G. WHYTE
     CLERK
```

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-30412

CV 05-4182-K

United States Court of Appeals
Fifth Circuit

**FILED**
July 10, 2007

Charles R. Fulbruge III
Clerk

IN RE: KATRINA CANAL BREACHES LITIGATION

-----------------------------------------------------------

MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON
RICHARDS; SHANE E PORTER; STEPHANIE PORTER; ET AL

        Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

        Defendant - Appellee

-----------------------------------------------------
Appeal from the United States District Court for the
     Eastern District of Louisiana, New Orleans
-----------------------------------------------------

CLERK'S OFFICE:

    Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of July 10, 2007, for want of prosecution. The appellants' failed to timely order transcripts, make financial arrangments with court reporters & pay docketing fee.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
         Deputy
New Orleans, Louisiana
JUL 10 2007

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Angelique D. Batiste*
Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 10, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 07-30412  In Re: Katrina Canal
       USDC No.  2:06-CV-1885
                   2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                       Sincerely,

                       CHARLES R. FULBRUGE III, Clerk

                  By: _____
                      Angelique D. Batiste, Deputy Clerk
                      504-310-7808

cc: w/encl:
   Mr Ashton R O'Dwyer Jr
   Ms Kara K Miller

MDT-1