UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| | § | |

## ORDER

Having considered the United States' Ex Parte/Consent Motion for Leave to File a Memorandum in Excess of Twenty-five Pages, Record Doc. No. 6550, the Court finds that the motion is supported by good cause, and it is hereby ORDERED that the United States' Motion for Leave to File a Memorandum in Excess of Twenty-five Pages is GRANTED. The Clerk is directed to file the Defendant United States' Memorandum in Opposition to Plaintiffs' Motion to Compel.

New Orleans, Louisiana, this __18th__ day of July, 2007.

Joseph C. Wilkinson, Jr.
United States Magistrate Judge