UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARLENE KATZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4155 |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, and ANTHONY J. CEMO, individually and as agent of STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION "R" (2) |
| | * | |
| | * | JUDGE VANCE |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering State Farm Fire and Casualty Company's *Ex Parte* Motion and Incorporated Memorandum for Leave to File Reply Memorandum in Further Support of its Motion for Partial Summary Judgment to Dismiss Plaintiff's Valued Policy Law Claims (the "Motion"),

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion is granted and State Farm is permitted to file its Reply Memorandum in Further Support of its Motion for Partial Summary Judgment to Dismiss Plaintiff's Valued Policy Law Claims.

**NEW ORLEANS, LOUISIANA,** this   18th   day of      July      , 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge

882657v.1