25TH JUDICIAL DISTRICT FOR THE PARISH OF PLAQUEMINES

STATE OF LOUISIANA

NO. 52-975

DIVISION "B"

JAMES AND REBECCA WALLACE, *ET AL.*

VERSUS

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, *ET AL.*

**FILED** JUN 14 2007

FILED:_____    _____
                                 DEPUTY CLERK

## JUDGMENT ON MOTION FOR SUMMARY JUDGMENT OF LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY AND LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY

This matter came on for hearing on the Motion for Summary Judgment of Louisiana Farm Bureau Mutual Insurance Company and Louisiana Farm Bureau Casualty Insurance Company. Terry Lestelle and Randy Ungar, attorneys for plaintiffs, and James Ordeneaux, attorney for Louisiana Farm Bureau Mutual Insurance Company and Louisiana Farm Bureau Casualty Insurance Company, were present. Evidence was educed and arguments were heard and the matter was submitted. The Court, for the Oral Reasons handed down in Open Court on June 14, 2007, being of the opinion that the Motion should be denied:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment of Louisiana Farm Bureau Mutual Insurance Company and Louisiana Farm Bureau Casualty Insurance Company be and it is hereby denied.

Judgment rendered in Open Court on June 14, 2007.

Judgment read and signed on June 14, 2007.

Hon. William Roe
Judge, 25th Judicial District Court
Division "B"

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand or by facsimile transmission on this 14th day of June, 2007.

268368.1.wpd

EXHIBIT A

323-11041

## 25th JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

## STATE OF LOUISIANA

NO. 52-975   DIVISION 'B'

### JAMES AND REBECCA WALLACE, ET AL

### VERSUS

### LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, ET AL

FILED:_____

**FILED**
JUN-1 4 2007
DEPUTY CLERK

### JUDGMENT

Considering the Memoranda filed in support and in opposition to the Motion for Summary Judgment filed by ANPAC Louisiana Insurance Company, the arguments made by counsel at the hearing held on June 14, 2007, and for the reasons orally assigned at such hearing, it is hereby **ORDERED, DECREED,** and **ADJUDGED** that the Motion for Summary Judgment filed by ANPAC Louisiana Insurance Company be and is hereby **DENIED.**

Thus done, this 14th day of June, 2007, at Belle Chasse, Louisiana

_____
JUDGE

A TRUE COPY