UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Pontchartrain Baptist*   C.A. No. 06-6642 | SECTION "K"(2) |

### ORDER

A Motion for Clarification and Reconsideration of Admiralty Jurisdiction Ruling ( Doc. 6175) (Doc. 6413) and an opposition to a Motion for Entry of Judgment under Rule 54(b) (Doc. 6442) have been filed with respect to the above-referenced matter.  Having reviewed the pleadings, the Court finds that a status conference to discuss plaintiffs' contentions might be helpful in resolving these matters.  Accordingly,

**IT IS ORDERED** that a telephonic status conference shall be held at **4:00 p.m. July 18, 2007.**  Participating will be plaintiffs' counsel William O'Neill, Engineer Liaison Counsel Frank Barry, Contractor Liaison Counsel Michael Riess, who shall instigate the conference call.  Any other attorney involved in the above-referenced matter who wishes to participate may do so and shall contact Mr. Riess to arrange his or her participation.

New Orleans, Louisiana, this  18th  day of July, 2007.

_____
STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**