UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE, Pontchartrain, 06-6642 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiffs' Motion for Leave to File Second Amended Complaint and Incorporated Exhibits, Record Doc. No. 6029

O R D E R E D:

 XXX : DENIED. My understanding of Judge Duval's order of June 29, 2007, Record Doc. No. 6175, is that permitting this amendment would be futile. I have been advised that a motion is currently pending before Judge Duval requesting that he reconsider his order. If that motion is granted in such a way that the assertion of maritime jurisdiction in an amended complaint would not be futile, plaintiff may file a new motion to amend, which would then require consideration of all factors relevant to a motion to amend under Fed. R. Civ. P. 15 and 16.

New Orleans, Louisiana, this 18th day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

Clerk to Notify:
Hon. Stanwood R. Duval, Jr.