MINUTE ENTRY
WILKINSON, M. J.
JULY 18, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  LEVEE, MRGO AND INSURANCE | SECTION "K" (2) |

## HEARING ON MOTIONS

APPEARANCES:  Frank Dudenhefer and Scott Joanen, representing plaintiffs; Jerry Doak and Seth Schmeekle, representing defendants

MOTIONS:  (1)  Levee Defendants' Motion to Compel Answers to First Set of Joint Class-Certification Interrogatories, to Compel Production of Documents and to Declare Requests for Admissions Admitted and Objections Waived, Record Doc. No. 6209
(2)  MRGO Defendants' Motion to Compel Answers to First Set of Joint Class-Certification Interrogatories, To Compel Production of Documents, and to Declare Requests for Admissions Admitted and Objections Waived, Record Doc. No. 6231

MJSTAR:  **1:05**

(3) Plaintiffs' Motion to Compel Regarding Certain of Defendants' Group Objections to Plaintiffs' Common Discovery to All Insurer Defendants, Record Doc. No. 6020

(4) Plaintiffs' Motion to Withdraw Responses to MRGO and Levee Requests for Admissions and for Leave to Amend Said Responses Pursuant to Fed. R. Civ. P. 36(b) Within Ten Days, Record Doc. No. 6395

O R D E R E D:

 (1), (2), (3), (4):  Oral argument was conducted on the referenced motions on this date. Orders and Reasons detailing the court's rulings on the motions will be issued separately.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **1:05**