UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

**FILED IN:**  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

**PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR LEAVE TO FILE PLAINTIFFS' RESTATED LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the consolidated class actions, individually and on behalf of all others similarly situated and respectfully move this Honorable Court for an Order granting leave to file **PLAINTIFFS' RESTATED LEVEE**

**MASTER CONSOLIDATED CLASS ACTION COMPLAINT**.

1.

The requested leave is necessary because since the filing of the original Master Complaint several of the proposed class representatives as identified in therein have requested that their names be withdrawn as class representatives. Those original proposed class representatives who have withdrawn have been replaced with new "replacement" proposed class representatives. All of the replacement class representatives have been deposed or are scheduled to be deposed during the course of the Plaintiff class representative depositions which commenced on July 9, 2007 and is currently proceeding.  Plaintiffs have filed a motion for leave to amend the Motion for Class Certification to reflect these changes in that pleading as well. Because the replacements have responded or are responding to discovery and have or are scheduled to be deposed, the withdrawal of certain proposed class representatives and their replacement with new proposed class representatives will not impede the progress of this litigation.

2.

In addition, the Restated Complaint provides a more precise description of the geographic boundaries of the proposed subclasses for Zones One, Two, Three, and Four.  Plaintiffs have filed a motion for leave to amend the Motion for Class Certification to reflect these changes in that pleading as well.

3.

Plaintiffs Restated Master Complaint restates and clarifies the factual allegations of the original Master Complaint. The Restated Master Complaint does not add or strike any parties accept

to add under the Louisiana Direct Action Statute, National Union Fire Insurance Company of Pittsburgh, as the insurer of defendant East Jefferson Levee District. National Union's identity as EJLD's insurer was unknown to plaintiffs at the time of the filing of the original Master Complaint.

WHEREFORE, plaintiffs and class representatives pray that this Motion be granted and that Plaintiffs be granted leave to File the amend the Plaintiffs' Restated Levee Master Consolidated Class Action Complaint.

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By: PLAINTIFFS' LIAISON COUNSEL
s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
L. SCOTT JOANEN (21431)
Law Offices of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with firs class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 18th day of July, 2007.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO