UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel for plaintiffs will bring on for hearing the attached **MOTION FOR LEAVE TO FILE PLAINTIFFS' RESTATED LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**, before the Honorable Stanwood R. Duval, Jr., at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-368, New Orleans, LA 70130, on the 8th Day of August, 2007, at 9:30 o'clock a.m., or as

soon thereafter as counsel may be heard.

        Respectfully submitted,

        LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

        Daniel E. Becnel, Jr.
        Joseph M. Bruno
        Walter Dumas
        D. Blayne Honeycutt
        Darleen Jacobs
        Hugh P. Lambert
        Gerald E. Meunier

By:   PLAINTIFFS' LIAISON COUNSEL

       s/ Joseph M. Bruno
       JOSEPH M. BRUNO (3604)
       DAVID S. SCALIA (21369)
       L. SCOTT JOANEN (21431)
       Law Offices of Joseph M. Bruno
       855 Baronne Street, Third Floor
       New Orleans, Louisiana 70113
       Telephone: (504) 525-1335
       Facsimile: (504) 561-6775
       Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

                I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this     18 th     day of July, 2007.

                                                                /s/   Joseph M. Bruno
                                                              **JOSEPH M. BRUNO**