UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

**PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR LEAVE TO SUPPLEMENT AND AMEND THE MOTION FOR CLASS CERTIFICATION**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the consolidated class actions, individually and on behalf of all others similarly situated , and pursuant to CMO4 paragraph III.(A), respectfully move this Honorable Court for an Order granting leave to supplement and

amend their Motion for Class Certification.

1.

The requested leave is necessary because since the filing of the original Motion to for Class Certification of March 30, 2007, several of the proposed class representatives as identified in that Motion have requested that their names be withdrawn as class representatives. Those original proposed class representatives who have withdrawn have been replaced with new "replacement" proposed class representatives. All of the replacement class representatives have been deposed or are scheduled to be deposed during the course of the Plaintiff class representative depositions which commenced on July 9, 2007 and is currently proceeding. Because the replacements have responding to discovery and have or are scheduled to be deposed, the withdrawal of certain proposed class representatives and their replacement with new proposed class representatives will not impede the progress of this litigation.

2.

In addition, plaintiffs' requested amendment provides a more precise description of the geographic boundaries of the proposed subclasses for Zones One, Two, Three, and Four. Thus, plaintiffs move to amend paragraphs I and II of the original Motion for Class Certification to reflect the substituted class representatives and the amended class boundary descriptions for subclasses for Zones One, Two, Three, and Four, all as set forth on the proposed Amended Motion to Certify Class Action attached hereto.

3.

Further, Plaintiffs seek to amend the Motion to Certify Class Action by clarifying and confirming the nature of the trial plan to be submitted with their brief in support of class certification. As a primary demonstration of the superiority of a class action over a mass joinder, Plaintiffs' trial plan will call for the separate adjudication of certified common issues only, *i.e.*, (1) the causes(s) of the levee failures which allowed the water to inundate the class and sub-class areas, (2) the fault of the defendants (and others) found responsible for these levee failures, (3) the apportionment of fault, and (4) the nature and extent of class-wide harm, *i.e.*, damages suffered by the class as a whole resulting from the breakdown of New Orleans social structure, loss of cultural heritage and cultural enjoyment, and the dramatic alteration of the physical, economic, political, social and psychological character of the community. Through an order of severance and bifurcation which Plaintiffs will request, all issues of individual damages will be at a later time. This approach is consistent with Fed.R.Civ.P. 23(c)(4).

4.

Plaintiffs re-aver each and every other argument, allegation, and prayer for relief of the original Motion to Certify Class as if copied herein in their entirety.

WHEREFORE, plaintiffs and class representatives pray that this Motion be granted and that Plaintiffs be granted leave to amend the Motion for Class Certification in the manner as set forth herein.

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:  PLAINTIFFS' LIAISON COUNSEL
s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
L. SCOTT JOANEN (21431)
Law Offices of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with firs class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 18th day of July, 2007.

/s/   Joseph M. Bruno
JOSEPH M. BRUNO

4