UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that undersigned counsel for plaintiffs will bring on for hearing

the attached **MOTION FOR LEAVE TO SUPPLEMENT AND AMEND THE MOTION FOR**

**CLASS CERTIFICATION**, before the Honorable Stanwood R. Duval, Jr., at the United States

District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C-368, New Orleans,

LA 70130, on the 8th Day of August, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel may

be heard.

                                  Respectfully submitted,

                                  LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

                                Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:    PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
L. SCOTT JOANEN (21431)
Law Offices of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

2

CERTIFICATE OF SERVICE

                I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this   18 th   day of July, 2007.

                                            /s/ **Joseph M. Bruno**
                                            **JOSEPH M. BRUNO**