

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| VERSUS | * * * | JUDGE: DUVAL |
| PERTAINS TO : INSURANCE  06-4173 | * * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PARTIAL MOTION TO DISMISS WITH PREJUDICE

Plaintiff Erin Burks respectfully requests that all of her claims against Vigilant Insurance Company (for itself and as erroneously sued as Chubb Insurance Company, a non-entity, incapable of being sued), ("Vigilant") be dismissed, with prejudice, each party to bear its own costs. Plaintiff specifically reserves her respective rights to proceed against all other parties to this litigation.

- 2 -

**WHEREFORE,** plaintiff prays that her claims against Vigilant be dismissed, with prejudice, each party to bear its own costs, but with Plaintiff reserving her respective rights to proceed against all other parties to this litigation.

Respectfully submitted:

_____
Jack H. Tobias, 17172
336 Camp St. Suite 340
New Orleans, Louisiana 70130
Telephone: (504) 838-7100

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Partial Motion to Dismiss With Prejudice has been served upon all counsel of record by electronic submission, facsimile transmission or by placing same in the United States mail, postage prepaid and properly addressed, this 10 day of July, 2007.

_____