FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 19 AM 10: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| VERSUS | * * * | JUDGE: DUVAL |
| PERTAINS TO : INSURANCE   06-4173 | * * * | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Partial Motion to Dismiss With Prejudice;

IT IS ORDERED that the Partial Motion to Dismiss With Prejudice be and hereby is GRANTED and that all claims asserted by Erin Burks against Vigilant are dismissed, with prejudice, each party to bear its own costs, but with Plaintiff reserving her respective rights to proceed against all other parties to this litigation.

New Orleans, Louisiana, this _16th_ day of _July_, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____
84910