UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
  05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
  06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
  06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
  06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
  06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
  07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

_____

### LEVEE PSLC'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT RECORD

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, Plaintiffs move this Honorable Court for leave to supplement the record by filing additional documents, namely, the United States responses to the Levee PSLC's Request for Admissions, Interrogatories and Requests for Production of Documents, as exhibits in support of the Levee PSLC's pending Motion to Compel Discovery from the United States.

Page 1 of 3

In filing the Motion to Compel, the United States responses were not attached as exhibits. In order to assure that the Court is able to rely upon the substance of the United States's responses, the Levee PSLC desires to supplement the record by including the responses to the Levee PSLC's Request for Admissions (See Attached Exhibit A), Interrogatories (See Attached Exhibit B) and Requests for Production of Documents at issue (See Attached Exhibit C).

WHEREFORE, the Levee PSLC prays that this Honorable Court grant leave to supplement the record by filing additional documents, namely, the United States' responses to the Levee PSLC's Interrogatories and Requests for Production of Documents

**RESPECTFULLY SUBMITTED:**

**LEVEE LITIGATION GROUP**

BY:   s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
E-Mail:jbruno@jbrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants:

                                        s/Joseph M. Bruno
                                        JOSEPH M. BRUNO # 3604