UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| ALL CASES | § | |
| | § | |
| _____ | § | |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the PSLC's Motion for Leave to Supplement the Record be and is hereby **GRANTED**, thereby allowing the filing of the United States's responses to the Levee PSLC's Request for Admissions, Interrogatories, and Request for Production of Documents as Exhibits to the PSLC's Motion to Compel Discovery from the United States.

This _____ day of _____, 2007, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE

1