UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:        KATRINA CANAL BREACHES    *      CIVIL ACTION
              CONSOLIDATED LITIGATION    *      NO. 05-4182 "K" (2)
                                         *      JUDGE Duval
                                         *      MAG. WILKINSON
_____  *
PERTAINS TO:                             *
                                         *
LEVEE      (06-5937) Yacob               *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC. WITHOUT PREJUDICE

**NOW INTO COURT,** come Plaintiffs, Abraham Yacob, husband of/and Abrehet Yacob; Pearl Hollins Hurst; Lloyd James Robinson, Jr.; Monica D. Every; Yolanda Stubbs and Kennanded Danta Henry; on behalf of themselves and all others similarly situated, and based upon the representations made to counsel for Plaintiffs by counsel for Defendant, Virginia Wrecking Co., Inc., move to dismiss their Class Action Petition for Damages herein against Virginia Wrecking Co., Inc. without prejudice. Plaintiffs specifically reserve all rights against all other parties to this lawsuit and not dismissed herein. Defendant, Virginia Wrecking Co., Inc. has no objection to this motion.

**WHEREFORE,** Plaintiffs pray for an Order of Voluntary Partial Dismissal,

dismissing without prejudice Plaintiffs' Petition for Damages as to Defendant, Virginia Wrecking Co., Inc.   Plaintiffs specifically reserve their rights and causes of action against all other parties not dismissed herein.

Respectfully submitted,


  /s/ Pius A. Obioha
PIUS OBIOHA #25810
P. O. Box 46385
Baton Rouge, LA 70895
Phone: 225-231-3778
Attorney for plaintiffs, Abraham Yacob, husband of/and Abrehet Yacob; Pearl Hollins Hurst; Lloyd James Robinson, Jr.; Monica D. Every; Yolanda Stubbs and Kennanded Danta Henry; on behalf of themselves and all others similarly situated