UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |

PERTAINS TO:

LEVEE   (06-5937 - Yacob)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>MEMORANDUM IN SUPPORT OF</u>**
**<u>UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF</u>**
**<u>DEFENDANT, VIRGINIA WRECKING CO., INC.</u>**
**<u>WITHOUT PREJUDICE</u>**

Plaintiffs, Abraham Yacob, husband of/and Abrehet Yacob; Pearl Hollins Hurst; Lloyd James Robinson, Jr.; Monica D. Every; Yolanda Stubbs and Kennanded Danta Henry; on behalf of themselves and all others similarly situated, have received representations by counsel for Defendant, Virginia Wrecking Co., Inc., and based upon these representations, plaintiffs move to dismiss their Petition for Damages without prejudice as against Virginia Wrecking Co., Inc., and specifically reserve all rights against all parties not dismissed herein.  Specifically, Virginia Wrecking Co., Inc., has represented that it did not design, construct, or maintain any levee on the 17th Street, London Avenue or Industrial Canals.  Virginia Wrecking Co., Inc., performed no work on the

Industrial Canal levee or floodwall.  Virginia Wrecking Co., Inc.'s only involvement with the Industrial Canal was the demolition of the Galvez Street Wharf and an adjacent storeroom.  No breach in the levee occurred at this site.

                      Respectfully submitted,

                      /s/ Pius A. Obioha
                      PIUS OBIOHA #25810
                      P. O. Box 46385
                      Baton Rouge, LA 70895
                      Phone: 225-231-3778
                      Attorney for plaintiffs, Abraham Yacob, husband of/and Abrehet Yacob; Pearl Hollins Hurst; Lloyd James Robinson, Jr.; Monica D. Every; Yolanda Stubbs and Kennanded Danta Henry; on behalf of themselves and all others similarly situated

## CERTIFICATE OF SERVICE

     I do hereby certify that on the __17th__ day of __July__, 2007 a copy of the above and foregoing Motion to Dismiss without Prejudice was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed, on this __17th__ Day of __July__, 2007.

                      /s/ Pius A. Obioha
                      PIUS A. OBIOHA