UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |
| _____ | | * | |
| PERTAINS TO: | | * | |
| | | * | |
| LEVEE | (06-5937 - Yacob | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **LOCAL RULE 7.6 E CERTIFICATE**

Pursuant to Local Rule 7.6E, Counsel for Plaintiffs in the captioned matter has inquired of counsel for Virginia Wrecking Company, Inc. who has indicated that it has no objection to the filing of this Unopposed Motion for Voluntary Dismissal of Virginia Wrecking Company, Inc. without prejudice.

Respectfully submitted,

 /s/ Pius A. Obioha
PIUS OBIOHA #25810
P. O. Box 46385
Baton Rouge, LA 70895
Phone: 225-231-3778
ATTORNEY FOR
PLAINTIFFS,Abraham Yacob, husband of/and Abrehet Yacob; Pearl Hollins Hurst; Lloyd James Robinson, Jr.; Monica D. Every; Yolanda Stubbs and Kennanded Danta Henry; on behalf of themselves and all others similarly situated

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the   17th   day of   July  , 2007 a copy of the above and foregoing Local Rule 7.6E Certificate was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed, on this   17th   Day of   July  , 2007.

                                           /s/ Pius A. Obioha     
                                            Pius Obioha