UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |
| _____ | | * | |
| PERTAINS TO: | | * | |
| | | * | |
| LEVEE | (06-5937 - Yacob) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the Plaintiffs' Unopposed Motion for Voluntary Dismissal of

Defendant, Virginia Wrecking Company, Inc., Without Prejudice:

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Motion be and is

hereby **GRANTED** and that Virginia Wrecking Company, Inc., be and is hereby

dismissed from this matter without prejudice, reserving to the plaintiffs all rights as to all

other parties herein.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.


_____
Judge