MINUTE ENTRY
WILKINSON, M. J.
JULY 19, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
        CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Rault, 06-1734     JUDGE DUVAL
                                                              MAG. WILKINSON

A status conference was conducted in the referenced case, Bonnie M. Rault v. Encompass Insurance Co. et al., C.A. No. 06-1734, on this date before the undersigned magistrate judge. Participating were Miles Clements, representing plaintiff, and Donald F. deBoisblanc, representing defendant. The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Rault case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 6068. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing "non-class" action cases asserting claims involving individual

MJSTAR: **0 : 40**

adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Based upon my discussions with counsel, a separate scheduling order applicable only to the Rault case will be entered.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**