UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  INSURANCE CASES | NO. 05-4182 "K" (2) |
| *Heron,* No. 06-7372 | JUDGE DUVAL |
| | MAG. WILKINSON |

### EX PARTE MOTION TO BIFURCATE
### INDIVIDUAL CLAIM OF WYLENE HERON

**NOW INTO COURT**, through undersigned counsel, comes defendant, Homesite Insurance Company ("Homesite"), and, in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order bifurcating the referenced proceeding captioned *Wylene Heron v. State Farm Fire and Casualty Company*, No. 06-7327, from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

1

NO.99794328.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Nora B. Bilbro
      Neil C. Abramson (Bar #21436)
      Nora B. Bilbro (Bar #22955)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

and

Marshall M. Redmon (Bar #18398)
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

**ATTORNEYS FOR DEFENDANT HOMESITE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 20th day of July, 2007.

  /s/ Nora B. Bilbro

NO.99794328.1