# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE CASES | |
| | JUDGE DUVAL |
| *Heron,* No. 06-7372 | |
| | MAG. WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion to Bifurcate Individual Claim of Wylene Heron;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the referenced proceeding captioned *Wylene Heron v. State Farm Fire and Casualty Company*, No. 06-7327, be and hereby is bifurcated in accordance with Case Management Order No. 4, Section VII and that the referenced proceeding will be referred to Magistrate Judge Wilkinson for the entry of a separate scheduling order in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1

NO.99799005.1