IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Barbara Kimble,  :   DOCKET NO: 06-4800
    Plaintiff

v.  :   SECTION: "R" 5


Republic Fire and Casualty,  :
    Defendant

## MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Barbara Kimble (hereinafter "Plaintiff" or "Kimble"), and respectfully moves this Honorable Court, pursuant to the Federal Rules of Civil Procedure, to compel Defendant, Republic Fire and Casualty (hereinafter "Defendant" or "Republic"), to provide immediate, full and complete responses to Plaintiff's Interrogatories and Request for Production of Documents. The reasons in support of this Motion are more fully set forth in the attached memorandum.

**CERTIFICATE OF SERVICE**
    I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding by Federal Electronic Filing System, this 12th day of June, 2007.
        /s   Scott G. Wolfe Jr.
          SCOTT G. WOLFE

Respectfully Submitted,
/s   Scott G. Wolfe, Jr.
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiff