IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble,<br>         Plaintiff | : | DOCKET NO: 06-4800 |
| v. | : | SECTION: "R" 5 |
| Republic Fire and Casualty,<br>         Defendant | : | |

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

**MAY IT PLEASE THE COURT:**

Plaintiff, Barbara Kimble ("Kimble"), files this Motion to Compel Defendant, Republic Fire and Casualty ("Republic"), to respond to its discovery requests.

On December 19, 2006 a preliminary pre-trial conference was held with Judge Vance during which trial and other deadlines were established.

The trial of this matter is scheduled to proceed in less than three months, on August 27, 2007. Likewise, all discovery must be completed by July 18, 2007. On January 19, 2007, via U.S. Mail, Plaintiff forwarded its Interrogatories and Requests for Production of Documents to Plaintiff (Exhibit "A"). These discovery requests were made pursuant to the Federal Rules of Civil Procedure, and as such, were due within in thirty days of receipt by Defendant's counsel.

The Plaintiff has been prejudiced by the Defendant's failure to respond to Plaintiff's discovery requests. The Plaintiff is in imminent danger of being unable to meet the upcoming expert report deadline, witness and exhibit list deadlines, deposition deadlines, discovery cut-off and various motion deadlines as stipulated by the Court. Plaintiff hopes to meet and retain these deadlines and the trial date. Plaintiff is not presently requesting or considering an extension of any of these deadlines.

To date, Plaintiff has not received responses to her discovery requests. The discovery deadline is quickly approaching and Plaintiff has been unable to obtain even the most basic information now being requested from Defendant. Kimble now calls upon the court to assitst in moving this matter forward by granting this Motion to Compel and seeks an order compelling the Defendant to immediately fully and properly respond to the written discovery.

Accordingly, Plaintiff respectfully prays that Plaintiff be compelled to promptly provide complete responses to her First Set of Interrogatories and Request for Production of Documents within two days. Plaintiff also seeks reasonable expenses, including attorneys' fees and costs incurred as a result of the necessity of bringing this Motion and any other appropriate relief.

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding by Federal Electronic Filing System, this 12th day of June, 2007.

/s   Scott G. Wolfe Jr.
SCOTT G. WOLFE

Respectfully Submitted,

/s   Scott G. Wolfe Jr.
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiff