IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble,<br>　　　Plaintiff | : | DOCKET NO: 06-4800 |
| v. | : | SECTION: "R" 5 |
| Republic Fire and Casualty,<br>　　　Defendant | : | |

## RULE 37.1 CERTIFICATE

Counsel for Barbara Kimble certifies that pursuant to local rule 37.1, undersigned counsel communicated with Defendant's counsel, R. Jeffery Bridger, on March 31, 2007, regarding Defendant's overdue discovery responses indicating that with approaching deadlines, Essex had no alternative but to file the present motion. Despite giving Defendant an extension to file responses Defendant refused to respond.

**CERTIFICATE OF SERVICE**
　　　I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding by Federal Electronic Filing System, this 12th day of June, 2007.
　　　　　　/s   Scott G. Wolfe Jr.
　　　　　　　SCOTT G. WOLFE

Respectfully Submitted,
/s   Scott G. Wolfe, Jr.
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiff