IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble,<br>  Plaintiff | : | DOCKET NO: 06-4800 |
| v. | : | SECTION: "R" 5 |
| Republic Fire and Casualty,<br>  Defendant | : | |

**O R D E R**

Considering the foregoing Motion to Compel Discovery Responses, filed by Plaintiff, Barbara Kimble;

IT IS ORDERED that Defendant, Republic Fire and Casualty, respond in full to the written discovery propounded by Barbara Kimble within ten (10) days of the signing of this Order.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE