UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE | CIVIL ACTION NO.: 06-4800 |
| Plaintiffs | |
| VERSUS | SECTION: "R"(5) |
| | JUDGE: HON. SARAH S. VANCE |
| REPUBLIC FIRE AND CASUALTY | |
| Defendant | MAGISTRATE: HON. ALMA L. CHASEZ |

### RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

MAY IT PLEASE THE COURT:

Republic Fire And Casualty Insurance Company ("Republic"), defendant herein, in response to *Plaintiff's Motion to Compel* would respectfully show that Republic has provided full and complete Rule 26 disclosures and has provided all appropriate, discoverable information currently available in response to plaintiff's *Interrogatories* and *Request for Production of Documents*. Copies of these responses are attached as Exhibits A and B herein.

1

Along with Republic's Rule 26 disclosures, the documents referenced therein were also referenced in response to plaintiff's *Requests for Production,* rather than duplicating documents in a good faith effort to ameliorate any delay in the discovery process.

Though undersigned counsel intended to provide responses to discovery in a more timely fashion, difficulties with staffing and the volume of Hurricane Katrina and Rita-related work interfered with and somewhat delayed provision of these responses.

WHEREFORE, defendant, Republic Fire And Casualty Insurance Company, prays that Plaintiff's Motion to Compel Discovery be denied as moot and for all such other and further relief to which Republic may be entitled herein.

    Respectfully submitted,

    **LARZELERE PICOU WELLS**
        **SIMPSON LONERO, LLC**
    Suite 1100 - Two Lakeway Center
    3850 N. Causeway Boulevard
    Metairie, LA   70002
    Telephone:    (504) 834-6500
    Fax:  (504) 834-6565

BY:    **/s/  R. Jeffrey Bridger**
    **JAY M. LONERO, T.A. (No. 20642)**
        E-mail:  jlonero@lpw-law.com
    **CHRISTOPHER R. PENNISON (No. 22584)**
        E-mail:  cpennison@lpw-law.com
    **ANGIE ARCENEAUX AKERS (No. 26786)**
        E-mail:  aakers@lpw-law.com
    **JEFFREY BRIDGER (No.  01263)**
        E-mail:  jbridger@lpw-law.com

    **ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

2

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on this   19th   day of June, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                       /s/ R. Jeffrey Bridger