UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE <br><br> Plaintiffs <br><br> VERSUS <br><br> REPUBLIC FIRE AND CASUALTY <br><br> Defendant | CIVIL ACTION NO.: 06-4800 <br><br> SECTION: "R"(5) <br><br> JUDGE: HON. SARAH S. VANCE <br><br> MAGISTRATE: HON. ALMA L. CHASEZ |

## INITIAL DISCLOSURES OF REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Republic Fire And Casualty Insurance Company ("Republic"), which submits its *Initial Disclosures* pursuant to Federal Rule of Civil Procedure 26(a)(1), as follows:

A. **Individuals who may have discoverable information that Republic may use to support its defenses:**

1. Robert Reed
   Republic Fire and Casualty Insurance Company
   5525 LBJ Freeway
   Dallas, Texas 75240-6241
   May have information regarding the processing, investigation, and handling of the claim by Republic;

1

2.  Marie Fleming
    Republic Fire and Casualty Insurance Company
    5525 LBJ Freeway
    Dallas, Texas  75240-6241
        May have information regarding the processing, investigation, and handling of the claim by Republic;

3.  Steve Cummings
    Republic Fire and Casualty Insurance Company
    5525 LBJ Freeway
    Dallas, Texas  75240-6241
        May have information regarding the processing, investigation, and handling of the claim by Republic;

4.  Linda Roberts
    Republic Fire and Casualty Insurance Company
    5525 LBJ Freeway
    Dallas, Texas  75240-6241
        May have information regarding the processing, investigation, and handling of the claim by Republic;

5.  David Mitchell
    Republic Fire and Casualty Insurance Company
    5525 LBJ Freeway
    Dallas, Texas  75240-6241
        May have information regarding the processing, investigation, and handling of the claim by Republic;

6.  Sharman Marshall-Mitchell
    Republic Fire and Casualty Insurance Company
    5525 LBJ Freeway
    Dallas, Texas  75240-6241
        May have information regarding the processing, investigation, and handling of the claim by Republic;

7.  Richard Hill
    Republic Fire and Casualty Insurance Company
    5525 LBJ Freeway
    Dallas, Texas  75240-6241
        May have information regarding the processing, investigation, and handling of the claim by Republic;

8. Darlene Torres
   IAS Claim Services
   5637 Galleria Suite 202
   Baton Rouge, Louisiana 70816
   May have information regarding the inspection of the insured property and adjustment/evaluation of damage to the property

9. Gordon Gauthreaux
   IAS Claim Services
   5637 Galleria Suite 202
   Baton Rouge, Louisiana 70816
   May have information regarding his inspection of the insured property and adjustment/evaluation of damage to the property

10. Brent Conerly
    IAS Claim Services
    5637 Galleria Suite 202
    Baton Rouge, Louisiana 70816
    May have information regarding inspection of the insured property and adjustment/evaluation of damage to the property

11. Chasstan Prichard
    Wolfman Construction
    3101 Elysian Fields
    New Orleans, Louisiana
    May have information regarding inspection of the insured property and adjustment/evaluation of damage to the property

B. **Documents in the control of Republic that Republic may use to support its defenses:**

1. *See* Republic Claim File, including, but not limited to:

   a. Adjuster's claim log;
   b. Correspondence;
   c. Photographs;
   d. Copy of suit and related service of process documents;
   e. E-mails;
   f. IAS estimate – dated 10-22-05;
   g. IAS estimate – dated 3-22-06;
   h. Copy of policy of insurance issued to plaintiff;
   i. Copies of checks reflecting payments to Assured for Dwelling;
   j. Copies of checks reflecting payment to Assured for ALE; and
   k. Wolfman Construction estimate submitted by plaintiff.

3

(REDACTED ITEMS ARE LISTED ON THE ENCLOSED PRIVILEGE LOG)

(Republic's claims file attached, hereto, as Exhibit "A").

2. *See* Republic's underwriting file materials relating to plaintiff's policy, attached, hereto, as Exhibit "B"; and

3. *See* Republic's policy of insurance issued to plaintiff (certified copy requested), attached, hereto, as Exhibit "C").

C. **Computation of damages claimed by Republic.**

N/A

D. **Republic insurance policy.**

A certified copy of the policy of insurance issued to plaintiff has been requested, and will be produced as a supplement to these *Initial Disclosures*.

Republic Fire and Casualty Insurance Company reserves the right to supplement these Initial Disclosures as deemed necessary.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
            **SIMPSON LONERO, LLC**
        Suite 1100 - Two Lakeway Center
        3850 N. Causeway Boulevard
        Metairie, LA   70002
        Telephone:   (504) 834-6500
        Fax: (504) 834-6565

BY: _____
        JAY M. LONERO, T.A. (No. 20642)
          E-mail: jlonero@lpw-law.com
        CHRISTOPHER R. PENNISON (No. 22584)
          E-mail:  cpennison@lpw-law.com
        ANGIE ARCENEAUX AKERS (No. 26786)
          E-mail:  aakers@lpw-law.com
        JEFFREY BRIDER (No.  01263)
          E-mail:  jbridger@lpw-law.com

        **ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all parties of record by hand delivery, electronic mail, telefacsimile or placing a copy of same in the United States Mail, postage prepaid and properly addressed, this 18th day of June, 2007.

_____