---



===========================================
8/23/2006 1:00:13 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster received letter along with his contractors estimate via certified mail. Adjuster called atty and advised of receipt. Insd is now claiming loss of rental income of $1500.00. Advised Mr Wolfe that company would need documentation proving loss of rents. Also adjuster to email atty a copy of the supplemental estimate. Email address scott@wolfelaw.com.



===========================================
8/21/2006 11:02:25 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster called atty, Scott Wolfe and lft message with Emily.

===========================================
8/21/2006 10:59:01 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster followed up with David Terry to see if assignment was made. Brent Conerly is

the adjuster @ 225-931-4681-cell or Darlene 1-800-803-3568. Adjuster lft message on Mr. Conerly's cell #.
Adjuster called IAS and spoke with Darlene. It was forwarded to Brent on 8/16/06. Darlene stated she would have Brent call adjuster. Adjuster to call Atty and advise on status.

===========================================
8/16/2006 2:24:55 PM - KATA05-Derry, Jeanne
CLMS - FP 0614973
Rec'd call from atty. Scott Wolfe, who's representing insured, during Sharman's absence. Mr. Wolfe stated that he's prepared to file suit, which includes Bad Faith. Mr. Wolfe stated that he has submitted an estimate for repairs, which his client obtained, to our office for review. Insd's contractor's estimate is higher than the initial estimate prepared by i/a. Mr. Wolfe stated he and his client do not dispute the scope of damages, however they have been advised that it would cost much more than we had estimated. Advised atty. I would contact i/a's office to attempt to obtain an agreed price with insd's contractor. Atty. agreed. Called David Terry and discussed the add'l assistance with estimate. Mr. Terry requested estimate to be e-mailed to him for review and assigning an adjuster to comply with request. E-mailed estimate to David Terry at IAS.

===========================================
8/8/2006 1:26:07 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster attempted to reach Gordon Guthreaux again. Lft message on voicemail.

===========================================
8/7/2006 10:32:42 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster returned atty's call. Advised Atty Mark Bloom what adjuster was doing to to find out the status, Will call atty once status of reinpsect is verified.

===========================================
8/7/2006 10:28:34 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
David Terry returned call on voicemail. Stated he was checking on the status with the adjuster.Adjuster called David back, because the atty is calling. David is on vacation until 8/14/06. Adjuster called the Baton Rouge office @ 1-800-803-3568 and lft message for Gordon Guthreaux on voicemail.

===========================================
8/2/2006 9:16:02 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Mark with the attys office called on the status of reinspect. Adjuster called David Terry to check on the status. Lft message on voicemail. Advised atty on status and will give

him a call once David Terry returned adjusters call.

==========================================
8/1/2006 3:50:50 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster returned Scott w/ atty's office. Lft message on voicemail

==========================================
7/17/2006 3:08:39 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster returned insd Atty's phone call. Lft message with Emily.

==========================================
7/12/2006 12:17:51 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Email David Terry with IAS to reopen file for reinspection with contractor. Company pd 10,020.78. Contractors estimate 140,000. .

==========================================
7/12/2006 11:13:13 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster returned Attys call. Atty has forwarded contractors estimate. Advised I/A will review once Ltr of Rep recieved.

==========================================
7/7/2006 11:54:29 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Insd has atty and agent is forwarding a copy of the Letter of Rep.

==========================================
7/7/2006 11:51:56 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Agent emailed adjuster and had not received policy. Adjuster verified mailing address and mailed policy.

==========================================
6/29/2006 10:20:57 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Policy was mailed to agent by underwriting and adjuster emailed estimates to agent.

==========================================
6/27/2006 8:13:39 AM - MITCHS-Marshall-Mitchell, Sharman

CLMS - FP 0614973
Agent Barbara called and requested a copy of the insd policy and the estimate. Adjsuter requested policy from Constance Jones @ x6417. Lft message on her voicemail. Adjuster to email also.

==========================================
6/6/2006 11:07:14 AM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Atty called and wanted copies of estimate. Adjuster emailes to Mark@wolfelaw.com

==========================================
3/23/2006 9:25:31 AM - HILLR-Hill, Richard
CLMS - FP 0614973
Sharman ok to issue supplemental payment of dwelling acv of 40468.97 and loss of rents of 2000.00.

==========================================
3/22/2006 1:30:55 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster received I/A report to file. The insd roof is asbestos shingle and will require roof to be replaced. Also interior damages to the living room, kitchen, bath, bedrooms in unit c & d.
Damages are as follows:

| | |
|---|---|
| Dwlg: | $75,398.75 |
| Loss of Use | 2.000.00 |
| | ========= |
| Total | 77,398.75 |
| Amt already pd | 10,020.78 |
| | ========= |
| Supplemental | 67,377.97 |
| Less recov deprec | 24,909.93 |
| | ========= |
| Acv loss | $42,468.97 |



==========================================



==========================================
3/14/2006 12:52:12 PM - MITCHS-Marshall-Mitchell, Sharman

CLMS - FP 0614973
Adjuster returned Dan Allen's phone call with IAS @ 800-288-4338x257. Mr Allen states this is all supplement and does not include prior estimate.

==========================================
3/13/2006 2:51:52 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
Adjuster to verify if this is a supplement, or if this amoun includes previous estimate.

==========================================



==========================================
3/3/2006 2:32:25 PM - MITCHS-Marshall-Mitchell, Sharman
CLMS - FP 0614973
I/A supplement to file. Adjuster called I/A Gordon Gauthreaux. Lft message on voicemail. Does this esitmate include the prior damages?

==========================================
2/13/2006 10:04:39 AM - MITCHED-Mitchell, David
CLMS - FP 0614973
File in holdback status.

==========================================
1/31/2006 11:15:16 AM - RITA06-Fleming, Marie
CLMS - FP 0614973
Received voice mail from leinholder John Lewis 504-452-3600 and returned call. He wanted to know the status on the check. advised him that we issued check on 120205 and it was made out to the insured and him. He said she cannot get repaired for $10020.78. Advised him that there is recoverable deprecation of $9114.93 and once she had completed repairs and sends in receipts we will review for additional payment to insured.

==========================================

1/24/2006 1:25:51 PM - RITA06-Fleming, Marie
CLMS - FP 0614973
Received voice mail from insured 757-329-3203 and returned call. She said that the appraisal we sent her in 11/05 she just received yesterday. She said that she needs the number for appraiser. Provided her with 800 number IAS

==========================================
12/30/2005 10:54:01 AM - KATA20-Roberts, Linda
CLMS - FP 0614973
ms insd called in wanted copy of her policy back to 1994 - referred insd to agent - . went over insd coverage - fire policy -coverages.. cd Agent spoket to Rachel - 594 586 0440 ext. 211 - RAched stated insd does have flood policy but only has limited coverage - but the flood policy is with another co.

aDvise insd would need to fu with agent to get copy of prior policy.

==========================================
12/9/2005 9:03:15 AM - RITA06-Fleming, Marie
CLMS - FP 0614973
Received voice mail from insured 757-329-3203 and returned call. She advised she did not receive the appraisal. Advised her of the address we sent to and she stated that is not the correct address. She wants it sent to 101 Ironbridge Court Apt. 104 Hampton, VA 23663. Advised we will send to her at that address.

==========================================
11/29/2005 2:29:12 PM - RITA06-Fleming, Marie
CLMS - FP 0614973
Called insured 757-329-3203 and went figures with her. Advised that the check will be made to her and John Lewis and we are sending copy of appraisal to her.

==========================================
11/29/2005 2:20:08 PM - RITA06-Fleming, Marie
CLMS - FP 0614973
Received reassignment reviewed IA report

Insured damages

Coverage A $20135.71 less recoverable depreciation $9114.93 (holdback) = $11020.78 less deductible $1000.00 = 10020.78

==========================================



RCA $19136.00

==========================================
10/24/2005 11:57:15 AM - KATA07-Reed, Robert
CLMS - FP 0614973
mortgagee calls & he's the one that turned the claim in. i gave him the ph# for ias. he said the insd owes him about 20k he said the insd won't call him.

==========================================
10/12/2005 3:38:37 PM - KATA06-Cummins, Steve
CLMS - FP 0614973
Called #504-452-3600 no answer no recorder, called 504-931-0694 and left long message explained the claim process and claim procedures. i give the claim# and the contact information for the adjuster and the field adjuster.

==========================================
9/17/2005 3:53:33 PM - KATA07-Reed, Robert
CLMS - FP 0614973
insd calls back & thinks it's all flood & has turned a claim into the flood ins co.

==========================================
9/17/2005 3:33:23 PM - KATA07-Reed, Robert
CLMS - FP 0614973
i called & spoke to the insd's sister. left msg for insd with contact info. maybe wind & flood. i will assign ias to appraise. a straight 1k dd apply's.