First Page of 10/22/2005 IAS Claims Services adjusting report obtained by Plaintiff prior to the filing of this litigation.

NOTE the text at the bottom of the page is not blackened out.   Note that the text does not seem to comprise any information that would be protected by a privilege.

11/16/2005 12:48 PM

**I A S Claims Service**
5637 Galleria  suite 202
Baton Rouge, LA 70816

## Claim Report

| REPORT DATE: | STATUS: | NEXT REPORT: |
|---|---|---|
| 10/22/2005 | First | |

| CLAIM NO: |
|---|
| **704075** |

| POLICY # |
|---|
| FI1 3077132 11 |

| POLICY ISSUED: | POLICY EXPIRES: | DATE OF LOSS: |
|---|---|---|
| | | 8/29/2005 |

**To:** Republic Insurance
ATTN

| FILE NO: P0780704075 |
|---|

| ADJUSTER: |
|---|
| Gordon Gauthreaux |

| ADJUSTER PHONE: | ADJUSTER FAX: |
|---|---|

**RE:** Insured:     **Barbara Kimble**
Loss Address: 6301 Marias St
New Orleans, LA 70117

| ASSIGNED: | CONTACTED: | INSPECTED: |
|---|---|---|
| 9/20/2005 | | 10/21/2005 |

| Coverage Building | Limit 185,900.00 | Deductible 1,000.00 | Reserve $0.00 |
|---|---|---|---|

Forms:  DP3

**Risk**     Structure Type:                                          Occupancy:

**Origin**     Insured sustained damage from Hurricane Katrina

**Exclusions/Limitations**

**Subrogation/Salvage**          Since the cause of loss is wind, there is no subrogation potential

| Loss Summary | RC | Recov. Dep | Nonrecov. Dep | ACV |
|---|---|---|---|---|
| Building | 20,135.71 | 9,114.93 | 0.00 | 11,020.78 |
| **Totals** | 20,135.71 | 9,114.93 | 0.00 | 11,020.78 |

| | |
|---|---|
| Maximum Recoverable Depreciation | 9,114.93 |
| Total Loss | 20,135.71 |
| Less Deductible Applied | 1,000.00 |
| Total Claim | 19,135.71 |
| **Recommended Payment** | **10,020.78** |
| **Additional Payment After Completion of Repairs** | **9,114.93** |

**Enclosures**  ☐ Estimates          ☐ Proof of Loss          ☐ Photos      ☐ Invoice
☐ Contents Worksheet  ☐ Statement of Loss  ☐ Diagrams   Other:

**Remarks**
Inspected insured's residence and found wind damage to roof caused by Hurricane Katrina. The insured's roof is asbestos shingle and will require that the entire roof be replaced.  The insured was not present at inspection so I was not able to inspect the interior, but will follow up with the insured for any interior damage caused by the roof damage.

Created using PowerClaim (TM). 1-800-736-1246

First Page of 10/22/2005 IAS Claims Services adjusting report provided by Defendant in its Initial Disclosures

NOTE the bottom of the page where a black marker has hidden text. Plaintiff assumes that Defendant is asserting that this information is protected by a privilege.

Baton Rouge, LA 70816

| 10/22/2005 | First |
|---|---|

**CLAIM NO:**
**704075**

**POLICY #**
FI1 3077132 11

| POLICY ISSUED: | POLICY EXPIRES: | DATE OF LOSS: |
|---|---|---|
| | | 8/29/2005 |

**To:** Republic Insurance
ATTN

**FILE NO:**

**ADJUSTER:**
Gordon Gauthreaux

**RE:** Insured: Barbara Kimble
Loss Address: 6301 Marias St
New Orleans, LA 70117

| ADJUSTER PHONE: | | ADJUSTER FAX: |
|---|---|---|

| ASSIGNED: | CONTACTED: | INSPECTED: |
|---|---|---|
| 9/20/2005 | | 10/21/2005 |

| Coverage | Limit | Deductible | Reserve |
|---|---|---|---|
| Building | 185,900.00 | 1,000.00 | $0.00 |

Forms: DP3

**Risk** Structure Type:                          Occupancy:

**Origin** Insured sustained damage from Hurricane Katrina

**Exclusions/Limitations**

**Subrogation/Salvage** Since the cause of loss is wind, there is no subrogation potential

| Loss Summary | RC | Recov. Dep | Nonrecov. Dep | ACV |
|---|---|---|---|---|
| Building | 20,135.71 | 9,114.93 | 0.00 | 11,020.78 |
| Totals | 20,135.71 | 9,114.93 | 0.00 | 11,020.78 |

| | |
|---|---|
| Maximum Recoverable Depreciation | 9,114.93 |
| Total Loss | 20,135.71 |
| Less Deductible Applied | 1,000.00 |
| Total Claim | 19,135.71 |
| **Recommended Payment** | **10,020.78** |
| Additional Payment After Completion of Repairs | 9,114.93 |

**Enclosures** ☐ Estimates  ☐ Proof of Loss  ☐ Photos  ☐ Invoice
☐ Contents Worksheet  ☐ Statement of Loss  ☐ Diagrams  Other:

**Remarks**

Inspected insured's residence and found wind damage to roof caused by Hurricane Katrina. The insured's roof is asbestos shingle and will require that the entire roof be replaced. The insured was not present at inspection so I was not able to inspect the interior, but will follow up with the insured for any interior damage caused by the roof damage.

At this time I recommend a reserve setting at $35,000.00.

I also recommend that we pay insured based on repair estimate less depreciation and deductible, which according to the paperwork submitted to me to be only $250.00. Please verify deductible prior to making any payment to insured.