To:         storm3@iasclaims.com
From:       MITCHS
Cc:
Bcc:
Subject:    Barbara Kimble/reinspection
Date/Time Sent: 8/9/2006 2:55 PM


=================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973

Please see attached estimate from insd atty. Reopen file and rush this reinspection ASAP!
Have I/A set up appt with insd contractor. Contact atty Mark Bloom 504-894-9653 to get contractor info.
Please acknowledge receipt of assignment and advise on handling adjuster.

Thanks,

Sharman Mitchell
1-800-451-0286 x6794.


====================END OF MESSAGE=====================


Attached Files:
IR110000.tif
IR110001.TXT
IR110005.JPG
IR110008.JPG
IR110011.JPG
IR110014.JPG
IR110017.JPG
IR110020.JPG
IR110023.JPG
IR110026.JPG
IR110029.JPG
IR110032.JPG
IR110035.JPG
IR110038.JPG
IR110041.JPG
IR110044.JPG
IR110047.JPG
IR110050.JPG
IR110053.JPG
IR110056.JPG

IR110059.JPG

To:          dterry@iasclaims.com
From:        KATA05
Cc:
Bcc:
Subject:     Insured:  Barbara Kimble
Date/Time Sent: 8/16/2006 1:51 PM


==================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973

David:

As per our telephone conversation of this afternoon, please refer to the attached
correspondence, which is an estimate for repairs of damage to insured's property.  The
estimate is allegedly from her contractor.  As we discussed insured is represented by
atty. and is prepared to file suit.  Atty. has indicated that when he files he will include
"Bad Faith".  Atty. stated that they are not disputing the scope of damage prepared by
adjuster, however they are disputing the cost of repairs since they have been advised
by their contractor that it would cost far more ($140,000. plus) than what adjuster has
initially estimated.  Please have an adjuster contact insured's contractor as soon as
possible and attempt to obtain an agreed price.  If I can be of any assistance, please let
me know.  Thank you for your personal attention to this matter.
Jeanne Derry
800-451-0286  Ext. 6793


===================END OF MESSAGE===================


Attached Files:
IR110000.tif
IR110001.TXT
IR110004.TXT
IR110007.JPG
IR110010.JPG
IR110013.JPG
IR110016.JPG
IR110019.JPG
IR110022.JPG
IR110025.JPG
IR110028.JPG
IR110031.JPG
IR110034.JPG
IR110037.JPG
IR110040.JPG
IR110043.JPG

IR110046.JPG
IR110049.JPG
IR110052.JPG
IR110055.JPG
IR110058.JPG
IR110061.JPG

**Marshall-Mitchell, Sharman**

| | |
|---|---|
| **From:** | Darlene Torres [dtorres@iasclaims.com] |
| **Sent:** | Monday, August 21, 2006 11:00 AM |
| **To:** | Brentconerly@aol.com |
| **Cc:** | Marshall-Mitchell, Sharman |
| **Subject:** | #704075 Kimball |
| **Importance:** | High |

Brent,
Need a status on this one.  Have you made contact?  When is/was inspection?  Please advise ASAP,
attorney involved.  This is a RUSH claim.  Thanks.


*Darlene Torres*
**IAS Claim Services**
**Baton Rouge, LA**
**dtorres@iasclaims.com**
*225/293-4400*

## Marshall-Mitchell, Sharman

**From:** Brentconerly@aol.com

**Sent:** Monday, August 21, 2006 3:15 PM

**To:** dtorres@iasclaims.com

**Cc:** Marshall-Mitchell, Sharman

**Subject:** Re: #704075 Kimball

i left message for the insured a while back and then  spoke with her to let her
know i had the assignment to reinspect. She didn't mention an atty and it isn't
mentioned in what i got w assignment (gordon gautreaux's two estimates) i asked
the insured what the problem was and she took my number & said she would get back
with me. no that i know she has an attorney i guess i'll wait for a call from him
unless you guys can provide that info.

Brent

Insured: Barbara Kimble                                                                    Page 1 of 2

## Marshall-Mitchell, Sharman

| | |
|---|---|
| **From:** | Darlene Torres [dtorres@iasclaims.com] |
| **Sent:** | Monday, August 21, 2006 3:25 PM |
| **To:** | Brentconerly@aol.com |
| **Cc:** | Marshall-Mitchell, Sharman |
| **Subject:** | FW: #704075 FW: Insured: Barbara Kimble |
| **Importance:** | High |
| **Attachments:** | IR110000.tif; IR110001.TXT; IR110004.TXT; IR110007.JPG; IR110010.JPG; IR110013.JPG; IR110016.JPG; IR110019.JPG; IR110022.JPG; IR110025.JPG; IR110028.JPG; IR110031.JPG; IR110034.JPG; IR110037.JPG; IR110040.JPG; IR110043.JPG; IR110046.JPG; IR110049.JPG; IR110052.JPG; IR110055.JPG; IR110058.JPG; IR110061.JPG |

Originally sent to you on 8-17-06, here it is again.
Darlene

---

**From:** Darlene Torres [mailto:dtorres@iasclaims.com]
**Sent:** Thursday, August 17, 2006 7:47 AM
**To:** 'Brentconerly@aol.com'
**Cc:** 'John Reed'; 'David Terry'
**Subject:** #704075 FW: Insured: Barbara Kimble
**Importance:** High

Brent,
Please contact the attorney on this ASAP.  See the message below from company and the attachments.
Thanks.
Darlene

---

**From:** David Terry [mailto:Dterry@iasclaims.com]
**Sent:** Wednesday, August 16, 2006 4:16 PM
**To:** Darlene Torres; John Reed
**Subject:** FW: Insured: Barbara Kimble

Darlene and John, Republic wants us to reopen file and talk to attroney and contractor. They are not questioning the scope of damage. Just the unit costs.

---

**From:** Derry, Jeanne [mailto:Jeanne.Derry@RepublicGroup.com]
**Sent:** Wednesday, August 16, 2006 1:51 PM
**To:** David Terry
**Subject:** Insured: Barbara Kimble

<<IR110000.tif>>                    <<IR110001.TXT>>
DRAWER:CLMS
FILENO:FP 06149 <<IR110004.TXT>> 73

David:

Insured: Barbara Kimble

As per our telephone <<IR110007.JPG>> conversation of this afternoon, please <<IR110010.JPG>> refer to the attached corresponden <<IR110013.JPG>> ce, which is an estimate for repairs <<IR110016.JPG>> of damage to insured's property. The
<<IR110019.JPG>> estimate is allegedly from her contra <<IR110022.JPG>> ctor. As we discussed insured is repr <<IR110025.JPG>> esented by
atty. and is prepared to f <<IR110028.JPG>> ile suit. Atty. has indicated that wh <<IR110031.JPG>> en he files he will include
"Bad Fa <<IR110034.JPG>> ith". Atty. stated that they are not di <<IR110037.JPG>> sputing the scope of damage prepared <<IR110040.JPG>> by
adjuster, however they are dis <<IR110043.JPG>> puting the cost of repairs since they h <<IR110046.JPG>> ave been advised by
their contracto <<IR110049.JPG>> r that it would cost far more ($140,00 <<IR110052.JPG>> 0. plus) than what adjuster has initi <<IR110055.JPG>> ally estimated. Please have an adjus <<IR110058.JPG>> ter contact insured's contractor as s <<IR110061.JPG>> oon as
possible and attempt to obtain an agreed price. If I can be of any assistance, please let
me know. Thank you for your personal attention to this matter.
Jeanne Derry
800-451-0286 Ext. 6793

## Marshall-Mitchell, Sharman

**From:**     Brentconerly@aol.com
**Sent:**     Monday, August 21, 2006 4:05 PM
**To:**       dtorres@iasclaims.com
**Cc:**       Marshall-Mitchell, Sharman
**Subject:** Re: FW: #704075 FW: Insured: Barbara Kimble

ive spoken with the attorney, scott wolf, he is sending me a copu of his estimate.
He isn't available for the reinspect till september. 6th or 7th .  Doesn't sond
like a difference in scope but a difference in pricing.  Brent

## Marshall-Mitchell, Sharman

**From:**    Brentconerly@aol.com
**Sent:**    Monday, August 21, 2006 7:12 PM
**To:**       dtorres@iasclaims.com
**Cc:**       Marshall-Mitchell, Sharman
**Subject:** Re: #704075 Kimball

Sharman, this is definitely a unit price difference. Atty is Scott Wolfe @ wolf
law offices & contractor is the Wolfman. i'm curious as to any relation.  their
proposal and the original estimate are  almost line  by line as far as scope but
with big differences in unit price and a couple other  things such as wanting to
replace the rigid asbestos tile roof with slate at twice the price, he wants
4.18/sf for the drywall/texture  vs our 2.32, 1.01/sf for anti- microbial vs
our .10/sf , 1.65/sf to paint vs .68 in our estimate etc. this adds up to every
room/area is close to double our estimate. I'm not going to be able to come close
to those $ if i rewrite at the latest xactimate update unless you want us to get
it agreed regardless. i'll rewrite with latest xactimate update and see if i can
get agreed. or get some compromised proposal. I'll keep you advised.   Brent

To:          scott@wolfelaw.com
From:        **MITCHS**
Cc:
Bcc:
Subject:     Barbara Kimble
Date/Time Sent: 8/23/2006 1:07 PM


==================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973

This estimate was also  to Mark Bloom on on 6/6/06

Sharman Mitchell


====================END OF MESSAGE====================


Attached Files:
IR110000.tif

To:            storm3@iasclaims.com
From:          KATA07
Cc:
Bcc:
Subject:       katrina
Date/Time Sent: 9/17/2005 3:35 PM


==================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973
please appraise this new loss. dec page to follow. thanks-robert reed 972-788-6741


===================END OF MESSAGE===================


Attached Files:
IR110000.tif

To:            storm3@iasclaims.com
From:          KATA07
Cc:
Bcc:
Subject:       katrina
Date/Time Sent: 9/17/2005 3:37 PM


==================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973
see dec page for loss previously sent. thanks-robert


====================END OF MESSAGE====================


Attached Files:
IR110000.tif

**11/15/2005 02:49 PM**

---

## DFWEClaim

| | |
|---|---|
| **From:** | Bruce Olson |
| **Sent:** | Thursday, November 10, 2005 11:44 PM |
| **To:** | Storm Super |
| **Subject:** | FW: 704075 |



File0084.pdf (88     kimble.pdf (348 KB)
KB)

                           ok

-----Original Message-----
From: Steve Perry [mailto:sperry@iasclaims.com]
Sent: Friday, October 28, 2005 6:07 PM
To: bolson@iasclaims.com
Subject: FW: 704075


check

-----Original Message-----
From: Darlene Torres [mailto:dtorres@iasclaims.com]
Sent: Monday, October 24, 2005 11:58 AM
To: iasstorm1@iasclaims.com
Subject: FW: 704075



-----Original Message-----
From: johngauthreaux@charter.net [mailto:johngauthreaux@charter.net]
Sent: Saturday, October 22, 2005 11:19 AM
To: dtorres@iasclaims.com
Subject: 704075

To:         mark@wolfelaw.com
From:       MITCHS
Cc:
Bcc:
Subject:    Barbara Kimbles estimate
Date/Time Sent: 6/6/2006 11:05 AM


===================BEGINNING OF MESSAGE===================


DRAWER:CLMS
FILENO:FP 0614973


====================END OF MESSAGE====================


Attached Files:
IR110000.tif



**Claims Department**

November 29, 2005

Barbara Kimble                    101 Ironbridge Court Apt. 104
5847 Marais St                    Hampton, VA 23663
New Orleans, La 70117

**Date of Loss:**     8/29/2005
**Policy Number:**   FH 3077132 10 12
**Claim Number:**   08FP 0614973

Dear Barbara Kimble:

Your claim has been accepted.  We are enclosing a copy of the estimate prepared for the repairs to your property from the <LOSS TYPE> damage that occurred on the above date.

You will need to contact the contractor of your choice to make the repairs.  We ask that if there are differences in our estimate and the contractor's estimate, that these be addressed with us prior to beginning the work.

To summarize our estimate:

|                                   | Dwelling    | Other Structures | Contents |
|-----------------------------------|-------------|------------------|----------|
| Estimated Replacement Cost        | $20135.71   |                  |          |
| Less Recoverable Depreciation     | $9114.93    |                  |          |
| Less Non-recoverable Depreciation |             |                  |          |
| Actual Cash Value Loss            | $11020.78   |                  |          |
| Less your share (deductible)      | $1000.00    |                  |          |
| Net Payment                       | $10020.78   |                  |          |

Your policy was written with Replacement Cost coverage.

We will pay only the actual cash value of the damaged building structure(s) until repair or replacement is completed.  Repair or replacement must be completed within 180 days after the loss unless you request in writing that this time limit be extended for an additional 180 days.  Upon completion of repairs or replacements, we will pay the additional amount claimed under the replacement cost coverage, but our payment will not exceed the smallest of the following:

(1)     the limit of liability under this policy applicable to the damaged or destroyed building structure(s);

(2)     the cost to repair or replace that part of the building structure(s) damaged, with material of like kind and quality and for the same use and occupancy on the same premises; or

(3)     the amount actually and necessarily spent to repair or replace the damaged building structure(s).

Barbara Kimble
08FP 0614973
November 29, 2005
Page 2

Fences are not eligible for replacement cost coverage.  Depreciation withheld on fences cannot be recovered upon repair or replacement.

Once we receive the paid invoice(s) we will be in a position to evaluate your replacement cost claim in accordance with the terms and conditions of your policy.  The amount paid will be based on actual expense incurred up to the amount of the original appraisal.

To present a claim for replacement cost coverage:

- Submit **original** repair or replacement invoices showing the total amount spent;
- Show your claim number or policy number on all items, and
- Mail to us at the above address.

Should you have any questions or wish to discuss this claim further, please call me at the number below.

Sincerely,


Marie Fleming
Claims Representative
Republic Fire And Casualty
T:  972 788 6466
F:  888 224 5874


Enclosure:  Estimate copy

Barbara Kimble
08FP 0614973
November 29, 2005
Page 3

cc:   1702300
      Eustis Insurance, Inc.
      1340 Poydras St., #1900
      New Orleans, La 70112

## Jones, Constance

**From:**   Rachel Cochrane [rcochrane@eustis.com]
**Sent:**   Friday, May 05, 2006 12:18 PM
**To:**   Jones, Constance
**Subject:** Barbara Kimble - policy # FI1 3077132 11

Constance,

Effective 3/22/06 please amend the named insured and mailing address to the following:

Barbara Kimble
101 Iron Bridge Ct Apt 104
Hampton VA 32663

Also, please amend the mortgagee to the following:

Mr. and Mrs. John Lewis
23444 N Heidi Dr
Covington LA 70435

I called and spoke to Darlene and she said that I could email you the change.

Thank you so much for your assistance.

Sincerely,

**Processed by
JONESCO
05/05/2006**

Rachel Cochrane, CSR
Personal Lines
Eustis Insurance, Inc.
1340 Poydras Street, Suite 1900
New Orleans, LA 70112
Phone (504) 636-4811
Fax (504) 565-5219

The information contained in this email is confidential and is intended only for the use of the individual (s) named above or 'copied' below.  If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this document is strictly prohibited.  If you have received this document in error, please immediately notify the sender by telephone(504-586-0440) and destroy the received email document in its entirety.

# THE WOLFE LAW OFFICES

4821 PRYTANIA ST · NEW ORLEANS, LA 70115
(504) 324-1642 · FAX: (866) 761-8934

To:   Vicky Palmer
      Eustis Insurance
      1340 Poydras Street, Suite 1900
      New Orleans, LA 70112
      Fax: (504) 636-4860

CC:   Barbara Kimbell

                              June 26, 2006

Re:   *Barbara Kimbell v. Republic Group Insurance*
      My File:  06-I-C71M23
      Your File:  08FP 0614973

                                                          **SENT VIA E-MAIL**

Dear Ms. Palmer:

   This letter confirms a voice message left on your voice mail this afternoon, June 26, 2006, in connection with the above captioned matter.  The voicemail requests a copy of the policy held by our client, Ms. Barbara Kimbell, at her property on 6301 Marais St, New Orleans, LA 70117.  Policy Number is Fl1 3077132 11.

   We recently requested a copy of her policy and received only the declaration page.  Please deliver to us a copy of the insured's entire policy.

   Please contact us with any questions or problems.  We thank you for your prompt attention to this matter.

                              Best Regards,
                              THE WOLFE LAW OFFICES, L.L.C.

                              Scott Wolfe

# THE WOLFE LAW OFFICES

4821 PRYTANIA ST · NEW ORLEANS, LA 70115
(504) 324-1642 · FAX: (866) 761-8934

To:     Sharman Mitchell
        The Republic Group
        5525 LBJ Freeway
        Dallas , TX 75240
        Fax: 1 (888) 224-5874

CC:     Barbara Kimble

                                    July 12, 2006

Re:     Kimble v. Republic Group
        My File:  06-I-C71M23
        Your File: 08FP 0614973

                                                    **SENT VIA FACSIMILE**

Dear Mrs. Mitchell:

    Please be advised that this law firm represents the interests of Barbara Kimble in the above captioned dispute. Please forward any and all correspondence regarding this matter to our offices.

                            Best Regards,
                            THE WOLFE LAW OFFICES, L.L.C.

                            Mark Bloom

# THE WOLFE LAW OFFICES
4821 PRYTANIA ST · NEW ORLEANS, LA 70115
(504) 324-1642 · FAX: (866) 761-8934

To:     Sharman Mitchell
        The Republic Group
        5525 LBJ Freeway
        Dallas , TX 75240
        Fax: 1 (888) 224-5874

CC:     Barbara Kimbell

                                        July 26, 2006

Re:     *Kimble v. Republic Group*
        My File:  06-I-C71M23
        Your File:  08FP 0614973

                                                        **SENT VIA E-MAIL**

Dear Mrs. Mitchell:

- This letter confirms a voice message left with your office this afternoon in connection with the above-captioned matter.  Three weeks ago this office faxed and mailed to Republic Group a copy of an estimate produced by Wolfman Construction.  This estimate properly represents the damages sustained by Ms. Kimbell at her property associated with this claim.

   Please contact this office as soon as possible upon your return to discuss our client's outstanding claim with Republic Group.

                            Best Regards,
                            THE WOLFE LAW OFFICES, L.L.C.

                            Scott Wolfe

08/29/06   09:20 FAX 972 788 6708        The Republic Group        → ImageRight        ☑001



# THE **W** OLFE LAW OFFICES
### 4821 PRYTANIA ST · NEW ORLEANS, LA 70115
### (504) 894-9653 · FAX: (866) 761-8934

To:   Jeanne Derry
      The Republic Group
      5525 LBJ Freeway
      Dallas, TX 75240
      Fax: (888) 244-5874

CC:   Barbara Kimble

                                        August 19, 2006

Re:   Barbara Kimble v. Republic Group
      My File: 06-I-C071M23
      Your File: 08FP 0614973

                                SENT VIA US CERTIFIED MAIL
                                7004 1350 0002 6017 7515

Dear Ms. Derry:

    Enclosed please find the documentation on the losses suffered by our client in connection with the above captioned matter. In addition to the losses identified by the estimate provided, Ms. Kimble also asserts that she has lost $1,500.00 in rental income from August 29, 2005, until the present day.

    This letter and documentation should serve as a proof of loss as contemplated by LA R.S. Title 22. Please re-accept this proof of loss in accordance with LA R.S. 22:1220 and 22:658 as recently amended by the LA State Legislature.

    Additionally, please provide our office with the adjustment supporting your payment of $40,468.97 to Ms. Kimbel on March 24, 2006.

    Thank you in advance for your prompt attention to this matter.

                                Best Regards,
                                THE WOLFE LAW OFFICES, L.L.C.


                                Scott Wolfe, Jr.


SGW/eb

To:              scott@wolfelaw.com
From:            MITCHS
Cc:
Bcc:
Subject:         Barbara Kimble
Date/Time Sent: 6/19/2006 12:40 PM


==================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973


====================END OF MESSAGE====================


Attached Files:
IR110000.tif
IR110017.JPG
IR110020.JPG
IR110029.JPG
IR110032.JPG

To:           b.battley@eustis.com
From:         MITCHS
Cc:
Bcc:
Subject:      Barbara Kimble
Date/Time Sent: 6/29/2006 10:20 AM


==================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973
Barbarbar Kimbles  estimates.


====================END OF MESSAGE====================


Attached Files:
IR110000.tif

To:          dterry@iamclaims.com
From:        MITCHS
Cc:
Bcc:
Subject:     Barbara Kimble
Date/Time Sent: 7/12/2006 12:12 PM


==================BEGINNING OF MESSAGE==================


DRAWER:CLMS
FILENO:FP 0614973

Please reopen file and set up reinspect with contractor. Call Atty Mark Bloom
@504-894-9653 to get contractor info.  Please acknowledge receipt of email and
advise on who the handling adjuster will be.

Thanks,
Sharman Mitchell


====================END OF MESSAGE====================


Attached Files:
IR110000.tif
IR110002.JPG
IR110005.JPG
IR110008.JPG
IR110011.JPG
IR110014.JPG
IR110017.JPG
IR110020.JPG
IR110023.JPG
IR110026.JPG
IR110029.JPG
IR110032.JPG
IR110035.JPG
IR110038.JPG
IR110041.JPG
IR110044.JPG
IR110047.JPG
IR110050.JPG
IR110053.JPG
IR110056.JPG