02/22/2006 01:54 PM

**I A S Claims Service**
5637 Galleria  suite 202
Baton Rouge, LA 70816

**Photo Sheet**                                         Claim No. **704075**

| File No. | Policy No.<br>F11 3077132 11 | | Date of Loss<br>08/29/2005 | Report<br>Supplement | | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
|---|---|---|---|---|---|---|---|
| Insured<br>Barbara Kimble | | Contact | | | Claimant | | |



Photo ID
P1010080

Date
10/21/2005

Description



Photo ID
P1010081

Date
10/21/2005

Description

02/22/2006 01:54 PM

**Photo Sheet**

Claim No. 704075

| File No | Policy No. FH 3077132 11 | Date of Loss 08/29/2005 | Report Supplement | Report Date 02/13/2006 | Adjuster Gordon Gauthreaux |
|---------|---------|---------|---------|---------|---------|



Photo ID
P1010062

Date
10/21/2005

Description

Photo ID
P1010063

Date
10/21/2005

Description

02/22/2006 01:54 PM



**Photo Sheet**                                                    Claim No. 704075

| File No. | Policy No.<br>FI1 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |

Photo ID
P1010002

Date
10/21/2005

Description
unit C

Comment
door damage

Photo ID
P1010003

Date
10/21/2005

Description
living room

Comment
water damage to
ceiling walls and floors

## Photo Sheet

**Claim No. 704075**

| File No. | Policy No.<br>FI1 3077132.11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
|---|---|---|---|---|---|



Photo ID
P1010004

Date
10/21/2005

Description
living room

Comment
water damage to
ceilings walls and floors

Photo ID
P1010005

Date
10/21/2005

Description
kitchen

Comment
water damage to
ceilings walls and floors

02/22/2006 01:54 PM

## Photo Sheet

**Claim No. 704075**

| File No. | Policy No.<br>F11 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
|---|---|---|---|---|---|



Photo ID
P1010006

Date
10/21/2005

Description
Kitchen

Comment
water damage to
ceilings walls and floors

Photo ID
P1010015

Date
10/21/2005

Description
Kitchen

Comment
cabinet damage



**Photo Sheet**

Claim No. 704075

| File No. | | Policy No.<br>F11 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
|---|---|---|---|---|---|---|

Photo ID
P1010016

Date
10/21/2005

Description
Kitchen

Comment
cabinet damage

Photo ID
P1010017

Date
10/21/2005

Description
Kitchen

Comment
water damage to
ceilings walls and floors

02/22/2006 01:54 PM

## Photo Sheet

Claim No. 704075

| File No. | Policy No.<br>FI1 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
|---|---|---|---|---|---|



Photo ID
P1010007

Date
10/21/2006

Description
bath

Comment
water damage to
ceilings walls and floors

Photo ID
P1010008

Date
10/21/2006

Description
bath

Comment
water damage to
ceilings walls and floors

02/22/2006 01:54 PM

## Photo Sheet

**Claim No: 704075**

| File No. | Policy No.<br>FI1 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gautreaux |
|---|---|---|---|---|---|



Photo ID
P1010009

Date
10/21/2005

Description
bedroom 1

Comments
water damage to
ceilings walls and floors

Photo ID
P1010010

Date
10/21/2005

Description
bedroom 1

Comments
water damage to
ceilings walls and floors

## Photo Sheet

Claim No. 704075

| File No. | Policy No.<br>F11 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
|---|---|---|---|---|---|



Photo ID
P1010011

Date
10/21/2005

Description
bedroom 1

Comment
water damage to
ceilings walls and floors

Photo ID
P1010012

Date
10/21/2005

Description
bedroom 2

Comment
water damage to
ceilings walls and floors

02/22/2006 01:54 PM

## Photo Sheet

**Claim No. 704075**

| File No. | Policy No<br>F11 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
|---|---|---|---|---|---|



Photo ID
P1010013

Date
10/21/2005

Description
bedroom 2

Comment
water damage to
ceilings walls and floors

Photo ID
P1010014

Date
10/21/2005

Description
bedroom 2

Comment
water damage to
ceilings walls and floors

02/22/2006 01:54 PM

**Photo Sheet**

**Claim No. 704075**

| File No. | Policy No.<br>FI1 3077132 11 | Date of Loss<br>08/29/2005 | Report<br>Supplement | Report Date<br>02/13/2006 | Adjuster<br>Gordon Gauthreaux |
| --- | --- | --- | --- | --- | --- |



Photo ID
**P1010018**

Date
10/21/2005

Description
water heater

Comment
needs repair to vent

Photo ID
**P1010020**

Date
10/21/2005

Description
unit D

Comment
door damage