

Photo Sheet — Claim No. 704075
Policy No. F11 3077132 11 | Date of Loss: 08/29/2005 | Report: Supplement | Report Date: 02/13/2006 | Adjuster: Gordon Gauthreaux

Photo ID: P1010021
Date: 10/21/2005
Description: living room
Comment: water damage to ceilings walls and floors

Photo ID: P1010022
Date: 10/21/2005
Description: living room
Comment: water damage to ceilings walls and floors



02/22/2006 01:54 PM



**Photo Sheet**             **Claim No. 704075**

| File No. | Policy No. FI1 3077132 11 | Date of Loss 08/29/2005 | Report Supplement | Report Date 02/13/2006 | Adjuster Gordon Gautreaux |

Photo ID: P1010025
Date: 10/21/2005
Description: kitchen
Comment: floor damage

Photo ID: P1010027
Date: 10/21/2005
Description: bath
Comment: water damage to ceilings walls and floors







**Photo Sheet** — **Claim No. 704075**

| File No. | Policy No. FI1 3077132 11 | Date of Loss 08/29/2005 | Report Supplement | Report Date 02/13/2006 | Adjuster Gordon Gauthreaux |

Photo ID: P1010033
Date: 10/21/2005
Description: unit A
Comment: unit sustained flood damage

Photo ID: P1010034
Date: 10/21/2005
Description: living room
Comment: water damage to ceilings walls and floors





