02/22/2006 01:54 PM





## Photo Sheet

**Claim No. 704075**

| File No. | Policy No. | Date of Loss | Report | Report Date | Adjuster |
|---|---|---|---|---|---|
| | FI1 3077132 11 | 08/29/2005 | Supplement | 02/13/2006 | Gordon Gautreaux |



Photo ID
P1010046

Date
10/23/2005

Description
exterior

Comment
window damage

02/22/2006 01:54 PM

