State of Louisiana
Parish of Orleans

I, Scott Wolfe, Jr., assert the following:

- My usual hourly rate is $200.00 per hour;
- I believe this is a competitive rate in the greater New Orleans area given my experience and the legal environment in the greater New Orleans area;

_____

Tasks & Appointments linked to *06-I-C71M23. Barbara Kimble v. Republic Fire and Casualty*
[between Jun 11, 2007 & Jun 21, 2007]


**WOLFE LAW GROUP**

### completed Tasks

| | name + details | completed | hrs:min |
|---|---|---|---|
| → 📌 ● | **(Kimble) Finishing Work on Motion to Compel Supp Memo**<br>finishing work on supplemental memorandum to Motion to Compel. | 6/21/07 | 02:11 |
| → 📌 | **(Kimble) Receipt of Discovery Responses and Work on Motion to Compel Supp Memo**<br>● reviewing discovery responses received in the Kimble case to determine whether we need to move forward with our Motion to Compel, and if so, how to submit a supplemental memorandum in support of our Motion to Compel. Most of Supplemental Memo drafted, but still more needed. Will resume work on task later and through another task. | 6/21/07 | 04:02 |
| 📌 ● | ~~(Kimble) Drafting Motion to Leave~~<br>~~drafting motion to leave to file witness & exhibit list one morning late.~~ | 6/19/07 | 00:20 |
| 📌 | ~~(Kimble) Preparing Witness Lists~~<br>~~preparing witness and exhibit lists for Kimble case since its due today.~~<br>~~Thinking about discovery plan over the next month~~ ~~prepared admissions,~~<br>~~supplemental discovery and got everything ready to send - will send later this~~<br>~~afternoon~~ | 6/18/07 | 02:13 |
| 📌 ● | ~~(Kimble) Exhibit & Witness Lists Due~~<br>~~completed through another task.~~ | 6/18/07 | |
| 📌 | ~~(Kimble) How to label Barbara's tax faxes~~<br>~~[redacted text]~~<br>~~just want me to guess?~~<br>***** | 6/18/07 | 00:46 |

~~review documents and make an educated guess. Furthermore, you need to get this information to the opposing attorney. Whenever we receive additional information from a client after sending discovery answers (as we have here, the info came after discovery responses went out), we need to supplement our responses with the new information.~~

~~Discovery = each party knowing everything about the other side.~~

● ~~So, properly label these faxes - I know you can do that. Then, put together "Plaintiff's Supplemental Discovery Responses to Defendant's First Set of Interrogatories and Production of Documents." Read through the "interrogatories" and "production of documents," and then refer to these new documents where appropriate.~~

~~Also, make sure you put the name of the case (Kimble) before every task!! I have a few in my list without a case reference.~~

---

~~Paused for lunch break at 1:00pm~~
~~time: 45 min~~

~~? Would Responses # 10, 12, 15 and 21 be supplemented?~~
~~(I want to finish this by today before I leave, but I want to do it correctly!)~~

Printed on: Thursday, June 21, 2007 5:24 PM
Printed by: Scott Wolfe Jr.

Page 1 of 2

**Tasks & Appointments linked to *06-I-C71M23. Barbara Kimble v. Republic Fire and Casualty*  
[between Jun 11, 2007 & Jun 21, 2007]**


**WOLFE LAW GROUP**

| name + details | completed | hrs:min |
|---|---|---|
| (Kimble) Discovery Received or Motion to Compel | 6/12/07 | 03:59 |

| | | 13:31 |

*pending Tasks*

| name + details | due | est. hrs:min |
|---|---|---|
| (Kimble) Defendant's Written Expert Reports... | 6/18/07 | |

| | | 00:00 |

*non-event Appointments*

| name + details | date | hrs:min |
|---|---|---|
| [no Appointments found for Project in date range] | | |

*event Appointments*

| name + details | date | hrs:min |
|---|---|---|
| [no Appointments found for Project in date range] | | |

Printed on:   Thursday, June 21, 2007 5:24 PM  
Printed by:   Scott Wolfe Jr.

Page 2 of 2