UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE<br><br>      Plaintiff<br><br>VERSUS<br><br>REPUBLIC FIRE AND CASUALTY<br><br>      Defendant | CIVIL ACTION NO.: 06-4800<br><br>SECTION: "R"(5)<br><br>JUDGE: HON. SARAH S. VANCE<br><br>MAGISTRATE: HON. ALMA L. CHASEZ |

**EX PARTE MOTION FOR EXPEDITED HEARING OF MOTION TO CONTINUE TRIAL BY REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

  **NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire And Casualty Insurance Company, (hereinafter, "Republic"), improperly named in the *Complaint* as "Republic Fire and Casualty", and respectfully moves this Honorable Court for an expedited hearing on Republic's *Motion to Continue Trial by Republic Fire And Casualty Insurance Company*. Republic respectfully asserts that an expedited hearing on this matter is warranted since the trial of this matter is currently scheduled for August 27, 2007.

1

Republic advises this Honorable Court that it previously filed a *Motion to Transfer* this matter pursuant this Honorable Court's notice issued on December 12, 2006, stating that all cases concerning the effectiveness of the water damage exclusion in all-risk policies which pertain to damage allegedly caused by a breach in a canal should be transferred to Section "K" for consolidation with the *In Re: Katrina Canal Breaches Consolidated Litigation*.  This Honorable Court has set the *Motion to Transfer* for hearing on July 25, 2007.  However, as noted above, trial of this matter currently is scheduled for August 27, 2007.  Out of an abundance of caution, Republic files its *Motion to Continue Trial* seeking to have the trial of this matter continued in the interest of judicial economy, if in fact, this matter is not transferred to Section "K".  Although Republic has set the *Motion to Continue* for hearing on August 8, 2007, pursuant to this Honorable Court's motion days calendar, Republic respectfully suggests that it would be more efficient for this matter to be heard on an expedited basis in order that the parties and counsel determine prior to August 8, 2007, some two and one half weeks prior to the trial of this matter, whether trial actually will be continued.

**WHEREFORE,** defendant, Republic Fire And Casualty Insurance Company, prays that the *Motion for Expedited Hearing of Motion to Continue Trial by Republic Fire And Casualty Insurance Company* be granted, and that the hearing on this Motion be heard at this Honorable Court's earliest convenience.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

BY:    **/s/ Linnette C. Goodly**
         **JAY M. LONERO, T.A. (No. 20642)**
              jlonero@lpw-law.com
         **CHRISTOPHER R. PENNISON (No. 22584)**
              cpennison@lpw-law.com
         **LINNETTE C. GOODLY  (No. 29880)**
              lgoodly@lpw-law.com

**ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Linnette C. Goodly*

3