UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE | CIVIL ACTION NO.: 06-4800 |
| Plaintiff | |
| | SECTION: "R"(5) |
| VERSUS | |
| | JUDGE: HON. SARAH S. VANCE |
| REPUBLIC FIRE AND CASUALTY | |
| Defendant | MAGISTRATE:  HON. ALMA L. CHASEZ |

**O R D E R**

Considering the foregoing *Ex Parte Motion for Expedited Hearing of Motion to Continue Trial by Republic Fire and Casualty Insurance Company*:

**IT IS HEREBY ORDERED,** that Republic Fire And Casualty Insurance Company's *Ex Parte Motion for Expedited Hearing of Motion to Continue Trial by Republic Fire and Casualty Insurance Company* **BE AND IS HEREBY GRANTED.**

1

2

**IT IS FURTHER ORDERED** that Republic Fire And Casualty Insurance Company's *Motion to Continue Trial by Republic Fire And Casualty Insurance Company* be brought before the Honorable Sarah S. Vance, United States District Judge, United States District Court for the Eastern District of Louisiana for hearing on the _____ day of _____, 2007.

_____
HONORABLE SARAH S. VANCE
JUDGE OF UNITED STATES DISTRICT COURT