UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE | CIVIL ACTION NO.: 06-4800 |
| Plaintiff | |
| | SECTION: "R"(5) |
| VERSUS | |
| | JUDGE: HON. SARAH S. VANCE |
| REPUBLIC FIRE AND CASUALTY | |
| Defendant | MAGISTRATE:  HON. ALMA L. CHASEZ |

## MOTION TO CONTINUE TRIAL BY
## REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Republic Fire And Casualty Insurance Company ("Republic"), who respectfully requests that this Honorable Court continue the trial of this matter, currently set for August 27, 2007, as some of the pertinent the issues of this case are the same issues presently pending on appeal before the United States Court of Appeals for the Fifth Circuit, regarding the potential ambiguity of the ISO Form HO-3, Water Damage exclusion, contained in "all-risk" policies.

The Honorable Judge Duval, in his November 29, 2006 Minute Entry, mandated the transfer of all cases, which concern the effectiveness of a Water Damage exclusion as it pertains

1

to damage allegedly caused by a breach in a canal, with the *In Re: Katrina Canal Breaches Consolidated Litigation,* Docket No. 05-4182.  Per the November 29, 2006 Minute Entry, Judge Duval also stayed all motions on the issue of the Water Damage exclusion, pending the outcome of the appeal.  Subsequently, on December 12, 2006, this Honorable Court issued an *en banc* Order mandating that all such cases be transferred to Section "K."

Republic respectfully asserts that this case should clearly be transferred to the *In Re: Katrina Canal Breaches Consolidated Litigation,* Docket No. 05-4182.  Republic has filed a *Motion to Transfer* this action, which plaintiff's counsel opposes.  Republic's *Motion to Transfer* is currently set for hearing on July 25, 2007; however, out of an abundance of caution, Republic files this *Motion to Continue Trial* of this matter, in the interest of judicial economy.  Specifically, Republic respectfully suggests to this Honorable Court that, considering that the ruling issued by Judge Duval regarding the water damage exclusion in the ISO Form HO-3 presently is pending before the United States Fifth Circuit Court of Appeals, and that specific issue, amongst others, will be before this Honorable Court in this matter, it would be prudent for this Honorable Court to await such a ruling from the United States Fifth Circuit Court of Appeals.  This, in fact, is the position taken by Judge Duval in the *In Re: Katrina Canal Breaches Consolidated Litigation*, wherein Judge Duval advised that additional motions on the issue of the water damage exclusion would be stayed.  This also will preclude the possibility of potential inconsistent rulings from this Honorable Court, and other divisions of this Honorable Court.

Undersigned counsel advises this Honorable Court that counsel has contacted counsel for plaintiff, who opposes this Motion.

**WHEREFORE**, Republic Fire And Casualty Insurance Company respectfully requests that the trial of this matter be continued from its current date, August 27, 2007, and re-set upon the outcome of the pending pertinent issues in the *In Re: Katrina Canal Breaches Consolidated Litigation*, Docket No. 05-4182, regarding the effectiveness of the Water Damage Exclusion.

Respectfully submitted,

**LARZELERE PICOU WELLS**
**SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

**BY:**     */s/ Linnette C. Goodly*
**JAY M. LONERO, T.A. (No. 20642)**
     **jlonero@lpw-law.com**
**CHRISTOPHER R. PENNISON (No. 22584)**
     **cpennison@lpw-law.com**
**ANGIE ARCENEAUX AKERS (No. 26786)**
     **aakers@lpw-law.com**
**LINNETTE C. GOODLY (No. 29880)**
     **lgoodly@lpw-law.com**

**ATTORNEYS FOR REPUBLIC FIRE AND**
**CASUALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Linnette C. Goodly*