UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE<br><br>             Plaintiff<br><br>VERSUS<br><br><br>REPUBLIC FIRE AND CASUALTY<br><br>             Defendant | CIVIL ACTION NO.: 06-4800<br><br><br>SECTION: "R"(5)<br><br><br>JUDGE: HON. SARAH S. VANCE<br><br>MAGISTRATE:  HON. ALMA L. CHASEZ |

### CERTIFICATE OF COMPLIANCE PURSUANT TO THE CIVIL JUSTICE EXPENSE AND DELAY REDUCTION PLAN

Pursuant to Article 3(2) of the *Civil Justice Expense and Delay Reduction Plan* and Federal Rule of Civil Procedure Article 11, undersigned counsel certifies that Republic Fire And Casualty Insurance Company has been advised of the *Motion to Continue Trial* filed on its behalf, and copy of said *Motion to Continue Trial* and attached Memorandum in Support, thereof, has been provided to Republic Fire And Casualty Insurance Company.

1

Respectfully submitted,

**LARZELERE PICOU WELLS
  SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:    (504) 834-6500
Fax:  (504) 834-6565

BY:   */s/ Linnette C. Goodly*
      **JAY M. LONERO, T.A. (No. 20642)**
          jlonero@lpw-law.com
      **CHRISTOPHER R. PENNISON (No. 22584)**
          cpennison@lpw-law.com
      **ANGIE ARCENEAUX AKERS (No. 26786)**
          aakers@lpw-law.com
      **LINNETTE C. GOODLY (No. 29880)**
          lgoodly@lpw-law.com

**ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Linnette C. Goodly*

2