UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE | CIVIL ACTION NO.: 06-4800 |
| Plaintiff | |
| | SECTION: "R"(5) |
| VERSUS | |
| | JUDGE: HON. SARAH S. VANCE |
| REPUBLIC FIRE AND CASUALTY | |
| Defendant | MAGISTRATE: HON. ALMA L. CHASEZ |

### NOTICE OF HEARING

TO:  **Barbara Kimble**
Through her attorney of record:
Scott G. Wolfe, Jr.
THE WOLFE LAW OFFICES, LLC
4821 Prytania Street
New Orleans, Louisiana  70115

**PLEASE TAKE NOTICE,** that defendant, Republic Fire And Casualty Insurance Company, will bring the foregoing *Motion to Continue Trial* for hearing on the 8th day of August, 2007, at 10:00 o'clock a.m. before the Honorable Sarah S. Vance, United States District Judge, United States District Court for the Eastern District of Louisiana.

1

Respectfully submitted,

**LARZELERE PICOU WELLS**
      **SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

**BY:**      */s/ Linnette C. Goodly*
             **JAY M. LONERO, T.A. (No. 20642)**
                   jlonero@lpw-law.com
             **CHRISTOPHER R. PENNISON (No. 22584)**
                   cpennison@lpw-law.com
             **ANGIE ARCENEAUX AKERS (No. 26786)**
                   aakers@lpw-law.com
             **LINNETTE C. GOODLY (No. 29880)**
                   lgoodly@lpw-law.com

             **ATTORNEYS FOR REPUBLIC FIRE AND
             CASUALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ Linnette C. Goodly*