UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE | CIVIL ACTION NO.: 06-4800 |
| Plaintiff | |
| VERSUS | SECTION: "R"(5) |
| | JUDGE: HON. SARAH S. VANCE |
| REPUBLIC FIRE AND CASUALTY | |
| Defendant | MAGISTRATE: HON. ALMA L. CHASEZ |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire And Casualty Insurance Company ("Republic"), who respectfully moves this Honorable Court for leave to file its Reply Memorandum to Plaintiff's Memorandum in Opposition to Defendant's Motion to Transfer. Republic previously filed a Motion to Transfer this matter on July 9, 2007. The Motion to Transfer is set for hearing on July 25, 2007. The trial of this matter presently is scheduled for August 27, 2007.

1

Plaintiff recently filed a Memorandum in Opposition to Motion to Transfer. Republic respectfully suggests that its Reply Memorandum addresses directly plaintiff's contentions in her Opposition, and will refute plaintiff's arguments made in the Opposition.

Plaintiff's Memorandum in Opposition suggests that the transfer of this matter is not appropriate. However, pursuant to this Honorable Court's *en banc* notice of December 12, 2006, transfer of this matter is appropriate. Additionally, even though plaintiff attempts to dismiss certain claims, which plaintiff contends makes transfer of this matter inappropriate, again, plaintiff fails to dismiss pertinent claims which will require this Honorable Court to address issues presently pending before the United States Fifth Circuit Court of Appeals, and which defendant respectfully suggests should be resolved by that Court prior to obtaining a ruling from this Honorable Court on identical issues.

Defendant advises this Honorable Court that it attempted to contact counsel for plaintiff to determine whether counsel agrees to or opposes the filing of this Motion. However, undersigned counsel have not received a response from counsel for plaintiff at the time of the filing of this Motion.

For the above and foregoing reasons, Republic respectfully requests that this Honorable Court grant it leave to file the attached Reply Memorandum to Plaintiff's Memorandum in Opposition to Defendant's Motion to Transfer.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone:    (504) 834-6500
Fax:  (504) 834-6565

**BY:**     */s/ Linnette C. Goodly*
       **JAY M. LONERO, T.A. (No. 20642)**
          **jlonero@lpw-law.com**
       **CHRISTOPHER R. PENNISON (No. 22584)**
          **cpennison@lpw-law.com**
       **ANGIE ARCENEAUX AKERS (No. 26786)**
          **aakers@lpw-law.com**
       **LINNETTE C. GOODLY (No. 29880)**
          **lgoodly@lpw-law.com**

**ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                        */s/ Linnette C. Goodly*