IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble,<br>        Plaintiff | : | DOCKET NO: 06-4800 |
| v. | : | SECTION: "R" 5<br>JUDGE: HON. SARAH S. VANCE |
| Republic Fire and Casualty,<br>        Defendant | : | MAGISTRATE: CHASEZ |

**MOTION TO VOLUNTARILY PARTIALLY DISMISS WITHOUT PREJUDICE SECTIONS F, G, AND H OF PLAINTIFF'S ORIGINAL COMPLAINT AND INCORPORATED MEMORANDUM**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Barbara Kimble, who moves this Court to grant its Motion to Voluntarily Partially Dismiss sections F, G and H of its Complaint without prejudice.

The Plaintiff elects to no longer assert these causes of action against the Defendant and hereby requests that this Honorable Court dismiss, without prejudice, the above-identified sections of F, G and H of her Original Complaint.

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to all counsel of record, and sent to same counsel via US First Class Mail, postage prepaid, this 17th of July 2007.

s/ Scott G. Wolfe, Jr.
SCOTT G. WOLFE

Respectfully Submitted,

s/ Scott G. Wolfe, Jr.
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653 • F: 866-761-8934
Attorney for Plaintiffs