IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble, | : | DOCKET NO: 06-4800 |
| Plaintiff | | |
| v. | : | SECTION: "R" 5 |
| Republic Fire and Casualty, | : | |
| Defendant | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the attached Motion to Voluntarily Partially Dismiss Sections F, G and H of Plaintiff's Original Complaint will be brought on for hearing before the Honorable Judge Vance on August 8, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding by Federal Electronic Filing System, this 17th day of July, 2007.
/s   Scott G. Wolfe Jr.
SCOTT G. WOLFE

Respectfully Submitted,
/s   Scott G. Wolfe, Jr.
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiff