IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble,<br>    Plaintiff | : | DOCKET NO: 06-4800 |
| v. | : | SECTION: "R" 5 |
| | | JUDGE: HON. SARAH S. VANCE |
| Republic Fire and Casualty,<br>    Defendant | : | MAGISTRATE: HON. ALAMA L. CHASEZ |

**PROPOSED ORDER**

Considering the foregoing Motion to Voluntarily Partially Dismiss by Plaintiff, it is hereby ordered that Plaintiff's Motion to Voluntarily Partially Dismiss parts F, G and H of her Complaint is **GRANTED**, and said portion of the Complaint is dismissed.

_____
JUDGE