IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble, Plaintiff | : | DOCKET NO: 06-4800 |
| v. | : | SECTION: "K" |
| Republic Fire and Casualty, Defendant | : | MAGISTRATE: 2 |

### EX-PARTE MOTION TO STRIKE AND INCORPORATED MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Barbara Kimble, who moves this Court to grant this Motion to Strike, whereby Plaintiff voluntarily moved Section R to Dismiss Sections F, G and H of her Complaint.

The Motion to Voluntarily and Partially Dismiss Sections F, G and H of her Complaint was filed on July 17, 2007, and is Docket Number 41.

The Plaintiff so moved the Court as part of its opposition to Defendant's Motion to have the above-captioned matter transferred to Section K to be consolidated with the levee breaches case. The Plaintiff's Motion to Dismiss was an attempt to remove those portions of her Complaint the implicated the consolidate action so to avoid the transfer and preserve her August 2007 trial date. On July 19, 2007, Judge Vance granted the Defendant's Motion to Transfer this matter into Section K, and accordingly, the Plaintiff moves this Court to strike her Motion to Dismiss.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to all counsel of record, and sent to same counsel via US First Class Mail, postage prepaid, this 19th of July 2007.

              s/ Scott G. Wolfe, Jr.
              SCOTT G. WOLFE

Respectfully Submitted,

s/ Scott G. Wolfe, Jr.
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653  •  F: 866-761-8934
Attorney for Plaintiffs