IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Barbara Kimble, ⠀⠀⠀⠀Plaintiff | : | DOCKET NO: 06-4800 |
| v. | : | SECTION: "K" |
| Republic Fire and Casualty, ⠀⠀⠀⠀Defendant | : | MAGISTRATE: 2 |

**PROPOSED ORDER**

**CONSIDERING THE FOREGOING** Motion to Strike, it is ORDERED that the Motion to Strike Docket Number 41, Plaintiff's Motion to Voluntarily Dismiss Sections F, G and H of her Complaint, is hereby GRANTED, and the pleading is striken from this Court's record.

_____
JUDGE