UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO.: 05-4182

                                         SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

## JOINT DEFENDANTS FINAL WITNESS LIST
## CLASS CERTIFICATION

In accordance with CMO #4 Sec. III(B)(1), the Levee defendants submit this final List of Witnesses who may or will be called to testify at any class certification hearing:

The joint nature of the instant filing is made solely in conformity with the Court's order and should not be construed as an adoption, approval, or endorsement of anything contained therein by any particular defendant unless specified as such.

**WITNESSES**

### (A) - Testifying Experts:

1. Name: Paul Kuhlmeier, Ph.D. - TESTIFYING EXPERT
   Address: 5296 E. Softwood Drive, Boise, ID 83716
   Subject Matter: Expert in hydrology, hydraulics, hydrological and geological engineering. The factors and variables pertinent to the sources and causes of the flooding in the proposed class boundaries, the contributions to the flooding at various locations within the proposed class boundaries, and whether individualized analysis will be required to determine the sources of and allocable contributions for the flooding at various locations within the proposed class area. Also, may offer opinions regarding the corresponding opinions and methodology of plaintiffs' experts.

2. Name: Gregory C. Rigamer - TESTIFYING EXPERT
   GCR & Associates, Inc.
   Address: 2021 Lakeshore Drive, suite 100
   New Orleans, LA    70122
   Subject Matter: Expert in demographics, cultural heritage, and urban planning. The distribution of topographical features and structures, damage assessment, mapping, and demographic data for the proposed class area. The impact of Hurricane Katrina flooding on the culture, social structure, amenities, infrastructure, politics, and psychological character of New Orleans. Also, may offer opinions regarding the corresponding opinions and methodology of plaintiffs' experts.

3. Name: Michael W. Truax, MAI - TESTIFYING EXPERT
   Address: Truax Robles & Baldwin Appraisers LLC
   3045 Ridgelake Drive
   Suite 100
   Metairie, Louisiana   70002
   Phone: 504-833-2020
   Subject Matter: Expert in commercial and private real estate appraisal. The damages, damage assessment, and fair market value for structures damaged by Hurricane Katrina and flooding for the proposed class area. The impact of Hurricane Katrina

flooding on the culture, social structure, amenities, infrastructure, politics, and psychological character of New Orleans. Also, may offer opinions regarding the corresponding opinions and methodology of plaintiffs' experts.

4. Name: Dr. James A. Richardson - TESTIFYING EXPERT
   Address: 3200 CEBA Building
   Louisiana State University
   Baton Rouge, Louisiana 70803
   Subject Matter: Expert in Economics. The factors, calculations and information necessary to determine economic damages as set forth by the proposed class and class representatives. The impact of Hurricane Katrina flooding on the culture, social structure, amenities, infrastructure, politics, and psychological character of New Orleans. Also, may offer opinions regarding the corresponding opinions and methodology of plaintiffs' experts.

5. Name: Erik L. Nelson, Phd., P.E. - TESTIFYING EXPERT
   Address: Nelson Architectural Engineers, Inc.
   2740 Dallas Parkway, Suite 220
   Plano, Texas 75093
   Subject Matter: Expert in architectural engineering. The factors relating to architectural damage, assessment and evaluation of property damage due to flooding, wind blown rain, rain, and other causes, and the individualized nature of property damage evaluations. Also, may offer opinions regarding the corresponding opinions and methodology of plaintiffs' experts.

## (B) - Supporting Experts - NON-TESTIFYING

6. Name: Dan Milham
   Address: WDSU News Channel 6
   846 Howard Ave.
   New Orleans, LA 70113
   Subject Matter: Expert in meteorology. The development, track, characteristics, and impact of Hurricane Katrina and Hurricane Rita. Will provide data and opinions in his field of expertise upon which the testifying experts may rely.

| | | |
|---|---|---|
| 7. | Name:<br><br>Address:<br><br>Subject Matter: | Michael Flores, P.E., Certified Surveyor<br>GCR & Associates, Inc.<br>2021 Lakeshore Drive, suite 100<br>New Orleans, LA   70122<br>Expert in civil engineering and surveying. Fact and expert testimony regarding locations, coordinates, elevation and other physical attributes of the properties for which damages are claimed by the proposed class representatives and putative class members. Will provide data and opinions in his field of expertise upon which the testifying experts may rely. |
| 8. | Name:<br>Address:<br><br>Subject Matter: | Billy Prochaska<br>9935 Hillyard<br>Baton Rouge, LA 70809<br>Expert in geotechnical engineering. Testimony regarding the condition of the flood control structures and the potential causes of levee breaches and over-toppings. Will provide data and opinions in his field of expertise upon which the testifying experts may rely. |
| 9. | Name:<br><br>Address:<br><br>Subject Matter: | Charles T. Brigden<br>Vice President<br>Clarion Associates, Inc.<br>601 South LaSalle Street, Suite 600<br>Chicago Ill. 60605<br>Expert in commercial and private real estate appraisal, feasibility studies, and market studies. The damages, damage assessment, and fair market value for structures damaged by Hurricane Katrina and flooding for the proposed class area. Will provide data and opinions in his field of expertise upon which the testifying experts may rely. |
| 10. | Name:<br><br>Address:<br><br>Subject Matter: | Richard Roddewig, MAI<br>President<br>Clarion Associates, Inc.<br>601 South LaSalle Street, Suite 600<br>Chicago Ill. 60605<br>Expert in commercial and private real estate appraisal, feasibility studies, and market studies. The damages, |

damage assessment, and fair market value for structures damaged by Hurricane Katrina and flooding for the proposed class area. Will provide data and opinions in his field of expertise upon which the testifying experts may rely.

**(C) - Fact Witnesses:**

11.  Name:            Carol Keiffer
                      Director of Safety and Risk
                      Orleans Levee District
     Address:         6001 Stars & Stripes Blvd., Suite 202
                      New Orleans, LA    70126
     Subject Matter:  The insurance coverage available to the O.L.D.;

12.  Name:            Joseph Richard
                      Director/Managing Partner
     Address:         Postlewaite & Netterville, APAC
                      2324 Severn Ave.
                      Metairie, LA 70001
     Subject Matter:  The finances/financial condition of the O.L.D.;

13.  Name:            Stevan G. Spencer
                      6920 Franklin Avenue
                      New Orleans, LA    70122
                      Executive Director Orleans Levee District
     Subject Matter:  Scope of authority of the Orleans Levee District and its duties and responsibilities as they relate to the flood control structures in the proposed class area..

14.  Name:            Gerard Gillen III
                      6920 Franklin Avenue
                      New Orleans, LA    70122
                      Assistant Director Orleans Levee District
     Subject Matter:  Scope of authority of the Orleans Levee District and its duties and responsibilities as they relate to the flood control structures in the proposed class area..

15. Name:    Fran Campbell
    Address:    203 Plauche Court
    Harahan, LA  70123
    Executive Director East Jefferson Levee District
    Subject Matter:    Scope of authority of the East Jefferson Levee District and its duties and responsibilities as they relate to the 17th Street Canal, the London Avenue Canal, and the Industrial Canal.

16. Name:    Jack Huerkamp
    Sewerage and Water Board of New Orleans
    Address:    625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:    To testify regarding the construction and operation of the drainage system.

17. Name:    Renauldo Robertson
    Sewerage and Water Board of New Orleans
    Address:    625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:    To testify regarding the operations of the pumping stations and water movement during Hurricane Katrina.

18. Name:    Willie Parker
    Sewerage and Water Board of New Orleans
    Address:    625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:    To testify regarding the operations of the pumping stations and water movement during Hurricane Katrina.

19. Name:    Randal Allen
    Sewerage and Water Board of New Orleans
    Address:    625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:    To testify regarding the operations of the pumping stations and water movement during Hurricane Katrina.

20. Name:    David McGee
    Sewerage and Water Board of New Orleans
    Address:    625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:    To testify regarding the operations of the pumping stations and water movement during Hurricane Katrina.

21. Name:            Albert Vosbein
                     Sewerage and Water Board of New Orleans
    Address:         625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:  To testify regarding the operations of the pumping
                     stations and water movement during Hurricane Katrina.

22. Name:            Nester James
                     Sewerage and Water Board of New Orleans
    Address:         625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:  To testify regarding the operations of the pumping
                     stations and water movement during Hurricane Katrina.

23. Name:            Conard James
                     Sewerage and Water Board of New Orleans
    Address:         625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:  To testify regarding the operations of the pumping
                     stations and water movement during Hurricane Katrina.

24. Name:            Duane Jones
                     Sewerage and Water Board of New Orleans
    Address:         625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:  To testify regarding the operations of the pumping
                     stations and water movement during Hurricane Katrina.

25. Name:            Allen Margerchine
                     Sewerage and Water Board of New Orleans
    Address:         625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:  To testify regarding the operations of the pumping
                     stations and water movement during Hurricane Katrina.

26. Name:            Richard Rey
                     Sewerage and Water Board of New Orleans
    Address:         625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:  To testify regarding the operations of the pumping
                     stations and water movement during Hurricane Katrina.

27. Name:            Tyrone Young
                     Sewerage and Water Board of New Orleans
    Address:         625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter:  To testify regarding the operations of the pumping
                     stations and water movement during Hurricane Katrina.

28. Name: Phillip Joyce
    Sewerage and Water Board of New Orleans
    Address: 625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter: To testify regarding the operations of the pumping stations and water movement during Hurricane Katrina.

29. Name: Andrew Fiorella
    Sewerage and Water Board of New Orleans
    Address: 625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter: To testify regarding the operations of the pumping stations and water movement during Hurricane Katrina.

30. Name: Robert Moeinian
    Sewerage and Water Board of New Orleans
    Address: 625 St. Joseph Street, New Orleans, Louisiana 70130
    Subject Matter: To testify regarding the operations of the pumping stations and water movement during Hurricane Katrina.

31. Name: Victor Landry
    Address: 329 Virginia St.
    New Orleans, LA 70124
    Subject Matter: Former UASCOE and O.L.D. engineer familiar with the development of the New Orleans area flood control structures and the relationship between various entities involved with flood control structures.

32. Name: John B. Smith, P.E.
    USACOE
    Address: 4155 Clay Street
    Vicksburg, MS 39183
    Subject Matter: Hydrologic engineering technical specialist. May testify regarding use of USACE Hydrologic Engineering Center/River Analysis System computer modeling to prepare incremental flooding source analysis for the New Orleans Metro Area during the Hurricane Katrina time period measured in water surface elevations over time.

33. Name: Jennifer Redden
    GIS Coordinator
    USACOE

-8-

|     |                |                                                                                                                                                                                                                                                                         |
|-----|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     | Address:       | Memphis District<br>167 North Main Street<br>Memphis TN, 38103                                                                                                                                                                                                          |
|     | Subject Matter: | May testify regarding, among other things, how, when, by whom, and why certain "FEMA Blue Roof" data was compiled and imagery was made, and what that data and imagery represents and geographic dispersion of "blue roofs". |
| 34. | Name:          | Noryn A. Ward<br>Litigation Manager                                                                                                                                                                                                                                     |
|     | Address:       | Louisiana Farm Bureau Insurance companies<br>P.O. Box 95005<br>Baton Rouge, LA 70895                                                                                                                                                                                    |
|     | Subject Matter: | Will establish from company records information concerning the insurance claims made and the litigation in the proposed class area involving losses allegedly due to wind, rain, fire, vandalism, and/or theft including the numbers of claims and suits and payments made. |
| 35. | Name:          | Proposed Class Representatives in "Superseding Master Consolidated Class action Complaint:<br><br>Michelle Hennessey<br>Laurie Coniglio<br>Leo Mitchell<br>Lenniece Morrell<br>Charles Moses<br>Alice Meyer<br>Laura Greer<br>Gary Greer<br>Gertrude Esteves<br>Stella Washington<br>John B. Williams<br>Emanuel Wilson<br>Lucinda Coco<br>Leslie Dorantes<br>Anita Harrison<br>Trenise Jackson<br>Dwayne Mallet |

                        Donna Augustine
                        Gladys La Beaud
                        Daisy Innis
                        Betty Jones
                        Denise Meade
                        Joella Cephas
                        Beatrice Drew
                        Eddie Knighten
                        Calvin Levy
                        Nicola McCathen

      The following are proposed new class representatives identified in the "Plaintiffs' Restated Levee Master Consolidated Class Action Complaint." The Levee defendants oppose the filing of the Restated Master Complaint and oppose the addition of new proposed class representatives. However, without waiving these objections and out of an abundance of caution, the Levee defendants identify these witnesses as follows:

                        Kenneth A. Polite, Sr.
                        Michele Harrison
                        Thurman R. Kaiser, Sr.
                        Rosemary R. Kaiser
                        Betty Sonnier Stalbert
                        Emanuel Esteves, Jr.
                        Elois Bell
                        Jose' Louis Rodriguez

| | |
|---|---|
| Addresses: | Unknown |
| Subject Matter: | Whether the action should be certified as a class action including questions relating to numerosity of claimants, typicality of claims and defenses, commonality of claims and defenses, adequacy of the proposed class representatives, adverse interests of the proposed class representatives, lack of predominance of common issues, the predominance of issues requiring individualized proof, damages claimed and facts surrounding their experiences during Hurricane Katrina and its aftermath. |

36.   Representatives of other insurance companies may establish from their companies' records information concerning the insurance claims made and the litigation in the proposed class area involving losses allegedly due to wind, rain, fire, vandalism, and/or theft including the numbers of claims and suits

and payments made.

37. Persons that investigated, inspected or adjusted the proposed class representatives' claimed losses.

38. Other custodians, officials or witnesses to authenticate or certify records, documents, photographs, or exhibits.

39. Representatives of local, state or federal governmental agencies or entities that may have made payments or received applications for payments for any losses due to Hurricane Katrina.

40. The testifying experts identified above may testify as fact witnesses to the extent that they inspected, observed, or witnessed factual information.

Respectfully submitted,

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364

-11-

One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450

And

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

and

CHRISTOVICH & KEARNEY, LLP
Mr. Charles M. Lanier, Jr. #18299
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General

C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for United States of America

and

DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich #7354
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002

TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE:            (504) 568-1990
FACSIMILE:            (504) 310-9195
Attorneys for St. Paul Fire and Marine Insurance
Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2007, a copy of the above and foregoing **Final Witness List- Class Certification** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____
COUNSEL

-14-