UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO.: 05-4182

                                       SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## DEFENDANTS' SUPPLEMENTAL PRELIMINARY LIST OF "COMMON LIABILITY" FACT WITNESSES

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned Defendants supplement their preliminary list of "common liability" fact witnesses.

As a preliminary matter, the Levee Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category." CMO, § I(A). The Levee Defendants deny that to the extent that any liability issues exist in

these consolidated cases are common to any of the parties in any way that would allow class certification of any liability issues for trial. The Levee Defendants herein expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the Levee Defendants have endeavored in good faith to prepare this preliminary witness list, liability discovery in this case has only recently begun, and it will not close until early 2008. Consequently, the Levee Defendants have not finally determined the identity of any fact witnesses who may be called to testify at a "common liability" trial, which may take place sometime after March 26, 2009. CMO, § VI(B). In accordance with the Court's CMO, the Levee Defendants will use their best efforts to supplement this list on the 20th of every month from now until March 20, 2008, when the final fact witness list is due. *Id.*, § IV(A)(3).

The following former and current USACE employees, most of whom were listed or referred to in Defendant United States of America's Answers to the Levee Plaintiffs' First Set of Interrogatories or in the Attachment to the Untied States' Answers to Plaintiffs' First Set of Interrogatories, filed on June 14, 2007, may be called to testify in this matter:

NON-CURRENT USACE EMPLOYEES

1. Becnel, Alfred P
Retired 1/8/81
Chief, Hydraulics & Hydrologic Branch
Engineering Division
From 7/27/69 – 1/8/81

2. Bayley, III, Fred H
Breerword, Gregory E.
Retired 1/3/07
Chief, Operations
From 12/15/02 – 6/25/05

3. William Caver
Retired from Corps
Currently working for Eustis Engineering

4. Decker, Charles
Retired 2/2/83
Chief, Regulatory Branch MVN
From 10/3/71 – 2/2/83

5. Fairless, Robert
Retired 1/3/04
Contractor – Protection & Restoration Office
(504) 862-2237

6. Guillot, Albert J.
Retired 1/2/99
Chief, Operations
From 6/9/96 – 1/2/99

7. Hill, Richard
Retired 1/2/99
Chief, Construction Division
From 10/1/94 – 1/2/99

8. Judlin, Dan
Retired 10/2/94
Chief, Design
From 11/25/73 – 8/26/77

9. Nettles, C.J. (retired)
Retired 7/1/88
Chief, Operations
From 1/13/80 – 7/1/88

10. Picciola, Rodney
Former Chief, Foundation and Materials Branch
Engineering Division

11. Richardson, Jim
Retired 1/3/02
Engineering Div, Geotechnical Branch

12. Romero, Jorge
Retired 1/3/04
Engineering Division, Structures Branch
From 3/13/86 – 1/3/04

13. Sands, Colonel Tom
Former District Engineer, MVN

14. Satterlee, Jr., Gerard S.
Retired
Chief of Engineering Division
Currently with Fenstermaker
(504) 582-2201

15. Schorr, Henry
Retired 2/28/93
Chief, Operations
From 7/31/88 – 2/28/93

16. Soileau, Cecil W.
Retired 4/30/93
Chief, Hydraulics Branch, Engineering Division MVN
From 6/14/81 - 4/30/93

17. Tickner, Wilfred E.
Transferred 4/25/99
Chief, Engineering Division MVN
From 2/4/90 - 4/24/99

18. Tisdale, Robert L.
CAO 9/25/99
Chief, Operations
From 11/14/93 - 3/16/96

19. Ventola, Ron
Retired 3/31/07
Chief, Regulatory Branch
From 9/13/87 – 3/31/07

20. Arthur Laurent
Retired from Corps
Former Chief of Hydraulics

21. Jay Combe
Retired from Corps
Former Chief of Coastal Engineering Section
Hydraulics Branch

CURRENT USACE EMPLOYEES

22. Ashley, Chester
Resident Engineer
Hurricane Protection Office
CEMVN
(504) 862-1056
Room 186

23. Baumy, Jr., Walter O.
Chief, Engineering Division MVN
From 12/15/02 to present
CEMVN
(504) 862-2240
Room 302

24. Bivona, John
Asst. Chief, Engineering Division
CEMVN
(504) 862-2730
Room 302

25. Brouse, Gary
Planning, Programs & Project Mgt. Division
Floodwalls-West Branch & Vicinity
CEMVN
(504) 862-2707
Room 142

26. Colletti, Jerry
Asst. Chief, Operations Division
CEMVN
(504) 862-2302
Room 286

27. Huber, Mark
Engineering Division, Survey Section
CEMVN
(504) 862-1852
Room 217

28. Lowe, Michael
Operations Division, Readiness Branch
CEMVN
(504) 862-2244
Room 292

29. Swindler, Roger
Operations Division, Central Evaluation Section
CEMVN
(504) 862-2278
Room 276

30. Stutts, David "Van"
Engineering Division, Hydraulics
CEMVN
(504) 862-2423

31. Vojkovich, Frank
Engineering Division
Structure Foundations Section
CEMVN
(504) 862-1034
Room 116

32. Christopher Accardo
Chief, Operations Division MVN
(504) 862-1417

33. Reed L. Mosher, Ph.D.
Chief, Structural Mechanics Division
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi
(601) 634-3956

34. Alfred Naomi
Project Manager
(504) 862-2377

ADDITIONAL WITNESSES:

35. Stevan G. Spencer, P.E.
Executive Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122

36. Gerard Gillen, III
Assistant Director Orleans Levee District
6920 Franklin Avenue
New Orleans, LA 70122

37. Victor Landry
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124

38. Fran Campbell
Executive Director East Jefferson Levee District
203 Plauche Court
Harahan, LA 70123

39. Ronald C. Goldman, P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay St.
Vicksburg MS 39183

40. One or more representatives of the Board of Commissioners of the Port of New Orleans
P.O. Box 60046, New Orleans, LA 70160

41. Joseph Becker
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

42. Bobby Moeinian
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

43. Ronald Winford
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

44. Chris Fontan
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

45. Rufus Burkhalter
Sewerage and Water Board of New Orleans
625 St. Joseph Street Room 201
New Orleans, LA 70165

Any of the 160, more or less, people who were involved or participated in the investigation or subsequent report of the Interagency Performance Evaluation Task Force (IPET), including but not limited to:

46. John J. Jaeger, Ph.D., P.E.
Chief, Engineering and Construction
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

47. Wayne Stroupe
Public Affairs Office
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

48. Jeremy Stevenson
U.S. Army Corps of Engineers
Huntington District
Huntington, West Virginia

49. Denise Martin
Computer Scientist
Information Technology Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

50. James K. Garster
Topographic Engineering Center
U.S. Army Corps of Engineers
Engineer Research and Development Center
Alexandria, Virginia

51. Bruce A. Ebersole, P.E.
Chief, Flood and Storm Protection Division
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

52. Donald T. Resio, Ph.D.
Senior Scientist
Coastal and Hydraulics Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

53. Michael K. Sharp, Ph.D., P.E.
Technical Director, Civil Works Infrastructure
Geotechnical and Structures Laboratory
U.S. Army Corps of Engineers
Engineer Research and Development Center
Vicksburg, Mississippi

54. Brian L. Moentenich, P.E.
Hydroelectric Design Center
U.S. Army Corps of Engineers
Portland District
Portland, Oregon

55. David Moser, Ph.D.
Chief Economist
U.S. Army Corps of Engineers,
Institute for Water Resources
Alexandria, Virginia

56. Jerry Foster, P.E.
Headquarters, U.S. Army Corps of Engineers
Washington, DC

57. Larry Poindexter

58. Nancy Powell

59. Elizabeth Wiggins

60. Sue Hawes

61. Anyone listed or referred to in discovery, including Rule 26 Initial Disclosures and answers to interrogatories and requests for admissions, and responses to requests for production.

62. Anyone else with any factual knowledge, information, or data concerning the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, Hurricane Katrina, the causes of any levee breach or failure mode related to this litigation, or any allegation in Plaintiffs' Complaint.

63. Anyone listed or actually called as a witness by any party in this litigation.

Respectfully submitted,

LABORDE & NEUNER

_____
Ben L. Mayeaux - #19042
James L. Pate - #10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:      (337) 237-7000
FACSIMILE:          (337) 233-9450

-11-
and

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:      (504) 831-0946
FACSIMILE:      (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT

and

CHRISTOVICH & KEARNEY, LLP
Mr. Charles M. Lanier, Jr. #18299
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Mr. Gregory S. LaCour #23823
Mr. Kevin Tully #1627
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:      (504) 593-4272
FACSIMILE:      (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

-12-

U.S. DEPARTMENT OF JUSTICE
Richard R. Stone, Sr.
Keith Liddle
Michele Greif
Ina Strichartz
TELEPHONE (202) 616 4291
FACSIMILE (202) 616 5200
Attorneys for The United States of America

and

DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich #7354
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:     (985) 871-0800
FACSIMILE:     (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

-13-

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:	(504) 568-1990
FACSIMILE:	(504) 310-9195
Attorneys for St. Paul Fire and Marine Insurance
Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2007, a copy of the above and foregoing **Defendants Supplemental Preliminary List Of Common Liability Witnesses** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

_____
COUNSEL