UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

## THE MRGO PLAINTIFFS' PRELIMINARY LIST OF COMMON LIABILITY FACT WITNESSES AND EXHIBITS

PURSUANT TO ¶ IV(A)(2) of Case Management and Scheduling Order No. 4, the

MRGO PSLC, on behalf of the consolidated class action representatives, submits the following

list of fact witnesses and exhibits that may be or will be called at a liability trial on the merits.

Plaintiffs note that this is a preliminary list that is necessarily incomplete at this early

stage of the case and will be updated monthly in accordance with CMO 4.

### MRGO CLASS PLAINTIFFS' PRELIMINARY LIST OF COMMON LIABILITY FACT WITNESSES

### I.   Plaintiff Class Representatives

| Witness | Subject Matter |
|---|---|
| Kenneth Paul Armstrong, Sr.<br>28 Park Place Dr., #601<br>Covington, LA 70433 | Fact testimony re personal experiences and losses;<br>Lower 9th Ward & St. Bernard Sub-Class Rep |
| Jeanine B. Armstrong<br>28 Park Place Dr., #601 Covington, LA 70433 | Fact testimony re personal experiences and losses;<br>Lower 9th Ward & St. Bernard Sub-Class Rep |

1

| | |
|---|---|
| Ethel Mae Coats<br>756 Louisiana Ave.<br>New Orleans, LA 70118 | Fact testimony re personal experiences and losses;<br>Lower 9th Ward & St. Bernard Sub-Class Rep |
| Henry Davis<br>7650 Morel Street<br>New Orleans, LA | Fact testimony re personal experiences and losses;<br>New Orleans East Sub-Class Rep |
| Glynn Wade<br>4719 Bundy Rd<br>New Orleans, LA | Fact testimony re personal experiences and losses;<br>New Orleans East Sub-Class Rep |

## II.    Army Corps Officials/Employees

| | |
|---|---|
| Lt. Gen. Carl A. Strock<br>US Army Corps of Engineers | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO;  the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| Richard Varuso,<br>US Army Corps of Engineers | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO;  the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| Al Naomi,<br>New Orleans District, U.S. Army Corps of Engineers New Orleans, LA 70160, (504) 862- | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic |

2

| | |
|---|---|
| 2255 | flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| Colonel Richard Wagenaar, New Orleans District, U.S. Army Corps of Engineers New Orleans, LA 70160, (504) 862-2255 | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| Dan Hitchings, US Army Corps of Engineers | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| Greg Breerwood, US Army Corps of Engineers | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and |

3

| | IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
|---|---|
| Brigadier General Robert Crear, Mississippi Valley Division, Army Corps of Engineers, 1400 Walnut Street, Vicksburg, MS 39180, (601) 634-7110 | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| Major General Don T. Riley, United States Army Corps of Engineers, 441 G Street, NW, Washington, DC 20314, (202) 761-0008 | The Army Corps' design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |

III.    **Authors and/or contributors of the Interagency Performance Evaluation Task Force ("IPET") Report**

| Witness | Subject Matter |
|---|---|
| Dr. Lewis E. Link, Academy of Leadership, University of Maryland, College Park, MD 20742-7715 (301) 405-8574 | The creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005. |
| Dr. John Jaeger, Chief of the Engineering and Construction Services Division of the Huntington (WV) District, U.S. Army Corps of Engineers, 502 | Water management, flood protection, and environmental enhancement and restoration projects, and the design, construction, review and evaluation of water resource and |

4

| | |
|---|---|
| Eighth Street, Huntington, WV 25701, (304) 399-5662. | construction projects, including the MRGO, IHNC and the LPVHPP |
| Jeremy Stevenson, Cost Engineering Section of the Huntington (WV) District, U.S. Army Corps of Engineers, 502 Eighth Street, Huntington, WV 25701, (304) 399-5662 | Cost engineering and project management for large civil works projects like the MR-GO, including all phases of life cycle cost estimating, project scheduling and management as well as life cycle cost engineering of navigational locks, dams, floodwalls, levees, and nonstructural flood proofing. |
| Denise Martin, U.S. Army Engineer Research and Development Center, 441 G. Street, NW, Washington, DC 20314, (202) 761-1839 | The development of information sharing architectures involving key issues of information portability, modularity, scalability, and interoperability as well as requirements identification and analysis, development, enhancement, and implementation of Computer-Aided Drafting and Design (CADD), Geographic Information Systems (GIS), and relational database management as they apply to business, engineering, management and research and development projects, like the MRGO |
| Dr. Reed L. Mosher, U.S. Army Engineer Research and Development Center, 441 G. Street, NW, Washington, DC 20314, (202) 761-1839 | Dynamic response of structures to hydraulic loads from fluid flow. |
| James Garster, U.S. Army Engineer Research and Development Center, 441 G. Street, NW, Washington, DC 20314, (202) 761-1839 | Army Corps surveying and mapping support as well as implementation of NAVD88 datum and devising procedures to meet geodetic vertical requirements using the Global Positioning System. |
| David Zilkoski, National Oceanic & Atmospheric Administration, 14th Street & Constitution Avenue, NW, Room 6217, Washington, DC 20230, (202) 482-6090 | Shallow Water Positioning System, the incorporation of geodetic data and procedures to determine accurate elevation models, and the use of GPS, LIDAR and IFSAR to generate shoreline and other coastal information as well as coastal subsidence, surveying, and vertical datum issues. |
| Bruce Ebersole, Coastal and Hydraulics Laboratory, U.S. Army | Coastal and estuarine hydrodynamic and sedimentation processes, field data acquisition, |

5

| | |
|---|---|
| Engineering Research and Development Center Vicksburg, MS 39180, (601) 634-2011. | and hydrology/surface water/groundwater interactions as well as tidal circulation, storm surge, nearshore wave transformation, and beach/inlet processes with a focus on numerical model development and application. |
| Dr. Joannes Westerink, Department of Civil Engineering and Geological Sciences University of Notre Dame, Notre Dame, IN 46556, (219) 631-6475. | Advanced circulation model ("ADCIRC"), hurricane storm surge prediction, tidal hydrodynamics, modeling of circulation and transport in coastal areas and oceans, finite element methods, and computational fluid mechanics. |
| Dr. Robert Dean, Civil and Coastal Engineering, 365 Weil Hall PO Box 116580, Gainesville, FL 32611-6580, (352) 392-9537 | Beach and shoreline erosion problems, wave theories, tidal inlets and coastal structures. |
| Dr. Don Resio, U.S. Army Engineer Research and Development Center, 441 G. Street, NW, Washington, DC 20314, (202) 761-1839 | The Army Corps' MORPHOS project aimed at improving the predictive state of the art for winds, waves, currents, surges, and coastal evolution due to storms. |
| Dr. Michael Sharp, U.S. Army Engineer Research and Development Center, 441 G. Street, NW, Washington, DC 20314, (202) 761-1839 | Soil dynamics, engineering geophysics and centrifuge modeling. |
| Dr. Scott Steedman, Steedman & Associates, 25 Eldon Square, #1, Reading RGI 4DP UK, 44 (0) 118 958 7185 | Risks and disasters, forensic investigations, and urban engineering and research. |
| Dr. J. Michael Duncan, Civil and Environmental Engineering, 104 Patton Hall, Blacksburg, VA 24061 (540) 231-5103. | Slope stability, soil-structure interaction, design and analysis of foundations, strength and deformation properties of soils, finite element analyses of stresses and deformations in earth masses, and seepage through soil. |
| Robert Howard, South Florida Water Management District, P.O. Box 24680, West Palm Beach, FL 33416-4680, (561) 686-8800 | Operational control and monitoring of water control structures and water bodies for flood control, water supply and environmental enhancement. |
| Steve Fitzgerald, Harris County Flood Control District, 9900 | The monitoring and evaluation of actual flood events. |

6

| | |
|---|---|
| Northwest Freeway, Houston, TX 77092, (713) 684-4000 | |
| Jeff Harris, U.S. Army Engineers, Hydrology and Hydraulics Technology Division, *609 Second Street, Davis, CA 95616-4687, (530) 756-1104* | The development of hydraulic flood and surge models. |
| Dr. David A. Moser, U.S. Army Corps, Institute for Water Resources, Casey Building, 7701 Telegraph Road, Alexandria, Virginia 22315703-428-6289 | Economic methods related to cost-benefit analysis and risk analysis methods for water resources including procedures for major rehabilitation and flood damage evaluation. |
| Jerry Foster, Foster Engineering Services,1381 Teaberry Ln, Severn, MD 21144, (410) 551-4211 | Structural engineering issues including risk and reliability analysis of civil works structures; design, evaluation and construction of dams, navigation and flood control structures; structural reliability of aging structures; computer analysis of civil works structures and the design of buildings. |
| Bruce C. Muller, Jr., Bureau of Reclamation, Dam Safety, P.O. Box 25007, Denver Federal Center, Denver, CO 80225-0007, (303) 445-3750 | Implementation of risk-based analysis methods for evaluating the safety of dams and other flood control structures. |
| Harley Winer, New Orleans District, U.S. Army Corps of Engineers New Orleans, LA 70160, (504) 862-2255. | The MR-GO's impact on hurricane-induced storm surge generated by Hurricane Katrina, ADCIRC modeling, tidal hydrodynamics, modeling of circulation and transport in coastal areas and oceans, finite element methods, and computational fluid mechanics. |
| Dr. Charles L. Bretschneider, P.O. Box 61264, Honolulu, HI 96839, phone number unknown | The effects of the MR-GO and levees, spoil banks, floodwalls, or any alleged or putative flood control measure on hurricane-generated storm surge, as well as analysis of hurricane winds and storm surge predictions. |
| Dr. J.I. Collins, current address and phone number unknown. | The effects of the MR-GO and levees, spoil banks, floodwalls, or any alleged or putative flood control measure on hurricane-generated storm surge, as well as analysis of hurricane winds and storm surge predictions. |

7

| | |
|---|---|
| Colonel William L. Conner III, Commander, U.S. Army Engineer District, P.O. Box 60267, New Orleans, LA 70160-0267, (504) 862-2204 | The MR-GO's impact on wetlands in Greater New Orleans as well as the impact that wetlands, or lack thereof, on hurricane-generated storm surge. |
| Dr. Richard A. Luettich, Marine Science and Environmental Sciences and Engineering at the University of North Carolina at Chapel Hill, 3431 Arendell Street, Morehead City, NC 28557 (252) 726-6841 | Tidal and storm surge circulation, numerical modeling techniques, and wind forced aquatic systems, specifically as they relate to the MR-GO. |

8

| Department, division, subsection, task force, or other subgroup of the Army Corps involved in the planning, design, construction, operation and maintenance of the MRGO | Person most knowledgeable concerning the planning, design, construction, operation and maintenance of the MRGO |
| --- | --- |
| **USACE, Mississippi Valley Division, New Orleans District** | |
| Executive Office | COL Richard P. Wagenaar, Commander |
| Engineering Division (ED) | Walter Baumy, Chief<br>John Bivona, Asst. Chief |
| ED - Structures Branch | Darryl Bonura, Chief |
| ED - Hydraulics and Hydrologic Branch | Nancy Powell, Chief |
| ED - Geotechnical Branch | Richard Pinner, Chief |
| ED - Design Services Branch | Julie LeBlanc, Chief |
| ED - Engineering Control Branch | Michelle Dupuy, Chief |
| ED - Civil Branch | John Bivona, Chief |
| Contracting Division (CT) | Jim Barr, Chief |
| CT - Projects East Branch | C. Nicholas, Chief |
| CT - Projects West Branch | C. Zammitt, Chief |
| CT - Policy Branch | D. Allen, Chief |
| Planning, Programs and Project Management Division (PM) | Edward Watford, Chief<br>Gary Hawkins, Asst. Chief |
| PM - Support Services Branch | Gary Hawkins, Chief |
| PM - Projects Branch | Falcolm Hull, Chief |
| PM - Protection and Restoration Office | Tom Podany, Chief |
| PM - Protection and Restoration Office, Regional Projects Branch | Brett Herr, Chief |

9

| | |
|---|---|
| PM - Protection and Restoration Office, Floodwalls Westbank Vicinity Branch | Al Naomi, Chief |
| PM - Protection and Restoration Office, Restoration Branch | Troy Constance, Chief |
| PM - Protection and Restoration Office, LaCPR Branch | Ed Russo, Program Manager |
| PM - Coastal Restoration Branch | T. Constance, Chief |
| PM - Programs Management Branch | Marcia Demma, Chief |
| PM - Economic and Social Analysis Branch | Richard Manguno, Chief |
| PM - Economic and Social Analysis Branch, General Water Resources Section | Kevin Lovetro, Chief |
| PM - Economic and Social Analysis Branch, Navigation Support Center | Juanita Russell, Chief |
| PM - Environmental Planning and Compliance Branch | Elizabeth Wiggins |
| PM - Environmental Planning and Compliance Branch, Environmental Analysis and Support Section | Richard Boe, Chief |
| PM - Environmental Planning and Compliance Branch, Natural and Cultural Resources Analysis Section | Joan Exnicios, Chief |
| PM - Environmental Planning and Compliance Branch, Ecological Planning and Restoration Section | Gib Owen, Chief |
| Construction Division (CD) | B. Terrell, Chief |
| CD - Contract Administration Branch, New Orleans Area Office | A. Hunter, Area Engineer |
| CD - Contract Administration Branch, Lafayette Area Office | Ted Eilts, Area Engineer |
| CD - Contract Administration Branch, West Bank Area Office | Tim Roth, Area Engineer |
| Operations Division (OD) | Chris Accardo, Chief<br>Jerry Colletti, Asst. Chief |

| OD - Technical Support Branch | Fred Shilling. Chief |
|---|---|
| OD - Readiness Branch | Mike Lowe, Chief |
| OD - Physical Support Branch | Joaquin Mujica, Chief |
| OD - Regulatory Branch | Pete Serio, Chief<br>Ron Ventola, Asst. Chief |
| OD - Management Support Branch | Jimmy Gautreaux, Chief |
| OD - Mississippi River Baton Rouge to Gulf | Michelle Ulm, Operations Manager |
| OD - Completed Works | Amy Powell, Operations Manager |
| OD - Atchafalaya Basin | Beth Nord, Operations Manager |
| OD - Calcasieu River and Pass | Tracy Falk, Operations Manager |
| OD - Mississippi River Gulf Outlet | Michelle Daigle, Operations Manager |
| OD - Gulf Intracoastal Waterway | Victor Landry, Operations Manager<br>Michelle Ulm, Asst. Operations Manager |
| OD - Old River | Cary McNamara, Operations Manager |

Other departments, divisions, subsections, task forces, or other subgroups of the Army Corps of Engineers involved in the planning, design, construction, operation and maintenance of the MRGO include, but are not limited to, the following:

| Department, division, subsection, task force, or other subgroup of the Army Corps involved in the planning, design, construction, operation and maintenance of the MRGO | Person most knowledgeable concerning the planning, design, construction, operation and maintenance of the MRGO |
|---|---|
| USACE, Mississippi Valley Division | |
| Executive Office | BG Robert Crear, Division Commander |
| Programs Directorate | Michael B. Rogers, Director |
| Business Technical Division | James A. Waddle, Chief |
| Planning | Susan K. Smith, Chief |
| Operations | James R. Hannon, Jr., Chief<br>Steve Jones, Navigation Representative |

| MVN District Support Group | Rayford E. Wilbanks, Chief |
|---|---|
| **USACE Headquarters** | |
| Directorate of Civil Works (DCW) | MG Don Riley, Director |
| DCW- Mississippi Valley Division Regional Integration Team | Tom Waters, Civil Chief |
| DCW - Mississippi Valley Division Regional Integration Team | Zoltan Montvai, Civil Deputy Chief |

| Department, division, subsection, or other subgroup of the Army Corps of Engineers, New Orleans District, may have been involved in the planning, design, construction, operation and maintenance of the levees and other flood control projects built pursuant to the LPVHPP: | Persons most knowledgeable: |
| --- | --- |
| Project Management Division | Alfred Naomi<br>Stan Green<br>Elizabeth Wiggins<br>Terral Broussard<br>Dan Judlin<br>Gordon Hebert |
| Engineering Division: Policy Level Technical Issues | Walter Baumy<br>John Grieshaber<br>John Bivona<br>Gerald Satterlee<br>Eugene Tickner |
| Engineering Division: Waterways | Richard Broussard |
| Engineering Division: Geotechnical Issues | Richard Pinner<br>Richard Varuso<br>Bill Caver |
| Engineering Division: Hydrology & Hydraulics Issues | Nancy Powell<br>Vann Stutts<br>Cecil Soileau |
| Engineering Division: Levees | El Pilie<br>Wayne Naquin<br>Louis Danflous<br>Russell Young |
| Engineering Division: Structures | Mark Gonski<br>Darryl Bonura<br>Tom Hassenboehler<br>Carl Guggenheimer<br>Dan Marsalone<br>Bob Guizerix |
| Operations Division: Policy Level Operations Issues | Chris Accardo<br>Fred Schilling<br>Greg Breerwood |

| | |
|---|---|
| Operations Division: Maintenance Dredging | Michelle Daigle<br>Edmond Russo<br>Fred Schilling |
| Operations Division: ICW | Jerry Colletti<br>Amy Powell |
| Operations Division: Regulatory Functions | Roger Swindler<br>Ron Ventola |
| Construction Division: Policy Level Construction Issues | Bruce Terrell<br>Don Hull |
| Construction Division: Construction Management | Butch Marsalis<br>Ward Purdom<br>Chester Ashley |

## IV.   Individuals Identified by the United States in its Interrogatory Responses

| | |
|---|---|
| Chris Accardo,<br>Army Corps Chief of Operations Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Diane Allen,<br>Army Corps Supervisory Contract Specialist Chief, Policy Branch Contracting Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Jim Barr,<br>Army Corps Chief of Contracting Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

| | |
|---|---|
| John Bivona, Army Corps Assistant Chief of Engineering Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Rick Broussard, Army Corps Civil Engineer | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Michelle Daigle, Army Corps Operations Manager | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Marcia Demma, Army Corps Supervisory Program Manager, Chief of Programs Management Branch Planning, Programs and Project Management Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Mark Hubert, Army Corps Hydraulics; | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

| | |
|---|---|
| Reuben Mabry,<br>Army Corps Engineering<br>Division, Geotechnical Branch<br>Chief | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Nancy Powell,<br>Army Corps Chief of Hydraulics<br>and Hydrologic Branch | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Edmund Russo,<br>previous Army Corps Operations<br>Manager | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Vann Stutts,<br>Army Corps Hydraulic Design<br>Section | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Glen Matsuyama,<br>Army Corps General Engineering<br>Branch Chief | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

16

| | |
|---|---|
| Gerard S. Satterlee, Jr., former Army Corps Chief of Engineering | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Frank Vojkovich, Geotech | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

### V.     Others

| | |
|---|---|
| Douglas Woolley, Radford University | The findings and conclusions about the report entitled, "Decision-Making Chronology for the Lake Pontchartrain and Vicinity Hurricane Protection Project" (June 2007) |
| Leonard Shabman, Resources for the Future | The findings and conclusions about the report entitled, "Decision-Making Chronology for the Lake Pontchartrain and Vicinity Hurricane Protection Project" (June 2007) |
| URS Corporation Person Most Knowledgeable | The findings and conclusions about the report entitled, "The Direct Impact of the MRGO on Hurricane Storm Surge, Louisiana Department of Natural Resources" (2006) |
| Louisiana Department of Natural Resources Person Most Knowledgeable | The findings and conclusions about the report entitled, "The Direct Impact of the MRGO on Hurricane Storm Surge, Louisiana Department of Natural Resources" (2006) |
| As Yet Unnamed Defense 30(b)(6) Designees | The findings and conclusions about the report entitled, "Numerical Modeling of Storm Surge Effect of MR-GO Closure" (2003) |

| | |
|---|---|
| As Yet Unnamed Defense 30(b)(6) Designees | The findings and conclusions about the report entitled, "Louisiana Coastal Protection and Restoration. Preliminary Technical Report to the United States Congress" (2006). |
| As Yet Unnamed Defense 30(b)(6) Designees | General fact testimony |
| Any witness listed and/or called by any other party | General fact testimony |

## VI.   Inner harbor Navigational Canal, East Bank Industrial Area Project

| | |
|---|---|
| Mickey Drury | Louisiana Department of Environmental Quality |
| Arlene Smith | U.S.A. Corps of Engineers, Contracting Officer. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| John M. Weatherly | U.S.A. Corps of Engineers, Contracting Officer. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Lee Guillory | U.S.A. Corps of Engineers, Construction Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Ward C. Purdin, Jr. | U.S.A. Corps of Engineers. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Rex Ostrader | U.S.A. Corps of Engineers. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

| Harvey Morgan | U.S.A. Corps of Engineers.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
|---|---|
| James Montegut | U.S.A. Corps of Engineers.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| R. L. Hedrick | U.S.A. Corps of Engineers.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Kevin DaVee | U.S.A. Corps of Engineers.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Alex Brogna | U.S.A. Corps of Engineers, QA Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Susan M. Killgore | U.S.A. Corps of Engineers, Contracting Officer.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Clayton Brown | U.S.A. Corps of Engineers.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Dennis O'Connor | WGI, Project Manager.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Jim Blazek | WGI, Environmental Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

19

| | |
|---|---|
| Dan R. Bledsoe | WGI, Environmental Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Brent Hardy | WGI, Environmental Specialist.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Billy Smith | WGI, Field Coordinator.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Steve Dike | WGI.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Gregory Jones | WGI, Program Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Richard Lesser | WGI, T. O. Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Edward Bielecki | WGI, Senior geologist. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Rodney Hickman | WGI, QC Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Brenda Casey | WGI.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Tamala Sams | WGI.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

20

| | |
|---|---|
| Karen Dammonn | WGI.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Steve Roe | WGI, Program Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Basil Tupyl | WGI, P. E.. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Jeffery Myers | WGI, Geosciences Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Mark Gibson | WGI, Subcontracts Manager. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Robert Aratti | WGI.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| James Huey | Former president, Orleans Levee District. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Phillip Stagg | WGI, Construction Manager.  Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Jane Morgan | Regulatory Specialist, Materials Management Group, Inc.(MMG). Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Thomas Zarges | President, MK Engineering, Inc. Fact testimony regarding the scope of the work. |

| Michael O'Dowd | IHNC Lockmaster. Fact testimony regarding the work area. |
|---|---|
| William Perry | Louisiana Department of Environmental Quality, Abandoned Site Division. Fact testimony regarding the scope of the work. |

## MRGO CLASS PLAINTIFFS'
## PRELIMINARY LIST OF COMMON LIABILITY EXHIBITS

Plaintiffs' liaison counsel and the MRGO PSLC submit this list of exhibits. The current preliminary list is largely limited to matters anticipated for introduction and use at the class certification hearing. This list will be extensively amended in accordance with CMO 4.

1.  Contracts of Employment and Scopes of Work with Washington Group Int'l

2.  Dambrk Computer Model (enabling targeted descriptions of inundation by source)

3.  Louisiana Statute creating the Board of Commissioners of the Orleans Parish Levee District

4.  Louisiana Statute creating the Board of Commissioners of the Lake Borgne Levee District

5.  Federal Regulations Regarding Maintenance of the MRGO

6.  Topographical maps depicting Class Area Pre- and Post-Katrina

7.  Documents substantiating each class representative's losses

8.  Post-Katrina Photographs of Class Representatives' Damaged Properties & Neighborhoods

9.  Maps Identifying Locations of Class Representatives' Damaged Properties

10. Maps and Photographs Identifying All Navigable Waterways Surrounding the Class Area, Including Levees, Floodwalls, and/or Spoil banks, and all Canal Breaches

11. Photographs and Other Depictions of New Orleans Metropolitan Area Illustrating the Depth of Inundation

12. Report of Robert Bea, Ph.D.

13. Investigation of the Performance of the New Orleans Flood Protection Systems in

Hurricane Katrina on August 29, 2005 Report of Independent Levee Investigation Team Funded by the National Science Foundation

14. Report of the Committee on Homeland Security and Government Affairs - United States Senate, Washington D.C.

15. Final Report of the Subject By-Partisan Committee to Investigate the Preparation for the Response of Hurricane Katrina (A Failure of Initiative)

16. Team Louisiana Report - The Failure of the New Orleans Levee System during Hurricane Katrina

17. Model/Simulation of Water Transport From the Breaches

18. Public Records Verifying Class Demographics

19. Weather Bureau Data Regarding "Standard Project Hurricane" ("SPH"), Including Promulgations from 1959 and 1972

20. 1979 National Oceanic and Atmospheric Administration ("NOAA") Technical Report NWS 23

21. Engineering Regulation ER 1110-2-1453, issued in 1981 by the Office of the Chief of Engineers in Washington

22. The National Geodetic Vertical Datum of 1929 ("NGVD29").

23. Data from the levee project design authorized by Congress, known as the "Barrier Plan," included a series of levees along the lakefront, concrete floodwalls along the IHNC, and control structures, including barriers and flood control gates located at the Rigolets, Chef Menteur Pass, and Seabrook at the northern end of the IHNC.

24. December, 1977 court ruling enjoining the Corps from constructing the barrier complex and certain other parts of the Project, until a revised Environmental Impact Statement was prepared and accepted

25. The Flood Control Act of 1928

26. The U.S. Army Corps of Engineers Manual on Engineering, Design and Construction of Levees dated April 30, 2000.

27. Information from the July of 1914 authorization by the Louisiana State Legislature to the City of New Orleans to locate and construct a deep water canal between the Mississippi River and Lake Pontchartrain. Construction of the Inner Harbor Navigations Canal ("IHNC"), which is also known as the Industrial Canal, commenced on June 6, 1918.

28. Information regarding the Gulf Intracoastal Waterway ("GIWW"), which is the navigation canal project completed between New Orleans and Corpus Christi, Texas by

23

mid-1942 under the authority of the Corps.

29. Information regarding the construction and maintenance of the Mississippi River Gulf Outlet navigational canal ("MR-GO").

30. The Corps' report on Hurricane Betsy (USACE, 1965).

31. The Rivers and Harbor Act of 1945, P.L. 79-14, 50 Stat. 10 (March 2, 1945).

32. The Fish and Wildlife Coordination Act ("FWCA"), 16 U.S.C. § 662, as amended in 1946 and 1958, et seq.

33. The 1958 DOI report concluding that detailed investigations, coordinating hydrological, vegetative, fish and wildlife findings, as well as a model study would be a prerequisite to predictions of the MR-GO's effects and establishment of mitigatory measures.

34. September 25, 1951 report by the Corps to Congress with recommendations for construction of the MR-GO ("MR-GO Authorization Report"), including the letter from the former Corps Chief of Engineers stating that the proposed MR-GO would be connected to the IHNC by its own *separate* canal running parallel to the GIWW and the report from the Corps' Board of Engineers recommending further studies into the MR-GO's impact on the Louisiana coast.

35. Executive Order 11990.

36. National Environmental Policy Act (NEPA), 42 U.S.C. § 4332 (c).

37. The Water Resources Development Act of 1990 (WRDA).

38. The Coastal Zone Management Act, 16 U.S.C. § 1452, *et. seq.*

39. The Louisiana State and Local Coastal Resources Management Act, La. R.S. 49:214.21 *et. seq.*

40. Record of the Congressional hearings which authorized the construction of the MR-GO in 1956 (P.L.-455) and the record of the Corps' subsequent actions regarding the MR-GO.

41. "1984 Re-Evaluation Study" means the study conducted by the Army Corps, published in 1984, that examined the feasibility of providing hurricane protection by raising, elevating, and strengthening levees and floodwalls in Greater New Orleans, as referred to and described in Volume 1, pages 26-27 of the IPET Report.

42. Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006.

43. Status Report - Comprehensive Plan for Timely Modification of the Mississippi River Gulf Outlet, Lee Wilson and Associates, Inc., (July 31, 2000)

24

44. "Mister Go Must Go; a Guide for the Army Corps' Congressionally-Directed Closure of the Mississippi River Gulf Outlet," Dr. John Day, et al, (December 4, 2006)

45. Mississippi River-Gulf Outlet, St. Bernard Parish, La., Bank Erosion, Reconnaissance Report, United States Army Corps of Engineers (January 1994)

46. Notice of Study Findings, Louisiana Coastal Area, Louisiana, Shore and Barrier Island Erosion, Initial Evaluation Study, United States Army Corps of Engineers (July 1984)

47. An Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet, Louisiana and an Outline of Proposed Fish and Wildlife Studies, Army Corps of Engineers (April 1958)

48. The Army Corps' report on the proposed Mississippi River-Gulf Outlet was submitted to the House Committee on Rivers and Harbors. *See* H. R. Doc. No. 71-46 (June 11, 1930)

49. September 18, 1951 hearings before the House Subcommittee on Rivers and Harbors of the House Committee on Public Works with respect to the Mississippi River Gulf outlet and the Mobile to New Orleans Intracoastal Waterway"

50. July 26, 1955 Report to the House of Representatives from the House Committee on Public Works on H. R. 6309

51. Act of March 29, 1956 to "Authorize Construction of the Mississippi River Gulf-Outlet," Pub. L. 84-455, 70 Stat. 65 (1956)

52. Public Works Appropriation Act of 1958, P. L. 85- 167, 71 Stat. 416 (August 26, 1957) (act authorizing Congressional funds for MRGO construction)

53. August 24, 1957 letter from United States Secretary of the Interior, Fred A. Seaton, to Army Secretary Wilber M. Bruckner about the proposed canal.

54. September 24, 1959 memorandum from F. C. Gillett, Acting Regional Director for the United States Fish and Wildlife Service to the Director of the Fish and Wildlife Service in Washington, D.C. outlining the recommendations re MRGO made to the Army Corps, and the Army Corps' response to these recommendations

55. 1959 draft correspondence from the Secretary of the Interior to the Secretary of the Army re invitation for bids on Reach 2 of the MR-GO issued on January 30, 1959, after the 1958 Amendments were enacted

56. May 4, 1959 correspondence to the Army Corps District Engineer from W. L. Towns, Acting Regional Director for the Fish and Wildlife Service re recommendations on MRGO construction

57. Letter from Cary W. Kerlin, Field Supervisor for the United States Fish and Wildlife Service in Lafayette, Louisiana to Jack A. Stephen, Director-Secretary of the St. Bernard

25

Parish Planning Commission in response to a written request for information concerning the MR-GO's effects on "St. Bernard Parish's wetlands and water bodies."

58. 1976 Army Corps document entitled *Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana*

59. 1958 Army Corps soil report re construction of the MR-GO, entitled *Geological Investigation of the Mississippi River-Gulf Outlet*

60. Mississippi River-Gulf Outlet, Louisiana: Design Memorandum Nos. 1-A, 1-B, 1-C

61. Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006

62. US Army Corps of Engineers Soil and Bank Erosion Report from 1998.

63. "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System", Final Report of the Interagency Performance Evaluation Task Force, Interim Final Version as of 26 March 2007

64. "New Orleans Hurricane Protection Projects Data"

65. "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005", Final Report of the Independent Levee Investigation Team, July 31, 2006

66. "The Failure of the New Orleans Levee System during Hurricane Katrina", Final Report of Team Louisiana, February 12, 2007

67. "A FAILURE OF INITIATIVE," Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, February, 15, 2006,

68. "Hurricane Katrina - A Nation Still Unprepared", Special Report of the Committee on Homeland Security and Governmental Affairs, United States Senate, 2006

69. "Cost, Schedule, And Performance Problems Of The Lake Pontchartrain And Vicinity, Hurricane Protection Project", Report to The Congress by the Comptroller General of the United States, August 31, 1976

70. "Hurricane Protection Plan for Lake Pontchartrain and Vicinity", Hearing before the Subcommittee on Water Resources of the Committee on Public Works and Transportation, House of Representatives, Ninety-Fifth Congress, Second Session, January 5, 1978.

71. "Improved Planning Needed By The Corps Of Engineers To Resolve Environmental, Technical, And Financial Issues On The Lake Pontchartrain Hurricane Protection Project", Report to the Secretary of the Army by the U.S. General Accounting Office,

26

August 17, 1982

72. "Expert Views On Hurricane And Flood Protection And Water Resources Planning For A Rebuild Gulf Coast", Hearing before the Subcommittee on Water Resources And Environment of the Committee on Transportation and Infrastructure, House of Representatives, One Hundred Ninth Congress, October 20, 2005

73. "HURRICANE PROTECTION - Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project", Testimony before the Committee on Homeland Security and Governmental Affairs, U.S. Senate, December 15, 2005

74. "Protecting New Orleans: From Hurricane Barriers to Floodwalls", Report for Congress by the Congressional Research Service, January 26, 2006,

75. Documents obtained through a Freedom of Information Act Request by the United States Army Corps of Engineers, New Orleans District;

76. "Energy and Water, and Related Agencies Appropriations for Fiscal Year 2007 – Department of Defense-Civil Department of the Army-Corps of Engineers-Civil," Hearing before the U.S. Senate, Subcommittee of the Committee on Appropriations, 5 April 2006.

77. The Rivers and Harbors Act of 1899 (33 U.S.C. § 403).

78. The Flood Control Act of 1946.

79. The Flood Control Act of 1965.

80. U.S. Army Corps of Engineer Manuals

81. U.S. Army Corps of Engineer Regulations

82. Publications of the Headquarters, United States Army Corps of Engineers,

83. Documents obtained through the Defendants Document Production in Civil Action 05-4182 *In Re: Katrina Canal Breaches Consolidated Litigation* (E.D. La).

84. "Decision Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project," June 2007, Douglas Woolley and Leonard Shabman.

85. Any and all materials produced by the Washington Group, Intl.

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of July, 2007.

/s/ Joseph M. Bruno

Joseph M. Bruno