UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES           §        CIVIL ACTION
        CONSOLIDATED LITIGATION           §        NO. 05-4182 "K" (2)
                                          §        JUDGE DUVAL
_____       §        MAG. WILKINSON
                                          §
PERTAINS TO:                              §
    ALL LEVEE                             §
    ALL MRGO                              §
_____       §

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the Unites States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

AFW-064-000000001 to AFW-064-000000493 ;

AFW-313-000000001 to AFW-313-000000058;

AFW-329-000000001 to AFW-329-000001744;

AFW-343-000000001 to AFW-343-000000204;

AFW-343-000000241 to AFW-343-000001195;

AFW-410-000000001 to AFW-410-000000146;

AFW-463-000000001 to AFW-463-000000054;

AFW-495-000000001 to AFW-495-000000375;

AFW-495-000000419 to AFW-495-000000743;

AFW-495-000000786 to AFW-495-000001150;

AFW-500-000000001 to AFW-500-000000030;

AFW-500-000000139 to AFW-500-000001652;

AFW-501-000000239 to AFW-501-000000255;

AFW-501-000000289 to AFW-501-000000836;

AFW-512-000000001 to AFW-512-000000697;

AFW-565-000000001 to AFW-565-000001081;

AFW-566-000000001 to AFW-566-000000221;

AFW-572-000000001 to AFW-572-000000062;

AFW-604-000000001 to AFW-604-000000012;

AFW-620-000000001 to AFW-620-000000068;

AFW-630-000000001 to AFW-630-000000189;

AFW-635-000000001 to AFW-635-000000087;

NCT-002-000000001 to NCT-002-000000017;

NED-028-000000001 to NED-028-000001748;

NED-030-000000001 to NED-030-000002382;

NED-031-000000001 to NED-031-000000791;

NED-037-000000001 to NED-037-000001488;

NED-039-000000014 to NED-039-000000031;

NED-123-000000001 to NED-123-000000044;

NED-123-000000084 to NED-123-000000393;

NED-158-000000001 to NED-158-000000255;

NED-038-000000001 to NED-038-000002124;

NED-102-000000001 to NED-102-000001677;

NED-134-000002918 to NED-134-000002921;

NED-143-000000001 to NED-143-000005574.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: July 20, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on July 20, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

    s/ Paul Marc Levine
    PAUL MARC LEVINE