**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 064 | AFW-064-000000001 | AFW-064-000000493 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 624) from June 2007 Review and Select Production |
| AFW | 313 | AFW-313-000000001 | AFW-313-000000058 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 776) from June 2007 Review and Select Production |
| AFW | 329 | AFW-329-000000001 | AFW-329-000001744 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 793) from June 2007 Review and Select Production |
| AFW | 343 | AFW-343-000000001 | AFW-343-000000204 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 732) from June 2007 Review and Select Production |
| AFW | 343 | AFW-343-000000241 | AFW-343-000001195 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 732) from June 2007 Review and Select Production |
| AFW | 410 | AFW-410-000000001 | AFW-410-000000146 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 870) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 463 | AFW-463-000000001 | AFW-463-000000054 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 980) from June 2007 Review and Select Production |
| AFW | 495 | AFW-495-000000001 | AFW-495-000000375 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1082) from June 2007 Review and Select Production |
| AFW | 495 | AFW-495-000000419 | AFW-495-000000743 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1082) from June 2007 Review and Select Production |
| AFW | 495 | AFW-495-000000786 | AFW-495-000001150 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1082) from June 2007 Review and Select Production |
| AFW | 500 | AFW-500-000000001 | AFW-500-000000030 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1087) from June 2007 Review and Select Production |
| AFW | 500 | AFW-500-000000139 | AFW-500-000001652 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1087) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 501 | AFW-501-000000239 | AFW-501-000000255 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1088) from June 2007 Review and Select Production |
| AFW | 501 | AFW-501-000000289 | AFW-501-000000836 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1088) from June 2007 Review and Select Production |
| AFW | 512 | AFW-512-000000001 | AFW-512-000000697 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1099) from June 2007 Review and Select Production |
| AFW | 565 | AFW-565-000000001 | AFW-565-000001081 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1037) from June 2007 Review and Select Production |
| AFW | 566 | AFW-566-000000001 | AFW-566-000000221 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1038) from June 2007 Review and Select Production |
| AFW | 572 | AFW-572-000000001 | AFW-572-000000062 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC012 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1062) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 604 | AFW-604-000000001 | AFW-604-000000012 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1149) from June 2007 Review and Select Production |
| AFW | 620 | AFW-620-000000001 | AFW-620-000000068 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1208) from June 2007 Review and Select Production |
| AFW | 630 | AFW-630-000000001 | AFW-630-000000189 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1204) from June 2007 Review and Select Production |
| AFW | 635 | AFW-635-000000001 | AFW-635-000000087 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1167) from June 2007 Review and Select Production |
| NCT | 002 | NCT-002-000000001 | NCT-002-000000017 | USACE; MVD; MVN | Jahnke Services | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 447) from June 2007 Review and Select Production |
| NED | 028 | NED-028-000000001 | NED-028-000001748 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 194) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 030 | NED-030-000000001 | NED-030-000002382 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 249) from June 2007 Review and Select Production |
| NED | 031 | NED-031-000000001 | NED-031-000000791 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 191) from June 2007 Review and Select Production |
| NED | 037 | NED-037-000000001 | NED-037-000001488 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 294) from June 2007 Review and Select Production |
| NED | 039 | NED-039-000000014 | NED-039-000000031 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 199) from June 2007 Review and Select Production |
| NED | 123 | NED-123-000000001 | NED-123-000000044 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 470) from June 2007 Review and Select Production |
| NED | 123 | NED-123-000000084 | NED-123-000000393 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 470) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 158 | NED-158-000000001 | NED-158-000000255 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC013 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1212) from June 2007 Review and Select Production |
| NED | 038 | NED-038-000000001 | NED-038-000002124 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC014 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 247) from June 2007 Review and Select Production |
| NED | 102 | NED-102-000000001 | NED-102-000001677 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC014 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 344) from June 2007 Review and Select Production |
| NED | 134 | NED-134-000002918 | NED-134-000002921 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC014 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 483) from June 2007 Review and Select Production |
| NED | 143 | NED-143-000000001 | NED-143-000005574 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC014 | 7/20/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 362) from June 2007 Review and Select Production |