**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K" (2)

PERTAINS TO: MRGO                      JUDGE DUVAL
                                       MAG. WILKINSON

FILED IN     05-4181, 05-4182, 05-5237, 05-6073,
             05-6314, 05-6324, 05-6327, 05-6359,
             06-0225, 06-0886, 06-1885, 06-2152,
             06-2278, 06-2287, 06-2824, 06-4024,
             06-4065, 06-4066, 06-4389, 06-4634,
             06-4931, 06-5032, 06-5155, 06-5159,
             06-5161, 06-5162, 06-5260, 06-5771
             06-5786, 06-5937, 07-0206, 07-0621,
             07-1073, 07-1271, 07-1285

**MRGO DEFENDANTS' FINAL LIST**
**OF CLASS-CERTIFICATION WITNESSES**

The MRGO Defendants submit this fourth updated and final list of expert and fact

witnesses for purposes of the class-certification decision, as directed by the Court in the

Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299)

(hereinafter "CMO") and the relevant orders amending the CMO entered June 25, 2007

(Docket No. 5919) and July 6, 2007 (Docket No. 6333).

This witness list is submitted jointly, by all MRGO Defendants, in order to comply

with the Court's Case Management Order No. 4, but the joint nature of this list does not

mean that each defendant necessarily adopts, approves, or endorses each witness

contained in this list.

1

885164v.1

I.       **Expert Witnesses**

The MRGO Defendants expect that the following expert witnesses may be called

to testify at the class-certification hearing:

A.      Robert A. Dalrymple
        Department of Civil Engineering
        Johns Hopkins University
        210 Latrobe Hall
        Baltimore, MD  21218

Dr. Dalrymple is an expert in coastal engineering and hydrology who may

address causation issues.  Dr. Dalrymple is expected to testify regarding the variables that

must be considered in determining the source(s) of water leading to flooding at particular

geographic locations, including the timing of wind, rain, storm surge, overtopping, and

breaches; the volumes of water; elevation; and topography.  Dr. Dalrymple is also

expected to offer opinions about the purposes and limits of modeling.  Dr. Dalrymple is

also expected to offer opinions about the opinions offered by plaintiffs' expert witnesses.

B.      Kerry Dean Vandell
        The Paul Merage School of Business
        University of California-Irvine
        429 SB
        Irvine, CA  92697-3125

Dr. Vandell is an expert economist who may address damage issues,

including at least real estate valuation; market feasibility; real estate analysis; going-

concern valuation; business valuations; housing economics and policy; economic

development issues, including the impact of amenities and negative externalities; and

other damages issues responsive to plaintiffs' damages theories and their expert reports

on damages, including, for example, theories of "classwide damages" propounded by

plaintiffs.  Dr. Vandell may also address plaintiffs' claims that the proposed class has

suffered a loss of cultural heritage and a diminution of property values.  Dr. Vandell is

also expected to offer opinions about the opinions offered by plaintiffs' expert witnesses.

> C.    Lee Wooten
>        GEI Consultants, Inc.
>        400 Unicorn Park Drive
>        Woburn, MA  01801

Mr. Wooten is an expert in geotechnical engineering who may address

causation issues, including identifying and describing the sources of water that entered

"Greater New Orleans" area (as defined in plaintiffs' proposed class definition) during

the Hurricane Katrina event, and identifying elements that may have caused or

contributed to water entering the area via each particular source.  Mr. Wooten is also

expected to offer opinions about the opinions offered by plaintiffs' expert witnesses.

> D.    James R. Danner, Jr.
>        Denson Engineers, Inc.
>        2030 Dickory Avenue, Suite 104
>        New Orleans, LA  70123

Mr. Danner is an engineer who may address wind and rain damage in the

MRGO geographical area, including at least foundational failure, structural failure,

roofing, moisture intrusions into a structure, fire and explosion damage, vandalism, and

looting.  Mr. Danner may also testify about specific properties and structures damaged by

Hurricane Katrina in the New Orleans East, the Lower Ninth Ward, and St. Bernard

Parish, focusing on various aspects of those properties and structures such as their:

location, habitability, levels, elevation, drainage, design, original construction, age, level

885164v.1

of water, pre-existing damage, and suitability for repair.  Mr. Danner is also expected to

offer opinions about the opinions offered by plaintiffs' expert witnesses.

  E.  Michael W. Truax, MAI
     3045 Ridgelake Drive, Suite 100
     Metairie, La.  70002

  Mr. Truax is a Louisiana Certified General Real Estate Appraiser and licensed

realator.  Mr. Truax is expected to address real estate appraisal, valuation, analysis,

markets, negative events, specific properties and structures damaged by Hurricane

Katrina in New Orleans East, the Lower Ninth Ward, and St. Bernard Parish, and other

damages issues responsive to plaintiffs' damages theories and their expert reports on

damages.  Mr. Truax may also address plaintiffs' claims that the proposed class has

suffered a loss of cultural heritage and a diminution of property values.  Mr. Truax is also

expected to offer opinions about the opinions offered by plaintiffs' expert witnesses.

## II.  Fact Witnesses

  The MRGO Defendants expect that the following fact witnesses may be called to

testify at the class-certification hearing:

  A.  The Five Named Plaintiffs:

    1.  Kenneth Paul Armstrong, Sr.
      upon information and belief, address of 28 Park Place Dr., #601
      Covington, LA  70433

    2.  Jeannine B. Armstrong
      upon information and belief, address of 28 Park Place Dr., #601
      Covington, LA  70433

    3.  Ethel Mae Coats
      upon information and belief, address of 756 Louisiana Ave.
      New Orleans, LA  70118

4.      Henry Davis
        upon information and belief, address of 7650 Morel Street,
        New Orleans, LA (New Orleans East)

5.      Glynn Wade
        upon information and belief, address of 4719 Bundy Road,
        New Orleans, LA (New Orleans East)

The five named plaintiffs are expected to testify about alleged injuries and

damages and to give evidence concerning the circumstances of his or her claims relevant

to issues of alleged typicality of claims of the proposed class; to alleged adequacy of

proposed class representation; to alleged common questions; to whether questions of law

or fact common to the members of the proposed class predominate over questions

affecting only individual members; and to other requirements for class certification.

B.      Carol Kiefer
        Director of Safety & Risk
        Orleans Levee District
        6001 Stars & Stripes Blvd., Suite 202
        New Orleans, LA 70126

Ms. Kiefer will testify regarding insurance coverage available to the

Orleans Levee District.

C.      Joseph Richard
        Director/Managing Partner
        Postlethwaite & Netterville, APAC
        2324 Severn Avenue
        Metairie, LA 70001

Mr. Richard will testify regarding the finances/financial condition of the

Orleans Levee District.

D.      Robert Turner
        Executive Director

885164v.1

Lake Borgne Basin Levee District
6136 East St. Bernard Hwy.
Violet, LA 70092

Mr. Turner's testimony will deal with the events he witnessed on August

29th, 2005.

E.      Mr. Stevan Spencer, P.E. (licensed in LA, TX, MS, & KS)
        Director of Hurricane and Flood Protection
        Orleans Levee District
        6001 Stars & Stripes Blvd., Suite 202
        New Orleans, LA  70126

Mr. Spencer's testimony will relate to the scope of the O.L.D. jurisdiction

for flood control structures in East Orleans and St. Bernard Parishes.

F.      Gerald Gillen, P.E. (licensed in LA)
        Engineering Department
        Orleans Levee District
        6001 Stars & Stripes Blvd., Suite 202
        New Orleans, LA  70126

Mr. Gillen's testimony will relate to the scope of the O.L.D. jurisdiction for

flood control structures in East Orleans and St. Bernard Parishes.

G.      Noryn A. Ward
        Litigation Manager
        Louisiana Farm Bureau Insurance Companies
        PO Box 95005
        Baton Rouge, Louisiana  70895

Ms. Ward will establish from the company's records information

concerning insurance claims made and litigation in the New Orleans Metropolitan

Statistical Area for Orleans and St. Bernard Parishes involving losses allegedly due to

wind, rain, fire, vandalism, and/or theft, including numbers of claims and lawsuits and

payments in settlements.

885164v.1

H. Rudy Bierhuizen
  Mike Posey Photography & Video Inc.
  3524 Canal Street
  New Orleans, LA  70119

Mr. Bierhuizen will testify regarding photographs taken of the named plaintiffs'

houses, property, and vicinity on June 19, 2007.

I. Craig Macluso
  Mike Posey Photography & Video Inc.
  3524 Canal Street
  New Orleans, LA  70119

Mr. Macluso will testify regarding photographs taken of the named plaintiffs'

houses, property, and vicinity on June 18, 2007.

J. John Drago
  R.W. Krebs, LLC
  4505 Shore Dr.
  Metairie, LA  70006-2331

Mr. Drago will testify regarding the surveying of the named plaintiffs' property

and the vicinity on June 18 and June 19, 2007.

K. Jennifer Redden
  GIS Coordinator
  United States Corps of Engineers, Memphis District
  167 North Main Street
  Memphis, TN 38103

Ms. Redden may testify regarding, among other items, how, when, by whom, and

why certain "F.E.M.A. Blue Roof" data was compiled and imagery was made, and what

that data and imagery represents and geographic dispersion of "Blue Roofs."

L. Representatives of other insurance companies may establish from their

companies' records information concerning insurance claims made and litigation in the

New Orleans Metropolitan Statistical Area for Orleans and St. Bernard Parishes

885164v.1

involving losses allegedly due to wind, rain, fire, vandalism, and/or theft, including numbers of claims and lawsuits and payments in settlements.

      M.     Other custodians, officials, or witnesses may testify to authenticate or certify records, documents, photographs, or exhibits.

      N.     Representatives of charitable organizations or local, state, or federal governmental agencies or entities that may have made payments or considered making payments for any losses due to Hurricane Katrina.

      O.     The experts listed above may testify as fact witnesses to the extent that they inspected, observed, or witnessed factual information.

      P.     MRGO Defendants reserve the right to call to testify any fact witness designated by plaintiffs or the Levee Defendants.

Dated:  July 20, 2007                           Respectfully submitted,


| | |
|---|---|
| */s/ Gary M. Zwain* | */s/Ralph S. Hubbard III* |
| Lawrence J. Duplass, 5199 | Ralph S. Hubbard III, T.A., 7040 |
| Gary M. Zwain, 13809 | Joseph P. Guichet, 24441 |
| Andrew D. Weinstock, 18495 | Rachel Meese, 25457 |
| Of | Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana  70130 |
| Telephone: (504) 832-3700 | Telephone:  (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile:   (504) 310-9195 |
| | |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |

885164v.1

*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
            Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
            Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Counsel for the
Board of Commissioners for the
Orleans Levee District

*/s/ William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
            Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

885164v.1

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorney for United States

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing MRGO Defendants' Final

List of Class-Certification Witnesses has been served upon all counsel of record by

electronic notice via the Court's CM/ECF system, this 20th of July, 2007.


*/s/ William D. Treeby*
William D. Treeby


DLI-6128620v1

10