UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO:   LEVEE

___

**LEVEE PLAINTIFFS' FINAL WITNESS LIST FOR CLASS CERTIFICATION**

NOW INTO COURT, through undersigned counsel, come Plaintiffs and the Proposed Plaintiffs' Class Representatives herein, who, pursuant to Case Management and Scheduling Order No. 4, as amended, respectfully represent that the following witnesses will or may be called at the class certification hearing commencing on November 5, 2007:

1.   Michelle Hennessey                    Fact witness. Class and subclass
     3808 N. Labarre Road                  representative
     Metairie, Louisiana 70002

2.   Lenniece Morrell                      Fact witness. Class and subclass
     114 Winthrop Place                    representative
     New Orleans, Louisiana 70119

1

| | | |
|---|---|---|
| 3. | Kenneth A. Polite, Sr.<br>5651 Cartier Avenue<br>New Orleans, Louisiana 70122 | Fact witness. Class representative |
| 4. | Michele Harrison<br>3630 North Johnson Street<br>New Orleans, Louisiana 70117 | Fact witness. Class and subclass representative |
| 5. | Thurman R. Kaiser Sr.<br>3801 North Turnbull Drive<br>Metairie, Louisiana 70002 | Fact witness. Class and subclass representative |
| 6. | Rosemary R. Kaiser<br>3801 North Turnbull Drive<br>Metairie, Louisiana 70002 | Fact witness. Subclass representative |
| 7. | Betty Sonnier Stalbert<br>2225 College Drive, Apt. 104<br>Baton Rouge, Louisiana 70808 | Fact witness. Subclass representative |
| 8. | Emanuel Esteves, Jr.<br>4656 Gaines Street<br>New Orleans, Louisiana 70126 | Fact witness. Subclass representative |
| 9. | Stella Washington<br>1478 Mithra Street<br>New Orleans, Louisiana 70122 | Fact witness. Subclass representative |
| 10. | John B. Williams<br>1830 Hope Street<br>New Orleans, Louisiana 70119 | Fact witness. Subclass representative |
| 11. | Emanuel Wilson<br>1512 Mandolin Street<br>New Orleans, Louisiana 70122 | Fact witness. Subclass representative |
| 12. | Elois Bell<br>750 Landwood Drive<br>Baton Rouge, Louisiana 70806 | Fact witness. Subclass representative |
| 13. | Leo Mitchell<br>10821 Dreux Avenue<br>New Orleans, Louisiana 70127 | Fact witness. Subclass representative |
| 14. | Trenise Jackson<br>1 Gibson Street, Apt. 172<br>Houston, Texas 77060 | Fact witness. Subclass representative |

| | | |
|---|---|---|
| 15. | Dwayne Mallet<br>208 Maumas<br>New Orleans, Louisiana 70131 | Fact witness. Subclass representative |
| 16. | Donna Augustine<br>2230 Sherwood Meadow Drive, Apt. A<br>Baton Rouge, Louisiana 70816 | Fact witness. Subclass representative |
| 17. | Gladys Labeaud<br>500 S. Jefferson Davis Parkway, Apt. 1<br>New Orleans, Louisiana 70119 | Fact witness. Subclass representative |
| 18. | Daisy Innis<br>4024 Stutz Street<br>New Orleans, Louisiana 70126 | Fact witness. Subclass representative |
| 19. | Betty Jones<br>2111 Clouet Street<br>New Orleans, Louisiana 70117 | Fact witness. Subclass representative |
| 20. | Jose Louis Rodriguez<br>2223 Prentiss Street<br>New Orleans, Louisiana 70122 | Fact witness. Subclass representative |
| 21. | Beatrice Drew<br>606 Egle Street<br>Morgan City, Louisiana 70380 | Fact witness. Subclass representative |
| 22. | Eddie Knighten<br>7726 Edinburgh Street<br>New Orleans, Louisiana 70125 | Fact witness. Subclass representative |
| 23. | Calvin Levy<br>3205 College Court<br>New Orleans, Louisiana 70125 | Fact witness. Subclass representative |
| 24. | Nicola McCathen<br>1805 Berrymore Drive<br>Slidell, Louisiana 70461 | Fact witness. Subclass representative |
| 25. | Charles Moses<br>8536 South Claiborne Avenue<br>New Orleans, Louisiana 70118 | Fact witness. Subclass representative |
| 26. | Leslie Dorantes<br>9216 Sugar Hill Street, Lot 127<br>Convent, LA | Fact witness. Subclass representative |

| | | |
|---|---|---|
| 27. | Vera Polite<br>5651 Cartier Avenue<br>New Orleans, Louisiana 70122 | Fact witness. Mrs. Polite's testimony will authenticate photographs of the destruction and loss caused by the August/ September 2005 metropolitan New Orleans innundation. |
| 28. | Chad A. Morris, P.L.S. | Expert witness. Mr. Morris's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 29. | G. Paul Kemp, Ph.D. | Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 30. | John A. Kilpatrick, Ph.D. | Expert witness. Dr. Kilpatrick's testimony will address the diminution of value of the New Orleans real estate market resultant of the August/ September 2005 metropolitan New Orleans innundation, and that such a diminution can be quantified on a class wide basis. |
| 31. | Michael Sartisky, M.D. | Expert witness. Dr. Sartisky's testimony will address the loss of cultural heritage to the New Orleans area resultant of the August/ September 2005 metropolitan New Orleans innundation, and that such a loss can be quantified on a class wide basis. |
| 32. | Matthijs Kok | Expert witness. Mr. Kok's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |

33. Any witness listed by any other party

34. Any witness called by any other party

**RESPECTFULLY SUBMITTED:**
**LEVEE LITIGATION GROUP**

BY:    s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@jbrunolaw.com
Plaintiffs' Liaison Counsel

4

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of July, 2007.

    /s/ Joseph M. Bruno

Joseph M. Bruno

5