UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' FOURTH UPDATED LIST
OF CLASS-CERTIFICATION EXHIBITS**

The MRGO Defendants submit this fourth updated list of exhibits for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO") and the amendment to the CMO, entered June 25, 2007 (Docket No. 5919) (hereinafter "Amendment"). The MRGO Defendants will continue to supplement this list as directed in the Court's CMO and its Amendment.

This exhibit list is submitted jointly, by all MRGO Defendants, in order to comply with the Court's Case Management Order No. 4, but the joint nature of this list does not

885165v.1

mean that each defendant necessarily adopts, approves, or endorses each exhibit contained in this list.

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data;

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data;

3. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina;

4. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report;

5. American Society of Civil Engineers, The New Orleans Hurricane Protection System: What Went Wrong and Why;

6. Standard Form 95s that were submitted to the U.S. Army Corps of Engineers by proposed class representatives in relation to Hurricane Katrina; and copies of the Standard Form 95s that were submitted to the U.S. Army Corps of Engineers by proposed class members in relation to Hurricane Katrina;

7. Records of insurance claims made by named plaintiffs, as well as putative class members, to recover pursuant to any insurance policy for damages resulting from or at the approximate time of Hurricanes Katrina and/or Rita;

8. Documents supportive of claims for assistance from the Louisiana Recovery Authority and the Road Home Program made by proposed class members arising from damage caused by Hurricane Katrina and/or Rita;

9. O.L.D. Profile Elevations Drawing - May 2005;

10. Map of the proposed class and sub-class boundaries;

11. Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

12. Map(s) of the Greater New Orleans Area depicting the components of the levee and drainage systems, including but not limited to the canals and waterways, floodwalls, pumping stations, berms, drainage, and levees;

13. Times-Picayune article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

14. All pleadings filed with the Court;

15. All discovery responses served by the parties;

16. Economic and real-estate data, public records, commentary, and scholarly papers relating to damages;

17. Aerial and ground-level photographs of the New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

18. Douglas Woolley & Leonard Shabman, Draft Final Report:  Decision-Making Chronology For The Lake Ponchartrain & Vicinity Hurricane Protection Project (June 2007);

19. Transcripts and audiovisuals of the named plaintiffs' depositions;

20. Photographs or audiovisual materials of the class representatives' homes and vicinity;

21. Times-Picayune article entitled "Katrina left many in eastern N.O. unscathed," generated by Leslie Williams, dated May 7, 2007;

22. Documents or records of charitable organizations or local, state, or federal governmental entities or agencies that pertain to payments to proposed class members or applications for benefits submitted by proposed class members;

23. Exhibits marked at the named plaintiffs' depositions;

24. Affidavits, business records, claims files, and other records from insurance companies; and

25. Without waiving any objections to plaintiffs' exhibits, defendants reserve the right to use all or some of plaintiffs' exhibits.

Dated:  July 20, 2007                                               Respectfully submitted,

| | |
|---|---|
| */s/ Gary M. Zwain* | */s/Ralph S. Hubbard III* |
| Lawrence J. Duplass, 5199 | Ralph S. Hubbard III, T.A., 7040 |
| Gary M. Zwain, 13809 | Joseph P. Guichet, 24441 |
| Andrew D. Weinstock, 18495 | Rachel Meese, 25457 |
|     Of |     Of |
| Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| 3838 N. Causeway Blvd., Suite 2900 | 601 Poydras Street, Suite 2775 |
| Metairie, Louisiana 70002 | New Orleans, Louisiana 70130 |
| Telephone: (504) 832-3700 | Telephone: (504) 568-1990 |
| Facsimile: (504) 837-3119 | Facsimile: (504) 310-9195 |
| | |
| Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District | Attorneys for St. Paul Fire and Marine Insurance Company |

885165v.1

*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Counsel for the Board of Commissioners for the Orleans Levee District

*/s/ William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

885165v.1

<u>*/s/Robin D. Smith*</u>
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorney for United States

## CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Fourth Updated List of Class-Certification Exhibits has been served upon all counsel of record by electronic notice via the Court's CM/ECF system, this 20th of July, 2007.

<u>*/s/ William D. Treeby*</u>
William D. Treeby

DLI-6128601v1

885165v.1