UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO<br><br>FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |

**MRGO DEFENDANTS' SECOND PRELIMINARY
LIST OF "COMMON LIABILITY" FACT WITNESSES**

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO"), the undersigned Defendants submit this second preliminary list of "common liability" fact witnesses.

The MRGO Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-

885094v.1

class action cases that are part of the Insurance category." CMO, § I(A). The MRGO Defendants deny that any liability issues exist in these consolidated cases that are common to any of the parties in any way that would allow class certification of any liability issues for trial. The MRGO Defendants herein expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the MRGO Defendants have endeavored in good faith to prepare this second preliminary exhibit list, it is necessarily limited, because discovery in this case has only recently begun, and will not close until early 2008. Consequently, MRGO Defendants have prepared this preliminary list on the basis of their best efforts and the information currently available, and submit this list in accordance with the Court's CMO and subject to later supplementation on the 20th day of every month as directed in that CMO. CMO, § IV(A)(3).[1]

    Christopher Accardo
    U.S. Army Corps of Engineers
    *(mailing)*
    P.O. Box 60267
    New Orleans, LA  70160-0267
    *(physical)*
    7400 Leake Avenue
    New Orleans, LA  70118
    <u>Subject Matter</u>:  Maintenance of the MRGO

    Walter Baumy
    U.S. Army Corps of Engineers
    *(mailing)*
    P.O. Box 60267
    New Orleans, LA  70160-0267
    *(physical)*

---

[1] If counsel wishes to contact any current or former federal employees, such contact must be made through counsel for the United States.

7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

John Bivona
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design and construction of the MRGO

Richard Broussard
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Design, construction and maintenance of the MRGO

Jerry Colletti
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Levee inspections

Michelle Daigle
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
Subject matter:  Maintenance of the MRGO

Ronald C. Goldman, P.E.
Chief Hydraulics Branch
USACE, Vicksburg District
4155 Clay Street
Vicksburg, MS  39183
<u>Subject matter</u>:  Hydrological mapping and data relating to the Lake Pontchartrain and Vicinity Hurricane Protection Plan ("LPVHPP")

Geneva Grille, P.E.
110 Noble Drive
Belle Chasse, LA  70037
<u>Subject Matter</u>:  The engineering interface between the U.S. Army Corps of Engineers and the Louisiana Department of Transportation, Lake Borgne Levee District ("L.B.L.D."), Orleans Levee District ("O.L.D.") and various contractors regarding the LPVHPP

Mark Huber
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Hydrology of MRGO

Victor Landry
Retired Director Orleans Levee District
329 Virginia St.
New Orleans, LA 70124
<u>Subject matter</u>:  The Gulf Intracoastal Waterway ("GIWW")

Alfred Naomi
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  LPVHPP project management

Nancy Powell
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Hydrology of MRGO

Edmund Russo
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Maintenance of the MRGO

David V. "Vann" Stutts
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Design, construction and maintenance of the MRGO

Richard Varuso
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Design, construction and maintenance of the MRGO

885094v.1

Harley Winer
U.S. Army Corps of Engineers
*(mailing)*
P.O. Box 60267
New Orleans, LA  70160-0267
*(physical)*
7400 Leake Avenue
New Orleans, LA  70118
<u>Subject matter</u>:  Effects of storm surge on the MRGO


Dated:  July 20, 2007                                              Respectfully submitted,


<u>/s/Lawrence J. Duplass</u>                              <u>/s/Ralph S. Hubbard III</u>
Lawrence J. Duplass, 5199                          Ralph S. Hubbard III, T.A., 7040
   Of                                                           Joseph P. Guichet, 24441
Duplass, Zwain, Bourgeois, Morton, Pfister          Of
& Weinstock                                        Lugenbuhl, Wheaton, Peck, Rankin &
3838 N. Causeway Blvd., Suite 2900                 Hubbard
Metairie, Louisiana 70002                          601 Poydras Street, Suite 2775
Telephone: (504) 832-3700                          New Orleans, Louisiana  70130
Facsimile: (504) 837-3119                          Telephone:  (504) 568-1990
                                                   Facsimile:   (504) 310-9195

Attorney for Board of Commissioners for
the Lake Borgne Basin Levee District               Attorneys for St. Paul Fire and Marine
                                                   Insurance Company

| | |
|---|---|
| */s/Thomas P. Anzelmo* | */s/William D. Treeby* |
| Thomas P. Anzelmo, 2533 | William D. Treeby, 12901 |
| Mark E. Hanna, 19336 | Carmelite M. Bertaut, 3054 |
| Kyle P. Kirsch, 26363 | Heather S. Lonian, 29956 |
| Andre J. Lagarde, 28649 | Of |
| Of | Stone Pigman Walther Wittmann L.L.C. |
| McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel | 546 Carondelet Street |
| 3445 N. Causeway Boulevard, Suite 800 | New Orleans, Louisiana  70130 |
| Metairie, Louisiana  70002 | Telephone:  (504) 581-3200 |
| Telephone:  (504) 831-0946 | Facsimile:   (504) 581-3361 |
| Facsimile:   (504) 831-2492 | |
| | Attorneys for Washington Group International, Inc. |
| And | |
| | Of counsel |
| James L. Pate, 10333 | Adrian Wager-Zito |
| Ben L. Mayeux, 19042 | Julie McEvoy |
| Of | Jones Day |
| Laborde & Neuner | 51 Louisiana Avenue, N.W. |
| One Petroleum Center, Suite 200 | Washington, D.C. 20001-2113 |
| 1001 West Pinhook Road, Suite 200 | Telephone:  (202) 879-4645 |
| Post Office Drawer 52828 | Facsimile:  (202) 626-1700 |
| Lafayette, Louisiana  70505-2828 | |
| Telephone:  (337) 237-7000 | |
| | |
| Attorneys for the Counsel for the Board of Commissioners for the Orleans Levee District | |

885094v.1

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile:  (202) 616-5200

Attorneys for United States

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Preliminary List of "Common Liability" Fact Witnesses has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of July, 2007.

*/s/William D. Treeby*
William D. Treeby

885094v.1