UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
       CONSOLIDATED LITIGATION
                                     NO. 05-4182

                                     SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
            06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
            07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

---

THE MRGO PLAINTIFFS' FINAL LIST FOR CLASS CERTIFICATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs and the Proposed Plaintiffs' Class Representatives herein, who, pursuant to Case Management and Scheduling Order No. 4, as amended, respectfully represent that the following witnesses will or may be called at the class certification hearing commencing on November 5, 2007:

1.  Kenneth Paul Armstrong, Sr.      Fact testimony re personal experiences and
    28 Park Place Dr., #601           losses;
    Covington, LA 70433              Lower 9th Ward & St. Bernard Sub-Class Rep

2.  Jeanine B. Armstrong             Fact testimony re personal experiences and losses;
    28 Park Place Dr., #601          Lower 9th Ward & St. Bernard Sub-Class Rep
    Covington, LA 70433

3.  Ethel Mae Coats                  Fact testimony re personal experiences and losses;
    756 Louisiana Ave.               Lower 9th Ward & St. Bernard Sub-Class Rep
    New Orleans, LA 70118

4.  Henry Davis                      Fact testimony re personal experiences and losses;
    7650 Morel Street                New Orleans East Sub-Class Re
    New Orleans, LA

1

| | | |
|---|---|---|
| 5. | Glynn Wade<br>4719 Bundy Rd<br>New Orleans, LA | Fact testimony re personal experiences and losses; New Orleans East Sub-Class Rep |
| 6. | Chad A. Morris, P.L.S. | Expert witness. Mr. Morris's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 7. | G. Paul Kemp, Ph.D. | Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 8. | John A. Kilpatrick, Ph.D. | Expert witness. Dr. Kilpatrick's testimony will address the diminution of value of the New Orleans real estate market resultant of the August/ September 2005 metropolitan New Orleans innundation, and that such a diminution can be quantified on a class wide basis. |
| 9. | Michael Sartisky, M.D. | Expert witness. Dr. Sartisky's testimony will address the loss of cultural heritage to the New Orleans area resultant of the August/ September 2005 metropolitan New Orleans innundation, and that such a loss can be quantified on a class wide basis. |
| 10. | Matthijs Kok | Expert witness. Mr. Kok's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |
| 11. | Any witness listed by any other party | |
| 12. | Any witness called by any other party | |

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

> MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE
>
> s/ James Parkerson Roy
> JAMES PARKERSON ROY
> MR-GO PSLC Liaison Counsel
> LA. Bar Roll Number: 11511
> Domengeaux Wright Roy & Edwards LLC
> P.O. Box 3668
> Lafayette, LA. 70502
> Telephone: (337) 593-4190 or (337) 233-3033
> Facsimile: 337-233-2796
> Email: jimr@wrightroy.com
>
> for
>
> MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
>
> Jonathan Andry (The Andry Law Firm, New Orleans, LA)
> Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
> Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
> James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of July, 2007.

/s/ Joseph M. Bruno

Joseph M. Bruno