UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  Kimble, 06-4800 | SECTION "K" (2) |

### ORDER

The referenced case, Kimble v. Republic Fire and Casualty, C.A. No. 06-4800, was recently transferred and consolidated with the captioned Katrina Canal Breaches Litigation.  Accordingly,

**IT IS ORDERED** that plaintiff's Motion to Compel, Record Doc. No. 6617 (previously Record Doc. No. 8 in C.A. 06-4800), will be determined on the record without oral argument on the August 8, 2007 motion docket of the undersigned magistrate judge.

New Orleans, Louisiana, this   20th   day of July, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE