UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:   KATRINA CANAL BREACHES    *    CIVIL ACTION
         CONSOLIDATED LITIGATION    *    NO. 05-4182 "K" (2)
                                    *    JUDGE Duval
                                    *    MAG. WILKINSON
_____ *
PERTAINS TO:                        *
                                    *
LEVEE     (06-5937 - Yacob)         *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the Plaintiffs' Unopposed Motion for Voluntary Dismissal of Defendant, Virginia Wrecking Company, Inc., Without Prejudice:

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Motion be and is hereby **GRANTED** and that Virginia Wrecking Company, Inc., be and is hereby dismissed from this matter without prejudice, reserving to the plaintiffs all rights as to all other parties herein.

NEW ORLEANS, LOUISIANA, this __20th__ day of ___July___, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge