UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE: | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| *Sean Goodman and his wife Silvia Goodman v. Fidelity National Insurance Company, Robert Sheard Insurance Agency, Inc., Robert Sheard and ABC Insurance Company No. 06-3799* | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO WITHDRAW**
**AND DESIGNATE TRIAL ATTORNEY**

NOW INTO COURT, through undersigned counsel, comes defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and hereby requests that David E. Walle and Gregory J. McDonald of BIENVENU, FOSTER, RYAN & O'BANNON, LLC be withdrawn as attorneys of record for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and that Ralph G. Breaux and John W. Waters, Jr. of BIENVENU, FOSTER, RYAN & O'BANNON, LLC, be enrolled as counsel of record and Ralph G. Breaux be designated as trial attorney for LOUISIANA

-1-

CITIZENS PROPERTY INSURANCE CORPORATION. Counsel represents that the requested designation will not delay the progress of this case.

WHEREFORE, defendant, LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, respectfully requests that David E. Walle and Gregory J. McDonald of BIENVENU, FOSTER, RYAN & O'BANNON, LLC be withdrawn as attorneys of record for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and that Ralph G. Breaux and John W. Waters, Jr. of BIENVENU, FOSTER, RYAN & O'BANNON, LLC, be enrolled as counsel of record and Ralph G. Breaux be designated as trial attorney for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION.

    Respectfully submitted,

    BIENVENU, FOSTER, RYAN & O'BANNON, LLC

        /s/Ralph G. Breaux
BY: _____
    RALPH J. BREAUX (#24314) - T.A.
    JOHN W. WATERS, JR. (#13258)
    1010 Common Street, Suite 2200
    New Orleans, LA 70112-2401
    Telephone: (504) 310-1500
    Fax: (504) 310-1501
    *E-Mail:* *RBreaux@bfrob.com*
    *E-Mail:* *JWaters@bfrob.com*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile transmission, hand delivery, electronic mail and/or depositing same in the United States Mail, postage pre-paid on July 20, 2007.

*/s/Ralph G. Breaux*

_____