UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Levee Plaintiffs' Motion for Leave to Depose Lt. Gen. Elvin R. Heiberg, III, USACE (Ret'd.), Record Doc. No. 6376

O R D E R E D:

 XXX : DENIED.  None of the reasons provided by plaintiffs in support of this motion for expediting the date of the deposition of Lt. Gen. Heiberg before the commencement date for common liability issues fact depositions is persuasive.  The deposition may be scheduled in a mutually convenient way by counsel for completion during the common liability issues fact deposition phase of Case Management Order No. 4, at a place that is convenient for the witness.

New Orleans, Louisiana, this  23rd  day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**