UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Rault, 06-1734      JUDGE DUVAL
                                                             MAG. WILKINSON

## SCHEDULING ORDER

A Preliminary Conference was held in the referenced case, Bonnie M. Rault v. Encompass Insurance Co. et al., C.A. No. 06-1734, on July 19, 2007.  Participating via telephone were: Miles P. Clements, representing plaintiff; Donald F. deBoisblanc, Jr., representing defendant.

The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Rault case, which were bifurcated and referred to me by the presiding district judge.  Record Doc. No. 6068.  The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing "non-class" action cases asserting claims involving individual adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.  The dates and deadlines established herein apply only to the individual Rault issues.

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **December 5, 2007**. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the court.

Depositions for trial use shall be taken and all discovery shall be completed not later than **November 30, 2007**.

The previously fixed deadline for amendments to pleadings, third-party actions, cross-claims, and counterclaims has lapsed. No further amendments will be allowed, absent a showing of good cause.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **September 12, 2007**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about

which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **October 12, 2007**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than **October 12, 2007**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed.  A further settlement conference will be scheduled before the Magistrate Judge at any time at the joint request of all parties to this action.

The individualized issues in the Rault case do not involve extensive documentary evidence, depositions or other discovery.  No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

**The Final Pretrial Conference will be held December 11, 2007 at 2:30 p.m. before the Magistrate Judge**.  Counsel will be prepared in accordance with the final Pretrial Notice attached.  At this pretrial conference, a date for jury trial in January 2008 may be assigned.  Counsel are directed to reserve time on their calendars appropriately.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause.  Continuances will not normally be granted.

New Orleans, Louisiana, this __23rd__ day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**