UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, *Richardson* (06-9246) | § | |
| _____ | § | |

## EX PARTE CONSENT MOTION FOR AN EXTENSION OF TIME

The United States of America respectfully moves pursuant to Local Rule 7.9 (E) for an extension of twenty (20) days within which to answer or otherwise plead to plaintiff's Complaint.

At present, the deadline to answer is today, July 23, 2007.  Undersigned counsel certifies that legal counsel for Josephine Richardson has been consulted and expresses no opposition to the requested extension.  This motion is not made for any improper motive, but out of a genuine need for more time.

**WHEREFORE**, the United States respectfully requests that an extension of time from July 23, 2007, up to and including August 12, 2007, be granted to Answer or otherwise respond.

1

This request is respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Richard R. Stone
        RICHARD R. STONE
        Senior Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: July 23, 2007

## CERTIFICATE OF SERVICE

    I, Richard R. Stone, hereby certify that on July 23, 2007, I served a true copy of the United States' Ex Parte Motion for an Extension of Time upon all parties by ECF.

                          s/    Richard R. Stone
                           RICHARD R. STONE