## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  LEVEE | § | |
| *Sims*, 06-5116 | § | |
| *Richard*, 06-5118 | § | |
| *DePass*, 06-5127 | § | |
| *Adams*, 06-5128 | § | |
| *Bourgeois*, 06-5131 | § | |
| *Ferdinand*, 06-5132 | § | |
| *Christophe*, 06-5134 | § | |
| *Williams*, 06-5137 | § | |
| *Porter*, 06-5140 | § | |
| *Augustine*, 06-5142 | § | |
| | § | |

## DEFENDANT UNITED STATES' MOTION TO DISMISS

The United States of America hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss the complaints filed against it in these actions:  *Sims* (06-5116); *Richard* (06-5118); *DePass* (06-5127); *Adams* (06-5128); *Bourgeois* (06-5131); *Ferdinand* (06-5132); *Christophe* (06-5134); *Williams* (06-5137); *Porter* (06-5140); *Augustine* (06-5142).

For the reasons set forth in the accompanying Memorandum of Law, this Court lacks subject matter jurisdiction over the claims alleged against the United States.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER, III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
KARA K. MILLER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4289 / (202) 616-5200 (Fax)
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2007, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon all counsel of record by ECF.

                                  s/ Robin D. Smith
                                     Robin D. Smith