## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| _____ | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  LEVEE | § | |
| *Sims, 06-5116* | § | |
| *Richard, 06-5118* | § | |
| *DePass, 06-5127* | § | |
| *Adams, 06-5128* | § | |
| *Bourgeois, 06-5131* | § | |
| *Ferdinand, 06-5132* | § | |
| *Christophe, 06-5134* | § | |
| *Williams, 06-5137* | § | |
| *Porter, 06-5140* | § | |
| *Augustine, 06-5142* | § | |
| _____ | § | |

## NOTICE OF HEARING

TO:    All Counsel of Record.

PLEASE TAKE NOTICE THAT the undersigned will hear the Defendant United States'
Motion to Dismiss the above-captioned complaints at the Courtroom of the Honorable Stanwood
R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans,, on the 12th day of
September, 2007, at 2:00 p.m.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana