MINUTE ENTRY
WILKINSON, M.J.
JULY 23, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: MRGO, LEVEE                         SECTION "K" (2)

At the request of Liaison Counsel, a telephone conference was conducted on this date. Participating via telephone were: Scott Joanen, representing plaintiffs; Seth Schmeekle, representing defendants. The purpose of the conference was to discuss the content of the report of Liaison Counsel concerning the status of scheduling of common liability issues fact depositions, as required in Case Management Order No. 4 ("CMO No. 4") at ¶ IV(D)(6), p. 35. Considering the representations of counsel,

**IT IS ORDERED** that the deadline by which Liaison Counsel must provide a written report concerning the scheduling of common liability issues fact depositions to the undersigned magistrate judge is hereby extended to **Monday, July 30, 2007**.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **00: 10**