UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE (*Benjamin* 06-8849) | * | |

*************************************

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Jan C. Benjamin, and defendant, Massachusetts Bay Insurance Company, incorrectly sued as Hanover Insurance Company, who stipulate that the above-captioned matter has settled and move that this matter be dismissed, with prejudice, each party to bear their own costs.

Respectfully submitted,

_____
JACK C. BENJAMIN, JR., #22735
Pan American Life Center
601 Poydras Street, Suite ~~1850~~ 1600
New Orleans, LA 70130
Telephone:   (504) 581-6062
Facsimile:   (504) 522-9129
**Attorney for Jan C. Benjamin**

_____
SIMEON B. REIMONENQ, JR., T.A., #19755
RALPH S. HUBBARD, III, #7040
**LUGENBUHL, WHEATON, PECK,**
    **RANKIN & HUBBARD**
601 Poydras St., Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195
**Attorneys for Massachusetts Bay**
**Insurance Company**