UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| _____ | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE (*Benjamin* 06-8849) | * | |

*************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above numbered and entitled matter be and is hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE