UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.:   05-4182 |
| | * | |
| _____ | * | SECTION "K" (2) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| LEVEE (Greer 07-647) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

_____

**MOTION TO ENROLL AS ADDITIONAL COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Laura Greer, who respectfully requests an order enrolling H. Price Mounger of The Law Office of Joseph M. Bruno, APLC, as additional counsel for plaintiff in this matter.

WHEREFORE, plaintiff, Laura Greer, requests the Court issue an Order allowing the enrollment of additional Counsel on her behalf.

RESPECTFULLY SUBMITTED:

The Law Office of Joseph M. Bruno, APLC


s/ Joseph M. Bruno
Joseph M. Bruno (Bar #3604)
Price Mounger  (Bar # 19077)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com
            price@jbrunolaw.com


**CERTIFICATE OF SERVICE**

I do hereby certify that on this 24th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.


s/ Joseph M. Bruno
JOSEPH M. BRUNO