UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.:   05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| THIS DOCUMENT RELATES TO: | * | |
| LEVEE (Greer 07-647) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

## ORDER

_____Considering the foregoing motion:

IT IS ORDERED, that H. Price Mounger of The Law Office of Joseph M. Bruno, APLC is hereby enrolled as additional counsel of record for plaintiff in the above entitled matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE