UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR RECONSIDERATION OF THE COURT'S ORDER ON DEFENDANT'S MOTION TO COMPEL

**NOW COMES** defendant, Travelers Property Casualty Company of America ("Travelers"), who respectfully requests that the Court reconsider the portion of its Order of July 12, 2007 (Record Doc. 6428) wherein the Court denied Travelers' Motion to Compel Responses to Interrogatory Nos. 17 and 18, and Request for Production Nos. 8, 9, 16, 17, 18, 19, 20, 21, 22, 23, 24 and 25. For the reasons more fully set forth in Travelers' Memorandum in Support, Travelers seeks reconsideration of portions of this Court's Order of July 12, 2007 (Record Doc. 6428) pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
**SIMEON B. REIMONENQ, JR., T.A., #19755**
**RALPH S. HUBBARD III, #7040**
**LUGENBUHL, WHEATON, PECK,**
    **RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

OF COUNSEL:

**CHRISTOPHER J. HUG**
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**Attorneys for Travelers Property**
**Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, a copy of Motion for Reconsideration of the Court's Order of Defendant's Motion to Compel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to those attorneys listed by the court as non-CM/ECF participants.

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.