Recovery E-Bulletin No. 4
December 2, 2005

# THIS MONTH AT XAVIER

## THE ROAD TO RECOVERY

Archives / **IN THIS ISSUE:**

75% of Xavier Students Returning in January 2006

XU Hurricane Relief Fund Receives Gifts Large and Small

Students Can Retrieve Personal Belongings Dec. 9-11

XU, TU to Study Racial Disparities In Cancer Outcomes

NEH Awards XU Grant to Restore Archival Materials

Lusher Open to Children of XU Employees/Students

University offers Distance Learning

An Urgent Call to Action

Xavier in the News

Xavier*Writes*


Campus lights are on!


Library Resource Center

### Clinton Gets First-hand Look at the Xavier Recovery



Former U.S. president William "Bill" Clinton toured Xavier campus escorted XU President Norman Francis along with XU alumna and Board of Trustees member Alexis Herman '69. During his to New Orleans with former President George Bush announced $90 million i grants for colleges and churches in the states ravaged by Hurricane Katrina.

(photo by Warren Bell, Jr.,)

**UPDATE - Dec. 8, 2005: President Clinton Visits Campus**

## Bush-Clinton Katrina Fund Announces Help for Colleges

It was, just as Dr. Norman Francis described it, an "historic moment" at Xavier University on Wednesday 7, 2005. That's when former US president William "Bill" Clinton visited the Xavier campus for a firsthand at recovery and repair operations in the wake of Hurricane Katrina more than three months earlier. [see photos ].

Earlier that same day Clinton and former president George H.W. Bush, whom the Washington Post des as "the unlikely duo that has proved to be a fundraising colossus on behalf of disaster victims," had retu to New Orleans to announce -- on the campus of the University of New Orleans -- that they would give $ million from their Bush-Clinton Hurricane Relief Fund to universities, faith-based groups and other rebui efforts along the devastated Gulf Coast states of Louisiana, Mississippi and Alabama. Bush and Clinton were tapped in September by President George W. Bush to lead the fundraising effort for hurricane vict have already raised $100 million in their Relief Fund and they expect to raise even more.

The $30 million grant for universities will be shared by Xavier University and more than 30 universities a colleges along the Gulf Coast, to help them absorb the costs of reconstruction, assisting students displa by the storm and paying salaries to retain their faculty. The individual grant amounts will be based on a formula that takes into account the extent of damages to each campus.

During a news interview, Xavier's president Francis indicated that he was expecting the university would receive "more than one-million dollars" from the $30 million grant, based on the extent of damages the midtown campus suffered from Hurricane Katrina's fierce winds and the massive flooding that followed storm.

The Xavier president also cheered the Bush-Clinton Relief Fund for partnering with UNCF, the United N College Fund, to raise additional money specially earmarked to provide extra assistance to the historica Black colleges and universities that were impacted by the storms.

UNCF president and CEO, Dr. Michael Lomax, agreed with Dr. Francis.

"The financial and physical impact on Xavier, Dillard and our other HBCU's was especially painful," said Lomax, himself a former president at Dillard, adding, "That's because our schools have not traditionally concentrated on building up their endowments for emergency needs, but rather on dedicating most of t

EXHIBIT C


NCF Inspects clean-up


Time stands still


Alum gets closer look


University Center


Workers scale the heights

**Xavier*Writes***

Faculty/Staff

endowment dollars to scholarships and professorships."

As far as the Xavier community was concerned, the highlight of the day was the visit by Clinton to the X campus arranged by his former Labor Secretary Alexis Herman, herself a Xavier graduate.

Accompanied by a team of Secret Service agents, Clinton arrived first at the Xavier Barn to inspect the damages to the gym flooring inside, then he visited several other campus buildings including the Library College of Pharmacy and the University Center. All of those facilities are still being repaired as the Xavi campus prepares to welcome students back in mid-January, when classes resume.

Wherever he went on campus, the former president took time to greet and pose for pictures with univer: staff members and students – **Rainier Batiste**, a junior biology/pre-med from Baton Rouge, La.; SGA President **Regina McCutcheon**, a senior biology/pre-med major from Baton Rouge, La.; Junior Class President **Crystal Moore**, a junior business major from Meridian, Miss.; **Alexis Barbarin**, a senior biolo major from New Orleans; and **Cedric Robertson**, a junior biology/pre-med major from Baton Rouge, La selected to meet with him, as well as the construction workers on campus to help in the rebuilding effort

Observers said Clinton seemed genuinely interested in Xavier's situation, and wanted to ensure that the university receives all off the help it is entitled to in the wake of Katrina, so that it can return to its previo position of excellence among America's institutions of higher learning.

## 75% of Xavier Students Returning in January 2006

Despite early predictions of major enrollment decreases in the aftermath of Hurricane Katrina at New O colleges and universities, nearly seventy-five per cent of Xavier students have already confirmed their intentions to return to campus when the University reopens for classes in January 2006.

Expected enrollment could grow higher this week, as students drop/add courses online in order to adjus schedules to reflect any courses they may have taken elsewhere.

The official online registration and housing request period for students to declare their intentions to retur to secure dormitory housing for next semester, took place from Nov. 7 to Nov. 18. A total of 2,779 stude confirmed their plans to return to Xavier in mid-January, retaining their registration status, with more tha 1,600 of those students requesting campus housing at one of the university dormitories.

Enrollment before the hurricane was over 4,000. The university has already confirmed that more than 1 beds will be available when the campus reopens.

The online drop/add period – designed to allow students to drop whatever courses they may have taker elsewhere and select other courses instead – ends this week. Most classes will be held on Xavier's can however, students have the opportunity to register for courses not offered by XU at the Loyola and Tula University campuses, on a space available basis as part of the partnership arrangement.

Meanwhile, the restoration of the Xavier campus continues, with contractors and university staff racing t repair critical areas damaged by the hurricane and the subsequent flood waters. The campus will reope mid-January with classes scheduled to resume on Tuesday, Jan. 17, 2006.

## Hurricane Relief Fund Receives Gifts Large and Small

From the smallest contributions given by elementary school students in a Catholic school in New York t $2 million grant from the Bush Foundation, Xavier has received support from alumni and friends around world in response to Hurricane Katrina.

As word got out about Xavier's plight and of the damage and destruction the campus, the University be receive private donations to help with the recovery. To date, the Xavier University Alumni and Friends Hurricane Relief Fund has received approximately $4.5 million from alumni, individual supporters, foundations, and other organizations.

While the support is impressive, it represents just a fraction of what is needed to rebuild Xavier. The cos full recovery is estimated at $90 million, some of which may be covered by insurance and FEMA payme but much more assistance will be needed to fully restore the University. Requests for operational and reconstruction grant funds from federal support have not materialized, thus far, so Xavier must continue on alumni and friends to help bridge the gap in funds.

**Dr. Thomas Bonner, Jr.** (chair, English) was the Distinguished Visiting Scholar at the University of Tulsa, where he lectured on William Faulkner, Ernest Hemingway, and Contemporary American Literary Culture.

**Winston Brown** (dean, admissions) moderated one panel and served as a panelist on another reviewing recovery efforts of Gulf Coast educational institutions in the aftermath of Hurricane Katrina at the College Board National Forum, held in New York City.

**Dr. Howard Mielke** (pharmacy) presented a series of lectures in Norway in support of researchers who found the same pattern of urban soil contamination in Oslo and other cities as he described in New Orleans. Norway is developing policies for bringing in clean soils and covering contaminated play areas at Daycare centers.

Four English faculty – **Dr. Thomas Bonner, Jr., Dr. Violet Bryan, Dr. Nicole Greene and Dr. Biljana Obradovic** – made presentations in their specialties and chaired sessions at the South Central Modern Language Association Conference, held in Houston, Texas. Bonner also represented the College Board's AP program in Houston.

## An Urgent Call to Action

The *Times-Picayune* newspaper in New Orleans recently urged all of us who love New Orleans, in a front page editorial, to write letters to Congress asking them to appropriate sufficient funding to fortify and rebuild area levees – several of which failed, with disastrous consequences, following Hurricane Katrina.

I encourage our Xavier students, parents, faculty, staff, and our alumni and friends around the nation to heed the T-P editorial and write letters to their respective US Congressmen and Senators. We must remind them

Despite the disruption of normal operations and the dislocation of staff, Xavier was able to mail a fundra appeal to alumni and friends in October. In addition, the Xavier website has posted the appeal message well as the various ways in which a gift could be made to the University. A "mini-phonathon" is now und to follow up with alumni and friends to encourage them to make their gift.

According to Adrienne Brooks, vice president for Institutional Advancement, the Hurricane Relief campa has made an impressive start. "Our alumni are rallying to our appeal for support," she said. "Young alun and older alumni recognize the need and the importance of their support and are responding accordingl She also recognized the efforts of the Xavier National Alumni Association and the local chapters aroun country. "They are hosting fundraisers and providing books, supplies, and other support to dislocated X students who had to enroll at other schools."

The response of the general public has been equally impressive, particularly those who may not have k of Xavier before the hurricane but heard Dr. Francis on CNN, NPR or other programs or read the news accounts of Xavier in publications such as *The New York Times*.

"We received so many letters in response to Dr. Francis and the Xavier story. People were genuinely m and wanted to help," says Brooks. "The outpouring of support has been gratifying."

The Recovery Campaign will continue through the upcoming year, as much still remains to be done. "D Francis has said that Xavier has a promise to keep for future generations," says Brooks. "With the help alumni and friends, we will keep that promise just as Xavier has done for past generations of students."

*Have you made your contribution yet? Click here to support the Alumni and Friends Hurricane Relief Fu*

### Room with a View



Most students will find t rooms just as they left t prior to the storm. All st – even those whose suf water damage – will hav opportunity to secure th personal belongings De 11.

( photo by Irving Johnson III

## Students Can Retrieve Personal Belongings Dec. 9-11

Amid continuing campus restoration and recovery efforts, the University has announced dates and procedures for residence students to retrieve their personal belongings from campus housing.

Students will be admitted on campus according to a strict timetable on Friday-Sunday, Dec. 9-11. It will first time students have been allowed on the grounds since Hurricane Katrina forced evacuation of the residence halls in late August.

To view or retrieve their personal property, students must present their Xavier ID and a room key. Once admitted, students will have the option of securing their belongings in their rooms in anticipation of retur campus in January 2006, of physically removing the items from the campus, or of arranging to have the shipped elsewhere.

Residents who had rooms on the first floor of St. Joseph, Katharine Drexel and St. Martin DePorres tha experienced water intrusion will find that their belongings have already been packed and labeled by a professional disaster service company.

to support the rebuilding of New Orleans, and to support the rebuilding of institutions such as Xavier with its unique and distinguished record of preparing leaders in so many career areas.

Rebuilding the levees to protect the greater New Orleans area from future storms is an essential element in efforts to attract more individuals and businesses back to New Orleans. Our city will need residents with the wherewithal to help restore the city to its rightful place as one of the great cities in the world. That is why we invite the Xavier family to write letters to Congress, urging their representatives to make the resources available for New Orleans to fully recover.

- Norman Francis

For safety reasons, access to the rest of the campus will be strictly limited. For other important details a the retrieval procedures, visit here.

The retrieval timetable is as follows:

DECEMBER 09

9 to 11 a.m. - St. Michael's (3rd floor); House of Studies (4th floor)
12 noon to 2 p.m. - St. Michael's (2nd floor); House of Studies (3rd floor)
2:30 to 4:30 p.m. - St. Michael's (1st floor); House of Studies (1st & 2nd floors)

DECEMBER 10

9 to 11 a.m. - KD Hall (5th & 6th floors); Living Learning Center (4th & 5th floors)
12 noon to 2 p.m. - KD Hall (3rd & 4th floors); Living Learning Center (2nd & 3rd floors)
2:30 to 4:30 p.m. - KD Hall (1st & 2nd floors); Living Learning Center (1st floor)

DECEMBER 11

9 to 11 a.m. - St. Joseph (3rd floor); St. Martin DePorres (6th & 7th floors)
12 noon to 2 p.m. - St. Joseph (2nd floor); St. Martin DePorres (4th & 5th floors)
2:30 to 4:30 p.m. - St. Joseph (1st floor); St. Martin DePorres (1st, 2nd & 3rd floors)

## XU, Tulane to Study Racial Disparities in Cancer Outcomes

Xavier and the Tulane Cancer Center will share in a four-year, $1.4 million planning grant from the Natio Cancer Institute designed to study racial disparities in cancer outcomes.

Approximately $880,000 will go to Xavier with the remaining $540,000 going to the Tulane Cancer Cent

According to National Cancer Institute data, cancer incidence rates among African-Americans are as m 50 percent higher for a number of malignancies, while the overall cancer mortality rate is one-third high among African-Americans than Caucasian Americans.

One problem often cited for higher illness and mortality rates among minority groups is the lack of acce care and, as a result, later diagnoses. The Xavier group will address this by educating doctors and othe health-care professionals on how to communicate better with people from different backgrounds.

"Being sensitive to the culture impacts whether patients are going to come back to see you again," said Kathleen Kennedy, associate dean of Xavier's College of Pharmacy and co-principal investigator on the with Roy Weiner, director of the Tulane Cancer Center.

Kennedy said the grant will also allow Xavier students get involved in cancer research with faculty mem and, perhaps, interest them in research as a career.

Weiner said Tulane researchers will also study cancer at the molecular level and see whether there mig a biological basis for the different outcomes among races. Breast and prostate cancers will be of particu interest, he said, because their outcomes are so different, depending on race, and because much is kn about the tumors' biology.

Playing key roles as joint program managers on this grant are Thomas Wiese, assistant professor of biochemistry in the Division of Basic Pharmaceutical Sciences in the XU College of Pharmacy, and Ste M. Hill, professor and vice chair of the Department of Structural & Cellular Biology and the Edmond & Li Safra Chair for Breast Cancer Research at the Tulane Medical School.

## NEH Awards XU $25,000 Grant to Restore Archival Materials

The Xavier Archives was among 19 libraries, museums, colleges, universities, and other cultural and hi institutions awarded emergency grants from The National Endowment for the Humanities (NEH) to reco and preserve cultural resources affected by Hurricanes Katrina and Rita.

The grant will support the University's effort to clean and protect its collection of archival materials, such photographic collections of 19th- and early 20th-century African American life and culture in New Orlear Louisiana and manuscript collections, correspondence, and rare books of notable African American aut

## Lusher School Open to Children of XU Employees and Students

The Lusher Charter School, a K-12 program, is opening in January 2006. XU employees and students now register their children for the spring 2006 semester.

If your child was previously enrolled at Lusher, please visit the Lusher website to register for spring 200 the school where your child was enrolled pre-Katrina will not reopen in January, your child is guaranteer enrollment in the Lusher Charter School for the spring semester (January-June) upon registration.

Parents of children whose schools are scheduled to reopen but who would prefer their children to atten Lusher Charter School may apply for enrollment on a space-available basis. Employees and students w to register new students should visit here.

The registration deadline for both previously enrolled students and for children of consortial university members is Dec. 13, 2005. Registration forms submitted after that date will be considered applications enrollment on a space-available basis.

For additional information regarding registration, application, and enrollment, please contact Lusher Ch; School at (504) 862-5110, from 9 a.m. to noon, Monday through Friday, or send an email to LusherSchool@yahoo.com.

## University offers Distance Learning

The University will be offering several courses online next semester. Students should search the Update 2005 Course Offerings for courses that will be taught either as web-based (some face-to face-meetings online (no face-to-face meetings). XU faculty have spent the months following Katrina preparing and pla for the delivery of their courses using an online format. The Distance Learning website has been update revised to include resources for faculty and students as they take advantage of these e-learning opportunities.

## Xavier in the News:

The University has been all over the news in the wake of Hurricane Katrina. Here are a few examples:

    The Times-Picayune - Most Xavier students plan to return

    BizNewOrleans.com - Xavier says 75% of students will return

    The Times-Picayune - Xavier and Tulane share cancer grant

    Black College Wire - Xavier Prepares for January Reopening

Xavier students, faculty and staff, meanwhile, have evacuated far and wide. Here are a few of their stor told by the local media outlets in those areas:

    Project Grad USA - A Scholar in the Eye of the Storm

    DailyCampus.com (SMU) - Students displaced by Katrina prepare to return to home

    Baton Rouge Advocate - Evacuated librarian lends hand, finds peace

    National Student Clearing House - Where Did They Come From? Where Did They Go?

    DiamondbackOnline.com - Finally a glimpse of home

Art faculty Ron Bechet and John Scott were featured in an NPR radio segment entitled, "Katrina Alters t View for New Orleans Artists." You can listen to the article at the link below, which includes photos of th work and studio.

    NPR - Katrina alters the view for New Orleans artists

> If you have any comments about **TMAX**, or have some information you would like to submit for publication, please direct an e-mail to rtucker@xula.edu

© 2005 Xavier University of Louisiana. All rights reserved
1 Drexel Drive – New Orleans, Louisiana – 70125 – 504/486-7411