UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: INSURANCE, | * | |
| *Xavier Univ. of La.*, No. 06-0516 | * | |

## ORDER

Considering the foregoing Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel filed by Travelers Property Casualty Company of America be and is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

195914-1