UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION

TO:   Xavier University of Louisiana
     Through its attorney of record:
     James M. Garner, Esq.
     Darnell Bludworth, Esq.
     Sher Garner Cahill Richter Klein & Hilbert LLC
     909 Poydras Street, 28th Floor
     New Orleans, LA 70112

**PLEASE TAKE NOTICE** that defendant, Travelers Property Casualty Company of America, will bring on for hearing its "Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel" before the Honorable Joseph C. Wilkinson, Jr. on the 8th day of August, 2007, at 11:00 o'clock a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
**SIMEON B. REIMONENQ, JR., T.A., #19755**
**RALPH S. HUBBARD III, #7040**
**LUGENBUHL, WHEATON, PECK,**
   **RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:

**CHRISTOPHER J. HUG**
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**Attorneys for Travelers Property**
**Casualty Company of America**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 24, 2007, a copy of Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to those attorneys listed by the court as non-CM/ECF participants.

                                      s/Simeon B. Reimonenq, Jr.
                                      SIMEON B. REIMONENQ, JR.