UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 * * JUDGE: DUVAL * * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * |
| INSURANCE: *Gains*, 07-3568 | * * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## **FIRST *EX PARTE* MOTION FOR EXTENSION OF TIME**

Defendant, Liberty Mutual Fire Insurance Company improperly named as Liberty Mutual Insurance Company ("Liberty Mutual"), without waiving any defenses or objections, hereby moves *ex parte* pursuant to Local Rule 7.9E for a twenty-day extension of time up to and including August 12, 2007 within which to answer or otherwise respond to the plaintiffs' Petition. The answers would otherwise be due on July 23, 2007.

Undersigned counsel hereby certify that there has been no previous extension of time within which to answer, move, or otherwise respond to the Petition filed in this court in this action and that the plaintiffs have not filed in the record an objection to an extension of time.

89860

**WHEREFORE**, Defendant respectfully moves this Court on an *ex parte* basis for an extension of time up to and including August 12, 2007, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted:

/s/H. Minor Pipes, III
H. Minor Pipes, III, 24603
Bonita Y. Hawkins, 26943
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
LL&E Tower, Suite 1800
909 Poydras Street
New Orleans, Louisiana 70112
Telephone (504) 589-9700

Attorneys for Liberty Mutual Fire
    Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been has been served upon all counsel of record by filing into the Court's electronic filing this 24th day of July, 2007. There are no manual recipients.

/s/H. Minor Pipes, III

89860