UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | JUDGE: DUVAL |
| | * * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * | |
| INSURANCE: *Gains*, 07-3568 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing First *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Liberty Mutual Fire Insurance Company be and hereby is granted a twenty-day extension of time up to and including August 12, 2007 within which to answer or otherwise respond to plaintiffs' Petition.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
J U D G E

89860