UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

### LEVEE PLAINTIFFS' CONSENT/EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES IN OPPOSITION TO DEFENDANT, UNITED STATES' MOTION TO DISMISS

NOW INTO COURT, come the Levee Plaintiffs, through undersigned counsel, who respectfully request that this Honorable Court, pursuant to Local Rule 7.8.1E, grant their Memorandum in Opposition of Defendant, United States' Motion to Dismiss, which is in excess of 25 pages, for reasons more fully set forth in the accompanying memorandum in support. Defense counsel for the United States, Robin Smith, does not oppose Levee Plaintiffs' request.

WHEREFORE, Levee Plaintiffs respectfully request leave to file their Memorandum in Opposition to Defendant, United States' Motion to Dismiss including an additional 35 pages in excess of the 25-page limit set forth in the Local Rules.

**RESPECTFULLY SUBMITTED:**
**LEVEE LITIGATION GROUP**

BY: s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
E-Mail: jbruno@brunolaw.com
Plaintiffs' Liaison Counsel

-and-

BY: s/Gerald E. Meunier
Gerald E. Meunier (# 9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
E-Mail: gmeunier@gainsben.com
Plaintiffs' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of July 2007.

BY: s/ Joseph M. Bruno

Joseph M. Bruno