UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE
_____

### LEVEE PLAINTIFFS' MEMORANDUM IN SUPPORT OF CONSENT/EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES IN OPPOSITION TO DEFENDANT, UNITED STATES' MOTION TO DISMISS

NOW INTO COURT, come the Levee Plaintiffs, through undersigned counsel, who respectfully request that this Honorable Court, pursuant to Local Rule 7.81E, grant their Memorandum in Opposition of Defendant, United States' Motion to Dismiss, which is in excess of 25 pages. Plaintiffs' will require approximately 70 pages total to adequately respond to the United States' Rule 12 motion.

This case involves complex issues of fact that span, at a minimum, over a half a century and cannot be adequately explained to this Honorable Court in only 25 pages.

Further, Plaintiffs' Opposition sets forth numerous arguments, with supporting facts and case law, in support of its position that the United States is not entitled to immunity in this case. Robin Smith, Counsel for the United States, has indicated that he does not oppose Levee Plaintiffs request. Thus, Plaintiffs respectfully request that leave to file their Memorandum in Opposition be granted and Plaintiffs be permitted to include approximately an additional 45 pages in excess of the 25-page limit in their Memorandum in Opposition.

**RESPECTFULLY SUBMITTED:**
**LEVEE LITIGATION GROUP**

BY: s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
E-Mail: jbruno@brunolaw.com
Plaintiffs' Liaison Counsel

-and-

BY: s/Gerald E. Meunier
Gerald E. Meunier (# 9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
E-Mail: gmeunier@gainsben.com
Plaintiffs' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of July 2007.

BY: s/Joseph M. Bruno

Joseph M. Bruno