UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K"(2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## CERTIFICATE OF COMPLIANCE

Counsel for Levee Plaintiffs, Joseph M. Bruno, has contacted Robin Smith, Counsel for Defendant, United States of America, and has no opposition to Levee Plaintiffs' request for filing the aforementioned Ex Parte Motion for Leave to File Memorandum in Excess of 25 Pages in Opposition to Defendant, United States' Motion to Dismiss.

**RESPECTFULLY SUBMITTED:**
**LEVEE LITIGATION GROUP**

BY: s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
E-Mail: jbruno@brunolaw.com
Plaintiffs' Liaison Counsel