# LIST OF EXHIBITS

| A. STATUTES | | | |
|---|---|---|---|
| FILE | SUBJECT | SOURCE | RELEVANCE |
| A.1 | Rivers & Harbors Act of 1899 | 30 Stat. 1122 (March 3, 1899) | Section 10 of the Act regulates dredging activities in navigable waters of the U.S and the required scope for review for the grant of a permit. |
| A.2 | Flood Control Act of 1928 | 45 Stat. 534 (May 15, 1928) | Act for the control of floods on the Mississippi River. Sec. 702c only applies to "taking claims." |
| A.3 | Flood Control Act of 1936 | 49 Stat. 1570 (June 22, 1936) | Act establishing that flood control on navigable waters and their tributaries is a proper activity of the federal government; establishment of cost-benefit analysis to determine whether or not federal government engages in flood control activities |
| A.4 | Flood Control Act of 1946 | 60 Stat. 641 (July 24, 1946) | Act establishing policy that post-authorization changes to congressionally authorized public works projects require the Chief of Engineers to submit a report to Congress and to obtain congressional approval. |
| A.5 | Flood Control Act of 1965 | P.L. 89-298, 79 Stat. 1073, 1077 (October 27, 1965) | Act reaffirming policy that design changes to Congressionally authorized public works projects require Congressional approval (Sec. 201a). Act authorizing construction of the LPHPP Barrier Plan (Sec. 204). Act does not provide for any authorization or funding of works along the 17th St., Orleans Ave., or London Ave. drainage canals. |
| A.6 | Water Resources Development Act of 1974 | P.L. 93-251, 88 Stat. 12 (March 7, 1974) | Act cited by U.S. Army Corps of Engineers Project Fact Sheet (Exhibit D.3) as authority for LPHPP. Sec. 92 modifies local contribution to the LPHPP. Congressional approval of modifications to existing project can be easily obtained. |
| A.7 | Water Resources Development Act of 1986 | P.L 99-662, 100 Stat 4082 (November 17, 1986) | Act cited by U.S. Army Corps of Engineers Project Fact Sheet (Exhibit D.3) as authority for LPHPP. Sec. 805 authorizes specific project features in Jefferson Parish. Congressional approval of modification to existing project can be easily obtained. |
| A.8 | Water Resources Development Act of 1990 | P.L. 101-640, 104 Stat. 4604 (November 28, 1990) | Act cited by U.S. Army Corps of Engineers Project Fact Sheet (Exhibit D.3) as authority for Lake Pontchartrain Hurricane Protection Project. Sec. 116k authorizes to study the benefits which accrue to non-federal sponsors from the LPHPP. Congressional approval of modification to existing project can be easily obtained. |

| FILE | SUBJECT | SOURCE | RELEVANCE |
|---|---|---|---|
| A.9 | Energy And Water Development Appropriations Act 1992 | P.L. 102-104, 105 Stat. 510 (August 17, 1991) | Act **NOT** cited by U.S. Army Corps of Engineers Project Fact Sheet (Exhibit D.3) authorizing the raising of levees, improving flood protection works, and other pertinent work necessary to complete an entire parallel protection system along the London and Orleans Avenue outfall canals. Systematic legislative defect because project authorizations are not to be obtained by means of appropriation bills. |
| A.10 | Water Resources Development Act of 1992 | P.L. 102-580, 106 Stat. 4797 (October 31, 1992) | Act cited by U.S. Army Corps of Engineers Project Fact Sheet (Exhibit D.3) as authority for Lake Pontchartrain Hurricane Protection Project. Sec. 102j authorizes the Secretary of the Army to construct measures to intercept and convey drainage from the landside slopes of project levees in Jefferson Parish. Congressional approval of modification to existing project can be easily obtained. |
| A.11 | Energy And Water Development Appropriations Act 1993 | P.L. 102-377, 106 Stat. 1315 (October 2, 1992) | Appropriation of funds to raise levees. |
| A.12 | Energy And Water Development Appropriations Act 1994 | P.L. 103-126, 107 Stat. 1312 (October 28, 1993) | Appropriation of funds to raise levees. |
| A.13 | Energy And Water Development Appropriations Act 1995 | P.L. 103-316, 108 Stat 1707 (August 26, 1994) | Appropriation of funds to raise levees. |
| A.14 | Water Resources Development Act of 1996 | P.L. 104-303, 110 Stat. 3658 (October 12, 1996) | Act cited by U.S. Army Corps of Engineers as authority for Lake Pontchartrain Hurricane Protection Project. Sec. 325 provides for a change in local cost sharing. |
| A.15 | Energy And Water Development Appropriations Act 1996 | P.L. 104-46, 109 Stat 402 (November 13, 1995) | Appropriation of funds to raise levees. |
| A.16 | Energy And Water Development Appropriations Act 1997 | P.L. 104-206, 110 Stat. 2984 (September 30, 1996) | Appropriation of funds to raise levees. |
| A.17 | Energy And Water Development Appropriations Act 1998 | P.L. 105-62, 111 Stat. 1320 (October 13, 1997) | Appropriation of funds to raise levees. |
| A.18 | Energy And Water Development Appropriations Act 1999 | P.L. 105-245, 112 Stat. 1838 (October 7, 1998) | Appropriation of funds to raise levees. |

| FILE | SUBJECT | SOURCE | RELEVANCE |
|---|---|---|---|
| A.19 | Energy And Water Development Appropriations Act 2000 | P.L. 106-60, 113 Stat. 483 (September 29, 1999) | Appropriation of funds to raise levees. |
| A.20 | Water Resources Development Act of 2000 | P.L. 106-541, 114 Stat. 2572 (December 11, 2000) | Act cited by U.S. Army Corps of Engineers as authority for Lake Pontchartrain Hurricane Protection Project. Sec. 432 specifically provides that the Secretary shall complete a post-authorization change report on the LPHPP to include structural modifications to the seawall providing protection along the south shore of Lake Pontchartrain. |
| A.21 | Energy And Water Development Appropriations Act 2002 | P.L. 107-66, 115 Stat. 486 (November 12, 2001) | Appropriation of funds to raise levees. |

| B. CONGRESSIONAL MATERIALS | | | |
|---|---|---|---|
| FILE | SUBJECT | SOURCE | RELEVANCE |
| B.1 | The Flood Control Act of 1928, Senate Bill 3740 | S.3740, 70th Cong. Sen. (1928). (reprinted at 70 Cong. Rec. Sen. 5284, 5482-3 (1928). | |
| B.2 | The Flood Control Act 1928, Proceedings and Debates of the 1st Session of the 70th Congress. | 70 Cong. Rec. 1st Sess. 5284 (1928). | |
| B.3 | The Flood Control Act 1928, Reports and Hearings from the House Committee on Flood Control, the House Committee on Rules and the Senate Committee on Commerce regarding the consideration of the proposed Flood Control Bill, S.3740. | H.R. Rep. No 1100 (1928)(reprinted in 70 Cong. Rec. 1st Sess. 5284, 5802 (1928); S. 3740, a bill for the control of floods on the Mississippi River from the Head of Passes to Cape Girardeau, Mo., and for other purposes: Hearing on H.R. 155 Before the H. Comm. on Rules, 70TH Cong. 1 (1928); Sen. Rep. No. 619 (1928). | |

| FILE | SUBJECT | SOURCE | RELEVANCE |
|---|---|---|---|
| B.4 | Flood Control Act 1928, House and Senate Conference Reports | H.R. Conf. Rep. 1555, 1505, 70th Cong.. (December 5, 1927-May 29, 1928); S. Doc. No 91, 70th Cong. (December 5, 1927-May 29, 1928). | |
| B.5 | Flood Control Act 1928, House and Senate Concurrent Resolutions | H. Con. Res. No 34, 70th Cong., Stat. 534, 2391 (December, 1927-March, 1928). | |
| B.6 | "Lake Pontchartrain and Vicinity, Louisiana" | U.S. Congress, House of Representatives, H. Doc. No. 231 (GPO: July 6, 1965) Letter from the Secretary of the Army Available at: https://ipet.wes.army.mil/ | Recommended design plan for the LPHPP: the "Barrier Plan." The plan does not authorize or fund any structures along the 17th Street, Orleans Avenue or London Avenue Canals. |
| B.7 | "Cost, Schedule, And Performance Problems Of The Lake Pontchartrain And Vicinity, Louisiana, Hurricane Protection Project" | U.S. General Accounting Office Report to Congress by the Comptroller General of the United States August 31, 1976 Available at: http://archive.gao.gov/f0402/098185.pdf | Report investigating the problems and delays in the construction of the LPHPP. |
| B.8 | "Hurricane Protection Plan For Lake Pontchartrain And Vicinity" | Hearing before the Subcommittee on Water Resources of the Committee on Public Works and Transportation, House of Representatives, 95th Cong.2d Sess., January 5, 1978 | Congressional Hearing to investigate the delay of construction of the LPHPP. Corps confirms that congressional re-authorization is needed if the design plan is changed from the Barrier Plan to the High-Level Plan. |

| FILE | SUBJECT | SOURCE | RELEVANCE |
|------|---------|--------|-----------|
| B.9 | "Improved Planning Needed By The Corps Of Engineers To Resolve Environmental, Technical, And Financial Issues On The Lake Pontchartrain Hurricane Protection Project" | U.S. General Accounting Office (GAO) Report to the Secretary of the Army August 17, 1982 Available at: http://archive.gao.gov/d42t14/119206.pdf | Report investigating the problems and delays in the construction of the LPHPP. |
| B.10 | Water Resources Development Act 1990, House Conference Report No. 101-966 | H.R. Conf. Rep. 101-966 (October 27, 1990) | Congress mandates the Chief of Engineers to build levees along the New Orleans drainage canals to remediate the change from Barrier to High Level Plan of the LPHPP. |
| B.11 | "New Orleans Levees and Floodwalls: Hurricane Damage Protection" | Congressional Research Service (CRS), The Library of Congress, CRS Report for Congress Nicole T. Carter, September 6, 2005 | Report for Congress to inform about the deficiencies of the LPHPP and the neglect of the U.S. Army Corps of Engineers. |
| B.12 | "Army Corps of Engineers – History of the Lake Pontchartrain and Vicinity Hurricane Protection Project" | United States Government Accountability Office (GAO) Anu Mittal Testimony before the Committee on Environment and Public Works, U.S. Senate Date: November 9, 2005 Available at: http://www.gao.gov/new.items/d06244t.pdf | Report for Congress to inform about the deficiencies of the LPHPP and the neglect of the U.S. Army Corps of Engineers. |

| FILE | SUBJECT | SOURCE | RELEVANCE |
|---|---|---|---|
| B.13 | "Hurricane Protection – Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project" | United States Government Accountability Office (GAO) Anu Mittal Testimony before the Committee on Homeland Security and Governmental Affairs, U.S. Senate Date: December 15, 2005 Available at: http://www.gao.gov/new.items/d06322t.pdf | Report for Congress to inform about the deficiencies of the LPHPP and the neglect of the U.S. Army Corps of Engineers. |
| B.14 | "Protecting New Orleans: From Hurricane Barriers to Floodwalls" | Congressional Research Service (CRS), The Library of Congress, CRS Report for Congress Nicole T. Carter, January 26, 2006 | Report for Congress to inform about the deficiencies of the LPHPP and the neglect of the U.S. Army Corps of Engineers. |
| B.15 | "A Failure of Initiative" (not provided as exhibit) | Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina U.S. House of Representatives February 15, 2006 Available at: http://a257.g.akamaitech.net/7/257/2422/15feb20061230/www.gpoaccess.gov/katrinareport/mainreport.pdf | Report for Congress to inform about the deficiencies of the LPHPP and the neglect of the U.S. Army Corps of Engineers. |

| FILE | SUBJECT | SOURCE | RELEVANCE |
|------|---------|--------|-----------|
| B.16 | "Statement of John Paul Woodley, Jr., Assistant Secretary of the Army (Civil Works)" | ENERGY AND WATER, AND RELATED AGENCIES APPROPRIATIONS FOR FISCAL YEAR 2007 U.S. SENATE, SUBCOMMITTEE OF THE COMMITTEE ON APPROPRIATIONS April 5, 2006 | Statement of General Strock that the Corps now has concluded that Corps had a problem with the design of the structures at the 17th Street Canal, something that the Corps now must confront as a reality. |
| B.17 | "A Nation Still Unprepared" (not provided as exhibit) | Report of the Committee on Homeland Security and Governmental Affairs, U.S. Senate May 2006 Available at: http://hsgac.senate.gov/_files/Katrina/ExecSum.pdf | Report for Congress to inform about the deficiencies of the LPHPP and the neglect of the U.S. Army Corps of Engineers. |

| C. REGULATIONS | |
|---|---|
| FILE | SUBJECT/TITLE    (Relevance: each Regulation, Engineering Manual, or Pamphlet maybe applicable to the issue of the so-called discretion that the Corps claims it enjoys) |
| C.1 | EM1110-1-1802 Geophysical Exploration for Engineering and Environmental Investigations |
| C.2 | EM 1110-1-1804 Geotechnical Investigations |
| C.3 | EM 1110-1-1904 Settlement Analysis |
| C.4 | EM 1110-1-1905 Bearing Capacity of Soils |
| C.5 | EM 1110-1-3500 Chemical Grouting |
| C.6 | EM 1110-2-301 Guidelines for Landscape Planting and Vegetation Management at Floodwalls, Levees, and Embankment Dams |
| C.7 | EM 1110-2-1411 Standard Project Flood Determination |
| C.8 | EM 1110-2-1418 Channel Stability Assessment for Flood Control Projects |
| C.9 | EM 1110-2-1419 Hydrologic Engineering Requirements for Flood Damage Reduction Studies |
| C.10 | EM 1110-2-1901 Seepage Analysis and Control for Dams |
| C.11 | EM 1110-2-1902 Slope Stability |
| C.12 | EM 1110-2-1913 Design and Construction of Levees |
| C.13 | EM 1110-2-2502 Retaining and Flood Walls |
| C.14 | EM 1110-2-2504 Design of Sheet Pile Walls |
| C.15 | EM 1110-2-5025 Dredging and Dredged Material Disposal |
| C.16 | EP 1165-2-1 Digest of Water Resources Policies and Authorities |
| C.17 | ER 1105-2-100 Planning Guidance Notebook |
| C.18 | ER 1110-2-1453 Criteria for SPH and PHM Wind Fields |
| C.19 | ER 1130-2-530 Flood Control Operations and Maintenance Policies |

| D. Technical Reports | | | |
|---|---|---|---|
| FILE | SUBJECT/TITLE | SOURCE/AUTHOR | RELEVANCE |
| D.1 | Hurricane Betsy Sep 8-11, 1965 (Nov65) | U.S. Army Corps of Engineers | Report specifically analyzing the effect of the "funnel" on the inundation along the Inner Harbor Navigation Canal, and on the deficiencies in hurricane protection along the New Orleans |
| D.2 | Re-Evaluation Study | U.S. Army Corps of Engineers | Report suggesting that High-Level Plan replace Barrier Plan. Plan suggests that up to $250 million need to be spent on Orleans drainage outfall canals to accomplish the change of plan. |
| D.3 | "Project Fact Sheet, Lake Pontchartrain, Louisiana, and Vicinity, Hurricane Protection Project" | U.S. Army Corps of Engineers, March 2005 | Document providing information on authorization statutes for the LPHPP, leaving out legislation that for the first time directs the Chief of Engineers to raise levees along the London and Orleans Avenue Canals. |
| D.4 | "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005"<br>Date: July 31, 2006 | Independent Levee Investigation Team Final Report<br>National Science Foundation<br>University of California at Berkeley<br>Available at:<br>http://www.ce.berkeley.edu/~new_orleans/<br>(not attached) | Report unveiling the neglect of the U.S. Army Corps of Engineers in the design, construction, and maintenance of the LPHHP, certain drainage canals, and navigation projects in the New Orleans Metropolitan Area. |

| FILE | SUBJECT/TITLE | SOURCE/AUTHOR | RELEVANCE |
|---|---|---|---|
| D.5 | "Perilous Place and Powerful Storms: Hurricane Protection in Southeast Louisiana, 1947 – 2005" September 2006 | Craig E. Colten for the U.S. Army Corps of Engineers, Office of History, Alexandria, VA | History of hurricanes and flood control in Southeast Louisiana. |
| D.6 | "The Failure of the New Orleans Levee System during Hurricane Katrina" Date: December 18, 2006 | Team Louisiana Louisiana State University Available at: http://www.publichealth.hurricane.lsu.edu/TeamLA.htm (not attached) | Report unveiling the neglect of the U.S. Army Corps of Engineers in the design, construction, and maintenance of the LPHHP, certain drainage canals, and navigation projects in the New Orleans Metropolitan Area. |
| D.7 | "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System" Date: March 26, 2007 | U.S. Army Corps of Engineers – Interagency Performance Evaluation Taskforce (IPET) https://ipet.wes.army.mil/ (not attached) Available at: | Report unveiling the neglect of the U.S. Army Corps of Engineers in the design, construction, and maintenance of the LPHHP, certain drainage canals, and navigation projects in the New Orleans Metropolitan Area. |
| D.8 | "Master Chronology – Decision Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project" | U.S. ARMY CORPS OF ENGINEERS – INSTITUTE FOR WATER RESOURCES Decision Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project June 2007 available at: http://www.iwr.usace.army.mil/inside/products/pub/hpdc/DraftFinalHPDC3.pdf (not attached) | Report unveiling the neglect of the U.S. Army Corps of Engineers in the design, construction, and maintenance of the LPHHP, certain drainage canals, and navigation projects in the New Orleans Metropolitan Area. |

| E. 702c/LAKE PONTCHARTRAIN, AND VICINITY, HURRICANE PROTECTION PROJECT-EXHIBITS |
|---|---|---|
| FILE | DATE | DOCUMENT |
| E.1 | February 2, 2007 | *In re Katrina Canal Breaches Consolidated Litigation* (C.A. 05-4182 E.D. La.) Doc. 2994 - Order denying Motion to Dismiss by US in Robinson |
| E.2 | July 2, 2007 | *In re Katrina Canal Breaches Consolidated Litigation* (C.A. 05-4182 E.D. La.) Doc. 6194 - Order Denying Motion to Certify Appeal on Order Doc. 2994 |
| E.3 | May 15, 1928 | Flood Control Act of 1928 |
| E.4 | April 17, 1928 | House Resolution 165 |
| E.5 | December 5, 1927 to May 29, 1928 | Senate Documents, Miscellaneous, Vol. 2, First Session of the Seventieth Congress |
| E.6 | December 5, 1927 to May 29, 1928 | Proceedings and Debates of the First Session of the Seventieth Congress |
| E.7 | June 22, 1936 | Flood Control Act of 1936 |
| E.8 | April 5, 1928 | H. Comm. Rept. on Flood Control |
| E.9 | March 3, 1931 | Letter from Corps to House re Flood Control House Doc. 798 |
| E.10 | N/A | Congressional Record Timeline |
| E.11 | July 24, 1946 | Flood Control Act of 1946 |
| E.12 | October 27, 1965 | Flood Control Act of 1965 |
| E.13 | January 1, 1983 | Memo for ASA(CW) from Lt. Gen. J. K. Bratton re position paper on Chiefs discretionary authority |
| E.14 | Undated | USACE Memorandum on Implications of Dropping Barrier Plan |
| E.15 | November 24, 1982 | Memo for ASA(CW) from Lt. Gen. J. K. Bratton re PAC and Excerpts from Colonel Rush's testimony before Subcommittee on Water Resources |
| E.16 | Undated | FAQ re LPVHPP, "Questions by LMVD on Barrier Plan" |
| E.17 | November 17, 1982 | Memo for Chief from ASA(CW) re need for reauthorization from Congress |

| FILE | DATE | DOCUMENT |
|---|---|---|
| E.18 | July 6, 1965 | Report of District Engineer, Interim Survey Report, LPHPP, included in House Doc. 231 |
| E.19 | August 31, 1976 | Report to the Congress by Comptroller General of the US |
| E.20 | August 29, 1984 | Memo for ASA(CW) from Lt. Gen. J. K. Bratton re Chief's discretionary authority |
| E.21 | 1984 | LPHPP Reevaluation Study at p. 71 |
| E.22 | July 6, 1965 | Document 231 at pp. 63-64 |
| E.23 | March 2, 1983 | Memo for Chief from Chief Counsel of USACE re Discretionary Authority |
| E.24.1 | July 30, 1999 | Digest of Water Resources Policies and Authorities |
| E.24.2 | April 22, 2000 and June 30, 2004 | Planning Guidance Notebook |
| E.25 | August 15, 1984 | Letter from Chief, Planning Division, Fred H. Bayley for Commander of LMVD re PAC Notice |
| E.26 | August 29, 1984 | Memo from Chief of Engineers to Assistant Secretary of the Army re Discretionary Authority |
| E.27 | February 7, 1985 | Letter from Major Gen. John Wall, Director of Civil Works, to Commander of LMVD |
| E.28 | September 26, 1990 | Excerpts from Congressional Record |
| E.29 | July 9, 2007 | *In re Katrina Canal Breaches Consolidated Litigation* (C.A. 05-4182 E.D. La.) Doc. 6380-3 - UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS COUNTS I–III AND V–VII OF THE SUPERSEDING MASTER CONSOLIDATED CLASS ACTION COMPLAINT AND TO STRIKE THE REMAINING COUNTS |
| E.30 | March 18, 1991 | Letter from Congressman Jefferson to Colonel Gorski re LPHPP |
| E.31 | April 10, 1991 | Letter form Senator Breaux to Colonel Gorski re LPHPP |
| E.32 | 1992 - 1996 | Energy and Water Development Appropriations Acts |
| E.33 | Jun 01, 2006 | Berthelot v. Boh Bros. Const. Co., L.L.C., 2006 WL 1984661 (E.D.La., Jun 01, 2006) |
| E.34 | July 31, 2006 | ILIT Report Chapter 8, Excerpts |
| E.35 | August 1988 | LPHPP Design Memorandum No. 19 Orleans Avenue Canal, Excerpts |

| | | |
|---|---|---|
| E.36 | January 1989 | LPHPP Design Memorandum No. 19A London Avenue Canal, Excerpts |
| E.37 | March 1990 | LPHPP Design Memorandum No. 20 17th Street Canal |
| E.38 | May 9, 1991 | Letter to Steven Medo, President of OLD, to Colonel Gorski |
| E.39 | April 29, 1991 | Letter to Congressman Jefferson from Colonel Gorski |
| E.40 | May 6, 1991 | Letter to Senator Breaux from Colonel Gorski |
| E.41 | May 1990 | London Avenue Canal Interim Floodwalls and Levees Revised General Design Memorandum |
| E.42 | November 22, 1993 | Contract Award Information Parallel Protection London Avenue Canal |
| E.43 | July 11, 1994 | Contract Award Information London Avenue Canal |
| E.44 | October 10, 1997 | Contract Modification Orleans Avenue Canal |
| E.45 | June 28, 1993 | Contract Award 17th Street Canal |

| F. THE 17TH STREET CANAL IMPROVEMENT PROJECT-EXHIBITS | | |
|---|---|---|
| FILE | DATE | DOCUMENT |
| F.1 | March 3, 1899 | Rivers and Harbors Act of 1899 - 30 Stat. 1122 et seq. |
| F.2 | July 19 1974 | SWB Dredging Permit Application |
| F.3 | August 8, 1974 | LA Department of Publics work Letter |
| F.4 | May 23, 1977 | Corps Letter Returning the Permit Application |
| F.5 | September 16, 1977 | Picciola Memo re Outfall Canals |
| F.6 | August 23, 1978 | Corps Letter |
| F.7 | December 29, 1980 | Permit Application |
| F.8 | January 28, 1981 | Modjeski Slope Stability Analysis |
| F.9 | February 6, 1981 | Modjeski Stability Analysis for Sheet Pile Walls |
| F.10 | February 13, 1981 | Corps Public Notice re 17th St. Improvement Project |
| F.11 | February 26, 1981 | Corps Notice of Public Hearing |
| F.12 | March 5, 1981 | Chatry Memo re Permit Application |
| F.13 | March 31, 1981 | Transcript of Public Hearing |
| F.14 | April 20, 1981 | Letter from Deputy District Engineer to Congresswoman Lindy Boggs |
| F.15 | April 20, 1981 | Permit Application by Modjeski |
| F.16 | June 16, 1981 | Chatry Memo |
| F.17 | 1981 | Eustis Soil Boring Logs |
| F.18 | February 12, 1982 | Chatry Memo |
| F.19 | August 23, 1982 | Eustis Subsoil Investigation Report |
| F.20 | January 20, 1983 | Corps Letter from Chief, Regulatory Functions Branch |

| FILE | DATE | DOCUMENT |
|---|---|---|
| F.21 | May 26, 1983 | Permit Application by Modjeski |
| F.22 | July 27, 1983 | Eustis Slope Stability Analysis |
| F.23 | January 17, 1984 | Modjeski Letter transmitting Eustis Report on Test Section |
| F.24 | June 13, 1984 | Dredging Permit |
| F.25 | February 4, 1987 and June 22, 1992 | Dredging Permit Extensions |
| F.26 A | May 29, 1990 | Boh Bros. Contract |
| F.26 B | May 29, 1990 | Boh Bros. Contract As Builts |
| F.27 | 28 June, 1993 | Pittman Contract |