UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.   05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |
| _____ § | | |
| § | | |
| PERTAINS TO: § | | |
| § | | |
| LEVEE § | | |
| _____ § | | |

### ORDER

**IT IS ORDERED** that plaintiffs Request for Oral Argument be **GRANTED**, that hearing on the Levee PSLC's Opposition to the United States' Motion to Dismiss Counts I-III and V-VII of the Superseding Master Consolidated Class Action Complaint and to Strike the Remaining Counts be held before the Honorable Stanwood R. Duvall, Jr., 500 Poydras Street, Rm. C352, New Orleans, LA, on the 16th day of August, 2007 @ 2:00 p.m.

New Orleans, LA, this _____day of _____, 2007

_____
JUDGE

1