UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRA CLOUD | * | CASE NO: 06- 6093 |
| | * | |
| Plaintiff, | * | JUDGE: BARBIER (J) |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE: WILKINSON (2) |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO COMPEL RULE 26 DISCLOSURE, ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company ("Allstate"), and respectfully moves this honorable court to compel the plaintiff to provide disclosures, pursuant to Rule 26 of the Federal Rules of Civil Procedure and the court's case management order No. 4. Additionally, Allstate moves the court to compel the plaintiff to answer the interrogatories and respond to the request for production of documents propounded on or about March 9, 2007. Allstate further requests it be awarded the fees and costs associated with this motion. The reasons for this motion are set forth in the attached, supporting memorandum.

- 1 -

89927

Respectfully submitted,

*s/ Jeanmarie LoCoco Nicholson*
Judy Y. Barrasso, 2814
Jeanmarie LoCoco Nicholson, 8655
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Insurance
    Company

## CERTIFICATE

I hereby certify that on July 24, 2007, I electronically filed the foregoing Motion to Compel by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/ Jeanmarie LoCoco Nicholson*

- 2 -

89927