UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRA CLOUD | * | CASE NO: 06-6093 |
| Plaintiff, | * | JUDGE: BARBIER (J) |
| VERSUS | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: WILKINSON (2) |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RULE 26 DISCLOSURE, ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

MAY IT PLEASE THE COURT:

On or about March 9, 2007, defendant, Allstate Insurance Company ("Allstate"), propounded the interrogatories and requests for production, attached here as Exhibit "A." To date, the plaintiff has neither provided disclosure, as required under Rule 26 of the Federal Rules of Civil Procedure and the court's Case Management Order No. 4, nor has plaintiff provided discovery responses to the interrogatories and requests for production propounded by the defendant. The defendant has made every reasonable effort to discuss these failures with plaintiffs counsel, to no

- 1 -

89929

avail. Correspondence from defense counsel to plaintiffs counsel is attached hereto as exhibits "B" and "C." Additionally, plaintiff's counsel has not returned telephone calls of defense counsel.

In conclusion, and for the foregoing reasons, the defendant respectfully moves this Honorable Court for an order (1) that the plaintiff immediately provide disclosures, as required by Rule 26 and the court's case management order, (2) that the plaintiff answer the interrogatories and respond to the requests for the production of documents propounded on or about March 9, 2007, and (3) that the court award defendant the fees and costs associated with this motion.

Respectfully submitted,

*s/ Jeanmarie LoCoco Nicholson*
Judy Y. Barrasso, 2814
Jeanmarie LoCoco Nicholson, 8655
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Insurance
    Company

# CERTIFICATE

I hereby certify that on July 24, 2007, I electronically filed the foregoing Memorandum in Support of Motion to Compel by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/ Jeanmarie LoCoco Nicholson*

89929