UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRA CLOUD | * | CASE NO: 06- 6093 |
| | * | |
| Plaintiff, | * | JUDGE: BARBIER (J) |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE: WILKINSON (2) |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Allstate Insurance Company ("Allstate") will bring the attached Motion to Compel before the Honorable Joseph C. Wilkinson, Jr., United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on August 8, 2007 at 11:00 a.m. or as soon thereafter as counsel may be heard.

- 1 -

89936

Respectfully submitted,

*s/ Jeanmarie LoCoco Nicholson*
Judy Y. Barrasso, 2814
Jeanmarie LoCoco Nicholson, 8655
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Insurance
  Company

### **CERTIFICATE**

I hereby certify that on July 24, 2007, I electronically filed the foregoing Notice of Hearing by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/ Jeanmarie LoCoco Nicholson*