UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:  INSURANCE, <u>Xavier</u>, 06-516 | SECTION "K" (2) |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:      Plaintiff's Motion to Quash, Record Doc. No. 6401

<u>O R D E R E D</u>:

 XX  : CONTINUED.  At the request of defendant's counsel and upon being advised that counsel for plaintiff has agreed to the continuance, the motion is reset for hearing without oral argument on August 8, 2007.

New Orleans, Louisiana, this  24th  day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE