UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE | § | |
| _____ | § | |

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, the Levee PSLC in the above referenced case, through undersigned counsel, hereby request oral argument in connection with their Opposition to the United States' Motion to Dismiss Counts I-III and V-VII of the Superseding Master Consolidated Class Action Complaint and to Strike the Remaining Counts. The Levee PSLC maintains that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues involved in this matter.

The Levee PSLC further maintains that oral argument would be beneficial to the Court's consideration and resolution of the pending United States' Motion to Dismiss Counts I-III and V-VII of the Superseding Master Consolidated Class Action Complaint and to Strike the Remaining Counts by clarifying the issues of fact and law.  Voluminous exhibits are appended

1

to the Levee PSLC's Opposition, and oral argument will permit a useful question and response exchange between the Court and Counsel to discuss issues addressed.

For these reasons, the Levee PSLC requests that the Court entertain oral argument in this matter.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

       /s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

        For

        LEVEE PLAINTIFFS' SUB-GROUP LITIGATION
        COMMITTEE

        Gerald E. Meunier
        Daniel E. Becnel, Jr.
        Joseph M. Bruno
        D. Blayne Honeycutt
        Hugh P. Lambert
        Darlene Jacobs
        Walter Dumas

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 23rd day of July, 2007.

                /s/ Joseph M. Bruno
                Joseph M. Bruno