UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PARFAIT FAMILY ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-3500 |
| UNITED STATES OF AMERICA ET AL. | SECTION "K" (1) |

### ORDER

The captioned complaint joins claims of two general types, which for case management and judicial economy purposes are proceeding in two separate consolidated actions in separate sections of this court. Specifically, the complaint joins claims alleging (1) negligence and other fault concerning the mooring, movement and care of a barge which allegedly caused a breach in a floodwall on the Industrial Canal, which claims are presently pending in this court's Section "C" and (2) faulty design, construction and maintenance of the Industrial Canal floodwall or related projects, which claims are presently pending in this court's Section "K". Having conferred with Chief Judge Berrigan and Magistrate Judge Wilkinson,

**IT IS ORDERED** that the two kinds of claims asserted in the captioned complaint are hereby SEVERED for all further proceedings pursuant to Fed. R. Civ. P. 42(b) and will henceforth proceed in this court as follows:



EXHIBIT No. 1

No later than **July 25, 2007**, plaintiffs' counsel in the Parfait case is **ORDERED** to draft two separate amended complaints, one for the claims involving the barge and one for all other claims asserted in the captioned complaint. The originals and copies of the amended complaints must be delivered by hand by plaintiffs' counsel directly to the office of Magistrate Judge Wilkinson, who will direct the Clerk of Court to assign a separate civil action number for all administrative, statistical and docketing purposes to the claims severed herein and to create a separate docket sheet and file for the severed claims. Thereafter, the amended complaint concerning the barge claims will be transferred to Section "C"(2) for consolidation with In re Ingram Barge, 05-4419. The amended complaint concerning the remaining claims will remain in Section "K" for consolidation with Katrina Canal Breaches Consolidated Litigation, Civil Action 05-4182, and will be subject to Case Management Order No. 4 and all other applicable orders and proceedings in the consolidated litigation.

New Orleans, Louisiana, this 11th day of July, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

cc:  Hon. Helen G. Berrigan
     Hon. Joseph C. Wilkinson, Jr.
     Hon. Sally Shushan

2