North breach, 9th ward, lock expansion site clearing hole that help precipitate the breach



