

**Dot #9 - Katrina Test.** This area breached in hurricane Katrina (south breach north of Claiborne Av. bridge). Note excavation pit on canal side of north end of breach (bottom photograph). Evidence indicates this is the location that initiated the breach. Bottom photograph indicates crevasse splay indicative of very fine grained highly permeable soils in this area of the breach.



Failure initiation site ?





Excavation from work completed in early 2005 to remove underground storage tank



EXHIBIT 3