UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>ALL CASES | § CIVIL ACTION<br>§ NO. 05-4182<br>§ SECTION "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1]    This list reflects all cases that were not listed on the most recently filed Notice of Designation dated June 21, 2007

| Case | Number | Type |
|---|---|---|
| Scieneaux et al v.Standard Fire Insurance Company | 06-03990 | Insurance |
| Gordon v.Lexington Insurance Company | 06-04920 | Insurance |
| Katz v.State Farm Fire and Casualty Company | 06-04155 | Insurance |
| Fischman v.State Farm Fire and Casualty Company | 06-04949 | Insurance |
| Fischman v.State Farm Fire and Casualty Company | 06-04954 | Insurance |
| Fremin v.Waterstreet Insurance Company et al | 06-05276 | Insurance |
| Durel v.Lexington Insurance Company | 06-07171 | Insurance |
| Latapie v.Standard Fire Insurance Company | 06-07286 | Insurance |
| Galjour v.Cutitto et al | 06-08150 | Insurance |
| Fremin v.Waterstreet Insurance Company et al | 06-08200 | Insurance |
| Schully v. Lexington Insurance Company | 06-08504 | Insurance |
| BSD Construction Inc v.Stone Insurance Inc | 06-08637 | Insurance |
| Allen et al v.Hanover Insurance Company | 06-08707 | Insurance |
| St Romain et al v.Standard Fire Insurance Company | 06-09514 | Insurance |
| Lucien v.Meritplan Insurance Company | 06-09852 | Insurance |
| Theriot v.Lexington Insurance Company | 06-09910 | Insurance |
| Fremin v.Waterstreet Insurance Company et al | 06-09961 | Insurance |
| Burke v.Allstate Insurance Company | 06-10852 | Insurance |

| Kavanagh v.Lexington Insurance Company | 06-11384 | Insurance |
|---|---|---|
| Stall v.Scottsdale Insurance company | 07-01233 | Insurance |
| Johnson et al v.State Farm Fire and Casualty Company | 07-01563 | Insurance |
| Braud et al v.State Farm Fire and Casuality Company | 07-01572 | Insurance |
| Lewis v.Allstate Insurance Company | 07-02952 | Insurance |
| Barard v.Allstate Insurance Company | 07-03066 | Insurance |
| Bennett et al v. East Jefferson Levee District et al | 07-03130 | Levee |
| Watson et al v. Metropolitan Property & Casualty Insurance Company | 07-03219 | Insurance |
| Robinson v.Metropolitan Property & Casualty Insurance Company | 07-03220 | Insurance |
| Sucherman et al v.Metropolitan Property and Casualty Insurance Company | 07-03381 | Insurance |
| LeBlanc v.Allstate Insurance Company | 07-03388 | Insurance |
| Christopher v.Allstate Insurance Company | 07-03389 | Insurance |
| Condor v.Allstate Insurance Company | 07-03390 | Insurance |
| Garrison v.Allstate Insurance Company | 07-03393 | Insurance |
| Haines v.Allstate Insurance Company | 07-03394 | Insurance |
| Horton v.Allstate Insurance Company | 07-03396 | Insurance |
| Kirsch v.Allstate Insurance Company | 07-03398 | Insurance |
| Kirsch v.Allstate Insurance Company | 07-03399 | Insurance |
| Allain v.Allstate Insurance Company | 07-03400 | Insurance |

| Case | Number | Type |
|---|---|---|
| Davis et al v.Allstate Insurance Company | 07-03403 | Insurance |
| Dalen et al v.Allstate Insurance Company | 07-03404 | Insurance |
| Branch et al v.Allstate Insurance Company | 07-03405 | Insurance |
| Gafur et al v.Allstate Insurance Company | 07-03406 | Insurance |
| Chalmers et al v.Allstate Insurance Company | 07-03407 | Insurance |
| Michael et al v.Allstate Insurance Company | 07-03409 | Insurance |
| McLeod v.Allstate Insurance Company | 07-03410 | Insurance |
| Creighton et al v.Allstate Insurance Company | 07-03411 | Insurance |
| Shelton et al v.Allstate Insurance Company | 07-03412 | Insurance |
| Fields v.Allstate Insurance Company | 07-03414 | Insurance |
| Greenberger v.Allstate Insurance Company | 07-03415 | Insurance |
| Phillips v.Allstate Insurance Company | 07-03416 | Insurance |
| Mercadel v.Allstate Insurance Company | 07-03417 | Insurance |
| Bass v.Allstate Insurance Company | 07-03418 | Insurance |
| Gray et al v.Allstate Insurance Company | 07-03419 | Insurance |
| Grandpre et al v.Allstate Insurance Company | 07-03420 | Insurance |
| Gordon et al v.Allstate Insurance Company | 07-03421 | Insurance |
| Gaugis et al v.Allstate Insurance Company | 07-03422 | Insurance |
| Fisher et al v.Allstate Insurance Company | 07-03423 | Insurance |

| Combs et al v.Allstate Insurance Company | 07-03427 | Insurance |
|---|---|---|
| Casborn et al v.Allstate Insurance Company | 07-03428 | Insurance |
| Adams et al v.Allstate Insurance Company | 07-03429 | Insurance |
| Fernandez v.Allstate Insurance Company | 07-03430 | Insurance |
| Gabb v.Allstate Insurance Company | 07-03431 | Insurance |
| Manint v.Allstate Insurance Company | 07-03433 | Insurance |
| Barconey v.Allstate Insurance Company | 07-03434 | Insurance |
| Varnado et al v.Allstate Insurance Company | 07-03436 | Insurance |
| Ratliff, Jr et al v.Allstate Insurance Company | 07-03437 | Insurance |
| Quant et al v.Allstate Insurance Company | 07-03438 | Insurance |
| Manuel et al v.Allstate Insurance Company | 07-03439 | Insurance |
| Lesene et al v.Allstate Insurance Company | 07-03440 | Insurance |
| Lee v.Allstate Insurance Company | 07-03441 | Insurance |
| Bierria v.Allstate Insurance Company | 07-03442 | Insurance |
| Lastie et al v.Allstate Insurance Company | 07-03443 | Insurance |
| Katz et al v.Allstate Insurance Company | 07-03444 | Insurance |
| Hayes et al v.Allstate Insurance Company | 07-03445 | Insurance |
| Anderson v.Allstate Insurance Company | 07-03446 | Insurance |
| Ballero v.Allstate Insurance Company | 07-03447 | Insurance |

| | | |
|---|---|---|
| Brazley v. Allstate Insurance Company | 07-03448 | Insurance |
| Marshall v. Allstate Insurance Company | 07-03449 | Insurance |
| Norman v. Allstate Insurance Company | 07-03450 | Insurance |
| Penny v. Allstate Insurance Company | 07-03452 | Insurance |
| Proctor v. Allstate Insurance Company | 07-03453 | Insurance |
| Keys v. Allstate Insurance Company | 07-03454 | Insurance |
| Richardson v. Allstate Insurance Company | 07-03455 | Insurance |
| Shaw v. Allstate Insurance Company | 07-03457 | Insurance |
| Sims v. Allstate Insurance Company | 07-03458 | Insurance |
| Thornton v. Allstate Insurance Company | 07-03459 | Insurance |
| Turner v. Allstate Insurance Company | 07-03460 | Insurance |
| Washington v. Allstate Insurance Company | 07-03461 | Insurance |
| Watson v. Allstate Insurance Company | 07-03462 | Insurance |
| Parfait Family et al v. United States of America et al | 07-03500 | Mr Go. |
| Gaines et al v. Liberty Mutual Insurance Company | 07-03568 | Insurance |
| Uli et al v. Liberty Mutual Insurance Company | 07-03569 | Insurance |
| James et al v. Liberty Mutual Insurance Company | 07-03570 | Insurance |
| Rogowski et al v. Liberty Mutual Insurance Company | 07-03571 | Insurance |
| Smith et al v. Liberty Mutual Insurance Company | 07-03572 | Insurance |

| Fabregas v. Standard Fire Insurance Company | 07-03576 | Insurance |
|---|---|---|
| Richardson et al v. Allstate Insurance Company | 07-03585 | Insurance |
| Richardson et al v. Allstate Insurance Company | 07-03586 | Insurance |
| Richardson et al v. Allstate Insurance Company | 07-03587 | Insurance |
| Richardson et al v. Allstate Insurance Company | 07-03588 | Insurance |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 23 day of July, 2007.

_____
JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 26rd day of July, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Joseph M. Bruno

JOSEPH M. BRUNO