UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K"** |
| | § | |
| **PERTAINS TO:   INSURANCE** | § | **JUDGE DUVAL** |
| | § | |
| | § | **MAGISTRATE NO. 2** |
| **JOHN BACQUES**            NO.: 07-3087 | § | |
| **CHANNING BRANCH, et al**  NO.: 07-3086 | § | |
| **GAIL CONERLY**            NO.: 07-3085 | § | |
| **CLAIRE GALATAS**          NO.: 07-3084 | § | |
| **WILLIAM HERNANDEZ, et al** NO.: 07-3083 | § | |
| **MALCOLM SCHULZ**          NO.: 07-3081 | § | |
| **ROBERT SLACK, et al**     NO.: 07-3080 | § | |
| **JOSEPH NEMETH, et al**    NO.: 07-3078 | § | |
| **LEO WANG, et al**         NO.: 07-3088 | § | |
| **RYCK SOTO**               NO.: 07-3079 | § | |
| **ERIC ALFONSO, et al**     NO.: 07-2756 | § | |
| **RHONDA DASTUGUE**         NO.: 07-2755 | § | |
| **HOWARD GONZALES, et al**  NO.: 07-2746 | § | |
| **VERNON LEVAL**            NO.: 07-2749 | § | |
| **THOMAS MULKEY, et al**    NO.: 07-2754 | § | |
| **DAVID PETERSON**          NO.: 07-2753 | § | |
| **KAREN POLK**              NO.: 07-2751 | § | |
| **DALE VALENTI**            NO.: 07-2750 | § | |
| **LLOYD ROGERS, et al**     NO.: 07-2747 | § | |
| **KERRY SCHEUERMANN, et al** NO.: 07-2752 | § | |
| **STACY BISHOP and** | § | |
| **VICTOR MARINO**           NO.  07-2748 | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | |
| _____ | § | |

## ALLSTATE INSURANCE COMANPY'S EX PARTE MOTION
## TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** comes Defendant, Allstate Insurance Company, who respectfully moves that Judy Y. Barrasso and Susan M. Rogge of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be permitted to withdraw as counsel of record for Allstate and substitute in their place Gregory J. Schwab as Allstate's counsel of record in this proceeding.

**WHEREFORE,** Allstate Insurance Company prays that this Court enter an Order permitting Judy Y. Barrasso and Susan M. Rogge to withdraw and to enroll Gregory J. Schwab as counsel of record for Allstate Insurance Company.

RESPECTFULLY SUBMITTED,


*/s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
**CARL T. SCHWAB #21430**
423 Goode Street
Houma, Louisiana 70360
Tel.: 985-223-4457
Fax: 985-851-5051
e-mail: gjschwab@exceedtech.net
Attorneys for Allstate

AND

*/s/ Judy y. Barrasso*
Judy Y. Barrasso #2814
Susan M. Rogge #28203
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: 504-589-9700
jbarrasso@barrassousdin.com

**CERTIFICATE OF SERVICE**

        I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

        */s/ Gregory J. Schwab*
**GREGORY J. SCHWAB #21075**
**CARL T. SCHWAB #21430**
423 Goode Street
Houma, Louisiana 70360
Tel.: 985-223-4457
Fax: 985-851-5051
e-mail: gjschwab@exceedtech.net
Attorneys for Allstate