

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FILED**   JUL 2 5 2007

**LORETTA G. WHYTE**
**CLERK**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-30119

05-4182    K

**U.S. COURT OF APPEALS**
**FILED**

JUL 2 5 2007

**CHARLES R. FULBRUGE III**
**CLERK**

IN RE:   KATRINA CANAL BREACHES LITIGATION

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G HARVEY, SR

       Plaintiffs - Appellees-Cross-Appellants

    v.

UNITRIN PREFERRED INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

       Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

       Defendant - Cross-Appellee

-----------------------------------------------------------------

KELLY A HUMPHREYS

       Plaintiff - Appellee-Cross-Appellant

    v.

ENCOMPASS INDEMNITY COMPANY

       Defendant - Appellant-Cross-Appellee

-----------------------------------------------------------------

XAVIER UNIVERSITY OF LOUISIANA

       Plaintiff - Appellee

    v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

       Defendant - Appellant

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

---------------------------------------------------------------------

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY
FORSTER; GLENDY FORSTER; ET AL

                    Plaintiffs - Appellees-Cross-Appellants


        v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN
INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE
INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA
HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS
PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY;
ENCOMPASS INSURANCE COMPANY OF AMERICA; GREAT NORTHERN INSURANCE
COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE
COMPANY

                    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

                    Defendant - Cross-Appellee


                    --------------------------
        Appeals from the United States District Court for the
            Eastern District of Louisiana, New Orleans
                    --------------------------


O R D E R :


        IT IS ORDERED that the unopposed motion of appellant

American Insurance Company to supplement the record on appeal

with the American Insurance Policy issued to Andre and Marlande

Mauberret bearing policy number NZE3306778 is *granted* .


        IT IS FURTHER ORDERED that the unopposed motion of appellant

Louisiana Citizens Property Insurance Corporation to supplement

the record on appeal with the Louisiana Citizens Property

Insurance Corporation policy issued to Andre and Marlande

Mauberret bearing policy number FZD 0117213 08 is *granted*.

/s/Charles R. Fulbruge III
CHARLES R. FULBRUGE III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

MOT-42

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 25, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 07-30119 In Re: Katrina Canal
USDC No.   2:06-CV-1674
                  2:06-CV-1673
                  2:06-CV-1672
                  2:06-CV-516
                  2:06-CV-169
                  2:05-CV-6323
                  2:05-CV-4182

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Kim Folse, Deputy Clerk
504-310-7712

Ms Laura Anne Foggan
Mr Charles C Foti Jr
Mr Alan S Gilbert
Mr Levon G Hovnatanian
Mr Dominic J Ovella
Mr Christopher Raymond Pennison
Mr Marshall M Redmon
Mr John Powers Wolff III
Mr Christopher Todd Handman
Mr Joseph M Bruno
Ms Judy Y Barrasso

Mr Richard Joseph Doren
Mr Ralph S Hubbard III
Ms Maura Z Pelleteri
Mr John W Waters Jr
Mr William J Wegmann Jr
Mr Alan J Yacoubian
Mr James M Garner
Mr Wayne J Lee
Mr Robert G Creely
Mr Robert G Harvey Sr
Mr Harry Alston Johnson III
Mr Rex S Heinke
Ms Loretta Whyte, Clerk

MOT-2