UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K(2) |
| PERTAINS TO: | JUDGE DUVAL |
| INSURANCE (*Vidacovich*, 2:06-cv-4719) | MAG. WILKINSON |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Chester and Murleen Vidacovich, and Defendant, Hartford Insurance Company of the Midwest, who, pursuant to a settlement agreement executed by Plaintiffs, Chester and Murleen Vidacovich, now jointly move this Court for the entry of an order dismissing the captioned lawsuit and all claims therein, with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
Ryan P. Reece, La. Bar No. 26479
4933 Utica Street
Metairie, Louisiana 70006
(504) 342-4451

and

Remy Voisin Starns, La. Bar No. 26522
Attorney at Law
2098 A Staring Lane
Baton Rouge, Louisiana 70810
Telephone:    (225) 767-9550
Facsimile:    (225) 836-7819

**Attorneys for the Plaintiffs**

/s/ S B Reimonenq
_____
Ralph S. Hubbard, III, T.A., La. Bar. #7040
Simeon B. Reimonenq, Jr., La. Bar # 19755
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile:  (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Patrick M. Kemp
Texas State Bar No.: 24043751
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:    (713) 632-1700
Facsimile:    (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company
of the Midwest**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2007, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, first class postage prepaid, properly addressed to:

Remy Voisin Starns,
Attorney at Law
2098 A Staring Lane
Baton Rouge, Louisiana 70810

Ryan P. Reece
4933 Utica Street
Metairie, Louisiana 70006

_____
Simeon Reimonenq