# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * <br> * <br> * <br> * | **CIVIL ACTION:  07-2058** |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | * <br> * <br> * | **JUDGE: DUVAL** |
| **SEVERED FROM:** *Aaron, 06-4746* | * <br> * | |
| **JOSEPH & BARBARA ROTH** | * <br> * <br> * | **MAGISTRATE: WILKINSON** |
| **VERSUS** | * <br> * | |
| **STATE FARM FIRE & CASUALTY COMPANY** | * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### LIMITED ORDER OF DISMISSAL

IT IS ORDERED that the claims pertaining to property located at 21279 Chef Menteur Highway, New Orleans, Louisiana, made by JOSEPH and BARBARA ROTH, Plaintiffs in the above numbered and entitled cause, be and the same are hereby dismissed, without prejudice, each party to bear its own cost of court, and that Plaintiffs' rights to proceed as to all additional claims and allegations in this litigation, more specifically claims pertaining to property located at 6946-6948 Bellaire Drive, 6950-6952 Bellaire Drive and 1608 Orpheum Avenue against the State Farm Fire and Casualty Company, are specifically reserved.

NEW ORLEANS, LOUISIANA, this ____ day of JUNE, 2007.

_____
STANWOOD R. DUVAL
UNITED STATES DISTRICT JUDGE