UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

## NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the United States produces the following Bates ranges pursuant to the Court's Order of June 27, 2007 (Docket No. 6053):

FMD501-2754 to FMD501-2756;

FMD501-2979 to FMD501-2981;

FMD502-3304 to FMD502-3306;

FMD503-3438 to FMD503-3441;

FMD507-2963 to FMD507-2967;

FMD512-1651 to FMD512-1653;

FMD512-1849;

FMD516-1322 to FMD516-1327;

FMD523-0916 to FMD523-0921;

NRL012-0759 to NRL012-0761;

NRL062-2037 to NRL062-2039;

NRL092-1024;

NRL092-1029;

NRL092-4782 to NRL092-4783;

NRL123-1124 to NRL123-1127;

NRL127-0437;

NRL152-2740 to NRL152-2745;

NRL177-3240 to NRL177-3248;

NRL197-1364 to NRL197-1365;

NRL218-0457 to NRL218-0459;

NRL218-1035 to NRL218-1037;

NRL301-0961 to NRL301-0963;

NRL301-0977 to NRL301-0979;

NRL301-1365 to NRL301-1367;

NRL302-0846 to NRL301-0848;

NRL306-1539 to NRL306-1541;

NRL308-1984 to NRL308-1987;

NRL310-0905 to NRL310-0951;

NRL310-0955 to NRL310-0975;

NRL313-3962 to NRL313-3965;

NRL314-4390 to NRL314-4392;

NRL316-1470 to NRL316-1483;

NRL318-1656 to NRL318-1658;

NRL319-2271 to NRL319-2273;

NRL319-2291 to NRL319-2293;

NRL322-2456 to NRL322-2459;

NRL324-4452 to NRL324-4454;

NRL328-0793 to NRL328-0795.

These ranges will also be included in the United States' forthcoming full production of SF-95s, which will be produced in the manner specified in its Document Production Protocol and in accordance with technical specifications requested by Plaintiffs' Liaison Counsel.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Daniel M. Barish
        DANIEL M. BARISH
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4272 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: July 27, 2007

## CERTIFICATE OF SERVICE

I, Daniel M. Barish, hereby certify that on July 27, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

          s/ Daniel M. Barish
          DANIEL M. BARISH