PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| FMD | 501 | 2754 | 2756 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| FMD | 501 | 2979 | 2981 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| FMD | 502 | 3304 | 3306 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| FMD | 503 | 3438 | 3441 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| FMD | 507 | 2963 | 2967 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| FMD | 512 | 1651 | 1653 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FMD | 512 | 1849 | 1849 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| FMD | 516 | 1322 | 1327 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| FMD | 523 | 0916 | 0921 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 012 | 0759 | 0761 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 062 | 2037 | 2039 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 092 | 1024 | 1024 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NRL | 092 | 1029 | 1029 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 092 | 4782 | 4783 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 123 | 1124 | 1127 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 127 | 0437 | 0437 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 152 | 2740 | 2745 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 177 | 3240 | 3248 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NRL | 197 | 1364 | 1365 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 218 | 0457 | 0459 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 218 | 1035 | 1037 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 301 | 0961 | 0963 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 301 | 0977 | 0979 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 301 | 1365 | 1367 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NRL | 302 | 0846 | 0848 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 306 | 1539 | 1541 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 308 | 1984 | 1987 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 310 | 0905 | 0951 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 310 | 0955 | 0975 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 313 | 3962 | 3965 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NRL | 314 | 4390 | 4392 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 316 | 1470 | 1483 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 318 | 1656 | 1658 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 319 | 2271 | 2273 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 319 | 2291 | 2293 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 322 | 2456 | 2459 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NRL | 324 | 4452 | 4454 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |
| NRL | 328 | 0793 | 0795 | USACE, Mississippi Valley Division, New Orleans District, OGC | Angela Drinkwitz | KC059 | 07/27/2007 | Class - Levee | SF 95 Claims Forms for New Proposed Class Representatives Listed in Proposed Restated Levee Master Consolidated Class Action Complaint |