UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES        §        CIVIL ACTION
       CONSOLIDATED LITIGATION        §        NO. 05-4182 "K" (2)
                       §        JUDGE DUVAL
_____ §        MAG. WILKINSON
                       §
PERTAINS TO:        §
     ALL LEVEE        §
     ALL MRGO        §
_____ §

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the Unites States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

AFW-130-000000001 to  AFW-130-000002338;

AFW-311-000000336 to  AFW-311-000000525;

AFW-314-000000001 to  AFW-314-000000129;

AFW-314-000000148 to  AFW-314-000000480;

AFW-314-000000537 to  AFW-314-000000739;

AFW-317-000000001 to  AFW-317-000000916;

AFW-318-000000001 to  AFW-318-000001141;

AFW-336-000000001 to  AFW-336-000000269;

AFW-344-000000001 to  AFW-344-000000028;

AFW-367-000000001 to  AFW-367-000002437;

AFW-525-000000001 to  AFW-525-000000045;

AFW-529-000000001 to  AFW-529-000000051;

AFW-530-000000001 to  AFW-530-000000020;

AFW-564-000000001 to  AFW-564-000000180;

AFW-571-000000001 to  AFW-571-000000656;

AFW-574-000000001 to  AFW-574-000000020;

AFW-577-000000001 to  AFW-577-000000005;

AIN-016-000000001   to  AIN-016-000002167;

AIN-024-000000001   to  AIN-024-000000102;

AIN-026-000000001   to  AIN-026-000000011;

AIN-026-000000020   to  AIN-026-000000082;

AIN-029-000000001   to  AIN-029-000002274;

AIN-040-000000001   to   AIN-040-000002804;

AIN-062-000000001   to   AIN-062-000000166;

AIN-062-000000168   to   AIN-062-000000897;

AIN-088-000000001   to   AIN-088-000000171;

AIN-109-000000001   to   AIN-109-000001092;

AIN-164-000000001   to   AIN-164-000002588;

ERD-001-000000001 to   ERD-001-000000127;

ERD-002-000000001   to   ERD-002-000000243;

ERD-003-000000001   to   ERD-003-000000126;

ERD-005-000000001   to   ERD-005-000000728;

NED-008-000000001   to   NED-008-000000038;

NED-033-000000001   to   NED-033-000002467;

NED-063-000000001 to   NED-063-000000393;

NED-072-000000001 to   NED-072-000000001;

NED-072-000000011 to   NED-072-000002326;

NED-083-000000001   to   NED-083-000001520;

NED-103-000000001   to   NED-103-000002220;

NED-108-000000001   to   NED-108-000003005;

NED-109-000000001   to   NED-109-000000717;

NED-112-000000001   to   NED-112-000000003;

NED-129-000000001   to   NED-129-000001994;

NED-138-000000001   to   NED-138-000000078;

3

NED-138-000000082  to  NED-138-000000253;

NED-166-000000001  to  NED-166-000000258;

NED-173-000000001  to  NED-173-000004107;

NPM-014-000000001  to  NPM-014-000000963;

NPM-015-000000001  to  NPM-015-000002246;

NED-188-000000001  to  NED-188-000005097;

NPM-016-000000001 to  NPM-016-000001989;

NPM-019-000000001 to  NPM-019-000002129;

NPM-020-000000001 to  NPM-020-000002401;

NPM-027-000000001 to  NPM-027-000002187;

NPM-031-000000001 to  NPM-031-000003076;

NPM-032-000000001 to  NPM-032-000000439;

NPM-079-000000001 to  NPM-079-000000770;

NPM-023-000000001 to  NPM-023-000002392;

NPM-090-000000001 to  NPM-090-000000039;

PET-003-000000001  to  PET-003-000001246;

PET-005-000000001  to  PET-005-000000214;

PET-026-000000001  to  PET-026-000001519;

UDI-001-000000001  to  UDI-001-000000557.

This Notice of Production is respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated:July 27, 2007

**<u>CERTIFICATE OF SERVICE</u>**


      I, Paul Marc Levine, hereby certify that on July 27, 2007, I served a true copy of

the United States' Notice of Production upon all parties by ECF:


      <u>   s/ Paul Marc Levine     </u>
      PAUL MARC LEVINE