**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 130 | AFW-130-000000001 | AFW-130-000002338 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 670) from June 2007 Review and Select Production |
| AFW | 311 | AFW-311-000000336 | AFW-311-000000525 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 774) from June 2007 Review and Select Production |
| AFW | 314 | AFW-314-000000001 | AFW-314-000000129 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 777) from June 2007 Review and Select Production |
| AFW | 314 | AFW-314-000000148 | AFW-314-000000480 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 777) from June 2007 Review and Select Production |
| AFW | 314 | AFW-314-000000537 | AFW-314-000000739 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 777) from June 2007 Review and Select Production |
| AFW | 317 | AFW-317-000000001 | AFW-317-000000916 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 780) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 318 | AFW-318-000000001 | AFW-318-000001141 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 781) from June 2007 Review and Select Production |
| AFW | 336 | AFW-336-000000001 | AFW-336-000000269 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 743) from June 2007 Review and Select Production |
| AFW | 344 | AFW-344-000000001 | AFW-344-000000028 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 759) from June 2007 Review and Select Production |
| AFW | 367 | AFW-367-000000001 | AFW-367-000002437 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 836) from June 2007 Review and Select Production |
| AFW | 525 | AFW-525-000000001 | AFW-525-000000045 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC017 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1112) from June 2007 Review and Select Production |
| AFW | 529 | AFW-529-000000001 | AFW-529-000000051 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1121) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 530 | AFW-530-000000001 | AFW-530-000000020 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1120) from June 2007 Review and Select Production |
| AFW | 564 | AFW-564-000000001 | AFW-564-000000180 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1046) from June 2007 Review and Select Production |
| AFW | 571 | AFW-571-000000001 | AFW-571-000000656 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1061) from June 2007 Review and Select Production |
| AFW | 574 | AFW-574-000000001 | AFW-574-000000020 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1065) from June 2007 Review and Select Production |
| AFW | 577 | AFW-577-000000001 | AFW-577-000000005 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1070) from June 2007 Review and Select Production |
| AIN | 016 | AIN-016-000000001 | AIN-016-000002167 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 016) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 024 | AIN-024-000000001 | AIN-024-000000102 | USACE; MVD; MVN; Eng; Hydro | Nancy Powell | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 024) from June 2007 Review and Select Production |
| AIN | 026 | AIN-026-000000001 | AIN-026-000000011 | USACE; MVD; MVN; Eng; Hydro | Nancy Powell | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 026) from June 2007 Review and Select Production |
| AIN | 026 | AIN-026-000000020 | AIN-026-000000082 | USACE; MVD; MVN; Eng; Hydro | Nancy Powell | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 026) from June 2007 Review and Select Production |
| AIN | 029 | AIN-029-000000001 | AIN-029-000002274 | USACE; MVD; MVN; CEMVN-PD | Veronica Williams | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 029) from June 2007 Review and Select Production |
| AIN | 040 | AIN-040-000000001 | AIN-040-000002804 | USACE; MVD; MVN; ENG-Hydro | Nancy Powell | KC018 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 040) from June 2007 Review and Select Production |
| AIN | 062 | AIN-062-000000001 | AIN-062-000000166 | USACE; MVD; MVN; CELMN-ED-TF | Carl Guggenheimer | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 062) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 062 | AIN-062-000000168 | AIN-062-000000897 | USACE; MVD; MVN; CELMN-ED-TF | Carl Guggenheimer | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 062) from June 2007 Review and Select Production |
| AIN | 088 | AIN-088-000000001 | AIN-088-000000171 | USACE; MVD; MVN; CELMN-ED; HH Branch; Coastal Section | Arthur Laurent | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 088) from June 2007 Review and Select Production |
| AIN | 109 | AIN-109-000000001 | AIN-109-000001092 | USACE; MVD; MVN; Eng; CELMN-ED-HC | Arthur Laurent | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 109) from June 2007 Review and Select Production |
| AIN | 164 | AIN-164-000000001 | AIN-164-000002588 | USACE; MVD; MVN; PPMD; CEMVN-PM-M | Terral Broussard | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 532) from June 2007 Review and Select Production |
| ERD | 001 | ERD-001-000000001 | ERD-001-000000127 | USACE; MVD; ERD; ENVLAB | Tom Taff | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1223) from June 2007 Review and Select Production |
| ERD | 002 | ERD-002-000000001 | ERD-002-000000243 | USACE; MVD; ERD; ENVLAB | Tom Taff | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1221) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 003 | ERD-003-000000001 | ERD-003-000000126 | USACE; MVD; ERD; ENVLAB | Tom Taff | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1220) from June 2007 Review and Select Production |
| ERD | 005 | ERD-005-000000001 | ERD-005-000000728 | USACE; MVD; ERD; ENVLAB | Tom Taff | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1215) from June 2007 Review and Select Production |
| NED | 008 | NED-008-000000001 | NED-008-000000038 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC019 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 261) from June 2007 Review and Select Production |
| NED | 033 | NED-033-000000001 | NED-033-000002467 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC020 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 286) from June 2007 Review and Select Production |
| NED | 063 | NED-063-000000001 | NED-063-000000393 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC020 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 195) from June 2007 Review and Select Production |
| NED | 072 | NED-072-000000001 | NED-072-000000001 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC020 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 289) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 072 | NED-072-000000011 | NED-072-000002326 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC020 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 289) from June 2007 Review and Select Production |
| NED | 083 | NED-083-000000001 | NED-083-000001520 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC020 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 272) from June 2007 Review and Select Production |
| NED | 103 | NED-103-000000001 | NED-103-000002220 | USACE; MVD; MVN; CEMVN-ED-LW | Rick Broussard | KC020 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 147) from June 2007 Review and Select Production |
| NED | 108 | NED-108-000000001 | NED-108-000003005 | USACE; MVD; MVN; CEMVN-ED-LW | Tommy Dorcey | KC021 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 322) from June 2007 Review and Select Production |
| NED | 109 | NED-109-000000001 | NED-109-000000717 | USACE; MVD; MVN; CEMVN-ED-LW | Tommy Dorcey | KC021 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 435) from June 2007 Review and Select Production |
| NED | 112 | NED-112-000000001 | NED-112-000000003 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC021 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 419) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 129 | NED-129-000000001 | NED-129-000001994 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC021 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 474) from June 2007 Review and Select Production |
| NED | 138 | NED-138-000000001 | NED-138-000000078 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC022 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 354) from June 2007 Review and Select Production |
| NED | 138 | NED-138-000000082 | NED-138-000000253 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC022 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 354) from June 2007 Review and Select Production |
| NED | 166 | NED-166-000000001 | NED-166-000000258 | USACE; MVD; MVN | Del Britsch | KC022 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1281) from June 2007 Review and Select Production |
| NED | 173 | NED-173-000000001 | NED-173-000004107 | USACE; MVD; MVN; ED-F | G. Brown | KC022 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1237) from June 2007 Review and Select Production |
| NPM | 014 | NPM-014-000000001 | NPM-014-000000963 | USACE; MVD; MVN | Gary Hawkins | KC022 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 408) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 015 | NPM-015-000000001 | NPM-015-000002246 | USACE; MVD; MVN | Gary Hawkins | KC022 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 335) from June 2007 Review and Select Production |
| NED | 188 | NED-188-000000001 | NED-188-000005097 | USACE; MVD; MVN; ED | Fred Wallace | KC023 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1265) from June 2007 Review and Select Production |
| NPM | 016 | NPM-016-000000001 | NPM-016-000001989 | USACE; MVD; MVN | Gary Hawkins | KC024 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 416) from June 2007 Review and Select Production |
| NPM | 019 | NPM-019-000000001 | NPM-019-000002129 | USACE; MVD; MVN; CT-E,CT-W | Gary Hawkins | KC024 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 124) from June 2007 Review and Select Production |
| NPM | 020 | NPM-020-000000001 | NPM-020-000002401 | USACE; MVD; MVN | Gary Hawkins | KC024 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 439) from June 2007 Review and Select Production |
| NPM | 027 | NPM-027-000000001 | NPM-027-000002187 | USACE; MVD; MVN | Gary Hawkins | KC025 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 227) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 031 | NPM-031-000000001 | NPM-031-000003076 | USACE; MVD; MVN | Gary Hawkins | KC025 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 420) from June 2007 Review and Select Production |
| NPM | 032 | NPM-032-000000001 | NPM-032-000000439 | USACE; MVD; MVN; PM-P | Gayle Lawrence | KC025 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1236) from June 2007 Review and Select Production |
| NPM | 079 | NPM-079-000000001 | NPM-079-000000770 | USACE; MVD; MVN; CT-E,CT-W | Gary Hawkins | KC025 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 231) from June 2007 Review and Select Production |
| NPM | 023 | NPM-023-000000001 | NPM-023-000002392 | USACE; MVD; MVN | Gary Hawkins | KC026 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 415) from June 2007 Review and Select Production |
| NPM | 090 | NPM-090-000000001 | NPM-090-000000039 | USACE; MVD; MVN; CEMVN-CT | Gary Hawkins | KC026 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 346) from June 2007 Review and Select Production |
| PET | 003 | PET-003-000000001 | PET-003-000001246 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC026 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 399) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PET | 005 | PET-005-000000001 | PET-005-000000214 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC026 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 212) from June 2007 Review and Select Production |
| PET | 026 | PET-026-000000001 | PET-026-000001519 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC026 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 296) from June 2007 Review and Select Production |
| UDI | 001 | UDI-001-000000001 | UDI-001-000000557 | U.S. Fish and Wildlife Service; Southeast Region; Lafayette Ecological Services Field Office | David Walther | KC026 | 7/27/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1211) from June 2007 Review and Select Production |