UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

| | |
|---|---|
| **DANA R. VENEZIA,** *ET AL* | DOCKET NUMBER: 05-4182 c/f 06-6660 |
| VERSUS | |
| | SECTION K |
| **AUTO CLUB FAMILY INSURANCE COMPANY** | MAGISTRATE 2 |
| | PERTAINS TO INSURANCE |

**MOTION TO BIFURCATE WITH INCORPORATED MEMORANDUM IN SUPPORT**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Dana R. Venezia wife of/and John A. Venezia, and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation of individual insurance claim cases upon motion of any party, move this Honorable Court for an order bifurcating the proceeding captioned *Dana R. Venezia, wife of/and John A. Venezia v. Auto Club Family Insurance Company*, Civil Action No. 06-6660, from the consolidated litigation for purpose of trial of individual claims, including but not limited to individualized adjusting issues, bad faith claims handling related to damage from wind and water damages from wind; total amount of damage from wind, including water damage from wind; and, whether there was a total loss.

Accordingly, the plaintiffs request that the individual claims be referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII. Undersigned counsel discussed this motion with defense counsel who advised that the defendant has no opposition.

Counsel for the plaintiffs, Todd M. Korbel, has contacted counsel for the defendants, Kenneth Krobert, to determine whether the defendant would consent to this motion. After several discussions, Mr. Krobert did not made it clear whether the defendant did or did not consent to this motion.

**WHEREFORE**, the plaintiffs, Dana R. Venezia wife of/and John A. Venezia, pray that trial of the proceeding captioned *Dana R. Venezia, wife of/and John A. Venezia v. Auto Club Family Insurance Company*, Civil Action No. 06-6660, be bifurcated from the consolidated litigation and referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII.

Respectfully Submitted:

Attorney for the Plaintiffs

_____
**JOHN A. VENEZIA (#23963)**
**WILLIAM B. GORDON (#28056)**
The Law Office of John A. Venezia (APLC)
110 Veterans Boulevard, Suite 330
Metairie, Louisiana 70005
Telephone: (504) 486-3910
Facsimile: (504) 486-3913
Email: john@venezialaw.net

-and-

                                          Mr. Todd M. Korbel
                                          430 Olivier Street
                                          New Orleans Louisiana 70114
                                          Telephone (504) 236-9941

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 30, 2007, a copy of the foregoing has been served on all counsel of record *via* notice of electronic filing.

                                          _____
                                          John A. Venezia