UNITED STATES DISTRICT COURT
EASTERN DISTRICT DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

PERTAINS TO INSURANCE

| | |
|---|---|
| **DANA R. VENEZIA, *ET AL.*** | DOCKET NUMBER: 05-4182 c/f 06-6660 |
| **VERSUS** | SECTION K |
| **AUTO CLUB FAMILY INSURANCE COMPANY** | MAGISTRATE 2 |

## ORDER

Considering the foregoing Motion to Bifurcate with Incorporated Memorandum in Support,

**IT IS HEREBY ORDERED** that the referenced proceeding, Dana R. Venezia, wife of/and John A. Venezia v. Auto Club Family Insurance Company, Civil Action No. 06-6660, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**SO ORDERED** this _____ day of _____, 2007 in New Orleans, Louisiana.

_____
**JUDGE**