UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. | 05-4182 |
| CONSOLIDATED LITIGATION | * | | |
| | * | | |
| PERTAINS TO: SEVERED MASS | * | | |
| JOINDER CASES | * | JUDGE:  STANWOOD R. DUVAL, JR | |
| | * | MAGISTRATE : WILKINSON | |
| SEVERED FROM:  *Aaron* 06-4746 | * | | |
| | * | | |

---

| | | | |
|---|---|---|---|
| | * | | |
| WAYNE & ROSLYN HOWARD | * | CIVIL ACTION NO. | 07-1950 |
| | * | | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. | |
| VERSUS | * | MAGISTRATE: WILKINSON | |
| | * | | |
| STATE FARM FIRE & CASUALTY | * | | |
| COMPANY | * | | |

**************************************************************************

<u>JOINT MOTION, ORDER OF DISMISSAL</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs Wayne & Roslyn

Howard and Defendant State Farm Fire and Casualty Company, through their counsel of record,

all parties at interest herein and who stipulate and agree that the above numbered and entitled

cause has been concluded with settlement and accordingly, should be dismissed, with prejudice,

each party to bear its own cost of court.

-2-

0895-0584

Respectfully submitted,


JIM S. HALL (21644)
JOSEPH W. RAUSCH (11394)
Attorney for Plaintiff
800 N. Causeway Blvd., Suite 100
Metairie, Louisiana 70001
(504) 832-3000

CHARLES L. CHASSAIGNAC, IV (20746)
PORTEOUS, HAINKEL & JOHNSON
Attorneys for Defendant State Farm Fire
  and Casualty Company
343 Third Street, Ste. 202
Baton Rouge, LA 70801
(225) 383-8900

0895-0584