UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.    05-4182 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | JUDGE: STANWOOD R. DUVAL, JR MAGISTRATE : WILKINSON |
| SEVERED FROM: *Aaron* 06-4746 | * * | |
| ROSE THOMAS | * * | CIVIL ACTION NO.    07-2237 |
| VERSUS | * * * | JUDGE: STANWOOD R. DUVAL, JR. MAGISTRATE: WILKINSON |
| STATE FARM FIRE & CASUALTY COMPANY | * * | |

*******************************************************************

## ORDER OF DISMISSAL

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with /o'T prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-

0895-0629