UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE KATRINA DREDGING LIMITATION | * | CIVIL ACTION |
| ACTIONS CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | |
| ALL DREDGING LIMITATION ACTIONS | * | SECTION "K"(2) |
| | * | |
| *Pertains to:* 06-8676; 06-8884; 06-8888; 06-8890 | * | |
| 06-8891; 06-8922; 06-8967; 06-9075; 06-9223 | * | |

## CLAIM

**NOW COME**, Bean Dredging, L.L.C., C. F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation, C. F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C. (hereinafter "Bean Entities") in the above matters and make claim against Great Lakes Dredge & Dock Company, Mike Hooks, Inc., T. L. James & Company, Inc., Gulf Coast Trailing Company, TLJIC, L.L.C., Manson Construction Co., Luhr Bros., Inc., King Fisher Marine Service, L.P., Pine Bluff Sand and Gravel Company, Weeks Marine, Inc., ("Plaintiffs in Limitation"), as follows:

I.

At all times hereinafter mentioned, Claimant Bean Entities were, and now are, corporations organized and existing under and by virtue of the laws of various states, and at all material times were the owners and operators of certain dredges engaged in dredging in the MRGO.

II.

On August 29, 2005, Hurricane Katrina struck the Louisiana coast, causing substantial damage from multiple levee breaches and overtopping. As a result, several lawsuits were filed against Claimant Bean Entities and other dredging companies, seeking damages for property loss, business interruption, personal injuries and other damages. The various lawsuits allege that dredging of the MRGO "amplified" Hurricane Katrina's storm surge, which caused the breaching and overtopping of the levees, and subsequent flooding of the Lower Ninth Ward, St. Bernard Parish and New Orleans East.

III.

The above-mentioned damages, and any loss of life, injury, loss, destruction and damage occasioned thereby or resulting therefrom were not caused or contributed to by any fault, negligence or lack of due care on the part of Claimant, or any person employed by Claimant or for whom Claimant is responsible.

IV.

In the event that it is ultimately determined that the above-mentioned damages were caused by the negligence, fault and/or other legal liability attributable to Claimant, which liability is specifically denied, and further, in the event that Claimant is found to be liable for any damages or

sums attributable to negligence, fault and/or other legal liability, which is also specifically denied, then Claimant contends and specifically pleads that it is entitled to contribution, indemnification and/or reimbursement for any damages it may be required to pay that are attributable to the comparative negligence, fault and/or other legal responsibility of Plaintiffs in Limitation, and is specifically demanded herein, whether in proportion to comparative fault or as otherwise legally allocable.

**WHEREFORE**, Claimant presents its claim against Plaintiffs in Limitation, for any amounts that it may be held liable for in connection with this litigation, and prays that said claim be approved and allowed, with interest and costs, and that the Court grant such other and further relief as may be warranted.

**s/William E. Wright, Jr.**
**Terrence L. Brennan (Bar No. 3434)**
**William E. Wright, Jr. (Bar No. 8564)**
**Kelly E. Theard (Bar No. 29445)**
                    **of**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
**755 Magazine Street**
**New Orleans, Louisiana  70130**
**Telephone:  (504) 581-5141**
**Facsimile:  (504) 566-1201**
**tbrennan@dkslaw.com**
**wwright@dkslaw.com**
**ktheard@dkslaw.com**
**Attorneys for Bean Dredging, L.L.C., C.F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean**

**Dredging Corporation, C. F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on the 30th day of July, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com
2) dbecnel@becnellaw.com
3) csalas@salaslaw.com
4) jroussel@bakerdonelson.com
5) nscott@bakerdonelson.com
6) blarzelere@lpw-law.com
7) jsimpson@lpw-law.com
8) ggrant@monbar.com
9) jac@ecwko.com
10) amouledoux@mblb.com
11) gillyg@phelps.com
12) sam@lcgllaw.com
13) em@mpc-law.com
14) jdegruy@mblb.com
15) dollyno@aol.com
16) ajrebennack@cox.net

**s/William E. Wright, Jr.**