UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO: LEVEE, *Douville* (07-1113)<br>_____ | § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## EX PARTE CONSENT MOTION FOR EXTENSION OF TIME

Defendant United States hereby moves for an extension of twenty (20) days within which to answer or otherwise plead to plaintiff's Complaint pursuant to Local Rule 7.9E.

The answer deadline in this case is today, July 30, 2007. Undersigned counsel for defendant respectfully request an additional twenty days until August 19, 2007 to answer or otherwise respond. Counsel certify that legal counsel for M. Lynn Douville has been consulted and expresses no opposition to the requested extension.  This request is not made for any improper purpose, but out of a genuine need for more time.

1

**WHEREFORE**, defendant United States respectfully requests that an extension of time from July 30, 2007, up to and including August 19, 2007, be granted to answer or otherwise respond.  A proposed Order is attached to this motion.

    Respectfully submitted,

    PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKER, III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
 Assistant Director, Torts Branch

s/ Richard R. Stone
RICHARD R. STONE
Senior Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4291/(202) 616-5200 (Fax)
Attorneys for the United States

Dated: July 30, 2007

2

## CERTIFICATE OF SERVICE

I, Richard R. Stone, hereby certify that on July 30, 2007, I served a true copy of the United States' Ex Parte Consent Motion for Extension of Time upon all parties by ECF.

    s/    Richard R. Stone
    RICHARD R. STONE