UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, *Douville* (07-1113) | § | |
| _____ | § | |

## ORDER

Having considered defendant's *Ex Parte* Consent Motion for an Extension of Time, and, for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED. The United States may have an additional 20 days, to and including August 19, 2007, to answer or otherwise respond to the Complaint.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE