UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
|  | § | JUDGE DUVAL |
|  | § | MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE | § | |
|  | § | |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO COMPEL ANSWERS TO INTERROGATORIES
AND PRODUCTION OF DOCUMENTS AND THINGS**

Defendant United States hereby moves the Court pursuant to Fed. R. Civ. P. 37(a)(1) and (a)(2)(B) to compel plaintiffs to Answer the United States' First Set of Interrogatories, and to produce documents for inspection.

With this filing, the United States is also submitting a memorandum in support of the motion, a notice of hearing, and a certificate of counsel pursuant to Local Rule 37.1E.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torsts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ Richard R. Stone
RICHARD R. STONE, SR.
Senior Trial Counsel
KEITH LIDDLE
MICHELE GREIF
INA STRICHARTZ
Trial Attorneys, Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4400/(202) 616-5200 (fax)
richard.stone@usdoj.gov
Attorneys for Defendant United States

Dated: July 30, 2007