UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE | § | |
| | § | |

## LOCAL RULE 37.1E CERTIFICATE OF COUNSEL

Undersigned counsel for defendant United States hereby certify that they conferred with counsel for plaintiffs, Joe Bruno, and others, by telephone on July 9, 2007, in an attempt to amicably resolve issues concerning plaintiffs' Answers to Levee (common liability) Interrogatories, Answers to Requests for Admissions and Responses to Requests for Production of Documents.  The parties were unable to resolve the dispute.

        Respectfully Submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ Richard R. Stone
        RICHARD R. STONE, SR.
        Senior Trial Counsel
        KEITH LIDDLE
        MICHELE GREIF
        INA STRICHARTZ
        Trial Attorneys, Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888, Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4400/ (202)  616-5200 (fax)
        richard.stone@usdoj.gov
        Attorneys for Defendant United States

Dated: July 30, 2007