UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: ALL LEVEE | § | |
| | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant United States will bring its Motion to Compel Answers to Interrogatories and Production of Documents for Inspection before the Honorable Joseph C. Wilkinson, Jr. at 11 a.m. on August 22, 2007, at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torsts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

   s/ Richard R. Stone
RICHARD R. STONE, SR.
Senior Trial Counsel
KEITH LIDDLE
MICHELE GREIF
INA STRICHARTZ
Trial Attorneys, Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (fax)
richard.stone@usdoj.gov
Attorneys for Defendant United States

Dated: July 30, 2007