UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: MRGO | SECTION "K" (2) |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: United States of America's Motion to Compel Plaintiffs' Additional Responses to Interrogatories and to Determine the Sufficiency of Plaintiffs' Answers to Requests for Admissions, Record Doc. No. 6551

O R D E R E D:

 XXX : DEFERRED. The MRGO plaintiffs state in their opposition memorandum that they will supplement their answers to defendant's interrogatories no later than August 1, 2007, and they ask that the current hearing date be continued. Considering the glaring deficiencies in plaintiffs' answers, the court agrees that plaintiffs should supplement their answers. Ruling on the motion will be deferred pending supplementation, as follows: The United States may file a supplemental memorandum identifying any continuing deficiencies in plaintiffs' amended answers, or stating that the United States is satisfied with the amended answers, in whole or in part, no later than **Thursday, August 9, 2007**. The motion will thereafter be decided on the record without any further briefing or oral argument.

New Orleans, Louisiana, this   30th   day of July, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE