## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**PERTAINS TO:  INSURANCE CASES**

*Heron,* No. 06-7372

**CIVIL ACTION**

**NO. 05-4182 "K" (2)**

**JUDGE DUVAL**

**MAG. WILKINSON**

## ORDER

Considering the foregoing Ex Parte Motion to Bifurcate Individual Claim of Wylene Heron;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the referenced proceeding captioned *Wylene Heron v. State Farm Fire and Casualty Company*, No. 06-7327, be and hereby is bifurcated in accordance with Case Management Order No. 4, Section VII and that the referenced proceeding will be referred to Magistrate Judge Wilkinson for the entry of a separate scheduling order in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this 30th day of _____ July _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

NO.99799005.1