UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA KIMBLE | CIVIL ACTION NO.: 06-4800 |
| Plaintiff | |
| | SECTION: "R"(5) |
| VERSUS | |
| | JUDGE: HON. SARAH S. VANCE |
| REPUBLIC FIRE AND CASUALTY | |
| Defendant | MAGISTRATE: HON. ALMA L. CHASEZ |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum to Plaintiff's Memorandum in Opposition to Defendant's Motion to Transfer:

**IT IS HEREBY ORDERED** that Republic Fire And Casualty Insurance Company ("Republic") be granted leave to file its Reply Memorandum and that Republic's Reply Memorandum be and is hereby filed into the record of this matter.

Dated this __30th__ day of July, 2007, at New Orleans, Louisiana.

_____
Stanwood R. Duval, Jr.
United States District Judge