UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO LEVEE: | * | |
| 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, | * | SECTION "K" (2) |
| 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, | * | |
| 06-0020, 06-0225, 06-0629, 06-0886, 06-1885, | * | |
| 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, | * | |
| 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, | * | |
| 06-5042, 06-5159, 06-5161, 06-5163, 06-5260, | * | |
| 06-5308, 06-5367, 06-5471, 06-5771, 06-5785, | * | |
| 06-5786, 06-5937, 06-6473, 06-6642, 06-7682, | * | |
| 06-8708, 06-11208, 07-0206, 07-0647, 07-0993, | * | |
| 07-1113, 07-1284, 07-1286, 07-1288, 07-1289, | * | |
| 07-1349, | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER FOR FINAL JUDGMENT UNDER RULE 54(b)

Considering the foregoing Order and Reasons issued June 29, 2007 (Document

No. 6175) and the Orders and Reasons issued December 8, 2006 (Document Nos. 2148

and 2142), under Rule 54(b);

IT IS HEREBY ORDERED THAT the foregoing Court's Orders as they pertain to the

defendants Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter,

Inc., Burk-Kleinpeter, LLC, Gotech, Inc., Boh Bros. Construction, L.L.C., B & K Construction

Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction Company, Inc

be entered as final judgment under Rule 54(b) of the Federal Rules of Civil Procedure,

upon the express finding that there are no just reasons for delay for the reasons set forth

fully in the Motion and Memorandum, which are hereby adopted by the Court, including

that all claims between these parties are resolved by the Orders.

New Orleans, Louisiana, this __30th__ day of July, 2007.

_____
Stanwood R. Duval, Jr.
United States District Court Judge