UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE (*Benjamin* 06-8849) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Joint Motion to Dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above numbered and entitled matter be and is hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 30th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE