## UNITED STATES DISTRICT COURT
## EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K |
| | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-5115) | |
| MONTAGNET PROPERTIES #1, LLC MONTAGNET PROPERTIES #7, LLC, 2235 POYDRAS LLC, AND MONTAGNET PROPERTIES #5, LLC | |
| VERSUS | |
| ZURICH AMERICAN INSURANCE COMPANY, THE NORTHERN INSURANCE COMPANY OF NEW YORK, AND MARYLAND CASUALTY COMPANY | |

* * * * * * * *

### MOTION FOR ENTRY OF SCHEDULING ORDER AND FOR PROTECTIVE ORDER, OR IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME

COME NOW Plaintiffs, and in support of their Motion for Entry of Scheduling Order and for Protective Order, states as follow:

1.

This individual insurance coverage dispute was filed on August 26, 2006 and assigned to the Honorable Lance M. Alfrick and Honorable Karen Wells Roby.

2.

On February 7, 2007, U.S. Magistrate Judge Roby entered a scheduling order setting deadlines and a trial date in this individual case.

3.

On February 16, 2007, Defendant Maryland Casualty moved *ex parte* to consolidate the individual case with *In Re Katrina Canal Breaches Consolidated Litigation*. The Court ordered consolidation, transferred the case to Judges Duval and Wilkinson, and presumably mooted the previously imposed scheduling deadlines.

4.

This Court's Case Management Order #4 provides for consolidated discovery of common issues and prohibits individualized discovery "in the absence of written agreements of liaison counsel for both sides . . . [or] order of the Court . . ."

5.

On June 28, 2007, while this case was consolidated and without the agreement or Court permission required by the above referenced CMO, the Defendant mailed particularized discovery requests to the Plaintiffs, including Interrogatories and Request for Production of Documents. This proposed discovery violates the Court's CMO, and is therefore improper.

6.

On July 2, 2007, Defendant filed another *ex parte* motion, requesting that this action be bifurcated from the consolidated litigation. Bifurcation was effected by this Court's order of July 4, 2007.

7.

Pursuant to this Court's Case Management Order # 4, upon bifurcation, this Court is to conduct a preliminary conference, and address pretrial and discovery motions, including discovery deadlines. Because the preliminary conference has not taken place, Defendant's individualized discovery has been improperly propounded.

8.

Plaintiffs request that the case management conference be held, that scheduling deadlines be entered, and that this Court enter an order declaring that the Plaintiffs need not respond to the propounded discovery until the individual discovery deadlines have been set.

9.

Additionally, Plaintiffs' counsel has had conflicting deadlines and personal commitments that have prevented completion of discovery responses. Should the Court decline to enter a protective order preventing discovery until a scheduling order has been entered, the Plaintiffs move alternatively for an extension of time to respond to the discovery requests, through and including August 20, 2007.

10.

For the foregoing reasons, Plaintiffs request that the Court enter a protective order relieving the Plaintiffs' from any obligation to respond to the discovery that has been improperly propounded. Alternatively, Plaintiffs requests that the Court enter an order extending the period of time within which the Plaintiff must respond to the discovery requests, through and including August 20, 2007. Plaintiffs also request that this Court schedule a preliminary conference and enter a scheduling order in this case.

Respectfully submitted this the 30th day of July, 2007.

        MONTAGNET PROPERTIES #1, LLC, MONTAGNET PROPERTIES #7, LLC, 2235 POYDRAS LLC AND MONTAGNET PROPERTIES #5, LLC

        By: *[signature]*

        O. Stephen Montagnet, III (MBN 10049)
        5760 I-55 North, Suite 300
        Jackson, MS 39211
        Telephone: (601) 957-7811
        Facsimile: (601) 957-9915

        And

        Katherine Lafaye Winters (#28275)
        Jones Walker Waechter Poitevent Carrere and Denegre
        201 St. Charles Avenue, 48th Floor
        New Orleans, LA 70170
        Telephone: (504) 582-8376
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be served, by first class mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the following interested parties, to-wit:

Richard E. King
David M. Moragas
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139

THIS the 30 day of July, 2007

O. Stephen Montagnet, III

5