UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION  _____ | § § § § § § § § | CIVIL ACTION  NO. 05-4182 "K" (2)  JUDGE DUVAL  MAG. WILKINSON |
| PERTAINS TO:  ALL MRGO  _____ | | |

**DEFENDANT UNITED STATES'** *EX PARTE* **MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFFS' RESPONSES TO INTERROGATORIES AND TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' ANSWERS TO REQUESTS FOR ADMISSIONS**

_____

Defendant United States hereby respectfully requests leave to file a Reply Memorandum in support of its Motion to Compel (R.Doc. 6551-2).  The United States' Reply Memorandum is submitted to address issues raised by the Plaintiffs in their Opposition Memorandum (R.Doc. 6678).

The United States sought consent to file a reply from Plaintiffs' counsel and received no response.  Accordingly, Defendant requests that it be allowed to file a reply.

1

Pursuant to Local Rule 7.3E, a proposed Order is submitted.

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY, JR.
          Assistant Director, Torts Branch

          /s/ Tara A. Bowman
          TARA A. BOWMAN
          ROBIN D. SMITH
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202)-616-4400 / (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: July 30, 2007

## CERTIFICATE OF SERVICE

     I, Tara A. Bowman, hereby certify that on July 30, 2007, I served a true copy of the United States' Motion for Leave to File a Reply Memorandum in Support of its Motion to Compel upon all parties by ECF.

                                      s/   Tara A. Bowman
                                      TARA A. BOWMAN