UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: ALL MRGO | § | |
| _____ | § | |

**ORDER**

Having considered the United States' *Ex Parte* Motion for Leave to File a Reply Memorandum, and for good cause shown, it is hereby ORDERED that the Defendant's Motion is hereby GRANTED. The United States may file a Reply Memorandum in response to R.Doc. 6678.

New Orleans, Louisiana, this ____ day of _____ 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Hon. Stanwood R. Duval, Jr.