UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | | NO.: 05-4182 |
| | | SECTION "K" (2) |

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

## UNOPPOSED MOTION FOR ONE DAY EXTENSION TO FILE OPPOSITION TO MOTION FOR LEAVE TO FILE RESTATED MASTER CONSOLIDATED CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel, come the Levee Defendants and Plaintiffs who move this Court to extend the Levee Defendants time to file an opposition to Plaintiffs' Motion for Leave to file their Restated Master Consolidated Class Action Complaint one day, or until August 1, 2007 for the following reasons:

1.

Both the plaintiffs' Motion to Amend the Proposed Class [Doc. 6589] and the plaintiffs' Motion to Amend the Complaint [Doc. 6584] are set for hearing on August 8, 2007. By virtue of the CMO No. 4, the defendants' opposition to the Motion to Amend the Proposed Class is due August 1, 2007. By virtue of the local rules of this Court, the Levee Defendants' opposition(s) to the Motion to Amend the Complaint is due July 31.

2.

The Levee Defendants presently intend to file a single opposition that addresses both motions because the two motions are significantly intertwined. To that end, the Levee Defendants move to have the deadline for their opposition(s) to the Motion to Amend the Complaint be extended by a single day or until August 1, 2007 to match up with the deadline for the Motion to Supplement and Amend the Motion for Class Certification.

3.

Sub-Liaison Counsel for the Local/State Government has been informed by Plaintiffs' Liaison Counsel that plaintiffs have no opposition to the one day extension.

WHEREFORE, the Levee Defendants pray that this Court grant their Joint Motion for a One Day Extension to file their opposition(s) to Plaintiffs' Motion for Leave to File their Restated Master Consolidated Class Action Complaint granting them until August 1, 2007 to file said opposition(s).

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
BRUNO & BRUNO LLP
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
*Plaintiffs' Liaison Counsel*

Respectfully submitted,

/s/ Kyle P. Kirsch
THOMAS P. ANZELMO (2533)
MARK E. HANNA (19336)
KYLE P. KIRSCH (26363)
ANDRE J. LAGARDE (28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
*Defendants State/Local Governmental Entities Representative and Counsel of Record for the Orleans Levee District*

Respectfully submitted,

/s/ Seth M. Schmeeckle
Ralph S. Hubbard, III (7040)
Seth M. Schmeeckle (27076)
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
*Defendants' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by via the Court's EM.ECF notice of electronic filing this 30th day of July, 2007.

_____/s/ Kyle P. Kirsch_____