UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §          CIVIL ACTION
        CONSOLIDATED LITIGATION          §          NO. 05-4182 "K" (2)
                                         §          JUDGE DUVAL
_____    §          MAG. WILKINSON
                                         §
PERTAINS TO:                             §
        ALL LEVEE                        §
        ALL MRGO                         §
_____    §


NOTICE OF PRODUCTION


        In response to the First Sets of Requests for Production propounded by the Plaintiffs in

the MRGO and Levee Class Certification Actions, the United States produces the following

Bates ranges pursuant to the Court's Orders of June 27, 2007 (Docket No. 6053) and July 6,

2007 (Docket No. 6299):


                        FMD501-0001       to       FMD501-3667;
                        FMD502-0001       to       FMD502-3370;
                        FMD503-0001       to       FMD503-4523;
                        FMD504-0001       to       FMD504-2469;
                        FMD505-0001       to       FMD505-3504;
                        FMD506-0001       to       FMD506-4103;
                        FMD507-0001       to       FMD507-3398;
                        FMD508-0001       to       FMD508-4123;
                        FMD509-0001       to       FMD509-3536;
                        FMD510-0001       to       FMD510-3567;
                        FMD511-0001       to       FMD511-3512;
                        FMD512-0001       to       FMD512-3318;

| | | |
|---|---|---|
| FMD513-0001 | to | FMD513-3131; |
| FMD514-0001 | to | FMD514-3995; |
| FMD515-0001 | to | FMD515-2862; |
| FMD516-0001 | to | FMD516-3216; |
| FMD517-0001 | to | FMD517-3513; |
| FMD518-0001 | to | FMD518-3335; |
| FMD519-0001 | to | FMD519-3592; |
| FMD520-0001 | to | FMD520-2791; |
| FMD521-0001 | to | FMD521-1566; |
| FMD522-0001 | to | FMD522-2182; |
| FMD523-0001 | to | FMD523-1697; |
| FMD524-0001 | to | FMD524-2286; |
| FMD525-0001 | to | FMD525-1406; |
| FMD526-0001 | to | FMD526-1439; |
| FMD527-0001 | to | FMD527-1652; |
| FMD528-0001 | to | FMD528-1372; |
| FMD529-0001 | to | FMD529-1171; |
| FMD530-0001 | to | FMD530-1930; |
| FMD531-0001 | to | FMD531-4008; |
| FMD532-0001 | to | FMD532-1999; |
| FMD533-0001 | to | FMD533-2307; |
| FMD534-0001 | to | FMD534-1966; |
| FMD535-0001 | to | FMD535-1670; |
| FMD536-0001 | to | FMD536-3188; |
| FMD537-0001 | to | FMD537-1608; |
| FMD538-0001 | to | FMD538-1339; |
| FMD539-0001 | to | FMD539-1714; |
| FMD540-0001 | to | FMD540-1350; |
| FMD541-0001 | to | FMD541-1581; |
| FMD542-0001 | to | FMD542-2785; |
| FMD543-0001 | to | FMD543-3541; |
| FMD544-0001 | to | FMD544-2145; |
| NRL001-0001 | to | NRL001-2415; |
| NRL002-0001 | to | NRL002-0425; |
| NRL003-0001 | to | NRL003-3880; |
| NRL004-0001 | to | NRL004-2770; |
| NRL005-0001 | to | NRL005-1289; |
| NRL006-0001 | to | NRL006-4617; |
| NRL007-0001 | to | NRL007-3350; |
| NRL008-0001 | to | NRL008-3780; |
| NRL009-0001 | to | NRL009-4318; |
| NRL010-0001 | to | NRL010-3255; |
| NRL011-0001 | to | NRL011-3698; |
| NRL012-0001 | to | NRL012-2944; |

NRL013-0001   to   NRL013-4142;
NRL014-0001   to   NRL014-4118;
NRL015-0001   to   NRL015-4371;
NRL016-0001   to   NRL016-4352;
NRL017-0001   to   NRL017-3134;
NRL018-0001   to   NRL018-2745;
NRL019-0001   to   NRL019-3522;
NRL020-0001   to   NRL020-2378;
NRL021-0001   to   NRL021-2790;
NRL022-0001   to   NRL022-2692;
NRL023-0001   to   NRL023-3537;
NRL024-0001   to   NRL024-4732;
NRL025-0001   to   NRL025-3946;
NRL026-0001   to   NRL026-3561;
NRL027-0001   to   NRL027-2076;
NRL028-0001   to   NRL028-2353;
NRL029-0001   to   NRL029-1426;
NRL030-0001   to   NRL030-1250;
NRL031-0001   to   NRL031-0827;
NRL032-0001   to   NRL032-1321;
NRL033-0001   to   NRL033-2034;
NRL034-0001   to   NRL034-3453;
NRL035-0001   to   NRL035-2548;
NRL036-0001   to   NRL036-2486;
NRL037-0001   to   NRL037-3573;
NRL038-0001   to   NRL038-4119;
NRL039-0001   to   NRL039-3407;
NRL040-0001   to   NRL040-1708;
NRL041-0001   to   NRL041-3202;
NRL042-0001   to   NRL042-3441;
NRL043-0001   to   NRL043-3141;
NRL044-0001   to   NRL044-4368;
NRL045-0001   to   NRL045-3070;
NRL046-0001   to   NRL046-1821;
NRL047-0001   to   NRL047-2216;
NRL048-0001   to   NRL048-3614;
NRL049-0001   to   NRL049-3749;
NRL050-0001   to   NRL050-2909;
NRL051-0001   to   NRL051-3176;
NRL052-0001   to   NRL052-2058;
NRL053-0001   to   NRL053-2307;
NRL054-0001   to   NRL054-1069;
NRL055-0001   to   NRL055-2694;
NRL056-0001   to   NRL056-3208;

| | | |
|---|---|---|
| NRL057-0001 | to | NRL057-1776; |
| NRL058-0001 | to | NRL058-2210; |
| NRL059-0001 | to | NRL059-3135; |
| NRL060-0001 | to | NRL060-2620; |
| NRL061-0001 | to | NRL061-2443; |
| NRL062-0001 | to | NRL062-3720; |
| NRL063-0001 | to | NRL063-2188; |
| NRL064-0001 | to | NRL064-2615; |
| NRL065-0001 | to | NRL065-3686; |
| NRL066-0001 | to | NRL066-2018; |
| NRL067-0001 | to | NRL067-2026; |
| NRL068-0001 | to | NRL068-2152; |
| NRL069-0001 | to | NRL069-2439; |
| NRL070-0001 | to | NRL070-2848; |
| NRL071-0001 | to | NRL071-2356; |
| NRL072-0001 | to | NRL072-2227; |
| NRL073-0001 | to | NRL073-3359; |
| NRL074-0001 | to | NRL074-3304; |
| NRL075-0001 | to | NRL075-3042; |
| NRL076-0001 | to | NRL076-1588; |
| NRL077-0001 | to | NRL077-2610; |
| NRL078-0001 | to | NRL078-3716; |
| NRL079-0001 | to | NRL079-1952; |
| NRL080-0001 | to | NRL080-3019; |
| NRL081-0001 | to | NRL081-3314; |
| NRL082-0001 | to | NRL082-3774; |
| NRL083-0001 | to | NRL083-1741; |
| NRL084-0001 | to | NRL084-2138; |
| NRL085-0001 | to | NRL085-2068; |
| NRL086-0001 | to | NRL086-2753; |
| NRL087-0001 | to | NRL087-4149; |
| NRL088-0001 | to | NRL088-3855; |
| NRL089-0001 | to | NRL089-2802; |
| NRL090-0001 | to | NRL090-1521; |
| NRL091-0001 | to | NRL091-2585; |
| NRL092-0001 | to | NRL092-5788; |
| NRL093-0001 | to | NRL093-2228; |
| NRL094-0001 | to | NRL094-2761; |
| NRL095-0001 | to | NRL095-2844; |
| NRL096-0001 | to | NRL096-2149; |
| NRL097-0001 | to | NRL097-3093; |
| NRL098-0001 | to | NRL098-2769; |
| NRL099-0001 | to | NRL099-3977; |
| NRL100-0001 | to | NRL100-4429; |

4

NRL101-0001     to     NRL101-2185;
NRL102-0001     to     NRL102-2540;
NRL103-0001     to     NRL103-0875;
NRL104-0001     to     NRL104-1887;
NRL105-0001     to     NRL105-1664;
NRL106-0001     to     NRL106-1603;
NRL107-0001     to     NRL107-1804;
NRL108-0001     to     NRL108-1190;
NRL109-0001     to     NRL109-4586;
NRL110-0001     to     NRL110-2890;
NRL111-0001     to     NRL111-1943;
NRL112-0001     to     NRL112-2291;
NRL113-0001     to     NRL113-3223;
NRL114-0001     to     NRL114-3000;
NRL115-0001     to     NRL115-2374;
NRL116-0001     to     NRL116-2671;
NRL117-0001     to     NRL117-3151;
NRL118-0001     to     NRL118-2849;
NRL119-0001     to     NRL119-4896;
NRL120-0001     to     NRL120-4289;
NRL121-0001     to     NRL121-2038;
NRL122-0001     to     NRL122-2133;
NRL123-0001     to     NRL123-1470;
NRL124-0001     to     NRL124-2738;
NRL125-0001     to     NRL125-2578;
NRL126-0001     to     NRL126-2245;
NRL127-0001     to     NRL127-2713;
NRL128-0001     to     NRL128-3191;
NRL129-0001     to     NRL129-3036;
NRL130-0001     to     NRL130-2703;
NRL131-0001     to     NRL131-2781;
NRL132-0001     to     NRL132-1928;
NRL133-0001     to     NRL133-3450;
NRL134-0001     to     NRL134-2566;
NRL135-0001     to     NRL135-1568;
NRL136-0001     to     NRL136-3796;
NRL137-0001     to     NRL137-4378;
NRL138-0001     to     NRL138-4473;
NRL139-0001     to     NRL139-3566;
NRL140-0001     to     NRL140-1897;
NRL141-0001     to     NRL141-2410;
NRL142-0001     to     NRL142-1558;
NRL143-0001     to     NRL143-1477;
NRL144-0001     to     NRL144-3726;

NRL145-0001    to    NRL145-3373;
NRL146-0001    to    NRL146-2754;
NRL147-0001    to    NRL147-3499;
NRL148-0001    to    NRL148-2784;
NRL149-0001    to    NRL149-3542;
NRL150-0001    to    NRL150-4052;
NRL151-0001    to    NRL151-5004;
NRL152-0001    to    NRL152-2907;
NRL153-0001    to    NRL153-1977;
NRL154-0001    to    NRL154-3928;
NRL155-0001    to    NRL155-1981;
NRL156-0001    to    NRL156-2055;
NRL157-0001    to    NRL157-2061;
NRL158-0001    to    NRL158-1356;
NRL159-0001    to    NRL159-2672;
NRL160-0001    to    NRL160-1356;
NRL161-0001    to    NRL161-2231;
NRL162-0001    to    NRL162-3521;
NRL163-0001    to    NRL163-2646;
NRL164-0001    to    NRL164-1648;
NRL165-0001    to    NRL165-3638;
NRL166-0001    to    NRL166-0846;
NRL167-0001    to    NRL167-2666;
NRL168-0001    to    NRL168-1356;
NRL169-0001    to    NRL169-2433;
NRL170-0001    to    NRL170-2324;
NRL171-0001    to    NRL171-3632;
NRL172-0001    to    NRL172-1539;
NRL173-0001    to    NRL173-1952;
NRL174-0001    to    NRL174-2816;
NRL175-0001    to    NRL175-2041;
NRL176-0001    to    NRL176-4168;
NRL177-0001    to    NRL177-3803;
NRL178-0001    to    NRL178-2846;
NRL179-0001    to    NRL179-1454;
NRL180-0001    to    NRL180-3394;
NRL181-0001    to    NRL181-3869;
NRL182-0001    to    NRL182-2598;
NRL183-0001    to    NRL183-4144;
NRL184-0001    to    NRL184-3705;
NRL185-0001    to    NRL185-2522;
NRL186-0001    to    NRL186-3200;
NRL187-0001    to    NRL187-3211;
NRL188-0001    to    NRL188-2560;

NRL189-0001     to     NRL189-3635;
NRL190-0001     to     NRL190-2814;
NRL191-0001     to     NRL191-3151;
NRL192-0001     to     NRL192-2260;
NRL193-0001     to     NRL193-2341;
NRL194-0001     to     NRL194-3285;
NRL195-0001     to     NRL195-3020;
NRL196-0001     to     NRL196-3529;
NRL197-0001     to     NRL197-2755;
NRL198-0001     to     NRL198-2521;
NRL199-0001     to     NRL199-2588;
NRL200-0001     to     NRL200-2565;
NRL201-0001     to     NRL201-2597;
NRL202-0001     to     NRL202-3244;
NRL203-0001     to     NRL203-2421;
NRL204-0001     to     NRL204-2643;
NRL205-0001     to     NRL205-2398;
NRL206-0001     to     NRL206-3663;
NRL207-0001     to     NRL207-4045;
NRL208-0001     to     NRL208-2781;
NRL209-0001     to     NRL209-4222;
NRL210-0001     to     NRL210-1380;
NRL211-0001     to     NRL211-2947;
NRL212-0001     to     NRL212-1431;
NRL213-0001     to     NRL213-3752;
NRL214-0001     to     NRL214-3128;
NRL215-0001     to     NRL215-1881;
NRL216-0001     to     NRL216-3317;
NRL217-0001     to     NRL217-2798;
NRL218-0001     to     NRL218-3507;
NRL219-0001     to     NRL219-1898;
NRL220-0001     to     NRL220-3493;
NRL221-0001     to     NRL221-2631;
NRL222-0001     to     NRL222-2982;
NRL223-0001     to     NRL223-2775;
NRL224-0001     to     NRL224-3479;
NRL225-0001     to     NRL225-2129;
NRL226-0001     to     NRL226-1627;
NRL227-0001     to     NRL227-4055;
NRL228-0001     to     NRL228-3361;
NRL229-0001     to     NRL229-2538;
NRL230-0001     to     NRL230-3227;
NRL231-0001     to     NRL231-1646;
NRL232-0001     to     NRL232-2169;

NRL233-0001 to NRL233-3733;
NRL234-0001 to NRL234-1494;
NRL235-0001 to NRL235-2765;
NRL236-0001 to NRL236-3068;
NRL237-0001 to NRL237-3574;
NRL238-0001 to NRL238-1832;
NRL239-0001 to NRL239-4217;
NRL240-0001 to NRL240-3894;
NRL241-0001 to NRL241-5267;
NRL242-0001 to NRL242-3652;
NRL243-0001 to NRL243-4058;
NRL244-0001 to NRL244-2047;
NRL245-0001 to NRL245-2759;
NRL246-0001 to NRL246-3565;
NRL247-0001 to NRL247-1359;
NRL248-0001 to NRL248-2750;
NRL249-0001 to NRL249-3169;
NRL250-0001 to NRL250-2139;
NRL251-0001 to NRL251-2742;
NRL252-0001 to NRL252-0882;
NRL253-0001 to NRL253-2196;
NRL254-0001 to NRL254-0991;
NRL255-0001 to NRL255-2813;
NRL256-0001 to NRL256-2608;
NRL257-0001 to NRL257-0718;
NRL258-0001 to NRL258-2119;
NRL259-0001 to NRL259-1840;
NRL260-0001 to NRL260-0973;
NRL261-0001 to NRL261-0874;
NRL262-0001 to NRL262-3342;
NRL263-0001 to NRL263-0776;
NRL264-0001 to NRL264-0564;
NRL265-0001 to NRL265-2827;
NRL266-0001 to NRL266-0501;
NRL267-0001 to NRL267-0332;
NRL268-0001 to NRL268-0986;
NRL269-0001 to NRL269-0246;
NRL270-0001 to NRL270-1217;
NRL271-0001 to NRL271-0265;
NRL272-0001 to NRL272-0173;
NRL273-0001 to NRL273-1766;
NRL274-0001 to NRL274-0130;
NRL275-0001 to NRL275-0782;
NRL276-0001 to NRL276-0496;

8

| | | |
|---|---|---|
| NRL277-0001 | to | NRL277-0245; |
| NRL278-0001 | to | NRL278-2654; |
| NRL279-0001 | to | NRL279-2974; |
| NRL280-0001 | to | NRL280-2470; |
| NRL281-0001 | to | NRL281-0825; |
| NRL282-0001 | to | NRL282-3048; |
| NRL301-0001 | to | NRL301-4162; |
| NRL302-0001 | to | NRL302-4170; |
| NRL303-0001 | to | NRL303-4855; |
| NRL304-0001 | to | NRL304-4311; |
| NRL305-0001 | to | NRL305-4435; |
| NRL306-0001 | to | NRL306-4269; |
| NRL307-0001 | to | NRL307-3957; |
| NRL308-0001 | to | NRL308-5254; |
| NRL309-0001 | to | NRL309-4847; |
| NRL310-0001 | to | NRL310-4273; |
| NRL311-0001 | to | NRL311-4682; |
| NRL312-0001 | to | NRL312-4903; |
| NRL313-0001 | to | NRL313-4081; |
| NRL314-0001 | to | NRL314-4712; |
| NRL315-0001 | to | NRL315-4289; |
| NRL316-0001 | to | NRL316-5452; |
| NRL317-0001 | to | NRL317-4574; |
| NRL318-0001 | to | NRL318-5178; |
| NRL319-0001 | to | NRL319-5030; |
| NRL320-0001 | to | NRL320-4570; |
| NRL321-0001 | to | NRL321-4486; |
| NRL322-0001 | to | NRL322-5020; |
| NRL323-0001 | to | NRL323-4946; |
| NRL324-0001 | to | NRL324-4872; |
| NRL325-0001 | to | NRL325-3952; |
| NRL326-0001 | to | NRL326-4807; |
| NRL327-0001 | to | NRL327-4370; |
| NRL328-0001 | to | NRL328-3894; |
| NRL501-000000001 | to | NRL501-000000001; |
| NRL501-000000002 | to | NRL501-000000002. |

These ranges are produced in the manner specified in the United States Document

Production Protocol, and NRL501-000000002 is produced after consultation with

Plaintiffs' Liaison Counsel with the technical specifications that were requested.

9

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Daniel M. Barish
DANIEL M. BARISH
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: July 30, 2007

## **CERTIFICATE OF SERVICE**

I, Daniel M. Barish, hereby certify that on July 30, 2007, I served a true copy of

the United States' Notice of Production upon all parties by ECF:


    s/ Daniel M. Barish
    DANIEL M. BARISH