UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § CIVIL ACTION <br> § NO. 05-4182 "K" (2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON |
| PERTAINS TO: <br> ALL MRGO AND LEVEE CASES | |

**JOINT SUBMISSION REGARDING SCHEDULING
OF "COMMON LIABILITY" FACT DEPOSITIONS**

Pursuant to Section IV(D)(6) of the Case Management and Scheduling Order No. 4 (Rec. Doc. 3299), undersigned Liaison Counsel, having consulted with counsel for the MRGO and Levee plaintiffs and defendants and with counsel for the United States, hereby respectfully submit the following written report regarding the scheduling of "common liability" depositions.

1.

Because "common liability" fact discovery is just beginning, Liaison Counsel do not believe that it is possible at this time to identify with specificity the number of "common liability" fact depositions that will be necessary in these proceedings. As a result, Liaison Counsel respectfully submit that any limits on the number of "common liability" fact depositions would be premature.

886267v.1

2.

The MRGO and Levee plaintiffs, having consulted with the MRGO and Levee defendants, and will notice depositions pursuant to Rule 30(b)(6) as to all MRGO and Levee defendants on mutually convenient dates.

3.

Defendants' Liaison Counsel, on behalf of the MRGO and Levee defendants, submits the attached Exhibit "A," which contains a preliminary list of those parties from whom the defendants may seek discovery in these proceedings, as well as a brief description of their bases for doing so. Plaintiffs' Liaison Counsel submits a similar listing on behalf of the Levee and MRGO plaintiffs, which is attached hereto as Exhibit "B."[1]

4.

The MRGO and Levee plaintiffs, having consulted with United States and the MRGO and Levee defendants, will notice depositions of United States Army Corps of Engineers personnel on dates convenient to all sides and to the witness.

5.

The MRGO and Levee plaintiffs and defendants and the United States will cooperate to confect and exchange draft deposition notices no later than September 1, 2007. The parties shall then cooperate to select convenient dates and locations for the depositions.

6.

Liaison Counsel do not anticipate that any "common liability" Rule 30(b)(6) depositions will take place prior to September 24, 2007 in order to accommodate document

---

[1] The MRGO and Levee defendants and plaintiffs, by submitting the preliminary deposition lists attached hereto as Exhibits A and B respectively, do not intend to and should not be construed as waiving any rights to seek to depose additional persons or entities in these proceedings.

production requests. However, individual depositions of United States personnel may begin earlier. In the event that the MRGO and Levee plaintiffs seek to depose Corps personnel prior to September 24, the MRGO and Levee plaintiffs and defendants and the United States shall cooperate to select dates and locations convenient to all parties and deponents.

**WHEREFORE**, Liaison Counsel, having consulted with counsel for the MRGO and Levee plaintiffs and defendants and with counsel for the United States, hereby respectfully submit the following written report regarding the scheduling of "common liability" depositions

Dated: July 30, 2007

Respectfully submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno, Bar No. 3604
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504 525-1335
Facsimile: 504 561-6775
jbruno@brunobrunolaw.com

*Plaintiffs' Liaison Counsel*

/s/ Ralph S. Hubbard, III
Ralph S. Hubbard, III, La. Bar 7040
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
rhubbard@lawla.com

*Defendant Liaison Counsel*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Submission Regarding Scheduling of "Common Liability" Fact Depositions has been served upon all counsel of record via the Court's CM/ECF notice of electronic filing and/or by placing same in the United States mail, postage prepaid and properly addressed, this 30th day of July, 2007.

*Ralph Hubbard*