MRGO and LEVEE Class Action
Third Party Discovery Chart

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| ABCO Construction Co., Inc. | Upon information and belief, ABCO performed construction work on the London Avenue Canal. |
| Alpha Testing Inspection | Upon information and belief, Alpha performed work on the 17th St. Canal. |
| American Bridge Company | Upon information and belief, American Bridge Company was involved in the demolition of Florida Avenue Bridge over the Industrial Canal at the north end of East Bank Industrial Area. |
| Atlas Construction Company, Inc. | Upon information and belief, Atlas performed construction work on the Industrial Canal. |
| B & K Construction Company, Inc. | B&K performed work on the London Avenue Canal. |
| Bayou Land & Marine | Upon information and belief, Bayou performed work on the London Avenue Canal. |
| Bertucci Bros. | Upon information and belief, Bertucci Bros. was a contractor on the Violet Canal Embankment. |
| Board of Commissioners of the Port of New Orleans ("Dock Board") | Upon information and belief, this party has records reflecting the ownership of the Industrial Canal and inspection records for levee and/or floodwalls surrounding the Industrial Canal. |



886277v.1

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| Boh Bros. | Upon information and belief, Boh Bros. dredged material from left descending bank of Mississippi River and contracted: to pile drive for oil company on the River (permission granted in December 1983, November 1980, respectively); to place a temporary embankment on the Lake Borgne Canal levee (1979); and to drive sheet piling for the Chalmette Back Levee Enlargement (1966). Boh Bros. also performed work in the 17th St., London Avenue, and Industrial Canals. |
| Bolton Contractors | Upon information and belief, Bolton Contractors was involved in the demolition of the Florida Ave. Wharf along the Industrial Canal. |
| Brown & Cunningham & Gannuch | Upon information and belief, Brown performed work on the 17th St. Canal. |
| Burk & Associates | Upon information and belief, Burk performed work on the 17th St. Canal. |
| Burk-Kleinpeter, Inc. | Burk-Kleinpeter performed work on the 17th St. and London Avenue Canals. |
| Buster Hughes | Upon information and belief, Buster Hughes moved various pipeline along the MRGO levee (1972). |
| C.E. Meyer & Associates | Upon information and belief, C.E. Meyer performed work on the London Avenue Canal. |
| C.W. Volmer & Co. | Upon information and belief, Volmer was a contractor for the construction of the levee along 40 Arpent Canal in the 1940s. |
| Capiello Construction Co. | Upon information and belief, Capiello performed work on the Scarsdale Levee Setback in 1957. |
| City Wide Testing | Upon information and belief, City Wide performed work on the 17th St. Canal. |

2

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| Davies Engineering | Upon information and belief, Davies performed soil borings on Mississippi River Levee for various oil companies as well and constructed pipelines and tanks and excavating pipeline in 1995 and 1996. |
| Design Engineering, Inc. | Upon information and belief, Design Engineering performed work on the 17th St., London Avenue, and Industrial Canals. |
| Dixon & Cunningham | Upon information and belief, Dixon performed work on the 17th St. Canal. |
| E. Berkeley Traughber & Associates | Upon information and belief, Traughber performed work on the 17th St. and London Avenue Canals. |
| Eustis Engineering | Upon information and belief, Eustis possesses: soil borings on Mississippi River (1995, 1997, 1979, 1974); soil borings in connection with moving pipeline located on MRGO right of way (1972); evaluation of soil information for Cougar Street (1978) MRGO, Hurricane Protection Levees, Mississippi River Levees and levee design for Caernaveron to Verret (1967) Chalmette Back to Paris Road Levee Soil (1957) boring for Chalmette Back Levee near Cougar Drive (1973). Eustis also performed work on the 17th St., London Avenue, and Industrial Canals. |
| Fluor Engineering | Upon information and belief, Fluor performed construction on the Mississippi River Levee for various oil companies and possesses soil borings taken in 1983. |
| Gore Engineering | Upon information and belief, Gore performed soil borings on the hurricane protection levee in 1995 and 1983. |
| Gotech, Inc. | Gotech performed work on the London Avenue Canal. |
| Gulf Group, Inc. of Florida | Gulf Group performed work on the 17th St. Canal. |

886277v.1

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| Homer Lindy d/b/a Canal Construction Co. | Upon information and belief, Homer Lindy performed repairs on wooden floodgates located at Violet in 1954. |
| Independent Levee Investigation Team | Plaintiffs have relied extensively and repeatedly on ILIT Report in their pleadings. |
| Ingram Barge Company | Ingram Barge Company is alleged to have caused or contributed to failure of levee and flood wall in Industrial Canal. |
| J.P. & Sons Contractors | Upon information and belief, J.P. & Sons performed work on the 17th St. Canal. |
| J. Ray McDermott | Upon information and belief, McDermott added material for second lift of levee from Caernaveron to Violet. |
| James Construction Group, Inc. | James performed work on the 17th St. Canal. |
| Johnson Brothers | Upon information and belief, Johnson Bros. performed work on the 17th St. Canal. |
| Joseph C. Domino, Inc. | Joseph C. Domino Inc. is alleged to have caused or contributed to failure of levee and/or floodwall alongside the Industrial Canal. |
| Lafarge North America Inc. | Lafarge North America Inc. is alleged to have caused or contributed to breaches and failures in the levees and/or floodwalls along the Industrial Canal. |
| Linfield, Hunter, Junius | Upon information and belief, Linfield performed work on the London Avenue Canal. |

4

886277v.1

Case 2:05-cv-04182-SRD-JCW   Document 6739-1   Filed 07/30/07   Page 5 of 7

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| Louisiana (State of) | Upon information and belief, the State of Louisiana possesses records reflecting the ownership of the Industrial Canal and surrounding lands, as well as post-Katrina relief program grants issued to proposed class members |
| Louisiana Dept. of Environmental Quality Office of Environmental Assessment | The Louisiana DEQ issued approvals at the completion of WGII's work on each property in East Bank Industrial Area. |
| Louisiana Recovery Authority | The Louisiana Recovery Authority is charged with awarding grants under the "Road Home" program to MRGO proposed class members. |
| McElwee Brothers, Inc. | Upon information and belief, McElwee Brothers performed work in the East Bank Industrial Area adjacent to the Industrial Canal. |
| Modjeski & Masters | Modjeski performed work on the 17th St. Canal. |
| Murphy Oil USA, Inc. | Upon information and belief, Murphy Oil entered into settlement agreements with members of the MRGO proposed class for damage to movable and immovable property in the aftermath of Hurricane Katrina. |
| N-Y Associates, Inc. and/or N-Y Associates, Ltd. | Upon information and belief, N-Y Assoc. performed work on the Industrial Canal. |
| Orleans Parish | Upon information and belief, the Parish possesses residency records pertaining to the proposed MRGO class, as well as levee and/or floodwall permits. |
| Pepper and Associates | Upon information and belief, Pepper performed work on the London Avenue and Industrial Canals. |

5

886277v.1

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| Pittman Construction | Pittman Construction performed work on the 17th St. Canal |
| Poche & Hughes | Upon information and belief, Poche & Hughes possesses maps, reports, specs and surveys for the 1959 construction of the connection between Chalmette Back Levee and Violet Levee. |
| Professional Construction Services, Inc. | Upon information and belief, Professional performed work on the 17 St. Canal. |
| R.G. Muck Construction | Upon information and belief, Muck was a contractor for the third enlargement of MRGO Hurricane Protection Levee. |
| Scallan Bros. | Upon information and belief, Scallan Bros. were contractors for the levee along East Violet Canal (1968), the Chalmette Back Levee Enlargement (1965) and the Caernaveron tie-in project, and also raised the levee running parallel to Paris Road (permission granted in 1966). They also performed grading work in alternate borrow pit (1967). |
| Sewage & Water Board of New Orleans | The S&WB performed maintenance of levees and/or floodwalls adjacent to Industrial Canal. |
| St. Bernard Parish | Upon information and belief, the Parish possesses residency records pertaining to the proposed MRGO class. |
| Tidelands Engineering & Development Corp. | Upon information and belief, Tidelands drove piles on the protection system for the River Levee (permission granted by board in September 1976. |
| Tulane University | Upon information and belief, Tulane University possesses documents and/or information pertaining to the 17th St. Canal. |

886277v.1

| NAME | REASON OR SUBJECT OF DISCOVERY |
|---|---|
| Unique Towing, Inc. | Unique Towing, Inc. is alleged to have caused or contributed to failure of levee and flood wall in Industrial Canal. |
| U.S. Bureau of Labor Statistics | Upon information and belief, the Bureau possesses data compilations that may contain useful property and business damage information relied upon by the IPET Report. |
| Virginia Wrecking Company, Inc. | Upon information and belief, Virginia Wrecking demolished the Galvez St. Wharf along the Industrial Canal. |
| Waldemar S. Nelson & Company, Inc. (Engineers & Architects) | Upon information and belief, Waldermar worked in East Bank Industrial Area. |
| Walter P. Villere & Co. | Upon information and belief, Villere was a contractor for enlargement of the Hurricane Protection Levee and spoil levee (1954). |
| WINK Engineering | Upon information and belief, WINK performed soil borings on Mississippi River Levee for various oil companies, excavated pipeline, and installed pipeline in 1995, 1996, February 1983, and 1980. |

7

886277v.1