*In Re: Katrina Canal Breaches Consolidated Litigation*

# PLAINTIFFS' MASTER CHART FOR FRCP 30(B)(6) DEPOSITIONS

## LEVEE and MR-GO

## PART I. PARTIES AND TOPICS

| No. | Topic/Issue |
|---|---|
| **A.** | **United States Army Corps of Engineers** |
| 1. | Levee |
| a. | **Lake Pontchartrain, and Vicinity, Hurricane Protection Project** |
| | Identify and describe the Barrier Plan for the LPVHPP authorized by Congress in 1965, and all plans considered/evaluated by the USACE *before* the USACE submitted to Congress the Barrier Plan for the LPVHPP. |
| | Identify and describe all issues that involve the change from the Barrier Plan to the High-Level Plan, and the authorization for that change. |

- 1 -

EXHIBIT

B

Blumberg No. 5119

| No. | Topic/Issue |
|---|---|
| | Identify and describe all issues that involve the authorization of a Parallel Protection Plan for the Orleans Outfall Canals, and the alternatives in relationship with the adoption of the High-Level Plan (see # 1.b., *supra*). |
| | Identify and describe all issues that involve the design, construction, operation, maintenance of the entire hurricane protection system, and how it was to accomplish the Congressional mandate to protect the project area from the most severe combination of meteorological conditions reasonably to be expected in the project area. |
| | Identify and describe all issues that involve design, construction, operation, maintenance of the I-wall system constructed along the Orleans Outfall Canals, and the Inner Harbor Navigation Canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the Orleans Outfall Canals and the Inner Harbor Navigation Canal. |
| b. | **The 17th Street Canal Improvement Project** |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the 17th Street Drainage Canal, the granting of a permit in 1984 to dredge the canal, the dredging of the Canal, and the re-construction of a sheet pile wall system along the canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the New Orleans metropolitan area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the 17th Street Canal. |

- 2 -

| No. | Topic/Issue |
|---|---|
| 2. | **MR-GO** |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| **B.** | **The Board of Commissioners for the Orleans Levee District (and its legal successor)** |
| 1. | **Levee** |
| | Identify and describe all issues that involve the change from the Barrier Plan to the High-Level Plan, and the authorization for that change. |
| | Identify and describe all issues that involve the authorization of a Parallel Protection Plan for the Orleans Outfall Canals, and the alternatives in relationship with the adoption of the High-Level Plan (see # 1.b., *supra*). |
| | Identify and describe all issues that involve the design, construction, operation, maintenance of the entire hurricane protection system, and how it was to accomplish the Congressional mandate to protect the project area from the most severe combination of meteorological conditions reasonably to be expected in the project area. |
| | Identify and describe all issues that involve design, construction, operation, maintenance of the I-wall system constructed along the Orleans Outfall Canals, and the Inner Harbor Navigation Canal. |

- 3 -

| No. | Topic/Issue |
|---|---|
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the Orleans Outfall Canals and the Inner Harbor Navigation Canal. |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the 17th Street Drainage Canal, the granting of a permit in 1984 to dredge the canal, the dredging of the Canal, and the re-construction of a sheet pile wall system along the canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the New Orleans metropolitan area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the 17th Street Canal. |
| 2. | MR-GO |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO. |
| C. | The Board of Commissioners for the East Jefferson Levee District (and its successors) - Levee |
| | Identify and describe all issues that involve the change from the Barrier Plan to the High-Level Plan, and the authorization for that change. |
| | Identify and describe all issues that involve the authorization of a Parallel Protection Plan for the Orleans Outfall Canals, and the alternatives in relationship with the adoption of the High-Level Plan (see # 1.b., *supra*). |

| No. | Topic/Issue |
|---|---|
| | Identify and describe all issues that involve the design, construction, operation, maintenance of the entire hurricane protection system, and how it was to accomplish the Congressional mandate to protect the project area from the most severe combination of meteorological conditions reasonably to be expected in the project area. |
| | Identify and describe all issues that involve design, construction, operation, maintenance of the I-wall system constructed along the Orleans Outfall Canals, and the Inner Harbor Navigation Canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the Orleans Outfall Canals and the Inner Harbor Navigation Canal. |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the 17th Street Drainage Canal, the granting of a permit in 1984 to dredge the canal, the dredging of the Canal, and the re-construction of a sheet pile wall system along the canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the New Orleans metropolitan area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the 17th Street Canal. |
| **D.** | **The Board of Commissioners for the Lake Borgne Levee District (and its legal successors) - MR-GO** |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |

| No. | Topic/Issue |
|---|---|
| E. | **The Sewerage & Water Board of New Orleans - Levee** |
| | Identify and describe all issues that involve the change from the Barrier Plan to the High-Level Plan, and the authorization for that change. |
| | Identify and describe all issues that involve the authorization of a Parallel Protection Plan for the Orleans Outfall Canals, and the alternatives in relationship with the adoption of the High-Level Plan (see # 1.b., *supra*). |
| | Identify and describe all issues that involve the design, construction, operation, maintenance of the entire hurricane protection system, and how it was to accomplish the Congressional mandate to protect the project area from the most severe combination of meteorological conditions reasonably to be expected in the project area. |
| | Identify and describe all issues that involve design, construction, operation, maintenance of the I-wall system constructed along the Orleans Outfall Canals, and the Inner Harbor Navigation Canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the Orleans Outfall Canals and the Inner Harbor Navigation Canal. |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the 17th Street Drainage Canal, the granting of a permit in 1984 to dredge the canal, the dredging of the Canal, and the re-construction of a sheet pile wall system along the canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the New Orleans metropolitan area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the 17th Street Canal. |

| No. | Topic/Issue |
|---|---|
| **F.** | **Modjeski & Masters, Inc. - Levee** |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the 17th Street Drainage Canal, the granting of a permit in 1984 to dredge the canal, the dredging of the Canal, and the re-construction of a sheet pile wall system along the canal. |
| **G.** | **Eustis Engineering Co., Inc. - Levee** |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the 17th Street Drainage Canal, the granting of a permit in 1984 to dredge the canal, the dredging of the Canal, and the re-construction of a sheet pile wall system along the canal. |
| **H.** | **Boh Bros. Construction Company, Inc. - Levee** |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the 17th Street Drainage Canal, the granting of a permit in 1984 to dredge the canal, the dredging of the Canal, and the re-construction of a sheet pile wall system along the canal. |
| **I.** | **Washington Group International, Inc. – MR-GO** |
| | Identify and describe all issues that involve design, construction, and demolition of wharfs along the east side of the Inner Harbor Navigation Canal between St. Claude Avenue and Florida Avenue. |

| No. | Topic/Issue |
|---|---|
| **J.** | **The Board of Commissioners for the Port of New Orleans** |
| **1.** | **Levee** |
| | Identify and describe all issues that involve design, construction, operation, maintenance of the I-wall system constructed along the west side of the Inner Harbor Navigation Canal. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the New Orleans metropolitan area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the Inner Harbor Navigation Canal, The Gulf Intracoastal Water way, and the MR-GO. |
| **2.** | **MR-GO** |
| | Identify and describe all issues that involve design, construction, and demolition of wharfs along the east side of the Inner Harbor Navigation Canal between St. Claude Avenue and Florida Avenue. |
| | Identify and describe all issues that involve design, construction, operation, maintenance, and history of the MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the MR-GO and IHNC, in the Greater New Orleans area before and after Hurricane Katrina. |
| | Identify and describe all issues that involve the causes of the catastrophic flooding of the New Orleans metropolitan area that occurred on or around August 29, 2005, including without limitation those causes of flooding attributable to the Inner Harbor Navigation Canal, The Gulf Intracoastal Water way, and the MR-GO. |

# PART II. LIST OF INDIVIDUALS AND TOPICS

## A. The United States Army Corps of Engineers

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Carl A. Strock | Lieutenant General | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO; the causes of the catastrophic flooding of the Greater New Orleans area that occurred on or around August 29, 2005; including without limitation those causes of flooding attributable to the Orleans Outfall Canals, the IHNC, the GIWW, and the MR-GO; the Army Corps' efforts to reconstruct the levees, spoil banks, floodwalls, or any alleged or putative flood control measure along the Orleans Outfall Canals, the IHNC, the GIWW, and the MR-GO, in the Greater New Orleans area before and after Hurricane Katrina. |
| Richard Varuso | New Orleans District | As above. |
| Al Naomi | New Orleans District | As above. |
| Colonel Richard Wagenaar | New Orleans District | As above. |
| Dan Hitchings | | As above. |
| Greg Breerwood | | As above. |
| Brigadier General Robert Crear | Mississippi Valley Division | As above. |
| Major General Don T. Riley | | As above. |
| Dr. Lewis E. Link | IPET/University of Maryland | The creation and genesis of the IPET Report, including the various studies, analyses, and conclusions detailed in the IPET Report concerning the flooding of the Greater New Orleans area on or around August 29, 2005. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Dr. John Jaeger | Chief of the Engineering and Construction Services Division of the Huntington (WV) District | Water management, flood protection, and environmental enhancement and restoration projects, and the design, construction, review and evaluation of water resource and construction projects, including the MRGO, IHNC and the LPVHPP. |
| Jeremy Stevenson | Cost Engineering Section of the Huntington (WV) District | Cost engineering and project management for large civil works projects like the MR-GO, including all phases of life cycle cost estimating, project scheduling and management as well as life cycle cost engineering of navigational locks, dams, floodwalls, levees, and nonstructural flood proofing. |
| Denise Martin | U.S. Army Engineer Research and Development Center | The development of information sharing architectures involving key issues of information portability, modularity, scalability, and interoperability as well as requirements identification and analysis, development, enhancement, and implementation of Computer-Aided Drafting and Design (CADD), Geographic Information Systems (GIS), and relational database management as they apply to business, engineering, management and research and development projects, like the MRGO. |
| Dr. Reed L. Mosher | U.S. Army Engineer Research and Development Center | Dynamic response of structures to hydraulic loads from fluid flow. |
| James Garster | U.S. Army Engineer Research and Development Center | Army Corps surveying and mapping support as well as implementation of NAVD88 datum and devising procedures to meet geodetic vertical requirements using the Global Positioning System. |

- 10 -

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| David Zilkoski | IPET/National Oceanic & Atmospheric Administration | Shallow Water Positioning System, the incorporation of geodetic data and procedures to determine accurate elevation models, and the use of GPS, LIDAR and IFSAR to generate shoreline and other coastal information as well as coastal subsidence, surveying, and vertical datum issues. |
| Bruce Ebersole | Coastal and Hydraulics Laboratory, U.S. Army Engineering Research and Development Center | Coastal and estuarine hydrodynamic and sedimentation processes, field data acquisition, and hydrology/surface water/groundwater interactions as well as tidal circulation, storm surge, nearshore wave transformation, and beach/inlet processes with a focus on numerical model development and application. |
| Dr. Joannes Westerink | IPET/University of Notre Dame | Advanced circulation model ("ADCIRC"), hurricane storm surge prediction, tidal hydrodynamics, modeling of circulation and transport in coastal areas and oceans, finite element methods, and computational fluid mechanics. |
| Dr. Robert Dean | IPET | Beach and shoreline erosion problems, wave theories, tidal inlets and coastal structures. |
| Dr. Don Resi | U.S. Army Engineer Research and Development Center | The Army Corps' MORPHOS project aimed at improving the predictive state of the art for winds, waves, currents, surges, and coastal evolution due to storms. |
| Dr. Michael Sharp | U.S. Army Engineer Research and Development Center | Soil dynamics, engineering geophysics and centrifuge modeling. |
| Dr. Scott Steedman | IPET/Steedman & Associates | Risks and disasters, forensic investigations, and urban engineering and research. |

- 11 -

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Dr. J. Michael Duncan | IPET/Civil and Environmental Engineering | Slope stability, soil-structure interaction, design and analysis of foundations, strength and deformation properties of soils, finite element analyses of stresses and deformations in earth masses, and seepage through soil. |
| Robert Howard | South Florida Water Management District | Operational control and monitoring of water control structures and water bodies for flood control, water supply and environmental enhancement. |
| Steve Fitzgerald | IPET/Harris County Flood Control District | The monitoring and evaluation of actual flood events. |
| Jeff Harris | U.S. Army Engineers, Hydrology and Hydraulics Technology Division | The development of hydraulic flood and surge models. |
| Dr. David A. Moser | U.S. Army Corps, Institute for Water Resources | Economic methods related to cost-benefit analysis and risk analysis methods for water resources including procedures for major rehabilitation and flood damage evaluation. |
| Jerry Foster | IPET/Foster Engineering Services | Structural engineering issues including risk and reliability analysis of civil works structures; design, evaluation and construction of dams, navigation and flood control structures; structural reliability of aging structures; computer analysis of civil works structures and the design of buildings. |
| Bruce C. Muller, Jr. | IPET/Bureau of Reclamation, Dam Safety | Implementation of risk-based analysis methods for evaluating the safety of dams and other flood control structures. |
| Harley Winer | New Orleans District | The MR-GO's impact on hurricane-induced storm surge generated by Hurricane Katrina, ADCIRC modeling, tidal hydrodynamics, modeling of circulation and transport in coastal areas and oceans, finite element methods, and computational fluid mechanics. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Dr. Charles L. Bretschneider | IPET | The effects of the MR-GO and levees, spoil banks, floodwalls, or any alleged or putative flood control measure on hurricane-generated storm surge, as well as analysis of hurricane winds and storm surge predictions. |
| Dr. J.I. Collins, | IPET | The effects of the MR-GO and levees, spoil banks, floodwalls, or any alleged or putative flood control measure on hurricane-generated storm surge, as well as analysis of hurricane winds and storm surge predictions. |
| Colonel William L. Conner III | Commander, New Orleans | The MR-GO's impact on wetlands in Greater New Orleans as well as the impact that wetlands, or lack thereof, on hurricane-generated storm surge. |
| Dr. Richard A. Luettich | IPET/Marine Science and Environmental Sciences and Engineering at the University of North Carolina at Chapel Hill | Tidal and storm surge circulation, numerical modeling techniques, and wind forced aquatic systems, specifically as they relate to the MR-GO. |
| Chris Accardo | Army Corps Chief of Operations Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Diane Allen | Army Corps Supervisory Contract Specialist Chief, Policy Branch Contracting Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

- 13 -

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Jim Barr | Army Corps Chief of Contracting Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| John Bivona, | Army Corps Assistant Chief of Engineering Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Rick Broussard | Army Corps Civil Engineer | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Michelle Daigle | Army Corps Operations Manager | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Marcia Demma | Army Corps Supervisory Program Manager, Chief of Programs Management Branch Planning, Programs and Project Management Division | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Mark Hubert | Army Corps Hydraulics | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Reuben Mabry | Army Corps Engineering Division, Geotechnical Branch Chief | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Nancy Powell | Army Corps Chief of Hydraulics and Hydrologic Branch | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Edmund Russo | previous Army Corps Operations Manager | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Vann Stutts | Army Corps Hydraulic Design Section | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Glen Matsuyama | Army Corps General Engineering Branch Chief | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Gerard S. Satterlee, Jr. | former Army Corps Chief of Engineering | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |

- 16 -

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Frank Vojkovich | Geotech | Information concerning Defendant United States and Defendant United States Army Corps of Engineers responses to MRGO Common Liability Discovery concerning, among other things, the MRGO, IHNC, and the levees, spoil banks, floodwalls, or any alleged or putative flood control measure constructed pursuant to the LPVHPP. |
| Elvin R. Heiberg III | Lieutenant General, 1974-1988 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Victor Veysey | Assistant Secretary of the Army, 1976 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| John O. Marsh | Secretary of the Army, 1982 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| J. K. Bratton | Lieutenant General, 1983/1984 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Stephen Ailes | Secretary of the Army, 1965 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| W. K. Wilson | Chief of Engineers, | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Colonel Rush | Commander, New Orleans District, 1978 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| William R. Gianelli | Assistant Secretary of the Army | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Lester Edelman | Chief Counsel, 1983 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Fred H. Bayley III | Chief, Planning Division, 1984 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Robert C. Lee | Colonel | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| John F. Wall | Major General, Director of Civil Works, 1984 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Richard V. Gorski | Colonel, District Engineer, 1991 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Diane K. Pecoul | Chief, Construction, Service Section, New Orleans, 1993 | Signed contract to Boh Bros. for work on London Canal Signed contract to B&K for work on London Canal Signed contract to Pittman for work on 17th St. Canal |
| Audrey A. Tilden | Contracting Officer, New Orleans, 1993 | Signed contract to Boh Bros. For work on London Canal. |
| Raymond L. Burgess | Contracting Officer, USACE | Signed contract to B&K for work on London Canal. |
| Martha P. Sloan | Contracting Officer, USACE | Signed contract to Maharrey Houston for work on Orleans Ave. Canal. |
| C. W. Decker | Chief, Permits and Statistics Branch, Operations Division | 17th Street Canal Dredging Permit. |
| Darrel V. Cresad | Chief Engineer, 1974 | As above. |
| C. J. Nettles | Chief, Operations Division, 1977 | As above. |
| Jim Richardson | Foundations and Materials Department, NO District | As above. |
| Thomas A. Sands | Colonel, CE, NO District Engineer, 1981 | As above. |
| Charles W. Deweese | Lt. Colonel, CE, Deputy District Engineer, 1981 | As above. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Ron Ventola | Chief of Regulatory Functions, New Orleans District, USACE, 1987 | As above. |
| Henry R. Schorr | Assistant Chief, Operations Division, NO District, 1987 | As above. |
| Albert J. Guillot | Assistant Chief, Operations Division, 1992 | As above. |
| James V. Hall | Deputy District Engineer | As above. |
| Roger Swindler | New Orleans Division, 1983 | As above. |
| Picciola | New Orleans Division, 1977 | The Army Corps' design, construction, operation, maintenance, and history of the LPHPP and MR-GO. |
| Arlene Smith | U. S. A. Corps of Engineers, Contracting Officer | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| John M. Weathersly | Contracting Officer | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Lee Guillory | Construction Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Ward C. Purtin, Jr. | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Rex Ostrader | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Harvey Morgan | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| James Montegut | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

| Name | Organization/Title | Reason or Subject of Discovery |
|------|--------------------|-------------------------------|
| R. L. Hedrick | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Kevin DaVee | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Alex Brogna | QA Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Susan M. Killgore | Contracting Officer | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Clayton Brown | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

**B. The Board of Commissioners for the Orleans Levee District (and its successor)**

| Name | Organization/Title | Reason or Subject of Discovery |
|------|--------------------|-------------------------------|
| Stephen O. Medo, Jr. | President, 1991 | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| James Huey | Former President | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

- 20 -

## C. The Board of Commissioners for the East Jefferson Levee District (and its successors)

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| As Yet Unnamed 30(b)(6) Designees | | General fact testimony |
| As Yet Unnamed Defense 30(b)(6) Designees | | General fact testimony |
| Any witness listed and/or called by any other party | | General fact testimony |

## D. The Board of Commissioners for the Lake Borgne Levee District (and its successors)

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| As Yet Unnamed 30(b)(6) Designees | | General fact testimony |
| As Yet Unnamed Defense 30(b)(6) Designees | | General fact testimony |
| Any witness listed and/or called by any other party | | General fact testimony |

## E. The New Orleans Sewerage & Water Board

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| G. Joseph Sullivan | General Superintendent, 1970s and 1980s | The design, construction, operation, maintenance, and history of the LPHPP, and the17th Street Canal Improvement project. |
| Wesley L. Busby | Systems Design Engineer | The design, construction, operation, maintenance, and history of the LPHPP, and the17th Street Canal Improvement project. |

## F. Modjeski & Masters, Inc.

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Jim Richardson | | The design, construction, operation, maintenance, and history of the LPHPP, and the17th Street Canal Improvement project. |
| Larry Cook | | The design, construction, operation, maintenance, and history of the LPHPP, and the17th Street Canal Improvement project. |
| William B. Conway | | The design, construction, operation, maintenance, and history of the LPHPP, and the17th Street Canal Improvement project. |
| Barney Martin | | The design, construction, operation, maintenance, and history of the LPHPP, and the17th Street Canal Improvement project. |

- 22 -

## G. Eustis Engineering Co., Inc.

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| A. J. Mayeux | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| Jack Pratt | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| J. Bres Eustis | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| R. Courtiade | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| Bruce Gerosa | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| Richard K. Blum | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| A. Croal, Jr. | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| John W. Roach, Jr. | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| Lloyd A. Held, Jr. | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |
| G. Hardee | | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |

**H. Boh Bros. Construction Company, Inc.**

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| John F. Lipani | Vice President | The design, construction, operation, maintenance, and history of the LPHPP, and the 17th Street Canal Improvement project. |

**I. Washington Group International, Inc.**

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Dennis O'Connor | Project Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Jim Blazek | Environmental Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Dan R. Bledsoe | Environmental Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Brent Hardy | Environmental Specialist | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Billy Smith | Field Coordinator | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Steve Dike | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Gregory Jones | Program Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Richard Lesser | T. O. Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Edward Bielecki | Senior geologist | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Rodney Hickman | QC Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Brenda Casey | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Tamala Sams | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Karen Dammonn | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Steve Roe | Program Manager. | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Basil Tupyl | P.E. | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Jeffery Myers | Geosciences Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Mark Gibson | Subcontracts Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Robert Aratti | | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |
| Phillip Stagg | Construction Manager | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

## J. The Board of Commissioners for the Port of New Orleans

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| As Yet Unnamed 30(b)(6) Designees | | General fact testimony |
| As Yet Unnamed Defense 30(b)(6) Designees | | General fact testimony |
| Any witness listed and/or called by any other party | | General fact testimony |

## K. Other Parties

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Douglas Woolley | Radford University | The findings and conclusions about the report entitled, "Decision-Making Chronology for the Lake Pontchartrain and Vicinity Hurricane Protection Project" (June 2007) |
| Leonard Shabman | Resources for the Future | The findings and conclusions about the report entitled, "Decision-Making Chronology for the Lake Pontchartrain and Vicinity Hurricane Protection Project" (June 2007) |
| URS Corporation | Person Most Knowledgeable | The findings and conclusions about the report entitled, "The Direct Impact of the MRGO on Hurricane Storm Surge, Louisiana Department of Natural Resources" (2006) |

| Name | Organization/Title | Reason or Subject of Discovery |
|---|---|---|
| Louisiana Department of Natural Resources | Person Most Knowledgeable | The findings and conclusions about the report entitled, "The Direct Impact of the MRGO on Hurricane Storm Surge, Louisiana Department of Natural Resources" (2006) |
| W. H. Sheley, Jr. | Director, US Government Accountability Office | GAO Report to Secretary of Army on problems with LPVHPP, 1982 |
| Nicole T. Carter | Analyst in Environmental Policy, Resources, Science, and Industry Division | CRS Report for Congress, "Protecting New Orleans: From Hurricane Barriers to Floodwalls", 01-26-2006 |
| Anu Mittal | United States Government Accountability Office (GAO) | Report for Congress to inform about the deficiencies of the LPHPP and the neglect of the U.S. Army Corps of Engineers. |
| Melvin Victory | Third Party | Testimony in Public Hearing on permit application by SWB, 03-31-1981 |
| Congressman Breaux | | Congressional Hearing to investigate the delay of construction of the LPHPP. Corps confirms that congressional re-authorization is needed if the design plan is changed from the Barrier Plan to the High-Level Plan. |
| Congressman Le Mieux | | As above. |
| Congressman Livingston | | As above. |
| Congresswoman Boggs | | As above. |
| Congressman Roberts | | As above. |
| Congressman Clausen | | As above. |
| Congressman Hammond | | As above. |
| Congressman William J. Jefferson | | Parallel protection along London and Orleans Avenue outfall canals |
| Jane Morgan | Regulatory Specialist, Materials Management Group, Inc. (MMG) | Fact testimony regarding the scope of the work and the fulfillment of duties by the Corps and Washington Group and its subcontractors. |

- 28 -

| Name | Organization/Title | Reason or Subject of Discovery |
|------|-------------------|-------------------------------|
| Thomas Zarges | President, MK Engineering, Inc. | Fact testimony regarding the scope of the work. |
| Michael O'Dowd | IHNC Lockmaster. | Fact testimony regarding the work area. |
| William Perry | Louisiana Department of Environmental Quality, Abandoned Site Division. | Fact testimony regarding the scope of the WGI work. |
| As Yet Unnamed Defense 30(b)(6) Designees | | The findings and conclusions about the report entitled, "Numerical Modeling of Storm Surge Effect of MR-GO Closure" (2003) |
| As Yet Unnamed Defense 30(b)(6) Designees | | The findings and conclusions about the report entitled, "Louisiana Coastal Protection and Restoration. Preliminary Technical Report to the United States Congress" (2006). |
| As Yet Unnamed Defense 30(b)(6) Designees | | General fact testimony |
| Any witness listed and/or called by any other party | | General fact testimony |