UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO:   LEVEE

_____

### LEVEE PLAINTIFFS' FINAL EXHIBIT LIST FOR CLASS CERTIFICATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs and the Proposed Plaintiffs' Class Representatives herein, who, pursuant to Case Management and Scheduling Order No. 4, as amended, respectfully represent that the following exhibits that will or may be introduced at the class certification hearing commencing on November 5, 2007:

1. The Interagency Performance Evaluation Team ("IPET") Report.

2. The Team Louisiana Report.

3. Independent Levee Investigation Team ("ILIT")Report.

4. Plaintiffs' Preliminary Witness and Exhibit List previously submitted in this litigation

5. Levee Superceding Master Consolidated Class Action Complaint, and the documents referenced/cited therein.

6. July 15, 1974, S&WB application for a "Permit To Discharge Or Work In Navigable Waters And Their Tributaries" filed with the Corps' New Orleans District.

7. August 1974 Louisiana Department of Public Works' response to S&WB permit application.

8. May 23, 1977, Corps' response to S&WB's application with no action because the S&WB failed to furnish information requested by, among others, the Louisiana Department of Public Works.

9. August 23, 1979, Modjeski dredging permit application on behalf of the S&WB.

10. December 29, 1980, Modjeski permit application on behalf of the S&WB.

11. January 28, 1981, memorandum by Modjeski to the Corps addressing the stability of the existing levees and sheet pile wall along the canal.

12. Sewerage and Water Board permit application for dredging the 17th Street Canal

13. Dredging permit issued to Eustis Engineering Co., Inc.

14. Dredging permit issued to Modjeski and Masters, Inc.

15. Dredging permit issued to Boh Bros. Construction Company, Inc.

16. Contracts of Employment and scopes of work with B & K Construction Company, Inc.

17. Contracts of Employment and scopes of work with James Construction Group, Inc.

18. Contracts of Employment and scopes of work with C.R. Pittman Construction Company, Inc.

19. Contracts of Employment and scopes of work with Pittman Construction Company, Inc.

20. Contracts of Employment and scopes of work with Burk-Kleinpeter, LLC

21. Contracts of Employment and scopes of work with GoTech, Inc.

22. Contracts of Employment and scopes of work with Gulf Group Inc. of Florida

23. Contracts of Employment and scopes of work with Burk-Kleinpeter, Inc.

24. Contracts of Employment and scopes of work with Burk-Kleinpeter, LLC

25. Contracts of Employment and scopes of work with Boh Bros. Construction Company, Inc.

26. Contracts of Employment and scopes of work with Eustis Engineering Company, Inc.

27. Contracts of Employment and scopes of work with Modjeski and Masters, Inc.

28. Delft University computer model of water at time of flood, including all inputs and outputs, including animated visual outputs

29. Louisiana Statute creating the Board of Commissioners of the Orleans Parish Levee District

30. Louisiana Statute creating the Sewerage and Water Board of New Orleans

31. Louisiana Statute creating the Board of Commissioners of the East Jefferson Levee District

32. Louisiana Statute creating the Board of Commissioners of the Port of New Orleans

33. Louisiana Statue creating the Public Belt Railroad Commission for the City of New Orleans

34. Federal Regulations regarding maintenance of the MRGO

35. Photograph of Floodgate W-30 at the IHNC

36. Topographical map illustrating the Greater Metropolitan New Orleans area pre-Katrina

37. Topographical of map illustrating the Greater Metropolitan New Orleans area post-Katrina

38. Photographs of Named Plaintiffs' homes post-Katrina

39. Map identifying locations of Named Plaintiffs' residences

40. Map identifying every flood protection structure surrounding Proposed Class area

41. Photographs and/or maps of all canal breaches

42. Photographs of New Orleans Metropolitan area illustrating flood depths

43. Report of Robert Bea, Ph.D.

44. Report of the Committee on Homeland Security and Government Affairs - United States Senate, Washington D.C.

45. Model/Simulation of water transport from the breaches

46. Public Records Verifying Class Demographics

47. Article entitled "Corps Team Blames Poor Levees", *The Times Picayune*, March 27, 2007, Mark Scheifstein

48. Any documents produced by any party or witness during discovery.

49. Weather Bureau data regarding "Standard Project Hurricane" ("SPH"), including promulgations from 1959 and 1972

50. 1979 National Oceanic and Atmospheric Administration ("NOAA") Technical Report NWS 23.

51. Engineering Regulation ER 1110-2-1453, issued in 1981 by the Office of the Chief of Engineers in Washington.

52. The National Geodetic Vertical Datum of 1929 ("NGVD29").

53. Data from the levee project design authorized by Congress, known as the "Barrier Plan," included a series of levees along the lakefront, concrete floodwalls along the IHNC, and control structures, including barriers and flood control gates located at the Rigolets, Chef Menteur Pass, and Seabrook at the northern end of the IHNC.

54. December, 1977 court ruling enjoining the Corps from constructing the barrier complex and certain other parts of the Project, until a revised Environmental Impact Statement was prepared and accepted

55. The Flood Control Act of 1928

56. The U.S. Army Corps of Engineers Manual on Engineering, Design and Construction of Levees dated April 30, 2000.

57. Information from the July of 1914 authorization by the Louisiana State Legislature to the City of New Orleans to locate and construct a deep water canal between the Mississippi River and Lake Pontchartrain. Construction of the Inner Harbor Navigations Canal ("IHNC"), which is also known as the Industrial Canal, commenced on June 6, 1918.

58. Information regarding the Gulf Intracoastal Waterway ("GIWW"), which is the navigation canal project completed between New Orleans and Corpus Christi, Texas by mid-1942 under the authority of the Corps.

59. Information regarding the construction and maintenance of the Mississippi River Gulf Outlet navigational canal ("MR-GO").

60. The Corps' report on Hurricane Betsy (USACE, 1965).

4

61. The Rivers and Harbor Act of 1945, P.L. 79-14, 50 Stat. 10 (March 2, 1945).

62. The Fish and Wildlife Coordination Act ("FWCA"), 16 U.S.C. § 662, as amended in 1946 and 1958, et seq.

63. The 1958 DOI report concluding that detailed investigations, coordinating hydrological, vegetative, fish and wildlife findings, as well as a model study would be a prerequisite to predictions of the MR-GO's effects and establishment of mitigatory measures.

64. September 25, 1951 report by the Corps to Congress with recommendations for construction of the MR-GO ("MR-GO Authorization Report"), including the letter from the former Corps Chief of Engineers stating that the proposed MR-GO would be connected to the IHNC by its own *separate* canal running parallel to the GIWW and the report from the Corps' Board of Engineers recommending further studies into the MR-GO's impact on the Louisiana coast.

65. Executive Order 11990.

66. National Environmental Policy Act (NEPA), 42 U.S.C. § 4332 (c).

67. The Water Resources Development Act of 1990 (WRDA).

68. The Coastal Zone Management Act, 16 U.S.C. § 1452, *et. seq*.

69. The Louisiana State and Local Coastal Resources Management Act, La. R.S. 49:214.21 *et. seq*.

70. Record of the Congressional hearings which authorized the construction of the MR-GO in 1956 (P.L.-455) and the record of the Coprs' subsequent actions regarding the MR-GO.

71. "1984 Re-Evaluation Study" means the study conducted by the Army Corps, published in 1984, that examined the feasibility of providing hurricane protection by raising, elevating, and strengthening levees and floodwalls in Greater New Orleans, as referred to and described in Volume 1, pages 26-27 of the IPET Report.

72. Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006.

73. Status Report - Comprehensive Plan for Timely Modification of the Mississippi River Gulf Outlet, Lee Wilson and Associates, Inc., (July 31, 2000)

74. "Mister Go Must Go; a Guide for the Army Corps' Congressionally-Directed Closure of the Mississippi River Gulf Outlet," Dr. John Day, et al, (December 4, 2006)

75. Mississippi River-Gulf Outlet, St. Bernad Parish, La., Bank Erosion, Reconnaissance Report, United States Army Corps of Engineers (January 1994)

76. Notice of Study Findings, Louisiana Coastal Area, Louisiana, Shore and Barrier Island Erosion, Initial Evaluation Study, United States Army Corps of Engineers (July 1984)

77. An Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet, Louisiana and an Outline of Proposed Fish and Wildlife Studies, Army Corps of Engineers (April 1958)

78. The Army Corps' report on the proposed Mississippi River-Gulf Outlet was submitted to the House Committee on Rivers and Harbors. *See* H. R. Doc. No. 71-46 (June 11, 1930)

79. September 18, 1951 hearings before the House Subcommittee on Rivers and Harbors of the House Committee on Public Works with respect to the Mississippi River Gulf outlet and the Mobile to New Orleans Intracoastal Waterway"

80. July 26, 1955 Report to the House of Representatives from the House Committee on Public Works on H. R. 6309

81. Act of March 29, 1956 to "Authorize Construction of the Mississippi River Gulf-Outlet," Pub. L. 84-455, 70 Stat. 65 (1956)

82. Public Works Appropriation Act of 1958, P. L. 85- 167, 71 Stat. 416 (August 26, 1957) (act authorizing Congressional funds for MRGO construction)

83. August 24, 1957 letter from United States Secretary of the Interior, Fred A. Seaton, to Army Secretary Wilber M. Bruckner about the proposed canal.

84. September 24, 1959 memorandum from F. C. Gillett, Acting Regional Director for the United States Fish and Wildlife Service to the Director of the Fish and Wildlife Service in Washington, D.C. outlining the recommendations re MRGO made to the Army Corps, and the Army Corps' response to these recommendations

85. 1959 draft correspondence from the Secretary of the Interior to the Secretary of the Army re invitation for bids on Reach 2 of the MR-GO issued on January 30, 1959, after the 1958 Amendments were enacted

86. May 4, 1959 correspondence to the Army Corps District Engineer from W. L. Towns, Acting Regional Director for the Fish and Wildlife Service re recommendations on MRGO construction

87. Letter from Cary W. Kerlin, Field Supervisor for the United States Fish and Wildlife Service in Lafayette, Louisiana to Jack A. Stephen, Director-Secretary of the St. Bernard Parish Planning Commission in response to a written request for information concerning the MR-GO's effects on "St. Bernard Parish's wetlands and water bodies."

88. 1976 Army Corps document entitled *Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana*

89. 1958 Army Corps soil report re construction of the MR-GO, entitled *Geological Investigation of the Mississippi River-Gulf Outlet*

90. Mississippi River-Gulf Outlet, Louisiana: Design Memorandum Nos. 1-A, 1-B, 1-*C*

91. Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress, dated December 2006

92. US Army Corps of Engineers Soil and Bank Erosion Report from 1998.

93. "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System", Final Report of the Interagency Performance Evaluation Task Force, Interim Final Version as of 26 March 2007

94. "New Orleans Hurricane Protection Projects Data"

95. "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005", Final Report of the Independent Levee Investigation Team, July 31, 2006

96. "The Failure of the New Orleans Levee System during Hurricane Katrina", Final Report of Team Louisiana, February 12, 2007

97. "A FAILURE OF INITIATIVE", Final Report of the Select Bipartisan Committee to Investigate the Preparation for and Response to Hurricane Katrina, February, 15, 2006,

98. "Hurricane Katrina - A Nation Still Unprepared", Special Report of the Committee on Homeland Security and Governmental Affairs, United States Senate, 2006

99. "Cost, Schedule, And Performance Problems Of The Lake Pontchartrain And Vicinity, Hurricane Protection Project", Report to The Congress by the Comptroller General of the United States, August 31, 1976

100. "Hurricane Protection Plan for Lake Pontchartrain and Vicinity", Hearing before the Subcommittee on Water Resources of the Committee on Public Works and Transportation, House of Representatives, Ninety-Fifth Congress, Second Session, January 5, 1978.

101. "Improved Planning Needed By The Corps Of Engineers To Resolve Environmental, Technical, And Financial Issues On The Lake Pontchartrain Hurricane Protection Project", Report to the Secretary of the Army by the U.S. General Accounting Office, August 17, 1982

102. "Expert Views On Hurricane And Flood Protection And Water Resources Planning For A Rebuild Gulf Coast", Hearing before the Subcommittee on Water Resources And Environment of the Committee on Transportation and Infrastructure, House of Representatives, One Hundred Ninth Congress, October 20, 2005

103. "HURRICANE PROTECTION - Statutory and Regulatory Framework for Levee Maintenance and Emergency Response for the Lake Pontchartrain Project", Testimony before the Committee on Homeland Security and Governmental Affairs, U.S. Senate, December 15, 2005

104. "Protecting New Orleans: From Hurricane Barriers to Floodwalls", Report for Congress by the Congressional Research Service, January 26, 2006,

105. Documents obtained through a Freedom of Information Act Request by the United States Army Corps of Engineers, New Orleans District;

106. "Energy and Water, and Related Agencies Appropriations for Fiscal Year 2007 – Department of Defense-Civil Department of the Army-Corps of Engineers-Civil," Hearing before the U.S. Senate, Subcommittee of the Committee on Appropriations, 5 April 2006.

107. The Rivers and Harbors Act of 1899 (33 U.S.C. § 403).

108. The Flood Control Act of 1946.

109. The Flood Control Act of 1965.

110. U.S. Army Corps of Engineer Manuals,

111. U.S. Army Corps of Engineer Regulations,

112. Publications of the Headquarters, United States Army Corps of Engineers,

113. Documents obtained through the Defendants Document Production in Civil Action 05-4182 *In Re: Katrina Canal Breaches Consolidated Litigation* (E.D. La).

114. April 17, 1928, House Resolution 165

115. December 5, 1927 to May 29, 1928   Senate Documents, Miscellaneous, Vol. 2, First Session of the Seventieth Congress

116. December 5, 1927 to May 29, 1928   Proceedings and Debates of the First Session of the Seventieth Congress

117. June 22, 1936  Flood Control Act of 1936

118. April 5, 1928  H. Comm. Rept. on Flood Control

119. March 3, 1931, Letter from Corps to House re Flood Control House Doc. 798

120. Congressional Record Timeline

121. July 24, 1946  Flood Control Act of 1946

8

122. October 27, 1965, Flood Control Act of 1965

123. January 1,1983, Memo for ASA(CW) from Lt. Gen. J. K. Bratton re: position paper on Chiefs discretionary authority

124. Undated USACE Memorandum on Implications of Dropping Barrier Plan

125. November 24, 1982, Memo for ASA(CW) from Lt. Gen. J. K. Bratton re PAC and Excerpts from Colonel Rush's testimony before Subcommittee on Water Resources

126. Undated FAQ re LPVHPP, "Questions by LMVD on Barrier Plan"

127. November 17, 1982 Memo for Chief from ASA(CW) re: need for reauthorization from Congress

128. July 6, 1965, Report of District Engineer, Interim Survey Report, LPHPP, included in House Doc. 231

129. August 31, 1976, Report to the Congress by Comptroller General of the US

130. August 29, 1984, Memo for ASA(CW) from Lt. Gen. J. K. Bratton re Chief's discretionary authority

131. 1984 LPHPP Reevaluation Study at p. 71

132. July 6, 1965, Document 231 at pp. 63-64

133. March 2, 1983, Memo for Chief from Chief Counsel of USACE re: Discretionary Authority

134. July 30, 1999, Digest of Water Resources Policies and Authorities

135. April 22, 2000 and June 30, 2004 Planning Guidance Notebook

136. August 15, 1984, Letter from Chief, Planning Division, Fred H. Bayley for Commander of LMVD re: PAC Notice

137. August 29, 1984, Memo from Chief of Engineers to Assistant Secretary of the Army re Discretionary Authority

138. February 7, 1985, Letter from Major Gen. John Wall, Director of Civil Works, to Commander of LMVD

139. September 26, 1990, Excerpts from Congressional Record

140. March 18, 1991, Letter from Congressman Jefferson to Colonel Gorski re LPHPP

141. April 10, 1991, Letter form Senator Breaux to Colonel Gorski re LPHPP

9

142.   1992 - 1996, Energy and Water Development Appropriations Acts

143.   August 1988, LPHPP Design Memorandum No. 19 Orleans Avenue Canal, Excerpts

144.   January 1989, LPHPP Design Memorandum No. 19A London Avenue Canal, Excerpts

145.   March 1990, LPHPP Design Memorandum No. 20 17th Street Canal

146.   May 9, 1991, Letter to Steven Medo, President of OLD, to Colonel Gorski

147.   April 29, 1991, Letter to Congressman Jefferson from Colonel Gorski

148.   May 6, 1991, Letter to Senator Breaux from Colonel Gorski

149.   May 1990, London Avenue Canal Interim Floodwalls and Levees Revised General Design Memorandum

150.   November 22, 1993, Contract Award Information Parallel Protection London Avenue Canal

151.   July 11, 1994, Contract Award Information London Avenue Canal

152.   October 10, 1997, Contract Modification Orleans Avenue Canal

153.   June 28, 1993  Contract Award 17th Street Canal

154.   March 3, 1899, Rivers and Harbors Act of 1899 - 30 Stat. 1122 et seq.

155.   July 19 1974, SWB Dredging Permit Application

156.   August 8, 1974, LA Department of Publics work Letter

157.   May 23, 1977, Corps Letter Returning the Permit Application

158.   September 16, 1977,  Picciola Memo re: Outfall Canals

159.   August 23, 1978, Corps Letter

160.   December 29, 1980, Permit Application

161.   January 28, 1981, Modjeski Slope Stability Analysis

162.   February 6, 1981, Modjeski Stability Analysis for Sheet Pile Walls

163.   February 13, 1981, Corps Public Notice re: 17th St. Improvement Project

164.   February 26, 1981, Corps Notice of Public Hearing

165. March 5, 1981, Chatry Memo re Permit Application

166. March 31, 1981, Transcript of Public Hearing

167. April 20, 1981, Letter from Deputy District Engineer to Congresswoman Lindy Boggs

168. April 20, 1981, Permit Application by Modjeski

169. June 16, 1981, Chatry Memo

170. 1981 Eustis Soil Boring Logs

171. February 12, 1982, Chatry Memo

172. August 23, 1982, Eustis Subsoil Investigation Report

173. January 20, 1983, Corps Letter from Chief, Regulatory Functions Branch

174. May 26, 1983, Permit Application by Modjeski

175. July 27, 1983, Eustis Slope Stability Analysis

176. January 17, 1984, Modjeski Letter transmitting Eustis Report on Test Section

177. June 13, 1984, Dredging Permit

178. February 4, 1987 and June 22, 1992  Dredging Permit Extensions

179. May 29, 1990, Boh Bros. Contract

180. May 29, 1990, Boh Bros. Contract As Builts

181. June 28, 1993, Pittman Contract

182. All pumping/station logs produced by the New Orleans Sewerage and Water Board

183. All pump diagrams and charts produced by the New Orleans Sewerage and Water Board

184. Deposition transcript of the New Orleans Sewerage and Water Board

185. Any and all deposition transcripts obtained pursuant to Case Management and Scheduling Order No. 4

186. Louisiana Cultural Vistas (Summer 2002)

187. Louisiana Cultural Vistas (Fall 2005)

188. Louisiana Cultural Vistas (Summer 2006)

189.  Cultural Committee of the Mayor's Bring New Orleans Back Committee Executive Summary, January 10, 2006

190.  Cultural Committee of the Mayor's Bring New Orleans Back Committee, January 17, 2006;

191.  Report of the Lt. Governor Mitch Landrieu "Louisiana: Where Culture Means Business Executive Summary, February 2, 2007;

192.  Louisiana Cultural Economy 2007 Status Report by Mt. Auburn Associates;

193.  Louisiana Rebirth Restoring the Soul of America Summary, December 2006;

194.  Louisiana Rebirth Scorecard

195.  Do You Know What It Means Report of Case Studies 2007;

196.  Gulf Gov Report on Education Losses, April 11, 2007;

197.  Arts and Prosperity II: The Economic Impact of Nonprofit Arts Organizations and Their Audiences Summary of the Americans for the Arts, Executive Summary 2002;

198.  Arts and Prosperity II: The Economic Impact of Nonprofit Arts Organizations and Their Audiences and Their Audiences Report of the Americans for the Arts 2002;

199.  Arts and Prosperity III: The Economic Impact of Nonprofit Arts Organizations and Their Audiences Summary of the Americans for the Arts Summary 2007;

200.  Arts and Prosperity III: The Economic Impact of Nonprofit Arts Organizations and Their Audiences of the Americans for the Arts 2007;

201.  The New Orleans Hurricane Protection System: What Went Wrong and Why (ASCE 2007);

202.  Katrina Index The Brookings Institution December 13, 2006;

203.  Americans for the Arts Creative Industries The Congressional Report 2005;

204.  Americans for the Arts Creative Industries in Legislative Districts 2006;

205.  Americans for the Arts Creative Industries in Legislative Districts 2007;

206.  The House that Art Built: Economic Impact of the Arts in Louisiana (Louisiana Division of the Arts 2001);

207.  Economic Value Study Connecticut Humanities Counsel Impact of Investment and Cultural Heritage (1998-1999)

12

208.  Arts Block Publication

209.  Chart: Proportion of open schools in New Orleans Metro and select parishes

210.  Chart: Enrollment at Major Colleges and Universities in New Orleans

211.  Chart: Proportion of Open Public Schools in New Orleans Metro, by Parish

212.  Chart: Number of college students returning to New Orleans

213.  Chart: Number of open public libraries in New Orleans Metro by Parish

214.  Blues for New Orleans: Mardi Gras and America's Creole Soul (Conduct & Communications), Roger D. Abrahams, Nick Spitzer and John F. Szwed, University of Pennsylvania Press;

215.  City Adrift: New Orleans Before & After Katrina, Jenni Bergal, Sara Shipley Hiles, Frank Koughan and John Mcquaid;

216.  Did You Know What It Means to Miss New Orleans?  Jason Berry, Chin Music;

217.  'Unacceptable': The Federal Government's Response to Hurricane Katrina, Walter M. Brash, BookSurge Publishing;

218.  The Great Deluge, Douglas Brinkley, Harper;

219.  Louis Armstrong's New Orleans, Thomas Brothers, WW Norton;

220.  The Geographies of New Orleans, Richard Campanella, Center for Louisiana Studies;

221.  Leave No One Behind: Hurricane Katrina and the Rescue of Tulane Hospital, Bill Carey, Clearbrook Press;

222.  Masterless Mistresses: The New Orleans Ursulines and the Development of a New World Society, 1727-1834, Emily Clark, University of North Carolina Press;

223.  Louisiana in Words, Joshua Clark (editor), Pelican

224.  An Unnatural Metropolis: Wresting New Orleans from Nature, Craig E. Colten, LSU Press;

225.  New Orleans, Mon Amour: Twenty Years of Writings from the City, Andrei Codrescu, Algonquin Books;

226.  Come Hell or High Water: Hurricane Katrina and the Color of Disaster, Michael Eric Dyson, Basic Books;

227.  There is No Such Thing as a Natural Disaster: Race, Class, and Hurricane Katrina, Edited

by Chester Hartman & Gregory Squires, TF-ROUTL;

228. The Joy of Y'At Catholicism, Earl J. Higgins, Pelican;

229. Very New Orleans: A Celebration of History, Culture, and Cajun Country Charm, Diana Hollingsworth Gessler, Algonquin Press;

230. Breach of Faith, Jed Horne, Random House;

231. My New Orleans: Ballads to the Big Easy by Her Sons, Daughters, and Lovers, Rosemary James (editor), Touchstone;

232. New Orleans in Photographs, Sharon Keating, Rh Value Publishing;

233. Hurricane Blues: Poems about Katrina and Rita, edited by Philip C. Kolin and Susan Swartwout, Southeast Missouri Press;

234. Canal Street: New Orleans' Great Wide Way, Peggy Scott Laborde and John Magill;

235. Katrina's Legacy: White Racism and Black Reconstruction in New Orleans and the Gulf Coast, Eric Mann, Frontlines Press;

236. New Orleans: A Cultural History (Cityscapes), Louise McKinney, Oxford University Press;

237. Clarence John Laughlin: Prophet Without Honor, AJ Meek, University of Mississippi Press;

238. Why New Orleans Matters, Tom Piazza, Regan Books;

239. The Children Hurricane Katrina Left Behind: Schooling Context, Professional Preparation, and Community Politics, Sharon P. Robinson and M. Christopher Brown II, Peter Lang Publishing;

240. 1 Dead in Attic: After Katrina, Chris Rose, Simon & Schuster;

241. Soul Storm, Finding God Amidst Disaster, Reflections from a Hurricane Katrina Survivor, by Bruce Lee Smith, Pelican;

242. New Orleans on Parade: Tourism and the Transformation of the Crescent City (Making the Modern South), Jonathan Mark Souther, LSU Press;

243. Buddy Stall's French Quarter Montage, Buddy Stall, Pelican;

244. Hurricane Season: A Coach, His Team, and Their Triumph in the Time of Katrina, Neal Thompson, Free Press;

245. Hurricane Katrina Survival Stories: Courage in a time of tragedy and confusion (Late

Breaking Amazing Stories), Dee Van Dyk, Altitude Publishing;

246. Voices from the Storm: The People of New Orleans on Hurricane Katrina and Its Aftermath (Voice of Witness), Lola Vollen and Chris Ying (editors)

247. Any exhibits attached to any pleadings

248. All photographs of destruction in the class certification areas associated with Hurricane Katrina.

249. Any and all exhibits listed by any other party

250. Any and all exhibits introduced by any other party

251. Any and all curriculum vitae for any expert

252. Any and all exhibits associated with any expert reports

253. Any and all expert reports

254. Any document produced by any party.

255. Any and all correspondence from any party

256. Any and all documents concerning any Form SF-95, including the document itself, any attachments, responses, or replies.

**RESPECTFULLY SUBMITTED:**
**LEVEE LITIGATION GROUP**

BY:   s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@jbrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 30th day of July, 2007.

    /s/ Joseph M. Bruno

Joseph M. Bruno