UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182

                                         SECTION "K" (2)

FILED IN:  05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MR-GO

**PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' RESPONSES TO INTERROGATORIES AND TO DETERMINE THE SUFFICIENCY OF PLAINTIFFS' ANSWERS TO REQUESTS FOR ADMISSIONS**

INTRODUCTION

As set forth in Plaintiffs' opposition to Defendants' motion to compel further responses to interrogatories by the MR-GO Master Class Action Plaintiffs and to determine the sufficiency of Plaintiffs' responses to requests for admissions, Defendants' motion is predicated on Plaintiffs' initial responses to Defendants' requests for admission, and there *is no mention of the supplemental responses served on Defendants on July 17, 2007.* Moreover, Plaintiffs also represented that they would provide Defendants and the Court with supplemental discovery responses prior to the hearing on Defendants' motion.

Therefore, accompanying this supplemental opposition is a copy of Plaintiff's supplemental interrogatory responses, including two exhibits referenced in the amended

1

discovery responses.

## CONCLUSION

For the foregoing reasons, this Court should deny Defendants motion to compel further responses to interrogatories and to determine the sufficiency of Plaintiffs' answers to interrogatories.

Respectfully Submitted,

MRGO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE

_____
PIERCE O'DONNELL (*pro hac vice*)
MRGO PSLC Liaison Counsel
O'Donnell & Associates PC
550 South Hope Street, Suite 1000
Los Angeles, California 90071-2627
Telephone: (213) 347-0290
Facsimile: (213) 347-0299
Email: pod@oslaw.com

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: **jbruno@jbrunolaw.com**


MRGO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MRGO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796
Email: **jimr@wrightroy.com**

MRGO PLAINTIFFS SUB GROUP LITIGATION

10

COMMITTEE

s/ Jonathan Andry
LA. Bar Roll Number: 20081
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

11

## CERTIFICATE OF SERVICE

I, Pierce O'Donnell, hereby certify that on July 30, 2007, I caused to be served Plaintiffs' Supplemental Opposition to Defendants' Motion to Compel Plaintiffs' Responses to Interrogatories and to Determine the Sufficiency of Plaintiffs' Answers to Requests for Admissions, upon Defendants' counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov ; and U.S. mail addressed to the United States Department of Justice, Torts Branch, Civil Division, P.O. Box 888, Benjamin Franklin Station, Washington, D.C. 20044.

Pierce O'Donnell