The failures and breaches along the GIWW/MRGO and IHNC channels resulted from several sets of causes. One common cause was the occurrence of failures at "transitions"; sections where disparate sections of frontage levees, floodwalls, and floodgate structures join together. This was a repeated them throughout the overall region, and it serves to point out:

1. The importance and difficulty of such transitions (or "connections"), and the need to give them extra attention.
2. The difficulties intrinsic in construction of large regional flood protection systems over periods of multiple decades as a result of the current Congressional approval and appropriations processes. These systems must function well as systems, with all of the individual elements meshing together seamlessly in a mutually supportive manner. Construction of these systems "in bits and pieces", and over long periods of time during which personnel changes can result in loss of institutional memory, is not ideal, and the resulting challenges must be dealt with.

A second set of failures occurred at "penetrations"; locations where multiple overlapping agencies and interests, and overlapping jurisdictions, rendered it very difficult to ensure a safe transition between project elements. In the future, public safety must come first ahead of any and all other, competing interests. In addition, someone (or some agency) must be in overall charge at such "penetrations", and they must have adequate authority as to be able to impose a safe overall solution if conflicts arise.

A third set of failures, and partial failures, in this central region were due to overtopping and erosion. The overtopping was exacerbated by the fact that the USACE had progressively lost track of its elevation control over the several decades of construction of the levees and floodwalls due to ongoing settlement of regional benchmarks, which resulted in many of the more recently constructed levees and floodwalls having crest elevations between 1 to 2 feet below intended design grade (IPET, 2006; IPET, 2007). Additional erosional features can also be attributed to the use of highly erodeable soils, including both cohesionless sands and also lightweight shell sands, as levee embankment fills at some locations. These erodeable soils, without erosion protection (or "armoring") and without through-seepage cut-offs, represent an unacceptable hazard for a major urban region; locations with such soils should be located and remediated as part of the ongoing efforts to re-assess and upgrade the regional flood protection systems.

Finally, the large "north" failure at the west end of the Lower Ninth Ward appears to have be the result of underseepage and piping, while the even larger "south" breach appears to have been the result either of underseepage-induced embankment instability, or of overtopping-induced trench erosion that laterally unbraced the concrete I-wall at the levee crest. To deal with these potential failure mechanisms, the USACE: (1) has either replaced I-walls with inverted "T-walls" (which have a lateral concrete slab at the base of the rear side of the wall which serves to effectively eliminate erosive "trenching" behind the wall during overtopping), or has installed large concrete splash pads to prevent this type of erosion along remaining I-wall frontages, and (2) has initiated a project to re-evaluate underseepage risk throughout the regional system. These are laudable steps, and we applaud them.

## References

ILIT, (2006), "Investigation of the Performance of the New Orleans Regional Flood Protection Systems During Hurricane Katrina", Final Report, available online at http://www.ce.berkeley.edu/~new_orleans/ ; July 31, 2006 (Rev; Sept. 10, 2006, and Feb. 2007).

IPET, (2006), "Performance Evaluation of the New Orleans and Southwest Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force" available online: https://ipet.wes.army.mil/, date accessed: June 1, 2006.

IPET, (2007), "Performance Evaluation of the New Orleans and Southwest Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force" available online: https://ipet.wes.army.mil/, date accessed: April, 2007.

Ivor Ll. van Heerden, G. Paul Kemp, Hassan Mashriqui, Radhey Sharma, Billy Prochaska, Lou Capozzoli, Art Theis, Ahmet Binselam, Kate Streva, and Ezra Boyd, (2006), "The Failure of the New Orleans Levee System During Hurricane Katrina", State Project No. 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, 20, available online at: http://www.publichealth.hurricane.lsu.edu/TeamLA.htm

Karlsrud, K., Lunne, T and Brattlien (1996) "Improved CPTU interpretations based on block samples", Nordic Geotechnical Conference, 12 Reykjavik 1996. Proc, Vol.1, pp 195-201.

Kemp, P., (2006), Personal Communication

Mashriqui, H., (2006), Personal Communication

**Acknowledgements**

The studies reported herein would not have been possible without the generous help of many individuals and organizations. This project was supported, in large part, by the National Science Foundation (NSF) under Grants No. CMS-0413327 and CMS-0611632, and additional support was provided by the Center for Information Technology Research in the Service of Society (CITRIS) at the University of California at Berkeley. In addition, several senior members of the investigation team contributed from their own discretionary resources. All of this support is gratefully acknowledged.

The authors also wish to express their gratitude to the U.S. Army Corps of Engineers (USACE) for their considerable assistance with numerous elements of this work. The USACE, and the Interagency Performance Evaluation Team (IPET) have graciously shared much of their field and laboratory data, and we have done the same. This positive sharing and collaboration helps everyone by providing the best possible basis for study and analysis of this event.

We are also grateful to the members of the State of Louisiana's independent investigation team, Team Louisiana, for their tremendous efforts and dogged persistence under very difficult circumstances, and for their generous mutual sharing of data and insights throughout this investigation. And we are also grateful to the members of the field investigation team of the American Society of Civil Engineers (ASCE), who jointly formed a combined team with ours in the urgent initial post-event field studies when it was of vital importance to gather all possible data and observations while (fully necessary) emergency repair operations were already damaging and literally burying critical evidence. This was a very strong field forensics team, and their collaboration both in the field and in the subsequent preparation of an initial Preliminary Report jointly prepared by the ASCE and ILIT teams (which was issued in early November of 2005) was of great value.

Finally we are deeply grateful to the many others who will remain anonymous, but who have assisted by providing information, data, technical insight, background history and other information that might otherwise not have been available. A great many people gave generously of themselves, their time, and their expertise to assist these studies. It was important, and we are profoundly grateful.



Base Map courtesy of the U.S. Army Corps of Engineers

Figure 1: Map of the New Orleans study region showing locations of levee breaches, and a schematic illustration of the westward storm surge from Lake Borgne through the GIWW/MRGO and IHNC channels.



Source: IPET Interim Report No. 2; April, 2006

Figure 2: Hydrographs showing measured (and photographed) water levels at gage stations along the Inner Harbor Navigation Channel (IHNC).



Figure 3: A typical example of one of the numerous failures (breaches) that occurred at "transitions" between disparate, adjoining flood system elements.



Figure 4(a): Breach at a complex "penetration" through the federal levee system at the west bank crossing of the IHNC waterway by the CSX rail line.



Figure 4(b): Concrete floodgate structure at the west bank IHNC crossing of the CSX Rail line.



Figure 5: Aerial view of the North Breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward.



Figure 6(a): Cross-section for analysis of the North Breach, IHNC at the Lower Ninth Ward



Figure 6(b): Finite element mesh for analysis of the North Breach, IHNC at the Lower Ninth Ward



Figure 7: Hydraulic exit gradients for the north breach on the IHNC at the west end of the Lower Ninth Ward. Storm surge at +14ft (MSL).



Figure 8: Interpretation of soil stratigraphy and shear strengths beneath the inboard side (landside) levee toe at the North Breach, IHNC at the Lower Ninth Ward.    [Modified after IPET, 2006]