

Figure 9: Oblique view of the (south) levee break at the Inner Harbor Navigation Canal into the lower Ninth Ward.



Figure 10: Close-up view of crushed (impacted) concrete floodwall at the south end of the south breach at the east bank of the IHNC at the west end of the Lower Ninth Ward.



Figure 11: Eroded trench at the rear (inboard) side of the floodwall at the south end of the south breach at the east bank of the IHNC at the west end of the Lower Ninth Ward.



Figure 12: Cross section through the large south breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward.



Figure 13(a): Equipotential contours at the time when canal water levels reached approximately Elev. +14 feet (MSL). Contours are at 1-foot intervals of head. [$k_{h,\,marsh} \approx 10^{-4}$ cm/sec]



Figure 13(b): Pore pressure vs. time at the top of the marsh stratum beneath Location D, as a function of permeability of the marsh stratum.



Figure 14: Most critical failure surface for IHNC canal water Elev. $\approx$ +14 ft (MSL), for pore pressure and underseepage conditions at 8:45 a.m., based on $k_{h,\,marsh} \approx 10^{-4}$ cm/sec.



Figure 15: Relative shear strain levels at a canal water elevation of +13.5 feet (MSL); South Breach at the IHNC/Lower Ninth Ward.



Figure 16: Evolution of Factor of Safety as canal water levels rose; Plot of overall Factor of Safety for lateral translation vs. canal water elevation (South Breach, IHNC, at the west end of the Lower Ninth Ward.)



Figure 17: Relative shear strain levels for the tilted sheetpile-supported concrete I-wall condition resulting from inboard-side trench erosion to a depth of approximately 7.5 feet, with the IHNC water at Elev. +13.5 ft (MSL).



Photograph by J. Wartman

Figure 18(a): Significant lateral deflection of the Citrus Back Levee floodwall, seen from the inboard (protected) side. Note the heave adjacent to the displaced sheetpiles and wall.



Photograph by J. Wartman

Figure 18(b): Deflection and tilting of another section of the Citrus Back Levee Floodwall, this time viewed from the outboard side. Note the gap between the outboard levee toe section and the sheetpile curtain.