

**Figure 2:** Oblique aerial view of the south breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward.

inflow and scour, and the sheetpile curtain (although extended as the flanges stretched out) is still contiguous over its full length. The inboard side community was devastated by the heavy flow through this breach; the homes of the first several blocks have been stripped from their foundations and scattered across the community, mostly in pieces. At the time of this photo, the initial interim closure embankment on the outboard side of the large breach had been largely completed.

The obvious first question is whether the barge caused the breach, or was drawn in through a breach that was already open. Figure 3 shows a close-up view of the top of the concrete floodwall at the south end of the breach. The concrete floodwall along the top of the sheetpile curtain across the rest of the breach was largely spalled off the tops of the sheetpiles in extension. The south end of the breach (Figure 3) was the only location where the concrete floodwall, and its rebar, were crushed by compressive impact. In addition, a large dent on the left side of the barge, near the bow, and a scrape on its base at that location, appeared to correlate well with the south end impact site. Finally, geo-forensic studies clearly show that this section would have failed without impact. It was concluded that the barge most likely was drawn in through a breach that was already open.



**Figure 3:** Crushed concrete floodwall section at the south end of the breach; IHNC east bank at west end of the Lower Ninth Ward (South Breach).

Figure 4 shows a trench behind the concrete floodwall at the south end of the breach (the large barge can be seen in the background of this photo.) As canal waters overtopped the floodwall, they eroded this trench, reducing the lateral support for the floodwall and its supporting piles. It was the conclusion of the IPET Draft Final Report that this caused the failure, as the raised waters in the canal then pushed the under-braced wall laterally (IPET; June 1, 2006.)

Figure 5 shows a cross section through the breach section. The clayey levee embankment sits atop primarily gray clays (CH) with occasional plastic silt strata, but there are two significant "marsh" deposits in the upper foundation as well. As shown in this figure, the sheetpile curtain supporting the concrete floodwall is very short, and fails to cut off flow through the second (main) marsh layer.



**Figure 4:** Eroded trench at inboard base of floodwall at south end of the breach; IHNC east bank at west end of the Lower Ninth Ward (South Breach).

The failure at this site was the result of underseepage through these marsh deposits. The "marsh" layer is a variably interbedded layer of organic clays and peats, with large variations in permeability. Lateral permeability of the ensemble is very high, and there is a well-established history of underseepage problems along this levee frontage.

Transient flow analyses showed that the rising storm surge in the canal was effectively transmitted to the inboard side toe area. The storm surge rose at a rate of slightly less than 0.5 feet per hour to an Elevation of approximately +5 feet (MSL), and then, as the eye of the storm approached more closely, it rose more rapidly at a rate of approximately 1 foot per hour to at peak at approximately +14 feet (MSL), overtopping the concrete floodwall height by a bit more than a foot. Approximately 85% to 95% of the "eventual steady state flow" surge-induced pore pressures reached the foundation soils beneath the inboard toe of the levee.

Figure 6 shows equipotential contours (contoured in 1 ft. increments of head) for a transient flow analysis as the canal water levels reached Elev. +14 feet (MSL). Exit gradients at the toe were marginally unstable with respect to initiation of erosion and piping at this stage, and hydrostatic forces on the upper clay veneer (overlying the main "marsh" layer) at the toe region were also marginally stable with regard to hydrostatic uplift.

It was, however, lateral translational instability that won the race to failure at this site. Both limit equilibrium analyses (Spencer's Method, cross-checked against several others) and finite element analyses (PLAXIS) were performed, and the results were in excellent agreement. Figure 7 shows the limit equilibrium analysis for the most critical section, at a canal water elevation of +14 feet (MSL). The most critical failure surface was along the upper marsh stratum, with soil strengths reduced by the underseepage-induced pore pressure increases. The calculated Factor of Safety is FS = 0.94 , but this actually slightly overstates the actual factor of safety as conditions are also marginal with regard to hydraulic uplift just inboard of the levee toe. A second, slightly deeper mechanism, shearing along the top of the main "marsh" stratum, has only a slightly higher calculated Factor of Safety and is also likely unstable at this canal water level.

These limit equilibrium analyses include the presence of a "gap" that opened on the outboard side of the sheetpile curtain between the sheetpiles and the outboard section of the levee embankment. This effectively cut the levee embankment in half, and it also admitted water; significantly increasing the lateral water pressures against the sheetpiles/floodwall and the resisting inboard side of the embankment. Finite element analyses showed that this gap likely began to open at canal water levels of approximately +10 to +12 feet (MSL), and opened progressively (to increased depth) thereafter. The rapid scouring of a trench to a depth of approximately 6 feet behind the floodwall (after overtopping began, at canal water Elev. ≈ +12.4 feet, MSL) was also modeled in these finite element analyses, but it was found to contribute little; the "gap" on the outboard side of the sheetpiles was already well advanced by that stage, and the sheetpiles/floodwall were still amply stable under the applied outboard side water forces.



**Figure 5:** Cross section through the large south breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward.



**Figure 6:** Equipotential contours at the time when canal water levels reached Elev. +14 feet (MSL). Contours are at 1-foot intervals.



**Figure 7:** Calculated Factor of Safety for translational failure along the upper "marsh" deposits; South Breach at the IHNC/Lower Ninth Ward.



**Figure 8:** Relative shear stress levels at a canal water elevation of +13.5 feet (MSL); IHNC/Lower Ninth Ward, south breach.

Figure 8 shows the result of finite element analyses, in this case conditions at a canal water elevation of +13.5 feet (MSL). Both the evolving outboard side "gap", and the eroded inboard side trench are present at this stage. As shown in this figure, two distinct failure mechanisms are approaching a failure stste; an upper failure controlled by the relatively thin upper "marsh" stratum, and a deeper mechanism along the top of the (main) lower "marsh" stratum.

Figure 9 shows the calculated evolution of Factor of Safety as canal water levels rose. At a water level of approximately Elev. +10 to +12 feet, a "gap" began to open on the outboard side of the sheetpile curtain, and the analytical case began to



**Figure 9:** Evolution of Factor of Safety as canal water levels rose; South Breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward.

transition from the "ungapped case" (blue diamonds) to the "water filled gap" case (yellow circles.) Based on both conventional limit equilibrium analyses (coupled with transient flow seepage analyses), and finite element analyses (which internally incorporated the seepage/flow analyses), the best analytical estimate was that failure would occur at a canal water elevation of approximately +12.5 to +13.5 feet (MSL); in close agreement with the observed field performance at this section.

A second major breach occurred several hundred yards north of the breach described above, also on the east bank of the IHNC at the west end of the Lower Ninth Ward. This will be referred to as the "North Breach" along this frontage. Figure 10 shows an aerial view of this feature, with the interim outboard side repair embankment nearing completion. This was a much narrower feature, less than 100 feet in width, and there was no evidence of sustained overtopping adjacent to this feature (only minor wave "splashover" at two locations.)

Figure 11 shows a cross section through this breach site. Conditions at this site are very similar to those just to the south, except that the thin "upper" marsh stratum does not extend this far to the north. As with the site just to the south, the very short sheetpiles fail to cut off flow through the significant "marsh" stratum passing at relatively shallow depth beneath the levee and floodwall. This figure also shows clearly the relatively extensive sandy fill placed at the outboard side of the floodwall to create "land" for facilities on the outboard (channel) side that were abandoned prior to the hurricane. Figure 11 also shows the finite element mesh used for transient flow seepage analyses at this site, and Figure 12 shows a close-up view



**Figure 10:** Aerial view of the North Breach on the east bank of the IHNC, at the west end of the Lower Ninth Ward.



**Figure 11:** Cross-section through the North Breach; IHNC east bank, at the west end of the Lower Ninth Ward.

of calculated seepage exit gradients (based on transient seepage analyses, and best estimated conditions) at a canal water level of Elev. +14 feet (MSL). Exit gradients became unsafe with regard to initiation of erosion and piping at earlier canal water levels. In addition, the pore pressures inboard of the levee toe became potentially unsafe with regard to hydrostatic uplift (heave, or "blowout") at slightly lesser canal water levels as well.

The "timing" of the resultant failure is difficult to ascertain with certainty, as it is controlled primarily by the rate at which pore pressures were transmitted underneath the levee and floodwall, but the mechanism of failure was clearly underseepage-induced erosion and piping, and this was likely exacerbated by hydraulic uplift or "blowout" inboard of the toe. Close re-examination of the field evidence (see Figure 10) confirms this; the observed failure has the narrow, tunnel-like character of a piping erosion failure. Best estimates based on the transient flow analyses result in estimated timing of this failure at between about 7:00 to 7:45 a.m., also in good agreement with available field data regarding water levels, overtopping, and the adjacent breach to the south.



**Figure 12:** Exit gradients at canal water Elev. ≈ +13.5 feet (MSL); North Breach.