The IPET Draft Final Report (IPET; June 1, 2006) reached a different conclusion at this site as well. That study attributed this North breach to a deep, semi-rotational failure through the soft gray clays of the foundation, and at an early time (well before 6:00 a.m.) in order to explain the observation of large volumes of water along the inboard toe of this IHNC frontage prior to the well-timed (~7:45 a.m.) breach to the south. The IPET foundation failure requires unrealistic assessment of foundation soil strengths, based on the data available (our investigation calculated a Factor of Safety of 1.79 for the same case and same canal water level), and it also neglected "three-dimensional effects" for this narrow, deep failure (which would have further increased the overall Factor of Safety by at least an additional 10% to 15%.)

The IPET report states that potential underseepage was not analyzed, as the foundation soils were too impervious. That promulgates a long-standing unconservative history of the local District of the USACE with regard to failure to adequately consider potential underseepage risk. There was a long history of underseepage problems at these two sites, and indeed along this full frontage; if the IPET team had been suitably informed of this they would surely have analyzed this potential failure mode. The "marsh" deposits along this frontage had demonstrated high lateral permeabilities, as had similar marsh deposits at other sites throughout the region. Our investigation team had experienced similarly high lateral permeabilities in similar deposits at sites away from this region as well. Finally, additional evidence for the nature of the underseepage potential at these two sites was provided by a visually impressive "crevasse splay" (the local term for showy underseepage erosion features) that occurred at the outboard side of the interim repair section at the South



**Figure 13:** Crevasse splay induced by late-stage reverse flow beneath the interim repair embankment; South Breach, IHNC/Lower Ninth Ward.

breach, as shown in Figure 13. This crevasse splay occurred at the relatively low reverse-flow gradients as the inboard area continued to drain after it had already been largely unwatered by pumping after initial drainage through open breaches.

The long-standing policy of under-appreciation of potential underseepage risk has resulted in dauntingly short sheetpiles throughout large portions of the regional flood protection system. A number of the post-Katrina major repair sections have included the installation of much longer sheetpiles (well over 60 feet in length) replacing far shorter sheets (typically only 20 to 30 feet in length); an unusually frank concession as to the inadequacy of the original sections. This is important for two reasons; (1) there is now a need to re-assess the entire regional flood protection system with regard to potential underseepage risk (especially at higher <u>design</u> storm surge levels), and (2) the likely need to remediate such risk, at least at some locations, may obviate current cost estimates (and appropriations) for ongoing repairs and upgrades of the regional system.

**The IHNC West Bank**

As shown in Figure 1, several failures and breaches occurred on the west side of the IHNC. These were the first breaches to admit floodwaters into the main (downtown) New Orleans protected basin, but these all failed to scour a path to the IHNC that was consistently below sea level. As a result, they temporarily admitted floodwaters, but this inflow ceased as the storm surge subsequently subsided. Accordingly, these west bank breaches accounted for only approximately 10% to 15% of the massive flows that eventually, and catastrophically, filled most of this populous basin.

The northernmost of the west bank IHNC failures occurred at the CSX railroad crossing. This was very disappointing, as failure had occurred at this same site during hurricane Betsy in 1965; it thus represented a daunting lack of progress.

Figure 14 shows the breach at this site. This was a complex "penetration" where multiple rights of way passed together across the federal levee. As shown in this figure, the railroad line (and its supporting embankment) passed through the levee frontage adjacent to a surface roadway that passed over the levee crest in order to provide access to port facilities located on the outboard side. An elevated highway bridge also crosses the levee frontage immediately to the north (on the left in Figure 14.)

The railroad line passes through a concrete floodwall structure supporting a rolling steel floodgate that can be closed during storm surges. This steel gate had been damaged several months prior by a railroad accident, and the gate was away for repair when Katrina arrived. An emergency sand bag "levee" section was constructed across the opening left by the missing gate, but this washed out at some stage during the storm. In hindsight, it is difficult to justify the removal of the gate (rather than fixing it in place until a replacement could be fabricated); placing the continued operation of trains ahead of the safety of the approximately 250,000 people living inboard of this feature.



**Figure 14:** Breach at the west bank IHNC crossing of the CSX rail line.

As shown in Figure 14, the failure at this site was one of a number of failures during Katrina that occurred at complex "penetrations" and/or "transitions" between adjoining elements, and often between overlapping authorities as well. Flow passed through the pervious gravel ballast supporting the rails (the local low spot with regard to permeability), and then undermined the adjacent roadway fill. The roadway embankment fill was comprised, in part, of shell sands; a material notorious for being highly erodeable (as will be discussed further a bit later.)

Our investigation was unable to determine just exactly who was in overall charge at this (and a number of other) complex multiple "penetrations". If the flood protection <u>system</u> is to perform safely in future events, someone needs to be placed in overall charge of such transitions, and they need to be granted adequate authority as to successfully execute this responsibility.

A second west bank IHNC failure occurred behind the main Port of New Orleans, as shown in Figure 15. This failure was caused by overtopping of a concrete sheetpile wall section, with the overtopping flow scouring a trench at the rear side of the floodwall and its supporting sheetpile curtain. This laterally unbraced the sheetpiles/floodwall, and it was pushed sideways by the elevated canal water pressures on its outboard side. Our analyses showed that, at this site, the overtopping-induced scour was sufficient as to laterally unbrace this floodwall section and its unusually short supporting sheetpiles (only 17 feet in length.) This was one of a number of concrete floodwalls (I-wall sections) that <u>did</u> fail due to overtopping and consequent scour at the inboard side. The USACE has already undertaken a system-wide effort to either replace I-wall sections with the more robust "T-wall" sections (with their supporting battered structural piles providing higher levels of lateral and rotational wall stability, and which have intrinsic inboard toe erosion protection due



**Figure 15:** Overtopping failure of concrete I-wall section on the west bank of the IHNC, behind the Port of New Orleans.

to the leg of their inverted "T" shape) or to install concrete splash pads at the inboard sides of these I-walls to prevent this type of erosion in the event of overtopping in the future.

Two additional failures occurred at essentially adjacent sites a bit farther to the south, near the south end of the Port. Both of these were erosional failures of levee embankment sections that were comprised primarily of lightweight shell-sand. fills. Figure 16 shows a close-up view of this highly erodeable material at one of these eroded breach sections.

This type of highly erodeable material has no place in levees protecting large metropolitan populations. Two of the most catastrophic "breaches" that occurred during hurricane Katrina were the many miles of massively eroded levees along the MRGO channel frontage (along the northeast edge of the populous St. Bernard protected basin) the and the GIWW channel frontage (at the southeast corner of the New Orleans East protected basin.) These two major levee frontages eroded rapidly and catastrophically, and were the principal sources of the floodwaters that catastrophically inundated their two protected areas. Both frontages were constructed largely using materials dredged from the excavations for the shipping channels at their outboard sides (the MRGO and GIWW channels, respectively) and as a result both were comprised in large part of highly erodeable materials including sands and lightweight shell-sands. Both sections were also exposed to massive storm surge and to wind-driven waves across the surge-swollen waters of Lake Borgne; and without the benefit from outboard side swamps or cypress groves that might have served to dampen these waves. Adjacent levee sections, along both the MRGO and GIWW frontages, comprised of earthen levees constructed using semi-compacted clayey



**Figure 16:** Erosional breach on the west bank of the IHNC, at the south end of the Port of New Orleans.

fills (with far higher resistance to erosion) performed well; further emphasizing the dangers of using highly erodeable fill materials for levee sections protecting large populations form hurricane storm surge conditions. The presence of highly erodeable levee embankment fill materials, at these and a number of additional locations, continues to represent an additional source of system-wide risk that has not yet been fully addressed.

**The East Bank of the IHNC, North Section**

A number of minor erosional failure and/or partially developed erosional features occurred on the east bank of the IHNC, along the west end of the New Orleans East protected basin (as shown in Figure 1.) These features were not very damaging in this event, but only because of massive floodwaters that were already rapidly infilling this protected area (from larger breaches at the southeast corner of the New Orleans East protected basin, and from a number of mid-sized breaches at other locations around the perimeter of this protected basin as well.) Indeed, it was this rapid filling from other breach locations that led to ponding of waters on the inboard sides of the features along the north section of the IHNC east bank; this, in turn, limited gradients and thus the development of many of these partially developed erosional features. It should be noted that these features, both individually and as a group, might well have been much more serious if the protected basin had not already been massively compromised at numerous other locations.

The numerous erosional features along this frontage all occurred at "transitions" between adjoining, disparate flood protection segments (e.g. transitions between full height earthen levees and adjoining floodwalls, etc.). This was another recurring theme during hurricane Katrina in other areas as well; erosional problems



**Figure 16:** Partially developed erosional feature at a "transition" between a gated concrete floodwall and the adjacent, full height earthen levee.

(and breaches) due to inadequately detailed "transitions" between adjoining flood protection elements and segments.

Figure 16 shows one of the many such erosional features along this frontage; in this case a transition between a gated concrete floodwall segment and an adjacent full-height earthen levee. (Note, in the foreground, the use once again of highly erodeable lightweight shell-sand fill material at this location.)

The many partially developed erosional features along this frontage, as well as fully developed erosional breaches at similar "transitions" at other locations, serve to highlight several important lessons. These include: (1) there is little gained by the successful design and construction of long levee frontages, if the individual segments do not "join" seamlessly and successfully, (2) details matter, and (3) many of these problems should have been apparent to field inspectors, both during and after construction; there is no replacement for qualified field hands with the experience and expertise to spot these types of potential issues before they can produce catastrophic problems.

**Summary**

The failures, and near-failures, along the banks of the IHNC provide a number of important lessons. It is vital to carefully consider all potential failure mechanisms; none of these can be discounted until proven "safe" by investigations and analyses, or until safely mitigated by design and construction. This is true both in design, and in post-event geo-forensic studies as well.

Details matter greatly. Numerous failures during hurricane Katrina, and partially developed features that might have become failures if more serious failures

at nearby sections had not already occurred, were the result of one or more of the following: (1) use of unacceptably highly erodeable fill materials, and without suitable internal cut-offs and external erosion protection (or "armoring"), (2) inadequate attention to underseepage, and resultant inadequate sheetpile depths (insufficient "cut-off" of underseepage), and (3) erosion due to overtopping; erosion that could easily, and with relatively limited incremental expense, have been prevented by inclusion of improved design details (e.g. splash pads, etc.)

The lessons from New Orleans were learned at tremendous cost. It must be now be our intent to take fullest possible advantage of these to prevent similar disasters in the future, not just in southern Louisiana but throughout the nation and the world. We can do better, and we must.

**References**

Christian, John T. (2004), "Geotechnical Engineering Reliability: How well do we know what we are doing?" *J. of Geotechnical and Geoenvironmental Engineering*, Vol. 130, No. 10, October 1, 2004.

IPET, (2006), "Performance Evaluation of the New Orleans and Southwest Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force, Volume VI – The Performance – Interior Drainage and Pumping," available online: https://ipet.wes.army.mil/ ; June 1, 2006.

ILIT, (2006), "Investigation of the Performance of the New Orleans Regional Flood Protection Systems During Hurricane Katrina", Final Report, available online at http://www.ce.berkeley.edu/~new_orleans/ ; July 31, 2006.

**Acknowledgements**

This report would not have been possible without the generous help of many individuals and organizations. This project was supported, in part, by the National Science Foundation (NSF) under Grants No. CMS-0413327 and CMS-0611632, and additional support was provided by the Center for Information Technology Research in the service of Society (CITRIS) at the University of California at Berkeley. This support is gratefully acknowledged.

The authors also wish to express their gratitude to the U.S. Army Corps of Engineers (USACE), the Interagency Performance Evaluation Team (IPET), the ASCE field investigation team, and the State of Louisiana's independent investigation team (Team Louisiana) for their assistance and sharing of data. This positive sharing and collaboration helps everyone by providing the best possible basis for study and analysis of this event.

We are also deeply grateful to the many others who will remain anonymous, but who have assisted by providing information, data, technical insight, background history and other information that might otherwise not have been available. A great many people gave generously of themselves, their time, and their expertise to assist these studies. It was important, and we are profoundly grateful.