UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| PERTAINS TO INSURANCE: | * | |
| | | JUDGE STANWOOD R. DUVAL, JR. |
| *Sean Goodman and his wife Silvia Goodman v. Fidelity National Insurance Company, Robert Sheard Insurance Agency, Inc., Robert Sheard and ABC Insurance Company No. 06-3799* | * * * | MAGISTRATE JUDGE JOSEPH WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# **ORDER**

Considering the foregoing *Motion to Withdraw and Substitute Counsel of Record and Designate Trial Attorney*;

IT IS ORDERED that Gregory J. McDonald and David E. Walle of Bienvenu, Foster, Ryan & O'Bannon, LLC be withdrawn as counsel of record for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, and that Ralph G. Breaux and John W. Waters be substituted as counsel of record and Ralph G. Breaux designated as trial attorney for LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION.

-1-

New Orleans, Louisiana, this <u>30th</u> day of _____ July _____, 2007.

_____
UNITED STATES DISTRICT JUDGE