## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K"** |
| | § | |
| **PERTAINS TO: INSURANCE** | § | **JUDGE DUVAL** |
| | § | |
| | § | **MAGISTRATE NO. 2** |
| **JOHN BACQUES** | NO.: 07-3087 | § |
| **CHANNING BRANCH, et al** | NO.: 07-3086 | § |
| **GAIL CONERLY** | NO.: 07-3085 | § |
| **CLAIRE GALATAS** | NO.: 07-3084 | § |
| **WILLIAM HERNANDEZ, et al** | NO.: 07-3083 | § |
| **MALCOLM SCHULZ** | NO.: 07-3081 | § |
| **ROBERT SLACK, et al** | NO.: 07-3080 | § |
| **JOSEPH NEMETH, et al** | NO.: 07-3078 | § |
| **LEO WANG, et al** | NO.: 07-3088 | § |
| **RYCK SOTO** | NO.: 07-3079 | § |
| **ERIC ALFONSO, et al** | NO.: 07-2756 | § |
| **RHONDA DASTUGUE** | NO.: 07-2755 | § |
| **HOWARD GONZALES, et al** | NO.: 07-2746 | § |
| **VERNON LEVAL** | NO.: 07-2749 | § |
| **THOMAS MULKEY, et al** | NO.: 07-2754 | § |
| **DAVID PETERSON** | NO.: 07-2753 | § |
| **KAREN POLK** | NO.: 07-2751 | § |
| **DALE VALENTI** | NO.: 07-2750 | § |
| **LLOYD ROGERS, et al** | NO.: 07-2747 | § |
| **KERRY SCHEUERMANN, et al** | NO.: 07-2752 | § |
| **STACY BISHOP and** | | § |
| **VICTOR MARINO** | NO. 07-2748 | § |
| | | § |
| **VERSUS** | | § |
| | | § |
| **ALLSTATE INSURANCE COMPANY** | | § |
| _____ | | § |

**ORDER**

Considering the foregoing Motion to Withdraw and Substitute filed by Allstate Insurance Company,

IT IS ORDERED that Judy Y. Barrasso and Susan M. Rogge of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record and that Gregory J. Schwab be substituted in their place as counsel of record in this proceeding.

Houma, Louisiana, this  30th  day of    July      2007.

_____
JUDGE