UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTON<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: | | |
| INSURANCE: *Sutton*, 06-7608 | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Temple Sutton, as Executrix of the Estate of Martha E. Fleming, defendant, Hartford Insurance Company of the Midwest, and defendant, Hartford Underwriters Insurance Company, incorrectly named as Hartford Insurance Company, who, pursuant to a settlement agreement executed by plaintiff, Temple Sutton, as Executrix of the Estate of Martha E. Fleming, now jointly move this Court for the entry of an order dismissing the captioned lawsuit and all claims therein, with prejudice, with each party to bear its own costs.

Respectfully submitted,

_____
B. Gerald Weeks, La. Bar #13306
WEEKS, KAVANAGH & RENDEIRO
810 Union Street – Second Floor
New Orleans, Louisiana 70112
Telephone: (504) 529-5100

**Attorneys for Plaintiff,**
**Temple Sutton, as Executrix of the Estate of**
**Martha E. Fleming**

AND

*[signature]*

Gerald E. Nielsen, La. Bar #17078
John D. Carter, La. Bar #24334
NIELSEN LAW FIRM, LLC
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504) 832-9165

**Attorney for Defendant,
Hartford Underwriters Insurance Company**

AND

*[signature]*

Ralph S. Hubbard, III, T.A., La. Bar #7040
Simeon B. Reimonenq, Jr., La. Bar #19755
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Patrick M. Kemp
Texas Bar No.: 24043751
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:   (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company of the Midwest**

## CERTIFICATE OF SERVICE

I hereby certify that on this  31st day of July 2007, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF to:

Mr. B. Gerald Weeks
WEEKS, KAVANAGH & RENDEIRO
810 Union Street – Second Floor
New Orleans, Louisiana 70112

Mr. Gerald J. Nielsen
Mr. John D. Carter
NIELSEN LAW FIRM, LLC
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002

*/s/ B Reimonenq/*
Simeon B. Reimonenq, Jr.