UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTON |
| | | NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § | JUDGE DUVAL |
| INSURANCE: *Sutton*, 06-7608 | § § | MAG. WILKINSON |

### ORDER DISMISSING WITH PREJUDICE

Having considered the Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

New Orleans this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE