UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION: K(2) |
| PERTAINS TO: | JUDGE DUVAL |
| INSURANCE (*Vidacovich*, 2:06-cv-4719) | MAG. WILKINSON |

## ORDER DISMISSING WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

New Orleans this 30th day of _____July_____, 2007.

_____
UNITED STATES DISTRICT JUDGE