

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAKEELA ROBERTSON ABDUL-MUSAWIR | * * | CIVIL ACTION NO.: 07-3408 |
| VERSUS | * * * | JUDGE: DUVAL |
| ALLSTATE INSURANCE COMPANY | * * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS LAWSUIT, WITH PREJUDICE

Plaintiff, Shakeela Robertson Abdul-Musawir, having settled her claims against Allstate Insurance Company ("Allstate") in the captioned proceeding, respectfully requests that all of her claims and her entire lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE**, Plaintiff Shakeela Robertson Abdul-Musawir prays that her claims and lawsuit be dismissed with prejudice.

Respectfully submitted,

_____
Patrick G. Kehoe, Jr., 14419
PATRICK G. KEHOE, JR., APLC
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing have been forwarded to all counsel of record by depositing same in the U.S. Mail, or by hand delivery, postage prepaid, this 16th day of July, 2007.

[signature]