

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 31 AM 7:20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAKEELA ROBERTSON ABDUL-MUSAWIR | * * | CIVIL ACTION NO.: 07-3408 |
| VERSUS | * * * | JUDGE: DUVAL |
| ALLSTATE INSURANCE COMPANY | * * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing Motion to Dismiss Lawsuit, With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss Lawsuit, With Prejudice be and hereby is **GRANTED,** and that the plaintiff's claims asserted herein by Shakeela Robertson Abdul-Musawir against Allstate Insurance Company be and hereby are dismissed with prejudice, each party to bear its own costs, and that this lawsuit is hereby dismissed.

New Orleans, Louisiana, this 30th day of July, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____