

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 18  P 12: 09

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNNE GABRIEL | * | CIVIL ACTION NO.: 07-3392 |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS LAWSUIT, WITH PREJUDICE

Plaintiff, Lynne Gabriel, having settled her claims against Allstate Insurance Company ("Allstate") in the captioned proceeding, respectfully requests that all of her claims and her entire lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE**, Plaintiff Lynne Gabriel prays that her claims and lawsuit be dismissed with prejudice.

Respectfully submitted,

_____
Patrick G. Kehoe, Jr., 14419
PATRICK G. KEHOE, JR., APLC
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110

Attorney for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing have been forwarded to all counsel of record by depositing same in the U.S. Mail, or by hand delivery, postage prepaid, this 16th day of July, 2007.