FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 31  AM 7: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LYNNE GABRIEL | * | CIVIL ACTION NO.: 07-3392 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion to Dismiss Lawsuit, With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss Lawsuit, With Prejudice be and hereby is **GRANTED,** and that the plaintiff's claims asserted herein by Lynne Gabriel against Allstate Insurance Company be and hereby are dismissed with prejudice, each party to bear its own costs, and that this lawsuit is hereby dismissed.

New Orleans, Louisiana, this 30th day of July, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____