

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHERYL RODRIGUEZ | * | CIVIL ACTION NO.: 07-3456 |
| VERSUS | * | JUDGE: DUVAL |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss Lawsuit, With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss Lawsuit, With Prejudice be and hereby is **GRANTED,** and that the plaintiff's claims asserted herein by Sheryl Rodriguez against Allstate Insurance Company be and hereby are dismissed with prejudice, each party to bear its own costs, and that this lawsuit is hereby dismissed.

New Orleans, Louisiana, this 30th day of July, 2007.

_____
JUDGE

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
✓ CtRmDep_____
\_\_ Doc. No_____