IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : : : : : | CIVIL ACTION<br>NO. 06-4800 "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-4800) | : : : : | **MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL** |

**NOW INTO COURT,** through undersigned counsel, comes your Plaintiff, Barbara Kimble, who respectfully represents that a Motion to Compel Discovery Responses was filed by her on June 12, 2007, and set for hearing before Magistrate Wilkinson on the morning of August 8, 2007.

The Plaintiff has an agreement with counsel for the Defendants that would render her Motion moot, and therefore moves this Court to dismiss her motion, *without prejudice*, and remove her hearing from the August 8th docket.

**CERTIFICATE OF SERVICE**
    I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through CM/ECF system this 31st day of July 2007.

/s   Scott Wolfe Jr
    SCOTT G. WOLFE

Respectfully Submitted,

/s   Scott Wolfe Jr
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiff