IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | :<br>:<br>:<br>:<br>: | CIVIL ACTION<br>NO. 06-4800 "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-4800) | :<br>:<br>:<br>: | **PROPOSED ORDER** |

Considering the foregoing Motion to Dismiss without prejudice filed by Plaintiff, it is hereby ORDERED that the Plaintiff's motion be **GRANTED**.  The Plaintiff's Motion to Compel is therefore dismissed *without prejudice,* and the hearing on the Motion to Compel set for August 8, 2007, before Magistrate Wilkinson is removed from the docket.

**CERTIFICATE OF SERVICE**
     I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through CM/ECF system this 31st day of July 2007.

     /s   Scott Wolfe Jr
          SCOTT G. WOLFE

Respectfully Submitted,

/s   Scott Wolfe Jr
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiff