**From:** "McGlone, Kevin" <kmcglone@SHERGARNER.com>
**To:** <sreimonenq@lawla.com>, <rhubbard@lawla.com>
**CC:** "Garner, James M." <JGarner@SHERGARNER.com>, "Bludworth, Darnell" <DBlud...
**Date:** 7/19/2007 3:11 PM
**Subject:** Xavier

Simeon,

Regarding the recently produced FoxCor documents, please return those documents Bates Labeled FOXCOR07289-07387, which were inadvertently produced.

Thank you.

Kevin

Kevin M. McGlone
Sher, Garner, Cahill, Richter,
    Klein, & Hilbert
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Phone: 504-299-2133
Fax:    504-299-2300



EXHIBIT
C