UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
|     ALL LEVEE | § | |
|     ALL MRGO | § | |
| _____ | § | |

## NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the Unites States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

NOA-001-000000001 to NOA-001-000000008;

VED-003-000000001 to VED-003-000001406;

VEN-003-000000001 to VEN-003-000000018;

VED-004-000000001 to VED-004-000013308;

VEN-004-000000001 to VEN-004-000000007.

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY
          Assistant Director, Torts Branch

          s/ James F. McConnon, Jr.
          JAMES F. McCONNON, JR.
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400 / (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: July 31, 2007

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, Jr., hereby certify that on July 31, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.