**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOA | 001 | NOA-001-000000001 | NOA-001-000000008 | Department of Commerce, NOAA, National Weather Service, National Hurricane Center | Dr. Steven Baig | KC016 | 7/31/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Katrina Storm Surge Report |
| VED | 003 | VED-003-000000001 | VED-003-000001406 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC060 | 7/31/2007 | Class - Levee and MRGO | Blue Roof Data |
| VEN | 003 | VEN-003-000000001 | VEN-003-000000018 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC060 | 7/31/2007 | Class - Levee and MRGO | Blue Roof Data |
| VED | 004 | VED-004-000000001 | VED-004-000013308 | USACE; MVD; MVK; CEMVK-ED-HH | Robert B. Stubbs | KC061 | 7/31/2007 | Class - Levee and MRGO | HEC-RAS Model |
| VEN | 004 | VEN-004-000000001 | VEN-004-000000007 | USACE; MVD; MVK; CEMVK-ED-HH | Robert B. Stubbs | KC061 | 7/31/2007 | Class - Levee and MRGO | HEC-RAS Model |

7/31/2007