UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>INSURANCE   *Hilton Lea*,<br>   No. 07-2683 | * * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claim of Hilton Lea d/b/a Lea & Pervis Hair Center:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Hilton Lea d/b/a Lea & Pervis Hair Center versus Maryland Casualty Company*, Civil Action No. 07-2683, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this ___ day of _____, 2007.

_____
**J U D G E**