UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §          CIVIL ACTION
       CONSOLIDATED LITIGATION          §          NO. 05-4182 "K" (2)
                                §          JUDGE DUVAL
_____          §          MAG. J. WILKINSON
                                §
FILED IN:  05-4181, 05-4182, 05-4191, 05-4568,          §
05-5237, 05-6073, 05-6314, 05-6324, 05-6327,          §
05-6359, 06-0020, 06-1885, 06-0225, 06-0886,          §
06-11208, 06-2278, 06-2287, 06-2346, 06-2545,          §
06-3529, 06-4065, 06-4389, 06-4634, 06-4931,          §
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,          §
06-5471, 06-5771, 06-5786, 06-5937, 06-7682,          §
07-0206, 07-0647, 07-0993, 07-1284, 07-1286,          §
07-1288, 07-1289          §
                                §
PERTAINS TO:  LEVEE AND MRGO          §
_____          §

NOTICE OF WITHDRAWAL OF APPEARANCE

       PLEASE TAKE NOTICE that Trial Attorney Catherine J. Finnegan hereby withdraws her

appearance as counsel of record for the U.S. Army Corps of Engineers and the United States of

America in the above-captioned cases.

//

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Assistant Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 /s/ Catherine Finnegan
CATHERINE J. FINNEGAN
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888, Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (FAX)

Dated:  August 1, 2007

2

<u>CERTIFICATE OF SERVICE</u>

      I, Catherine J. Finnegan, hereby certify that on August 1, 2007, I caused a copy of the Withdrawal of Appearance to be served electronically upon all counsel of record who are registered as participants in the ECF System, as identified on the Notice of Electronic Filing.


                      /s/ Catherine Finnegan
                       Catherine J. Finnegan