-1-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. | 05-4182 |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * * | JUDGE: STANWOOD R. DUVAL, JR MAGISTRATE : WILKINSON | |
| SEVERED FROM: *Aaron* 06-4746 | * * | | |
| ROSALIE MARCHAND | * * | CIVIL ACTION NO. | 07-2019 |
| VERSUS | * * * | JUDGE: STANWOOD R. DUVAL, JR. MAGISTRATE: WILKINSON | |
| STATE FARM FIRE & CASUALTY COMPANY | * * | | |

*********************************************************************

### ORDER OF DISMISSAL

IT IS ORDERED that the above numbered and entitled cause be and the same is hereby dismissed, with~~out~~ prejudice, each party to bear its own costs of court.

NEW ORLEANS, LOUISIANA, this 31st day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

0895-0541