IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | : | CIVIL ACTION |
| CONSOLIDATED LITIGATION | : | NO. 06-4800 "K" (2) |
| | : | JUDGE DUVAL |
| | : | MAGISTRATE WILKINSON |
| PERTAINS TO: | : | |
| INSURANCE (06-4800) | : | |

Considering the foregoing Motion to Dismiss without prejudice filed by Plaintiff, Record Doc. No. 6763, it is hereby ORDERED that Plaintiff's motion is GRANTED.  Plaintiff's Motion to Compel, Record Doc. No. 6617, is hereby dismissed without prejudice, and the hearing set for August 8, 2007, before Magistrate Wilkinson is removed from the docket.

New Orleans, Louisiana, this   1st   day of August, 2007.

_____
United States Magistrate Judge