UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ALL MRGO | § | |
| _____ | § | |

## ORDER

Having considered the United States' *Ex Parte* Motion for Leave to File a Reply Memorandum, Record Doc. No. 6736, and for good cause shown, it is hereby ORDERED that Defendant's Motion is hereby GRANTED.  The United States may file a Reply Memorandum in response to Plaintiffs' opposition, Record Doc. No. 6678.

New Orleans, Louisiana, this   1st   day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE