MINUTE ENTRY
WILKINSON, M.J.
JULY 31, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE                        JUDGE DUVAL
                                                 MAG. WILKINSON

       At the request of Liaison Counsel, a status conference was conducted before me

on July 31, 2007, to discuss common insurance discovery under Section VII of CMO

No. 4.  Participating were Joseph Bruno and Calvin Fayard, representing plaintiffs; Ralph

Hubbard, Seth Schmeeckle, and Charles Chassaignac, representing defendants.

       Proposals for the further consolidation of common insurance discovery and the

possible removal of some defendant insurance companies from common discovery

procedures were discussed.  Counsel were directed to contact counsel for Allstate

Insurance Co. to obtain Allstate's specific input and involvement in their discussions and

MJSTAR: **1 : 00**

in any future status conferences concerning these issues that they might request with the court.

Plaintiff's Liaison Counsel and coordinating counsel for State Farm and Allstate will confer and provide me with a written proposal concerning these issues as soon as possible.

Defendant's Liaison Counsel will confer with counsel for other insurer defendants to determine whether a motion to stay common discovery as to some insurer defendants will be filed and, if so, when.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.

- 2 -