UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTON<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § | JUDGE DUVAL |
| INSURANCE: *Sutton*, 06-7608 | § | MAG. WILKINSON |

## ORDER DISMISSING WITH PREJUDICE

Having considered the Joint Motion to Dismiss with Prejudice;

It is ORDERED that the motion is GRANTED and this case is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

New Orleans this __1st__ day of _____August_____, 2007.

_____
UNITED STATES DISTRICT JUDGE