# Exhibit 1

                                                              1

                           ROUGH DRAFT COPY




     1            UNITED STATES DISTRICT COURT


     2            EASTERN DISTRICT OF LOUISIANA


     3


     4   IN RE:  KATRINA CANAL BREACHES    CIVIL ACTION
         CONSOLIDATED LITIGATION
     5                                     NO. 05-4182 "K"(2)


     6   PERTAINS TO:  MRGO               JUDGE DUVAL


     7   FILED IN:  05-4181, 05-4182,    MAG. WILKINSON
         05-5237, 05-6073, 05-6314,
     8   05-6324, 05-6327, 05-6359,
         06-0225, 06-0886, 06-1885,
     9   06-2152, 06-2278, 06-2287,
         06-2824, 06-4024, 06-4065,
    10   06-4066, 06-4389, 06-4634,
         06-4931, 06-5032, 06-5155,
    11   06-5159, 06-5161, 06-5162,
         06-5260, 06-5771, 06-5786,
    12   06-5937, 07-0206, 07-0621,

```
              07-1073, 07-1271, 07-1285
    13


    14


    15
              Videotaped deposition of ETHEL COATS, 756
    16   Louisiana Avenue, New Orleans, Louisiana  70115,
         taken in the offices of Bruno & Bruno, 855
    17   Baronne Street, New Orleans, Louisiana  70113, on
         Tuesday, the 17th day of July, 2007, beginning at
    18   9:28 a.m.


    19


    20   APPEARANCES:


    21        ARTHUR W. LANDRY AND JEANNE ANDRY LANDRY
              (BY:  ARTHUR W. LANDRY)
    22        710 Carondelet Street
              New Orleans, Louisiana  70130
    23
                   ATTORNEYS FOR THE PLAINTIFFS
    24


    25
```

```
24        A.    No.

25        Q.    Did you know any of the plaintiffs'
```

```
 1   attorneys before this lawsuit?

 2        A.    Did I know any of them?  No, I

 3   didn't know Mr. Jon, no.  I didn't know him.  You

 4   know, I know him, but I don't know him, like,

 5   personal, but I know him.

 6        Q.    You knew who he was?

 7        A.    Uh-huh.

 8        Q.    When did you first start thinking

 9   about filing a lawsuit relating to Hurricane

10   Katrina?

11        A.    Because when they start quoting

12   prices to me for my home and losses that I had in

13   my home and the mental state, stage that I was

14   in.

15        Q.    And how did you go about finding a

16   lawyer?

17        A.    How I went about finding a lawyer?

18   To tell you the truth, I saw Mr. Jon on TV.

19        Q.    So, did you contact Mr. Andry's

20   office?

21        A.    Yes.

22        Q.    Have you met any of the other named

23   plaintiffs in the lawsuit?
```