# Exhibit 2

1

1  Today is Monday.  This is taken in Bruno and
2  Bruno's office.  This is going to be the
3  deposition of Mr. Kenneth Armstrong.
4         VIDEO OPERATOR:
5            This is the videotaped deposition
6         of Kenneth Armstrong.  This deposition
7         is being held today at 855 Baronne
8         Street in New Orleans, Louisiana.  On
9         July the 9th, 2007.  The time is
10        approximately 9:26 A.M.
11           Would the Court Reporter please
12        now swear in the witness.
13           KENNETH P. ARMSTRONG,
14 28 Park Place drive, Covington, Louisiana
15 70443, after having been duly sworn by the
16 Court Reporter, did testify as follows:
17        MR. MARPLE:
18           And for the record, Counsel, here
19        let's now announce for the Court
20        Reporter, I am Bill Marple for
21        defendant Washington Group
22        International, Inc.
23        MR. GULOTTA;.
24           Jay Gulotta, Stone, Pigman, also
25        for Washington Group International,

91

1      Q.   Do you know whose it is?
2      A.   I can't make it out at this time.
3      Q.   But by then you were working with
4    the Andry Law Firm?
5           MR. GILBERT ANDRY:
6               I object to the form.  But I can
7           --
8    EXAMINATION BY MR. MARPLE:
9      Q.   You were represented by the Andry
10   Law Firm at that time; is that correct?
11     A.   That paper says it, yes.
12     Q.   And as a matter of fact, on the last
13   page it says October 28, 2005?
14     A.   Right.
15     Q.   So by then you were represented by
16   the Andry Law Firm in a claim against the
17   United States Army Corps of Engineers and
18   other parties.  Right?
19     A.   Right.  I would say yes.
20     Q.   Do you remember signing this?
21     A.   I'm sure I did.  It was two years.
22   18 months, whatever it is, 19 months.
23     Q.   And if we haven't identified that, I
24   think we identified that as deposition Exhibit
25   2.  Is that right?

1

1   Today is Tuesday.  This is taken in Bruno and
2   Bruno.
3               .
4               .
5               .
6        VIDEO OPERATOR:
7           This is the videotaped deposition
8       of Glynn Wade.  This deposition is
9       being held today at 855 Baronne
10      Street, New Orleans, Louisiana.  On
11      July the 10th, 2007 at approximately
12      9:09 A.M.
13         Would the Court Reporter please
14      now swear in the witness.
15         GLYNN WADE,
16   4719 Bundy Road, New Orleans, Louisiana 70127,
17   after having been duly sworn by the
18   before-mentioned court reporter, did testify
19   as follows:
20   EXAMINATION BY MR. MARPLE:
21      Q.  Mrs. Wade, have you ever been
22   deposed before?  Given a deposition like this
23   before?
24      A.  No.
25      Q.  We said off the record but I'll say

```
 1    Exhibit 2.  May I look at this just for one
 2    moment?  Okay.
 3           MR. MARPLE:
 4               I didn't give you my copy, did I,
 5           Richard?  It's got marking on it.
 6           MR. EXNICIOS:
 7               This is not the same thing.  You
 8           gave me a different one.  So it might
 9           be yours.
10               (Whereupon a discussion was held
11           off the record.)
12    EXAMINATION BY MR. MARPLE:
13        Q.  You okay?  What I have handed you
14    that's marked as Exhibit 2 is a document that
15    relates to one of the Form 95s that you filed
16    making a claim against the Army Corps of
17    Engineers.  Is that correct?
18        A.  Yes, sir.
19        Q.  And this one is one you filled out
20    in July of 2006?
21        A.  Yes.
22        Q.  If you look on I believe it's the
23    last page of this document, do you see "To
24    whom it may concern"?
25        A.  Uh-huh (affirmatively).
```

63

```
 1        Q.   And --
 2        A.   Yes, sir.
 3        Q.   And is that your signature on that
 4   page?
 5        A.   Yes, sir, it is.
 6        Q.   That's your handwriting?
 7        A.   Yes, sir, it is.
 8        Q.   And would that indicate to you by
 9   October 28, 2005 you had signed up, so to
10   speak, with the Andry Law Firm in connection
11   with Katrina claims?
12        A.   Yes.
13        Q.   And do you know in relationship to
14   October 28, 2005 how long before that it was
15   that you signed up with them or got in contact
16   with them?
17        A.   I don't remember.
18        Q.   Sometime before it, but in that
19   general time frame?
20        A.   Yes, sir.
21        Q.   Now, if we look at the form itself,
22   which is the page called "Claim for damage or
23   injury ", do you see that?
24        A.   Yes, sir.
25        Q.   There's typing on here at the top,
```