# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## UNOPPOSED MOTION TO EXTEND BRIEFING DATES IN CONNECTION WITH THE UNITED STATES' RULE 12 MOTION

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Sims, et al, (No. 06-5115), Richard, et al (No. 06-5118), Augustine, et al (No. 06-5142), Ferdinand, et al, (No. 06-5132), Bourgeois, et al, (No. 06-5131), Christophe, et al (No. 06-4134); Williams, et al (No. 06-5137), DePass, et al (No. 06-5127), Adams, et al (No. 06-5128), Porter, et al (No. 06-5140), who respectfully request that the scheduling Order (Doc. 5598) entered June 18, 2007, by Judge Stanwood R. Duval, Jr., be amended to extend the due date of Mover's Opposition to the United States' Motion (s) to Dismiss, filed July 23, 2007, [Doc. 6646 ] by seven (7) days from August 6, 2007, to August 13, 2007, and to extend the due date for the United States to file any reply from August 17, 2007, to August 24, 2007.  In all other respects the Order shall remain unchanged. Oral argument, if any, has been reset for September 12, 2007, by Order entered July 6, 2007,

[Doc.6319].  Counsel for Plaintiffs has conferred with counsel for the Government, and there is no objection to the amendment.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:      (504) 522-8423

W363843

CERTIFICATE OF SERVICE

I certify that on this 2nd day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W363843