# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## LOCAL RULE 7.6 E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for Plaintiffs have inquired of Defendants and is informed that the United States has no objection to the filing of the Motion to Extend Briefing Dates in Connection with the United States' Rule 12 Motion, filed by Plaintiffs, Sims, et al, (No. 06-5115), Richard, et al (No. 06-5118), Augustine, et al (No. 06-5142), Ferdinand, et al, (No. 06-5132), Bourgeois, et al, (No. 06-5131), Christophe, et al (No. 06-4134); Williams, et al (No. 06-5137), DePass, et al (No. 06-5127), Adams, et al (No. 06-5128), Porter, et al (No. 06-5140).

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210
wgambel@millinglaw.com

Attorneys for Plaintiffs

W363864

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W363864

CERTIFICATE OF SERVICE

     I certify that on this 2nd day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                       /s/ <u>William C. Gambel</u>

W363864