UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

**ORDER**

Counsel having conferred,

IT IS ORDERED that the following amendment to the Court's scheduling Order of June 18, 2007, (Doc. 5598) shall apply to the filling and briefing of the United States' Motion(s) to Dismiss filed with respect to the above-referenced cases:

August 13, 2007     Plaintiffs shall file their Opposition Memoranda thereto

August 24, 2007     Government shall file its Reply Brief(s)

All other scheduling dates shall remain unchanged.  Oral argument, if the Court deems it necessary, will be held on September 12, 2007, at 2:00 p.m. as scheduled by Order entered July 6, 2007, [Doc. 6319].

New Orleans, Louisiana, this ____ day of _____, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

W363844