## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES          CIVIL ACTION
          CONSOLIDATED LITIGATION

                                          NO. 05-4182

                                          SECTION "K"
                                          Magistrate Knowles

FILED IN:    06-5127 (DePass)

PERTAINS TO:  LEVEE

---

### LOCAL RULE 7.6 E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for Plaintiffs  have inquired of Defendants and is informed that the United States and the Parish of Jefferson object to the filing of the MOTION TO FILE THIRD AMENDMENT TO COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES AND REQUEST FOR TURY TRIAL by Elizabeth H. and William Keith DePass, IV, Marshall L. Harris, Manuel C. Trelles, William B. Coleman, III, Carol C. and William C. Gambel, and Ronald Landry, No. 06-5127.

                         /s/ William C. Gambel
                         WILLIAM C. GAMBEL, Bar # 5900
                         MILLING BENSON WOODWARD, LLP
                         909 Poydras Street, Suite 2300
                         New Orleans, LA 70112
                         Telephone: (504) 569-7210
                         wgambel@millinglaw.com

                         Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:      (504) 522-8423

W363700

CERTIFICATE OF SERVICE


I certify that on this 31st day of July, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W363700