UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass., No. 06-5127) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************** | | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion for Leave to File Third Amendment Complaint for Declaratory Judgment and Damages and Request for Jury Trial has been scheduled and set for the  22nd  day of  August , 2007, at 9:30a.m. before the Honorable Stanwood R. Duval, Jr., United States District Judge Presiding.

Respectfully submitted,

OF COUNSEL:  
MILLING BENSON WOODWARD, LLP

/s/ William C. Gambel  
WILLIAM C. GAMBEL (#5900)  
909 Poydras Street, Suite 2300  
New Orleans, LA 70112-1010  
Telephone: (504) 569-7000  
Telecopy:   (504) 569-7001  
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)  
Cummings & Cummings  
416 Gravier Street  
New Orleans, LA 70130  
Phone: (504) 586-0000  
Fax:    (504) 522-8423

W363868

## CERTIFICATE OF SERVICE

     I certify that on this  2nd  day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                                  /S/ William C. Gambel

W363868