**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    05-4181 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' UNOPPOSED EX PARTE MOTION FOR**
**ENTRY OF RULE 54(b) JUDGMENT**

**COME NOW** plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and upon representing to the Court that they have heretofore moved This Honorable Court for entry of a final judgment on the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231) pursuant to the provisions of Rule 54(b);  and upon further suggesting to the Court that undersigned counsel for plaintiffs solicited a "no objection" from the Louisiana Department of Justice, representing the State defendants, which was responded to with Ms. Glazer's "no objection", a copy of which is appended hereto and marked as Exhibit No. 1;  and, accordingly, plaintiffs respectfully submit they are entitled to the relief prayed for on an ex parte basis, since their motion for entry of a final judgment on the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231) pursuant to the provisions of Rule 54(b) is unopposed, and so move This Honorable Court.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:     S/ Ashton R. O'Dwyer, Jr.**
**        Ashton R. O'Dwyer, Jr.**
**        Bar No. 10166**
**        821 Baronne Street**
**        New Orleans, LA 70113**
**        Tel. 504-679-6166**
**        Fax. 504-581-4336**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon all counsel of

record via Electronic filing, this 2nd day of August 2007.

<u>S/Ashton R. O'Dwyer, Jr.</u>