## Victoria Broussard

| | |
|---|---|
| **From:** | Ashton O'Dwyer [arod@odwyerlaw.com] |
| **Sent:** | Thursday, August 02, 2007 11:48 AM |
| **To:** | vbroussard@odwyerlaw.com |
| **Subject:** | FW: Entry of Judgment as to Record Document Nos. 321 and 1231 |
| **Attachments:** | _AVG certification_.txt |

Print, and attach to Unopposed ExParte Motion as Exhibit No. 1.

---

**From:** Glazer, Phyllis [mailto:GlazerP@ag.state.la.us]
**Sent:** Tuesday, July 31, 2007 3:18 PM
**To:** Ashton O'Dwyer
**Subject:** RE: Entry of Judgment as to Record Document Nos. 321 and 1231

Ok. Now I remember. We don't have any objection to a 54(b) being entered on Doc. 1231 (which granted 321).

Phyllis

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Tuesday, July 31, 2007 2:49 PM
**To:** Glazer, Phyllis
**Subject:** RE: Entry of Judgment as to Record Document Nos. 321 and 1231

Phyllis: This can wait. So sorry about Michael's Mother. Document No. 321 was your motion to dismiss.

---

**From:** Glazer, Phyllis [mailto:GlazerP@ag.state.la.us]
**Sent:** Tuesday, July 31, 2007 2:45 PM
**To:** Ashton O'Dwyer; Keller, Michael
**Subject:** RE: Entry of Judgment as to Record Document Nos. 321 and 1231

You've got it straight with respect to the case number. In the caption block on the motion you should be referencing ONLY case number 05-4181. However, that order also applied to 05-6073 and 06-20. You may need to consult with plaintiff's counsel on those cases, as well.

Before we agree, though, we need to understand what Rec. Doc. 321 is and why you want a final judgment. As far as we can tell, 321 is the denial of leave to amend to add admiralty claims. We thought that was already on appeal (06-30840).

Phyllis

P.S. Mike is out this week because his mother passed away so I'm going to be handling things for the time being.

---

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Tuesday, July 31, 2007 2:15 PM
**To:** Keller, Michael; Glazer, Phyllis
**Subject:** Entry of Judgment as to Record Document Nos. 321 and 1231

Michael and Phyllis: I think I have this straight, now. The only C.A. No. for a final judgment re: the above and foregoing is 05-4181 (and of course the "lead" case, 05-4182). Do you agree? May I represent to Judge Duval that you agree to entry of Final Judgment pursuant to Rule 54(b)? Thank you.