UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
| * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231), and plaintiffs' unopposed ex parte motion for entry of Rule 54(b) judgment;

**IT IS ORDERED THAT** the Court's Order and Reasons of September 22, 2006 (Record Document No. 1231) be entered as final judgment under Rule 54(b), Federal Rules of Civil Procedure, upon an express finding that there are no just reasons for delay.

New Orleans, Louisiana, this _____ day of _____ 2007.

_____
**J U D G E**

1