UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>INSURANCE    *Hilton Lea*,<br>                          No. 07-2683 | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAG. WILKINSON |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing ex parte motion to bifurcate individual claim of Hilton Lea d/b/a Lea & Pervis Hair Center:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Hilton Lea d/b/a Lea & Pervis Hair Center versus Maryland Casualty Company*, Civil Action No. 07-2683, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this 2nd day of ___August___, 2007.

_____
J U D G E