**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO:** | |
| | **JUDGE DUVAL** |
| **ALL LEVEE, MRGO, RESPONDER CASES AND** | |
| | **MAGISTRATE WILKINSON** |

**NOS.  05-4181
        06-1885
        06-4024
        06-4389
        06-5786
        06-6099
        07-0206**

<u>**NOTICE OF APPEAL**</u>

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action

Nos. 05-4181, 06-1885, 06-4024, 06-4389, 06-5786, 06-6099 and 07-0206:

> **Maureen O'Dwyer
> Shirley D. O'Dwyer
> Lisa Marie O'Dwyer
> Harold Joseph Gagnet
> Sally Edgerton Richards
> Shane Porter and
> Stephanie Porter
>   Interior Specialties LLC
> Shelia Jones Jordan
> Charles Edward Jordan
> Wayne M. Jones**

**Gloria Agnes Griffin, individually and as Administratrix of the Succession of her brother Stephen Williams, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased**

**Leticia Brown**

**Jo Anna McLean**

**Lee Davidson McLean III**

**Kathryn Frank**

**Richard Springer Favor and**

**Miriam McMichael Favor d/b/a The Garden Smith**

**Philip B. Alford**

**Gerald Pipes Guice**

**Beverly Anne Ferguson Guice**

**Madeleine Alise Guise**

**Kenneth Hastings Guice**

**Anthony Phillip Henderson**

**Louis Joseph O'Dwyer, Jr.**

**Maurleen M. O'Dwyer**

**Aaron Jacob O'Dwyer**

**Henry Grady Hardy, Jr.**

**Letizia Hardy**

**Jane Hardy**

**Jane Veronica Hardy**

**Brian Southerland Hardy**

**Martin Ramos**

**Richard Ehret**

**Leslie Ehret**

**Anthony Phillip Henderson**

**Frances Y. Bellerino**

**Louise J. Young**

**Edward R. Young and**

**Veronica F. Young d/b/a Floor Drafters Wood Interiors**

**Joseh Rauchwerk**

**Cheryl Sweat Rauchwerk**

**Marilyn Von Schmidt**

**Susan G. Jeanfreau, M.D.**

**Wallace E. Jeanfreau, M.D.**

**Robert J. Jeanfreau, M.D.**

**Jerry Victor Jacob**

**Gloria Pohlman Hecker**

**Joseph W.P. Hecker, in proper person**

**Nicholas S. Lindner**

**Ruth B. Ragas**

**Paul J. Ragas**

**Jason P. Ragas**

**Jason P. Ragas**

**Walter J. Morgan**

**Katie L. Ragas**
**Arthur Tracy Abel**
**Kathleen C. Abel**
**Kitty B. Hoffman**
**Craig Anthony Miller**
**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt d/b/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evams**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**

**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Rvin Skinner**
**Brandon Smith Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Duesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy**
**Dawn Bundy**
**Jill Bundy**
**John Collins**
**Sherlene Collins**
**Janice Collins, on her own behalf and on behalf of her son,**
   **John Henry Collins**
**Jamie Collins, on her own behalf and on behalf of her son,**
   **Jacobi Glover**
**Mitchell Armour**
**Vanessa Carter**
**Kerry Carter**
**Joshua Billon and his spouse,**
 **Monica Billon, on their own behalf and on behalf of their minor**
 **Children,**
   **Isaiah Billon and**
   **Monica Billon**
**Betty Christy**
**De-Fean Christy**
**La-Shawn D. Robinson**

**Patricia Granger, on her own behalf and on behalf of her daughter**
   **Tomika Edwards**
**Charmeine Jefferson, on her own behalf and on behalf of her children,**
   **Lemor James,**
   **Ariel James,**
   **Yolanda Jefferson, and**
   **Erika Thornton**
**Vanessa Carter**
**Chris McCormick**
**Michele Armour**
**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, on her own behalf an don behalf of her**
**children,**
   **Yasemine and**
   **Jasemine Greenwood**
**Byrne Sherwood**
**Linda Morgan**
**Lokea Morgan**
**Denisha Morgan**
**Shelia Smith**
**Jacqueline Smith**
**James Smith, Jr.**
**Nina Baughn, on her own behalf an don behalf of her minor child,**
   **Karim Kemp**
   **Karen Kemp**
   **Erica Kemp**
**Patricia Green**
**Tanaka Johnson**
**Bobby Johnson**
**Charles Williams**
**Laura Recasner, on her own behalf and on behalf of her children,**
   **Dajohon Recasner,**
   **Kurshell Recasner and**
   **Charleston Recasner**
   **Agnes Recasner**
**Charmaine Rhome**
**Judy Starks**
**Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore**
**Troylyn Washington**
**Mercedes Washington**
**Shanika Taylor**
**Marsha Taylor**
**Erica Kemp**
**Karen Kemp**

Dawn Bundy, on her own behalf and on behalf of her minor children,
   Emanuel Bundy
   Shekinah Bundy
   Jane Bundy, and
   Blair Bundy, Jr.
Roxchell Panika Santee', on her own behalf and on behalf of her
minor son,
   Tyree Santee'
Samuel Bourne
Nicole Bryan
Alton J. Crowden, on his own behalf and on behalf of his minor
children,
   Cameron Crowden and
   Kelli Crowden
Ashley Navarre
Shana Patterson
Keana Quinn
Niketsa Ramsey, on her own behalf and on behalf of her minor
children,
   Desmonisha Ramsey,
   Kenyel Rochon and
   Desmond Ramsey
Darylynn Ramsey
Julie Ramsey, on her own behalf and on behalf of her minor children,
   Dalisha Ramsey and
   Charli Ramsey
Robert Rhone
Joshua Smith
Cynthia Tibbet, on her own behalf and on behalf of her children,
   Brittany Tibbet,
   Sidney Tibbet,
   Chelesa Tibbet, and
Janice Tollins, on her own behalf and on behalf of her minor son,
   John Tollins
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
Frank Duncan  Macpherson Strachan III
Joshua Dillon and his spouse,
Monica Dillon, on their own behalfs and on behalf of their minor
children,
   Isaiah Dillon and
Monica Pollard
Donald G. Deaton
Pamela A. Morgan

Frank Butler, Jr., on his own behalf And on behalf of his minor
children,
   Frank Butler III,
   Charles Butler and
   Tachmonite Butler
Lorenzo Butler
Alonzo W. Butler and his spouse,
Laquinta Butler, on their own behalfs and on behalf of their minor
children,
   Alonzo W. Butler, Jr.
   Jasmyn Butler, and
   Rashaad Butler
Rita Bailey
Tony Green
Lina Vaughn
William Byrd
Sylvia Byrd
Ruth Harris
Clifford Harris
Jonathan Washington
Vicky Michel
Simon Kleindorf
Bertha Kleindorf
David Kleindorf
Connie Kleindorf
Troylyn Washington, on her own behalf and on behalf of her minor
child,
 Dasia Washington
Mercedes Ann Washington
Roy Junior Washington
Tony Green
Eva McGee
Levi Johnson
Patricia Johnson
Lequecia Bunn, on her own behalf and on behalf of her minor child,
 Jada Gibson
Imelda Johnson
Michael Johnson
Mulkina Coates, on her own behalf and on behalf of her minor
children,
 Keshina Coates and
 Malik Coates
Benjamin Morgan
Chandra Maxon, on her own behalf and on behalf of her minor
children,
 Byron Maxon,

Darianne Maxon,
Janea Maxon,
Willie Maxon,
Devante Maxon, and
Chandray Maxon
Marylyn Maxon, on her own behalf and on behalf of her minor
children,
Shancanacia Maxon,
Ravanell Maxon, and
Robert Maxon
Lois Torregano
Loisha Breaux, on her own behalf and on behalf of her minor children,
Loishell Williams and
Mikayla Breaux
Vanesa Davis
James Cook
Daniel Davis
Joan A. Miller
Linda Boyd, on her own behalf and on behalf of her minor children,
Caress Boyd, and
Charles Boyd
Elijah Washington
Keineisha Richard, on her own behalf and on behalf of her minor
children,
Marlon Richard,
Marcel Richard, and
Emyjah Washington
Anthony Barnes
Janice Barnes
Shena Barnes
Falish Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor
children,
Jovana Benjamin
Darione Benjamin
Darryle Lee Johnson, Jr., and
Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand
Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor
children,

Semaj Hollins, and
Jamaya Hollins
Tamaya Coates
Maria Washington, on her own behalf and on behalf of her minor
children,
Janisha Washington,
Andrew Washington,
Charles Washington, and
Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
Jamay Johnson
Lakeisha Fernandez, on her own behalf and on behalf of her minor
child,
Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor
children,
Kavon Lang, and
Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf an don behalf of her minor
children,
Shaune Bakewell, and
LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their
minor children,
Victor Lyn Morgan
Pamelor Morgan
Vicknesha Morgan, and

Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor children,
  Shaune Bakewell, and
  LaShay Johnson
David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam and
  Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor children,
  Natiasha Lewis and
  Shaila Lewis
Christoopher Patterson, and his spouse,
  Linda Johnson, on their own behalfs and on behalf of their minor children,
  Christopher Edward Patterson, Jr. and
  Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor children,
  Sherman Singleton
  Shermont Singleton and
  Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander

Rodney James, on her own behalf and on behalf of his minor children,
  Rodney James, Jr. and
  Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor
children,
  Charles Arington
  Tyriel Arington and
  Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
  Chad Williams
Anthony Barnes
Janice Barnes
Falisha Barnes
Shena Barnes
Melanie Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,
  William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece
and nephew,
  Caliyah Porter and
  Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor
children,
  Eric Arrington and
  Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
  Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,
  Areli Carlota Hernandez, on their own behalf and on behalf of their
minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III

Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika Taylor
Marsha Taylor
Erica Kemp
Latonya Caldwell, on her own behalf and on behalf of her minor children,
  Onyell Caldwell and
  Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor children,
  Rudarion Chattman
  Randel Chattman, and
  Joseph Chattman
Linzie Brown
Emargie C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc and his spouse,
  Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,
  Mika Jane LeBlanc
Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,
  Jamechia Smith, and
  Diamond Beam
Michael Gaines
William B. English, Jr.
Rosaria English
Hazel McGuire
Mary H. Johnson
Jerry Matthews
Dennis Jones, Jr.
Raquel Roth, on her own behalf and on behalf of her minor children,
  Dennis Jones III and
  Kellie Ann Jones

**Linda Roth**
**Toya Roth, on her own behalf and on behalf of her minor children,**
  **Jerrell White and**
  **Terrell Roth**
**Courtney Little, on her own behalf and on behalf of her minor**
**children,**
  **Tezanne Allen,**
  **Rashad Little, and**
  **Fabian Earls, Jr.**
**Reynell Santee, and his spouse,**
  **Tawana Rayford, on their own behalfs and on behalf of their minor**
**children,**
  **Ranisha Rayford,**
  **Wynell Rayford, and**
  **Reynell Rayford**
**Darron Meyers**
**Troylyn Meyers, on her own behalf and on behalf of her minor**
**children,**
  **Keiera Minor and**
  **Ashley Meyers, and on behalf of her grandchild,**
  **Daniah Williams**
**Roxchell Santee, on her own behalf and on behalf of her minor child,**
  **Tyree Santee**
**Phillip Lazard**
**Marguerite Lazard**
**Joel Frank**
**Juliet Johnson**
**Ronald Rome**
**Aunna Johnson, on her own behalf and on behalf of her minor**
**children,**
  **Darryl Johnson and**
  **Carlos Johnson**
**John Washington**
**Bernadine Washington**
**Wanda Washington**
**Alexis Washington**
**Hazel Taylor**
**Christina Taylor**
**Sophia Taylor, on her own behalf and on behalf of her minor child,**
  **Alex Taylor**
**Yolanda Washington, on her own behalf and on behalf of her minor**
**children,**
  **Alecia Washington,**
  **Alacia Washington and**
  **Tyrell Washington**
**Tyronne Washington**

**Bruce Washington**
**Larry Rowe**
**Dianne Santee**
**Toni Santee, on her own behalf and on behalf of her minor children,**
  **Paris Johnson,**
  **Traychell White and**
  **Kani Santee**
**Reynell Santee and his spouse,**
  **Tawana Rayford, on their own behalf and on behalf of their minor**
**children,**
  **Ranisha Rayford,**
  **Wynell Rayford and**
  **Reynell Rayford**
**Kelly Simon**
**Robert Santee**
**Diana Santee, on her own behalf and on behalf of her minor children,**
  **Timothy Santee,**
  **Marvin Santee,**
  **Ireal Santee,**
  **Tiffany Santee,**
  **Teianna Santee**
  **Teriane Santee and**
  **Niecal Santee**
**Wilson Ricks**
**Brent Smith, Jr., on his own behalf and on behalf of his minor child,**
  **Brent Smith III**
**Michael Gaines**
**Kim Gaines, on her own behalf and on behalf of her minor children,**
  **Jamechia Smith and**
  **Diamond Beam**
**Victor Moore and his spouse,**
  **Pamelyn Morgan, on their own behalf and on behalf of their minor**
**children,**
  **Victor Lyn Morgan,**
  **Pamelor Morgan,**
  **Vicknesha Morgan and**
  **Victoria Moore**
**Louise Ragas**
**Fayann Ragas**
**Terrill Morris**
**Linda Morris**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Jeanette Williams**

**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
**  Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,**
**  Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosley**
**Shaqual Mosley**
**Shannel Mosely**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Wilson M. Simmons**
**The Parfait Family**
**Procula D. Simmons**
**Tammy Amos**
**Michael Green**
**Kenneth Williams**
**Derrick Williams**
**Ladanya Williams**
**Cadorra Williams**
**Valerie Williams, on her own behalf and on behalf of her minor children,**
**  Chrishawn Williams**
**  Jamon Williams, and**
**  Tameka Williams**
**Andrew Hill**

Maria Washington, on her own behalf and on behalf of her minor children,
  Janisha Washington
  Andrew Washignton
  Charles Washington
  Mekhi Washington
Tammy McFarland
Joshua McFarland
Kelly Augusta
Artis Ulmer, Sr.
Ruth Ulmer
Artis Ulmer, Jr., on his own behalf and on behalf of his son,
  Roche Easpdron
Patricia Harris
Bernon Barnes
Charles Ulmer, Sr.
Charles Ulmer, Jr.
Derick Ulmer
Dennis Ulmer
Kevin McFarland
Charles Hollaway
Joseph Smith
Clarisa McCoy
Wardell Luter
Janet Luter
Christopher Luter and his wife
  Tracy Luter, on their own behalf and on behalf of their minor children,
  Tranard Luter, and
  Crista Luter
Linda Molaison
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam, and
  Brandon Pulliam
Shelia Martin
Keith Martin
Nathaniel Carr
John Turner
Hope Branch
J. Haron Lanoue
William Heine
Linda Heine
Michael Green
Colleen Mooney
Shirley Simon, individually and as Administratrix of the Succession of Richard Simon, deceased, and on behalf of any and all heirs,

survivors, relatives and beneficiaries of the deceased, including the children,
  Richard Simon, Jr.
  Richanda Simon
  Ashley Simon
  Teddy Simon
Alden Whiting, Jr.
Bobby Davis
Movella Wicker
Ms. Tony Owens
Kela Johnson
Raquan Johnson
Curtis Johnson
Paulette Dupart and children
Dawn Barthe
Derrick Barthe
Ellen Penny
Antoinette Theriot
Janice L. Barnes, individually and no behalf of the minor child,
  Shena Barnes
Janice Barnes
Doris Starnes
Lois Torregano, individually and on behalf of her minor child,
  Loishell Williams
Loisha Breaux, individually and on behalf of her minor child,
  Mikayla Breaux
Bruce Michael West and
Tracy Collins, on their own behalf(s) and on behalf of the minor children,
  Jamar Kevin West and
  Angelique Hawkins
Richinda Simon
Dwayne Thomas and
Lisa Thomas, on their own behalf(s) and on behalf of the minor children,
  Aliyah Monet Thomas and
  Dawana Thomas
Samuel Johnson
Karen Johnson
Henry Johnson
Kim Johnson
Joann Johnson
Joann Green
Edwina Green
Billy H. Davis
Pat Winford

**Shelia Ann Armond, on her own behalf and on behalf of her minor grandson,**
  **James Charles Patrick Armond**
**Shirley Jean Simon, individually, and as administratrix of the Succession of her deceased husband, Richard Alphonse Simon, Sr. and personal representative of the deceased, and on behalf of the minor children,**
  **Rhoneric Moses Simon,**
  **Rhynique Moniya Simon and**
  **Rhyashli Monya Simon**
**Rhonda Motasha Simon**
**Richard Alphonse Simon, Jr.**
**Windell Williams**
**Sylvia Page**
**Rose Mary Boitmann**
**Arlie Dyson**
**James J. Woulfe**
**Daniel W. Arceneaux**
**Alfred "Wolf" Green**
**Darlana Green, on her own behalf and on behalf of the minor children,**
  **Armani Green and**
  **Anya Green**
**Myayana Reed**
**Matthew Wilson**
**David Jones, Sr.**
**Antoinette Jones, on their own behalf(s) and on behalf of their minor children,**
  **David Jones, Jr. and**
  **Dajanet Jones**
**Chantell Harvey, on her own behalf and on behalf of her minor children,**
  **Damien Harvey,**
  **Darall Harvey and**
  **Dontal Harvey**
**Dorothy Harvey**
**Claudia Harvey, on her own behalf and on behalf of her minor children,**
  **Marcee Joseph and**
  **Marcell Joseph**
**Markell Joseph**
**Myron Mack**
**Sheila Lewis, on her own behalf and on behalf of her minor children,**
  **Pernell Lewis and**
  **Ashanti Lewis**
**Tyrone Cuneo**

**Sheila Cuneo**

**Cherie Johnson**

**Edward William Davis**

**Karin Liegh Gober Davis**

**Jasmine Terry, on her own behalf and on behalf of her minor child,**
  **Jyshaun Deloney**

**Keith Martin, on his own behalf and on behalf of his minor child,**
  **Lakeitha Martin**

**Karen A. Collins**

**Lynette Renee Cambridge**

**Ebony Ellis**

**Donette Atkinson**

**Lisa Mzones or Myones**

**Shawnee Duncan**

**Barbara Sanders**

**Patricia Wells**

**Barbara Ann Anderson**

**Michelle Sandifer**

**Courtney Conway**

**Gilda Washington**

**Ebony G. Ellis**

**Christopher Thomas**

**Ladoia Smith**

**David Taylor**

**Alfred C. Green**

**Jaran Thomas**

**Charles Sykes**

**Alexander Williams**

**Drue Bryant**

**Tyrell LeBlanc**

**Jerry Burns**

**Clifton Thompson**

**Adam Stacker**

**Johnnie Causey**

**Jefferson E. Yarborough**

**James Gregory Vincent**

**Gwendolyn J. Green, on her own behalf and on behalf of her minor son,**
  **Michael J. Green**

**Brandy M. Johnson**

**Adam C. Morrison**

**Dorothy Harvey, on her own behalf and on behalf of her minor grandchild,**
  **Dwayne Banks**

**Arlie Dyson**

**Ether Bullock, on her own behalf and on behalf of her minor grandchildren,**
  **Tharnell Bullock and**
  **Calvin Bullock**
**Charles Terrell**
**Penny Jo Anderson**
**Larry M. Broyard, Sr.**
**Agatha Broyard**
**Ossiemea Marshall, on her own behalf and on behalf of her minor child,**
  **Larry M. Broyard, Jr.**
**Dorothy Saddler Harris**
**Charles Harris**
**Mamie White**
**Bobbie Davis**
**Pamela Maye**
**Clayton Wicker**
**Laurence Wicker**
**Ron Wicker**
**Charlita Clark, as natural tutrix of her minor children,**
  **Tyrus Jamal Clark and**
  **Shedrick Clark III**
**Terry Rattler**
**Claudia Rattler**
**Renelle Rattler**
**Carolyn Jones**
**Gregory Baptiste, Sr. and his spouse,**
  **Lisa Baptiste, on their own behalf and on behalf of their minor child,**
  **Jonathan Baptiste**
**Gregory Baptiste, Jr. and**
**Devon Baptiste**
**Ashley Norris**
**Susan Lazard**
**Sandra B. Scott**
**Tirrell Scott**
**Calvin Scott**
**Ernest Milien, Sr.**
**Sharon Brown, on her own behalf and on behalf of her minor daughter,**
  **Rochelle Brown**
**Ruth Washington Harris**
**Ruby Washington**
**Lamont Marrero**
**Robert Butler**
**Antoine Deloney**
**Kellen Phipps**

Keith Martin
Troy C. Louis and
Erika Louis, on their own behalf and on behalf of their minor
children,
  Gregory Williams,
  Erik Louis,
  Darrion Louis and
  Shekinah Louis
Dawnell Williams
David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Aldo Goffredo Hernandez, Sr., and his spouse,
  Areli Carlota Hernandez, on their own behalf and on behalf of their
minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
William B. English, Jr.
Rosaria English
Jeffrey Baker Day
Ashley O'Dwyer Day
Christopher T. Kitsos
Joyce A. Kitsos
Theresa Anna West
Stacy English, on her own behalf and on behalf of her minor child,
  Kayla English
Wrenel Hill
Janice Hill

**Shinedel Hill**
**Robert Butler**
**Theresa Anna West**
**Janet Ausbrook and**
**Anna Ausbrook, on their own behalf and on behalf of**
  **James Ausbrook, retarded**
**Joycelyn Causey, on her own behalf and on behalf of her minor**
**daughter,**
  **Lashae Simon**
**Trenese Simon**
**Judith Chaupette**
**Tarita B. Smith, on her own behalf and on behalf of her minor sons,**
  **Byron Smith and**
  **Royce Smith**
**Paul Mosely**
**Ronald M. Farve, on his own behalf and on behalf of his minor**
**daughter,**
  **Rhonda Farve**
**Renee Farve, on her own behalf and on behalf of her minor children,**
  **Jalicia Slick,**
  **Darvell Burgess and**
  **Dwight Clark**
**Silas Battie**
**Shelita Simon, on her own behalf and on behalf of her minor children,**
  **Roger Simon,**
  **Rogerrikka Simon and**
  **Terrell Simon**
  **Terrell Byrd**
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor**
**grandson,**
  **Tharnelle Bullock**
**Charles Terrell**
**Bernadette Riley**
**Keoka Foster, on her own behalf and on behalf of her minor child,**
  **Kiera Foster**
**George Morant**
**Jeanne Morant**
**Mrs. Rudolph T. O'Dwyer, Jr.**
**Rudolph Theodore O'Dwyer III**
**Joseph K. Rowan and his spouse**
  **Mary Angela Rowan, on their own behalf and on behalf of their**
**minor child,**
  **Christopher David Rowan**
**Jonathan Patrick Rowan**
**Jay Emile Pfister O'Dwyer and his spouse,**

Marcie Heine O'Dwyer, on their own behalf and on behalf of their minor twins,
  Julia Elizabeth O'Dwyer and Jenna Elizabeth O'Dwyer
Frances Raymond Pfister
Ann Haydel Pfister
Frances Raymond Pfister III
Timothy Thadeous Pfister
Dr. Irma Pfister
C.P. Christensen, Inc. d/b/a "EmbroidMe"
Chris P. Christensen
Judy Scalan
Sylvia S. Worthington
Joann Ovino Tujague
Carolyn Dubourg
Shaw Dubourg
Whitney Dubourg
Lawrence Wicker
Pamela Maye
Pamela Williams
Robert Butler
Lonnie Taylor
Thomas Green
Louise Green, on her own behalf and on behalf of the minor child,
  Deviance Green
Gerald Green
Clayton Wicker
Ernest Wicker
Ron Wicker
Linda Wilson, on her own behalf and on behalf of the minor children,
  Brice Lee and
  Brittany Wilson
Brandon Wilson
Alvin Whiting, Jr.
Mamie White
Bobbie Davis
Clifford Baptiste
Marie Baptiste
Rudolph Dupart
Brenda Dupart
Carolyn Jones
Kela Johnson, on her own behalf and on behalf of her minor children,
  Rahquan Johnson and
  Curtis Johnson
Larry M. Broyard, Sr.
Milous Magee III

**Trikita Rattler, on her own behalf and on behalf of her minor children,**
  **Ta-Quita Rattler**
  **Renelle Rattler**
  **Marvin Rattler and**
  **Tirrell Rattler**
**Claudia Rattler**
**Latanya Renkin, on her own behalf and on behalf of the minor child,**
  **Jycal Renkin**
**Calvin Renkin**
**Christina Cherry**
**Cynthia Richardson, on her own behalf and on behalf of her minor nieces,**
  **Ajia Richardson and**
  **India Jackson**
**Nekia Richardson, on her own behalf and on behalf of the minor children,**
  **Nekia White and**
  **Kani Richardson**
**Kela Johnson, on her own behalf and on behalf of the minor children,**
  **Curtis Johnson and**
  **Rahquan Johnson**
**Eureka Richardson, on her own behalf and on behalf of the minor child,**
  **Thomas Enclorde**
**Edwina Green**
**Antwine Deloney**
**Cleveland Mills**
**Joy Wicker**
**Ms. Tony Owens**
**Gregory Baptiste, Sr. and his spouse,**
**Lisa Baptiste, on their own behalf sand on behalf of their minor children,**
  **Gregory Baptist, Jr. and**
  **Jonathan Baptiste**
**Devin Baptiste**
**Ellen Penny**
**Antoinette Theriot**
**Mark Owens**
**Patricia S. Cross**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the

Order for Final Judgment under Rule 54(b) of the Honorable Stanwood R. Duval, Jr.

dated July 30, 2007 (Record Document No. 6733), a copy of which is appended hereto and marked for identification as Exhibit No. 1.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

**By:   S/Ashton R. O'Dwyer, Jr.**
     **Ashton R. O'Dwyer, Jr.**
     **Bar No. 10166**
     **821 Baronne Street**
     **New Orleans, LA 70113**
     **Telephone: (504) 679-6166**
     **Facsimile: (504) 581-4336**

## CERTICATE OF SERVICE

I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S/ Ashton R. O'Dwyer, Jr.