UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO LEVEE:<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-0225, 06-0629, 06-0886, 06-1885,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5161, 06-5163, 06-5260,<br>06-5308, 06-5367, 06-5471, 06-5771, 06-5785,<br>06-5786, 06-5937, 06-6473, 06-6642, 06-7682,<br>06-8708, 06-11208, 07-0206, 07-0647, 07-0993,<br>07-1113, 07-1284, 07-1286, 07-1288, 07-1289,<br>07-1349, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | SECTION "K" (2) |
| * * * * * * * * | * | |

### ORDER FOR FINAL JUDGMENT UNDER RULE 54(b)

Considering the foregoing Order and Reasons issued June 29, 2007 (Document No. 6175) and the Orders and Reasons issued December 8, 2006 (Document Nos. 2148 and 2142), under Rule 54(b);

IT IS HEREBY ORDERED THAT the foregoing Court's Orders as they pertain to the defendants Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Gotech, Inc., Boh Bros. Construction, L.L.C., B & K Construction Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction Company, Inc



EXHIBIT NO. 1

be entered as final judgment under Rule 54(b) of the Federal Rules of Civil Procedure, upon the express finding that there are no just reasons for delay for the reasons set forth fully in the Motion and Memorandum, which are hereby adopted by the Court, including that all claims between these parties are resolved by the Orders.

New Orleans, Louisiana, this 30th day of July, 2007.

Stanwood R. Duval, Jr.
United States District Court Judge