UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |
| | | * | |
| PERTAINS TO: | | * | |
| | | * | |
| LEVEE | (07-1113 - Douville) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC. WITHOUT PREJUDICE

**NOW INTO COURT,** come Plaintiffs, M. Lynn Douville, wife of and John-Michael Lawrence, Bettie Mebane, wife of and Patamadai Thiagarajan, Karim-Abdur Rahman, Wendy Richardson wife of and Adam Richardson, and based upon the representations made to counsel for Plaintiffs by counsel for Defendant, Virginia Wrecking Co., Inc., move to dismiss their Complaint for Damages herein against Virginia Wrecking Co., Inc. without prejudice. Plaintiffs specifically reserve all rights against all other parties to this lawsuit and not dismissed herein. Defendant, Virginia Wrecking Co., Inc. has no objection to this motion.

**WHEREFORE,** Plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice Plaintiffs' Petition for Damages as to Defendant, Virginia Wrecking Co., Inc. Plaintiffs specifically reserve their rights and causes of action against all other parties not dismissed herein.

Respectfully submitted,

          S/ John-Michael Lawrence
_____
JOHN-MICHAEL LAWRENCE (8143)
JOHN-MICHAEL LAWRENCE, LLC
ENERGY CENTER- SUITE 2900-PMB 204
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-2900
PHONE: 504-585-7797
ATTORNEY FOR PLAINTIFFS, M. LYNN DOUVILLE, WIFE OF AND JOHN-MICHAEL LAWRENCE, BETTIE MEBANE, WIFE OF AND PATAMADAI THIAGARAJAN, KARIM-ABDUR RAHMAN, WENDY RICHARDSON WIFE OF AND ADAM RICHARDSON

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties via U. S. Mail, on July 28, 2007.

_____s/_____