UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:        KATRINA CANAL BREACHES        *        CIVIL ACTION
              CONSOLIDATED LITIGATION        *        NO. 05-4182 "K" (2)
                                             *        JUDGE Duval
                                             *        MAG. WILKINSON
_____         *
                                             *
PERTAINS TO:                                 *
                                             *
LEVEE        (07-1113)Douville               *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>MEMORANDUM IN SUPPORT OF</u>**
**<u>UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF</u>**
**<u>DEFENDANT, VIRGINIA WRECKING CO., INC.</u>**
**<u>WITHOUT PREJUDICE</u>**

Plaintiffs, M. Lynn Douville, wife of and John-Michael Lawrence, Bettie Mebane,

wife of and Patamadai Thiagarajan, Karim-Abdur Rahman, Wendy Richardson wife of

and Adam Richardson, have received representations by counsel for Defendant,

Virginia Wrecking Co., Inc., and based upon these representations, plaintiffs move to

dismiss their Petition for Damages without prejudice as against Virginia Wrecking Co.,

Inc., and specifically reserve all rights against all parties not dismissed herein.

Specifically, Virginia Wrecking Co., Inc., has represented that it did not design,

construct, or maintain any levee on the 17th Street, London Avenue or Industrial Canals.

Virginia Wrecking Co., Inc., performed no work on the Industrial Canal levee or

floodwall.  Virginia Wrecking Co., Inc.'s only involvement with the Industrial Canal was

the demolition of the Galvez Street Wharf and an adjacent storeroom.  No breach in the

levee occurred at this site.

Respectfully submitted,


S/ John-Michael Lawrence
JOHN-MICHAEL LAWRENCE (8143)
JOHN-MICHAEL LAWRENCE, LLC
ENERGY CENTER- SUITE 2900-PMB 204
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-2900
PHONE: 504-585-7797
ATTORNEY FOR PLAINTIFFS, M. LYNN
DOUVILLE, WIFE OF AND JOHN-MICHAEL
LAWRENCE, BETTIE MEBANE, WIFE OF
AND PATAMADAI THIAGARAJAN, KARIM-
ABDUR RAHMAN, WENDY RICHARDSON
WIFE OF AND ADAM RICHARDSON

## CERTIFICATE OF SERVICE

I do hereby certify that on the 28 day of  July , 2007 a copy of the above and foregoing Motion to Dismiss without Prejudice was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed, on this  28  Day of  July , 2007.

/s/  John-Michael Lawrence
JOHN-MICHAEL LAWRENCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:       KATRINA CANAL BREACHES  *    CIVIL ACTION
              CONSOLIDATED LITIGATION  *    NO. 05-4182 "K" (2)
                                            *    JUDGE Duval
                                            *    MAG. WILKINSON
                                            *

_____  *

PERTAINS TO:                             *
                                            *
LEVEE      (07-1113) Douville        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 7.6 E CERTIFICATE

_____Pursuant to Local Rule 7.6E, Counsel for Plaintiffs in the captioned matter has

inquired of counsel for Virginia Wrecking Company, Inc. who has indicated that it has

no objection to the filing of this Unopposed Motion for Voluntary Dismissal of Virginia

Wrecking Company, Inc. without prejudice.

Respectfully submitted,

  S/ John-Michael Lawrence
JOHN-MICHAEL LAWRENCE (8143)
JOHN-MICHAEL LAWRENCE, LLC
ENERGY CENTER- SUITE 2900-PMB 204
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-2900
PHONE: 504-585-7797
ATTORNEY FOR PLAINTIFFS, M. LYNN
DOUVILLE, WIFE OF AND JOHN-MICHAEL
LAWRENCE, BETTIE MEBANE, WIFE OF
AND PATAMADAI THIAGARAJAN, KARIM-
ABDUR RAHMAN, WENDY RICHARDSON
WIFE OF AND ADAM RICHARDSON

## CERTIFICATE OF SERVICE

I do hereby certify that on the __28__ day of __July__, 2007 a copy of the above and foregoing Local Rule 7.6E Certificate was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed, on this _____ Day of __July__, 2007.

_____/s/ John-Michael Lawrence_____
JOHN-MICHAEL LAWRENCE