UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |

PERTAINS TO:

LEVEE    (07-1113) Douville

## **PROPOSED ORDER**

_____Considering the Plaintiffs' Unopposed Motion for Voluntary Dismissal of Defendant, Virginia Wrecking Company, Inc., Without Prejudice:

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Motion be and is hereby **GRANTED** and that Virginia Wrecking Company, Inc., be and is hereby dismissed from this matter without prejudice, reserving to the plaintiffs all rights as to all other parties herein.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
Judge