UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                           NO.: 05-4182

                                           SECTION "K"(2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

### ORDER

Considering the foregoing unopposed motion;

**IT IS ORDERED** that Levee Plaintiffs be allowed to file their Memorandum in Opposition to Defendant, United States' Motion to Dismiss with an expanded page limit of 70 pages total, instead of the 25 pages allowed by the local rules.

**THUS DONE AND SIGNED** on this __1st__ day of _____August_____, 2006.

UNITED STATES DISCTRICT JUDGE

The Court reminds Counsel that under no circumstances will the Court allow a pleading this lengthy to be filed without prior leave of Court for good cause shown requested well in advance of the deadline for filing such brief.