UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** <br> **NO. 05-4182** |
| **PERTAINS TO:** <br> *Thomas* C.A. No. 06-9096 | **SECTION "K"(2)** |

## ORDER

Having been apprised of a typographical error,

**IT IS ORDERED** that the caption of Doc. 6446 granting a Motion to Dismiss (Doc. 4701) is **AMENDED** to reflect the proper case number for *Thomas*, that is "06-9096" rather than "06-0996". It should be noted that the document (Doc. 6446) has been properly docketed in the correct case.

New Orleans, Louisiana, this   2nd   day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE