## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO

FILED IN     05-4181, 05-4182, 05-5237, 05-6073,
             05-6314, 05-6324, 05-6327, 05-6359,
             06-0225, 06-0886, 06-1885, 06-2152,
             06-2278, 06-2287, 06-2824, 06-4024,
             06-4065, 06-4066, 06-4389, 06-4634,
             06-4931, 06-5032, 06-5155, 06-5159,
             06-5161, 06-5162, 06-5260, 06-5771,
             06-5786, 06-5937, 07-0206, 07-0621,
             07-1073, 07-1271, 07-1285

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

### *EX PARTE* MOTION FOR EXPEDITED HEARING

The MRGO defendants, through undersigned counsel, respectfully move for entry

of an Order setting an expedited hearing for their Motion to Reconsider Court's Order on MRGO

Defendants' Motion to Compel.  The MRGO defendants respectfully submit that expedited

hearing is necessary in light of the many critical upcoming deadlines outlined in CMO #4.

**WHEREFORE,** the MRGO defendants respectfully move for entry of an Order

setting an expedited hearing for their Motion to Reconsider Court's Order on MRGO Defendants'

Motion to Compel.

887076v.1

Dated: August 2, 2007                                  Respectfully submitted,

*/s/ Gary M. Zwain*                                     */s/Ralph S. Hubbard III*
Lawrence J. Duplass, 5199                              Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                                   Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                             Rachel Meese, 25457
         Of                                                     Of
Duplass, Zwain, Bourgeois, Morton, Pfister &          Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                              Hubbard
3838 N. Causeway Blvd., Suite 2900                    601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                             New Orleans, Louisiana 70130
Telephone: (504) 832-3700                             Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                             Facsimile:  (504) 310-9195

Attorneys for Board of Commissioners for the         Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District                     Insurance Company

*/s/Thomas P. Anzelmo*                                 */s/ William D. Treeby*
Thomas P. Anzelmo, 2533                               William D. Treeby, 12901
Mark E. Hanna, 19336                                  Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                                 Heather S. Lonian, 29956
Andre J. Lagarde, 28649                                        Of
         Of                                           Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,                   546 Carondelet Street
  Maxwell & McDaniel                                  New Orleans, Louisiana 70130
3445 N. Causeway Boulevard, Suite 800                Telephone:  (504) 581-3200
Metairie, Louisiana 70002                            Facsimile:  (504) 581-3361
Telephone: (504) 831-0946
Facsimile:  (504) 831-2492                            Attorneys for Washington Group
                                                      International, Inc.
And
                                                      Of counsel
James L. Pate, 10333                                  Adrian Wager-Zito
Ben L. Mayeux, 19042                                  Julie McEvoy
         Of                                           Jones Day
Laborde & Neuner                                      51 Louisiana Avenue, N.W.
One Petroleum Center, Suite 200                       Washington, D.C. 20001-2113
1001 West Pinhook Road, Suite 200                    Telephone:  (202) 879-4645
Post Office Drawer 52828                              Facsimile:  (202) 626-1700
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
                                                      Jerome R. Doak
Attorneys for the Counsel for the                    Jones Day
Board of Commissioners for the                       2727 N. Harwood Street
Orleans Levee District                               Dallas, Texas 75201
                                                      Telephone:  (214) 220-3939
                                                      Facsimile:  (214) 969-5100

887076v.1

/s/Robin D. Smith
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:  (202) 616-5200

Attorney for United States

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion for Expedited Hearing has been served upon Joseph M. Bruno, Esq. in his capacity as plaintiffs' Liaison Counsel through the Court's CM/ECF system or via e-mail this 2nd day of August, 2007.

/s/Heather S. Lonian
Heather S. Lonian

3

887076v.1