UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

PERTAINS TO: MRGO

NO. 05-4182 "K" (2)

FILED IN    05-4181, 05-4182, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359,
            06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024,
            06-4065, 06-4066, 06-4389, 06-4634,
            06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5162, 06-5260, 06-5771,
            06-5786, 06-5937, 07-0206, 07-0621,
            07-1073, 07-1271, 07-1285

JUDGE DUVAL

MAG. WILKINSON

**O R D E R**

Considering the foregoing Motion for Expedited Hearing;

**IT IS ORDERED** that the motion is hereby GRANTED and that the Motion to Reconsider Court's Order on MRGO Defendants' Motion to Compel filed by the MRGO defendants shall be heard on August ____ , 2007 at _____. Any opposition thereto shall be due August ____, at _____.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2007

_____
UNITED STATES MAGISTRATE JUDGE

887076v.1