UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO

FILED IN   05-4181, 05-4182, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024,
06-4065, 06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5162, 06-5260, 06-5771,
06-5786, 06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

### MRGO DEFENDANTS' MOTION TO RECONSIDER COURT'S ORDER (DOCKET NO. 6592) ON MRGO DEFENDANTS' MOTION TO COMPEL

For the reasons set forth more fully in the accompanying memorandum, the MRGO defendants hereby respectfully move the Court to reconsider its July 19, 2007 Order (Docket No. 6592), insofar as it denied the MRGO defendants' motion to compel on three discovery issues: (1) plaintiffs' insurance claim files, (2) plaintiffs' applications for benefits from all sources, including the "Road Home" program, and (3) plaintiffs' trial plan.

**WHEREFORE**, the MRGO defendants hereby respectfully move the Court to reconsider its July 19, 2007 Order (Docket No. 6592), insofar as it denied the MRGO defendants' motion to compel on three discovery issues: (1) plaintiffs' insurance claim files, (2) plaintiffs' applications for benefits from all sources, including the "Road Home" program, and (3) plaintiffs' trial plan.

887010v.1

Dated: August 2, 2007                           Respectfully submitted,

/s/ Gary M. Zwain                               /s/Ralph S. Hubbard III
Lawrence J. Duplass, 5199                       Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                            Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                      Rachel Meese, 25457
        Of                                              Of
Duplass, Zwain, Bourgeois, Morton, Pfister &    Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                       Hubbard
3838 N. Causeway Blvd., Suite 2900              601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                       New Orleans, Louisiana  70130
Telephone: (504) 832-3700                       Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                       Facsimile:  (504) 310-9195

Attorneys for Board of Commissioners for the    Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District                Insurance Company

/s/Thomas P. Anzelmo                            /s/ William D. Treeby
Thomas P. Anzelmo, 2533                         William D. Treeby, 12901
Mark E. Hanna, 19336                            Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                           Heather S. Lonian, 29956
Andre J. Lagarde, 28649                                 Of
        Of                                      Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,             546 Carondelet Street
  Maxwell & McDaniel                            New Orleans, Louisiana  70130
3445 N. Causeway Boulevard, Suite 800           Telephone:  (504) 581-3200
Metairie, Louisiana  70002                      Facsimile:  (504) 581-3361
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492                      Attorneys for Washington Group
                                                International, Inc.
And
                                                Of counsel
James L. Pate, 10333                            Adrian Wager-Zito
Ben L. Mayeux, 19042                            Julie McEvoy
        Of                                      Jones Day
Laborde & Neuner                                51 Louisiana Avenue, N.W.
One Petroleum Center, Suite 200                 Washington, D.C. 20001-2113
1001 West Pinhook Road, Suite 200               Telephone:  (202) 879-4645
Post Office Drawer 52828                        Facsimile:  (202) 626-1700
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000                      Jerome R. Doak
                                                Jones Day
Attorneys for the Counsel for the               2727 N. Harwood Street
Board of Commissioners for the                  Dallas, Texas  75201
Orleans Levee District                          Telephone:  (214) 220-3939

887010v.1

Facsimile:  (214) 969-5100

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:  (202) 616-5200

Attorney for United States

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing MRGO Defendants' Motion To Reconsider Court's Order on MRGO Defendants' Motion to Reconsider has been served upon Joseph M. Bruno, Esq. in his capacity as plaintiffs' Liaison Counsel through the Court's CM/ECF system or via e-mail this 2nd day of August, 2007.

*/s/Heather S. Lonian*
Heather S. Lonian

3

887010v.1