UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO

FILED IN   05-4181, 05-4182, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024,
06-4065, 06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5162, 06-5260, 06-5771,
06-5786, 06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, in the event that the Court denies their simultaneously filed motion for expedited hearing, the MRGO defendants will bring their Motion to Reconsider Court's Order on MRGO Defendants' Motion to Compel before the Honorable Joseph C. Wilkinson, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 22nd day of August, 2007 at 11:00 a.m.

887011v.1

Dated: August 2, 2007                                     Respectfully submitted,

/s/ Gary M. Zwain                                         /s/Ralph S. Hubbard III
Lawrence J. Duplass, 5199                                 Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                                      Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                                Rachel Meese, 25457
    Of                                    Of
Duplass, Zwain, Bourgeois, Morton, Pfister &              Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                                 Hubbard
3838 N. Causeway Blvd., Suite 2900                        601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                                 New Orleans, Louisiana  70130
Telephone: (504) 832-3700                                 Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                                 Facsimile:   (504) 310-9195

Attorneys for Board of Commissioners for the              Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District                          Insurance Company

/s/Thomas P. Anzelmo                                      /s/ William D. Treeby
Thomas P. Anzelmo, 2533                                   William D. Treeby, 12901
Mark E. Hanna, 19336                                      Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                                     Heather S. Lonian, 29956
Andre J. Lagarde, 28649                                       Of
    Of                                Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,                       546 Carondelet Street
 Maxwell & McDaniel                                  New Orleans, Louisiana  70130
3445 N. Causeway Boulevard, Suite 800                     Telephone:  (504) 581-3200
Metairie, Louisiana  70002                                Facsimile:   (504) 581-3361
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492                               Attorneys for Washington Group
                                                          International, Inc.
And
                                                          Of counsel
James L. Pate, 10333                                      Adrian Wager-Zito
Ben L. Mayeux, 19042                                      Julie McEvoy
    Of                                Jones Day
Laborde & Neuner                                          51 Louisiana Avenue, N.W.
One Petroleum Center, Suite 200                           Washington, D.C. 20001-2113
1001 West Pinhook Road, Suite 200                         Telephone:  (202) 879-4645
Post Office Drawer 52828                                  Facsimile:  (202) 626-1700
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000                                Jerome R. Doak
                                                          Jones Day
Attorneys for the Counsel for the                         2727 N. Harwood Street
Board of Commissioners for the                            Dallas, Texas  75201
Orleans Levee District                                    Telephone:  (214) 220-3939
                                                          Facsimile:  (214) 969-5100

887011v.1

/s/Robin D. Smith
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorney for United States

# CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon Joseph M. Bruno, Esq. in his capacity as plaintiffs' Liaison Counsel through the Court's CM/ECF system or via e-mail this 2nd day of August, 2007.

/s/Heather S. Lonian
Heather S. Lonian

887011v.1