## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO<br><br>FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## REQUEST FOR ORAL ARGUMENT

The MRGO Defendants respectfully request oral argument on their Motion to Reconsider the Court's Order (Rec. Doc. 6592) on the MRGO Defendants' Motion to Compel. The MRGO Defendants respectfully submit that oral argument will be of assistance to the Court in its resolution of the motion.

**WHEREFORE**, the MRGO Defendants respectfully request oral argument on their Motion to Reconsider the Court's Order (Rec. Doc. 6592) on the MRGO Defendants' Motion to Compel.

887017v.1

Dated: August 2, 2007                              Respectfully submitted,

/s/ Gary M. Zwain                                  /s/Ralph S. Hubbard III
Lawrence J. Duplass, 5199                          Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                               Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                         Rachel Meese, 25457
    Of                                                     Of
Duplass, Zwain, Bourgeois, Morton, Pfister &       Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                          Hubbard
3838 N. Causeway Blvd., Suite 2900                 601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                          New Orleans, Louisiana  70130
Telephone: (504) 832-3700                          Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                          Facsimile:   (504) 310-9195

Attorneys for Board of Commissioners for the       Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District                   Insurance Company

/s/Thomas P. Anzelmo                               /s/ William D. Treeby
Thomas P. Anzelmo, 2533                            William D. Treeby, 12901
Mark E. Hanna, 19336                               Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                              Heather S. Lonian, 29956
Andre J. Lagarde, 28649                                Of
    Of                                                 Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,                546 Carondelet Street
 Maxwell & McDaniel                               New Orleans, Louisiana  70130
3445 N. Causeway Boulevard, Suite 800              Telephone:  (504) 581-3200
Metairie, Louisiana  70002                         Facsimile:   (504) 581-3361
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492                        Attorneys for Washington Group
                                                   International, Inc.
And
                                                   Of counsel
James L. Pate, 10333                               Adrian Wager-Zito
Ben L. Mayeux, 19042                               Julie McEvoy
    Of                                                 Jones Day
Laborde & Neuner                                   51 Louisiana Avenue, N.W.
One Petroleum Center, Suite 200                    Washington, D.C. 20001-2113
1001 West Pinhook Road, Suite 200                  Telephone:  (202) 879-4645
Post Office Drawer 52828                           Facsimile:  (202) 626-1700
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000                         Jerome R. Doak
                                                   Jones Day
Attorneys for the Counsel for the                  2727 N. Harwood Street
Board of Commissioners for the                     Dallas, Texas  75201
Orleans Levee District                             Telephone:  (214) 220-3939
                                                   Facsimile:  (214) 969-5100

887017v.1

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorney for United States

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon Joseph M. Bruno, Esq. in his capacity as plaintiffs' Liaison Counsel through the Court's CM/ECF system or via e-mail this 2nd day of August, 2007.

*/s/Heather S. Lonian*
Heather S. Lonian

887017v.1