UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br><br>MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | |

**LEVEE DEFENDANTS' MOTION TO
RECONSIDER COURT'S ORDER (DOCUMENT NO. 6592)
<u>ON LEVEE DEFENDANTS' MOTION TO COMPEL</u>**

For the reasons set forth more fully in the accompanying memorandum, the Levee defendants hereby respectfully move the Court to reconsider its July 19, 2007 Order (Document No. 6592), insofar as it denied the Levee defendants' motion to compel on three discovery issues: (1) plaintiffs' insurance claim files, (2) plaintiffs' applications for benefits from all sources, including the "Road Home" program, and (3) plaintiffs' trial plan.

- 1 -

**WHEREFORE**, the Levee defendants hereby respectfully move the Court to reconsider its July 19, 2007 Order (Document No. 6592), insofar as it denied the Levee defendants' motion to compel on three discovery issues: (1) plaintiffs' insurance claim files, (2) plaintiffs' applications for benefits from all sources, including the "Road Home" program, and (3) plaintiffs' trial plan.

Dated: August 2, 2007                    Respectfully submitted,


                                         s/ Thomas P. Anzelmo
                                         McCRANIE, SISTRUNK, ANZELMO,
                                            HARDY, MAXWELL & McDANIEL
                                         Thomas P. Anzelmo, P.A. - #2533
                                         Mark E. Hanna - #19336
                                         Kyle P. Kirsch - #26363
                                         Andre J. Lagarde - #28649
                                         3445 N. Causeway Boulevard, Ste. 800
                                         Metairie, Louisiana 70002
                                         TELEPHONE: (504) 831-0946
                                         FACSIMILE: (504) 831-2492

                                         and

                                         LABORDE & NEUNER
                                         Ben L. Mayeaux - #19042
                                         James L. Pate - # 10333
                                         Gregory A. Koury - #26364
                                         One Petroleum Center, Suite 200
                                         1001 West Pinhook Road
                                         Lafayette, Louisiana 70503
                                         TELEPHONE: (337) 237-7000
                                         FACSIMILE: (337) 233-9450
                                         Attorneys for the ORLEANS LEVEE
                                         DISTRICT

887010v.1

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT

s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

887010v.1

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

887010v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, a copy of the above and foregoing **Levee Defendants' Motion to Reconsider Court's Order (Document No. 6592) on Levee Defendants' Motion to Compel** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                                     s/ Thomas P. Anzelmo
                                                   McCRANIE, SISTRUNK, ANZELMO,
                                                       HARDY, MAXWELL & McDANIEL
                                                   3445 N. Causeway Boulevard, Ste. 800
                                                   Metairie, Louisiana 70002
                                                   TELEPHONE: (504) 831-0946
                                                   FACSIMILE: (504) 831-2492
                                                   E-MAIL: tpa@mcsalaw.com

887010v.1