Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                       JUDGE DUVAL

PERTAINS TO LEVEE                      MAG. WILKINSON


FILED IN 05-4181, 05-4182, 05-4191, 05-4568,
         05-5237, 05-6073, 05-6314, 05-6324,
         05,6327, 05-6359, 06-0020, 06-1885,
         06-0225, 06-0886, 06-11208, 06-2278,
         06,2287, 06-2346, 06-2545, 06-3529,
         06-4065, 06-4389, 06-4634, 06-4931,
         06-5032, 06-5042, 06-5159, 06-5163,
         06-5367, 06-5471, 06-5771, 06-5786,
         06-5937, 06-7682, 07-0206, 07-0647,
         07-0993, 07-1284, 07-1286, 07-1288,
         07-1289


         Deposition of ELOIS TATE BELL, given

at the offices of Bruno & Bruno, 855 Baronne

Street, New Orleans, Louisiana 70113, on July

13th, 2007.


REPORTED BY:

         JOSEPH A. FAIRBANKS, JR., CCR, RPR

         CERTIFIED COURT REPORTER #75005



EXHIBIT

1

ELOIS BELL (LEVEE)                                            7/13/2007

1          not paid.

2          A.    Uh-huh.   Um -- they paid me the

3     maximum.

4     EXAMINATION BY MR. GARDNER:

5          Q.    Okay.   What did they pay you?

6          A.    They paid me -- it was between 30 and

7     31,000.

8          Q.    Okay.   And that was for the damage to

9     your house or was that for your contents?   Or

10    was that for both?

11         A.    That was for both.

12         Q.    And that was the flood insurer.

13         A.    That was the flood insurance.

14         Q.    They paid roughly $30,000?

15         A.    Yeah.   Well, some -- say 31.

16         Q.    And what about the homeowner's

17    insurance?

18         A.    They paid seven thousand I want to say

19    7 hundred.   $7,700, somewhere --

20              MR. MAYEAUX:

21                   How much?

22    EXAMINATION BY MR. GARDNER:

23         Q.    $7,700?   Is that what you're saying?

24         A.    Yeah.   Somewhere in there.

25         Q.    All right.   After Hurricane Katrina,

ELOIS BELL (LEVEE)                                              7/13/2007

Page 52

1    you made a claim with both your homeowner's and

2    flood insurance --

3         A.    Yes.

4         Q.    -- companies?  And they sent adjusters

5    to your house to --

6         A.    Yes.

7         Q.    -- appraise the damage?

8               And did they provide with you a

9    written appraisal?

10        A.    Yes.

11        Q.    Okay.  And do you remember what the

12   appraisal was from the flood insurer?

13        A.    It was much more than what the flood

14   insurance paid.  I don't remember the dollar

15   amount, but I have the papers.

16        Q.    Did you ever make an itemized list of

17   the contents in your house?

18        A.    Yes.

19        Q.    Okay.  And do you know what that list

20   totalled?

21        A.    Um --

22        Q.    Did you ever put a value on your total

23   contents?

24        A.    Yes, I did it for the, um -- for,

25   um -- the LRA.  I have a copy of it.

ELOIS BELL (LEVEE)                                    7/13/2007

Page 55

1    computers, televisions, radios, tape recorders,

2    lamps, curtains --

3         Q.    My question is, did you make a list

4    with all those items on it and place a value on

5    all of those items?

6              MR. MARTIN:

7                   Asked and answered.

8              MR. GARDNER:

9                   And what was the answer?

10             MR. MARTIN:

11                  Said she did it for the LRA.

12   EXAMINATION BY MR. GARDNER:

13        Q.    And do you have that list at your

14   house?

15        A.    I should have a copy of it.

16        Q.    Did you ever provide a list like that

17   to either one of your insurers?

18        A.    No.

19        Q.    Did you get an appraisal from your

20   homeowner's insurer on the damage to your

21   house?

22        A.    Yes.

23        Q.    Okay.   And what did that appraisal

24   show?

25        A.    It showed a lot of damage, but they

ELOIS BELL (LEVEE)                                           7/13/2007

Page 56

1   didn't pay for it.

2        Q.    Okay.   Do you know why they paid

3   $7,700?

4        A.    It's on the paper.

5        Q.    And you have that paper at your house?

6        A.    Yes.

7        Q.    But you don't know why they paid that

8   amount to you.

9        A.    Unh-unh.

10       Q.    No.

11       A.    No, I'm sorry.   No.

12       Q.    And you said the flood insurer paid

13   you roughly $30,000?

14       A.    Roughly $31,000.

15       Q.    And you don't know why they paid that

16   amount.

17       A.    Well, yeah, I know why they paid that

18   amount, because they say that was the limit.

19   That was the full coverage, and they paid the

20   full coverage.

21       Q.    And the full coverage for flood

22   insurance on your house was roughly $31,000?

23       A.    Yes.

24       Q.    And do you know if that was for the

25   structure and the contents?

ELOIS BELL (LEVEE)                                    7/13/2007

1              didn't know which question you were

2              asking.

3              MR. GARDNER:

4                   Well, I'll ask both.

5     EXAMINATION BY MR. GARDNER:

6         Q.    Did you ever get a written estimate of

7     the value of the house after the storm?

8         A.    From Road Home.

9         Q.    You did.

10        A.    Yes.

11        Q.    Okay.  And what did Road Home say the

12    value of the house was?

13        A.    Well, I'll round it out to $84,000,

14    because I don't remember the --

15        Q.    Okay.  And what is your personal

16    estimate of the value of the home?

17        A.    My personal estimate of the value of

18    the home is between ninety-five, $98,000.

19        Q.    And what do you base that on?

20        A.    I base that on what I've done to the

21    house, the improvements that I've made on the

22    house prior to Katrina.

23        Q.    All right.  Are you claiming that

24    there was any diminishment in the value of the

25    lot that you own on Second Street as a result

ELOIS BELL (LEVEE)                                           7/13/2007

Page 67

1    organizations in New Orleans today?

2        A.   No.

3        Q.   Civic organizations?

4        A.   No.

5        Q.   Business or trade organizations?

6        A.   No.

7        Q.   All right.  Did you make -- well, you

8    did make a claim with the LRA following the

9    hurricane.

10       A.   Yes.

11       Q.   Do you have an application that you

12   filled out?  Do you have copy at your house?

13       A.   I think I have that, yeah.

14       Q.   Did you receive any money from the

15   Road Home program?

16       A.   Yes.

17       Q.   How much did you receive?

18       A.   I don't know.

19       Q.   Approximately.

20       A.   Um -- I don't remember.

21       Q.   Well, was it more than ten thousand

22   dollars?

23       A.   Oh, no.

24       Q.   Did you complete an application for an

25   SBA loan?