1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE**: KATRINA CANAL BREACHES **CONSOL**IDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL |
| **PERTAINS TO**: LEVEE | MAG. WILKINSON |

FILED IN   05-4181, 05-4182, 05-4191, 05-4568,
          05-5237, 05-6073, 05-6314, 05-6324,
          05-6327, 05-6359, 06-0020, 06-1885,
          06-0225, 06-0886, 06-11208, 06-2278,
          06-2287, 06-2346, 06-2545, 06-3529,
          06-4065, 06-4389, 06-4634, 06-4931,
          06-5032, 06-5042, 06-5159, 06-5163,
          06-5367, 06-5471, 06-5771, 06-5786,
          06-5937, 06-7682, 07-0206, 07-0647,
          07-0993, 07-1284, 07-1286, 07-1288,
          07-1289


VIDEOTAPE DEPOSITION OF EMANUEL ESTEVEZ, JR., 4656 Gaines Street, New Orleans, Louisiana 70126, taken in the offices of BRUNO AND BRUNO, 855 Baronne Street, New Orleans, Louisiana 70113, on Wednesday, July 11, 2007.



EXHIBIT 2

                                                                          58

```
10:32:33   1          Q.   And do you have a receipt for that?
10:32:35   2          A.   Yes, I do.
10:32:36   3          Q.   Okay.  Now, did you make a claim
10:32:39   4   with any insurance carrier regarding the
10:32:43   5   Cartier Street residence?
10:32:44   6          A.   Right.
10:32:45   7          Q.   And which ones were those?
10:32:47   8          A.   The flood insurance was National
10:32:49   9   Flood -- National Flood Insurance Company, I
10:33:00  10   think is the name of it.  And for the
10:33:03  11   homeowners, we filed a claim with Travelers.
10:33:08  12          Q.   Okay.  And did you receive any
10:33:10  13   payments from either?
10:33:10  14          A.   Right.
10:33:11  15          Q.   You did?
10:33:11  16          A.   Right.  From the flood insurance.
10:33:14  17          Q.   How much were you paid?
10:33:15  18          A.   For the house for the flood
10:33:18  19   insurance we got 153,000.
          20          Q.   How much --
10:33:21  21          A.   And 66 for the contents.  Or 63 for
10:33:29  22   the contents, I'm not sure.
10:33:39  23          Q.   Okay.  How much was your flood
10:33:39  24   insurance?  How much flood insurance did you
10:33:39  25   have on the house?
```

| | | |
|---|---|---|
| 10:33:39 | 1 | A. We got the max. Whatever we got, |
| 10:33:39 | 2 | that's what they -- that's what we had on it. |
| 10:33:42 | 3 | Q. And did you use that money to make |
| 10:33:44 | 4 | repairs to the house? |
| 10:33:46 | 5 | A. Some of it. But we had gotten a |
| 10:33:48 | 6 | loan from SBA for some of it. |
| 10:33:50 | 7 | Q. Okay. All right. And was the |
| 10:33:56 | 8 | 63,000 the maximum amount of your contents |
| 10:33:59 | 9 | insurance? |
| 10:33:59 | 10 | A. That's what we had it insured for. |
| 10:34:02 | 11 | Q. That was the maximum, you got the |
| 10:34:04 | 12 | full amount? |
| 10:34:05 | 13 | A. Right. They max'd us out on both. |
| 10:34:07 | 14 | Q. And what about homeowners insurance, |
| 10:34:09 | 15 | did you receive any money from them? |
| 10:34:12 | 16 | A. They gave us $12,000. |
| 10:34:14 | 17 | Q. And do you know what the basis of |
| 10:34:15 | 18 | that was? |
| 10:34:16 | 19 | A. They said -- they said for the |
| 10:34:19 | 20 | damages to the roof and to the house and stuff |
| 10:34:24 | 21 | upstairs, you know, above -- I guess they |
| 10:34:27 | 22 | called it above the water line or whatever. |
| 10:34:31 | 23 | Q. Okay. Now, did you have to complete |
| 10:34:34 | 24 | a schedule of contents for your contents claim |
| 10:34:41 | 25 | with your flood insurer? |

60

```
10:34:45   1         A.   I don't recall.  I don't recall.
10:34:47   2         Q.   Okay.
10:34:47   3         A.   I know the guy came out and looked,
10:34:50   4   but I don't recall if we did or not.
10:34:52   5         Q.   Well, did he require you or did you
10:34:54   6   ever make a list of the contents in the house
10:34:56   7   that were destroyed?
10:34:57   8         A.   I think we did.  I think we did.  I
10:35:00   9   think my wife did.  I'm not really sure about
10:35:03  10   that.
10:35:03  11         Q.   Okay.  Do you know if you have that
10:35:04  12   list?
10:35:04  13         A.   I may have.
10:35:07  14         Q.   Now, did you ever see any of the
10:35:10  15   schedules or the notes by the insurance
10:35:16  16   adjusters with respect to the amounts of money
10:35:18  17   that were paid to you?
10:35:19  18         A.   They sent us a -- some kind of list
10:35:22  19   of what they were paying us and why.
10:35:25  20         Q.   And do you have that?
10:35:25  21         A.   I think I do, yeah.
10:35:27  22         Q.   And was that for both the flood and
10:35:29  23   the homeowners insurance?
10:35:31  24         A.   Flood I'm sure.  Homeowners I'm not
10:35:35  25   sure that -- what homeowners sent us.
```

**11:33:49**  1       A.   No, we didn't.  Because we didn't
**11:33:52**  2  think we were going to be gone that long, so
**11:33:54**  3  we didn't document everything.
**11:33:57**  4       Q.   **Did you make a claim with the Road**
**11:34:04**  5  **Home Program?**
**11:34:05**  6       A.   Yes, we did.
**11:34:06**  7       Q.   **Okay.  Did you receive any money**
**11:34:08**  8  **from the Road Home?**
**11:34:10**  9       A.   No, we did not.
**11:34:10** 10       Q.   **Do you know, is your application**
**11:34:13** 11  **still pending?  Has it been rejected?**
**11:34:15** 12       A.   They -- they did not reject us.
**11:34:18** 13  They said we could -- we weren't satisfied
**11:34:21** 14  with what they were offering us, and they said
**11:34:24** 15  we could appeal it.
**11:34:26** 16       Q.   **And did you take steps to appeal it?**
**11:34:28** 17       A.   No, we haven't.
**11:34:29** 18       Q.   **Okay.  How much did they offer you?**
**11:34:31** 19       A.   $9,000.  To buy my house.
**11:34:35** 20       Q.   **To buy which house?**
**11:34:37** 21       A.   Well, it's -- Cartier.  They said
**11:34:39** 22  they would give me $9,000, a $9,000 grant to
**11:34:42** 23  repair it, or if I moved to another house,
**11:34:44** 24  they would give me $9,000 for a house.
            25       **MR. MARTIN:**