1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE:** KATRINA CANAL          CIVIL ACTION
**BREACH**ES CONSOLIDATED
LITIGATION                        NO. 05-4182 "K" (2)

                                  JUDGE DUVAL
PERTAINS TO:  LEVEE
                                  MAG. WILKINSON

FILED IN:
05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289


        Deposition of MICHELE HARRISON,
3630 N. Johnson St., New Orleans, Louisiana
70117, taken in the offices of Bruno & Bruno,
855 Baronne St., Second Floor, New Orleans,
Louisiana on Tuesday, the 17th day of July,
2007 at 9:12 a.m.

EXHIBIT 3

MICHELLE HARRISON                                      7/17/2007

                                                             23

1            MR. ZWAIN:
2               I don't have it, but -- you may
3               have produced it, I just don't have
4               it.
5            MR. DUDENHEFER:
6               Okay.
7    EXAMINATION BY MR. ZWAIN:
8        Q.  Have you initiated any claims with
9    the Louisiana Recovery Authority, you know,
10   Louisiana Road Home?
11       A.  Yes.
12       Q.  Okay.  Do you have paperwork
13   involving those claims at home?
14       A.  Yes.
15       Q.  Did you bring it here with you
16   today?
17       A.  No.
18       Q.  All right.  Did you make any
19   insurance claims as a result of Hurricane
20   Katrina?
21       A.  Yes.
22       Q.  Okay.  Do you have documentation
23   regarding those claims at home?
24       A.  Yes.
25       Q.  Did you bring it with you here

MICHELLE HARRISON                              7/17/2007

                                                      64

1      Q.   And 2418?
2      A.   Yes.
3      Q.   And what about your homeowner's?
4      A.   Yes.
5      Q.   Okay.  Do you know how much each
6   policy paid?
7      A.   I know how much they paid because I
8   have the paperwork at home, but I don't know,
9   I can't separate it right now.  I believe the
10  flood was like $28,000, and I'm iffing on
11  that.
12     Q.   Okay.
13     A.   It's about 28,000.
14     Q.   All right.
15     A.   And the balance of that would be, I
16  guess, about 20,000 was for wind damage.
17     Q.   Okay.  What kind of wind damage did
18  your property sustain?
19     A.   A tree from a neighbor fell on the
20  house.  Gutters, missing siding.  Just, you
21  know, a roof --
22     Q.   Was there -- I'm sorry.
23     A.   I think a roof shingle got torn off
24  or something.
25     Q.   Was there roof damage beside a

MICHELLE HARRISON                                    7/17/2007

88

1     Q.  Okay.
2     A.  They are hard to find.  They don't
3  show up.  They don't give me a written
4  estimate.  I have talked to about ten or 15
5  and I can't get anything in writing.
6     Q.  **All right.  When was the insurance**
7  **claim paid?**
8     A.  I don't have that information in
9  front of me.
10    Q.  **Approximately.**
11    A.  I'm guessing -- I really don't
12 know.  I have to look at the, I would have to
13 look at it to give you an exact date.
14    Q.  **Okay.  Was it this year or last**
15 **year?**
16    A.  Last year.
17    Q.  **All right.  And what is the status**
18 **of your Road Home application?**
19    A.  They have my Road Home application.
20 I'm going through the small landlords, a
21 portion of the Road Home.  They have it.
22 They have sent it --
23    Q.  **They being the State?**
24    A.  The State has it.
25    Q.  **Okay.**

JOHNS PENDLETON COURT REPORTERS                     800 562-1285