1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE:** KATRINA CANAL BREACHES      CIVIL ACTION
**CONSOL**IDATED LITIGATION

                                       NO. 05-4182 "K"(2)
**PERTAINS TO:** LEVEE                 JUDGE DUVAL
**FILED IN:** 05-4181, 05-4182,        MAG. WILKINSON
**05-5237**, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285


Videotaped deposition of MICHELLE HENNESSEY, 3808
North Labarre Road, Metairie, Louisiana  70002,
taken in the offices of Bruno & Bruno, 855
Baronne Street, New Orleans, Louisiana  70113, on
Tuesday, the 10th day of July, 2007, beginning at
9:13 a.m.

APPEARANCES:

    RICHARD M. MARTIN, JR.
    Levee Litigation Group
    855 Baronne Street
    New Orleans, Louisiana  70113
            AND
    A. J. REBENNACK
    Suite 2900
    1100 Poydras Street
    New Orleans, Louisiana  70163

        ATTORNEYS FOR THE PLAINTIFFS


EXHIBIT 4

```
 1         Q.    Okay.  And when was that done?
 2         A.    Approximately at the end of 200- --
 3   excuse me -- 2006.
 4         Q.    Okay.  What are you intending to do
 5   with the Fortieth Street property?
 6         A.    I would like to remodel -- refurbish
 7   it.
 8         Q.    Okay.  And what steps are you taking
 9   in order to get that done?
10         A.    At this time?
11         Q.    Yes, ma'am.
12         A.    We haven't taken any steps at this
13   time because of financial reasons.
14         Q.    Okay.  Was the property insured?
15         A.    Yes, it was.
16         Q.    By whom?
17         A.    Allstate Insurance.
18         Q.    And what kind of insurance did you
19   have through Allstate?
20         A.    Flood, homeowner's.
21         Q.    Both with Allstate?
22         A.    Yes, sir.
23         Q.    Did you make a claim for the
24   Fortieth Street property against Allstate?
25         A.    Yes, sir.
```

1      Q.   And is that claim still pending or
2 has it been resolved?
3      A.   Resolved.
4      Q.   All right.  Were you paid money by
5 Allstate?
6      A.   Yes, sir.
7      Q.   Okay.  Do you know how much you were
8 paid for -- do you know how much Allstate paid
9 under the flood policy?
10     A.   The flood policy was 151,000, along
11 with $10,000 for contents -- 10,500, excuse me,
12 for contents.
13     Q.   Okay.  So, a total of $161,500?
14     A.   That's correct.
15     Q.   All right.  And what about the
16 homeowner's policy?
17     A.   That was, approximately, about
18 $5,000.
19     Q.   Okay.  And do you have any of the
20 paperwork associated with your claims against
21 Allstate under either the flood policy or the
22 homeowner's policy?
23     A.   Not with me today.
24     Q.   I understand.  But do you have that
25 at some point that you can retrieve it and

MICHELLE HENNESSEY (LEVEE)                             7/10/2007

                                                              33

1    produce it if your lawyers allow you to do so?
2         A.    Yes, sir.
3         Q.    Okay.  And where would that be
4    located?  At your home on Labarre?
5         A.    That's correct.
6         Q.    All right.  And have you used any of
7    the $165,000 or so that you got for the Fortieth
8    Street property to rebuild it?
9         A.    The money was used -- first, we were
10   paying the monthly mortgage with that money.
11        Q.    Okay.
12        A.    Then, when we realized how long
13   everything was taking, the rest of the money was
14   pay -- paid off the mortgage for the home.
15        Q.    Okay.  When was the claim resolved?
16        A.    I'm not -- I don't know --
17        Q.    Approximately.
18        A.    Approximately the end of 2005 or
19   early 2006.
20        Q.    Okay.  And with whom did you hold
21   your mortgage for the Fortieth Street property?
22        A.    Washington Mutual.
23        Q.    And where are they located, do you
24   know?
25        A.    Oh, I don't know.

MICHELLE HENNESSEY (LEVEE)                                7/10/2007

                                                                142

1   EXAMINATION BY MR. ZWAIN:

2        Q.   Do you intend to at present?

3        A.   Yes.  Okay.  The only real estate

4   we're going -- we might acquire is if my sister

5   does not want to keep the properties of Fortieth

6   Street and Marigny.

7        Q.   Okay.

8        A.   Buying her out, but nothing has been

9   settled.  We don't have a price or closings or

10  anything.

11       Q.   All right.  But if she wants to

12  sell, assuming the price is reasonable, you're

13  willing to buy?

14       A.   Yes.

15       Q.   Okay.  Any other property that you

16  are thinking about acquiring?

17       A.   Does that include automobile?

18       Q.   No.

19       A.   Okay.  No.

20       Q.   Have you made any claims for

21  recovery under The Road Home Program?

22       A.   I filled out The Road Home rental

23  assistance.

24       Q.   Okay.

25       A.   But we have not accepted anything.

MICHELLE HENNESSEY (LEVEE)                         7/10/2007

                                                        144

1    that then we'd have to go get the loan out for
2    the money, and things had changed.  The way -- we
3    did not understand it correctly.  So that we
4    would have to go get the loan for the money first
5    and all, and I just -- we'd just been awarded the
6    amount, they've told us how much it would be, and
7    we've stopped there.  We haven't done anything
8    yet.
9         Q.    Okay.  What do you intend to do
10   next?
11        A.    At this point, I'm not sure what
12   we're going to do.
13        Q.    What is the amount that Road Home
14   says they're willing to --
15        A.    I believe it was $58,000.
16        Q.    Okay.  And, so, if I'm understanding
17   you correctly, you would be required to obtain a
18   loan from some private entity for that amount?
19        A.    For the price to repair the home,
20   yes.
21        Q.    Okay.
22        A.    And then after everything is done
23   and completed, then, they going to come back and
24   check everything and decide whether they're going
25   to give me the money.  That's under our