1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


**IN RE**: KATRINA CANAL BREACHES        CIVIL ACTION

CONSOLIDATED LITIGATION          NO. 05-4182 K2

                                 JUDGE DUVAL

PERTAINS TO LEVEE                MAG. WILKINSON


FILED IN 05-4181, 05-4182, 05-4191, 05-4568,
         05-5237, 05-6073, 05-6314, 05-6324,
         05,6327, 05-6359, 06-0020, 06-1885,
         06-0225, 06-0886, 06-11208, 06-2278,
         06,2287, 06-2346, 06-2545, 06-3529,
         06-4065, 06-4389, 06-4634, 06-4931,
         06-5032, 06-5042, 06-5159, 06-5163,
         06-5367, 06-5471, 06-5771, 06-5786,
         06-5937, 06-7682, 07-0206, 07-0647,
         07-0993, 07-1284, 07-1286, 07-1288,
         07-1289


        Deposition of DAISY MAE INNIS, given

at the offices of Bruno & Bruno, 855 Baronne

Street, New Orleans, Louisiana 70113, on July

16th, 2007.




REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005


EXHIBIT
5

DAISY MAE INNIS (LEVEE)                          7/16/2007

15

1     A.   No.

2     Q.   That's correct?

3     A.   Yes.

4     Q.   Okay.  Other than Exhibits 2 and 3,

5  Ms. Innis, are you in possession of any Form

6  95s submitted by you or on your behalf to the

7  Department of the Army?

8     A.   (Shakes head negatively.)

9     Q.   Are you aware of any other Forms 95

10  that you submitted to the Army?

11     A.   No.

12     Q.   Item Number 2, Ms. Innis, requests

13  production of documents pertaining to any

14  administrative claims that you've submitted to

15  any governmental body or agency in connection

16  with Hurricane Katrina.  And let me just sort

17  of list some of those out with you.

18          Did you make a claim with FEMA?

19     A.   Yes.

20     Q.   Okay.  Did you apply for an SBA loan?

21     A.   Yes.

22     Q.   Did you make any claim for Red Cross

23  benefits?

24     A.   Yes.

25     Q.   Did you make a claim with the Road

DAISY MAE INNIS (LEVEE)                    7/16/2007

16

1    Home Program?

2         A.   Yes.

3         Q.   Did you make a claim for food stamps?

4         A.   Yes.

5         Q.   Did you make a claim with any other

6    government -- Red Cross isn't a government

7    body, but did you make a claim with any other

8    entity that I haven't discussed with you?

9         A.   No.  No.

10        Q.   And I'm going to discuss each of these

11   with you in more detail later on, but let me

12   ask you this:  As to any of these claims, FEMA,

13   SBA, Red Cross, Road Home Program, food stamps,

14   are you in possession of any documents

15   regarding either your applications for such

16   benefits or your receipt of benefits?

17        A.   Um -- documents for FEMA.

18        Q.   You do have documents for FEMA.

19        A.   Yes.

20        Q.   Do you have documents in connection

21   with your SBA application?

22        A.   Yes.

23        Q.   Do you have any documents in

24   connection with Red Cross benefits?  Applied

25   for or received?

DAISY MAE INNIS (LEVEE)                          7/16/2007

17

1       A.   I don't -- can't recall.

2       Q.   Okay.  What about Road Home Program?

3       A.   Yes.

4       Q.   And what about food stamps?

5       A.   No.

6       Q.   Okay.  Item Number 3, Ms. Innis,

7   requests documents relating to insurance claims

8   that you've filed in connection or as a result

9   of Hurricane Katrina.  Have you filed any

10  insurance claims?

11      A.   Yes.

12      Q.   Okay.  What type of insurance claims

13  have you filed?  For example, homeowner's

14  insurance?

15      A.   Homeowner's.

16      Q.   What about flood insurance?

17      A.   No.

18      Q.   Okay.  Did you have flood insurance at

19  the time of the storm?

20      A.   No.

21      Q.   You had homeowner's insurance.

22      A.   Yes.

23      Q.   And who is your homeowner's -- or who

24  was your homeowner's insurer at the time of the

25  hurricane?

DAISY MAE INNIS (LEVEE)                          7/16/2007

1        A.    Allstate.

2        Q.    **And do you maintain documents in**

3   **connection with your application for and/or**

4   **receipt of homeowner's insurance benefits?**

5        A.    Do I have --

6        Q.    **Do you still have documents regarding**

7   **your insurance claim?**

8        A.    Yes.  Yes.

9        Q.    **Did you make any other insurance**

10  **claims as a result of the hurricane in addition**

11  **to your claim with Allstate?**

12       A.    Yes, I did.

13       Q.    **Okay.  What other insurance claims did**

14  **you make?**

15       A.    With Allstate?

16       Q.    **Or anybody.**

17       A.    Oh, no.  No.

18       Q.    **Okay.  Let me make sure you understand**

19  **my question.  You made -- as far as insurance**

20  **goes, you made a homeowner's claim with**

21  **Allstate.  Correct?**

22       A.    Yes.

23       Q.    **Okay.  Did you have any other**

24  **coverages with Allstate for which you made a**

25  **claim?**

DAISY MAE INNIS (LEVEE)                          7/16/2007

137

1    something, I'll go along with him.

2        Q.   Okay.  Now --

3        A.   Windows, doors, and stuff like that.

4        Q.   To pay him, are you using funds

5    provided by or from your insurance carrier or

6    what?

7        A.   Road Home.

8        Q.   Road Home.

9        A.   Road Home.  Road Home.

10       Q.   Well, you made a homeowner's claim

11   with Allstate.  What was the response by

12   Allstate to your claim?

13       A.   Well, that's turned over to Mr. Bruno.

14       Q.   I'm sorry?  Turned over to who?  Your

15   attorney?

16       A.   My attorney.  Yes.

17       Q.   Well, do you know, though, has

18   Allstate paid any benefits under the

19   homeowner's policy?

20       A.   Yeah.  They did.

21       Q.   Okay.  What did they pay you?

22       A.   Two thousand.  Just two thousand three

23   hundred, I think.  I have the papers on that.

24       Q.   You have the papers.

25       A.   I have the paperwork on that.

DAISY MAE INNIS (LEVEE)                    7/16/2007

139

1      Q.    Allstate sent an adjuster out to take

2   look at your property?

3      A.    Yes.

4      Q.    And they give you a report based on

5   what the adjuster found?  Did they give you

6   some kind of letter where they showed why they

7   were paying the $2,300?

8      A.    Yes.  I think it was.  I think so.  I

9   think.

10      Q.    And you still have that?

11      A.    I think -- yes.

12      Q.    Now, let's talk about other payments

13   you've gotten.  Just for damages to your home.

14   Okay?  Allstate paid you $2,300.

15      A.    Yes.

16      Q.    And were you about to tell me about

17   the Road Home.

18            Have you actually received your funds

19   from the Road Home?

20      A.    Yes.

21      Q.    Okay.  And how much did the Road Home

22   pay you?

23      A.    $88,000.

24      Q.    $88,000.  Okay.  Is that currently,

25   though, in some type of account right now?