1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES          CIVIL ACTION

CONSOLIDATED LITIGATION                NO. 05-4182 K2

                                                                 JUDGE DUVAL

PERTAINS TO LEVEE                      MAG. WILKINSON


FILED IN 05-4181, 05-4182, 05-4191, 05-4568,
        05-5237, 05-6073, 05-6314, 05-6324,
        05,6327, 05-6359, 06-0020, 06-1885,
        06-0225, 06-0886, 06-11208, 06-2278,
        06,2287, 06-2346, 06-2545, 06-3529,
        06-4065, 06-4389, 06-4634, 06-4931,
        06-5032, 06-5042, 06-5159, 06-5163,
        06-5367, 06-5471, 06-5771, 06-5786,
        06-5937, 06-7682, 07-0206, 07-0647,
        07-0993, 07-1284, 07-1286, 07-1288,
        07-1289


     Deposition of TRENISE ANDRESE JACKSON, given at the offices of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, on July 19th, 2007.



REPORTED BY:

     JOSEPH A. FAIRBANKS, JR., CCR, RPR

     CERTIFIED COURT REPORTER #75005



EXHIBIT 6

TRENISE ANDRESE JACKSON (LEVEE)                    7/19/2007

                                                          180

1   isn't any glass in the window at all.
2       Q.   Okay.  Now, as a result of the storm
3   you made a claim with Allstate, correct?
4       A.   Correct.
5       Q.   You made a claim under both your
6   homeowner's coverage and under your flood
7   coverage.
8       A.   Correct.
9       Q.   Now, let's break those two down.
10           Did your home -- did your Allstate
11  homeowner's coverage pay you any benefits
12  relative to your property damage?
13      A.   Um -- I did receive something from
14  them.
15      Q.   From your homeowner's coverage?
16      A.   From my homeowner's, yes.
17      Q.   You received money from them.
18      A.   Correct.
19      Q.   For your property damage?
20      A.   Yes, I believe it was property damage.
21      Q.   And how much did you receive?
22      A.   I don't have that exact amount
23  available.
24      Q.   Can you give me an approximate amount
25  that you received?

1    A.   I'd like to, but they were toying
2  between who would pay what, whether it be the
3  flood or homeowner's, so the initial outcome I
4  don't remember it, because the homeowner's was
5  saying it was flood, flood saying homeowner's,
6  so I really can't give the specifics right now.
7  But I do have documentation.
8    Q.   **Okay.  You also were paid, though,**
9  **benefits through your flood coverage.**
10   A.   Correct.
11   Q.   **Okay.  And you know your homeowner's**
12 **paid some and your flood paid some, you're just**
13 **not sure how much exactly each coverage paid.**
14   A.   Correct.
15   Q.   **But approximately how much was the**
16 **total amount of benefits that you received from**
17 **flood and/or homeowner's, regardless of how**
18 **much each paid?**
19   A.   I don't know the total.
20   Q.   **Okay.  Do you know if it's less than**
21 **fifty thousand, more than fifty thousand, less**
22 **than ten thousand?  Do you have any idea?**
23   A.   Combined?
24   Q.   **Yeah.  Combined, the total amount that**
25 **you received for property damages from**

```
 1       A.   I don't remember.
 2       Q.   Other than the payments by Allstate,
 3   have you received any other benefits with
 4   regard to your property damages?  From any
 5   other source.  Any other benefits specifically
 6   for your property damage.
 7       A.   Everything that I've mentioned to you
 8   is what I pretty much have.
 9       Q.   Well, you told me about FEMA.
10       A.   Yes.
11       Q.   But the benefits you received from
12   FEMA are not for property damage, correct?
13   They're for rental assistance, right?
14       A.   I'm not sure how they break it up for
15   their records.
16       Q.   You're not sure.
17       A.   No.
18       Q.   Okay.  Let's talk about -- why don't
19   we take a break so that videographer can change
20   the tape.
21            (Off the record.)
22   EXAMINATION BY MR. SUTTON:
23       Q.   Ms. Jackson, have you applied for
24   benefits through the Road Home Program.
25       A.   Yes.
```

1       Q.   Okay.  Have you received benefits
2    through the Road Home Program?
3       A.   Yes.
4       Q.   Okay.  And what amount of benefits did
5    you receive?
6       A.   Seventy-four thousand.
7       Q.   And is that money now in some type of
8    bank account, or how -- is it being held
9    specifically for improvements?
10      A.   Yes.
11      Q.   And approximately when did you receive
12   that money?
13      A.   Maybe eight days ago.
14      Q.   You just received it, then.
15      A.   Correct.
16      Q.   And where is it being held right now?
17      A.   At the bank.
18      Q.   What bank is that?
19      A.   Wells Fargo.
20      Q.   Wells Fargo.
21      A.   Correct.
22      Q.   Other than having your home gutted --
23   and I forgot to ask you, approximately when did
24   you have your home gutted?
25      A.   Um -- I don't recall dates, the date