1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** KATRINA CANAL BREACHES **CONSOL**IDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| **PERTAINS TO:** LEVEE | JUDGE DUVAL |
| **FILED IN:** 05-4181, 05-4182, **05-5237**, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5771, 06-5786, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | MAG. WILKINSON |

Videotaped deposition of BETTE J. JONES, 2111
Clouet Street, New Orleans, Louisiana   70117,
taken in the offices of Bruno & Bruno, 855
Baronne Street, New Orleans, Louisiana   70113, on
Monday, the 16th day of July, 2007, beginning at
9:16 a.m.

APPEARANCES:

    DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
    (BY:  JOSHUA M. PALMINTIER)
    618 Main street
    Baton Rouge, Louisiana   70801-1910

    ATTORNEYS FOR THE PLAINTIFFS

EXHIBIT 7

```
 1          A.   Yes.
 2          Q.   You have?  Do you have that
 3   documentation?
 4          A.   My attorneys have, I guess.
 5          Q.   You've given it to your attorneys?
 6          A.   Uh-huh.
 7          Q.   Is that a "Yes"?
 8          A.   Yes.
 9          Q.   Thank you.
10               You have -- do you have any
11   documents that refer or relate to any type of
12   insurance claim you made as a result of damages
13   or injuries that you sustained at -- on August
14   29th, 2005?
15          A.   Yes.
16          Q.   Okay.  Do you have that
17   documentation at home or have you given that to
18   your attorneys?
19          A.   My attorney.
20          Q.   Okay.  So, all that's with your
21   attorney?
22          A.   Yes.
23          Q.   Okay.  Do you have any of those
24   documents at your house?
25          A.   No.
```

1   have been a combined limit?
2       A.   Yes.
3       Q.   Okay. Was that also with Allstate?
4       A.   Yes.
5       Q.   Did you -- did you make a claim to
6   Allstate as a result of the damages?
7       A.   Yes.
8       Q.   You made a claim on both your flood
9   and homeowner's policy?
10      A.   Yes.
11      Q.   Okay. How much were you paid from
12  your flood insurance?
13      A.   Ninety thousand.
14      Q.   Okay. Did they come out and adjust
15  it, or did they just send you a check?
16      A.   They sent me a check.
17      Q.   Okay. So, you didn't meet an
18  adjuster out there before you got your flood --
19      A.   Oh, yeah, I met a adjuster.
20      Q.   Okay. What I'm trying to find out
21  is did you meet a flood adjuster from Allstate
22  or, you know, working for Allstate, before you
23  got the check for the flood?
24      A.   Oh, yes. I met the Allstate
25  adjuster and me and him talked, and he adjusted

1   down where you got $200.  Did you get that
2   initially or --
3           A.   I got that from one church we went
4   to and they gave me $100 worth of clothes and
5   $100 Wal-Mart card.
6           Q.   Okay.  So, that wasn't food stamps.
7   That was actually --
8           A.   That was $200.
9           Q.   Okay.  That actually came from a
10  church?
11          A.   Yes.
12          Q.   Okay.  Do you remember the name of
13  the church?
14          A.   Oh, no.  That was in Jackson,
15  Mississippi.
16          Q.   Okay.  Did you get any other type of
17  assistance from any of the governmental or, you
18  know, Red Cross-type organizations?
19          A.   No.
20          Q.   Okay.  And have you applied for any
21  other type of assistance other than The Road
22  Home?
23          A.   No.  I haven't applied for anything
24  but Road Home.
25          Q.   What did you have to do to apply for

1    Road Home?

2         A.    Well, I went on Poydras Street and
3    applied.

4         Q.    Okay.  Did you keep copies of those
5    documents that you had to fill out?

6         A.    Yes.  Uh-huh.

7         Q.    Have you given them to your lawyer
8    yet?

9         A.    No.

10        Q.    Okay.  Can you get a copy of that to
11   your lawyer for us?

12        A.    Yes.

13        Q.    Thank you.

14              And have you gotten any response
15   back from Road Home?

16        A.    No.

17        Q.    Okay.  So, the only thing -- the
18   only documents you would have from Road Home
19   would be the application that you filled out --

20        A.    Right.

21        Q.    -- is that right?

22        A.    Right.

23        Q.    Who -- who tore the structure down
24   on Clouet Street?

25        A.    Aaron Joseph.