1

               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA


**IN RE**: KATRINA CANAL        CIVIL ACTION
**BREACH**ES CONSOLIDATED
LITIGATION                      NO. 05-4182 "K" (2)
                                JUDGE DUVAL
PERTAINS TO: LEVEE
                                MAG. WILKINSON
FILED IN:
05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289



        Deposition of GLADYS R. LaBEAUD,
500 S. Jefferson Davis Parkway, Apt. 1, New
Orleans, Louisiana 70119, taken in the
offices of Bruno & Bruno, 855 Baronne St.,
Second Floor, New Orleans, Louisiana on
Monday, the 16th day of July, 2007 at 9:16
a.m.


EXHIBIT 8

1     Q.   None?
2     A.   (Witness shakes head.)
3     Q.   Number 3 is all documents that
4  refer or relate to insurance claims that the
5  deponent has filed to recover for damages or
6  injuries, personal or property, sustained
7  between August 28, 2005 and September 25,
8  2005.
9     A.   No.
10    Q.   You made no insurance claims?
11    A.   Oh, yes, I've made insurance
12 claims, yes.
13    Q.   Okay.  Have you been -- have you
14 received any money from any insurance
15 carriers?
16    A.   Yes.
17    Q.   Okay.  Do you have any documents
18 relative to the claims that you've made?
19    A.   I have them, but I don't have it
20 with me.
21    Q.   Okay.  Those are at your home?
22    A.   Yes.
23    Q.   Okay.  Number 4 requests all
24 documents in the possession, custody or
25 control of the deponent or his or her

1      Q.   Okay.  Do you know if Darryl had
2  any insurance on the contents of his
3  apartment?
4      A.   I don't know.
5      Q.   Okay.  Do you know if Darryl made a
6  claim with any insurer for the contents of
7  his apartment?
8      A.   I don't know.
9      Q.   Okay.  But the total amount you
10 received from State Farm was $120,100?
11     A.   (Witness nods head.)
12     Q.   Yes?
13     A.   Yes.
14     Q.   Okay.  And did you receive any
15 other insurance payments?
16     A.   Homeowner's.
17     Q.   You did get some money from the
18 homeowner's?
19     A.   Yes.
20     Q.   And State Farm was the homeowner's?
21     A.   Yes.
22     Q.   And how much money did you get from
23 State Farm?
24     A.   That was a little better than ten
25 thousand.

1    25,000.

2        Q.   Okay.  And did you receive any
3    money from the Red Cross?

4        A.   Some, yes.

5        Q.   You said you received twenty-five
6    thousand from FEMA?

7        A.   Yes.

8        Q.   And how much did you receive from
9    the Red Cross?

10       A.   I don't remember.

11       Q.   Okay.  And what was the $25,000
12   that you received from FEMA for?

13       A.   Housing and -- housing and I think
14   it was clothing that was for me and the two
15   children that lived with me.

16       Q.   Okay.  Did the $25,000 cover all of
17   your rental expenses in Texas?

18       A.   Yes.

19       Q.   So it covered all of your rental
20   expenses, and plus it allowed you and your
21   daughter and granddaughter to buy some new
22   clothes?

23       A.   Yeah.

24       Q.   And have you made a claim with the
25   Road Home program?

GLADYS LaBEAUD (LEVEE)                              7/16/2007

                                                          118

1      A.   Yes.
2      Q.   Okay.  Have you gotten a response?
3      A.   Yes.
4      Q.   And what was the response?
5      A.   They said we were -- I was
6   eligible.
7      Q.   Okay.  Did you -- have you received
8   any money from the Road Home program?
9      A.   Yes.
10     Q.   How much have you received?
11     A.   Seventy thousand eight hundred and
12  ninety-nine dollars and I think six cents.
13          MR. PATE:
14          What was the number?
15  EXAMINATION BY MR. GARDNER:
16     Q.   I think Miss LaBeaud has it
17  memorized.  What's the number?
18     A.   $70,899.06.
19     Q.   Have you made -- and is that the
20  entire amount you are eligible to receive
21  from the Road Home program?
22     A.   Is that the entire amount I was
23  eligible to receive?
24     Q.   Yes.
25     A.   No.