1

                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


**IN RE:**  KATRINA CANAL BREACHES      CIVIL ACTION
**CONSOL**IDATED LITIGATION
                                        NO. 05-4182 "K"(2)
  **PERTAINS TO:**  LEVEE               JUDGE DUVAL

  **FILED IN:**  05-4181, 05-4182,      MAG. WILKINSON
  **05-5237**, 05-6073, 05-6314,
  05-6324, 05-6327, 05-6359,
  06-0225, 06-0886, 06-1885,
  06-2152, 06-2278, 06-2287,
  06-2824, 06-4024, 06-4065,
  06-4066, 06-4389, 06-4634,
  06-4931, 06-5032, 06-5155,
  06-5159, 06-5161, 06-5162,
  06-5260, 06-5771, 06-5786,
  06-5937, 07-0206, 07-0621,
  07-1073, 07-1271, 07-1285



    Videotaped deposition of CALVIN LEVY, SR., 3205
    College Court, New Orleans, Louisiana 70125,
    taken in the offices of Bruno & Bruno, 855
    Baronne Street, New Orleans, Louisiana 70113, on
    Thursday, the 19th day of July, 2007, beginning
    at 9:25 a.m.


    APPEARANCES:

          A. J. REBENNACK
          Suite 2900
          1100 Poydras Street
          New Orleans, Louisiana  70163

              ATTORNEYS FOR THE PLAINTIFFS



```
 1          were marked for identification.)
 2   EXAMINATION BY MR. ANZELMO:
 3       Q.   Exhibit A, Number 2, said all
 4   administrative claims relating to Hurricane
 5   Katrina that the deponent has submitted to any
 6   governmental body or agency, including but not
 7   limited to, claim forms submitted to the
 8   Louisiana Recovery Authority.
 9            Did you submit any administrative
10   claims to any governmental entity?
11       A.   What -- I don't understand.
12       Q.   Did you submit a claim to the
13   Louisiana Recovery Authority for reimbursement of
14   anything?
15       A.   The Road Home Program?
16       Q.   Yes, sir.
17       A.   Yes.
18       Q.   Did you bring any documents
19   concerning that application?
20       A.   No.
21       Q.   I'm going through the pack of
22   information that -- that you presented to me, and
23   I see there's a document in here, Road Home
24   Program Applicant Certification.
25       A.   Okay.
```

1      Q.      -- if you know. Your wife. Okay.
2              So, on this form, you are claiming
3  costs incurred for a hotel or motel of 4,000;
4  furniture rental of 800; evacuation gas cost of
5  500; utility expense of $480; telephone of $750;
6  electricity of $1,200; sewer, 150; cable
7  TV/satellite, 330; internet service, 300; meals
8  prepared at home, 2,000; away from home, 800;
9  taxicab, buses, $50; laundry 1,500; dry cleaning,
10 1,200. There is no total -- subtotal or amount
11 owed.
12             Do you know if this ALE expense
13 document was sent in to State Farm?
14     A.      I don't know if it was sent in.
15     Q.      The Statement of Loss from State
16 Farm appears to reflect that you were paid a
17 total of $26,960.93. Does that sound like it's
18 correct?
19     A.      Yes.
20     Q.      Have you made a claim against your
21 homeowner's policy for any amount in addition to
22 what's already been paid to you?
23     A.      Yes.
24     Q.      Do you have a lawsuit pending
25 against State Farm at this point?

1  had asked, also, Number 3, documents that relate
2  to insurance claims. You have produced a portion
3  of your claim to State Farm for flood coverage,
4  but we have no documents for your homeowner's
5  policy and no documents relative to any damage or
6  claims that might have been made for the upstairs
7  of your home, and I'd ask -- I'd call for the
8  production of that -- those documents and ask you
9  to try to find those and supply them with
10 counsel -- supply them to counsel.
11           Number 4 is documents in your
12 possession, custody or control that relate to any
13 eyewitness account of Hurricane Katrina. Are you
14 aware of anything that you might have --
15      MR. REBENNACK:
16           Is that more of them there?
17      MR. ANZELMO:
18           No, sir.
19      MR. REBENNACK:
20           I think that's one there you
21      got your right hand on.
22      MR. ANZELMO:
23           This is my document that was
24      supplied --
25      MR. REBENNACK:

```
 1        Q.   Did you receive any food stamps
 2   following Katrina?
 3        A.   Yes.
 4        Q.   And who did you get those from?
 5        A.   We got them from Oklahoma City.
 6        Q.   Do you know the total amount that
 7   you might have received?
 8        A.   No.
 9        Q.   More than a thousand, less than a
10   thousand?
11        A.   I don't know.
12        Q.   Do you know why your SBA loan was
13   denied?
14        A.   They said I didn't have enough
15   income to pay -- repay the loan.
16        Q.   Do you know why your Road Home grant
17   has not been allowed so far?
18        A.   I have absolutely no idea.
19        Q.   Have you followed up with them?
20        A.   Yeah.  Yeah.  You get a different
21   answer every time you call them.
22        Q.   Have you ever received a letter from
23   them, what's called a gold letter, I think, that
24   they told --
25        A.   Yes.  Yes.
```