1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE:** KATRINA CANAL           CIVIL ACTION
**BREACH**ES CONSOLIDATED
LITIGATION                          NO. 05-4182 "K" (2)

                                    JUDGE DUVAL
PERTAINS TO:  LEVEE
                                    MAG. WILKINSON
FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289


            Deposition of DWAYNE MALLET, 1924
Wildair Drive, New Orleans, Louisiana 70122,
taken in the offices of Bruno & Bruno, 855
Baronne St., Second Floor, New Orleans,
Louisiana on Sunday, the 15th day of July,
2007 at 9:17 a.m.


EXHIBIT 10

1    Q.   Okay.  And what response did the
2  Red Cross make?
3    A.   They gave us a little, a little
4  help.
5    Q.   In what form?
6    A.   It was money.
7    Q.   How much?
8    A.   It was a check.  It was a check.
9  I'm not sure.  My wife was handling that.
10   Q.   Do you have any records of the Red
11 Cross assistance that you and your family
12 received?
13   A.   No.
14   Q.   And Louisiana Road Home, how did
15 you seek assistance from that program?
16   A.   Online.
17   Q.   Filled out an application on line?
18   A.   Yes.
19   Q.   Do you have a record of the
20 application you made to Louisiana Road Home?
21   A.   No.  They have it.
22   Q.   Sir?
23   A.   They have it.
24   Q.   They, Road Home has it?
25   A.   Yes.

```
 1      Q.   Has the Road Home responded to your
 2  application?
 3      A.   Yes.
 4      Q.   And favorably?
 5      A.   No.
 6      Q.   Okay.  Why were you denied?
 7      A.   I wasn't denied.
 8      Q.   Oh.  Well, what was the response?
 9      A.   They are still working on it.
10      Q.   All right.  Do you have any
11  paperwork from Louisiana Road Home about
12  where your application is?
13      A.   No.
14      Q.   How did they respond to you?
15      A.   They haven't decided -- I'm not at
16  closing.  They have all somebody else's
17  information with mine, my name.
18      Q.   Okay.  Bad question.  Did they call
19  you, e-mail you, send you a letter, what, to
20  tell them that they were still considering
21  your application?
22      A.   I've called them and they called --
23  they've called me and I've called them.
24      Q.   Okay.  No letters back and forth?
25      A.   No.
```

DWAYNE MALLET (LEVEE)                                7/15/2007

37

1      Q.   Thank you.  What insurance -- did
2   you have flood insurance on your home at
3   Wildair?
4      A.   Yes.
5      Q.   Was your home in a flood plain?
6      A.   I'm not sure.
7      Q.   Did you have homeowner's insurance
8   at your home at Wildair?
9      A.   Yes.
10     Q.   Did you make a claim against your
11  flood carrier following the hurricane?
12     A.   Yes.
13     Q.   Who -- what company had your flood
14  insurance?
15     A.   Traveler's.
16     Q.   Has Traveler's responded to your
17  claim for flood coverage?
18     A.   Yes.
19     Q.   They paid?
20     A.   No.  They promised -- they sent a
21  letter about the claim.  They also handle my
22  homeowner's.
23     Q.   Okay.  Has Traveler's paid your
24  homeowner's claim?
25     A.   Yes.

DWAYNE MALLET (LEVEE)                               7/15/2007

                                                          39

1      Q.   Do you have any records of your
2   claim against Traveler's or their response to
3   your claim for your home insurance?
4      A.   Yes.
5      Q.   Again, would you have those
6   collected and provide them to your counsel?
7      A.   Uh-huh.  Yes.
8      Q.   Thank you.  With respect to the
9   lawsuit that you have against Traveler's, do
10  you have any records of that suit in your
11  possession?
12     A.   No.
13     Q.   All of that is in the possession of
14  Mr. Kehoe?
15     A.   Yes.
16     Q.   In connection with your suit
17  against Traveler's, have you prepared any
18  lists of belongings that were lost or other
19  damages you incurred due to the hurricane and
20  its aftermath?
21     A.   No.
22     Q.   Has your deposition been taken in
23  that case?
24     A.   No.  No.
25     Q.   Have you responded to written