UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** KATRINA CANAL BREACHES **CONSOL**IDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE | |
| | JUDGE DUVAL |
| FILED IN 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | MAG. WILKINSON |

--------------------------------------------------------

TRANSCRIPT OF THE VIDEOTAPE DEPOSITION OF

LENNIECE MORRELL

Taken on behalf of THE LEVEE DEFENDANTS through their respective counsel reported in the above-entitled and -numbered cause, before Estella O. Champion, Certified Court Reporter, authorized to administer oaths of witnesses, pursuant to Section 961.1 of Title 13 of the Louisiana Revised Statutes of 1950, as amended, pursuant to the following stipulation:

REPORTED AT THE OFFICES OF:

    BRUNO & BRUNO
    855 BARONNE STREET
    SIXTH FLOOR CONFERENCE ROOM
    NEW ORLEANS, LOUISIANA 70113

COMMENCING AT 9:00 A.M. ON JULY 15, 2007.

EXHIBIT 11

LENNIECE MORRELL                                    7/15/2007

                                                           12

1        A.    Each time you provide, you request rental
2    assistance, they give you a follow-up document.
3        Q.    Okay. And about how many times did you
4    request rental assistance, do you know?
5        A.    Approximately eight months.
6        Q.    Okay. Any other documents from FEMA?
7        A.    No, sir.
8        Q.    All right. And what about SBA? You had
9    your loan application and response. What follow-up
10   documents do you have from SBA?
11       A.    Documents granting me the loan and monthly
12   statements of repayment.
13       Q.    Okay. We'll get into the details with
14   regard to the SBA and FEMA, but right now I'm just
15   trying to establish what documents you have.
16             And then obviously your insurance claim, you
17   got various communications back and forth with the
18   insurance carriers. Correct?
19       A.    Yes.
20       Q.    Now is that homeowner's?
21       A.    Yes, and flood.
22       Q.    All right. And flood. And your homeowner's
23   was with whom?
24       A.    USAA.
25       Q.    And the flood insurance?

```
 1        A.     USAA.
 2        Q.     Okay.  All right.  Do you believe you have
 3   any other documents in your possession or that you've
 4   given to your attorney that would be responsive to
 5   Number 2?
 6        A.     Not at this time.
 7        Q.     Okay.  You have not made an LRA Road Home
 8   claim?
 9        A.     Yes.  Yes, I have.  I'm sorry.
10        Q.     What documents do you have insofar as Road
11   Home or the LRA?
12        A.     The request for assistance and closing
13   documents.
14        Q.     You've gone to your closing?
15        A.     Yes.
16        Q.     Okay.  When did you do that?
17        A.     In May of 2007.
18        Q.     Okay.  I'll ask you some more questions
19   about that insofar as the specifics.
20               But you've got your request for assistance,
21   your closing.  Have you gotten your gold letter?
22        A.     I don't understand that question.
23        Q.     You're not familiar with the term "gold
24   letter"?
25        A.     No, sir.
```

LENNIECE MORRELL                                        7/15/2007

                                                              95

1       Q.    Okay.  Then 17 you've listed what your
2   homeowner's and what your flood had paid; is that
3   correct?
4       A.    Correct.
5       Q.    And your homeowner's paid you $3,677.43
6   after deductible?
7       A.    Yes.
8       Q.    And your flood paid you $94,954.79 after
9   deductible?
10      A.    Yes.
11      Q.    And then 18, you listed the USAA Insurance
12  Company in San Antonio, Texas as your insurer.  Am I
13  correct?
14      A.    Yes.
15      Q.    And then you attached your identification,
16  which we previously marked as Defendant's Exhibit 2,
17  and then you also attached a summary of events.  Is
18  that right?
19      A.    Yes, sir.
20      Q.    Okay.  Okay.  Let's go back to the first
21  page.  Ms. Morrell, are you claiming any claim for
22  personal property other than what's reflected in this
23  form as a result of Hurricane Katrina in this lawsuit
24  that we're here for today?
25      A.    Could you restate that question, please.

1    Q.   Yes, ma'am.
2    A.   No, no.
3    Q.   Your Form 95, we went over that. And you
4    already went to your closing on Road Home; correct?
5    A.   Yes, sir.
6    Q.   How much did you receive?
7    A.   I received $28,000. However, they
8    immediately deferred 8,000 of it to SBA.
9    Q.   What's your understanding of "deferred to
10   SBA"?
11   A.   They used $8000 of the money to reduce the
12   loan that I had with SBA by $8000.
13   Q.   And you've already received those funds?
14   A.   Yes, sir.
15   Q.   Any other LRA or Road Home grants --
16   A.   No, sir.
17   Q.   -- that we haven't talked about?
18        What about Red Cross?
19   A.   We spoke of that earlier. I received one
20   check.
21   Q.   All right. What about Louisiana Purchase,
22   did you ever get any food stamps from Louisiana, state
23   of Louisiana, Louisiana Purchase?
24   A.   Directly following the storm, they only gave
25   it to me one time.