1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** KATRINA CANAL BREACHES **CONSOL**IDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| **PERTAINS TO:** LEVEE | JUDGE DUVAL |
| **FILED IN:** 05-4181, 05-4182, **05-5237**, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5771, 06-5786, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | MAG. WILKINSON |

Videotaped deposition of STELLA WASHINGTON, 1478
Mithra Street, New Orleans, Louisiana  70122,
taken in the offices of Bruno & Bruno, 855
Baronne Street, New Orleans, Louisiana  70113, on
Thursday, the 12th day of July, 2007, beginning
at 9:29 a.m.

APPEARANCES:

    LAMBERT & NELSON
    (BY:  E. ALEXIS BEVIS)
    701 Magazine Street
    New Orleans, Louisiana  70130
                AND

EXHIBIT 12

STELLA WASHINGTON (LEVEE)                          7/12/2007

13

1   Form 95 that you would have submitted with the
2   United States Army Corps of Engineer.  And as I
3   understand it, you do have a copy of your Form
4   95?
5        A.   Yes.
6        Q.   To your knowledge, did you submit
7   only one Form 95 or multiple Forms 95?
8        A.   I submitted one.
9        Q.   Okay.  Number 2 concerns documents
10  dealing with administrative claims that you may
11  have submitted to any governmental body.  Do you
12  know if you're in possession of any documents
13  responsive to this request?
14       A.   Yes.
15       Q.   And, generally, what would those
16  types of documents entail?
17       A.   We had the -- the documents for
18  FEMA.
19       Q.   Okay.
20       A.   We received Red Cross, but I had no
21  document on Red Cross.
22       Q.   Okay.  What about The Road Home
23  program?
24       A.   Road Home, yes.  Yes.  Road Home.
25       Q.   And, what about any SBA loan?

JOHNS PENDLETON COURT REPORTERS                    800 562-1285

1        Q.    How high, you think, off the ground
2   do you think that third step is, just based on
3   your experience of going up and down it all those
4   years?
5        A.    About -- about two and a half feet.
6        Q.    Okay.  And I'm not trying to hold
7   you to an exact measurement.
8        A.    Yeah.  I'm not sure.
9        Q.    That's your best estimate?
10       A.    Yes.  Exactly.
11       Q.    Did you have any homeowner's
12  insurance at the time of Hurricane Katrina?
13       A.    No.  It had just lapsed in July.
14       Q.    Okay.  Who did you have your
15  insurance with?
16       A.    It was with the -- with -- through
17  the -- it was forced -- forced something
18  insurance through the mortgage company.
19       Q.    Okay.
20       A.    If I have it in here -- if I have it
21  in here.  It was forced-placed insurance through
22  the mortgage company, CIT Group.
23            MS. BEVIS:
24                 Is that forest or forced?
25            THE WITNESS:

STELLA WASHINGTON (LEVEE)					7/12/2007

136

1       Q.      Tell me about the status of your
2  Road Home application.
3       A.      What do you want to know?
4       Q.      Well, you've applied for Road
5  Home --
6       A.      Correct.
7       Q.      -- a Road Home grant.
8       A.      Correct.
9       Q.      Have you had your hearing where you
10 go down there?
11      A.      Oh, yeah.  I've received my Road
12 Home money.
13      Q.      Oh, you've received your Road Home
14 money?
15      A.      Yes.
16      Q.      Okay.  How much did you receive for
17 your Road Home money?
18      A.      A hundred thirty-one thousand, eight
19 hundred and something dollars.
20      Q.      Is that essentially the amount that
21 you asked for?
22      A.      Between -- well, they came and they
23 assessed my home, and between that and the fair
24 market value of the house and everything, that's
25 what they came up with.

JOHNS PENDLETON COURT REPORTERS						800 562-1285