1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION                NO. 05-4182 K2
                                       JUDGE DUVAL
PERTAINS TO LEVEE                      MAG. WILKINSON

FILED IN 05-4181, 05-4182, 05-4191, 05-4568,
         05-5237, 05-6073, 05-6314, 05-6324,
         05,6327, 05-6359, 06-0020, 06-1885,
         06-0225, 06-0886, 06-11208, 06-2278,
         06,2287, 06-2346, 06-2545, 06-3529,
         06-4065, 06-4389, 06-4634, 06-4931,
         06-5032, 06-5042, 06-5159, 06-5163,
         06-5367, 06-5471, 06-5771, 06-5786,
         06-5937, 06-7682, 07-0206, 07-0647,
         07-0993, 07-1284, 07-1286, 07-1288,
         07-1289

Deposition of JOHN BARTHOLOMEW WILLIAMS, given at the offices of Bruno & Bruno, 855 Baronne, Street, New Orleans, Louisiana 70113, on July 12th, 2007.



EXHIBIT 13

```
 1      A.   Yes.  Okay.
 2      Q.   You may not have it with you today.
 3           Number 3 refers to all documents that
 4   refer or relate to insurance claims that the
 5   deponent -- which is you -- has filed to
 6   recover for damages or injuries, personal or
 7   property, sustained between August 28th, 2005
 8   and September 25th, 2005.
 9           Do you have any -- have you made any
10   claims with any insurance companies?
11      A.   I did.  Yes.
12      Q.   And do you have any documents
13   regarding those claims?
14      A.   Hartford.  Yes.
15      Q.   And will you agree to produce those to
16   your attorney?
17      A.   Will I --
18      Q.   Will you agree to produce those to
19   your attorney?
20      A.   Will I agree to do it?
21      Q.   Yes.
22      A.   I think I can find the documents.
23      Q.   Okay.  Number 4 requests all documents
24   in the possession, custody or control of the
25   deponent -- which is you -- or his or her
```

```
 1      Q.    When did you begin repairs on
 2  Charlotte Drive?
 3      A.    Oh, maybe about three, four months.
 4      Q.    Three or four months ago?
 5      A.    Yes.
 6      Q.    All right.  Now, you mentioned earlier
 7  that you had flood insurance and homeowner's
 8  insurance on the property at Charlotte?
 9      A.    Yes.
10      Q.    On Charlotte Drive?
11      A.    Yes.
12      Q.    And those were written through
13  Hartford?
14      A.    Yes.
15      Q.    Okay.  What were the limits of the
16  flood insurance?
17      A.    I don't have that figure.
18      Q.    Okay.  Do you know what the limits of
19  the homeowner's insurance were?
20      A.    I don't have that figure either.
21      Q.    And I assume that either you or your
22  wife reported the damage to the insurers.
23      A.    Yes.
24      Q.    Okay.  And an insurer came out and did
25  an appraisal of the damage.
```

JOHN WILLIAMS (LEVEE)                               7/12/2007

                                                         120

1     A.   Estimated, yes.
2     Q.   Did he give you a copy of that?
3     A.   Yes.
4     Q.   Okay.  And do you have that?
5     A.   Yes.
6     Q.   Okay.  Would you also give that to
7  your attorneys?
8     A.   Yes.
9     Q.   Okay.  Do you know how much the
10 insurance adjuster appraised the damage?
11    A.   No, sir, I do not.  I don't have it.
12 I don't know.
13    Q.   Were you paid proceeds from both your
14 flood insurance and your homeowner's insurance?
15    A.   Flood -- yes.
16    Q.   Okay.  Do you know how much you
17 received total?
18    A.   No, I don't have the figure, no.
19    Q.   Okay.  Do you know if it's enough to
20 cover the repairs?
21    A.   No, I know it isn't.
22    Q.   You don't know.
23    A.   It isn't.
24    Q.   It isn't.  Okay.
25    A.   In accordance with, you know, with

JOHNS PENDLETON COURT REPORTERS                  800 562-1285

1   rejected it.
2       Q.   How much were you approved for?
3       A.   $150,000.  But I said I didn't need
4   but sixty.
5       Q.   Okay.  And that was to repair the
6   beauty parlor?
7       A.   Yes.
8       Q.   Have you applied with the Road Home
9   Program?
10      A.   Yes.
11      Q.   Okay.  Have you gotten a response?
12      A.   Not yet.  Conditional, yes.  But not
13  yet.
14      Q.   And what was the conditional response?
15      A.   That, um -- I would get -- it was a
16  mitigation grant of thirty thousand dollars.
17      Q.   And what was the mitigation grant for,
18  that was for --
19      A.   For lifting my property or raising it
20  if I opted.
21      Q.   Okay.  I have no other questions.
22  EXAMINATION BY MR. HOLTHAUS:
23      Q.   I have a few I want to visit.
24           Mr. Williams, I want to go back to --
25  there was some questions asked of you whether