UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | MAG. WILKINSON |

## *EX PARTE* MOTION FOR EXPEDITED HEARING

The Levee defendants, through undersigned counsel, respectfully move for entry of an Order setting an expedited hearing for their Motion to Reconsider Court's Order on Levee Defendants' Motion to Compel. The Levee defendants respectfully submit that expedited hearing is necessary in light of the many critical upcoming deadlines outlined in CMO #4.

**WHEREFORE,** the Levee defendants respectfully move for entry of an Order setting an expedited hearing for their Motion to Reconsider Court's Order on Levee Defendants' Motion to Compel.

Dated: August 2, 2007                                  Respectfully submitted,

                                          s/ Thomas P. Anzelmo
                                          McCRANIE, SISTRUNK, ANZELMO,
                                             HARDY, MAXWELL & McDANIEL
                                          Thomas P. Anzelmo, P.A. - #2533
                                          Mark E. Hanna - #19336
                                          Kyle P. Kirsch - #26363
                                          Andre J. Lagarde - #28649
                                          3445 N. Causeway Boulevard, Ste. 800
                                          Metairie, Louisiana 70002
                                          TELEPHONE:  (504) 831-0946
                                          FACSIMILE:  (504) 831-2492

                                          and

                                          LABORDE & NEUNER
                                          Ben L. Mayeaux - #19042
                                          James L. Pate - # 10333
                                          Gregory A. Koury - #26364
                                          One Petroleum Center, Suite 200
                                          1001 West Pinhook Road
                                          Lafayette, Louisiana 70503
                                          TELEPHONE:  (337) 237-7000
                                          FACSIMILE:  (337) 233-945
                                          Attorneys for the ORLEANS LEVEE DISTRICT

                                          s/ Charles M. Lanier, Jr.
                                          CHRISTOVICH & KEARNEY, LLP
                                          Charles M. Lanier, Jr. - #18299
                                          J. Warren Gardner, Jr. - #5928
                                          Elizabeth Cordes - #1786
                                          Pan American Life Center
                                          601 Poydras Street, Suite 2300
                                          New Orleans, LA 70130-6078
                                          TELEPHONE:  (504) 593-4272
                                          FACSIMILE:  (504) 561-5743
                                          Attorneys for the SEWERAGE AND WATER
                                          BOARD OF NEW ORLEANS

887011v.1

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT

s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
  & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, a copy of the above and foregoing *Ex Parte* **Motion for Expedited hearing** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com
