UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: LEVEE | |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |

## **O R D E R**

Considering the foregoing Motion for Expedited Hearing;

**IT IS ORDERED** that the motion is hereby GRANTED and that the Motion to Reconsider Court's Order on Levee Defendants' Motion to Compel filed by the Levee defendants shall be heard on August \_\_\_ , 2007 at _____. Any opposition thereto shall be due August \_\_\_\_, at _____.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2007

_____
UNITED STATES MAGISTRATE JUDGE