- 1 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br><br>MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | |

## REQUEST FOR ORAL ARGUMENT

The Levee Defendants respectfully request oral argument on their Motion to Reconsider the Court's Order (Rec. Doc. 6592) on the Levee Defendants' Motion to Compel. The Levee Defendants respectfully submit that oral argument will be of assistance to the Court in its resolution of the motion.

**WHEREFORE**, the Levee Defendants respectfully request oral argument on their Motion to Reconsider the Court's Order (Rec. Doc. 6592) on the Levee Defendants' Motion to Compel.

Dated: August 2, 2007                                    Respectfully submitted,

        s/ Thomas P. Anzelmo
        McCRANIE, SISTRUNK, ANZELMO,
          HARDY, MAXWELL & McDANIEL
        Thomas P. Anzelmo, P.A. - #2533
        Mark E. Hanna - #19336
        Kyle P. Kirsch - #26363
        Andre J. Lagarde - #28649
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE: (504) 831-0946
        FACSIMILE: (504) 831-2492

        and

        LABORDE & NEUNER
        Ben L. Mayeaux - #19042
        James L. Pate - # 10333
        Gregory A. Koury - #26364
        One Petroleum Center, Suite 200
        1001 West Pinhook Road
        Lafayette, Louisiana 70503
        TELEPHONE: (337) 237-7000
        FACSIMILE: (337) 233-945
        Attorneys for the ORLEANS LEVEE DISTRICT

887017v.1

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
    MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT

s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS

887017v.1

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
   & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

887017v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, a copy of the above and foregoing **Request for Oral Argument** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com
