UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
|  | * | JUDGE DUVAL |
| * * * * * * * * | * | MAG. WILKINSON |

PERTAINS TO :
LEVEE AND MRGO

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CERTAIN CLASS CERTIFICATION DEADLINES

NOW INTO COURT, through undersigned counsel, comes Plaintiffs in the above captioned matter, who move this Honorable Court to revise and extend certain deadlines from Case management Order No. 4 related to class certification.

No previous extensions of time have been obtained with respect to the requested class certification deadlines. Moreover, Defense liaison counsel has advised by telephone and via email that he has no objection to this motion.

Plaintiffs' move to have the following deadlines extended:

1. Plaintiffs' memoranda in support of their motions for class certification extended from August 31, 2007 to September 10, 2007.

2. Defendants' memoranda in opposition to plaintiffs' motions for class certification extended from September 28, 2007 to October 9, 2007.

3. Plaintiffs' reply brief in support of motions for class certification extended from

October 9, 2007 to October 15, 2007.

WHEREFORE, Plaintiffs' pray this motion be granted and the aforementioned deadlines be extended.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 2nd day of August, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno