UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| * * * * * * * * | | MAG. WILKINSON |

PERTAINS TO :
LEVEE AND MRGO

## PROPOSED ORDER

CONSIDERING the Plaintiffs' Unopposed Motion to Extend Certain Class Certification Deadlines, and for good cause shown:

IT IS HEREBY ORDERED that the Plaintiffs' motion is GRANTED and CMO No. 4 is hereby AMENDED as follows:

I.

Plaintiffs' memoranda in support of their motions for class certification are due September 10, 2007.

II.

Defendants' memoranda in opposition to plaintiffs' motions for class certification are due October 9, 2007.

III.

Plaintiffs' reply brief in support of motions for class certification are due October 15, 2007.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE