UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY J. RANDAZZO, ET AL.                CIVIL ACTION

VERSUS                                      NUMBER: 07-1082
                                            c/w 05-4182

LAFAYETTE INSURANCE COMPANY, ET AL.         SECTION: "K"(2)


**ORDER CANCELLING SETTLEMENT CONFERENCE**

In light of the transfer of this matter to Section K(2), the settlement conference scheduled for August 6, 2007 before Magistrate Judge Alma L. Chasez is hereby **CANCELLED**.

New Orleans, Louisiana, this  1st  day of August, 2007.

                                        ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE