UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-4634, 06-5042, 06-5116, 06-5118, | § | |
|    06-5127, 06-5128, 06-5131, 06-5132, 06-5134, | § | |
|    06-5137, 06-5140, 06-5142, 06-5163, 07-647, | § | |
|    07-1284, 07-1286, 07-1288, 07-1289) | § | |
| MRGO (06-1885, 06-2268, 06-4024, 07-1073, | § | |
|    07-1285, 07-1271) | § | |
| MRGO/LEVEE (06-4931, 06-5159, 06-5161, | § | |
|    06-5771, 07-206) | § | |
| LEVEE, MRGO, RESPONDER (05-4181) | § | |
| _____ | § | |

## MOTION TO WITHDRAW AS COUNSEL

Defendants United States of America and United States Army Corps of Engineers

respectfully request that Catherine J. Finnegan, Trial Attorney for the United States Department

of Justice, be withdrawn as a counsel of record in the above-captioned actions.

This request to withdraw is respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Catherine J. Finnegan
CATHERINE J. FINNEGAN
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 3, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Catherine J. Finnegan, hereby certify that on August 3, 2007, I served a true copy of the

United States' Motion to Withdraw as Counsel upon all parties by ECF.


s/ Catherine E. Corlies
CATHERINE E. CORLIES