U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL 3 0 2007
LORETTA G. WHYTE
CLERK

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 07-30119

CV05-4182-K

U.S. COURT OF APPEALS
FILED
JUL 27 2007
CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

---

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G HARVEY, SR

    Plaintiffs - Appellees-Cross-Appellants

v.

UNITRIN PREFERRED INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

-----------------------------------------

KELLY A HUMPHREYS

    Plaintiff - Appellee-Cross-Appellant

v.

ENCOMPASS INDEMNITY COMPANY

    Defendant - Appellant-Cross-Appellee

-----------------------------------------

XAVIER UNIVERSITY OF LOUISIANA

    Plaintiff - Appellee

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

    Defendant - Appellant

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No.____

---

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY FORSTER; GLENDY FORSTER; ET AL

        Plaintiffs - Appellees-Cross-Appellants

v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

        Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

        Defendant - Cross-Appellee

---

Appeals from the United States District Court for the Eastern District of Louisiana, New Orleans

---

O R D E R :

IT IS ORDERED that the unopposed motion of Gladys Chehardy; Daniel Fontanez; Jacquelyn Fontanez; Larry Forster; Glency Forster; Et Al to supplement the record on appeal with the A A A Homeowners Auto Club Family Insurance Company policy issued to Wendell Glapion bearing policy number P1-383064-1 is *granted*.

                                      /s/Charles R. Fulbruge III
                                      CHARLES R. FULBRUGE III
                                      CLERK OF COURT
                          ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
      Deputy
New Orleans, Louisiana  7/27/07

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 27, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-30119  In Re: Katrina Canal
      USDC No.  2:06-CV-1674
                   2:06-CV-1673
                   2:06-CV-1672
                   2:06-CV-516
                   2:06-CV-169
                   2:05-CV-6323
                   2:05-CV-4182

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Allison Lopez
     Allison Lopez, Deputy Clerk
     504-310-7702

Ms Laura Anne Foggan
Mr Charles C Foti Jr
Ms Nancy B Gilbert
Mr Levon G Hovnatanian
Mr Dominic J Ovella
Mr Christopher Raymond Pennison
Mr Marshall M Redmon
Mr John Powers Wolff III
Mr Christopher Todd Handman
Mr Joseph M Bruno
Ms Judy Y Barrasso