U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2007 JUL 31 PM 4:06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO. 05-4182 * * JUDGE: DUVAL ("K") * |
| PERTAINS TO: INSURANCE *Sheryl and Kelvin Watts v. Allstate Insurance Company*, No. 07-3402 | * MAGISTRATE: CHASEZ ("5") * * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO FILE EXHIBITS UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes Allstate Insurance Company, who respectfully requests that this Court enter an order directing the Clerk of Court to designate Exhibits A, B and C to their Memorandum in Support of Motion to Enforce Settlement Agreement as "Confidential" and file said exhibits under seal.

Respectfully submitted,

/s/ Judy Y. Barrasso

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically mailed the foregoing to opposing counsel of record as follows:

bfeingerts@aol.com

_____

90299