UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 JUDGE: DUVAL ("K") |
| PERTAINS TO: INSURANCE *Sheryl and Kelvin Watts v. Allstate Insurance Company*, No. 07-3402 | * * * * | MAGISTRATE: CHASEZ ("5") |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT
### OF MOTION TO FILE EXHIBITS UNDER SEAL

Allstate Insurance Company ("Allstate") moves the Court to enter an order directing the Clerk of Court to file the attached Exhibits A, B and C to the Memorandum in Support of Motion to Enforce Settlement Agreement as "Confidential" and file these documents under seal. Confidential settlement information is reflected in these exhibits, therefore Allstate requests that the exhibits be placed under seal.

Respectfully submitted,

_____
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically mailed the foregoing to opposing counsel of record as follows:

bfeingerts@aol.com

_____

90300