UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | JUDGE: DUVAL ("K") |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE: CHASEZ ("5") |
| *Sheryl and Kelvin Watts v. Allstate Insurance* | * | |
| *Company*, No. 07-3402 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to File Exhibits Under Seal;

**IT IS HEREBY ORDERED** that the attached Motion to File Exhibits Under Seal is **GRANTED** and the Clerk of this Court is hereby instructed to file Exhibits A, B and C to Allstate Insurance Company's Memorandum in Support of Motion to Enforce Settlement Agreement under seal.

New Orleans, Louisiana, this 3rd day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.

90303