FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 31  PM 4: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | JUDGE: DUVAL ("K") |
| PERTAINS TO: INSURANCE | * | |
| *Sheryl and Kelvin Watts v. Allstate Insurance Company*, No. 07-3402 | * * * | MAGISTRATE: CHASEZ ("5") |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Allstate Insurance Company ("Allstate") hereby submits this Motion to Enforce Settlement Agreement with respect to the claims of plaintiffs Sheryl and Kelvin Watts ("plaintiffs"). As explained in the attached Memorandum in Support, plaintiffs and Allstate mediated the claims involved in this litigation on March 7, 2007. The mediation resulted in the full settlement of Plaintiffs' claims against Allstate, thereby barring the claims asserted by Plaintiffs in this matter. Plaintiffs have failed, however, to comply with the Settlement Agreement and take the necessary actions to dismiss their claims against Allstate.



1

**WHEREFORE**, Allstate prays that this Court enter an Order enforcing the Settlement Agreement entered into by and between Plaintiffs and Allstate and dismissing all of Plaintiffs' claims against Allstate, with prejudice.

Respectfully submitted,

_____
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
  Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically mailed the foregoing to opposing counsel of record as follows:

bfeingerts@aol.com

_____