# FILED UNDER SEAL

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL ("K") |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE: CHASEZ ("5") |
| *Sheryl and Kelvin Watts v. Allstate Insurance* | * | |
| *Company*, No. 07-3402 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT A

# FILED UNDER SEAL

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | JUDGE: DUVAL ("K") |
| * | |
| PERTAINS TO: INSURANCE * | MAGISTRATE: CHASEZ ("5") |
| *Sheryl and Kelvin Watts v. Allstate Insurance* * | |
| *Company*, No. 07-3402 * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT B

# FILED UNDER SEAL

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | JUDGE: DUVAL ("K") |
| * | |
| PERTAINS TO: INSURANCE * | MAGISTRATE: CHASEZ ("5") |
| *Sheryl and Kelvin Watts v. Allstate Insurance* * | |
| *Company*, No. 07-3402 * | |
| * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT C

**Kristin L. Beckman**
Direct Dial: (504) 589-9765
Direct Fax: (504) 589-9701
E-Mail: kbeckman@barrassousdin.com

Our File No.:
14,599

April 3, 2007

**Via Facsimile and U.S. Mail**

Bruce L. Feingerts, Esq.
Feingerts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130

   Re: *Shelton, et al.* v. *Allstate Insurance Company,* re: *Watts* claim
     <u>USDC No. 06-7763, Section R, Magistrate 5</u>

Dear Bruce,

  To date, I have not received the signed release and settlement agreement your clients, the Watts', were to sign in the above-referenced matter. Please either forward it to me or advise as to the status of the agreement. Furthermore, I have not received notification that you have filed the Partial Motion to Dismiss in this matter. Please advise me of the status of that as well.

         Regards,

         Kristin L. Beckman

KLB/hlr

bcc: C – 5113542137
   Glenn Hagar
   David Radigan
   Colleen Reid



82701

# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### - COUNSELLORS AT LAW -

Kristin L. Beckman
Direct Dial: (504) 589-9765
Direct Fax: (504) 589-9701
E-Mail: kbeckman@barrassousdin.com

Our File No.:
14,599

May 17, 2007

Bruce L. Feingerts, Esq.
Feingerts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, Louisiana 70130

Re:  *Shelton, et al.* v. *Allstate Insurance Company*, re: *Watts* and *Horton* claim
     USDC No. 06-7763, Section R, Magistrate 5

Mr. Feingerts,

To date, we still have never received the signed settlement and release agreement in the *Watts v. Allstate* matter (part of the above-referenced case), nor has the requisite motion to dismiss been filed. Please complete these with Mr. and Mrs. Watts as soon as possible.

Additionally, as you and I discussed on Thursday, May 10, 2007, upon Allstate's recent inspection of the Horton property (the basis of the *Horton v. Allstate* claim, also part of the above-referenced matter), both your inspector and Allstate's inspector agreed that there was never any roof damage to the Horton property. As you and I discussed, I understand that you will speak to your inspector, Mr. Jim Kotter, and confirm this. Once you have confirmed this, please contact me so that we can discuss the conclusion of this claim.

Regards,

Kristin L. Beckman

KLB/gpc



504-589-9700 · FAX: 504-589-9701
L L & E TOWER · 909 POYDRAS STREET, SUITE 1800 · NEW ORLEANS, LOUISIANA 70112

85687

# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### - COUNSELLORS AT LAW -

**Kristin L. Beckman**
Direct Dial: (504) 589-9765
E-Mail: kbeckman@barrassousdin.com

Our File No.
14,599

July 2, 2007

Bruce Feingerts, Esq.
Feingerts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, LA 70130

    Re:    *Shelton, et al. v. Allstate Insurance Company re: Watts*
           USDC No. 06-7763, Section R, Mag. 5

Dear Mr. Feingerts:

    Today, I received a call from your client, Mrs. Watts, who expressed her frustration with the fact that she has not received any monies from her settlement with Allstate in the above-referenced matter. I explained to her that I was not permitted to speak with her directly, and that she should contact you for resolution of this matter. As you know, we forwarded the settlement check in this case to you several months ago. To date, we have not received the signed settlement agreement, nor has the motion to dismiss been filed. Please contact me regarding this matter by Friday, July 6, 2007. If we do not hear from you on this matter by July 6, we will be forced to file a motion to enforce settlement and we will seek all related costs and fees in conjunction with filing of same.

                                    Regards,

                                      Kristin L. Beckman

KLB:gpc


EXHIBIT F

# BARRASSO · USDIN · KUPPERMAN
# FREEMAN & SARVER, L.L.C.
### - COUNSELLORS AT LAW -

Kristin L. Beckman
Direct Dial: (504) 589-9765
E-Mail: kbeckman@barrassousdin.com

Our File No.
14,599

July 6, 2007

**VIA FACSIMILE AND U.S. MAIL**
Bruce Feingerts, Esq.
Feingerts & Kelly, PLC
365 Canal Street, Suite 2700
New Orleans, LA 70130

   Re: *Shelton, et al. v. Allstate Insurance Company re: Watts*
     USDC No. 06-7763, Section R, Mag. 5

Dear Mr. Feingerts:

  As we discussed today, we expect to receive the signed settlement agreement in the above-referenced matter from your office next week and that the motion to dismiss will be filed next week.

           Regards,

           Kristin L. Beckman

KLB:gpc


EXHIBIT G