UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION NO. 05-4182 <br> * <br> *  JUDGE: DUVAL ("K") <br> * |
| PERTAINS TO: INSURANCE <br> *Sheryl and Kelvin Watts v. Allstate Insurance Company*, No. 07-3402 | *  MAGISTRATE: CHASEZ ("5") <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Please take notice that undersigned counsel will bring its Motion to Enforce Settlement Agreement for hearing before the Honorable Stanwood Duval on August 22, 2007, at 9:30 a.m.

Respectfully submitted,

/s/ Judy Y. Barrasso

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
Of
BARRASSO USDIN KUPPERMAN
      FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically mailed the foregoing to opposing counsel of record as follows:

bfeingerts@aol.com

_____