EXHIBIT A

## ACKNOWLEDGMENT OF OBLIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JUL 31 PM 1:27
LORETTA G. WHYTE
CLERK

I, the undersigned, hereby acknowledge that I have read the attached Master Protective Order entered in the United States District Court for the Eastern District of Louisiana in the consolidated lawsuits styled In re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K"(2). I understand the terms of this Master Protective Order and agree to be bound by all the terms thereof. Without limiting the generality of the foregoing statement, I agree not to disclose any document or information designated as CONFIDENTIAL INFORMATION or PARTY SENSITIVE CONFIDENTIAL INFORMATION pursuant to the terms of this Master Protective Order (or any copies, extracts, summaries, or information otherwise derived therefrom) to any person or entity not authorized under this Master Protective Order to receive such information. I further agree to use any CONFIDENTIAL INFORMATION or PARTY SENSITIVE CONFIDENTIAL INFORMATION disclosed to me in connection with the lawsuit in which the CONFIDENTIAL INFORMATION or PARTY SENSITIVE CONFIDENTIAL INFORMATION was produced solely for the purposes of the lawsuit(s) listed below by their U.S.D.C./E.D.La. Civil Action Number and for no other purposes. I further acknowledge and agree that the terms of this Master Protective Order are enforceable against me by any party to the above referenced consolidated litigation both during and after the conclusion of the lawsuit. I further agree and submit to the jurisdiction of, and consent to the enforcement of the terms of this Master Protective Order in, the United States District Court for the Eastern District of Louisiana.

Date: 6/18/07    Signature: Phyllis R Copemann

Print Name: Phyllis R Copemann

List of Lawsuits: 07-2742 (2) "K"

07-2741 "K" (2)

TENDERED FOR FILING

JUN 21 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



RECEIVED
JUL 30 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

Copernavon
3144 Victoria Drive
Trailer #112
Baton Rouge, La 70805

BATON ROUGE
LA 706 3 L
19 JUN 2007 PM

United States District Court
Eastern District of La.
500 Poydras Street
New Orleans, La 70130

Att: Clerk of Court.
Judge Duval
Room C-151