UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

**EX-PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR
LEAVE TO SUBSTITUTE PLAINTIFFS' PROPOSED RESTATED LEVEE MASTER
CONSOLIDATED CLASS ACTION COMPLAINT (RECORD DOCUMENT 6584-3)
WITH CORRECTED VERSION OF PLAINTIFFS' RESTATED LEVEE MASTER
CONSOLIDATED CLASS ACTION COMPLAINT**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the consolidated class

actions,  individually and on behalf of all others similarly situated and, with the consent of the

Defendants, respectfully move this Honorable Court for an Order granting leave to substitute the attached corrected version of the Restated Levee Master Consolidated Class Action Complaint, for Record Document 6584-3, Plaintiffs' Restated Levee Master Class Action Complaint that was attached as a Proposed Pleading to Plaintiffs' Motion for Leave to File Plaintiffs' Restated Levee Master Consolidated Class Action Complaint (Record Document 6584) that was filed on July 18, 2007.

1.

Plaintiffs request the substitution for the reason that the proposed Restated Levee Master Consolidated Class Action Complaint attached to Record Document 6584, through an error in editing, mistakenly omitted proposed Zone 3 Subclass Representative Leslie Dorantes, failed to include the East Jefferson Levee Districts insurer, National Union Fire Insurance Company Of Pittsburgh, and further failed to remove from the Complaint those Contractor, Engineer, and Architect defendants that have been previously dismissed (See Rec. Doc 6175).

2.

Federal Rule of Civil Procedure 60(a) allows that "Clerical mistakes in . . . parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time on its own initiative or on the motion of any party . . . ."

3.

The proposed Restated Levee Master Consolidated Class Action Complaint attached to Record Document 6584, through an oversight in the editing of the final draft, failed to include the East Jefferson Levee Districts insurer, National Union Fire Insurance Company Of Pittsburgh, and

failed to strike the allegations against the contractors, engineers, and architects that have been previously dismissed, and further failed to include a paragraph describing proposed Zone 3 subclass representative Leslie Dorantes. The omitted paragraphs regarding EJLD's insurer and the omitted Zone 3 sub-class representative read as follows:

Paragraph 16(j):

> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH (hereafter "NATIONAL UNION"), a foreign insurer authorized to do and doing business as an insurer in the State of Louisiana, who at all times relevant herein had in full force and effect a policy or policies of liability insurance, under the terms, provisions, and conditions of which it assumed liability for the acts and/or negligence of its insured, EJLD, and against whom Class Representatives assert their claim under the Louisiana Direct Action Statute, La. R.S. 22:655

Paragraph 18(c)(5):

> **LESLIE DORANTES**.  Prior to the storm, Ms. Dorantes resided at 3614 Virgil Boulevard, New Orleans, La., 70122   She is and Administrative Assistant.  The property was a residential apartment in which she resided as a renter.  The property was approximately 2500 square feet.  Ms. Dorantes is 59 years old and now resides in Convent, Louisiana, 9216 Sugar Hill Street, Lot 127, Convent, Louisiana, 70723-2749   Ms. Dorantes suffered damages as a result of the London Avenue Canal eastern breach and inundation from the Inner Harbor Navigational Canal.

4.

Counsel for the defendants have been consulted and there is no opposition to this motion for leave to substitute Record Document 6584-3 with the attached corrected version of the proposed Restated Levee Master Consolidated Class Action Complaint.

WHEREFORE, plaintiffs and class representatives pray that this Motion be granted and that Record Document 6584-3 be substituted with the attached corrected Plaintiffs' Restated Levee Master Consolidated Class Action Complaint.

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:  PLAINTIFFS' LIAISON COUNSEL
s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
L. SCOTT JOANEN (21431)
Law Offices of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with firs class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 3rd day of August , 2007.

/s/   Joseph M. Bruno
JOSEPH M. BRUNO