# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                 CIVIL ACTION
      CONSOLIDATED LITIGATION

                                       NO.: 05-4182

                                       SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
               05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
               06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
               06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
               06-5032, 06-5042, 06-5159, 06-5163, 06-5367,06-5471,
               06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
               07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for plaintiffs in has inquired of counsel for defendants

whether there is any objection to the filing of the EX-PARTE MOTION AND INCORPORATED

MEMORANDUM IN SUPPORT FOR LEAVE TO SUBSTITUTE PLAINTIFFS' PROPOSED

RESTATED LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT (RECORD

DOCUMENT 6584-3) WITH CORRECTED VERSION OF PLAINTIFFS' RESTATED LEVEE

MASTER CONSOLIDATED CLASS ACTION COMPLAINT, and defendants have responded that

there is no objection.

Respectfully submitted,

LEVEE     PLAINTIFFS     SUB-GROUP
LITIGATION COMMITTEE
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By: PLAINTIFFS' LIAISON COUNSEL
s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
L. SCOTT JOANEN (21431)
Law Offices of Joseph M. Bruno
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with firs class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 3rd day of August, 2007.

/s/   Joseph M. Bruno
JOSEPH M. BRUNO