UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO: | * | |
| INSURANCEMASTER | * | |
| CONSOLIDATED CLASS ACTION | * | |
| COMPLAINT | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION AND INCORPORATED MEMORANDUM FOR THE PURPOSE OF TEMPORARILY LIFTING OF STAY ORDER AND DISMISSAL OF THE CLAIMS OF JOHN WILLIAMS, HARVEY JORDAN, TURNER THOMAS AND CLEMMIE QUINN WITH PREJUDICE**

**NOW INTO COURT**, come plaintiffs John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn ("Settled Hartford Plaintiffs") and Hartford Insurance Company of the Midwest, improperly identified by plaintiffs as Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Southeast ("Hartford") who respectfully aver as follows:

I.

The Insurance Master Consolidated Class Action Complaint consolidated several putative class actions, one of which was *Abadie, et al vs. Aegis, et al.*, No. 06-5164.  By virtue of this

1

Court's Order dated March 16, 2007 [Doc. 3426], the Insurance Master Class Action Consolidated Complaint is stayed.[1]

II.

The aforementioned Settled Hartford Plaintiffs were all named plaintiffs in the putative class action lawsuit styled as *Abadie, et al vs. Aegis, et al.*, No. 06-5164.

III.

The Settled Hartford Plaintiffs also appear as named plaintiffs in the Insurance Master Consolidated Class Action Complaint.

IV.

In conjunction with an amicable resolution of the Settled Hartford Plaintiffs' claims in *Abadie, et al vs. Aegis, et al.*, No. 06-5164, this Court entered a dismissal with prejudice in *Abadie, et al vs. Aegis, et al.*, No. 06-5164 of the Settled Hartford Plaintiffs' claims against Hartford, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling. [Doc. 7 in No. 06-05164]

V.

Because the Settled Hartford Plaintiffs' claims have been dismissed with prejudice in *Abadie, et al vs. Aegis, et al.*, No. 06-5164, there is no basis for them to continue asserting those same claims against Hartford in the Insurance Master Consolidated Class Action Complaint.

---

[1] Williams, Jordan, Thomas, and Quinn are ***not*** named plaintiffs in the *Chehardy*, *Vanderbrook*, or *Xavier* matters which are the subject of that certain stay order issued on February 28, 2007, by the United States Court of Appeals for the Fifth Circuit.

VI.

Accordingly, the Settled Hartford Plaintiffs and Hartford jointly move this Court for entry of an order dismissing all of the Settled Hartford Plaintiffs' claims from the Insurance Master Consolidated Class Action Complaint with prejudice.

VII.

Furthermore, Undersigned counsel both further aver that the claims of John Platz – the only other plaintiff in the Insurance Master Consolidated Class Action Complaint to have asserted claims against Hartford Insurance Company of the Midwest – were previously dismissed with prejudice from the Insurance Master Consolidated Class Action Complaint as a result of an amicable compromise.   [Doc. 6434 in 05-4182]

VIII.

Accordingly, both undersigned counsel aver that there are no remaining plaintiffs in the Insurance Master Consolidated Class Action Complaint with claims against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southeast, and Hartford Insurance Company of the Midwest in the Insurance Master Consolidated Class Action Complaint.  As such, both undersigned counsel move this court for entry of an order terminating Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southeast, and Hartford Insurance Company of the Midwest as a defendant to the Insurance Master Consolidated Class Action Complaint.

**WHEREFORE**, plaintiffs John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn and Hartford Insurance Company of the Midwest, improperly identified by plaintiffs as, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or

Hartford Insurance Company of the Southeast pray this Court enter an order which (1) that temporarily lifts the stay of the Insurance Master Class Action Consolidated Complaint with respect to Hartford solely for the limited purpose of addressing this motion and (2) dismisses with prejudice and at each party's cost all of the claims of John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn against Hartford Insurance Company of the Midwest, improperly identified by plaintiffs as Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Southeast, including without limitation their claims arising under their respective policies of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling by their respective insurers.

Furthermore, plaintiffs and defendants pray for entry of an order terminating Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southeast, or Hartford Insurance Company of the Midwest as defendants to the Insurance Master Class Action Consolidated Complaint because there are no named plaintiffs in the Insurance Master Class Action Consolidated Complaint with claims against Hartford Insurance Company of the Midwest, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Southeast

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:         jbruno@brunobrunolaw.com

**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:      rhubbard@lawla.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of May 2007, a copy of the foregoing **JOINT MOTION FOR LIMITED REOPENDING OF CASE FOR THE PURPOSE OF DISMISSING CERTAIN HARTFORD POLICYHOLDERS WITH PREJUDICE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Joseph M. Bruno

/s/ Ralph S. Hubbard