UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MOTION TO COMPEL WGII'S FIRST
REQUESTS FOR PRODUCTION AND 30(B)(6) DEPOSITIONS**

NOW INTO COURT comes Washington Group International, Inc. ("WGII") and, for the reasons set forth in the accompanying memorandum, respectfully moves to compel the production of documents and a brief 30(b)(6) depositions of Allstate Insurance Company, Farmer's Exchange Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Standard Insurance Company ("Insurers").

**WHEREFORE,** Washington Group International, Inc. ("WGII") respectfully moves to compel the production of documents and a brief 30(b)(6) depositions of Allstate Insurance Company, Farmer's Exchange Insurance Company,

887261v.1

Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Standard Insurance Company ("Insurers").

Dated: August 3, 2007

Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

887261v.1

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion To Compel WGII's First Requests For Production and 30(b)(6) Deposition has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 3rd day of August, 2007.

                                           */s/Heather S. Lonian*
                                           Heather S. Lonian

887261v.1