# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel hereby certifies that counsel for Washington Group International, Inc. ("WGII") conferred with counsel for Allstate Insurance Company, Farmer's Exchange Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Standard Insurance Company ("Insurers") on August 3, 2007 in an effort to resolve the issues that are the subject of its accompanying motion to compel and were unable to do so.

887266v.1

Dated: August 3, 2007                                      Respectfully submitted,

                                                           */s/Heather S. Lonian*
                                                           William D. Treeby, 12901
                                                           Carmelite M. Bertaut, 3054
                                                           Heather S. Lonian, 29956
                                                               Of
                                                           Stone Pigman Walther Wittmann L.L.C.
                                                           546 Carondelet Street
                                                           New Orleans, Louisiana  70130
                                                           Telephone:  (504) 581-3200
                                                           Facsimile:  (504) 581-3361

                                                           Attorneys for Washington Group
                                                           International, Inc.

                                                           Of counsel

                                                           Adrian Wager-Zito
                                                           Julie McEvoy
                                                           Jones Day
                                                           51 Louisiana Avenue, N.W.
                                                           Washington, D.C. 20001-2113
                                                           Telephone:  (202) 879-4645
                                                           Facsimile:  (202) 626-1700

                                                           Jerome R. Doak
                                                           Jones Day
                                                           2727 N. Harwood Street
                                                           Dallas, Texas  75201
                                                           Telephone:  (214) 220-3939
                                                           Facsimile:  (214) 969-5100

## **C E R T I F I C A T E**

        I hereby certify that a copy of the above and foregoing Local Rule 37.1 Certificate has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 3rd day of August, 2007.

                                                           */s/Heather S. Lonian*
                                                           Heather S. Lonian