UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**WASHINGTON GROUP INTERNATIONAL, INC.'S REQUESTS FOR
PRODUCTION OF DOCUMENTS TO ALLSTATE INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 34, Washington Group International, Inc. ("Washington Group") submits these Requests for Production of Documents to Allstate Insurance Company. Washington Group requests that Allstate produce responsive documents at the offices of Stone Pigman Walther Wittmann, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130.

**DEFINITIONS**

For the purposes of these discovery requests, the following definitions shall apply:

1. "Documents" shall be used in the broadest sense contemplated by Federal Rule of Civil Procedure 34, and include all writings of any kind, including, but not limited to: data compilations, electronic mail, letters, communications, correspondence,

reports, facsimiles, memoranda, records, forecasts, statistical statements, graphs, maps, diagrams, tables, recordings, appraisals, summaries, handwritten notes, stenographic notes, typed notes, projections, press releases, computer print outs, computer disks, computer tapes, digital information, photographs, electronic data, charts, or videotapes.

2. "Former Named Plaintiffs" shall refer to the following persons who previously filed various proposed class action lawsuits against Washington Group, Inc., that were pending in the United States District Court for the Eastern District of Louisiana, but who are not listed in the MR-GO Master Consolidated Class Action Complaint filed on March 15, 2007, in the case *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 Section "K" (2):

> Jimmy and Cynthia Cochran
> 3201 Meraux Ln.
> Violet, LA 70092 (St. Bernard Parish)
>
> C A Waguespack
> 909 Eagle St.
> Chalmette, LA 70043 (St. Bernard Parish)
>
> Joan Johnson
> 8512 Cedar Ln.
> New Orleans, LA 70127 (New Orleans East)
>
> Joan Johnson
> 3115 3rd St.
> New Orleans, LA 70125 (New Orleans Broadmoor)
>
> Albert and Hilda Clark
> 7145 E. Tamaron Blvd.
> New Orleans, LA 70128 (New Orleans East)
>
> Shirley A Taylor
> 2630 Forstall St.
> New Orleans, LA 70117 (Lower Ninth Ward)

Kim Lamerson
1408 Gallier St.
New Orleans, LA 70117 (Lower Ninth Ward)

Kim Lamerson
2219 St. Roch Ave.
New Orleans, LA 70117 (Lower Ninth Ward)

Beverly Ann Evans
1419 Deslonde St.
New Orleans, LA 70117 (Lower Ninth Ward)

Beverly Ann Evans
2419 ½ S. Saratoga St.
New Orleans, LA 70113 (Garden District)

Keisha Jacquet
1329 ½ Alvar St.
New Orleans, LA 70117 (Lower Ninth Ward)

Sharon Stewart
7062 Bundy Rd.
New Orleans, LA 70127 (New Orleans East)

M Chetta
2104 Congressman Hebert Dr.
Chalmette, LA 70043 (St. Bernard Parish)

Robert Ciuffi and Lisa Rodrigue-Ciuffi
8625 Livingston Dr.
Chalmette, LA 70043 (St. Bernard Parish)

Larry McKenzie and Yolanda McKenzie
2338 Monticello Street
New Orleans, LA 70117 (Lower Ninth Ward)

Michael Jamison
2428 Independence St.
New Orleans, LA 70117 (Lower Ninth Ward)

Fred Holmes
1205 Perrin Dr.
Arabi, LA 70032 (St. Bernard Parish)

Alvin Livers

>930 Caffin Ave.
>New Orleans, LA 70117 (Lower Ninth Ward)
>
>Bobby L and Darlene LeDuff
>5584 Stillwater Dr.
>New Orleans, LA 70128 (New Orleans East)

3. "Insurance Claim" shall include any claim or request by an insured for payment under an insurance policy, regardless of whether the claim was submitted verbally, in writing, or over the Internet, or any claim submitted verbally that is recorded (electronically or otherwise) or reduced to writing by you, including any documents submitted by or on behalf of the insured in connection with such claim.

4. "Lawsuits" encompass all civil actions whether they are pending in any state or federal court or state or federal appellate court, or have been resolved, settled, or dismissed.

5. "New Orleans Metropolitan Statistical Area" means the area defined for United States Census purposes and which includes Jefferson, Orleans, Plaquemines, St. Bernard, St. Tammany, St. Charles, and St. John the Baptist parishes.

6. "Named Plaintiffs" shall refer to the following plaintiffs in the MR-GO Master Consolidated Class Action Complaint filed on March 15, 2007 in the case *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 Section "K" (2):

>Kenneth Paul Armstrong, Sr.
>4016 Hamlet Place
>Chalmette, La. (St. Bernard Parish)
>
>Jeanine B. Armstrong
>4016 Hamlet Place
>Chalmette, La. (St. Bernard Parish)

Ethel Mae Coats
1020-22 Charbonnet
New Orleans, La. (Lower Ninth Ward)

Henry Davis
7650 Morel Street
New Orleans, La. (New Orleans East)

Glynn Wade
4719 Bundy Rd.
New Orleans, La. (New Orleans East)