UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO<br><br>FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

**WASHINGTON GROUP INTERNATIONAL, INC.'S
NOTICE OF 30(B)(6) DEPOSITION TO
THE STANDARD FIRE INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 30, Washington Group International, Inc. ("Washington Group") submits this Notice of 30(b)(6) Deposition to The Standard Fire Insurance Company. Washington Group requests that The Standard Fire Insurance Company's 30(b)(6) representative appear at the offices of Stone Pigman Walther Wittmann, L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130 on July 27, 2007, at 9:00 A.M.

**DEFINITIONS**

For the purposes of these deposition topics, the following definitions shall apply:

881224v.1

1. "Documents" shall be used in the broadest sense contemplated by Federal Rule of Civil Procedure 34, and include all writings of any kind, including, but not limited to: data compilations, electronic mail, letters, communications, correspondence, reports, facsimiles, memoranda, records, forecasts, statistical statements, graphs, maps, diagrams, tables, recordings, appraisals, summaries, handwritten notes, stenographic notes, typed notes, projections, press releases, computer print outs, computer disks, computer tapes, digital information, photographs, electronic data, charts, or videotapes.

2. "Former Named Plaintiffs" shall refer to the following persons who previously filed various proposed class action lawsuits against Washington Group, Inc., that were pending in the United States District Court for the Eastern District of Louisiana, but who are not listed in the MR-GO Master Consolidated Class Action Complaint filed on March 15, 2007, in the case *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 Section "K" (2):

> Jimmy and Cynthia Cochran
> 3201 Meraux Ln.
> Violet, LA 70092 (St. Bernard Parish)
>
> C A Waguespack
> 909 Eagle St.
> Chalmette, LA 70043 (St. Bernard Parish)
>
> Joan Johnson
> 8512 Cedar Ln.
> New Orleans, LA 70127 (New Orleans East)
>
> Joan Johnson
> 3115 3rd St.
> New Orleans, LA 70125 (New Orleans Broadmoor)

881224v.1

Albert and Hilda Clark
7145 E. Tamaron Blvd.
New Orleans, LA 70128 (New Orleans East)

Shirley A Taylor
2630 Forstall St.
New Orleans, LA 70117 (Lower Ninth Ward)

Kim Lamerson
1408 Gallier St.
New Orleans, LA 70117 (Lower Ninth Ward)

Kim Lamerson
2219 St. Roch Ave.
New Orleans, LA 70117 (Lower Ninth Ward)

Beverly Ann Evans
1419 Deslonde St.
New Orleans, LA 70117 (Lower Ninth Ward)

Beverly Ann Evans
2419 ½ S. Saratoga St.
New Orleans, LA 70113 (Garden District)

Keisha Jacquet
1329 ½ Alvar St.
New Orleans, LA 70117 (Lower Ninth Ward)

Sharon Stewart
7062 Bundy Rd.
New Orleans, LA 70127 (New Orleans East)

M Chetta
2104 Congressman Hebert Dr.
Chalmette, LA 70043 (St. Bernard Parish)

Robert Ciuffi and Lisa Rodrigue-Ciuffi
8625 Livingston Dr.
Chalmette, LA 70043 (St. Bernard Parish)

Larry McKenzie and Yolanda McKenzie
2338 Monticello Street
New Orleans, LA 70117 (Lower Ninth Ward)

>Michael Jamison
>2428 Independence St.
>New Orleans, LA 70117 (Lower Ninth Ward)
>
>Fred Holmes
>1205 Perrin Dr.
>Arabi, LA 70032 (St. Bernard Parish)
>
>Alvin Livers
>930 Caffin Ave.
>New Orleans, LA 70117 (Lower Ninth Ward)
>
>Bobby L and Darlene LeDuff
>5584 Stillwater Dr.
>New Orleans, LA 70128 (New Orleans East)

3. "Insurance Claim" shall include any claim or request by an insured for payment under an insurance policy, regardless of whether the claim was submitted verbally, in writing, or over the Internet, or any claim submitted verbally that is recorded (electronically or otherwise) or reduced to writing by you, including any documents submitted by or on behalf of the insured in connection with such claim.

4. "Lawsuits" encompass all civil actions whether they are pending in any state or federal court or state or federal appellate court, or have been resolved, settled, or dismissed.

5. "New Orleans Metropolitan Statistical Area" means the area defined for United States Census purposes and which includes Jefferson, Orleans, Plaquemines, St. Bernard, St. Tammany, St. Charles, and St. John the Baptist parishes.

6. "Named Plaintiffs" shall refer to the following plaintiffs in the MR-GO Master Consolidated Class Action Complaint filed on March 15, 2007 in the case *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 Section "K" (2):

Kenneth Paul Armstrong, Sr.
4016 Hamlet Place
Chalmette, La. (St. Bernard Parish)

Jeanine B. Armstrong
4016 Hamlet Place
Chalmette, La. (St. Bernard Parish)

Ethel Mae Coats
1020-22 Charbonnet
New Orleans, La. (Lower Ninth Ward)

Henry Davis
7650 Morel Street
New Orleans, La. (New Orleans East)

Glynn Wade
4719 Bundy Rd.
New Orleans, La. (New Orleans East)

- 5 -

## 30(B)(6) DEPOSITION TOPICS

As required by the subpoena, pursuant to Federal Rule of Civil Procedure 30(b)(6), you are requested to designate one or more persons to testify on your behalf on the following matters:

**DEPOSITION TOPIC NO. 1:**

Any Insurance Claim submitted to you by or on behalf of any Named Plaintiff for personal injury, property damage, or other loss occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005.

**DEPOSITION TOPIC NO. 2:**

Any Insurance Claim submitted to you by or on behalf of any Former Named Plaintiff for personal injury, property damage, or other loss occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005.

**DEPOSITION TOPIC NO. 3:**

The total number of Insurance Claims submitted to you by your policyholders for personal injury, property damage, or other loss that was allegedly due to wind, rain, fire, vandalism, or theft occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005.

**DEPOSITION TOPIC 4:**

The total amount of money that you have paid to your policyholders for personal injury, property damage, or other loss that was allegedly due to wind, rain, fire, vandalism, or theft occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005

through September 30, 2005.

**DEPOSITION TOPIC 5:**

Any lists of lawsuits that either (1) list the Lawsuits filed against you by your policyholders involving insurance coverage for losses allegedly due to wind, rain, fire, vandalism, or theft occurring in the New Orleans Metropolitan Statistical Area from August 28, 2005 through September 30, 2005, or (2) reflect the number of such Lawsuits

**DEPOSITION TOPIC 6:**

Whether The Standard Fire Insurance Company has any documents responsive to the requests in Washington Group International, Inc.'s Notice of 30(b)(6) Deposition to The Standard Fire Insurance Company that would break out the requested information by geographical subgroups within the New Orleans Metropolitan Statistical Area.

**DEPOSITION TOPIC 7:**

The authentication and organization of all documents produced pursuant to the request for documents under Washington Group International, Inc.'s Notice of 30(b)(6) Deposition to The Standard Fire Insurance Company and the manner in which the documents and information contained therein were recorded and kept, and your regular practices to make and keep such documents or information.

881224v.1

Dated:  June 27, 2007

Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

# **C E R T I F I C A T E**

    I hereby certify that a copy of Washington Group International, Inc.'s Notice of 30(b)(6) Deposition to The Standard Fire Insurance Company has been served upon Seth A. Schmeeckle, Esq., in his capacity as Defendants' Liaison Counsel and Joseph M. Bruno, Esq. in his capacity as Plaintiffs' Liaison Counsel via e-mail this 27th day of June, 2007.

    */s/Heather S. Lonian*