Case 2:05-cv-04182-SRD-JCW   Document 6828-8   Filed 08/03/07   Page 1 of 2

**Allstate Insurance Company 2006**
# Corporate Social Responsibility Report



# Business Practices

### more than 98% of claims resulting from Hurricane Katrina have been settled

