

About Farmers • Contact Us • Partner Login • en Español

**FARMERS** — *Gets you back where you belong.*

Auto | Homeowners | Life | Business | Boats | Motorcycles | Specialty Products | Financial Products

[Search]



# Farmers News & Media Center



**Manage My Policies & Pay My Monthly Bill**

User ID: [ ]   *Forgot Your ID?*
Password: [ ]   *Forgot Your Password?*

[Enroll Now] [Log In]
View Demo    Learn More

- Make a One Time Payment
- Get a Quote
- Find a Local Agent
- Report a Claim
- Use Tools & Calculators
- Plan for Life Events
- Prepare for the Unexpected
- Visit our Communities
- Career Opportunities

**FARMERS INSURANCE ANNOUNCES HURRICANE KATRINA LOSS ESTIMATES**

LOS ANGELES, CA (October 4, 2005) – The Farmers Insurance Group of Companies announced today the estimated losses experienced by its Property and Casualty Insurance Exchanges from Hurricane Katrina.

Louisiana, Alabama and Mississippi are relatively new markets for Farmers whose market share in these states is approximately 3% in Homeowners and even less in Auto. Combined with Foremost we anticipate approximately 32,000 claims on which our National Catastrophe Team is making good progress already. As of today, the Farmers Exchanges' pre-tax losses after reinsurance are estimated between $200 and 220 million. Farmers said these losses are within expected total catastrophe losses for the year and will not affect its plans for surplus growth in the Insurance Exchanges in 2005.

Farmers advises its customers still suffering damage from the hurricane to immediately contact their agent or call the 24 hour claims hotline, 800-HelpPoint (1-800-435-7764).

"Our claims people have been doing a phenomenal job getting our customers back where they belong," said Jeff Beyer, senior vice president for Farmers. "We are doing all we can to expedite service at this time when our customers need us most, said Beyer.

Home    Media Center    Help    Sitemap    Privacy Policy    Legal Disclaimer    Zurich Financial Services