UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO | SECTION: "K" (2) |
| FILED IN:   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

### AFFIDAVIT OF LOUISIANA FARM BUREAU
### MUTUAL INSURANCE COMPANY

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

     BEFORE ME, the undersigned authority, personally came and appeared:

### NORYN A. WARD

who, after being sworn, did depose and state, explicitly reserving all rights of Louisiana Farm Bureau Mutual Insurance Company, the following:

271200.1.wpd

1. That she is a Litigation Manager with Louisiana Farm Bureau Insurance Companies;

2. That she is personally familiar with litigation and claims in the New Orleans Metropolitan Statistical Area involving insurance coverage by Louisiana Farm Bureau Mutual Insurance Company for losses allegedly due to wind, rain, fire, vandalism, and/or theft in the New Orleans Metropolitan Statistical Area, which includes Jefferson, Orleans, St. Bernard, Plaquemines, St. Tammany, St. Charles and St. John the Baptist Parishes, from August 28, 2005 through September 30, 2005;

3. That Louisiana Farm Bureau Mutual Insurance Company maintains records of its regularly conducted insurance business made at or near the time of the occurrence set forth by or from information transmitted by a person with knowledge that these records are kept in the in the course of Louisiana Farm Bureau Mutual Insurance Company's regularly conducted business and made by the regularly conducted business as a regular practice. These records include records of claims and litigation.

4. That, as a representative of Louisiana Farm Bureau Mutual Insurance Company and one of its custodian of records for claims resulting from Hurricane Katrina, she has personally searched the records of the Louisiana Farm Bureau Mutual Insurance Company for any and all claims made from August 28, 2005 through September 30, 2005 by the following individuals for damage to property allegedly located in the New Orleans Metropolitan Statistical Area:

Jimmy and Cynthia Cochran
3201 Meraux Ln.
Violet, LA 70092
(St. Bernard Parish)

Joan Johnson
8512 Cedar Ln.
New Orleans, LA 70127
(New Orleans East)

C A Waguespack
909 Eagle St.
Chalmette, LA 70043
(St. Bernard Parish)

Joan Johnson
3115 3rd St.
New Orleans, LA 70125
(New Orleans Broadmoor)

Albert and Hilda Clark
7145 E. Tamaron Blvd.
New Orleans, LA 70128
(New Orleans East)

Shirley A. Taylor
2630 Forstall St.
New Orleans, LA 70117
(Lower Ninth Ward)

Kim Lamerson
1408 Gallier St.
New Orleans, LA 70117
(Lower Ninth Ward)

Kim Lamerson
2219 St. Roch Ave.
New Orleans, LA 70117
(Lower Ninth Ward)

Beverly Ann Evans
1419 Deslonde St.
New Orleans, LA 70117
(Lower Ninth Ward)

Beverly Ann Evans
2419½ S. Saratoga St.
New Orleans, LA 70113
(Garden District)

Keisha Jacquet
1329½ Alvar St.
New Orleans, LA 70117
(Lower Ninth Ward)

Sharon Stewart
7062 Bundy Rd.
New Orleans, LA 70127
(New Orleans East)

M Chetta
2104 Congressman Hebert Dr.
Chalmette, LA 70043
(St. Bernard Parish)

Robert Ciuffi and
Lisa Rodrigue-Ciuffi
8625 Livingston Dr.
Chalmette, LA 70043
(St. Bernard Parish)

Larry McKenzie and
Yolanda McKenzie
2338 Monticello St.
New Orleans, LA 70117
(Lower Ninth Ward)

Michael Jamison
2428 Independence St.
New Orleans, LA 70117
(Lower Ninth Ward)

| | |
|---|---|
| Fred Holmes<br>1205 Perrin Dr.<br>Arabi, LA 70032<br>(St. Bernard Parish) | Jeanine B. Armstrong<br>4016 Hamlet Pl.<br>Chalmette, LA 70043<br>(St. Bernard Parish) |
| Alvin Livers<br>930 Caffin Ave.<br>New Orleans, LA 70117<br>(Lower Ninth Ward) | Ethel Mae Coats<br>1020-22 Charbonnet St.<br>New Orleans, LA 70117<br>(Lower Ninth Ward) |
| Bobby L. And Darlene LeDuff<br>5584 Stillwater Dr.<br>New Orleans, LA 70128<br>(New Orleans East) | Henry Davis<br>7650 Morel St.<br>New Orleans, LA 70128<br>(New Orleans East) |
| Kenneth Paul Armstrong, Sr.<br>4016 Hamlet Pl.<br>Chalmette, LA 70043<br>(St. Bernard Parish) | Glynn Wade<br>4719 Bundy Rd.<br>New Orleans, LA 70127<br>(New Orleans East); |

5. That none of the individuals listed above have made a claim against Louisiana Farm Bureau Mutual Insurance Company for property damage occurring from August 28, 2005 through September 30, 2005, nor did any of them hold a policy issued by Louisiana Farm Bureau Mutual Insurance Company that was effective from August 28, 2005 through September 30, 2005;

6. That 378 claims were reported to Louisiana Farm Bureau Mutual Insurance Company for losses allegedly due to wind, rain, fire, vandalism, and/or theft in Orleans Parish during the time period of August 28, 2005 through September 30, 2005 (see attached record);

7. That 315 claims were reported to Louisiana Farm Bureau Mutual Insurance Company

for losses allegedly due to wind, rain, fire, vandalism, and/or theft in St. Bernard Parish during the time period of August 28, 2005 through September 30, 2005 (see attached record);

8. That $8,833,046.53 were paid by Louisiana Farm Bureau Mutual Insurance Company for losses allegedly due to wind, rain, fire, vandalism, and/or theft in Orleans Parish from August 28, 2005 through September 30, 2005 (see attached record);

9. That $7,947,408.46 were paid by Louisiana Farm Bureau Mutual Insurance Company for losses allegedly due to wind, rain, fire, vandalism, and/or theft in St. Bernard Parish from August 28, 2005 through September 30, 2005 (see attached record);

10. Policyholders filed approximately 9 lawsuits naming Louisiana Farm Bureau Mutual Insurance Company for losses allegedly due to wind, rain, fire, vandalism, and/or theft in Orleans Parish and St. Bernard Parish from August 28, 2005 through September 30, 2005 (see attached record);

11. That she has read the foregoing and all of the information contained therein is true and accurate to the best of her personal knowledge.

_____
NORYN A. WARD

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS  23rd
DAY OF   July      , 2007.

_____
NOTARY PUBLIC
My Commission Expires:  upon death
Louisiana Bar No.:  28310

```
M347VKF   HD296226
07/19/2007
```

LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY
CATASTROPHE SUMMARY
BY LOCATION PARISH

PAGE   1

HURRICANE KATRINA
LOSS DATES: 08/28/2005 - 08/30/2005                                      INCLUDES: DP, HO, MH AND SF
LOSS CODE(S): 55  56  57  58

| PARISH | PAYMENTS* | RESERVES | TOTAL | LN/OPEN NO PY/RS | LN/OPEN ONLY RSV | LN/OPEN W/ PYT | CLOSED NO PY/RS | CLOSED W/ PYT | TOTAL CLMS PD | AVERAGE* PAYOUT | SUIT CNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55-ORLEANS | 8,833,046.53 | 208,540.00 | 9,041,586.53 | 1 | 0 | 12 | 17 | 348 | 377 | 23,982.99 | 3 |
| 68-ST. BERNARD | 7,947,408.46 | 10,000.00 | 7,957,408.46 | 0 | 0 | 9 | 11 | 295 | 315 | 25,261.61 | 6 |
| TOTAL MUTUAL | 16,780,454.99 | 218,540.00 | 16,998,994.99 | 1 | 0 | 21 | 28 | 643 | 692 | 24,565.02 | 9 |
| DP/HO/SF POLICIES | | | | | | | | | | | |
| ZONE 4X | 16,513,715.53 | 218,540.00 | 16,732,255.53 | 1 | 0 | 21 | 28 | 639 | 688 | 24,320.14 | |
| ZONE 5X | 190,312.64 | .00 | 190,312.64 | 0 | 0 | 0 | 0 | 3 | 3 | 63,437.54 | |
| OTHER ZONES | 76,426.82 | .00 | 76,426.82 | 0 | 0 | 0 | 0 | 1 | 1 | 76,426.82 | |

```
PAYMENTS     16,780,454.99
RESERVES        218,540.00
TOTAL        16,998,994.99
```

AVERAGE CLAIM PAYMENT*
(PAYMENTS + RESERVES) / TOTAL CLAIMS PAID
   $ 16,998,994.99 /      692       =     24,565.02

* NOTES:
   LOSS NOTICES AND OPEN CLAIMS WITHOUT PAYMENTS
   OR RESERVES ARE NOT INCLUDED IN AVERAGE

   PAYMENTS INCLUDE EXPENSES AND OTHER RECOVERIES