# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Washington Group International, Inc. ("WGI"), which pursuant to Local Rule 78.1E, respectfully requests permission to argue orally its Motion to Compel WGII's First Requests for Production and 30(b)(6) Depositions. Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

**WHEREFORE**, counsel for WGI respectfully moves this Court to grant oral argument for its Motion to Compel WGII's First Requests for Production and 30(b)(6) Depositions.

887265v.1

Dated: August 3, 2007          Respectfully submitted,

         */s/Heather S. Lonian*
         William D. Treeby, 12901
         Carmelite M. Bertaut, 3054
         Heather S. Lonian, 29956
           Of
         Stone Pigman Walther Wittmann L.L.C.
         546 Carondelet Street
         New Orleans, Louisiana 70130
         Telephone: (504) 581-3200
         Facsimile: (504) 581-3361

         Attorneys for Washington Group
         International, Inc.

         Of counsel

         Adrian Wager-Zito
         Julie McEvoy
         Jones Day
         51 Louisiana Avenue, N.W.
         Washington, D.C. 20001-2113
         Telephone: (202) 879-4645
         Facsimile: (202) 626-1700

         Jerome R. Doak
         Jones Day
         2727 N. Harwood Street
         Dallas, Texas 75201
         Telephone: (214) 220-3939
         Facsimile: (214) 969-5100

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Request For Oral Argument has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 3rd day of August, 2007.

         */s/Heather S. Lonian*
         Heather S. Lonian