UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> _____§ <br> § <br> PERTAINS TO: LEVEE § <br> § <br> FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, § <br> 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, § <br> 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, § <br> 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, § <br> 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, § <br> 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, § <br> 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, § <br> 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, § <br> 07-1288, 07-1289 § <br> § <br> _____§ | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**DEFENDANT UNITED STATES' EX PARTE MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ITS REPLY MEMORANDUM IN SUPPORT OF ITS
MOTION TO DISMISS COUNTS I-III AND V-VII OF THE LEVEE
MASTER CONSOLIDATED CLASS ACTION COMPLAINT
AND TO STRIKE THE REMAINING COUNTS**

Pursuant to Rules 6(b) and 7(b), Fed. R. Civ. P., and Local Rule 7, the United States

moves for an enlargement of time to file a reply memorandum in support of the United States'

Motion to Dismiss Counts I-III and V-VII of the Superseding Master Consolidated Class Action

1

Complaint and to Strike the Remaining Counts. By Order of the Court (Rec. Doc. No. 5584), the United States' Reply Memorandum is due to be filed not later than today, Friday, August 3, 2007.

On Thursday, August 2, the United States Court of Appeals for the Fifth Circuit issued a decision in *Vanderbrook* and *Chehardy* which may bear on the pending motion to dismiss and to strike the Levee Master Complaint. Because the decision of the Court of Appeals may bear on the pending motion to dismiss, counsel for the United States respectfully request that the time for filing the reply brief be enlarged by ten calendar days, from Friday, August 3, to Monday, August 13, 2007, to allow counsel to study the opinion.

On Friday, August 3, the undersigned counsel for the United States spoke to Plaintiffs' liaison counsel Joseph Bruno, and Mr. Bruno stated that he did oppose the motion for an enlargement of time.

On account of the decision of the Court of Appeals, which was issued yesterday, the United States respectfully requests that the Motion for an Enlargement of Time be granted. A proposed Order is submitted for the convenience of the Court.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ Robin D. Smith
        ROBIN D. SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on August 3, 2007, a true copy of Defendant United States' Motion for an Enlargement of Time was served on all counsel of record by ECF.

s/ Robin D. Smith
Robin D. Smith
