UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| § | | |
| PERTAINS TO: LEVEE § | | |
| § | | |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, § | | |
| 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, § | | |
| 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, § | | |
| 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, § | | |
| 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, § | | |
| 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, § | | |
| 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, § | | |
| 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, § | | |
| 07-1288, 07-1289 § | | |
| _____§ | | |

**ORDER**

Having considered the United States' Motion for an Enlargement of Time to File Its Reply Memorandum in Support of Its Motion to Dismiss Counts I-III and IV-VII of the Superseding Levee Master Consolidated Class Action Complaint and to Strike the Remaining Counts, and for good cause shown, it is hereby ORDERED that the Motion

1

for Enlargement of Time is GRANTED.  The United States' Reply Memorandum in Support of Its Motion to Dismiss and to Strike may be filed on or before August 13, 2007.

      New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE