# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**DEFENDANT UNITED STATES' MOTION TO COMPEL STATE FARM FIRE
& CASUALTY COMPANY'S RESPONSES TO REQUESTS FOR PRODUCTION
OF DOCUMENTS AND INCORPORATED MEMORANDUM IN SUPPORT**

The United States moves to compel production of documents from State Farm Fire

& Casualty Company ("State Farm"), who insured proposed class members against

damage during Hurricane Katrina.  The United States served requests for production of documents on State Farm that are similar to the requests that Washington Group International, Inc. ("WGII") served on Allstate Insurance Company, Farmer's Exchange Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company and the Standard Fire Insurance Company.  <u>See</u> Exhibit 1.  State Farm objected to the United States' requests on the same basis as the other insurers objected to WGII's requests.  <u>See</u> Ex. 2.  Because the issues are substantially the same, and to avoid burdening the Court with duplicative filings and unnecessary briefing, the United States hereby incorporates the substantive law and arguments of WGII contained in its August 3, 2007 Memorandum In Support of Motion to Compel WGII's First Requests For Production and 30(b)(6) Depositions.  <u>See</u> Doc. 6828, Attachment No. 1.

     For all the reasons specifically laid out in the Memorandum In Support of Motion to Compel WGII's First Requests For Production and 30(b)(6) Depositions, the Court should order State Farm to produce the requested documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Daniel M. Barish
DANIEL M. BARISH
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4272 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 3, 2007

## **CERTIFICATE OF SERVICE**

  I, Daniel M. Barish, hereby certify that on August 3, 2007, I served a true copy of the United States' Motion to Compel State Farm Fire & Casualty Company's Responses to Requests for Production of Documents and Incorporated Memorandum in Support upon all parties by ECF.


     <u>  s/   Daniel M. Barish</u>
     DANIEL M. BARISH