UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant United States will bring its

Motion to Compel State Farm Fire & Casualty Company's Responses to Requests

for Production of Documents before the Honorable Joseph C. Wilkinson, Jr. in the

United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 22nd day of August, 2007, at 11:00 a.m.

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY
          Assistant Director, Torts Branch

          <u>s/ Daniel M. Barish</u>
          DANIEL M. BARISH
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4272 / (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: August 3, 2007

## **CERTIFICATE OF SERVICE**

      I, Daniel M. Barish, hereby certify that on August 3, 2007, I served a true copy of the United States' Notice of Hearing upon all parties by ECF.


                                            <u>  s/   Daniel M. Barish  </u>
                                                DANIEL M. BARISH