UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**LOCAL RULE 37.1E CERTIFICATE OF COUNSEL**

Undersigned counsel for the Defendant United States hereby certifies that he conferred with counsel for State Farm Fire & Casualty Company, Charles L. Chassaignac IV, by telephone on August 3, 2007, in an attempt to amicably

resolve issues concerning State Farm's responses to the United States' requests for production of documents.  The parties were unable to resolve the dispute.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Daniel M. Barish
        DANIEL M. BARISH
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4272 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: August 3, 2007

## **CERTIFICATE OF SERVICE**

      I, Daniel M. Barish, hereby certify that on August 3, 2007, I served a true copy of the United States' Local Rule 37.1E Certificate of Counsel upon all parties by ECF.

                                                s/   Daniel M. Barish
                                              DANIEL M. BARISH