UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |

FILED IN    05-4181, 05-4182, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359,
            06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024,
            06-4065, 06-4066, 06-4389, 06-4634,
            06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5162, 06-5260, 06-5771
            06-5786, 06-5937, 07-0206, 07-0621,
            07-1073, 07-1271, 07-1285

**DEFENDANT UNITED STATES' REQUESTS FOR PRODUCTION OF DOCUMENTS TO STATE FARM FIRE & CASUALTY COMPANY**

Pursuant to Federal Rule of Civil Procedure 34, the United States submits these Requests for Production of Documents to State Farm Fire & Casualty Company. State Farm Fire & Casualty Company is instructed to present the below requested materials for inspection and copying at the offices of counsel for the defendant United States, 1331 Pennsylvania Avenue N.W., Suite 800, National Place, Washington, D.C. 20004, or to mail copies of the same to Traci Colquette, Trial Attorney, U.S. Department of Justice, Benjamin Franklin Station, P.O. Box 888, Washington, D.C. 20044. For Federal Express packages, please use the 1331 Pennsylvania Avenue N.W. address.

## **DEFINITIONS**

For the purposes of these discovery requests, the following definitions shall apply:

1. "Documents" shall be used in the broadest sense contemplated by Federal Rule of Civil Procedure 34, and include all writings of any kind, including, but not limited to: data compilations, electronic mail, letters, communications, correspondence, reports, facsimiles, memoranda, records, forecasts, statistical statements, graphs, maps, diagrams, tables, recordings, appraisals, summaries, handwritten notes, stenographic notes, typed notes, projections, press releases, computer print outs, computer disks, computer tapes, digital information, photographs, electronic data, charts, or videotapes.

2. "Former Named Plaintiffs" shall refer to the following persons who previously filed various proposed class action lawsuits against Washington Group, Inc., that were pending in the United States District Court for the Eastern District of Louisiana, but who are not listed in the MR-GO Master Consolidated Class Action Complaint filed on March 15, 2007, in the case *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 Section "K" (2):

> Jimmy and Cynthia Cochran
> 3201 Meraux Ln.
> Violet, LA 70092 (St. Bernard Parish)
>
> C A Waguespack
> 909 Eagle St.
> Chalmette, LA 70043 (St. Bernard Parish)
>
> Joan Johnson
> 8512 Cedar Ln.
> New Orleans, LA 70127 (New Orleans East)

Joan Johnson
3115 3rd St.
New Orleans, LA 70125 (New Orleans Broadmoor)

Albert and Hilda Clark
7145 E. Tamaron Blvd.
New Orleans, LA 70128 (New Orleans East)

Shirley A Taylor
2630 Forstall St.
New Orleans, LA 70117 (Lower Ninth Ward)

Kim Lamerson
1408 Gallier St.
New Orleans, LA 70117 (Lower Ninth Ward)

Kim Lamerson
2219 St. Roch Ave.
New Orleans, LA 70117 (Lower Ninth Ward)

Beverly Ann Evans
1419 Deslonde St.
New Orleans, LA 70117 (Lower Ninth Ward)

Beverly Ann Evans
2419 ½ S. Saratoga St.
New Orleans, LA 70113 (Garden District)

Keisha Jacquet
1329 ½ Alvar St.
New Orleans, LA 70117 (Lower Ninth Ward)

Sharon Stewart
7062 Bundy Rd.
New Orleans, LA 70127 (New Orleans East)

M Chetta
2104 Congressman Hebert Dr.
Chalmette, LA 70043 (St. Bernard Parish)

Robert Ciuffi and Lisa Rodrigue-Ciuffi
8625 Livingston Dr.
Chalmette, LA 70043 (St. Bernard Parish)

Larry McKenzie and Yolanda McKenzie
2338 Monticello Street
New Orleans, LA 70117 (Lower Ninth Ward)

Michael Jamison
2428 Independence St.
New Orleans, LA 70117 (Lower Ninth Ward)

Fred Holmes
1205 Perrin Dr.
Arabi, LA 70032 (St. Bernard Parish)

Alvin Livers
930 Caffin Ave.
New Orleans, LA 70117 (Lower Ninth Ward)

Bobby L and Darlene LeDuff
5584 Stillwater Dr.
New Orleans, LA 70128 (New Orleans East)

3. "Insurance Claim" shall include any claim or request by an insured for payment under an insurance policy, regardless of whether the claim was submitted verbally, in writing, or over the Internet, or any claim submitted verbally that is recorded (electronically or otherwise) or reduced to writing by you, including any documents submitted by or on behalf of the insured in connection with such claim.

4. "Lawsuits" encompass all civil actions whether they are pending in any state or federal court or state or federal appellate court, or have been resolved, settled, or dismissed.

4

5. "New Orleans Metropolitan Statistical Area" means the area defined for United States Census purposes and which includes Jefferson, Orleans, Plaquemines, St. Bernard, St. Tammany, St. Charles, and St. John the Baptist parishes.

6. "Named Plaintiffs" shall refer to the following plaintiffs in the MR-GO Master Consolidated Class Action Complaint filed on March 15, 2007 in the case *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 Section "K" (2):

>Kenneth Paul Armstrong, Sr.
>4016 Hamlet Place
>Chalmette, La. (St. Bernard Parish)
>
>Jeanine B. Armstrong
>4016 Hamlet Place
>Chalmette, La. (St. Bernard Parish)
>
>Ethel Mae Coats
>1020-22 Charbonnet
>New Orleans, La. (Lower Ninth Ward)
>
>Henry Davis
>7650 Morel Street
>New Orleans, La. (New Orleans East)
>
>Glynn Wade
>4719 Bundy Rd.
>New Orleans, La. (New Orleans East)

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Produce all documents that constitute, refer or relate to any Insurance Claim submitted to you by or on behalf of any Named Plaintiff for personal injury, property damage, or other loss occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005.

**REQUEST FOR PRODUCTION NO. 2:**

Produce all documents that constitute, refer or relate to any Insurance Claim submitted to you by or on behalf of any Former Named Plaintiff for personal injury, property damage, or other loss occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005.

**REQUEST FOR PRODUCTION NO. 3:**

Produce documents that indicate the total number of Insurance Claims submitted to you by your policyholders for personal injury, property damage, or other loss that was allegedly due to wind, rain, fire, vandalism, or theft occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005.

**REQUEST FOR PRODUCTION NO. 4:**

Produce documents that indicate the total amount of money that you have paid to your policyholders for personal injury, property damage, or other loss that was allegedly due to wind, rain, fire, vandalism, or theft occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005.

**REQUEST FOR PRODUCTION NO. 5:**

Produce documents that either (1) list the Lawsuits filed against you by your policyholders involving insurance coverage for losses allegedly due to wind, rain, fire, vandalism, or theft occurring in the New Orleans Metropolitan Statistical Area on August 28, 2005 through September 30, 2005, or (2) reflect the number of such Lawsuits.

                      Respectfully submitted,

                      PETER KEISLER
                      Assistant Attorney General

                      C. FREDERICK BECKNER III
                      Deputy Assistant Attorney General

                      PHYLLIS J. PYLES
                      Director, Torts Branch

                      JAMES G. TOUHEY
                      Assistant Director, Torts Branch

                      */s/ Traci L. Colquette*
                      TRACI L. COLQUETTE
                      Trial Attorney, Torts Branch
                      Civil Division
                      U.S. Department of Justice
                      P.O. Box 888, Benjamin Franklin Station
                      Washington, DC 20044
                      (202) 305-7536/(202) 616-5200 (FAX)

                      Attorneys for the United States of America

Dated: June 27, 2007

## **CERTIFICATE**

I, Traci L. Colquette, hereby certify that on June 27, 2007, I served a true copy of the United States' Requests for Production of Documents to State Farm Fire & Casualty Company upon counsel for State Farm Fire & Casualty Company, Plaintiffs' Liaison Counsel, and Defendants' Liaison Counsel by email and Federal Express.

_____
TRACI L. COLQUETTE