UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in

the MRGO and Levee Class Certification Actions, the United States produces the following

Bates ranges pursuant to the Court's Orders of June 27, 2007 (Docket No. 6053) and July 6, 2007

(Docket No. 6299):

| | | |
|---|---|---|
| FMD545-0001 | to | FMD545-2468; |
| FMD546-0001 | to | FMD545-0399; |
| FMD547-0001 | to | FMD547-0306; |
| NPL001-0001 | to | NPL001-2554; |
| NPL002-0001 | to | NPL002-2637; |
| NPL003-0001 | to | NPL003-2856; |
| NPL004-0001 | to | NPL004-2923; |
| NPL005-0001 | to | NPL005-3299; |
| NPL006-0001 | to | NPL006-2300; |
| NPL007-0001 | to | NPL007-2800; |
| NPL008-0001 | to | NPL008-2442; |
| NPL009-0001 | to | NPL009-3005; |

| | | |
|---|---|---|
| NPL010-0001 | to | NPL010-2906; |
| NPL011-0001 | to | NPL011-2995; |
| NPL012-0001 | to | NPL012-3039; |
| NPL013-0001 | to | NPL013-2296; |
| NPL014-0001 | to | NPL014-1797; |
| NPL015-0001 | to | NPL015-2084; |
| NPL016-0001 | to | NPL016-2681; |
| NPL017-0001 | to | NPL017-2458; |
| NPL018-0001 | to | NPL018-0114; |
| NPL019-0001 | to | NPL019-0609; |
| NRL329-0001 | to | NRL329-1528; |
| NRL330-0001 | to | NRL330-1374; |
| NRL331-0001 | to | NRL331-1303; |
| NRL332-0001 | to | NRL332-3925; |
| NRL333-0001 | to | NRL333-3253; |
| NRL334-0001 | to | NRL334-3434; |
| NRL335-0001 | to | NRL335-3681; |
| NRL336-0001 | to | NRL336-3987; |
| NRL337-0001 | to | NRL337-4394; |
| NRL338-0001 | to | NRL338-1061; |
| NRL339-0001 | to | NRL339-1489; |
| NRL340-0001 | to | NRL340-1635; |
| NRL341-0001 | to | NRL341-1178; |
| NRL342-0001 | to | NRL342-1411; |
| NRL343-0001 | to | NRL343-2337; |
| NRL344-0001 | to | NRL344-2672; |
| NRL345-0001 | to | NRL345-2055; |
| NRL346-0001 | to | NRL346-3147; |
| NRL347-0001 | to | NRL347-0447; |
| NRL348-0001 | to | NRL348-0737. |

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the Unites States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its

2

Document Production Protocol.  The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

| | | |
|---|---|---|
| AFW-069-000000001 | to | AFW-069-000000130; |
| AFW-111-000000001 | to | AFW-111-000000719; |
| AFW-111-000000737 | to | AFW-111-000000845; |
| AFW-128-000000001 | to | AFW-128-000001368; |
| AFW-128-000001399 | to | AFW-128-000001427; |
| AFW-128-000001430 | to | AFW-128-000002202; |
| AFW-153-000000001 | to | AFW-153-000001268; |
| AFW-160-000000001 | to | AFW-160-0000017; |
| AFW-160-000000282 | to | AFW-160-0000757; |
| AFW-160-000000945 | to | AFW-160-0000967; |
| AFW-160-000001009 | to | AFW-160-00001032; |
| AFW-160-000001061 | to | AFW-160-00001174; |
| AFW-186-000000001 | to | AFW-186-000002037; |
| AFW-192-000000001 | to | AFW-192-000002603; |
| AFW-250-000000001 | to | AFW-250-000000274; |
| AFW-258-000000001 | to | AFW-258-000000191; |
| AFW-273-000000001 | to | AFW-273-000000540; |
| AFW-282-000000001 | to | AFW-282-000000100; |
| AFW-294-000000001 | to | AFW-294-000003177; |
| AFW-365-000000001 | to | AFW-365-000000011; |
| AFW-365-000000014 | to | AFW-365-000001828; |
| AFW-365-000001843 | to | AFW-365-000001871; |
| AFW-382-000000002 | to | AFW-382-000001659; |
| AFW-382-000001808 | to | AFW-382-000001809; |
| AFW-383-000000001 | to | AFW-383-000001171; |
| AFW-383-000001180 | to | AFW-383-000001187; |
| AFW-383-000001204 | to | AFW-383-000001210; |
| AFW-400-000000157 | to | AFW-400-000000497; |
| AFW-400-000000528 | to | AFW-400-000000581; |
| AFW-403-000000001 | to | AFW-403-000001247; |
| AFW-404-000000001 | to | AFW-404-000000001; |
| AFW-404-000000099 | to | AFW-404-000000105; |
| AFW-404-000001550 | to | AFW-404-000001830; |
| AFW-404-000001850 | to | AFW-404-000001875; |
| AFW-404-000001878 | to | AFW-404-000002451; |
| AFW-404-000002465 | to | AFW-404-000002466; |
| AFW-404-000002472 | to | AFW-404-000002510; |

| | | |
|---|---|---|
| AFW-404-000002513 | to | AFW-404-000002530; |
| AFW-404-000002534 | to | AFW-404-000002573; |
| AFW-404-000002578 | to | AFW-404-000003445; |
| AFW-404-000003454 | to | AFW-404-000003467; |
| AFW-404-000003475 | to | AFW-404-000003498; |
| AFW-404-000003531 | to | AFW-404-000003533; |
| AFW-404-000003562 | to | AFW-404-000003704; |
| AFW-416-000000022 | to | AFW-416-000001235; |
| AFW-430-000000001 | to | AFW-430-000000061; |
| AFW-430-000000099 | to | AFW-430-000000107; |
| AFW-430-000000127 | to | AFW-430-000000157; |
| AFW-430-000000281 | to | AFW-430-000000330; |
| AFW-430-000000352 | to | AFW-430-000000354; |
| AFW-430-000000356 | to | AFW-430-000000427; |
| AFW-437-000000001 | to | AFW-437-000000302; |
| AFW-441-000000001 | to | AFW-441-000001604; |
| AFW-446-000000001 | to | AFW-446-000000604; |
| AFW-452-000000001 | to | AFW-452-000000300; |
| AFW-456-000000001 | to | AFW-456-000000419; |
| AFW-481-000000001 | to | AFW-481-000002251; |
| AFW-506-000000001 | to | AFW-506-000000140; |
| AFW-527-000000001 | to | AFW-527-000000624; |
| AFW-528-000000001 | to | AFW-528-000000094; |
| AFW-542-000000001 | to | AFW-542-000000090; |
| AFW-568-000000001 | to | AFW-568-000000223; |
| AFW-573-000000001 | to | AFW-573-000000008; |
| AFW-647-000000001 | to | AFW-647-000000011; |
| AIN-006-000000001 | to | AIN-006-000002336; |
| AIN-013-000000001 | to | AIN-013-000000126; |
| AIN-148-000000001 | to | AIN-148-000000355; |
| AIN-178-000000001 | to | AIN-178-000000430; |
| ERD-006-000000056 | to | ERD-006-000000731; |
| NCT-006-000000001 | to | NCT-006-000002273; |
| NED-012-000000001 | to | NED-012-00003855; |
| NED-034-000000001 | to | NED-034-000002980; |
| NED-034-000002993 | to | NED-034-000003110; |
| NED-044-000000001 | to | NED-044-000002017; |
| NED-055-000000001 | to | NED-055-000000511; |
| NED-066-000000001 | to | NED-066-000000005; |
| NED-066-000000055 | to | NED-066-000000056; |
| NED-066-000000083 | to | NED-066-000000089; |
| NED-066-000000096 | to | NED-066-000000097; |
| NED-066-000000171 | to | NED-066-000000230; |

4

| | | |
|---|---|---|
| NED-066-000000269 | to | NED-066-000000277; |
| NED-066-000000567 | to | NED-066-000000601; |
| NED-069-000000001 | to | NED-069-000002446; |
| NED-074-000000001 | to | NED-074-000001027; |
| NED-076-000000001 | to | NED-076-000001369; |
| NED-080-000000001 | to | NED-080-000000444; |
| NED-087-000000001 | to | NED-087-000001822; |
| NED-114-000000001 | to | NED-114-000001277; |
| NED-114-000001279 | to | NED-114-000002515; |
| NED-120-000000001 | to | NED-120-000001524; |
| NED-135-000000001 | to | NED-135-000000004; |
| NED-135-000000013 | to | NED-135-000000019; |
| NED-135-000000021 | to | NED-135-000000028; |
| NED-135-000000032 | to | NED-135-000000043; |
| NED-135-000000045 | to | NED-135-000000048; |
| NED-135-000000050 | to | NED-135-000000079; |
| NED-135-000000115 | to | NED-135-000000150; |
| NED-135-000000156 | to | NED-135-000000180; |
| NED-135-000000182 | to | NED-135-000000187; |
| NED-135-000000190 | to | NED-135-000000503; |
| NED-135-000000553 | to | NED-135-000000591; |
| NED-135-000000599 | to | NED-135-000000603; |
| NED-135-000000606 | to | NED-135-000000616; |
| NED-135-000000621 | to | NED-135-000000840; |
| NED-135-000000878 | to | NED-135-000000886; |
| NED-135-000000894 | to | NED-135-000000933; |
| NED-135-000000955 | to | NED-135-000001486; |
| NED-145-000000001 | to | NED-145-000006056; |
| NED-159-000000001 | to | NED-159-000001834; |
| NED-160-000000001 | to | NED-160-00001686; |
| NED-161-000000001 | to | NED-161-000000095; |
| NED-161-000000546 | to | NED-161-000000632; |
| NED-165-000000001 | to | NED-165-000001347; |
| NED-167-000000001 | to | NED-167-000002008; |
| NED-168-000000001 | to | NED-168-000001777; |
| NED-169-000000001 | to | NED-169-000000131; |
| NED-171-000000001 | to | NED-171-000002396; |
| NED-172-000000001 | to | NED-172-000000033; |
| NED-174-000000103 | to | NED-174-000000653; |
| NED-175-000000001 | to | NED-175-000000644; |
| NED-177-000000009 | to | NED-177-000000190; |
| NED-177-000000382 | to | NED-177-000000968; |
| NED-181-000000001 | to | NED-181-000000115; |

| | | |
|---|---|---|
| NED-182-000000001 | to | NED-182-000001603; |
| NED-183-000000341 | to | NED-183-000000822; |
| NED-185-000000001 | to | NED-185-000000304; |
| NED-185-000000320 | to | NED-185-000000432; |
| NED-195-000000001 | to | NED-195-000001137; |
| NED-200-000000001 | to | NED-200-000000002 |
| NED-200-000000030 | to | NED-200-000000786; |
| NED-207-000000001 | to | NED-207-000001351; |
| NED-208-000000001 | to | NED-208-000000521; |
| NED-214-000000001 | to | NED-214-000002159; |
| NOP-018-000000001 | to | NOP-018-000000257; |
| NOP-018-000000262 | to | NOP-018-000000357; |
| NOP-018-000000359 | to | NOP-018-000000540; |
| NOP-018-000000542 | to | NOP-018-000002021; |
| NOP-018-000002024 | to | NOP-018-000002678; |
| NPM-018-000000001 | to | NPM-018-000000819; |
| NPM-021-000000001 | to | NPM-021-000001396; |
| NPM-022-000000001 | to | NPM-022-000001175; |
| NPM-024-000000001 | to | NPM-024-000000756; |
| NPM-029-000000001 | to | NPM-029-000000676; |
| NPM-034-000000001 | to | NPM-034-000001211; |
| NPM-035-000000001 | to | NPM-035-000002599; |
| NPM-035-000002601 | to | NPM-035-000002997; |
| NPM-038-000000001 | to | NPM-038-000000048; |
| NPM-038-000000052 | to | NPM-038-000000413; |
| NPM-038-000000442 | to | NPM-038-000000535; |
| NPM-038-000000541 | to | NPM-038-000000558; |
| NPM-038-000000564 | to | NPM-038-000000761; |
| NPM-038-000000839 | to | NPM-038-000002066; |
| NPM-043-000000001 | to | NPM-043-000002250; |
| NPM-054-000000001 | to | NPM-054-000000422; |
| NPM-058-000000001 | to | NPM-058-000002258; |
| NPM-059-000000001 | to | NPM-059-000002114; |
| NPM-108-000000001 | to | NPM-108-000001951; |
| NPM-112-000000001 | to | NPM-112-000001455; |
| NPM-113-000000001 | to | NPM-113-000002284; |
| NPM-125-000000086 | to | NPM-125-000000457; |
| NPM-125-000000473 | to | NPM-125-000001604; |
| NRG-003-000000001 | to | NRG-003-000002222; |
| NRG-015-000000001 | to | NRG-015-000000570; |
| NRG-015-000000575 | to | NRG-015-000000937; |
| NRG-015-000000946 | to | NRG-015-000002463; |
| NRG-017-000000001 | to | NRG-017-000000306; |

NRG-017-000000311     to     NRG-017-000002670;
NRG-031-000000001     to     NRG-031-000000264;
NRG-036-000000001     to     NRG-036-000000023;
NRG-037-000000001     to     NRG-037-000001028;
NRG-050-000000001     to     NRG-050-000000150;
NRG-050-000000152     to     NRG-050-000000457;
NRG-050-000000459     to     NRG-050-000000803.


Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 3, 2007

## **CERTIFICATE OF SERVICE**

I, James F. McConnon, hereby certify that on August 3, 2007, I served a true copy

of the United States' Notice of Production upon all parties by ECF:


__ s/ James F. McConnon, Jr._____
    JAMES F. McCONNON, JR.