UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
             CONSOLIDATED LITIGATION

                                                              NO. 05-4182 "K" (2)

PERTAINS TO: Levee, DePass (06-5127)      JUDGE DUVAL
                                                              MAG. WILKINSON

## ORDER

     Because my brother is the Parish Attorney of Jefferson Parish, named as a defendant in this matter, I have previously disqualified myself from further proceedings in Civil Action No. 06-5127, pursuant to 28 U.S.C. § 455(a) and (b)(5). Record Doc. No. 3. Accordingly, as set out in Judge Duval's order of September 21, 2006, Record Doc. No. 7 in Civil Action No. 06-5127, plaintiff's Motion for Leave to File Third Amended Complaint for Declaratory Judgment and Damages and Request for Jury Trial, Record Doc. No. 6798, is hereby removed from my motion docket and must be noticed for hearing before Magistrate Judge Knowles.

     New Orleans, Louisiana, this  3rd  day of August, 2007.

                                      JOSEPH C. WILKINSON, JR.
                                   UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**
**HON. DANIEL E. KNOWLES, III**