**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                                  CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                             NO. 05-4182

PERTAINS TO:  *Kimble* CA. No. 06-4800                         SECTION "K"(2)

## ORDER

As the above-noted case has been consolidated under the *In re Katrina* umbrella and by

operation of Case Management Order No. 4, (Doc. No. 3299), the trial date of this matter is

automatically continued,

**IT IS ORDERED** that the Ex Parte Motion for Expedited Hearing of Motion to

Continue (Doc. 6620) and the Motion to Continue (Doc. 6621) are **DISMISSED AS MOOT.**

New Orleans, Louisiana, this __6th__ day of August, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**