UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION
                                                     NO. 05-4182

PERTAINS TO:                                         SECTION "K"(2)
    C.A. No. 06-4389
    C.A. No. 06-6099
    C.A. No. 06-5786

## ORDER AND REASONS

On April 3, 2007, the Court determined that Ashton O'Dwyer must be sanctioned for the actions outlined in its Order and Reasons (Doc. 3666) in which the Court found him to have consistently caused undue expense and time by virtue of his having filed three duplicative lawsuits containing myriad bases for jurisdiction without making the proper factual allegations to support jurisdiction based on the multitude of statutes cited. He had been previously warned that such pleadings were unacceptable.

The Court ordered the State of Louisiana to file a detailed itemization of costs and fees incurred by his actions which it did on April 17, 2007 (Doc. 3779). Mr. O'Dwyer was ordered to file his response no later than April 24, 2007. On April 26, 2007, Mr. O'Dwyer filed a five page response (Doc. 3990) which contained not a single legal citation and can fairly be characterized as containing the same kind of vituperative and unprofessional hyperbole about which this Court has admonished Mr. O'Dwyer in the past.

Finding absolutely no merit in this response and further finding the detailed summary of expenses reasonable,

**IT IS ORDERED** that Ashton O'Dwyer pay to the State of Louisiana the amount of $7,058.50 **no later than September 5, 2007.**

New Orleans, Louisiana, this __6th__ day of August, 2007.

                                      **STANWOOD R. DUVAL, JR.**
                            **UNITED STATES DISTRICT COURT JUDGE**