UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Watts* C.A. No. 07-3402 | SECTION "K"(2) |

## ORDER

Having been informed by counsel for Allstate Insurance Co. that this matter has been resolved,

**IT IS ORDERED** that the Motion to Enforce Settlement (Doc. 6821) is **DISMISSED.**

New Orleans, Louisiana, this  6th   day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE