UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *DePass* C.A. No. 06-5172 | SECTION "K"(2) |

## ORDER

A Motion for Leave to File Third Amendment Complaint (Doc. 6762) was erroneously granted based on the Court's mis-perception that the motion was unopposed.

Accordingly,

**IT IS ORDERED** that the Order granting same (Doc. 6795) is **VACATED** and the motion is **DENIED** as it must be re-filed and noticed for hearing before Magistrate Judge Wilkinson.

New Orleans, Louisiana, this   6th   day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE