UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES		CIVIL ACTION
CONSOLIDATED LITIGATION
					NO. 05-4182

PERTAINS TO:				SECTION "K"(2)
Hearings on Docs. 6548 and 6589

Status Conference Concerning Procedures for Class Certification Proceedings

*Parfait*, C.A. No. 07-3500 "Certificate of Impossibility of Compliance" (Doc. 6419/ Doc. 6685)

Hearing/Discussion Concerning Plaintiffs' Motion for Entry of a Procedure Order Simplifying the Procedures for the Addition of Claims Against the Corps of Engineers, and for Adding New Parties Asserting Like Claims (Doc. 3315) filed in the following suits:

| | |
|---|---|
| *Simms* No. 06-5116 | *Christophe* No. 06-5134 |
| *Richard* No. 06-5118 | *Williams* No. 06-5137 |
| *Augustine* No. 5142 | *DePass* No. 06-5127 |
| *Ferdinand* No. 06-5132 | *Adams* No. 06-5128 |
| *Bourgeois* No. 06-5131 | *Porter* No. 06-5140 |

## ORDER

Because of the plethora of hearings scheduled on the Court's docket for August 8, 2007 and in light of the need also to discuss the procedures to be used in the Class Certification Hearings, as well as other various pending matters,

**IT IS ORDERED** that the hearings on the Motion for Leave to File Plaintiffs' Restated Levee Master Consolidated Class Action Complaint (Doc. 6584) and Motion for Leave to Supplement and Amend the Motion for Class Certification (Doc. 6589) are **CONTINUED** to **2:30 p.m on Wednesday, August 8, 2007.**

**IT IS FURTHER ORDERED** that a status conference concerning the procedures to be used in the Class Certification Proceedings shall be held thereafter.

In addition, the Court will entertain discussion with Liaison Counsel concerning the

insurance category of cases in light of the Fifth Circuit's recent ruling concerning the water damage exclusion.   Upon the completion of that discussion,

**IT IS FURTHER ORDERED** that the Court **at approximately 3:30 p.m. August 8, 2007,** will discuss with counsel for plaintiffs and all defendants in the referenced cases above concerning the pending Motion for Entry of a Procedure (Doc. 3315).  In addition, at that time the Court shall discuss those cases and the fact that as they are not included in either the Master Levee or Master MRGO complaints, how the parties intend to address these cases and the appropriateness of these matters having been brought as declaratory judgment actions in light of the request for jury trials and individual damages.

**IT IS FURTHER ORDERED** that at approximately **4:00 p.m. on August 8, 2007,** the Court will then take up the *Parfait* matter (Doc. 6419) in which this Court had previously ordered plaintiffs' counsel to draft two separate amended complaints, one for the claims involving the barge  and one for all other claims asserted in the *Parfait* complaint, to which Ashton O'Dwyer has responded with a "Certificate of Impossibility of Compliance."  (Doc. 6684).  Liaison counsel shall also participate in these discussions.

New Orleans, Louisiana, this   6th   day of August, 2007.

　　　　　　　　　　　　　　　　　　　**STANWOOD R. DUVAL, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**