UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
        CONSOLIDATED LITIGATION
                                  NO. 05-4182 "K" (2)

PERTAINS TO:  LEVEE               JUDGE DUVAL
                                  MAG. WILKINSON

### ORDER

Considering Defendants' Motion for Expedited Hearing and Request for Oral Argument, Record Doc. No. 6808,

**IT IS ORDERED** that the Request for Oral Argument is DENIED and the Motion for Expedited Hearing is hereby GRANTED in that the Motion to Reconsider Court's Order on Levee Defendants' Motion to Compel filed by the Levee defendants, Record Doc. No. 6807, shall be heard on the record without oral argument. Written opposition thereto shall be due **August 10, 2007 at noon**.

New Orleans, Louisiana, this  6th   day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE