UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
          CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO                       JUDGE DUVAL
                                         MAG. WILKINSON

**ORDER**

Considering Defendants' Motion for Expedited Hearing, Record Doc. No. 6806,

**IT IS ORDERED** that the motion is hereby GRANTED in that the Motion to Reconsider Court's Order on MRGO Defendants' Motion to Compel filed by the MRGO defendants shall be heard on the record without oral argument. Written opposition thereto shall be due **August 10, 2007 at noon**.

New Orleans, Louisiana, this __6th__ day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE