MINUTE ENTRY
WILKINSON, M. J.
AUGUST 6, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES			CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Montagnet, 06-5115		JUDGE DUVAL

     Pursuant to Paragraph VII of Case Management Order ("CMO") No. 4, a status conference was conducted in the referenced case, Montagnet Properties #1, LLC et al. v. Zurich American Ins. Co. et al., C.A. No. 06-5115, on this date before the undersigned magistrate judge. Participating via telephone were Katherine L. Winters and Stephen Montagnet, III, representing plaintiffs, and David Moragas, representing defendants.

     All counsel orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written consent form is being circulated. Upon my receipt of the written consent form and formal order of referral of this matter to me by the district judge pursuant to Section 636(c), (1) this case will be separated and de-

MJSTAR:  0 : 25

consolidated from the captioned consolidated litigation for docketing and all other purposes to proceed independently before me on the trial schedule orally agreed upon during the conference, and (2) a separate Rule 16 scheduling order will be entered by me.

In the interim, **IT IS ORDERED** that plaintiffs must submit their responses to the outstanding discovery previously submitted to them by defendant no later than **August 27, 2007**.

**IT IS FURTHER ORDERED** that counsel for plaintiffs will submit directly to me, together with the fully executed Section 636(c) consent form, a motion voluntarily to dismiss <u>without prejudice</u> defendants Zurich American Insurance Company and Northern Insurance Company of New York.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**