# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182

                                      SECTION "K" MAG "2"

PERTAINS TO:
INSURANCE (XAVIER UNIVERSITY
OF LOUISIANA V. TRAVELERS
CASUALTY PROPERTY COMPANY
OF AMERICA NO. 06-516)

*********************************************************************

## ORDER

   **CONSIDERING** the *Ex Parte* Motion for Leave to File Reply Memorandum in Support of

Motion to Quash filed on behalf of Xavier University;

   IT IS ORDERED that the *Ex Parte* Motion for Leave to File Reply Memorandum in Support

of Motion to Quash filed on behalf of Xavier University be and hereby is GRANTED.

   New Orleans, Louisiana, this _____ day of August, 2007

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE