**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6041

SIMEON B. REIMONENQ, JR.
(504) 568-1990 ext. 125

Fax: (504) 310-9195
email: sreimonenq@lawla.com

SMG
DB
KMM
Teresa-O

July 20, 2007

Kevin McGlone, Esq.
Sher Garner Cahill
909 Poydras Street, 28th Floor
New Orleans, LA 70112

      Re:   *In Re: Katrina Canal Breaches Consolidated Litigation*
             USDC, EDLA, No. 05-4182 "K" (2), Judge Duval, Magistrate Wilkinson
             **Pertains to: (No. 06-0518 *Xavier Univ.*)**
             **Our File No.: 21043-06102**

Dear Kevin:

    Per your e-mail, enclosed are the documents you requested, bates numbered Foxcor 07289 - Foxcor 07387.

                             Sincerely,

                             Simeon B. Reimonenq, Jr.

SBR/ajb
Enclosures


EXHIBIT A

#194412v1<Lugenbuhl> -mcglone 072007



ST PAUL TRAVELERS

# COMMERCIAL INSURANCE

A Custom Insurance Policy Prepared for:

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A
NEW ORLEANS LA 70125-1098

Presented by: GILLIS ELLIS & BAKER INC

**EXHIBIT B**

 **ST PAUL TRAVELERS**   One Tower Square, Hartford, Connecticut 06183

INSTITUTIONAL
COMMON POLICY DECLARATIONS
ISSUE DATE: 10/28/04

POLICY NUMBER: Y-630-528D9763-TIL-04

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A
   NEW ORLEANS, LA 70125-1098

2. POLICY PERIOD: From 09/01/04 to 09/01/05 12:01 A.M. Standard Time at your mailing address.

3. LOCATIONS
   Premises   Bldg.
   Loc. No.   No.   Occupancy          Address

   SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS         DX T0 00 09 98 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy containing its complete provisions:
   Policy                          Policy No.                  Insuring Company


   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 388,783
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:           COUNTERSIGNED BY:
   GILLIS ELLIS & BAKER INC (EP771)
   1615 POYDRAS STREET STE 600
   NEW ORLEANS, LA 701121238                   _____
                                               Authorized Representative

                                               DATE:_____

IL T0 02 11 89    PAGE 1 OF 1
OFFICE: NEW ORLEANS


**ST PAUL TRAVELERS**

POLICY NUMBER: Y-630-528D9763-TIL-04
EFFECTIVE DATE: 09-01-04
ISSUE DATE: 10-28-04

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 01 04    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
```

DELUXE PROPERTY

```
DX T0 00 09 98    DELUXE PROPERTY COV PART DECLARATIONS
DX 00 03 07 94    DELUXE PROP COV PART SCHED-SPECIF LIMITS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX T3 37 03 98    WINDSTORM OR HAIL DEDUCTIBLES
DX 00 04 03 98    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98    DELUXE PROPERTY COVERAGE FORM
DX T2 00 03 98    DELUXE EX EXP COV FORM COLLEGE & SCHOOLS
DX T2 01 03 98    DELUXE BI COV FORM AND EE COLLEGES & SCH
DX T3 01 03 98    CAUSES OF LOSS - EARTHQUAKE
DX T3 79 03 98    LOSS PAYABLE PROVISIONS
DX T4 02 11 02    TERRORISM RISK INS ACT 2002 DISCLOSURE
DX 01 16 02 04    LOUISIANA CHANGES
DX T3 97 04 02    FUNGUS, ROT, BACTERIA & OTHER CAUSES
```

INTERLINE ENDORSEMENTS

```
IL 09 52 11 02    CAP LOSSES-CERTIFIED ACTS OF TERRORISM
IL T3 55 08 98    EXCL OF CERTAIN COMPUTER REL LOSSES
IL T9 44 04 98    LA CHANGES-CANCELLATION AND NONRENEWAL
IL T0 10 04 94    LENDERS CERTIFICATE OF INSURANCE-FORM A
IL T0 11 03 96    LENDERS' CERTIFICATE OF INSURANCE-FORM B
```

IL T8 01 10 93                                              PAGE:   1 OF 1

# COMMON POLICY CONDITIONS—DELUXE

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make Inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes, or standards

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

F. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have rights and duties but only with respect to that property.

G. **WHEN WE DO NOT RENEW**

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient- sufficient proof of notice.

H. **DELUXE PROPERTY COVERAGE PART–REFERENCE TO FORMS AND ENDORSEMENTS**

In some instances, the Deluxe Property Declarations- Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;
2. The Commercial Inland Marine Coverage Part;
3. Commercial Property forms including, but not limited to, the following:
   a. Building and Personal Property Coverage Form;
   b. Business Income Coverage Form;
   c. Commercial Property Conditions;
   d. Causes of Loss–Special Form
   e. Causes of Loss–Earthquake Form.
4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage–Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

I. **INSURANCE UNDER TWO OR MORE COVERAGE PARTS**

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declaration and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company), have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)

*[signature]*
General Counsel & Secretary

*[signature]* Charles J. Clarke
Chairman of the Board & Chief Executive Officer

LOCATION SCHEDULE          POLICY NUMBER: Y-630-528D9763-TIL-04

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 09-01-04 to 09-01-05.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | ONE (1) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | UNIVERSITY-ADMINISTRATION BLDG |
| 2 | 2 | ONE (2) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | UNIVERSITY-ADMINISTRATON ANNEX |
| 3 | 3 | ONE (3) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | CONVENT |
| 4 | 4 | ONE (4) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | HOUSE OF STUDIES |
| 5 | 5 | ONE (5) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHARMACY |
| 6 | 6 | ONE (6) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHARMACY ADDITION |
| 7 | 7 | ONE (7) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | GYMNASIUM |
| 8 | 8 | ONE (38) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | LIBRARY/RESOURCE CENTER |
| 9 | 9 | ONE (10) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | MUSIC (FORMERLY LIBRARY) |
| 10 | 10 | ONE (11) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHYSICAL PLANT |
| 11 | 11 | ONE (13) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | ST JOSEPH DORMITORY |
| 12 | 12 | ONE (14) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | KATHARINE DREXEL DORMITORY |
| 13 | 13 | ONE (18) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | CENTRAL PLANT |

IL T0 03 04 96                                                        Page    1

LOCATION SCHEDULE                           POLICY NUMBER: Y-630-528D9763-TIL-04

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 09-01-04 to 09-01-05.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 14 | 14 | ONE (21) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | ST MICHAEL DORMITORY |
| 15 | 15 | ONE (24) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | STUDENT CENTER |
| 16 | 16 | 4980 (17) DIXON STREET<br>NEW ORLEANS, LA 70125 | UNIVERSITY CENTER |
| 17 | 17 | 3713 (36) SHORT STREET<br>NEW ORLEANS, LA 70125 | SCIENCE COMPLEX |
| 18 | 18 | 3713 (37) SHORT STREET<br>NEW ORLEANS, LA 70125 | SCIENCE ANNEX |
| 19 | 19 | 909 (40) SOUTH JEFFERSON DAVIS PKWY<br>NEW ORLEANS, LA 70125 | XAVIER SOUTH |
| 20 | 20 | 3520 PINE STREET<br>NEW ORLEANS, LA 70125 | ART VILLAGE |
| 21 | 21 | 4930 (47) DREXEL STREET<br>NEW ORLEANS, LA 70125 | CLAVER HALL |
| 22 | 22 | 861 (88) SOUTH JEFFERSON DAVIS PKWY<br>NEW ORLEANS, LA 70125 | LIVING/LEARNING CENTER |
| 23 | 23 | 1638 MARIGNY STREET<br>NEW ORLEANS, LA 70117 | OFFICES/PROGRAMS |
| 24 | 24 | 3801 (89) SOUTH CARROLLTON AVENUE<br>NEW ORLEANS, LA 70118 | INFORMATION SECURITY/MAINTENAN |
| 25 | 25 | 1001 SOUTH JEFFERSON DAVIS PKWY,<br>NEW ORLEANS, LA 70125 | XAVIER SOUTH DORMITORY |

IL T0 03 04 96                                                                    Page    2   (END)

DELUXE PROPERTY

DELUXE PROPERTY



**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE  
PART DECLARATIONS

POLICY NUMBER: Y-630-528D9763-TIL-04  
ISSUE DATE: 10-28-04

INSURING COMPANY:  
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

EFFECTIVE DATE: Same as policy unless otherwise specified:

COVERAGES AND LIMITS OF INSURANCE - DESCRIBED PREMISES

Insurance applies on a BLANKET basis only to a coverage for which a Limit of Insurance is shown, as per Statement of Values dated 09/01/04, and at locations subsequently reported to and insured by us. For Insurance that applies to a specific premises location see Deluxe Property Coverage Part Schedule - Specific Limits.

DELUXE PROPERTY COVERAGE FORM

| Blanket Description of Coverage or Property | Limits of Insurance |
|---|---|
| Building(s) and Your Business Personal Property | $ 157,944,376 |

COINSURANCE PROVISION:

Coinsurance does not apply to the Blanket coverages shown above.

VALUATION PROVISION:

Replacement cost (subject to limitations) applies to any types of covered property shown above.

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated. Revised limits, if any, will be stated in the column on the right.

| | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Accounts Receivable: | | |
| On premises | $ 25,000 | |
| In transit or at undescribed premises | $ 10,000 | |
| Appurtenant Buildings and Structures | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Debris Removal (additional limit) | $ 250,000 | |

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC          EP771    OFFICE:NEW ORLEANS          125

## Dunbar, Ellen

**From:** Bludworth, Darnell
**Sent:** Tuesday, July 03, 2007 10:00 AM
**To:** 'Simeon Reimonenq'
**Cc:** Garner, James M.; McGlone, Kevin; Washington, Teresa
**Subject:** RE: Xavier

Thanks for the response.

1. We have previously produced minutes, Busch notes (you reviewed the originals and had them copied), photographs, proposals from Landis. WE do not understand why you want the same paper twice.

2. We do not understand the relevance of any pre-Katrina documents.

3. You currently have a motion pending on the FEMA issue (among others). Will you agree that motion will resolve the issue vis a vis the subpoena to Foxcor, or do we need to file a separate motion to quash on this issue?

Darnell Bludworth
Sher Garner Cahill Richter Klein & Hilbert
909 Poydras St. 28th Floor
New Orleans, Louisiana 70112
telephone 504 299-2114
fax 504 299-2314
cell 504 723-5422

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100, permanently delete the message, and return any printed copies of the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty Eighth Floor, 909 Poydras Street, New Orleans, LA 70112 via the United States Postal Service.

-----Original Message-----
From: Simeon Reimonenq [mailto:sreimonenq@lawla.com]
Sent: Tuesday, July 03, 2007 9:50 AM
To: Bludworth, Darnell
Subject: RE: Xavier

Darnell,

1. We do not want pay applications, but we do want meeting minutes, Busch notebooks, photographs, proposals, etc.

2. We do want some pre-Katrina and I will be sending you a memo clarifying what we specifically want.

3. We want all FEMA documents.

Please send the documents to IKON.

Thanks

Simeon

Simeon B. Reimonenq, Jr., Esq.
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard

1


EXHIBIT C

```
601 Poydras Street, Suite 2775
New Orleans, LA 70130
(504) 568-1990 Ext. 125
(504) 310-9195 (Fax)
```

This message is intended solely for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify me immediately. Thank you.

>>> "Bludworth, Darnell" <DBludworth@SHERGARNER.com> 7/2/2007 6:09 PM
>>> >>>
Simeon:

Given that we have not received a response to the below questions we will instruct Landis and Foxcor as follows:

1.  Not to produce documents that Xavier has previously produced or made available for inspection, including pay applications, meeting minutes, Busch notebooks, photographs, proposals, etc.

2.  Not to produce pre-Katrina documents.

3.  Not to produce FEMA documents.

If you do not agree with any of the foregoing, please let us know. Our plan is to ask Choice and Ikon (with whom we are familiar and can recommend be entrusted with original documents) for competitive pricing on the copying and bates labeling of the documents.

```
Darnell Bludworth
Sher Garner Cahill Richter Klein & Hilbert
909 Poydras St. 28th Floor
New Orleans, Louisiana 70112
telephone 504 299-2114
fax 504 299-2314
cell 504 723-5422
```

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100, permanently delete the message, and return any printed copies of the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty Eighth Floor, 909 Poydras Street, New Orleans, LA 70112 via the United States Postal Service.

```
>
> From:    Bludworth, Darnell
> Sent:    Thursday, June 28, 2007 3:28 PM
> To: 'Simeon Reimonenq'
> Cc: Garner, James M.; McGlone, Kevin
> Subject:  RE: Xavier
>
> Simeon:
>
> Thanks for your email. The email below addresses a few issues beyond the pay application
issue. We really need to know your position on all of these issues as it will impact the
scope of production that Foxcor and Landis need to make. They are asking for direction
given that the wording is broad.
>
> We normally send documents to Choice. Their rates are competitive, so this should not
prove to be a problem.
>
```

2

> Darnell Bludworth
> Sher Garner Cahill Richter Klein & Hilbert
> 909 Poydras St. 28th Floor
> New Orleans, Louisiana 70112
> telephone 504 299-2114
> fax 504 299-2314
> cell 504 723-5422
>
> The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100, permanently delete the message, and return any printed copies of the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty Eighth Floor, 909 Poydras Street, New Orleans, LA 70112 via the United States Postal Service.
>
>
> _____
> From:      Bludworth, Darnell
> Sent:      Tuesday, June 26, 2007 11:07 AM
> To: Simeon Reimonenq
> Cc: Garner, James M.; McGlone, Kevin
> Subject:   Xavier
>
> Simeon:
>
> Both Landis and Foxcor have contacted us with concerns regarding the
> scope of your notice of deposition/subpoena. [We have seen the
> deposition notice but not the subpoenas - please forward us a copy of
> the subpoenas as required by Rule 45(b)(1)]. If the subpoenas have the
> same wording as the notice of deposition, we share their concerns. The
> description simply requests a broad grocery list of documents
> "relating to plaintiffs for the following entity." >
>
> Initially, as we have discussed, the request seems to include the very voluminous pay applications that we have already produced. Do you expect Landis and Foxcor to produce these again, despite the fact that Xavier has already produced them?
>
> Further, the scope does not appear to be limited to Katrina repairs. We do not believe any pre-Katrina work is relevant. (for example, Landis built several buildings on campus in recent years). Please confirm you agree to so limit the request.
>
> We have already produced a number of Landis documents such as the Sarah Busch notebooks, photographs, meeting minutes, response to requests for proposals, etc. Please confirm that you do not want Landis and Foxcor to produce this same data a second time.
>
> Do you intend for the notice to include FEMA related documents? If so, we will need either to agree that Foxcor will not produce such documents until such time as we have a ruling on your motion to compel on this topic, or will need to file a motion to quash. In addition to being irrelevant to this matter, the FEMA project worksheets are many thousands of pages of documents and will be very burdensome to produce.
>
> Please let us know if we can work out an agreement on these issues so that we can move forward with assisting Foxcor and Landis in complying with the subpoenas.
>
> Darnell Bludworth
> Sher Garner Cahill Richter Klein & Hilbert
> 909 Poydras St. 28th Floor
> New Orleans, Louisiana 70112
> telephone 504 299-2114
> fax 504 299-2314
> cell 504 723-5422
>
> The information contained in this electronic message may be attorney privileged and

3

confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100, permanently delete the message, and return any printed copies of the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty Eighth Floor, 909 Poydras Street, New Orleans, LA 70112 via the United States Postal Service.
\>