UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES ) | CIVIL ACTION NO. 05-cv-4182 |
| CONSOLIDATED LITIGATION ) | |
| ) | SECTION "K" |
| VERSUS ) | Judge Stanwood R. Duval, Jr. |
| ) | |
| PERTAINS TO: INSURANCE ) | MAG. 2 |
| *Edna Gordon* ) | Magistrate Judge Joseph C. Wilkinson, Jr. |
| No. 06-cv-4920 ) | |

## EXHIBIT LIST OF LEXINGTON INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, come defendant, Lexington Insurance Company (hereinafter "Lexington") which submits that it may introduce the following exhibits at the trial of this matter:

1. Lexington Insurance Company Policy No. LE 6753776 01.

2. Lexington Insurance Company claims file relative to Claim No. 203409.

3. AIG/Lexington Insurance Company underwriting file relative to Lexington Insurance Company Policy No. LE 6753776 01.

4. Central Claims Services file.

5. Central Claims Services adjuster's report dated November 22, 2005.

6. Halliwell Engineering Associates, Inc.'s Preliminary Report dated May 10, 2006.

7. RJMW Claims Service first report dated March 21, 2006.

8. RJMW Claims Service second report dated April 26, 2006.

9. RJMW Claims Service third report dated June 4, 2006.

10. RJMW Claims Service fourth report dated July 17, 2006.

11. RJMW Claims Service fifth report dated July 21, 2006.

12. RJMW Claims Service sixth report dated July 23, 2006.

13. RJMW Claims Services seventh report dated September 12, 2006.

14. Any and all discovery requests, discovery responses, or other documents exchanged and/or produced in connection with discovery, whether filed or exchanged informally, in this matter, including, but not limited to, Answer to Interrogatories, Responses to Requests for Production of Documents, Requests for Admissions, Requests for Inspection and/or Entry.

15. Any document identified in discovery.

16. Any and all pleadings, filed or to be filed, in this matter.

17. Any and all depositions, affidavits, or other statements, written and oral, taken or to be taken, in this matter.

18. Any and all documents necessary for impeachment or rebuttal purposes, including, but not limited to, treatises, restatements of law, data, studies, publications, or other reference materials.

19. Any and all exhibits listed by any other party.

20. Any exhibit that may be necessary for impeachment purposes or to rebut the testimony of any witness.

21. Any exhibit which becomes known as a result of ongoing discovery.

Lexington Insurance Company hereby reserves its right to supplement and/or amend this exhibit list.

Respectfully Submitted,

/s/ Robert I. Siegel
_____
ROBERT I. SIEGEL, ESQUIRE (#12063)
ALISTAIR M. WARD, ESQUIRE (#24693)
KELLEY W. STRAIN, ESQUIRE (#30307)
**Gieger, Laborde & Laperouse, LLC**
Suite - 4800 One Shell Square
New Orleans, LA 70139-4800
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011

*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of August 2007, served a copy of the foregoing **Exhibit List of Lexington Insurance Company** by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

/s/ Robert I. Siegel
_____

3