## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION ) ) ) VERSUS ) ) _____ ) PERTAINS TO: INSURANCE ) *Edna Gordon* ) No. 06-cv-4920 ) | CIVIL ACTION NO. 05-cv-4182 SECTION "K" Judge Stanwood R. Duval, Jr. MAG. 2 Magistrate Judge Joseph C. Wilkinson, Jr. |

### WITNESS LIST OF LEXINGTON INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, come defendant, Lexington Insurance Company (hereinafter "Lexington") which submits that it *may* call the following witnesses at the trial of this matter:

1. Larry Daniel, Property Examiner, Lexington Insurance Company, 100 Summer Street, Boston, Massachusetts, 02110

2. Don Rousell, Central Claims,1352 Ridgeview, Bator Rouge, Louisiana 70807..

3. Jack Hicks, Reid, Jones, McRorie & Williams, 857 S. Andrews Street, New Orleans, LA 70130.

4. Todd Cormier, Halliwell Engineering Associares, Inc., 865 Waterman Avenue, East

Providence, RI 02914.

5. Jim Collins, Lexington Insurance Company, 100 Summer Street, Boston, Massachusetts, 02110.

6. Sandra Carter, Lexington Insurance Company, 100 Summer Street, Boston, Massachusetts, 02110.

7. Representative of Lexington Insurance Company.

8. Any expert retained by any party in this matter.

9. Any witness identified by any other party.

10. Any witness identified in discovery.

11. Any witness necessary for rebuttal and/or impeachment purposes.

12. Any person from whom a deposition is taken.

13. Any witness who becomes known as a result of ongoing discovery or investigation.

14. Any witness necessary to authenticate any exhibits, documents or records produced during discovery or listed as an exhibit by a party.

Lexington Insurance Company reserves the right to supplement and/or amend this Witness List.

Respectfully Submitted,

/s/ Robert I. Siegel

_____
ROBERT I. SIEGEL, ESQUIRE (#12063)
ALISTAIR M. WARD, ESQUIRE (#24693)
KELLEY W. STRAIN, ESQUIRE (#30307)
**Gieger, Laborde & Laperouse, LLC**
Suite - 4800 One Shell Square
New Orleans, LA 70139-4800
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of August 2007, served a copy of the foregoing **Witness List of Lexington Insurance Company** by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

/s/ Robert I. Siegel

_____

3