UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION |
| | * | NO. 2:05-cv-4182 |

CONSOLIDATED WITH

| | | |
|---|---|---|
| LYNN RIVET | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-7278 |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | SECTION "A" |
| | * | |
| * * * * * * * * * * * * * * * * | | MAG. 5 |

### STIPULATION OF DISMISSAL

ON MOTION of plaintiff, Lynn Rivet, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice as to all of plaintiff's rights herein, each party to bear its own costs.

Respectfully submitted,

**WINDMEYER LAW FIRM, LLC**


/s/ Joseph E. Windmeyer, Jr.
**JOSEPH E. WINDMEYER, JR. (#26554) (T.A.)**
**JOSEPH E. WINDMEYER (#13595)**
**2313 N. Hullen Street**
**Metairie, LA 70001**
**Telephone:   (504) 833-0782**
**Facsimile:   (504) 833-0936**
joey@windmeyerlaw.com

**and**

**MICHAEL A. TUSA (#26735)**
**2313 N. Hullen Street**
**Metairie, LA 70001**
**Telephone:   (504) 833-0785**
**Facsimile:   (504) 833-0936**
michaeltusa@gmail.com

**Attorneys for Plaintiff**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been served electronically upon all known counsel of record who utilize the CM/ECF system and has been forwarded to all other known counsel by facsimile or depositing same in the United States mail, postage prepaid and properly addressed.

Metairie, Louisiana, this 6th day of August, 2007.

/s/ Joseph E. Windmeyer, Jr.
JOSEPH E. WINDMEYER, JR