UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION |
| | * | NO. 2:05-cv-4182 |

CONSOLIDATED WITH

| | | |
|---|---|---|
| LYNN RIVET | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-7278 |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | SECTION "A" |
| | * | |
| * * * * * * * * * * * * * * * * | | MAG. 5 |

**PROPOSED O R D E R**

 Considering the foregoing Stipulation of Dismissal;

 IT IS HEREBY ORDERED that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs.

 NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

                _____
                     J U D G E