Subj: **In re Katrina - Pertains to Levee and Mr. Go**
Date: 6/26/2007 5:20:50 PM Central Daylight Time
From: stephaniep@jbrunolaw.com
To: Jerry@yourlawyer.com, aalonso@yourlawyer.com, rebennacks@cox.net, awilliamson@fgmaples.com, alexis@lambertandnelson.com, aprilhes@msn.com, arod@odwyerlaw.com, bgr@zimmreed.com, bjones@gsnlaw.com, calvinfayard@fayardlaw.com, candace@lambertandnelson.com, czelaya@maplesandkirwan.com, camedee@dphf-law.com, dhersh@burgsimpson.com, becketbec@aol.com, danielle@lambertandnelson.com, dollyno@aol.com, dbludworth@shergarner.com, darrylbecnel@becnellaw.com, dbhoneycutt@fayardlaw.com, dkrangle@yourlawyer.com, david@brunobrunolaw.com, dmartin@gainsben.com, dreich@reichandbinstock.com, federal@geraldmaples.com, florian@brunobrunolaw.com, fcdlaw@aol.com, fholthaus@dphf-law.com, FredRosenthal@yourlawyer.com, gmeunier@gainsben.com, herb@yourlawyer.com, hlambert@lambertandnelson.com, jgarner@shergarner.com, jmark@yourlawyer.com, lee.jeremyk@hotmail.com, jim@jimshall.com, jodi@jimshall.com, jbruno@brunobrunolaw.com, pconnick@lil.nocoxmail.com, JdeGravelles@dphf-law.com, joe@jimshall.com, jpalmintier@dphf-law.com, jwoods@gainsben.com, khadican@gainsben.com, krobinson@dphf-law.com, keithcouture@bellsouth.net, kerry@jimshall.com, tdavis2@cableone.net, lnelson@lambertandnelson.com, mtannehill@yourlawyer.com, mburg@burgsimpson.com, mpalmintier@dphf-law.com, mhowell@reichandbinstock.com, mmoreland@becnellaw.com, nicole@murphylfirm.com, pdhatch@dumaslaw.com, aucoinp@bellsouth.net, pmurphy@murphylfirm.com, pmounger@cox.net, rasmith3@bellsouth.net, rhunter@dphf-law.com, rmmjr@cox.net, zinbec@aol.com, rcaluda@rcaluda.com, schristina@becnellaw.com, scott@jbrunolaw.com, stephanie@rcaluda.com, stephaniep@brunobrunolaw.com, smwiles@bellsouth.net, tturner@dumaslaw.com, vbroussard@odwyerlaw.com, wdumas@dumaslaw.com, wandaedwards@fayardlaw.com, willpercy@hotmail.com

Please see attached correspondence sent to defendants today.

*Stephanie Pizani*

Stephanie A. Pizani
Legal Secretary to Joseph M. Bruno
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Direct Line: (504) 304-2640
Facsimile: (504) 561-6775
stephaniep@brunobrunolaw.com

# IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

(USDC, E.D. La. No. 05-4182 "K")

PLAINTIFFS' LIAISON
COUNSEL
JOSEPH M. BRUNO

LEVEE SUBGROUP
LITIGATION
COMMITTEE
Gerald E. Meunier,
Liaison
Daniel E. Becnel, Jr
Joseph M. Bruno
Walter C. Dumas
Darleen M. Jacobs
Hugh P. Lambert

MRGO SUBGROUP
LITIGATION
COMMITTEE:
James P. Roy,
Liaison
John B. Andry
Joseph M. Bruno
Clay H. Mitchell
Pierce O'Donnell

INSURANCE SUBGROUP
LITIGATION
COMMITTEE:
Calvin C. Fayard, Jr.,
Liaison
Joseph M. Bruno
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier

LITIGATION
COORDINATOR
J. Robert Warren, II

855 BARONNE STREET
NEW ORLEANS, LA.
70113
(504) 525-1335
(504) 561-6775
FACSIMILE

William D. Treeby, Esq.
(A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Gary Zwain, Esq.
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 North Causeway Blvd Suite 2900
Metairie LA 70002

Charles E. Sutton, Jr., Esq.
Sutton Law Firm, LLC
2101 N. Highway 190, Suite 105
Covington, LA 70433

Re:   Katrina Litigation
      3711 Conference, Levee/MRGO

Dear Counsel,

The following sets forth the Plaintiffs' response to the issues raised by the Defendants in our recent 37.11 Conference. Unless affirmatively addressed herein, Plaintiffs stand by their original responses. We further understand that the items addressed here are considered by the Defendants to be essential to proceeding with class representative depositions.

1) Interrogatory 10.

Plaintiffs will amend to state that:

"Plaintiffs seek issue certification under Rule 23(b)(3) with respect to fault for levee failure and causation of flooding in various polders. Plaintiffs also seek such affirmative injunctive relief as the law may allow under Rule 23(b)(2) to address the loss of culture and diminution of property values suffered by the proposed Class Members. Such affirmative relief may include, but not be limited to, monetary relief, establishment of Trust Fund(s) to promote the culture and unique heritage of the City of New Orleans Plaintiffs do not presently contemplate seeking certification for Declarative Relief under Rule 23(b)(1)."



2) Interrogatory 11,

"See response to Interrogatory No. 10, *supra.*"

3) Interrogatory 12,

"See response to Interrogatory No. 10, *supra.*"

4) Interrogatory 15, Request for Production No. 2,

Plaintiffs will, for all proposed Class Representative as well as substitutes, submit CMO #4 information, together with any and all Form 95's which they executed. You agreed that you would proceed with the depositions of all substituted representatives reserving your right to oppose any amendment b which they are substituted.

5) Interrogatory 16, 30, Request for Production No. 17, Request for Production No. 33

Plaintiffs will, for all proposed Class Representative as well as substitutes, disclose to the Defendants all present health care providers with whom the Class Representatives are presently treating, the diagnosis, and prognosis. Each Class Representative will also disclose and describe any present disability or infirmity of which they suffer. The Defendants will then have the right to request delivery of appropriate releases so as to obtain records for the purpose of evaluating their fitness to serve as a Class Representative. Plaintiffs reserve the right to refuse to execute such release should the health care issue, disability, or infirmity not be such as to affect their fitness to serve and in such event, the Plaintiff will have the right to seek relief from the Court

6) Interrogatory 22,

Plaintiffs will amend to state that:

"Plaintiffs in their Master Superceding Class Action Complaint have described each levee breach permitting water to enter the City and its environs. As to the 'geotechnical and structure modes and causes for such water', Plaintiffs lack sufficient information upon which to predicate a response. That said, Plaintiffs fully expect that their expert submissions will address these issues to a scientific degree of professional certainty."

7) Interrogatory 25,

Plaintiffs will, for all proposed Class Representative as well as substitutes, disclose their age, occupation, current address if different from that previously disclosed, and address as of August 29, 2005.

8) Interrogatory 29, Request for Production No. 28

Plaintiffs will, for all proposed Class Representative as well as substitutes, disclose whether they have ever been convicted of a felony. Plaintiffs will also disclose all other lawsuits to which they have been a party. If they have a copy of the petition/complaint they will produce it. This disclosure is limited to the preceding 10 years.

9) Request for Production No. 8

Plaintiffs will, for all proposed Class Representative as well as substitutes, produce film and video showing rising water or standing water affecting their damaged property.

10) Request for Production No. 22

The Class Representatives, as well as substitutes, will produce representative photographs taken within one year prior to Katrina as well as post-Katrina. If, since construction, the property has been structurally altered, photographs showing such alterations will be provided.

11) Request for Production No. 26

We have requested Counsel to advise us if as a result of advertising, any of them received non-privileged, discoverable material within the ambit of this request.

Plaintiffs attach as Exhibit "A" a spread sheet disclosing the information described above to the extent available. Further, to the extent that film, videos exist and are responsive to the foregoing, same will be available for inspection beginning at 9:00 a.m. Thursday, June 28, 2007 at the Law Offices of Joseph Bruno.

Regards,

JOSEPH M. BRUNO
FRANK C. DUDENHEFER, JR.