UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K"(2) |
| PERTAINS TO: * | | |
| INSURANCEMASTER CLASS ACTION* | | |
| CONSOLIDATED COMPLAINT * | | |
| * | | |
| * | | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for the Purpose of Temporarily Lifting of Stay Order and Dismissal of Claims of John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn With Prejudice filed by John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn and Hartford Insurance Company of the Midwest, improperly identified by plaintiffs as Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Southeast ("Hartford");

**IT IS ORDERED ADJUDGED AND DECREED** that this Court's stay order dated March 16, 2007 [Doc. 3426] is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for the Purpose of Temporarily Lifting of Stay Order and Dismissal of Claims of John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn With Prejudice filed by John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn and

1

Hartford Insurance Company of the Midwest, improperly identified by plaintiffs as Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Southeast ("Hartford");

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that all of the claims of John Williams, Harvey Jordan, Turner Thomas, and Clemmie Quinn asserted in the Insurance Master Class Action Consolidated Complaint, including without limitation their claims arising under their policy of insurance for damages sustained either in Hurricane Katrina, Rita, and/or claims based on subsequent claim handling against Hartford Insurance Company of the Midwest, Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, and/or Hartford Insurance Company of the Southeast are hereby **DISMISSED WITH PREJUDICE** at each party's cost.

**IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED** that as a result of the foregoing dismissal with prejudice in the preceding paragraph and the previous dismissal of the claims of John Platz with prejudice [Doc. 6434], there are no plaintiffs in the Insurance Master Class Action Consolidated Complaint with claims asserted against Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southeast, or Hartford Insurance Company of the Midwest.  Accordingly Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company of the Southeast, and Hartford Insurance Company of the Midwest should be terminated as defendants to the Insurance Master Class Action Consolidated Complaint.

New Orleans, Louisiana, this 6th day of August, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE