UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES | CIVIL ACTION |
| PERTAINS TO:<br>LEVEE (DePass., No. 06-5127) | NO. 05-4182<br><br>SECTION "K"<br>JUDGE DUVAL<br>MAGISTRATE KNOWLES |

ORDER SCHEDULING ORAL HEARING

**IT IS ORDERED** that **Plaintiffs' Motion for Leave to File Third Amendment to the Complaint (Doc. #6798)** is hereby SET FOR ORAL HEARING before the undersigned Magistrate Judge on **Wednesday, AUGUST 22, 2007 at 11:00 A.M.** in Courtroom B305 (Hale Boggs Building) at 500 Poydras St., New Orleans, Louisiana.

New Orleans, Louisiana, this 3rd day of August, 2007.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE