

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 30 PM 3:57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" JUDGE DUVAL |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | |
| | * | MAG. (2) MAG. WILKINSON |
| SEVERED FROM: AARON, 06-4746 | * * | |
| EMELDA COLEMAN | * * | CIVIL ACTION NO. 07-1893 |
| VERSUS | * * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE & CASUALTY COMPANY | * * | |
| * * * * * * * * * * * * * * * * | | |

### RULE 41 (a)(1)(i) STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Emelda Coleman, who has stipulated that there is no cause of action against State Farm Fire and Casualty Company as stated in the Plaintiff's Complaint and Amended Complaint. Therefore, Plaintiff, Emelda Coleman, respectfully requests that this Honorable Court dismiss State Farm Fire and Casualty Company from this action, without prejudice, each party to bear its own cost.

*See signature line on following page*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____

Respectfully submitted,

**JIM S. HALL & ASSOCIATES**

_____
JIM S. HALL, (Bar No.: 21644)
JOSEPH W. RAUSCH (Bar No.: 11394)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Counsel for Plaintiff, Emelda Coleman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2007, a copy of the foregoing Rule 41 (a)(1)(i) Stipulation of Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

_____
JIM S. HALL