FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG -3 P 3:58

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" JUDGE DUVAL |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | |
| | * | MAG. (2) MAG. WILKINSON |
| SEVERED FROM: AARON, 06-4746 | * * | |
| EMELDA COLEMAN | * * | CIVIL ACTION NO. 07-1893 |
| VERSUS | * * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE & CASUALTY COMPANY | * * | |

### ORDER

**CONSIDERING** the foregoing,

**IT IS ORDERED** that the Plaintiff's Rule 41(a)(1)(i) Stipulation of Dismissal is **GRANTED** and that Defendant, State Farm Fire and Casualty Company, be dismissed from this action, without prejudice, each party to bear its own cost.

NEW ORLEANS, LOUISIANA, this 3rd day of August, 2007.

_____
JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____