

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 30   PM 3: 15

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| _____ | §<br>§ | |
| PERTAINS TO:<br>LEVEE (06-5032)<br>NATHANIEL JOSEPH, ET AL. V. NEW ORLEANS<br>SEWERAGE AND WATER BOARD, ET AL. | §<br>§<br>§<br>§ | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come **NATHANIEL JOSEPH**, on behalf

of themselves and all others similarly situated, who respectfully represent to this Honorable

Court that, based on representations made to counsel for Plaintiffs by counsel for Defendant,

Virginia Wrecking, Plaintiffs desire to voluntarily dismiss Virginia Wrecking, without prejudice.

Respectfully submitted:

THE LAW OFFICE OF
MARION OVERTON WHITE

_____

MARION OVERTON WHITE
Louisiana Bar: 13428
511 E. Landry Street
Opelousas, Louisiana 70570
Telephone: (337) 948-8296

_____ Fee_____
_____ Process_____
_X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No_____

## CERTIFICATE OF SERVICE

I, **MARION OVERTON WHITE,** has on this day served counsel of record for the opposing or

interested party of this case, with a true and correct copy of the pleadings filed on this 2-7 day

of ___July___, 2007, by faxing and depositing a true and correct copy of the same in the United

States Postal mail and properly addressed to:

> **Mr. Wade Langlois, III, Esq.**
> Attorney at Law
> Oakwood Corporate Center
> Post Office Box 1910
> Gretna, Louisiana 70054-1910

**SIGNED** at Opelousas, St. Landry Parish, Louisiana on this _27_ day of _July_ 2007.

> RESPECTFULLY SUBMITTED BY
> THE LAW OFFICE OF
> MARION OVERTON WHITE
> 511 East St. Landry St.
> Opelousas, Louisiana 70570
> (337) 948-8296
>
> By: _Marion Overton White_
> **MARION OVERTON WHITE**
> Louisiana Bar: 13428