UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182 "K" (2)<br>§ JUDGE Duval<br>§ MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE     (06-5032<br>NATHANIEL JOSEPH, ET AL V. NEW ORLEANS<br>SEWERAGE AND WATER BOARD, ET AL | | § §<br>§<br>§<br>§ |

## MEMORANDUM IN SUPPORT OF
## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF
## DEFENDANT, VIRGINIA WRECKING CO., INC.
## WITHOUT PREJUDICE

Plaintiff, **NATHANIEL JOSEPH,** on behalf of themselves and all others similarly situated, have received representations by counsel for Defendant, Virginia Wrecking Co., Inc., and based upon these representations, plaintiffs move to dismiss their Petition for Damages without prejudice as against Virginia Wrecking Co., Inc., and specifically reserve all rights against all parties not dismissed herein. Specifically, Virginia Wrecking Co., Inc., has represented that it did not design, construct, or maintain any levee on the 17th Street, London Avenue or Industrial Canals. Virginia Wrecking Co., Inc., performed no work on the Industrial Canal levee or floodwall. Virginia Wrecking Co., Inc.'s only involvement with the Industrial Canal was the demolition of the Galvez Street Wharf and an adjacent storeroom. No breach in the levee occurred at this site.

Respectfully submitted,

/s/ Marion Overton White
MARION OVERTON WHITE
Louisiana Bar: 13428
511 E. Landry Street
Opelousas, Louisiana 70570
Telephone: (337)948-8296
ATTORNEY FOR PLAINTIFF, NATHANIEL JOSEPH, on behalf of themselves and all others similarly situated

## CERTIFICATE OF SERVICE

I, **MARION OVERTON WHITE**, has on this day served counsel of record for the opposing or interested party of this case, with a true and correct copy of the pleadings filed on this 26 day of July, 2007, by faxing and depositing a true and correct copy of same in the United States Postal mail and properly addressed to:

Mr. Wade Langlois, III, Esq.
Attorney at Law
Oakwood Corporate Center
Post Office Box 1910
Gretna, Louisiana 70054-1910

**SIGNED** at Opelousas, St. Landry Parish, Louisiana on this 26 day of July 2007.

/s/ Marion Overton White
By: MARION OVERTON WHITE
Louisiana Bar: 13428

G:\0262\1692\Pleadings\Joseph\Mt Dismiss.wpd