UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE Duval<br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE    (06-5032<br>NATHANIEL JOSEPH, ET AL V. NEW ORLEANS<br>SEWERAGE AND WATER BOARD, ET AL | | §<br>§<br>§<br>§ | |

## **LOCAL RULE 7.6 E CERTIFICATE**

Pursuant to Local Rule 7.6E, Counsel for Plaintiff in the captioned matter has inquired of counsel for Virginia Wrecking Company, Inc. who has indicated that it has no objection to the filing of this Unopposed Motion for Voluntary Dismissal of Virginia Wrecking Company, Inc. without prejudice.

Respectfully submitted,

*/s/ Marion Overton White*
MARION OVERTON WHITE
Louisiana Bar: 13428
511 E. Landry Street
Opelousas, Louisiana 70570
Telephone: (337)948-8296
ATTORNEY FOR PLAINTIFF, NATHANIEL JOSEPH, on behalf of themselves and all others similarly situated