UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: | JUDGE DUVAL |
| INSURANCE, Fremin, 06-5276 c/w 06-8200 & 06-9961 | MAG. WILKINSON |

## ORDER

The referenced consolidated proceeding, Fremin, 06-5276 c/w 06-8200 & 06-9961, has recently been referred to me for a preliminary conference. Record Doc. No. 6516. Accordingly, **IT IS ORDERED** that a preliminary conference for all purposes permitted by Paragraph VII of CMO No. 4 is hereby **SCHEDULED** in this matter on **AUGUST 27, 2007 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this  6th  day of August, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**