FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG -3 P 3: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE Duval MAG. WILKINSON |

§
§
PERTAINS TO:                                      §
LEVEE        (06-5032                             §
NATHANIEL JOSEPH, ET AL V. NEW ORLEANS§
SEWERAGE AND WATER BOARD, ET AL      §

## PROPOSED ORDER

Considering the Plaintiffs' Unopposed Motion for Voluntary Dismissal of Defendant,

Virginia Wrecking Company, Inc., Without Prejudice:

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Motion be and is hereby

**GRANTED** and that Virginia Wrecking Company, Inc., be and is hereby dismissed from

this matter without prejudice, reserving to the plaintiffs all rights as to all other parties

herein.

NEW ORLEANS, LOUISIANA, this _____3rd_____ day of _Augunf_ 2007.

_____
Judge

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____