UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES             CIVIL ACTION
          CONSOLIDATED LITIGATION
                                          NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Heron</u>, 06-7327      JUDGE DUVAL
                                          MAG. WILKINSON

## ORDER

The captioned case has recently been referred to me for a preliminary conference.

Record Doc. No. 6728.  Accordingly, **IT IS ORDERED** that a preliminary conference for

all purposes permitted by Paragraph VII of CMO No. 4 is hereby **SCHEDULED** in this

matter on **AUGUST 27, 2007 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson,

Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana.  Parties

who wish to participate in the conference by telephone may make arrangements to do so by

calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this ___6th___ day of August, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY:</u>**
**HON. STANWOOD R. DUVAL, JR.**