# BARRASSO · USDIN · KUPPERMAN FREEMAN & SARVER, L.L.C.
### - COUNSELLORS AT LAW -

**Kristin L. Beckman**
Direct Dial: (504) 589-9765
E-Mail: kbeckman@barrassousdin.com

Our File No.
14,599

August 2, 2007

The Honorable Stanwood R. Duval, Jr.
U.S. District Judge
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

       Re:    *In Re Katrina Canal Breaches Consolidated Litigation re: Watts*
              USDC, E.D. La., No. 05-4182, Section K, Mag. 5

Dear Judge Duval:

      In light of the receipt of plaintiffs Sheryl and Kelvin Watts' signed Receipt and Release Agreement in the above-referenced matter, Allstate wishes to withdraw its related Motion to Enforce Settlement Agreement, filed July 31, 2007.

                                      Respectfully,

                                      Kristin L. Beckman

KLB:gpc
cc:    Clerk of Court
        Bruce Feingerts, Esq.