UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
         CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Khan</u>, 06-4571     JUDGE DUVAL
                                        MAG. WILKINSON

### ORDER

The captioned case has recently been referred to me for a preliminary conference. Record Doc. No. 6326.  Accordingly, **IT IS ORDERED** that a preliminary conference for all purposes permitted by Paragraph VII of CMO No. 4 is hereby **SCHEDULED** in this matter on **AUGUST 20, 2007 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana.  Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this   6th   day of August, 2007.

                              JOSEPH C. WILKINSON, JR
                              UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**