UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
        CONSOLIDATED LITIGATION
                                              NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Randazzo, 07-1082    JUDGE DUVAL
                                              MAG. WILKINSON

## ORDER

At the request of Douglas Sunseri, counsel for plaintiffs, a **Settlement Conference** is set in this case on **SEPTEMBER 27, 2007 at 4:00 p.m.** before me.

New Orleans, Louisiana, this ___7th___ day of August, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**