UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>CASUALTY PROPERTY COMPANY<br>OF AMERICA NO. 06-516) | |

**********************************************************************

## ORDER

**CONSIDERING** the *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Motion to Quash filed on behalf of Xavier University, Record Doc. No. 6851,

IT IS ORDERED that the *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Motion to Quash filed on behalf of Xavier University be and hereby is GRANTED.

New Orleans, Louisiana, this __7th__ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE