UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**        CIVIL ACTION
**CONSOLIDATED LITIGATION**

NO. 05-4182

SECTION "K" MAG "2"

**PERTAINS TO:**
**INSURANCE (XAVIER UNIVERSITY**
**OF LOUISIANA V. TRAVELERS**
**PROPERTY CASUALTY COMPANY**
**OF AMERICA NO. 06-516)**

**********************************************************************

## *EX PARTE* AND UNOPPOSED MOTION TO CONTINUE HEARING

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this *Ex Parte* and Unopposed Motion to Continue Hearing on the following motions:

1. Motion for Partial Summary Judgment Regarding Burden of Proof [Record Doc. No. 5847];

2. Motion for Partial Summary Judgment Regarding Collateral Source [Record Doc. No. 5848]; and

3. Motion for Partial Summary Judgment Regarding Retroactivity of Act 813 [Record

Doc. No. 5851].

The Court has scheduled oral argument of these three motions for the afternoon of September 12, 2007. Undersigned counsel, however, has a conflict on this date as he is scheduled to appear at the same time before the Louisiana Fourth Circuit Court of Appeal to argue on behalf of the appellee in *Joseph Sher v. Lafayette Insurance Co.*, No. 2007-CA-0757 regarding applicability of the purported "flood" exclusion. Therefore, Xavier respectfully requests that this Court continue the hearing on this matter at a time deemed appropriate by this Court. Xavier has contacted counsel for Travelers in this matter, Simeon Reimonenq, who advises that he has no objection to the requested continuance.

For the foregoing reasons, Xavier respectfully requests that this Court grant this motion and continue the hearing date of September 12, 2007 to a time deemed appropriate by the Court.

Respectfully Submitted:

 /s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA  70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                  /s/ James M. Garner
                                  JAMES M. GARNER