UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEAL J. KLING AND<br>SUZANNE G. KLING | * * * | CIVIL ACTION: 06-5474 |
| | * | SECTION: C |
| VERSUS | * * | MAGISTRATE: 5 |
| STATE FARM FIRE AND CASUALTY<br>COMPANY | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION FOR DISMISSAL WITH PREJUDICE AND JUDGMENT

All matters in controversy having been resolved through settlement, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto through the undersigned, that all matters and things in controversy in this case among and between the parties hereto, including such parties' claims, counter claims, cross claims and third party claims against each other and that the same are each and all dismissed, WITH PREJUDICE, on the merits, each party to bear their own costs, and the Court is hereby requested to and may issue an order and judgment so dismissing them.

_____
Martha Curtis #__20446__
909 Poydras Street, Suite 2800
New Orleans, LA 70112
(504) 299-2100
(504) 299-2300 fax
Attorney for Plaintiffs

_____
BRANT J. CACAMO (#26227)
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
(504) 586-9292 FAX (504) 586-1290
Counsel for Defendant
State Farm Fire & Casualty Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7 day of Aug_____, 2007, a copy of the foregoing has been forwarded to all counsel of record by depositing a copy of same on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage pre-paid.

_____