UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATIONS PERTAINS TO: SEVERED MASS JOINDER CASES | * * * | CIVIL ACTION NO. 05-4182 |
| *severed from Abadie, 06-5164* | * * | SECTION "K" (2) |
| LESLIE DIROSA, LOUIS DIROSA, Plaintiffs | * * * | CIVIL ACTION |
| VERSUS | * * | NO. |
| STATE FARM FIRE and CASUALTY CO., Defendant | * * | SECTION "K" (0) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF HEARING ON PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**
<u>**ON THE UNENFORCEABILITY OF THE ANTI-CONCURRENT CAUSE CLAUSE**</u>

**PLEASE TAKE NOTICE** that Plaintiffs', on Wednesday, September 12, 2007, at

2:00 o'clock p.m. at the United States District Courthouse, Eastern District Court of Louisiana, Court

Room C-368, 500 Camp Street, New Orleans, Louisiana, and before United States Magistrate Judge

Stanwood R. Duval, will bring on for hearing its Motion for Partial Summary Judgment on the

Unenforceability of the Anti-Concurent Cause Clause.

RESPECTFULLY SUBMITTED:

BY: /s/ **Joseph M. Bruno**
**JOSEPH M. BRUNO (#3604)**
**L. SCOTT JOANEN (#21431)**
**The Law Office of Joseph M. Bruno**
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 561-6775
E-Mail:jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all parties to this litigation by hand-delivery, facsimile, e-mail, electronic filing and/or by First Class, United States Mail, property addressed and postage prepaid on August 7, 2007.

**/s/ Joseph M. Bruno**
**JOSEPH M. BRUNO**