UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * | No. 05-4182 |
| | * | |
| *severed from Abadie, 06-5164* | * | SECTION "K" (2) |
| | * | |
| LESLEY DIROSA, LOUIS DIROSA | * | |
| Plaintiff | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | No. 07-2499 |
| STATE FARM FIRE and CASUALTY COMPANY | * | |
| Defendant | * | SECTION "K" (2) |
| ************************************************** | * | |

**REQUEST FOR ORAL ARGUMENT**

In accordance with Local Rule 78.1E, the Plaintiffs in the above referenced case, through undersigned counsel, hereby request oral argument in connection with their Motion for Partial Summary Judgment On The Unenforceability Of The Anti-Concurrent Causation Clause. The Plaintiffs maintain that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues involved in this matter.

The Plaintiffs further maintain that oral argument would be beneficial to the Court's consideration and resolution of the pending motion, and oral argument will permit a useful question and response exchange between the Court and Counsel to discuss issues addressed.

For these reasons, the Plaintiffs request that the Court entertain oral argument in this matter.

RESPECTFULLY SUBMITTED:

BY:   s/Joseph M. Bruno
**Joseph M. Bruno (#3604)**
**L. Scott Joanen (#21431)**
**The Law Office of Joseph M. Bruno**
855 Baronne Street, Third Floor
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 561-6775
E-Mail:jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all parties to this litigation by hand-delivery, facsimile, e-mail, electronic filing and/or by First Class, United States Mail, property addressed and postage prepaid on August 7, 2007.

**/s/Joseph M.. Bruno**