UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br> PERTAINS TO: SEVERED MASS JOINDER CASES | * CIVIL ACTION <br> * <br> * No. 05-4182 |
| *severed from Abadie, 06-5164* | * SECTION "K" (2) |
| LESLEY DIROSA, LOUIS DIROSA <br> Plaintiff | * <br> * |
| VERSUS | * CIVIL ACTION <br> * <br> * No. 07-2499 |
| STATE FARM FIRE and CASUALTY COMPANY <br> Defendant | * <br> * SECTION "K" (2) |

## ORDER

**IT IS ORDERED** that Plaintiffs Request for Oral Argument be **GRANTED**, that hearing on the Plaintiffs' Motion for Partial Summary Judgment on the Enforceability of the Anti-Concurrent Cause Clause be held before the Honorable Stanwood R. Duvall, Jr., 500 Poydras Street, Rm. C352, New Orleans, LA, on the 12th day of September, 2007 @ 2:00 p.m.

New Orleans, LA, this _____ day of _____, 2007

_____
JUDGE