MINUTE ENTRY
WILKINSON, M. J.
AUGUST 7, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Reese, 06-4873 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted on this date before the undersigned magistrate judge.  No settlement was reached.

*[signature]*

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  1 : 05