UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br>XAVIER UNIVERSITY OF LA., NO. 06-0516 | * <br> * <br> * | |

### O R D E R

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Travelers Property Casualty Company of America is hereby granted leave to file its Supplemental Memorandum In Opposition to Plaintiff's Motion to Quash.

NEW ORLEANS, LOUISIANA, this 7th day of August, 2007.

United States Magistrate Judge