UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182"K" (2) |
| PERTAINS TO:  INSURANCE, <u>Cloud</u>, 06-6093 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to defendant's Motion to Compel Rule 26 Disclosure, Answers to Interrogatories and Requests for Production of Documents, Record Doc. No. 6676, set for hearing on August 8, 2007 at 11:00 a.m. without oral argument, has been timely submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED and plaintiff is HEREBY ORDERED to provide her Rule 26(a) disclosures and respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make

all responsive documents available to defendant's counsel, within ten (10) days of entry of this order.  All objections, except on the basis of attorney-client privilege or work product doctrine, are deemed waived.  In addition, plaintiff must pay to defendant $450 in attorney's fees for its complete failure to respond to discovery served on March 9, 2007.  Fed. R. Civ. P. 37(a)(4)(A).

New Orleans, Louisiana, this ___8th___ day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE