UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: MRGO

FILED IN    05-4181, 05-4182, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024,
06-4065, 06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155, 06-5159,
06-5161, 06-5162, 06-5260, 06-5771,
06-5786, 06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, in the event that the Court denies their simultaneously filed motion for expedited hearing, the MRGO defendants will bring their Motion to Reconsider Court's Order on MRGO Defendants' Motion to Compel before the Honorable Joseph C. Wilkinson, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 22nd day of August, 2007 at 11:00 a.m.

887011v.1

Dated: August 2, 2007                                      Respectfully submitted,

/s/ Gary M. Zwain                                         /s/Ralph S. Hubbard III
Lawrence J. Duplass, 5199                                  Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                                       Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                                 Rachel Meese, 25457
         Of                                                         Of
Duplass, Zwain, Bourgeois, Morton, Pfister &               Lugenbuhl, Wheaton, Peck, Rankin &
Weinstock                                                  Hubbard
3838 N. Causeway Blvd., Suite 2900                         601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                                  New Orleans, Louisiana 70130
Telephone: (504) 832-3700                                  Telephone: (504) 568-1990
Facsimile: (504) 837-3119                                  Facsimile: (504) 310-9195

Attorneys for Board of Commissioners for the               Attorneys for St. Paul Fire and Marine
Lake Borgne Basin Levee District                           Insurance Company

/s/Thomas P. Anzelmo                                       /s/ William D. Treeby
Thomas P. Anzelmo, 2533                                    William D. Treeby, 12901
Mark E. Hanna, 19336                                       Carmelite M. Bertaut, 3054
Kyle P. Kirsch, 26363                                      Heather S. Lonian, 29956
Andre J. Lagarde, 28649                                             Of
         Of                                                Stone Pigman Walther Wittmann L.L.C.
McCranie, Sistrunk, Anzelmo, Hardy,                        546 Carondelet Street
  Maxwell & McDaniel                                       New Orleans, Louisiana 70130
3445 N. Causeway Boulevard, Suite 800                      Telephone: (504) 581-3200
Metairie, Louisiana 70002                                  Facsimile: (504) 581-3361
Telephone: (504) 831-0946
Facsimile: (504) 831-2492                                  Attorneys for Washington Group
                                                           International, Inc.
And
                                                           Of counsel
James L. Pate, 10333                                       Adrian Wager-Zito
Ben L. Mayeux, 19042                                       Julie McEvoy
         Of                                                Jones Day
Laborde & Neuner                                           51 Louisiana Avenue, N.W.
One Petroleum Center, Suite 200                            Washington, D.C. 20001-2113
1001 West Pinhook Road, Suite 200                          Telephone: (202) 879-4645
Post Office Drawer 52828                                   Facsimile: (202) 626-1700
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000                                  Jerome R. Doak
                                                           Jones Day
Attorneys for the Counsel for the                          2727 N. Harwood Street
Board of Commissioners for the                             Dallas, Texas 75201
Orleans Levee District                                     Telephone: (214) 220-3939
                                                           Facsimile: (214) 969-5100

2

887011v.1

/s/Robin D. Smith
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorney for United States

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon Joseph M. Bruno, Esq. in his capacity as plaintiffs' Liaison Counsel through the Court's CM/ECF system or via e-mail this 2nd day of August, 2007.

/s/Heather S. Lonian
Heather S. Lonian