# Exhibit 6



# NOTICE TO APPLICANTS

*The Road Home* program requests income information for two reasons:

1. We are required by the U. S. Department of Housing and Urban Development (HUD) to report how Community Development Block Grant funds are allocated by income.

2. Low to moderate income families may also qualify for an affordable loan up to the $150,000 cap.

**Applicants may leave the income and asset information blank in the attached application.**

However, when you visit a Housing Assistance Center we will ask you to tell us if your income is above or below a median income figure calculated for your Parish so we may comply with HUD requirements.

Further, if you are a low to moderate income family and wish to apply for an affordable loan, you will need to provide additional information about your income for us to qualify you for the loan.

# HOMEOWNER APPLICATION -- *THE ROAD HOME*

*THE ROAD HOME* program is a federally funded program. The information collected below will be used to determine whether you qualify under *THE ROAD HOME* program. It will not be disclosed other than to the State of Louisiana or its Agents without your consent except for verification of information or as required and permitted by law. You do not have to provide the information, but if you do not, your application for assistance may be delayed or rejected. *All fields with * must be accurately completed or your application will be refused until corrections are completed. If you have questions about the information requested in this application, call 1-888-762-3252 or TTY: 1-800-566-4224 .

Please complete the Road Home Homeowner Application form fully and accurately to the best of your ability. Once you complete your application, please mail it to the address below:

*Road Home* Applications
PO Box 91182
Baton Rouge, LA 70821-1182

After your application has been received and reviewed, you will be contacted by Road Home program staff to set up an initial appointment at a Housing Assistance Center. We encourage you, if possible, to complete an on-line application instead. Please visit www.road2LA.org to access the on-line application.

## ELIGIBILITY INFORMATION

If the answer to any of the following questions is NO, you are not eligible for *ROAD HOME* Homeowner Assistance:

Was the home a single unit (including mobile home), double unit or condominium?*  ☐ Yes  ☐ No
Was the home damaged or destroyed by Hurricane Katrina or Rita?*  ☐ Yes  ☐ No

## APPLICANT INFORMATION

The information in this block must include the name and information of the Owner Occupant/Primary Resident of the damaged unit OR the individual holding Power of Attorney for that person.

Are you on the deed for the damaged residence?*  ☐ Yes  ☐ No
Do you have the Power of Attorney for the homeowner?  ☐ Yes  ☐ No

| Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. | Daytime Telephone*: ( ) _____ |
|---|---|
| LAST NAME*   FIRST NAME*   MIDDLE NAME | Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD   ☐ Other_____ |
| Social Security No.*: __ __ __-__ __-__ __ __ __ | Date of Birth*: | Evening Telephone: ( ) _____ |
| Present Mailing Address* (where correspondence will be sent) | City* | State* | Zip Code* |
| E-mail Address: | Cell Telephone: ( ) _____ |
| Marital Status on date of the storm: ☐ Married   ☐ Unmarried (single, divorced, or widowed)   ☐ Separated | Fax No.: ( ) _____ |

## CO-APPLICANT INFORMATION

If the applicant holds POWER OF ATTORNEY, then the co-applicant block must include name and information of the person who was the owner occupant/primary resident of the damaged unit on the date of the storm. Are you on the deed for the damaged residence?*  ☐ Yes  ☐ No

| Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. | Daytime Telephone*: ( ) _____ |
|---|---|
| LAST NAME*   FIRST NAME*   MIDDLE NAME | Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD   ☐ Other_____ |
| Social Security No.*: __ __ __-__ __-__ __ __ __ | Date of Birth*: | Evening Telephone: ( ) _____ |
| Present Mailing Address* (where correspondence will be sent) | City* | State* | Zip Code* |
| E-mail Address: | Cell Telephone: ( ) _____ |
| Marital Status on date of the storm: ☐ Married   ☐ Unmarried (single, divorced, or widowed)   ☐ Separated | Fax No.: ( ) _____ |

Applicant Name: _____

**If the answer to any of the following questions is NO, you are not eligible for *ROAD HOME* Homeowner Assistance:**

| | | |
|---|---|---|
| If Hurricane Katrina or Rita affected your property, did either the applicant or co-applicant own the home on the date of the storm (August 29, 2005 for Katrina or September 24, 2005 for Rita)?* | ☐ Yes | ☐ No |
| Was the home the primary residence of the applicant on the date of the storm?* | ☐ Yes | ☐ No |
| Was the home the primary residence of the co-applicant on the date of the storm?* | ☐ Yes | ☐ No |

**If the answer to the following question is NO, your application will require a special review to determine eligibility:**

| | | |
|---|---|---|
| Did the applicant or co-applicant register with FEMA for storm related assistance for structural damage to the home?* | ☐ Yes | ☐ No |

## EMERGENCY CONTACT - RELATIVE/FRIEND INFORMATION

Please note that no information will be shared with this individual. Enter contact information for a relative or friend who could be contacted if neither you nor the co-applicant can be reached.

| Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. | | | Daytime Telephone*: ( ) _____ |
|---|---|---|---|
| LAST NAME* | FIRST NAME* | MIDDLE NAME | Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD ☐ Other _____ |
| Present Mailing Address (where correspondence will be sent) | City | State | Zip Code | E-mail Address: |

## DAMAGED RESIDENCE INFORMATION

| Street Address 1* |
|---|
| Street Address 2* |

| City* | Parish* | Zip Code* | Damaged Residence Telephone*: ( ) _____ |
|---|---|---|---|

Do you have an appraisal for your property that was completed within two years prior to August 29, 2005 (if damage was caused by Hurricane Katrina) or September 24, 2005 (if damage was caused by Hurricane Rita)?*   ☐ Yes   ☐ No
If yes, what was the date of appraisal?* _____   If yes, what is the appraised value of the property?* $_____

| Tax Parcel ID No. : | Type of Structure*: ☐ Single (including mobile home)   ☐ Double (with one owner-occupied unit)   ☐ Condominium |
|---|---|
| | If a mobile home, did you own the land?*   ☐ Yes   ☐ No |

| How do you anticipate using *ROAD HOME* compensation?* | Have you obtained a building permit(s) to complete repairs to home?* |
|---|---|
| ☐ Keep the home    ☐ Sell but stay in Louisiana | ☐ Yes   ☐ No |
| ☐ Sell and move out of Louisiana    ☐ Undecided | If yes, what date did you obtain the building permit?* _____ |
| Was your property located in a floodplain? | If yes, Permit No.*_____ |
| ☐ Yes   ☐ No   ☐ Don't know | |

If your property was affected by Hurricane Katrina, did you have an electric utility in your name on August 29, 2005?*   ☐ Yes   ☐ No

If your property was affected by Hurricane Rita, did you have an electric utility in your name on September 24, 2005?*   ☐ Yes   ☐ No
If yes, please list the name(s) of your electric utility provider(s)*:
_____
_____

**OWNERSHIP/ACQUISITION DEED OF DAMAGED RESIDENCE**
Are there any other names on the deed for the damaged residence?   ☐ Yes   ☐ No
Provide information below (including any entity, for example, a Trust):

| LAST NAME OR NAME OF ENTITY* | FIRST NAME* | MIDDLE NAME | Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr. |
|---|---|---|---|
| | | | Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD ☐ Other _____ |

| Social Security No.*: ___ ___ ___ - ___ ___ - ___ ___ ___ ___ | Date of Birth*: |
|---|---|
| If an Owner Entity – provide Tax ID number*: _____ | Daytime Telephone*: ( ) _____ |

Applicant Name: _____

| | |
|---|---|
| Present Mailing Address*:_____ <br> City*:_____ State*:_____ Zip Code*:_____ | Fax No.: (   ) _____ <br> Was the home the primary residence at the time of the storm?  ☐ Yes  ☐ No |
| Are there any other names on the deed for the damaged residence?    ☐ Yes    ☐ No    If yes, fill in below. <br> LAST NAME OR NAME OF ENTITY*         FIRST NAME               MIDDLE NAME | Prefix:  ☐ Mrs.  ☐ Mr.  ☐ Ms.  ☐ Dr. <br> Suffix:  ☐ Jr.   ☐ Sr.   ☐ MD   ☐ PhD <br> ☐ Other_____ |
| Social Security No.*:  ___ ___ ___ – ___ ___ – ___ ___ ___ ___ <br> If an Owner Entity – provide Tax ID number*: _____ | Date of Birth*: <br> Daytime Telephone*: (   ) _____ |
| Present Mailing Address*:_____ <br> City*:_____ State*:_____ Zip Code*:_____ | Fax No.: (   ) _____ <br> Was the home the primary residence at the time of the storm?  ☐ Yes  ☐ No |
| Are there any other names on the deed for the damaged residence?    ☐ Yes    ☐ No    If yes, provide them on a separate sheet of paper. | |

## INSURANCE INFORMATION

WAS A <u>HOMEOWNER'S OR OTHER FORM OF HAZARD</u> INSURANCE POLICY IN EFFECT ON DAMAGED RESIDENCE ON THE DATE OF THE STORM?*    ☐ Yes    ☐ No    If yes, fill in the block below:

| Name of Insurance Company*: | | |
|---|---|---|
| Agent's Name: | Telephone No. of Agent: <br> (   ) _____ | Insured Value of Structure: <br> $_____ |
| Insurance Policy No.*: | Start Date of Policy at the time of the storm: | End Date of Policy at the time of the storm: |
| Claim No.: | If Settled, How Much for Structure? <br> $_____ | If Pending, How much? <br> $_____ |
| Total Damage Estimated by Insurer:  $_____ | Loss Date: | |
| Name of Insured* (Check if same as applicant ☐    Check if same as co-applicant ☐)    If not, complete following information: | | |
| LAST NAME*         FIRST NAME*               MIDDLE NAME | Prefix:  ☐ Mrs.  ☐ Mr.  ☐ Ms.  ☐ Dr. <br> Suffix:  ☐ Jr.   ☐ Sr.   ☐ MD   ☐ PhD <br> ☐ Other_____ | |

WAS A SEPARATE <u>WIND</u> INSURANCE POLICY IN EFFECT ON DAMAGED RESIDENCE ON THE DATE OF THE STORM?* <br> ☐ Yes    ☐ No    If yes, fill in the block below:

| Name of Insurance Company*: | | |
|---|---|---|
| Agent's Name: | Telephone No. of Agent: <br> (   ) _____ | Insured Value of Structure: <br> $_____ |
| Insurance Policy No.*: | Start Date of Policy at the time of the storm: | End Date of Policy at the time of the storm: |
| Claim No.: | If Settled, How Much for Structure? <br> $_____ | If Pending, How much? <br> $_____ |
| Total Damage Estimated by Insurer:  $_____ | Loss Date: | |
| Name of Insured* (Check if same as applicant ☐    Check if same as co-applicant ☐)    If not, complete following information: | | |
| LAST NAME*         FIRST NAME*               MIDDLE NAME | Prefix:  ☐ Mrs.  ☐ Mr.  ☐ Ms.  ☐ Dr. <br> Suffix:  ☐ Jr.   ☐ Sr.   ☐ MD   ☐ PhD <br> ☐ Other_____ | |

Applicant Name: _____

WAS A <u>FLOOD</u> INSURANCE POLICY IN EFFECT ON DAMAGED RESIDENCE ON THE DATE OF THE STORM?*
☐ Yes    ☐ No    If yes, fill in the block below:

| Name of Insurance Company*: | | |
|---|---|---|
| Agent's Name: | Telephone No. of Agent:<br>(     ) _____ | Insured Value of Structure:<br>$_____ |
| Insurance Policy No.*: | Start Date of Policy: | End Date of Policy: |
| Claim No.: | If Settled, How Much for Structure?<br>$_____ | If Pending, How Much?<br>$_____ |
| Total Damage Estimated by Insurer: $_____ | Loss Date: | |
| Name of Insured* (Check if same as applicant ☐  Check if same as co-applicant ☐)  If not, complete following information: | | |
| LAST NAME*          FIRST NAME*          MIDDLE NAME | | Prefix: ☐ Mrs. ☐ Mr. ☐ Ms. ☐ Dr.<br>Suffix: ☐ Jr. ☐ Sr. ☐ MD ☐ PhD<br>☐ Other_____ |

LIST ANY ATTORNEY YOU HAVE RETAINED RELATED TO DAMAGE FROM THE STORM(S):

| LAST NAME* | FIRST NAME* | MIDDLE NAME | | |
|---|---|---|---|---|
| Firm Name: | | | Telephone No.*: (     ) _____ | |
| Street Address*: | | City* | State* | Zip Code* |

## LIEN AND MORTGAGE

**LIEN AND MORTGAGE INFORMATION**

Are there any federal, state, or local tax liens against the damaged home?*    ☐ Yes    ☐ No
Do you have one or more mortgages or liens on the damaged home?*    ☐ Yes    ☐ No

**For all mortgages and equity lines of credit on your damaged property, provide the following information:**

| | Name of Lender | Estimated Payoff Balance | Loan/Account Number |
|---|---|---|---|
| First mortgage holder* | | $ | |
| Second mortgage/equity line of credit/home equity loan* | | $ | |
| Third mortgage/equity line of credit/home equity loan* | | $ | |
| Fourth mortgage/equity line of credit/home equity loan* | | $ | |

## DISASTER RELIEF ASSISTANCE/APPLICATIONS – FEMA AND/OR SBA

**SBA INFORMATION**
Have you applied for any storm-related assistance from the SBA for damage to your home?*    ☐ Yes    ☐ No
What is your SBA Application No.?* __ __ __ __ __ __ __ __ __ __
Have you received any storm-related assistance from the SBA for damage to your home?*    ☐ Yes    ☐ No
Loan Number*: _____   Amount Approved*: $_____   Amount, if any, Received to Date*: $_____

**FEMA INFORMATION**
What is your FEMA Registration No.?*  1) __ __ __ __ __ __ __ __ __     2) __ __ __ __ __ __ __ __ __
Have you received any storm related assistance from FEMA for structural damage to your home?*    ☐ Yes    ☐ No
Amount Approved*: $_____     Amount, if any, Received to Date*: $_____

Applicant Name: _____

# HOUSEHOLD COMPOSITION AND INCOME

❖ THE PROGRAM IS COLLECTING INCOME INFORMATION TO COMPLY WITH FEDERAL REPORTING REQUIREMENTS AND TO DETERMINE ELIGIBILITY FOR THE AFFORDABLE COMPENSATION LOAN. YOUR INCOME WILL NOT AFFECT YOUR ELIGIBILITY TO RECEIVE ASSISTANCE FROM *THE ROAD HOME* PROGRAM.

❖ Please provide total income from ALL sources (for example - salary, tips, overtime, interest and dividends, welfare, alimony, net income from business, social security, pension, unemployment, etc.) for the household.

**TOTAL HOUSEHOLD ANTICIPATED 2006 INCOME: $_____, or check if greater than $60,000 ☐**

❖ List the head of your household and all household members who lived in the home on the date of the storm. Give the relationship of each member to the head. If additional space is needed, please attach another page.

| Member No. | Full Name* | Relationship* | Birth Date* | Check YES if individual receives SSI |
|---|---|---|---|---|
| 1 | | Head of Household* | | ☐ Yes |
| 2 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 3 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 4 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 5 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |
| 6 | | ☐ Spouse  ☐ Dependent Child  ☐ Dependent Adult  ☐ Non-Dependent | | ☐ Yes |

**ASSETS** - Please list the <u>CASH VALUE</u> for your assets in the categories below.   THIS INFORMATION IS NOT REQUIRED.

| Type | Cash Value | |
|---|---|---|
| Checking Account(s) | $ | Average balance for last three months |
| Savings Account(s) | $ | Average balance for last three months |
| Credit Union Account(s) | $ | Average balance for last three months |
| Stocks/Bonds/Other Investments | $ | The amount of money you could obtain from any of your investments after you converted them into cash. Include the Cash Value of retirement plans, (401k), IRAs, etc. |
| Life Insurance (cash value of policy) | $ | The amount of cash you would obtain if you cancelled the policy |
| Real Estate | $ | The cash you would receive after you sold property (other than damaged residence) for market value and paid off any debt (mortgage, loans, or liens) |

☐ The undersigned agrees and acknowledges that the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of the information contained in this application may result in Civil Liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine, imprisonment or both under the provision of Title 18 United States Code Section 1001.

I certify that, to the best of my knowledge and belief, all the information on and attached to this application is true, correct, complete, and provided in good faith. I understand that false or fraudulent information on, or attached to, this application may be grounds for not making a grant and/or loan and may be punishable by a fine and/or imprisonment. I understand that any information I give may be investigated. (Louisiana Criminal Code: R.S. 14:67, Theft; R.S. 14:67, Identity Theft; and/or R.S. 14:72, Forgery)

Print Applicant Name: _____

Applicant Signature: _____     Date: _____

Applicant Name: _____

☐ The undersigned agrees and acknowledges that the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of the information contained in this application may result in Civil Liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine, imprisonment or both under the provision of Title 18 United States Code Section 1001.

I certify that, to the best of my knowledge and belief, all the information on and attached to this application is true, correct, complete, and provided in good faith. I understand that false or fraudulent information on, or attached to, this application may be grounds for not making a grant and/or loan and may be punishable by a fine and/or imprisonment. I understand that any information I give may be investigated. (Louisiana Criminal Code: R.S. 14:67, Theft; R.S. 14:67, Identity Theft; and/or R.S. 14:72, Forgery)

If Co-Application

Print Co-Applicant Name: _____

Co-Applicant Signature: _____       Date: _____

---

**DEMOGRAPHIC PROFILE**: *THE ROAD HOME* program is required to request this information for purposes of reporting to the federal government. You are not required to provide this information but are encouraged to do so.

Head of Household: _____

☐ I do not wish to furnish this information

☐ American Indian/Alaska Native
☐ American Indian/Alaska Native and White
☐ American Indian/Alaskan Native/Black-African American
☐ Asian
☐ Asian and White
☐ Black/African American
☐ Black/African American and White
☐ Native Hawaiian/Other Pacific Islander
☐ Other Multi-Racial
☐ White

**ETHNICITY**: ☐ Hispanic/Latino    ☐ Non-Hispanic/Latino
**DISABLED**: ☐ Yes    ☐ No
**GENDER**: ☐ Male    ☐ Female
**HOUSEHOLD TYPE**:
☐ Single, Non-Elderly    ☐ Elderly
☐ Single Parent    ☐ Two Parents
☐ Female Head of Household    ☐ Other



**Equal Housing Opportunity**
**We do Business in Accordance With the Fair Housing Act**
(The Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988)

IT IS ILLEGAL TO DISCRIMINATE AGAINST ANY PERSON BECAUSE OF RACE, COLOR, RELIGION, SEX, DISABILITY, FAMILIAL STATUS (HAVING ONE OR MORE CHILDREN), OR NATIONAL ORIGIN.

Anyone who feels he or she has been discriminated against should send a complaint to:  U.S. Department of Housing and Urban Development, Assistant Secretary for Fair Housing and Equal Opportunity, Washington, DC  20410.