UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

At the request of counsel for defendant, Washington Group International, Inc. ("WGI"), Record Doc. No. 6829, and pursuant to Local Rule 78.1E, oral argument on WGI's Motion to Compel WGI's First Requests for Production and 30(b)(6) Depositions, Record Doc. No. 6828, is hereby set on **AUGUST 22, 2007 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this __8th__ day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE