**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE | § | |
| | § | |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, | § | |
| 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, | § | |
| 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, | § | |
| 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, | § | |
| 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, | § | |
| 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, | § | |
| 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, | § | |
| 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, | § | |
| 07-1288, 07-1289 | § | |
| _____§ | | |

**DEFENDANT UNITED STATES' CONSENT MOTION**
**FOR LEAVE TO FILE A REPLY MEMORANDUM**
**EXCEEDING TEN PAGES IN LENGTH**

Defendant United States hereby respectfully requests leave to file a 35-page reply brief in

support of its Motion to Dismiss Counts I-III and V-VII of the Levee Superseding Master Class

Action Complaint and to Strike the Remaining Counts. The Court previously granted leave to file

a Reply Memorandum.

1

Plaintiffs' counsel has consented the filing of an over-length reply.

Pursuant to Local Rule 7.3E, a proposed Order is provided.

Respectfully submitted,

 PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

3

## CERTIFICATE OF SERVICE

I certify that on August 8, 2007, a true copy of Defendant United States' Consent Motion

for Leave to File a 35-page Reply was served on all counsel of record by ECF.


<u>    s/ Robin D. Smith    </u>
Robin D. Smith

3