**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: KATRINA CANAL BREACHES          §          CIVIL ACTION
         CONSOLIDATED LITIGATION          §          NO. 05-4182 "K" (2)
         §          JUDGE DUVAL
_____ §          MAG. WILKINSON
         §
PERTAINS TO: LEVEE          §
         §
FILED IN: 05-4181, 05-4182, 05-4191, 05-4568,          §
05-5237, 05-6073, 05-6314, 05-6324, 05-6327,          §
05-6359, 06-0020, 06-1885, 06-0225, 06-0886,          §
06-11208, 06-2278, 06-2287, 06-2346, 06-2545,          §
06-3529, 06-4065, 06-4389, 06-4634, 06-4931,          §
06-5032, 06-5042, 06-5159, 06-5163, 06-5367,          §
06-5471, 06-5771, 06-5786, 06-5937, 06-7682,          §
07-0206, 07-0647, 07-0993, 07-1284, 07-1286,          §
07-1288, 07-1289          §
_____ §

**ORDER**

Having considered the United States' Consent Motion for Leave to File a 35-page

Reply Memorandum in Support of Its Motion to Dismiss Counts I-III and IV-VII of the

Superseding Levee Master Consolidated Class Action Complaint and to Strike the

Remaining Counts, and for good cause shown, it is hereby ORDERED that the Motion

for Leave to File is GRANTED.  The Clerk is directed to file the United States' 35-page

Reply Memorandum in Support of Its Motion to Dismiss and to Strike.


New Orleans, Louisiana, this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE