## EXHIBIT A TO RE-NOTICE OF DEPOSITION

1) Any and all materials considered or relied upon by the deponent in connection with this litigation;

2) Any and all data, models, analyses, results, damage estimates, and/or reports produced by the deponent in the *Murphy Oil* litigation;

3) Any and all information and data in the deponent's possession or control and which pertain to the Greater New Orleans tax assessments for both Orleans and St. Bernard Parish assessors, including, but not limited to, assessment data, models, AVM's or other analyses, and/or documents regarding assessment methodologies;

4) Any and all data and/or other materials in the deponent's possession or control and which pertain to the Greater New Orleans property values for both Orleans and St. Bernard Parishes, including, but not limited to, information obtained from MLS and/or other sources;

5) Any and all materials in the deponent's possession or control regarding the class representatives' properties, including, but not limited to, any and all data, documents and/or photographs pertaining to tax assessments, market value (at any point in time), condition, transactions, occupancy, depreciation and/or repairs;

6) Any and all photographs in the deponent's possession regarding the Greater New Orleans areas, including both Orleans and St. Bernard Parishes;

7) Any and all reports that the deponent has ever presented concerning properties in the Greater New Orleans area, including both Orleans and St. Bernard Parishes;

8) The most recent six reports that the deponent has prepared regarding evaluation of real estate involved in class action litigation;

9) Any and all models that the deponent has prepared to capture the stigma effect as to any real estate;

10) Any and all documents pertaining to the model that the deponent proposes that the Court adopt in the instant litigation;

11) Any and all documents relating to instances in which the deponent's model(s) have been accepted by any Court;

12) Any and all documents regarding the deponent's model(s) being put into effect anywhere in the world in last 10 years;

879094v.1

13) Any and all materials in the deponent's possession or control and which discuss the property claims made by the *Murphy Oil* litigation class plaintiffs and/or the property claims made by MRGO and Levee plaintiffs' classes;

14) Any and all documents relating to all instances in which the deponent has ever been appointed by a court to facilitate or effect calculation of damages in any class action;

15) Any and all documents reflecting the peer review of any model of property damage that the deponent has created or proposed;

16) Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal state or local;

17) Any and all documents reflecting the deponent's travel to New Orleans for the purposes of this litigation, including, but not limited to, any and all invoices, travel records, journals, memoranda, and/or photographs concerning such visits; and

18) Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

7