UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Burk</u>, 06-7846 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

As requested by counsel for plaintiff, a **Settlement Conference** is set in this case on **SEPTEMBER 18, 2007 at 3:00 p.m.** before me.

New Orleans, Louisiana, this ___8th___ day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**