UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEAL J. KLING AND | * | CIVIL ACTION: 06-5474 |
| SUZANNE G. KLING | * | |
| | * | SECTION:  C |
| VERSUS | * | |
| | * | MAGISTRATE : 5 |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY | * | |
| | * | |

*******************************************************************

## ORDER

Pursuant to the attached and foregoing Stipulation, that all matters in controversy having been resolved through settlement, IT IS HEREBY ORDERED, that all matters and things in controversy in this case among and between the parties hereto, including such parties' claims, counter claims, cross claims and third party claims against each other and that the same are each and all dismissed, WITH PREJUDICE, on the merits, each party to bear their own costs.

**THERE BEING NO JUST REASON FOR DELAY AND PURSUANT TO FEDERAL CODE OF CIVIL PROCEDURE RULE 54(B), LET JUDGMENT BE ENTERED ACCORDINGLY AS TO SUCH CLAIMS.**

New Orleans, Louisiana, this 9th day of August, 2007

_____
Stanwood R. Duval, Jr.
United States District Judge