UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ASHTON R. O'DWYER, JR.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 06-7280** |
| **STATE OF LOUISIANA, ET AL.** | * | **SECTION "C"** |
| * * * * * * * * * * * * * * * * * | | **MAG. "5"** |

**MEMORANDUM IN SUPPORT OF
MOTION FOR (1) ENTRY OF RULE 54(b) JUDGMENT,
(2) STAY OF EXECUTION OF THE JUDGMENT
PENDING APPEAL, AND (3) DISPENSING
WITH SECURITY PENDING APPEAL**

**MAY IT PLEASE THE COURT:**

  This memorandum is filed primarily to comply with the local rule which requires that a memorandum accompany all motions noticed for hearing.  Briefly, on August 6, 2007, signed an Order and Reasons ordering "that Ashton O'Dwyer pay to the State of Louisiana the amount of $7,058.50 no later than September 5, 2007.  Mover is aggrieved by the said Order and Reasons which he avers is contrary to fact and law, and moves This Honorable Court for entry of an appealable judgment pursuant to Rule 54(b), an order staying of execution of the judgment pending appeal, and an order dispensing with security pending appeal, given the fact that execution of the judgment, if upheld, will be secured by O'Dwyer's home at 6034 St. Charles Avenue, New Orleans, LA 70118, which is his separate property, and largely unencumbered.

-2-

        Respectfully submitted,

           _____S/Ashton R. O'Dwyer, Jr._____
        **Ashton R. O'Dwyer, Jr.**
        **Law Offices of Ashton R. O'Dwyer, Jr.**
        Bar No. 10166
        821 Baronne Street
        New Orleans, LA 70113
        Tel.: (504) 679-6166
        Fax. (504) 581-4336

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

           _____S/Ashton R. O'Dwyer, Jr._____