UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **PERTAINS TO:** | | |
| C.A. NO 06-4389 | * | |
| C.A. NO. 06-6099 | | |
| C.A. NO. 06-5786 | * | |

* * * * * * * * * * * * * * * * *'

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion for (1) Entry of Rule 54(b) Judgment, (2) Stay of Execution of the Judgment Pending Appeal, and (3) Dispensing with Security Pending Appeal, before the Honorable Judge Stanwood J. Duval, Jr., at 9:30 A.M., on the 5th day of September 2007, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

    Respectfully submitted,

    **LAW OFFICES OF**
    **ASHTON R. O'DWYER, JR.**
    **Counsel for Plaintiffs**


    By:_____
      **Ashton R. O'Dwyer, Jr.**
      **In Proper Person**
      **Bar No. 10166**
      821 Baronne Street
      New Orleans, LA 70113

-2-

Tel.: (504) 679-6166
Fax. (504) 581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 9th day of August 2007.

_____