UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **PERTAINS TO:** | | |
| C.A. NO 06-4389 | * | |
| C.A. NO. 06-6099 | | |
| C.A. NO. 06-5786 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## REQUEST FOR ORAL ARGUMENT

**COMES NOW** Ashton O'Dwyer and requests oral argument on his Motion for (1) Entry of Rule 54(b) Judgment, (2) Stay of Execution of the Judgment Pending Appeal, and (3) Dispensing with Security Pending Appeal.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**


    **By:**_____
        **Ashton R. O'Dwyer, Jr.**
        **In Proper Person**
        **Bar No. 10166**
        821 Baronne Street
        New Orleans, LA 70113
        Tel.:  (504) 679-6166
        Fax.  (504) 581-4336

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 9th day of August 2007.

_____