UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K" MAG "2"** |
| **PERTAINS TO:**<br>**INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing *Ex Parte* and Unopposed Motion to Continue Hearing filed by plaintiff, Xavier University of Louisiana,

IT IS ORDERED that said motion be and hereby is GRANTED.

Accordingly, with respect to the following motions:

1. Motion for Partial Summary Judgment Regarding Burden of Proof [Record Doc. No. 5847];

2. Motion for Partial Summary Judgment Regarding Collateral Source [Record Doc. No. 5848]; and

3. Motion for Partial Summary Judgment Regarding Retroactivity of Act 813 [Record

Doc. No. 5851].

IT IS FURTHER ORDERED that oral argument of said motions shall hereby be continued from September 12, 2007 until Wednesday, October 3, 2007 at 9:30 a.m.

New Orleans, Louisiana this 9th day of August 2007.

_____
UNITED STATES DISTRICT JUDGE