UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE | § | |
| | § | |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-4568, | § | |
| 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, | § | |
| 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, | § | |
| 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, | § | |
| 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, | § | |
| 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, | § | |
| 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, | § | |
| 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, | § | |
| 07-1288, 07-1289 | § | |
| | § | |

**ORDER**

Having considered the United States' Consent Motion for Leave to File a 35-page Reply Memorandum in Support of Its Motion to Dismiss Counts I-III and IV-VII of the Superseding Levee Master Consolidated Class Action Complaint and to Strike the Remaining Counts, and for good cause shown, it is hereby ORDERED that the Motion

1

for Leave to File is GRANTED.  The Clerk is directed to file the United States' 35-page Reply Memorandum in Support of Its Motion to Dismiss and to Strike.

New Orleans, Louisiana, this __9th__ day of ____August_____, 2006.

_____
UNITED STATES DISTRICT JUDGE