UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| | * * | MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | * * * | |
| FLOWERS BY MY SISTER & ME, LLC | * * | |
| VERSUS | * * | |
| ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | * * * * | |
| *   *   *   *   *   *   *   * | | |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to as "MCC"), and moves this Honorable Court to enter an order enrolling Matthew J. Lindsay of Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, Suite 4040, New Orleans, Louisiana, along with Richard E. King, Kimberly G.

Anderson, and David M. Moragas of Galloway, Johnson, Tompkins, Burr & Smith, as co-counsel on its behalf.

**WHEREFORE**, defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays that Matthew J. Lindsay of Galloway, Johnson, Tompkins, Burr & Smith, be allowed to enroll, along with Richard E. King, Kimberly G. Anderson, and David M. Moragas of Galloway, Johnson, Tompkins, Burr & Smith, as co-counsel on its behalf.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**KIMBERLY G. ANDERSON (#24279)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS,**
   **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

*Counsel for Defendant,*
*Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company)*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 9th day of August, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**