UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION NO.: 05-4182** |
| | * | **SECTION: K** |
| | * * | **MAGISTRATE: 2** |
| **PERTAINS TO:** **INSURANCE (#06-9246)** | * * * | |
| **FLOWERS BY MY SISTER & ME, LLC** | * * | |
| **VERSUS** | * * | |
| **ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY** | * * * * | |
| * * * * * * * * | | |

<u>**ORDER**</u>

Considering the above and foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED** that Matthew J. Lindsay of Galloway, Johnson, Tompkins, Burr & Smith be and the same is hereby enrolled as co-counsel of record, along with Richard E. King, Kimberly G. Anderson, and David M. Moragas of Galloway, Johnson, Tompkins, Burr & Smith, on behalf of defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company).

**NEW ORLEANS**, Louisiana, this _____ day of _____,2007.

_____
**J U D G E**