UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

**************************************************
PERTAINS TO:

LEVEE    07-3445 (Hayes v. Allstate)
**************************************************

## ALLSTATE INSURANCE COMPANY'S MOTION TO ENROLL ADDITIONAL COUNSEL

Defendant, Allstate Insurance Company, respectfully moves that Mark E. Seamster of the law firm of Inabnet & Jones, L.L.C. be permitted to be enrolled as additional counsel of record for Allstate Insurance Company.

Respectfully submitted,

INABNET & JONES, L.L.C

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)
Mark E. Seamster (Bar No. 17136)
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940
scott@inabnetjones.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Roy F. Amedee, Jr.**
ramedeejr@aol.com

**Allan Berger**
aberger@allan-berger.com

**Andrea S. Lestelle**
alestelle@lestellelaw.com

**John Van Robichaux, Jr.**
info@robichauxlaw.com

**Randy Jay Ungar**
courts@ungarlawyers.com

**William P. Connick**
pconnick@connicklaw.com

**Patrick G. Kehoe, Jr.**
pgkehoejr@kehoejr.com

**Brent A. Klibert**
brent@klibertlaw.com

**Jeffery Bryan Struckhoff**
atruckhoff@lestellelaw.com

**Terrence Jude Lestelle**
lestelle@lestellelaw.com

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)