UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re:* KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE   07-3445 (Hayes v. Allstate) | * * * | |

## ORDER

Considering the above;

IT IS ORDERED that Mark E. Seamster be allowed to enroll as additional counsel of record on behalf of Allstate Insurance Company.

New Orleans, Louisiana this _____ day of August , 2007.

_____
JUDGE