UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**************************************************

PERTAINS TO:

LEVEE   07-3460 (Turner v. Allstate)
07-3462 (Watson v. Allstate)
07-3416 (Phillips v. Allstate)
07-3447 (Ballero v. Allstate)
07-3429 (Adams v. Allstate)
07-3400 (Allain v. Allstate)
07-3409 (Felix v. Allstate)
07-3411 (Creighton v. Allstate)*
07-3430 (Fernandez v. Allstate)*
07-3410 (McLeod v. Allstate) *

**************************************************

## ORDER

Considering the above;

IT IS ORDERED that Mark E. Seamster be allowed to enroll as additional counsel of record on behalf of Allstate Insurance Company.

New Orleans, Louisiana this ____ day of August , 2007.

_____
JUDGE