## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLDIATION LITIGATION | * * * | CIVIL ACTION |
| PERTAINS TO: (INSURANCE: McKnight: Case No. 06-7687) | * * * * * | NO. 05-4182 & Consol. Cases SECTION "K" MAG.  2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST TO HAVE ATTORNEY REMOVED FROM ELECTRONIC NOTIFICATION

Stephen M. Gelé requests that this Honorable Court remove Matthew J. Ungarino from electronic notification for the defendants, Martin Insurance Agency, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ Stephen M. Gelé
STEPHEN M. GELÉ

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ Stephen M. Gelé
STEPHEN M. GELÉ (#22385)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:   504/836-7537
Fax:              504/836-7538
sgele@ungarino-eckert.com

G:\DOCS\9000's\9800-9899\9836\RequestRemoveMJU (Katrina).doc