UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: LEVEE | |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |

### NOTICE OF VIDEOTAPED DEPOSITION

To:   All Plaintiffs' Counsel
      through Plaintiffs' Liaison Counsel,
      Joseph M. Bruno, Esq.
      The Law Office of Joseph M. Bruno
      855 Baronne Street
      New Orleans, Louisiana 70113
      (504) 525-1335
      jbruno@jbrunolaw.com

**PLEASE TAKE NOTICE** that the Levee Defendants, through their respective undersigned counsel, will take the videotaped deposition of Chad A. Morris at the offices of Bruno & Bruno, 855 Baronne Street, Third Floor Conference Room, New Orleans, Louisiana 70113 on Thursday, August 23, 2007 at 9:00 a.m.

1

879094v.1

The videotaped deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil, the Levee Defendants request that Chad A. Morris produce the documents set forth in the attached Exhibit A to the offices of McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, 3445 N. Causeway Blvd. Suite 800, Metairie, LA 70002, no later than 3:00 p.m. on Tuesday, August 21, 2007.

Dated:  August 9, 2007                                  Respectfully submitted,


                                          s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE DISTRICT


s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS, MORTON,
    PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF COMMISSIONERS
FOR THE EAST JEFFERSON LEVEE DISTRICT

879094v.1

        s/ Kirk Aurandt
        DAIGLE FISSE & KESSENICH, PLC
        J. Frederick Kessenich - #7354
        Jonathon H. Sandoz - #23928
        Michael W. McMahon - #23987
        Jon A. Van Steenis - #27122
        Kirk N. Aurandt - #25336
        P.O. Box 3530
        Covington, LA 70434-5350
        TELEPHONE: (985) 871-0800
        FACSIMILE: (985) 871-0899
        Attorneys for the BOARD OF COMMISSIONERS
        FOR THE PORT OF NEW ORLEANS


        s/ Robin D. Smith
        U.S. DEPARTMENT OF JUSTICE
        Peter D. Keisler
        Assistant Attorney General
        Jeffrey S. Bucholtz
        Principal Deputy Assistant Attorney General
        C. Frederick Beckner III
        Deputy Assistant Attorney General
        Phyllis J. Pyles
        Director, Torts Branch
        Robin D. Smith
        Trial Attorney
        Torts Branch, Civil Division
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        TELEPHONE: (202) 616-4289
        FACSIMILE: (202) 616-5200
        Attorneys for the UNITED STATES OF
        AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2007, a copy of the above and foregoing **Notice of Videotaped Deposition** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO, HARDY,
    MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492
E-MAIL: tpa@mcsalaw.com

879094v.1