## **EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION**

1) Any and all materials considered or relied upon by the deponent in connection with this litigation;

2) Any and all updates to the deponent's July 30, 2007 report;

3) Any and all documents pertaining to any model that the deponent proposes that the Court adopt in the instant litigation;

4) Any and all materials in the deponent's possession or control pertaining to the July 30, 2007 report of M. Kok, et al.;

5) Any and all documents provided by the deponent to the Delft University of Technology team;

6) Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal state or local;

7) Any and all previous expert reports prepared by the deponent in other cases and which pertain in any way to flood water modeling;

8) Any and all documents reflecting the deponent's travel to New Orleans for the purposes of this litigation, including, but not limited to, any and all invoices, travel records, journals, memoranda, and/or photographs concerning such visits; and

9) Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

879094v.1