## EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION

1) Any and all materials considered or relied upon by the deponent in connection with this litigation;

2) Any and all materials considered or relied upon by M. Kok in connection with this litigation;

3) Any and all work papers reflecting the deponent's peer review and/or other review of the report prepared by M. Kok, et al. in connection with this litigation;

4) Any and all materials reflecting on prior work and/or current modifications to the Kok model;

5) A CD containing all of the deponent's and/or M. Kok's model inputs and outputs;

6) Any and all documents reflecting the deponent's and/or Delft project team members' travel to New Orleans for the purposes of this litigation, including, but not limited to, any and all invoices, travel records, journals, memoranda, and/or photographs concerning such visits; and

7) Any and all invoices prepared and/or submitted by the deponent and/or Delft regarding work performed by the deponent and/or Delft project team members in connection with this litigation.