UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K" MAG "2"** |
| **PERTAINS TO:**<br>**INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**<u>MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM TO DEFENDANT'S REPLY MEMORANDUM TO OPPOSITION TO MOTION FOR RECONSIDERATION</u>**

**MAY IT PLEASE THE COURT:**

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this Motion for Leave to File the attached Sur-Reply Memorandum to the Defendant's Reply Memorandum to Xavier's Opposition to the Motion for Reconsideration.[1]  In its Reply Memorandum, Travelers Property Casualty Company of America ("Travelers") asserts that reconsideration of this Court's July 12, 2007 Order and Reasons is

---

[1] Travelers has raised similar arguments in a Supplemental Memorandum in Opposition to Xavier's Motion to Quash [Record Doc. No. 6845].  With the filing of this Sur-Reply Memorandum, it is Xavier's intent to address both memoranda filed by Travelers.

appropriate in light of the United States Fifth Circuit Court of Appeals' recent ruling in this case concerning its interpretation of the so-called "water damage" exclusion. Xavier wishes to submit this sur-reply memorandum to address certain new arguments raised by Travelers concerning the effect, if any, of the Fifth Circuit's ruling, which Xavier contends does not constitute an intervening change in the law requiring this Court to overturn its July 12, 2007 Order and Reasons.

Respectfully Submitted:

/s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ James M. Garner
JAMES M. GARNER