UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>PROPERTY CASUALTY COMPANY<br>OF AMERICA NO. 06-516) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

_____Considering the foregoing Plaintiff's Motion for Leave to File the attached Sur-Reply Memorandum to the Defendant's Reply Memorandum to Xavier's Opposition to the Motion for Reconsideration,

IT IS ORDERED that said motion is hereby GRANTED and that the attached memorandum shall be filed into the record of this case.

New Orleans, Louisiana this ____ day of August 2007.

_____
UNITED STATES MAGISTRATE JUDGE