UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA NO. 06-516) | |

*********************************************************************

### DECLARATION OF MARION B. BRACY PURSUANT TO 28 U.S.C. § 1746

1. I am the Vice President, in charge of Facility Planning and Management for Xavier University of Louisiana ("Xavier").

2. I was part of Xavier administration responsible for overseeing repairs to Xavier's campus following Hurricane Katrina.

3. To receive disaster assistance from the Federal Emergency Management Association ("FEMA"), Xavier made available to FEMA all information concerning the repair work being performed on its campus.

4. The information did not classify damages as being caused by water inundation or wind.

5. Upon receipt of this information, FEMA would determine the nature of the damages and the eligibility for funding.

1



6. Xavier submitted no information to FEMA characterizing damages as caused by wind or water inundation.

7. Under penalty of perjury, I declare that the above and foregoing is true and correct and within my personal knowledge.

Executed in Orlando, Florida, on this 9th day of August, 2007.

*[signature]*
MARION B. BRACY

2