UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Parfait* C.a. No. 07-3500 | SECTION "K"(2) |

## ORDER

On August 6, 2007, this Court ordered Ashton O'Dwyer to appear on August 8, 2007 at 4:00 p.m. to discuss his "Certificate of Impossibility of Compliance" (Doc. 6684) filed in response to the Court's Order instructing him to draft two separate amended complaints. Mr. O'Dwyer did not appear. Accordingly,

**IT IS ORDERED** that this matter is **DEFERRED** pending further discussion between Chief Judge Berrigan and Judge Duval concerning the prosecution of this matter.

New Orleans, Louisiana, this 9th day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE


New Orleans, Louisiana, this _____ day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE