UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **PERTAINS TO:** | | |
| C.A. NO 06-4389 | * | |
| C.A. NO. 06-6099 | | |
| C.A. NO. 06-5786 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR
(1) ENTRY OF RULE 54(b) JUDGMENT,
(2) STAY OF EXECUTION OF THE
JUDGMENT PENDING APPEAL, AND
(3) DISPENSING WITH SECURITY PENDING APPEAL**

**COMES NOW** Ashton O'Dwyer, and moves This Honorable Court for entry of a final judgment in the specific amount of $7,058.50 pursuant to Rule 54(b) on the Court's Order and Reasons of August 6, 2007 (Record Document No. 3666), upon the express determination that there is no just reason for delay and upon an express direction for the entry of final judgment. O'Dwyer also moves for a stay of any judgment entered pending appeal pursuant to Rule 8, Federal Rules of Appellate Procedure, and for dispensing with security for satisfaction of any judgment pending appeal. This Motion is filed upon the grounds that O'Dwyer is legally entitled to the relief sought, so that he may appeal

-1-

-2-

suspensively to the United States Court of Appeals for the Fifth Circuit, and upon further grounds appearing in the memorandum filed simultaneously herewith.

                Respectfully submitted,

                  S/Ashton R. O'Dwyer, Jr.
               **Ashton R. O'Dwyer, Jr.**
               **Law Offices of Ashton R. O'Dwyer, Jr.**
               Bar No. 10166
               821 Baronne Street
               New Orleans, LA 70113
               Tel.: (504) 679-6166
               Fax. (504) 581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                  S/Ashton R. O'Dwyer, Jr.