UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                      NO. 05-4182

PERTAINS TO: LEVEE                                    SECTION "K"(2)

## ORDER

For the reasons assigned in open court on August 8, 2007,

**IT IS ORDERED** that the Motion for Leave to Supplement and Amend the Motion for Class Certification (Doc. 6589) is **GRANTED**.

**IT IS ORDERED** that the Motion for Leave to File Plaintiffs' Restated Levee Master Consolidated Class Action Complaint (Doc. 6584) is **GRANTED** in the following respects:

a) Plaintiffs shall be allowed to substitute the class representatives as proposed;

b) Plaintiffs shall be allowed to amend the class allegations to narrow the class certification hearing as proposed;

c) Plaintiffs shall be allowed to amend the geographical description of Zone 2 to correct a clerical error;

d) Plaintiffs shall be allowed to add National Union Fire Insurance Co. as a direct defendant;

e) Plaintiffs shall be allowed to amend the "common liability" issues;

and is **DENIED**  with respect to

a) amending the Complaint to allege that OLD and SWB negligently abandoned an authorized plan to install floodgates.  The initial allegations concerning the "Barrier Plan" and the "High Level Plan" shall not be amended and

  b)  Zone 4 being incorporated into Count 1.

**IT IS FURTHER ORDERED** that such amendments shall not affect the pending Railroad motions nor the pending Rule 12(b) Motion filed by the Government.

**IT IS FURTHER ORDERED** that in the event the defendants believe that additional discovery is required by virtue of these amendments, the Court may consider granting leave for same upon properly filed motion demonstrating good cause for same.

**IT IS FURTHER ORDERED** that the Court likewise for good cause shown may consider granting extensions of no more that 2 weeks on the exchange of expert reports; however, such extensions shall not be cause for an extension of time with respect to the briefing schedule already established.

**IT IS FURTHER ORDERED** that a status conference with Liaison Counsel, Tommy Anzelmo, Bill Treeby and any other person that Liaison Counsel identifies as necessary shall be held **in chambers** on **August 21, 2007 at 2:00 p.m. The Court notes the time change is necessitated because of a previously scheduled status conference for certain of the named counsel before Judge Berrigan at 10:00 a.m.** on the same day.

New Orleans, Louisiana, this  10th  day of August, 2007.

                **STANWOOD R. DUVAL, JR.**
             **UNITED STATES DISTRICT COURT JUDGE**