UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

**AMENDED MOTION FOR CLASS CERTIFICATION**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the consolidated class actions, individually and on behalf of all others similarly situated , and respectfully move this Honorable Court for an Order certifying this matter as a class action with five subclasses pursuant to Fed.R.Civ.P. 23, and for the reasons as mor fully set forth herein and in the memorandum in support to be filed pursuant to CMO4 on or before August 31, 2007.

I.

The proposed class representatives seek to represent the following Greater New Orleans Levee Class:

> All individuals and entities, both private and public and both natural and juridical, in "GREATER NEW ORLEANS METRO" (the geographic area bounded to the north by Lake Pontchartrain, to the south by the Mississippi River, to the east by the IHNC, and to the west by the 17th Street Canal running from Lake Pontchartrain south to Metairie Road and then west on Metairie Road to Causeway Boulevard, and then south on Causeway Boulevard to the Mississippi River) who/which sustained damages as a result of the inundation in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

Plaintiffs nominate Michelle Hennesey, Lenniece Morrell, Kenneth A. Polite, Sr., Michelle Harrison, and Thurman R. Kaiser, Sr. As class representatives.

1. MICHELLE HENNESSEY. At the time of the storm, Ms. Hennessey resided at 417-419 40th Street, New Orleans, Louisiana, 70124   Ms. Hennessey is 40 years old and employed as a dentist analyst, CCMSI. Ms. Hennessey owned the property, a duplex, in which she resided in half. The duplex was approximately 1600 square feet per unit and was situated on a lot 50 feet x 110 feet. The property had a new roof prior to the storm and an unattached shed, which washed away during the storm. Ms. Hennessey now resides at 3808 N. Labarre Road in Metairie, Louisiana, 70002. Ms. Hennessey suffered damages as a result of the negligent acts of the defendants.

2. LENNIECE MORRELL. At the time of the storm, Ms. Morrell resided at 114 Winthrop Place, New Orleans, Louisiana, 70119. She is a 38 year old Louisiana Air National Guard Civil

Service Technician. The property was a single family dwelling that she owned. The property was approximately 1310 square feet. Upon moving in, Ms. Morrell had all interior walls repainted, ceiling fans, air conditioning units, and some electrical work updated. Ms. Morrell has returned home and resides at 114 Winthrop Place, New Orleans, Louisiana, 70119. Ms. Morrell suffered damages as a result of the negligent acts of the defendants.

3. KENNETH A. POLITE, SR. At the time of the storm, Mr. Polite resided at 5651 Cartier Avenue in New Orleans, Louisiana, 70122. Mr. Polite is currently 49 years old and is employed by the New Orleans Police Department. The property is a single family residence which he and his wife own. Mr. Polite has now returned to his home and he and his wife are again residing at 5651 Cartier Avenue, New Orleans, Louisiana, 70122. Mr. Polite suffered damages as a result of the negligent acts of the defendants.

4. MICHELE HARRISON. At the time of the storm, Ms. Harrison resided at 2418-A and 2418-B North Robertson Street in New Orleans, Louisiana 70117. She is 45 years old and currently a student. The property was a residential triplex, which she owned. She resided in two of the units. Ms. Harrison now resides at 3630 North Johnson Street in New Orleans, Louisiana 70117. Ms. Harrison suffered damages as a result of the negligent acts of the defendants.

5. THURMAN R. KAISER, SR. At the time of the storm Mr. Kaiser resided at 3801 North Turnbull Drive in Metairie, Louisiana, 70002. Mr. Kaiser is 77 years old and presently retired. He owns eighteen (18) rental properties in Orleans Parish, all but four (4) of those properties suffered flood damages as a result of the levee breaches. Mr. Kaiser's damaged property addresses are: 2506-2508 Acacia Street; 2541, 2541A, 2543, 2543A Acacia Street; 1619-1621 N. Broad Street;

3221-3223 Belfort Avenue; 6574-76 Catina Street, 4029-4031 Clematis Street; 612-614 South Cortez Street; 4125-4127 D'Hemecourt Street; 4129-4131 D'Hemecourt Street; 1618-1620 Paul Morphy Street; 612 North Murat Street; 3223-3225 St. Philip Street; and 436-438 Telemachus Street.  Mr. Kaiser has returned and is residing in his home at 3801 North Turnbull Drive, Metairie, Louisiana, 70002.  Mr. Kaiser's properties suffered damages as a result of the negligent acts of the defendants.

II.

The proposed Class Representatives submit that there should be five sub-classes, as follows:

A.      ZONE ONE SUBCLASS:

>   All individuals and entities, both private and public and both  natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the south by Metairie Road and City Park Avenue, to the east by the Orleans Avenue Canal, and to the west by the 17th Street Canal, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.
>   Zone One Sub-Class Representatives are:

1.      MICHELLE HENNESSEY.  At the time of the storm, Ms. Hennessey resided at 417-419 40th Street, New Orleans, Louisiana, 70124   Ms. Hennessey is 40 years old and employed as a dentist analyst, CCMSI. Ms. Hennessey owned the property, a duplex, in which she resided in half.  The duplex was approximately 1600 square feet per unit and was situated on a lot 50 feet x 110 feet.  The property had a new roof prior to the storm and an unattached shed, which washed away during the storm.  Ms. Hennessey now resides at 3808 N. Labarre Road in Metairie, Louisiana, 70002.  Ms.

4

Hennessey suffered damages as a result of the 17th Street Canal breach.

2.      THURMAN R. KAISER. SR. and ROSEMARY R. KAISER.  At the time of the storm Mr. and Ms. Kaiser resided at 3801 North Turnbull Drive in Metairie, Louisiana, 70002.  Mr. and Ms. Kaiser are both 77 years old and presently retired.  They own eighteen (18) rental properties in Orleans Parish, all but four (4) of those properties suffered flood damages as a result of the levee breaches, including their property at 6574-76 Catina Street, New Orleans, Louisiana, 70122.  The Kaiser's other damaged property addresses are: 2506-2508 Acacia Street; 2541, 2541A, 2543, 2543A Acacia Street; 1619-1621 N. Broad Street; 3221-3223 Belfort Avenue; 4029-4031 Clematis Street; 612-614 South Cortez Street; 4125-4127 D'Hemecourt Street; 4129-4131 D'Hemecourt Street; 1618-1620 Paul Morphy Street; 612 North Murat Street; 3223-3225 St. Philip Street; and 436-438 Telemachus Street.  The Kaisers have returned and are residing in their home at 3801 North Turnbull Drive, Metairie, Louisiana, 70002.  The Kaiser's Catina property suffered damage as a result of the 17th Street Canal breach and the Kaiser's other properties suffered damages as a result of the various levee breaches and the negligent acts of the defendants.

B.      ZONE TWO SUB-CLASS:

> All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the west by the Orleans Avenue Canal, to the east by the London Avenue Canal, to the south from where the London Avenue Canal intersects with Gentilly Boulevard, along Gentilly Boulevard to the south-west to North Broad Street, where it intersects with Esplanade Avenue, and then running northwest along Esplanade Avenue to City Park Avenue where it meets Marconi Boulevard, then running north to the Orleans Canal, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only have, or by a date to be determined by the Court, will have fulfilled whatever

administrative claim filing requirements this Court deems applicable in this matter. Zone Two Sub-Class Representatives are:

1.      BETTY SONNIER STALBERT.  At the time of the storm, Ms. Stalbert resided at 3913 Virgil Blvd. in New Orleans, Louisiana, 70122.  She is 53 years old and works as an insolvency specialist with the Internal Revenue Service.  She owned her residence which was a single family home.  Ms. Stalbert has still not been able to return to her home and currently resides at 2225 College Drive, Apt. 104, Baton Rouge, Louisiana, 70808.  Ms. Stalbert suffered damages as a result of the western breach of the London Avenue Canal and the breach of the 17th Street Canal.

2.      EMANUEL ESTEVES, JR.  At the time of the storm, Mr. Esteves resided at 4543 Cartier Avenue in New Orleans, Louisiana, 70122.  He is 68 years old and a retired United States postman. The property was a single family home that he owned. The property was approximately 3,500 square feet on a lot of 40 feet x 100 feet.  Mr. Esteves had recently renovated his kitchen with new cabinets and counter tops and installed new hardwood floors in the study, dining, and living rooms prior to the storm.  Mr. Esteves now resides at 4656 Gaines Street, New Orleans, Louisiana, 70126.  Mr. Esteves suffered damages as a result of the western breach of the London Avenue Canal and the breach of the 17th Street Canal.

3.      STELLA WASHINGTON.  At the time of the storm, Ms. Washington resided at 1478 Mithra Street, New Orleans, Louisiana, 70122.  She is 56 years old and employed as a casino dealer. Her property was a single family home that she owned consisting of approximately 2,500 square feet on a lot of 51.5 feet x 120 feet.  Ms. Washington is now back and residing in her home at 1478 Mithra Street, New Orleans, Louisiana, 70122.  Ms. Washington suffered damages as a result of the western

breach of the London Avenue Canal and the breach of the 17th Street Canal.

4.      JOHN B. WILLIAMS.  At the time of the storm, Mr. Williams resided at 6 Charlotte Drive, New Orleans, Louisiana, 70122.  He is a retired and 82 years old.  The property was a single family home he owned.  The property was approximately 3,300 square feet and situated on a lot 60 feet x 130 feet. Mr. Williams now resides at 1830 Hope Street, New Orleans, Louisiana, 70119.  Mr. Williams suffered damages as a result of the western breach of the London Avenue Canal and the breach of the 17th Street Canal.

5.      EMANUEL WILSON.  At the time of the storm, Mr. Wilson resided at 1512 Mandolin Street in New Orleans, Louisiana, 70122.  He is a 25 years old and while previously employed and the Ramada Hotel he is currently searching for new employment. The property was a single family home owned by his grandmother that he rented.  The property was approximately 1,600 square feet with an unattached 340 square foot garage.  Mr. Wilson is now back in his home at 1512 Mandolin Street, New Orleans, Louisiana, 70122.  Mr. Wilson suffered damages as a result of the western breach of the London Avenue Canal and the breach of the 17th Street Canal.

C.      ZONE THREE SUB-CLASS:

> All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the east by the IHNC, to the west by the London Avenue Canal, and to the south by Gentilly Boulevard/Gentilly Road, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and  who/which, as to the defendant Corps only, have, or by a date to be  determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

Zone Three Sub-Class Representatives are:

1.      ELOIS BELL.  At the time of the storm, Ms. Bell resided at 1866 Carnote Street, in New Orleans, Louisiana 70122.  She is a retired 65 year old.  The property was a single family home that she owned.  The property was approximately 2,500 square feet on a lot of 30 feet x 120 feet and had a new roof within the five years prior to the storm and had new floors installed in 2005.  Ms. Bell is 65 years old, retired and now resides at 750 Landwood Drive in Baton Rouge, Louisiana 70806.  Ms. Bell suffered damages as a result of the London Avenue Canal eastern breach and inundation from the Inner Harbor Navigational Canal.

2.      LEO MITCHELL. At the time of the storm, Mr. Mitchell resided at 6203 Waldo Drive in New Orleans, Louisiana, 70122. He is a 40 year old commercial truck driver.  The property was a duplex of approximately 2,200 square feet which he rented one side. Mr. Mitchell now resides in a FEMA Trailer at 10821 Dreux Avenue, New Orleans, Louisiana, 70127.  Mr. Mitchell suffered damages as a result of the London Avenue Canal eastern breach and inundation from the Inner Harbor Navigational Canal.

3.      TRENISE JACKSON.  At the time of the storm, Ms. Jackson resided at 5010 Frankfort Street, New Orleans, Louisiana, 71026   She is a 37 year old student.  Her property was a single family home that she owned. Ms. Jackson now resides at 1 Gibson Street, Apt. 172, Houston, Texas, 77060.  Ms. Jackson suffered damages as a result of the London Avenue Canal eastern breach and inundation from the Inner Harbor Navigational Canal.

4.      DWAYNE MALLET.  At the time of the storm, Mr. Mallet resided at 1924 Wildair Drive, New Orleans, Louisiana, 70122.   He is 42 years old and employed as a purchasing director.  The

property was a single family home that he owned, situated on a lot approximately 60 x 120 feet. In 2005 prior to the storm, Mr. Mallet had new floors and carpet installed in his home. Mr. Mallet now is now living in a FEMA trailer at 208 Maumas, New Orleans, Louisiana, 70131. Mr. Mallet suffered damages as a result of the London Avenue Canal eastern breach and inundation from the Inner Harbor Navigational Canal.

D.      ZONE FOUR SUB-CLASS:

>       All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Gentilly Boulevard/Gentilly Road to North Broad Street (Gentilly Ridge), to the south by the Mississippi River, to the east by the IHNC, and to the west by Esplanade Avenue, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

Zone Four Sub-Class Representatives are:

1.      DONNA AUGUSTINE. At the time of the storm, Ms. Augustine resided at 2126 North Broad Street, New Orleans, Louisiana, 70119. She is 57 years old and currently disabled. The property was a single family dwelling of approximately 2,000 square feet, which she rented. Ms. Augustine now resides at 2230 Sherwood Meadow Drive, Apartment A, Baton Rouge, Louisiana, 70816. Ms. Augustine suffered damages as a result of inundation from the Inner Harbor Navigational Canal.

2.      GLADYS LABEAUD. At the time of the storm, Ms. LaBeaud resided at 1708-1710 Industry Street in New Orleans, Louisiana 70119. She is 76 years old and presently retired. The property,

which she owned, was a duplex of approximately 2,500 square feet and situated on a lot of approximately 30 x 130 square feet. Ms. LaBeaud now resides at 500 South Jefferson Davis Parkway, Apt. 1, New Orleans, Louisiana, 70119. Ms. LaBeaud suffered damages as a result of inundation from the Inner Harbor Navigational Canal.

3.   DAISY INNIS. At the time of the storm, Ms. Innis resided at 4024 Stutz Street, New Orleans, Louisiana, 70126. She is a retired and 64 years old. The property was a single family residence that she owned. Ms. Innis has now returned to her home and is living at 4024 Stutz Street, New Orleans, 70126. Ms. Innis suffered damages as a result of inundation from the Inner Harbor Navigational Canal.

4.   BETTY JONES. At the time of the storm, Ms. Jones resided at 2111 Clouet Street, New Orleans, Louisiana, 70117. She is 69 years old and presently retired. The property, which she owned, was a residential duplex of approximately 3,000 square feet and situated on a lot of approximately 30 x 81 square feet. Ms. Jones has now returned home and is living in her home at 2111 Clouet Street, New Orleans, Louisiana, 70117. Ms. Jones suffered damages as a result of inundation from the Inner Harbor Navigational Canal

5.   JOSE LOUIS RODRIGUEZ. Jose Louis Rodriguez is representing the claim of his father, Jose Rodriquez, including the wrongful death claim. Mr. Rodriguez was born in 1927 and at the time of the storm resided at 2923 Bruxelles Street, New Orleans, Louisiana, 70119, which he was renting. Mr. Rodriguez drowned as a result of the floodwaters from the inundation from the Inner Harbor Navigational Canal. Jose Louis Rodriguez currently resides at 2223 Prentiss Street, New Orleans, Louisiana, 70122.

E.  ZONE FIVE SUB-CLASS:

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Metairie Road/City Park Avenue, to the south by the Mississippi River, to the west by Causeway Boulevard, and to the east by Esplanade Avenue, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

Zone Five Sub-Class Representatives are:

1.  BEATRICE DREW.  At the time of the storm, Ms. Drew resided at 1227 South Galvez Street, New Orleans, Louisiana, 70125.  She is 58 years old and currently disabled. The property was a single family residence of approximately 1,500 square feet, which she rented. Ms. Drew now resides at 606 Egle Street in Morgan City, Louisiana, 70380. Ms. Drew suffered damages as a result of the breaches on the 17th Street Canal, the London Avenue Canal, and the Inner Harbor Navigational Canal.

2.  EDDIE KNIGHTEN.  At the time of the storm, Mr. Knighten resided at 7726-7728 Edinburgh Street, New Orleans, Louisiana, 70125   He is 64 years old and employed as a truck driver. The property was a duplex that he owned.  Mr. Knighten has now returned and is living in his property at 7726 Edinburgh Street, New Orleans, Louisiana, 70125.  Mr. Knighten suffered damages as a result of the breaches on the 17th Street Canal, the London Avenue Canal, and the Inner Harbor Navigational Canal.

3.  CALVIN LEVY.  At the time of the storm, Mr. Levy resided at 3205 College Court, New Orleans, Louisiana, 70125   He is 46 years old and employed as a taxi driver.  The property was a

single family home that he owned. Mr. Levy has returned and is living in his property at 3205 College Court, New Orleans, Louisiana, 70125. Mr. Levy suffered damages as a result of the breaches on the 17th Street Canal, the London Avenue Canal, and the Inner Harbor Navigational Canal.

4.      NICOLA McCATHEN. At the time of the storm, Ms. McCathen resided at 961 S. Telemachus Street, New Orleans, Louisiana, 70125. She is 35 years old and employed as a financial coordinator. The property was a single family residence of approximately 722 square feet in size, which she rented. Ms. McCathen now resides at 1805 Berrymore Drive, Slidell, Louisiana, 70461. Ms. McCathen suffered damages as a result of the breaches on the 17th Street Canal, the London Avenue Canal, and the Inner Harbor Navigational Canal.

5.      CHARLES MOSES. At the time of the storm, Mr. Moses resided at 3717 General Perishing Street in New Orleans, Louisiana, 70125. He is retired and 55 years old. The property was a single family dwelling of approximately 3,000 square feet which Mr. Moses rented. Mr. Moses now resides at 8536 South Claiborne Avenue in New Orleans, Louisiana, 70118. Mr. Moses suffered damages as a result of the breaches on the 17th Street Canal, the London Avenue Canal, and the Inner Harbor Navigational Canal.

III.

This action is appropriate for determination through the Federal Class Action Procedure (Fed.R.Civ.P 23, *et seq.*) because the requirements of Fed.R.Civ.P 23(a)(1)-(4), *i.e.*, numerosity, commonality, typicality, and adequacy, have been met, as have the requirements of Fed.R.Civ.P 23(b), *i.e.,* predominance, and superiority, as follows:

     a.     The proposed class is so numerous that joinder of all members is impracticable as there are thousands, if not hundreds of thousands of putative class members

     b.     There are questions of law and fact common to the class which predominate over any questions affecting only individual members, including but not limited to the questions of where the water came from, how high the water got, and how long the water remained before receding.

     c.     The claims of the proposed Class Representatives, are typical of the claims of the class because irrespective of varying fact patterns for individual claims, plaintiffs allege that the same unlawful conduct affected them and the members of the class they seek to represent. Their clams all arise from the same event or course of conduct that gives rise to the claims of the putative class members, and they are all based on the same legal theory.

     d.     The representative parties will fairly and adequately protect the interests of the class.

     e.     The fair and efficient adjudication of this matter as a class action is superior to other available methods because there are questions of law or fact that if answered to one class member will be answered as to all, including the questions of how the water entered the city, where the water went, how deep the water got, and how long the water stayed before it receded.  In addition there are damages that, if proved will inure to the benefit of the class as a whole rather than to any single class member.  Such damages that can be considered damages to the class include the breakdown of New Orleans social structure, the loss of cultural heritage, and the dramatically altered physical, economic, political, social and psychological character of the New Orleans area.  Such damages are not suffered by any single individual, rather they societal damages that are suffered by the class as a whole, and can only be fairly and efficiently adjudicated as such.

IV.

In addition, or in the alternative, this action is appropriate for determination as a class action because the requirements of Fed.R.Civ.P 23(b)(2) have been met.  The actions of the defendants have resulted in harm to the class as a whole which harm includes the breakdown of New Orleans social structure, the loss of cultural heritage, and the dramatically altered physical, economic, political, social and psychological character of the New Orleans area.  Such harm is appropriately remedied by injunctive relief to the class as a whole because the harm is not suffered by any single individual, rather it is societal in nature and is suffered by the class as a whole, and can only be fairly and efficiently adjudicated as such.

V.

Further, as a primary demonstration of the superiority of a class action over a mass joinder, Plaintiffs' trial plan will call for the separate adjudication of certified common issues only, *i.e.*, (1) the causes(s) of the levee failures which allowed the water to inundate the class and sub-class areas, (2) the fault of the defendants (and others) found responsible for these levee failures, (3) the apportionment of fault, and (4) the nature and extent of class-wide harm, *i.e.,* damages suffered by the class as a whole resulting from the breakdown of New Orleans social structure, loss of cultural heritage and cultural enjoyment, and the dramatic alteration of the physical, economic, political, social and psychological character of the community. Through an order of severance and bifurcation which Plaintiffs will request, all issues of individual damages will be at a later time.  This approach is consistent with Fed.R.Civ.P. 23(c)(4).

**WHEREFORE**, plaintiffs and class representatives pray that this Motion be granted and that the Court certify the Levee Class and Five Subclasses with the appointment of class representatives as described herein.

Respectfully submitted,

LEVEE PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter Dumas
D. Blayne Honeycutt
Darleen Jacobs
Hugh P. Lambert
Gerald E. Meunier

By:   PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
DAVID S. SCALIA (21369)
L. SCOTT JOANEN (21431)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this   18th   day of July, 2007.

                /s/   Joseph M. Bruno
                **JOSEPH M. BRUNO**