UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION
                                       NO.: 05-4182

                                       SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: MRGO

---

**PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR LEAVE TO SUPPLEMENT AND AMEND THE MOTION FOR CLASS CERTIFICATION**

PLAINTIFFS, pursuant to CMO4 paragraph III.(A), respectfully move this Court for an Order granting leave to supplement and amend their Motion for Class Certification.

1. Plaintiffs seek to amend the Motion for Class Certification by clarifying and confirming the nature of the trial plan to be submitted with their brief in support of class certification. As a primary demonstration of the superiority of a class action over a mass joinder, Plaintiffs' trial plan will call for the separate adjudication of certified common issues only, i.e., (1) the causes(s) of the ersatz levee failures, which allowed the water to inundate the class and

sub-class areas, (2) the fault of the Defendants (and others) found responsible for failure of the ersatz levees, (3) the apportionment of fault, and (4) the nature and extent of class-wide harm, i.e., classwide diminution in real property values occasioned in part by the breakdown of New Orleans' social structure, the loss of its cultural heritage, and the dramatically altered physical, economic, political, social, and psychological character of the New Orleans area.  By way of severance and bifurcation, which Plaintiffs will brief, all issues of individual damages amenable to class treatment will be considered at a later time.  This approach is consistent with Fed. R. Civ. P. 23(c)(4).

    2.  Plaintiffs re-aver each and every other argument, allegation, and prayer for relief of the original Motion for Class Certification as if copied herein in their entirety.

    WHEREFORE, Plaintiffs and class representatives pray that this Motion be granted and that Plaintiffs be granted leave to amend the Motion for Class Certification in the manner as set forth herein.

**Respectfully Submitted,**
**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno