UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in

the Levee Class Certification Action, the United States produces the following Bates ranges in

the manner specified in its Document Production Protocol:

VED-005-000000001     to     VED-005-000000008;
VEN-005-000000001     to     VEN-005-000000007;
VEN-006-000000001     to     VEN-006-000000001.

In response to the First Sets of Requests for Production propounded by the Plaintiffs in

the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to

the Unites States propounded by the Plaintiffs in the common liability MRGO and Levee

categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson

(06-2268), respectively, the United States opened a Review and Select facility in New Orleans

for the inspection of paper documents, pursuant to its Document Production Protocol.  The

following documents were selected by Plaintiffs for production in the manner specified in the

United States Document Production Protocol:

| | | |
|---|---|---|
| AFW-134-000000001 | to | AFW-134-000002538; |
| AFW-137-000000001 | to | AFW-137-000000060; |
| AFW-170-000000001 | to | AFW-170-000000005; |
| AFW-170-000000013 | to | AFW-170-000000028; |
| AFW-170-000000031 | to | AFW-170-000000034; |
| AFW-181-000000001 | to | AFW-181-000002407; |
| AFW-198-000000001 | to | AFW-198-000003288; |
| AFW-225-000000001 | to | AFW-225-000002575; |
| AFW-392-000000001 | to | AFW-392-000000714; |
| AFW-407-000000002 | to | AFW-407-000000159; |
| AFW-440-000000001 | to | AFW-440-000001661; |
| AFW-442-000000001 | to | AFW-442-000000497; |
| AFW-544-000000397 | to | AFW-544-000000627; |
| AFW-544-000000691 | to | AFW-544-000000699; |
| AFW-544-000000754 | to | AFW-544-000000767; |
| AFW-544-000000783 | to | AFW-544-000000791; |
| AFW-544-000000809 | to | AFW-544-000000811; |
| AFW-544-000000813 | to | AFW-544-000000926; |
| AFW-556-000000177 | to | AFW-556-000000811; |
| AFW-588-000000001 | to | AFW-588-000000001; |
| AFW-619-000000001 | to | AFW-619-000000031; |
| AFW-619-000000061 | to | AFW-619-000000065; |
| AFW-334-000000001 | to | AFW-334-000000536; |
| AIN-001-000000001 | to | AIN-001-000001510; |
| AIN-003-000000001 | to | AIN-003-000000080; |
| AIN-004-000000001 | to | AIN-004-000000608; |
| AIN-011-000000001 | to | AIN-011-000000067; |
| AIN-015-000000001 | to | AIN-015-000001486; |
| AIN-019-000000001 | to | AIN-019-000001185; |
| AIN-035-000000001 | to | AIN-035-000001992; |
| AIN-038-000000001 | to | AIN-038-000000444; |
| AIN-042-000000001 | to | AIN-042-000001415; |

| | | |
|---|---|---|
| AIN-045-000000001 | to | AIN-045-000000257; |
| AIN-045-000000572 | to | AIN-045-000001093; |
| AIN-046-000000001 | to | AIN-046-000002478; |
| AIN-047-000000089 | to | AIN-047-000000183; |
| AIN-050-000000001 | to | AIN-050-000001624; |
| AIN-058-000000001 | to | AIN-058-000002229; |
| AIN-061-000000001 | to | AIN-061-000000298; |
| AIN-063-000000001 | to | AIN-063-000000274; |
| AIN-066-000000001 | to | AIN-066-000000499; |
| AIN-069-000000001 | to | AIN-069-000001660; |
| AIN-077-000000001 | to | AIN-077-000001510; |
| AIN-079-000000001 | to | AIN-079-000000649; |
| AIN-080-000000001 | to | AIN-080-000002322; |
| AIN-083-000000001 | to | AIN-083-000001092; |
| AIN-084-000000001 | to | AIN-084-000001888; |
| AIN-085-000000001 | to | AIN-085-000001639; |
| AIN-086-000000001 | to | AIN-086-000000605; |
| AIN-091-000000001 | to | AIN-091-000000006; |
| AIN-091-000000010 | to | AIN-091-000000244; |
| AIN-091-000000311 | to | AIN-091-000000400; |
| AIN-091-000000409 | to | AIN-091-000000456; |
| AIN-091-000000496 | to | AIN-091-000000581; |
| AIN-091-000000623 | to | AIN-091-000000728; |
| AIN-091-000000864 | to | AIN-091-000001555; |
| AIN-095-000000001 | to | AIN-095-000002867; |
| AIN-101-000000001 | to | AIN-101-000001692; |
| AIN-104-000000001 | to | AIN-104-000000065; |
| AIN-106-000000001 | to | AIN-106-000001643; |
| AIN-112-000000001 | to | AIN-112-000002502; |
| AIN-127-000000001 | to | AIN-127-000000121; |
| AIN-140-000000001 | to | AIN-140-000000007; |
| AIN-140-000000059 | to | AIN-140-000000176; |
| AIN-140-000000221 | to | AIN-140-000000226; |
| AIN-140-000000243 | to | AIN-140-000000252; |
| AIN-140-000000256 | to | AIN-140-000000283; |
| AIN-167-000000001 | to | AIN-167-000001310; |
| AIN-173-000000185 | to | AIN-173-000000197; |
| AIN-179-000000001 | to | AIN-179-000000200; |
| AIN-179-000000270 | to | AIN-179-000001224; |
| AIN-179-000001236 | to | AIN-179-000002387; |
| AIN-179-000002392 | to | AIN-179-000002864; |
| AIN-182-000000001 | to | AIN-182-000000142; |
| MVD-001-000000001 | to | MVD-001-000002640; |

| | | |
|---|---|---|
| MVD-002-000000426 | to | MVD-002-000000641; |
| MVD-003-000000001 | to | MVD-003-000001613; |
| NED-026-000000001 | to | NED-026-000001058; |
| NED-040-000000001 | to | NED-040-000000248; |
| NED-186-000000001 | to | NED-186-000000971; |
| NED-187-000000001 | to | NED-187-000001036; |
| NED-189-000000001 | to | NED-189-000002077; |
| NED-190-000000001 | to | NED-190-000002471; |
| NED-192-000000001 | to | NED-192-000001707; |
| NED-194-000000001 | to | NED-194-000002049; |
| NED-196-000000001 | to | NED-196-000001391; |
| NED-197-000000001 | to | NED-197-000002791; |
| NED-199-000000001 | to | NED-199-000000301; |
| NED-199-000000331 | to | NED-199-000000943; |
| NED-201-000000001 | to | NED-201-000000018; |
| NED-202-000000001 | to | NED-202-000000392; |
| NED-203-000000001 | to | NED-203-000000025; |
| NED-204-000000001 | to | NED-204-000000125; |
| NED-205-000000001 | to | NED-205-000004885; |
| NED-206-000000001 | to | NED-206-000000269; |
| NED-206-000000312 | to | NED-206-000000906; |
| NED-209-000000001 | to | NED-209-000000469; |
| NED-210-000000001 | to | NED-210-000000397; |
| NED-211-000000001 | to | NED-211-000002501; |
| NED-212-000000001 | to | NED-212-000002015; |
| NED-213-000000001 | to | NED-213-000002109; |
| NOP-008-000000001 | to | NOP-008-000002759; |
| NPM-033-000000001 | to | NPM-033-000001045; |
| NPM-036-000000001 | to | NPM-036-000000004; |
| NPM-036-000000143 | to | NPM-036-000001205; |
| NPM-036-000001209 | to | NPM-036-000003268; |
| NPM-039-000000001 | to | NPM-039-000000525; |
| NPM-039-000000534 | to | NPM-039-000000830; |
| NPM-040-000000001 | to | NPM-040-000001717; |
| NRG-029-000000707 | to | NRG-029-000002896; |
| NRG-030-000000001 | to | NRG-030-000002706; |
| NRG-032-000000001 | to | NRG-032-000002492; |
| NRG-033-000000001 | to | NRG-033-000002516; |
| NRG-034-000000001 | to | NRG-034-000000796; |
| NRG-035-000000001 | to | NRG-035-000002562; |
| NRG-038-000000001 | to | NRG-038-000001958; |
| NRG-039-000000001 | to | NRG-039-000001287; |
| NRG-040-000000001 | to | NRG-040-000000868; |

NRG-041-000000001        to        NRG-041-000000828;
NRG-042-000000001        to        NRG-042-000002405;
NRG-044-000000001        to        NRG-044-000001196;
NRG-045-000000001        to        NRG-045-000000737;
NRG-046-000000001        to        NRG-046-000001659.

.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 10, 2007

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on August 10, 2007, I served a true copy

of the United States' Notice of Production upon all parties by ECF:

s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.