**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 134 | AFW-134-000000001 | AFW-134-000002538 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC085 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 674) from June 2007 Review and Select Production |
| AFW | 137 | AFW-137-000000001 | AFW-137-000000060 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC085 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 713) from June 2007 Review and Select Production |
| AFW | 170 | AFW-170-000000001 | AFW-170-000000005 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC085 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 705) from June 2007 Review and Select Production |
| AFW | 170 | AFW-170-000000013 | AFW-170-000000028 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC085 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 705) from June 2007 Review and Select Production |
| AFW | 170 | AFW-170-000000031 | AFW-170-000000034 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC085 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 705) from June 2007 Review and Select Production |
| AFW | 181 | AFW-181-000000001 | AFW-181-000002407 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC085 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 666) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 198 | AFW-198-000000001 | AFW-198-000003288 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC085 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 907) from June 2007 Review and Select Production |
| AFW | 225 | AFW-225-000000001 | AFW-225-000002575 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 912) from June 2007 Review and Select Production |
| AFW | 392 | AFW-392-000000001 | AFW-392-000000714 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 863) from June 2007 Review and Select Production |
| AFW | 407 | AFW-407-000000002 | AFW-407-000000159 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 882) from June 2007 Review and Select Production |
| AFW | 440 | AFW-440-000000001 | AFW-440-000001661 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 986) from June 2007 Review and Select Production |
| AFW | 442 | AFW-442-000000001 | AFW-442-000000497 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1022) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 544 | AFW-544-000000397 | AFW-544-000000627 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1128) from June 2007 Review and Select Production |
| AFW | 544 | AFW-544-000000691 | AFW-544-000000699 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1128) from June 2007 Review and Select Production |
| AFW | 544 | AFW-544-000000754 | AFW-544-000000767 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1128) from June 2007 Review and Select Production |
| AFW | 544 | AFW-544-000000783 | AFW-544-000000791 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1128) from June 2007 Review and Select Production |
| AFW | 544 | AFW-544-000000809 | AFW-544-000000811 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1128) from June 2007 Review and Select Production |
| AFW | 544 | AFW-544-000000813 | AFW-544-000000926 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1128) from June 2007 Review and Select Production |

8/10/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 556 | AFW-556-000000177 | AFW-556-000000811 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1137) from June 2007 Review and Select Production |
| AFW | 588 | AFW-588-000000001 | AFW-588-000000001 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1073) from June 2007 Review and Select Production |
| AFW | 619 | AFW-619-000000001 | AFW-619-000000031 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1207) from June 2007 Review and Select Production |
| AFW | 619 | AFW-619-000000061 | AFW-619-000000065 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC086 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1207) from June 2007 Review and Select Production |
| AFW | 334 | AFW-334-000000001 | AFW-334-000000536 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC087 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 734) from June 2007 Review and Select Production |
| AIN | 001 | AIN-001-000000001 | AIN-001-000001510 | USACE; MVD; MVN; Planning; Economic & Social Analysis | Veronica Williams | KC088 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 001) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 003 | AIN-003-000000001 | AIN-003-000000080 | USACE; MVD; MVN; PPMD | Joseph Dykes | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 003) from June 2007 Review and Select Production |
| AIN | 004 | AIN-004-000000001 | AIN-004-000000608 | USACE; MVD; MVN; CELMN-ED; HH-Coastal Section | Arthur Laurent | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 004) from June 2007 Review and Select Production |
| AIN | 011 | AIN-011-000000001 | AIN-011-000000067 | USACE; MVD; MVN; Eng-Hydro | Nancy Powell | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 011) from June 2007 Review and Select Production |
| AIN | 015 | AIN-015-000000001 | AIN-015-000001486 | USACE; MVD; MVN; Eng-Hydro | Nancy Powell | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 015) from June 2007 Review and Select Production |
| AIN | 019 | AIN-019-000000001 | AIN-019-000001185 | USACE; MVD; MVN; Planning Division; Economic and Social Analysis | Veronica Williams | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 019) from June 2007 Review and Select Production |
| AIN | 035 | AIN-035-000000001 | AIN-035-000001992 | USACE; MVD; MVN; Eng-Hydro | Nancy Powell | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 035) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 038 | AIN-038-000000001 | AIN-038-000000444 | USACE; MVD; MVN; CELMN-ED; HH-Coastal Section | Arthur Laurent | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 38) from June 2007 Review and Select Production |
| AIN | 042 | AIN-042-000000001 | AIN-042-000001415 | USACE; MVD; MVN; CELMN-ED-ES | Glenn Felger | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 042) from June 2007 Review and Select Production |
| AIN | 045 | AIN-045-000000001 | AIN-045-000000257 | USACE; MVD; MVN; Planning Division; Plan Formulation Branch | Veronica Williams | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 045) from June 2007 Review and Select Production |
| AIN | 045 | AIN-045-000000572 | AIN-045-000001093 | USACE; MVD; MVN; Planning Division; Plan Formulation Branch | Veronica Williams | KC089 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 045) from June 2007 Review and Select Production |
| AIN | 046 | AIN-046-000000001 | AIN-046-000002478 | USACE; MVD; MVN; PPMD | Gerald Dicharry | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 046) from June 2007 Review and Select Production |
| AIN | 047 | AIN-047-000000089 | AIN-047-000000183 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 047) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 050 | AIN-050-000000001 | AIN-050-000001624 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 050) from June 2007 Review and Select Production |
| AIN | 058 | AIN-058-000000001 | AIN-058-000002229 | USACE; MVD; MVN; Eng; Structural Design | Carl Guggenheimer | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 058) from June 2007 Review and Select Production |
| AIN | 061 | AIN-061-000000001 | AIN-061-000000298 | USACE; MVD; MVN; CWPPRA PM | Veronica Williams | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 061) from June 2007 Review and Select Production |
| AIN | 063 | AIN-063-000000001 | AIN-063-000000274 | USACE; MVD; MVN; PPMD; PM-W | Veronica Williams | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 063) from June 2007 Review and Select Production |
| AIN | 066 | AIN-066-000000001 | AIN-066-000000499 | USACE; MVD; MVN; Eng; Hydro | Nancy Powell | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 066) from June 2007 Review and Select Production |
| AIN | 069 | AIN-069-000000001 | AIN-069-000001660 | USACE; MVD; MVN; Eng; Structural Design | Carl Guggenheimer | KC090 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 069) from June 2007 Review and Select Production |

8/10/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 077 | AIN-077-000000001 | AIN-077-000001510 | USACE; MVD; MVN; CELM-ED-TF | Carl Guggenheimer | KC091 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 077) from June 2007 Review and Select Production |
| AIN | 079 | AIN-079-000000001 | AIN-079-000000649 | USACE; MVD; MVN; CELMN-ED-TF | Carl Guggenheimer | KC091 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 079) from June 2007 Review and Select Production |
| AIN | 080 | AIN-080-000000001 | AIN-080-000002322 | USACE; MVD; MVN; CELMN-ED-TF | Carl Guggenheimer | KC091 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 080) from June 2007 Review and Select Production |
| AIN | 083 | AIN-083-000000001 | AIN-083-000001092 | USACE; MVD; MVN; Eng-Hydro | Nancy Powell | KC091 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 083) from June 2007 Review and Select Production |
| AIN | 084 | AIN-084-000000001 | AIN-084-000001888 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC091 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 084) from June 2007 Review and Select Production |
| AIN | 085 | AIN-085-000000001 | AIN-085-000001639 | USACE; MVD; MVN; CELMN-ED-TF | Carl Guggenheimer | KC091 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 085) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 086 | AIN-086-000000001 | AIN-086-000000605 | USACE; MVD; MVN; CELMN-ED-TF | Carl Guggenheimer | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 086) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000001 | AIN-091-000000006 | USACE; MVD; MVN; CELMN-ED- HH- Coastal Section | Arthur Laurent | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 091) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000010 | AIN-091-000000244 | USACE; MVD; MVN; CELMN-ED- HH- Coastal Section | Arthur Laurent | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 091) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000311 | AIN-091-000000400 | USACE; MVD; MVN; CELMN-ED- HH- Coastal Section | Arthur Laurent | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 091) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000409 | AIN-091-000000456 | USACE; MVD; MVN; CELMN-ED- HH- Coastal Section | Arthur Laurent | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 091) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000496 | AIN-091-000000581 | USACE; MVD; MVN; CELMN-ED- HH- Coastal Section | Arthur Laurent | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 091) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 091 | AIN-091-000000623 | AIN-091-000000728 | USACE; MVD; MVN; CELMN-ED- HH- Coastal Section | Arthur Laurent | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 091) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000864 | AIN-091-000001555 | USACE; MVD; MVN; CELMN-ED- HH- Coastal Section | Arthur Laurent | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 091) from June 2007 Review and Select Production |
| AIN | 095 | AIN-095-000000001 | AIN-095-000002867 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 095) from June 2007 Review and Select Production |
| AIN | 101 | AIN-101-000000001 | AIN-101-000001692 | USACE; MVD; MVN; Planning Division; Economic and Social Analysis | Veronica Williams | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 101) from June 2007 Review and Select Production |
| AIN | 104 | AIN-104-000000001 | AIN-104-000000065 | USACE; MVD; MVN; Eng-Hydro | Nancy Powell | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 104) from June 2007 Review and Select Production |
| AIN | 106 | AIN-106-000000001 | AIN-106-000001643 | USACE; MVD; MVN; CEMVN-ED-HH | Nancy Powell | KC092 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 106) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 112 | AIN-112-000000001 | AIN-112-000002502 | USACE; MVD; MVN; Eng; Hydro; PPMD West Branch | Joseph Dykes | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 112) from June 2007 Review and Select Production |
| AIN | 127 | AIN-127-000000001 | AIN-127-000000121 | USACE; MVD; MVN; Eng | Ingrid Bickham | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 501) from June 2007 Review and Select Production |
| AIN | 140 | AIN-140-000000001 | AIN-140-000000007 | USACE; MVD; MVN; PPMD | Rodney Pitman | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 518) from June 2007 Review and Select Production |
| AIN | 140 | AIN-140-000000059 | AIN-140-000000176 | USACE; MVD; MVN; PPMD | Rodney Pitman | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 518) from June 2007 Review and Select Production |
| AIN | 140 | AIN-140-000000221 | AIN-140-000000226 | USACE; MVD; MVN; PPMD | Rodney Pitman | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 518) from June 2007 Review and Select Production |
| AIN | 140 | AIN-140-000000243 | AIN-140-000000252 | USACE; MVD; MVN; PPMD | Rodney Pitman | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 518) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 140 | AIN-140-000000256 | AIN-140-000000283 | USACE; MVD; MVN; PPMD | Rodney Pitman | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 518) from June 2007 Review and Select Production |
| AIN | 167 | AIN-167-000000001 | AIN-167-000001310 | USACE; MVD; MVN; Eng; Hydro | Arthur Laurent | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 538) from June 2007 Review and Select Production |
| AIN | 173 | AIN-173-000000185 | AIN-173-000000197 | USACE; MVD; MVN; | Veronica Williams | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 536) from July 2007 Review and Select Production |
| AIN | 179 | AIN-179-000000001 | AIN-179-000000200 | USACE; MVD; MVN; Eng; Design Services Branch; CEMVN-ED | Gary Hawkins | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 071) from June 2007 Review and Select Production |
| AIN | 179 | AIN-179-000000270 | AIN-179-000001224 | USACE; MVD; MVN; Eng; Design Services Branch; CEMVN-ED | Gary Hawkins | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 071) from June 2007 Review and Select Production |
| AIN | 179 | AIN-179-000001236 | AIN-179-000002387 | USACE; MVD; MVN; Eng; Design Services Branch; CEMVN-ED | Gary Hawkins | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 071) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 179 | AIN-179-000002392 | AIN-179-000002864 | USACE; MVD; MVN; Eng; Design Services Branch; CEMVN-ED | Gary Hawkins | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 071) from June 2007 Review and Select Production |
| AIN | 182 | AIN-182-000000001 | AIN-182-000000142 | USACE; MVD; MVN; CELMN-ED; HH-Coastal Section | Arthur Laurent | KC093 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 092) from June 2007 Review and Select Production |
| MVD | 001 | MVD-001-000000001 | MVD-001-000002640 | USACE; MVD; MVN; CEMVD-PD-SP; RM 303 | C. Barton (Primary) & M. Ott (Alternate) | KC094 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1327) from July 2007 Review and Select Production |
| MVD | 002 | MVD-002-000000426 | MVD-002-000000641 | USACE; MVD; MVN; CEMVD-PD-SP; RM 304 | C. Barton (Primary) & M. Ott (Alternate) | KC094 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1328) from July 2007 Review and Select Production |
| MVD | 003 | MVD-003-000000001 | MVD-003-000001613 | USACE; MVD; MVN; CEMVD-PD-SP; RM 305 | C. Barton (Primary) & M. Ott (Alternate) | KC094 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1333) from July 2007 Review and Select Production |
| NED | 026 | NED-026-000000001 | NED-026-000001058 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC094 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 166) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 040 | NED-040-000000001 | NED-040-000000248 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC094 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 192) from June 2007 Review and Select Production |
| NED | 186 | NED-186-000000001 | NED-186-000000971 | USACE; MVD; MVN; ED-F | G. Brown | KC094 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1290) From July 2007 Review and Select Production |
| NED | 187 | NED-187-000000001 | NED-187-000001036 | USACE; MVD; MVN; ED | Don Rawson | KC095 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 123) from July 2007 Review and Select Production |
| NED | 189 | NED-189-000000001 | NED-189-000002077 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC095 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1315) from July 2007 Review and Select Production |
| NED | 190 | NED-190-000000001 | NED-190-000002471 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC095 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1331) from July 2007 Review and Select Production |
| NED | 192 | NED-192-000000001 | NED-192-000001707 | USACE; MVD; MVN; ED-H-HN; RM 227 | Nancy Powell; Ann Donnelly | KC095 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1325) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 194 | NED-194-000000001 | NED-194-000002049 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1314) from July 2007 Review and Select Production |
| NED | 196 | NED-196-000000001 | NED-196-000001391 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1323) from July 2007 Review and Select Production |
| NED | 197 | NED-197-000000001 | NED-197-000002791 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1321) from July 2007 Review and Select Production |
| NED | 199 | NED-199-000000001 | NED-199-000000301 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1338) from June 2007 Review and Select Production |
| NED | 199 | NED-199-000000331 | NED-199-000000943 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1338) from June 2007 Review and Select Production |
| NED | 201 | NED-201-000000001 | NED-201-000000018 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1335) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 202 | NED-202-000000001 | NED-202-000000392 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1349) from July 2007 Review and Select Production |
| NED | 203 | NED-203-000000001 | NED-203-000000025 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1342) from July 2007 Review and Select Production |
| NED | 204 | NED-204-000000001 | NED-204-000000125 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC096 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1308) from July 2007 Review and Select Production |
| NED | 205 | NED-205-000000001 | NED-205-000004885 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC097 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1319) from July 2007 Review and Select Production |
| NED | 206 | NED-206-000000001 | NED-206-000000269 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC097 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1313) from July 2007 Review and Select Production |
| NED | 206 | NED-206-000000312 | NED-206-000000906 | USACE; MVD; MVN; CEMVN-ED-G; RM 306 | Gerry Giroir; Lourdes Hanemann | KC097 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1313) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 209 | NED-209-000000001 | NED-209-000000469 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC097 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1337) from July 2007 Review and Select Production |
| NED | 210 | NED-210-000000001 | NED-210-000000397 | USACE; MVD; MVN; CEMVN-ED-G; RM 305 | Gerry Giroir; Lourdes Hanemann | KC097 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1326) from July 2007 Review and Select Production |
| NED | 211 | NED-211-000000001 | NED-211-000002501 | USACE; MVD; MVN; ED-H-HN; RM 227 | Nancy Powell; Ann Donnelly | KC097 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1309) from July 2007 Review and Select Production |
| NED | 212 | NED-212-000000001 | NED-212-000002015 | USACE; MVD; MVN; ED-H-HN; RM 227 | Nancy Powell; Ann Donnelly | KC098 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1346) from July 2007 Review and Select Production |
| NED | 213 | NED-213-000000001 | NED-213-000002109 | USACE; MVD; MVN; ED-H-HN; RM 227 | Nancy Powell; Ann Donnelly | KC098 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1334) from July 2007 Review and Select Production |
| NOP | 008 | NOP-008-000000001 | NOP-008-000002759 | USACE; MVD; MVN; OD-G | Jane Brown | KC098 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 207) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 033 | NPM-033-000000001 | NPM-033-000001045 | USACE; MVD; MVN; PM-P | Gayle Lawrence | KC098 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1288) from July 2007 Review and Select Production |
| NPM | 036 | NPM-036-000000001 | NPM-036-000000004 | USACE; MVD; MVN; PM-RP; Rm 363 | Richard Boe | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1234) from July 2007 Review and Select Production |
| NPM | 036 | NPM-036-000000143 | NPM-036-000001205 | USACE; MVD; MVN; PM-RP; Rm 365 | Richard Boe | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1234) from July 2007 Review and Select Production |
| NPM | 036 | NPM-036-000001209 | NPM-036-000003268 | USACE; MVD; MVN; PM-RP; Rm 367 | Richard Boe | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1234) from July 2007 Review and Select Production |
| NPM | 039 | NPM-039-000000001 | NPM-039-000000525 | USACE; MVD; MVN; PM-RP | Richard Boe | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1270) from July 2007 Review and Select Production |
| NPM | 039 | NPM-039-000000534 | NPM-039-000000830 | USACE; MVD; MVN; PM-RP | Richard Boe | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1270) from July 2007 Review and Select Production |

8/10/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 040 | NPM-040-000000001 | NPM-040-000001717 | USACE; MVD; MVN; CEMVN-PM-P | Gayle Lawrence | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1250) from July 2007 Review and Select Production |
| NRG | 029 | NRG-029-000000707 | NRG-029-000002896 | USACE; MVD; MVN; OGC | Fred Wallace | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 385) from July 2007 Review and Select Production |
| NRG | 030 | NRG-030-000000001 | NRG-030-000002706 | USACE; MVD; MVN; OGC | Fred Wallace | KC099 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 383) from July 2007 Review and Select Production |
| NRG | 032 | NRG-032-000000001 | NRG-032-000002492 | USACE; MVD; MVN; OGC | Fred Wallace | KC100 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 390) from July 2007 Review and Select Production |
| NRG | 033 | NRG-033-000000001 | NRG-033-000002516 | USACE; MVD; MVN; OGC | Fred Wallace | KC100 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 392) from July 2007 Review and Select Production |
| NRG | 034 | NRG-034-000000001 | NRG-034-000000796 | USACE; MVD; MVN; OGC | Fred Wallace | KC100 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 152) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 035 | NRG-035-000000001 | NRG-035-000002562 | USACE; MVD; MVN; OGC | Fred Wallace | KC100 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 234) from July 2007 Review and Select Production |
| NRG | 038 | NRG-038-000000001 | NRG-038-000001958 | USACE; MVD; MVN; OGC | Fred Wallace | KC100 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 169) from July 2007 Review and Select Production |
| NRG | 039 | NRG-039-000000001 | NRG-039-000001287 | USACE; MVD; MVN; OGC | Fred Wallace | KC101 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 162) from July 2007 Review and Select Production |
| NRG | 040 | NRG-040-000000001 | NRG-040-000000868 | USACE; MVD; MVN; OGC | Fred Wallace | KC101 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 189) from July 2007 Review and Select Production |
| NRG | 041 | NRG-041-000000001 | NRG-041-000000828 | USACE; MVD; MVN; OGC | Fred Wallace | KC101 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 388) from July 2007 Review and Select Production |
| NRG | 042 | NRG-042-000000001 | NRG-042-000002405 | USACE; MVD; MVN; OGC | Fred Wallace | KC101 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 391) from July 2007 Review and Select Production |

8/10/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 044 | NRG-044-000000001 | NRG-044-000001196 | USACE; MVD; MVN; OGC | Fred Wallace | KC101 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 203) from July 2007 Review and Select Production |
| NRG | 045 | NRG-045-000000001 | NRG-045-000000737 | USACE; MVD; MVN; OGC | Fred Wallace | KC101 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 138) from July 2007 Review and Select Production |
| NRG | 046 | NRG-046-000000001 | NRG-046-000001659 | USACE; MVD; MVN; OGC | Fred Wallace | KC101 | 8/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 396) from July 2007 Review and Select Production |
| VED | 005 | VED-005-000000001 | VED-005-000000008 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC102 | 8/10/2007 | Class - Levee | Incremental Flooding Analysis for the New Orleans Metro Area |
| VEN | 005 | VEN-005-000000001 | VEN-005-000000007 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC102 | 8/10/2007 | Class - Levee | Incremental Flooding Analysis for the New Orleans Metro Area |
| VEN | 006 | VEN-006-000000001 | VEN-006-000000001 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC103 | 8/10/2007 | Class - Levee | Tabular Flow-Hydrograph information |