**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| ~~PLAINTIFF~~ Defendant | United States Army Corps of Engineers et al |
| COURT CASE NUMBER | 07-2742 "K"(2) |
| ~~DEFENDANT~~ Plaintiff | Phyllis R Copemann, Mr. Nicol A. Corey |
| TYPE OF PROCESS | Summons + C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: United States Attorney

**AT** ADDRESS: 501 Magazine Street, Hale Boggs Fed. Bldg, New Orleans, La 70130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Phyllis R Copemann
3144 Victoria Drive Trailer #112
Baton Rouge, La 70805-7531

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Signature of Attorney or other Originator requesting service on behalf of: Phyllis R Copemann
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (504) 615-9214
DATE: 6/13/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 34 | 34 | Joanne Waite | 7/17/07 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described...

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Tammy Falcone — Docketing Tech
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 08/07/07
Time: 12:39 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | |

**REMARKS:**

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)