FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG -3 PM 2:57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| INSURANCE | * | |
|    06-6163 (Francis) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS

**NOW INTO COURT** comes plaintiffs who suggest to the Court that the captioned matter has been compromised and settled and that plaintiffs move to dismiss the captioned matter with prejudice against all defendants, all parties to bear their own costs.

**WHEREFORE**, plaintiffs move that the captioned matter be dismissed with prejudice against all defendants, all parties to bear their own costs.

1

Respectfully submitted,

_____
James M. Garner, #19589
Darnell Bludworth (#18801)
SHER, GARNER, CAHILL, RICHTER,
KLEIN & HILBERT, LLC
909 Poydras Street, Twenty-Eighth Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR DR. NORMAN C. FRANCIS
AND BLANCHE FRANCIS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Dismiss has been forwarded to all known counsel of record by depositing a copy of same in the United States mail, properly addressed and postage prepaid, on this 2d day of August _____, 2007.

_____

2