

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: DUVAL |
| | * | MAGISTRATE: WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE:   *Aaron*, 06-4746 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff, Dolores Coyotte Marco, seeks to dismiss her claim against defendants Allstate Insurance Company and Allstate Indemnity Company ("Allstate"). Accordingly, plaintiff respectfully requests that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that all of her claims against all parties, including Allstate, be dismissed, without prejudice, each party to bear its own costs.

**WHEREFORE,** Plaintiffs prays that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

JIM S. HALL & ASSOCIATES

_____
Joseph W. Rausch, No. 11394
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by facsimile transmission on the ____ day of June, 2007.

_____