

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| INSURANCE | * | |
|    06-6163 (Francis) | * | |
| | * | |

*********************************************

## ORDER

After considering the Motion of plaintiffs to dismiss the captioned matter;

**IT IS ORDERED BY THE COURT** that the suit of plaintiffs against all defendants be, and the same is hereby, dismissed with prejudice, all parties to bear their own costs.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

1