

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE: *Aaron*, 06-4746 | |

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Dolores Coyotte Marco are dismissed, without prejudice, each party to bear its own costs;

New Orleans, Louisiana, this 10th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

87290