UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED ACTION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL LEVEE | § | |
| | § | |
| | § | |

**DEFENDANT UNITED STATES OF AMERICA'S FIRST SUPPLEMENTAL ANSWERS TO THE LEVEE PLAINTIFFS' FIRST SET OF INTERROGATORIES AND FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**

**I. SUPPLEMENTAL ANSWERS TO INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 26(e), Defendant United States of America (the "United States") hereby Supplements its Answers to the Levee Plaintiffs' First Set of Interrogatories. To the extent these supplemental answers provide identification information for present and former Corps employees, it also serves as a supplement to the United States' Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a).

Subject to the objections set forth in the United States' original Answers to the Levee Plaintiffs' First Set of Interrogatories, as well as any objections noted herein, and in accordance with the Court's order at Record Document no. 6815, compelling the United States to provide additional answers to plaintiffs' first interrogatories, the United States supplements its original answers as follows:

**INTERROGATORY NO. 1**:  Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who participated in, monitored, or supervised the 1985 E-99 sheet pile test section experiment on the Atchafalaya River.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 1**: In addition to those identified in the United States' original Answer, based on information and belief, the following former and present Corps employees (although not necessarily "supervisory") also worked on a 1985 E-99 sheet pile test section experiment on the Atchafalaya River:

1.  Richard Jackson, LMVD (retired)

2.  Frank Weaver, then Chief of Geotechnical and Materials Branch, Engineering Division (retired) Lawrence Cave, then Chief, Soils Section (retired)

3.  Frank Johnson, then with Technical Engineering Branch, LMVD (retired)

4.  Leiland M. Duke, then Chief, Operations Branch, Instrumentation Services Division at Waterways Experiment Station (retired March 1965)

5.  Brig. Gen. Eugene Witherspoon, then Commander of NOD (retired)

6.  Maj. Gen. Thomas A. Sands, Commander of LMVD 1985-1989 (retired)

7.  Dr. Reed Mosher, then Research Civil Engineer with Waterways Experiment Station ERDC (601) 634-3956

8.  Dr. John F. Peters, ERDC (601) 634-2590

9.  Tina Holmes, Research Civil Engineer, ERDC (601) 634-3353

10.  Daniel Leavell (retired)

11.  Levi Coffing (retired)

12. Lawrence H. Cave, former chief, Soils and Foundations Section (retired from LMVD in 1994, now deceased)

**INTERROGATORY NO. 9**: Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who attended the annual inspections of the LPVHPP from 1965 to 2005.

**ANSWER TO INTERROGATORY NO. 9**: In addition to the person identified in its original Answer, based on information and belief, the following are the only former and present Corps employees (although not necessarily "supervisory") that the United States has been able to identify who attended at least one "annual inspection of the LPVHPP" between 1965 and 2005:

1. Alfred Naomi
   USACE, Project Manager
   (504) 862-2377

2. Jerry Colletti
   Asst. Chief, Operations Division
   CEMVN
   (504) 862-2302
   Room 286

3. Mike Lowe
   Operations Division, Readiness Branch
   CEMVN
   (504) 862-2244
   Room 292

4. Greg Breerwood
   Retired 1/3/07
   Chief, Operations (from 12/15/02 – 6/25/05)

5. Henry Schorr
   Retired 2/28/93
   Chief, Operations (from 7/31/88 – 2/28/93)

6. C.J. Nettles

      Retired 7/1/88
      Chief, Operations (from 1/13/80 – 7/1/88)

7. Albert Guillot
      Retired 1/2/99
      Chief, Operations (from 6/9/96 – 1/2/99)

8. Victor L. Landry
      Hurricane Protection Office - Contractor
      CEMVN
      504-862-2431

9. Donald Clement
      Retired

10. Richard Baldini, Jr
      No longer working for the Corps

11. Louis Danflous
      Hurricane Protection Office - Contractor
      CEMVN
      (504) 862-2764

12. Robert Tisdale
      Retired
      CAO 9/25/99
      Chief, Operations (from 11/14/93 - 3/16/96)

13. Chester Ashley
      Resident Engineer
      Hurricane Protection Office
      CEMVN
      (504) 862-1056
      Room 186

14. Domingo Elguezabal
      Retired

15. Tom Bernard
      Retired

16. Dan Marsalone
      Retired

17. Maurice Ducarpe
    Construction Division, Westbank Area Office CEMVN-CD-NW
    504-862-1097

18. Maj. Gen. Tom Sands
    Retired

19. Brig. Gen. Robert Lee
    Retired

20. Brig. Gen. Eugene Witherspoon
    Retired

21. Col. Lloyd Brown
    Retired

22. Col. Richard Gorski
    Retired

23. Col. Mike Diffley
    Retired

24. Col. Ken Clow
    Retired

25. Col. William Conner
    Retired

26. Col. Thomas Julich
    Retired

27. Col. Peter Rowan
    USACE HQ
    CECW-Z
    202-761-0101

28. Maj. Harold Manuel
    Retired

29. Lt. Col. Neal Smart
    No longer working for the Corps

30. Lt. Col. Burt

      Retired

31. Lt. Col. Clark
    Retired

32. Lt. Col. Jeselink
    Retired

33. Lt. Col. Knierieman
    Retired

34. Amy Powell
    Operations Division, Completed Works Section
    CEMVN
    (504) 862-2241

35. Karen Oberlies
    Operations Division, Completed Works Section
    CEMVN
    504-862-2313

36. Brian Keller
    No longer working for the Corps.

37. Colette Duffour
    No longer working for the Corps

38. Jim Walters
    Operations Division, Readiness Branch
    CEMVN
    504-862-2354

39. Vince Cottone
    No longer working for the Corps

40. Mervin Morehiser
    USACE, Project Manager
    (504) 862-1776

41. Sam Kearns
    Hurricane Protection Office
    CEMVN
    504-862-2718

42. Thomas Wade Wright
    Engineering Division, Levees Team Leader
    CEMVN
    504-862-2721

43. Frank Vojkovich
    Engineering Division
    Structure Foundations Section
    CEMVN
    (504) 862-1034
    Room 116

44. Mark Woodward
    Engineering Division, Dams, Levees & Slopes Section
    CEMVN
    504-862-1006

45. Kevin Wagner
    Hurricane Protection Office
    CEMVN
    504-862-2509

46. Chris Wagner
    Construction Division, East Bank Area Office
    CEMVN-NO-E
    504-862-1230

47. Harvey Morgan
    No longer working for the Corps

48. John Flanagan
    Retired

49. Lionel Gele
    No longer working for the Corps

50. Scott Blanchard
    Construction Division, Quality Assurance Branch
    CEMVN
    504-862-2922

51. Ellsworth Pilie
    Engineering Division, Levees Team Leader
    CEMVN

>   504) 862-1033
>   Rm. 327

52. Glen Gremillion
    Construction Division, Westbank Area Office
    CEMVN-CD-NW
    504-862-1873

53. Russell Young
    Retired

54. Dennis Duhon
    Deceased

55. Billy Rossignol
    Construction Division, Westbank Area Office
    CEMVN-CD-NW
    504-862-2220

**INTERROGATORY NO. 13**: Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who were in charge of the New Orleans District's Operations and Engineering Divisions for the years 1963 through 2006.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 13**: In its original Answer, the United States inadvertently and incorrectly identified Gerald S. Satterlee, Jr. as Chief of the Engineering Division from 2/4/90 until 4/24/99. He, however, was Chief from 10/10/99 until 1/3/03.

**INTERROGATORY NO. 37**: Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who, despite Pittman Construction Company's concerns, allowed the construction of the 17th Street Canal and London Avenue Canal I-walls to proceed, and be completed prior to Hurricane Katrina.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 37**: After reasonable inquiry,

8

the United States cannot identify anyone in response to this interrogatory.

**INTERROGATORY NO. 38**:  Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who ordered, approved, or authorized any deviation(s) from the Congressionally-authorized Barrier Plan of the LPVHPP.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 38**:  Because the interrogatory does not define nor does it reference any specific alleged "deviations," the United States is unable to identify anyone in response to this interrogatory.  However, the following is a list all Army Corps Chiefs of Engineers from 1965 to the time of the Katrina Hurricane:

Lt. General Walter K. Wilson, Jr., 1961-65

Lt. General William F. Cassidy, 1965-69

Lt. General Frederick J. Clarke, 1969-73

Lt. General William C. Gribble, Jr., 1973-76

Lt. General John W. Morris, 1976-80

Lt. General Joseph K. Bratton, 1980-84

Lt. General Elvin R. Heiberg, III, 1984-88

Lt. General Henry J. Hatch, 1988-92

Lt. General Arthur E. Williams, 1992-96

Lt. General Joe N. Ballard, 1996-2000

Lt. General Robert B. Flowers, 2000-2004

Lt. General Carl A. Strock, 2004 - 2007

**INTERROGATORY NO. 39**: Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who ordered, approved, or authorized High Level Plan for the

LPVHPP.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 39**: By memorandum dated February 7, 1985, Major General John F. Wall, Director of Civil Works, Headquarters USACE, approved the High Level Plan for the LPVHPP. At that time, the Army Corps Chief of Engineers was Lt. General Elvin R. Heiberg III.

**INTERROGATORY NO. 40**: Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who ordered, approved, or authorized the "Parallel Protection Plan" for the 17th Street Canal.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 40**: At the time that the locally preferred "Parallel Protection Plan" was "ordered, approved, or authorized" for the 17th Street Canal, the Army Corps Chief of Engineers was Lt. General Henry J. Hatch.

**INTERROGATORY NO. 41**: Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who in connection with the "Parallel Protection Plan" for the 17th Street Canal, ordered, approved, or authorized the construction of I-walls instead of levees or T-walls.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 41**: At the time that I-walls were "ordered, approved, or authorized" to be used in connection with the locally preferred "Parallel Protection Plan" for the 17th Street Canal, the Army Corps Chief of Engineers was Lt. General Henry J. Hatch.

**INTERROGATORY NO. 42**: Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who made the decision to reject levees and T-walls on the 17th Street Canal.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 42**:  At the time that I-walls were "ordered, approved, or authorized" to be used in connection with the locally preferred "Parallel Protection Plan" for the 17th Street Canal, the Army Corps Chief of Engineers was Lt. General Henry J. Hatch.

**INTERROGATORY NO. 43**:  Please identify the Army Corps' supervisory officer(s) and/or supervisory civilian employee(s) who authored and approved the design memoranda of the LPVHPP for the 17th Street and London Avenue Canals.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 43**:  At the time that the design memoranda of the LPVHPP for the 17th Street and London Avenue Canals were authored and approved, the Army Corps Chief of Engineers was Lt. General Henry J. Hatch.

## II. SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION

**SUPPLEMENTAL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 1-100**:  In compliance with the Court's August 2, 2007 Order at Record Document 6815, pages 20 through 23, and without waiving any objections, the United States affirms that it has produced and will continue to produce all non-privileged documents that are responsive to plaintiffs' Requests for Production of Documents in accordance with the Court's Document Production Protocol and Clawback Order.  Defendant further affirms that if any documents are withheld from the production on the basis of the attorney-client privilege, the work product doctrine, or Rule 26(b)(3), those documents will be identified in a properly filed and served privilege log as requested in Request for Production no. 47.  The first of the United States's privilege logs is being filed today.

**SUPPLEMENTAL RESPONSES TO REQUEST FOR PRODUCTION NO. 39**:  In compliance with the Court's Order, and without waiving its objections, defendant hereby states that it has not yet ascertained whether or not the conduct of any other entity violated a law or regulation constituting a "legal cause, a contributing cause, or a proximate cause of any levee of flood wall overtopping or failure."  (See, Rec. Doc. No. 6815, at 24).

>Respectfully submitted,
>
>PETER D, KEISLER
>Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY
>Assistant Director, Torts Branch
>
>s/ Richard R. Stone
>RICHARD R. STONE
>Senior Trial Attorney
>KEITH LIDDLE
>MICHELE GREIF
>INA STRICHARTZ
>Trial Attorneys, Torts Branch, Civil Division
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C. 20044
>(202) 616-4291/(202) 616-5200 (FAX)
>Attorneys for the United States

Dated: August 13, 2007

## CERTIFICATE OF SERVICE

      I, Richard R. Stone, hereby certify that on August 13, 2007, I served a copy of Defendant United States of America's First Supplemental Answers to Levee Plaintiffs' First Set of Interrogatories and First Supplemental Responses to Plaintiffs' First Requests for Production of Documents upon all parties by ECF.

                                                s/ Richard R. Stone
                                                RICHARD R. STONE