UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, *Josephine Richardson,* | § | |
| et al. (06-8708) | § | |
| | § | |

EX PARTE CONSENT MOTION FOR AN EXTENSION OF TIME

The United States of America respectfully moves pursuant to Local Rule 7.9(E) for an extension of fifteen (15) days within which to answer or otherwise respond to plaintiff's Complaint. This unopposed request is for a second extension. The previous extension was for twenty (20) days.

At present, the deadline to answer is today, August 13, 2007. Undersigned counsel certifies that legal counsel for Josephine Richardson has been consulted and expresses no opposition to the requested extension. This motion is not made for any improper motive, but out of a genuine need for more time.

**WHEREFORE**, the United States respectfully requests that an extension of time from August 13, 2007, up to and including August 28, 2007, be granted to Answer or otherwise respond.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director
        Torts Branch, Civil Division

        JAMES G. TOUHEY
        Assistant Director
        Torts Branch, Civil Division


         /s/ Richard R. Stone
        RICHARD R. STONE
        Senior Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        Post Office Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States of America

Dated:  August 13, 2007

## CERTIFICATE OF SERVICE

      I, Richard R. Stone, hereby certify that on August 13, 2007, I served a copy of the United States' Ex Parte Motion for an Extension of Time upon all parties by ECF.


                                            /s/ Richard R. Stone
                                            RICHARD R. STONE