**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: | | |
| **KATRINA CANAL BREACHES** * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** * | |
| * | |
| **PERTAINS TO:    INSURANCE** * | |
| * | |
| **TWANDA CHRISTOPHER    NO. 07-3389** * | |
| * | **SECT.: JUDGE DUVAL (K)** |
| **VERSUS** * | |
| * | |
| **ALLSTATE INSURANCE COMPANY** * | **MAG: MAGISTRATE** |
| * | **WILKINSON (2)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ALLSTATE INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

           **RESPECTFULLY SUBMITTED:**

           **THE SCHWAB LAW FIRM**

           */s/    Danna E. Schwab*
           **DANNA E. SCHWAB, (#20367)**
           **7847 MAIN STREET**
           **P. O. BOX 7095**
           **HOUMA, LA  70361**
           **TELEPHONE: (985) 868-1342; fax 985-868-1345**
           **E-mail: dschwab@theschwablawfirm.com**
           **Attorney for Allstate Insurance Company**

**CERTIFICATE OF SERVICE**

        I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                    */s/ Danna E. Schwab*