## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES  CONSOLIDATD LITIGATION  PERTAINS TO: SEVERED MASS JOINDER CASES | *  *  *  * | CIVIL ACTION    NO. 05-4182 |
| *Severed from Abadie, 06-5164* | *  *  * | SECTION "K"(2) |
| **LESLEY DIROSA, LOUIS DIROSA**       Plaintiff    **STATE FARM FIRE and CASUALTY COMPANY**       Defendant | *  *  *  *  * | CIVIL ACTION    NO.: 07-2499    SECTION "K"(2) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>CONSENT MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE UNENFORCEABILITY OF THE ANTI CONCURRENT CAUSE CLAUSE</u>

NOW INTO COURT, by undersigned counsel, comes State Farm Fire and Casualty Company to respectfully move this Honorable Court to continue the hearing of the referenced matter from September 12, 2007 to October 3, 2007 for the reasons set forth in the accompanying memorandum and with the consent of the plaintiffs.

1

Respectfully submitted,

/s/  David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties in the litigation.



/s/  David A. Strauss

S:\2900\199\PLEADINGS\DEFENDANT\CONSENT MT TO CONT.DOC