UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATD LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | * | **NO. 05-4182** |
| | * | |
| *Severed from Abadie, 06-5164* | * | **SECTION "K"(2)** |
| | * | |
| | * | |
| **LESLEY DIROSA, LOUIS DIROSA** | * | **CIVIL ACTION** |
|     **Plaintiff** | * | |
| | * | **NO.: 07-2499** |
| **STATE FARM FIRE and CASUALTY COMPANY** | * | |
|     **Defendant** | * | **SECTION "K"(2)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF
CONSENT MOTION TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE UNENFORCEABILITY
OF THE ANTI CONCURRENT CAUSE CLAUSE**

MAY IT PLEASE THE COURT:

    Defendant, State Farm Fire and Casualty Company ("State Farm"), submits its Memorandum in Support of Consent Motion to Continue Hearing on Plaintiffs' Motion for Partial Summary Judgment on the Unenforceability of the Anti-Concurrent Cause Clause, to wit:

1

I.

On August 7, 2007 the plaintiffs filed a Motion for Partial Summary Judgment asking this Court to rule on the validity of State Farm's anti-concurrent cause clause as set forth in the homeowners policy applicable to this Hurricane Katrina claim.

II.

This matter has been scheduled for hearing on September 12, 2007 at 2:00 p.m.

III.

Due to the importance of the issue presented and the schedules of counsel, all parties request that the hearing be continued to October 3, 2007.

IV.

Furthermore, the Court will be considering similar insurance coverage issues in related Hurricane Katrina litigation in the matter of *Sher v. Travelers* on October 3, thus moving the hearing to this date may be judicially efficient.

V.

All parties consent to this motion.

WHEREFORE, State Farm Fire and Casualty Company, by undersigned counsel, hereby respectfully moves this Honorable Court for the relief sought herein.

Respectfully submitted,

/s/  David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties in the litigation.

/s/  David A. Strauss

S:\2900\199\PLEADINGS\DEFENDANT\MEMO IN SUPP OF CONSENT MT TO CONT.DOC