UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATD LITIGATION | * | |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * | NO. 05-4182 |
| | * | |
| *Severed from Abadie, 06-5164* | * | SECTION "K"(2) |
| | * | |
| | * | |
| LESLEY DIROSA, LOUIS DIROSA | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO.: 07-2499 |
| STATE FARM FIRE and CASUALTY COMPANY | * | |
| Defendant | * | SECTION "K"(2) |

*********************************************

## ORDER

Considering State Farm Fire and Casualty Company's Consent Motion to Continue Hearing on Plaintiffs Motion for Partial Summary Judgment on the Unenforceability of the Anti-Concurrent Cause Clause:

IT IS HEREBY ORDERED that the hearing on the Plaintiffs' Motion for Partial Summary Judgment on the Unenforceability on the Anti Concurrent Cause Clause shall be continued from September 12, 2007 at 2:00 p.m. to October 3, 2007 at 2:00 p.m.

Signed this _____ day of August, 2007.

HONORABLE STANWOOD R. DUVAL, JR.

S:\2900\199\PLEADINGS\DEFENDANT\ORDER RE CONSENT MT TO CONT.DOC