UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: <br> KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO:     INSURANCE <br> <br> TRACY AND JON <br> COMBS           NO. 07-3427 <br> <br> VERSUS <br> <br> ALLSTATE INSURANCE COMPANY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br> <br> <br> <br> <br> <br> SECT.: JUDGE DUVAL (K) <br> <br> <br> <br> MAG: MAGISTRATE <br> WILKINSON (2) |

******************************************

### ALLSTATE INSURANCE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

                                                RESPECTFULLY SUBMITTED:

                                                THE SCHWAB LAW FIRM

                                                */s/    Danna E. Schwab*_____
                                                **DANNA E. SCHWAB, (#20367)**
                                                **7847 MAIN STREET**
                                                **P. O. BOX 7095**
                                                **HOUMA, LA  70361**
                                                **TELEPHONE: (985) 868-1342; fax 985-868-1345**

            **E-mail: dschwab@theschwablawfirm.com**
            **Attorney for Allstate Insurance Company**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                *____/s/ Danna E. Schwab___*