UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:  * | | MAGISTRATE (2) |
| NO.   07-3500  * | | |
| * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |
| * * * * * * * * * * * * * * * * * | | |

## CERTIFICATE OF LACK OF ADEQUATE NOTICE

**COMES NOW** Ashton R. O'Dwyer, Jr., counsel for certain plaintiffs in the above-styled and numbered cause, and upon suggesting to the Court that on August 9, 2007, Ashton O'Dwyer received through an E-filing Record Document No. 6932, which is Judge Duval's Order of the same date, which stated as follows:

> On August 6, 2007, this Court ordered Ashton O'Dwyer to appear on August 8, 2007, at 4:00 p.m. to discuss his "Certificate of Impossibility of Compliance" (Doc. 6684) filed in response to the Court's Order instructing him to draft two separate amended complaints.  Mr. O'Dwyer did not appear.

Ashton O'Dwyer hereby certifies to This Honorable Court that, prior to today, August 13, 2007, he never saw the Order of August 6, 2007, ordering him to appear before Judge Duval at 4:00 p.m. on August 8, 2007, and that he would have complied with the said Order had it been communicated to him, formally or informally, by the

-1-

-2-

Court or by Plaintiffs' Liaison Counsel, and that the reason he did not previously see the Order of August 6, 2007, is probably due to the fact that on August 6 and 7, 2007, he was preoccupied with briefing issues in the United States Court of Appeals for the Fifth Circuit in Case No. 06-30841.

>Respectfully submitted,
>
>**LAW OFFICES OF**
>**ASHTON R. O'DWYER, JR.**
>**Counsel for Plaintiffs**
>
>**By:     S/ Ashton R. O'Dwyer, Jr.**
>**Ashton R. O'Dwyer, Jr.**
>**Bar No. 10166**
>**821 Baronne Street**
>**New Orleans, LA 70113**
>**Tel. 504-679-6166**
>**Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 13th day of August 2007.

>S/Ashton R. O'Dwyer, Jr.