UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO.: 05-4182 |
| PERTIANS TO:     INSURANCE | *<br>* | |
| LAWRENCE AND KATHY<br>FISHER                         NO. 07-3423 | *<br>*<br>* | SECT.: JUDGE DUVAL (K) |
| VERSUS | *<br>* | |
| ALLSTATE INSURANCE COMPANY | *<br>* | MAG: MAGISTRATE<br>WILKINSON (2) |

*********************************************

**ALLSTATE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

                                      RESPECTFULLY SUBMITTED:

                                      THE SCHWAB LAW FIRM

                                      */s/    Danna E. Schwab*_____
                                      **DANNA E. SCHWAB, (#20367)
                                      7847 MAIN STREET
                                      P. O. BOX 7095
                                      HOUMA, LA  70361
                                      TELEPHONE: (985) 868-1342; fax 985-868-1345**

                                                **E-mail: dschwab@theschwablawfirm.com**
                                                **Attorney for Allstate Insurance Company**

## **CERTIFICATE OF SERVICE**

        I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                                                                                  _____*/s/ Danna E. Schwab*___