UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

AFW-467-000000973 to AFW-467-000000982;

AFW-467-000000959 to AFW-467-000000968;

AFW-467-000000873 to AFW-467-000000882;

NOP-019-000000857 to NOP-019-000000861;

NOP-019-000000908 to NOP-019-000000912;

NOP-019-000000971 to NOP-019-000000974;

NOP-019-000000984 to NOP-019-000000988.

The United States' first privilege log is attached.

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          C. FREDERICK BECKNER III
                                          Deputy Assistant Attorney General

                                          PHYLLIS J. PYLES
                                          Director, Torts Branch

                                          JAMES G. TOUHEY
                                          Assistant Director, Torts Branch

                                           s/ Paul Marc Levine
                                          PAUL MARC LEVINE
                                          Trial Attorney, Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          Benjamin Franklin Station, P.O. Box 888
                                          Washington, D.C.  20044
                                          (202) 616-4400/ (202) 616-5200 (Fax)
                                          Attorneys for the United States

Dated: August 13, 2007

## CERTIFICATE OF SERVICE

      I, Paul Marc Levine, hereby certify that on August 13, 2007, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF:

                                                  s/ Paul Marc Levine
                                                  PAUL MARC LEVINE