Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
August 13, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| AFW-467-000000873 | AFW-467-000000882 | Attorney - Client | 19730521 | Halliburton, Ralph E | USACE Engineer District Real Est Div | District Engineer | USACE Engineer District | Attorney's Report on the Authority of the Governor of the State of Louisiana to Execute Formal Assurances in Behalf of the St. Tammany Parish Police Jury Pursuant to 2nd Ind (LMNED-MP) DA, Office of the Chief of Engineers, Washington, D.C., 20314, 05/01/1973, to Division Engineer, Lower Mississippi Valley, ATTN: LMVED-TD, re Lake Pontchartrain, Louisiana and Vicinity, Lake Pontchartrain Barrier Plan, General Design Memorandum No. 2, Supplement No. 9, New Orleans East Levee, South Point to GIWW |
| AFW-467-000000959 | AFW-467-000000968 | Attorney - Client | 19730521 | Halliburton, Ralph E | USACE Engineer District Real Est Div | District Engineer | USACE Engineer District | Attorney's Report on the Authority of the Governor of the State of Louisiana to Execute Formal Assurances in Behalf of the St. Tammany Parish Police Jury Pursuant to 2nd Ind (LMNED-MP) DA, Office of the Chief of Engineers, Washington, D.C., 20314, 05/01/1973, to Division Engineer, Lower Mississippi Valley, ATTN: LMVED-TD, re Lake Pontchartrain, Louisiana and Vicinity, Lake Pontchartrain Barrier Plan, General Design Memorandum No. 2, Supplement No. 9, New Orleans East Levee, South Point to GIWW |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
August 13, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| AFW-467-000000973 | AFW-467-000000982 | Attorney - Client | 19730521 | Halliburton, Ralph E | USACE Engineer District Real Est Div | District Engineer | USACE Engineer District | Attorney's Report on the Authority of the Governor of the State of Louisiana to Execute Formal Assurances in Behalf of the St. Tammany Parish Police Jury Pursuant to 2nd Ind (LMNED-MP) DA, Office of the Chief of Engineers, Washington, D.C., 20314, 05/01/1973, to Division Engineer, Lower Mississippi Valley, ATTN: LMVED-TD, re Lake Pontchartrain, Louisiana and Vicinity, Lake Pontchartrain Barrier Plan, General Design Memorandum No. 2, Supplement No. 9, New Orleans East Levee, South Point to GIWW |
| NOP-019-000000857 | NOP-019-000000861 | Deliberative Process; Attorney - Client | 20050504 | Ellis, Steve W | USACE MVD | Russo, Edmond J | USACE MVD MVN | Emails dated 04/25/2005 to 05/04/2005 regarding Additional Questions Regarding MRGO NEPA Compliance |
| | | | | Smith, Maryetta | USACE MVD | Rawson, Donald E | USACE MVD MVN | |
| | | | | Sloan, G Rogers | USACE CECC-MVD | Sloan, G Rogers | USACE CECC-MVD | |
| | | | | | | Ellis, Steve W | USACE MVD | |
| | | | | | | Wilbanks, Rayford E | USACE MVD | |
| | | | | | | Segrest, John C | USACE MVD | |
| | | | | | | Waguespack, Leslie S | USACE MVD | |
| | | | | | | Jones, Steve | USACE MVD | |
| | | | | | | Shadie, Charles E | USACE MVD | |
| | | | | | | Carney, David F | USACE MVD MVN | |
| | | | | | | Thomas, Clarence E | USACE MVD | |
| | | | | | | Gutshall, James | USACE MVD | |
| | | | | | | Young, Anne M | USACE HQ02 | |
| | | | | | | Nee, Susan G | USACE HQ02 | |
| | | | | | | Barnett, Larry J | USACE MVD | |
| | | | | | | Northey, Robert D | USACE MVD MVN | |
| | | | | | | Frederick, Denise D | USACE MVD MVN | |
| | | | | | | Smith, Maryetta | USACE MVD | |
| | | | | | | Matusiak, Mark | USACE HQ02 | |
| | | | | | | Hughes, Susan B | USACE HQ02 | |
| | | | | | | Montvai, Zoltan L | USACE HQ02 | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
August 13, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NOP-019-000000908 | NOP-019-000000912 | Deliberative Process; Attorney - Client | 20041112 | Russo, Edmond J | USACE MVD MVN | Just, Gloria N | USACE MVD MVN | Emails dated 11/09/2004 to 11/12/2004 regarding MRGO Compliance with PGL 47 and Model PCA, DMDF for existing nav. Projects |
| | | | | Kilroy, Maurya | USACE MVD MVN | Kilroy, Maurya | USACE MVD MVN | |
| | | | | | | Mathies, Linda G | USACE MVD MVN | |
| | | | | | | O'Cain, Keith J | USACE MVD MVN | |
| | | | | | | Broussard, Richard W | USACE MVD MVN | |
| | | | | | | Creef, Edward D | USACE MVD MVN | |
| | | | | | | Perkins, Patricia R | USACE MVD MVN | |
| | | | | | | Enclade, Sheila W | USACE MVD MVN | |
| | | | | | | Morton, John J | USACE MVD MVN | |
| | | | | | | Popovich, George M | USACE MVD MVN | |
| | | | | | | Bourgeois, Michael P | USACE MVD MVN | |
| | | | | | | Legendre, Ronald G | USACE MVD MVN | |
| | | | | | | Boe, Richard E | USACE MVD MVN | |
| | | | | | | Baird, Bruce H | USACE MVD MVN | |
| | | | | | | Lachin, Donna A | USACE MVD MVN | |
| | | | | | | Exnicios, Joan M | USACE MVD MVN | |
| | | | | | | Bush, Howard R | USACE MVD MVN | |
| | | | | | | Dorcey, Thomas J | USACE MVD MVN | |
| | | | | | | Terry, Albert J | USACE MVD MVN | |
| | | | | | | Florent, Randy D | USACE MVD MVN | |
| | | | | | | Frederick, Denise D | USACE MVD MVN | |
| | | | | | | Northey, Robert D | USACE MVD MVN | |
| | | | | | | Cruppi, Janet R | USACE MVD MVN | |
| | | | | | | Brown, Jane L | USACE MVD MVN | |
| | | | | | | Breerwood, Gregory E | USACE MVD MVN | |
| | | | | | | Park, Michael F | USACE MVD MVN | |
| | | | | | | Schilling, Emile F | USACE MVD MVN | |
| | | | | | | Jones, Steve | USACE MVD | |
| | | | | | | Mcmichael, Doug R | USACE MVD | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
August 13, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NOP-019-000000971 | NOP-019-000000974 | Deliberative Process; Attorney - Client | 20060517 | Daigle, Michelle C | USACE MVD MVN | Miller, Gregory B | USACE MVD MVN | Emails dated 04/20/2006 to 05/17/2006 regarding Lake Borgne - Shell Beach |
| | | | | Zack, Michael | USACE MVD MVN CEMVN-OC | LeBlanc, Julie Z | USACE MVD MVN | |
| | | | | Mathies, Linda G | USACE MVD MVN | Mathies, Linda G | USACE MVD MVN | |
| | | | | LeBlanc, Julie Z | USACE MVD MVN | Corbino, Jeffrey M | USACE MVD MVN | |
| | | | | Monnerjahn, Christopher J | USACE MVD MVN Coastal Restoration Branch | Creef, Edward D | USACE MVD MVN | |
| | | | | Taylor, Patricia-A | EPA Region 6 WQ-EMC | Monnerjahn, Christopher J | USACE MVD MVN Coastal Restoration Branch | |
| | | | | | | Daigle, Michelle C | USACE MVD MVN | |
| | | | | | | Glorioso, Daryl G | USACE MVD MVN | |
| | | | | | | Brown, Jane L | USACE MVD MVN | |
| | | | | | | Terry, Albert J | USACE MVD MVN | |
| | | | | | | Frederick, Denise D | USACE MVD MVN | |
| | | | | | | Zack, Michael | USACE MVD MVN CEMVN-OC | |
| | | | | | | Podany, Thomas J | USACE MVD MVN | |
| | | | | | | Constance, Troy G | USACE MVD MVN | |
| | | | | | | Browning, Gary B | USACE MVD MVN | |
| | | | | | | Breerwood, Gregory E | USACE MVD MVN | |
| | | | | | | Taylor, Patricia-A | EPA Region 6 WQ-EMC | |
| | | | | | | Creel, Travis J | USACE MVD MVN-Contractor | |
| | | | | | | | | |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
August 13, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NOP-019-000000984 | NOP-019-000000988 | Deliberative Process; Attorney - Client | 20060124 | Mathies, Linda G | USACE MVD MVN | Creef, Edward D | USACE MVD MVN | Emails dated 01/12/2006 to 01/24/2006 regarding MRGO |
| | | | | Jones, Steve | USACE MVD | Corbino, Jeffrey M | USACE MVD MVN | |
| | | | | Zack, Michael | USACE MVD MVN CEMVN-OC | Mathies, Linda G | USACE MVD MVN | |
| | | | | Baird, Bruce H | USACE MVD MVN | Jones, Steve | USACE MVD | |
| | | | | Daigle, Michelle C | USACE MVD MVN | Vigh, David A | USACE MVD | |
| | | | | Accardo, Christopher J | USACE MVD MVN | Smith, Maryetta | USACE MVD | |
| | | | | | | Hannon, James R | USACE MVD | |
| | | | | | | Baird, Bruce H | USACE MVD MVN | |
| | | | | | | Daigle, Michelle C | USACE MVD MVN | |
| | | | | | | Accardo, Christopher J | USACE MVD MVN | |
| | | | | | | Martinson, Robert J | USACE MVD MVN | |
| | | | | | | Glorioso, Daryl G | USACE MVD MVN | |
| | | | | | | Ulm, Michelle S | USACE MVD MVN | |
| | | | | | | Brown, Jane L | USACE MVD MVN | |
| | | | | | | Mujica, Joaquin | USACE MVD MVN | |
| | | | | | | Behrens, Elizabeth H | USACE MVD MVN | |
| | | | | | | Terry, Albert J | USACE MVD MVN | |
| | | | | | | Frederick, Denise D | USACE MVD MVN | |
| | | | | | | Zack, Michael | USACE MVD MVN CEMVN-OC | |