UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

NO. 06-5116 (SIMS)                   NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)            NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)       NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)       NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)       NO. 06-5140 (PORTER)

**EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM
IN EXCESS OF 25 PAGES IN OPPOSITION TO UNITED STATES'
MOTION TO DISMISS UNDER 12(b)(1)**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter), hereinafter collectively "Respondents", who respectfully request that this Honorable Court, pursuant to Local Rule 7.81E, grant their Memorandum in Opposition to Defendant, United States' Motion to Dismiss, which is in excess of 25 pages, for reasons more fully set forth in the accompanying memorandum in support. Defense counsel for the United States, Robin Smith, does not oppose Respondents' request.

WHEREFORE, Respondents respectfully request leave to file their Memorandum in Opposition to Defendant, United States' Motion to Dismiss including additional pages in excess of the 25-page limit set forth in the Local Rules.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | /s/ William C. Gambel |
|  | William C. Gambel (LA Bar No. 5900) |
| MILLING BENSON WOODWARD LLP | 909 Poydras Street, Suite 2300 |
|  | New Orleans, LA  70112-1010 |
|  | Telephone:  (504) 569-7000 |
|  | Telecopy:  (504) 569-7001 |
|  | wgambel@millinglaw.com |

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W364187

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 13th day of August, 2007.

/s/ William C. Gambel
William C. Gambel

W364187