Civ
of Engineers
862-1005

CONVEYANCE OFFICE
GASPER J. SCHIRO

FILED
CUSTODIAN OF
2002 - 62507 DE 10

UNITED STATES OF AMERICA

12/13/02 ag

STATE OF LOUISIANA

PARISH OF ORLEANS

17 DE 10

## ACT OF SALE AND EASEMENT/SERVITUDE AGREEMENT

**BE IT KNOWN,** that before the undersigned notaries and witnesses as set out herein below, there personally came and appeared:

THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, an independent political subdivision of the State of Louisiana, appearing herein through Gary P. LaGrange, its Executive Director, hereinafter "Vendor," whose mailing address is P.O. Box 60046, New Orleans, Louisiana 70160

who declared that for the consideration hereinafter set forth, Vendor does by these presents grant, bargain, sell, convey, transfer, assign and deliver, without legal warranty, but with full substitution and subrogation in and to all rights and actions of warranty which said Vendor has or may have against all preceding owners and vendors, unto:

**THE UNITED STATES OF AMERICA** and its assigns, appearing herein through William C. Lewis, Jr., the Chief, Real Estate Division, U.S. Army Corps of Engineers, New Orleans District, hereinafter "Vendee," whose mailing address is P.O. Box 60267, New Orleans, Louisiana 70160,

the following real estate interests:

For Tract No. 100C, as described in Exhibit A-1, and further shown on the plat marked Exhibit B, which exhibits are attached hereto and made a part hereof, fee simple title to the land; subject, however, to existing easements and rights-of-way for public roads and highways, public utilities, railroads, and pipelines; excepting and excluding from the taking all oil, gas and other minerals in and under said land and all appurtenant rights for the exploration, development, production and removal of said oil, gas and other minerals, but without the right to enter upon or over the surface of said land for the purposes of drilling and extracting therefrom said oil, gas and other minerals;

For Tract No. 105E, as described in Exhibit A-2, and further shown on the plat marked Exhibit C, which exhibits are attached hereto and made a part hereof, a perpetual and assignable right and easement/servitude to construct, operate and maintain channel improvement works, including the right to clear, cut, fell, remove and dispose of any and all timber, trees, underbrush, buildings, improvements and/or other obstructions therefrom; to excavate, dredge, cut away and remove any or all of said land and to place thereon dredged or excavated spoil material; and for such other purposes as may be required in connection with said work of improvement; reserving, however, to the Vendor, their successors and assigns, all such rights and privileges as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads, and pipelines.

For Tract No. 100B, as described in Exhibit A-3, and further shown on the plat marked Exhibit B, which exhibits are attached hereto and made a part hereof, all improvements located thereon, acknowledging that fee simple title to the land located in Tract No. 100B was previously acquired by Act of Sale dated November 4, 2002, in which previous instrument all improvements had been reserved to the Vendor.

TO HAVE AND TO HOLD the real estate interests hereby conveyed unto the UNITED STATES OF AMERICA and its assigns forever.

Vendor releases and quitclaims, without warranty, unto Vendee and its assigns all of its right, title and interest, legal or equitable, if any, which Vendor has or may have in the banks, shores, beds and waters opposite to or fronting upon said land, including all littoral and/or riparian rights incident thereto and whatever rights Vendor has or may have in any alleys, roads, streets, ways, strips, gores, or railroad rights-of-way located on or abutting or adjoining said lands, and any other means of ingress and egress

EXHIBIT H

appurtenant thereto.

The aforementioned real estate interests are being acquired by the United States of America for and in connection with the Inner Harbor Navigational Canal, New Lock Project, as authorized by the Act of Congress approved March 29, 1956 (P.L. 85-44); the Act of Congress approved November 7, 1986 (P.L. 99-662); and the Act of Congress approved October 12, 1996 (P.L. 104-303).

This conveyance is made for and in consideration of the sum of SIX MILLION, NINE HUNDRED NINETY-FOUR THOUSAND AND NO/100 DOLLARS ($6,994,000.00), cash, receipt of which is hereby acknowledged by Vendor and full acquittance and discharge therefor given.

The Vendor declares that all state, parish, and city taxes, up to and including the taxes due and exigible in 2002 are paid.

Conveyance and mortgage certificates are hereby waived and the parties relieve and release the Notary before whom this Act of Sale is executed and the attorney preparing this Act of Sale from all responsibility by reason of the preparation and execution of this Act of Sale.

**THUS DONE AND SIGNED** at New Orleans, State of Louisiana on this 10th day of December, 2002, in the presence of the undersigned and competent witnesses, Cynthia R. Page and Kyle L. Goode, who hereunto sign their names with said appearer and me, Notary.

**WITNESSES:**

Cynthia R. Page

Kyle L. Goode

**VENDOR: THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS**

**BY:** ______________________

**Position/Title:** Executive Director

2002 - 62507 DE 10

FILED CUSTODIAN OF

**NOTARY PUBLIC**

GERALD O. GUSSONI, JR.
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
My Commission is issued for Life.

My commission expires at death.

**THUS DONE AND SIGNED** at New Orleans, State of Louisiana on this 10th day of December, 2002, in the presence of the undersigned and competent witnesses, Betty M. Brogna and Juanita Breaux, who hereunto sign their names with said appearer and me, Notary.

**WITNESSES:**

Betty M. Brogna

Juanita Breaux

**VENDEE: UNITED STATES OF AMERICA**

**BY:** William C. Lewis, Jr.

**Position/Title:** Chief, Real Estate Division, U.S. Army Corps of Engineers, New Orleans District

**NOTARY PUBLIC**
Gerald O. Gussoni, Jr.

GERALD O. GUSSONI, JR.
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
My Commission is issued for Life.

My commission expires at death.

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for said Parish and State, personally came and appeared Gary P. LaGrange, appearing herein in his capacity as the Executive Director of the Board of Commissioners of the Port of New Orleans, to me personally known to be the identical person whose name is subscribed to the foregoing instrument as the Executive Director of the Board of Commissioners of the Port of New Orleans, who declared and acknowledged to me, Notary, in the presence of the undersigned competent witnesses, that he executed the same on behalf of and with the full authority of the said Board of Commissioners of the Port of New Orleans, and that the said instrument is the free act, will and deed of the said Board of Commissioners of the Port of New Orleans and was executed for the uses, purposes, benefits, and considerations therein expressed.

Thus done and passed in my office in the State and Parish aforesaid on this 10th day of ~~November~~ December, 2002, after due reading of the whole.

WITNESSES:

Cynthia R. Page

Kyle L. Goode

Gary P. LaGrange

NOTARY PUBLIC

My commission expires at death

GERALD O. GUSSONI, JR.
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
My Commission is issued for Life.

2002 - 62507 DE 10
FILED

INDUSTRIAL CANAL LOCK, LOUISIANA
ORLEANS PARISH, LOUISIANA

TRACT: 100C (Revised 25 November 2002)
OWNER: THE BOARD OF COMMISSIONERS
OF THE PORT OF NEW ORLEANS
ACRES: 2.54±

A tract of land located in Section 56, Township 12 South, Range 12 East, Orleans Parish, Louisiana, and being more particularly described as follows:

Commencing at the Florida Bridge Channel centerline Station 85+76.20, having Louisiana Lambert Coordinates of X=3696056.28, Y=540956.55; thence N59°54′52″E a distance of 264.90 feet to a point on a northeast corner of property owned by the Port of New Orleans, said point also offset a distance of 185.00 feet from Canal Centerline (Old) Station 87+65.07; thence S15°37′26″W a distance of 225.24 feet to a point and corner; thence S45°43′05″E a distance of 53.89 feet to a point and corner; thence S29°24′35″E a distance of 186.32 feet to a point and corner; thence S15°37′34″W a distance of 115.00 feet to a point on the projected south right-of-way of Florida Avenue; thence S76°04′35″E along said right-of-way, a distance of 233.83 feet to a point and northeast corner of other lands owned by the Port of New Orleans and the POINT OF BEGINNING; thence continue S76°04′35″E a distance of 91.17 feet to a point and corner; thence S15°37′35″W a distance of 1212.46 feet to a point and corner; thence N74°52′38″W a distance of 91.15 feet to a point and corner; thence N15°37′35E a distance of 1210.55 feet to the POINT OF BEGINNING.

The above described tract contains 2.54 acres, more or less.

**EXHIBIT A-1**

INDUSTRIAL CANAL LOCK, LOUISIANA
ORLEANS PARISH, LOUISIANA

TRACT: 105E (Revised 25 November 2002)
OWNER: BOARD OF COMMISSIONERS PORT OF NEW ORLEANS
ACRES: 25.80±

A tract of land located in Sections 20 and 29, Township 12 South, Range 12 East, Orleans Parish, Louisiana, and being more particularly described as follows:

Commencing at the Florida Bridge Channel centerline Station 85+76.20, having Louisiana Lambert Coordinates of X=3696056.28, Y=540956.55; thence N39°41'53"W a distance of 331.97 feet to a point and the POINT OF BEGINNING; thence N15°07'22"E a distance of 2454.16 feet to a point; thence S74°22'33"E a distance of 458.00 feet to a point; thence S15°07'22"W a distance of 2454.16 feet to a point; thence N74°22'33"W a distance of 458.00 feet to the POINT OF BEGINNING.

The above described tract contains 25.80 acres, more or less.



EXHIBIT A-2

INDUSTRIAL CANAL LOCK, LOUISIANA
ORLEANS PARISH, LOUISIANA

TRACT: 100B (Revised 25 November 2002)
OWNER: THE BOARD OF COMMISSIONERS
OF THE PORT OF NEW ORLEANS
ACRES: 61.71±

A tract of land located in Sections 29, and 56, Township 12 South, Range 12 East, Orleans Parish, Louisiana, and being more particularly described as follows:

Commencing at the Florida Bridge Channel centerline Station 85+76.20, having Louisiana Lambert Coordinates of X=3696056.28, Y=540956.55; thence N59°54′52″E a distance of 264.90 feet to a point on a northeast corner of property owned by the Port of New Orleans, said point also offset a distance of 185.01 feet from Canal Centerline (Old) Station 87+65.07, and the point of beginning; thence S15°37′26″W a distance of 225.24 feet to a point and corner; thence S45°43′05″E a distance of 53.89 feet to a point and corner; thence S29°24′35″E a distance of 186.32 feet to a point and corner; thence S15°37′34″W a distance of 115.00 feet to a point on the projected south right-of-way of Florida Avenue; thence S76°04′35″E along said right-of-way, a distance of 233.83 feet to a point and corner; thence S15°37′35″W a distance of 1210.55 feet to a point and corner; thence N74°52′38″W a distance of 626.29 feet to a point and corner; thence S15°07′22″W a distance of 3098.89 feet to a point on the projected right-of-way line of North Claiborne Avenue, and corner; thence N76°04′34″W along said right-of-way, a distance of 453.06 feet to a point and corner; thence N15°37′26″E a distance of 3080.62 feet to a point and corner; thence N56°24′24″E a distance of 292.56 feet to a point and corner; thence N15°07′22″E a distance of 1126.04 feet to a point; thence N15°37′27″E a distance of 390.91 feet a point and corner; thence S74°22′33″E a distance of 458.00 feet to the POINT OF BEGINNING. LESS AND EXCEPT; all improvements.

The above described tract contains 61.71 acres, more or less.

FILED CUSTODIAN OF RECORDS 2007 - 625507 8 10

EXHIBIT A-3

| TRACT NO. | LANDOWNER | FEE | EASE | REMARKS |
|---|---|---|---|---|
| 100A | PORT OF NEW ORLEANS | 116.59 | | |
| 100B | PORT OF NEW ORLEANS | 61.71 | | |
| 100C | PORT OF NEW ORLEANS | 2.54 | | |
| 101 | U.S.A. | 0 | | ENTIRE 11.05 ACRES PREV. ACQUIRED IN FEE. |
| 105E | PORT OF NEW ORLIANS | | 20.63 | PERPETUAL CHANNEL EASEMENT. |

FILED CUSTODIAN OF

2002-55539 #-4

FEE
EASE
REMARKS
116.59
61.71
2.54
0
ENTIRE 11.05 ACRES PREV. ACQUIRED IN FEE.
20.63
PERPETUAL CHANNEL EASEMENT.
FILED
CUSTODIAN OF
2002 - 55539 2-4
KENTUCKY ST.
R.O.W.
292.56'
N56°24'24"E
1126.04'
N15°07'22"E
390.91'
N15°37'27"E
100 B
105 E
458.00'
S74°22'33"E
3098.89'
5°07'22"W
CANAL
INDUSTRIAL CANAL
N74°52'38"W
626.29'
53.89'
S45°43'05"E
115.00'
S15°37'34"W
225.24'
S15°37'26"W
186.32'
S29°24'35"E
100 C
223.83'
S76°04'35"E
1210.55'
S15°37'35"W
R.O.W.
DESLONDE ST.
TENNESSEE ST.
FLORIDA AVE.
FRANCE RD.
D
C
B



T12S R12E
SECTIONS 20 & 29
25.80± ACRES

FLORIDA AVE. WHARF

N

SECTION 29

SECTION 20

STA.91+75.16

STA84+51.81

POB

2454.16'
N15°07'22"E

458.00'
S74°22'33"E

458.00'
N74°22'33"W

C/L NEW CHANNEL
C/L OLD CHANNEL

2454.16'
S15°07'22"W

233'

200'

185'

C/L FLORIDA BRIDGE
CHANNEL STA. 85+76.2
XY=3696056.28,540956.55

SUREKOTE RD.

LAW ST.

N. DORGENOIS ST.

N. ROCHBLAVE ST.

SCALE IN FEET
0 400 800 1200 FEET

2002 - 62507 OF 10

FILED
CUSTODIAN OF

DEPARTMENT OF THE ARMY
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS
LOWER MISSISSIPPI VALLEY DIVISION

REAL ESTATE
MISSISSIPPI RIVER - GULF OUTLET NEW LOCK AND CONNECTING CHANNELS
(INDUSTRIAL CANAL LOCK REPLACEMENT)
NORTH OF CLAIBORNE AVE.

BOARD OF COMMISSIONERS
PORT OF NEW ORLEANS

TRACT No. 105E

DATED 5 AUGUST 1999 | REV. 25 NOVEMBER 2002

EXHIBIT C

NA # 02-[illegible]
AMT: $00.00 PAID [illegible]
Hon. [illegible]