# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

NO. 06-5116 (SIMS)           NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)        NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)      NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)      NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)      NO. 06-5140 (PORTER)

## ORDER

Considering Plaintiffs' Motion to File Memorandum in Excess of 25 Pages in Opposition to Defendant, United States' Motion to Dismiss,

IT IS ORDERD that Plaintiffs' Motion to File Memorandum in Excess of 25 Pages in Opposition to Defendant, United States' Motion to Dismiss is GRANTED

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
J U D G E

W364226