# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, through undersigned counsel, the Plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter), hereinafter collectively "Respondents", hereby request oral argument in connection with their Opposition to the United States' Motion to Dismiss.  Respondents maintain that the interest of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues in this matter.

Further, Respondents maintain that oral argument would be beneficial to the Court's consideration and resolution of the pending Motion to Dismiss.

For these reasons, Respondents request that the Court grant oral argument in this matter.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | /s/ William C. Gambel |
| | William C. Gambel (LA Bar No. 5900) |
| MILLING BENSON WOODWARD LLP | 909 Poydras Street, Suite 2300 |
| | New Orleans, LA  70112-1010 |
| | Telephone:  (504) 569-7000 |
| | Telecopy:  (504) 569-7001 |
| | wgambel@millinglaw.com |

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W364189

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 13th day of August, 2007.

                                         /s/ William C. Gambel
                                         William C. Gambel

W364189