# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| | * | |
| PERTAINS TO: INSURANCE<br>XAVIER UNIVERSITY OF LA., NO. 06-0516 | *<br>*<br>*<br>* | |

### DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE ITS RESPONSE TO PLAINTIFF'S SUR-REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER ON DEFENDANT'S MOTION TO COMPEL

**NOW COMES** defendant, Travelers Property Casualty Company of America ("Travelers"), who requests leave to file the attached Response to Plaintiff's Sur-Reply Memorandum In Opposition to Defendant's Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel. This memorandum is necessary to address new arguments and evidence presented by Xavier. This motion is in the interest of justice and judicial economy.

**WHEREFORE,** Travelers Property Casualty Company of America prays that this Court grant leave to allow the filing of its attached Response to Plaintiff's Sur-Reply Memorandum In

Opposition to Defendant's Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
RALPH S. HUBBARD III, La. Bar. #7040
SIMEON B. REIMONENQ, JR., La. Bar #19755
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

Stephen E. Goldman (pro hac vice)
Christopher J. Hug (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:   (860) 275-8255
Facsimile:    (860) 275-8299

Attorneys for Travelers Property
Casualty Company of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, a copy of Travelers' Motion for Leave to File Its Response to Plaintiff's Sur-Reply Memorandum In Opposition to Defendant's Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system.

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.
