# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| XAVIER UNIVERSITY OF LA., NO. 06-0516 | * | |
| | * | |
| | * | |

## O R D E R

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Travelers Property Casualty Company of America is

hereby granted leave to file its Response to Plaintiff's Sur-Reply Memorandum In Opposition to

Defendant's Motion for Reconsideration of the Court's Order on Defendant's Motion to Compel.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE