UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: K |
| | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-9246) | |
| FLOWERS BY MY SISTER & ME, LLC | |
| VERSUS | |
| ZURICH AMERICAN INSURANCE COMPANY AND/OR MARYLAND CASUALTY COMPANY | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Enroll as Co-Counsel of Record:

**IT IS HEREBY ORDERED** that Matthew J. Lindsay of Galloway, Johnson, Tompkins, Burr & Smith be and the same is hereby enrolled as co-counsel of record, along with Richard E. King, Kimberly G. Anderson, and David M. Moragas of Galloway, Johnson, Tompkins, Burr & Smith, on behalf of defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company).

**NEW ORLEANS**, Louisiana, this  13th  day of  August ,2007.

_____
J U D G E