OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 AUG 13 PM 1:32
LORETTA G. WHYTE
CLERK

Date: 8-13-07

BETTY LUNDY, ET AL

vs.

THE UNITED STATES OF AMERICA, ET AL

Case No. 07-3173 Section "K" (2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) JIM LETTEN, US ATTORNEY, USDOJ, EASTERN DISTRICT OF LOUISIANA
   (address): 500 POYDRAS ST., 2ND FLOOR, NEW ORLEANS, LA 70130-3319

2. (name)
   (address)

3. (name)
   (address)

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address 2202 AVENUE B
METAIRIE, LA 70001
504-782-0512

___ Fee
_✓_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.