**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Phyllis R. Copemann; ~~Michael A. Corry~~ | 07-2742 "K"(2) |
| DEFENDANT | TYPE OF PROCESS |
| U.S. Army Corps of Engineers et al | Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ USACE, New Orleans CEMVN-OC Att: Angela Drinkwitz
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 7400 Leake Ave.
**AT** ~~POB 60267~~ New Orleans, La 70160

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Phyllis R. Copemann
3144 Victoria Drive Trailer #112
Baton Rouge, La 70805-7531

Number of process to be served with this Form-285:
Number of parties to be served in this case: 1
Check for service on U.S.A. ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Phyllis R. Copemann
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER (504) 615-9214
DATE 6/12/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk  Joanne Waite | Date 7/17/07 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Angela LeanDrinkwitz Claims Administrator

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 08/09/07   Time 11:38 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 2.55 | | $47.55 | | | |

REMARKS:

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

RETURN

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

PHYLLIS R. COPEMANN

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-2742 "K" (2)

UNITED STATES ARMY CORPS OF
ENGINEERS, ET AL

TO: (Name and address of defendant)

U.S. Corp of Engineers District of New Orleans
USACE, New Orleans
CEMVN-OC
POB 60267
New Orleans, La 70160
Att: Angela Drinkwitz

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Phyllis R. Copemann
3144 Victoria Drive
Trailer 112
Baton Rouge, LA 70805

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Clerk

(By) Deputy Clerk

May 9, 2007
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                                              Signature of Server

                                                                                _____
                                                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8/9/07 |

| NAME OF SERVER (PRINT) Raymond Suites III | TITLE Deputy U.S. Marshal |
|---|---|

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 7400 Leake Ave New Orleans LA 70160

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/9/07
             Date

Signature of Server   [signature] CDUSM

Address of Server   500 Poydras St C-600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Louisiana*

---

New Orleans, LA 70130

## UNITED STATES MARSHALS SERVICE

CA# __07-2742-K__

**PHYLLIS R. COPEMANN**

VS

**U.S. ARMY CORPS OF ENGINEERS, ET AL**

As of __AUGUST 10, 2007__ the U.S. Marshal has incurred fees and expenses in this matter in the amount of:

Total amount due for expenses __$108.55__

We request the court to tax the above listed expenses in favor of the USMS in the event the indigent person receives a favorable judgment or settlement.

Thank you for your consideration in this matter.

Roxanna L. Irwin
Acting U.S. Marshal

By:   Christopher Peck
Acting Supervisory Deputy U.S. Marshal