**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION:  K** |
| | * | |
| | * | **MAGISTRATE:  2** |
| **PERTAINS TO:** | * | |
| **INSURANCE (#06-5276 c/w #06-8200 c/w** | * | |
| **#06-9961)** | * | |
| | * | |
| **DANIEL FREMIN** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **WATERSTREET INSURANCE COMPANY** | * | |
| **AND ZURICH INSURANCE COMPANY** | * | |
| | * | |
| *     *     *     *     *     *     * | * | |

**JOINT MOTION FOR PARTIAL DISMISSAL, WITH PREJUDICE**

    **NOW COMES** Plaintiff, Daniel Fremin, and Defendant, Assurance Company of America (erroneously sued as Zurich Insurance Company and Assurance Company of America d/b/a Zurich Insurance Company), who jointly move to dismiss all claims asserted by Plaintiff herein against Defendant, Assurance Company of America (erroneously sued as Zurich Insurance Company and Assurance Company of America d/b/a Zurich Insurance Company), with prejudice, and with each party to bear its own costs, for the following reasons.

    Movers jointly represent that they have reached an amicable compromise of all issues raised herein between them, and that movers mutually desire to dismiss all claims asserted herein against defendant, Assurance Company of America (erroneously sued as Zurich Insurance Company and Assurance Company of America d/b/a Zurich Insurance Company), with prejudice, and with each party to bear its own costs.  However, Plaintiff, Daniel Fremin, desires to maintain his pending action(s) herein against the other named Defendant, Waterstreet Insurance Company, and Plaintiff expressly reserves all rights to pursue all other named

defendants for the additional claims asserted in the Petition to the fullest extent.  Accordingly, the requested order of dismissal is partial in that it only pertains to one of the two Defendants.

WHEREFORE, Plaintiff, Daniel Fremin, and Defendant, Assurance Company of America (erroneously sued as Zurich Insurance Company and Assurance Company of America d/b/a Zurich Insurance Company), respectfully move this Honorable Court for the entry of an Order dismissing all of Plaintiff's claims asserted against Assurance Company of America (erroneously sued as Zurich Insurance Company and Assurance Company of America d/b/a Zurich Insurance Company) in the above-captioned matter, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ W. Chad Stelly*

**W. CHAD STELLY (#21140)**
**ROME, ARATA & BAXLEY, L.L.C.**
650 Poydras Street, Suite 2017
New Orleans, Louisiana  70130
Telephone:  (504) 522-9980
Facsimile:  (504)

*Counsel for Plaintiff,*
*Daniel Fremin*

*~and~*

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
**   BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Assurance Company of America*
*(erroneously sued as Zurich Insurance Company and*
*Assurance Company of America d/b/a Zurich*
*Insurance Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th day of August, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**