UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>SECTION:  K |
| | * | MAGISTRATE:  2 |
| PERTAINS TO:<br>INSURANCE (#06-5276 c/w #06-8200 c/w<br>      #06-9961) | *<br>*<br>*<br>* | |
| DANIEL FREMIN | *<br>* | |
| VERSUS | *<br>* | |
| WATERSTREET INSURANCE COMPANY<br>AND ZURICH INSURANCE COMPANY | *<br>*<br>* | |
| *     *     *     *     *     *     *     * | | |

## ORDER

Considering the above and foregoing Joint Motion For Partial Dismissal With Prejudice:

**IT IS HEREBY ORDERED** that the Motion is granted as prayed for; THAT all of the claims of Plaintiff, Daniel Fremin, asserted in the above-entitled and numbered cause against Assurance Company of America (erroneously sued as Zurich Insurance Company and Assurance Company of America d/b/a Zurich Insurance Company) are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees; AND THAT Plaintiff's claims asserted

herein against all other Defendants are reserved and shall remain pending on the docket in the above-entitled and numbered cause.

     **NEW ORLEANS**, Louisiana, this _____ day of _____, 2007.

                                             _____
                                                    **J  U  D  G  E**