UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE, *Josephine Richardson,*<br>                        et al. (06-8708) | §<br>§<br>§ | |

ORDER

Having considered defendant United States of America's Ex Parte Consent Motion for an Extension of Time, and for good cause shown, it is hereby ORDERED that defendant's Motion is GRANTED. The United States shall have an additional 15 days until on or before August 28, 2007, to file its Answer or otherwise to respond.

New Orleans, Louisiana, this  14th  day of      August          , 2007.

_____
UNITED STATES DISTRICT JUDGE