UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATD LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | * | **NO. 05-4182** |
| | * | |
| *Severed from Abadie, 06-5164* | * | **SECTION "K"(2)** |
| | * | |
| | * | |
| **LESLEY DIROSA, LOUIS DIROSA** | * | **CIVIL ACTION** |
|     **Plaintiff** | * | |
| | * | **NO.:  07-2499** |
| **STATE FARM FIRE and CASUALTY COMPANY** | * | |
|     **Defendant** | * | **SECTION "K"(2)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER**</u>

Considering State Farm Fire and Casualty Company's Consent Motion to Continue Hearing on Plaintiffs Motion for Partial Summary Judgment on the Unenforceability of the Anti-Concurrent Cause Clause:

IT IS HEREBY ORDERED that the hearing on the Plaintiffs' Motion for Partial Summary Judgment on the Unenforceability on the Anti Concurrent Cause Clause shall be continued from September 12, 2007 at 2:00 p.m. to October 3, 2007 at 9:30 a.m.

Signed this __14th__ day of August, 2007.

HONORABLE STANWOOD R. DUVAL, JR.

S:\2900\199\PLEADINGS\DEFENDANT\ORDER RE CONSENT MT TO CONT.DOC