

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          *        CIVIL ACTION
      CONSOLIDATED LITIGATION          *        NO. 05-4182 "K"(2)
                                                     *        JUDGE DUVAL.
                                                     *        MAGISTRATE WILKINSON
                                                     *
**PERTAINS TO:     INSURANCE**          *
       **(CASE NO. 06-0516 Xavier University)**          *
                                                       *
                                                     *

## EX PARTE UNOPPOSED MOTION AND INCORPORATED
## MEMORANDUM TO EXTEND BRIEFING DEADLINES

     **NOW INTO COURT**, through undersigned counsel, comes defendant, Travelers

Property Casualty Company of America ("Travelers"), who for the reasons set forth in the

accompanying memorandum, moves to extend briefing deadlines presently set in this matter on

Xavier University of Louisiana's ("Xavier") three Motions for Partial Summary Judgment (Docs.

5847, 5848 and 5851), which has bee continued to October 3, 2007.   (Doc. 6919).

     This court in its Minute Entry dated July 5, 2007 (Doc. 6349) set Xavier's motion for

hearing on September 12, 2007, and set a deadline of August 21, 2007 for defendants to file

opposition memoranda as well as a single amicus brief on behalf of non-party insurance companies.[1]   August 28, 2007 was set as the deadline for filing plaintiffs' reply brief(s).

On August 7, 2007, Xavier filed an Unopposed Motion to Continue the hearing. (Doc. 6898). Xavier's motion was granted and the hearing was reset for October 3, 2007 at 9:30 a.m. (Doc. 6919). In light of the continuance of the hearing on Xavier's motion, Travelers respectfully requests that the remaining briefing deadlines set by the court be extended as follows:

| | |
|---|---|
| September 11, 2007 | Defendants shall file their Opposition Memoranda thereto, their Opposition Memoranda to Xavier motions, as well as a single amicus brief on behalf of non-party insurance defendants to these motions. |
| September 18, 2007 | Plaintiffs shall file their Reply Brief(s). |

Counsel for Xavier and plaintiffs' liaison counsel have been contacted and do not oppose this motion.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR., #19755
RALPH S. HUBBARD III, #7040
**LUGENBUHL, WHEATON, PECK,
       RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for Travelers Property
Casualty Company of America**

---

[1] August 7 was set as a deadline for plaintiffs to file tandem motion(s) in a single State Farm case, which we believe was done. Thus, the August 21 deadline also applied to State Farm's opposition.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent via the court's electronic filing system.

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.