UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL.<br>MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE<br>(CASE NO. 06-0516 Xavier University) | *<br>*<br>* | |

## O R D E R

Considering the foregoing Ex Parte Unopposed Motion and Incorporated Memorandum to Extend Briefing Deadlines set forth in Doc. 6349,

**IT IS ORDERED** that the Ex Parte Unopposed Motion and Incorporated Memorandum to Extend Briefing Deadlines set forth in Doc. 6349 filed by Travelers Property Casualty Company of America be and is hereby granted, and the remaining filing and briefing deadlines set forth in Doc. 6349 are hereby amended as follows:

| | |
|---|---|
| September 11, 2007 | Defendants shall file their Opposition Memoranda thereto, their Opposition Memoranda to Xavier motions, as well as a single amicus brief on behalf of non-party insurance defendants to these motions. |
| September 18, 2007 | Plaintiffs shall file their Reply Brief(s). |

_____
UNITED STATES DISTRICT JUDGE