UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLDIATION LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | & Consol. Cases |
| (INSURANCE: BSD Construction: Case No. 06-8637) | * * | SECTION "K" |
| | * | |
| | * | MAG.   2 |

**************************************************

### REQUEST TO HAVE ATTORNEY REMOVED FROM ELECTRONIC NOTIFICATION

William H. Eckert requests that this Honorable Court remove Matthew J. Ungarino from electronic notification for the defendant, Stone Insurance, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ Willliam H. Eckert
WILLIAM H. ECKERT

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
WILLIAM H. ECKERT (#18591)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:   504/836-7556
Fax:               504/836-7566
beckert@ungarino-eckert.com