**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO.: 05-4182 |
| PERTAINS TO: INSURANCE | *<br>* | |
| DAVOD AND RHONDA NO. 07-3443<br>LASTIE | *<br>*<br>* | SECT.: JUDGE DUVAL (K) |
| VERSUS | *<br>* | |
| ALLSTATE INSURANCE COMPANY | *<br>* | MAG: MAGISTRATE<br>WILKINSON (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ALLSTATE INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

                                               **RESPECTFULLY SUBMITTED:**

                                               **THE SCHWAB LAW FIRM**

                                               */s/    Danna E. Schwab*
                                               **DANNA E. SCHWAB, (#20367)**
                                               **7847 MAIN STREET**
                                               **P. O. BOX 7095**
                                               **HOUMA, LA  70361**
                                               **TELEPHONE: (985) 868-1342; fax 985-868-1345**

E-mail: dschwab@theschwablawfirm.com
Attorney for Allstate Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Danna E. Schwab*