UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATD LITIGATION** | * | |
| **PERTAINS TO: SEVERED MASS JOINDER CASES** | * | **NO. 05-4182** |
| | * | |
| *Severed from Abadie, 06-5164* | * | **SECTION "K"(2)** |
| | * | |
| | * | |
| **LESLEY DIROSA, LOUIS DIROSA** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO.: 07-2499** |
| **STATE FARM FIRE and CASUALTY COMPANY** | * | |
| **Defendant** | * | **SECTION "K"(2)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## EX PARTE CONSENT MOTION AND INCORPORATED MEMORANDUM TO EXTEND BRIEFING DEADLINES

NOW INTO COURT, by undersigned counsel, comes defendant, State Farm Fire and Casualty Company who for the reasons set forth in the accompanying memorandum, moves this Court to extend the briefing deadlines previously set in this matter on the DiRosas' Motion for Partial Summary Judgment on the Unenforceability of the Anti Concurrent Cause Clause which was originally set for hearing on September 12, 2007 and which is also the subject of a pending Ex Parte Consent Motion to Continue the hearing to October 3, 2007.  State Farm requests that this Court adopt the same briefing deadlines currently set forth on Xavier University of

Louisiana's three Motions for Partial Summary Judgment also scheduled for hearing on October 3, 2007.

        Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14h day of August 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties in the litigation.

        /s/ David A. Strauss

S:\2900\199\PLEADINGS\DEFENDANT\EX PARTE CONSENT MT TO EXTEND BRIEFING DEADLINES.DOC