UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATD LITIGATION | * | |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * | NO. 05-4182 |
| | * | |
| *Severed from Abadie, 06-5164* | * | SECTION "K"(2) |
| | * | |
| | * | |
| **LESLEY DIROSA, LOUIS DIROSA** | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO.: 07-2499 |
| **STATE FARM FIRE and CASUALTY COMPANY** | * | |
| Defendant | * | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
EX PARTE CONSENT MOTION AND INCORPORATED
MEMORANDUM TO EXTEND BRIEFING DEADLINES**

NOW INTO COURT, by undersigned counsel, comes defendant, State Farm Fire and Casualty Company ("State Farm") with the consent of the plaintiffs, to support its motion as follows:

I.

On August 7, 2007, plaintiffs filed a Motion for Partial Summary Judgment on the Unenforceability of the Anti Concurrent Cause Clause set forth in State Farm's homeowners policy. The matter was noticed for hearing on September 12, 2007.

1

II.

On August 13, 2007, State Farm, with the consent of the plaintiffs, filed an Ex Parte Consent Motion to Continue the hearing on the Plaintiffs' Motion for Partial Summary Judgment to October 3, 2007.

III.

State Farm now moves this Court to extend the briefing deadlines relative to the Plaintiffs' Motion for Partial Summary Judgment as follows:

September 11, 2007 – Defendants shall file their opposition memorandum as well as a single amicus brief on behalf of non-party insurance defendants to this motion.

September 18, 2007 – Plaintiffs shall file their reply brief.

IV.

Counsel for the plaintiffs and plaintiffs' liaison counsel have been contacted and do not oppose this motion.

Respectfully submitted,

/s/ David A. Strauss
DAVID A. STRAUSS, #24665
LINDSAY A. LARSON, III, #8053
CHRISTIAN A. GARBETT, #26293
ADAM P. MASSEY, #29330
SARAH R. SHANNAHAN, #30957
KING, LEBLANC AND BLAND, P.L.L.C.
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Attorneys for State Farm Fire and
Casualty Company
dstrauss@klb-law.com
llarson@klb-law.com
cgarbett@klb-law.com
amassey@klb-law.com
sshannahan@klb-law.com

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14h day of August 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all parties in the litigation.

                                            /s/  David A. Strauss

S:\2900\199\PLEADINGS\DEFENDANT\MEMO IN SUPP OF EX PARTE CONSENT MT TO EXTEND BRIEFING DEADLINES.DOC