UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEES | SECTION "K"(2) |

### ORDER

The Court having reviewed the pleadings finds that Oral Argument will assist the Court. Accordingly,

**IT IS ORDERED** that Oral Argument shall be had on **August 16, 2007 at 2:00 p.m.** on the United States' Motion to Dismiss Counts I-III and V-VII of the Superseding Master Consolidated Class Action. (Doc.6380).

New Orleans, Louisiana, this 14th day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE