UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |

\************************************
\*
PERTAINS TO: \*
\*
INSURANCE (Larroque, No. 06-8451) \*
\*
\************************************

## MOTION TO ENROLL
## AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, who respectfully requests that this Honorable Court enroll Joseph M. Messina, of Lobman, Carnahan, Batt, Angelle & Nader as additional counsel of record for defendants, State Farm Fire and Casualty Company in this matter.

State Farm requests that Joseph M. Messina be redesignated as lead counsel. State Farm further requests that Joseph M. Messina and Eric B. Berger be designated as notice counsel for State Farm Fire and Casualty Company.

All other attorneys from Lobman Carnahan, Batt, Angelle and Nader will remain counsel of record but do not require notice.

Respectfully submitted:

*[signature]*
BURT K. CARNAHAN #3920
JOSEPH M. MESSINA, T.A. #14216
TARA L. MASON #24544
BRANT J. CACAMO #26227
PAMELA K. RICHARD # 25223
ERIC B. BERGER #26196
CHARLES R. RUMBLEY, #29666
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this 14th day of August, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*[signature]*
JOSEPH M. MESSINA