UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE    (Larroque, No. 06-8451)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

- Joseph M. Messina is hereby enrolled as additional counsel of record for State Farm Fire and Casualty Company in this matter and is designated as Lead Counsel in place of Burt K. Carnahan in this matter;

- Eric B. Berger is also designated, along with Joseph M. Messina, as Notice Counsel for State Farm Fire and Casualty Company;

- Burt K. Carnahan, Tara L. Mason, Brant Cacamo, Pamela K. Richard, and Charles R. Rumbley will remain a counsel of record but are not to be designated as notice counsel or lead counsel.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE