UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br><br> SECTION "K" <br><br> JUDGE DUVAL <br><br> MAGISTRATE NO. 2 <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO:<br><br>MR-GO<br>LEVEE | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION IN OPPOSITION TO WASHINGTON GROUP INTERNATIONAL INC.'S MOTION TO COMPEL FIRST REQUESTS FOR PRODUCTION AND 30(B)(6) DEPOSITIONS**

Now into Court comes Farmers Insurance Exchange ("Farmers"), pursuant to this Court's published procedures at Local Rule 7.3E, respectfully requests that this Court grant Farmers an extension of time to file its Motion in Opposition to WGII's Motion to Compel WGII's First Requests for Production and 30(B)(6) Depositions until August 21, 2007. Counsel for Farmers, a non-party to the MRGO and LEVEE litigations, and WGII are currently engaged in good faith negotiations concerning WGII's above-mentioned requests and have made substantial progress in resolving their differences. Counsel for WGII has consented to the extension of Farmers' deadline for submission of its opposition motion until August 21, 2007.

WHEREFORE, Farmers moves this Court for an order granting an extension of time to submit its Motion in Opposition to WGII's Motion to Compel WGII's First Requests for Production and 30(B)(6) Depositions until August 21, 2007.

1

Respectfully submitted,

PHELPS DUNBAR LLP

By: /s/ Marshall M. Redmon
    Marshall M. Redmon  LA Bar No. 18398
    City Plaza
    445 North Boulevard, Suite 701
    Baton Rouge, LA 70802
    Phone: (225) 346-0285
    Fax: (225) 381-9197
    E-mail: redmonm@phelps.com

Of Counsel:

    Andrew L. Sandler (admitted pro hac vice)
    Amy Sabrin (admitted pro hac vice)
    Victoria Holstein-Childress, LA Bar No. 28611
    SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
    1440 New York Avenue, NW
    Washington, DC 20005
    Phone: (202) 371-7000
    Fax (202) 393-5760

**ATTORNEYS FOR FARMERS INSURANCE EXCHANGE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon all counsel of record in the MRGO litigation by electronic notice via the Court's CM/ECF system this 14th day of August, 2007

          /s/ Marshall M. Redmon