UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * * * | SECTION "K" JUDGE DUVAL |
| MR-GO LEVEE | * * * * | MAGISTRATE NO. 2 MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court grants the consent motion of Farmers Insurance Exchange ("Farmers") to extend the time for submission of Farmers' Motion in Opposition to WGII's Motion to Compel WGII's First Requests for Documents and 30(B)(6) deposition until August 21st, 2007.

Signed and entered _____, 2007 at New Orleans, Louisiana

_____

Magistrate Wilkinson

1