UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182"K" (2) |
| PERTAINS TO:  INSURANCE, <u>Xavier</u>, 06-516 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

Considering the foregoing motion, Record Doc. No. 6985,

**IT IS HEREBY ORDERED** that Travelers Property Casualty Company of America is hereby GRANTED leave to file its Response to Plaintiff's Sur-Reply Memorandum in Opposition to Defendant's Motion for Reconsideration, Record Doc. No. 6667, of the Court's Order on Defendant's Motion to Compel..

New Orleans, Louisiana, this   14th   day of August, 2007.

_for_ JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE