UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |
| CONSOLIDATED WITH | | |
| A. PATRICK DEHON, JR. and MAUREEN E. DEHON | * | CIVIL ACTION |
| | * | NO. 06-6761 |
| VERSUS | | |
| | * | SECTION "K" |
| ENCOMPASS INSURANCE COMPANY | | |
| | * | MAG. 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Encompass Insurance Company, who respectfully requests this Court issue an Order requiring Plaintiffs A. Patrick Dehon, Jr. and Maureen E. Dehon, to fully and completely provide undersigned counsel with its Rule 26(a)(1) Initial Disclosures, as required per the Court's Scheduling Conference Order of January 23, 2007, within five (5) days from the date of this hearing.

In accordance with Local Rules, undersigned counsel for defendant certifies that prior to filing this motion he conferred in good faith with counsel for plaintiffs over the telephone to resolve this matter by agreement, but was unsuccessful.

WHEREFORE, Defendant Encompass Insurance Company moves this Honorable Court for an Order requiring Plaintiffs to fully and completely provide Plaintiff with its Rule 26(a)(1) Initial Disclosures as required per the Court's Scheduling Conference Order of January 23, 2007, within five (5) days from the date of this hearing.

Respectfully submitted,

LOZES & PONDER

STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone: (504) 581-4455
Fax: (504) 587-9408
Counsel for Encompass Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: __A. Patrick Dehon, Jr.__. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: __None__.

S/Steven M. Lozes
Steven M. Lozes

2