UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |
| CONSOLIDATED WITH | | |
| A. PATRICK DEHON, JR. and MAUREEN E. DEHON | * | CIVIL ACTION |
| | * | NO. 06-6761 |
| VERSUS | * | SECTION "K" |
| ENCOMPASS INSURANCE COMPANY | * | MAG. 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the foregoing Motion to Compel and the Memorandum in Support thereof;

IT IS ORDERED that plaintiffs A. Patrick Dehon, Jr. and Maureen E. Dehon provide defendant Encompass Insurance Comapny with their Rule 26(a)(1) Initial Disclosures within five (5) days of the signing of this Order.

_____
UNITED STATES MAGISTRATE JUDGE