UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |
| CONSOLIDATED WITH | | |
| A. PATRICK DEHON, JR. and MAUREEN E. DEHON | * | CIVIL ACTION |
| | * | NO. 06-6761 |
| VERSUS | | |
| | * | SECTION "K" |
| ENCOMPASS INSURANCE COMPANY | | |
| | * | MAG. 2 |

*********************************************

### NOTICE OF HEARING

LET IT BE KNOWN that Defendant's Motion to Compel is scheduled for hearing on September 5, 2007, at 11:00 o'clock a.m., in the United States District Court for the Eastern District of Louisiana, before the Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge.

Respectfully submitted,

LOZES & PONDER

_____
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone: (504) 581-4455
Fax: (504) 587-9408
Counsel for Encompass Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August __15__, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: __A. Patrick Dehon, Jr.__ . I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: __None__ .

S/Steven M. Lozes
Steven M. Lozes

2