UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |
| CONSOLIDATED WITH | | |
| A. PATRICK DEHON, JR. and MAUREEN E. DEHON | * | CIVIL ACTION |
| | * | NO. 06-6761 |
| VERSUS | | |
| | * | SECTION "K" |
| ENCOMPASS INSURANCE COMPANY | | |
| | * | MAG. 2 |

*********************************************

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL

MAY IT PLEASE THE COURT:

The Court's Scheduling Order mandated exchange of Rule 26(a)(1) Initial Disclosures in February, 2007. To date, Encompass has not received plaintiffs' Rule 26(a)(1) Initial Disclosures and requests same in compliance with the Scheduling Order.

Respectfully submitted,

LOZES & PONDER

_____
STEVEN M. LOZES (#8922)
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone: (504) 581-4455
Fax: (504) 587-9408
Counsel for Encompass Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: __A. Patrick Dehon, Jr.__. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: __None__.

S/Steven M. Lozes
Steven M. Lozes