## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |

### CONSOLIDATED WITH

| | | |
|---|---|---|
| A. PATRICK DEHON, JR. and MAUREEN<br>E. DEHON | * | CIVIL ACTION |
| | * | NO. 06-6761 |
| VERSUS | | |
| | * | SECTION "K" |
| ENCOMPASS INSURANCE COMPANY | | |
| | * | MAG. 2 |

*******************************************

### MOTION AND ORDER TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant Encompass Insurance Company, and its counsel, Judy Y. Barrasso, of Barraso, Usdin, Kupperman, Freeman & Sarver, who upon suggesting to this Honorable Court that Steven M. Lozes, of Lozes & Ponder, has been retained as co-counsel of record in this matter, to be designated as Trial Counsel, requests that the name of Steven M. Lozes, of Lozes & Ponder, be added to the record of this matter as co-counsel and Trial Counsel for Encompass Insurance Company,

Respectfully submitted,

_____
STEVEN M. LOZES  (LSBA #8922)
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone: (504) 581-4455
Facsimile: (504) 587-9408


_____
JUDY Y. BARRASSO (#2814)
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisaina 70112
Telephone: (504) 589-9700


## CERTIFICATE OF SERVICE

I hereby certify that on August __15__, 2007, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to the following: ___A. Patrick Dehon, Jr.___. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: __None__.

S/Steven M. Lozes
Steven M. Lozes