UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |
| CONSOLIDATED WITH | | |
| A. PATRICK DEHON, JR. and MAUREEN<br>E. DEHON | * | CIVIL ACTION |
| | * | NO. 06-6761 |
| VERSUS | | |
| | * | SECTION "K" |
| ENCOMPASS INSURANCE COMPANY | | |
| | * | MAG. 2 |

*********************************************

## ORDER

Considering the foregoing Motion to Enroll As Co-Counsel of Record;

IT IS ORDERED that the name of Steven M. Lozes, of Lozes & Ponder, be and he is hereby enrolled as co-counsel and Trial Counsel for Encompass Insurance Company in the above numbered and entitled matter.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE