# Xavier University Hurricane remediation - MEETING MINUTES

Meeting Date: 10.19.05

## Attendees

Rawn Davis / Xavier / 504-415-4714 / chez14su@yahoo.com
John Broggi / Xavier / 504-915-0938 /

Jim Lewis / Landis Construction / 504-833-6070 / jlewis@landisllc.com
Theresa Leger / Landis Construction / 504-833-6070 / tleger@landisllc.com
George Voss / Landis LLC / 504-833-6070 / gvoss@landisllc.com
Yvette Patton / Landis LLC / 504.833.6070 / ypatton@landisll.com

Paul Davis / FoxCor / 501-779-6974 / pdavis@foxcor.com
Jim Lynch / Foxcor / 501-779-6994 / jlynch@foxcor.com
Joe Holt / Foxcor / 501-779-6987 / jholt@foxcor.com

David Kanter / D. Kanter Company / 504-830-1370 / dkanter@dkantereng.com

Ronald Breuer / Siemens / 915.6984 / ronald.breuer@siemens.com
John Agnelly / Siemens / 466.9300 / john.agnelly@siemens.com

Dwayne Hammer / MCC / 504.841.233 / dhammer@mccgroup.com
Pat Feraci / MCC / 504.833.8291 / pat@mccgroup.com
Dale Dumbleton / MCC / 504.251.8533 / ddumbleton@mccgroup.com

Copies to:

Jim Landis / Landis Construction / 504-833-6662 / jlandis@landisllc.com
Rives McCord / D. Kanter Company / 985-851-0360 / rives@trinityps.net
Don Colborn / D Kanter / 504-214-4624 / dcolborn@dkanter.com (by phone)
Gary Melerine / Landis Construction / 504-833-6070 / gmelerine@landisllc.com


EXHIBIT A

Landis 1983

# Xavier University Hurricane remediation - MEETING MINUTES

Meeting Date: 10.19.05

| em no. | Status | By | Description |
|---|---|---|---|
| 1b | Closed | MB | Jim Landis reports that 50 housing trailers will be on site within 48-72 hours but need water, electricity, sewer, and FEMA #'s for those who live in the trailer. |
| 1b-1 | Open | TL | Entergy met w/Barnes - Entergy approved to release meter; Barnes to file permit for trailers |
| 1d | Open | JL, GR | Jim Lynch reports that he was informed by Greg Rigermer via phone of a solution regarding the FEMA control number; it allows for workers on projects such as the Xavier University remediation, to not interfere with their family's temporary housing needs. |
| 1d-1 | | JL2 | *Riggemer has reservations re: time residence are allowed to stay without an eviction policy* |
| 1d-2 | | TL | *It is unpermissable to evict a worker/tenant if he/she quits a job* |
| 1d-3 | | JL2 | *Thought prudent to stipulate "No Children" in lease due to trailer being on constructon site.* |
| 1d-4 | | JL2 | *Bunk rental for workers coming in from out-of-state is being reviewed.* |
| 3t | Open | MB | Marion Bracy to speak with Legal Counsel regarding items a through s to identify liability. |
| 3u | | JL2 | Generated documentation for Marion Bracy to sign re: release from any lawsuits from students. |
| 5 | Open | MB,RD | Jim Lewis asked what is to be done with furniture in remediated buildings considering that parts may be cleaned of rust and corrosion. Marion Bracy will instruct Randall with Jani-King to clean samples from each type of furniture. If successful, items will be refurbished; if not, Landis will discard items and Xavier will replace same. *Marion Bracy asked Rawn Davis to monitor this activity.* |
| 5-1 | | RD | No success-No progress; w/Jani-King - RD to floow-up; soft furniture likely to be discarded |
| 6 | Closed | | Jim Lewis reports that biohazard areas have been fenced off; Marion Bracy requests appropriate warning signs be attached to these areas. Jim Lewis confirms that the signs have been installeded. Jim Lynch asks Marion Bracy if Landis can take action to resolve the polutants in this area with guidance from William Scott (Environmental Consultant). Marion Bracy approves. |
| 6-1 | | JL2 | *Signs to "Keep of Property" are up. - JL2 W.D. Scott says 98% of polutants will "self-abate"* |
| 7 | Closed | | Landis is researching adding a repeater for the Nextel phones. This will not work says Jim Lewis. There are no land lines as of yet on campus. Antennas are on back-order - Jim Lewis. Further discussion centered around the use of satillite phones, the poor state of cellular service; Paul Davis mentioned that full land-line service to the campus may not be complete until mid-December. The switch will need to be replaced and the main telephone equipment room needs to be elevated for potential of future high water. Paul Davis explained that the best alternative is to raise the floor 4 feet in the existing telephone equipment room; Katherine Lewis (IT Director) has signed-off on raised floor concept. |
| 7-1 | | PD | Service will be restored by mid Nov. |
| 8 | Closed | JL2 | Jim Lewis stated that structural inspections indicated all building are sound. Engineers are requesting drawings for the Living learing Center; they need too understand the tolerance for expansion between the building and an added steel stair structure before passing that building. |
| 8-1 | | JL2 | No structural issues w/substantial consequence. Several detached garages need to be replaced. Some Fascia issues to address. |
| 9 | | | Investigate permit and inspection requirements from all jurisdictional authorities |
| 10 | Open | TL | Theresa Leger stated that underground may need to be re-pulled; she has been trying to schedule a meeting with the city. *Theresa Leger stated that Building Permits were applied for yesterday (10.10.05). At first the City Permits office wanted 19 separate permits but then reversed itself to one permit for all buildings. There would be a walk-thru with the inspectors before permits would be issued. Theresa also mentioned that her conversations with the State Fire Marshall's office indicated that they could inspect the buildings the week before and the week after the Christmas holidays for Use & Occupancy certificates.* |
| 10-1 | | PD/RD | PD says Peter Claver Hall needs permit for remediation - R. Davis says Landis will handle. |
| 11 | Open | PD | Paul Davis said that the Barnes Electric was identifying the underground and and the planned shut-downs to replace the runs as advused by L.C. Paul also mentioned that the Central Plant is currently scheduled for start-up on October 21. |

Landis 1984

# Xavier University Hurricane remediation - MEETING MINUTES

Meeting Date: 10.19.05

| em no. | Status | By | Description |
|---|---|---|---|
| 11-1 | | DK | Oct. 24th or 28th; lightning arresters-awaiting per Barnes; Leave off until 13.8 amps |
| | | | Issue with gas being shut off; tubes out w/overhead feeding to Central Plant - allow Rives to address |
| 12 | Open | TL | Theresa Leger presented the schedule for all activities; more detail will be forth coming as well feedback after sub-contractors have time to review the schedule. |
| 12-1 | | TL | Updating for circulation 10/20. |
| 13 | Open | | Priorities of assessment / remediation / construction / occupancy: |
| 14 | Open | | University Center Work at the UC may need to be phased due to abundant mold growth. |
| 14-1 | | JL2 | 3rd floor in good shape; 2nd floor walls OK |
| 14-2 | | PD | Room by room assessment meeting needs to be scheduled w/Xavier |
| 14-3 | | JL3 | Certain areas can wait until January. |
| 15 | Open | PD | Paul Davis updates the meeting on the status of M&E work: All motors and pumps are replaced or refurbished; Ocetober 21 is start date for campus Central Plant loop. Electrical cables in Central Plant will be re-pulled, starters, pumps, secondary pumps and VFDs. Nowco will provide chemical treatment per Marion Bracy, MCC to be informed. Barnes Electric is working with MCC on Central Plant start-ups. High-Line power is expected to be ready from ENTERGY by late Friday. Central Plant Boilers are 8 to 9 weeks out. |
| 15-1 | | JL3 | Further update re: items of work? |
| 15-2 | | PD | 21st, 24th or 28th start date; pushed back a week due to electrical situations; a walk through w/submittals for each building needs to be done w/discrepencies taken care of. |
| 15-3 | | | |
| 15-4 | | DK | Certain requirements needed for Central Plant to start up. Questions waiting to be answered re: reuse of motor control ctr. Bucket? To order (1) MCC for 5 days in order not to pay a premium? |
| 15-5 | | | |
| 15-6 | | JB | Thinks by law the buckets can't be reused? |
| 15-7 | | PD | Start of new equipment schedule for Oct. 21st. |
| 16 | Open | PD,JL2 | Paul Davis mentions that Floor Elevations need to be established (Carlo Datum) for all buildings to determine the base flood elevations and shown on a campus plan. Jim Lewis to follow-up with surveyor. |
| 16-1 | | PD | BMF ordered |
| 17 | Open | TL, MB, JM, RD | Thersa Leger questions if Landis will be providing new kitchen equipment in the Unversity Center. Marion Bracy suggests that Xavier has all the specs and drawings for the UC kitchen; there needs to be some re-design and Landis needs to contact John Monica and Rawn Davis on this. Marion Bracy says we need to clean and re-use kitchen equipment, Theresa Leger says that kitchen gear is not sanitary per the State Health Department. Jim Lewis says that the hood system will be retained.; he will also check on the particulars of the grease intercepter and it's condition. |
| 17-1 | | TL | Marion Bracy requested bids for new equipment; not responsible for reused equipment due to mold issue |
| 17-2 | | JL2 | Sedexho - need books- pricing; PD & JL suggested JL2 &TL to call Barring Industry, Premier and Duray Duncan |
| 18 | Open | TL | Theresa Leger asked if the ceramic tile in the kitchen needs to be replaced. Marion Bracy suggests that the replacement can happen over the Summer if the tile lead time to too long. Regarding the "Protect-All" flooring, Landis is to look at alternatives for Xavier. |
| 18-1 | | TL | Meeting w/Marion for color selection today.; Replace w/quarry tile. |
| 19 | Open | TL | Theresa Leger noted that some dorm rooms were vandalized. It is not known if the break-ins were during or after the storm. |
| 19-1 | | PD/RD | Security reported to Marion forced break-ins occurred over the weekend. Unknown if was by students or intruders. |

## Xavier University Hurricane remediation - MEETING MINUTES
### Meeting Date: 10.19.05

| Item no. | Status | By | Description |
|---|---|---|---|
| 20 | Open | TL, RD | Theresa Leger noted that Paul Davis stated: Xavier wants to house 2000 students. She asked if this is a current number. Theresa asked for a list of dorm rooms per residence hall. Marion Bracy suggested that the number of students that need to be housed is uncertain at this time. Rawn Davis to provide listing of rooms and buildings for dorm count. |
| 21-1 | | PD | 1700 beds neede for returning students; Need to coordinate the boxing of student items for retrival. |
| 21-2 | | JL2 | Working with Riggermer on legal issues regarding boxing of student items and entry into rooms. |
| 21 | Open | TL | Theresa Leger notes that out-of-state painters needs to be housed; she asked if the Peter Claver Hall (Apartment) could be used. There are 32 beds in 12 rooms. Paul Davis asked if Xavier Security could house two men to a room. Rawn Davis said yes, that was acceptable. |
| 21-1 | | | *Paul Davis in talks w/Marion re: bunk house trailers.* |
| 22 | Open | JL2 | Jim Lewis stated that in LLC, KD and St. Joseph's Hall, there is no need to bag and box contents in the majority of rooms; relative humidity readings were being taken in these buildings. Marion Bracy said, once permanent power is restored, Xavier can de-humidify and lock the doorm rooms. |
| 22-1 | | JL2 | After inspection upper floors don't need bagging & boxing; lower floors need to be bagged & boxed JL2 asked question of what to do with items of students that don't return? |
| 22-2 | | PD | *Suggested to JL2 to speak with housing that may already have guidelines stipulating in Xavier Housing Contract on how to handle items of students that don't return to campus. This is a legal issue to add to Marions agenda.* |
| 23 | Open | MB | Marion Bracy said that FEMA's Mission Contractor can be used to pull refrigerators from the dorm rooms and dispose of them (at FEMA's cost). He also stated that all food items can be removed but especially the refrigerators need to be pulled. |
| 23-1 | | JL2 | Request a written statement regarding "Risk Management" for personal items left in students refrigerators. |
| 24 | Open | PD | Paul Davis asked Marion Bracy if rooms at LLC could be used to house Xavier staff. Marion Bracy will confirm this with Xavier attorneys. |
| 23-1 | | PD | Rooms can not be used. |
| 25 | Open | PD | Paul Davis reports that City water pressure is building; latest readings indicate 60 PSI |
| 25-1 | | PD/DK | *Discussed a method to raise UBS/Walking path in front of gear needed? Will remain on 1st Floor* |
| 26 | Open | PD | Paul Davis stated that the UPS systems for IT were n oeder and expected in 2 weeks. Exact location for gear is to be determined. |
| 26-1 | | PD | *Back up BMS Cat requested by Marion* |
| 26-2 | | JH | *Request that that everyone be as detailed as possible on back up due to FEMA. Be very clear on "Emergency" or "Permanent" - speak w/JL2 or JL if there are any questions.* |
| 27 | Open | MB | As suggested by Paul Davis, David Kanter is to push for plans in the Administration Building. Marion Bracy to discuss planned changes with Kanter by Thursday 10.20.05 |
| 28 | Open | JH | *JL2 to update budget.* |
| 29 | Open | JB | Concerned what will happen after survey from BMF; will consideration of raising pumps be taken? May not be done before January; modification will be needed. Pumps needs to be in service immediately. J.Holt will said that Boggi will be involved extensively in how the pumps are to be handled in order to schedule correctly. |
| 30 | Open | RD | What determines opening permits? (Claiborne) - Needs to apply for permit because walls need replacing. PD to take care of permit. |

# Xavier University Hurricane remediation - MEETING MINUTES

Meeting Date: 10.11.05

## Attendees

| Name / Company / Phone / Email | |
|---|---|
| Marion Bracy / Xavier / 504-415-4719 / jumabracy@aol.com | (by Phone) |
| Kerwin Byrd / Xavier / 504-415-5015 / kkcbyrd@msn.com | |
| Rawn Davis / Xavier / 504-415-4714 / chez14su@yahoo.com | |
| John Broggi / Xavier / 504-915-0938 / | |
| Jim Lewis / Landis Construction / 504-833-6070 / jlewis@landisllc.com | |
| Theresa Leger / Landis Construction / 504-833-6070 / tleger@landisllc.com | |
| George Voss / Landis LLC / 504-833-6070 / gvoss@landisllc.com | |
| Paul Davis / FoxCor / 501-779-6974 / pdavis@foxcor.com | |
| Jim Lynch / Foxcor / 501-779-6994 / jlynch@foxcor.com | |
| Ed Masson / D. Kanter Company / 504-830-1370 / masson@dkantereng.com | |

Copies to:

- David Kanter / D. Kanter Company / 205-807-8941 / dkanter@dkantereng.com
- Rives McCord / D. Kanter Company / 985-851-0360 / rives@trinityps.net
- Don Colborn / D Kanter / 504-214-4624 / dcolborn@dkanter.com (by phone)

- Jim Landis / Landis Construction / 504-833-6662 / jlandis@landisllc.com
- Gary Melerine / Landis Construction / 504-833-6070 / gmelerine@landisllc.com

- Joe Holt / Foxcor / 501-779-6987 / jholt@foxcor.com

- Dwayne Hammer / MCC / 504-822-8291 / dhammer@mccgroup.com
- Mike Eilers / MCC / 504-822-8291 / meilers@mccgroup.com

- John Agnelly / Siemens / 504-466-9300 / john.agnelly@siemens.com
- Reuel Cron / Siemens / 504-712-5103 / reuelcron@siemens.com

- Alan Laguna / Merit Sprinkler / 504-464-6236 / alanl@meritsprinkler.com

- Keith Schexnaildre / Barnes Electric / 504-835-1756 / kschexnaildre@wjbe.com
- Don Ellis / Barnes Electric / 504-835-1756 / dellis@wjbe.com

Landis 1987



# MEETING MINUTES – REVISION 1
# XAVIER HURRICANE RECOVERY

Date: November 29, 2005

Time: 2:30 PM

Location: Landis Construction Company

Attendees:

| | | |
|---|---|---|
| MB | Marion Bracy / Xavier / 504-415-4719 / | mbracy@xula.edu |
| BH | Bruce Hamilton | bhamilton@xula.edu |
| RD | Rawn Davis / Xavier / | rdavis@xula.edu |
| | John Broggi / Xavier | jbroggi@xula.edu |
| HV | Harold Vincent / Xavier | hvincent@xula.edu |
| KB | Kerwin Byrd / Xavier | kkcbyrd@msn.com |
| | Brittney Spears / Xavier | brittneys30@hotmail.com |
| DK | David Kanter / D. Kanter Company / 205-807-8941 / | dkanter@dkantereng.com |
| | Ed Masson / D. Kanter Company / 205-907-9653 / | emasson@dkantereng.com |
| | Rives McCord / D. Kanter Company / | rives@trinityps.net |
| JL | Jim Landis / Landis Construction / 504-833-6070 / | jlandis@landisllc.com |
| | Jim Lewis / Landis Construction / 504-833-6070 | jlewis@landisllc.com |
| TL | Theresa Leger / Landis Construction / 504-833-6070 / | tleger@landisllc.com |
| GV | George Voss / Landis Construction / 504-833-6070 / | gvoss@landisllc.com |
| JH | Joe Holt / Foxcor / 501-779-6987 / | jholt@foxcor.com |
| JL2 | Jim Lynch / Foxcor / 501-779-6994 / | jlynch@foxcor.com |
| PD | Paul Davis / FoxCor / 501-779-6974 / | pdavis@foxcor.com |
| | Todd Bouillon / GCR / 504-715-0229 | tbouillion@gcr.com |
| DC | Dean Charbonnet / GCR / 504-236-9656 | dcharbonnet@gcr.com |

1. FEMA Trailers on Parking Lot W
    a. GV handed MB first bill from Jani King that included fill up of propane tanks
    b. TL stated that the trailer occupant's lease requires renter's insurance, but apparently insurance is not available
    c. DC asked about Louisiana Citizens Plan which offers insurance for people who cannot get insurance
    d. TL will call about the LCP and also will contact insurance commission
    e. PD suggested that the renters should sign a hold harmless agreement
    f. TL stated that Landis will write a hold harmless agreement
2. Securing Student Possessions
    a. GV stated that this process is approximately 95% complete and that Munters is still in process of taking refrigerators out of dorm rooms
    b. MB that the student's access to their rooms and/or possessions is still scheduled for December 9, 10 and 11, 2005
3. Furniture, Fixtures and Equipment in Xavier Buildings
    a. MB stated that his staff is working on an FF&E matrix that should be completed tomorrow (November 30, 2005)
    b. MB stated that some FF&E has been ordered, replacing like for like
4. Permits

Landis 1941

**FOXCOR**

    a. TL stated that fire marshal inspections are scheduled the week before Christmas
    b. PD will verify this week which buildings will be ready for inspection with Merit and Priority
5. Mechanical, Electrical, Plumbing
    a. Electrical
        i. DK stated that the new switchgear for Xavier South has been ordered
        ii. DK stated that the BFM elevations for the transformer pads has not been completed
        iii. PD stated that BFM has said that they will show Landis elevation in field
        iv. DK stated that one concern he has is that any pad 18" above grade will have to have handrails installed and he can't design the pad until the elevations are determined
        v. PD stated that he will work with Spud (Landis) and BFM get heights set in field
        vi. DK requested that JH review a switchgear closet on the first floor of the House of Studies
        vii. JH reminded DK that Foxcor does not perform architectural or engineering services, but that he would review the situation
        viii. DK stated that he will have the construction document drawn and stamped
        ix. DK stated that he met with the structural engineer, Ashton Avegno on site to begin structural design and that Avegno will supply the design drawings within one week after DK gives Avegno more detail and elevation information
        x. DK stated that the Administration Building is going to have temporary panels set up to get up and running and will then be removed
        xi. DK further stated that the building will be temporarily powered by a generator
        xii. TL stated tat the architectural work on 1st floor of the Administration Building is on hold
        xiii. MB stated that since Administration Building has historic status by FEMA rules (earlier than 1960), FEMA personnel has to inspect the building and give opinions about work to be performed. DK further stated that there has been one inspection by FEMA of the Administration Building
        xiv. MB requested a schedule building by building of turnover electrically due to slippage of scheduled dates on the Convent
        xv. PD stated that he will work with Barnes to generate the requested schedule
        xvi. PD stated that the Convent completion date went from November 20 to December 12 due to the transformer pad issues
        xvii. JL said that the latest date for electrical turn over is December 15 for DePporres Hall, and that is the latest date he knows of
        xviii. MB requested that he be informed immediately if any more dates slip past their scheduled completion date
        xix. DK stated that he will investigate a temporary way to power the ~~Abuildings~~ dministration building without using generators
    b. Plumbing
        i.

                                                                                          Landis 1942
6. Remediation
    a. University Center
        i. GV asked about gym floor and MB stated that he wanted the original floor to remain with a simple temporary floor over it
        ii. JL stated that this should be done towards the end of the job since it is not a priority for the students to return
        iii. MB stated that BH has arrived at a solution and Landis is ordering the required materials (CLOSE THIS ITEM)
7. IT / Computers & Servers & Telephone
    a. PD stated that he will follow up with Bell South on the required documentation letter regarding the lack of availability for hard wires vs. fiber cable for the campus



    b. PD stated that Bell South has not been back to install their cabinets but the telephone switch has dial tone and the Science Building has tested out OK. PD contacted XULA staff for help and they are contacting Bell South for installation schedule.
    c. PD further stated that the ~~Xavier~~ Eaton (UPS manufacturer) technician wants the UPS wired differently than it was installed
    d. MB stated that we will wait for Kathy Lewis to be back on site and she can check this issue out
    e. DK says this should be checked out to make sure there is a maintenance bypass installed
    f. RD stated that the original installation (before Katrina) was don under the direction and specs of someone who did not know what they were doing
    ~~g. PD will gather facts and information~~
    ~~h.~~ g. DK will further investigate and make recommendation
8. Kitchen Equipment
    a. MB stated that Xavier is awaiting delivery of equipment
9. FEMA Issues
    a. DC stated that ~~the~~ Xavier's lawyer is waiting on Xavier to ~~give~~ copy the letter to them from FEMA with the classification determination
    b. MB will try to find the letter and DC stated that he will discuss with Emmanuel (FEMA)
    c. DC stated that the lawyer is meeting tomorrow here at Landis
    d. DC stated that the insurance adjuster is requesting breakdown by floor of each building of all work scope and estimated costs
    e. DC stated that the adjuster is advising not using 'flood' or 'wind' in the ~~verbage~~ verbiage
    f. DC requested copies of any roofing contracts in progress before the storm
    g. MB stated that TB has copies of the insurance policies
    h. DC reported that he had given GV copies of all submissions to FEMA made by GCR
    i. JL2 reported that the electronic drawing revisions of the campus map has been revised

**New Business**
1. KB stated that the wiring on chiller (2400 T) ~~s~~ is being replaced now     Landis 1943
2. KB stated that Siemens is making correct~~ed~~ ions to thermostat locations
3. MB gave JL2 letter from an insurance company that stated that Xavier did not transmit the requested drawings of buildings on campus. JL2 stated that the drawing disc will be in the package to be delivered to attorneys tomorrow
4. MB stated that there are ~~is~~ three scenarios being discussed regarding getting infrastructure utilities to the new trailer park in the athletic filed on the other side of Washington
    a. FEMA will pay contractor to construct utilities
    b. Xavier (Landis) performs the work and FEMA reimburses
    c. Xavier (Landis) performs the work and charges per space to recapture the costs
    d. MB reports that Emmanuel (FEMA) ~~to~~ will get back with him on the desired path to accomplish the work
5. HV stated that Priority has made repairs to the fire alarm system in the Living Learning Center and it has been green tagged
6. TL stated that she will still ask the Fire Marshal to inspect the fire alarm system in the Living Learning Center
7. TL requested keying information from Xavier in order to make keys
8. JL2 stated that he met with the SBA reps at RD's request and SBA want copy of the overview by Landis of the scope of work (binder 1) of documents prepared for FEMA application
9. KB stated that the University Center blower is installed in reverse and is in process of being corrected
10. JL handed out new schedule

Please review the above for accuracy and send Joe Holt any comments or questions regarding these minutes. Otherwise, this document will remain the record of the meeting.