UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: MRGO | SECTION "K" (2) |

### ORDER

The Court **GRANTS** the consent motion of Farmers Insurance Exchange ("Farmers"), Record Doc. No. 7020, to extend the time for submission of Farmers' Motion in Opposition to WGII's Motion to Compel WGII's First Requests for Documents and 30(b)(6) Deposition, Record Doc. No. 6828, until **August 21, 2007**.

In light of this agreed-upon extension, however, and because I need time to read and evaluate any brief <u>before</u> oral argument, the previously scheduled oral argument requested by WGII is also **CONTINUED** and will be conducted, if necessary, on **August 29, 2007 at 11:00 a.m.**

New Orleans, Louisiana, this   15th   day of August, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE