UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Rault,</u> 06-1734 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Having conferred with Magistrate Judge Wilkinson, I find that it is appropriate to set the case of <u>Bonnie M. Rault v. Encompass Insurance Co. et al.</u>, C.A. No. 06-1734, for trial and final pretrial conference on my calendar. Accordingly,

**IT IS ORDERED** that a FINAL PRETRIAL CONFERENCE will be conducted in the referenced <u>Rault</u> case on **January 8, 2008 at 8:30 a.m.** before Judge Stanwood R. Duval, Jr. Counsel must submit a proposed pretrial order and be prepared in accordance with the final Pretrial Notice attached.

**IT IS FURTHER ORDERED** that TRIAL will commence before Judge Duval on **January 28, 2008 at 8:30 a.m. with a jury**. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. **Trial is estimated to last three (3) days**.

**IT IS FURTHER ORDERED** that all dates and deadlines established in the scheduling order issued by Magistrate Judge Wilkinson, Record Doc. No. 6644, remain in place and will be enforced. The previously set pretrial conference before Magistrate Judge Wilkinson on **December 11, 2007 at 2:30 p.m.** is hereby converted to a status and settlement conference and will be conducted by Magistrate Judge Wilkinson.

New Orleans, Louisiana, this __15th__ day of August, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**

**MAGISTRATE JUDGE WILKINSON**