UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>------------------------------------------------------<br><br>PERTAINS TO:<br>INSURANCE (#06-2617)<br><br>RONALD A. HOLBROOK<br>APRIL HOLBROOK<br><br>     versus<br><br>AAA INSURANCE AGENCY, INC.,<br>AND FIDELITY NATIONAL PROPERTY<br>& CASUALTY INSURANCE COMPANY | * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION: K<br><br>MAGISTRATE: 2 |

* * * * * * * * * * * * * * * * * *

**AMENDED CORPORATE DISCLOSURE STATEMENT**

DEFENDANT, FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY ("FNPAC"), in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this amended corporate disclosure statement to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, and the undersigned counsel for FNPAC certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt

-1-

securities to the public:

    1.    Fidelity National Property and Casualty Insurance Company is a wholly owned subsidiary of Fidelity National Insurance Company.

    2.    Fidelity National Insurance Company is a wholly owned subsidiary of National Alliance Marketing Group, Inc.

    3.    National Alliance Marketing Group, Inc. is a wholly owned subsidiary of Fidelity National Financial. Fidelity National Financial is publically traded.

Please note that Fidelity National Property and Casualty Insurance Company is appearing herein in its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] as a Write-Your-Own Program carrier participating in the National Flood Insurance Program. See 42 U.S.C. §4001, *et seq*. Further, please note that all flood claims are paid with U.S. Treasury funds. See 44 C.F.R. Pt. 62, App. A, Articles II and III; see also, 42 U.S.C. §4017.

---

[1] 44 C.F.R. §62.23(f).

[2] 42 U.S.C. § 4071(a)(1); *Gowland v. Aetna Cas. & Surety Co.*, 143 F.3d 951, 953 (5th Cir. 1998).

Dated this 15th day of August, 2007.

                                                Respectfully submitted:

                                                NIELSEN LAW FIRM, L.L.C.

                                                */s/ William T. Treas*
                                                GERALD J. NIELSEN, #17078
                                                WILLIAM T. TREAS, #26537
                                                3838 N. Causeway Blvd, Suite 2850
                                                Metairie, Louisiana 70002
                                                Telephone: (504) 837-2500
                                                Facsimile: (504) 832-9165
                                                Counsel for Defendant, Fidelity National Property and Casualty Insurance Company

## **C E R T I F I C A T E**

     I hereby certify that a copy of the above **Amended Corporate Disclosure Statement** has been served on all counsel of record via electronic filing and by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below at Metairie, Louisiana, this 15th day of August, 2007.

                                                */s/ William T. Treas*
                                                WILLIAM T. TREAS