UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: LEVEE | |
| FILED IN    05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | |

**MEMORANDUM IN SUPPORT OF LEVEE
DEFENDANTS' MOTION TO EXTEND DEADLINE
FOR DEFENDANTS' CLASS-CERTIFICATION EXPERT REPORTS**

**I.   INTRODUCTION AND PROCEDURAL HISTORY**

On August 8, 2007, a hearing before this Court was held on, *inter alia*, plaintiffs' Motion for Leave to File Plaintiffs' Restated Levee Master Consolidated Class Action Complaint (Doc. 6584) and plaintiffs' Motion for Leave to Supplement and Amend the Motion for Class

Certification (Doc. 6589). Defendants opposed both Motions via a consolidated opposition to both Motions (Doc. 6793) and via oral argument at the August 8th hearing.

At the conclusion of the August 8th hearing, this Court granted, in its entirety, plaintiffs' Motion for Leave to Supplement and Amend the Motion for Class Certification. Furthermore, this Court granted, in large part, plaintiffs' Motion for Leave to File Plaintiffs' Restated Levee Master Consolidated Class Action Complaint. Subsequent to the aforementioned hearing, this Court reduced the reasons orally assigned via written Order executed on August 10th (Doc. 6939). This Court, in its written Order, specifically delineated the many respects in which it granted plaintiffs' motion to file the restated master complaint, holding that the motion was granted as follows:

(a)  Plaintiffs shall be allowed to substitute the class representatives as proposed;

(b)  Plaintiffs shall be allowed to amend the class allegations to narrow the class certification hearing as proposed;

(c)  Plaintiffs shall be allowed to amend the geographical description of Zone 2 to correct a clerical error;

(d)  Plaintiffs shall be allowed to add National Union Fire Insurance Company as a direct defendant; and

(e)  Plaintiffs shall be allowed to amend the "common liability" issues.

This Court, in its Order, recognized the resulting repercussions of its decision upon defendants, specifically stating in pertinent part that " . . . the Court likewise for good cause shown may consider granting extensions of no more than 2 weeks on the exchange of expert reports. . .." The defendants, for the reasons set forth below, respectfully aver that good cause exists for such an extension and herein respectfully request that this Court grant the instant

Motion, granting defendants until September 10, 2007 to provide plaintiffs with defendants' class-certification expert reports.[1]

## II. GOOD CAUSE EXISTS FOR A TWO-WEEK EXTENSION OF DEFENDANTS' EXPERT REPORTS

The plaintiffs, in both their Amended Motion for Class Certification (Doc. 6940) and their Restated Class Action Complaint (Doc. 6941), have substantially altered the landscape of this litigation as it relates to class certification issues and the impending November 2007 class certification hearing. The scope of these changes are, to a large extent, set forth in detail in defendants' aforementioned Consolidated Opposition Memorandum. As such, defendants will not burden this Court with an extensive regurgitation of such resulting changes. Instead, defendants take this opportunity to delineate, in summary fashion, such substantial changes, which include the following:

- 9 of the original class representatives have been withdrawn, and 8 new class representatives have been added;

- The geographical boundaries of one of the subclasses, namely Subclass 2, has been enlarged;

- A new defendant, not previously a party to this action, has been added;

- The class allegations have been modified, thereby affecting the issues to be tried at the class certification hearing; and

- Certain "common liability issues" have been amended.

---

[1] Defendants note that this Court, in its April 26, 2007 Order (Doc. 3989), provides that the current deadline for defendants' class-certification expert reports is August 27, 2007. However, defendants and plaintiffs have recently agreed that such reports will be deemed to have been timely provided if the reports are in fact provided to plaintiffs no later than August 29, 2007.

3

These substantial and material changes are the direct result of plaintiffs' Amended Motion for Class Certification and Restated Class Action Complaint, both filed on August 10, 2007, less than three months prior to the class certification hearing.

As an example, the 8 new class representatives own 19 separate pieces of real property. While depositions of these individuals have recently concluded, defendants' experts continue to review and analyze evidence pertaining to these new class representatives and their properties in order to fully and properly incorporate information into their expert reports.

As another example, although defendants received plaintiffs' expert reports on July 30th, the reports indicate that plaintiffs' experts will most likely be rendering additional opinions. For example, plaintiffs' expert surveyor, Chad Morris, in his report, notes that he will, in fact, attempt to update/expand the scope of his report, stating as follows:

> Please note that we received almost 500 gigs of data from the U.S. Army Corps of Engineers this past week and have just started going through it. **This report will be updated** as pertinent data sets are made available and reviewed (emphasis added).[2]

To date, defendants, who have scheduled Mr. Morris' deposition for August 23rd, have not received Mr. Morris' updates to his report. Of course, until defendants receive such updates, defendants are unable to forward same to their experts for consideration in the preparation of their reports.

As yet another example, just yesterday, defendants received from plaintiffs an update to the TU Delft report, which is the report of plaintiffs' hydrological expert.[3] A cursory gleaning of such supplemental report clearly indicates the substantive nature of it, including, but not limited

---

[2] The cover page and page of Chad Morris' report containing the quoted statement is attached hereto as Exhibit 1.

[3] Attached as Exhibit 2 please find August 14, 2007 email from Stephanie Pizani, with attached supplemental Delft report.

4

to, a discussion of the purported differences between IPET and Delft polder flood simulations. This new expert material necessitates yet additional review and analysis by defendants' experts in the preparation of their expert reports.

The good cause standard merely requires that the movant "show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."[4] As is discussed above, defendants have clearly demonstrated good cause warranting an extension of two weeks, or until September 10, 2007, within which to provide their class-certification expert reports. Furthermore, consistent with the Court's aforementioned August 10 2007 Order, defendants, by requesting such extension, are not seeking an extension of time with respect to the briefing schedule already established by this Court.

### III.   CONCLUSION

WHEREFORE, for the reasons set forth above, defendants herein respectfully request that this Honorable Court grant Defendants' Motion to Extend Deadline for Defendants' Class-Certification Expert Reports, granting defendants until September 10, 2007 to provide plaintiffs with such reports.

Dated: August 15, 2007                    Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

---

[4] 6A Federal Practice and Procedure § 1522.1 (2d. ed. 1990), Charles Allen Wright, et al.

5

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
    MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT

s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF
AMERICA

          s/ Ralph S. Hubbard III
          LUGENBUHL, WHEATON, PECK, RANKIN
           & HUBBARD
          Ralph S. Hubbard III - # 7040
          Joseph Guichet - # 24441
          Rachel Meese - # 25457
          601 Poydras Street
          Pan American Life Center, Suite 2775
          New Orleans, LA  70130-6027
          TELEPHONE:  (504) 568-1990
          FACSIMILE:  (504) 310-9195
          Attorneys for ST. PAUL FIRE AND MARINE
          INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2007, a copy of the above and foregoing **Memorandum in Support of Levee Defendants' Motion to Extend Deadline for Defendants' Class-Certification Expert Reports** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

          s/ Thomas P. Anzelmo
          McCRANIE, SISTRUNK, ANZELMO,
           HARDY, MAXWELL & McDANIEL
          3445 N. Causeway Boulevard, Ste. 800
          Metairie, Louisiana 70002
          TELEPHONE:  (504) 831-0946
          FACSIMILE:  (504) 831-2492
          E-MAIL: tpa@mcsalaw.com