Survey and Spatial Data Inputs for
Flood Water Modeling of
Hurricane Katrina's Affects on Greater New Orleans

Prepared for

Bruno and Bruno Law Firm
855 Baronne Street
New Orleans, LA 70113

By

Chad A. Morris, P.L.S.
CMor Consulting LLC
Baton Rouge, Louisiana

July 30th, 2007



EXHIBIT 1

Please note that we received almost 500 gigs of data from the U.S. Army Corps of Engineers this past week and have just started going through it. This report will be updated as pertinent data sets are made available and reviewed.