**From:** Stephanie Pizani [mailto:stephaniep@jbrunolaw.com]
**Sent:** Tuesday, August 14, 2007 9:32 AM
**To:** wtreeby@stonepigman.com; GARY M. ZWAIN; tanzelmo@mcsalaw.com
**Cc:** Joe Bruno
**Subject:** In Re Katrina Canal Breaches Consolidated Litigation; Case No.: 05-4182, Section "K" (2)

Please find attached Supplement to TU Delft Report.

Very truly yours,

Stephanie A. Pizani
Legal Secretary to Joseph M. Bruno
THE LAW OFFICE OF JOSEPH M. BRUNO, APLC
Federal Trial Lawyers*
855 Baronne Street
New Orleans, Louisiana 70113
Toll Free: 1-800-966-1335
Telephone: (504) 525-1335
Direct Line: (504) 304-2640
Facsimile: (504) 561-6775
STEPHANIEP@JBRUNOLAW.COM

*Practice Restricted to Federal Courts

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.



EXHIBIT
2

file://C:\Documents and Settings\ajl.CM\Temporary Internet Files\OLK7\ATT2209438.htm    8/14/2007

# Difference between IPET and Delft Polder Flood Simulations

Matthijs Kok
3 August 2007

This document reveals the difference in results between IPET and Delft. The methodology is different. IPET assess the volumes of water of rainfall and overtopping, and uses a GIS system to assess water levels (steady state). The Delft approach calculates the dynamic pattern of the flow.

In the following figure the sub-basins are shown.



Figure 1. Drainage subbasin map.(IPET)

Quote from IPET report: "*Within this overall objective, direct property losses from flooding in New Orleans were estimated for the following scenarios:*

*The actual scenario – Katrina overtops portions of the flood protection system, and the levees and floodwalls are breached.*

*Hypothetical Katrina scenario 1 (Resilient Levees) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina.*

*Hypothetical Katrina scenario 2 (Resilient Levees and Pumps) – Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions*

*of the flood protection system, the levees and floodwalls maintain their integrity and do not breach, and interior pumping is at 100 percent availability.*

*Hypothetical Katrina scenario 3 (Resilient Floodwalls) -- Levees and floodwalls crest elevations are at their pre-Katrina levels. Katrina overtops portions of the flood protection system. Overtopped levees incur scour as in Katrina, but the floodwalls maintain their integrity and do not breach, and interior pumping is as occurred during Katrina".*

### Table 8
### Comparison of Estimated Mean Losses from Katrina with Hypothetical Scenarios ($ million 2005)

| Subbasin Name | Katrina Model | | Hypothetical Katrina Scenario 1 (Resilient Levees) | | Hypothetical Katrina Scenario 2 (Resilient Levees and Pumps) | | Hypothetical Katrina Scenario 3 (Resilient Floodwalls) | |
|---|---|---|---|---|---|---|---|---|
| | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) | Water Surface Elevation ft NAVD88 (2004.65) | Property Loss Estimate ($ million 2005) |
| JE2 | -4.1 | 429 | -4.1 | 429 | -7.0 | 8 | -4.1 | 429 |
| NOE1 | 3.0 | 9 | 2.6 | 9 | 2.6 | 9 | 3.0 | 9.1 |
| NOE2 | 0.8 | 120 | -1.6 | 105 | -7.8 | - | 0.8 | 120 |
| NOE3 | 0.6 | 410 | 0.0 | 400 | -0.5 | 383 | 0.6 | 410 |
| NOE4 | 7.5 | 7 | 7.1 | 57 | 7.0 | 57 | 7.5 | 57 |
| NOE5 | -0.7 | 4,674 | -1.7 | 4,253 | -2.5 | 3,803 | -0.7 | 4,674 |
| OM1 | 2.6 | 2,130 | -0.9 | 1,695 | -5.1 | 133 | 0.0 | 1,713 |
| OM2 | 3.2 | 1,596 | -2.5 | 962 | -5.0 | 877 | -2.7 | 931 |
| OM3 | 3.8 | 1,966 | 3.1 | 1,741 | 2.9 | 1,674 | 3.8 | 1,966 |
| OM4 | 2.3 | 342 | 0.1 | 150 | -1.5 | 46 | 0.1 | 150 |
| OM5 | 2.6 | 3,377 | -0.6 | 895 | -2.0 | 785 | -0.4 | 1,294 |
| SB1 | 10.5 | 2,562 | 4.2 | 1,775 | 3.9 | 1,700 | 10.5 | 2,562 |
| SB3 | 10.9 | 2,384 | 3.7 | 1,412 | 3.7 | 1,412 | 10.9 | 2,384 |
| SB4 | 11.2 | 490 | 6.8 | 253 | 6.4 | 232 | 11.2 | 490 |
| Total | | 20,547 | | 14,164 | | 10,421 | | 17,101 |

*Table 1 Results from IPET*

### Water levels

In the following table the difference in water levels (in feet) between two scenarios "Katrina" and "No breaches" are shown.

| Sub-basin | IPET-report | Delft-report |
|---|---|---|
| OM1 | 7,7 | 8,6 |
| OM2 | 8,2 | 8,5 |
| OM3 | 0,9 | 3,7 |
| OM5 | 4,6 | 3,2 |
| NOE2 | 7,8 | 10,8 |
| NOE6 | 1,8 | 4 |
| SB1 | 6,6 | 11 |
| SB3 | 7,2 | 10 |
| SB4 | 4,8 | 5 |

*Table 2. The difference in water levels (in feet) between the scenarios "Katrina" and "no breaches" in the IPET report and the Delft report.*

The mean difference between the nine sub-basins in table 1 is 1,7 feet. The average difference in the IPET report is 5,5 feet. Hence, IPET reports 30% more water from "rain and overtopping" than the Delft report..

**Damage**
The conclusion from table 1: rainfall and overtopping (scenario 2) would have caused $ 10.9 billion damage, that's more than 50% of the Katrina damage.
In ASCE report it is however reported that 'this estimate did not consider damages to infrastructure and public utilities, which would have suffered far less damage had flooding not been as widespread". (page 39).

The next step is to estimate the damages from the results in the Delft report. This is a recommendation in the Delft report.