# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL<br><br>MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | |

## **O R D E R**

Considering the foregoing Motion for Expedited Hearing;

**IT IS ORDERED** that the Motion is hereby GRANTED and that the Motion to Reconsider Court's Order on Levee Defendants' Motion to Extend Deadline for Defendants' Class-Certification Expert Reports shall be heard on August ___ , 2007 at _____. Any opposition thereto shall be due August ____, at _____.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2007

_____
UNITED STATES MAGISTRATE JUDGE