UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL |
| | MAG. WILKINSON |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |

## *EX PARTE* MOTION FOR EXPEDITED HEARING

The Levee defendants, through undersigned counsel, respectfully move for entry of an Order setting an expedited hearing on Defendants' Motion to Extend Deadline for Defendants' Class-Certification Expert Reports. The Levee defendants respectfully submit that an expedited hearing is necessary in light of the current deadline of August 27, 2007 for defendants' class-certification expert reports.

88701 1v.1

**WHEREFORE,** the Levee defendants respectfully move for entry of an Order setting an expedited hearing on Defendants' Motion to Extend Deadline for Defendants' Class-Certification Expert Reports.

Dated: August 15, 2007                    Respectfully submitted,

                                                    s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE: (504) 831-0946
FACSIMILE: (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-945
Attorneys for the ORLEANS LEVEE DISTRICT

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT

s/ Kirk Aurandt
DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich - #7354
Jonathon H. Sandoz - #23928
Michael W. McMahon - #23987
Jon A. Van Steenis - #27122
Kirk N. Aurandt - #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE: (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the BOARD OF
COMMISSIONERS FOR THE PORT OF
NEW ORLEANS

        s/ Robin D. Smith  
        U.S. DEPARTMENT OF JUSTICE  
        Peter D. Keisler  
        Assistant Attorney General  
        Jeffrey S. Bucholtz  
        Principal Deputy Assistant Attorney General  
        C. Frederick Beckner III  
        Deputy Assistant Attorney General  
        Phyllis J. Pyles  
        Director, Torts Branch  
        Robin D. Smith  
        Trial Attorney  
        Torts Branch, Civil Division  
        P.O. Box 888  
        Benjamin Franklin Station  
        Washington, D.C. 20044  
        TELEPHONE: (202) 616-4289  
        FACSIMILE: (202) 616-5200  
        Attorneys for the UNITED STATES OF AMERICA

        s/ Ralph S. Hubbard III  
        LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD  
        Ralph S. Hubbard III - # 7040  
        Joseph Guichet - # 24441  
        Rachel Meese - # 25457  
        601 Poydras Street  
        Pan American Life Center, Suite 2775  
        New Orleans, LA 70130-6027  
        TELEPHONE: (504) 568-1990  
        FACSIMILE: (504) 310-9195  
        Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2007, a copy of the above and foregoing *Ex Parte* **Motion for Expedited hearing** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                          s/ Thomas P. Anzelmo
                                          McCRANIE, SISTRUNK, ANZELMO,
                                              HARDY, MAXWELL & McDANIEL
                                          3445 N. Causeway Boulevard, Ste. 800
                                          Metairie, Louisiana 70002
                                          TELEPHONE: (504) 831-0946
                                          FACSIMILE: (504) 831-2492
                                          E-MAIL: tpa@mcsalaw.com