UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE                    JUDGE DUVAL

                                      MAG. WILKINSON
FILED IN    05-4181, 05-4182, 05-4191, 05-4568,
            05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278,
            06-2287, 06-2346, 06-2545, 06-3529,
            06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163,
            06-5367, 06-5471, 06-5771, 06-5786,
            06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288,
            07-1289

### O R D E R

Considering the foregoing Motion for Expedited Hearing;

**IT IS ORDERED** that the Motion is hereby GRANTED and that the Motion to Reconsider Court's Order on Levee Defendants' Motion to Extend Deadline for Defendants' Class-Certification Expert Reports shall be heard on August ___ , 2007 at _____. Any opposition thereto shall be due August ____, at _____.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2007

_____
UNITED STATES MAGISTRATE JUDGE