UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION:  K |
| | * * | MAGISTRATE:  2 |
| PERTAINS TO: INSUR ANCE (#06-5276 c/w #06-8200 c/w #06-9961) | * * * * | |
| DANIEL FREMIN | * * | |
| VERSUS | * * | |
| WATERSTREET INSURANCE COMPANY AND ZURICH INSURANCE COMPANY | * * * | |
| *     *     *     *     *     *     *     * | | |

## ORDER

Considering the above and foregoing Joint Motion For Partial Dismissal With Prejudice:

**IT IS HEREBY ORDERED** that the Motion is granted as prayed for; THAT all of the claims of Plaintiff, Daniel Fremin, asserted in the above-entitled and numbered cause against Assurance Company of America (erroneously sued as Zurich Insurance Company and Assurance Company of America d/b/a Zurich Insurance Company) are hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees; AND THAT Plaintiff's claims asserted

herein against all other Defendants are reserved and shall remain pending on the docket in the above-entitled and numbered cause.

    **NEW ORLEANS**, Louisiana, this  15th  day of  August , 2007.

_____
**J  U  D  G  E**