UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATD LITIGATION | * | |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * | NO. 05-4182 |
| | * | |
| *Severed from Abadie, 06-5164* | * | SECTION "K"(2) |
| | * | |
| | * | |
| LESLEY DIROSA, LOUIS DIROSA | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO.:  07-2499 |
| STATE FARM FIRE and CASUALTY COMPANY | * | |
| Defendant | * | SECTION "K"(2) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER**</u>

Considering for foregoing Ex Parte Consent Motion to Extend Briefing Deadlines:

IT IS HEREBY ORDERED that the Ex Parte Consent Motion to Extend Briefing Deadlines filed by State Farm Fire and Casualty Company relative to the Plaintiffs' Motion for Partial Summary on the Unenforceability of the Anti Concurrent Cause Clause be and is hereby granted and the remaining filing and briefing deadlines are amended as follows:

September 11, 2007 – Defendants shall file their opposition memorandum as well as a single amicus brief on behalf of non-party insurance defendants to this motion.

September 18, 2007 – Plaintiffs shall file their reply brief.

Signed this ___15th___ day of August, 2007. New Orleans, Louisiana.

                                              HONORABLE STANWOOD R. DUVAL, JR.

S:\2900\199\PLEADINGS\DEFENDANT\ORDER RE EX PARTE CONSENT MT.DOC