UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * * | DOCKET NO.:   05-4182 "K" (2)<br><br>JUDGE:         DUVAL<br><br>MAGISTRATE:   WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE    (Larroque, No. 06-8451)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

- Joseph M. Messina is hereby enrolled as additional counsel of record for State Farm Fire and Casualty Company in this matter and is designated as Lead Counsel in place of Burt K. Carnahan in this matter;

- Eric B. Berger is also designated, along with Joseph M. Messina, as Notice Counsel for State Farm Fire and Casualty Company;

- Burt K. Carnahan, Tara L. Mason, Brant Cacamo, Pamela K. Richard, and Charles R. Rumbley will remain a counsel of record but are not to be designated as notice counsel or lead counsel.

New Orleans, Louisiana, this __15th__ day of ____August____, 2007.

_____
JUDGE