UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 2005-4182 "K" (2) |
| | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-9097) DANIEL WILKINSON v. ALLSTATE INSURANCE COMPANY and GREGORY RUIZ AGENCY | * * * | |

* * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Complainant, Daniel Wilkinson, and Defendant, Allstate Insurance Company, and upon suggesting to the Court that the parties have amicably resolved this matter and now desire to dismiss this matter, with prejudice, each party to bear their own costs.

**WHEREFORE**, it is prayed that this matter be dismissed, with prejudice, each party to bear their own costs of Court.

Respectfully Submitted,

*[signature]*

GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
       mcollins@phjlaw.com
*Attorneys for Allstate Insurance Company*


- *AND* -

*[signature]*

FRANCES M. OLIVIER (#17895)
Law Office of Frances M. Olivier
3500 North Hullen Street
Metairie, LA 70002
Telephone: (504) 739-2468
Facsimile: (504) 739-2469
E-mail: frantown@yahoo.com
*Attorney for Daniel Wilkinson*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this _16th_ day of _August_, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

GLENN B. ADAMS
MICHAEL W. COLLINS