UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO:     INSURANCE | * | |
| | * | |
| LUCILLE AND EDWARD | * | |
| RICHARDSON          NO. 07-3588 | * | |
| | * | SECT.: JUDGE DUVAL (K) |
| VERSUS | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAG: MAGISTRATE |
| | * | WILKINSON (2) |

*********************************************

ALLSTATE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance

Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-

owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate

Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The

Allstate Corporation.

RESPECTFULLY SUBMITTED:

THE SCHWAB LAW FIRM

/s/    Danna E. Schwab
DANNA E. SCHWAB, (#20367)
7847 MAIN STREET
P. O. BOX 7095
HOUMA, LA  70361
TELEPHONE: (985) 868-1342; fax 985-868-1345

**E-mail: dschwab@theschwablawfirm.com**
**Attorney for Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to

all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of

electronic filing by first-class mail to all non-CM/ECF participants.

_____*/s/ Danna E. Schwab*__