## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** * | |
| * | |
| **PERTAINS TO:    INSURANCE** * | |
| * | |
| **TEMPLE RICHARDSON   NO. 07-3455** * | |
| * | **SECT.: JUDGE DUVAL (K)** |
| **VERSUS** * | |
| * | |
| **ALLSTATE INSURANCE COMPANY** * | **MAG: MAGISTRATE** |
| * | **WILKINSON (2)** |

*******************************************

### ALLSTATE INSURANCE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

RESPECTFULLY SUBMITTED:

THE SCHWAB LAW FIRM

*/s/    Danna E. Schwab*
**DANNA E. SCHWAB, (#20367)**
**7847 MAIN STREET**
**P. O. BOX 7095**
**HOUMA, LA  70361**
**TELEPHONE: (985) 868-1342; fax 985-868-1345**
**E-mail: dschwab@theschwablawfirm.com**

              **Attorney for Allstate Insurance Company**

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                ____*/s/ Danna E. Schwab*__