UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO:    INSURANCE | * | |
| | * | |
| EDDIE B. AND ODA B. | * | |
| VARNADO              NO. 07-3436 | * | |
| | * | SECT.: JUDGE DUVAL (K) |
| VERSUS | * | |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | MAG: MAGISTRATE |
| | * | WILKINSON (2) |

*******************************************

### ALLSTATE INSURANCE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

                                                RESPECTFULLY SUBMITTED:

                                                THE SCHWAB LAW FIRM

                                                */s/    Danna E. Schwab*
                                                **DANNA E. SCHWAB, (#20367)**
                                                **7847 MAIN STREET**
                                                **P. O. BOX 7095**
                                                **HOUMA, LA  70361**
                                                **TELEPHONE: (985) 868-1342; fax 985-868-1345**

             **E-mail: dschwab@theschwablawfirm.com**
             **Attorney for Allstate Insurance Company**

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

                  *____/s/ Danna E. Schwab___*