UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Sims, Jr., No. 06-5116) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************ | | |

**MOTION FOR LEAVE TO FILE
THIRD AMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL**

**NOW COMES** Plaintiffs, Leslie Sims, Jr., Rosa Marques, Floyd S. Aaron, III, Hassar Sleem, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, residing in, or doing business in Lakeview and Carrollton-Hollygrove areas of Orleans Parish, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, [Doc. 1] as amended by First Amendment filed September 28, 2006 [Doc. 1250] and Second Amendment [Doc. 3733], and pursuant to Federal Rule of Civil Procedure 15, request leave to file the attached its Third Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP    909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000

            Telecopy:  (504) 569-7001
            wgambel@millinglaw.com

            Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364262

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 16th day of August, 2007.

                                             /s/ William C. Gambel
                                             William C. Gambel

W364262