UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **No. 05-4182** |
| **PERTAINS TO:** | * | **& Consolidated Cases** |
| **LEVEE (Sims, Jr., No. 06-5116)** | * | |
| | * | **SECTION K** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE WILKINSON** |

**************************************

**ORDER**

Considering the foregoing Motion for Leave to File Third Amended Complaint,

IT IS ORDERED that the Motion for Leave to File Third Amended Complaint filed by Plaintiffs,, be and the same hereby is GRANTED.

New Orleans, Louisiana on this the _____ day of _____, 2007.

_____
J U D G E

W364264