UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Porter, No. 06-5140) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ****************************************** | | |

MOTION FOR LEAVE TO FILE
SECOND AMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Rhealynda and Eric E. Porter, Mary Louise and James Cole, Sr., William Muhammad and Doris A. Fortune', and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Lower Ninth Ward and St. Bernard Parish, (hereinafter "Lower Nine Plaintiffs"), [Doc. 1], as amended by First Amendment [Doc. 3721], and pursuant to Federal Rule of Civil Procedure 15, request leave to file the attached its Second Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial.

                Respectfully submitted,

                /s/ William C. Gambel
                WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP  909 Poydras Street, Suite 2300
                New Orleans, LA 70112
                Telephone: (504) 569-7000
                Telecopy:  (504) 569-7001
                wgambel@millinglaw.com

                                                Attorneys for Plaintiffs

John J. Cummings, III (#4652)  
Cummings & Cummings  
416 Gravier Street  
New Orleans, LA  70130  
Phone:  (504) 586-0000  
Fax:     (504) 522-8423  

W363869

CERTIFICATE OF SERVICE

    I certify that on this 16th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                              /s/ <u>William C. Gambel</u>

W363869