UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Porter, No. 06-5140) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************** | | |

## LOCAL RULE 7.6 E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for Plaintiffs have inquired of Defendants and is informed that the United States objects to the filing of the MOTION TO FILE SECOND AMENDMENT TO COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES AND REQUEST FOR TURY TRIAL by, Rhealynda and Eric E. Porter, Mary Louise and James Cole, Sr., William Muhammad and Doris A. Fortune'.

                /s/ William C. Gambel
                WILLIAM C. GAMBEL, Bar # 5900
                MILLING BENSON WOODWARD, LLP
                909 Poydras Street, Suite 2300
                New Orleans, LA 70112
                Telephone: (504) 569-7210
                wgambel@millinglaw.com

                Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W363872

CERTIFICATE OF SERVICE

I certify that on this 16th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W363872