# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**DEFENDANT UNITED STATES' CONSENT MOTION TO
CONTINUE THE HEARING DATE FOR THE UNITED STATES' MOTION
TO COMPEL STATE FARM FIRE & CASUALTY COMPANY'S RESPONSES
<u>TO REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

The United States moves to continue the hearing date for the United States'

Motion to Compel State Farm Fire & Casualty Company's ("State Farm") Responses to

Requests for Production of Documents (Doc. 6831).  Counsel for the United States and

counsel for State Farm are attempting to resolve the issues in dispute which may obviate the need for court intervention.  Therefore, the United States requests that the hearing date on the motion to compel, which is currently set for Wednesday, August 22, 2007, at 11:00 a.m., be continued to Wednesday, August 29, 2007, at 11:00 a.m. in order to give the parties additional time to resolve this matter.  Counsel for the United States also requests that State Farm's date for responding to the motion to compel be extended until August 21, 2007.  Counsel for State Farm consents to this motion.  A proposed order is attached to this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Daniel M. Barish
DANIEL M. BARISH
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4272 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 16, 2007

## **CERTIFICATE OF SERVICE**

      I, Daniel M. Barish, hereby certify that on August 16, 2007, I served a true copy of the United States' Motion to Continue the Hearing Date for the United States' Motion to Compel State Farm Fire & Casualty Company's Responses to Requests for Production of Documents upon all parties by ECF.


                                       s/   Daniel M. Barish
                                       DANIEL M. BARISH