UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5771, 06-5786, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | |

## ORDER

The hearing date on the United States' Motion to Compel State Farm Fire & Casualty Company's Responses to Requests for Production of Documents (Doc. 6831) is hereby continued to Wednesday, August 29, 2007, at 11:00 a.m., and accordingly State Farm's response to the motion shall be due on August 21, 2007.

New Orleans, Louisiana, this ___ day of August, 2007

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE