UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Bourgeois, No. 06-5131) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

***************************************

**MOTION FOR LEAVE TO FILE**
**SECOND AMENDMENT TO COMPLAINT**
**FOR DECLARATORY JUDGMENT AND DAMAGES**
**AND REQUEST FOR JURY TRIAL**

**NOW COMES** Plaintiffs, Linda C. and Arnold F. Bourgeois, Wanette and Nikita Boute, Sheila M. Johnson, and Wheeler Norwood, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Old Gentilly and Lake Terrace sections of the City of New Orleans, State of Louisiana, (hereinafter "Old Gentilly and Lake Terrace Plaintiffs"), who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, [Doc. 1], as amended by First Amendment [Doc. 3754] and pursuant to Federal Rule of Civil Procedure 15, requests leave to file the attached its Second Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900

MILLING BENSON WOODWARD, LLP   909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W363905

CERTIFICATE OF SERVICE

     I certify that on this 16th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                                              /s/ William C. Gambel

W363905