UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Bourgeois, No. 06-5131) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Amended Complaint,

IT IS ORDERED that the Motion for Leave to File Second Amended Complaint filed by Plaintiffs, Linda C. and Arnold F. Bourgeois, Wanette and Nikita Boute, Sheila M. Johnson, and Wheeler Norwood, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Old Gentilly and Lake Terrace sections of the City of New Orleans, State of Louisiana, (hereinafter "Old Gentilly and Lake Terrace Plaintiffs"), who suffered damages due to failure of the flood protection system, be and the same hereby is GRANTED.

New Orleans, Louisiana on this the _____ day of _____, 2007.

_____
J U D G E

W363857