UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Williams, No. 06-5137) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************* | | |

**MOTION FOR LEAVE TO FILE**
**SECOND AMENDMENT TO COMPLAINT**
**FOR DECLARATORY JUDGMENT AND DAMAGES**
**AND REQUEST FOR JURY TRIAL**

**NOW COMES** Plaintiffs, Susan and August Williams, Mary B. and Donald Ortego, Shirley F. and Lawrence C. Cangelosi, Jr., and Rosa H. and Preston J. Edwards, Sr., and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder Boulevard and its environs to the Lakefront Airport, as herein defined, (hereinafter "Kenilworth, Lake and Lakefront Plaintiffs"), who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, as amended by First Amendment [Doc. 3719], and pursuant to Federal Rule of Civil Procedure 15, request leave

to file the attached its Second Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ William C. Gambel |
|  | WILLIAM C. GAMBEL, Bar # 5900 |
| MILLING BENSON WOODWARD, LLP | 909 Poydras Street, Suite 2300 |
|  | New Orleans, LA 70112 |
|  | Telephone: (504) 569-7000 |
|  | Telecopy:  (504) 569-7001 |
|  | wgambel@millinglaw.com |
|  | Attorneys for Plaintiffs |

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W363991

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 16th day of August, 2007.

                                              /s/ William C. Gambel
                                              William C. Gambel

W363991