UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

ERD-011-000000015;

ERD-011-000000044;

ERD-013-000000001 to ERD-013-000000020;

ERD-014-000000001 to ERD-014-000000259;

ERD-015-000000001 to ERD-015-000000085;

ERD-016-000000001 to ERD-016-000000092;

ERD-017-000000001 to ERD-017-000000041;

ERD-018-000000001 to ERD-018-000000047.

The United States' second privilege log is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 16, 2007

**CERTIFICATE OF SERVICE**

      I, Paul Marc Levine, hereby certify that on August 16, 2007, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF:

                                                        s/ Paul Marc Levine
                                                        PAUL MARC LEVINE