Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
CHL IPET Production

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| ERD-011-000000015 | ERD-011-000000015 | Privacy Act | 20051010 | Pinkard, Fred | USACE ERDC CHL Room 326 | | | Notes of Cell Phone Interview |
| ERD-011-000000044 | ERD-011-000000044 | Privacy Act | 20051011 | Pinkard, Fred | USACE ERDC CHL Room 326 | | | Notes from Face to Face Interviews |
| ERD-013-000000001 | ERD-013-000000020 | Privacy Act | 20051006 | Smith, Jane | USACE ERDC CHL Room 527 | | | Interview field notebook dated 10/06/2005 to 10/08/2005 entitled "Katrina High Water Storm Damage." |
| ERD-014-000000001 | ERD-014-000000082 | Privacy Act | 20050829 | Maggio, David | USACE ERDC CHL Bldg 5016 | | | Field Notes; Complete Listing of New Orleans Interviews Related to Hurricane Katrina, 08/29/2005 at the following locations: 17th Street Canal Breach, West Breach London Canal, East Breach London Canal, South Gentilly Ridge, West Industrial Canal/Upper Ninth Ward, Bartholomew Golf Course, East Industrial Canal/Lower Ninth Ward & Chalmette, East New Orleans (S. of Hayne Blvd.), Downtown New Orleans/Metairie, Bunker. |
| ERD-014-000000083 | ERD-014-000000105 | Privacy Act | 20050829 | Maggio, David | USACE ERDC CHL Bldg 5016 | | | Interview notes: 17th St. Canal Breach, West Breach London Canal, East Breach London Canal, South Gentilly Ridge, West Industrial Canal/Upper Ninth Ward, East New Orleans |
| ERD-014-000000106 | ERD-014-000000259 | Privacy Act | 20050829 | Maggio, David | USACE ERDC CHL Bldg 5016 | | | Assorted interview field notes dated 08/29/2005 to 04/25/2006 |
| ERD-015-000000001 | ERD-015-000000085 | Privacy Act | 20050927 | Maynord, Steve | USACE ERDC CHL Room 227 | | | Field Notebook containing interview notes dated 09/27/2005 to 03/23/2006 |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
CHL IPET Production

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| ERD-016-000000001 | ERD-016-000000011 | Privacy Act | 20060425 | Abraham, David | USACE ERDC CHL Room 323 | | | Field Book entitled "N.O. Katrina D.A. yb-2" containing interview notes dated 04/25/2006 to 03/12/2007 |
| ERD-016-000000012 | ERD-016-000000092 | Privacy Act | 20051014 | Abraham, David | USACE ERDC CHL Room 323 | | | Interview field book entitled "N.O. Katrina D.A. yb-1" containing interview notes dated 10/14/2005 to 03/24/2006 |
| ERD-017-000000001 | ERD-017-000000014 | Privacy Act | 20051102 | Pinkard, Fred | USACE ERDC CHL Room 326 | | | Field Book entitled "New Orleans 11/02 - 11/04, 2005" containing assorted interview notes |
| ERD-017-000000015 | ERD-017-000000037 | Privacy Act | 20051006 | Pinkard, Fred | USACE ERDC CHL Room 326 | | | Field Book entitled "New Orleans 10/06 - 10/14, 2005; 10/31 - 11/01, 2005" containing assorted interview notes |
| ERD-017-000000038 | ERD-017-000000041 | Privacy Act | 20051013 | Pinkard, Fred | USACE ERDC CHL Room 326 | | | Assorted interview notes dated 10/13/2005 to 11/02/2005 |
| ERD-018-000000001 | ERD-018-000000047 | Privacy Act | 20051109 | Heath, Ronald E | USACE ERDC CHL Bldg 3200, Room 312 | | | Field Notebook dated 11/09/2005 to 10/20/2006 entitled "IPET Copy of Field, Office, and Interview Notebook" |