UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: O'Dwyer 06-6099 RESPONDER | SECTION "K" (2) |

### UNITED STATES' UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' PROTECTIVE REFILED COMPLAINT

NOW INTO COURT, comes Defendant, United States of America, through undersigned counsel, which moves the Court for entry of an order granting it a 15-day extension of time, or until September 7, 2007, within which to file responsive pleadings to Plaintiffs' *Protective Refiled Complaint for Compensatory and Exemplary Damages, and For Reasonable Attorney's Fees and Taxable Costs, In a Class Action Lawsuit.*  In support of this motion, the United States shows:

1.

Undersigned counsel for the United States learned this morning that his father has been admitted to the hospital in north Louisiana for a serious health condition.  Undersigned counsel plans to travel today to be with his father and family members.  Due to this unforeseen event, it is highly unlikely that undersigned counsel will be able to complete the United States' responsive pleadings and get them filed by the August 23, 2007 filing deadline.

2.

In view of the foregoing, the United States requests a 15-day extension of its August 23, 2007 answer filing deadline.

3.

Plaintiffs' counsel, Ashton O'Dwyer, has been contacted regarding this request for extension and he has indicated that he has no opposition to the Court's granting of the requested 15-day extension of the answer filing deadline.

WHEREFORE, Defendant, United States of America, moves this Court for entry of an order granting it an additional 15 days, or until September 7, 2007, within which to file responsive pleadings in this action.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY


s/James L. Nelson
James L. Nelson, LBN 9934
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jim.nelson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by electronic mail, this 16th day of August, 2007.

 s/ James L. Nelson
James L. Nelson
Assistant United States Attorney