UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: O'Dwyer 06-6099 RESPONDER | SECTION "K" (2) |

## ORDER

CONSIDERING the United States' unopposed motion for third extension of time to file responsive pleadings in this matter, and for good cause shown:

IT IS HEREBY ORDERED that the United States' motion is GRANTED;

IT IS FURTHER ORDERED that the United States shall be granted until September 7, 2007, within which to file responsive pleadings in Civil Action No. 06-6099.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
STANWOOD R. DUVAL, JR. .
UNITED STATES DISTRICT JUDGE