UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Christophe, No. 06-5134) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

## MOTION FOR LEAVE TO FILE
## SECOND AMENDMENT TO COMPLAINT
## FOR DECLARATORY JUDGMENT AND DAMAGES
## AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Mary and Farrell Christophe, Cajuana T. and William R. Lazard, III, Bessie and Manuel Myers, Nora and Sterling Walker, Sr., and others persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed on August 28, 2006, residing in, or doing business in the EAST GENTILLY, (hereinafter "East Gentilly Plaintiffs"), Doc. 1], as amended by First Amendment [Doc. 3725], and pursuant to Federal Rule of Civil Procedure 15, request leave to file the attached its Second Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial.

Respectfully submitted,

MILLING BENSON WOODWARD, LLP

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopy: (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W363985

CERTIFICATE OF SERVICE

      I certify that on this 16th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                                /s/ <u>William C. Gambel</u>

W363985