## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     *    **CIVIL ACTION**
       **CONSOLIDATED LITIGATION**     *     **NO.: 05-4182 "K" (2)**
                      *     **JUDGE DUVAL**
                      *     **MAG. WILKERSON**
                      *
_____ *
                      *
**PERTAINS TO:**     *
**LEVEE:**     *
**C. R. PITTMAN CONSTRUCTION**     *
**COMPANY, INC.**     *
       **V.**     *
**UNITED STATES (07-2771)**     *
_____

## THIRD MOTION FOR EXTENSION
## OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW COMES**, the United States, through the undersigned Assistant United States Attorney, on behalf of the United States Army Corps of Engineers, ("Army Corps"), and respectfully moves this Honorable Court for a third extension of thirty (30) days within which to answer or otherwise plead to Plaintiff's Complaint.  The first motion for an extension of time was pursuant to Local Rule 7.9E.  The undersigned suggests that the filing of this motion is for good cause which will be outlined herein and that no parties to this lawsuit will suffer any prejudice if an extension of time is granted.

Furthermore, the undersigned respectfully notes that the filing of this Motion in no way constitutes an appearance, and none of the defenses available to the Defendant herein are hereby waived by the filing of this pleading.

The reasons for the instant motion are as follows:

1) The United States Attorney's Office for the Eastern District of Louisiana has been recused from this matter.  At this time, the United States Attorney Executive Office (USAEO) has assigned the Western District of Louisiana to handle this matter.

2) As a result, the undersigned is to handle the case and seek the proper relief for the United States deemed to be necessary.

3) The extended answer deadline in this case is August 22, 2007.  However, on August 13, 2007, Counsel for Plaintiff made an extensive offer in settlement, which proposal must be forwarded to client agency and Department officials for review and response.  Undersigned counsel respectfully requests thirty additional days to file the answer or otherwise respond, or until September 24, 2007.

4) Undersigned counsel certifies legal counsel for C.R. Pittman Construction, Inc. has been consulted and expresses no opposition to the requested extension.

**WHEREFORE**, the United States respectfully requests an extension of time from August 22, 2007, up to and including September 24, 2007, to file its responsive pleadings.

Respectfully submitted,

DONALD W. WASHINGTON
United States Attorney

BY:    s/Jennifer B. Drago
JENNIFER B. DRAGO (23633)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana  70501-6865
(337) 262-6897
(337) 262-6693 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/Jennifer B. Drago
JENNIFER B. DRAGO (23633)
Assistant United States Attorney
Western District of Louisiana

3