# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES  *<br>CONSOLIDATED LITIGATION          *<br>                                                      *<br>PERTAINS TO:                               *<br>LEVEE (Richard, No. 06-5118)         *<br>                                                      *<br>                                                      *<br>                                                      *  | | CIVIL ACTION<br><br>No. 05-4182<br>& Consolidated Cases<br><br>SECTION K<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

**************************************

## MOTION FOR LEAVE TO FILE
## SECOND AMENDMENT TO COMPLAINT
## FOR DECLARATORY JUDGMENT AND DAMAGES
## AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Vera D. and Leon D. Richard, Golf Club of New Orleans, LLC, Donald E. Pate, President, Barbara and Barry Pilson, M. D, and Freda and Alfred Liggans, Jr., residing in, or doing business in the Eastover Subdivision, (hereinafter "Eastover Plaintiffs"), more particularly defined in the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, [Doc. 1], and further amended same by First Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed February 1, 2007, [Doc. 2953].

Respectfully submitted,

/s/ William C. Gambel

|  |  |
|---|---|
| MILLING BENSON WOODWARD, LLP | WILLIAM C. GAMBEL, Bar # 5900<br>909 Poydras Street, Suite 2300<br>New Orleans, LA 70112<br>Telephone: (504) 569-7000<br>Telecopy:  (504) 569-7001<br>wgambel@millinglaw.com |
|  | Attorneys for Plaintiffs |

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364336

CERTIFICATE OF SERVICE

I certify that on this 16th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W364336