UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Richard, No. 06-5118) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************ | | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion to File Second Amended Complaint has been scheduled and set for the 5th day of September, 2007, at 9:30 a.m. before the Honorable Stanford R. Duval, Jr., United States District Judge presiding.

                                                          Respectfully submitted,

OF COUNSEL:                    /s/ William C. Gambel
MILLING BENSON WOODWARD, LLP  WILLIAM C. GAMBEL (#5900)
                                                 909 Poydras Street, Suite 2300
                                                 New Orleans, LA  70112-1010
                                                 Telephone:  (504) 569-7000
                                                 Telecopy:    (504) 569-7001
                                                 wgambel@millinglaw.com

                                               Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423
W364337

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 16th day of August, 2007.

                                                /s/ William C. Gambel
                                                William C. Gambel

W364337