## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>**KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | *<br>*<br>* | **CIVIL ACTION NO.: 05-4182** |
| **PERTAINS TO:     INSURANCE** | *<br>* | |
| **RAYMOND AND ETHERAL**<br>**LESENE                    NO. 07-3440** | *<br>*<br>* | **SECT.: JUDGE DUVAL (K)** |
| **VERSUS** | *<br>* | |
| **ALLSTATE INSURANCE COMPANY** | *<br>* | **MAG: MAGISTRATE**<br>**WILKINSON (2)** |

## ALLSTATE INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

                                                  **RESPECTFULLY SUBMITTED:**

                                                  **THE SCHWAB LAW FIRM**

                                                  */s/     Danna E. Schwab*_____
                                                  **DANNA E. SCHWAB, (#20367)**
                                                  **7847 MAIN STREET**
                                                  **P. O. BOX 7095**
                                                  **HOUMA, LA  70361**
                                                  **TELEPHONE: (985) 868-1342; fax 985-868-1345**
                                                  **E-mail: dschwab@theschwablawfirm.com**

**Attorney for Allstate Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

_____*/s/ Danna E. Schwab*__