UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Augustine, No. 06-5142) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

ORDER

Considering the foregoing Motion for Leave to File Second Amended Complaint,

IT IS ORDERED that the Motion for Leave to File Second Amended Complaint filed by Plaintiffs, Xiomara Augustine, individually and d/b/a Bright Minds Academy, Lisa Stafford, Anna Lena Stewart and Brenda M. Moses, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Lake Bullard, Lake Barrington, Lake Forest, Huntington Park, and Fairway Estates communicates and environs, (hereinafter "Lake, Park, Subdivision and Estates Plaintiffs"), who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, ", be and the same hereby is GRANTED.

New Orleans, Louisiana on this the _____ day of _____, 2007.

_____
J U D G E

W364329