UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | | NO. 05-4182 "K"(2) |

CONSOLIDATED WITH

| | | |
|---|---|---|
| A. PATRICK DEHON,JR. and MAUREEN E. DEHON | * | CIVIL ACTION |
| | * | NO. 06-6761 |
| VERSUS | | |
| | * | SECTION "K" |
| ENCOMPASS INSURANCE COMPANY | | |
| | * | MAG. 2 |

*********************************************

## O R D E R

Considering the foregoing Motion to Enroll As Co-Counsel of Record;

IT IS ORDERED that the name of Steven M. Lozes, of Lozes & Ponder, be and he is hereby enrolled as co-counsel and Trial Counsel for Encompass Insurance Company in the above numbered and entitled matter.

New Orleans, Louisiana this ____16th____ day of _____August_____, 2007.

_____
JUDGE