FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 16   PM 4: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE:   *Aaron*, 06-4746 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Joycelyn Steptoe Hawkins are dismissed, without prejudice, each party to bear its own costs;

New Orleans, Louisiana, this /5 day of _Aug_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

87270