```
                    U.S. FILED
              EASTERN DISTRICT COURT
                   DISTRICT OF LA
              2007 AUG 10  PM 4: 23
                 LORETTA G. WHYTE
                       CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY R. VETTER and<br>LINDA A. VETTER | * <br> * | CIVIL ACTION NO.: 06-1769 |
| VERSUS | * <br> * | JUDGE: ~~VANCE~~ DUVAL |
| ALLSTATE INSURANCE COMPANY | * <br> * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS, WITH PREJUDICE

Plaintiffs Gary and Linda Vetter have resolved their dispute with defendant Allstate Insurance Company. As a result of this settlement, Plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice.

**WHEREFORE**, Gary and Linda Vetter pray that their claims and this lawsuit be dismissed, with prejudice.

Respectfully submitted,

/s/ David Cannella

Mickey Landry, 22817
David Cannella, 26231
Landry & Swarr, L.L.C.
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone (504) 299-1214
Facsimile (504) 299-1215

Attorney for Gary and Linda Vetter

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep 85885
___ Doc. No.___

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss, with Prejudice and Order has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 3rd day of August, 2007.

_____
Mickey Landry

**DAVID R. CANNELLA**

85885