FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 16  PM 4:35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GARY R. VETTER and LINDA A. VETTER | * | CIVIL ACTION NO.: 06-1769 |
| VERSUS | * | JUDGE: ~~VANCE~~ DUVAL   K |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE: CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Dismiss, with Prejudice;

**IT IS ORDERED** that the Motion to Dismiss, with Prejudice be and hereby is **GRANTED** and that this case and all of the claims asserted herein be and hereby are dismissed, with prejudice.

New Orleans, Louisiana, this 15th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____

85885