# United States District Court

## EASTERN DISTRICT OF LOUISIANA

BASEM RAFEEDIE, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-3852 "K" (2)

STATE FARM INSURANCE COMPANY

TO:

State Farm Insurance Company

ANDRIANNE L. BAUMGARTNER
PORTEOUS, HAINKEL & JOHNSON
704 CARONDELET STREET
NEW ORLEANS, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Connick
2551 Metairie Road
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| Loretta G. Whyte | July 27, 2007 |
|---|---|
| Clerk | Date |

*Eric McNamara*
(By) Deputy Clerk

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No ___

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 08/01/07 |
|---|---|
| NAME OF SERVER (PRINT) WILLIAM P. CONNICK | TITLE ATTORNEY AT LAW |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: <u>PORTEOUS, HAINKEL & JOHNSON</u> <u>704 CARONDELET STREET, NEW ORLEANS, LA 70130</u>

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/15/07
Date

Signature of Server

CONNICK & CONNICK, L.L.C., 2551 METAIRIE RD.
Address of Server
METAIRIE, LA 70001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 8/11/07 |
| 1. Article Addressed to:<br>Wm. Ryan Acomb<br>Porteous, Hainkel & Johnson<br>704 Carondelet Street<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0390 2446 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CONNICK and CONNICK, L.L.C.
2551 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

BJE - Rafeedie