UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Adams, Sr., No. 06-5128) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

## MOTION FOR LEAVE TO FILE
## SECOND AMENDMENT TO COMPLAINT
## FOR DECLARATORY JUDGMENT AND DAMAGES
## AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Marie A. and Clarence J. Adams, Sr., Nilsa Maria Hernandez Dupaty, Wanda and Kerry Gray, Sr., Angela D. and Larnell Bates, Jr., Joshua Jolla, and others persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Oak Island, Lake Carmel, Village de L'est, Little Woods and Michoud Subdivisions and environs, (hereinafter "Oak Island, et al., Plaintiffs"), who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and in furtherance thereof hereby files a request to further amend the Complaint filed herein on August 28, 2006 [Doc. 1], as amended by First Amendment filed herein [Doc. 3712 ].

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP   909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000

        Telecopy:  (504) 569-7001
        wgambel@millinglaw.com

        Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364385

CERTIFICATE OF SERVICE

I certify that on this 17th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W364385