AO 440 (Rev. 10/93) Summons in a Civil Action
=================================================================================

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

THOMAS A. TARANTINO, ET AL                **SUMMONS IN A CIVIL CASE**

                            **V.**                Case Number:07-3854 "K" (2)

STATE FARM INSURANCE COMPANY

TO: (Name and address of defendant)

State Farm Insurance Company
ANDRIANNE L. BAUMGARTNER
PORTEOUS, HAINKEL & JOHNSON
704 CARONDELET STREET
NEW ORLEANS, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Connick
2551 Metairie Rd
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                          **July 26, 2007**
Clerk                                     Date

_Eri McNamara_

(By) Deputy Clerk

Fee
Process
X. Dktd
CtRmDep
Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>08/01/07 |

| | |
|---|---|
| NAME OF SERVER (PRINT)<br>WILLIAM P. CONNICK | TITLE<br>ATTORNEY AT LAW |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant.  Place where served: PORTEOUS, HAINKEL & JOHNSON
     704 CARONDELET STREET, NEW ORLEANS, LA 70130

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08/15/07
         Date

Signature of Server

CONNICK & CONNICK, L.L.C., 2551 METAIRIE RD.
Address of Server
METAIRIE, LA 70001

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wm. Ryan Acomb
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  8/1/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7007 1490 0000 0390 2453

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**CONNICK and CONNICK, L.L.C.**
**2551 METAIRIE ROAD**
**METAIRIE, LOUISIANA 70001**

BJE-Tarantino