UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES * | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | |
| * | No. 05-4182 |
| PERTAINS TO: * | & Consolidated Cases |
| LEVEE (DePass., No. 06-5127) * | |
| * | SECTION K |
| * | JUDGE DUVAL |
| * | MAGISTRATE WILKINSON |

**MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF MOTION TO FILE
THIRD AMENDMENT COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL**

**NOW COME** Plaintiffs, Elizabeth H. and William Keith DePass, IV, Marshall L. Harris, Manuel C. Trelles, William B. Coleman, III, Carol C. and William C. Gambel, and Ronald Landry, and others, residing in, or doing business in Metairie, Jefferson Parish, Louisiana, more particularly defined in the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and in furtherance thereof hereby request to amend the Complaint filed herein on August 28, 2006, and the First Amended Complaint filed herein on September 28, 2006, and the Second Amended Complaint filed herein on April 11, 2007 (hereinafter "DePass"), through counsel of record, herein move the Court to file its Motion for Leave to File Reply Memorandum in Support of Motion to File Third Amended Complaint.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP

                                              909 Poydras Street, Suite 2300
                                              New Orleans, LA 70112
                                              Telephone: (504) 569-7210
                                              wgambel@millinglaw.com

                                              Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364394

CERTIFICATE OF SERVICE

I certify that on this <u>17th</u> day of July, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ <u>William C. Gambel</u>

W364394