UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass., No. 06-5127) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

## ORDER

Considering the foregoing Motion to File and the Reply Memorandum in Support of Motion to Amend Complaint for Declaratory Judgment and Damages and Request for Jury Trial, Motion for Leave to File Third Amendment to Complaint filed July 31, 2007, and the Memorandum in Support,

IT IS ORDERED that the Motion for Leave to File Third Amendment to Complaint filed by Plaintiffs, Elizabeth H. and William Keith DePass, IV, Marshall L. Harris, Manuel C. Trelles, William B. Coleman, III, Carol C. and William C. Gambel, and Ronald Landry, and others, residing in, or doing business in Metairie, Jefferson Parish Louisiana, more particularly defined in the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed August 28, 2006, (Doc. 1) as amended by First and Second Amendment to Complaint filed September 28, 2006, (Doc. 1254) and April 11, 2007, (Doc. 3708), respectively, who suffered damages due

to failure of the flood protection and drainage system for the New Orleans East Bank polder be and the same hereby is GRANTED.

     New Orleans, Louisiana on this the _____ day of _____, 2007.

                                                        Stanwood R. Duval, Jr.

W364382