UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE and MRGO: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

ORDER

Considering Plaintiffs' Motion for Entry of a Procedure Order Simplifying the Procedures for the Addition of Claims Against the Corps of Engineers, and for Adding New Parties Asserting Like Claims (Doc. 3315) and argument heard on August 8, 2007,

**IT IS ORDERED** that Plaintiffs' Motion in cases No. 06-5116 (Sims), No. 06-5118 (Richard), No. 06-5142 (Augustine), No. 06-5132 (Ferdinand), No. 06-5131 (Bourgeois), No. 06-5134 (Christophe), No. 06-5137 (Williams), No. 06-5127 (DePass), No. 06-5128 (Adams), and No. 06-5140 (Porter), hereinafter "referenced cases", having been heard on the 21st day of March, 2007, at 9:30 a.m., before the Honorable Stanford R. Duval, Jr., United States District Judge Presiding, is hereby **GRANTED** in the following respect to wit:

(a) any named Plaintiff in any referenced case, may, without further leave of Court, amend the complaint in any referenced case to assert causes of action against the United States or any agency thereof under the Federal Tort Claims Act and/or Suit in Admiralty Act and/or the Admiralty Extension Act, when it is timely to do so, i. e.,

subsequent to the passage of six months from filing of a Form SF 95 respecting same, as amended, or formal denial of claim, by pleading styled "Amendment to Complaint per Procedures Order entered (the date of entry of this Order)", providing the claim identification number assigned to the claim (i.e. by the United States Army Corps of Engineers) or other acknowledgment of receipt thereof; and

    (b)    A non-party may, without further leave of Court, intervene as a plaintiff in a referenced case, through or with the consent of counsel of record, by pleading styled "Intervention as per Procedures Order entered (the date of entry of this Order)", and thereby assert any claims against the defendant(s) particularly named in said intervention, reserving the right to subsequently amend, without further leave of court, to assert a claim against the United States or any agency thereof under subparagraph (a) when it is timely to do so; and provided further, that the named defendants in such proceeding will be deemed served process with respect to such claim(s) under subparagraph (a) or (b) above, upon filing an amendment or intervention served on said defendant(s) through his counsel of record by either the court's electronic filing system or by telefaxing and/or placing same in the United States mail, postage prepaid, as evidenced by the certificate of counsel filed with the amendment or to the Complaint intervention; and

provided further that any answer, order or motion filed, entered or pending at the time of amendment or intervention with respect to like claims shall be deemed applicable, attain or govern the claim or claims against the party or parties so joined or claims so added.

    This order is entered with the specific understanding that the United States reserves the right to assert, where the circumstances dictate, that causes of action brought against the Corps do not comport with 28 U.S.C. §2675(a). The United States also reserves the right to challenge the legal

sufficiency of any claim that has been presented to the Corps.

    New Orleans, Louisiana, this __9th__ day of August, 2007.

                                             **STANWOOD R. DUVAL, JR.**
                              **UNITED STATES DISTRICT COURT JUDGE**