**MINUTE ENTRY**
**DUVAL, J.**
**AUGUST 8, 2007**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  LEVEE AND MRGO:<br>                          REC. DOCS. 3315 | NO. 05-4182<br><br>SECTION "K"(2) |
| LEVEE :<br>REC. DOCS 6584 & 6589 | |

### ORDER ARGUMENT

Pltfs' mtn for entry of a procedure order simplifying the procedures for the addition of claims against the Corps of Engineers, and for adding new parties asserting like claims, doc. 3315.
Pltfs' mtn for leave to file pltfs' restated levee master consolidated class action complaint, record doc. 6584.
Pltf's mtn for leave to supplement and amend the mtn for class certification, doc. 6589.

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTER:  PINKNEY FERDINAND**

**APPEARANCES:**
Gary Zwain, Mat Gray, III, Daniel Becnel, Jr., Joseph Bruno, Gerald Meunier, Hugh Lambert, William Treeby, William Gambel, Thomas Anzelmo, Calvin  Fayard, Jr.,  Ralph Hubbard, III, Richard Stone, Sr., Martin Sadler, Kyle Kirsch, Ben Mayeaux, Charles Lanier, Galen Brown, Linda Nelson, Hugh Lambert, Jerome Doak, William Treeby, Heather Loman, Jason Markey, Brent Talbot, Dennis Phayer, Price Mounger, Robert Warren, Kirk Aurandt, Drew Ranier, James Roy, Camilo Salas, Wayne Lee, Jacqueline Brettner, Kelly Strain, Jenny Morris, Steven Usdin, Judy Barrasso, Robin Smith (By Telephone)

Case called; All  present and ready.  Court begins at 2:48 p.m.  Oral argument by parties. Court GRANTED,  Pltfs' mtn for entry of a procedure order simplifying the procedures for the addition of claims against the Corps of Engineers, and for adding new parties asserting like claims, doc. 3315. Pltfs' mtn for leave to file pltfs' restated levee master consolidated class action complaint, record doc. 6584 & Pltf's mtn for leave to supplement and amend the mtn for class certification, doc. 6589, for the oral reasons stated on the record.  Court adjourns at 5:43 p.m.

JS-10 (2:18)