UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

### MOTION TO WITHDRAW MOTION TO COMPEL WGII'S FIRST REQUESTS FOR PRODUCTION AND 30(B)(6) DEPOSITIONS AND INCORPORATED MEMORANDUM

NOW INTO COURT comes Washington Group International, Inc. ("WGII") who advises the court that it has previously filed "Motion to Compel WGII's Requests for Production and 30 (B)(6) Depositions" in this matter (Docket No. 6828), which motion is currently noticed for hearing on August 29, 2007 (Docket No. 7038),

888803v.1

and, further, that mover WGII advises the Court that it now has resolved with those insurers who were the subject of the motion (Allstate Insurance Company, Farmer's Exchange Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Standard Insurance Company) all issues in contention in its pending Motion to Compel and accordingly mover desires to withdraw its pending Motion to Compel, given that the matters that were the subject of the motion have been resolved,

**WHEREFORE,** Washington Group International, Inc. ("WGII") respectfully moves to withdraw its Motion to Compel WGII's Requests for Production and 30 (B)(6) Depositions" (Docket No. 6828).

Dated: August 17, 2007                                    Respectfully submitted,

/s/ Carmelite M. Bertaut
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

888803v.1

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion To Withdraw Motion to Compel WGII's First Requests For Production and 30(b)(6) Deposition and Incorporated Memorandum has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 17th day of August, 2007.

/s/ *Carmelite M. Bertaut*