# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

## PROPOSED ORDER

Considering the foregoing Motion To Withdraw Motion to Compel WGII's First Requests For Production and 30(b)(6) Deposition and Incorporated Memorandum,

IT IS ORDERED that the Motion To Withdraw Motion to Compel WGII's First Requests For Production and 30(b)(6) Deposition Inc. (Docket No. 6828) be and the same is hereby GRANTED.

888803v.1

IT IS FURTHER ORDERED that the hearing on the motion which is currently noticed for August 29, 2007 (Docket No. 7038) be and the same is hereby MOOT.

New Orleans, Louisiana, this _____ day of August, 2007.

_____
MAGISTRATE JUDGE