MINUTE ENTRY
DUVAL, J.
AUGUST 16, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: LEVEE<br>REC. DOC. 6380 | NO. 05-4182<br>SECTION "K"(2) |

### ORAL ARGUMENT

Deft, United States of America mtn to dismiss Counts I - III and V-VII of the superseding master consolidated class action complaint and to strike the remaining Counts, doc. 6380.

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: CATHY PEPPER

APPEARANCES:
Joseph Bruno, Scott Joanein, Price Mounger, Cayce Peterson, Karl Buchler, J. Robert Warren, II, Francis Barry, Jr., Linda Nelson, Alexis Bevis, William Perry, Gerald Meunier, Paul Aucoin, Robin Smith, & Kevin Klibert

Case called; All present and ready. Court begins at 2:00 p.m. Oral argument by parties. Pltfs' offer exhibits A.1 thru A.21; B.1 thru 17; C.1 thru C.19; D.1 thru D.8; E.1 thru E.45; F.1 thru F.27 (CD Rom) provided in lieu of paper documents which are in the record part of doc. 6804, admitted. Also, a power point presentation, was offered and admitted. This matter is SUBMITTED. Court adjourns at 3:52 p.m.

JS-10 (1:51)