**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 143 | AFW-143-000000001 | AFW-143-000002237 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 715) from June 2007 Review and Select Production |
| AFW | 172 | AFW-172-000000517 | AFW-172-000000685 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 699) from June 2007 Review and Select Production |
| AFW | 172 | AFW-172-000001330 | AFW-172-000001582 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 699) from June 2007 Review and Select Production |
| AFW | 264 | AFW-264-000000271 | AFW-264-000000507 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 853) from June 2007 Review and Select Production |
| AFW | 315 | AFW-315-000000029 | AFW-315-000000048 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |
| AFW | 315 | AFW-315-000000079 | AFW-315-000000101 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 315 | AFW-315-000000139 | AFW-315-000000143 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |
| AFW | 315 | AFW-315-000000170 | AFW-315-000000267 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |
| AFW | 315 | AFW-315-000000475 | AFW-315-000000480 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |
| AFW | 315 | AFW-315-000000656 | AFW-315-000000656 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |
| AFW | 315 | AFW-315-000000717 | AFW-315-000000722 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |
| AFW | 315 | AFW-315-000000908 | AFW-315-000000908 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 315 | AFW-315-000000959 | AFW-315-000000968 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 778) from June 2007 Review and Select Production |
| AFW | 436 | AFW-436-000000001 | AFW-436-000000279 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 982) from June 2007 Review and Select Production |
| AFW | 436 | AFW-436-000000428 | AFW-436-000000634 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 982) from June 2007 Review and Select Production |
| AFW | 436 | AFW-436-000000651 | AFW-436-000002023 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 982) from June 2007 Review and Select Production |
| AFW | 467 | AFW-467-000000870 | AFW-467-000000872 | USACE; MVD, MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1033) from June 2007 Review and Select Production |
| AFW | 467 | AFW-467-000000951 | AFW-467-000000958 | USACE; MVD, MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1033) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 467 | AFW-467-000000969 | AFW-467-000000972 | USACE; MVD, MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1033) from June 2007 Review and Select Production |
| AFW | 594 | AFW-594-000000001 | AFW-594-000000070 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1057) from June 2007 Review and Select Production |
| AFW | 594 | AFW-594-000000086 | AFW-594-000000170 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1057) from June 2007 Review and Select Production |
| AFW | 594 | AFW-594-000000174 | AFW-594-000000190 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1057) from June 2007 Review and Select Production |
| AFW | 594 | AFW-594-000000204 | AFW-594-000001205 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1057) from June 2007 Review and Select Production |
| AFW | 594 | AFW-594-000001211 | AFW-594-000001285 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1057) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 009 | AIN-009-000000001 | AIN-009-000001130 | USACE; MVD; MVN; CEMNN-ED-F | William Claver | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 009) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000001 | AIN-017-000000257 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000261 | AIN-017-000000336 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000340 | AIN-017-000000344 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000347 | AIN-017-000000373 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000376 | AIN-017-000000430 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 017 | AIN-017-000000471 | AIN-017-000000483 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000488 | AIN-017-000001816 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC104 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 039 | AIN-039-000000001 | AIN-039-000001407 | USACE; MVD; MVN; RE-E | Joseph G. Kopec | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 039) from July 2007 Review and Select Production |
| AIN | 064 | AIN-064-000000029 | AIN-064-000000055 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 064) from June 2007 Review and Select Production |
| AIN | 064 | AIN-064-000000068 | AIN-064-000000068 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 064) from June 2007 Review and Select Production |
| AIN | 064 | AIN-064-000000074 | AIN-064-000000102 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 064) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 064 | AIN-064-000000308 | AIN-064-000000339 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 064) from June 2007 Review and Select Production |
| AIN | 064 | AIN-064-000000548 | AIN-064-000000733 | USACE; MVD; MVN; CELMN-ED-SP; Design Service Branch; Civil Works File; Projects Eng | Ernest Barton | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 064) from June 2007 Review and Select Production |
| AIN | 152 | AIN-152-000000001 | AIN-152-000000031 | USACE; MVD; MVN; CEMVN-ED-T | Angela Desoto Duncan; | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 508) from July 2007 Review and Select Production |
| NCT | 007 | NCT-007-000000001 | NCT-007-000002254 | USACE; MVD; Contracting Division | Dianne Allen | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1344) from July 2007 Review and Select Production |
| NCT | 008 | NCT-008-000000001 | NCT-008-000002573 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1340) from July 2007 Review and Select Production |
| NCT | 010 | NCT-010-000000001 | NCT-010-000002701 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC105 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1356) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCT | 011 | NCT-011-000000001 | NCT-011-000002864 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC106 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1324) from July 2007 Review and Select Production |
| NCT | 012 | NCT-012-000000001 | NCT-012-000002420 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC106 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1310) from July 2007 Review and Select Production |
| NCT | 013 | NCT-013-000000001 | NCT-013-000003108 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC106 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1311) from July 2007 Review and Select Production |
| NCT | 017 | NCT-017-000000001 | NCT-017-000002332 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC106 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1350) from July 2007 Review and Select Production |
| NCT | 018 | NCT-018-000000001 | NCT-018-000002875 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC107 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1317) from July 2007 Review and Select Production |
| NCT | 019 | NCT-019-000000001 | NCT-019-000001815 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC107 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1320) from July 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCT | 021 | NCT-021-000000001 | NCT-021-000002441 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC107 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1339) from July 2007 Review and Select Production |
| NCT | 022 | NCT-022-000000001 | NCT-022-000001648 | USACE; MVD; MVN; Contracting Division | Dianne Allen | KC107 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1312) from July 2007 Review and Select Production |
| NED | 007 | NED-007-000000001 | NED-007-000001753 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC108 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 444) from June 2007 Review and Select Production |
| NED | 011 | NED-011-000000001 | NED-011-000000199 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC108 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 128) from June 2007 Review and Select Production |
| NED | 011 | NED-011-000000219 | NED-011-000000221 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC108 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 128) from June 2007 Review and Select Production |
| NED | 011 | NED-011-000000445 | NED-011-000000497 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC108 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 128) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 011 | NED-011-000000549 | NED-011-000001273 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC108 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 128) from June 2007 Review and Select Production |
| NED | 018 | NED-018-000000001 | NED-018-000001933 | USACE; MVD; MVN; CE-ED-H | Nancy Powell | KC108 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 180) from June 2007 Review and Select Production |
| NED | 025 | NED-025-000000001 | NED-025-000000017 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC109 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 243) from June 2007 Review and Select Production |
| NED | 025 | NED-025-000000019 | NED-025-000000618 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC109 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 243) from June 2007 Review and Select Production |
| NED | 025 | NED-025-000000626 | NED-025-000002162 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC109 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 243) from June 2007 Review and Select Production |
| NED | 025 | NED-025-000002171 | NED-025-000002524 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC109 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 243) from June 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 035 | NED-035-000000001 | NED-035-000001965 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC109 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 245) from June 2007 Review and Select Production |
| NED | 036 | NED-036-000000001 | NED-036-000003310 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC109 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 248) from June 2007 Review and Select Production |
| NED | 045 | NED-045-000000641 | NED-045-000002000 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 209) from June 2007 Review and Select Production |
| NED | 046 | NED-046-000000091 | NED-046-000000194 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 326) from June 2007 Review and Select Production |
| NED | 048 | NED-048-000000001 | NED-048-000001738 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 190) from June 2007 Review and Select Production |
| NED | 050 | NED-050-000000116 | NED-050-000002532 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 328) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 052 | NED-052-000000076 | NED-052-000000233 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 277) from June 2007 Review and Select Production |
| NED | 054 | NED-054-000000001 | NED-054-000001093 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 279) from June 2007 Review and Select Production |
| NED | 057 | NED-057-000000004 | NED-057-000002847 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 360) from June 2007 Review and Select Production |
| NED | 065 | NED-065-000000001 | NED-065-000000085 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 255) from June 2007 Review and Select Production |
| NED | 065 | NED-065-000001995 | NED-065-000002010 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC110 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 255) from June 2007 Review and Select Production |
| NED | 049 | NED-049-000000001 | NED-049-000010767 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC111 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 330) from June 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 068 | NED-068-000000001 | NED-068-000002178 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC112 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 188) from June 2007 Review and Select Production |
| NED | 070 | NED-070-000000001 | NED-070-000002398 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC112 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 244) from June 2007 Review and Select Production |
| NED | 071 | NED-071-000000001 | NED-071-000001439 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC112 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 257) from June 2007 Review and Select Production |
| NED | 075 | NED-075-000000001 | NED-075-000001377 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC112 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 274) from June 2007 Review and Select Production |
| NED | 078 | NED-078-000000001 | NED-078-000000873 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC112 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 334) from June 2007 Review and Select Production |
| NED | 078 | NED-078-000000875 | NED-078-000002942 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC112 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 334) from June 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 077 | NED-077-000000001 | NED-077-000003341 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC113 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 273) from June 2007 Review and Select Production |
| NED | 082 | NED-082-000000001 | NED-082-000001201 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC113 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 250) from June 2007 Review and Select Production |
| NED | 081 | NED-081-000000001 | NED-081-000001499 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC114 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 271) from June 2007 Review and Select Production |
| NED | 081 | NED-081-000001522 | NED-081-000003226 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC114 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 271) from June 2007 Review and Select Production |
| NED | 081 | NED-081-000003270 | NED-081-000003284 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC114 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 271) from June 2007 Review and Select Production |
| NED | 086 | NED-086-000000001 | NED-086-000002477 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC114 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 198) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 088 | NED-088-000000001 | NED-088-000001712 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC114 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 278) from June 2007 Review and Select Production |
| NED | 107 | NED-107-000000292 | NED-107-000000305 | USACE; MVD; MVN; CEMVN-ED-LW | Tommy Dorcey | KC114 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 134) from June 2007 Review and Select Production |
| NED | 111 | NED-111-000000001 | NED-111-000002677 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC115 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 480) from June 2007 Review and Select Production |
| NED | 111 | NED-111-000002680 | NED-111-000002683 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC115 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 480) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000001 | NED-141-000000148 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC115 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 142 | NED-142-000000001 | NED-142-000003948 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC115 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 458) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 127 | NED-127-000000001 | NED-127-000000768 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC116 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 472) from June 2007 Review and Select Production |
| NED | 137 | NED-137-000000001 | NED-137-000001467 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC116 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 461) from June 2007 Review and Select Production |
| NED | 130 | NED-130-000000001 | NED-130-000007968 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC117 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 378) from June 2007 Review and Select Production |
| NED | 155 | NED-155-000000001 | NED-155-000001584 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC117 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 370) from June 2007 Review and Select Production |
| NED | 149 | NED-149-000000001 | NED-149-000004953 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC118 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 367) from June 2007 Review and Select Production |
| NED | 153 | NED-153-000000001 | NED-153-000001040 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC118 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 469) from June 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 153 | NED-153-000001045 | NED-153-000002434 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC118 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 469) from June 2007 Review and Select Production |
| NED | 154 | NED-154-000000001 | NED-154-000000721 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 358) from June 2007 Review and Select Production |
| NED | 162 | NED-162-000000001 | NED-162-000000155 | USACE; MVD; MVN; ED-F | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1269) from July 2007 Review and Select Production |
| NED | 162 | NED-162-000000158 | NED-162-000001219 | USACE; MVD; MVN; ED-F | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1269) from July 2007 Review and Select Production |
| NED | 162 | NED-162-000001224 | NED-162-000001524 | USACE; MVD; MVN; ED-F | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1269) from July 2007 Review and Select Production |
| NED | 163 | NED-163-000000001 | NED-163-000000648 | USACE; MVD; MVN; ED-FS | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1292) from July 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 163 | NED-163-000000650 | NED-163-000000859 | USACE; MVD; MVN; ED-FS | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1292) from July 2007 Review and Select Production |
| NED | 163 | NED-163-000001454 | NED-163-000002307 | USACE; MVD; MVN; ED-FS | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1292) from July 2007 Review and Select Production |
| NED | 176 | NED-176-000000035 | NED-176-000000185 | USACE; MVD; MVN; ED-FS | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1243) from July 2007 Review and Select Production |
| NED | 180 | NED-180-000000001 | NED-180-000002472 | USACE; MVD; MVN; ED-FS | G. Brown | KC119 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1272) from July 2007 Review and Select Production |
| NOP | 013 | NOP-013-000000001 | NOP-013-000003038 | USACE; MVD; MVN; OD-G | Jane Brown | KC120 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 443) from June 2007 Review and Select Production |
| NOP | 013 | NOP-013-000003047 | NOP-013-000003734 | USACE; MVD; MVN; OD-G | Jane Brown | KC120 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 443) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 012 | NPM-012-000000001 | NPM-012-000001304 | USACE; MVD; MVN; CEMVN-PM | Gary Hawkins | KC120 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 406) from July 2007 Review and Select Production |
| NPM | 013 | NPM-013-000000001 | NPM-013-000000881 | USACE; MVD; MVN; CEMVN-PM | Gary Hawkins | KC120 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 417) from July 2007 Review and Select Production |
| NPM | 017 | NPM-017-000000001 | NPM-017-000001010 | USACE; MVD; MVN; CEMVN-PM | Gary Hawkins | KC120 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 324) from July 2007 Review and Select Production |
| NPM | 025 | NPM-025-000000001 | NPM-025-000002931 | USACE; MVD; MVN; CEMVN-PM | Gary Hawkins | KC120 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 418) from July 2007 Review and Select Production |
| NPM | 028 | NPM-028-000000001 | NPM-028-000001616 | USACE; MVD; MVN; CEMVN-PM | Gary Hawkins | KC121 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 336) from July 2007 Review and Select Production |
| NPM | 041 | NPM-041-000000001 | NPM-041-000002506 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC121 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 421) from July 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 042 | NPM-042-000000001 | NPM-042-000002168 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC121 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 114) From July 2007 Review and Select Production |
| NPM | 044 | NPM-044-000000001 | NPM-044-000000778 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC121 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 309) from July 2007 Review and Select Production |
| NPM | 046 | NPM-046-000000001 | NPM-046-000001666 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC121 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 217) from July 2007 Review and Select Production |
| NPM | 049 | NPM-049-000000001 | NPM-049-000002939 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC122 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 422) from July 2007 Review and Select Production |
| NPM | 050 | NPM-050-000000001 | NPM-050-000001822 | USACE; MVD; MVN; | Gary Hawkins | KC122 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 155) from July 2007 Review and Select Production |
| NPM | 055 | NPM-055-000000001 | NPM-055-000000389 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC122 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 225) from July 2007 Review and Select Production |

8/17/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 055 | NPM-055-000000396 | NPM-055-000000542 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC122 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 225) from July 2007 Review and Select Production |
| NPM | 055 | NPM-055-000000546 | NPM-055-000000837 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC122 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 225) from July 2007 Review and Select Production |
| NPM | 060 | NPM-060-000000001 | NPM-060-000002962 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC122 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 308) from July 2007 Review and Select Production |
| NPM | 069 | NPM-069-000000001 | NPM-069-000000625 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC122 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 297) from July 2007 Review and Select Production |
| NPM | 070 | NPM-070-000000001 | NPM-070-000002175 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC123 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 305) from July 2007 Review and Select Production |
| NPM | 074 | NPM-074-000000001 | NPM-074-000000019 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC123 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 154) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 093 | NPM-093-000000001 | NPM-093-000000107 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC123 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 349) from July 2007 Review and Select Production |
| NPM | 097 | NPM-097-000000001 | NPM-097-000002478 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC123 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 402) from July 2007 Review and Select Production |
| NPM | 098 | NPM-098-000000001 | NPM-098-000002780 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC123 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 400) from July 2007 Review and Select Production |
| NPM | 099 | NPM-099-000000001 | NPM-099-000000108 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC123 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 434) from July 2007 Review and Select Production |
| NPM | 100 | NPM-100-000000001 | NPM-100-000002186 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC123 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 224) from July 2007 Review and Select Production |
| NPM | 086 | NPM-086-000000001 | NPM-086-000004320 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC124 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 226) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 118 | NPM-118-000000001 | NPM-118-000001389 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC124 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 319) from July 2007 Review and Select Production |
| NPM | 103 | NPM-103-000000001 | NPM-103-000001966 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC125 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 350) from July 2007 Review and Select Production |
| NPM | 115 | NPM-115-000000001 | NPM-115-000002546 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC125 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 219) from July 2007 Review and Select Production |
| NPM | 126 | NPM-126-000000001 | NPM-126-000000001 | USACE; MVD; MVN; PM-P | Gary Hawkins | KC125 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 223) from July 2007 Review and Select Production |
| NRG | 022 | NRG-022-000000001 | NRG-022-000001432 | USACE; MVD; MVN; OGC | Fred Wallace | KC125 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 380 ) from July 2007 Review and Select Production |
| NRG | 023 | NRG-023-000000001 | NRG-023-000000172 | USACE; MVD; MVN; OGC | Fred Wallace | KC125 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 389) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 024 | NRG-024-000000001 | NRG-024-000002727 | USACE; MVD; MVN; OGC | Fred Wallace | KC125 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 384) from July 2007 Review and Select Production |
| NRG | 025 | NRG-025-000000001 | NRG-025-000002183 | USACE; MVD; MVN; OGC | Fred Wallace | KC126 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 253) from July 2007 Review and Select Production |
| NRG | 027 | NRG-027-000000001 | NRG-027-000002153 | USACE; MVD; MVN; OGC | Fred Wallace | KC126 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 133) from July 2007 Review and Select Production |
| NRG | 028 | NRG-028-000000001 | NRG-028-000000802 | USACE; MVD; MVN; OGC | Fred Wallace | KC126 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 242) from July 2007 Review and Select Production |
| NRG | 048 | NRG-048-000000001 | NRG-048-000003705 | USACE; MVD; MVN; OGC | Fred Wallace | KC126 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 393) from July 2007 Review and Select Production |
| NRG | 049 | NRG-049-000000001 | NRG-049-000001284 | USACE; MVD; MVN; OGC | Fred Wallace | KC126 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 394) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 051 | NRG-051-000000001 | NRG-051-000001807 | USACE; MVD; MVN; OGC | Fred Wallace | KC127 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 382) from July 2007 Review and Select Production |
| NRG | 053 | NRG-053-000000001 | NRG-053-000000868 | USACE; MVD; MVN; OGC | Fred Wallace | KC127 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 139) from July 2007 Review and Select Production |
| NRG | 055 | NRG-055-000000001 | NRG-055-000000165 | USACE; MVD; MVN; OGC | Fred Wallace | KC127 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 427) from July 2007 Review and Select Production |
| NRG | 056 | NRG-056-000000001 | NRG-056-000001667 | USACE; MVD; MVN; OGC | Fred Wallace | KC127 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 395) from July 2007 Review and Select Production |
| NRG | 057 | NRG-057-000000001 | NRG-057-000003361 | USACE; MVD; MVN; OGC | Fred Wallace | KC127 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 429) from July 2007 Review and Select Production |
| NED | 178 | NED-178-000000018 | NED-178-000000019 | USACE; MVD, MVN; ED-F | Del Britsch | KC128 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1276) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 178 | NED-178-000000036 | NED-178-000000071 | USACE; MVD, MVN; ED-F | Del Britsch | KC128 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1276) from July 2007 Review and Select Production |
| NED | 178 | NED-178-000000087 | NED-178-000000101 | USACE; MVD, MVN; ED-F | Del Britsch | KC128 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1276) from July 2007 Review and Select Production |
| NOP | 024 | NOP-024-000000001 | NOP-024-000000879 | USACE; MVD; MVN; OD-T | Ed Creef | KC128 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 164) from June 2007 Review and Select Production |
| ERD | 019 | ERD-019-000000001 | ERD-019-000001545 | USACE; ERDC | Deborah Carpenter | KC129 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Hydraulic and Numerical Model Investigations |
| ERN | 019 | ERN-019-000000001 | ERN-019-000000003 | USACE; ERDC | Deborah Carpenter | KC129 | 8/17/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Hydraulic and Numerical Model Investigations |
| VED | 007 | VED-007-000000001 | VED-007-000000406 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC130 | 8/17/2007 | Class - Levee | Excel files that show summary of the percent contribution from each individual flooding source |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| VEN | 007 | VEN-007-000000001 | VEN-007-000000002 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC130 | 8/17/2007 | Class - Levee | Excel files that show summary of the percent contribution from each individual flooding source |

8/17/2007