AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

THE PARFAIT FAMILY, ET AL.

Versus

UNITED STATES OF AMERICA,
THE BOARD OF COMMISSIONERS
OF THE ORLEANS LEVEE DISTRICT,
THE BOARD OF COMMISSIONERS OF
THE PORT OF NEW ORLEANS,
LAFARGE NORTH AMERICA INC.,
ZITO FLEETING LLC,
ZITO FLEETING, INC., AND
WASHINGTON GROUP INTERNATIONAL,
INC.

SUMMONS IN A CIVIL CASE
CASE NO.
07-3500 "K"(1)

TO: ZITO FLEETING, INC.
Foot of Shrewsbury Court and River Road
Jefferson, LA 70121

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to Class Action Complaint in the above-styled and numbered cause which is herewith served upon you, within ___Twenty (20) days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

CLERK    B. Gregory
(BY) DEPUTY CLERK

**JUN 28 2007**

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 8/20/07 |
| NAME OF SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONAL ON JESSICA ZITO, SECRETARY AND OWNER

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/20/07
Date

Signature of Server

NOLA.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.