UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　　　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182

PERTAINS TO: O'Dwyer 06-6099　　　　　　　　SECTION "K" (2)
　　　　　　　　RESPONDER

### ORDER

CONSIDERING the United States' unopposed motion for third extension of time to file responsive pleadings in this matter, and for good cause shown:

IT IS HEREBY ORDERED that the United States' motion is GRANTED;

IT IS FURTHER ORDERED that the United States shall be granted until September 7, 2007, within which to file responsive pleadings in Civil Action No. 06-6099.

New Orleans, Louisiana, this  17th  day of   August  , 2007.

　　　　　　　　　　　　　　　　　　　　STANWOOD R. DUVAL, JR. .
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE