UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISAINA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) and (3) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |
| NO. 06-5116 (SIMS)<br>NO. 06-5118 (RICHARD)<br>NO. 06-5142 (AUGUSTINE)<br>NO. 06-5132 (FERDINAND)<br>NO. 06-5131 (BOURGEOIS) | | NO. 06-5134 (CHRISTOPHE)<br>NO. 06-5137 (WILLIAMS)<br>NO. 06-5127 (DEPASS)<br>NO. 06-5128 (ADAMS)<br>NO. 06-5140 (PORTER) |

ORDER

Considering Plaintiffs' Motion to File Memorandum in Excess of 25 Pages in Opposition to Defendant, United States' Motion to Dismiss,

IT IS ORDERD that Plaintiffs' Motion to File Memorandum in Excess of 25 Pages in Opposition to Defendant, United States' Motion to Dismiss is GRANTED

New Orleans, Louisiana, this 20th day of August, 2007.

_____
JUDGE

W364226