UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION <br> § NO. 05-4182 <br> § SECTION "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON |
| PERTAINS TO: <br><br> ALL CASES | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1] This list reflects all cases that were not listed on the most recently filed Notice of Designation dated July 23, 2007

| Case Name | Case Number | Type |
|---|---|---|
| Kimble v.Republic Fire and Casualty Insurance Company | 06-04800 | Insurance |
| Levy et al v.Axis Surplus Insurance Company | 06-05731 | Insurance |
| Levy et al v.Axis Surplus Insurance Company | 06-05732 | Insurance |
| Boozman et al v.Great Northern Insurance Company et al | 06-07412 | Insurance |
| Montelepre v.Republic Fire and Casualty Insurance Company | 06-08520 | Insurance |
| Thomas et al v. Taylor et al | 06-09096 | Insurance |
| Flowers By My Sister and Me, LLC v.Maryland Casualty Company | 06-09246 | Insurance |
| Hebbler v.Standard Fire Insurance Company | 07-00511 | Insurance |
| Lundy et al v.United States of America, and United States Army Corps of Engineers | 07-03173 | Levee, Mr. Go |
| Perrier v.Allstate Insurance Company | 07-03387 | Insurance |
| DeGruy v.Allstate Insurance Company | 07-03391 | Insurance |
| Gabriel v.Allstate Insurance Company | 07-03392 | Insurance |
| Jeanpierre v.Allstate Insurance Company | 07-03397 | Insurance |
| Weathersby v.Allstate Insurance Company | 07-03401 | Insurance |
| Watts et al v.Allstate Insurance Company | 07-03402 | Insurance |
| Robertson Abdul-Musawwir v.Allstate Insurance Company | 07-03408 | Insurance |
| Flot v.Allstate Insurance Company | 07-03424 | Insurance |
| Landry v.Allstate Insurance Company | 07-03432 | Insurance |
| Wang et al v.Allstate Insurance Company | 07-03435 | Insurance |
| Rodriguez v.Allstate Insurance Company | 07-03456 | Insurance |
| Smith et al v.Standard Fire Insurance Company et al | 07-03833 | Insurance |
| Davis v.Standard Fire Insurance Company et al | 07-03834 | Insurance |
| Wilson et al v.Standard Fire Insurance Company et al | 07-03835 | Insurance |
| Reed v.Standard Fire Insurance Company et al | 07-03836 | Insurance |
| Mallet et al v.Standard Fire Insurance Company et al | 07-03837 | Insurance |
| Williams v.Standard Fire Insurance Company et al | 07-03838 | Insurance |
| Thaller v.Standard Fire Insurance Company et al | 07-03839 | Insurance |
| Ambrose et al v.Standard Fire Insurance Company et al | 07-03840 | Insurance |
| Clark v.Standard Fire Insurance Company et al | 07-03841 | Insurance |
| Johnson v.Standard Fire Insurance Company et al | 07-03842 | Insurance |
| Munna v.Standard Fire Insurance Company et al | 07-03843 | Insurance |
| Pierce v.Standard Fire Insurance Company et al | 07-03844 | Insurance |
| Serio v.Standard Fire Insurance Company et al | 07-03845 | Insurance |
| Clark v.Standard Fire Insurance Company et al | 07-03846 | Insurance |

| | | |
|---|---|---|
| Edwards v.Standard Fire Insurance Company et al | 07-03847 | Insurance |
| Esteves et al v.Standard Fire Insurance Company et al | 07-03848 | Insurance |
| Kelly v.Standard Fire Insurance Company et al | 07-03849 | Insurance |
| Thomas v.Standard Fire Insurance Company et al | 07-03850 | Insurance |
| Jones v.Standard Fire Insurance Company et al | 07-03851 | Insurance |
| Rafeedie et al v.State Farm Fire and Casualty Company | 07-03852 | Insurance |
| Lance et al v.State Farm Fire and Casualty Company | 07-03853 | Insurance |
| Tarantino et al v.State Farm Fire and Casualty Company | 07-03854 | Insurance |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 20 day of August, 2007.

JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**