

**US Army Corps of Engineers**
New Orleans District

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

*REEVALUATION STUDY*

JULY 1984

VOLUME I

MAIN REPORT AND
FINAL SUPPLEMENT I TO THE
ENVIRONMENTAL IMPACT STATEMENT

EXHIBIT A



LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

NEW ORLEANS LAKEFRONT OUTFALL CANALS

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS
DECEMBER 1982     FILE NO. H-2-29706

PLATE 5



**US Army Corps of Engineers**
New Orleans District

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

*REEVALUATION STUDY*

JULY 1984

VOLUME I

MAIN REPORT AND
FINAL SUPPLEMENT I TO THE
ENVIRONMENTAL IMPACT STATEMENT



EXHIBIT B

against the Standard Project Hurricane (SPH), defined as the most severe hurricane which can be reasonably expected to occur from a combination of meteorological and hydrological events reasonably characteristic of the area.

AUTHORIZED BARRIER COMPLEXES. The purpose of the barrier complexes is to allow closure of Lake Pontchartrain's main tidal passes during the approach of a hurricane from the Gulf of Mexico. The water levels in the lake thus can be kept at lower levels than that which normally would occur, thereby reducing required levees or floodwall heights. Figure 1 shows the planned effects of the barrier complexes upon Lake Pontchartrain's water levels during a hurricane occurrence. The proposed barrier complexes would be located at The Rigolets, Chef Menteur Pass, and at Seabrook (at the lakeside mouth of the IHNC). The only feature of any of these proposed complexes yet constructed is the GIWW navigation channel bypass feature of the Chef Menteur Pass complex. The modified 1977 court injunction precludes construction of either The Rigolets complex or Chef Menteur complex until such time a legally adequate supplement to the existing EIS is filed with the Environmental Protection Agency (EPA).

The Seabrook complex is a feature of the MR-GO navigation project, however, it also can serve as a barrier feature for hurricane protection. Thus, the authorization of the hurricane protection project provides for the construction costs of the Seabrook complex to be shared on a 50/50 basis between the MR-GO project and the hurricane protection project. The court injunction does not preclude work on the Seabrook complex, but physical construction of this feature has not been initiated.

LEVEES/FLOODWALLS. The levee/floodwall features of the current plan of improvement (exclusive of the tie-in levees associated with the barrier complexes) encompass six distinct areas of protection: the Chalmette Area, the Citrus-New Orleans East Area, the New Orleans Area, the



**US Army Corps
of Engineers**
New Orleans District

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

*REEVALUATION STUDY*

JULY 1984

VOLUME I

MAIN REPORT AND
FINAL SUPPLEMENT I TO THE
ENVIRONMENTAL IMPACT STATEMENT

EXHIBIT C

include various permutations and combinations of hauled clay fill, hydraulic fill, or floodwall construction methods.

Outfall Canals at New Orleans Lakefront. One unresolved issue concerns three main outfall canals in New Orleans which empty into Lake Pontchartrain along the reach known as the New Orleans Lakefront (see Plate 5). Levees flank these gravity drainage canals for a considerable distance inland from the lake, tying into pumping stations at the head of the canals. Subsequent to project authorization, these levees were determined to be inadequate in terms of both grade and stability. Five basic alternatives were formulated to address the problem of deficient guide levees for both high level and barrier type plans. Since the economics of the alternatives are essentially the same for either plan and do not affect plan selection, only cost estimates for solutions compatible with the Barrier Plan were developed.

The first solution provides for raising and strengthening the guide levees to assure SPH protection, without concern for the number of house relocations necessary. At October 1981 price levels, this solution would cost about $200,000,000.

The second solution would be identical to the first, except that all house relocations would be avoided. This solution would cost about $250,000,000.

A third solution would provide for floodgates at the mouths of the outfall canals which could be closed when high lake levels threaten the integrity of the guide levees. During these times, pumps would be stopped and interior rainfall flooding would be increased. However, closure operations of the floodgates would occur infrequently and generally for short durations. Additionally, such operations would occur during times of high lake levels when the capacities of the existing pumping stations already would be greatly reduced. Therefore, in dollar terms, increased annualized residual flood damages due to

70

closure of the floodgates would be relatively minor. The costs of the floodgates is estimated to be about $20,000,000.

A fourth solution would be the same as the third, except that auxillary pumping stations would be provided at the lake to provide pumping capability when the floodgates were closed. The cost of these improvements is estimated to be $124,000,000 (about $20,000,000 for floodgates and $104,000,000 for pumping stations). However, both the New Orleans Sewerage and Water Board and the engineering staff from the Corps of Engineers have serious reservations that this solution will work because of potential surging problems between stations.

A fifth solution would involve relocating the existing pumping stations to the lake; however, the cost of improving gravity drainge to the relocated stations would be much more expensive than raising and strengthening the return levees. These costs in conjunction with the cost of pump station relocations were assumed to be prohibitive and estimates were not developed.

No specific solution has been developed for the guide levee problem at this time, therefore, for plan formulation purposes, it was decided to incorporate the costs of the fourth alternative (floodgates in conjunction with auxilliary pumping stations) into the costs of New Orleans Lakefront levee alternatives. The cost of this solution under the High Level Plan is estimated to be 3 to 5 percent higher than under the Barrier Plan ($3.7 to $6.2 million). Since this difference represents less than 1 percent of the total construction cost of the High Level Plan and will not affect plan selection, a separate cost estimate was not developed. The cost of the fourth alternative (about $124,000,000) represents a reasonable upper limit of the range of probable alternatives to the outfall canals problem and will be used for both plans.