

US Army Corps
of Engineers®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Draft Final Report of the Interagency Performance Evaluation Task Force

### Volume III – The Hurricane Protection System

1 June 2006

weather.msfc.nasa.gov
29 Aug 2005
11:45 UTC
EXHIBIT
F

FINAL DRAFT

(Subject to Revision)

of 17th Street Canal and Orleans Avenue Canal and west of IHNC. It extends approximately 3.2 miles from Pump Station No. 3 to its confluence with Lake Pontchartrain.

**3.2.1.5.2. Pre-Katrina -** The Orleans Parish portion of the Lake Pontchartrain and Vicinity project is under construction. As of August 29, 2005, the remaining work consisted of the following:

- A floodproofed bridge for Robert E. Lee Blvd over the London Avenue Outfall Canal.
- Fronting protection for Pumping Station No. 3 on the London Avenue Outfall Canal.
- Fronting protection for Pumping Station No. 7 on the Orleans Avenue Outfall Canal.
- A levee enlargement along the London Avenue Outfall Canal between Robert E. Lee Blvd and the lakefront levee.

Construction is underway on temporary closure structures for the three outfall canals. Legislation is pending that would permit the construction of structures that would permanently keep storm surges out of the outfall canals. If this happens, the floodproofed Robert E. Lee Blvd bridge, and the two Fronting Protection contracts would not be required. The levee enlargement along the London Avenue Outfall Canal may not be required depending on the location of the proposed permanent structure.

**3.2.1.5.3. Design Criteria and Assumptions - Functional design criteria.**

**3.2.1.5.3.1. Hydrology and Hydraulics.** For Orleans East Bank, the design hurricane characteristics utilized in the design memoranda are shown in Table 5; the design tracks are shown on Figure 7. Maximum wind speed, $V_x$, was computed using the following equations:

$$V_{gx} = 73(P_n - P_0) - R(0.575f)$$
$$V_x = 0.885V_{gx} + 0.5T$$

where

$V_{gx}$ = maximum gradient wind speed, mph

$P_0$ = CPI, inches

$P_n$ = asymptotic pressure, inches

$R$ = radius of maximum winds, nautical miles

$f$ = Coriolis parameter in units of hour $^{-1}$

$T$ = the average speed of translation of the hurricane center, mph.

For each project area, the track and forward speed were selected to produce maximum surge or wind tide level. Wind tide levels are defined here as the elevation of the water surface without waves; it can also be referred to as stillwater level. In Lake Pontchartrain, the wind tide level is the sum of the surge, setup, tide, and runoff from rainfall.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



# Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005

## Volume I: Main Text and Executive Summary

by

R. B. Seed, R. G. Bea, R. I. Abdelmalak, A. G. Athanasopoulos, G. P. Boutwell, J. D. Bray,
J.-L. Briaud, C. Cheung, D. Cobos-Roa, J. Cohen-Waeber, B. D. Collins, L. Ehrensing, D. Farber,
M. Hanemann, L. F. Harder, K. S. Inkabi, A. M. Kammerer, D. Karadeniz, R.E. Kayen, R. E. S. Moss, J. Nicks,
S. Nimmala, J. M. Pestana, J. Porter, K. Rhee, M. F. Riemer, K. Roberts, J. D. Rogers, R. Storesund,
A. V. Govindasamy, X. Vera-Grunauer, J. E. Wartman, C. M. Watkins, E. Wenk Jr., and S. C. Yim

**Final Report**
**July 31, 2006**



    

bridge represents one of many "transitions" between disparate flood protection system elements that performed poorly as an apparent result of lack of appropriate oversight and/or poor design with regard to how abutting elements of the system joined at their edges. In addition, highly erodeable shell sand fill was used at this roadway location without suitable cut-off by means of sheetpiles, etc., representing a hazardous condition that should have been caught and remedied prior to Katrina's arrival.

The erosional "distress" that occurred at the junctures of structural I-wall sections and the structural T-wall gate structure at the rail yard behind the Port of New Orleans represent additional examples of inadequate attention to details at "transitions" between adjacent sections of differing type and geometry.

The two large erosional breaches at the south end of the Port of New Orleans were clearly the result of use of inappropriate fill materials (highly erodeable lightweight shell-sand fill) in earthen embankment sections with no suitable provisions to reduce the obvious risk of catastrophic erosion and breaching. This, too, should have been spotted and remedied prior to Katrina's arrival. It is not clear whether these two breach sections were overtopped by the rising storm surge, or whether the embankment sections eroded as a result of "through flow" prior to full overtopping as the waters rose within the IHNC.

Finally, the I-wall section breach behind the Port of New Orleans was largely the result of overtopping and subsequent erosion at the base of the inboard toe of the concrete I-wall. This failure could have been prevented, at relatively little incremental cost, by installation of concrete splash pads or other erosion protection at the inboard toe of this floodwall. In addition, there was ample right of way available to construct a somewhat wider (and heavier) levee embankment on the inboard side of this I-wall. The incremental cost of doing so would have relatively small, and that too would likely have prevented this failure.

## 8.3 The Canal District Failures

### 8.3.1 Introduction

As the eye of the hurricane began to pass to the northeast of New Orleans, the counterclockwise swirl of the storm winds caused a surge in water levels along the southern end of Lake Pontchartrain. The storm surge along the Pontchartrain lakefront (which peaked at about 9:00 to 9:30 a.m. at an elevation of about +10 feet, MSL) did not produce water levels sufficiently high as to overtop the crests of the concrete floodwalls atop the earthen levees lining the three drainage canals that extend from just north of downtown to Lake Pontchartrain; the 17th Street Canal, the Orleans Canal, and the London Avenue Canal. Three major breaches occurred along these canals, however, and these produced catastrophic flooding of large areas within the Orleans East Bank protected area (as shown in Figure 8.2.)

The first major breach along the drainage canals occurred near the south end of the London Avenue canal, between about 7:00 to 8:00 a.m. The second breach occurred near the north end of the London Avenue canal, and the best current estimates of the timing of this breach are between about 7:30 to 8:30 a.m. The third major breach occurred near the north

end of the 17th Street canal. The main breach here occurred between about 9:00 to 9:15 a.m., but this may have been preceded by earlier visually observable distress at this same location. All three of these breaches rapidly scoured to depths well below mean sea level, so they continued to transmit water into the main Orleans East Bank (downtown) protected area for three days after the initial peak storm surge subsided. More detailed discussions and analyses of these catastrophic drainage canal breaches are presented in the sections that follow.

The resulting flooding of the main Orleans East Bank (Downtown) protected area was catastrophic, and resulted in approximately half of the 1,293 deaths attributed (to date) to the flooding of New Orleans by this event. Contributions to this flooding came from the overtopping and breaches along the IHNC channel at the east side of this protected area, as described previously in Section 8.2, but the majority of the flooding (approximately 80% to 90% of it) came from the three catastrophic failures along the drainage canals at the northern portion of this protected area.

In addition, one of the drainage canals (the Orleans Canal) had not yet been fully "sealed" at its southern end, so that floodwaters flowed freely into New Orleans during the peak of the storm surge through this unfinished drainage canal. A section of levee and floodwall approximately 200 feet in length had been omitted at the southern end of this drainage canal, so that despite the expense of constructing nearly 5 miles of levees and floodwalls lining the rest of this canal, as the floodwaters rose along the southern edge of lake Pontchartrain, the floodwaters did not rise fully within the Orleans Canal; instead they simply flowed freely into downtown New Orleans.

By about 9:30 a.m. all of the levee failures had occurred, and the main Orleans East Bank (downtown) protected area was slowly filling with water. As the northern end filled from the three catastrophic breaches along the drainage canals, water eventually began to pass over low spots in the Metairie Ridge and flowed into the southern zones within this protected area as well.

The sections that follow present more detailed examinations of the performance of the flood protection system in the "Canal District".

### 8.3.2 The Lining of the Drainage Canals

There were a number of lapses, errors and poor decisions that led to the catastrophic breaches along the drainage canals and thus the flooding of the main section of metropolitan New Orleans. Several of these began right at the start, in the aftermath of Hurricane Betsy (of 1965) and the flooding caused in New Orleans by that event.

The decision was made, in the wake of Hurricane Betsy, to raise the level of flood protection throughout the region. The three drainage canals (the 17th Street, Orleans and London Avenue canals) were problematic in this regard, however, due to limited right-of-way adjacent to the existing embankments lining these canals.

As described in Chapter 3, the USACE argued (correctly as it turned out) that the low-rise levees lining the canals were not adequately stable as to sustain a significant raising, and