MINUTE ENTRY
WILKINSON, M. J.
AUGUST 20, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES       CIVIL ACTION
        CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Lea, 07-2683      JUDGE DUVAL
     MAG. WILKINSON

     A conference was conducted in the referenced case, Hilton Lea v. Maryland Casualty Co., C.A. No. 07-2683, on this date before the undersigned magistrate judge pursuant to Paragraph VII of CMO No. 4.  Participating via telephone were Jeffrey Berniard, representing plaintiff, and Cherrell R. Simms, representing defendant.

     Settlement proposals were exchanged.  After discussions, a settlement was reached.  By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  0 : 20