UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTIONS

Considering the foregoing Motion of Washington Group, International, Inc. ("WGII"), to Withdraw its Motion to Compel WGII's First Requests for Production and 30(b)(6) Depositions,

**IT IS ORDERED** that WGII's Motion to Withdraw, Record Doc. No. 7127, is hereby GRANTED.

**IT IS FURTHER ORDERED** that WGII's Motion to Compel First Requests for Production and 30(b)(6) Depositions, Record Doc. No. 6828, is DISMISSED AS MOOT, and oral argument, previously scheduled before me on August 29, 2007, is hereby CANCELLED.

New Orleans, Louisiana, this  20th  day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE