UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION

PERTAINS TO:                                 NO. 05-4182
LEVEE (DePass., No. 06-5127)

                                              SECTION "K"
                                              JUDGE DUVAL
                                              MAGISTRATE KNOWLES

### ORDER

Considering Plaintiffs' Motion for Leave to Reply # 7117

**IT IS ORDERED** that **Plaintiffs' Motion for Leave to File Reply (Doc. #7117)** is GRANTED.

New Orleans, Louisiana, this 20th day of August, 2007.

                                              DANIEL E. KNOWLES, III
                                              UNITED STATES MAGISTRATE JUDGE