# Timeline Regarding Expert Production




**EXHIBIT "A"**