UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
|     V. | * | |
| UNITED STATES (07-2771) | * | |

_____

**MOTION FOR CONTINUANCE**

**NOW COMES**, the United States, through the undersigned Assistant United States Attorney, on behalf of the United States Army Corps of Engineers, ("Army Corps"), and respectfully moves this Honorable Court for a continuance of the hearing on C.R. Pittman's motion to defer collection, approve security or alternatively to dispense with security currently scheduled for August 22, 2007. The undersigned suggests that the filing of this motion is for good cause which will be outlined herein and that no parties to this lawsuit will suffer any prejudice if a continuance of this hearing is granted.

Furthermore, the undersigned respectfully notes that the filing of this Motion in no way constitutes an appearance, and none of the defenses available to the Defendant herein are hereby waived by the filing of this pleading.

The reasons for the instant motion are as follows:

1) The United States Attorney's Office for the Eastern District of Louisiana has been recused from this matter. At this time, the United States Attorney Executive Office (USAEO) has assigned the Western District of Louisiana to handle this matter.

2) As a result, the undersigned is to handle the case and seek the proper relief for the United States deemed to be necessary.

3) The extended answer deadline in this case is September 24, 2007. However, on August 13, 2007, Counsel for Plaintiff made an extensive offer in settlement, which proposal must be forwarded to client agency and Department officials for review and response. Undersigned counsel respectfully requests additional time as well to respond to this motion based on the settlement proposal.

4) Undersigned counsel certifies that she attempted to contact legal counsel for C.R. Pittman Construction, Inc. but was unable to reach anyone about this extension.

**WHEREFORE**, the United States respectfully requests a continuance of the hearing on C.R. Pittman's motion to defer collection, approve security or alternatively to dispense with security currently scheduled for August 22, 2007. Specifically, defendant would request that this motion be set on the Court's October 3, 2007 hearing calendar.

    Respectfully submitted,

    DONALD W. WASHINGTON
    United States Attorney

BY:   s/Jennifer B. Drago
       JENNIFER B. DRAGO (23633)
       Assistant United States Attorney
       Western District of Louisiana
       800 Lafayette Street, Suite 2200
       Lafayette, Louisiana  70501-6865
       (337) 262-6897
       (337) 262-6693 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

    s/Jennifer B. Drago
    JENNIFER B. DRAGO (23633)
    Assistant United States Attorney
    Western District of Louisiana