UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:　　05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
　　　　　　　05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
　　　　　　　06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
　　　　　　　06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
　　　　　　　06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
　　　　　　　07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO:　　LEVEE

___

### MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED CLASS CERTIFICATION WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Levee PSLC, which moves for leave to file its' amended class certification witness list for the following reasons, to wit:

I.

Pursuant to the court's Case Management and Scheduling Order No. 4 (CMO # 4), the Levee PSLC timely filed its class certification witness list.

1

II.

Since that time, the Levee PSLC has withdrawn Dr. Michael Sartisky as an expert who would testify at the class certification hearing.

III.

Additionally, the Levee PSLC has substituted Dr. Johannes Vrijling for Dr. Mattjias Kok. Dr. Vrijling was integrally involved in the development of the expert report from TU Depft, the university where both individuals work.

Dr. Vrijling has already appeared for deposition for both the Levve and MRGO cases.

WHEREFORE, the Levee PSLC prays for an Order by the Court granting leave to file the attached amended class certification witness list.

RESPECTFULLY SUBMITTED:
LEVEE LITIGATION GROUP

BY:    s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@jbrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of August, 2007.

    /s/ Joseph M. Bruno

    Joseph M. Bruno