UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:  05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO:   LEVEE

_____

### LEVEE PLAINTIFFS' AMENDED FINAL WITNESS LIST
### FOR CLASS CERTIFICATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs and the Proposed Plaintiffs' Class Representatives herein, who, pursuant to Case Management and Scheduling Order No. 4, as amended, respectfully represent that the following witnesses will or may be called at the class certification hearing commencing on November 5, 2007:

1.   Michelle Hennessey                             Fact witness. Class and subclass
     3808 N. Labarre Road                           representative
     Metairie, Louisiana 70002

2.   Lenniece Morrell                               Fact witness.  Class and subclass
     114 Winthrop Place                             representative
     New Orleans, Louisiana 70119

3.    Kenneth A. Polite, Sr.    Fact witness. Class representative
5651 Cartier Avenue
New Orleans, Louisiana 70122

4.    Michele Harrison    Fact witness. Class and subclass representative
3630 North Johnson Street
New Orleans, Louisiana 70117

5.    Thurman R. Kaiser Sr.    Fact witness. Class and subclass representative
3801 North Turnbull Drive
Metairie, Louisiana 70002

6.    Rosemary R. Kaiser    Fact witness. Subclass representative
3801 North Turnbull Drive
Metairie, Louisiana 70002

7.    Betty Sonnier Stalbert    Fact witness. Subclass representative
2225 College Drive, Apt. 104
Baton Rouge, Louisiana 70808

8.    Emanuel Esteves, Jr.    Fact witness. Subclass representative
4656 Gaines Street
New Orleans, Louisiana 70126

9.    Stella Washington    Fact witness. Subclass representative
1478 Mithra Street
New Orleans, Louisiana 70122

10.    John B. Williams    Fact witness. Subclass representative
1830 Hope Street
New Orleans, Louisiana 70119

11.    Emanuel Wilson    Fact witness. Subclass representative
1512 Mandolin Street
New Orleans, Louisiana 70122

12.    Elois Bell    Fact witness. Subclass representative
750 Landwood Drive
Baton Rouge, Louisiana 70806

13.    Leo Mitchell    Fact witness. Subclass representative
10821 Dreux Avenue
New Orleans, Louisiana 70127

| | | |
|---|---|---|
| 14. | Trenise Jackson<br>1 Gibson Street, Apt. 172<br>Houston, Texas 77060 | Fact witness. Subclass representative |
| 15. | Dwayne Mallet<br>208 Maumas<br>New Orleans, Louisiana 70131 | Fact witness. Subclass representative |
| 16. | Donna Augustine<br>2230 Sherwood Meadow Drive, Apt. A<br>Baton Rouge, Louisiana 70816 | Fact witness. Subclass representative |
| 17. | Gladys Labeaud<br>500 S. Jefferson Davis Parkway, Apt. 1<br>New Orleans, Louisiana 70119 | Fact witness. Subclass representative |
| 18. | Daisy Innis<br>4024 Stutz Street<br>New Orleans, Louisiana 70126 | Fact witness. Subclass representative |
| 19. | Betty Jones<br>2111 Clouet Street<br>New Orleans, Louisiana 70117 | Fact witness. Subclass representative |
| 20. | Jose Louis Rodriguez<br>2223 Prentiss Street<br>New Orleans, Louisiana 70122 | Fact witness. Subclass representative |
| 21. | Beatrice Drew<br>606 Egle Street<br>Morgan City, Louisiana 70380 | Fact witness. Subclass representative |
| 22. | Eddie Knighten<br>7726 Edinburgh Street<br>New Orleans, Louisiana 70125 | Fact witness. Subclass representative |
| 23. | Calvin Levy<br>3205 College Court<br>New Orleans, Louisiana 70125 | Fact witness. Subclass representative |
| 24. | Nicola McCathen<br>1805 Berrymore Drive<br>Slidell, Louisiana 70461 | Fact witness. Subclass representative |
| 25. | Charles Moses<br>8536 South Claiborne Avenue<br>New Orleans, Louisiana 70118 | Fact witness. Subclass representative |

| | | |
|---|---|---|
| 26. | Leslie Dorantes<br>9216 Sugar Hill Street, Lot 127<br>Convent, LA | Fact witness. Subclass representative |
| 27. | Vera Polite<br>5651 Cartier Avenue<br>New Orleans, Louisiana 70122 | Fact witness.  Mrs. Polite's testimony will authenticate photographs of the destruction and loss caused by the August/ September 2005 metropolitan New Orleans innundation. |
| 28. | Chad A. Morris, P.L.S. | Expert witness. Mr. Morris's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 29. | G. Paul Kemp, Ph.D. | Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 30. | John A. Kilpatrick, Ph.D. | Expert witness. Dr. Kilpatrick's testimony will address the diminution of value of the New Orleans real estate market resultant of the August/ September 2005 metropolitan New Orleans innundation, and that such a diminution can be quantified on a class wide basis. |
| 31. | Jonannes Vrijling | Expert witness. Dr. Vrijling's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |

32. Any witness listed by any other party

33. Any witness called by any other party.

**RESPECTFULLY SUBMITTED:**
**LEVEE LITIGATION GROUP**

BY:   s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@jbrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of August, 2007.

      /s/ Joseph M. Bruno

Joseph M. Bruno