UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES			CIVIL ACTION
       CONSOLIDATED LITIGATION
							NO. 05-4182

							SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
            06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
            07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

---

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE AMENDED CLASS CERTIFICATION WITNESS
LIST**

NOW INTO COURT, through undersigned counsel, comes the MRGO PSLC, which moves for leave to file its' amended class certification witness list for the following reasons, to wit:

I.

Pursuant to the court's Case Management and Scheduling Order No. 4 (CMO # 4), the MRGO PSLC timely filed its class certification witness list.

II.

Since that time, the MRGO PSLC has withdrawn Dr. Michael Sartisky as an expert who would testify at the class certification hearing.

1

III.

Additionally, the MRGO PSLC has substituted Dr. Johannes Vrijling for Dr. Mattjias Kok.  Dr. Vrijling was integrally involved in the development of the expert report from TU Depft, the university where both individuals work.

Dr. Vrijling has already appeared for deposition for both the Levve and MRGO cases.

WHEREFORE, the MRGO PSLC prays for an Order by the Court granting leave to file the attached amended class certification witness list.

**PLAINTIFFS' LIAISON COUNSEL**

s/ Joseph M. Bruno
JOSEPH M. BRUNO
PLAINTIFFS LIAISON COUNSEL
LA Bar Roll Number: 3604
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com


for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of August, 2007.

　　　/s/ Joseph M. Bruno

Joseph M. Bruno