UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
   CONSOLIDATED LITIGATION
                                         NO. 05-4182

                                         SECTION "K" (2)


FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
            06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
            06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
            06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
            07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

_____

### THE MRGO PLAINTIFFS' AMENDED FINAL LIST FOR CLASS CERTIFICATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs and the Proposed Plaintiffs' Class Representatives herein, who, pursuant to Case Management and Scheduling Order No. 4, as amended, respectfully represent that the following witnesses will or may be called at the class certification hearing commencing on November 5, 2007:

1. Kenneth Paul Armstrong, Sr.        Fact testimony re personal experiences and
   28 Park Place Dr., #601             losses;
   Covington, LA 70433                 Lower 9th Ward & St. Bernard Sub-Class Rep

2. Jeanine B. Armstrong               Fact testimony re personal experiences and losses;
   28 Park Place Dr., #601            Lower 9th Ward & St. Bernard Sub-Class Rep
   Covington, LA 70433

3. Ethel Mae Coats                    Fact testimony re personal experiences and losses;
   756 Louisiana Ave.                 Lower 9th Ward & St. Bernard Sub-Class Rep
   New Orleans, LA 70118

4. Henry Davis                        Fact testimony re personal experiences and losses;
   7650 Morel Street                  New Orleans East Sub-Class Re
   New Orleans, LA

1

5.  Glynn Wade  
    4719 Bundy Rd  
    New Orleans, LA

    Fact testimony re personal experiences and losses; New Orleans East Sub-Class Rep

6.  Chad A. Morris, P.L.S.

    Expert witness. Mr. Morris's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation.

7.  G. Paul Kemp, Ph.D.

    Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation.

8.  John A. Kilpatrick, Ph.D.

    Expert witness. Dr. Kilpatrick's testimony will address the diminution of value of the New Orleans real estate market resultant of the August/ September 2005 metropolitan New Orleans innundation, and that such a diminution can be quantified on a class wide basis.

9.  Johannes Vrijling

    Expert witness. Dr. Vrijling's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation.

10. Any witness listed by any other party

11. Any witness called by any other party

PLAINTIFFS' LIAISON COUNSEL

s/ Joseph M. Bruno  
JOSEPH M. BRUNO  
PLAINTIFFS LIAISON COUNSEL  
LA Bar Roll Number: 3604  
Law Offices of Joseph M. Bruno  
855 Baronne Street  
New Orleans, Louisiana 70113  
Telephone: (504) 525-1335  
Facsimile: (504) 561-6775  
Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of August, 2007.

/s/ Joseph M. Bruno

Joseph M. Bruno