MINUTE ENTRY
WILKINSON, M. J.
AUGUST 20, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, BSD, 06-8637 | JUDGE DUVAL<br>MAG. WILKINSON |

A preliminary conference was conducted in the referenced case, BSD Construction, Inc. v. Stone Ins. Inc. et al, C.A. No. 06-8637, on this date before the undersigned magistrate judge. Participating were Lamar Richardson, Jr., representing plaintiff; Bill Eckert and David Moragas, representing defendants.

The purpose of the conference was to craft a schedule concerning the individual issues in the referenced BSD case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 6265. The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing "non-class"

MJSTAR:   0:20

action cases asserting claims involving individual adjusting and coverage issues, including liability and damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Counsel advised that the only claim asserted by plaintiff in this case against defendant Assurance Co. of America is the claim that the subject all-risks policy covers flood damage, which the Fifth Circuit has recently addressed. Thus, unless the Fifth Circuit's opinion is altered in some way upon rehearing or otherwise, no claim against Assurance will remain in this case.

Based upon my discussions with counsel, the <u>BSD</u> case will now proceed as follows:

Counsel for defendant Assurance will e-mail to plaintiff's counsel as soon as possible the insurance policy at issue in the case.

The only remaining defendant, Stone Insurance Inc., will file its motion for summary judgment no later than September 25, 2007. The motion will be noticed for hearing and a memorandum in opposition will be filed according to the timetable required by Local Rules 7.2E and 7.5E.

Plaintiff's counsel advised that plaintiff is contemplating a motion to remand this matter to state court, in light of the Fifth Circuit's recent opinion.

Settlement possibilities were discussed. It appears that the case is not currently in a posture to settle.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**