MINUTE ENTRY
WILKINSON, M. J.
AUGUST 20, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Khan</u>, 06-4571 | JUDGE DUVAL<br>MAG. WILKINSON |

Pursuant to Paragraph VII of Case Management Order ("CMO") No. 4, a preliminary conference was conducted in the referenced case, <u>Abdul R. Khan v. Scottsdale Ins. Co.</u>, C.A. No. 06-4571, on this date before the undersigned magistrate judge. Participating via telephone were Perry Nicosia, representing plaintiff; Cynthia Thomas, representing defendant.

All counsel orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written consent form is being circulated. Upon my receipt of the written consent form and formal order of referral of this matter to me by the district judge pursuant to Section 636(c), (1) this case will be separated and de-

MJSTAR: 0 : 20

consolidated from the captioned consolidated litigation for docketing and all other purposes to proceed independently before me on the trial schedule orally agreed upon during the conference, and (2) a separate Rule 16 scheduling order will be entered by me.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**