UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE CASES<br>No. 06-5109 – *David and Sandra Gorbaty*<br>    *v. Amica Mutual Ins. Co.* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, DAVID and SANDRA GORBATY, who, respectfully representing to the Court that their claim against Defendant, Amica Mutual Insurance Company, has been settled and that the amount agreed upon has been paid, now moves the Court to dismiss this suit.

WHEREFORE, Movers pray that their Motion to Dismiss be granted.

Respectfully Submitted,

SHER, GARNER, CAHILL, RICHTER,
    KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
phone: 504-299-2100
Fax: 504-299-2300

By: _/s/ Martha Y. Curtis_
Martha Y. Curtis
*Attorney for Plaintiffs, David and Sandra Gorbaty*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss has, this date, been served electronically on all counsel of record.

New Orleans, Louisiana, this 21st day of August, 2007.

_____
MARTHA Y. CURTIS