UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | JUDGE DUVAL |
| No. 06-5109 – *David and Sandra Gorbaty v. Amica Mutual Ins. Co.* | MAG. WILKINSON |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the above-numbered and entitled suit be and the same is hereby dismissed with full prejudice as to the rights of Plaintiffs, DAVID and SANDRA GORBATY, and against Defendant, AMICA MUTUAL INSURANCE COMPANY, each party to bear their own cost.

JUDGMENT RENDERED, READ AND SIGNED at New Orleans, Louisiana, this ____ day of _____, 2007.

_____
JUDGE