**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                       NO. 05-4182 "K" (2)

PERTAINS TO:
INSURANCE CASES                        JUDGE DUVAL
No. 06-5104 – *Matthew and Amanda Gorbaty*
            *v. Amica Mutual Ins. Company*          MAG. WILKINSON

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, MATTHEW

and AMANDA GORBATY, who, now moves the Court to dismiss this suit, respectfully

representing to the Court that their claim against Defendant, Amica Mutual Insurance

Company, has been settled and that the amount agreed upon has been paid.

WHEREFORE, Movers pray that their Motion to Dismiss be granted.

Respectfully Submitted,

SHER, GARNER, CAHILL, RICHTER,
    KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
phone: 504-299-2100
Fax: 504-299-2300

By: *Martha Y. Curtis*

Martha Y. Curtis  #20446
*Attorney for Matthew and Amanda Gorbaty*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Dismiss has, this date, been

served electronically on all counsel of record.

New Orleans, Louisiana, this _21st_ day of _August_, 2007.

MARTHA Y. CURTIS