UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289.

PERTAINS TO:  LEVEE

## NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S NOTICE OF APPEARANCE

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), defendant, hereby appears through undersigned counsel for the purpose of receiving notice of pleadings and other matters. National Union hereby preserves and does not waive any claims, rights or defenses that it may have by reason of Federal Rule 12(b) or any other applicable rule or law, and specifically reserves its right to bring any such motions.

          Respectfully submitted,

          /s/  George D. Fagan
         **GEORGE D. FAGAN, T.A. (#14260)**
         **PEIRCE A. HAMMOND, II (#18076)**
         **KAREN M. DICKE (#24781)**
         **MARC E. DEVENPORT (#23712)**
         *Leake & Andersson, LLP*
         1100 Poydras Street
         Suite 1700
         New Orleans, Louisiana 70163-1701

        Telephone:  (504) 585-7500
        Facsimile:  (504) 585-7775
        Email:       *gfagan@leakeandersson.com*
        *phammond@leakeandersson.com*
        *kdicke@leakeandersson.com*
        *mdevenport@leakeandersson.com*
Attorneys for Defendant:
National Union Fire Insurance Company
    of Pittsburgh, Pa.

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record on August 21, 2007, by ECF filing, by hand delivery, by telephonic facsimile transmission, or by depositing a copy of same in the United States Mail, first class postage prepaid, at their last known addresses of record.

        /s/  George D. Fagan

F:\38803\2-PLEADINGS\NOTICE OF APPEARANCE.DOC