UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO: LEVEE<br>   *Sims*, 06-5116<br>   *Richard*, 06-5118<br>   *DePass*, 06-5127<br>   *Adams*, 06-5128<br>   *Bourgeois*, 06-5131<br>   *Ferdinand*, 06-5132<br>   *Christophe*, 06-5134<br>   *Williams*, 06-5137<br>   *Porter*, 06-5140<br>   *Augustine*, 06-5142<br>_____ | § § § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**UNITED STATES' CONSENT MOTION FOR AN ENLARGEMENT OF
TIME TO FILE AN OVER-LENGTH REPLY MEMORANDUM IN
SUPPORT OF THE UNITED STATES' MOTION TO DISMISS**

Pursuant to Rules 6(b) and 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an enlargement of time to file a reply memorandum in support of the United States' Motion to Dismiss the above-captioned actions. By Order of the Court (Rec. Doc. No. 6823, the United States' Reply Memorandum is due to be filed not later than Friday, August 24, 2007, and

1

the motion is to be heard on September 12.  The United States requests an enlargement of five days, until Friday, August 31, 2007

This enlargement is requested because the undersigned counsel is briefing a motion to dismiss in the *Ingram Barge* litigation, which brief is also due to be filed on August 24.  Owing to the press of this litigation and the litigation before Chief Judge Berrigan, counsel cannot properly prepare two briefs this week.

On Monday, August 20, the undersigned counsel for the United States conferred with Plaintiffs' counsel William C. Gambel, and Mr. Gambel stated that he did not oppose the motion for an enlargement of time and to file an over-length reply.

A proposed Order is submitted for the convenience of the Court.

                                Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

                                PHYLLIS J. PYLES
                                Director, Torts Branch

                                JAMES G. TOUHEY, JR.
                                Assistant Director, Torts Branch

                                s/ Robin D. Smith
                                ROBIN D. SMITH
                                Senior Trial Counsel
                                Torts Branch, Civil Division
                                U.S. Department of Justice
                                P.O. Box 888
                                Benjamin Franklin Station
                                Washington, D.C.  20044
                                (202) 616-4289
                                (202) 616-5200 (fax)
                                robin.doyle.smith@usdoj.gov
                                Attorneys for Defendant United States

## **CERTIFICATE OF SERVICE**

I certify that on August 21, 2007, a true copy of Defendant United States' Motion for an Enlargement of Time to File an Over-Length Reply was served on all counsel of record by ECF.

                                                                  s/ Robin D. Smith
                                                                   Robin D. Smith