UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE | § | |
| *Sims*, 06-5116 | § | |
| *Richard*, 06-5118 | § | |
| *DePass*, 06-5127 | § | |
| *Adams*, 06-5128 | § | |
| *Bourgeois*, 06-5131 | § | |
| *Ferdinand*, 06-5132 | § | |
| *Christophe*, 06-5134 | § | |
| *Williams*, 06-5137 | § | |
| *Porter*, 06-5140 | § | |
| *Augustine*, 06-5142 | § | |
| _____ | § | |

**<u>ORDER</u>**

Having considered the United States' Motion for an Enlargement of Time to File an Over-Length Reply Memorandum in Support of Its Motion to Dismiss, and for good cause shown, it is hereby ORDERED that the Motion for Enlargement of Time is GRANTED.  The

1

United States may file an over-length reply memorandum in support of its motion to dismiss on or before August 31, 2007.

      New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE