UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE<br>*Glen Michael Adams, Et Al*, NO. 06-4634 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EXPARTE MOTION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITH RESERVATION OF RIGHTS

**NOW INTO COURT**, through undersigned counsel, come plaintiffs Glenn Michael Adams, et. al., who wish to voluntarily dismiss defendant, St. Paul Fire & Marine Insurance Company, from this suit, without prejudice, reserving all claims against all other parties not herein dismissed.

**WHEREFORE,** plaintiffs pray for an Order of Partial Voluntary Dismissal, dismissing, without prejudice Plaintiffs' complaint as to St. Paul Fire & Marine Insurance Company, reserving unto plaintiffs all rights and claims against all other parties not herein dismissed.

Respectfully Submitted:

Respectfully Submitted:

_____
Through their attorney of record:
J. Patrick Connick
3900 Veterans Memorial Boulevard,
Third Floor
Metairie, LA 70002: 337-269-9077
**Attorney for Plaintiffs, Glenn Michael Adams, et. al**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by placing copy of the same in the United States mail, postage pre-paid and properly addressed, this _19_ day of _March_ 2007.