MINUTE ENTRY
DUVAL, J.
August 21, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  Levee and MRGO Class Actions | SECTION "K"(2) |

      Attending a status conference held this day to discuss the procedures that will be used in conducting the Class Certification Hearings set to commence on November 5, 2007 were:

      Joseph Bruno, Hugh Lambert, Daniel E. Becnel, Gerald Meunier, Robert M. Becnel,
          Frank Dudenhefer, Jr., and Scott Joanen for plaintiffs;
      Brent Talbot for CSX;
      Charles Lanier for SWB;
      Tommy Anzelmo and Ben Mayeaux for OLD;
      Gary Zwain for EJLD/Lake Borgne
      Carmelite Bertaut and Jerome Doak for WGI; and
      Mark Devenport for National Union of Pittsburgh.
      Traci Colquette for the United States participated by phone.

      A consensus was reached that provides for a single hearing for class certification in both Levee and MRGO; however, the Court and counsel will make every effort to identify clearly what testimony is relevant to which suit and which sub-class.

      Plaintiffs will be allowed to put on their case in chief which will pertain to both Levee and MRGO combined.  Every effort will be made to identify the specific Zone to which testimony pertains throughout.  Cross-examination will be allowed by both an attorney representing Levee defendants' interests and MRGO defendants' interest; such attorneys shall be designated.  Counsel shall make every effort to refrain from repetitive questioning.  It is anticipated that plaintiffs' class representatives will be presented to the Court by deposition and

there will be only 4 live expert witnesses such that plaintiffs' case in chief should take no more than three days and in all likelihood 2 days.

Defendants in Levee will then be allowed to proceed with their experts followed by cross-examination by plaintiffs. At the conclusion of that testimony, MRGO defendants shall be allowed to proceed with their experts with cross-examination by plaintiffs. An attorney shall be designated for such cross-examination on behalf of all plaintiffs.

**IT IS ORDERED** that counsel shall attempt to prepare a single pretrial order which shall encompass both hearings with proper designations as to subject matter therein. As previously ordered, such pretrial order shall be filed with the Court **no later than 4:30 p.m. October 25, 2007.**

**IT IS FURTHER ORDERED** that the pretrial conference on class certification in Levee and in MRGO class actions shall be held at **10:00 a.m. on October 30, 2007.**

**IT IS FURTHER ORDERED** that Levee Defendants' Motion to Extend Deadline for Defendants' Class-Certification Expert Reports (Doc. 7043) is **GRANTED** as follows:

a) Defendants' Expert Report Deadline is **CONTINUED** from August 24, 2007 to September 10, 2007.

b) Depositions of Defendants' Experts shall commence on September 20, 2007 and be completed by October 5, 2007

c) Plaintiffs' Reply Brief shall be filed no later than October 22, 2007.

d) The exhibit list deadline of August 27, 2007 shall remain; however, such list may be supplemented no later September 10, 2007 only with respect to documents or exhibits identified in relation to expert testimony.

**IT IS FURTHER ORDERED** that the issue concerning the appointment of an ad hoc attorney to file suit on behalf of those unrepresented individuals in order to comply with the requirements of the AEA shall be briefed by plaintiffs **no later than Wednesday, August 22, 2007.** Any response thereto shall be filed no later than **noon on Thursday, August 23, 2007.**

[signature]

JS-10: 1 hour and 15 mins.