UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED CASES | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.: 05-04182<br><br>SECTION "K " |
| PERTAINS TO: INSURANCE (07-03087) | * | MAGISTRATE 5 |

**************************************************
### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AMENDED COMPLAINT TO NAME CORRECT INSURER

Here into Court comes Complainant, John Bacques, who respectfully requests leave of court to file a supplemental and amended complaint to correctly name the defendant.

Respectfully Submitted,

 /s/ William P. Connick
**CONNICK AND CONNICK, LLC**
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. - 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

**LAW OFFICE OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 08540**
**Andrea S. Lestelle - 08539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. - 11338**
P.O. Box 792500
New Orleans, LA  70179
6305 Elysian Fields, Suite 304
New Orleans, LA  70122
Telephone: (504) 286-2022
Facsimile:  (504) 282-6298

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130
**ATTORNEYS FOR THE PLAINTIFF**
**John Bacques**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of August, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the any non-CM/ECF participants.

s/ William P. Connick
**WILLIAM P. CONNICK**