UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED CASES | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO.: 05-04182 <br><br> SECTION "K" <br><br>|
| PERTAINS TO: INSURANCE (07-03087) | * | MAGISTRATE 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that Complainant, John Bacques, is granted leave of Court to file a supplemental and amended complaint to name the correct defendants in the case.

New Orleans, Louisiana, this the _____ day of _____, 2007

_____
**JUDGE STANWOOD DUVAL, JR.**