## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED CASES | * * * * * * | CIVIL ACTION <br> NO.: 05-04182 <br> SECTION "K " |
| PERTAINS TO: INSURANCE (07-03080) | * | MAGISTRATE 5 |

*****************************************************

## ORDER

**IT IS ORDERED** that Complainant, Robert Slack, is granted leave of Court to file a supplemental and amended complaint to name the correct defendant in the case.

New Orleans, Louisiana, this the _____ day of _____, 2007

_____
**JUDGE STANWOOD DUVAL, JR.**