UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED CASES | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.: 05-04182<br><br>SECTION "K " |
| PERTAINS TO: INSURANCE (07-03080) | * | MAGISTRATE 5 |

**************************************************

## ORDER

    **IT IS ORDERED** that Complainant, Robert Slack, is granted leave of Court to file a supplemental and amended complaint to name the correct defendant in the case.

    New Orleans, Louisiana, this the _____ day of _____, 2007

                                                                     _____
                                                                      **JUDGE STANWOOD DUVAL, JR.**