JURY                                               76 3251 C

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/20/76 | 1 | COMPLAINT, 3 sums issg., 1 L/A issg. |
| 10/21/76 | 2 | Pltf's REQUEST & ISSG 1 sums. |
| 10-21-76 | 3 | Pltf's request & issuance of 4 depos. subps & 1 subps duces tecum. |
| 10-21-76 | 4 | Pltf's notice of depos. of Arne Henriksen 9am; Gunnar Ruus 9:30am; Pes Hovlid 10am; Kjell Slatten 10:30am; and Peder Gusvuar 11am – all on 10-26-76. |
| 10-26-76 | 5 | Return on depos. subp. served on Pes Howlid 10-26-76; on Arne Henriksen 10-24-76; on Kjell Slatten 10-23-76; on Peder Gasvuar 10-25-76. |
| 10-27-76 | 6 | Notice of restraining order. |
| 10-28-76 | 7 | Pltf's interrogs.to Mowinskels Rederi |
| 10-28-76 | 8 | Pltf's interrogs. to State of La. |
| 11/1/76 | 9 | M.R. on S & C to A/S J.L. Mowinckels Rederi thru J.R. Nelson, Sec. of State thru Mouleboux, State of La. thru Sec to Legal Counsel(Ravencraft), served on 10/26/76 & A/S J.L. Mowinckels Rederi thru Gulf Motorships, Inc., drop service J.Lofton on 10/27/76. |
| 10-28-76 | 10 | Pltf's mtn. & order that amded complaint be filed. (ABR) ent. 11-3-76. |
| 10-29-76 | 11 | M.E.: no depos. shall be scheduled w/o conferring w/counsel in related suits. (ABR) ent. 11-3-76. |
| 11-1-76 | 12 | Interrogs. & requests for prod. |
| 11-3-76 | 13 | Amended complaint – 2 sums issued. (adding Nicholas Colombo and New Orleans-Baton Rouge Steamship Pilots Association.) |
| 11-4-76 | 14 | M.R. on interrogs. served on State of La. 11-2-76. |
| 11-5-76 | 15 | Second interrogs. & requests for prod. to A/S J. Mowinckles Rederi. |
| 11-10-76 | 16 | M.R. on interrogs. & sums served on Nicholas Colombo 11-8-76. |
| 11-15-76 | 17 | M.R. on amd. complaint served on Nicholas Colombo 11-11-76; on NO-BR Steamship Pilots 11-10-76; on NO-BR Steamship Pilots thru agent 11-10-76; on NO-BR Steamship Pilots thru S. Sprada 11-10-76. |
| 11-24-76 | 18 | Mtn. of New Orleans-Baton Rouge Steamship Pilots Assoc to dismiss; hrg. set 12-22-76 9am |
| 11-24-76 | 19 | Answer of deft. Capt. Nicholas Colombo. |
| 12-15-76 | 20 | PRE-TRIAL ORDER NO. 1: Conf-hrg. held 12-10-76 3:30pm. Clerk to maintain one file in all direct action proceedings numbered 76-3251; maintain second file in exon-limit numbered 76-3275; maintain third file in exon-limit numbered 76-3654. Filings to be made with copies for each file & for judge. Court will hold prel. conf. 12=14=76 2pm. Interggos & requests for docu to be filed by 1-15-77 5pm. Trial committees will meet 2-23-77 10am. Pilots Assoc mtn. to dismiss will be heard 1-19-77. Trial will commence 10-10-77 w/jury. (ABR) ent. 12-15-76. |
| 12-15-76 | 21 | PRE-TRIAL ORDER NO. 2: William Jefferson appt. atty to represent all parties who have not yet filed claim. (ABR) ent. 12-15-76. |
| 12-16-76 | 22 | Answer of Sylvia Durie Davis and Billy Rex Williamson. |
| 12-16-76 | 23 | Answer of Sylvia Durie David and Billy Rex Williamson. |
| 12-17-76 | 24 | Answer of Mrs. Brenda Gast. |
| 12-17-76 | 25 | Answer of Mrs. Brenda Gast. |
| 12-20-76 | 26 | Answer of Suyapa Dermody. |
| 12-20-76 | 27 | Claim of Janice Collins. |
| 12-20-76 | 28 | Claim of Suyapa Dermody. |
| 12-20-76 | 29 | Claim of Janice Collins. |
| 12-17-76 | 30 | Order of referral to Mag Hughes for all hrg. on disc. mtns. (ABR) ent. 12-20-76. |
| 12-20-76 | 31 | Answer of Mrs. Ann Masters Hasingts. |
| 12-20-76 | 32 | Answer of Mrs. Ann Masters Hastings. |
| 12-20-76 | 33 | Answer of Maxine Harrell Gehegan. |
| 12-20-76 | 34 | Answer of Elsie Anthony Gehegan. |
| 12-20-76 | 35 | Answer of Robert Malcolm Jones. |
| 12-22-76 | 36 | Answer of Sandra McKinney Reno Schafer. |

PLAINTIFF'S EXHIBIT A