UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | | **NO.   05-4182 "K"(2)** |
| § | | **JUDGE DUVAL** |
| § | | **MAG. WILKINSON** |
| _____ § | | |
| § | | |
| **PERTAINS TO:** § | | |
| § | | |
| **LEVEE & MRGO CASES** § | | |
| _____ § | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Levee and MRGO PLSC's on Friday, August 24, 2007 at 11:00 o'clock a.m. at the United States District Courthouse, Court Room C352, 500 Camp Street, New Orleans, Louisiana, and before U.S. District Judge Stanwood R. Duvall, will bring on for hearing its Motion for Appointment of a Special Master.

Please be advised that the Levee and MRGO PLSC's will, by separate motion, seek an expedited hearing of this motion.

RESPECTFULLY SUBMITTED:

LEVEE LITIGATION GROUP

BY:   s/Joseph M. Bruno
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@brunobrunolaw.com
Plaintiffs' Liaison Counsel

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 22nd day of August, 2007.

                                                /s/ Joseph M. Bruno

                                                Joseph M. Bruno