UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Plaintiffs' Motion for Leave to Supplement and Amend the Motion for Class Certification, Record Doc. No. 6942

O R D E R E D:

 XXX : GRANTED.  No memorandum in opposition to this motion has been filed.  In addition, the amendment merely incorporates in the MRGO motion the same kinds of amendments that were recently permitted by Judge Duval in the Levee cases. Consistently with Judge Duval's Levee order, this motion is also granted.

New Orleans, Louisiana, this   22nd   day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**