UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE & MRGO CASES | § | |
| _____ | § | |

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION

## FOR EXPEDITED HEARING

**NOW INTO COURT,** through undersigned counsel, comes the Levee and MRGO PLSCs, which respectfully moves this Honorable Court for an Order granting an expedited hearing of its Motion for Appointment of Special Master, for the following reason:

I.

A Special Master must be appointed as soon as possible to meet a deadline of August 29, 2007.

II.

Due to the unique nature of this request, the court has indicated that it will rule on the Motion to Appoint a Special Master by Friday, August 24, 2007.

III.

The United States is aware that the date of hearing is Friday, August 24, 2007, and has agreed to file an opposition, if any, on Thursday, August 23, 2007.

RESPECTFULLY SUBMITTED:

LEVEE LITIGATION GROUP

BY: <u>s/Joseph M. Bruno</u>
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@brunobrunolaw.com
Plaintiffs' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 22nd day of August, 2007.

<u>/s/ Joseph M. Bruno</u>

Joseph M. Bruno