UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | | **NO.   05-4182 "K"(2)** |
| § | | **JUDGE DUVAL** |
| § | | **MAG. WILKINSON** |
| § | | |
| § | | |
| **PERTAINS TO:** § | | |
| § | | |
| **LEVEE & MRGO CASES** § | | |
| § | | |

### ORDER GRANTING AN EXPEDITED HEARING

**IT IS ORDERED** that an expedited hearing of the Levee and MRGO PLSC's Motion for Appointment of Special Master be and hereby is **GRANTED**, and will be heard on August 24, 2007 at 11:00 a.m.

New Orleans, Louisiana, this _____ day of August, 2007.

_____

**UNITED STATES DISTRICT JUDGE**