UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE & MRGO CASES | § | |
| _____ | § | |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Levee and MRGO PSLC's Motion for Appointment of Special Master be and is hereby **GRANTED**.

The Court hereby appoints _____ as Special Master to file suit on August 29, 2007 on behalf of claimants who have timely filed a Form SF-95 under the Admiralty Extension Act, to be coordinated with Plaintiffs Liaison Counsel in the above referenced matter.

This _____ day of August , 2007, at NEW ORLEANS, Louisiana.

_____
DISTRICT JUDGE