UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED CASES | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO.: 05-04182 <br><br> SECTION "K" |
| PERTAINS TO: INSURANCE (07-03085) | * | MAGISTRATE 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED** that Complainant, Gail Conerly, is granted leave of Court to file a supplemental and amended complaint to name the correct defendant in the case.

New Orleans, Louisiana, this the _____ day of _____, 2007

_____
**JUDGE STANWOOD DUVAL, JR.**