UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE & MRGO CASES | § | |
| _____ | § | |

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF

## MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

NOW INTO COURT, through undersigned counsel, comes the Levee & MRGO PSLCs, which moves for leave to supplement the record of its' Motion for Appointment of Special Master, for the following reasons:

I.

On August 21, 2007 the Court allowed the Levee & MRGO PSLCs to file its' Motion for Appointment of Special Master seeking expedited consideration with the understanding that it be field as soon as possible.  To that end, the Levee & MRGO PSLCs filed said motion the following day.

II.

In the motion, the Levee & MRGO PSLCs referenced an Order entered by Judge Rubin of the Eastern District of Louisiana in 1976 appointing an attorney to represent "all parties who have not yet filed a claim" in McKeithen v. M/T Frosta, (USDC, EDLA, 76-3251).  As that case had been closed for many years, a copy of Judge Rubin's order was requested from the Fort Worth National Archives, where the closed case file was stored, with the understanding that once received, a copy would be provided to the Court.

III.

The Fort Worth National Archives has now provided a copy of Judge Rubin's Order, which is attached to this motion for review by the Court.

WHEREFORE, the Levee & MRGO PSLCs prays for an Order by the Court granting leave to supplement the record to include the attached file the attached copy of Judge Rubin's Order.

> **RESPECTFULLY SUBMITTED:**
> **LEVEE LITIGATION GROUP**
>
> BY:   s/Joseph M. Bruno
> Joseph M. Bruno (#3604)
> The Law Office of Joseph M. Bruno
> 855 Baronne Street
> New Orleans, Louisiana 70113
> Telephone: (504) 525-1335
> Facsimile:(504) 581-1493
> E-Mail:jbruno@jbrunolaw.com
> Plaintiffs' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 22nd day of August, 2007.

>    /s/ Joseph M. Bruno
>
> Joseph M. Bruno