UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES § | CIVIL ACTION | |
| CONSOLIDATED LITIGATION § | NO.   05-4182 "K"(2) | |
| § | JUDGE DUVAL | |
| § | MAG. WILKINSON | |
| _____ § | | |
| § | | |
| PERTAINS TO:   § | | |
| § | | |
| LEVEE & MRGO CASES   § | | |
| _____ § | | |

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Levee and MRGO PSLC's Motion for Leave to Supplement the Record be and is hereby **GRANTED**.  It is **ORDERED** that the record of the Levee and MRGO PSLC's Motion for Appointment of Special Master be supplemented to include Judge Rubin's 1976 Order (Pre-Trial Order No.2).

This _____ day of August , 2007, at NEW ORLEANS, Louisiana.

_____

DISTRICT JUDGE