```
                                              U. S. DISTRICT COURT
                                              EASTERN DISTRICT OF LOUISIANA

                                                    DEC 15 1976
MINUTE ENTRY                                  FILED
DECEMBER 14, 1976
RUBIN, J.                                     NELSON B. JONES
                                                     CLERK
```

DOROTHY S. McKEITHEN, Individually              CIVIL ACTION
and on Behalf of Her Deceased
Husband, CHARLES F. McKEITHEN                   NO. 76-3251

VERSUS                                          SECTION "C"

THE S.S. FROSTA, THE M/V GEORGE PRINCE,
A/S J.L. MOWINKELS REDERI, AND THE
DEPARTMENT OF HIGHWAYS OF THE STATE
OF LOUISIANA


IN THE MATTER OF A/S J. LUDWIG MOWINKELS
REDERI, as owner of the M/T FROSTA,             CIVIL ACTION
Petitioning for exoneration from or
limitation of liability                         NO. 76-3275

                                                SECTION "C"


IN THE MATTER OF THE DEPARTMENT OF              CIVIL ACTION
HIGHWAYS, STATE OF LOUISIANA, ex rel
WILLIAM J. GUSTE, JR., ATTORNEY GENERAL,        NO. 76-3654
AS OWNER OF THE M/V GEORGE PRINCE,
PETITIONING FOR EXONERATION FROM OR             SECTION "C"
LIMITATION OF LIABILITY


                      PRE-TRIAL ORDER NO. 2

Plaintiffs' counsel having advised the Court that a Trial Committee has been formed, and their names having been set forth in Pre-Trial Order No. 1, and their having orally suggested to the Court that the time for filing claims has not yet elapsed and there are potential claimants who have not yet entered an appearance and that these persons may not be represented by counsel and that therefore the Court should appoint counsel to act on behalf of any potential claimants who are unrepresented in these proceedings until such time as those persons enter an appearance through counsel of their own selection or otherwise indicate that they do not wish to be represented in this matter, the Court hereby appoints William Jefferson, Esq., a member of the bar of this Court, whose address is One Shell Square, and whose telephone number is 561-8933 to serve in that capacity.

                                                      APR.

                  DEC 15 1976
DATE OF ENTRY_____
                    (46)