MINUTE ENTRY
WILKINSON, M.J.
AUGUST 21, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  ALL CASES | MAG. WILKINSON |

    Today, I participated with Judge Duval in a status conference attended by counsel concerning the upcoming class certification hearings.

                                                   JOSEPH C. WILKINSON, JR.
                                         UNITED STATES MAGISTRATE JUDGE

MJSTAR: **1 : 30**