UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                       NO. 05-4182 "K" (2)

PERTAINS TO:
INSURANCE CASES                        JUDGE DUVAL
No. 06-5104 – *Matthew and Amanda Gorbaty*
              *v. Amica Mutual Ins. Co.*     MAG. WILKINSON

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the above-numbered and entitled suit be and the same is hereby

dismissed with full prejudice as to the rights of Plaintiffs, MATTHEW and AMANDA

GORBATY, and against Defendant, AMICA MUTUAL INSURANCE COMPANY, each

party to bear their own cost.

JUDGMENT RENDERED, READ AND SIGNED at New Orleans, Louisiana, this

22nd day of ____August____, 2007.

_____
JUDGE