**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE | § | |
| *Sims, 06-5116* | § | |
| *Richard, 06-5118* | § | |
| *DePass, 06-5127* | § | |
| *Adams, 06-5128* | § | |
| *Bourgeois, 06-5131* | § | |
| *Ferdinand, 06-5132* | § | |
| *Christophe, 06-5134* | § | |
| *Williams, 06-5137* | § | |
| *Porter, 06-5140* | § | |
| *Augustine, 06-5142* | § | |
| _____ | § | |

**<u>ORDER</u>**

Having considered the United States' Motion for an Enlargement of Time to File an

Over-Length Reply Memorandum in Support of Its Motion to Dismiss, and for good cause

shown, it is hereby ORDERED that the Motion for Enlargement of Time is GRANTED.  The

1

United States may file an over-length reply memorandum in support of its motion to dismiss on or before August 31, 2007.

New Orleans, Louisiana, this 22nd day of _____ August _____, 2007.

_____

UNITED STATES DISTRICT JUDGE