UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NUMBER: 05-4182<br><br>SECTION: "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324,
05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278,
06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786,
06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289, 07-1349

PERTAINS TO:  LEVEE

MOTION OF PLAINTIFFS' PERMANENT
MASTER COMMITTEE (PMC) FOR
APPOINTMENT OF CURATOR
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 53

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Permanent

Master Committee (PMC), which, for the reasons more fully set forth in the memorandum

attached hereto, respectfully request that the Court appoint an attorney-curator *ad hoc* to file on

00011757.WPD

August 29, 2007 a complaint in both the levee and MRGO cases in this litigation naming the

Corps of Engineers as defendant, and asserting the claims of all individuals known to have filed

Form 95 complaints as the Corps by March 1, 2007.

                                      RESPECTFULLY SUBMITTED:

                                      LEVEE LITIGATION GROUP

                                      BY:    s/Joseph M. Bruno
                                      Joseph M. Bruno (#3604)
                                      The Law Office of Joseph M. Bruno
                                      855 Baronne Street
                                      New Orleans, Louisiana 70113
                                      Telephone: (504) 525-1335
                                      Facsimile:(504) 581-1493
                                      E-Mail:jbruno@brunobrunolaw.com
                                      Plaintiffs' Liaison Counsel

                                      -and-

                                      GERALD E. MEUNIER (La. Bar #9471)
                                      Gainsburgh, Benjamin, David, Meunier &
                                      Warshauer, L.L.C.
                                      2800 Energy Centre
                                      1100 Poydras Street
                                      New Orleans, Louisiana 70163-2800
                                      Phone:504/522-2304
                                      Facsimile:504/528-9973
                                      E-mail:gmeunier@gainsben.com
                                      Levee PSLC Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants:

                                                            s/Joseph M. Bruno

                                                           JOSEPH M. BRUNO #3604