MINUTE ENTRY
WILKINSON, M. J.
AUGUST 21, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                                          NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Burk, 06-7846          JUDGE DUVAL
                                                                 MAG. WILKINSON

     Pursuant to Paragraph VII of Case Management Order ("CMO") No. 4, a preliminary conference was conducted in the referenced case, Gwen Burk, et al. v. Scottsdale Ins. Co. et al., C.A. No. 06-7846, on this date before the undersigned magistrate judge. Participating via telephone were William Gordon, representing plaintiffs; Cynthia Thomas, representing defendant.

     All counsel orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written consent form is being circulated. Upon my receipt of the written consent form and formal order of referral of this matter to me by the district judge pursuant to Section 636(c), (1) this case will be separated and de-

MJSTAR:  0 : 20

consolidated from the captioned consolidated litigation for docketing and all other purposes to proceed independently before me on the trial schedule orally agreed upon during the conference, and (2) a separate Rule 16 scheduling order will be entered by me.

In the interim, however, the settlement conference previously scheduled before me in this matter on **September 18, 2007 at 3:00 p.m.** will proceed. In addition, counsel will prepare a joint motion and stipulation to dismiss without prejudice the "E&O Insurer" named as a defendant, in light of the previous dismissal of Katie Hymel.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**