

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    AUG 17 2007

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * <br> * |
| INSURANCE: *Aaron*, 06-4746 | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff, Claudia Gillard, seeks to dismiss her claim against defendants Allstate Insurance Company and Allstate Indemnity Company ("Allstate"). Accordingly, this plaintiff respectfully requests that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that all of her claims against all parties, including Allstate, be dismissed, without prejudice, each party to bear its own costs.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____          87267

**WHEREFORE,** Plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

**JIM S. HALL & ASSOCIATES**

Joseph W. Rausch, No. 11394
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by facsimile transmission on the ____ day of June, 2007.

- 2 -

87267