MINUTE ENTRY
WILKINSON, M. J.
AUGUST 22, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
     CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Danny Rebecca</u>, 06-4808      JUDGE DUVAL
MAG. WILKINSON


      A conference was conducted in the referenced case, <u>Danny Rebecca, Inc. et al. v.</u>

<u>Scottsdale Ins. Co.</u>, C.A. No. 06-4808, on this date before the undersigned magistrate

judge.  Participating via telephone were Scott Wolfe, representing plaintiffs, and Cynthia

Thomas, representing defendant.  The purpose of the conference was to address the

individual issues in the referenced <u>Danny Rebecca, Inc.</u> case, which were bifurcated and

referred to me by the presiding district judge, Record Doc. No. 6315, pursuant to

Paragraph VII of Case Management  Order No. 4 ("CMO No. 4").


MJSTAR:  **0 : 15**

Settlement possibilities were discussed.   Counsel have exchanged settlement proposals, and their proposals are relatively close.   Accordingly, this case will proceed as follows:

**IT IS ORDERED** that a settlement conference will be conducted before me on **September 26, 2007 at 3:00 p.m.**   Counsel are directed to conduct further discussions between themselves before that date.   If no settlement is reached, the possibility of setting this matter for trial will be discussed at the September 26th conference.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**<u>CLERK TO NOTIFY</u>:**
**HON. STANWOOD R. DUVAL, JR.**

-2-