

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * |
| INSURANCE:  *Aaron*, 06-4746 | * |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Frances J. Brown are dismissed, without prejudice, each party to bear its own costs;

New Orleans, Louisiana, this _22nd_ day of _August_, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

87192