UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES               CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

                                                        JUDGE DUVAL
PERTAINS TO:  LEVEE                                  MAG. WILKINSON

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the United States of America's Motion to Compel Answers to Interrogatories and Production of Documents and Things, Record Doc. No. 6716, set for hearing on August 22, 2007 at 11:00 a.m. without oral argument, has been timely submitted.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.  The Levee Plaintiffs are HEREBY ORDERED to respond fully and in writing, without objection, to defendant's Interrogatory Nos. 1 through 22 and 25, and Request for Production Nos. 1 through 47,

in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order.  The Levee Plaintiffs waived all objections when they failed to serve their discovery responses within the deadline set by CMO No. 4.  Record Doc. No. 3299, ¶ IV(B)(1)(h); Defendant's Exhs. 1, 2, and have compounded this waiver by failing to respond to this motion.

New Orleans, Louisiana, this  23rd  day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE