MINUTE ENTRY
KNOWLES, M.J.
AUGUST 22, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATON | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | |
| LEVEE (DePass., No. 06-5127) | SECTION "K" |

On this date, the DePass Plaintiffs' Motion for Leave to File Third Amended Complaint # 6798 came on for hearing before the undersigned Magistrate Judge.

Present were:   William C. Gamble on behalf of the Plaintiffs

Richard R. Stone on behalf of the United States of America

Dennis Phayer on behalf of the Parish of Jefferson

Pursuant to the hearing, Plaintiffs' Motion for Leave to Amend #6798 was taken under submission.

_____
DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

MJSTAR(00:13)