UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ALL MRGO AND LEVEE CASES

## O R D E R

Considering the foregoing Sixth Joint Motion to Amend Case Management and Scheduling Order No. 4;

**IT IS ORDERED** that the motion is **GRANTED** and that Case Management Scheduling Order No. 4 be and hereby is amended as follows:

1.

The deadline for production subpoenas to non-parties in Common Liability Issues, currently set for August 31, is extended to November 19, 2007.

NEW ORLEANS, LOUISIANA, this ____ day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE

890026v.1