**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION
                                                     NO. 05-4182 "K" (2)

PERTAINS TO: MRGO
                                                     JUDGE DUVAL
                                                     MAG. WILKINSON
FILED IN        05-4181, 05-4182, 05-5237, 05-6073,
                05-6314, 05-6324, 05-6327, 05-6359,
                06-0225, 06-0886, 06-1885, 06-2152,
                06-2278, 06-2287, 06-2824, 06-4024,
                06-4065, 06-4066, 06-4389, 06-4634,
                06-4931, 06-5032, 06-5155, 06-5159,
                06-5161, 06-5162, 06-5260, 06-5771,
                06-5786, 06-5937, 07-0206, 07-0621,
                07-1073, 07-1271, 07-1285

---

**DEFENDANT UNITED STATES' MOTION TO WITHDRAW
THE UNITED STATES' MOTION TO COMPEL STATE FARM
FIRE & CASUALTY COMPANY'S RESPONSES TO
REQUESTS FOR PRODUCTION OF DOCUMENTS AND
<u>INCORPORATED MEMORANDUM IN SUPPORT</u>**

        The United States has previously filed a Motion to Compel State Farm Fire & Casualty

Company's Responses to Requests for Production of Documents and Incorporated Memorandum

in Support (Doc. No. 6831), which motion is currently noticed for hearing on August 29, 2007

(Doc. No. 7095).  The United States and State Farm have resolved all issues in contention in the

pending Motion to Compel and accordingly the United States desires to withdraw its pending Motion to Compel, given that the matters that were the subject of the motion have been resolved,

**WHEREFORE,** the United States respectfully moves to withdraw its Motion to Compel State Farm Fire & Casualty Company's Responses to Requests for Production of Documents and Incorporated Memorandum in Support (Doc. No. 6831).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Daniel M. Barish
DANIEL M. BARISH
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4272 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 23, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel M. Barish, hereby certify that on August 23, 2007, I served a true copy of the United States' Motion to Withdraw the Motion to Compel State Farm Fire & Casualty Company's Responses to Requests for Production of Documents and Incorporated Memorandum in Support upon all parties by ECF.


<u>    s/   Daniel M. Barish</u>
DANIEL M. BARISH