UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5771, 06-5786, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285 | |

## **ORDER**

The United States' Motion to Withdraw the United States' Motion to Compel State Farm Fire & Casualty Company's Responses to Requests for Production of Documents is hereby GRANTED as the parties have resolved all issues in dispute that were the subject of the Motion to Compel (Doc. No. 6831).

New Orleans, Louisiana, this ___ day of August, 2007

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE