UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED CASES | * * * * * * | CIVIL ACTION<br><br>NO.: 05-04182<br><br>SECTION "K" |
| PERTAINS TO: INSURANCE (07-03087) | * | MAGISTRATE 5 |

**********************************************

## ORDER

**IT IS ORDERED** that Complainant, John Bacques, is granted leave of Court to file a supplemental and amended complaint to name the correct defendants in the case.

New Orleans, Louisiana, this the  23rd  day of ___August___, 2007

_____

**JUDGE STANWOOD DUVAL, JR.**