UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE<br>*Glen Michael Adams, Et Al*, NO. 06-4634 | * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Foregoing EXPARTE MOTION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITH RESERVATION OF RIGHTS

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' claims against St. Paul Fire & Marine Insurance Company are hereby DISMISSED, without prejudice, reserving to plaintiffs all rights against all other defendants not herein dismissed.

New Orleans, Louisiana this __23rd__ day of __August__, 2007

_____
JUDGE