UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTIONS

In its Motion to Withdraw Motion to Compel State Farm's Responses to Requests for Production of Documents, Record Doc. No. 7285, the United States has advised the court that "the parties have resolved all issues in dispute" which were the subject of its Motion to Compel set before me on August 29, 2007.  Accordingly,

**IT IS ORDERED** that the Motion of the United States to Withdraw its Motion to Compel State Farm's Responses to Requests for Production of Documents, Record Doc. No. 7285, is hereby GRANTED.

**IT IS FURTHER ORDERED** that Motion of the United States to Compel State Farm's Responses to Requests for Production of Documents, Record Doc. No. 6831, is DISMISSED AS MOOT.

New Orleans, Louisiana, this __24th__ day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE