**MINUTE ENTRY**
**DUVAL, J.**
**AUGUST 24, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO:  LEVEE AND MRGO: REC. DOCS. 7225 & 7269 | NO. 05-4182 |
| | SECTION "K"(2) |

## ORAL ARGUMENT

**Pltfs' mtn for appointment of Special Master in relation to the Levee and MRGO cases, doc. 7225.**

**Pltfs' mtn for Permanent Master Committee (PMC) for appointment of curator pursuant to Federal Rule of Civil Procedure 53, doc. 7269.**

**CASE MANAGER:  SHEENA DEMAS**
**COURT RECORDER:  BONNIE HEBERT**

**APPEARANCES:**
Robert Becnel, Jr., Joseph Bruno, Gerald Meunier, Hugh Lambert, Linda Nelson, (Traci Colquette & Richard Stone By Telephone)

**Case called; All present and ready. Court begins at 10:09 a.m.**

**Oral argument by parties. These matter are SUBMITTED.**

**Court adjourns at 11:19 a.m.**

```
JS-10 (1:10)
```