UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONTAGNET PROPERTIES # 1, LLC<br>MONTAGNET PROPERTIES #7, LLC,<br>2235 POYDRAS LLC, AND<br>MONTAGNET PROPERTIES #5, LLC<br><br>PLAINTIFF<br><br>VERSUS<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br>THE NORTHERN INSURANCE COMPANY<br>OF NEW YORK, AND MARYLAND CASUALTY<br>COMPANY<br><br>DEFENDANTS | * CIVIL ACTION<br>*<br>* NO. 06-5115 (c/w) 05-4182<br>*<br>* SECTION "K" – MAGISTRATE # 2<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>*<br>*<br>*<br>* |

**STIPULATION OF DISMISSAL AS TO
PLAINTIFFS' CLAIMS AGAINST DEFENDANTS,
ZURICH AMERICAN INSURANCE COMPANY AND
NORTHERN INSURANCE COMPANY OF NEW YORK**

The Plaintiffs, Montagnet Properties #1, LLC, Montagnet Properties #7, LLC, 2235 Poydras LLC, and Montagnet Properties #5, LLC, and Defendants, Zurich American Insurance Company ("Zurich"), The Northern Insurance Company of New York ("Northern"), and Maryland Casualty Company, have agreed to the dismissal of the current defendants, Zurich and



{N1698659.1}

1

Northern, without prejudice of the Plaintiffs ability to re-assert claims against these Defendants in this action.

It is therefore stipulated that pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendants, Zurich and Northern, are hereby dismissed without prejudice. It is further stipulated that, should the Plaintiffs move to amend the pleadings for the purpose of re-asserting the claims that are hereby dismissed against the dismissed defendants, none of the defendants will oppose such a motion on the grounds of prescription.

                                Respectfully submitted,

                                /s/ Katherine L. Winters

                                KATHERINE L. WINTERS (#28275)
Jones Walker Waechter Poitevent
  Carrère and Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:   (504) 582-8376
Facsimile:   (504) 589-8376
E-Mail:   kwinters@joneswalker.com
Counsel for Plaintiffs,
Montagnet Properties #1 LLC,
Montagnet Properties #7, LLC,
2235 Poydras LLC, and
Montagnet Properties #5, LLC

                                and

Of Counsel:

O. Stephen Montagnet, III
McCraney & Montagnet, PLLC
5760 I-55 N., Suite 300
Jackson, Mississippi 39211

_____
RICHARD E. KING (25128)
DAVID M. MORAGAS (29633)
Galloway, Johnson, Tompkins, Burr & Smith
Suite 4040 - 701 Poydras Street
New Orleans, Louisiana 70139
Telephone:   (504) 5252-6802
Facsimile:    (504) 525-2456
Counsel for Defendants, Zurich American Insurance
Company, The Northern Insurance Company of
New York, and Maryland Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by hand delivery and/or by depositing same in the U. S. mail, properly addressed and postage prepaid, this ___22___ day of August, 2007.

_____

3