PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 277 | AFW-277-000000001 | AFW-277-000000063 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 798) from June 2007 Review and Select Production |
| AFW | 366 | AFW-366-000000001 | AFW-366-000000006 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 815) from June 2007 Review and Select Production |
| AFW | 368 | AFW-368-000000001 | AFW-368-000000074 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 837) from June 2007 Review and Select Production |
| AFW | 368 | AFW-368-000000079 | AFW-368-000000224 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 837) from June 2007 Review and Select Production |
| AFW | 374 | AFW-374-000000009 | AFW-374-000000031 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 832) from June 2007 Review and Select Production |
| AFW | 384 | AFW384-000000023 | AFW-384-000000032 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 384 | AFW-384-000000207 | AFW-384-000000216 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |
| AFW | 384 | AFW-384-000000223 | AFW-384-000000228 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |
| AFW | 384 | AFW-384-000000285 | AFW-384-000000288 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |
| AFW | 384 | AFW-384-000000293 | AFW-384-000000330 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |
| AFW | 384 | AFW-384-000000726 | AFW-384-000000799 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |
| AFW | 384 | AFW-384-000000808 | AFW-384-000000815 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 384 | AFW-384-000001062 | AFW-384-000001073 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 827) from June 2007 Review and Select Production |
| AFW | 386 | AFW-386-000000001 | AFW-386-000000344 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 829) from June 2007 Review and Select Production |
| AFW | 420 | AFW-420-000000001 | AFW-420-000000688 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 971) from June 2007 Review and Select Production |
| AFW | 420 | AFW-420-000001507 | AFW-420-000001696 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 971) from June 2007 Review and Select Production |
| AFW | 438 | AFW-438-000000001 | AFW-438-000000209 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 964) from June 2007 Review and Select Production |
| AFW | 445 | AFW-445-000000001 | AFW-445-000000131 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 998) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 455 | AFW-455-000000001 | AFW-455-000000006 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 996) from June 2007 Review and Select Production |
| AFW | 465 | AFW-465-000000001 | AFW-465-000000101 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 976) from June 2007 Review and Select Production |
| AFW | 466 | AFW-466-000000001 | AFW-466-000000058 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1030) from June 2007 Review and Select Production |
| AFW | 475 | AFW-475-000000009 | AFW-475-000000011 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1009) from June 2007 Review and Select Production |
| AFW | 477 | AFW-477-000000001 | AFW-477-000000001 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1011) from June 2007 Review and Select Production |
| AFW | 559 | AFW-559-000000348 | AFW-559-000000406 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1047) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 593 | AFW-593-000000001 | AFW-593-000000003 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1058) from June 2007 Review and Select Production |
| AIN | 005 | AIN-005-000000001 | AIN-005-000001843 | USACE;MVD;MVN; IHNC | Not Available | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 005) from July 2007 Review and Select Production |
| AIN | 008 | AIN-008-000000001 | AIN-008-000000018 | USACE;MVD;MVN; ENG | Not Available | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 008) from June 2007 Review and Select Production |
| AIN | 008 | AIN-008-000000308 | AIN-008-000000970 | USACE;MVD;MVN; ENG | Not Available | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 008) from June 2007 Review and Select Production |
| AIN | 027 | AIN-027-000000001 | AIN-027-000002689 | USACE;MVD;MVN; Hydro | Veronica Williams | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 027) from June 2007 Review and Select Production |
| AIN | 044 | AIN-044-000000001 | AIN-044-000002860 | USACE;MVD;MVN; PPM | Gerald Dicherry | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 044) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 051 | AIN-051-000000001 | AIN-051-000001663 | USACE;MVD;MVN; ED-PM | Shirley Gibbons | KC132 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 051) from June 2007 Review and Select Production |
| AIN | 052 | AIN-052-000000001 | AIN-052-000000189 | USACE;MVD;MVN; ED-TF | Carl Guggenheimer | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 052) from June 2007 Review and Select Production |
| AIN | 072 | AIN-072-000000001 | AIN-072-000000222 | USACE;MVD;MVN | Rachel Beer | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 072) from June 2007 Review and Select Production |
| AIN | 075 | AIN-075-000000001 | AIN-075-000001698 | USACE;MVD;MVN | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 075) from July 2007 Review and Select Production |
| AIN | 082 | AIN-082-000000001 | AIN-082-000001614 | USACE;MVD;MVN; ED-TF | Carl Guggenheimer | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 082) from June 2007 Review and Select Production |
| AIN | 089 | AIN-089-000000401 | AIN-089-000000409 | USACE;MVD;MVN; ED-HH | Carol Johnson | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 089) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 093 | AIN-093-000000001 | AIN-093-000001207 | USACE;MVD;MVN; ENG | Carl Guggenheimer | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 093) from June 2007 Review and Select Production |
| AIN | 100 | AIN-100-000000001 | AIN-100-000002846 | USACE;MVD;MVN | Not Available | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 100) from June 2007 Review and Select Production |
| AIN | 108 | AIN-108-000000001 | AIN-108-000002001 | USACE;MVD;MVN | Not Available | KC133 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 108) from July 2007 Review and Select Production |
| AIN | 113 | AIN-113-000000001 | AIN-113-000001425 | USACE;MVD;MVN PM-C | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 113) from June 2007 Review and Select Production |
| AIN | 120 | AIN-120-000000001 | AIN-120-000000191 | USACE;MVD;MVN | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 487) from July 2007 Review and Select Production |
| AIN | 133 | AIN-133-000000001 | AIN-133-000002546 | USACE;MVD;MVN | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 514) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 135 | AIN-135-000000001 | AIN-135-000000350 | USACE;MVD;MVN | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 502) from July 2007 Review and Select Production |
| AIN | 137 | AIN-137-000000055 | AIN-137-000000531 | USACE;MVD;MVN; CEMVN-PM-P | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |
| AIN | 137 | AIN-137-000000764 | AIN-137-000000784 | USACE;MVD;MVN; CEMVN-PM-P | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |
| AIN | 137 | AIN-137-000000791 | AIN-137-000000803 | USACE;MVD;MVN; CEMVN-PM-P | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |
| AIN | 144 | AIN-144-000000001 | AIN-144-000000469 | USACE;MVD;MVN | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 525) from July 2007 Review and Select Production |
| AIN | 150 | AIN-150-000000001 | AIN-150-000000843 | USACE;MVD;MVN | Not Available | KC134 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 506) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 153 | AIN-153-000000001 | AIN-153-000002729 | USACE;MVD;MVN | Not Available | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 511) from July 2007 Review and Select Production |
| AIN | 158 | AIN-158-000000001 | AIN-158-000000423 | USACE;MVD;MVN | Not Available | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 526) from July 2007 Review and Select Production |
| AIN | 161 | AIN-161-000000001 | AIN-161-000001088 | USACE;MVD;MVN | Not Available | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 531) from July 2007 Review and Select Production |
| AIN | 176 | AIN-176-000000001 | AIN-176-000000359 | USACE;MVD;MVN | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 070) from June 2007 Review and Select Production |
| AIN | 177 | AIN-177-000000001 | AIN-177-000000984 | USACE;MVD;MVN; ENG | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 055) from July 2007 Review and Select Production |
| AIN | 189 | AIN-189-000000001 | AIN-189-000002206 | USACE;MVD;MVN | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1298) from July 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 191 | AIN-191-000000001 | AIN-191-000000224 | USACE;MVD;MVN | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1300) from July 2007 Review and Select Production |
| AIN | 192 | AIN-192-000000001 | AIN-192-000001509 | USACE;MVD;MVN | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1301) from June 2007 Review and Select Production |
| AIN | 192 | AIN-192-000001527 | AIN-192-000002431 | USACE;MVD;MVN | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1301) from June 2007 Review and Select Production |
| AIN | 193 | AIN-193-000000001 | AIN-193-000000138 | USACE;MVD;MVN | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1304) from July 2007 Review and Select Production |
| AIN | 194 | AIN-194-000000001 | AIN-194-000001722 | USACE;MVD;MVN | Not Available | KC135 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1305) from July 2007 Review and Select Production |
| AIN | 195 | AIN-195-000000001 | AIN-195-000001126 | USACE;MVD;MVN | Not Available | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1302) from July 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 196 | AIN-196-000000006 | AIN-196-000000217 | USACE;MVD;MVN | Not Available | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1303) from July 2007 Review and Select Production |
| NCT | 001 | NCT-001-000000001 | NCT-001-000000029 | USACE;MVD;MVN;CT | Bauer Dredging | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 446) from June 2007 Review and Select Production |
| NED | 001 | NED-001-000000001 | NED-001-000000033 | USACE;MVD;MVN;CD-ED-H | Nancy Powell | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 129) from June 2007 Review and Select Production |
| NED | 002 | NED-002-000000001 | NED-002-000000048 | USACE;MVD;MVN;CD-ED-H | Nancy Powell | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 433) from June 2007 Review and Select Production |
| NED | 004 | NED-004-000000001 | NED-004-000001465 | USACE;MVD;MVN;CD-ED-H | Nancy Powell | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 430) from June 2007 Review and Select Production |
| NED | 009 | NED-009-000000001 | NED-009-000000021 | USACE;MVD;MVN;CD-ED-H | Nancy Powell | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 262) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 022 | NED-022-000000001 | NED-022-000002314 | USACE;MVD;MVN; CD-ED-H | Nancy Powell | KC136 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 184) from June 2007 Review and Select Production |
| NED | 041 | NED-041-000000001 | NED-041-000002122 | USACE;MVD;MVN; ED-T | Angela Desoto Duncan | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 174) from June 2007 Review and Select Production |
| NED | 062 | NED-062-000000001 | NED-062-000000001 | USACE;MVD;MVN; ED-T | Angela Desoto Duncan | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 237) from June 2007 Review and Select Production |
| NED | 067 | NED-067-000000001 | NED-067-000004800 | USACE;MVD;MVN; ED-T | Angela Desoto Duncan | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 246) from June 2007 Review and Select Production |
| NED | 094 | NED-094-000000001 | NED-094-000002108 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 405) from June 2007 Review and Select Production |
| NED | 117 | NED-117-000000001 | NED-117-000000916 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 476) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 117 | NED-117-000002093 | NED-117-000002397 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 476) from June 2007 Review and Select Production |
| NED | 118 | NED-118-000000035 | NED-118-000000035 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 456) from June 2007 Review and Select Production |
| NED | 118 | NED-118-000000076 | NED-118-000000374 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 456) from June 2007 Review and Select Production |
| NED | 118 | NED-118-000000393 | NED-118-000000398 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 456) from June 2007 Review and Select Production |
| NED | 118 | NED-118-000000413 | NED-118-000000420 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC137 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 456) from June 2007 Review and Select Production |
| NED | 121 | NED-121-000000001 | NED-121-000000300 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC141 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 465) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 121 | NED-121-000000301 | NED-121-000000432 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC142 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 465) from June 2007 Review and Select Production |
| NED | 122 | NED-122-000000001 | NED-122-000000156 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC138 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 462) from June 2007 Review and Select Production |
| NED | 124 | NED-124-000000001 | NED-124-000000222 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC138 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 466) from June 2007 Review and Select Production |
| NED | 126 | NED-126-000000001 | NED-126-000000207 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC138 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 359) from June 2007 Review and Select Production |
| NED | 126 | NED-126-000000235 | NED-126-000001424 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC138 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 359) from June 2007 Review and Select Production |
| NED | 136 | NED-136-000000001 | NED-136-000000400 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC143 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 449) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 136 | NED-136-000000401 | NED-136-000000664 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC144 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 449) from June 2007 Review and Select Production |
| NED | 139 | NED-139-000000001 | NED-139-000000010 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC139 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 352) from June 2007 Review and Select Production |
| NED | 157 | NED-157-000000001 | NED-157-000001503 | USACE;MVD;MVN; CD-ED-H | Nancy Powell | KC139 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 201) from June 2007 Review and Select Production |
| NED | 215 | NED-215-000000001 | NED-215-000000875 | USACE;MVD;MVN; CD-ED | Darryl C. Bonura | KC139 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1286) from July 2007 Review and Select Production |
| NED | 215 | NED-215-000000877 | NED-215-000001575 | USACE;MVD;MVN; CD-ED | Darryl C. Bonura | KC139 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1286) from July 2007 Review and Select Production |
| NED | 215 | NED-215-000001582 | NED-215-000001830 | USACE;MVD;MVN; CD-ED | Darryl C. Bonura | KC139 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1286) from July 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 215 | NED-215-000001832 | NED-215-000002891 | USACE;MVD;MVN; CD-ED | Darryl C. Bonura | KC139 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1286) from July 2007 Review and Select Production |
| NOP | 006 | NOP-006-000000001 | NOP-006-000000850 | USACE;MVD;MVN; OD-W | Amy Powell | KC139 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 161) from June 2007 Review and Select Production |
| NOP | 012 | NOP-012-000000001 | NOP-012-000002628 | USACE;MVD;MVN; OD-G | James Brown | KC140 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 140) from June 2007 Review and Select Production |
| NOP | 021 | NOP-021-000000001 | NOP-021-000002854 | USACE;MVD;MVN; OD-T | Ed Creef | KC140 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 163) from June 2007 Review and Select Production |
| PET | 001 | PET-001-000000001 | PET-001-000000014 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC140 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 284) from June 2007 Review and Select Production |
| PET | 002 | PET-002-000000001 | PET-002-000000076 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC140 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 285) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PET | 019 | PET-019-000000001 | PET-019-000001026 | USACE;MVD;MVN;ED-LS | Melvin Ray | KC145 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 445) from June 2007 Review and Select Production |
| PET | 019 | PET-019-000001029 | PET-019-000002901 | USACE;MVD;MVN;ED-LS | Melvin Ray | KC145 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 445) from June 2007 Review and Select Production |
| PET | 019 | PET-019-000002902 | PET-019-000003012 | USACE;MVD;MVN;ED-LS | Melvin Ray | KC146 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 445) from June 2007 Review and Select Production |
| PET | 019 | PET-019-000003017 | PET-019-000003089 | USACE;MVD;MVN;ED-LS | Melvin Ray | KC146 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 445) from June 2007 Review and Select Production |
| PET | 019 | PET-019-000003096 | PET-019-000003223 | USACE;MVD;MVN;ED-LS | Melvin Ray | KC146 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 445) from June 2007 Review and Select Production |
| PET | 019 | PET-019-000003232 | PET-019-000003952 | USACE;MVD;MVN;ED-LS | Melvin Ray | KC146 | 8/24/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 445) from June 2007 Review and Select Production |