MINUTE ENTRY
WILKINSON, M.J.
AUGUST 24, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, <u>Xavier</u>, 06-516 | JUDGE DUVAL<br>MAG. WILKINSON |

At my request, a telephone conference was conducted on this date to discuss with counsel the status of (1) defendant Travelers Property Casualty Company of America's motion for reconsideration of this court's prior order, Record Doc. No. 6428, denying in part defendant's motion to compel discovery, Record Doc. No. 6667, and (2) plaintiff Xavier University of Louisiana's related Motion to Quash subpoenas duces tecum issued to non-parties Landis Construction Company and FoxCor, Inc., Record Doc. No. 6401, which are under advisement.  Participating were:  Kevin McGlone, representing Xavier, and Simeon Reimonenq, representing defendant Travelers.

MJSTAR:  **0 : 15**

I advised counsel that in my view determination of the pending motions depends in substantial part upon final resolution of the motion to stay issuance of mandate and petition for rehearing presently pending in the Fifth Circuit concerning the referenced specific case. I further advised counsel that I am inclined to dismiss the motions before me as premature, but without prejudice to the parties' rights to reinstate the motions for my immediate consideration merely upon notice, once the Fifth Circuit's proceedings are ended, unless the parties are able to negotiate a compromise concerning the discovery that is the subject of the motions.

Counsel will confer concerning the subject discovery issues and jointly contact my office on **Tuesday, August 28, 2007**, to advise me of the outcome of their discussions.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE