UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED CASES | * * * * * * | CIVIL ACTION<br><br>NO.: 05-04182<br><br>SECTION "K" |
| PERTAINS TO: INSURANCE (07-03085) | * | MAGISTRATE 5 |

*****************************************************

## ORDER

**IT IS ORDERED** that Complainant, Gail Conerly, is granted leave of Court to file a supplemental and amended complaint to name the correct defendant in the case.

New Orleans, Louisiana, this the  24th  day of ____August____, 2007

_____
**JUDGE STANWOOD DUVAL, JR.**