UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION** | |
| **CONSOLIDATED LITIGATION** § | NO.   05-4182 "K"(2) | |
| § | **JUDGE DUVAL** | |
| § | **MAG. WILKINSON** | |
| § | | |
| § | | |
| **PERTAINS TO:** § | | |
| § | | |
| **LEVEE & MRGO CASES** § | | |
| § | | |

**ORDER GRANTING AN EXPEDITED HEARING**

**IT IS ORDERED** that an expedited hearing of the Levee and MRGO PLSC's Motion for Appointment of Special Master be and hereby is **GRANTED**, and will be heard on August 24, 2007 at 10:00 a.m.

New Orleans, Louisiana, this   24th   day of August, 2007.

_____
**UNITED STATES DISTRICT JUDGE**