# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:<br>*Galjour,* C.A. No. 06-8150 | * <br> * <br> * | SECTION "K"(2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CLAUDE CUTITTO'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE ARTICLE 12(B)(6)

Defendant, Cutitto Insurance, Inc. (erroneously referred to in the Petition for Damages as Claude Cutitto), through undersigned counsel, respectfully moves this Court to dismiss, with prejudice, plaintiff's claims against it pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure.

**WHEREFORE**, after due consideration is had, and for the reasons set forth in the attached Memorandum In Support hereof, defendant respectfully represents that plaintiff's' claims against Claude Cutitto should be dismissed, with prejudice, at plaintiff's costs.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

s/ Jaime M. Cambre
_____

**GUYTON H. VALDIN, JR., #20621**
**JAIME M. CAMBRE, #29116**
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Attorney for Defendant, Cutitto Insurance, Inc. (erroneously referred to in the Petition for Damages as Claude Cutitto)**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

s/ Jaime M. Cambre
_____
**JAIME M. CAMBRE**