### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:<br>   *Galjour,* C.A. No. 06-8150 | * <br> * <br> * | SECTION "K"(2) |

\* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

Considering the foregoing Motion;

Be advised that defendant's, Cutitto Insurance, Inc. (erroneously referred to in the Petition for Damages as Claude Cutitto), Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Article 12(B)(6) will be heard on **19th day of September, 2007, at 9:30 A.M.**

New Orleans, Louisiana this _____ day of _____, 2007.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.
SECTION "K"