MINUTE ENTRY
WILKINSON, M. J.
AUGUST 27, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE, Heron, 06-7327 | JUDGE DUVAL<br>MAG. WILKINSON |

A preliminary conference was conducted in the referenced case, Wylene Heron v. Homesite Insurance Company et al., 06-7327, on this date before the undersigned magistrate judge.  Participating via telephone were Elton Heron, representing plaintiff; Nora Bilbro, representing defendants.

The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4").  The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Heron case, which were bifurcated and referred to me by the presiding district judge.  Record Doc. No. 6728.

MJSTAR:  **0  :  20**

Based upon my discussions with counsel, **IT IS ORDERED** that the <u>Heron</u> case will proceed as follows:

Through counsel, plaintiff must provide her damage support documentation to defendant no later than **September 10, 2007**.

Plaintiff's deposition will be conducted at a particular time and date mutually agreed upon by counsel, but no later than **October 5, 2007**, at the office of defense counsel.

**IT IS FURTHER ORDERED** that a **Settlement Conference** is set in this case on **NOVEMBER 6, 2007 at 3:00 p.m.** before me.

       JOSEPH C. WILKINSON, JR.
      UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**