UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>        CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>INSURANCE, <u>Fremin</u>, 06-5276 c/w 06-8200 & 06-9961 | JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

At the request of Chad Stelly, counsel for plaintiff, **IT IS ORDERED** that the preliminary conference previously set in the referenced consolidated proceeding, <u>Fremin</u>, 06-5276 c/w 06-8200 & 06-9961, on August 27, 2007, Record Doc. No. 6874, is hereby RESET on **August 30, 2007 at 2:30 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this  27th  day of August, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**