# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

MONTAGNET PROPERTIES #1, LLC,
MONTAGNET PROPERTIES #7, LLC,
2235 POYDRAS LLC, AND
MONTAGNET PROPERTIES #5, LLC            **PLAINTIFFS**

VS.            CIVIL ACTION NO. 06-5115
           SECT. 1, MAG 4

ZURICH AMERICAN INSURANCE COMPANY,
THE NORTHERN INSURANCE COMPANY OF
NEW YORK, AND MARYLAND CASUALTY
COMPANY            **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that Plaintiffs herein, by and through their attorney of record, did on this day, serve the following document:

1. Plaintiffs' Response to Maryland Casualty Company's Interrogatories to Plaintiffs; and

2. Plaintiffs' Response to Maryland Casualty Company's Request for Production of Documents to Plaintiffs.

The undersigned retains the original of the above pleadings as custodian thereof.

RESPECTFULLY SUBMITTED, this the 27 day of August, 2007.

_____
O. STEPHEN MONTAGNET, III (MBN 10049)
Attorney for Plaintiffs

OF COUNSEL:
McCraney & Montagnet, PLLC
5760 I-55 North, Suite 300
P.O. Box 16368
Jackson, MS 39236
Telephone: (601) 957-7811
Facsimile: (601) 957-9915

Katherine Lafaye Winters (#28275)
Jones Walker Waechter Poitevent Carrere and Denegre
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170
Telephone: (504) 582-8376
Facsimile: (504) 589-8376

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be served, by first class mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the following interested parties, to-wit:

Richard E. King
David M. Moragas
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, LA 70139

THIS the 27 day of August, 2007.

*[signature]*
O. Stephen Montagnet, III

3