UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | |

**MRGO DEFENDANTS' FINAL LIST
OF CLASS-CERTIFICATION EXHIBITS**

The MRGO Defendants submit this final list of exhibits for purposes of the class-certification decision, as directed by the Court in the Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) (hereinafter "CMO") and the amendment to the CMO, entered June 25, 2007 (Docket No. 5919) (hereinafter "Amendment").

This exhibit list is submitted jointly, by all MRGO Defendants, in order to comply with the Court's Case Management Order No. 4, but the joint nature of this list does not mean that each defendant necessarily adopts, approves, or endorses each exhibit contained in this list.

**Investigative Reports**

1. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final Report of the Interagency Performance Evaluation Task Force (Mar. 26, 2007), including underlying data;

2. U.S. Army Corps of Engineers, Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force (June 1, 2006), including underlying data;

3. "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina;

4. Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report;

5. American Society of Civil Engineers, The New Orleans Hurricane Protection System: What Went Wrong and Why;

6. Douglas Woolley & Leonard Shabman, Draft Final Report: Decision-Making Chronology For The Lake Ponchartrain & Vicinity Hurricane Protection Project (June 2007);

7. GCR home survey report database;

**Insurance And Other Claim Documents**

8. Standard Form 95s that were submitted to the U.S. Army Corps of Engineers by proposed class representatives or proposed class members in relation to Hurricane Katrina;

9. Records of insurance claims made by named plaintiffs, as well as proposed class members, to recover pursuant to any insurance policy for damages resulting from or at the approximate time of Hurricanes Katrina and/or Rita;

10. Documents supportive of claims for assistance from the Louisiana Recovery Authority and the Road Home Program made by named plaintiffs, as well as proposed class members arising from damage caused by Hurricane Katrina and/or Rita;

11. Insurance claimant files produced by plaintiffs (KLC 0000001-KLC 0221283);

12. Affidavits, business records, claims files, and other records from insurance companies, including affidavit from Noryn A. Ward of Lousiana Farm Bureau Mutual, affidavit of the Standard Fire Insurance Company, affidavit of Christopher J. Blair of State Farm Mutual Automobile Company, affidavit of Mark Parabicoli of Liberty Mutual Insurance Company, affidavit of Roland Senechal of Farmers Insurance Exchange, affidavit of Paul H. Tracey of Allstate Insurance Company;

13. Documents or records of charitable organizations or local, state, or federal governmental entities or agencies that pertain to payments to proposed class members or applications for benefits submitted by proposed class members;

**Maps, Drawings, And Photographs**

14. O.L.D. Profile Elevations Drawing - May 2005;

15. Map of the proposed class and sub-class boundaries;

16. Map(s) of New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

17. Map(s) of the Greater New Orleans Area depicting the components of the levee and drainage systems, including but not limited to the canals and waterways, floodwalls, pumping stations, berms, drainage, and levees;

18. Aerial and ground-level photographs of the proposed class areas and vicinity, including New Orleans East, the Lower Ninth Ward, and St. Bernard Parish;

19. Photographs or audiovisual materials of the named plaintiffs' homes and businesses and vicinity;

20. Photographs of named plaintiffs' residences and vicinity taken by photographers during inspections by defendants' experts;

21. Photographs of named plaintiffs' residences produced by defendants (WGI-CC-001-WGI-CC-261);

22. Photographs of sheet pilings at the Inner Harbor Navigational Canal taken by Francisco Silva (WGI 082924-WGI 082998);

23. LIDAR data and imaging of New Orleans and vicinity;

24. FEMA aerial photography of New Orleans and vicinity;

25. Topography database of New Orleans and vicinity;

26. Satellite imagery and data base regarding temporary roofing utilized following Hurricane Katrina;

**Newspaper Articles**

27. Series of articles in 2002 regarding the effects of a Category 5 hurricane on New Orleans based on a joint study by Louisiana State University and the U.S. Army Corps of Engineers.

28. Times-Picayune article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

29. Times-Picayune article entitled "Katrina left many in eastern N.O. unscathed," generated by Leslie Williams, dated May 7, 2007;

30. Times-Picayune article entitled "Home sales tell tale of two markets," generated by Greg Thomas, dated January 7, 2007;

**Pleadings, Discovery, And Public Documents**

31. All pleadings filed with the Court;

32. All discovery responses served by the parties;

33. Economic and real-estate data, public records, commentary, and scholarly papers relating to damages;

34. All transcripts, audiovisuals, exhibits marked, and documents or materials produced at all named-plaintiff depositions;

35. All transcripts, audiovisuals, exhibits marked, and documents or materials produced at all witness depositions;

36. All transcripts, audiovisuals, exhibits marked, and documents or materials produced at John R. Huerkamp's deposition;

37. All transcripts, audiovisuals, exhibits marked, and documents or materials produced at all plaintiffs' and defendants' class-certification expert depositions;

38. Reliance documents of plaintiffs' and defendants' class-certification experts;

39. Reports of plaintiffs' and defendants' class-certification experts and all exhibits and attachments;

40. Declaration of Edward J. Robin, Sr. in *Tommaseo v. United States*, No. 05-cv-1119 SGB (Fed. Cl., declaration executed on Nov. 11, 2006);

4

**Reservation Of Rights**

41. Without waiving any objections to plaintiffs' exhibits, defendants reserve the right to use all or some of the exhibits listed by plaintiffs in MRGO or in Levee;

42. Defendants reserve the right to use all or some of the exhibits listed by the Levee defendants;

43. Defendants reserve the right to use any and all documents, pictures, or audiovisuals that plaintiffs have been ordered to produce or may be required to produce by motion to compel that have not yet been produced;

44. Defendants reserve the right to use any and all documents attached to or filed as exhibits to the class-certification briefs filed by plaintiffs, Levee defendants, or MRGO defendants; and

45. Defendants reserve the right to use any and all documents or exhibits that the United States or the Department of Justice uses.

Dated:  August 27, 2007                                              Respectfully submitted,


*/s/ Gary M. Zwain*                                          */s/Ralph S. Hubbard III*
Lawrence J. Duplass, 5199                          Ralph S. Hubbard III, T.A., 7040
Gary M. Zwain, 13809                                  Joseph P. Guichet, 24441
Andrew D. Weinstock, 18495                     Rachel Meese, 25457
    Of                                                               Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock        Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
3838 N. Causeway Blvd., Suite 2900          601 Poydras Street, Suite 2775
Metairie, Louisiana 70002                             New Orleans, Louisiana  70130
Telephone: (504) 832-3700                          Telephone:  (504) 568-1990
Facsimile: (504) 837-3119                            Facsimile:   (504) 310-9195

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District        Attorneys for St. Paul Fire and Marine Insurance Company

*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
  Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

And

James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000

Attorneys for the Counsel for the
Board of Commissioners for the
Orleans Levee District

*/s/ William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel
Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

Attorney for United States

## CERTIFICATE

I hereby certify that a copy of the above and foregoing MRGO Defendants' Final List of Class-Certification Exhibits has been served upon Joseph Bruno, Plaintiffs' Liaison Counsel, this 27th of August, 2007.

                                                   */s/ William D. Treeby*
                                                   William D. Treeby

DLI-6136667v1