MINUTE ENTRY
WILKINSON, M. J.
AUGUST 27, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: Fischman, 06-4949 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted on August 27, 2007, before the undersigned magistrate judge. After discussions, a settlement was reached in the Fischman case only, 06-4949. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order of C.A. 06-4949 only.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  **1**  : 00