# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. J. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

## UNITED STATES' EX PARTE MOTION TO STAY THE ORDER OF AUGUST 24, 2007 (R.D. 7293) AND THE FILING OF A COMPLAINT ON BEHALF OF UNREPRESENTED PLAINTIFFS

The United States of America hereby moves this Court to stay the Order entered on August 24, 2007, appointing the Attorney General of the State of Louisiana as Guardian Ad Litem for "Unrepresented Plaintiffs" and directing the Attorney General to file suit on behalf of these "unrepresented plaintiffs" on or before August 29, 2007. R.D. 7293 (Order & Reasons 8/24/2007).

Counsel for the United States has attempted to contact Plaintiffs' Liaison Counsel regarding this motion and has been unable to reach him. Owing to the urgency of this matter, the United States submits that the opposition of the Plaintiffs' Permanent Master Committee can be presumed, allowing for an immediate ruling on the motion.

For the reasons stated in the accompanying memorandum of law in support, it is imperative that the Court's Order and the filing of a Complaint on behalf of unrepresented plaintiffs be stayed pending the United States' appeal to the Fifth Circuit.

Dated: August 28, 2007								Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

/s/ Kara K. Miller
_____
KARA K. MILLER
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4448/(202) 616-5200 (Fax)
Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Kara K. Miller, hereby certify that on August 28, 2007, I served a true copy of Defendant United States of America's Motion to Stay, Memorandum of Law in Support, and Proposed Order upon all counsel of record by ECF.

/s/ Kara K. Miller
Kara K. Miller