**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|           CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. J. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
|           ALL LEVEE | § | |
|           ALL MRGO | § | |
| _____ | § | |

### ORDER

Having considered the United States' United States' Motion to Stay the Order of August 24, 2007 (R.D. 7293) and the Filing of a Complaint on Behalf of Unrepresented Plaintiffs, the Memorandum in Support thereof, and the entire record herein, the Court finds good cause for the United States' Motion to Stay.  Accordingly, it is hereby ORDERED that the Motion to Stay is GRANTED, and the Court's Order of August 24, 2007, at R.D. 7293, is STAYED pending a ruling by the Court of Appeals for the Fifth Circuit on the United States' Petition for Writ of Mandamus and Emergency Motion for Stay filed today.  The appointment of the Attorney General of the State of Louisiana as Guardian *Ad Litem* and the filing of suit on behalf of unrepresented plaintiffs are also STAYED pending a ruling by the Fifth Circuit.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE