UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES      CIVIL ACTION
       CONSOLIDATED LITIGATION     NO. 05-4182 "K" (2)
                                                                     JUDGE DUVAL
                                                                   MAG.  WILKINSON

PERTAINS TO:

LEVEE       06-7307 (STEUDLEIN)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED CORPORATE DISCLOSURES**

NOW INTO COURT, comes, FIDELITY NATIONAL INSURANCE COMPANY ("FNIC"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Governments's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (the "NFIA")(42 U.S.C. § 4001 *et seq*.), appearing herein its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] for the purpose of filing this Amended Corporate Disclosure Statement in compliance with Federal Rules of Civil Procedure Rule 7.1 and Local Rule 5.6, as follows:

The following are parents, subsidiaries and/or affiliates of FNIC that have issued shares or debt securities to the public:

---

[1] 44 C.F.R. §62.23(f)

[2] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998)

1. Fidelity National Insurance Company is a wholly owned subsidiary of National Alliance Marketing Group, Inc.

2. National Alliance Marketing Group, Inc. is a wholly owned subsidiary of Fidelity National Financial. Fidelity National Financial is publically traded.

However, please note that as to the flood claim at issue in this lawsuit, FNIC is a WYO Program carrier participating in the U.S. Government's NFIP, pursuant to the National Flood Act of 1968, as amended.[3] Here, FNIC is acting as the "fiscal agent of the United States."[4] Thus, the true party at interest in this matter is the United States Treasury, since all flood claims are paid with U.S. Treasury funds.[5]

WHEREFORE, Fidelity National Insurance Company prays that this Amended Corporate Disclosure Statement be deemed good and sufficient and in compliance with the Federal Rules of Civil Procedure 7.1 and Local Rule 5.6.

Dated: August 28, 2007.                    Respectfully submitted,

                                           **NIELSEN LAW FIRM, L.L.C.**

                                           */s/ Kristie E. Luke*
                                           Brent M. Burns, #29547
                                           John D. Carter, #24334
                                           Gerald J. Nielsen, #17078
                                           Three Lakeway Center
                                           3838 North Causeway Blvd., Suite 2850
                                           Metairie, Louisiana 70002
                                           Telephone: (504) 837-2500
                                           Facsimile: (504) 832-9165
                                           Counsel for:
                                           **Fidelity National Insurance Company
                                           (In its capacity as a WYO Program carrier)**

---

[3] 42 U.S.C. § 4001 *et seq.*

[4] 42 U.S.C. § 4071(a)(1); *Gowland v. Aetna Cas. & Surety Co.*, 143 F.3d 951, 953 (5th Cir. 1998).

[5] See 44 C.F.R. Pt. 62, App. A, Articles II and III; see also, 42 U.S.C. §4017.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of August 2007, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

    Gary M. Pendergast
    1515 Poydras Street, Suite 2260
    New Orleans, LA 70112
    ***Attorney for Plaintiffs,***
    ***Christine Steudlein wife of/and Henry J. Steudlein, III***

    JOSEPH M. MESSINA, ESQ.
    ERIC B. BERGER, ESQ.
    Lobman, Carnahan, Batt, Angelle & Nader
    The Texaco Ctr, Suite 2300
    400 Poydras St.
    New Orleans, LA 70130
    ***Attorneys for Defemdamts,***
    ***State Farm Fire & Casualty Co., and Hylton Petit, Jr.***

      I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    N/A

                                                */s/ Kristie E. Luke*
                                                Kristie E. Luke