UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION
                                                              NO. 05-4182

PERTAINS TO:                                                  SECTION "K"(2)
    ALL LEVEE
    ALL MRGO

## ORDER AND REASONS

Before the Court is the United States' Ex Parte Motion to Stay the Order of August 24, 2007 (R.D. 7293) and the Filing of a Complaint on Behalf of Unrepresented Plaintiffs (Doc. 7310). The Court conducted a telephonic hearing on the matter and finds that the Request for Stay should be denied. This order issued on Friday at 5:00 p.m. and was electronically sent to all parties. Nonetheless, this motion was not filed until Tuesday at approximately 9:30 a.m., one day before the statute of limitations tolls for claims against the United States pursuant to the Admiralty Extension Act ("AEA"). Thus, if the Court were to stay the order, it would in effect be vacating the order.

The Court has been informed that a Writ of Mandamus has been filed with the Fifth Circuit. In the event the Court is affirmed, no unrepresented party will have lost his or her rights. On the other hand, if the Fifth Circuit reverses the Court's order, the Government will obtain the remedy it seeks. On the other hand, if the Court were to stay or vacate its order, potentially thousands of parties would be left without remedy.

Furthermore the Court has considered the fairness issues raised by the United States concerning the rights of claimants to amend their Form 95s after suit has been filed. The Court is of the opinion that on balance, the possibility of losing all rights as opposed the right to amend

their respective Form 95s weighs against granting the stay.

The rights of the United States are not being jeopardized as they are not to lose any substantive rights as a result of the Court's order. It is the Court's opinion, that these 350,000 plus claims are never going to be resolved administratively, but unfortunately, through the litigation process. Accordingly,

**IT IS ORDERED** that the United States' Ex Parte Motion to Stay the Order of August 24, 2007 (R.D. 7293) and the Filing of a Complaint on Behalf of Unrepresented Plaintiffs (Doc. 7310) is **DENIED**.

New Orleans, Louisiana, this 28th day of August, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**