UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

The United States inadvertently produced privileged documents in its recent August 10, 2007 document production. The Court's "Clawback" Order (Doc. Rec. No. 5183) provides "that the production of a document or ESI, in whole or part, shall <u>not</u> alone constitute a waiver or any privilege or other protection as to any portion of that document of ESI, in this or any other proceeding." Accordingly, the United States hereby designates the following documents as privileged:

AFW-440-000000070;

AFW-440-000000774; and

AFW-440-000000775

A privilege log is attached.

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY
          Assistant Director, Torts Branch

          s/ Paul Marc Levine
          PAUL MARC LEVINE
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400/ (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: August 28, 2007

## **CERTIFICATE OF SERVICE**

      I, Paul Marc Levine, hereby certify that on August 28, 2007, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF:

                                                     s/ Paul Marc Levine
                                                     PAUL MARC LEVINE