Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
Documents Inadvertently Released in 8/10 Production

| Mask | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| AFW-440-000000070 | AFW-440-000000070 | Attorney - Client | 19710423 | Towers | USACE District Counsel | Chief | USACE Engnrg Div | Memorandum regarding Mississippi River-Gulf Outlet--New Ship Lock |
| AFW-440-000000774 | AFW-440-000000774 | Attorney - Client | 19710429 | Mask | USACE Planning & Reports Branch | Chief | USACE Design Branch | Memorandum regarding MR-GO -- New Ship Lock; Relocations |
| | | | | | | Rousseau | | |
| AFW-440-000000775 | AFW-440-000000775 | Attorney - Client | 19710423 | Towers | USACE District Counsel | Chief | USACE Engnrg Div | Memorandum regarding Mississippi River-Gulf Outlet--New Ship Lock |
| | | | | | | Keller | | |