IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO.: 05-4182

                                        SECTION "K" (2)


FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE


## PROPOSED ORDER

CONSIDERING the Plaintiffs' Motion and Incorporated Memorandum for Leave to File Post-Hearing Memorandum, and for good cause shown:

IT IS HEREBY ORDERED that the Plaintiffs' motion is GRANTED


New Orleans, Louisiana, this ___ day of August, 2007.


_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE