UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Christophe, No. 06-5134) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************ | | |

INTERVENTION PER PROCEDURE ORDER
ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

**NOW COMES** Plaintiffs, Mary and Farrell Christophe, et al, and others persons identified below, hereinafter"Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, [Doc. 1], residing in, or doing business in the East Gentilly, and as amended on April 11, 2007, by First Amendment [Doc. 3725], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amended Complaint against the United States [Doc. 7088], to-wit:

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Dymphna S. Ahmed | 06N15T0014969-A |
| Mohammed J. Ahmed | 06N15T0014967 |
| Mohammed J. Ahmed | 06N15T16229 |
| Glenda T. and Michael D. Allen | 06N15T0014662 |
| Gabriel Michael Angelety | 07N15T0190129 |
| Twanna Armstead | 07N15T0250235 |
| Twanna T. Armstead | 07N15T0131459 |
| Gwendolyn G. Armstrong | 06N15T19965 |

| | |
|---|---|
| Wanda and Terrence Augillard | Not Available |
| Maury Baker | 07N15T0239510 |
| Anna Mae Barnes | 07N15T0250152 |
| Juanita R. Batiste | 07N15T0195668 |
| Nicole Bethely | 07N15T01023 |
| Yvonne Bethely | 07N15T01024 |
| Frank A. Bouchon | 06N15T0021146 |
| Brylan Boykins | 07N15T001026 |
| Wellington A. Brannon | 07N15T0249667 |
| Keila L. Brent | Not Available |
| Bobby Broussard, Jr. | 06N15T0009046 |
| Corrine N. Byrd | 07N15T0130149 |
| Anona M. Capella | 06N15T0016212 |
| Caramitter S. Carter | 07N15T0195715 |
| Gail M. Carter | 06N15T0017402 |
| Stephanie Dennison-Casmere and Ronald Casmere | 06N15T0021157? 1? |
| Clarence B. Catherine | 07N15T0148049 |
| Gloria R. and Hubert M. Cayolle | 07N15T0195690 |
| Deven M. Collins | 07N15T0250206 |
| Mary S. Collins | 07N15T0250205 |
| Sarah L. Collins | 07N15T0248082 |
| Shirley Lundy- and Silas H. Connor | 07N15T0078282 |
| Nancy B. and Bruce Cortez | 06N15T0005356-A |
| Constance B. Creecy | 07N15T0210535 |
| Trena Crump | 07N15T0194975 |
| Trena Crump | 07N15T0280979 |
| Laverne S. Cuiellette | 06N15T16254 |
| Lydia Glapion-Days and Melvin L. Days, Jr. | 06N15T0017616 |
| Valerie T. Delecia | 06N15T0018378-A |
| Trenese Jones and Glenn Dolliole | 06N15T0015262 |
| Dolores Dugas | 07N15T0071897 |
| Dolores and Joseph Dugas | 06N15T0017427 |
| Joseph Dugas | 07N15T0071905 |
| Joseph B. Dugas, III | 06N15T0017449 |
| Carl DeAbate and Terrence Dugas | 06N15T0017583 |
| Carl DeAbate and Terrence Dugas | 07N15T0071890 |
| Evangeline and Isadore Dunnaway, Sr. | 07N15T0187825 |
| Laurie Dupre' | 07N15T0227299 |
| Tammie G. and James Edwards | 06N15T0021173 |
| Racquel Ezell | 06N15T17605 |
| Gaynell S. Farrell | 06N15T0016863 |
| Leslie L. Felix, Jr. | 07N15T0196806 |
| Julie M. Fleury | 07N15T0131432 |
| Marlo A. Fleury | 07N15T0250240 |
| Carole J. Fortenberry | 06N15T0021519 |
| Milton J. Wiltz and Raylette M. Foxworth | 06N15T0021177 |

| Name | Number |
|---|---|
| Reuben Francis | 07N15T0196808 |
| Ruth Francis | 07N15T0250197 |
| Orangel N. Francois | 07N15T0009420 |
| Barbara T. Garman | 06N15T0015273 |
| Willean Gatlin | 07N15T0009421 |
| Eleanor H. Glapion | 06N15T0017613 |
| Lawrence Glapion, III | 06N15T0017615 |
| Jackie Goldberg | Not Available |
| Cora Graham | Not Available |
| Rose Gueringer | Not Available |
| Martrenia Hawkins | 06N15T0021190 |
| Marcella T. Hines | 06N15T014408 |
| Kewante and Quarnita Holmes | 07N15T0190852 |
| Lois S. Hundt | 07N15T0114806 |
| Leona C. Jackson | Not Available |
| Izora Jacque | 06N15T0016208 |
| Audrey Jean | 07N15T0195670 |
| Wanda and Alvin A. Johnson | 06N15T0014629 |
| George Johnson, Jr. | 06N15T0015311 |
| Rekitta A. Johnson-Peters | 06N15T0016695 |
| Ollie R. Jones | 06N15T0015316 |
| Andrea J. Joseph | 07N15T0155773 |
| Lanita Kelly | 06N15T0016257 |
| Adimu Kushindana | 07N15T0196890 |
| Edward LaBeau | 07N15T0190871 |
| Shirley LaBeau | 07N15T0190876 |
| Emanuel Lawrence | 07N15T0191396 |
| Arthurine and Malcolm Lear | 06N15T0021282 |
| Debra C. LeBeauf | 06N15T0016654 |
| Lacie LeBeauf | 06N15T0016679 |
| Lenzie LeBeauf | 06N15T0016681 |
| Wayne and Karen LeBlanc | 07N15T0195671 |
| Erromanta W. and Louis F. Lecour, Sr. | 07N15T0190944 |
| Louis F. Lecour, Jr. | 07N15T0195652 |
| Erromanta W. and Louis F. Lecour, Sr. | 07N15T0195653 |
| Erromenta and Louise Lecour | Not Available |
| Carole Lewis-DeClouet | 06N15T0016874 |
| Valerie and Raul Llopis | 07N15T0187824 |
| Janice Ellis and Sheila London | 07N15T0190814 |
| Earl Long, Sr. | 07N15T0196850 |
| Raynette Gilyot and Juan G. Lumas, J | 06N15T0017610 |
| Frank N. Macaluso | 06N15T0021288 |
| Oliviamae R. Macaluso | 06N15T0021132 |
| Alvin Madison | 07N15T0195587 |
| Janice R. and Philip Manuel | 06N15T0021547 |
| Glenn Marrero | 07N15T0190802 |

| | |
|---|---|
| Cynthia Martin | 07N15T0172572 |
| Elizabeth McClain | 07N15T0186830 |
| Francis McClain | 07N15T0186831 |
| Karen M. McClain | 07N15T0186828 |
| Daina Mims | 06N15T0017665 |
| Abraham Mitchell, Estate of, by Rose Gueringer | 07N15T0195649 |
| Perretta White and Arthur Mitchell, III | Not Available |
| Perretta White and Arthur Mitchell, III | Not Available |
| Richard Moses, Sr. | 07N15T0005595 |
| Jane L. and Robert A. Newman, Jr. | 07N15T0196847 |
| Doris M. and Melvin Orticke | 07N15T0000133 |
| Randy A. Parent, Jr. | 07N15T0045965 |
| Jessica L. Parker | 06N15T0021551 |
| Glenn G. Patin, Sr. | 07N15T0170260 |
| Maria L. Pendleton | 07N15T0176668 |
| Maria L. Pendleton | 07N15T0250203 |
| Sandra C. and Herman Peters, III | 07N15T0195706 |
| Teresa Poche' | 06N15T0015426 |
| Dudley Powell | 06N15T0017669 |
| Brenda and Theodore A. Quant | 06N15T0014636 |
| Gail Rayford | 07N15T0195621 |
| Magnolia Rayford | 07N15T0003054 |
| Terrisita Reimonenq | 07N15T0190811 |
| Maria and Michael R. Romain, Jr. | 06N15T0017679 |
| Gwendolyn Saunders | 07N15T0195705 |
| Della Bray Severin | 06N15T0016213 |
| Kimberly Singleton | 06N15T0017684 |
| Bruce A. Smith | 06N15T0021559 |
| Darren Smith | 07N15T0237306 |
| Debbie Smith | 06N15T0009406 |
| Joseph T. Smith, Jr. | 07N15T0090575 |
| Joy Smith | 06N15T17948 |
| Juanita Inez P. Smith | 07N15T0153104 |
| Juanita Inez P. Smith | 07N15T0250141 |
| Lauren A. Smith | 07N15T0000200 |
| Lauren A. Smith | 07N15T0046671 |
| Lillian W. and Lawrence A. Smith, Jr. | 07N15T0000201? |
| Lawrence A. Smith, Jr. | 07N15T0226986 |
| Lillian W. Smith | 07N15T0226987 |
| Monica M. Smith | 06N15T0021560 |
| Karen and Timothy Smith | 07N15T0006701 |
| Willie Smith, Sr. | 07N15T0153112 |
| Willie Smith, Sr. | 07N15T0250137 |
| Mark Smyth | 06N15T17950 |
| Marcia and Sidney J. St. Martin, III | 06N15T0009355 |
| Eric Stevens | 07N15T0196832 |

| | |
|---|---|
| Karen and Eric Stevens | 07N15T0196833 |
| Dwana M. Stevenson | 06N15T0015376 |
| Anna Lena Stewart | 07N15T0270650 |
| Thomas Stewart | 07N15T0244664 |
| Jeffrey Stieffel | 07N15T0000226 |
| Deborah and Thomas Stieffel | 06N15T0009407 |
| Terri Bemiss Sutton | 07N15T0169713 |
| Barbara Tapp | 07N15T0000137 |
| Donald Taylor | 07N15T0106661 |
| Isaac Taylor | 07N15T0218344 |
| Maxwell H. Taylor | 07N15T0006706 |
| Lynn B. Terrance | 06N15T0015380 |
| Susan Thomas | 07N15T0193311 |
| Patricia H. and Kenneth E. Thompson | 07N15T0001014 |
| Lenel Toca | 07N15T03034 |
| Jamel Toledeno | 07N15T0264428 |
| Kimberly N. Tyner | 07N15T0190794 |
| Donald J. Villavasso | 06N15T0010495 |
| Andre A. Warren | 07N15T0195716 |
| Dave L. Washington | 07N15T0244666 |
| Leonard Washington, Sr. | 07N15T0226026 |
| Leonard Washington, Jr. | 07N15T0226027 |
| Evelyn W. Watkins | 07N15T0195618 |
| Wanda Watson | 07N15T0003041 |
| Violetta W. Watts | 07N15T0000231 |
| Violetta W. Watts | 07N15T0102463 |
| Carolyn Weber | 07N15T0195575 |
| Asha Maia Williams | 06N15T0016211 |
| Susan and August Williams | 07N15T0195680 |
| August Williams | 07N15T0195681 |
| Susan and August Williams | 07N15T0195682 |
| Susan and August Williams | 07N15T0195683 |
| Susan and August Williams | 07N15T0195684 |
| Susan and August Williams | 07N15T0195685 |
| Susan and August Williams | 07N15T0195686 |
| Susan and August Williams | 07N15T0195688 |
| Linda M. Webb-Williams and Melvin Williams | 07N15T0000232 |
| Kristian E. Wilson | 06N15T0017695 |
| Marlene F. Wilson | 06N15T17696 |
| Larry J. Wiltz, Jr. | 06N15T0015394 |
| Giselle Wing | 07N15T0250224 |
| Lula Youngblood | 07N15T0281873 |
| Merle T. Zimmerman | 06N15T17961 |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

The flooding was proximately caused by the failure of the flood wall on the East Bank of the Industrial Canal or Inner Harbor Navigational Canal, the bank fo the Michaud Canal, the north bank of the Gulf Intracoastal waterway, and the surge from MRGO;

IV.

The December 10, 2002 deed to the United States quitclaimed unto the United States, all right title and interest which the Port had "in the banks, shores, beds and waters opposite to and fronting on the land, including all littoral and or riparian rights incident thereto and whatever rights the Port may have had in any alleys, roads, streets, ways, strips, gores or railroad rights of way located in or abutting or adjoining said land";

V..

The transfer to the United States were effected for purposes unrelated to flood control works for the purposes of improving the Inner Harbor Navigational Canal , New Lock Project, as authorized by the Act of Congress approved March 29, 1956 (P.L. 85-44, the Act of Congress approved November 7, 1986 (P.L. 99-662) and the Act of Congress approved October 12, 1996 (P.L. 104-303);.

VI.

The defendant United States had the care, custody and control of the banks, shores, beds and waters opposite to and fronting on the Industrial Canal, including all littoral and or riparian rights incident thereto, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

VII.

The defendant had the care, custody and control of the Locks it caused to be constructed in the Industrial Canal.

VIII.

The Inner Harbor Navigational Canal, New Lock Project, authorized by the Act of Congress approved March 29, 1956, November 7, 1986 and October 12, 1996 completed in June 2005 (P.L. 104-303) of the Industrial Canal altered the flow of waters advancing from the Gulf of Mexico through the Mississippi River Gulf Outlet and the Intercoastal waterway in a manner not contemplated by the Lake Pontchatrain and Vicinity Plan contributing to the failure of the banks and walls of the Industrial Canal and which resulted in damage to Plaintiffs' properties and causing their losses

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deem good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

MILLING BENSON WOODWARD, LLP

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364581

## CERTIFICATE OF SERVICE

      I certify that on this 28th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                                      /s/ <u>William C. Gambel</u>

W364581