UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Sims, Jr., No. 06-5116) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOWLES |
| ************************************ | | |

**INTERVENTION PER PROCEDURE ORDER
ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937**

**NOW COMES** Plaintiffs, Leslie Sims, Jr., et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, [Doc. 1[ residing in, or doing business in the Lakeview and Carrollton-Hollygrove areas of Orleans Parish, Louisiana, and as amended by First Amendment filed September 28, 2006 [Doc. 1250], asserting claims against state defendants, and effective on this date asserting claims against the United States, and Second Amendment filed April 11, 2007, [Doc. 3733], all subject to the pending Motion for leave to file Third Amendment to Complaint for Declaratory Judgment and Damages and Request for Jury Trial amending the Complaint against the state defendants and the United States [Doc. 7079], to-wit:

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Linda and Nathan Adams | 06N15T0020243 |
| Samella Addison | 07N15T0130147 |

| | |
|---|---|
| Kenneth Allen | 06N15T0014603 |
| Verna Allen | 07N15T001727 |
| Jo Ann Anderson | 07N15T0250216 |
| Monica Anderson-Clay | 07N15T0196792 |
| Maurice D. Armagnac, III | 07N15T0102694 |
| Wanda Armstrong | 06N15T0021139 |
| Wanda Armstrong | 06N15T0021140 |
| Josephine Augusta | 07N15T0148048 |
| Leatrice B. Barrow | 07N15T0006653 |
| Ronald L. Barrow | 07N15T0006654 |
| David Bell | 07N15T0196786 |
| Madeline Bertucci | 06N15T0021145 |
| Charlene Beverly | 06N15T0016855 |
| Shenita Bradley | 07N15T0196793 |
| Melvin Briggs | 06N15T0017391 |
| Ellis C. Brister | 07N15T0058079 |
| Ellis J. Brister | 07N15T0058349 |
| Kayla Brister | 07N15T0058348 |
| Antonia Baptiste Broussard | 07N15T0226016 |
| Lawrence Brown | 07N15T0250245 |
| Glendell Caldwell | 06N15T0021154 |
| Janice and Clarence Cargo | 06N15T0001228 |
| John Chinn | 06N15T0017771 |
| Terri Claiborne | 07N15T0250168 |
| Terri Claiborne | 07N15T0250183 |
| Kathie O. Clark | 07N15T0190862 |
| William Clark | 07N15T0130143 |
| Bernadine Coco | 07N15T0210536 |
| William Coleman | 07N15T0250213 |
| Elizabeth R. Collins | 06N15T0017774 |
| Donovan Sheppard and Emily Conley | 07N15T0195569 |
| Helen D. Conrad | Not Available |
| Eddie Costin, Jr. | 07N15T0120362 |
| Cassandra M. Crowley | 07N15T0130170 |
| Tanya Cyres | 07N15T0204245 |
| Tony F. Cyres | 07N15T0204244 |
| Wayne de la Houssaye | 07N15T0250214 |
| Damon Deal | 07N15T0009417 |
| Deanne Webster and Dennis Derbes | 07N15T0196918 |
| Dennis Derbes | 07N15T0196920 |
| Deanne Webster and Dennis Derbes | 07N15T0250181 |
| Roosevelt Dillon | 07N15T0281870 |
| Dolores Dugas | 07N15T0071893 |
| Dolores Dugas | 07N15T0071894 |
| Dolores Dugas | 07N15T0071896 |
| Dolores and Joseph Dugas | 06N15T0017439 |

| | |
|---|---|
| Dolores and Joseph Dugas | 06N15T0017444 |
| Dolores and Joseph Dugas | 06N15T0017446 |
| Joseph Dugas | 07N15T0071901 |
| Joseph Dugas | 07N15T0071902 |
| Joseph Dugas | 07N15T0071904 |
| Hattie J. Dumas | 07N15T0190895 |
| Janice B. Dunn | 07N15T0196801 |
| Stephanie Duplessis | 07N15T0000098 |
| Greg J. Durel, Sr. | 07N15T0085417 |
| Berdie H. Edward | 06N15T0016244 |
| Sylvia B. Ellis | 07N15T0006664 |
| Brandi and Timothy Favaza | 07N15T0251171 |
| David Favret | 07N15T0154736 |
| Beverly Flake | 07N15T0058041 |
| Dorothy G. Flowers | 07N15T0180386 |
| Derek Francis | 07N15T0009419 |
| JaJuan T. Fulton-Jackson | 07N15T0250159 |
| Rita Gardner | 07N15T0060148 |
| Jacob Gerarve, III | 07N15T0196900 |
| Joi D. Gilmore | 07N15T0189288 |
| Joi D. Gilmore | 07N15T0190312 |
| Paul and Marsha Gilmore | 07N15T0189289 |
| Paul and Marsha Gilmore | 07N15T0250187 |
| Sheri L. Gilmore | 07N15T0189287 |
| Julie and David Giordano | 07N15T0218258 |
| Julie and David Giordano | 07N15T0251863 |
| Sidney Givens | 07N15T0130144 |
| Sidney Givens | 07N15T0130146 |
| Sidney Givens | 07N15T0130148 |
| Sidney Givens | 07N15T0130150 |
| Georgia and Smiley Green | 06N15T0021182 |
| Sandra and Thaddeus B. Griffin | 07N15T0000162 |
| Dolores Barbay Guarino | 07N15T0218368 |
| William C. Hales *** | 07N15T0130161 |
| Delores Hamilton | 06N15T0015278 |
| Anne Harris | 07N15T0117559 |
| Mrs. Phillip Harris | Not Available |
| Sheila Harry | 06N15T0016833 |
| Jacqueline E. Hart | 07N15T0130158 |
| Imari Hawkins | 07N15T0060152 |
| Joseph Hayes | 06N15T19520 |
| Annie Haynes | Not Available |
| Floyd Haynes | 07N15T0190893 |
| Mercedes Haynes | 07N15T0190894 |
| Tracy D. Haynes | Not Available |
| Dr. Leslie R. Hightower | 07N15T0042311 |

| | |
|---|---|
| Pamela D. Holm | 06N15T0021259 |
| Ron E. Holmberg | 07N15T0189967 |
| Debbie and Gary Holzenthal | 07N15T0038002 |
| Cicily A. Howard | 07N15T0117558 |
| Erica Howard | 06N15T0020600 |
| Robert Howard | 07N15T0117560 |
| Soaphia Howard | 07N15T0117440 |
| Michael Hunter | 07N15T0226015 |
| Bobbie Idel | 07N15T0002125 |
| Clarence Jasper | 06N15T0021263 |
| Holly and Roger Javier | 07N15T0036149 |
| Jazzy Wings, LLC, by David M. Jones, Jr. | 07N15T0085254 |
| Delores Jefferson | 07N15T0009424 |
| Kimberly Jefferson | 07N15T0009425 |
| Michael Sr. and Lucille Jefferson | 07N15T0195610 |
| DeLisa Jenkins | 06N15T17929 |
| Janice S. Jenkins | 07N15T0190901 |
| Janice S. Jenkins | 07N15T0190902 |
| Janice S. Jenkins | 07N15T0190903 |
| Robert Jenkins | 07N15T0190898 |
| William R. Jenkins | 06N15T0017631 |
| David A. Johnson | 07N15T0105673 |
| David A. Johnson | 07N15T0105674 |
| Gerard F. Johnson | 07N15T0105677 |
| Margaret K. Johnson | 07N15T0105676 |
| Antoinette B. and Henry A. Jones | 07N15T0074122 |
| Brian C. Joseph | 07N15T002881 |
| Brian C. Joseph | 07N15T002883 |
| Brian C. Joseph | 07N15T002884 |
| Estelle J. Joseph | 06N15T0015317 |
| Davetta S. Kelly | 07N15T0250257 |
| Lillian Koretzky | 07N15T0196784 |
| Kacey LaBeau | 07N15T0190874 |
| Henry Latter, Jr. | 06N15T9443 |
| Leone Realty, LLC | 07N15T0066693 |
| Leone Realty, LLC | 07N15T0066705 |
| Lucille Lloyd | 07N15T01053 |
| Paul S. Lloyd, Sr. | 07N15T02035 |
| Ernest J. Lorch, Jr. | 06N15T0017649 |
| Mary K. and Ernest J. Lorch, Jr. | 06N15T0017651 |
| Mary Kuchler Lorch, executor for Estate of Marie Helen Kuchler | 06N15T0020466 |
| Tai Jasmine Louis | Not Available |
| Emelda M. Magee | 07N15T0204243 |
| Gwendolyn and Donald Marco | 06N15T0017655 |
| Rhonda Marquez | 06N15T0015322 |
| Freddie Marshall, Jr. | 06N15T0016246 |

5

| | |
|---|---|
| Mario A. Marshall | 07N15T0205483 |
| Nancy N. and Julian F. Mascari | 07N15T0205148 |
| Nancy N. and Julian F. Mascari | 07N15T0241826 |
| Dawn McGuffey | 06N15T0021548 |
| Curtis B. and Jeannette C. Miller | 06N15T17729 |
| Andria Marie Milton | 07N15T0190906 |
| Jeane' Mitchell | 07N15T0058347 |
| Quian Mitchell | 07N15T0058346 |
| Sean Mitchell | 07N15T0058081 |
| Sean Mitchell | 07N15T0148235 |
| Flimedee Montgomery | 06N15T0021455 |
| Eloise Scott and Raazaan Muhammal | 06N15T17940 |
| Helen and Bobby Nathan | 06N15T13789 |
| Donnetta Nelson | 06N15T0021153 |
| Kendra Nelson | 07N15T0003031 |
| Leanora B. Nuss | 07N15T0066695 |
| Leanora B. Nuss | 07N15T0066697 |
| Eula T. Parker | 06N15T0021550 |
| Geraldine and Joseph Perriatt, Jr. | 07N15T0003042 |
| Juanita C. Perriatt | 07N15T0195642 |
| Gertie C. Pete | 07N15T0110157 |
| Joseph J. Petit | 07N15T0105303 |
| Yvonne G. Picou | 07N15T0009427 |
| Yvonne G. Picou | 07N15T0214265 |
| LeVerne Pierre | 07N15T0190896 |
| Laverne D. Pinkney | 07N15T0003051 |
| Cynthia D. Porter | 07N15T0105302 |
| Doris M. Pullet | 06N15T0017735 |
| Trudy M. Raymond | 07N15T0006691 |
| Alfred Reynard | 07N15T0042308 |
| Terrence Riley | 06N15T0014643 |
| Shawan Roberson | 07N15T0195644 |
| Michele Roberts | 07N15T0250246 |
| Glynder Robertson | 07N15T0009413 |
| Glynder Robertson | 07N15T0195672 |
| Edward C. Rodgers | 07N15T0090504 |
| Edward C. Rodgers | 07N15T0130546 |
| Edward C. Rodgers | 07N15T0260074 |
| Edward C. Rodgers | 07N15T0267833 |
| Helen A. Rodgers | 07N15T0090503 |
| Helen A. Rodgers | 07N15T0130547 |
| Helen A. Rodgers | 07N15T0260073 |
| Helen A. Rodgers | 07N15T0267834 |
| Terracenion and Jabbar Rodney | Not Available |
| Edna Rose | 07N15T0087097 |
| Jonathan P. Rose | 07N15T0087098 |

| | |
|---|---|
| Wanda D. Route | 07N15T0250210 |
| Annette Marie Douglas Sam | 07N15T0196778 |
| Evelena Sam | 07N15T0196779 |
| Jewel Sam, Jr. | 07N15T0196780 |
| Reginald Sam, Sr. | 07N15T0196781 |
| Reginald Sam, Jr. | 07N15T0196782 |
| Jamesetta Saunders | Not Available |
| Margaret and Robert L. Saux | 07N15T0003062 |
| Jeffrey Schello | 07N15T0196326 |
| Roselyn Koretzky and Barry Schwartz | 07N15T0196783 |
| Herman F. Scieneaux | 07N15T0084493 |
| Herman F. Scieneaux | 07N15T0084496 |
| Arnelle T. Scott | 07N15T0003064 |
| Doris Scott | 07N15T0195611 |
| Ramisha Ihsaan and Jameel Shaheer | 07N15T0182415 |
| Jacqueline Shaw | Not Available |
| Ellan and Vernia M. Sheppard | 07N15T0195568 |
| Alexis Simmons | 06N15T0018534 |
| Eugene Simmons | 06N15T0021456 |
| Yvonne Simmons | 07N15T0003066 |
| Hassar Sleem | 06N15T14650 |
| Lucille Smith | 07N15T0155772 |
| Naomi B. Smith | 07N15T0003026 |
| Barbara and Paul Sonnier | 07N15T0000223 |
| Jerry Stepter | 07N15T0192920 |
| Patricia Stepter | 07N15T0192919 |
| Jerry and Patricia Stepter | 07N15T0250200 |
| Grace M. Stumpf | 07N15T0196855 |
| Joan Swearington | 07N15T0250220 |
| Joyce Sylva | 06N15T0021562 |
| Patricia D. Tapp | Not Available |
| Bernadine Terrell | 07N15T0088840 |
| Emanuel Terrell | 07N15T0244583 |
| Alice T. Thomas | 07N15T0114614 |
| Alice T. Thomas | 07N15T0114615 |
| Alice T. Thomas | 07N15T0114616 |
| Jeanne Thomas | 07N15T0060150 |
| John III Thomas | 07N15T0060151 |
| Jovana Thomas | 07N15T0060149 |
| Mollie S. Thomas | 07N15T0114608 |
| Mollie S. Thomas | 07N15T0114609 |
| Mollie S. Thomas | 07N15T0114610 |
| Willie Thomas | 07N15T0114611 |
| Willie Thomas | 07N15T0114612 |
| Willie Thomas | 07N15T0114613 |
| Joyce A. Tillie | 07N15T001725 |

| | |
|---|---|
| Alice and Ben Trahan | 07N15T0241829 |
| Willie C. Trutman | 07N15T0006087 |
| Willie C. Trutman | 07N15T0190823 |
| Gregory Truvia | 07N15T0195631 |
| Joyce A. Verrett | 07N15T0195635 |
| Lisa Rodriguez and Merlin Vogel | 07N15T0130155 |
| Barbara Walker | 07N15T0190866 |
| Yael Washington | 07N15T0205484 |
| Carl Weathersby | 06N15T0017693 |
| Sosthene G. Weber | 07N15T0196789 |
| Joel C. Weibelt | 07N15T0003043 |
| Lori A. Wells | 07N15T0060154 |
| Melvin Wells & Son Sheet Metal and Roofing, Inc | 07N15T0195599 |
| Nelson Wells, Jr., Jr. | 07N15T0060153 |
| Alise O. White | 07N15T0097578 |
| Annette Williams | 07N15T0204246 |
| Jerome Williams | 07N15T0190923 |
| Louise R. Williams | 07N15T0190922 |
| Marcel J. Williams | 07N15T0190925 |
| Clarence Wilmore | 07N15T0059303 |
| Clarence Wilmore | 07N15T0148238 |
| Gwendella Wilmore | 07N15T0059304 |
| Gwendella Wilmore | 07N15T0148237 |
| Sammy Young | 07N15T0009430 |
| Yvette Young | 07N15T0009429 |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

Claimants and Interventors in Hollywood and Carrollton neighborhoods were damaged due to flooding from the Metairie Relief Canal which was never designed, constructed or operated by the United States Army Corps of Engineers, proximately caused by the failure of the 17th Street Canal and the closure of Pumping Station Six.

IV.

Claimants and Interventors in Lakeview neighborhoods were flooded as a result of the breach in the Flood wall in the 17th Street Canal north of Pumping station six and from the incomplete section of the Orleans Avenue canal.

V.

On information and belief, Pittman Construction was engaged by the United States Army Corps of Engineers to complete the parallel protection for the 17th Street Canal. It failed to do so, the contract was never accepted; and the federal flood control facility was never completed.

VI.

The Corps of Engineers failed to complete the fronting protection for the Orleans Avenue Canal which also resulted in flooding in Lakeview.

VII.

The Corps of Engineers issued a permit to dredge the 17th Street Canal when it knew or should have known the dredging would compromise the flood wall and was precluded by Reg. 208.10(a)(1), which requires that the Corps to "ensure that the requirements of 208.10 of 33 Code of Federal Regulations (CFR) are met", i.e., that the structures and facilities of the United States shall be continuously maintained in such a manner and operated at such times and for such periods as may be necessary to obtain maximum benefits".

**WHEREFORE,** Claimants and Intervenors pray that this Intervention

be deem good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ William C. Gambel |
|  | WILLIAM C. GAMBEL, Bar # 5900 |
| MILLING BENSON WOODWARD, LLP | 909 Poydras Street, Suite 2300 |
|  | New Orleans, LA 70112 |
|  | Telephone: (504) 569-7000 |
|  | Telecopy:  (504) 569-7001 |
|  | wgambel@millinglaw.com |
|  | Attorneys for Plaintiffs |

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364573

9

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 28th day of August, 2007.

/s/ William C. Gambel
William C. Gambel

W364573