UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Augustine, No. 06-5142) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************* | | |

### INTERVENTION PER PROCEDUR ORDER
### ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

**NOW COMES** Plaintiffs, Xiomara Augustine, individually and d/b/a Bright Minds Academy, et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, [Doc. 1], residing in, or doing business in the Lake Bullard, Lake Barrington, Lake Forest, Huntington Park, and Fairway Estates communicates and environs, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and amended by First Amendment filed February 1, 2007, [Doc. 2971], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7093], to-wit:

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Brandi Adams | 06N15T0004843 |
| Carol A. Adams | 07N15T0263421 |
| Linda and Clarence B. Adams | 06N15T0006409 |
| Clarence J. Adams, Jr. | 07N15T0250746 |
| Helen and Robert Z. Adams | 06N15T0016268 |
| Sherita King and Peter L. Aguillard, III | 07N15T0053336 |
| Jyron Alexander | Not Available |
| Tipi Prosper and Patricia Alexander | 07N15T0250241 |
| Candace Alexis | 06N15T0009053 |
| Rhonda and Gervais Allison | 06N15T0017753 |
| Wilhemina J. Anderson | 06N15T0017754 |
| Willie Anderson | 06N15T0006569? / 06N15T0016569? |
| Marcella Andres | Not Available |
| Dawn Landry and Brandon Andrew | 06N15T0015319 |
| Bryant E. Andrew | 06N15T0016572 |
| Patricia L. Andrew | 06N15T0016574 |
| Myron Angel | 07N15T0250218 |
| Betty S. and Charles E. Anyanwu | 06N15T04124? 09124? |
| Donna Mossey Arceneaud | 07N15T0190877 |
| Sylvia and Warren L. Armstrong | 06N15T0014663 |
| Shawnika M. Ashley | 07N15T0006651 |
| Cynthia M Atkins | 07N15T0195693 |
| Barry A. Aubert | 06N15T0017755 |
| Jerry C. Audrict | 07N15T0190839 |
| Sherrie and Lorring L. Audrict, Jr. | 07N15T0190836 |
| Sheila and George Augustin | 07N15T0196839 |
| Brittny N. Barnes | 07N15T0190943 |
| Shelton and Janet Duncan Barnes | 07N15T0190939 |
| Shelton and Janet Duncan Barnes | 07N15T0190940 |
| Shelton and Janet Duncan Barnes | 07N15T0190941 |
| Thomas Barnes | 07N15T0250149 |
| Airin J. Barnett | 07N15T0070762 |
| Airin J. Barnett | 07N15T0070763 |
| Airin J. Barnett | 07N15T0070764 |
| Arlene S. Barnett | 07N15T0063001 |
| Arlene S. Barnett | 07N15T0063002 |
| Arlene S. Barnett | 07N15T0063003 |
| Arlene S. Barnett | 07N15T0063004 |
| Arlene S. Barnett | 07N15T0063005 |
| Arlene S. Barnett | 07N15T0063006 |

| | |
|---|---|
| John L. Barnett, Jr. | 07N15T0062940 |
| John L. Barnett, Jr. | 07N15T0062941 |
| John L. Barnett, Jr. | 07N15T0062942 |
| John L. Barnett, Jr. | 07N15T0062943 |
| John L. Barnett, III | 07N15T0062946 |
| John L. Barnett, III | 07N15T0062947 |
| John L. Barnett, Jr. | 07N15T0063007 |
| Stanley and Dana DeGruy Barre' | 07N15T0190949 |
| Sabrina D. Barrie | Not Available |
| D'Andrea and Troy Lynn Bass | Not Available |
| Lakora Bates | 07N15T0243663 |
| Lionel R. Bates, Sr. | 07N15T0243664 |
| Augusta Baudy | 07N15T0206755 |
| Irene Davis Baulden | Not Available |
| Bonita Bazil | 07N15T0196794 |
| David Bazile | 06N15T0017757 |
| Norma Beatts | 07N15T0000758 |
| Debra and Kim Bell, Sr. | 07N15T0000138 |
| Roshonda Bell | Not Available |
| Genevieve Bellow | 07N15T0196795 |
| Casey Bemiss | 07N15T0255649 |
| Sherra J. Bemiss | 07N15T0255647 |
| Cynthia L. and Jude T. Benefatti, Sr. | 06N15T0014607 |
| Myrna C. Benjamin | 07N15T0006655 |
| Marietta C. Beraud | 07N15T0003147 |
| Brenda D. Berry | Not Available |
| Archie Bertrand | 06N15T0000898 |
| Vanessa Bertrand | 06N15T0020242 |
| Joseph J. Bijou, Jr. | 07N15T0155213 |
| Maxie M. Birch | 07N15T0217649 |
| Tracy and Francisco A. Blanco, III | 06N15T0016270 |
| Lyna C. Bolden | Not Available |
| Diane Bordenave | 07N15T0204209 |
| Michael S. Borrel, Jr. | 06N15T0017761 |
| Jade Boudreaux | 07N15T0193595 |
| Phyllis W. and Paul R. Boudreaux | 07N15T0250229 |
| Sheri Wells Bourdeaux | 06N15T0021147 |
| Lydia Rose Bourgeois | 06N15T0016233 |
| Andre Box | 07N15T0102923 |
| Doris L. Boyd | 06N15T0017384 |
| George Turner Boyd | 06N15T0017385 |
| Gilda and Kenneth Boyd | 07N15T0007451 |
| Janice and Melvin Boyd, Sr. | 07N15T0000101 |
| Debra H. Bradley | 06N15T0017762 |
| Gertrude Branch | 06N15T0012535 |
| Gertrude Branch | 06N15T0014669 |

| | |
|---|---|
| Roslyn Branch | 06N15T11743 |
| Sylvia Branch | Not Available |
| June M. and David Bravo | 06N15T0016265 |
| Lynn Breaux | 06N15T11566 |
| James Breland | 06N15T0021148 |
| Juan Breland | 07N15T0006656 |
| Willie Breland | 06N15T0007005 |
| Willie M. Breland | 06N15T0017617 |
| Aurielle Brimmer | 06N15T0018966 |
| Cassandra Brimmer | 06N15T0017764 |
| Leah A. Brock | 06N15T0017765 |
| Marcus C. Broussard | Not Available |
| Michael J. Broussard, Jr. | Not Available |
| Clinton J. Brown | Not Available |
| Derricka Brown | 06N15T0021485 |
| Donna L. Brown | 07N15T0006658 |
| Wynella W. and John Brown | 06N15T0014674 |
| Marjorie T. Brown | 07N15T0073393 |
| Wellington Brown, Jr. | 06N15T0021152 |
| Althea Brown-Robinson | 06N15T0021486 |
| Gerard M. Bruno, Jr. | 06N15T0018968 |
| Leonora Bryant | 07N15T0103276 |
| Leonora Bryant | 07N15T0103278 |
| Leonora Bryant | 07N15T0103280 |
| William Buckner | 07N15T0006659 |
| Manuella Buggage | 07N15T0190932 |
| Manuella Buggage | 07N15T0190933 |
| Barbara Buisson | 06N15T0016272 |
| Curtis J. Buisson | 06N15T0016273 |
| Robert Buisson | 06N15T0014675 |
| Darren Burke | 07N15T0255139 |
| JoAnn B. Burke | 07N15T0255147 |
| Lynjereia S. Burks | 07N15T0115196 |
| Raul Burns | 07N15T0190934 |
| Rashana Burton | 07N15T0190860 |
| Roy Burton, III | 07N15T0196929 |
| Duane A. Bush, Jr. | 07N15T0190910 |
| Lauren A. Bush | 07N15T0190909 |
| Audrey Butler | 07N15T0098072 |
| Brenda S. Butler | 06N15T0014677 |
| Darren Butler | 07N15T0098124 |
| Sherryl and Hilliard Butler, Sr. | 06N15T0016275 |
| Sherryl and Hilliard Butler, Sr. | 07N15T0270611 |
| Zenobia L. Johnikin and Louis Butler, Jr. | 06N15T0016861 |
| Oolinka Butler | 07N15T0196857 |
| Joseph Cage, Jr. | 07N15T0255129 |

| | |
|---|---|
| Joseph Cage, III | 07N15T0255143 |
| Mary A. Cage | 07N15T0255128 |
| Thelma M. Cager | 07N15T0196922 |
| Gerald L. Campbell | 07N15T0117562 |
| Yakita Campbell | 07N15T0117561 |
| Catera S. and Damon P. Carraby | 07N15T0195664 |
| Marjorie and Arthur Carter | Not Available |
| Earline C. Carter | 06N15T0014445 |
| Gayle D. Carter | 07N15T0255132 |
| Kimberly D. Jones- Carter | 07N15T0074117 |
| Kimberly D. Jones- Carter | 07N15T0074118 |
| Kimberly D. Jones- Carter | 07N15T0074120 |
| Randy Carter | 06N15T0021156 |
| Sandy Carter, Jr. | 07N15T0255133 |
| Wilfred Carter | 07N15T0074119 |
| James S. Casimier, Jr. | 07N15T0250247 |
| Judy and Gilbert Casimire | 07N15T0006660 |
| Gilbert G. Casimire, Jr. | 06N15T0001860 |
| Deion S. Ceasar | 06N15T0017770 |
| Marilyn and Marques K. Celestine | Not Available |
| Vanna Chanthavilay | 06N15T0014612 |
| Betty J.M. Charles | 06N15T0021159 |
| Betty J.M. Charles | 07N15T0128261 |
| Betty J.M. Charles | 07N15T0190820 |
| Brandon D. Clark | 07N15T0140694 |
| Gertrude P. Clark | 06N15T0020268 |
| Gertrude P. Clark | Not Available |
| Keila Claverie | 07N15T0196772 |
| Alicia Plummer Clivens | 07N15T0196825 |
| Devona Coats | 06N15T0017772 |
| Joan M. Coats | 06N15T0017773 |
| Darlena Cole | 07N15T0100191 |
| David L. Coleman, II | 06N15T15253 |
| Tyrone M. Colin, Sr. | 06N15T0011769? |
| Eileen and Paul Ambrose Collignon | 07N15T0196858 |
| Deborah K. Collins | 07N15T0250204 |
| Johnny Collins | 06N15T0021161 |
| Shawn and Adriene Conner | 07N15T0196796 |
| Adriene and Shawn C. Conner | 07N15T0196797 |
| Leslie C. and Keith J. Connor | 06N15T0021525 |
| Shirley Lundy- and Silas H. Connor | 07N15T0078280 |
| Shirley Lundy- and Silas H. Connor | 07N15T0078281 |
| Estelle and Ulysses J. Connor | 07N15T0220370 |
| Darin and Monique Cook | 07N15T0250223 |
| Patricia Cordier | 07N15T0241760 |
| Evola S. Cornin | Not Available |

| | |
|---|---|
| Ilene Cousin | 06N15T0016604 |
| Traci Criddle | 07N15T0093978 |
| Cherrell Simms and Keaton Cromartie | 07N15T0195701 |
| Frank Crosby | 07N15T0250189 |
| Linda D. Crowley | Not Available |
| Shandrika Crump | 07N15T0264082 |
| Misty Cunningan | 07N15T0196924 |
| Paulette M. and Dave Dabney | 06N15T0021163 |
| Erica M. Dabney | 06N15T0021164 |
| David Daigle | 07N15T0023082 |
| Sadie and Albert G. Dase | 07N15T0000103 |
| Christina and Emanuel T. Davis | 07N15T0190807 |
| Joey Davis | 06N15T0017408 |
| Latreshia Davis | 07N15T0000160 |
| Sharlean Jackson-Davis and Lee Davis | 06N15T0009049 |
| Shandan Davis | 06N15T0011755 |
| Ted S. Davis | 07N15T0219370 |
| Eric D. DeDe | 07N15T0190840 |
| Janice A and Westley J Dede | 07N15T0190815 |
| Hilda and Michael J. DeGruy | Not Available |
| Awanda Hamblin Dejoie | 07N15T0130738 |
| Carl Delery | 07N15T0204193 |
| Haley Delery | 07N15T0204192 |
| Jeanette Delery | 07N15T0204196 |
| Lauren Delery | 07N15T0204195 |
| Tiffany Delery | 07N15T0204194 |
| Cassandra Delpit | 06N15T0017410 |
| Dannel Delpit | 06N15T0021165 |
| Lionel Delpit | 06N15T0017412 |
| Elizabeth Dennis | 07N15T0195619 |
| Florence M. Devezin | 06N15T0017775 |
| Charles Dickens | 07N15T0150470 |
| Adrian B. Dobard | 06N15T0000835 |
| Adrian B. Dobard | 06N15T0017776 |
| Eddie Dollis, Jr. | 06N15T0009154 |
| Mary and Eddie Dollis | 07N15T0207580 |
| Thomas Dominick, Jr. | 07N15T0190935 |
| Charlyne Dorsey | 06N15T0017781 |
| Patricia and Cleophus Drake, Jr. | 06N15T0017782 |
| Mark Duckett, Jr. | 07N15T0196873 |
| Daphne J. and Mark A. Duckett, Sr. | 07N15T0196872 |
| Erica Duckworth | 07N15T0193594 |
| Mercedes and Bernard Ducre | 07N15T0196930 |
| Terence Ducre | 07N15T0196921 |
| Janet Dudley | 06N15T0014615 |
| Dorothy M. and Dr. Clifton O. Dummett, Jr. | 06N15T0016693 |

7

| | |
|---|---|
| Paulette and Larry Duplessis | 06N15T0009158 |
| Bernard Dyer, Jr. | 06N15T0021501 |
| Julie T. and Anthony Edwards | 06N15T0017598 |
| Earl J. Edwards | 06N15T0017783 |
| Edgar R. Edwards, Sr. | 06N15T0017601 |
| Lenary G. and Harvey Ellis, Jr. | 06N15T0004040 |
| Nathaniel and Kathy M. Ellis | 07N15T0003795 |
| Ashley M. Elum | 06N15T0021504 |
| Gregory K Elum, Jr. | 07N15T0195622 |
| Inez and Gregory K. Elum | 06N15T0016276 |
| Gregory K. Elum, Jr. | 07N15T0250258 |
| Connie M. Emelle | 06N15T0015265 |
| Robert J. Emelle | 06N15T16243 |
| Nichele Esteen | 06N15T0017730 |
| Kathy and Gilbert Etienne | 06N15T0021175 |
| Francis Everett | 07N15T0187072 |
| Valerie A. Fabre | 06N15T0016872 |
| Jeanette L. Fabre' Hunter | 06N15T0016876 |
| Joseph B. Faciane | 06N15T0014616 |
| Anna Fair | 07N15T0250236 |
| Birdie Fairley | 06N15T0021512 |
| Keith Ferdinand, M.D. | 07N15T0196931 |
| Connie Ferrier-Flint | 07N15T0196897 |
| Lavonzell Finnie | 06N15T0021176 |
| Alisha Foucha | 07N15T0196867 |
| Honore A. and Ernest Foucha | 07N15T0195662 |
| Tyrone Fox | 06N15T0015269 |
| Horace L. Francis | 06N15T0014619 |
| Reuben Francis | 07N15T0196807 |
| Janice and Henry L Franklin | 07N15T0196927 |
| Henry and Janice Franklin | 07N15T0196926 |
| David Freeman | 07N15T0250147 |
| Elridge Frey, Jr. | 07N15T0188803 |
| Elbert M. Fulgham, I | 07N15T0153110 |
| Elbert M. Fulgham, I | 07N15T0250138 |
| Jo-Ann Fulgham | 07N15T0153114 |
| Jo-Ann Fulgham | 07N15T0250136 |
| Carl E. and Carol H. Fuller | Not Available |
| Burnedette Gaines | 06N15T0014618 |
| Freddie Galloway | 07N15T0196822 |
| James O. Garibaldi | 06N15T0016230 |
| Lois Garibaldi | 06N15T0021180 |
| Shelia M. Garibaldi | 07N15T0190831 |
| Genevieve Bellow and Cornelius Garner, Jr. | 07N15T0196810 |
| Katherine A. Gaudin | 07N15T0190892 |
| Josephine T. Gibson | 07N15T0250148 |

| | |
|---|---|
| Luella C. Gombako | 06N15T0021181 |
| Aleshia N. Goodlow | 07N15T0195591 |
| Eva Goudeau | 07N15T0280985 |
| Derrick Graham, Sr. | 07N15T0190915 |
| Derrick Graham, Jr. | 07N15T0190918 |
| Dionisha Graham | 07N15T0190917 |
| D'Nyla Graham | 07N15T0190919 |
| Ginger M. Grant | 07N15T0122009 |
| Elliot and Avis Gray | 07N15T0250165 |
| Robert Gray | 07N15T0250190 |
| Sandra Roussell- Gray | 07N15T0244013 |
| Sandra Roussell- Gray | 07N15T0250199 |
| Lucille Grayes | 06N15T0006995 |
| Donald K. Green | 07N15T0006667 |
| Garland R. Green | 06N15T0009762 |
| Jeanne B. Green | 06N15T0009163 |
| Andrea and Jerry Green | 06N15T0021528 |
| Nancy Green | 07N15T0250192 |
| Thelma Green | 07N15T0006670 |
| Thelma Green | 07N15T0006671 |
| D'Wanna Green-Hayes | 06N15T0017620 |
| D'Wanna Green-Hayes | 06N15T16612 |
| D'Wanna Green-Hayes | Not Available |
| Joseph Grego | 07N15T0250143 |
| Jean F. Guion | 06N15T0016234 |
| Shelia V. Gullette | Not Available |
| Lasynge P. Guyton | 06N15T0020595 |
| John and Kentral Hagan | 07N15T0190817 |
| Quiana Hagan | 07N15T0150472 |
| Jacqueline Hall | 06N15T0014623 |
| Edna Domio Hamblin | 07N15T0130736 |
| Christi Hamilton | 07N15T0130711 |
| Connie R. Hamilton | 07N15T0195669 |
| Edgar Hamilton, Jr. | 07N15T0000127 |
| Benita J. Hanchett | 06N15T0014624 |
| Barbara Hardester | 07N15T0006673 |
| Anthony J. Hardiman | 07N15T0053677 |
| Anthony J. Hardiman | 07N15T0250208 |
| Lynn Hardy | 07N15T0000163 |
| Cheryl Harold | 07N15T0201997 |
| Beverly C. and Alfred Harris | 06N15T0014625 |
| Georgiana Harris | 06N15T0021185 |
| Elbert E. (Eddie) Hart, Sr. | 06N15T21186 |
| Leon Hartman, Jr. | 07N15T0051086 |
| Leon Hartman, Jr. | 07N15T0183704 |
| Leon Hartman, Jr. | 07N15T0195661 |

| | |
|---|---|
| Marie L. Hartman | 07N15T0051087 |
| Marie L. Hartman | 07N15T0183705 |
| Nazaren Hartman | 07N15T0025511 |
| Nazaren Hartman | 07N15T0051085 |
| Sylvia Haughton | 07N15T0195717 |
| Edward D. Hawkins | 06N15T0021187 |
| LaJhyra C. Hawkins | 06N15T0021188 |
| Joycelyn S. and Leroy Hawkins | 06N15T0021189 |
| Bryant and Zondra Hawkins | 07N15T0227322 |
| Donald L. Hayes | Not Available |
| Rozzell Hayes | 06N15T0015275 |
| Voyna S. and Gilbert L. Haynes | 06N15T15276 |
| Althea M. and Douglas Haywood | 07N15T0000128 |
| Deidrea and Kevin Hazure | 06N15T0016239 |
| Deidrea and Kevin M. Hazure, Sr. | 06N15T0016239-A |
| Linda and Chancy Hence | 06N15T0021256 |
| Deidra Michelle Hence | 06N15T0021193 |
| Charlotte and Willie Henry | 07N15T0250166 |
| Dr. Leslie R. Hightower | 07N15T0042312 |
| Derwin Hill | 07N15T0006675 |
| Florine Hill | 07N15T0243301 |
| James E. Hill, Sr. | 07N15T0243302 |
| Jarvis J. Hill | 07N15T0243289 |
| Marie Hill | 07N15T0006676 |
| Pearline Hill | 07N15T0243288 |
| Stephanie and Keith Hilton | 06N15T0016643 |
| Brenda and Edward Hogan | Not Available |
| Marion F. Holloway | 07N15T0184970 |
| Rosalind J. and Joseph A. Holmes | 06N15T0014627 |
| Kishawn N. Holmes | 06N15T0015277 |
| Lorraine Holmes | 06N15T0014628 |
| Mary K. Holmes | 07N15T0196864 |
| Warren and Thelma Holmes | 07N15T0195660 |
| Carl and Davina Honore | 07N15T0198432 |
| Elaine and Jerry Honore, Sr. | 07N15T0196854 |
| Sheila Hopkins | 07N15T0108226 |
| Jorren Horace | 06N15T0009956 |
| Tyronne Horace | 06N15T0014555 |
| Michele and Darren Howard | 06N15T0009165 |
| Maude Howard | 07N15T0190947 |
| Tressa Hubbard | 07N15T0106153 |
| Walter Hudson, III | 07N15T0102714 |
| Tyrone D. Humphrey | 06N15T0015280 |
| Karnola A. Husband | 06N15T0015281 |
| Joyce and Richwell Ison | 06N15T0006597 |
| Jean T. Jack | 06N15T0004933 |

| | |
|---|---|
| Barbara Jackson | 07N15T0196849 |
| Toya and Charles L. Jackson, Sr. | Not Available |
| Leola W. and David Jackson | Not Available |
| Leatrice B. and Derwin Jackson | 06N15T0009167 |
| Pamela W. and Willie J. Jackson | 06N15T17928 |
| Deborah Hurel James | 07N15T0037518 |
| Syvella B. James | 06N15T0009168 |
| Donna M. Jefferson | 06N15T0017628 |
| Leila T. Jefferson | 06N15T0009170 |
| Frank Jobert, Jr. | 06N15T0016247 |
| Betty A. Johnson | 07N15T0284954 |
| Brian J. Johnson | 07N15T0140692 |
| Consuelo Johnson | 07N15T0196868 |
| Darien J. Johnson | 07N15T0140689 |
| Ed H. Johnson | 07N15T0194113 |
| Elbert Johnson, III | 07N15T0190878 |
| Estella C. and Ernest Johnson | Not Available |
| Kendra N. Johnson | 07N15T0121696 |
| LaDonna Johnson | 07N15T0140691 |
| Mary M. Johnson | 06N15T0015312 |
| Nicomee M. Johnson | 07N15T0218301 |
| Rita Johnson | 06N15T0015313 |
| Ronald C. Johnson | 07N15T0140690 |
| Ronald C. Johnson | 07N15T0140693 |
| Tammy Johnson | 07N15T00166 |
| Trina A. Johnson | 06N15T0017731 |
| Vena and Walter Johnson | 06N15T21273 |
| Yolanda Johnson | 07N15T0233960 |
| Yolanda Johnson | 07N15T0233961 |
| Karen M. Johnson-Martin | 06N15T0017658 |
| Jenell and Alton Jones | 06N15T0009353 |
| Annie B. Jones | 06N15T0021275 |
| Geron T. Jones | 06N15T0015314 |
| Antoinett B. and Henry A. Jones | 07N15T0074121 |
| Antoinette B. and Henry A. Jones | 07N15T0280973 |
| Isadore M. Jones | 07N15T0250202 |
| Natasha Barnes Jones | 07N15T0250249 |
| Shannon Jones | 06N15T0020246 |
| Terri and Morris Jordan | 06N15T0021278 |
| Brian C. Joseph | 07N15T002882 |
| Clarence G. Jourdan, Jr. | 07N15T0196830 |
| Furnell C. Junius, Sr. | 07N15T0255131 |
| Timeka Junius | 07N15T0255130 |
| Margaret S. Kelley | 07N15T0070765 |
| Margaret S. Kelley | 07N15T0070766 |
| Margaret S. Kelley | 07N15T0070767 |

| | |
|---|---|
| Chasity M. Kelly | 07N15T0255148 |
| Kenneth K. and Robin M. Kensey | 07N15T0195691 |
| Robin M. Kensey, Robin Hood Day Care, Inc | 07N15T0195692 |
| Vera Jean King | 06N15T0021280 |
| Victoria Knighton | 07N15T0038621 |
| Eric J. Labat | 07N15T0021014 |
| Kathryn Coleman Labat | 07N15T0021013 |
| Lois B. LaBeaud | 07N15T0195585 |
| Belinda Lacey | 06N15T0015318 |
| Malcolm Lacoste | Not Available |
| Jason M. Lang | 06N15T0017633 |
| Jessica Marie Lang | 06N15T0017635 |
| Juanita A. Lang | 06N15T0017637 |
| Justin J. Lang | 06N15T0017641 |
| Leonardo D. Lang, III | 06N15T0017639 |
| Mance Langham, Jr. | 07N15T0250222 |
| Sabrina and Mike Langham | 07N15T0000167 |
| Alicia C. LaRoche | 07N15T0000168 |
| Barbara C. and Eugene Latapie | 06N15T0015320 |
| Eugene Latapie | 06N15T0016850 |
| Sheeby Lavender | 07N15T0196851 |
| Ngoe Kim Ngyuyen and Linh Son Le | 07N15T0195714 |
| Patsy D. Garmany Lea | 06N15T0000066 |
| Keith LeBeau | 07N15T0214197 |
| Kelvin LeBeau | 07N15T0210518 |
| Linette and Kenneth LeDuff | Not Available |
| Barbara and Ernest Lee | 06N15T0016684 |
| Gloria J. Lee | 07N15T0195589 |
| Wanda Leon | 06N15T0016866 |
| Gloria Leon | 06N15T0021284 |
| Debbie Lewis | 07N15T0088836 |
| Debbie Lewis | 07N15T0088839 |
| Debbie Lewis | 07N15T0126484 |
| Justin Lewis | 07N15T0195562 |
| Sewan Lewis | 06N15T0017733 |
| Debra M. Livas | 06N15T0021545 |
| Melissa London | 07N15T0250167 |
| Margaret Lovince | 07N15T0075824 |
| Hao Luu | 07N15T0250145 |
| Hao D. Luu | 07N15T0250145 |
| Hoa Luu | 07N15T0250144 |
| Herbert H Lymuel | 07N15T0195577 |
| Darcel Magee | 07N15T0206376 |
| Marie A. Manego | 06N15T0017653 |
| Gloria and George R. Marcell | 07N15T0190931 |
| Andre Markey | 06N15T17931 |

| | |
|---|---|
| Hilda and Gaylard Markey | 06N15T17932 |
| Pamela Marrero | 07N15T0196770 |
| Diane and Troy Marrero | 07N15T0195712 |
| Wayne Marrero | 07N15T0196771 |
| Wilma Marrero | 07N15T0190801 |
| Henry Martin | 07N15T0000169 |
| Robert Martin, Jr. | 07N15T0000190 |
| Jose Mathews | Not Available |
| Othella Mathews | Not Available |
| Holley Matthews | 07N15T0033327 |
| Holley Matthews | 07N15T0250151 |
| Vanessa Cade and Ronald Matthews | 07N15T0250243 |
| Summer Matthews | 07N15T0033328 |
| Summer Matthews | 07N15T0250150 |
| Patricia Maxie | 07N15T0115190 |
| Ira and Clide McCoy | 07N15T0190875 |
| Alicia C. Bragg and Archie V. McDonald, Jr. | Not Available |
| Margaret McDonald | 07N15T0006687 |
| Mamie McDowell | Not Available |
| Patricia McGee | 06N15T0016868 |
| Laura and David McGlory | 07N15T0006688 |
| Brenda J. McKee | 07N15T0024260 |
| Wilfret R. McKee | 07N15T0024315 |
| Wilfret S. McKee | 07N15T0024258 |
| Neil McKendall | 07N15T0196923 |
| Gabriel Michael Melendreras | 07N15T0251725 |
| Lisa Darby and Ted J. Melson | 07N15T0083545 |
| Lawana M. Menendez | 07N15T0133233 |
| Drusilla and Tommy Mercadal | 07N15T0196925 |
| Alexis Merritt | 06N15T0009360 |
| Audrey M. Miller | 07N15T0195586 |
| Earlene Miller | 07N15T0086535 |
| Eugenie Miller | 07N15T0196836 |
| James E. Miller, III | 07N15T0168557 |
| Joyce A. Miller | 06N15T0017663 |
| Judy A. Miller | 06N15T21138 |
| Nina Miller | 07N15T0003554 |
| Richard Miller | 07N15T0008845 |
| Andria Marie Milton | 07N15T0190907 |
| Clarence Moore, Jr. | 06N15T0015327 |
| Alma W. and Leonard C. Moore | 06N15T17939 |
| Nathel Morgan | 07N15T0190887 |
| Vanessa M. Morris | 06N15T0016869? |
| Jacqueline C. Muse | Not Available |
| Isaac Nealy | 07N15T0250251 |
| Diane R. and Willie Neapollioun | 07N15T0000130 |

| | |
|---|---|
| Willie J. Neapollioun, Jr. | 06N15T0021149 |
| Carolyn S. and Edwin Nelson, Sr. | 06N15T0010253 |
| Essie L. Nelson | 07N15T0196813 |
| Jamie Ray Nelson | 06N15T0015347 |
| Lisa Darby and Ted J. Nelson | 07N15T0083545 |
| Peter Newman | 07N15T0193596 |
| Wanda Newsome | 06N15T0016690 |
| Latronia and Raymond Newton | 07N15T0000131 |
| Shirley W. and Lawrence J. Nicholas | 07N15T0195710 |
| Deann Nixon | 07N15T0156437 |
| Ryan M. Norman | 06N15T0009367 |
| Denise Nunnery | 07N15T0196845 |
| Martin Nwubah | 07N15T0000132 |
| Pablo Ocasio, Jr. | 07N15T0195647 |
| Yvonne Osborne | 07N15T0207579 |
| Lettie and Walter S. Owens | 06N15T0000045 |
| Bruce G. Parent, Sr. | 07N15T0047092 |
| Charles Parent | 07N15T0042307 |
| Denise M. Parent | 07N15T0047091 |
| Emmanuel Parker | 07N15T0058080 |
| Ashley Patterson | 06N15T0009399 |
| Geraldine and Joseph Perriatt, Jr. | 07N15T0003039 |
| Cathy Y. Peters | 06N15T0003740 |
| Cathy Y. Peters | 06N15T0009872 |
| Cathy Y. Peters | 06N15T0016206 |
| Sandra D. Peyton | 06N15T0016697 |
| Henry Hai Pham | 07N15T0006690 |
| Yolanda E. Phillips | 07N15T0003048 |
| Melinda Pidgeon | Not Available |
| Angelica and Bernard Pierre | 07N15T0190863 |
| Alice M. and Charles H. Polk | Not Available |
| Joyce and Timothy E. Porter | 06N15T0014484 |
| Edward Pritchard | 07N15T0235355 |
| Mary Pritchard | 07N15T0235354 |
| Tippi Prosper | 06N15T0009401 |
| Clifford and Claudette Provost | 07N15T0135855 |
| Claudette and Clifford Provost | 07N15T0231186 |
| Claudette and Clifford Provost | 07N15T0286200 |
| Jaylen Provost | 07N15T0135854 |
| Jaylen Provost | 07N15T0231187 |
| Jaylen Provost | 07N15T0286705 |
| Vilia A. Ragas | 06N15T0004246 |
| Vilia A. Ragas | 07N15T0003052 |
| Shelton Rayford, Jr. | 07N15T0196888 |
| Shelton Rayford, Sr. | 07N15T0196889 |
| Zandrea Johnson Rayford | 07N15T0250244 |

| | |
|---|---|
| Elizabeth Reed | 06N15T0004256 |
| Henry Reed | 06N15T0004258 |
| Claude H. Reese | 07N15T0121700 |
| Cheryl L. and Alvin J. Reine | Not Available |
| Eldwin D. Rhodes | 07N15T0190810 |
| Katie W. Rhodes | 07N15T0097629 |
| Katie W. Rhodes | 07N15T0097630 |
| Beverly Richard | 07N15T0196874 |
| Joan Anderson Richard | 07N15T0190937 |
| Jonelle Richard | 07N15T0190938 |
| Gay H. Riley | 07N15T0000196 |
| Claudia Robert | Not Available |
| Susan H. Roberts | 07N15T0195645 |
| Dionne S. Roberts | 07N15T0196844 |
| Henry Robertson | Not Available |
| Robin Robertson | Not Available |
| Joshua Robicheaux | 06N15T0017736 |
| Debra B. Robinson | 06N15T0018286 |
| Eddie Robinson | 07N15T0243030 |
| Harold N. Robinson, Jr. | 07N15T0003060 |
| Jada M. Robinson | Not Available |
| Marilyn S. Robinson | 06N15T0020317 |
| Tina and Rodney Robinson | Not Available |
| Angel and Ronald Robinson | 07N15T0196818 |
| Terry L. Robinson, Jr. | 06N15T0018289 |
| Debra and Terry L. Robinson, Sr. | 06N15T0018290 |
| Unique S. Robinson | 06N15T0018293 |
| Vebba F. Robinson | 07N15T0243031 |
| Brenda Hazure and Walter J. Robinson, Sr. | 06N15T17945 |
| Rome Rodriguez | 07N15T0130713 |
| Sheryl W. Rodriguez | 07N15T0000197 |
| Videl Rogers | 07N15T0006694 |
| Keita Rouser | 07N15T0190924 |
| Cecelia and Darren Rousseau | 07N15T0195616 |
| Calvin Roussell | 07N15T0003061 |
| Patricia Roussell | 06N15T0020318 |
| Charlotte A. Roux | 06N15T0004265 |
| Dora Rudolph | 06N15T0016249 |
| Debra H. and Zach Ruffin | 06N15T20247 |
| Francis G. and Isabid Ruppert | 06N15T0014645 |
| Tanjileah Russell | 07N15T0227875 |
| Gingerla B. Sanders | 07N15T0043100 |
| Karol Sanders | 07N15T0046172 |
| S. Valentine Sanders | Not Available |
| Joycelyn Santee | 07N15T0099339 |
| Tiveyanna Santee | 07N15T0099334 |

14

| Name | Number |
| --- | --- |
| Temika Santemore | 07N15T0102951 |
| Glenda R. Saunders | 06N15T0021555 |
| Jamesetta Saunders | 06N15T17947 |
| Peter G. Saunders, Sr. | 06N15T0021556 |
| Carl J. Schmidt | 06N15T195576 |
| Maryann Serpas | 07N15T0195581 |
| Carolyn J. Seymour | 07N15T0074720 |
| Carolyn J. Seymour | 07N15T0074721 |
| Carolyn J. Seymour | 07N15T0074722 |
| Carolyn J. Seymour | 07N15T0195639 |
| Rina M. Seymour | 07N15T0074723 |
| Rina M. Seymour | 07N15T0074724 |
| Rina M. Seymour | 07N15T0074725 |
| Ashley Dennison- and Kolin Sheppard | 07N15T0003065 |
| Cherrell R. Simms | 06N15T0016703 |
| Carolyn and James Simms | Not Available |
| Enrica K. Singleton | 07N15T0006697 |
| Salim Sleem | 06N15T0020248 |
| Herbert R. Smalls | 07N15T0201773 |
| Alan G. Smith | 06N15T0021558 |
| Christy S. Smith | 06N15T0016248 |
| Collette M. Smith | 07N15T0032826 |
| Debra M. Smith | 07N15T0000199 |
| Debra M. Smith | 07N15T0250172 |
| Devin B. Smith | Not Available |
| Eric Smith, Sr. | 07N15T0250163 |
| Eric Smith, Jr. | 07N15T0250164 |
| James E. Smith | Not Available |
| Melody A. Smith | 06N15T17949 |
| Odile L. Smith | 07N15T0153118 |
| Odile Lowe Smith | 07N15T0250142 |
| Selear Smith | 07N15T0250173 |
| Steven A. Smith | 07N15T0153116 |
| Steven A. Smith | 07N15T0250135 |
| Sullivan Smith | 06N15T0015358 |
| Antoinette D. and Sullivan Smith | 06N15T0016727 |
| Schernia J. Morrison and Thames H. Solomon, Sr. | 07N15T0003027 |
| Deedra G. Sorapuru | 06N15T0004275 |
| Tanja Soublet | 07N15T0006702 |
| Nicole St. Etienne | 07N15T0000225 |
| E.W. Stanley | 06N15T0016231 |
| Seda Starks | Not Available |
| Edith and Allen Stevens | 07N15T0195627 |
| Eric Stevens | 07N15T0196831 |
| Hosea Stevens, III | 07N15T0190816 |
| Margaret J. Stevens | 07N15T0196817 |

| | |
|---|---|
| Sheila and Malcolm Stewart | Not Available |
| Shawn Stokes | 07N15T0003033 |
| Kim B. Stovall | 07N15T0270410 |
| Matt Suarez | 07N15T0264084 |
| Ernestine Sumlin | 06N15T0017686 |
| Ernestine Sumlin | 07N15T0001059 |
| Ernestine Sumlin | 07N15T0006705 |
| Jason Sunmoni | 07N15T0196894 |
| Robert L. Tai | 06N15T18971 |
| Terre' and Ray Talbert | 06N15T0014652 |
| Barbara Tapp | 07N15T0000137 |
| Anderson Tate, Jr. | 07N15T0099338 |
| Mirida Tate | 07N15T0099337 |
| Abarham Taylor | 07N15T0088504 |
| Abarham Taylor | 07N15T0088827 |
| Abraham Taylor | 07N15T0126485 |
| Juvuanda J. Taylor | 07N15T02031 |
| Ingrid Theodore | 07N15T0190803 |
| Dlaine R. Thomas | 07N15T0195629 |
| Gilda L. Thomas | 06N15T0004296 |
| Ocedra Thomas | 07N15T0229163 |
| Stacy Thomas | 06N15T0004298 |
| Gail Thornton | 06N15T0014653 |
| Christopher L. Toca | 07N15T0096580 |
| Nicole W. Toca | 07N15T0096579 |
| Skye L. Toca | 07N15T0096581 |
| Starr L. Toca | 07N15T0096583 |
| Lionel Toliver | 07N15T0250230 |
| Craig Tolliver | 07N15T0223804 |
| Shawn B. Tolliver | 07N15T0223802 |
| Anitra L. Torns | 07N15T0227339 |
| Anitra M. and Anthony L. Torns | 06N15T17689 |
| Ida M. Townsend | 06N15T0021563 |
| Ida M. Townsend | 07N15T0003035 |
| Khong Tran | 07N15T0250146 |
| Phond and Sam T. Tran | 06N15T0004306 |
| Nza and Viet Tran | 07N15T0000228 |
| JoAnn and Paul Trapani | 06N15T0014654 |
| Ruby H. Triplett | 07N15T0006711 |
| Earl Truvia | Not Available |
| Barbara Tapp Tubbs | 07N15T0000229 |
| Robert J. Turner | 07N15T0199724 |
| Clinton Turrell | 06N15T0004316 |
| Lori M. Turrell | 07N15T03037 |
| Charles E. Untz, Jr. | 06N15T0015390 |
| Dear Heart Vessell | 07N15T0250209 |

| | |
|---|---|
| Eudell and Claude Vine | 06N15T0014476 |
| Louis J. and Reynold T. Wade | 06N15T0016859 |
| Farrah Wallis | 06N15T0017737 |
| Tsuni Irene and Chang U. David Wang | 06N15T0016848 |
| Arnett Warren | 07N15T0148638 |
| Raineisha K. Warren | 07N15T0148637 |
| Rainon Warren | 07N15T0148636 |
| Marie Warren-Jones | 07N15T0195741 |
| Carmencita Fabre' and Chad Washington | 06N15T0016235 |
| Killra Washington | 07N15T0237819 |
| Antoinette M. Watkins | 06N15T0014655 |
| Latecha M. Watkins | 06N15T0014658 |
| Curtis E. Watson | 07N15T0250195 |
| Jovan Watson | 06N15T0009413 |
| Louise C. Watson | 06N15T0020251 |
| Mary and Raymond Watson, Jr. | 06N15T0021564 |
| Susan R. Watson | Not Available |
| Victoria A. Watson | 06N15T0021472 |
| Alicia Watts | 06N15T0004321 |
| Alicia M. Watts | 07N15T0190914 |
| Bruce W. Watts | 07N15T0195695 |
| Wilbert A. Watts, Jr. | 06N15T0009414 |
| Wilbert A. Watts | 07N15T0039664 |
| Wilbert A. Watts | 07N15T0039665 |
| Wilbert A. Watts | 07N15T0039666 |
| Wilbert A. Watts, Jr. | 07N15T0162793 |
| Wilbert A. Watts, Jr. | 07N15T0162794 |
| Wilbert A. Watts, Jr. | 07N15T0162795 |
| Wilbert A. Watts, Jr. | 07N15T0162796 |
| Barbara and Washington Wells | 07N15T0190821 |
| Lawanda West | 07N15T0250212 |
| Charles J. Whaley, Jr. for Idell Jenkins Fmly | Not Available |
| Diamond S. Whyte | 07N15T0096582 |
| Sandira Wiley | 06N15T0006609 |
| Albert J. Williams | 06N15T0016762 |
| Trena R. and Arnold J. Williams | 06N15T0017694 |
| Arthemise D. Williams | 07N15T0250255 |
| Ashley Williams | 07N15T01010 |
| Pauline K. and Bruce Williams | 06N15T0016765 |
| Bruce Williams | 07N15T0227340 |
| Gail M. Williams | 07N15T0042379 |
| Gail M. Williams | 07N15T0042387 |
| Gail M. Williams | 07N15T0167873 |
| Gail M. Williams | 07N15T0198375 |
| Melanie B. Williams | 07N15T0006721 |
| Michelle M. Williams | 07N15T0220695 |

| | |
|---|---|
| Raymond Williams | Not Available |
| Paulette and Sidney Williams, Jr. | 06N15T0009415 |
| Anne and Tyrone Williams | 07N15T0195697 |
| Walter Williams, Jr. | 07N15T0250253 |
| Whitney Williams | 07N15T0067777 |
| Emmastine Wilmore | 07N15T0038620 |
| Augusta R. Wilson | 06N15T0004333-A |
| Diana Wilson | 07N15T0196816 |
| Herbert E. Wilson | Not Available |
| Morris J. Wilson, Jr. | 07N15T0204002 |
| Sheryl E. Wilson | 07N15T0006722 |
| Sheryl E. Wilson | 07N15T0190819 |
| Frank Wiltz | 07N15T0250196 |
| Karen Wiltz | 07N15T0196838 |
| Gilda B. and Larry J. Wiltz, Sr. | 06N15T0014660 |
| Gerald R. Wingate | 06N15T17959 |
| Oscar Wooten, Jr. | 07N15T0201786 |
| Kevin Wright | 07N15T0023081 |
| Ronald Wright | 07N15T0053333 |
| Sandra Wright | Not Available |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

Claimants and Intervenors hereby assert clams against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

IV.

The flooding was proximately caused by the failure of the levee on the nort bank of the Gulf Intracoastal waterway, the Michaud Canal and the surge from MRGO;

V.

The defendant United States had the care, custody and control of the banks, shores, beds and waters opposite to and fronting on the Gulf Intracoastal Waterway and Michaud Canal, including all littoral and or riparian rights incident thereto, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

VI.

On information and belief Claimants and Intervenors allege that the dredging conducted by vessels operated by the United States, undermined the integrity of the levees for MRGO, allowing it to lay waste to the surrounding area, and creating the risk which became the surge which overtook Plaintiffs homes and properties;

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP   909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone: (504) 586-0000
Fax:    (504) 522-8423

W364577

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W364577