UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass., No. 06-5127) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE KNOWLES |
| ************************************* | | |

**INTERVENTION PER PROCEDURE ORDER
ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937**

**NOW COME** Plaintiffs, Elizabeth H. and William Keith DePass, IV, et al, and others persons identified below, hereinafter "Claimants and Intervenors", in Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, [Doc. 1], residing in, or doing business in Metairie, Jefferson Parish, Louisiana, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and the First Amended Complaint filed herein on September 28, 2006, [Doc. 1254], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for leave to file Third Amended Complaint against the state defendants and the United States [Doc. 6459] ], to-wit:

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Cleveland Cobb, Sr. | 07N15T0130145 |
| Renate B. Coleman, and William B. Coleman, Jr. | 07N15T0185147 |
| Renate B. Coleman, and William B. Coleman, Jr. | 07N15T0229313 |
| William B. Coleman, III | 07N15T0006661 |
| Carol C. de la Houssaye | 07N15T0250215 |
| Clyde de la Houssaye | 07N15T0196913 |
| Wayne de la Houssaye | 07N15T0196912 |
| Elizabeth H. and William Keith DePass, IV | 06N15T0016609 |
| Pauline and Lanier Dixon | 06N15T12694 |
| Martha W. Ellis | Not Available |
| Courtney Freeman | 07N15T0250177 |
| Louis McDaniel Freeman, Jr. | 07N15T0250178 |
| Carol C. and William C. Gambel | 07N15T0195594 |
| Shirleen Jefferson | 07N15T0033403 |
| Ronald A. Landry | 07N15T0195584 |
| Irene B. Lutkewitte | 07N15T0066709 |
| Thomas Lutkewitte | 07N15T0066707 |
| Charles Marshall, Jr. | 07N15T0196914 |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

Claimants and Interventors were damaged due to flooding from the Metairie Relief Canal which was never designed, constructed or operated by the United States Army Corps of Engineers, proximately caused by the failure of the 17th Street Canal and the closure of Pumping Station Six.

IV.

Flooding from the 17th Street Canal as a result of the breach of an incomplete portion of the parallel protection the Corps engaged Pittman Construction to erect, and from the incomplete section of the Orleans Avenue canal, also contributed to the damage, although arrested by the Metairie Ridge and a late arrival, largely via the City drainages system.

V.

On information and belief, Pittman Construction was engaged by the United States Army Corps of Engineers to complete the parallel protection for the 17th Street Canal. It failed to do so, the contract was never accepted; and the federal flood control facility was never completed.

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deem good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

          Respectfully submitted,

          /s/ William C. Gambel
          WILLIAM C. GAMBEL, Bar # 5900
          MILLING BENSON WOODWARD, LLP
          909 Poydras Street, Suite 2300
          New Orleans, LA 70112
          Telephone: (504) 569-7210
          wgambel@millinglaw.com

          Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:   (504) 522-8423

W364570

CERTIFICATE OF SERVICE

      I certify that on this 28th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                                /s/ William C. Gambel

W364570