UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Adams, Sr., No. 06-5128) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************ | | |

**INTERVENTION PER PROCEDURE ORDER
ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937**

**NOW COMES** Plaintiffs, Marie A. and Clarence J. Adams, Sr., et al, and others persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial, filed August 28, 2006, [Doc. 1], residing in, or doing business in the Oak Island, Lake Carmel, Village de L'est, Little Woods and Michoud Subdivisions and environs, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and the First Amendment filed April 11, 2007, [Doc. 3712 ], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7115], to-wit:

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Gloria B. and Floyd J. Aaron, Jr. | 06N15T0009052 |
| Jamilah S. Adams | 07N15T0255140 |
| John Adams | 07N15T0070595 |

| Name | ID |
|---|---|
| Marquetta Aguillard | 07N15T0053332 |
| Nelcia Alexis-Williams | 06N15T0004326 |
| Elisha Allen | 06N15T0016269 |
| Elisha Allen | 07N15T0270612 |
| Lisa and Raymond Ambrose, III | 07N15T0196827 |
| Christine Anders | 07N15T0038617 |
| Melanie Antoine | 07N15T0191136 |
| Ron E. Antoine | Not Available |
| Chanell P. Armstrong | 06N15T0014667 |
| Joyce and Johnny R. Arvie | Not Available |
| Kim and Darron J. Aubert | 07N15T0173685 |
| Kris and Leessa Augustine | 07N15T0250248 |
| Jeanette Banks | 06N15T0017756 |
| William Banks, Jr. | 07N15T0095014 |
| William Banks, Jr. | 07N15T0250207 |
| Darryl L. Bankston, Sr. | 06N15T0016577 |
| Joe Simpson and Corliss M. Baptiste | 06N15T0009043 |
| Edgaranna J. Bardwell | 06N15T0002141 |
| Denise M. Barnes | 07N15T0091070 |
| Denise M. Barnes | 07N15T0091071 |
| Denise M. Barnes | 07N15T0091072 |
| Angela D. and Larnell Bates, Jr. | 06N15T0020447 |
| Angela D. and Larnell Bates, Jr. | 07N15T0270649 |
| Helen R. Bell | 06N15T0014606 |
| Alvin H. Bentley, Sr. | Not Available |
| Torrence Bertrand, Sr. | 07N15T0114468 |
| Herman Bibbins | 06N15T0018964 |
| Rose Mary Boisseau | Not Available |
| Robert P. and Aisha D. Boyd | 07N15T0194880 |
| Robert P. and Aisha D. Boyd | 07N15T0254629 |
| Karla A. Boyd | 07N15T0255176 |
| Kevin J. Boyd, Sr. | 07N15T0255174 |
| Aisha and Robert P. Boyd | 07N15T0194876 |
| Robert P. Boyd | 07N15T0194879 |
| Robert P. Boyd | 07N15T0254627 |
| Robert P. Boyd | 07N15T0254628 |
| June M. and David Bravo | 06N15T0016265 |
| Deshone D. Breland | Not Available |
| Jeffery Breland | 06N15T0017387 |
| Juan D. Breland | 07N15T0196866 |
| Fayetta Brister | 06N15T0016241 |
| Fayetta Brister | 06N15T14670 |
| Laura L. Santiago Britton | 06N15T0021150? |
| Gail W. and Myron D. Brogan | 06N15T0021481 |
| Rev. Gregory Brooks | Not Available |
| Altis Brown, Jr. | 07N15T0254538 |

| Name | Number |
|---|---|
| Altis Brown, III | 07N15T0254540 |
| Aneshia T. Brown | 07N15T0250171 |
| Connie M. Brown | 07N15T0172582 |
| Erwin Brown | 07N15T0250175 |
| Janice M. Brown | 07N15T0001032 |
| Loretta M. Brown | 07N15T0254541 |
| Michelle A. Brown | 06N15T0020241 |
| Betty J. and Nathan M. Brown, Sr. | Not Available |
| John C. Bryant | 07N15T0122538 |
| Leonora Bryant | 07N15T0103279 |
| Latonja Busby | Not Available |
| Ernest Butler | 07N15T0195612 |
| Nonya M. Cage | 07N15T0255651 |
| Monique M. Carter | Not Available |
| Martha W. Cayette | Not Available |
| Ronald C. Cayette, Sr. | Not Available |
| Clementine Chancley | 07N15T0030449 |
| Khambay and Vans Chanthavong | Not Available |
| Gertrude P. Clark | 06N15T0020269 |
| Carol G. Coleman | 07N15T0188794 |
| Carol G. Coleman | 07N15T0250184 |
| Patricia and Larry Coleman | 07N15T0000102 |
| George Collins | 07N15T0190830 |
| Darlinda M. Cook | Not Available |
| Leslie P. Cooper | 07N15T0243298 |
| Leslie P. Cooper | 07N15T0243300 |
| Brenda Copprue | 07N15T0045081 |
| Anthony Corbin | 07N15T0190948 |
| Jacqueline A. and Melvin Creecy | 06N15T0021490 |
| Raynard A. Creecy | 07N15T0000159 |
| Gail Crosby | 07N15T0196798 |
| Ronnie Crosby | 07N15T0196799 |
| Laverne S. Cuiellette | 06N15T0015255 |
| Cherlyn S. Curtis | 06N15T0021162 |
| Revella Cyrus | 07N15T0058078 |
| Sherry Daigle | 07N15T0053334 |
| Theresa T. and Alton Darby, Sr. | Not Available |
| Reginald B. Darby, Sr. | 07N15T0083544 |
| Ronnie Dase, Jr. | 06N15T0021492 |
| Corrine Davis | 06N15T0016606 |
| Helen J. and Edmond Davis | 06N15T0014613 |
| Willie Jean Davis | 07N15T0246247 |
| Patricia E. Delaune | 06N15T0021493 |
| Torri B. Denis | 07N15T0190804 |
| Robert and Sherness DeVold | 07N15T0250160 |
| Jacqueline S. Diaz | 07N15T0195696 |

| | |
|---|---|
| Silas Dillion | 07N15T0000104 |
| Stephanie Y. Dillon | 06N15T0021167 |
| Shirley and Edward Dozier, Sr. | 07N15T0114385 |
| Albert Ducre | 07N15T0195601 |
| Albert Ducre | 07N15T0196881 |
| Ida Ducre | 07N15T0196875 |
| Ida M. Ducre | 07N15T0195600 |
| Velencia Ducre | 06N15T0021168 |
| Velencia Ducre | 07N15T0190827 |
| Velencia Ducre | 07N15T0196915 |
| Simone T. Dukes | 07N15T0006663 |
| Haili G. Duncan | Not Available |
| Heidi C. Duncan | Not Available |
| Steven M. Dunnaway | 06N15T0211720 |
| Georgiaetta C. Duplechain | 06N15T0017596 |
| Chris M. Duplessis | 06N15T0009156 |
| Jacqueline Edmond | 07N15T0195578 |
| Willie Ann and LeRoy P. Ellsworth | 06N15T0007679 |
| Leona Evans | 06N15T0009159 |
| John Farland, Jr. | Not Available |
| Nadine and Allen Fleming | 06N15T0017786 |
| Nadine Fleming | 06N15T0017785 |
| Glenda M. Foley | 06N15T0017787 |
| Johnnie Mae King for Dujuan Ford | Not Available |
| Ariane J. Francis | 06N15T0021178 |
| Isabelle and Clarence Francois | 07N15T0000161 |
| Myrna Freeman | 07N15T0173684 |
| Eldralynn and Elbert Fulgham | 07N15T0196809 |
| Elbert M. Fulgham, II | 07N15T0196905 |
| Eula J. Fulton | 07N15T0196824 |
| Jessie J. Fulton | 07N15T0196823 |
| Croisier Gaetan | 07N15T0190800 |
| Blake Garibaldi | 06N15T0021179 |
| Toni L. and Daryl Garner | 06N15T0014620 |
| Toni L. Garner | 06N15T12300 |
| Alvin J. Gauthier | 07N15T0006666 |
| Foster Gblende | 07N15T0196880 |
| Jeffrey Gblende | 07N15T0250157 |
| Veronica Gblende | 07N15T0196882 |
| Linda C. Gentry | 06N15T0000209-A |
| Charlene T. and Tyrone Gordon | 06N15T0021523 |
| Catherlean Graham | 07N15T0190818 |
| Annvernette and David Graham | 07N15T0190928 |
| Deborah Jean Gray | 06N15T0014621 |
| Trashanda M. Grayes | 06N15T0017789 |
| Kianna Guidry | 07N15T0196835 |

| | |
|---|---|
| Joseph C. Guss | 06N15T14622 |
| Corinthia Hall | 07N15T0042383 |
| Monica Hall | 07N15T0042385 |
| Morris Hall, Jr. | 07N15T0042389 |
| Shelia Hall | 07N15T0190864 |
| Gloria Hamilton | 06N15T0017792 |
| Ben J. Hanchett, Jr. | 06N15T0016253 |
| Duane E. Hardy | 06N15T0017794 |
| Sandra O. Hardy | 07N15T0006672 |
| Vanessa and Anthony Harris | 06N15T0009164 |
| Bernadette Harris | 06N15T17943 |
| Eureka M. Harris | 06N15T0017795 |
| Floretta Hawthorne | 07N15T0107620 |
| Floretta Hawthorne | 07N15T0280967 |
| Antoine Hayes | 06N15T0021191 |
| Michele Hayes | 06N15T0021192 |
| Linda and Chancy Hence | 06N15T0021255 |
| Nathanel C. Bolan and Travis M. Henry | 07N15T0190799 |
| Debra J. and Garey Holmes | 06N15T0017796 |
| Cathy R. and Edward Hugle | 06N15T0021533 |
| Carmen L. Mclane Hunter | 06N15T17925 |
| Dent Hunter | 07N15T0196901 |
| Joseph Hunter | 06N15T17926 |
| Kellie Hunter | 06N15T17927 |
| Kellie M. Hunter | 07N15T0196902 |
| Michael E. Hunter | 07N15T0005356 |
| Kendrick Husband | 06N15T0015282 |
| Janet and John P. Jackson | Not Available |
| Latasha Jackson | 07N15T0166349 |
| Nora Lee Jackson/Daly | Not Available |
| Tamika J. Jacob | 07N15T0114958 |
| Sybil and Jimmie James | 07N15T0250170 |
| Frederick Jefferson, Sr. | 06N15T0016215 |
| Shelia Jenkins | 06N15T0016252 |
| Antonio Johnson | 07N15T0006680 |
| Donna M. and James E. Johnson | 06N15T0009352 |
| Janelle R. Johnson | 07N15T0227703 |
| John F. Johnson | 07N15T0227704 |
| Kiana Morris Johnson | 07N15T0237051 |
| Latoya Johnson | 06N15T0016646 |
| Otestein Johnson | 07N15T0195657 |
| Denise and Sean Johnson | 07N15T0190798 |
| Terrence R. Johnson, Jr. | 07N15T0237050 |
| Joshua Jolla | Not Available |
| A'yonne Jones | 06N15T0021276 |
| Cynthia B. and Bobby Jones | 06N15T0021542 |

| | |
|---|---|
| Emily P. Jones | 06N15T12122 |
| Herman L. Jones | 07N15T0190805 |
| Janice H. Jones | 07N15T0196852 |
| Yvonne Jones | 06N15T0021544 |
| Morris Joseph | 07N15T0001017 |
| Robin Kensey | 06N15T17930 |
| Xou Keosayasing | 06N15T0016865 |
| Marvin King | 07N15T0053335 |
| Jerry L. Knighten | 07N15T0113157 |
| Mableline B. Knighten | 07N15T0113158 |
| Therral LaBranch | 06N15T0016652 |
| Lawrence L. Ladd | 07N15T0255136 |
| Lequester LaMothe | 07N15T0133963 |
| Gayle M. and Tyrone A. Lavigne | 06N15T0016853 |
| Mary J. Leaper | 06N15T0015321 |
| Taurus D. Alexander, Jr. and Fallon M. Leon | 07N15T0091061 |
| Taurus D. Alexander, Jr. and Fallon M. Leon | 07N15T0091062 |
| Taurus D. Alexander, Jr. and Fallon M. Leon | 07N15T0091063 |
| Lauren B. and Nathaniel V. Leon | 06N15T0004942 |
| Lauren B. and Nathaniel V. Leon | 06N15T0006450 |
| Nathaniel V. Leon, Jr. | 07N15T0091058 |
| Nathaniel V. Leon, Jr. | 07N15T0091059 |
| Nathaniel V. Leon, Jr. | 07N15T0091060 |
| Lauren B. and Nathaniel V. Leon | 07N15T0250242 |
| Walter Levy | Not Available |
| Josephine and Edward Lewis, Sr. | Not Available |
| Edward C. Lewis, Sr. | 07N15T0196776 |
| Josephine S. Lewis | 07N15T0195592 |
| Lancelot Lewis | 07N15T0190930 |
| Mark D. Lewis, Sr. | 06N15T0017644 |
| Constance and Sedrick Lewis | 07N15T0006682 |
| Joseph London, Jr. | 07N15T0090657 |
| Rosalyn and Joseph London | 07N15T0196865 |
| Deidra Louis | 07N15T0190843 |
| Michael A. Lowery | 06N15T0021546 |
| Jovan C. Lymuel | 07N15T0195583 |
| Patricia B. Maney | 06N15T0001620? / 06N15T0016280? |
| Henry S. Martin | 07N15T0195582 |
| Gordon W. Martine | 06N15T0003775 |
| Jorge Martinez | 06N15T17660 |
| Richard A. Martinez | 06N15T0021133 |
| Jennifer W. Matthews | 06N15T0016686 |
| Alicia C. Bragg and Archie V. McDonald, Jr. | Not Available |
| Adrian and Lorenzo McDonald | 06N15T17935 |
| John McFarland, Jr. | 07N15T0196877 |

| | |
|---|---|
| John McFarland, Jr. | 06N15T0021134 |
| Jason Mealey | 07N15T0006080 |
| Jason Mealey | 07N15T0195606 |
| Wanda Mealey | 07N15T0006082 |
| Wanda Mealey | 07N15T0195605 |
| August Metoyer | 07N15T0068730 |
| Carrie Meyer | 06N15T0016254 |
| Marlene Miller | Not Available |
| Herlin P. Mogilles, III | 07N15T0190850 |
| Cantrell Monday | 07N15T0196911 |
| Candace Montgomery | 06N15T0016834 |
| Edwin J. Moore | 06N15T0016238 |
| Patrice Morgan | 07N15T0196837 |
| Judy R. Morris | 06N15T0009366 |
| Tashika Morris | 06N15T0014632 |
| Joe Ann Murthil | 06N15T0021142 |
| Lynn and Khanh Nguyen | 06N15T0014633 |
| Lisa Nguyen | 06N15T17941 |
| My Yen and Minh Nguyen | 07N15T0111117 |
| Phuong Nguyen | 07N15T0111115 |
| Son and Thanh Nguyen | 06N15T0016842 |
| Stacey Noah | 06N15T3860 |
| Stacey Noah | 07N15T0196883 |
| Walter J. Noil | 07N15T0250219 |
| Logan J. O'Neal | 06N15T16018 |
| David J. Parker | 07N15T0250154 |
| Harry A. Parker | 06N15T0004238 |
| James D. Parker | 07N15T0250156 |
| Rhonda and Julian Parker | 07N15T0003036 |
| Muraline Parker | 07N15T0255447 |
| Pamela C. Parker | 07N15T0250155 |
| Anthony Pellebon | 06N15T0014634 |
| Lucille W. and William Peoples | 07N15T0190795 |
| Earnest Peyton | 07N15T0038618 |
| Linda K. Peyton | 07N15T0038616 |
| Katie Tran and Chi M. Pham | 06N15T0016851 |
| Sharon D. Phillips | 06N15T0009400 |
| Charles Plummer, Jr. | 07N15T0196820 |
| Juanisha Poindexter | 07N15T0190829 |
| Tanya Polk | 07N15T0196879 |
| Gregory L. Price | 07N15T0110704 |
| Gregory L. Price | 07N15T0135482 |
| Derek Prograis, Jr. | 07N15T0142715 |
| Terry and Derek Prograis, Sr. | 07N15T0142720 |
| Tanisha S. Prograis | 07N15T0142714 |
| David L. Radecker | 07N15T0190885 |

| | |
|---|---|
| Marliz S. Radecker | 07N15T0065480 |
| Donald Reed, Sr. | 06N15T0014639 |
| Edith B. Reed | 06N15T0014637 |
| Henri Reed | 06N15T0014640 |
| Ricardo M. Reed | 06N15T0014638 |
| Robert Reed | 06N15T0004261 |
| Tracy Henderson Reed | 06N15T0015349 |
| Brandy Richardson | 07N15T0190879 |
| Erlicia Riggs | 07N15T0195602 |
| Erlicia Riggs | 07N15T0196876 |
| Anthony C. Riley | 07N15T0250185 |
| Anthony Charles Riley | 07N15T0250176 |
| Susan Rivers | 07N15T0003058 |
| Sandra R. Rivoire | 07N15T0246238 |
| Muriel C. Roberts | 06N15T0004263 |
| Adriena S. Robertson | 07N15T03059 |
| Gwendolyn Robinson | 07N15T0196819 |
| Joseph Robinson | 07N15T0250179 |
| Dwan and Ned Robinson | 06N15T0016845 |
| Gary W. Rollins, II | 07N15T0006084 |
| Gary W. Rollins, II | 07N15T0195609 |
| Nicole Rollins | 07N15T0006086 |
| Nicole Rollins | 07N15T0195607 |
| Vera Roscoe | 06N15T0001107-A |
| Dwight G. Rousseve | Not Available |
| Diane S. Roy | 06N15T0015354 |
| Robert Ruffin | 06N15T17946 |
| Robert Ruffin | 07N15T0196878 |
| Eugenia Rush | Not Available |
| JoAnn Sanders | 06N15T0016699 |
| Nicole Saunders | 07N15T0195704 |
| Yvette Sawyer | 07N15T0250252 |
| Lydia C. Scales | 07N15T0000198 |
| Joyce Gatlin and Earl Scott | 06N15T0009161 |
| Elizabeth P. and Joseph Scott | 06N15T0014647 |
| Candy D. Shallerhorn | 06N15T0017682 |
| Ronnie Shallerhorn | 06N15T0014648 |
| Jonathan Sheard | 07N15T0056203 |
| Walter L. Shepherd | 07N15T0195595 |
| Sam I. Simmons, II | 07N15T0000987 |
| Brenda Singleton | 06N15T0004273 |
| Anita B. Smith | 07N15T0048387 |
| Eldralynn M. Smith | 07N15T0196906 |
| Eric C. Smith | 07N15T0048388 |
| Estate of Ida Mae Davis Smith, Sandie Smith Mikell and Juliet Smith | Not Available |

| | |
|---|---|
| Kimberly Gibson Smith | Not Available |
| Lloyd E. Smith | 07N15T0048386 |
| EE Soukaroun | 07N15T0003028 |
| Jerusha S. and Eugene Sparks | Not Available |
| Vinella Spikes | Not Available |
| Bessie Stewart | 07N15T0196841 |
| Gail A. Stewart | 06N15T0017685 |
| Lanissa G. and Naaman C. Stewart | Not Available |
| Patrice M. Strickland | 06N15T0000060 |
| Patricka C. and Mack Summers | Not Available |
| Lois F. and John E. Swaney | 06N15T0009409 |
| Kalasha Taylor | 07N15T0238137 |
| Spencer Theard | 06N15T0016852 |
| Cyrona Thomas | 07N15T0195615 |
| Deborah T. and Sean Thomas | 06N15T0015388 |
| Rhonda B. Tircuit | 06N15T17953 |
| Cynthia Townsend | 07N15T0195614 |
| Karen Suzette Travis | 06N15T0009411 |
| Deborah M. Trigs | Not Available |
| Denise Truvia | Not Available |
| Roderick C. Tureaud | 07N15T0190806 |
| Jimmie L. Turner, Sr. | 07N15T0264133 |
| Jimmie L. Turner, Sr. | 06N15T0017724-A |
| Lydia B. Turner | 07N15T0264134 |
| Lydia B. Turner | 06N15T0017725-A |
| Tamara and Felters A. Veal | 07N15T0209997 |
| Germaine D. Walker | 06N15T0017692 |
| Ryan Wallace | 06N15T0020098 |
| Estella Warner | 07N15T0270062 |
| Corey Warren | 06N15T17738 |
| Della Warren | 07N15T0190883 |
| Freddie B. Warren, IV | 07N15T0190886 |
| Gevena G. Warren | 07N15T0190882 |
| Janell S. Warren | 07N15T0190884 |
| Ashley N. Washington | 07N15T0229040 |
| Diane T. Washington | 06N15T0004320 |
| James C. Washington, III | 07N15T0254539 |
| Datta W. Watts | Not Available |
| Kim Watts | 06N15T0016740 |
| Ronald J. Watts | 07N15T0006715 |
| Darlene C. West | 06N15T15391 |
| James L. West | 07N15T0006716 |
| Delinda White | 07N15T0003044 |
| Lillie White | 07N15T0003047 |
| Collette Whittington | 07N15T0006718 |
| Angelina Williams | 07N15T0195636 |

| | |
|---|---|
| Raymond and Cherlyn Williams | 07N15T0190927 |
| Cheryl Williams | 07N15T0190913 |
| Cheryl J. Williams | 07N15T0033014 |
| Priscilla N. and Ellis Williams | 07N15T0195673 |
| Erin N. Williams | 07N15T0033013 |
| Gerald Williams | 07N15T0196791 |
| Penny and Gerald M. Williams | 07N15T0196790 |
| Larry Williams | 07N15T0190793 |
| Lori D. Williams | 07N15T0166347 |
| Mary Ann Williams | 06N15T0021475 |
| Rachel and Raymond J. Williams | 07N15T0195638 |
| Sheila Severin Williams | 06N15T0016209 |
| Marilyn Williams Green | 07N15T0003049 |
| Marilyn Williams Green | 07N15T0152896 |
| Terry W. Wills | 07N15T0196904 |
| Yolanda L. Wills | 07N15T0196903 |
| Mary L. Wilson-Williams | 07N15T0173686 |
| Mary L. Woods | 07N15T0195674 |
| Ronald J. Wortmann, Jr. | 07N15T03050 |
| Eugene S. Wright | 06N15T0016858 |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

The flooding was proximately caused by the failure of the levee on the north bank of the Gulf Intracoastal waterway, the Michaud Canal, the surge from MRGO and flooding from Lake Pontchartrain;

IV.

The defendant United States had the care, custody and control of the banks, shores, beds and waters opposite to and fronting on the Gulf Intracoastal Waterway and Michaud Canal,

including all littoral and or riparian rights incident thereto, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

V.

On information and belief Claimants and Intervenors allege that the dredging conducted by vessels operated by the United States, undermined the integrity of the levees for MRGO, allowing it to lay waste to the surrounding area, and creating the risk which became the surge which overtook Plaintiffs' homes and properties;

VI.

The United States Army Corps of Engineers was commissioned by Congress to implement the Lake Pontchartrain and Vicinity Plan in 1966 as revised in 1966 and construct levee protection which would arrest increased level of rising water in Lake Pontchartrain; the damages of which your Plaintiffs complain resulted because the Corps failed to complete the construction by erecting levee protection adjacent to the Lakefront Airport.

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP   909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings

416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364569

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W364569