UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Williams, No. 06-5137) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

### INTERVENTION PER PROCEDUR ORDER
### ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

**NOW COMES** Plaintiffs, Susan and August Williams, et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial, filed August 28, 2006, [Doc. 1], residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder Boulevard and its environs to the Lakefront Airport, who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and the First Amendment filed April 11, 2007, [Doc. 3719], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7084], to-wit:

I.

The Claimants and Intervenors are as follow:

| | |
|---|---|
| Joan C. Adams | 07N15T0006649 |
| LaDarryl James Alexis | 07N15T0108276 |
| Nicole and Anthony Allain | 06N15T0009123 |
| Nicole and Anthony Allain | 07N15T0189048 |
| Louise Gombako and Corey R. Amos | 06N15T0014604 |
| Alice L. Anderson | 06N15T0005270 |
| Linda C. Armagnac | 07N15T0102689 |
| Maurice D. Armagnac, Jr. | 07N15T0102734 |
| Rebecca L. Armagnac | 07N15T0102740 |
| Gail Armant | Not Available |
| Carliss Bailey | 06N15T0014665 |
| Joan Barron and Sidney W. (Bill) Bailey | 06N15T0009041 |
| Denise M. Barnes | 07N15T0091067 |
| Denise M. Barnes | 07N15T0091068 |
| Denise M. Barnes | 07N15T0091069 |
| Patricia C. Barrere | 06N15T0014668 |
| Nadine C. and Lyle Barrois | 06N15T0001216? |
| Nadine Barrois | 07N15T0006652 |
| Gwendolin and Wendell J. Batiste | 06N15T0009128 |
| Damien D. Bautista | 07N15T0233788 |
| Eleanora Bazile | 06N15T0021143 |
| Jerome Bazile | 06N15T0017758 |
| Wandell Benn | 07N15T0153108 |
| Wandell Benn | 07N15T0250139 |
| Myrtle Bennett | 06N15T0017759 |
| Olivia Bessard | 07N15T0250188 |
| Robert A. Bodden | 06N15T0014671 |
| Dana Boisseau | 06N15T0016271 |
| Dana Boisseau | 07N15T0270610 |
| Sylvia Bridges | 07N15T0084702 |
| Robert J. Britsch | 07N15T0264152 |
| Charnelle P. Brown | 06N15T0021150? 51? |
| Myrna L. and Troy D. Brown | 06N15T0014608 |
| Ceola W. Burks | 07N15T0115191 |
| September Burks | 07N15T0115193 |
| Shawn N. Burks, Jr. | 07N15T0115192 |
| Janice and Clarence Cargo | 06N15T0001228 |
| Janice S. and Clarence Cargo, Jr. | Not Available |
| Elaine Casanova | 06N15T0014610 |
| Elaine and Joseph Glenn Casanova | 06N15T0014611 |
| Catherine Caufield | 07N15T0195590 |
| Lolita and Edward E. Cherrie, Jr. | 06N15T0009047 |
| Angela H. and Emmett Collins, III | 06N15T0004886 |
| Dion C. Couvillon | 07N15T0006723 |

| | |
|---|---|
| Darryl R. Criddle | 07N15T0086008 |
| Monya Thomas Criddle | 07N15T0086815 |
| Rockell and Emmette R. Dabon, III | 06N15T0015256 |
| Joycelyn B. Dabon | 06N15T0015257 |
| Joycelyn B. Dabon | Not Available |
| Aaron L. Daste | 06N15T0009048 |
| Brian Denley | 07N15T0196859 |
| Cynthia Denley | 07N15T0196860 |
| Cynthia Butler Denley | 06N15T0021496 |
| Dianne Marie Denley | 06N15T0021498 |
| Dianne Marie Denley | 07N15T0196861 |
| Shiela and Harrison Deruisa | 06N15T0016862 |
| Sheryl and Benjamin F. Diggins, Sr. | 06N15T0021526 |
| Rose D. and James D. Doles | 07N15T0196828 |
| Rebecca Dolliole | 07N15T0195713 |
| Amelia S. Donald | 07N15T0195571 |
| Earl K. Donald | 07N15T0195570 |
| Terrell C. Donald | 07N15T0195572 |
| Marilyn L. Dorsey | 07N15T0196800 |
| Edward J. Dozier, Jr. | 06N15T0009155? |
| Dolores Dugas | 07N15T0071892 |
| Dolores and Joseph Dugas | 06N15T0017447 |
| Joseph Dugas | 07N15T0071900 |
| Karen A. Duplantis | 07N15T0229293 |
| Mary L. Elzie | 06N15T0021509 |
| Joyce A. Ernest | 06N15T0021174 |
| Denise A. Federer | 07N15T0240242 |
| Edmund E. Federer, Jr. | 07N15T0149165 |
| Jennifer Federer | 07N15T0223755 |
| Joseph Federer, II | 07N15T0240241 |
| Joseph Vincent Felix | 06N15T0015266 |
| Mary M. and James M. Fenerty | 06N15T0017607 |
| Pamela and Marlin (sp?) Flot | 06N15T0009160 |
| Pamela and Marlon Flot | 06N15T0000882 |
| Dawn and Derek Frick | Not Available |
| Jo-El D. Fulgham | 07N15T0153106 |
| Jo-El D. Fulgham | 07N15T0250140 |
| Margret and Lional Gaspar | 06N15T0016278 |
| NiLisha N. Gatlin | 07N15T0172584 |
| Joe L. Gordon | 07N15T0196811 |
| Jenise A. Green | 06N15T0021524 |
| Thelma Green | 07N15T0006669 |
| D'Wanna Green-Hayes | Not Available |
| Katherine W. Grinstead | 07N15T0195603 |
| Judi P. Guth | 07N15T0250225 |
| Brenda Hackett | 07N15T0250162 |

| | |
|---|---|
| Carolyn R. Harvey | 07N15T0195658 |
| Sylvia Hawkins | Not Available |
| Craig Haynes | 07N15T0190889 |
| Floyd M. Haynes | 07N15T0190891 |
| Jane G. Haynes | 07N15T0190890 |
| Dana P. Heaton | 06N15T0014626 |
| Eustace Henry | 06N15T0020599 |
| Jennifer and Irving Henry | 07N15T0000165 |
| Lois M. Henson | 06N15T0016615 |
| Maher Hindi | 06N15T0017622 |
| Mary L. Hoge | 06N15T0017623 |
| Leslie M. Holmes | 06N15T17924 |
| Angela G. Honora | 07N15T0196821 |
| Pamela A. Howard | 06N15T0021260 |
| Brian Keith Hundt | 07N15T0114803 |
| Kevin Hundt | 07N15T0114804 |
| Susan R. Hundt | 07N15T0114805 |
| Tina O. and Paul A. Huner | 06N15T0009166 |
| Johnette Jackson | 06N15T0021262 |
| Oriana Jackson | 07N15T0180686 |
| Vanessa and Ernest James | 06N15T0017625 |
| Tanya Jefferson | 06N15T0013720 |
| Sepia Jerome | 06N15T0021265 |
| Catherine and Willie Jerome | 06N15T0021267 |
| Dianne J. and Anthony R. Johnson | 06N15T0009172 |
| Derel A. Johnson | 07N15T0036165 |
| Dianne J. Johnson | 07N15T0152912 |
| Robin B. and Robert Johnson, Sr. | 06N15T0016237 |
| Wayne Johnson | 07N15T0284492 |
| Barbara and Wilbert Johnson | 06N15T0020245 |
| Phyllis P. and Gerard E. Johnston | 06N15T0016649 |
| Kim R. and Christian P. Jones | 07N15T0190832 |
| Christian P. Jones | 07N15T0196812 |
| Michael Joseph | Not Available |
| Dione Joseph-Breckenridge | 06N15T0016873 |
| Sidney Joshua | 06N15T0016255 |
| Wayne Jourdain | 06N15T0016256 |
| Lorraine and Eric Jupiter | 06N15T0016864 |
| Cherie M. Keasley | 07N15T0099874 |
| Queen E. King | 07N15T0023083 |
| Rengattor King | 07N15T0023080 |
| Maria LaButhie | 06N15T17647 |
| Danielle Larkins | 07N15T0190868 |
| Jefferylee Larkins | 07N15T0190870 |
| Nadyne Lavigne | 07N15T0154921 |
| Nadyne Lavigne | 07N15T0259542 |

| Name | Number |
|---|---|
| Nadyne Lavigne | 07N15T0267821 |
| Raymond Lavigne | 07N15T0154922 |
| Raymond Lavigne | 07N15T0267822 |
| Robert Lavigne | 07N15T0154920 |
| Robert Lavigne | 07N15T0259541 |
| Robert Lavigne | 07N15T0267522 |
| Daniel Lawrence | 07N15T0191394 |
| Eleanor M. Lawrence | 07N15T0191392 |
| Joseph LeBlanc, Sr. | 07N15T0136699 |
| Felicia Leon | 06N15T0014630 |
| Alniera and Earl Leviege | 06N15T0014631 |
| Edward Lewis, Sr. | 07N15T0196775 |
| Josephine and Edward Lewis, Sr. | Not Available |
| Josephine S. Lewis | 07N15T0196774 |
| Edward and Josephine S. Lewis | Not Available |
| Robert Linton | 07N15T0196870 |
| Brian Llopis, Sr., Pastor | 07N15T0006684 |
| Felicia C. Lovince | 07N15T0075823 |
| Janine Lynch | Not Available |
| Chanel and Christopher Mack | 06N15T0016840 |
| Linda Magee | Not Available |
| Robin Martin | 06N15T0020601 |
| Shila and Tyrone Mathieu | 06N15T0009356 |
| Bobbie Burkhalter and Edward Matthews | 06N15T0014676 |
| Lillian Matthews | Not Available |
| Chris Mbadugha | 06N15T0002804 |
| Dorothy L. McCall | 06N15T0010251 |
| Gregory McGee | 06N15T0015325 |
| Lubertha K. and Edward McLeod | 07N15T00129 |
| Dorothy McWilliams | 06N15T0015326 |
| Dorothy and Melvin McWilliams | 06N15T0015326 |
| Yelena Mebane | 06N15T16207 |
| Edwina G. Menendez | 07N15T0032425 |
| Tanya M. Menendez | 07N15T0032424 |
| Mark Middleton, Gly-Tech Services, Inc | 07N15T0136754 |
| Linda C. Minor | 06N15T17938 |
| Pandora M. and Thaddius W. Minor | 06N15T0021454 |
| Abbie M. Molaizon-Fazande | 07N15T0199766 |
| Karen Moline | 07N15T0003067 |
| Felton E. Morris, Jr. | 06N15T17934 |
| Willie Muhammed | 07N15T0250221 |
| Dejanique I. Myers | 07N15T0195574 |
| Ingrid G. Donald Myers | 07N15T0195573 |
| Gertie J. Nicholas | 07N15T0195711 |
| Donna Nixon-Simpson | 07N15T0156440 |
| Donna Nixon-Simpson | 07N15T0156607 |

| | |
|---|---|
| Giselle Orticke | 06N15T0021549 |
| Robert Packnett | 06N15T0009370 |
| Netheola Pappas | 06N15T17942 |
| Riley E. Parker | 06N15T16210 |
| Kenu R. Patel | 07N15T0270643 |
| Curtis Payton | 07N15T0195641 |
| Gail Payton | 07N15T0195640 |
| Esther P. Pepp | Not Available |
| Antoine Plessy | Not Available |
| Willis Joseph Pratt, Sr. | 07N15T0247576 |
| Theodore A. Quant | 06N15T0014635 |
| Ernest I. Quinn, Jr. | 07N15T0195643 |
| Adrienne Quintal | 06N15T0016843 |
| Ronald Quintal | 06N15T0016844 |
| Wayne J. Ray, Sr. | 06N15T0017674 |
| Juana Y. Raya | 07N15T0264263 |
| Phyllis Ricard | 07N15T0192728 |
| Jacqueline M. Richard | 06N15T0015350 |
| Eleanor Richardson | 06N15T0021552 |
| Rochelle E. Richardson | 06N15T0014642 |
| Ronald Richardson | 07N15T0000192? |
| Ryan Riculfy | 06N15T0015351 |
| Sheila Riculfy | 06N15T0015352 |
| Darek J. Riette | 07N15T0003057 |
| Veronica and Bruce Rillieux | 07N15T0000134 |
| Ora L. Roberson | 07N15T0190929 |
| Claudia Robert | Not Available |
| Pamela W. Robinson | 07N15T0196814 |
| Elaine W. and Tyrone Robinson | 06N15T0014644 |
| Donna A. and Harold L. Rochon, Jr. | 06N15T0004264 |
| Caffey Ruth | 07N15T0282436 |
| Karen Rutherford | 07N15T0196869 |
| Joysri and Nikhil Sarkar | 07N15T0000135 |
| Onchel and Thomas L. Shields | 06N15T0015355 |
| Betty Shropshire | 06N15T0004271 |
| Marietta and Joseph Simmons | 07N15T0190945 |
| Joseph and Marietta Simmons | 07N15T0190946 |
| Margaret and Billy Simms | 06N15T0014649 |
| Darlene and Angelo Smith | 06N15T0009405 |
| Debra and Leonard Smith | 07N15T0000136 |
| Monique D. Smith | 07N15T0090576 |
| Audrey and Stanley Smith | 06N15T0015356 |
| Terry M. Smith | 07N15T0195580 |
| Alveta E. Spears | 07N15T0003029 |
| Mason H. Spencer | 07N15T0003030 |
| Bobby E. Spruille | 07N15T0003032 |

| | |
|---|---|
| Stephanie Stevens | 07N15T0196826 |
| Adrienne Stewart | 07N15T0196862 |
| Malcolm Stewart, Jr. | 07N15T0056260 |
| Ruth M. Strickland | Not Available |
| Dorothy Sturkey | 07N15T0000227 |
| DeEtta G. and Charles J. Sule | 06N15T0015378 |
| Michaella Sullivan | 07N15T0255149 |
| Liz and Richard Thomas | 06N15T0016847 |
| Arnold Ray Thompson | 07N15T0196863 |
| Claudia Thompson | 06N15T17952 |
| Terrie W. Thompson | 06N15T0017687 |
| Bonita W. Thornton | 07N15T0006710 |
| William T. Traylor | 06N15T0017691 |
| Avis A. and Richard Trice | 06N15T0019396-A |
| Richard Trice, III | 06N15T0020249 |
| Lisa and Frank Triplett | 06N15T0004987 |
| Jimmie L. Valdeny | 07N15T0006713 |
| Chantel Venable | 07N15T0155774 |
| Helen C. and Sidney W. Vignes, Jr. | 06N15T0016733 |
| Lawrence J. Vinnett | 06N15T0007003 |
| Shawn J. Vinniet | 06N15T0007004 |
| Virgie Walker | 07N15T0190869 |
| Jean J. Washington | Not Available |
| Brenda and Lionel Washington | 06N15T0009412 |
| Alicia and Jesse Watley | 06N15T0016871 |
| Carolyn A. Weber | Not Available |
| Gerard White | 07N15T0003046 |
| Rhea A. White | 06N15T0021565 |
| Robyn E. White | 07N15T0195604 |
| Susan and August Williams | 07N15T0195687 |
| Susan and August Williams | 07N15T0195689 |
| Irma and Clarence Williams | 06N15T0004324? |
| Lesia V. Williams | 07N15T0009880 |
| Lesia V. Williams | 07N15T0196834 |
| Nicole E. Williams | 07N15T0001015 |
| Pamela J. Williams | 06N15T0016214 |
| Danita M. Wilson | 07N15T0255135 |
| Danny J. Wilson, II | 07N15T0032423 |
| Gwendolyn Wilson | 06N15T0004334 |
| Leroy Wilson | 07N15T0255134 |
| Michael J. Wingate, Sr. | 06N15T0016232 |
| Veronica Winters | 07N15T0196910 |
| Veronica Winters | 07N15T0243861 |
| Bruce Woods | 06N15T0017697 |
| Demetrice and Donald Woods, Sr. | 06N15T0017698 |
| Fay J. Wooten | 07N15T0000234 |

| | |
|---|---|
| Julia and Johnnie Wrench | 06N15T0017700 |
| Tamerly J. and James L. Young | 06N15T0001929 |
| James L. Young | 06N15T0015395 |
| Merle T. Zimmerman | 06N15T17962 |
| | Not Available |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

The flooding was proximately caused by the failure of the flood wall on the East Bank of the Industrial Canal or Inner Harbor Navigational Canal, and from incomplete portions of the levee system at Lake Pontchartrain;

IV.

The cause of the failure of the banks was dredging conducted by vessels operated by the United States Corps of Engineers or at its instance, as part of the New Lock Project;

V.

On December 10, 2002 the United States acquired all right title and interest which the Port had "in the banks, shores, beds and waters opposite to and fronting on the land, including all littoral and or riparian rights incident thereto and whatever rights the Port may have had in any alleys, roads, streets, ways, strips, gores or railroad rights of way located in or abutting or adjoining said land";

VI.

The transfer to the United States were effected for purposes unrelated to flood control works for the purposes of improving the Inner Harbor Navigational Canal , New Lock Project, as authorized by the Act of Congress approved March 29, 1956 (P.L. 85-44, the Act of Congress

8

approved November 7, 1986 (P.L. 99-662) and the Act of Congress approved October 12, 1996 (P.L. 104-303);.

## VII.

The defendant United States had the care, custody and control of the banks, shores, beds and waters opposite to and fronting on the Industrial Canal, including all littoral and or riparian rights incident thereto, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

## VIII.

The defendant had the care, custody and control of the Locks it caused to be constructed in the Industrial Canal.

## IX.

The United States Army Corps of Engineers was commissioned by Congress to implement the Lake Pontchartrain and Vicinity Plan in 1966 as revised in 1966 and construct levee protection which would arrest increased level of rising water in Lake Pontchartrain; the damages of which your Plaintiffs complain resulted because the Corps failed to complete the construction by erecting levee protection adjacent to the Lakefront Airport.

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP   909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:    (504) 522-8423

W364572

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 28th day of August, 2007.

                                        /s/ William C. Gambel
                                        William C. Gambel

W364572