UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Ferdinand, No. 06-5132) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************* | | |

## INTERVENTION PER PROCEDURE ORDER
## ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

**NOW COMES** Plaintiffs, Keith C. Ferdinand, M.D, APMC, et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006 [Doc. 1], residing in, or doing business in Bywater and Mid City sections of the City of New Orleans, State of Louisiana, and amended by First Amendment filed April 11, 2007, [Doc. 3716], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7081], to-wit:.

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Carol A. Adams | 07N15T0263422 |
| Leondrieu Alexander | 06N15T0014661 |
| Rene Alexander | 06N15T0016856 |
| Leo B. Andrew | 07N15T0116311 |
| Cleo Angeletta | 07N15T0006650 |

| | |
|---|---|
| Tyesha Armstead | 06N15T19518 |
| Esperanza M. Arriola | 06N15T0014605 |
| Cynthia M Atkins | 07N15T0195694 |
| Xiomara Augustine | 06N15T0014664 |
| Wanda T. Ballier | 07N15T0190857 |
| Eric P. Barra | 07N15T0250169 |
| Jerellda Barra | 07N15T0244516 |
| Keith P. Barra | 07N15T0035179 |
| Verellda Barra | 07N15T0244520 |
| Sylvia C. Barrois | 06N15T0016581 |
| Ashley M. and Sidney M. Barthelemy | Not Available |
| Valerie T. Bartholomew | 07N15T0195667 |
| Tony Barton | 06N15T0020590 |
| Alberta C. Baudy | Not Available |
| Alberta C. Baudy | Not Available |
| Romona Baudy | Not Available |
| Romona Baudy | Not Available |
| Bridgette A. Bedney | 06N15T0021141? 4? |
| Irving Beraud, Sr. | 06N15T0016236 |
| Gerard K. Berry | 07N15T0227258 |
| Bryan Bienemy | 06N15T0019958 |
| Chareen D. Black | 06N15T0017760 |
| Dolores LaBran Black | Not Available |
| Nicole Blue | 07N15T0227742 |
| Clarence Boloney | Not Available |
| Ashton Bolton | 07N15T0237827 |
| Anita M. Bright Bowers | 07N15T0250228 |
| Ella Boyde | 07N15T0190847 |
| LaShone Boyde | Not Available |
| Antoinette Briggs and Antoinette Briggs | 06N15T0017389 |
| John Briggs, Jr. | 06N15T0017763 |
| Patricia B. and John W. Bromley, III | 06N15T0017766 |
| Brenda Styles Brooks | 06N15T14672 |
| Arthur Brown | 07N15T0189023 |
| Arthur Brown | 07N15T0250198 |
| Monique and Christopher G. Brown, Sr. | 06N15T0014673 |
| Creig Brown | 07N15T003020 |
| Gladys V. Brown | 07N15T0195663 |
| Gloria M. Brown | 06N15T0017767 |
| Loretta Brown | 07N15T0254542 |
| Manuel L. Brown | 07N15T0192918 |
| Margie T. Brown | 06N15T0017768 |
| Trudy Brown | 07N15T0190881 |
| Ernest Bunn | 06N15T0018181 |
| Elizabeth S. Burgess | 06N15T0017769 |
| Frank and Althea Burke | 07N15T0196928 |

| | |
|---|---|
| Tyshockki I. Burks | 07N15T0115195 |
| Marion Burrell | 07N15T0190824 |
| Shantell Burrell | 07N15T0190825 |
| Duane A. Bush | 07N15T0190905 |
| Lula Mae Butler | 07N15T0195703 |
| Enoise Bynum | 06N15T0014609 |
| Bernadette Cade | 07N15T0196895 |
| Vera and Herman D. Cade | 06N15T0014678 |
| Connie W. Caliste | 07N15T0144187 |
| Cynthia Hendricks Cancienne | 06N15T0021155 |
| Stephen Cangelosi | 07N15T0195723 |
| Catherine A. Carter | 07N15T0122195 |
| Elaine J. Catherine | 07N15T0155775 |
| Anna and Gilbert Ceasar | 07N15T0195579 |
| Gilbert Ceasar | 06N15T0021158 |
| Ivy Chester | 06N15T0020617 |
| Mary C. Chesterfield | 07N15T0199047 |
| Gabrielle M. Christmas, by Monique Thomas | 07N15T0066711 |
| Helen B. Christoff | Not Available |
| Phyllis Cincore | 06N15T0021160 |
| Taylor Cincore | Not Available |
| Penny Coleman, Jr. | 07N15T0250186 |
| Delores Collins | 07N15T0005359 |
| Alfred Conn, Jr. | 07N15T0083751 |
| Betty Jean Conner | 07N15T0207021 |
| Irene Cousin | 06N15T0017405 |
| Armtrice Cowart | 07N15T0237818 |
| Catrice Cowart | 07N15T0237826 |
| Shirley Cowart | 07N15T0237821 |
| Maurice Crump | 07N15T0280980 |
| Alfred J. Curtis | Not Available |
| Roosevelt Dailey, Sr. | 07N15T0251914 |
| Ronda W. D'Anna | 06N15T0017406 |
| Stephanie M. Davis | 07N15T0135117 |
| Wanda M. Davis | Not Available |
| Carl DeAbate | 07N15T0071883 |
| Willie Belle Deal | 07N15T0144185 |
| Aloma DeGruy | 07N15T0190808 |
| Joy and Cornelius Dennis | 06N15T15258 |
| Gail M. Dennis | 06N15T0017415 |
| Wilfred Dennis, Jr. | 06N15T0017417 |
| Wilfred Dennis, Jr. | 06N15T0017419 |
| Lorraine R. Desbordes | 07N15T0006662 |
| Kevin G. Devezin | 06N15T0014614 |
| Bradsell Dickens | 07N15T0150465 |
| Brielle Dickens | 07N15T0150462 |

| | |
|---|---|
| Gloria Dickens | 07N15T0150466 |
| Lazelle J. Dickens | 07N15T0150467 |
| Kenneth M. Dobard | 06N15T0017777 |
| Leo J. Dobard | 06N15T0017778 |
| Roy J. Dobard | 06N15T0017779 |
| Vernon J. Dobard | 06N15T0017780 |
| Dolores Dugas | 07N15T0071891 |
| Dolores Dugas | 07N15T0071898 |
| Dolores Dugas | 07N15T0071898 |
| Dolores and Joseph Dugas | 06N15T0017434 |
| Dolores and Joseph Dugas | 06N15T0017434 |
| Dolores and Joseph Dugas | 06N15T0017448 |
| Joseph Dugas | 07N15T0071899 |
| Joseph Dugas | 07N15T0071906 |
| Joseph Dugas | 07N15T0071906 |
| Carl DeAbate and Terrence Dugas | 06N15T0017587 |
| Terrence Dugas | 06N15T0017594 |
| Terrence Dugas | 07N15T0071887 |
| Terrence Dugas | 07N15T0071888 |
| Carl DeAbate and Terrence Dugas | 07N15T0071889 |
| Bridget R. Dukes | 06N15T0021169 |
| Brydia Dukes | 06N15T0021170 |
| Monroe Dukes | 06N15T0021171 |
| Mary and Paul J. Dumas | 07N15T0084492 |
| Bernice Dupas | 07N15T0250239 |
| Dardanella M. Duplessis | 06N15T0009157 |
| Stephanie Duplessis | 07N15T0000099 |
| Michael A. Ebbs | 07N15T0196802 |
| Michael A. Ebbs | 07N15T0196803 |
| Michael A. Ebbs | 07N15T0196804 |
| Gwendolyn Eddington | 07N15T0196787 |
| DeVon Favorite | 07N15T0154773 |
| Erika Favorite | 07N15T0154774 |
| Favret Enterprises, LLC | 07N15T0254737 |
| Favrot Roofing & Supply Co | 07N15T0246668 |
| Favrot Roofing & Supply Co | 07N15T0246668 |
| Corliss A. Felix | 06N15T0021514 |
| Keith Ferdinand, M.D. | 07N15T0196932 |
| Keith C. Ferdinand, M.D., APMC | Not Available |
| Priscilla R. Fernandez | 07N15T0184969 |
| Renaldo Fernandez | 07N15T0184971 |
| Jacquelyn J. Field | 06N15T0010493 |
| Wynne and Ronnie Fields | 07N15T0243896 |
| Ethel Fontenette | 06N15T0015268 |
| Nicole Fontenot | 06N15T0017609 |
| Jahia M. Forbes | 07N15T0190854 |

| | |
|---|---|
| Connie Ford | 06N15T0014617 |
| Anthony Fortenberry | 07N15T0135491 |
| Corliss S. Fruga | 07N15T0193914 |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Jackie Goldberg | Not Available |
| Mary G. Green | 07N15T0000100 |
| Michael R. Grunblatt | 07N15T0193898 |
| Michael R. Grunblatt | 07N15T0233778 |
| Trudie Guillory | 07N15T0227743 |
| Debra M. Guter | 07N15T0033360 |
| Kelica A. Guter | 07N15T0033361 |
| Adrienne Hansberry | Not Available |
| Kenneth Hansberry | Not Available |
| Debbie Harris | 07N15T0097680 |
| Debbie Harris | 07N15T0250193 |
| Clarence D. Hart | 07N15T0116314 |
| Delos Hart | 07N15T0116312 |
| Lillie M. Hart | 07N15T0116313 |
| Alfred Hayes | 06N15T19519 |
| Beverly Hendricks | 06N15T0021258 |
| Joseph Herkender | 07N15T0190888 |
| Peggy E. Herkender | 07N15T0118519 |
| Sheldon Hersh, M.D. | 07N15T0190841 |
| Shelson Hersh, M.D. | 07N15T0190842 |
| Dr. Leslie R. Hightower | 07N15T0042309 |
| Dr. Leslie R. Hightower | 07N15T0042310 |
| Gloria Hines | 07N15T0135210 |
| Barbara Holmes | 07N15T0190851 |
| Sandra A. and Lee A. Hudson | 06N15T0015279 |
| Terokesha Hudson | 07N15T0035422 |
| Terry A. Hudson | 07N15T0035350 |
| Walter Hudson, IV | 07N15T0102707 |
| Michael Hunter | 07N15T0226014 |
| Patricia B. Hutchison | 07N15T0162652 |
| Iberville Rentals, LLC | 07N15T0130153 |
| Jerome James | Not Available |
| Syvella James | 06N15T0015284 |
| Syvella James | 06N15T0015301 |
| Ethel R. Jefferson | 06N15T0009169 |

| | |
|---|---|
| Ingrid Jefferson | 06N15T0021536 |
| Lesa Hope Jefferson | 06N15T0009171 |
| Lesa Hope Jefferson | 07N15T0147072 |
| Paul Jefferson | 07N15T0211451 |
| Warren Jefferson | 07N15T0190880 |
| Janice S. Jenkins | 07N15T0190904 |
| Robert Jenkins | 07N15T0190897 |
| Robert Jenkins | 07N15T0190899 |
| Robert Jenkins | 07N15T0190900 |
| Calvin Johnson | 06N15T0021539 |
| Denise A. Johnson | 07N15T0190791 |
| Desmon Johnson | 07N15T0237820 |
| Gloria G. Johnson | 06N15T0019757 |
| John Johnson | 07N15T0196853 |
| Karla M. Johnson | 06N15T0021269 |
| Maria B. Johnson | 07N15T0190812 |
| Mary Pilart Johnson | 07N15T0227867 |
| Michael J. Johnson, Jr. | 07N15T0237195 |
| Patricia V. Johnson | 06N15T0020267 |
| Patrick C. Johnson, Jr. | 07N15T0190809 |
| Rachel S. Johnson | 06N15T0021271 |
| Yolanda Johnson | 07N15T0245330 |
| Zemora Johnson | 07N15T0195656 |
| Brittney Jones | 07N15T0172573 |
| Genevieve Jones | 07N15T0250201 |
| Jeremy Jones | 07N15T0035181 |
| Kutaka Jones | 07N15T0227744 |
| Margie L. Jones | 07N15T0250254 |
| Shirley D. Jones | 06N15T0016839 |
| Arthurine H. Kelly | 06N15T0016260 |
| Xena G. Kirklin | 07N15T0002164 |
| Kacey LaBeau | 07N15T0190873 |
| Muriel Lambert | 07N15T0149150 |
| Patricia Lampton | 07N15T0196919 |
| Lakeia Landry-Harrison | 07N15T0066713 |
| Daniel Lawrence | 07N15T0191393 |
| Daniel Lawrence | 07N15T0191395 |
| Edward C. Lewis, Jr. | 07N15T0270197 |
| Gloria Lewis | 07N15T0001012 |
| Robin Lewis | 06N15T0017648 |
| Priscilla and Brian Llopis, Sr. | 07N15T0006686 |
| Carolyn A. Love | 07N15T0009426 |
| Michael Mable | 07N15T0195650 |
| Louise L. Maldonado | 07N15T0195651 |
| Pauline Manuel | 07N15T0190912 |
| George Z. Martin, Sr. | 06N15T0015323 |

| | |
|---|---|
| Madevalroos Martin | 07N15T0130142 |
| Ruber Mason | 07N15T0246253 |
| Lakeisha McCloude | 06N15T0009357 |
| Jacquelyn McGee | 07N15T0250180 |
| Jacquelyn T. McGee | 07N15T0250180 |
| Bevelyn and Johnny McGill | 06N15T0016223 |
| Jennifer Brisco and Patrick McGill | Not Available |
| Willie McKee, Jr. | 06N15T17937 |
| Johnnie McLaurin | 07N15T0190858 |
| Sherrie McLaurin | 07N15T0190859 |
| Gloria R. Mejia | 06N15T0021135 |
| Rene Mejia | 06N15T0021136 |
| Henry Melton, Jr. | 07N15T0166328 |
| Henry Melton, Jr. | 07N15T0250194 |
| Joycelyn Merritt | 07N15T0201981 |
| Barbara Ann Miller | 07N15T0035207 |
| Travis Price and Belinda Miller | 07N15T0196884 |
| Andria Marie Milton | 07N15T0190908 |
| Perretta White and Arthur Mitchell, III | Not Available |
| Perretta White and Arthur Mitchell, III | Not Available |
| Linyg and Robert Mitchell, Sr. | 06N15T11738 |
| Roosevelt Molett | 07N15T0207020 |
| Gina Montana | 07N15T0190856 |
| Lynn Moody | 07N15T0196788 |
| Calvin Morris, Jr. | 07N15T0250256 |
| Ralph Morris, Sr. | 07N15T0122579 |
| Shirley Morris | 06N15T0020244 |
| Robert Mullins | 07N15T0196848 |
| Beatrice Murray | 07N15T0000191 |
| Corey R. Murray | 06N15T15328 |
| Lance Murray | 07N15T0195648 |
| Florence W. Nelson | 06N15T0014563 |
| Shirley A. Newman | 07N15T0196846 |
| Charles Norman | Not Available |
| Geraldine Norman | 06N15T17734 |
| David O'Cantey | Not Available |
| Robert and Natasha Odoms | 07N15T0190861 |
| Craig Ordogne | 06N15T0017667 |
| Rosie B. Parker | 06N15T0004239 |
| Gregory Pate | 07N15T0227316 |
| Larry Pate | 07N15T0227315 |
| Vinny E. Pate | 07N15T0003038 |
| Henry Perkins, Jr. | Not Available |
| Tanya Perossier | 07N15T0245319 |
| Karen Peters | 07N15T0170860 |
| Rodney C. Peters | 07N15T0170859 |

| | |
|---|---|
| Lionel G. Petrie, III | 07N15T0066137 |
| Mildred Petrie | 07N15T0066135 |
| Orlando Petrie | 07N15T0066133 |
| Charles H. Polk | Not Available |
| Alice M. and Charles H. Polk | Not Available |
| Delores Quarles | 07N15T0209998 |
| Sheryl A. Quetant | 06N15T0015348 |
| Magnolia Rayford | 07N15T0003053 |
| Magnolia Rayford | 07N15T0003054 |
| Loronda Reddix | 07N15T0250153 |
| Henry L. Reed | 07N15T0236130 |
| La-Toya Rhea | 07N15T03055 |
| Lolita Rhea | 07N15T03056 |
| Micheal Rhea | 06N15T17944 |
| Gaynell Richardson | 07N15T0006693 |
| Eunice Richardson | 06N15T21554 |
| John and Ann Riley | 07N15T0190828 |
| Leola B. Robert | 06N15T0017677 |
| Vanessa J. Ross | 06N15T0004973 |
| Edward R. Scott | 07N15T0006695 |
| Fannie L. Sheard | 07N15T0195593 |
| Florena Sheard | 07N15T0196773 |
| Patricia Shelby | 07N15T0250238 |
| Jacquelyn Shields | 07N15T0196843 |
| Matthew A. Silas | 07N15T0195722 |
| Essence Z. Simmons | 07N15T0150468 |
| Zelanda P. Simmons | 07N15T0150469 |
| Salim H. Sleem | 06N15T14651 |
| Lawrence Smith | 06N15T0004274 |
| William Smith | 07N15T0246225 |
| Vera Solomon | 07N15T0154772 |
| Solomon & Iberville Rentals, LLC | 07N15T0130151 |
| Solomon & Iberville Rentals, LLC | 07N15T0130152 |
| Clementine Soniat | 07N15T0250174 |
| Shantell and Eric Soniat | 07N15T0196909 |
| Geraldine St. Etienne | 07N15T0000224 |
| Dianna Stampley | 07N15T0195626 |
| Etta Stampley | 07N15T0195625 |
| Lee Stampley | 07N15T0195624 |
| Patricia Stansberry | 06N15T17951 |
| Stephanie S. Steger | 07N15T0196856 |
| Betty T. Steptoe | 07N15T0196842 |
| Carolyn and Henry P. Sterling | 06N15T0015375 |
| Antoinette Stevenson | 07N15T0195628 |
| George Stevenson | Not Available |
| Patricia Stevenson | 06N15T21464 |

8

| | |
|---|---|
| Patricia Stevenson | 07N15T0272435 |
| Deondra Stewart | 07N15T0144652 |
| Vincent Stripling | 06N15T0021561 |
| Tomika Suarez | 07N15T0264085 |
| Trenell Suarez | 07N15T0264083 |
| Thaddeus Sunmoni | 07N15T0196893 |
| Victor Sunmoni | 07N15T0196892 |
| Edward Taylor | 07N15T0190855 |
| George A. Thomas | 07N15T0195613 |
| Jerry Thornton, Jr. | 06N15T17690 |
| Rita Tillery | Not Available |
| Hurley Tombar | 07N15T0195632 |
| Darrel Van Buren | 07N15T0195630 |
| Shirley M. Veal | 07N15T0003040 |
| Claude A. Vine | 06N15T0015393 |
| Vineyard Missionary Baptist Church | 07N15T0075758 |
| Vineyard Missionary Baptist Church | 07N15T0263743 |
| Vineyard Missionary Baptist Church | 07N15T0263744 |
| Millie Ward | Not Available |
| Deborah Ward-Tero | 07N15T0250250 |
| Ericka Henderson Warren | 06N15T17739 |
| Carmen Washington | 07N15T0190920 |
| Glenda Washington | 07N15T0000230 |
| Antoinette M. Watkins | 06N15T0014656 |
| Enoise Watkins | 06N15T0014657 |
| Ernest Watson, Jr. | 06N15T0014659 |
| Cynthia A. and Rodney K. Watson | 06N15T19959 |
| Cynthia and Rodney K. Watson, Sr. | 07N15T0006714 |
| Joan E Webster | 07N15T0190837 |
| Quo Vadis Maria Webster | 07N15T0190838 |
| Virgina E. Webster | 07N15T0195721 |
| Maggie J. and Melvin Wells, Sr. | 07N15T0195596 |
| Maggie J. and Melvin Wells, Sr. | 07N15T0195597 |
| Melvin Wells & Son Roofing/Sheet Metal, Inc | 07N15T0195598 |
| Carol B. Wharton | 07N15T0006717 |
| Anthony White | 07N15T0195617 |
| Clifford E. White | Not Available |
| Angela Williams, Dec. Est. of George Milanze | Not Available |
| Evelyn L. Williams | 07N15T0000233 |
| Jeanette Williams | 06N15T0020250 |
| Joshua Williams, Sr. | 06N15T0016835 |
| Laurie A. Williams | 07N15T0006720 |
| Lionel S. Williams, Sr. | 07N15T0195637 |
| Myra Williams | 07N15T0195588 |
| Nathaniel Williams | 07N15T0250134 |
| Sylvester Williams, Rev. | 07N15T0250211 |

Elizabeth and Ronald J. Wortmann, Sr.          06N15T0017699
Bessie Young          07N15T0135511
Johnnie Young          07N15T0135510
Kimberlin M. Young          07N15T0021470
Merle T. Zimmerman          06N15T17960

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

Claimant and Intervenors claim damages due to the failure of the levee of the Industrial Canal West Bank, form the Gulf Intracoastal Waterway and the surge fore the Mississippi River Gulf Outlet and from the London Avenue Canal;

IV.

The United States erected the New Lock in the Industrial Canal, completed in June 2005, increased the size to 110 feet wide by 1,200 feet long by 36 feet in the place of the existing Lock erected in 1921 which was only 640 feet long, 75 feet wide and 31.5 feet deep, which meaningfully altered the hydrology of the Canal, and contributed to the failures or breaches of the floodwalls and causing overtopping of the floodwalls in Hurricane Katrina.

V.

The defendant United States had the care custody and control of the banks, shores, beds and waters opposite to and fronting on Industrial Canal, including all littoral and or riparian rights incident thereto, having acquired same incident to the New Lock project, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

VI.

The Sewerage & Water Board continued to pump rainwater into the London Avenue Outfall Canal, but due to the absence of fronting protection the Corps was engaged to but failed to erect, the waters flooded into the northern basin of the New Orleans East Polder also flooding the properties of Claimants and Intervenors.

VII.

The Corps of Engineers failed to complete the fronting protection for the London Avenue Canal and complete the works at Robert E. Lee which also resulted in flooding in Old Gentilly

**WHEREFORE**, Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

|  | Respectfully submitted, |
|---|---|
|  | /s/ William C. Gambel |
|  | WILLIAM C. GAMBEL, Bar # 5900 |
| MILLING BENSON WOODWARD, LLP | 909 Poydras Street, Suite 2300 |
|  | New Orleans, LA 70112 |
|  | Telephone: (504) 569-7000 |
|  | Telecopy:  (504) 569-7001 |
|  | wgambel@millinglaw.com |
|  | Attorneys for Plaintiffs |

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364576

CERTIFICATE OF SERVICE

      I certify that on this 28th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                      /s/ William C. Gambel

W364576