UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Porter, No. 06-5140) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************** | | |

**INTERVENTION PER PROCEDURE ORDER**
**ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937**

**NOW COMES** Plaintiffs, Rhealynda and Eric E. Porter, et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed August 28, 2006, [Doc. 1], residing in, or doing business in the Lower Ninth Ward and St. Bernard Parish, Louisiana, and the First Amended Complaint filed April 11, 2007, [Doc. 3721], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7080], to-wit:

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Jill Acosta | 07N15T0195708 |
| Stephen E. Acosta | 07N15T0195709 |

| | |
|---|---|
| Mildred Alcorn | 06N15T0021476? 96? |
| Tiffany Alston | 06N15T0021479 |
| John E. Andrews | Not Available |
| Perryonna Barbarin | 07N15T0131457 |
| Perryonna Barbarin | 07N15T0250231 |
| Sybil G. Barbarin | 07N15T0131454 |
| Sybil G. Barbarin | 07N15T0250233 |
| Brian and Paula Beck | 07N15T0043202 |
| Michael Blue | 07N15T0227745 |
| Valencia Blue | 07N15T0227746 |
| Sonia H. Bodden | 07N15T0066726 |
| LaJuan E. Booker | 07N15T0099335 |
| Sarah Bosarge, Estate of, by Victory Cochran | Not Available |
| Kim and Dennis J. Boudet, Sr. | 07N15T0190813 |
| Eugene Brooks, Sr. | 07N15T0001027 |
| Eugene Brooks, Sr. | 07N15T0006657 |
| Alonzo Brousseau, Jr. | 07N15T0131455 |
| Alonzo Brousseau, Jr. | 07N15T0250232 |
| Ericka J. Brown | 07N15T0167870 |
| Ericka J. Brown | 07N15T0198376 |
| Tarvis Brown, Sr. | 07N15T0229162 |
| Toyce Carroll | 07N15T0229164 |
| Gertrude Chattman | 07N15T0024882 |
| Kim Cheneau | 06N15T0016250 |
| Prenee' M. Chiles | 06N15T0016267 |
| Quarrance Claiborne | 07N15T0196887 |
| Victory Cochran | Not Available |
| Anthony L. Cooper | 06N15T0020240 |
| Charlene Cousin | 06N15T0017403 |
| Fred and Fred Darsam | 07N15T0250226 |
| Cassandra Dauphin | 06N15T0016875 |
| Mary Deer | 07N15T0195676 |
| Edmond S. DeJan | 07N15T0190822 |
| Paul DiMaio | 07N15T0195665 |
| Elvis Douglas | 07N15T0166348 |
| Quincy Edwards | 07N15T0227741 |
| Sylvia H. Edwards-Borens | 07N15T0006665 |
| Artrice Fernandez | 06N15T0017784 |
| Bonnie L. and Earl R. Frey | 07N15T0195679 |
| Malcolm P. Garland | 07N15T0131456 |
| Malcolm P. Garland | 07N15T0250234 |
| Jacqueline Gavins | 07N15T0190835 |
| Robert Gravolet | 07N15T0195720 |
| Tracie Gravolet | 07N15T0195719 |
| Michael R. Grunblatt | 07N15T0187766 |
| Michael R. Grunblatt | 07N15T0193901 |

| | |
|---|---|
| Wesley and Audrey Hall | 06N15T0017790 |
| Catherine Hall | 07N15T0190865 |
| Deborah Hall | 06N15T0017791 |
| Thelma Hall | 07N15T0190826 |
| Wesley Hall | 06N15T0017793 |
| Wesley Hall | 06N15T0021183 |
| Leonard Hankton | 06N15T0021184 |
| Elvie and Arnold Hanshaw | 07N15T0074220 |
| Lucille Harold | 07N15T0195702 |
| Johnnie Harris | 07N15T0000164 |
| Rodney Harris | 06N15T0017618 |
| Joan B. Heidel | 07N15T0123673 |
| John A. Heidel, III | 07N15T0123674 |
| Lavria K. Heidel | 07N15T0123675 |
| Linda and Chancy Hence | 06N15T0021257 |
| Ava B. Herbet | 07N15T0066724 |
| Todd Herbet | 07N15T0066722 |
| Denise and Joseph January | 07N15T0190844 |
| Clarence J. Johnson, Sr. | 06N15T0002142 |
| Earl Johnson | 07N15T0190834 |
| Leroy Johnson, Jr. | 06N15T0016011 |
| Willie Marie Johnson | 07N15T0190833 |
| Clarence A. Jordan | 07N15T0066165 |
| Clarence A. Jordan | 07N15T0066166 |
| Clarence A. Jordan | 07N15T0066167 |
| Monique M. Jordan | 07N15T0065785 |
| Monique M. Jordan | 07N15T0065786 |
| Monique M. Jordan | 07N15T0065787 |
| Neoshakeyara S. Jordan | 07N15T0066114 |
| Neoshakeyara S. Jordan | 07N15T0066115 |
| Neoshakeyara S. Jordan | 07N15T0066117 |
| Shevonda E. Jordan | 07N15T0066111 |
| Shevonda E. Jordan | 07N15T0066112 |
| Shevonda E. Jordan | 07N15T0066113 |
| Myrtle Jurette | 06N15T0016841 |
| Martha P. Kenney | 07N15T0195655 |
| Carlton LaFrance | 07N15T0166382 |
| Keith LeBeau | 07N15T0210572 |
| Kelvin LeBeau | 07N15T0210574 |
| Carole and Richard Ledet | Not Available |
| Gloria Leon | 06N15T0021286 |
| Gloria Leon | 06N15T0021287 |
| Michael J. Logan | 07N15T0190790 |
| Felicia C. Lovince | 07N15T0075825 |
| Juan G. Manuel | 07N15T0190911 |
| Sighsa Marshall | 06N15T17933 |

| | |
|---|---|
| Jane G. Masson | 07N15T0064304 |
| Mamie and James McDowell | 06N15T17936 |
| Lubertha K. Chancley McLeod | 07N15T0195654 |
| Loraine Meitzler | 06N15T0021137 |
| William C. and Cherie D. Meyers | 07N15T0195699 |
| Cherie D. and William C. Meyers, III | 07N15T0195698 |
| Mark Middleton, Gly-Tech Services, Inc | 07N15T0136755 |
| Doris M. and Arthur Mitchell, Jr. | Not Available |
| John B. Mitchell, IV | 07N15T0196885 |
| Patricia B. Mitchell | 07N15T0195567 |
| Leo Nelson | 07N15T0190796 |
| Leo H. Nelson, Sr. | 07N15T0195718 |
| Leo H. Nelson | 07N15T0196829 |
| Melvin L. Nuland | 07N15T0100965 |
| Norman Oliver | 07N15T0237794 |
| Norman Oliver | 07N15T0237796 |
| Rene A. Oliver | 07N15T0237791 |
| Rene A. Oliver | 07N15T0237792 |
| Rene A. Oliver | 07N15T0237793 |
| Jacqueline and John A. Perez | 06N15T0016857 |
| Sherman Peters | 07N15T0003045 |
| Alice M. and Charles H. Polk | Not Available |
| Naomi Prentiss | 07N15T0243474 |
| Willie L. Pugh, Jr. | 07N15T0250191 |
| Israel Jasson Punch | 07N15T0250115 |
| Michael Redmond | 07N15T0185050 |
| Karen A. Robinson | 07N15T0196871 |
| Mildred D. Robinson | 07N15T0195620 |
| Rebecca Robinson | 07N15T0196815 |
| Lance R. Rodney | 06N15T0016846 |
| Jeffrey D. Rusk | 07N15T0076300 |
| Jeffrey D. Rusk | 07N15T0201846 |
| Victor Schmit, Jr. | 07N15T0195675 |
| Darlene and Richard Scott | 06N15T0021557 |
| Gabriele R. Serpas | 06N15T0014214 |
| Linda H. Smith | 07N15T0000222 |
| Tara R. Smith | 06N15T0016838 |
| Lisa A. Soileau | Not Available |
| Philip N. Soileau | 07N15T0195677 |
| Rebecca J. Songy | 07N15T0250114 |
| Erica Steinkamp | 07N15T0190845 |
| Ollie Tate | 06N15T14568 |
| Barbara B. Taylor | 07N15T0126645 |
| Barbara B. Taylor | 07N15T0207629 |
| Jordan Taylor | 07N15T0126647 |
| Jordan Taylor | 07N15T0207628 |

| | |
|---|---|
| Justin Taylor | 07N15T0126644 |
| Justin Taylor | 07N15T0207627 |
| Kim Taylor | 06N15T0010496 |
| Brenda A. Thibodeaux | 06N15T0009410 |
| Bonita W. Thornton | 07N15T0006708 |
| Bertand Tillery | 07N15T0196907 |
| Angeline Vaccarella | 07N15T0223954 |
| Donald and JoAnn Verges | 07N15T0195634 |
| Dora Weathersby | 06N15T17954 |
| Georgia Weathersby | 06N15T17955 |
| Georgia Weathersby | 06N15T6466 |
| Jimmy Weathersby | 06N15T0008004 |
| Jimmy Weathersby | 06N15T17956 |
| Keonda Weathersby | 06N15T17957 |
| Rebecca Weathersby | 07N15T0250237 |
| Consuella Weber | 07N15T0250158 |
| Corey D. Williams, Sr. | 07N15T0006719 |
| Karen M. Williams | 07N15T0248505 |
| Elvira and Leroy Williams | 07N15T0209999 |
| Mary Ellen L. Wingate | 07N15T0066717 |
| Richard W. Wingate, Jr. | 07N15T0066715 |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

The flooding was proximately caused by the failure of the flood wall on the East Bank of the Industrial Canal or Inner Harbor Navigational Canal and the surge from MRGO;

IV.

The December 10, 2002 deed to the United States quitclaimed unto the United States, all right title and interest which the Port had "in the banks, shores, beds and waters opposite to and fronting on the land, including all littoral and or riparian rights incident thereto and whatever

rights the Port may have had in any alleys, roads, streets, ways, strips, gores or railroad rights of way located in or abutting or adjoining said land";

V.

The transfer to the United States were effected for purposes unrelated to flood control works for the purposes of improving the Inner Harbor Navigational Canal , New Lock Project, as authorized by the Act of Congress approved March 29, 1956 (P.L. 85-44, the Act of Congress approved November 7, 1986 (P.L. 99-662) and the Act of Congress approved October 12, 1996 (P.L. 104-303);.

VI.

The defendant United States had the care, custody and control of the banks, shores, beds and waters opposite to and fronting on the Industrial Canal, including all littoral and or riparian rights incident thereto, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

VII.

The defendant had the care, custody and control of the Locks it caused to be constructed in the Industrial Canal.

VIII.

The Inner Harbor Navigational Canal, New Lock Project, authorized by the Act of Congress approved March 29, 1956,  November 7, 1986 and October 12, 1996 completed in June 2005  (P.L. 104-303) of the Industrial Canal altered the flow of waters advancing from the Gulf of Mexico through the Mississippi River Gulf Outlet and the Intercoastal waterway in a manner not contemplated by the Lake Pontchatrain and Vicinity Plan contributing to the failure of the

banks and walls of the Industrial Canal and which resulted in damage to Plaintiffs' properties and causing their losses;

IX.

On information and belief Claimants and Intervenors allege that the dredging conducted by vessels operated by the United States, undermined the integrity of the levees for MRGO, allowing it to lay waste to the surrounding area, and creating the risk which became the surge which overtook Plaintiffs homes and properties;

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

                         Respectfully submitted,

                         /s/ William C. Gambel
                         WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP  909 Poydras Street, Suite 2300
                         New Orleans, LA 70112
                         Telephone: (504) 569-7000
                         Telecopy:  (504) 569-7001
                         wgambel@millinglaw.com

                         Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364575

CERTIFICATE OF SERVICE

    I certify that on this 28th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                                         /s/ William C. Gambel

W364575