MINUTE ENTRY
WILKINSON, M.J.
AUGUST 28, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K"(2)

PERTAINS TO:  INSURANCE, <u>Xavier</u>, 06-516          JUDGE DUVAL
MAG. WILKINSON


As instructed in my previous order, Record Doc. No. 7294, counsel contacted me by telephone on this date to advise me of the outcome of their discussions concerning the discovery motions currently pending before me in this matter.  Participating were: Darnell Bludworth, representing plaintiff, Xavier University; Simeon Reimonenq, representing defendant, Travelers Insurance.

Counsel advised that they have been notified by the Fifth Circuit that Xavier's petition for rehearing and motion to stay issuance of the mandate have been denied.  The parties have not reached agreement on the subject discovery issues.  Accordingly, I will issue my ruling on the pending motions shortly.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**MJSTAR:  0 : 10**