**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | NO.   05-4182 "K"(2) |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| _____ | § | |
| | § | |
| **PERTAINS TO:** | § | |
| | § | |
| **LEVEE & MRGO CASES** | § | |
| _____ | § | |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE**

**IDENTIFICATION DISC AND MOTION TO SEAL**

**NOW INTO COURT**, through undersigned counsel, comes the Levee and MRGO

PSLCs in the above referenced matter, who moves this court for an Order granting Leave to File

an identifying disc, and for Motion to Seal, for the purpose facilitating the filing of a lawsuit

protecting all citizens who have filed a Form SF-95 with the United States Government asserting

a claim pursuant to the Admiralty Extension Act.

On Friday, August 24, 2007, Judge Stanwood R. Duvall granted the Levee and MRGO

PSLCs' Motion to Appoint a Special Master Motion to Appoint Curator, ordering that the

Louisiana Attorney General Charles C. Foti, Jr. be appointed as Guardian Ad Litem for the

Unrepresented Plaintiffs in these proceedings who filed Form 95s on or before March 1,

2007.(Document No. 7293).

In furtherance of this order, the Levee and MRGO PSLCs move to file a disc identifying

the plaintiffs whose interests will be protected by Complaint to be filed by the Attorney General

as Guardian Ad Litem.

The Levee and MRGO PSLCs further move the Court to maintain the identification disc

under seal to protect the identities of the plaintiffs pending further action by the Attorney

General, the Plaintiffs' Steering Committee, and the United States.

The Levee and MRGO PSLCs intend to deliver the identification disc directly to the

Court to be maintained under seal.

WHEREFORE, Levee and MRGO PSLCs pray for an order granting the above

referenced motions, granting leave to file an identification disc for the Unrepresented Plaintiffs

in these proceedings who filed Form 95s on or before March 1, 2007, as referenced in Document

No. 7293; said identification disc being maintained under seal pending further action by the

Attorney General, the Plaintiffs' Steering Committee, and the United States.


**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

　　　/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 29th day of August, 2007.

/s/ Joseph M. Bruno

Joseph M. Bruno
