UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED CASES | * | |
| | * | NO.: 05-04182 |
| | * | |
| | * | SECTION "K " |
| | * | |
| PERTAINS TO: INSURANCE (07-03079) | * | MAGISTRATE 5 |

*****************************************

**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT
AND REQUEST FOR TRIAL BY JURY**

NOW INTO COURT, through undersigned counsel, comes complainant, Ryck Soto, who supplements and amends his original petition filed in Civil District Court for the Parish of Orleans, State of Louisiana, which was subsequently removed by Defendant herein to the United States District Court for the Eastern District of Louisiana, as follows:

1.

Complainant amends paragraph I of his original petition to read:

Made defendant herein is Allstate Indemnity Company (hereinafter sometimes referred to as "insurer") who upon information and belief is a foreign insurer licensed to do and doing business in the State of Louisiana at all material times herein.

2.

Complainant adopts and incorporates by reference all of the allegations and prayers for relief set forth and contained in paragraphs II through XIX and the prayer for relief contained in their original state court petition as if copied herein verbatim and *in extenso*.

**WHEREFORE, Complainant prays**:

That this Court grant plaintiff's motion for leave of court to file this amended petition to correctly name the defendant and subsequently have this amended complaint filed into the record of this case.

Respectfully submitted,
**CONNICK AND CONNICK, LLC**

 /s/ William P. Connick
**William P. Connick - 14158**
2551 Metairie Road
Metairie, LA 70005
Telephone:  504-838-8777
Facsimile:  504-838-9903

**PATRICK G. KEHOE, JR., APLC**
**Patrick G. Kehoe, Jr. – 14419**
833 Baronne Street
New Orleans, LA 70113
Telephone:  504-588-1110
Facsimile:  504-588-1954

**LAW OFFICE OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 08540**
**Andrea S. Lestelle - 08539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**ROBICHAUX LAW FIRM**
**J. Van Robichaux, Jr. – 11338**
P.O. Box 792500
New Orleans, LA  70179
6305 Elysian Fields, Suite 304
New Orleans, LA  70122
Telephone: (504) 286-2022
Facsimile:  (504) 282-6298
**ATTORNEY FOR THE PLAINTIFF**
**Ryck Soto**

**PLEASE SERVE:**

**ALLSTATE INDEMNITY COMPANY**
Through their Agent for Service for Process:
Louisiana Secretary of State
8549 United Plaza Boulevard
Baton Rouge, Louisiana 70809

**GREGORY J. SCHWAB**
Attorney at Law
423 Goode Street
Houma, Louisiana 7036

3