UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION** | |
| **CONSOLIDATED LITIGATION** § | NO.   05-4182 "K"(2) | |
| § | **JUDGE DUVAL** | |
| § | **MAG. WILKINSON** | |
| _____ § | | |
| **PERTAINS TO:** § | | |
| **LEVEE & MRGO CASES** § | | |
| _____ § | | |

## ORDER

Considering the foregoing Motions,

IT IS ORDERED that the Levee and MRGO PSLC's Motion for Leave to File an Identification Disc and Motion to Seal be and are hereby **GRANTED**.

IT IS ORDERED that the identification disc for the Unrepresented Plaintiffs in these proceedings who filed Form 95s on or before March 1, 2007 (as referenced in Document No. 7293) be deemed filed and maintained under seal pending further action by the Attorney General, the Plaintiffs' Steering Committee, and the United States.

This    29th    day of August , 2007, at NEW ORLEANS, Louisiana.

Stanwood R. Duval, Jr.
United States District Judge