UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| **LEVEE CASES PERTAINS TO:    06-4931** | * | SECTION: "K" (2) |
| **(Emma Brock, et al)** | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

**MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come petitioners in the above captioned matter, who respectfully pray for leave to file their First Supplemental and Amending Complaint against the defendants, and respectfully represent:

1.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the petitioners wish to supplement and amend the original complaint as outlined in the attached Second Supplemental and Amending Complaint.

2.

Petitioners show that leave of court is required for this pleading, but that leave shall be freely given when justice so requires.

3.

Petitioners further show that the claims asserted in the amending pleading arose out of the conduct, transaction and occurrence set forth in the original pleading.

**WHEREFORE**, the petitioners pray that this Court grant leave for the filing of their Second

Supplemental and Amending Complaint and that same be filed in accordance with law.

                                              Respectfully submitted,

                                              /s/Robert J. Caluda  
                                              Robert J. Caluda  
                                              La. Bar No. 3804  
                                              Attorney for Plaintiffs  
                                              The Caluda Law Firm  
                                          3232 Edenborn Avenue  
                                            Metairie, Louisiana 70002  
                                            Telephone: (504)586-0361  
                                            Facsimile: (504) 522-5161  
                                            **rcaluda@rcaluda.com**

## CERTIFICATE OF SERVICE

     I hereby certify that on 8/29/07, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing upon all counsel of record by ECF.

          /s/Robert J. Caluda  
              Robert J. Caluda