UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO:   06-4931 (Emma Brock, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

**CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 7.6E**

Undersigned counsel hereby certifies that counsel for the United States of America and all other defendants in 06-4931, have been contacted regarding the accompanying Motion for Leave to File Second Supplemental and Amending Complaint for Damages and opposition has been expressed.

Respectfully submitted,

s/Robert J. Caluda
Robert J. Caluda
La. Bar No. 3804
Attorney for Plaintiffs
The Caluda Law Firm
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161
rcaluda@rcaluda.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 8/29/07, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing upon all counsel of record by ECF.

/s/Robert J. Caluda
Robert J. Caluda