UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NUMBER: 05-4182** |
| **LEVEE CASES** | * | **SECTION: "K" (2)** |
| **PERTAINS TO:   06-4931** | | |
| **(Emma Brock, et al)** | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |

**NOTICE OF HEARING**

Considering the foregoing Motion and opposition expressed:

**IT IS ORDERED,** that defendants show cause on the 19th day of September, 2007 at 9:30 a.m. o'clock, why plaintiffs should not be granted the relief requested.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2007.

_____
JUDGE