UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NUMBER: 05-4182** |
| **LEVEE CASES** | * | **SECTION: "K" (2)** |
| **PERTAINS TO:  06-4931** | | |
| **(Emma Brock, et al)** | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |

## ORDER

Considering the foregoing motion by petitioners in the above captioned matter for leave to file their First Supplemental and Amending Complaint,

**IT IS HEREBY ORDERED** that plaintiffs are granted leave to file their Second Supplemental and Amending Complaint and that such Complaint be filed into the record.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT