UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182** | |
| **CONSOLIDATED LITIGATION** § | | |
| § | **SECTION "K"** | |
| *PERTAINS TO:   INSURANCE* § | | |
| § | **JUDGE DUVAL** | |
| **CLAIRE GALATAS**          NO.: 07-3084 § | | |
| **WILLIAM HERNANDEZ, et al** NO.: 07-3083 § | **MAGISTRATE NO. 2** | |
| **MALCOLM SCHULZ**          NO.: 07-3081 § | | |
| **JOSEPH NEMETH, et al**    NO.: 07-3078 § | **MAGISTRATE WILKINSON** | |
| **LEO WANG, et al**         NO.: 07-3088 § | | |
| **HOWARD GONZALES, et al**  NO.: 07-2746 § | | |
| **VERNON LEVAL**            NO. : 07-2749 § | | |
| **THOMAS M. MULKEY, et al** NO.: 07-2754 § | | |
| **KAREN POLK**              NO.: 07-2751 § | | |
| **LLOYD ROGERS, et al**     NO.: 07-2747 § | | |
| § | | |
| **VERSUS** § | | |
| § | | |
| **ALLSTATE INSURANCE COMPANY** § | | |
| _____ § | | |

## ALLSTATE INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Allstate Insurance Company is an Illinois insurance company.  Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware Corporation. The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

1

RESPECTFULLY SUBMITTED,

*/s/    Gregory J. Schwab*_____
**GREGORY J. SCHWAB #21075**
**CARL T. SCHWAB #21430**
423 Goode Street
Houma, Louisiana 70360
Tel.: 985-223-4457
e-mail: gjschwab@exceedtech.net
Attorneys for Allstate

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*/s/    Gregory J. Schwab*_____
**GREGORY J. SCHWAB #21075**
**CARL T. SCHWAB #21430**
423 Goode Street
Houma, Louisiana 70360
Tel.: 985-223-4457
e-mail: gjschwab@exceedtech.net
Attorneys for Allstate