UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** § | **CIVIL ACTION NO. 05-4182** | |
| **CONSOLIDATED LITIGATION** § | | |
| § | **SECTION "K"** | |
| § | | |
| **PERTAINS TO:  INSURANCE** § | **JUDGE DUVAL** | |
| § | | |
| § | **MAGISTRATE NO. 2** | |
| **JOHN BACQUES**           NO.: 07-3087 § | | |
| **CHANNING BRANCH, et al**  NO.: 07-3086 § | **MAGISTRATE WILKINSON** | |
| **GAIL CONERLY**           NO.: 07-3085 § | | |
| **ROBERT SLACK, et al**     NO.: 07-3080 § | | |
| **ERIC ALFONSO, et al**     NO.: 07-2756 § | | |
| **STACY BISHOP, et al**     NO.: 07-2748 § | | |
| **RHONDA DASTUGUE**        NO.: 07-2755 § | | |
| **DAVID PETERSON**         NO.: 07-2753 § | | |
| **KERRY SCHEUERMANN, et al** NO.: 07-2752 § | | |
| § | | |
| **VERSUS** § | | |
| § | | |
| **ALLSTATE INSURANCE COMPANY** § | | |
| § | | |

## ALLSTATE INDEMNITY COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Allstate Indemnity Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company.  Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware Corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

1

                                        RESPECTFULLY SUBMITTED,

                                        */s/    Gregory J. Schwab*  
                                        **GREGORY J. SCHWAB #21075**  
                                        **CARL T. SCHWAB #21430**  
                                        423 Goode Street  
                                        Houma, Louisiana 70360  
                                        Tel.: 985-223-4457  
                                        e-mail: gjschwab@exceedtech.net  
                                        Attorneys for Allstate

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

                                        */s/    Gregory J. Schwab*  
                                        **GREGORY J. SCHWAB #21075**  
                                        **CARL T. SCHWAB #21430**  
                                        423 Goode Street  
                                        Houma, Louisiana 70360  
                                        Tel.: 985-223-4457  
                                        Fax: 985-851-5051