UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE: C.R. PITTMAN CONSTRUCTION COMPANY, INC. (07-2771) | | |

**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

Petitioner, C.R. Pittman Construction Co, Inc. (hereinafter "CRPCCI"), submits this First Supplemental and Amended Complaint to add and/or amend its original Complaint [R. Doc. 1] pursuant to this Court's Order of August 9, 2007 [R. Doc. 6937] granting leave to assert a claim under the Federal Tort Claims Act and/or the Admiralty Extension Act, as follows:

1.

CRPCCI supplements its complaint by adding the following paragraphs "5a" and "5b:"

1

"5a.

CRPCCI has presented its administrative claim on the Standard Form (SF) 95 (Claim for Damage, Injury or Death) in writing to the United States of American, Department of the Army, Corps of Engineers, as provided by 46 U.S.C. § 740, on February 28, 2007, and a period of six months has expired since the presentment of its claim.

5b.

The filing of its administrative claim Standard Form (SF) 95 satisfied the Notice of Claim filed pursuant to the Federal Tort Claims Act and/or the Admiralty Extension Act, 46 U.S.C. §740."

2.

CRPCCI adds the following paragraphs "58a," "58b," and "58c:"

"58a.

In addition or in the alternative, The United States of America is liable to CRPCCI under the Admiralty Extension Act, 46 U.S.C. §740.

58b.

In addition or in the alternative, CRPCCI's damages were sustained as a direct and proximate result of the Corps' breach of duty to adequately design, construct, maintain, inspect and operate the MRGO.  But for the fault and/or negligence of the Corps, the severe flooding of parts of the New Orleans Metro Area would not have occurred.

58c.

In addition or in the alternative, the flood waters which caused CRPCCI's damages were not contained in or carried through a federal flood control project, nor were they waters that such projects could not control."

3.

CRPCCI amends paragraph "60" to read as follows:

"60.

The instant First Amended and Supplemental Complaint of CRPCCI against the Corps adopts the allegations of fact and causes of action only as to the allegations of fault against the Corps as set forth in the *Superseding Master Consolidated Class Action Complaint [R. Doc. 3420]* and in addition or in the alternative, the allegations of fault against the Corps as set forth in the *First Supplemental and Amending Levee Master Consolidated Class Action Complaint [R. Doc. 6941]* filed in the Katrina Litigation, U.S. District Court, Eastern District of Louisiana Docket No. 05-4182, but not such allegations as are inconsistent with the denials of liability by CRPCCI in that same matter."

4.

By adding the following paragraphs "62" "63," "64," and "65:"

"62.

On April 6, 2007, the Corps issued Final Decisions and demand for payment on the claims it had against CRPCCI. The Final Decisions of the Corps were appealed and challenged through this action.

63.

CRPCCI has timely requested deferment of collection pending appeal on the claims by the Corps as set forth in the Final Decisions. CRPCCI is entitled to an Order pursuant to 48 C.F.R. 32.613(a)(l), granting a deferment of collection of the claim at issue in this case as

CRPCCI's current surety bond is good and sufficient security for the claims as required by 48 C.F.R. 32.613(l).

64.

CRPCCI requests an Order pursuant to 48 C.F.R. 32.613(a)(l), granting a deferment of collection of the claim at issue in this case; deeming CRPCCI's request for deferment of collection timely; and finding CRPCCI's current surety bond to be good and sufficient security for the claims as required by 48 C.F.R. 32.613(l).

65.

CRPCCI is entitled to, and request, a trial by jury on all issues."

5.

Pittman amends its prayer for relief to read as follows:

"**WHEREFORE**, CRPCCI prays that judgment be entered in its favor and against the Corps:

1. Declaring that:

    a. The Corps breached both the Dwyer Contract and the Cousins Contract;

    b. The Corps is responsible for the damaged equipment;

    c. CRPCCI is not responsible for the damaged equipment;

    d. The Corps is liable to CRPCCI by the terms of the contract for the loss of and/or damage to the equipment; and

    e. CRPCCI is entitled to an equitable adjustment of the contract time and contract price with regard to both the Dwyer Contract and the Cousins Contract.

2. Granting CRPCCI pursuant to 48 C.F.R. 32.613(a)(l), a deferment of collection of the claim at issue in this case; deeming CRPCCI's request for deferment of collection timely;

and finding CRPCCI's current surety bond to be good and sufficient security for the claims as required by 48 C.F.R. 32.613(l);

3. Awarding to CRPCCI damages arising out of the breach by the Corps of both the Dwyer Contract and the Cousins Contract;

4. Awarding to CRPCCI damages and Set-Off, Recoupment, and/or Compensation pursuant to La. C.C. Art. 1893 arising out of the negligence of the Corps;

5. Awarding to CRPCCI damages for equitable adjustment in the contract time and contract price of each contract;

6. Awarding to CRPCCI reasonable attorney's fees, expenses and court costs; and

7. Awarding to CRPCCI all further general and equitable relief that this Court may deem proper.

8. CRPCCI prays for a trial by jury on all issues."

    Respectfully submitted:

*[signature]*

_____
GERALD A. MELCHIODE, T.A. (#22525)
Email: jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
Email: wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2854

*Attorneys for Petitioner, C.R. Pittman Construction Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.