**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
| 06-1885 * | | |
| 06-4024 * | | JUDGE DUVAL |
| 06-4389 * | | |
| 06-5771 * | | MAGISTRATE WILKINSON |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |

* * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR LEAVE TO FILE PROTECTIVE**
**SUPPLEMENT AND AMENDING COMPLAINT(S)**

**COME NOW** plaintiffs, appearing through undersigned counsel pursuant to the provisions of Rule 15, Federal Rules of Civil Procedure, including those additional parties sought to be specifically named plaintiffs herein, and move This Honorable Court for leave to supplement and amend their Complaint(s) of record herein on the second anniversary of Hurricane KATRINA in order to ensure (1) that each client represented by undersigned counsel for plaintiffs is a named plaintiff in all of counsel's "Victims of KATRINA" litigation pending in This Honorable Court, to (2) add an alternative jurisdictional allegation pursuant to The Admiralty Jurisdiction Extension Act (46 U.S.C. §740), and to (3) add "and Orleans Parish" to the prior allegations in Article X of Civil

-2-

Action No. 07-3612 that water emptied into Jefferson Parish from Lake Pontchartrain through critical structures known as "pump stations". This motion is filed upon the grounds that none of the proposed amendments substantively change or modify in any significant way what has been pleaded previously, but which amendments are made on the second anniversary of Hurricane KATRINA in order to preserve counsel's clients' legal rights which otherwise might be lost forever. This motion is also filed upon the grounds that Rule 15(a), Federal Rules of Civil Procedure, specifically provides that "leave [to amend pleadings] shall be freely given when justice so requires" (insert added), and it does.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

**By:**   **S/Ashton R. O'Dwyer, Jr.**
Ashton R. O'Dwyer, Jr.
Bar No. 10166
821 Baronne Street
New Orleans, LA 70113
Tel. 504-679-6166
Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 29th day of August 2007.

S/Ashton R. O'Dwyer, Jr.