**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In Re:  KATRINA CANAL BREACHES *    CIVIL ACTION NO. 05-4182
         CONSOLIDATED LITIGATION *
                              *    SECTION "K"
                              *
PERTAINS TO:            *    MAGISTRATE (2)
NO.    05-4181         *
        06-1885         *
        06-4024         *    JUDGE DUVAL
        06-4389         *
        06-5771         *    MAGISTRATE WILKINSON
        06-5786         *
        06-6099         *
        07-0206         *
        07-3500         *
        07-3612         *

* * * * * * * * * * * * * * * * * *

**PLAINTIFFS' PROTECTIVE**
**SUPPLEMENTAL AND**
**AMENDING COMPLAINT(S)**

      **COME NOW** plaintiffs, appearing through undersigned counsel, and in order to ensure that each of the clients of undersigned counsel for plaintiffs has been specifically named as a party plaintiff on the date of the two-year anniversary of Hurricane KATRINA, do hereby amend their Complaints, as supplemented and amended, in the above-styled and numbered causes as follows:

I.

      To specifically list each of the following named parties as parties plaintiff herein, both individually and in representative capacities:

-1-

**Maureen O'Dwyer**
**Harold Joseph Gagnet**
**Sally Egerton Richards**
**Shane E. Porter**
**Stephanie Porter**
 **Interior Specialties, L.L.C.**
**Shelia Jones Jordan**
**Charles Edward Jordon**
**Wayne M. Jones**
**Gloria Agnes Griffin, individually and as Administratrix of the**
 **Succession of her brother Stephen Williams, and on behalf of any**
  **and all heirs, survivors, relatives and beneficiaries of the deceased**
**Leticia Brown**
**Jo Anna McLean**
**Lee Davidson McLean III**
**Kathryn Frank**
**Richard Springer Favor**
  **And**
**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guice**
**Kenneth Hastings Guice**
**Anthony Phillip Henderson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
**Aaron Jacob O'Dwyer**
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**
**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young**
 **and**
**Veronica F. Young d/b/a Floor Crafters Wood Interiors**
**Joseph Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**

**Robert J. Jeanfreau, M.D.**
**Jerry Victor Jacob**
**Gloria Pohlman Hecker**
**Joseph W.P. Hecker, in proper person**
**Shirley D. O'Dwyer**
**Alexis Navarro O'Dwyer**
**Lisa Marie O'Dwyer**
**Nicholas S. Lindner**
**Ruth B. Ragas**
**Paul J. Ragas**
**Jason P. Ragas**
**Walter J. Morgan**
**Katie L. Ragas**
**Arthur Tracy Abel**
**Kathleen C. Abel**
**Kitty B. Hoffman**
**Craig Anthony Miller**
**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
  **Harold Alexander**
  **Vonola Avist**
  **Dana Bell**
  **Gloria Mae Bell**
**Hitchai Bryant**
  **Nicole Bryant**
  **John Collins**
  **Jonell Collins**
  **Catherine Collins**
  **Sherene Collins**
  **Simeko Collins**
  **Jerry Cormick**
  **Lauren Dabney**

**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Irvin Skinner**
**Brandon Smith**
**Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Denesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy, Sr., and his spouse**
**Dawn Bundy, on their own behalfs and on behalf of their minor children,**
**Blair Bundy, Jr.**
**Jane Bundy**
**Skekinah Bundy and**
**Emanuel Bundy**
**Jill Bundy**

John Collins
Sherlene Collins
Janice Collins, on her own behalf and on behalf of her son,
   John Henry Collins
Jamie Collins, on her own behalf and on behalf of her son,
   Jacobi Glover
Mitchell Armour
Vanessa Carter
Kerry Carter
Joshua Billon and his spouse,
 Monica Billon, on their own behalf and on behalf of their minor
 Children,
   Isaiah Billon and
   Monica Billon
Betty Christy
De-Fean Christy
La-Shawn D. Robinson
Patricia Granger, on her own behalf and on behalf of her daughter
   Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her children,
   Lemor James,
   Ariel James,
   Yolanda Jefferson, and
   Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her children,
   Yasemine and
   Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf and on behalf of her minor children,
 Karim Kemp
 Karen Kemp
 Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson

Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
  Dajohon Recasner,
  Kurshell Recasner and
  Charleston Recasner
  Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Roxchell Panika Santee', on her own behalf and on behalf of her minor son,
  Tyree Santee'
Samuel Bourne
Nicole Bryan
Alton J. Crowden, on his own behalf and on behalf of his minor children,
  Cameron Crowden and
  Kelli Crowden
Ashley Navarre
Shana Patterson
Keana Quinn
Niketsa Ramsey, on her own behalf and on behalf of her minor children,
  Desmonisha Ramsey,
  Kenyel Rochon and
  Desmond Ramsey
Darylynn Ramsey
Julie Ramsey, on her own behalf and on behalf of her minor children,
  Dalisha Ramsey and
  Charli Ramsey
Robert Rhone
Joshua Smith
Cynthia Tibbet, on her own behalf and on behalf of her children,
  Brittany Tibbet,
  Sidney Tibbet,
  Chelesa Tibbet, and
Janice Tollins, on her own behalf and on behalf of her minor son,
  John Tollins
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
Frank Duncan  Macpherson Strachan III (now deceased – to be substituted for by
his surviving family members)
Joshua Dillon and his spouse,

**Monica Dillon, on their own behalfs and on behalf of their minor children,**
  **Isaiah Dillon and**
  **Monica Pollard**
**Donald G. Deaton**
**Pamela A. Morgan**
**Frank Butler, Jr., on his own behalf And on behalf of his minor children,**
   **Frank Butler III,**
   **Charles Butler and**
   **Tachmonite Butler**
**Lorenzo Butler**
**Alonzo W. Butler and his spouse,**
**Laquinta Butler, on their own behalfs and on behalf of their minor children,**
   **Alonzo W. Butler, Jr.**
   **Jasmyn Butler, and**
   **Rashaad Butler**
**Rita Bailey**
**Tony Green**
**Lina Vaughn**
**William Byrd**
**Sylvia Byrd**
**Ruth Harris**
**Clifford Harris**
**Jonathan Washington**
**Vicky Michel**
**Simon Kleindorf**
**Bertha Kleindorf**
**David Kleindorf**
**Connie Kleindorf**
**Troylyn Washington, on her own behalf and on behalf of her minor child,**
  **Dasia Washington**
**Mercedes Ann Washington**
**Roy Junior Washington**
**Eva McGee**
**Levi Johnson**
**Patricia Johnson**
**Lequecia Bunn, on her own behalf and on behalf of her minor child,**
  **Jada Gibson**
**Imelda Johnson**
**Michael Johnson**
**Mulkina Coates, on her own behalf and on behalf of her minor children,**
  **Keshina Coates and**
  **Malik Coates**
**Benjamin Morgan**
**Chandra Maxon, on her own behalf and on behalf of her minor children,**
  **Byron Maxon,**
  **Darianne Maxon,**

  Janea Maxon,
   Willie Maxon,
   Devante Maxon, and
   Chandray Maxon
Marylyn Maxon, on her own behalf and on behalf of her minor children,
   Shancanacia Maxon,
   Ravanell Maxon, and
   Robert Maxon
Lois Torregano
Loisha Breaux, on her own behalf and on behalf of her minor children,
   Loishell Williams and
   Mikayla Breaux
Vanesa Davis
James Cook
Daniel Davis
Joan A. Miller
Linda Boyd, on her own behalf and on behalf of her minor children,
   Caress Boyd, and
   Charles Boyd
Elijah Washington
Keineisha Richard, on her own behalf and on behalf of her minor children,
   Marlon Richard,
   Marcel Richard, and
   Emyjah Washington
Anthony Barnes
Falisha Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor children,
   Jovana Benjamin
   Darione Benjamin
   Darryle Lee Johnson, Jr., and
   Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand
Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor children,
   Semaj Hollins, and
   Jamaya Hollins
Tamaya Coates
Maria Washington, on her own behalf and on behalf of her minor children,
   Janisha Washington,

**Andrew Washington,**
 **Charles Washington, and**
 **Mekhi Washington**
**Andrew Hill**
**Leslie Johnson, on her own behalf and on behalf of her minor child,**
 **Jamay Johnson**
**Lakeisha Fernandez, on her own behalf and on behalf of her minor child,**
 **Eddie McGee, Jr.**
**Lessie Johnson**
**Zelda McKendall**
**Ellsworth P. McKendall**
**Kimberly McKendall**
**Michael McKendall**
**Russell Gardner**
**Winnette Lang, on her own behalf and on behalf of her minor children,**
 **Kavon Lang, and**
 **Lashanice Jones**
**Lisa Byrd, on her own behalf and on behalf of her minor child,**
 **Sadzisya Byrd**
**Michael Anthony Snipes, Jr.**
**JoAnn Snipes**
**Michael A. Snipes, Sr.**
**Garry Bougeois**
**Cheryl Bernard**
**Johndra Patterson**
**Terrill Morris**
**Dianne Thompson**
**Michael Thompson**
**Ruby Ann Washington, on her own behalf and on behalf of her minor children,**
 **Shaune Bakewell, and**
 **LaShay Johnson**
**Victor Moore and his wife,**
**Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor children,**
 **Victor Lyn Morgan**
 **Pamelor Morgan**
 **Vicknesha Morgan, and**
 **Victoria Moore**
**Ruby Ann Washington, on her own behalf and on behalf of her minor children,**
 **Shaune Bakewell, and**
 **LaShay Johnson**
**Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.**
**Josephine J. Dupree-Dean**
**Herbert C. Jackson**
**Gail Brown, on her own behalf and on behalf of her minor children,**
 **Aaron Pulliam and**
 **Brandon Pulliam**

Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor children,
  Natiasha Lewis and
  Shaila Lewis
Christoopher Patterson, and his spouse,
  Linda Johnson, on their own behalfs and on behalf of their minor children,
  Christopher Edward Patterson, Jr. and
  Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor children,
  Sherman Singleton
  Shermont Singleton and
  Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
  Rodney James, Jr. and
  Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor children,
  Charles Arington
  Tyriel Arington and
  Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
  Chad Williams
Janice Barnes
Shena Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,
  William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece and nephew,
  Caliyah Porter and
  Aaron Batiste

Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor children,
  Eric Arrington and
  Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
  Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,
  Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika Taylor
Marsha Taylor
Erica Kemp
Latonya Caldwell, on her own behalf and on behalf of her minor children,
  Onyell Caldwell and
  Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor children,
  Rudarion Chattman
  Randel Chattman, and
  Joseph Chattman
Linzie Brown
Emargie C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc and his spouse,
  Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,
  Mika Jane LeBlanc
Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,
  Jamechia Smith, and
  Diamond Beam
Michael Gaines

William B. English, Jr.
Rosaria English
Hazel McGuire
Mary H. Johnson
Jerry Matthews
Dennis Jones, Jr.
Raquel Roth, on her own behalf and on behalf of her minor children,
  Dennis Jones III and
  Kellie Ann Jones
Linda Roth
Toya Roth, on her own behalf and on behalf of her minor children,
  Jerrell White and
  Terrell Roth
Courtney Little, on her own behalf and on behalf of her minor children,
  Tezanne Allen,
  Rashad Little, and
  Fabian Earls, Jr.
Reynell Santee, and his spouse,
  Tawana Rayford, on their own behalfs and on behalf of their minor children,
  Ranisha Rayford,
  Wynell Rayford, and
  Reynell Rayford
Darron Meyers
Troylyn Meyers, on her own behalf and on behalf of her minor children,
  Keiera Minor and
  Ashley Meyers, and on behalf of her grandchild,
  Daniah Williams
Roxchell Santee, on her own behalf and on behalf of her minor child,
  Tyree Santee
Phillip Lazard
Marguerite Lazard
Joel Frank
Juliet Johnson
Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor children,
  Darryl Johnson and
  Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington
Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child,
  Alex Taylor
Yolanda Washington, on her own behalf and on behalf of her minor children,

Alecia Washington,
  Alacia Washington and
  Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,
  Paris Johnson,
  Traychell White and
  Kani Santee
Reynell Santee and his spouse,
  Tawana Rayford, on their own behalf and on behalf of their minor children,
  Ranisha Rayford,
  Wynell Rayford and
  Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
  Timothy Santee,
  Marvin Santee,
  Ireal Santee,
  Tiffany Santee,
  Teianna Santee
  Teriane Santee and
  Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
  Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children,
  Jamechia Smith and
  Diamond Beam
Victor Moore and his spouse,
  Pamelyn Morgan, on their own behalf and on behalf of their minor children,
  Victor Lyn Morgan,
  Pamelor Morgan,
  Vicknesha Morgan and
  Victoria Moore
Louise Ragas
Fayann Ragas
Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis

**Jeanette Williams**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
  **Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,**
  **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosely**
**Hope Mosley**
**Shaqual Mosley**
**Shannel Mosely**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Wilson M. Simmons**
**Procula D. Simmons**
**Tammy Amos**
**Michael Green**
**Colleen Mooney**
**Shirley Simon, individually and as Administratrix of the Succession of Richard Simon, deceased, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, including the children,**
  **Richard Simon, Jr.**
  **Richanda Simon**
  **Ashley Simon**
  **Teddy Simon**
**Alden Whiting, Jr.**
**Bobby Davis**

**Movella Wicker**
**Ms. Tony Owens**
**Kela Johnson**
**Raquan Johnson**
**Curtis Johnson**
**Paulette Dupart and children**
**Dawn Barthe**
**Derrick Barthe**
**Ellen Penny**
**Antoinette Theriot**
**Janice L. Barnes, individually and no behalf of the minor child,**
  **Shena Barnes**
**Janice Barnes**
**Doris Starnes**
**Lois Torregano, individually and on behalf of her minor child,**
  **Loishell Williams**
**Loisha Breaux, individually and on behalf of her minor child,**
  **Mikayla Breaux**
**Bruce Michael West and**
**Tracy Collins, on their own behalf(s) and on behalf of the minor children,**
  **Jamar Kevin West and**
  **Angelique Hawkins**
**Richinda Simon**
**Dwayne Thomas and**
**Lisa Thomas, on their own behalf(s) and on behalf of the minor children,**
  **Aliyah Monet Thomas and**
  **Dawana Thomas**
**Samuel Johnson**
**Karen Johnson**
**Henry Johnson**
**Kim Johnson**
**Joann Johnson**
**Joann Green**
**Edwina Green**
**Billy H. Davis**
**Pat Winford**
**Shelia Ann Armond, on her own behalf and on behalf of her minor grandson,**
  **James Charles Patrick Armond**
**Shirley Jean Simon, individually, and as administratrix of the Succession of her deceased husband, Richard Alphonse Simon, Sr. and personal representative of the deceased, and on behalf of the minor children,**
  **Rhoneric Moses Simon,**
  **Rhynique Moniya Simon and**
  **Rhyashli Monya Simon**
**Rhonda Motasha Simon**
**Richard Alphonse Simon, Jr.**

Windell Williams
Sylvia Page
Rose Mary Boitmann
Arlie Dyson
James J. Woulfe
Daniel W. Arceneaux
Alfred "Wolf" Green
Darlana Green, on her own behalf and on behalf of the minor children,
  Armani Green and
  Anya Green
Myayana Reed
Matthew Wilson
David Jones, Sr.
Antoinette Jones, on their own behalf(s) and on behalf of their minor children,
  David Jones, Jr. and
  Dajanet Jones
Chantell Harvey, on her own behalf and on behalf of her minor children,
  Damien Harvey,
  Darall Harvey and
  Dontal Harvey
Dorothy Harvey
Claudia Harvey, on her own behalf and on behalf of her minor children,
  Marcee Joseph and
  Marcell Joseph
Markell Joseph
Myron Mack
Sheila Lewis, on her own behalf and on behalf of her minor children,
  Pernell Lewis and
  Ashanti Lewis
Tyrone Cuneo
Sheila Cuneo
Cherie Johnson
Edward William Davis
Karin Liegh Gober Davis
Jasmine Terry, on her own behalf and on behalf of her minor child,
  Jyshaun Deloney
Keith Martin, on his own behalf and on behalf of his minor child,
  Lakeitha Martin
Contrice Phipps
Karen A. Collins
Lynette Renee Cambridge
Ebony Ellis
Donette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders

Patricia Wells
Barbara Ann Anderson
Michelle Sandifer
Courtney Conway
Gilda Washington
Ebony G. Ellis
Tyrone Cuneo
Sheila Cuneo
Cherie Johnson
Christopher Thomas
Ladoia Smith
David Taylor
Alfred C. Green
Jaran Thomas
Charles Sykes
Alexander Williams
Drue Bryant
Tyrell LeBlanc
Jerry Burns
Clifton Thompson
Adam Stacker
Johnnie Causey
Jefferson E. Yarborough
James Gregory Vincent
Gwendolyn J. Green, on her own behalf and on behalf of her minor son,
   Michael J. Green
Brandy M. Johnson
Adam C. Morrison
Dorothy Harvey, on her own behalf and on behalf of her minor grandchild,
   Dwayne Banks
Arlie Dyson
Ether Bullock, on her own behalf and on behalf of her minor grandchildren,
   Tharnell Bullock and
   Calvin Bullock
Charles Terrell
Penny Jo Anderson
Larry M. Broyard, Sr.
Agatha Broyard
Ossiemea Marshall, on her own behalf and on behalf of her minor child,
   Larry M. Broyard, Jr.
Dorothy Saddler Harris
Charles Harris
Keith Martin
Kellen Phipps
Mattie Allen
Mamie White

**Bobbie Davis**
**Pamela Maye**
**Clayton Wicker**
**Laurence Wicker**
**Ron Wicker**
**Charlita Clark, as natural tutrix of her minor children,**
  **Tyrus Jamal Clark and**
  **Shedrick Clark III**
**Terry Rattler**
**Claudia Rattler**
**Renelle Rattler**
**Carolyn Jones**
**Gregory Baptiste, Sr. and his spouse,**
  **Lisa Baptiste, on their own behalf and on behalf of their minor child,**
  **Jonathan Baptiste**
**Gregory Baptiste, Jr. and**
**Devon Baptiste**
**Ashley Norris**
**Susan Lazard**
**Sandra B. Scott**
**Tirrell Scott**
**Calvin Scott**
**Ernest Milien, Sr.**
**Sharon Brown, on her own behalf and on behalf of her minor daughter,**
  **Rochelle Brown**
**Ruth Washington Harris**
**Ruby Washington**
**Lamont Marrero**
**Robert Butler**
**Antoine Deloney**
**Kellen Phipps**
**Keith Martin**
**Contrice Phipps**
**Troy C. Louis and**
**Erika Louis, on their own behalf and on behalf of their minor children,**
  **Gregory Williams,**
  **Erik Louis,**
  **Darrion Louis and**
  **Shekinah Louis**
**Dawnell Williams**
**David Bealer**
**Roseann Bealer**
**Stacy Bealer**
**Roland Rodrigue**
**Cheryl Rodrigue**
**John Elmer Smith**

**Wanda Jean Smith**
**Robin Marie Smith**
**Linda R. Breaux**
**Larry Robert Reinhardt**
**Rosa A. Reinhardt**
**Robert E. Stone**
**Linda Dufrene**
**Aldo Goffredo Hernandez, Sr., and his spouse,**
  **Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,**
  **Emmanuel Goffredo Hernandez**
**Aldo Gofredo Hernandez, Jr.**
**Lloyd Loup III**
**Alaina Loup**
**Kenneth Arcement**
**Marlene Arcement**
**Glenda Medina**
**Michele Elizabeth Omes**
**Jim Richard Pazos**
**Avery Scott**
**William B. English, Jr.**
**Rosaria English**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Christopher T. Kitsos**
**Joyce A. Kitsos**
**Theresa Anna West**
**Stacy English, on her own behalf and on behalf of her minor child,**
  **Kayla English**
**Wrenel Hill**
**Janice Hill**
**Shinedel Hill**
**Robert Butler**
**Theresa Anna West**
**Janet Ausbrook and**
**Anna Ausbrook, on their own behalf and on behalf of**
  **James Ausbrook, retarded**
**Joycelyn Causey, on her own behalf and on behalf of her minor daughter,**
  **Lashae Simon**
**Trenese Simon**
**Judith Chaupette**
**Tarita B. Smith, on her own behalf and on behalf of her minor sons,**
  **Byron Smith and**
  **Royce Smith**
**Paul Mosely**
**Ronald M. Farve, on his own behalf and on behalf of his minor daughter,**
  **Rhonda Farve**

Renee Farve, on her own behalf and on behalf of her minor children,
  Jalicia Slick,
  Darvell Burgess and
  Dwight Clark
Silas Battie
Shelita Simon, on her own behalf and on behalf of her minor children,
  Roger Simon,
  Rogerrikka Simon and
  Terrell Simon
  Terrell Byrd
Trey McCrory
Ether Bullock, on her own behalf and on behalf of her minor grandson,
  Tharnelle Bullock
Charles Terrell
Bernadette Riley
Keoka Foster, on her own behalf and on behalf of her minor child,
  Kiera Foster
George Morant
Jeanne Morant
Mrs. Rudolph T. O'Dwyer, Jr.
Rudolph Theodore O'Dwyer III
Joseph K. Rowan and his spouse
  Mary Angela Rowan, on their own behalf and on behalf of their minor child,
  Christopher David Rowan
Jonathan Patrick Rowan
Jay Emile Pfister O'Dwyer and his spouse,
  Marcie Heine O'Dwyer, on their own behalf and on behalf of their minor twins,
  Julia Elizabeth O'Dwyer and Jenna Elizabeth O'Dwyer
Frances Raymond Pfister
Ann Haydel Pfister
Frances Raymond Pfister III (now deceased – to be substituted for by his surviving family members)
Timothy Thadeous Pfister
Dr. Irma Pfister
C.P. Christensen, Inc. d/b/a "EmbroidMe"
Chris P. Christensen
Judy Scalan
Sylvia S. Worthington
Joann Ovino Tujague
Carolyn Dubourg
Shaw Dubourg
Whitney Dubourg
Lawrence Wicker
Pamela Maye
Pamela Williams
Robert Butler

Lonnie Taylor
Thomas Green
Louise Green, on her own behalf and on behalf of the minor child,
  Deviance Green
Gerald Green
Clayton Wicker
Ernest Wicker
Ron Wicker
Linda Wilson, on her own behalf and on behalf of the minor children,
  Brice Lee and
  Brittany Wilson
Brandon Wilson
Alvin Whiting, Jr.
Mamie White
Bobbie Davis
Clifford Baptiste
Marie Baptiste
Rudolph Dupart
Brenda Dupart
Carolyn Jones
Kela Johnson, on her own behalf and on behalf of her minor children,
  Rahquan Johnson and
  Curtis Johnson
Larry M. Broyard, Sr.
Milous Magee III
Trikita Rattler, on her own behalf and on behalf of her minor children,
  Ta-Quita Rattler
  Renelle Rattler
  Marvin Rattler and
  Tirrell Rattler
Claudia Rattler
Latanya Renkin, on her own behalf and on behalf of the minor child,
  Jycal Renkin
Calvin Renkin
Christina Cherry
Cynthia Richardson, on her own behalf and on behalf of her minor nieces,
  Ajia Richardson and
  India Jackson
Nekia Richardson, on her own behalf and on behalf of the minor children,
  Nekia White and
  Kani Richardson
Kela Johnson, on her own behalf and on behalf of the minor children,
  Curtis Johnson and
  Rahquan Johnson
Eureka Richardson, on her own behalf and on behalf of the minor child,
  Thomas Enclorde

**Edwina Green**
**Antwine Deloney**
**Cleveland Mills**
**Joy Wicker**
**Ms. Tony Owens**
**Gregory Baptiste, Sr. and his spouse,**
**Lisa Baptiste, on their own behalf sand on behalf of their minor children,**
**  Gregory Baptist, Jr. and**
**  Jonathan Baptiste**
**Devin Baptiste**
**Ellen Penny**
**Antoinette Theriot**
**Mark Owens**
**Patricia S. Cross**
**Nathaniel Carr**
**John Turner**
**John Branch**
**Hope Branch**
**J. Haron Lanoue**
**William Heine**
**Linda Heine**
**Jerry Burns**
**Nichelle Burns, on her own behalf and no behalf of her minor children,**
**  Taquisha James,**
**  Trevon James,**
**  Jerry Burns III and**
**  Jerrmya Burns**
**Howles Miles**
**Lynn Butler**
**Chriscynthia Williams**
**Olivia Honore or Honora (spelled phonetically)**
**Jefferson Eric Yarborough**
**Bruce West**
**Tracy Collins**
**Lynn Butler**
**Clifford Harris**
**Ruth Harris**
**Jonathan Washington**
**Carolyn Duborg**
**Shan Duborg**
**Whitney Duborg**
**Keith Martin, on his own behalf and on behalf of his minor child,**
**  Lakeitha Martin**
**Lottie Davis, individually and as Administratrix of the Succession of her mother,**
**Elma Davis, deceased, and on behalf of any and all heirs, survivors, relatives and**
**beneficiaries of the deceased**

**Tamriska Davis**
**Theresa Edwards**
**Darrell Edwards**
**Terry Adams**
**Gary McCloud**
**Donna Pollard**
**Gregory Lewis Henry**
**Judy Scalan**
**Derek Williams, on his own behalf and on behalf of his minor children,**
  **Derek Williams, Jr.**
  **Derynet Williams**
**Levi Stanley**
**Samuel Johnson**
**Karen Johnson**
**The Parfait Family**
**Wilson Simmons**
**Procula D. Simmons**
**Tammy Amos**
**Michael Green**
**Helen Frank (individually and as Administratrix of the Succession of Richard Frank, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased),**
**Michelle "Mink" Jones**
**Kenneth Williams**
**Derrick Williams**
**Ladanya Williams**
**Cadorra Williams**
**Valerie Williams, on her own behalf and on behalf of her minor children,**
  **Chrishawn Williams**
  **Jamon Williams, and**
  **Tameka Williams**
**Andrew Hill**
**Maria Washington, on her own behalf and on behalf of her minor children,**
  **Janisha Washington**
  **Andrew Washington**
  **Charles Washington**
  **Mekhi Washington**
**Tammy McFarland**
**Joshua McFarland**
**Kelly Augusta**
**Artis Ulmer, Sr.**
**Ruth Ulmer**
**Artis Ulmer, Jr., on his own behalf and on behalf of his son,**
  **Roche Easpdron**
**Patricia Harris**

**Bernon Barnes**
**Charles Ulmer, Sr.**
**Charles Ulmer, Jr.**
**Derick Ulmer**
**Dennis Ulmer**
**Kevin McFarland**
**Charles Hollaway**
**Joseph Smith**
**Clarisa McCoy**
**Wardell Luter**
**Janet Luter**
**Christopher Luter and his wife**
  **Tracy Luter, on their own behalf and on behalf of their minor children,**
  **Tranard Luter, and**
  **Crista Luter**
**Linda Molaison**
**Gail Brown, on her own behalf and on behalf of her minor children,**
  **Aaron Pulliam, and**
  **Brandon Pulliam**
**Shelia Martin**
**Keith Martin**
**Contrice Phipps**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire**
**Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
  **Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,**
  **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosely**
**Shaqual Mosley**

**Shannel Mosely**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Vanessa Carter**
**Chris McCormick**
**Michele Armour**
**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, in her own behalf and on behalf of her minor children,**
**Jasemine and**
**Jasemine and**
**Yasemine Greenwood**
**Daniel Weber, individually and in his capacity as Administrator of the Succession of**
**his spouse, Rosetta Marrero, and as personal representative of the deceased, and on**
**behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased,**
**known or unknown**
**Lamont Marrero**
**Edward Marrero**
**Renzoll Marrero**
**Peter Thibodeaux**
**Agnes Mae Recasner**
**Quiana Whitney**
**Carl Recasner**
**Bobby Recasner**
**Tyrone Moffett and his fiancé,**
**Ashley Robinson, on their own behalfs and on behalf of their minor child,**
**Ty' Janie Moffett**
**Bruce Hayes**
**Marinesha Green, on her own behalf and on behalf of her minor child,**
**Bruce Hayes III**
**Emma Martin**
**Ollie Rickney**
**Ryan Ward**
**Tinisha Sims, on her own behalf and on behalf of her minor children,**
**Kiyera Sims, and**
**Garnycia Reed**
**Broderick Mack**
**Antonio Green**
**Ebony Gordon**
**Melba Gibson**
**Emmanuel Joseph LeBlanc**
**Gertrude LeBlanc**

**Ardell Joseph LeBlanc**
**LeShaun Monique LeBlanc**
**Cyndria LeBlanc**
**Arianya LeBlanc**
**Paul Mosley**
**Betty Mosley**
**Troy Louis, and his spouse,**
**Erika Louis, on their own behalfs and on behalf of their minor children,**
**Gregory Williams,**
**Erik Louis,**
**Darrion Louis,**
**Shekinah Louis**
**Raymond Joseph**
**Claudia Rattler**
**Terry Rattler**
**Renelle Rattler**
**Joseph Russo-Tiesse, Sr.**
**Dorothy Russo-Tiesse**
**Joseph Russo-Tiesse, Jr.**
**Larry Finnan**
**Susan Finnan**
**Jamie Finnan**
**Ashley Finnan**
**Kasie Finnan**
**Dean Huettmann, and his spouse,**
  **Rebecca Huettmann, on their own behalf and on behalf of their minor child,**
  **Aaron Huettmann**
**Roy Schlosser, Sr.**
**Mary Ann Schlosser, on her own behalf and on behalf of her minor child,**
  **Roy Schlosser, Jr.**
**Travis Lagattuta, and his spouse,**
  **Jamie Lagattuta, on their own behalf and on behalf of their minor children,**
  **Jonathan Lagattuta and**
  **Mason Lagattuta**
**Henry "Hank" Schlosser, and his spouse,**
  **Teresa Schlosser, on their own behalf, and on behalf of their minor children,**
  **Ashley Schlosser,**
  **Christopher Schlosser and**
  **Michael Schlosser**
**Donald Kelly**
**Susan Kelly**
**Pastor James R. Shears,**
**on his own behalf, and as agent for and mandatary of his congregation, The Gethsemane Lutheran Congregation, Church Council and The Gethsemane Lutheran Church, 2825 Paris Road, Chalmette, LA**
**Aloma Shears**

**Joshua Shears**
**Jonathan Shears**
**Henry "Hank" Schlosser and his spouse**
**Teresa Schlosser on behalf of their minor children by changing the childrens' names**
**as follows:**
  **Ashley Schlosser to Ashley Bolion**
  **Christopher Schlosser to Christopher Panerello**
  **Michael Schlosser to Michael Panerello**
**Bruce Edwin Blew**
**Irving Frank Galle, Jr.**
**Kitty Galle**
**Jason Michael Galle**
**Sandra Callahan**
**James Williams, Jr. and his spouse,**
  **Brenda Williams**
**Calvin Preyan**
**Larry Lawrence**
**Kevin Davis**
**Joseph Jones**
**George Lewis**
**Silas L. Williams**
**Mary Bernice Williams**
**Crystal Williams**
**Savanna Williams**
**Lionel Hunter**
**Wallace M. Barnes**
**Willie Gibson**
**Jefferson Eric Yarborough**
**Daniel Cornelius Wilson**
**Wallace M. Barnes**
**Willie Gibson**
**Darrele Edwards**
**Keith Lewis**
**Byron Kelly**
**Shawn Sherman**
**Louis Bryant**
**Clarence Richard**
**Dustin Toni Sevin**
**Gregory McClay**
**Kevin King**
**Clarence Joseph**
**Willie Smith**
**Clarence Johnson**
**Derrick Boykins**
**Darrell Edwards**
**Terry Adams**

**Gregory Louis Henry**
**Kevin Green**
**Ladoia Smith**
**Charles Sykes**
**David Taylor**
**Christopher Taylor**
**Geghvar Hooks**
**John Caston**
**David Vincent Thompson and his spouse,**
  **Pricela A. Thompson, on their own behalfs, and on behalf of their minor children,**
  **John Thompson**
  **James Thompson and**
  **Daniel Thompson**
**Gary Michael Williams**
**Larry Howard**
**Tyrone Smith**
**Henry L. Beba and his spouse**
  **Rochelle Beba**
**Joy Blackstone, who was doing business as JMC Beauty Salon**
**Chadsidy Blackstone, on her own behalf and on behalf of her minor child,**
  **Jaylyn Blackstone**
**Darrel Salvage**
**JoAnn Green**
**George A. Schiaffino**
**Colette Schiaffino**
**Bobbie Smith**
**Lisa M. Smith**
**Jerome Smith**
**Todd Whitaker, Sr.**
**Todd Whitaker, Jr.**
**Rochelle Baxter, on her own behalf and on behalf of her minor children,**
  **Rolecia Baxter,**
  **Breionna Baxter,**
  **Calvin Baxter, and**
  **Colby Baxter**
**Alacia Baxter, on her own behalf and on behalf of her minor child,**
  **Laquinca Baxter**
**Kevin Toussaint, Sr. and his spouse,**
  **Tamacia Latanya Johnson, on their own behalf and on behalf of their minor children,**
  **James Moore Johnson**
  **Shantrell Marie Johnson**
  **Ashley Kimrolesha Johnson**
  **Aaron Kendell Johnson**
  **Keshawn Kylie Johnson**
  **Lloyd Ray Johnson**

**Kevineka Tamacia Toussaint**
**Tamica Latanya Toussaint**
**Kimberly Marie Johnson, on her own behalf and on behalf of her minor child,**
  **Alfred Johnson**
**Kim Johnson**
**Ricky Smallwood, Sr.**
**Gina Smallwood**
**Ricky Smallwood, Jr.**
**Steven A. Hester**
**Jeanette Foster**
**Paul Donald Hellmers**
**Marissa Salon Hellmers**
**John Blue**
**Kleo E. Blue III**
**Henry L. Beba, Jr.**
**Patricia Blue**
**Nancy Lytle, on her own behalf and on behalf of her minor child,**
  **Gabrielle Kehoe**
**Paul J. Rindolfo**
**Rose Boguille**
**Karen Kemp**
**Dawn Bundy, on her own behalf and on behalf of her minor children,**
  **Emanuel Bundy**
  **Shekinah Bundy**
  **Jane Bundy, and**
  **Blair Bundy, Jr.**
**Roxchell Panika Santee', on her own behalf and on behalf of her minor son,**
  **Tyree Santee'**
**David Bealer**
**Roseann Bealer**
**Stacy Bealer**
**Roland Rodrigue**
**Cheryl Rodrigue**
**John Elmer Smith**
**Wanda Jean Smith**
**Robin Marie Smith**
**Linda R. Breaux**
**Larry Robert Reinhardt**
**Rosa A. Reinhardt**
**Robert E. Stone**
**Linda Dufrene**

**Jocelyn Causey**
**Shelita Simon, on her own behalf and on behalf of her minor children,**
  **Roger Simon**
  **Rogerrikka Simon,**

**Terrell Simon,**
**Terrell Byrd and**
**Tyrell Byrd**
**Coleen Mooney**
**Tarita B. Smith, on her own behalf and on behalf of her minor children,**
**Byron Smith and**
**Royce Smith**
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor grandson,**
**Tharnell Bullock**
**Charles Terrell**
**Evelyn McDowell, on her own behalf and on behalf of her deceased mother,**
**Sylvia Haley, and as personal representative of the deceased, and on behalf of her**
**minor son,**
**Gino McDowell, her minor grandson,**
**Bishop Thomas, minor nephew,**
**Lewis Johnson, and minor niece,**
**Jaleesa Robinson**
**JoAnn Green**
**Patricia Blue**
**Steven A. Hester**
**Jeanette Foster**
**Donald Hellmers**
**John Blue**
**Nancy Lytle**
**Jo-Ann Wingate**
**Brandon Wingate**
**Clyde P. Wingate, Jr.**
**Jermaine Rome**
**TroyLynn Smith**
**Mr. and Mrs. Samuel Johnson**
**Karen A. Collins**
**Lynette Renee Cambridge**
**Ebony Ellis**
**Donette Atkinson**
**Lisa Mzones or Myones**
**Shawnee Duncan**
**Barbara Sanders**
**Patricia Wells**
**Belinda Wilson**
**Barbara Ann Anderson**
**Michelle Sandifer**
**Courtney Conway**
**Gilda Washington**
**Ebony G. Ellis**
**Tyrone Cuneo**

**Sheila Cuneo**
**Cherie Johnson**
**Calvin Preyan**
**Larry Lawrence**
**Kevin Davis**
**Joseph Jones**
**Rudell Griffin**
**Thadeus Baxter**
**Willie Gibson**
**Dorothy Johnson**
**Tony Lemon**
**Jason Lemon**
**John D. Lynch**
**Ronald George**
**Michael Whitfield**
**Larry E. Warner**
**Wallace M. Barnes**
**George Lewis**
**Elvira Morgan**
**Kilven Green**
**Mark Owens**
**Willie James**
**Derrick Jarrow**
**Sean Maurice Wesley**
**Valerie Green on her own behalf and on behalf of her minor child,**
  **Langston Green**
**Valerie Green, on her own behalf and on behalf of her minor child,**
  **Langston Green**
**Shawnique Green**
**David Sparks**
**Walter Brooks**
**Larry E. Warner**
**Carolyn Williams**
**Stephen Watson**
**Dionne Sparks Warner, on her own behalf and as Administratrix of the Succession of her deceased father, Henry Donald Sparks, Sr., and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, including, but not limited to,**
  **Henry Donald Sparks, Jr.**
  **Jeffery Sparks,**
  **Donald Sparks,**
  **Tilly Sparks,**
  **Sterling Sparks**
  **John Sparks**
**Gwendolyn Sparks, on her own behalf and as Administratrix of the Succession of her deceased brother, Edward Charles Sparks, and as personal representative of her deceased sister-in-law, Susie Joseph Sparks, wife of Edward Charles Sparks,,**

**and as personal representative of the estate of her minor nephew, Edward Charles Sparks, Jr., and as Administratrix of the Succession of her Aunt, Marjorie**
**Katherine Edwards**
**Allan Colley**
**Kevin D. Colley**
**Christopher B. Colley**
**Dupuy Storage & Forwarding, L.L.C.**
**Colley Real Estate, L.L.C.**
**Colley Real Estate Partnership**
**RTI Logistics, L.L.C.**
**Eugene Davis**
**Troy Davis**
**Tom West**
**Coleen L. Mooney**
**Charles M. Farve**
**Edwin Bates**
**Dermaine Jeffrey Wallace**
**Joe Dorsey**
**Edwin B. Bates**
**Michael Ricks**
**Frederick Lewis**
**Derrek B. Givens**
**Leonard Roundtree**
**Sean Morice Wesley**
**John Tate**
**Angelo Collins**
**Darrel Salvage**
**Michael Bourgeois**
**Wesley Keith Nelson**
**Leticia Nelson**
**John Caston**
**Ronald Delaney**
**Lawrence Biddle**
**Brian Cockerham**
**Edmond Gabriel**
**Clifford Harris**
**Larry Warner**
**Thaddeus Jenkins**
**John Gustave**
**Michael Washington**
**Reginald Lindsey**
**Dermaine Wallace**
**Malcolm Johnson**
**Kenyon Fields**
**Catherine Fields Washington**
**Jonathan Washington**

**Freddie Maxwell**
**Darrelle Fields**
**De-Abra Fields, on her own behalf and on behalf of her minor children,**
  **Darielle Fields and**
  **Daries Fields**
**Clinton Givens**
**Joseph Smooth**
**Catherine Fields Washington**
**Clinton Givens**
**Lloyd L. Johnson**
**Tiffany T.S. Johnson**
**Christine Smith**
**Andrea Woods**
**Emile McCrory**
**Jeffrey Brown**
**Christopher Dukes**
**Kenneth Broussard**
**Cornell Morris**
**Felicia Morris on her own behalf and on behalf of her minor children,**
  **Malik Barbrie and**
  **Makai Barbrie**
**Milton Davis**
**Wayne Anderson**
**Kevin R. Walker**
**Kevin Martin**
**Paul Walker**
**Paul Lawrence Walker**
**Tyrone Johnson**
**Malcolm Henry**
**Reynard Johnson**
**Gregory Henry**
**David Salomon**
**Lucille Moten**
**Sheinita Moten, on her own behalf and on behalf of her minor child,**
  **Jy-Harin Moten**
**Damian Lee**
**Derrick Jarrow**
**Sean Wesley**
**Frankie Bernard**
**Donnie Floyd**
**Terrell Smothers**
**Glenn R. Frank**
**Sheldon Morgan**
**Emanuel Randall**
**Darrell White**
**James Mayo**

**Alfred Westley**
**Glenn Frank**
**Kevin Love**
**Hyran Brooks, Jr.**
**Jamal Brooks**
**Roy A. Johnson, Jr.**
**Samuel Coleman**
**Richard Smith**
**Junius Jones**
**Nolan Alexis, Jr.**
**Garland J. Faciane**
**David M. Wells**
**Jessie Bowie**
**Quinn Ellis Tabb**
**Tom Thomas**
**Nolan Alexis, Jr.**
**Shelita M. Culler**
**Walter Johnson**
**Angelo Collins**
**Inell Brown**
**Tony Thomas, minor son of Tony Green**
**Henry Styles**
**Dan Lee**
**Willie E. James**
**Gerard A. Lawless**
**Louis Wright**
**Vincent Joseph Harris**
**Nolan Anthony Blazio**
**Darrill Henry**
**Terrance Noel**
**Curt L. Northrop**
**Christopher Stemley**
**Paul Washington, Jr.**
**Madeline Johnson**
**Tyrone Collins**
**Verla Bremer**
**David Horton**
**Vincent Harris**
**Antonio Monroe**
**Louis J. Wright**
**Darrell V. Edwards**
**Thomas Cojoe**
**Eric Naquin**
**Rand Alexander**
**Darrell V. Edwards**
**Kevin Jones**

**Deatrol Birtha**
**Catherine Straughter**
**Mervin Moore**
**Charles Steadman**
**Charles Steadman and his spouse,**
  **Denise Steadman and their son**
  **Larry Horsley**
**Lester C. Jackson**
**Tony Green and his spouse,**
  **Tara Thomas, on their own behalf and on behalf of their minor child,**
  **Tony Thomas**
**Darcey Miller**
**Ronald G. Register**
**Kevin Morgan**
**Kevin Jones**
**Kevin Earin**
**David Salomon**
**Benny Inches**
**Derrick Diggs**
**Cynthia R. Crawford**
**Tyrone Johnson**
**Sean Wesley**
**Donnie Floyd**
**Terrance Noel**
**Sean Maurice Wesley**
**Melody Jacob**
**Jerry Jacob**
**Wanda Smith**
**Carlton Bennett**
**Kevin Brooks**
**Shalita Howard**
**Hyran Brooks, Jr.**
**Jamal Brooks**
**Christopher Dukes**
**Elveria Morgan**
**Calvin Preyan**
**Lamika Magee**
**Kilven Green**
**Ronald Anderson**
**Tyrone Wilson**
**Malcolm Henry**
**Michelle Quinn**
**Edmond Gabriel**
**Dawn Caston**
**Janice Alexander**
**Melody Jacob**

Jerry Jacob
Judith Tolliver
Brian Allen Joseph
Chad Phillips
Terry Phillips, on her own behalf and on behalf of her minor grandchild, Ameri
Sippio
Melvin Phillips
Angela Morgan
Gerald A. Kennedy
Kevin Wilkes, a/k/a
Kevin Weathersby, a/k/a Kevin Wilkes
Kerry Wheeler
Anthony David Simon, Sr.
Matthew Wilson
Martin J. Rauch
Joyce M. Rauch
Keith Rauch
Douglas Rauch
Greg Bistes
Alan Cacamo
Diane Mary Cacamo
Julie Cacamo Burlet
Michele Elizabeth Cacamo
April Lynn Cacamo
Robert W. Knecht and his spouse
Jeannine Knecht, on their own behalfs and on behalf of their minor children,
  Caroline Knecht,
  Alexander Knecht,
  August Knecht,
  Andrew Knecht,
  Nickolas Knecht, and
  Ambrose Knecht
Stan Tran and his spouse
Lan Ngo, on their own behalf and on behalf of their minor child,
  Peyton Tran
Larry Frilot
Rose Frilot
Spencer Smith
Karen A. Collins
Lynette Renee Cambridge
Ebony Ellis
Donette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
Patricia Wells

**Belinda Wilson**
**Barbara Ann Anderson**
**Michelle Sandifer**
**Courtney Conway**
**Gilda Washington**
**Ebony G. Ellis**
**Tyrone Cuneo**
**Sheila Cuneo**
**Cherie Johnson**
**Calvin Preyan**
**Larry Lawrence**
**Kevin Davis**
**Joseph Jones**
**George Lewis**
**Rudell Griffin**
**Thadeus Baxter**
**Willie Gibson**
**Tony Lemon**
**Jason Lemon**
**John D. Lynch**
**Ronald George**
**Michael Whitfield**
**Larry E. Warner**
**Joe Dorsey**
**Willie Gibson**
**Geghvar Hooks**
**Edwin B. Bates**
**Jefferson Eric Yarborough**
**Michael Ricks**
**Frederick Lewis**
**Derrek B. Givens**
**Sean Morice Wesley**
**Kilven Green**
**Larry Howard**
**Gary Michael Williams**
**Dermaine Jeffery Wallace**
**Tyrone Smith**
**John Tate**
**Angelo Collins**
**Darrel Salvage**
**Mr. Brooks**
**Larry E. Warner**
**Carolyn Williams**
**Stephen Watson**
**Michael Bourgeois**
**Dermaine Jeffrey Wallace**

**Wesley Keith Nelson**
**Letetia Nelson**
**Leroy Walker, Jr.**
**Ashley Escuve**
**Frank Teapo**
**John Caston**
**Ronald Delaney**
**Lawrence Biddle**
**Brian Cockerham**
**Edmond Gabriel**
**Clifford Harris**
**Michael Washington**
**Thaddeus Jenkins**
**John Gustave**
**Larry E. Warner**
**Reginald Lindsey**
**Dermaine Wallace**
**Malcolm Johnson**
**Elviria Morgan**
**Gwendolyn J. Green**
**Leonard G. Roundtree**
**Kenyon Fields**
**Joseph Smooth**
**Emile McCrory**
**Clinton Givens**
**Lloyd L. Johnson**
**Tiffany T.S. Johnson**
**Christine Smith**
**Andrea Woods**
**Jeffrey Brown**
**Christopher Dukes**
**Kenneth Broussard**
**Cornell Morris**
**Felicia Morris on her own behalf and on behalf of her minor children,**
  **Malik Barbrie and**
  **Makai Barbrie**
**Wayne Anderson**
**Milton Davis**
**Kevin R. Walker**
**Kevin Martin**
**John Tate**
**Paul Walter or Walker**
**Paul Lawrence Walker**
**Tyrone Johnson**
**Malcolm Henry**
**Reynard Joseph Johnson**

**Gregory Henry**
**Damian Lee**
**Derrick Jarrow**
**Sean Wesley**
**Frankie Bernard**
**Donnie Floyd**
**Terrell Smothers**
**Sheldon Morgan**
**Glenn R. Frank**
**Emanuel Randall**
**Darrell White, Sr.**
**James Mayo**
**Alfred Westley**
**Kevin Love**
**Glenn Frank**
**Hyran Brooks, Jr.**
**Jamal Brooks**
**Roy A. Johnson, Jr.**
**Samuel Coleman**
**Richard Smith**
**Junius Jones**
**Jessie Bowie**
**Garland Faciane**
**David M. Wells**
**Nolan Alexis, Jr.**
**Tom Thomas**
**Shelita M. Culler**
**Quinn Ellis Tabb**
**Nolan Alexis, Jr.**
**Walter Johnson**
**Angelo Collins**
**Inell Brown**
**Henry Styles**
**Dan Lee**
**Willie E. James**
**Gerard A. Lawless**
**Louis Wright**
**Vincent Joseph Harris**
**Nolan Anthony Blazio**
**Darrill Henry**
**Terrance Noel**
**Curt L. Northrop**
**Christopher Stemley**
**Paul Washington, Jr.**
**Madeline Johnson**
**Tyrone Collins**

**David Horton**
**Vincent Harris**
**Antonio Monroe**
**Louis J. Wright**
**Darrell V. Edwards**
**Eric Naquin**
**Rand Alexander**
**Louis J. Wight**
**Darrell D. Edwards**
**Reynard J. Johnson**
**Kevin Jones**
**Mervin Moore**
**Catherine Straughter**
**Deatrol Birtha**
**Charles Steadman**
**Lester C. Jackson**
**Darcey Miller**
**Ronald G. Register**
**Kevin Morgan**
**Kevin Jones**
**Kevin Earin**
**David Salomon**
**Benny Inches**
**Derrick Diggs**
**Tyrone Johnson**
**Wanda Smith**
**Carlton Bennett**
**Sean Wesley**
**Kevin Brooks**
**Donnie Floyd**
**Terrance Noel**
**Shalita Howard**
**Hyran Brooks, Jr.**
**Jamal Brooks**
**Christopher Dukes**
**Elveria Morgan**
**Calvin Preyan**
**Wife – Lamika Magee**
**Sean Maurice Wesley**
**Kilven Green**
**Ronald Anderson**
**Tyrone Wilson**
**Malcolm Henry**
**Michelle Quinn**
**Edmond Gabriel**
**Dawn Caston**

**Janice Alexander**
**Judith Tolliver**
**Brian Allen Joseph'**
**Chad Phillips**
**Gerald A. Kennedy**
**Kevin Wilkes**
**a/k/a Kevin Weathersby**
**a/k/a Kevin Wilkes**
**Kerry Wheeler**
**Anthony David Simon, Sr.**
**Matthew Wilson**
**Angela G. Gastinell, a/k/a**
**Angela G. Petty, a/k/a**
**Angela Gastinell**
**Brian Allen Joseph**
**Brian Duplantier**
**Tyrone Williams**
**Amanda Washington**
**Fay Hardy**
**Donald Delaney**
**Robert Fairley**

II.

Additionally, plaintiffs herein supplement and amend their prior jurisdictional allegations to specifically invoke, in the alternative, jurisdiction under The Admiralty Jurisdiction Extension Act (46 U.S.C. §740), which has a 2-year limitation of actions period, which will expire today, August 29, 2007.

III.

By amending Article X in Civil Action No. 07-3612 as follows:

1.  Page 6, three lines from the bottom, amending the misspelled "Didtrict" to "District";

2.  Page 6, three lines from the bottom, by amending the misspelled word "Consoldated" to "Consolidated";  and

3.      Page 8, fourth line from the bottom, insert after the words "Jefferson Parish", the words "and Orleans Parish".

Plaintiffs, including the new plaintiffs identified herein, reaver and reiterate all of the allegations made in their prior Complaints, as supplemented and amended, in the above-styled and numbered causes, as if copied herein *in extenso*.

**WHEREFORE**, plaintiffs pray that their Supplemental and Amending Complaint(s) be filed as prayed for, *nunc pro tunc*, and that, after due proceeding had judgment be entered in plaintiffs' favor, and against the defendants, jointly, severally and *in solido*, for the full amount of plaintiffs' damages, together with reasonable attorney's fees, prejudgment interest and costs.  Plaintiffs further pray that their Class Action status be recognized and certified as such.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**


**By:    S/Ashton R. O'Dwyer, Jr.**
        **Ashton R. O'Dwyer, Jr.**
        **Bar No. 10166**
        **821 Baronne Street**
        **New Orleans, LA 70113**
        **Tel. 504-679-6166**
        **Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 29th day of August 2007.

S/Ashton R. O'Dwyer, Jr.