**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   05-4181 * | | |
| 06-1885 * | | |
| 06-4024 * | | JUDGE DUVAL |
| 06-4389 * | | |
| 06-5771 * | | MAGISTRATE WILKINSON |
| 06-5786 * | | |
| 06-6099 * | | |
| 07-0206 * | | |
| 07-3500 * | | |
| 07-3612 * | | |

* * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE PROTECTIVE
<u>SUPPLEMENTAL AND AMENDING COMPLAINT(S)</u>**

**MAY IT PLEASE THE COURT:**

  This memorandum is filed primarily to comply with the Local Rule which requires that a memorandum accompany all motions noticed for hearing.  It was simply not feasible to attempt to contact all counsel in "Victims of KATRINA" litigation to solicit their "no objection" to the filing of plaintiffs' proposed Protective Supplemental and Amending Complaint(s).  Accordingly, the motion for leave to file same has been noticed for contradictory hearing.  It is reasonably expected that no one will oppose the proposed amendment(s), and that counsel will ultimately be in a position to advise This Honorable Court that there is no objection to the proposed amendment(s).  The

-1-

-2-

amendments sought to be made will (1) ensure that each client of undersigned counsel has specifically been named as a party plaintiff, individually and in representative capacities, in counsel's "Victims of KATRINA" litigation pending in This Honorable Court, to (2) add an alternative jurisdictional allegation pursuant to the provisions of The Admiralty Jurisdiction Extension Act (46 U.S.C. §740), which limitation on actions would expire today, and to (3) add "and Orleans Parish" as a Parish in addition to Jefferson Parish into which Lake Pontchartrain emptied through the critical structures known as "pump stations".

Plaintiffs respectfully submit that their Motion for Leave to File Protective Supplemental and Amending Complaint(s) should be granted.

> Respectfully submitted,
>
> **LAW OFFICES OF**
> **ASHTON R. O'DWYER, JR.**
> **Counsel for Plaintiffs**
>
> **By:**   S/Ashton R. O'Dwyer, Jr.
>            Ashton R. O'Dwyer, Jr.
>            Bar No. 10166
>            821 Baronne Street
>            New Orleans, LA 70113
>            Tel. 504-679-6166
>            Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 29th day of August 2007.

S/Ashton R. O'Dwyer, Jr.