# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | JUDGE DUVAL |
| 06-4389 | * | |
| 06-5771 | * | MAGISTRATE WILKINSON |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion for Leave to File Protective Supplemental and Amending Complaint(s) for hearing before Magistrate Judge Joseph C. Wilkinson, Jr., at 11:00 A.M., on the 19th day of September, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

-2-

          By: <u>S/Ashton R. O'Dwyer, Jr.</u>
             Ashton R. O'Dwyer, Jr.
             Bar No. 10166
             821 Baronne Street
             New Orleans, LA 70113
             Tel. 504-679-6166
             Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 29th day of August 2007.


         <u>S/Ashton R. O'Dwyer, Jr.</u>