UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  *     CIVIL ACTION
CONSOLIDATED LITIGATION      *

                            *     No. 05-4182
PERTAINS TO:                 *     & Consolidated Cases
LEVEE (Bourgeois, No. 06-5131)    *

                            *     SECTION K
                            *     JUDGE DUVAL
                            *     MAGISTRATE WILKINSON

***************************************

INTERVENTION PER PROCEDURE ORDER
ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

NOW COMES Plaintiffs, Linda C. and Arnold F. Bourgeois, et al, and other persons

identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt

and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and

Request for Jury Trial filed herein on August 28, 2006, [Doc. 1], residing in, or doing business in

the Old Gentilly and Lake Terrace sections of the City of New Orleans, State of Louisiana, who

suffered damages due to failure of the flood protection system for the New Orleans East Bank

polder, and as amended by First Amended Complaint filed herein on February 1, 2007, [Doc.

2961], asserting claims against state defendants, and effective on this date asserting claims

against the United States, all subject to the pending Motion for leave to file Second Amended

Complaint against the state defendants and the United States [Doc. 7083], to-wit:.

I.

The Claimants and Intervenors are as follows:

Eben J. Barra, Sr.                 07N15T0194040

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

Claimants and Intervenors suffered loss an damages as a result of flooding from the Industrial canal and the New London Canal .

IV.

The erection of the New Lock, completed in June 2005, increased the size to 110 feet wide by 1,200 feet long by 36 feet in the place of the existing Lock erected in 1921 which was only 640 feet long, 75 feet wide and 31.5 feet deep, which meaningfully altered the hydrology of the Canal, and contributed to the failures or breaches of the floodwalls and causing overtopping of the floodwalls in Hurricane Katrina.

V.

The defendant United States had the care custody and control of the banks, shores, beds and waters opposite to and fronting on Industrial Canal, including all littoral and or riparian rights incident thereto, having acquired same incident to the New Lock project, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.IV.

VI.

The Sewerage & Water Board continued to pump rainwater into the London Avenue Outfall Canal, but due to the absence of fronting protection the Corps was engaged to but failed to erect, the waters flooded into the northern basin of the New Orleans East Polder also flooding the properties of Claimants and Intervenors.

2

VII.

The Corp of Engineers failed to complete the fronting protection for the London Avenue

Canal and complete the works at Robert E. Lee which also resulted in flooding in Old Gentilly

**WHEREFORE**, Claimants and Intervenors pray that this Intervention be deemed good

and sufficient, and after due proceeding had there be judgment in their favor and against all

defendants for declaratory judgment, relief and damages.

Respectfully submitted,

/s/ William C. Gambel
WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP   909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364807

4

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ <u>William C. Gambel</u>

W364807