UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-1885 | * | |
| 06-4024 | * | JUDGE DUVAL |
| 06-4389 | * | |
| 06-5771 | * | MAGISTRATE WILKINSON |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |
| 07-3500 | * | |
| 07-3612 | * | |

* * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and request oral argument on Plaintiffs' Motion for Leave to File Protective Supplemental and Amending Complaint(s).

          Respectfully submitted,

          LAW OFFICES OF
          ASHTON R. O'DWYER, JR.
          **Counsel for Plaintiffs**

          By:    S/Ashton R. O'Dwyer, Jr.
                 Ashton R. O'Dwyer, Jr.

-2-

>Bar No. 10166
>821 Baronne Street
>New Orleans, LA 70113
>Tel. 504-679-6166
>Fax. 504-581-4336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 29th day of August 2007.

>S/Ashton R. O'Dwyer, Jr.