## Complaints and Other Initiating Documents
2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation
APPEAL, MASTER, PROTO, STAYED

# U. S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Gambel, William on 8/28/2007 at 5:03 PM CDT and filed on 8/28/2007

**Case Name:**       In Re: Katrina Canal Breaches Litigation
**Case Number:**     2:05-cv-4182
**Filer:**           Linda C. Bourgeois
**Document Number:** 7344

**Docket Text:**
Intervenor COMPLAINT filed by Linda C. Bourgeois.(Reference: 6-5131)(Gambel, William)

**2:05-cv-4182 Notice has been electronically mailed to:**

Jodi Jacobs Aamodt    jmk_jodi@bellsouth.net, jmk_hht@bellsouth.net

William David Aaron , Jr    waaron@goinsaaron.com

Neil Charles Abramson    abramson@phelps.com, greens@phelps.com, parkerd@phelps.com

Wystan M. Ackerman    wackerman@rc.com, sholden@rc.com

William Ryan Acomb    racomb@phjlaw.com, RKaczynski@phjlaw.com

Glenn B. Adams    gadams@phjlaw.com, adamsgb@gmail.com, banthaume@phjlaw.com, bgates@phjlaw.com

Orr Adams , Jr    orradams@aol.com, nancykhobbs@yahoo.com

Stephen C. Aertker , Jr    saertker@hvfa-law.com, ksmith@hvfa-law.com

Joseph James Aguda , Jr    jaguda@nielsenlawfirm.com, mblythe@nielsenlawfirm.com, rcastle@nielsenlawfirm.com

Angie Arceneaux Akers    aakers@lpw-law.com, bsimpson@lpw-law.com, lgauthreaux@lpw-law.com

Roy F. Amedee , Jr    ramedeejr@aol.com, brent@klibertlaw.com