UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Ferdinand, No. 06-5132) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

INTERVENTION PER PROCEDURE ORDER
ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

**NOW COMES** Plaintiffs, Keith C. Ferdinand, M.D, APMC, et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006 [Doc. 1], residing in, or doing business in Bywater and Mid City sections of the City of New Orleans, State of Louisiana, and amended by First Amendment filed April 11, 2007, [Doc. 3716], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7081], to-wit:.

I.

The Claimants and Intervenors are as follows:

Gregory P. Williams                                                                 06N15T0015834

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

Claimant and Intervenors claim damages due to the failure of the levee of the Industrial Canal West Bank, form the Gulf Intracoastal Waterway and the surge fore the Mississippi River Gulf Outlet and from the London Avenue Canal;

IV.

The United States erected the New Lock in the Industrial Canal, completed in June 2005, increased the size to 110 feet wide by 1,200 feet long by 36 feet in the place of the existing Lock erected in 1921 which was only 640 feet long, 75 feet wide and 31.5 feet deep, which meaningfully altered the hydrology of the Canal, and contributed to the failures or breaches of the floodwalls and causing overtopping of the floodwalls in Hurricane Katrina.

V.

The defendant United States had the care custody and control of the banks, shores, beds and waters opposite to and fronting on Industrial Canal, including all littoral and or riparian rights incident thereto, having acquired same incident to the New Lock project, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

VI.

The Sewerage & Water Board continued to pump rainwater into the London Avenue Outfall Canal, but due to the absence of fronting protection the Corps was engaged to but failed to erect, the waters flooded into the northern basin of the New Orleans East Polder also flooding the properties of Claimants and Intervenors.

VII.

The Corps of Engineers failed to complete the fronting protection for the London Avenue Canal and complete the works at Robert E. Lee which also resulted in flooding in Old Gentilly

**WHEREFORE**, Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ William C. Gambel |
|  | WILLIAM C. GAMBEL, Bar # 5900 |
| MILLING BENSON WOODWARD, LLP | 909 Poydras Street, Suite 2300 |
|  | New Orleans, LA 70112 |
|  | Telephone: (504) 569-7000 |
|  | Telecopy:  (504) 569-7001 |
|  | wgambel@millinglaw.com |
|  | Attorneys for Plaintiffs |

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364809

## CERTIFICATE OF SERVICE

     I certify that on this 29th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                      /s/ William C. Gambel

W364809