UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Williams, No. 06-5137) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************ | | |

### INTERVENTION PER PROCEDUR ORDER
### ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

**NOW COMES** Plaintiffs, Susan and August Williams, et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial, filed August 28, 2006, [Doc. 1], residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder Boulevard and its environs to the Lakefront Airport, who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and the First Amendment filed April 11, 2007, [Doc. 3719], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7084], to-wit:

I.

The Claimants and Intervenors are as follow:

| | |
|---|---|
| Shonte Billingsley Jackson | 07N15T0180692 |
| Alexis Jackson | 07N15T0180693 |
| Jordan Jackson | 07N15T0180687 |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

The flooding was proximately caused by the failure of the flood wall on the East Bank of the Industrial Canal or Inner Harbor Navigational Canal, and from incomplete portions of the levee system at Lake Pontchartrain;

IV.

The cause of the failure of the banks was dredging conducted by vessels operated by the United States Corps of Engineers or at its instance, as part of the New Lock Project;

V.

On December 10, 2002 the United States acquired all right title and interest which the Port had "in the banks, shores, beds and waters opposite to and fronting on the land, including all littoral and or riparian rights incident thereto and whatever rights the Port may have had in any alleys, roads, streets, ways, strips, gores or railroad rights of way located in or abutting or adjoining said land";

VI.

The transfer to the United States were effected for purposes unrelated to flood control works for the purposes of improving the Inner Harbor Navigational Canal , New Lock Project, as authorized by the Act of Congress approved March 29, 1956 (P.L. 85-44, the Act of Congress approved November 7, 1986 (P.L. 99-662) and the Act of Congress approved October 12, 1996 (P.L. 104-303);.

VII.

The defendant United States had the care, custody and control of the banks, shores, beds and waters opposite to and fronting on the Industrial Canal, including all littoral and or riparian rights incident thereto, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

VIII.

The defendant had the care, custody and control of the Locks it caused to be constructed in the Industrial Canal.

IX.

The United States Army Corps of Engineers was commissioned by Congress to implement the Lake Pontchartrain and Vicinity Plan in 1966 as revised in 1966 and construct levee protection which would arrest increased level of rising water in Lake Pontchartrain; the damages of which your Plaintiffs complain resulted because the Corps failed to complete the construction by erecting levee protection adjacent to the Lakefront Airport.

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ William C. Gambel |
|  | WILLIAM C. GAMBEL, Bar # 5900 |
| MILLING BENSON WOODWARD, LLP | 909 Poydras Street, Suite 2300 |
|  | New Orleans, LA 70112 |
|  | Telephone: (504) 569-7000 |
|  | Telecopy:  (504) 569-7001 |
|  | wgambel@millinglaw.com |
|  | Attorneys for Plaintiffs |

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:     (504) 522-8423

W364802

4

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 29th day of August, 2007.

                                            <u>/s/ William C. Gambel</u>
                                            William C. Gambel

W364802