| Last Name | First Name | Company |
|---|---|---|
| | | Heritage Plaza |
| | | Chalmette Retail Center |
| | | Poydras, LLC |
| | | Billes Architecture, LLC |
| | | Jenna-Rations |
| | | |
| | | |
| Abid-Ali | Mohammed | |
| Ahmad | Emad | Orleans Grocery poor boy market |
| Ali | Mohammad | |
| Allen | Monique | |
| Ameen | Lemmit J. | |
| Anderson | Beulah | |
| Anderson | Martha | |
| Anderson | Nicole | |
| Anzalone | Gerald | |
| Archer | Katharine | |
| Arias | Elizabeth | |
| Arias | Elizabeth | |
| Armstead | Gary | |
| Assouline | Fortuna | Dixie Gyro |
| Attallah | Raid | VT Convenience Store d/b/a Pioneer Food Store |
| Audibert | Don | |
| Augustine | Leessa | |
| Azzam | Ayman | |
| Baham | Everette | |
| Baptiste | Schewanda | |
| Barnes | Gail | |
| Barnes | Lisa Marie | |
| Barth | Terri and Barry | |
| Bass | Charles | |
| Bassrone | Idamae | |
| Bastian | Carol | |
| Bayries | Herman | |
| Bennett | Howard | |
| Bennett | Howard | |
| Benoit | Maurice | |
| Benoit | Maurice | |
| Berthelot | Clement | |
| Bijou | Joseph | |
| Bischoff | Ariel | |
| Bishop | Grace | JG Bishop Corp |
| Blanco | Fidel | |

| | | |
|---|---|---|
| Blanks | Diane | |
| Bonner | Rosie M. | |
| Boswell | Felicia | |
| Boutwell | William (sonny) | |
| Bowman | Theresa | |
| Boyle | William | |
| Braneon | Charlene | |
| Brisco | Maia | |
| Brock | Kenneth | |
| Brodmann | Dr. Franz | |
| Brooks | Lynelle | |
| Brooks | Sandra | |
| Brosonski | Sheryl & Michael | |
| Broussard | Dorothy | |
| Brown | Darwin | |
| Brown | Joel | Kosher Cajun Distributors, Inc., d/b/a Kosher Caju |
| Brown | Ted | |
| Buckner | Nolan | |
| Bunch | Martin | |
| Bunch | Martin | |
| Bunch | Martin | |
| Bunch | Martin | |
| Bunch | Myron | |
| Bunch | Tanisia | |
| Burke | Edna | |
| Bush | Paulette | |
| Bustamante | Herman | |
| Caamano | Janice | |
| Cadwell | Frances | |
| Calvin | Jeanette & Warren | |
| Campbell | Stephen | |
| Cantrell | Bradley | |
| Cantrell | Bradley | |
| Cantrell | Bradley | |
| Cantrell | Bradley | |
| Cantrell | Bradley | |
| Cantrell | Shannon | |
| Cantrell | Shannon | |
| Carisella | James | |
| Carmon | Barbara | |
| Carter | Robert & Lola | |
| Casadaban | Leon Paul | |

2

| Cash | Dale & Debra | |
| Cavalier | Dan | |
| Cavalier | Dan | |
| Chappell | Brunell | |
| Chartain | Mithilda | |
| Chau | Sokhoeun | |
| Chevez | Carlos | |
| Cody | Charles | |
| Comeaux | Lisa | |
| Compagno | Tony | |
| Connie | Summeral | |
| Cottingham | Paula | |
| Cotton | Homer & Arletta | |
| Cox | Tara | |
| Cross | Donald | |
| Crowell | Timothy | |
| Culver | John | |
| Dandry | John | |
| Darce | Shirl | |
| Darnell | John & Annette | |
| Davis | Darren | |
| Delagrange | Edward | |
| Delaune | Marlene | |
| Diaz | Kenneth | |
| Dicorte | Patricia | |
| DiGiovanni | Joe | |
| Dillman | John | |
| Dillman | Todd | |
| Dillmann, III | John Peter & Todd | |
| Doane | Melanie | |
| Doby | Paula &William | |
| Dorsey | Kirk | Quarter House |
| Dorsey | Kirk | |
| Dorsey | Paul | Quaterhouse |
| Dupuy | Donna | |
| Dycus | Dornice | |
| Easterling | Mickey | |
| Ebbert | Suzanne & Terry | |
| Edwards | Darrell | |
| Egan | Art | Certified Bureau of the South |
| Elloie | Joan | |
| Elouise-Harbour | Velma | |
| Ernst | Desiree & Milton | |
| Essex | Charles | |

3

| Esteves | Emanuel | Tender Love & Co. |
|---|---|---|
| Esteves | Emanuel & Gertrude | |
| Eugene | David | |
| Eugene | Derrin | |
| Eugene | Patricia | |
| Faciane | Leon | |
| Faget | William | |
| Faler | Joseph | |
| Farnsworth | Patricia | |
| Favalora | Carmella | |
| Fayard | Jack | JJK & A Holding Company |
| Fayard | Jack | Viper Investments, LLC |
| Fayard | Jill | |
| Fayard | John | |
| Felton | Paula | |
| Feltus-Jackson | Marlene | |
| Fenasci | Margret | |
| Ferguson | Rodney & Gwendolyn | |
| Ferrand | Pamela & Edwin | |
| Ferrouillet | Craig | |
| Figallo | Raymond | |
| Fino | Maria | |
| Fleming | Gaynell | |
| Flynn | Norman | |
| Fong | Mae | Fong Enterprises, |
| Ford | Gay | |
| Fortner | Hueston | |
| France | Eric | |
| Francois | Lawrence | |
| Frank | Barbara | |
| Franklin | Edward & Paulette | |
| Franklin | Edward & Paulette | |
| Freeman | Giorgiana | |
| Fuentes | Blanca & Edwin | |
| Gaines | Tammy | |
| Galloway | Marty | |
| Gannuch | Warren | |
| Gannuch | Warren | |
| Garrison | Willie | |
| Gary | Jennifer | |
| Gary | Jennifer | |

4

| | | |
|---|---|---|
| Gauthier | Kenny | Smart Rooms Inn |
| Gebhardt | Frank | |
| Geisert | Glenna | Upstream Inc. |
| Gengo | Dorothy | |
| Gengo | Mike | |
| Gibson | Willie M. | |
| Gilmore | Thurman | |
| Glapion | Bernard | |
| Glenn | Dr. Janice S. | |
| Gold Sumrall | Connie | |
| Gonzales | Earl & Kathryn | |
| Gonzalez | Fausto | |
| Gordon | Simone' | |
| Graphia | Eleanor | |
| Grasso | Laura | |
| Gray | Marion | |
| Grenner | Joseph | |
| Grenner | Joseph | |
| Guidry | Stan | |
| Guilbeau | Karl | |
| Gurley | Janice | |
| Guss | Erander | |
| Hall | Dorothy | |
| Hamad | Akram & LeShawn | |
| Hamad | Akram & LeShawn | |
| Hamayel | Abrahim | |
| Hanley | Helen T. | |
| Hansell | Marie | |
| Harbour (Estate of) | Michael | |
| Harding | Dorothy & Earl | |
| Harris | Ann | |
| Harris | Ann | |
| Hart | Kenneth | |
| Hebert | Betty | |
| Hebert | Bryan | |
| Hegedus | Imre | |
| Henley | Cynthia | |
| Hernandez | Renee | |
| Hilaire | Jenetta | |
| Hills | Carrol & Ella | |
| Hindi | David | |
| Hoefeld | Erwin | |

5

| Hogg | Alan | |
| Holmes | Courtney R. | |
| Holmes | Gary | |
| Holzenthal | Henry | Graffiti Graphics, Inc. |
| Holzenthal | Henry | |
| Holzenthal | Rita | |
| Holzenthal | Rita | |
| Holzenthal | Rita | |
| Holzenthal | Rita | |
| Holzenthal | Rita | |
| Holzenthal | Rita | |
| Hookfin | Joyce | |
| Horace | Thomas | |
| Howard | Sheryl | |
| Hunter | Carlee | |
| Hunter | Cicero & Lula | |
| Hunter | Lionel | |
| Irvin | Melvin | C&I Group, LLC |
| Irvin | Melvin | C&I Group |
| Irvin | Melvin | C&I Group, LLC |
| Irvin | Melvin | Viewpoint Development |
| Irvin | Melvin | Viewpoint Development |
| Irvin | Melvin | |
| Irvin | Melvin | C&I Group, LLC |
| Irvin | Melvin | Viewpoint Development |
| Irvin | Melvin | C&I Group, LLC |
| Irvin | Melvin | Viewpoint Development |
| Jabr | Ibrahim | |
| Jackson | Sylvia | |
| Jacque | Antoine | Artisan Marketing, LLC d/b/a Artisan Fine Wines |
| Jasmin | Shirley | |
| Javaid | Zulf | |
| Jennings | Marie | |
| Johansen | Karen | |
| Johnson | Avis & Darrell | |
| Johnson | Kent | |
| Johnson | Reginald | |
| Johnson | Reginald | |
| Johnson | Reginald | |
| Johnson | Winifred | |
| Johnson, Jr. | Robert | |
| Jones | Ann Marie | |
| Jones | Lynard | |
| Jones | Terrina | |

6

| | | |
|---|---|---|
| Joseph | Darryl | |
| Julian | John & Bridgette | |
| Kaleemullah | Abul & Shahla | |
| Kane | Martha | |
| Karl | Debby | |
| Kedia | Ramakant & Urmila | |
| Kennedy | Elizabeth | |
| Kennedy | Stacey | Eye Deal Optical, Inc. |
| Kerner | Keith | |
| Khalaileh | Raed | |
| Khalil | Mohammed | |
| Khan | Tahir | |
| Kim | Jae Heung | |
| King | Daniel | |
| Klein | Gary | |
| Klein | Gary | Klein Management |
| Klein | Gary | Yorkshire Court Condo. Assoc. |
| Koeferl | John | |
| Krall | Carolyn | |
| Labom | Ray & Peggy | |
| Laborde | Kenny | Highland Commercial Construction |
| Laciura | Salvador | |
| Lain | Debra | |
| Lamarche | Rose Marie | |
| Lamouranne | David | |
| Landry | Dawn | |
| Langford | Nicole | |
| Latsis | Spiro | |
| Lay | Richard & Jana | |
| Leal | George | |
| Lee | Terry | |
| Lenfant | Louis & Angelina | |
| Leon | Gladys | |
| Leonard | Patricia | |
| Leonard | Sidney | |
| Levy | Frank | |
| Lewis | Cora Lee | |
| Lewis | Jacqulin | |
| Lezu | Andrew | |
| Lichtfuss | Jean | |
| Lightell | Stacie | |
| Lirette | Cherie | |
| Littles | Jonathan | |

7

| | | |
|---|---|---|
| Llopis | Robert | |
| Llopis | Robert | |
| Lombard | Constance | |
| Louviere | Rose | |
| Lowery | Beryl | |
| Lukowski | Joan & Tom | |
| Lunn | Carol | |
| Macaure | Michael | |
| Madere | Joyce | |
| Malet'a | Melba | |
| Malloy | Martin | |
| Manger | Jacob | |
| Marchand | Jeffrey | |
| Marshall | Kim | |
| Martin | Jill & Darren | |
| Marts | Earl | |
| Martyn | Patrick and Renny | |
| Matthew, Sr. | Cess | |
| Maurice | Loretta | |
| May | Laura | |
| Mazou | Shannon | |
| McCormick | Hannah | |
| McCullough | Maureen | |
| McGill | M.C. | |
| McGill | Tanish | |
| McGill Tropez | Laverne | |
| McGill, Jr. | Wallace | |
| McGill-Tropez | Laverne | |
| McGoey | Stephanie | |
| McHan | Lance | |
| McKey | Elizabeth & Charles | |
| McMillion | Lisa | |
| Melan | Edwin | |
| Merritt | Sharon | |
| Meyer | Sidney | |
| Michalatos | Angelo | |
| Mickey | Rebecca (Darlene) | |
| Milliet | Glenn | |
| Milliet | Glenn | Glenn Michael Salons |
| Mills | John | |
| Mitchell | Elizabeth | |
| Mitchell | Lori | MILA LLC |



| Modlin | Debra | United Way |
|---|---|---|
| Mohiuddin | Mohammad | |
| Moore | James & Pamela | |
| Moran | Abbrica Ann | |
| Moreau | Charles | |
| Morgan | Janice | |
| Moten | Albert | |
| Munguia | Maria | |
| Myers | Natonya | |
| Nash | Michael | |
| Navarro | Barbara | |
| Navo | Mike | |
| Newman | Wayne | |
| Nguyen | Phat | |
| Nguyen | Tho | |
| Nickens | Dawn | |
| Nicolas | Michel-Antoine | |
| Nicoll | Joan & James | |
| Nicoll | Shane | |
| Nicopoulos | Kalliopi | |
| Nisby | Kathleen | |
| Nisse | Jerry | |
| Nizamuddin | Mohammed & Ruksar | |
| Nold | Donna | |
| Ntukogo | Ikeechukwu & Yvonne Abone | |
| Nunnery | JW | |
| O'Brien | Robert | |
| O'Neal | Alma | |
| O'Neil | Carolyn | |
| O'Neil | Dennis | |
| Orgeron | Eva | |
| O'Rourke | Francis | |
| Otis | Thelma | |
| Owens-Penitski | Craig S. | |
| Pantanelli | Lena | |
| Parasol Business Services, Inc. | | Parasol Business Services, Inc. |
| Parent | Ermence | |
| Parker | Hearle James | |
| Pastrano | Nick | |
| Patel | Ashook | |
| Pedrami | Paris | |
| Perry | Ernie | |

| | | |
|---|---|---|
| Perry | James | |
| Pesses | Gail | |
| Peterson | Karen & Michael | |
| Petty | Patrice | |
| Pham | Chris | Dockside Seafood |
| Phillips | James | |
| Phillips | James | |
| Phromsiri | Utai | Tolden Cleaners |
| Pierce | Melissa | |
| Pizzolato | Dolores & Philip | |
| Podret | Jon | |
| Poole | Jeffery | Poole Dermatology |
| Price | Ursula | |
| Quarles | Jack | |
| Quran | Mazen | |
| Raffo | Donna | |
| Raffo | Donna | |
| Ragas | James | |
| Randall | Talana | |
| Randolph | Austin | |
| Reggio | Gregory | Café Roma Lakefront, LLC |
| Retif | Michael & Sheila | |
| Rico | Gilberto | |
| Rishi | Mohammad | |
| Ritter | Catherine | |
| Rivera | Miguel | |
| Roberts | David | |
| Roberts | Rob & Linda | |
| Robertson | Sadie | |
| Robinson | Andrew | |
| Robinson | Shirley | |
| Rodosta | Margtin | |
| Rodriguez | Jose | |
| Rome | Kathleen | |
| Rome | Kathleen | |
| Romero | Erin | |
| Roorda | Matt | |
| Rouzan | Jimmy & Virgina | |
| Rowe | Morris | |
| Rowe | Titus | |
| Rowe (Estate of) | Evelyn | |
| Rowe Smith | Easter | |
| Rubin | Richard | |
| Ryan | Gail | |
| Ryan | Gail | |

10

| | | |
|---|---|---|
| Sagnard | Michael & Yee Lau | |
| Saini | Ajit & Veena | |
| Salem | Maher | |
| Salley | Sandra | |
| Samuel | Hannah | |
| Sanchez | Jane | |
| Sanders, III | Henry | |
| Savoie | Betty | |
| Savoy | Ashbay | |
| Scalise | Nancy | |
| Schaefer | Edward | |
| Scieneaux | Herman | |
| Scorza | Trina | |
| Searle | Susan | |
| Shallett | Monte | |
| Sheeley | Leslie | |
| Sicotte | Steven | |
| Slack | Todd | |
| Smith | Archie | African Methodist Episcopal Church |
| Smith | Jennie T. | |
| Smith | Jennie T. | |
| Smith | Mieng | |
| Smith | Neil | |
| Smith | William & Evelyn | |
| Soomro | Taj | |
| Spreen | Gary | |
| Spurlock | James | |
| Spurlock | Shirley | |
| St. Blanc | John | |
| Stewart | Anna | |
| Stewart | Bruce & Valla | |
| Stewart | Frank | |
| Stewart | Lynard | |
| Stewart | Naaman | |
| Stockdale | Rebecca | |
| Stowe | Craig | ACG |
| Stubbs | Laurie | |
| Tafaro | Chris | Mercury Information Systems d/b/a Digital Legal Sv |
| Talbert | Marie | |
| Tarver | John & Joyce | |
| Taylor | Jack D. | |
| Taylor | Jack E. | The Harvard Lending Group |

| | | |
|---|---|---|
| Taylor | Jack E. | |
| Taylor | Martha | |
| Teamer | Karen | |
| Tedesco | Joseph | |
| Tervalon | Audry | |
| Tessitore | Brian | |
| Tessitore | Brian | |
| Thomas | Derek & Michelle | |
| Thomas | Leroy | |
| Thomas | Myhia | |
| Thompson | Denise | |
| Thornton | Annie C. | |
| Tidmore-Matthews | Jill M. | |
| Tillery | Harold | |
| Tillman | Juanita | |
| Trayhan | Anna | JCT Construction |
| Tropez | Don J. | |
| Tropez | Taj J. | |
| Trosclair | Michael & Carrie | |
| Trumbach | Emma & Eric | |
| Tucker | Gwendolyn | |
| Tyson | | |
| Valobra | Georgio | |
| Van Meter | Marianne | |
| Van Meter | Marianne | |
| Viola | Mary | |
| Vu | Anthony | |
| Wagner | Steve | |
| Walker | Alice | |
| Walker | Pierre | |
| Walker | Wilhemina | |
| Wallace | Cynthia | |
| Warren | Frank and Judy | Aspen LLC |
| Washington | Dennis | |
| Washington | Edward | |
| Washington | Edward | |
| Weary | Debbie | Debonair Clothier, LLC |
| Weathersby | Issiah | |
| Welborn | Marion | |
| Welborn | Marion | |
| Wells | Jan & Randall | |
| Wheeler | George | |
| Wheeler | Isaac & Cheryln | |

12

| White | Trentis | |
| Wicker | Earl | |
| Williams | Floyd | |
| Williams | James | |
| Williams | Keirsten | |
| Williams | Laura | |
| Williams | Linda | |
| Williams | Marvin & Catina | |
| Williams | Ramona | |
| Williams | Rose | |
| Williams | Veraniece | Larue Esplanade B & B |
| Williams, Jr. | Lyonal A. | |
| Willis | Mildred | |
| Windhorst | Stephen | |
| Wineski | Gerald | |
| Wineski | Gerald & Linda | |
| Woods | Mary | |
| Woods | Merlin | |
| Wright | Edward | |
| Younce | Ellen | |
| Yousuf | Munibuddin | |
| Zezulka | Kenneth | |
| Zitzmann | Beverly | |

| CASE |
| --- |
| Boes Iron Works |
| City One, LLC |
| Nathaniel Collins |
| Donald Cross |
| Ebony Beauty Supply |
| For Better Life |
| Darrel Ford |
| Sandra Ford |
| Ramona Ford |
| Sam Garabedian |
| Darren Martin |
| Chep Morrison d/b/a City Two, LLC |
| Mari Moshkounian |
| Wilbur Navarre |
| Richard Roniger |
| Dennis Roubion, Jr. (Phillip St) |
| Dennis Roubion, Jr. (Roly Poly) |
| Dennis Roubion, Sr. (Walnut St) |
| Dennis Roubion, Sr. (16th St) |
| Roubion Construction |
| Melanie Talia |
| Mary Tilloy |
| Mary Trauth |
| Marian Wallis |
| Anjeanne Weiss |

14

| Case Name |
|---|
| Amra, Inc. |
| Boes, Craig |
| Boveland, Wilson |
| Cameras, Etc |
| Caretta's Grill |
| Copeland, Jr., Al |
| Coubarous, Lloyd |
| Craft, Janice |
| Executive House Apts |
| Eye Deal Optical |
| Fontenot, Starlia |
| Frank Silva & Sons |
| Gallaty, Don |
| INCS, Inc. |
| Merlin, David |
| Notary Shoppe |
| Ostoroke, Gary |
| Pizza & Pasta |
| Rareshide, M.D., Elisabeth |
| Sheeley, Elizabeth |
| Spicy Express, Inc. |
| Stevenson, Dara |
| Stewart, III, Frank |
| United Way |

| NAME |
| --- |
| ALAN A. DAVILLER & BEVERLY A. DAVILLER |
| JAMES A. FINE & MARY F. FINE |
| TAMMY & DOUGLAS JOUBERT |
| CARY REESE & ELLEN REESE |
| CARY REESE & ELLEN REESE |
| MONIQUE S. ALLEN |
| JO BOIHEM |
| CATHY VAPPIE/RIVERSIDE TERRACE APTS |
| CHARLOTTE LIVINGSTON |
| PATRICIA LIVINGSTON |

16

| ROSE HOFFMAN |
| DOROTHY & ERIC TRICHE |
| BRENDA & DAVID SULLIVAN |
| BRENDA & DAVID SULLIVAN |
| WAYNE & CHERYL JONES |
| WAYNE & CHERYL JONES |
| NETTIE ALLEN |
| YVONNE WELP |
| YVONNE WELP |
| LOUIS LENFANT, JR. & ANGELINA LENFANT |
| MAURICE BENOIT |

17

| LAST NAME | FIRST |
| --- | --- |
| Austin | Brandon |
| Baptiste | Chianti |
| Baptiste | Chiquita |
| Baptiste | Jahiria |
| Baptiste | Jamiria |
| Baptiste | Renee |
| Baptiste | Valeriae |
| Battle | Cornell |
| Battle | Tika |
| Beal | Lakeeltha |
| Beal | Troy |
| Bester | Eva |
| Bester | Robert |
| Blanchard | Wayne |
| Burse | Amber |
| Burse | Leon |
| Butler | Clifton |
| Chatelain | Connie |
| Chatelain | Giselle |
| Chatelain | Mary-Estate |
| Chatelain | Mary-Estate |

18

| LAST NAME | FIRST |
| --- | --- |
| Chatelain | Neil |
| Chatelain | Robin |
| Chatelain | Sheila |
| Chatelain | Wayne |
| Chatelain | Wayne |
| Chatelain | Wayne |
| Compass | Anna |
| Compass | Karen |
| Compass | Santiago |
| Compass | Santiago |
| Daughtery | Gerald |
| Davis | Christian |
| Davis | Christopher |
| Davis | Christopher |
| Davis | Christopher |
| Davis | Rodney |
| Davis | Rosemary |
| Dennis | Gail |
| Dennis | Quiana |
| Dennis | Shawn |
| Ducasse | Robert |
| Dyer | Lester |

19

| LAST NAME | FIRST |
| --- | --- |
| Ebert | David |
| Ebert | David |
| Ebert | Elizabeth |
| Ebert | Richard |
| Echols | Derrick |
| Echols | Eric |
| Echols | Gloria |
| Echols | Lasanda |
| Echols | Lois |
| Elliott | Louis |
| Ferrand | Raymond |
| Fletcher | Cherlyn |
| Florent | Alan |
| Florent | Stanley |
| Fulwiley | Mekhi |
| Fulwiley | Timothy |
| George | Eloise |
| George | Eloise |
| George | Eloise |
| George | Ethel |
| Gipson | Farrell |
| Gipson | Perieshia |

20

| LAST NAME | FIRST |
|-----------|-------|
| Gipson | Veronica |
| Gipson | Waldorf |
| Gipson | Waldorf |
| Gipson | Waldorf |
| Gipson | Waldorf |
| Gipson | Waldorf |
| Gipson | Walnica |
| Hartman | Mary |
| Heard | Gwendolyn |
| Heard | Linda |
| Heard | Tashia |
| Hilliard | Lavelle |
| Hutchison | David |
| Hutchison | Nichole |
| Jackson | Devonte |
| Jackson | Kyce |
| Jackson | Lacy |
| Jackson | Mequelita |
| Jackson | Mildred |
| Jackson | Ralph |
| James | Eleanor |

21

| LAST NAME | FIRST |
| --- | --- |
| James | John |
| James | Joshua |
| James | Lillie |
| James | Lucinda |
| Jasper | Deja |
| Jasper | Devon |
| Jasper | Douglas |
| Jasper | Douglas |
| Jasper | Douglas |
| Jasper | Priscilla |
| Jasper | Priscilla |
| Jenkins | Keoka |
| Jenkins | Lakeisha |
| Johnson | Rosetta |
| Jones | Greg |
| Jones | Gregory |
| Joseph | Timothy |
| Joseph | Tyler |
| Jurgens | Julien |
| Jurgens | Martha |
| Kambur | James |

22

| LAST NAME | FIRST |
|-----------|-------|
| Kambur | James |
| Keith | Alfred |
| Keith | Ju'lisa |
| Keith | Judy |
| Keith | Kirklin |
| Keith | Kirklin |
| Laws | Christian |
| Laws | Corrie |
| LeBeau | Brenda |
| LeBeau | Brenda |
| Lee | Brianna |
| Lee | Bryon |
| Lee | Devin |
| Lee | Jaron |
| Lee | Quintella |
| Longmire | Charles |
| Luke | Derek |
| Macklin | Ladoia |
| Macklin | Ladoya |
| Macklin | Leya |
| Manuel | Candice |

23

| LAST NAME | FIRST |
|-----------|-------|
| Manuel | Clera |
| Marshall | Bennie |
| Marshall | Denisha |
| Marziale | Floralba |
| Mason | Rufus-Estate of |
| McCloud | Angienika |
| McCloud | Angienika |
| McNell | Joseph |
| McNell | Ruth |
| Melton | Melvin |
| Moore | Chrishonda |
| Moore | LaRhonda |
| Payton | Elric |
| Phipps | Catherine |
| Phipps | Clayvonte |
| Phipps | Demetrice |
| Phipps | Tyronika |
| Phipps | Whitney |
| Ramee | Richard |
| Ramee | Tiffany |
| Royal | Mable |

| LAST NAME | FIRST |
| --- | --- |
| Royal | Mable |
| Royal | Randolph |
| Scott | Corey |
| Scott | Eddie |
| Shannon | Cynthia |
| Smith | Eddie |
| Smith | John |
| Smith | Vandell |
| Smith | Vandell |
| Smith | Venika |
| Stratton | Delores |
| Stratton | Kenneth |
| Thomas | Glenn |
| Thomas | Glenn |
| Thomas | Linda |
| Thomas | Miguel |
| Tobias | Bolton |
| Tobias | Bolton |
| Tobias | Boltrice |
| Tobias | Centrice |
| Tobias | Cynthia |

25

| LAST NAME | FIRST |
| --- | --- |
| Tobias | Latrice |
| Tobias | Montrell |
| Turcious | Danilo |
| Turcious | Sylvia |
| Williams | Catina |
| Williams | Ethel |
| Williams | Sandra |
| Williams | Shirleen |
| Williams | Sol |
| Williams | Sol |
| Wyble | Kim |
| Wyble | Pria |
| Wynn | Brodie |
| Young | Irione |
| Young | Michael |
| Young | Sterling |
| Young | Sterling |

Count:   187

26

Christian Congregational Baptist Church
Candyland Kinder Kollege
Greater Faith Church
L&T Preparatory Academy, Inc.
Dr. Calvin Williams and Dr. Cheryl Williams
Bibleway Missionary Baptist Church
Corinthian Missionary Baptist Church
United Teachers of New Orleans Landholders, Inc.

All plaintiffs names
Elaine J. White
Emanuel Mathieu
Willie Jackson
Angie Jacques
Elise Jarreau
Delores Jason
Gloria Jefferson
Tammie Jefferson
Evelyn Jenkins
Helena Johnson
Rose Johnson
Tyrone Johnson
Sean Johnston
Diane H. Joseph
Tosha Kish
Virginia Lampton
Patricia LaRoche
Antionette Lavigne
Michael Lawrence
Earlma Lawson
Allen Pierre Leonard
William Lewis
Adrena Linnes
Rose J Lumas
Ruth M. Mack
Jonais Majors
Don Mansion
Gail Marigny
Fred Menville and Gail Menville
Latonya Montegue and Chris Montegue
Robet Montgomery
Joseph Nash
Frank Palmer
Elfrid Payton
Grady Perkins
Lionel Piper
Sharrell Powell and Emanuel Powell
Lawrence Robichaux
Carolyn Robinson
Larry Rogers
Jesse P. Rosemond
Lashanda M. Russ
Byron Ryce
Sonja Saizan and BP Saizan
Priscilla Saunders
John Scott, Sr.
Sylvia Lee Scott
Vernine Shanks
Clotea J. Smith
Donna Smith

Hollis St. Juste
Yolandra Sudds
Gustavia W. Taylor
John Taylor
Linda Thomas
Lucille Thompson and Vernell Thompson
Belinda Thompson
Harriet Tinson
Edna M. Ussin
Celestine Walker
Sherry Lynn Walker
Jessie M. Washington
Terrell Washington and Deborah Washinton
Helen White
Thomas Williams
Althea R. Williams
Elijah Williams
Gary Williams and Asandria Williams
Kewana Williams
Anthony Wilson
Roland Winston
Dr. G J Hodge
Annie Higgenbotham
Bernice Ward Dormio
Brandy Shelton and Troy Shelton
Carol Taylor
Eddie Charles and Lydia Charles
Faith Logan Jones
Hattie Hayes
Hazel Hinton
Henrietta Montegue
Henry Davis
Jermaine Walls-Price
Larry  Foxworth and Shelia Foxworth
Lydia Favorite
Mattie Young
Monita Bush
Myra Shief
Noel Debose and Denise Debose
Paul Dumas
Pedro Lafonta
Rene Anderson
Robert England
Royal Holland
Shelby Cowart
Steven Anderson and Cion Anderson
Terrence Campbell
Vera Wilkerson
Virgil Thompson
Virginia Lampton
Warrenetta Banks

Wilhemina Moore
Lawrence Franklin
Rene Anderson
Josie Morris and Joseph Morris
Kelli Wilkerson
Emanuel Mathieu
Emanuel Mathieu
Greater Pleasant Grove Baptist Church
Charles Lee and Judy Lee
Corice Saunders
Meaurex Williams

James Jackson, Jr. and Bertha White Jackson
Gladys James
Lucille Jefferson and Michael Jefferson
Causetta Joseph
Marvin Kennedy and Beatrice Kennedy
Cecilia Lawson
Trina Leufroy and Brandon Leufroy
Queenester Mack
Antonia Marigny
Leroy Matthews
Dolores Miles
Robert Packnett
Carol Perry
Violet Pinkney
Mae Rankin
Gloria Reaves and Marion Reaves
Alvin Reine
Berince Richardson
Edward Robinson
Edward Robinson
James Robinson and Ruth Robinson
Tonette Russell
Corice Saunders
Marc Scott and Kiyana Weber-Scott
Ariane Shelling
Lois Shepard
Calvin Stewart
Troylynn Toney
Lorene Tyler
Beverly Wagner
Tonya White
Charles Wilson
Gail Neva Tyler
Anthony G. Jones
Bobby R. Beals
Bridgette M. Preston
Calvin Joseph and Brenda Joseph
Cherell Conerly and Alton Blunt
Darlene Tate
Dax Bordenave and Dawn Bordenave
Deborah Bland
Della Morris & Willie Etheridge
Dennis Warning
Dwayne Sanders
Edward Adams
Edward Robinson and Theadoris Butler
Ella Mae Green Windsor
Elnora H. Eugene
Gary Habsreitinger and Linda Habisreitinger
Henry Stewart and Angela Stewart
Jacquelyn Harris

James Williams and Karen Williams
Janet Tobias
Janice Ellis and Shelia London
Jeanne Green
Jeanne Green
Jerald Cross
JoAnn Smith and Samuel Smith
Jose Singletary
Kim Washington
Larry Napoleon and Cheryl Napoleon
Lena Richardson
Lloyd Price and Charmaine Price
Louise Moore & Lionel Moore
Louise Ross
Marion Savain
Marva Webber
Minh Tran
Nicole Holloway
Rebecca Mickey
Robert Torrence and Rebecca Torrence
Sandra Jenkins and Donald Jenkins
Serda A. Anderson
Sharon R. Temple
Sylvia Bridges
Terrell Miller
Terri Green
Viola Christain-Preston
Second Zion Baptist Church
Wayne & Deshine Parker
Abe Conner, George Conner, Linda Conner
Second Zion Baptist Church
Second Zion Baptist Church
Second Zion Baptist Church
Second Zion Baptist Church
Second Zion Baptist Church
Second Zion Baptist Church
Second Zion Baptist Church
Second Zion Baptist Church
Sam Johnson and Frances Johnson
Sherylyn Celistan and Jerome Celistan
Terrance Campbell and Courtenay Campbell
Terrance Campbell and Courtenay Campbell
Terrance Campbell and Courtenay Campbell
Terrance Campbell and Courtenay Campbell
Jocelyn Carter and Sidney Carter, III
Geraldine Brisco and Kelly Brisco Foley
Marion Savain
Glenn Powel
Calvin Stewart
Wanda Curley