UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE AND MRGO | § § § | |
| ALVIN BALL, JR, ET AL | § § | CIVIL ACTION NUMBER: 07-5096 |
| VERSUS | § § | SECTION "K"(2) |
| THE UNITED STATES OF AMERICA, ET AL | § § § | |

# FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel come plaintiffs Alvin Ball, Jr., et al, who move to supplement and amend their original complaint filed today on August 29, 2007 in the following respects:

1.      By adding to the original caption the following, which is in addition, to what is already in the original caption.

ACACIA CAVALIER ON BEHALF OF HER MINOR CHILD AKAYLA BLACK, ACACIA CAVALIER ON BEHALF OF HER MINOR CHILD DANIEL CAVALIER, ACACIA CAVALIER ON BEHALF OF HER MINOR CHILD NYANGEL CAVALIER, ANDREA MEYER ON BEHALF OF HER MINOR CHILD MADISON MEYER,ANGELINA BANKS ON BEHALF OF HER MINOR CHILD ARIANTAE SMOTHERS ANITA HUGHES ON BEHALF OF HER MINOR CHILD TY HUGHES, ANTOINETTE JONES ON BEHALF OF HER MINOR CHILD DA'JANET JONES, ARTIS THOMAS JR ON BEHALF OF HIS MINOR CHILD  TIFFANY THOMAS, ARTIS THOMAS JR ON BEHALF OF HIS MINOR CHILD  ARTIS THOMAS III, BEVERLY DAVIS ON BEHALF OF HER DECEASED UNCLE CALVIN DAVIS, BEVERLY LEWIS ON BEHALF OF HER MINOR CHILD KABROUL WALKER, BRANDY GREEN ON BEHALF OF HER MINOR CHILD JU-JUAN FRANKLIN, BRANDY GREEN ON BEHALF OF HER MINOR CHILD MAKAYLA THOMAS, BREONDA GAIL SIMMONS IS THE MINOR CHILD OF BRENDA SIMMONS BRENDA G. SIMMONS, BRYAN SCOTT SR. ON BEHALF OF HIS MINOR CHILD BRYANNA SCOTT, BRYAN SCOTT SR. ON BEHALF OF HIS MINOR CHILD BRYAN  SCOTT JR., CARL ALLEN SR. ON BEHALF OF HIS MINOR CHILD CARLNESHA ALLEN, CARL ALLEN SR. ON BEHALF OF HIS MINOR CHILD CARNELIUS ALLEN, CAROLINE WILLIAMS ON BEHALF OF HER MINOR CHILD KIRBY HUNTER CAROLINE WILLIAMS ON BEHALF OF HER MINOR CHILD LOGAN WILLIAMS, CAROLYN J. BROWN ON BEHALF OF HER MINOR CHILD RICO CURRY, CATHERINE FRANCOIS ON BEHALF OF HER MINOR CHILD EDJUNIQUE JUDEA FRANCOIS, CENTRELLE ELVIRA FRANKLIN ON BEHALF OF HER MINOR CHILD

1

JALEEL FRANKLIN, CENTRELLE ELVIRA FRANKLIN ON BEHALF OF HER MINOR CHILD JALEESA FRANKLIN, CHANELL JEFFERSON ON BEHALF OF MINOR CHILD JIRREA JOHNSON JR., CHAUNCEY MITCHELL III ON BEHALF OF HIS MINOR CHILD CHAUNCEY MITCHELL III, CHAUNCEY MITCHELL III ON BEHALF OF HIS MINOR CHILD KEYVAUGHN MITCHELL, CHERYL TREAUDO ON BEHALF OF HER MINOR CHILD CHRISTIAN TREAUDO, CHERYL TREAUDO ON BEHALF OF HER MINOR CHILD WAYNE TREAUDO JR., DANIELLE SEYMORE ON BEHALF OF HER MINOR CHILD ALANA SEYMORE JR., DANIELLE SEYMORE ON BEHALF OF HER MINOR CHILD JASON SEYMORE JR., DARLENE CUMMINGS ON BEHALF OF HER MINOR CHILD DARJAE KENSEY, DARLENE DAVIS ON BEHALF OF HER MINOR CHILD COURTNEY CHRISTMAS, DARLENE DAVIS ON BEHALF OF HER MINOR CHILD DYMOND DAVIS, DARNELL FOGAN ON BEHALF OF HIS MINOR CHILD DONQUELL FOGAN, DARRYL COULON ON BEHALF OF HIS MINOR CHILD BRIA COULON, DARRYL COULON ON BEHALF OF HIS MINOR CHILD BRYCE COULON DARRYL COULON ON BEHALF OF HIS MINOR CHILD DARRYL, JR. COULON, DARRYL COULON ON BEHALF OF HIS MINOR CHILD JADA COULON, DAVID CROWDEN ON BEHALF OF HIS MINOR CHILD DARNELL CROWDEN, DAVID JONES, SR. ON BEHALF OF HIS SON DAVID JONES JR. DEBORAH DENT ON BEHALF OF HER MINOR CHILD DOMINIQUE DENT, DELORIS HUNTER ON BEHALF OF HER MINOR CHILD DERRICKA HUNTER, DESIREE A. JOHNSON ON BEHALF OF HER MINOR CHILD JEREASE GAINES, DESIREE A. JOHNSON ON BEHALF OF HER MINOR CHILD JARRIELLE JOHNSON, DORENA BULLOCK ON BEHALF OF HER MINOR CHILD CALVIN BANKS DOROTHY CARTER ON BEHALF OF HER MINOR CHILD GERALD CARTER, JR., EDWIN NARCISSE ON BEHALF OF HIS MINOR CHILD BRITTANY WALKER, EMMETT COLLINS III ON BEHALF OF HIS SON EBONY COLLINS, ETHER BULLOCK ON BEHALF OF HER MINOR CHILD THARNELL BULLOCK FLORENCE SCOTT ON BEHALF OF HER MINOR CHILD BROOKIE SCOTT, GAIL EUGENE ON BEHALF OF HIS MINOR CHILD BARRY   EUGENE, GERTRUDE CELIUS ON BEHALF OF HER MINOR GRANDCHILD KANISHA M. PELLERIN, GLORIA JOHNSON ON BEHALF OF HER MINOR CHILD CHRISTIAN JOHNSON, GWENDOLYN WILLIAMS ON BEHALF OF HER CHILD JABRIELLE CLARK, HAROLD & LINDA MCMILLIAN ON BEHALF OF THEIR MINOR CHILD CHRISTOPHER   MCMILLIAN, HAROLD & LINDA MCMILLIAN ON BEHALF OF THEIR MINOR CHILD FANCHON MCMILLIAN, HAROLD & LINDA MCMILLIAN ON BEHALF OF THEIR MINOR CHILD RASHAD MCMILLIAN, JACQUELINE BROWN ON BEHALF OF HER MINOR CHILD MARIEL BROWN, JACQUELINE BROWN ON BEHALF OF HER MINOR CHILD MARTINA BROWN, JACQUELINE BROWN ON BEHALF OF HER MINOR CHILD MATTHEW BROWN, JANE LEWIS ON BEHALF OF HER MINOR CHILD KHRISHINE LEWIS KHRISHINE LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KHRISTOPHER LEWIS KHRISTOPHER LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KIRSTIE LEWIS KIRSTIE LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KRISTIN LEWIS KRISTIN LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KRISTINE LEWIS KRISTINE LEWIS, JANET HARTFORD ON BEHALF OF HER MINOR CHILD ATRANAE HARTFORD, JANET HARTFORD ON BEHALF OF HER MINOR CHILD COURTNEY TURNER JANICE ANDERSON ON BEHALF OF HER DECEASED FATHER JOHN W. BANIEL, JIMMIE BROOKS ON BEHALF OF HIS MINOR CHILD RAESHAUN BROOKS, JIMMY DARENSBURG FARRIA SR. ON BEHALF OF HIS MINOR CHILD JIMMY DARENSBURG FARRIA JR., JOLANDA PIERRE ON BEHALF OF HER MINOR CHILD MARIAH SHROPSHIRE, JUDY JACKSON ON BEHALF OF HER MINOR CHILD KENNETH, JR. COOPER, JUDY SCIPIO ON BEHALF OF HER MINOR CHILD BRITTANY SCIPIO JULIETTE STEWARD ON BEHALF OF HER MINOR CHILD HEAVEN STEWARD, JULIETTE STEWARD ON BEHALF OF HER MINOR CHILD UNIQUE STEWARD, JULIETTE STEWARD ON BEHALF OF HER MINOR CHILD MALCOLM STEWARD III, KAREN BARBER ON BEHALF OF HER MINOR CHILD A'SHANTE BARBER, KAREN BLANCHARD ON BEHALF OF HER MINOR CHILD BRYANT BLANCHARD, KAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD DWAYNE DAVIS JR., KAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD KADIJA JOHNSON KAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD KORIAN JOHNSON, KAREN JOSEPH ON BEHALF OF HER MINOR CHILD KADIJA JOSEPH, KEISHA HALES ON BEHALF OF HER MINOR CHILD DONTE HALES, KEISHA HALES ON BEHALF OF HER MINOR CHILD JOSHUA HALES KEVIN DICKERSON ON BEHALF OF HIS MINOR CHILD ZOE DICKERSON, KING DAVID ROBIE SR. ON BEHALF OF HIS MINOR CHILD KEVON ROBIE, KING DAVID ROBIE SR. ON BEHALF OF HIS MINOR CHILD KING DAVID ROBIE JR, LANIYHA WILLIAMS ON BEHALF OF HER MINOR CHILD TANIYHA WILLIAMS, LATONIA BRISCO ON BEHALF OF HER MINOR CHILD TERRANCE BRISCO LATONIA BRISCO ON BEHALF OF HER MINOR CHILD JERMAINE BRISON, LATONIA BRISCO ON BEHALF OF

HER MINOR CHILD PERSHING MASON, LINDA LEBLANC ON BEHALF OF HER MINOR CHILD JONATHAN LEBLANC, LINDA WARD ON BEHALF OF HER MINOR CHILD CRYSTAL A. WARD, LINDA WARD ON BEHALF OF HER MINOR CHILD ROOSEVELT WARD, III, LISA WILLIAMS ON BEHALF OF HER MINOR CHILD AMBER WILLIAMS, LISA WILLIAMS ON BEHALF OF HER MINOR CHILD LISA-PACKARD WILLIAMS, LLOYD BURAS JR. ON BEHALF OF HIS DECEASED FATHER LLOYD BURAS SR., LOUIS HAMILTON ON BEHALF OF HIS MINOR CHILD NOAH HAMILTON, MARIE LEWIS ON BEHALF OF HER MINOR CHILD DARRYL LEWIS JR., MATTHEW FORD ON BEHALF OF HIS MINOR CHILD ANGELA FORD, MATTHEW FORD ON BEHALF OF HIS MINOR CHILD MAYA FORD, MATTHEW FORD ON BEHALF OF HIS MINOR CHILD NICOLETTE FORD, MELANIE NOBLE ON BEHALF OF HER MINOR CHILD CORIELL CHANDLER, MELANIE NOBLE ON BEHALF OF HER MINOR CHILD QUINIECE NOBLE, MELVIN ELLZEY SR. ON BEHALF OF HER MINOR CHILD MELVIN ELLZEY II, MICHAEL VAUGHN ON BEHALF OF HIS MINOR CHILD MICHAEL BOWSER, MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD AHKI JACKSON MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD DARIUS LUCIEN, MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD WHITNEY TROPEZ, MINOR DESMOND JEFF MINOR DEANNA LOMBARD, MINOR KENNEDIE PALMER, MINOR LOGAN PALMER, MINOR DURELL REID, MINOR SHANA MARIE RICHARD, MINOR CANDICE SARTIN, MINOR INDIA THOMAS NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALEX J. NELSON, NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALEXIS NELSON, NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALVIN J. NELSON III, NATASHIA HARRELL ON BEHALF OF HER MINOR CHILD SIERRA HARRELL, NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD NIJAH ANDERSON NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD TYREE EVANS, NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD TYRELL EVANS, PATRICE LEWIS ON BEHALF OF HER MINOR CHILD ALFRED LEWIS, PATRICE LEWIS ON BEHALF OF HER MINOR CHILD BRITTANY LEWIS PATRICE LEWIS ON BEHALF OF HER MINOR CHILD HAKEEM LEWIS, PATRICIA WATSON ON BEHALF OF HER MINOR SON THOMAS WATSON, PLECHET BALL ON BEHALF OF HER MINOR CHILD BRISMAN LACABE, RENETTA MONTEGUT ON BEHALF OF HER MINOR CHILD RENITA MONTEGUT, RHONDA G. WILLIAMS ON BEHALF OF HER MINOR CHILD SHAQUANTAE WILLIAMS RONALYN NADINE JOHNSON ON BEHALF OF HER MINOR CHILD KIERAN DAVIS, RONALYN NADINE JOHNSON ON BEHALF OF HER MINOR CHILD KELSEY LEGARD, SATANIA BUTLER ON BEHALF OF HER MINOR CHILD ANTHENA AMIDI BUTLER, SHANNON CHASE ON BEHALF OF HER MINOR CHILD DARREN JR. CHASE, SHANNON YOUNG ON BEHALF OF HER MINOR CHILD KENDRIC GREEN, SHANNON YOUNG ON BEHALF OF HER MINOR CHILD LYNTRELL YOUNG SHARN SNITE ON BEHALF OF HER MINOR CHILD ASHLEY PAYTON, SHARON GREER ON BEHALF OF HER MINOR CHILD RAVEN GREER, SHAUNA BLUNT ON BEHALF OF HER MINOR CHILD DYLAN DUSSETT, SHAUNA BLUNT ON BEHALF OF HER MINOR CHILD HAILYN WILLIAMS STACY RILEY ON BEHALF OF HIS MINOR CHILD ALAJANAE RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD ERIC RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SETH RILEY STACY RILEY ON BEHALF OF HIS MINOR CHILD SHELBY RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SHYANN RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SYDNEY RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD STACY RILEY JR., STACY RILEY ON BEHALF OF HIS MINOR CHILD ALAJANAE RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD ERIC RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SETH RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SHELBY RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SHYANN RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD STACY RILEY JR., STACY RILEY ON BEHALF OF HIS MINOR CHILD SYDNEY RILEY, STEPHANIE HARRELL ON BEHALF OF HER MINOR CHILD WILLIAM CARR, TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD DON CHANDLER, TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD JEMESSHA CHANDLER TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD LEVAR DAVIS JR., THELMA GORDON ON BEHALF OF HER MINOR CHILD JERARD MASON, TRINA S. BLOUNT ON BEHALF OF HER MINOR CHILD HAILEY MITCHELL, TROY CUMMINGS SR. ON BEHALF OF HIS MINOR CHILD TROY CUMMINGS JR., VICTORIA HANDY ON BEHALF OF HER MINOR CHILD IRVING HANDY JR. VICTORIA HANDY ON BEHALF OF HER MINOR CHILD KEISHA NASH, VOUNDER L. SCOTT-REYNOLDS ON BEHALF OF HIS MINOR CHILD JOSH REYNOLDS, VOUNDER L. SCOTT-REYNOLDS ON BEHALF OF HIS MINOR CHILD SHELDON REYNOLDS, WALTER PECK ON BEHALF OF HIS DECEASED WIFE DELPHINE LEWIS, WANDA MACK ON BEHALF OF HER MINOR CHILD TROY MACK JR., WANDA MOSELEY ON BEHALF

OF HER MINOR CHILD TIFFANY MOSLEY WANDA MOSELEY ON BEHALF OF HER MINOR CHILD JOSEPH MOSLEY JR., WYLONA SANDERS ON BEHALF OF HER MINOR CHILD DELREIL SANDERS, YOLANDA SMITH ON BEHALF OF HER MINOR CHILD BERNARD R. SMITH, YOLANDA SMITH ON BEHALF OF HER MINOR CHILD RAYCHELL SMITH

Some plaintiffs herein are majors and suing in their own behalf and also on behalf of minors. Some plaintiffs are also suing individually and on behalf of dead people.

2. By adding to the opening paragraph (which lists the plaintiffs and is above paragraph Roman Numeral I "INTRODUCTION") the following, which is in addition to what is in the opening paragraph.

ACACIA CAVALIER ON BEHALF OF HER MINOR CHILD AKAYLA BLACK, ACACIA CAVALIER ON BEHALF OF HER MINOR CHILD DANIEL CAVALIER, ACACIA CAVALIER ON BEHALF OF HER MINOR CHILD NYANGEL CAVALIER, ANDREA MEYER ON BEHALF OF HER MINOR CHILD MADISON MEYER,ANGELINA BANKS ON BEHALF OF HER MINOR CHILD ARIANTAE SMOTHERS ANITA HUGHES ON BEHALF OF HER MINOR CHILD TY HUGHES, ANTOINETTE JONES ON BEHALF OF HER MINOR CHILD DA'JANET JONES, ARTIS THOMAS JR ON BEHALF OF HIS MINOR CHILD TIFFANY THOMAS, ARTIS THOMAS JR ON BEHALF OF HIS MINOR CHILD ARTIS THOMAS III, BEVERLY DAVIS ON BEHALF OF HER DECEASED UNCLE CALVIN DAVIS, BEVERLY LEWIS ON BEHALF OF HER MINOR CHILD KABROUL WALKER, BRANDY GREEN ON BEHALF OF HER MINOR CHILD JU-JUAN FRANKLIN, BRANDY GREEN ON BEHALF OF HER MINOR CHILD MAKAYLA THOMAS, BREONDA GAIL SIMMONS IS THE MINOR CHILD OF BRENDA SIMMONS BRENDA G. SIMMONS, BRYAN SCOTT SR. ON BEHALF OF HIS MINOR CHILD BRYANNA SCOTT, BRYAN SCOTT SR. ON BEHALF OF HIS MINOR CHILD BRYAN  SCOTT JR., CARL ALLEN SR. ON BEHALF OF HIS MINOR CHILD CARLNESHA ALLEN, CARL ALLEN SR. ON BEHALF OF HIS MINOR CHILD CARNELIUS ALLEN, CAROLINE WILLIAMS ON BEHALF OF HER MINOR CHILD KIRBY HUNTER CAROLINE WILLIAMS ON BEHALF OF HER MINOR CHILD LOGAN WILLIAMS, CAROLYN J. BROWN ON BEHALF OF HER MINOR CHILD RICO CURRY, CATHERINE FRANCOIS ON BEHALF OF HER MINOR CHILD EDJUNIQUE JUDEA FRANCOIS, CENTRELLE ELVIRA FRANKLIN ON BEHALF OF HER MINOR CHILD JALEEL FRANKLIN, CENTRELLE ELVIRA FRANKLIN ON BEHALF OF HER MINOR CHILD JALEESA FRANKLIN, CHANELL JEFFERSON ON BEHALF OF MINOR CHILD JIRREA JOHNSON JR., CHAUNCEY MITCHELL III ON BEHALF OF HIS MINOR CHILD CHAUNCEY MITCHELL III, CHAUNCEY MITCHELL III ON BEHALF OF HIS MINOR CHILD KEYVAUGHN MITCHELL, CHERYL TREAUDO ON BEHALF OF HER MINOR CHILD CHRISTIAN TREAUDO, CHERYL TREAUDO ON BEHALF OF HER MINOR CHILD WAYNE TREAUDO JR., DANIELLE SEYMORE ON BEHALF OF HER MINOR CHILD ALANA SEYMORE JR., DANIELLE SEYMORE ON BEHALF OF HER MINOR CHILD JASON SEYMORE JR., DARLENE CUMMINGS ON BEHALF OF HER MINOR CHILD DARJAE KENSEY, DARLENE DAVIS ON BEHALF OF HER MINOR CHILD COURTNEY CHRISTMAS, DARLENE DAVIS ON BEHALF OF HER MINOR CHILD DYMOND DAVIS, DARNELL FOGAN ON BEHALF OF HIS MINOR CHILD DONQUELL FOGAN, DARRYL COULON ON BEHALF OF HIS MINOR CHILD BRIA COULON, DARRYL COULON ON BEHALF OF HIS MINOR CHILD BRYCE COULON DARRYL COULON ON BEHALF OF HIS MINOR CHILD DARRYL, JR. COULON, DARRYL COULON ON BEHALF OF HIS MINOR CHILD JADA COULON, DAVID CROWDEN ON BEHALF OF HIS MINOR CHILD DARNELL CROWDEN, DAVID JONES, SR. ON BEHALF OF HIS SON DAVID JONES JR. DEBORAH DENT ON BEHALF OF HER MINOR CHILD DOMINIQUE DENT, DELORIS HUNTER ON BEHALF OF HER MINOR CHILD DERRICKA HUNTER, DESIREE A. JOHNSON ON BEHALF OF HER MINOR CHILD JEREASE GAINES, DESIREE A. JOHNSON ON BEHALF OF HER MINOR CHILD JARRIELLE JOHNSON, DORENA BULLOCK ON BEHALF OF HER MINOR CHILD CALVIN BANKS

DOROTHY CARTER ON BEHALF OF HER MINOR CHILD GERALD CARTER, JR., EDWIN NARCISSE ON BEHALF OF HIS MINOR CHILD BRITTANY WALKER, EMMETT COLLINS III ON BEHALF OF HIS SON EBONY COLLINS, ETHER BULLOCK ON BEHALF OF HER MINOR CHILD THARNELL BULLOCK FLORENCE SCOTT ON BEHALF OF HER MINOR CHILD BROOKIE SCOTT, GAIL EUGENE ON BEHALF OF HIS MINOR CHILD BARRY   EUGENE, GERTRUDE CELIUS ON BEHALF OF HER MINOR GRANDCHILD KANISHA M. PELLERIN, GLORIA JOHNSON ON BEHALF OF HER MINOR CHILD CHRISTIAN JOHNSON, GWENDOLYN WILLIAMS ON BEHALF OF HER CHILD JABRIELLE CLARK, HAROLD & LINDA MCMILLIAN ON BEHALF OF THEIR MINOR CHILD CHRISTOPHER   MCMILLIAN, HAROLD & LINDA MCMILLIAN ON BEHALF OF THEIR MINOR CHILD FANCHON MCMILLIAN, HAROLD & LINDA MCMILLIAN ON BEHALF OF THEIR MINOR CHILD RASHAD MCMILLIAN, JACQUELINE BROWN ON BEHALF OF HER MINOR CHILD MARIEL BROWN, JACQUELINE BROWN ON BEHALF OF HER MINOR CHILD MARTINA BROWN, JACQUELINE BROWN ON BEHALF OF HER MINOR CHILD MATTHEW BROWN, JANE LEWIS ON BEHALF OF HER MINOR CHILD KHRISHINE LEWIS KHRISHINE LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KHRISTOPHER LEWIS KHRISTOPHER LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KIRSTIE LEWIS KIRSTIE LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KRISTIN LEWIS KRISTIN LEWIS, JANE LEWIS ON BEHALF OF HER MINOR CHILD KRISTINE LEWIS KRISTINE LEWIS, JANET HARTFORD ON BEHALF OF HER MINOR CHILD ATRANAE HARTFORD, JANET HARTFORD ON BEHALF OF HER MINOR CHILD COURTNEY TURNER JANICE ANDERSON ON BEHALF OF HER DECEASED FATHER JOHN W. BANIEL, JIMMIE BROOKS ON BEHALF OF HIS MINOR CHILD RAESHAUN BROOKS, JIMMY DARENSBURG FARRIA SR. ON BEHALF OF HIS MINOR CHILD JIMMY DARENSBURG FARRIA JR., JOLANDA PIERRE ON BEHALF OF HER MINOR CHILD MARIAH SHROPSHIRE, JUDY JACKSON ON BEHALF OF HER MINOR CHILD KENNETH, JR. COOPER, JUDY SCIPIO ON BEHALF OF HER MINOR CHILD BRITTANY SCIPIO JULIETTE STEWARD ON BEHALF OF HER MINOR CHILD HEAVEN STEWARD, JULIETTE STEWARD ON BEHALF OF HER MINOR CHILD UNIQUE STEWARD, JULIETTE STEWARD ON BEHALF OF HER MINOR CHILD MALCOLM STEWARD III, KAREN BARBER ON BEHALF OF HER MINOR CHILD A'SHANTE BARBER, KAREN BLANCHARD ON BEHALF OF HER MINOR CHILD BRYANT BLANCHARD, KAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD DWAYNE DAVIS JR., KAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD KADIJA JOHNSON KAREN JOSEPH DAVIS ON BEHALF OF HER MINOR CHILD KORIAN JOHNSON, KAREN JOSEPH ON BEHALF OF HER MINOR CHILD KADIJA JOSEPH, KEISHA HALES ON BEHALF OF HER MINOR CHILD DONTE HALES, KEISHA HALES ON BEHALF OF HER MINOR CHILD JOSHUA HALES KEVIN DICKERSON ON BEHALF OF HIS MINOR CHILD ZOE DICKERSON, KING DAVID ROBIE SR. ON BEHALF OF HIS MINOR CHILD KEVON ROBIE, KING DAVID ROBIE SR. ON BEHALF OF HIS MINOR CHILD KING DAVID ROBIE JR, LANIYHA WILLIAMS ON BEHALF OF HER MINOR CHILD TANIYHA WILLIAMS, LATONIA BRISCO ON BEHALF OF HER MINOR CHILD TERRANCE BRISCO LATONIA BRISCO ON BEHALF OF HER MINOR CHILD JERMAINE BRISON, LATONIA BRISCO ON BEHALF OF HER MINOR CHILD PERSHING MASON, LINDA LEBLANC ON BEHALF OF HER MINOR CHILD JONATHAN LEBLANC, LINDA WARD ON BEHALF OF HER MINOR CHILD CRYSTAL A. WARD, LINDA WARD ON BEHALF OF HER MINOR CHILD ROOSEVELT  WARD, III, LISA WILLIAMS ON BEHALF OF HER MINOR CHILD AMBER WILLIAMS, LISA WILLIAMS ON BEHALF OF HER MINOR CHILD LISA-PACKARD WILLIAMS, LLOYD BURAS JR. ON BEHALF OF HIS DECEASED FATHER LLOYD BURAS SR., LOUIS HAMILTON ON BEHALF OF HIS MINOR CHILD NOAH HAMILTON, MARIE LEWIS ON BEHALF OF HER MINOR CHILD DARRYL LEWIS JR., MATTHEW FORD ON BEHALF OF HIS MINOR CHILD ANGELA FORD, MATTHEW FORD ON BEHALF OF HIS MINOR CHILD MAYA FORD, MATTHEW FORD ON BEHALF OF HIS MINOR CHILD NICOLETTE FORD, MELANIE NOBLE ON BEHALF OF HER MINOR CHILD CORIELL CHANDLER, MELANIE NOBLE ON BEHALF OF HER MINOR CHILD QUINIECE NOBLE, MELVIN ELLZEY SR. ON BEHALF OF HER MINOR CHILD MELVIN  ELLZEY II, MICHAEL VAUGHN ON BEHALF OF HIS MINOR CHILD MICHAEL BOWSER, MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD AHKI JACKSON MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD DARIUS LUCIEN, MICHELLE BARCONEY ON BEHALF OF HER MINOR CHILD WHITNEY TROPEZ, MINOR DESMOND JEFF MINOR DEANNA LOMBARD, MINOR KENNEDIE PALMER, MINOR LOGAN PALMER, MINOR DURELL REID, MINOR SHANA MARIE RICHARD, MINOR CANDICE SARTIN, MINOR INDIA THOMAS NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALEX J. NELSON, NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALEXIS NELSON,

NATASHA NELSON ON BEHALF OF HER MINOR CHILD ALVIN J. NELSON III, NATASHIA HARRELL ON BEHALF OF HER MINOR CHILD SIERRA HARRELL, NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD NIJAH ANDERSON NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD TYREE EVANS, NATKEISHA EVANS ON BEHALF OF HER MINOR CHILD TYRELL EVANS, PATRICE LEWIS ON BEHALF OF HER MINOR CHILD ALFRED LEWIS, PATRICE LEWIS ON BEHALF OF HER MINOR CHILD BRITTANY LEWIS PATRICE LEWIS ON BEHALF OF HER MINOR CHILD HAKEEM LEWIS, PATRICIA WATSON ON BEHALF OF HER MINOR SON THOMAS WATSON, PLECHET BALL ON BEHALF OF HER MINOR CHILD BRISMAN LACABE, RENETTA MONTEGUT ON BEHALF OF HER MINOR CHILD RENITA MONTEGUT, RHONDA G. WILLIAMS ON BEHALF OF HER MINOR CHILD SHAQUANTAE WILLIAMS RONALYN NADINE JOHNSON ON BEHALF OF HER MINOR CHILD KIERAN DAVIS, RONALYN NADINE JOHNSON ON BEHALF OF HER MINOR CHILD KELSEY LEGARD, SATANIA BUTLER ON BEHALF OF HER MINOR CHILD ANTHENA AMIDI BUTLER, SHANNON CHASE ON BEHALF OF HER MINOR CHILD DARREN JR. CHASE, SHANNON YOUNG ON BEHALF OF HER MINOR CHILD KENDRIC GREEN, SHANNON YOUNG ON BEHALF OF HER MINOR CHILD LYNTRELL YOUNG SHARN SNITE ON BEHALF OF HER MINOR CHILD ASHLEY PAYTON, SHARON GREER ON BEHALF OF HER MINOR CHILD RAVEN GREER, SHAUNA BLUNT ON BEHALF OF HER MINOR CHILD DYLAN DUSSETT, SHAUNA BLUNT ON BEHALF OF HER MINOR CHILD HAILYN WILLIAMS STACY RILEY ON BEHALF OF HIS MINOR CHILD ALAJANAE RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD ERIC RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SETH RILEY STACY RILEY ON BEHALF OF HIS MINOR CHILD SHELBY RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SHYANN RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SYDNEY RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD STACY RILEY JR., STACY RILEY ON BEHALF OF HIS MINOR CHILD ALAJANAE RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD ERIC RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SETH RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SHELBY RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD SHYANN RILEY, STACY RILEY ON BEHALF OF HIS MINOR CHILD STACY RILEY JR., STACY RILEY ON BEHALF OF HIS MINOR CHILD SYDNEY RILEY, STEPHANIE HARRELL ON BEHALF OF HER MINOR CHILD WILLIAM CARR, TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD DON CHANDLER, TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD JEMESSHA CHANDLER TAKESSHA CHANDLER ON BEHALF OF HER MINOR CHILD LEVAR DAVIS JR., THELMA GORDON ON BEHALF OF HER MINOR CHILD JERARD MASON, TRINA S. BLOUNT ON BEHALF OF HER MINOR CHILD HAILEY MITCHELL, TROY CUMMINGS SR. ON BEHALF OF HIS MINOR CHILD TROY CUMMINGS JR., VICTORIA HANDY ON BEHALF OF HER MINOR CHILD IRVING HANDY JR. VICTORIA HANDY ON BEHALF OF HER MINOR CHILD KEISHA NASH, VOUNDER L. SCOTT-REYNOLDS ON BEHALF OF HIS MINOR CHILD JOSH REYNOLDS, VOUNDER L. SCOTT-REYNOLDS ON BEHALF OF HIS MINOR CHILD SHELDON REYNOLDS, WALTER PECK ON BEHALF OF HIS DECEASED WIFE DELPHINE LEWIS, WANDA MACK ON BEHALF OF HER MINOR CHILD TROY MACK JR., WANDA MOSELEY ON BEHALF OF HER MINOR CHILD TIFFANY MOSLEY WANDA MOSELEY ON BEHALF OF HER MINOR CHILD JOSEPH MOSLEY JR., WYLONA SANDERS ON BEHALF OF HER MINOR CHILD DELREIL SANDERS, YOLANDA SMITH ON BEHALF OF HER MINOR CHILD BERNARD R. SMITH, YOLANDA SMITH ON BEHALF OF HER MINOR CHILD RAYCHELL SMITH

3. By also adding an additional paragraph following paragraph 190 to be numbered 190A. to read as follows :

190a. From 1952 to the present the Corp has performed maintenance dredging of the MRGO.

These dredging activities have been conducted in a negligent manner and it has resulted in damage to the wetlands surrounding MRGO. As a consequence Hurricane Katrina was allowed to reach the city of New Orleans and the protective levees and walls which were thereby destroyed causing the flood. The Corp of Engineers performed dredging of MRGO with its own fleet of vessels including the dredge wheeler, and through other maritime dredging contractors with several dredging companies, and with several maritime dredgers.

Suit was filed today August 29, 2007 therefore plaintiff moves that this supplemental and amending complaint be filed without leave of court. No defendant has been served or answered.

WHEREFORE, complainants pray that the original complaint be supplemented and amended in the above particulars and that after due proceedings are had there be judgment in favor of complainants and against all defendants jointly severly and in solido in the full and true sum fixed by this Honorably Court together with legal interest from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

                      Respectfully submitted,

                      _____
                      s/ A.J. Rebennack
                      A.J. Rebennack, Bar No. 18677
                      Attorney for Plaintiff(s)
                      2202 Avenue B
                      Metairie, Louisiana 70001
                      Telephone No. (504) 782-0512
                      Facsimile No. (504) 831-1203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of

such filing to all counsel of record.

_____
*s/***A. J. REBENNACK**
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203