UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE AND MRGO | § § § | |
| ALVIN BALL, JR, ET AL | § § | CIVIL ACTION NUMBER: 07-5096 |
| VERSUS | § § | SECTION "K" (2) |
| THE UNITED STATES OF AMERICA, ET AL | § § § | |

## EX PARTE MOTION TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT WITHOUT LEAVE OF COURT

THE ORIGINAL COMPLAINT OF THIS MATTER WAS FILED TODAY AUGUST 29, 2007. PLAINTIFFS MOVE THAT THEY BE ALLOWED TO FILE THIS SUPPLEMENTAL AND AMENDING COMPLAINT WITHOUT LEAVE OF COURT. NO DEFENDANT HAS YET BEEN SERVED OR ANSWERED AND IT HAS NOT BEEN 10 DAYS SINCE SUIT WAS FILED.

Respectfully submitted,

_____
s/ A.J. Rebennack
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                        _____

                                                      *s/***A. J. REBENNACK**
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203