UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE AND MRGO | § § § | |
| ALVIN BALL, JR, ET AL | § § | CIVIL ACTION NUMBER: 07-5096 |
| VERSUS | § § | SECTION "K"(2) |
| THE UNITED STATES OF AMERICA, ET AL | § § § | |

## ORDER

It is hereby ordered that plaintiffs' be allowed to supplement and amend their original complaint as prayed for.

UNITED STATES EASTERN DISTRICT COURT this _____ day of _____2007.

_____
**JUDGE**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

_____

*s/***A. J. REBENNACK**
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B

1

Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203