MINUTE ENTRY
WILKINSON, M. J.
AUGUST 29, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Kirsch, 06-4704 | JUDGE DUVAL |
| | MAG. WILKINSON |

A preliminary conference was conducted in the referenced case, Lillian Kirsch v. Homesite Insurance Company, 06-4704, on this date before the undersigned magistrate judge. Participating via telephone were Rainer Lorenz, representing plaintiff; Nora Bilbro, representing defendants.

The conference was conducted pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4"). The purpose of the conference was to craft a schedule concerning the individual issues in the referenced Kirsch case, which were bifurcated and referred to me by the presiding district judge. Record Doc. No. 6729.

MJSTAR: 0 : 10

Counsel reported, however, that this case involves <u>only</u> the kind of claim raised in the lead <u>Chehardy</u> case that is being addressed in the Fifth Circuit and that there are no other kinds of claims that can individually be addressed. Accordingly, no individualized schedule is appropriate in this case.

JOSEPH C. WILKINSON, JR.<br>
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**