

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION** **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| PERTAINS TO:   LEVEE: 06-6642 (PONTCHARTRAIN BAPTIST CHURCH) (BRIDGE PROJECTS) | * * * | **MAG. WILKINSON** |

*********************************************

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that all named Plaintiffs in Civil Action No. 06-6642 and listed below:

> PONTCHARTRAIN BAPTIST CHURCH
> ARTHUR C. SARGENT
> LUCY T. SARGENT
> PAMELA YOUNG SMALLPAGE
> RICHARD MATILAND SMALLPAGE, JR.
> MR & MRS. H. J. BOSWORTH
> ROTHFOS CORPORATION
> INTERAMERICAN COFFEE, INC. and
> NOBLE AMERICAS CORPORATION

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order for Final Judgment under Rule 54(b) of the Honorable Stanwood R. Duval, Jr., dated July 30, 2007 (Record Document No. 6733), a copy of which is appended hereto and marked for identification as Exhibit No. 1.

___ Fee  455
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

Respectfully submitted,

_____
WILLIAM E. O'NEIL (#10213)
THE O'NEIL GROUP, L.L.C.
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 833-4770 Telephone
(504) 831-9852 Facsimile
weo@theoneilgroup.com

-and-

_____
DON M. RICHARD (#11226)
ATTORNEY AT LAW
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 834-9882
don@dmr-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 29th day of August, 2007.

_____
WILLIAM E. O'NEIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO LEVEE:<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-0225, 06-0629, 06-0886, 06-1885,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5161, 06-5163, 06-5260,<br>06-5308, 06-5367, 06-5471, 06-5771, 06-5785,<br>06-5786, 06-5937, 06-6473, 06-6642, 06-7682,<br>06-8708, 06-11208, 07-0206, 07-0647, 07-0993,<br>07-1113, 07-1284, 07-1286, 07-1288, 07-1289,<br>07-1349, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | SECTION "K" (2) |
| *   *   *   *   *   *   *   * | * | |

## ORDER FOR FINAL JUDGMENT UNDER RULE 54(b)

Considering the foregoing Order and Reasons issued June 29, 2007 (Document No. 6175) and the Orders and Reasons issued December 8, 2006 (Document Nos. 2148 and 2142), under Rule 54(b);

IT IS HEREBY ORDERED THAT the foregoing Court's Orders as they pertain to the defendants Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Gotech, Inc., Boh Bros. Construction, L.L.C., B & K Construction Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction Company, Inc



be entered as final judgment under Rule 54(b) of the Federal Rules of Civil Procedure, upon the express finding that there are no just reasons for delay for the reasons set forth fully in the Motion and Memorandum, which are hereby adopted by the Court, including that all claims between these parties are resolved by the Orders.

New Orleans, Louisiana, this 30th day of July, 2007.

Stanwood R. Duval, Jr.
United States District Court Judge