UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION
                                      SECTION "K" (2)
PERTAINS TO:
*Vanderbrook*, No. 05-6323

## JOINT MOTION AND INCORPORATED MEMORANDUM FOR TEMPORARY LIFTING OF STAY ORDER FOR PURPOSE OF DISMISSING ALL CLAIMS OF PLAINTIFFS RICHARD AND JULIE VANDERBROOK WITH PREJUDICE

**NOW INTO COURT**, come Plaintiffs, Richard and Julie Vanderbrook, and defendant, Unitrin Preferred Insurance Company (hereinafter "Unitrin"), who respectfully aver as follows:

I.

Plaintiffs, Richard and Julie Vanderbrook, have asserted claims against their homeowner insurer, Unitrin, arising out of Hurricane Katrina and its aftermath and the subsequent handling, investigation and/or adjustment of their claim in the suit entitled "*Richard Vanderbrook, et al. vs. State Farm Fire and Casulaty Co., et al*", Docket Number 05-6232 (hereinafter the "*Vanderbrook* Lawsuit"), which has been consolidated with the above captioned *In Re: Katrina Canal Breach Litigation*.

II.

By virtue of the February 28, 2007 Order of the United States Court of Appeal for the Fifth Circuit and this Court's March 16, 2007 Order, the claims asserted by Richard and Julie Vanderbrook against Unitrin are stayed.

1

III.

Plaintiffs, Richard and Julie Vanderbrook, and Unitrin represent that they have amicably resolved their disputes.

IV.

Plaintiffs, Richard and Julie Vanderbrook, and Untrin further represent that upon motion by the parties hereto the United States Court of Appeal for the Fifth Circuit has entered an Order dismissing all claims of Richard and Julie Vanderbrook against Unitrin in the appeal entitled *"Richard Vanderbrook, et al. vs. Hanover Insurance Company, et al.,"* No. 07-30119, United States Court of Appeal for the Fifth Circuit.

V.

Accordingly, Plaintiffs, Richard and Julie Vanderbrook, and Unitrin jointly move this Court for entry of an order to (1) temporarily lift the stay of the *Vanderbrook* Lawsuit with respect to Unitrin solely for the limited purpose of addressing this motion and (2) dismiss with prejudice, and with each party to bear its own costs, all of the claims of Plaintiffs, Richard and Julie Vanderbrook, against Unitrin, including without limitation all claims arising under their policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of their claim.

VI.

The instant motion only seeks a dismissal of the claims of Plaintiffs, Richard and Julie Vanderbrook, against Unitrin, and the claims of the other named plaintiffs in the *Vanderbrook* Lawsuit against their respective insures remain pending.

2

VII.

Plaintiffs, Richard and Julie Vanderbrook, expressly reserve all rights and claims asserted by them against other defendants who are not parties to the instant suit for damages arising out of Hurricane Katrina.

VIII.

The undersigned further represent that, in the event the foregoing motion is granted, Unitrin should be terminated as a defendant in this consolidated lawsuit because none of the remaining plaintiffs have asserted claims against Unitrin.

**WHEREFORE,** Plaintiffs, Richard and Julie Vanderbrook, and Unitrin pray that this Court enter an order which (1) temporarily lifts the stay with respect to Unitrin solely for the limited purpose of addressing this motion and (2) dismisses with prejudice, and with each party to bear its own costs, all of the claims of Plaintiffs, Richard and Julie Vanderbrook, against Unitrin.

Respectfully submitted

BY: _____
Robert G. Harvey, Sr. (La. Bar # 18615)
Law Office of Robert G. Harvey, Sr., PLC
2609 Canal St.
Fifth Floor
New Orleans, LA 70119
Telephone: (504) 822-2136

COUNSEL FOR PLAINTIFFS, RICHARD
AND JULIE VANDERBROOK

NO.99797167.2

BY:   /s/ Nora B. Bilbro
Neil C. Abramson (La. Bar #21436)
Nora B. Bilbro (La. Bar # 22955)
Phelps Dunbar LLP
365 Canal Street • Suite 2000
New Orleans, LA  7130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

COUNSEL FOR DEFENDANT, UNITRIN
PREFERRED INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of August, 2007, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and that I have mailed by United States Postal Service the document to all non-CM/ECF participants.

/s/ Nora B. Bilbro