UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO:<br>LEVEE (07-4545)<br>MRGO (07-4545) | MAG. 2 (WILKINSON) |

**STIPULATION OF DISMISSAL PRIOR TO SERVICE OF SUMMONS AND COMPLAINT**

NOW COMES, American Bankers Insurance Company of Florida, prior to service of Summons and Complaint on defendants, and stipulates that all claims against defendants, The United States of America and The United States Army Corps of Engineers, are dismissed without prejudice.

2

Respectfully submitted:

/s/ John J. Danna, Jr.
JAMES R. SUTTERFIELD, T.A. (#12597)
JOHN J. DANNA, JR. (#28894)
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:   (504) 598-2715
Facsimile:    (504) 529-7197
jsutterfield@swslaw.com
jdanna@swslaw.com
ATTORNEYS FOR AMERICAN
BANKERS INSURANCE COMPANY OF
FLORIDA

**OF COUNSEL**
**SUTTERFIELD & WEBB, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2007, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have chosen to be notified via electronic mail. I further certify that I have sent the foregoing to Harold V. Dutton , Jr and William J. Luscy , III via first class U.S. Mail, properly addressed and first-class postage prepaid.

/s/ John J. Danna, Jr.
JOHN J. DANNA, JR. (#28894)