# United States District Court

EASTERN DISTRICT OF LOUISIANA

**RETURN**

JOHN FONTENOT AND KIM FONTENOT

V.

UNITED STATES OF AMERICA AND DEPARTMENT OF THE ARMY-NEW ORLEANS DISTRICT, CORPS OF ENGINEERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4504

SECTION: "K"; MAGISTRATE 2

TO: (Name and address of defendant)

Mr. James B. Letten
United States Attorney
210 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Fontenot, Esq.
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   **LORETTA G. WHYTE**

DATE   **AUG 29 2007**

(BY) DEPUTY CLERK   B. Gregory

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8/29/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Bridget Chandler | Legal Secretary |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: _Tammy Jahn_
210 Hale Boggs Bldg., 500 Poydras Street, New Orleans, LA 70130

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/29/07
             Date

Signature of Server: _Bridget Chandler_

Address of Server: One Shell Square – Suite 4500
701 Poydras St.
New Orleans, LA 70139

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.