UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (06-8756) | * | |
| DON AND CYNTHIA RILEY v. | * | |
| ALLSTATE INSURANCE COMPANY | * | |
| * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO COMPEL RESPONSES TO DISCOVERY

Defendant Allstate Insurance Company ("Allstate") submits this motion to compel plaintiffs to provide initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, as modified by numerous case management orders, and to respond to their outstanding Interrogatories and Requests for Production of Documents. Plaintiffs' initial disclosures are incomplete and they have not responded to, objected to, or requested an extension of time for responding to Allstate's discovery requests, which were served on or around August 3, 2007.

In accordance with Local Rule 37.1E, Allstate's counsel certifies that prior to filing this motion they have attempted in good faith to confer with counsel for plaintiffs over the telephone and through correspondence to resolve this matter by agreement, but were unsuccessful.

WHEREFORE, Allstate respectfully request that this Court grant Allstate's Motion to Compel plaintiff to provide complete initial disclosures pursuant to Rule 26(a)(1) of the Federal

Rules of Civil Procedure, to respond to Allstate's discovery request and forward costs and attorney's fees associated with this motion.

Respectfully Submitted,

_____
GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
            mcollins@phjlaw.com
*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 30 day of August, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid.

_____
GLENN B. ADAMS
MICHAEL W. COLLINS

GBA 357.0071