**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DeROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

EMAIL ADDRESS OF WRITER
gadams@phjlaw.com

DIRECT DIAL OF WRITER:
(504) 412-6226

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
HOY R. HUGHES
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
ELEANOR W. WALL
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND

PLEASE REPLY TO:
**NEW ORLEANS**

August 22, 2007

*Via facsimile*
Mr. Patrick G. Kehoe, Jr.
Attorney at Law
588 Baronne St.
New Orleans, LA 70113

Re: Don and Cynthia Riley v. Allstate Insurance Company
USDC Eastern District No., Div.
Our File No.: 357.0071

Dear Pat:

We have not received responses to Allstate's discovery propounded of our correspondence of August 3, 2007. We need those responses to evaluate the case.

As a legal precaution we are scheduling a Rule 37.1 conference on Tuesday, August 28th at 10am. If no responses are received by that day, a Motion to Compel will be filed.

Do you have a settlement demand?

Very truly yours,

GLENN B. ADAMS

GBA/cmg



EXHIBIT B