UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO: | * | |
| INSURANCE (06-8756) | * | |
| DON AND CYNTHIA RILEY v. | * | |
| ALLSTATE INSURANCE COMPANY | * | |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

NOTICE OF HEARING

PLEASE TAKE NOTICE That Defendant, Allstate Insurance Company, will bring its Motion to Compel before the Honorable Joseph C. Wilkinson, Jr, United States Magistrate Judge for the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana on the 19th day of September, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully Submitted,

GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

GBA 357.0071

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this 30th day of August, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid.

GLENN B. ADAMS
MICHAEL W. COLLINS

GBA 357.0071