UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____ § <br> § <br> § <br> **PERTAINS TO:** § <br> **INSURANCE** Civil Action No.:06-3799 § <br> (Goodman, Sean) § <br> § <br> _____ § | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE: DUVAL <br> SECTION "K" <br><br> MAGISTRATE: 2 <br> JUDGE: WILKINSON |

**AMENDED CORPORATE DISCLOSURE STATEMENT**

     COMES NOW, the Defendant, FIDELITY NATIONAL INSURANCE COMPANY, (hereinafter "FNIC") a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. §4001, *et seq.*) (the "NFIA"), and appearing herein in its fiduciary[1] capacity as the "fiscal agent of the United States,"[2] and at the expense of the federal treasury,[3] and files this Amended Corporate Disclosure Statement in compliance with Federal Rules of Civil Procedure 7.1,

---

[1]  44 C.F.R. §62.23(f).

[2]  42 U.S.C. §4071 (a)(1) and *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

[3]  42 U.S.C. §4017(d)(1); *Van Holt v. Liberty Mutual Fire Ins. Co.,* 163 F.3d 161 (3rd Cir. 1998).

as follows:

    1.    Fidelity National Insurance Company is a wholly owned subsidiary of National Alliance Marketing Group, Inc.

    2.    National Alliance Marketing Group, Inc. is a wholly owned subsidiary of Fidelity National Financial. Fidelity National Financial is publically traded.

Fidelity National Insurance Company is authorized by the Federal Emergency Management Agency, pursuant to the Arrangement, [4] to issue the federal government's Standard Flood Insurance Policy, which is a codified federal regulation found at 44 C.F.R. Pt. 61, App. A(1). As part of the National Flood Insurance Program, all flood claims are paid directly with U.S. Treasury funds. See 44 C.F.R. Pt. 62, App. A, Arts. II and III; see also 42 U.S.C. §4017. The NFIP is not a reinsurance program. The U.S. Fifth Circuit has held that claim payments are a direct charge on the U.S. Treasury. See *Gowland v. Aetna*, 143 F.3d 951, 955 (5th Cir. 1998), quoting *In Re Estate of Lee*, 812 F.2d 253, 256 (5th Cir. 1987). FEMA therefore has an interest in the outcome of this litigation.

Dated: August 30, 2007.        Respectfully submitted,

**NIELSEN LAW FIRM, L.L.C.**

/s/ *Dorothy L. Tarver*
GERALD J. NIELSEN, La. S.B. 17078
Email: gjnielsen@aol.com
THOMAS C. PENNEBAKER, LA.S.B.24597
Email: tpennebaker@nielsenlawfirm.com
DOROTHY L. TARVER, LA. S.B. 29714
EMAIL: dtarver@nielsenlawfirm.com
3838 N. Causeway Blvd. Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500   Fax (504) 832-9165
Counsel for Defendant:

---

[4] 44 C.F.R. Pt. 62, App. A.

2

        Fidelity National Insurance Company
        (In its capacity as a WYO Program carrier)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

J. Douglas Sunseri, Esq.
Dawn Danna Marullo, Esq.
Svetlana Crouch, Esq.
Nicaud, Sunseri & Fradella, LLC
3000 18th Street
Metairie, LA 70002
Counsel for Plaintiffs

Sue R. Laporte, Esq.
Stacey M. Stein, Esq.
Best Koeppel, APLC
2030 St. Charles Avenue
New Orleans, LA 70130
Counsel for Robert Sheard
and Lexington Insurance Company

Frank J. Achary
BIENVENU, FOSTER, RYAN
& O'BANNON
1010 Common Street, Suite 2200
New Orleans, Louisiana 70112
Counsel for Louisiana Citizens Property Insurance
Corporation, Citizens Fair Plan

        */s/ Dorothy L. Tarver*
        Dorothy L. Tarver