UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: <u>Fischman</u>, 06-4954 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of plaintiff, Debra Fischman, and having been advised by Burt Carnahan, counsel for defendant, that he agrees to the change, **IT IS ORDERED** that the SETTLEMENT CONFERENCE set in the <u>Fischman</u> case, C.A. No. 06-4954, on August 30, 2007 is hereby RESET on **SEPTEMBER 17, 2007 at 4:00 p.m.** before me.

New Orleans, Louisiana, this ___30th___ day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**