UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>PROPERTY CASUALTY COMPANY<br>OF AMERICA NO. 06-516) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## *EX PARTE* MOTION TO FILE PRIVILEGE LOG

NOW COMES, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this *Ex Parte* Motion to File Privilege Log. On July 12, 2007, this Court entered an Order and Reasons granting, in part, Travelers' motion to compel discovery responses from Xavier. In pertinent part, the Court ordered Xavier to produce a privilege log concerning those documents it did not produce during the course of discovery. On July 25, 2007, Xavier timely served a copy of the privilege log on counsel for Travelers. *See* July 25, 2007 E-mail from Kevin M. McGlone to Ralph Hubbard and Simeon Reimonenq, attached hereto as Exhibit 1. However, Xavier inadvertently failed to file the privilege log into the Court's record and now moves for leave to do so.

Accordingly, Xavier respectfully requests that this Honorable Court grant its *Ex Parte* Motion to File Privilege Log and that the Privilege Log, attached hereto as Exhibit 2, be filed into the Court's record.

> Respectfully Submitted:
>
> /s/ James M. Garner
> JAMES M. GARNER, #19589
> DARNELL BLUDWORTH, #18801
> TIMOTHY B. FRANCIS, #14973
> KEVIN M. MCGLONE, #28145
> **SHER GARNER CAHILL RICHTER**
> **KLEIN & HILBERT, L.L.C.**
> 909 Poydras St., 28th Floor
> New Orleans, LA   70112
> Telephone:  504-299-2100
> Facsimile: 504-299-2300
> COUNSEL FOR XAVIER UNIVERSITY
> OF LOUISIANA

### CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

> /s/ James M. Garner
> JAMES M. GARNER

2