UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K" MAG "2"** |
| **PERTAINS TO:**<br>**INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA NO. 06-516)** | |

*********************************************************************

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Privilege Log,

IT IS ORDERED that said motion is hereby GRANTED and that the attached Privilege Log shall be filed into the record of this case.

New Orleans, Louisiana this ___ day of September 2007.

_____
UNITED STATES MAGISTRATE JUDGE