## McGlone, Kevin

**From:** McGlone, Kevin
**Sent:** Wednesday, July 25, 2007 3:16 PM
**To:** 'sreimonenq@lawla.com'; 'rhubbard@lawla.com'
**Cc:** Garner, James M.; Bludworth, Darnell
**Subject:** Xavier/ Travelers

Simeon,

Please see the attached correspondence, privilege log, and second request for production of documents. Please call if you have any questions.

Kevin


Kevin M. McGlone
Sher, Garner, Cahill, Richter,
    Klein, & Hilbert
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Phone:  504-299-2133
Fax:    504-299-2300



EXHIBIT
/

8/31/2007