## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

PERTAINS TO:
**INSURANCE (XAVIER UNIVERSITY**
**OF LOUISIANA V. TRAVELERS**
**CASUALTY PROPERTY COMPANY**
**OF AMERICA NO. 06-516)**

**CIVIL ACTION**

**NO. 05-4182**

**SECTION "K" MAG "2"**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PRIVILEGE LOG

NOW COMES, through undersigned counsel, Plaintiff, Xavier University of Louisiana

("Xavier") who submits this privilege log of documents not produced in discovery in response to the

Requests for Production of Documents from Travelers Casualty Property Company of America.

| BATES RANGE | DATE | DESCRIPTION | PRIVILEGE ASSERTED |
|---|---|---|---|
| XULAPRIV00001-XULAPRIV00004 | September 20, 2005 | E-mail from James M. Garner to Dr. Norman Francis; copies to Tim Francis and Darnell Bludworth | Attorney-client |


EXHIBIT
2

| XULAPRIV00005 | September 29, 2005 | E-mail from James M. Garner to Calvin Tregre; copies to Tim Francis, Leopold Sher, and Darnell Bludworth | Attorney-client |
| XULAPRIV00006-XULAPRIV00007 | September 29, 2005 | E-mail from James M. Garner to Calvin Tregre; copies to Tim Francis, Leopold Sher, and Darnell Bludworth | Attorney-client |
| XULAPRIV00008-XULAPRIV00009 | October 4, 2005 | E-mail from Darnell Bludworth to Cavlin Tregre; copy to James M. Garner | Attorney-client |
| XULAPRIV00010-XULAPRIV00013 | October 6, 2005 | E-mail from James M Garner to Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00014 | October 7, 2005 | E-mail from James M. Garner to Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00015 | October 10, 2005 | E-mail from Darnell Bludworth to Calvin Tregre; copies to James M. Garner and Tim Francis | Attorney-client |
| XULAPRIV00016 | October 12, 2005 | E-mail from James M. Garner to Calvin Tregre and Dr. Norman C. Francis; copies to Darnell Bludworth, Tim Francis, and Kevin McGlone | Attorney-client |

2

| XULAPRIV00017 | October 13, 2005 | E-mail from Sherry Rowzee to Dr. Norman Francis and Calvin Tregre | Attorney-client |
|---|---|---|---|
| XULAPRIV00018-XULAPRIV00021 | October 13, 2005 | E-mail from Sherry Rowzee to Dr. Norman Francis and Calvin Tregre | Attorney-client |
| XULAPRIV00022-XULAPRIV00029 | October 13, 2005 | E-mail from Sherry Rowzee to Calvin Tregre | Attorney-client |
| XULAPRIV00030 | October 13, 2005 | E-mail from James M. Garner to Calvin Tregre and Dr. Norman C. Francis; copies to Darnell Bludworth, Tim Francis, and Kevin McGlone | Attorney-client |
| XULAPRIV00031 | October 14, 2005 | E-mail from James M. Garner to Calvin Tregre; copies to Dr. Norman C. Francis, Darnell Bludworth, and Tim Francis | Attorney-client |
| XULAPRIV00032 | October 19, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00033 | October 19, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |

3

| | | | |
|---|---|---|---|
| XULAPRIV00034 | October 21, 2005 | E-mail from Kevin McGlone to Dr. Norman C. Francis and Calvin Tregre; copies to James M. Garner, Darnell Bludworth, and Tim Francis | Attorney-client |
| XULAPRIV00035 | October 22, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth, Tim Francis, and Kevin McGlone | Attorney-client |
| XULAPRIV00036-XULAPRIV00037 | October 24, 2005 | E-mail from Calvin Tregre to James M. Garner; copies to Dr. Norman C. Francis, Darnell Bludworth, Tim Francis, and Kevin McGlone | Attorney-client |
| XULAPRIV00038-XULAPRIV00039 | October 24, 2005 | E-mail from James M. Garner to Calvin Tregre; copies to Dr. Norman C. Francis, Darnell Bludworth, Tim Francis, and Kevin McGlone | Attorney-client |
| XULAPRIV00040-XULAPRIV00041 | October 31, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00042-XULAPRIV00043 | November 2, 2005 | E-mail from Darnell Bludworth to Calvin Tregre; copies to Dr. Norman C. Francis and James M. Garner | Attorney-client |

4

| XULAPRIV00044-XULAPRIV00045 | November 14, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth, Tim Francis, and Kevin McGlone | Attorney-client |
|---|---|---|---|
| XULAPRIV00046 | November 29, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00047 | November 29, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00048-XULAPRIV00049 | December 6, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00050-XULAPRIV00051 | December 6, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00052-XULAPRIV00053 | December 8, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Marion Bracy, Tim Francis, and Darnell Bludworth | Attorney-client |

| XULAPRIV00054-XULAPRIV00055 | December 8, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
|---|---|---|---|
| XULAPRIV00056-XULAPRIV00058 | December 8, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00059 | December 8, 2005 | Email from James Garner to Dr. Norman Francis and Calvin Tregre; copies to Tim Francis and Darnell Bludworth | Attorney-client |
| XULAPRIV00060-XULAPRIV00062 | December 12, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00063 | December 13, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00064-XULAPRIV00066 | December 16, 2005 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
| XULAPRIV00067 | December 20, 2005 | E-mail from Darnell Bludworth to Dr. Norman C. Francis | Attorney-client |

| XULAPRIV00068 | December 21, 2005 | E-mail from Darnell Bludworth to Dr. Norman C. Francis and Calvin Tregre; copy to James M. Garner | Attorney-client |
|---|---|---|---|
| XULAPRIV00069 | December 21, 2005 | E-mail from Darnell Bludworth to Marion Bracy | Attorney-client |
| XULAPRIV00070-XULAPRIV00071 | December 21, 2005 | E-mail from Darnell Bludworth to Marion Bracy | Attorney-client |
| XULAPRIV00072-XULAPRIV00075 | January 2, 2006 | E-mail from Calvin Tregre to Darnell Bludworth | Attorney-client |
| XULAPRIV00076-XULAPRIV00077 | January 4, 2006 | E-mail from Darnell Bludworth to Calvin Tregre | Attorney-client |
| XULAPRIV00078-XULAPRIV00080 | January 4, 2006 | E-mail from Calvin Tregre to Darnell Bludworth | Attorney-client |
| XULAPRIV00081-XULAPRIV00083 | January 4, 2006 | E-mail from Darnell Bludworth to Calvin Tregre | Attorney-client |
| XULAPRIV00084-XULAPRIV00087 | January 13, 2006 | E-mail from Darnell Bludworth to Dr. Norman C. Francis and Calvin Tregre; copy to James M Garner | Attorney-client |
| XULAPRIV00088 | January 16, 2006 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |

| XULAPRIV00089-<br>XULAPRIV00091 | January 16, 2006 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |
|---|---|---|---|
| XULAPRIV00092-<br>XULAPRIV00093 | January 19, 2006 | E-mail from Darnell Bludworth to Calvin Tregre; copy to James M. Garner | Attorney-client |
| XULAPRIV00094-<br>XULAPRIV00099 | January 20, 2006 | E-mail from Calvin Tregre to Darnell Bludworth; copy to James M. Garner | Attorney-client |
| XULAPRIV00100-<br>XULAPRIV00104 | January 20, 2006 | E-mail from Darnell Bludworth to Calvin Tregre; copy to James M. Garner | Attorney-client |
| XULAPRIV00105 | January 23, 2006 | Letter from James M. Garner to Dr. Norman C. Francis | Attorney-client |
| XULAPRIV00106-<br>XULAPRIV00107 | January 26, 2006 | E-mail from Darnell Bludworth to Calvin Tregre; copy to James M. Garner | Attorney-client |
| XULAPRIV00108-<br>XULAPRIV00114 | January 29, 2006 | E-mail from James M. Garner to Tim Francis and Dr. Norman C. Francis; copy to Darnell Bludworth | Attorney-client |
| XULAPRIV00115-<br>XULAPRIV00129 | February 1, 2006 | E-mail from James M. Garner to Dr. Norman C. Francis and Calvin Tregre; copies to Darnell Bludworth and Tim Francis | Attorney-client |

8

| XULAPRIV00130-XULAPRIV00131 | February 2, 2006 | E-mail from Calvin Tregre to James M. Garner; copies to Dr. Norman C. Francis, Darnell Bludworth, Tim Francis, and Marion Bracy | Attorney-client |
|---|---|---|---|
| XULAPRIV00132 | February 2, 2006 | E-mail from James M. Garner to Calvin Tregre; copies to Dr. Norman C. Francis, Darnell Bludworth, Tim Francis, and Marion Bracy | Attorney-client |

Respectfully submitted:

James M. Garner, #19589
Darnell Bludworth, #18801
Timothy B. Francis, #14973
Kevin M. McGlone, #28145
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA 70112
504-299-2100
Counsel for Xavier University of Louisiana

9

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon:

Ralph S. Hubbard, III
Simeon B. Reimonenq, Jr.
601 Poydras St., Suite 2775
New Orleans, LA   70130
Attorneys for Travelers Property Casualty Company of America

via e-mail, this 25th day of July 2007.

JAMES M. GARNER

10