UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                                NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Xavier, 06-516          JUDGE DUVAL
                                                                             MAG. WILKINSON

**ORDER ON MOTION**

APPEARANCES:  None (on the briefs)

MOTION:          Defendant's Motion to Compel Discovery, Record Doc. No. 5500

O R D E R E D:

XXX : I previously deferred ruling in part on this motion and ordered Xavier University to file and serve by July 25, 2007 a privilege log and all evidence necessary to sustain its burden concerning its assertion of any privilege or other protective doctrine. Record Doc. No. 6428. Xavier has not filed anything in response to that order. However, counsel for defendant has advised the court that the parties are attempting to resolve the remaining issues. Accordingly,

    **IT IS ORDERED** that the parties must advise me no later than **September 7, 2007** whether these issues have been resolved. If they have not, I will enter an appropriate order.

New Orleans, Louisiana, this  30th  day of August, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE