## LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

A PROFESSIONAL CORPORATION

**ATTORNEYS AT LAW**

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO

PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

RYAN G. DAVIS
SHAUN M. SMITH
ALEX P. TILLING
CHARLES R. RUMBLEY
JONATHAN B. WOMACK
HEATHER CHEESBRO
AMBER H. WATT
ANDREW R. SCHWING

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 29  AM 7: 27

LORETTA G. WHYTE
CLERK

August 28, 2007

RECEIVED
AUG 2 8 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

### *VIA FACSIMILE @ 299-2300*

Debra Fischman, Esq.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

      Re:    Kathy Rose Fischman v. State Farm Insurance Company
              USDC, No. 06-4949, Section F, Magistrate 1
              Our File No.: 29.068921

Dear Debra:

    This is to confirm our agreement yesterday at the settlement conference before Judge Wilkinson that we have agreed to settle <u>all</u> claims that Kathy Rose Fischman has against my client, State Farm, for $15,000.

    In accordance with Judge Wilkinson's order, I will have the settlement documents prepared and delivered to you upon receipt of my client's check.

                           Sincerely,

                           BURT K. CARNAHAN

BKC:mam

cc:   Magistrate Joseph C. Wilkinson, Jr. (via facsimile @ 589-7633)

        Fee_____
        Process____
        X_ Dktd____
        CtRmDep___
        Doc. No_____