Effective 4/10/06                    FINANCIAL & CIVIL ALLOTMENT SHEET              Receipt No.: 345944
                                                                                    Deputy Clerk: ____

                                                                                    AUG 29 2007

ACCOUNT CODE:                                        REGISTRY FUND:

6855XX Accounts                                      604700 Accounts
_____ - Restitution                                 _____ - Cash Bonds
_____ - U.S. Postal Service Forms                   _____ - Land Condemnation
_____ - Petty Offense                               _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
   _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
   _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00
        FILING FEES
   _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
   _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
   _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
   ✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
   _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
        COPY FEES
   _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
   _____ - Copies (.50 per page - # of pages _____) 322350
   _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
   _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
        MISCELLANEOUS ACCOUNTS
   _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
   _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
   _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
   _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
   _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
           Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
   _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
   _____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
   _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

        RECEIVED FROM (FIRM): _The O'Neil Group_
        CASE NUMBER: 05-4182          SECTION: K     plff appeal marked
        CASE TITLE: _____
        PAYMENT OF [ 455 ]   CASH ____   CHECK ✓ 4743   MONEY ORDER ____
                             SEAMAN ____ PAUPER ____   NON CASH ____

                         Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

   _____ 1. Cases requiring immediate action         _____ 6. Habeas Corpus & Other Convictions
             by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
             Orders to Show Cause, etc.               _____ 7. Petitions for Stay of Execution
   _____ 2. Class Action                                       Death Sentence
   _____ 3. Antitrust                                _____ 8. Social Security Case
   _____ 4. Patent, Trademark, Copyright             _____ 9. All Others
   _____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   _____ Yes  _____ No
Is this a RELATED CASE?        _____ Yes  _____ No     Attorney of Record _____