U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    AUG 2 9 2007

LORETTA G. WHYTE
CHARLES R. FULBRUGE III
CLERK
CLERK

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 24, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-30412 In Re: Katrina Canal
       USDC No.  2:06-CV-1885
              2:05-CV-4182


The court has granted appellant's motion to reinstate the appeal.

We request that the district court clerk certify the record within 15 days and notify this office as usual once certification is complete.


        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

                *Angelique D. Batiste*

    By: _____
        Angelique D. Batiste, Deputy Clerk
        504-310-7808


Mr Ashton R O'Dwyer Jr
Ms Kara K Miller
Ms Loretta Whyte, Clerk

MOT-2

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana    AUG 2 4 2007