# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

FILED AUG 29 2007

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK
TEL. 504-310-7700
500 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 27, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30119  In Re: Katrina Canal
    USDC No. 2:06-CV-1674
              2:06-CV-1673
               2:06-CV-1672
               2:06-CV-516
               2:06-CV-169
               2:05-CV-6323
               2:05-CV-4182

Enclosed, for the District Court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the District Court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned. (Any electronic records will be recycled)

Enclosed for the District Court and counsel is the approved bill of costs.

Also enclosed for counsel are orders entered in this case.

                              Sincerely,

                              CHARLES R. FULBRUGE III, Clerk

                    By: _____
                         Kim Folse, Deputy Clerk
                         504-310-7712

cc: (letter only)
    Honorable Stanwood R Duval Jr

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Ms Sarah House Barcellona
Mr Stephen G Bullock
Ms Laura Anne Foggan
Mr Charles C Foti Jr
Mr Alan S Gilbert
Ms Nancy B Gilbert
Mr Levon G Hovnatanian
Mr Christopher Keith Jones
Mr Steven C Judice
Mr Jay M Lonero
Mr Christopher Weldon Martin
Ms Anne W Mitchell
Mr Sean Patrick Mount
Mr Dominic J Ovella
Mr Christopher Raymond Pennison
Mr Daniel Michael Redmann
Mr Marshall M Redmon
Ms Amy R Sabrin
Mr Martin R Sadler
Ms Tiffany N Thornton
Mr John Powers Wolff III
Mr Christopher Todd Handman
Mr Steven W Usdin
Mr Joseph M Bruno
Mr Larry Dewayne Dyess
Ms Wanda Jean Edwards
Mr Norval F Elliot III
Mr John N Ellison
Mr Calvin Clifford Fayard Jr
Mr David Blayne Honeycutt
Mr Joseph J McKernan
Mr Drew A Ranier
Mr James Parkerson Roy
Mr David S Scalia
Mr Matthew D Schultz
Mr Wystan Michael Ackerman
Mr Stephen E Goldman
Mr Simeon B Reimoneng Jr
Mr Neil C Abramson
Mr Orr P Adams Jr
Ms Judy Y Barrasso
Ms Nora Tierney Bolling
Mr Richard Joseph Doren
Mr Lawrence J Duplass
Mr Neal J Favret
Mr Richard L Fenton
Mr Joseph P Guichet
Mr Ralph S Hubbard III
Mr Howard Bruce Kaplan
Mr Gregory John McDonald
Mr Daniel Winthrop Nelson
Ms Maura Z Pelleteri
Mr C Michael Pfister
Mr Harry M Reasoner
Ms Amy Michelle Seltzer
Mr Robert I Siegel
Mr Gregory P Varga
Mr David E Walle
Mr John W Waters Jr



Mr William J Wegmann Jr
Mr Edward Robert Wicker
Mr Alan J Yacoubian
Ms Marie Roach Yeates
Ms Darnell Bludworth
Mr Timothy B Francis
Mr James M Garner
Ms Lesli Danielle Harris
Mr Wayne J Lee
Mr Seth Andrew Schmeeckle
Mr Thomas Jonathan Corrington
Mr Robert G Creely
Mr Robert G Harvey Sr
Ms Tamara Kluger Jacobson
Mr Mickey P Landry
Mr Gordan J McKernan
Mr Darin J McMullen
Mr Vernon Palmer Thomas
Mr Charles Fried
Mr Kevin Michael McGlone
Mr Harry Alston Johnson III
Mr David Ryan Cannella
Ms Kelly C Bogart
Mr Rex S Heinke
Ms Gia Kim
Ms Gwendolyn Johnson Samora

P.S. to Judge Duval:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1