U. S. DISTRICT COURT
Eastern District of Louisiana
FILED  AUG 30 2007
LORETTA G. WHYTE
Clerk

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 07-30762

U.S. COURT OF APPEALS
FILED
AUG 29 2007
CHARLES R. FULBRUGE III
CLERK

In Re: UNITED STATES OF AMERICA

      Petitioner

---

Petition for Writ of Mandamus to the United States
District Court for the
Eastern District of Louisiana, New Orleans

---

Before JOLLY and PRADO, Circuit Judges.[*]

PER CURIAM:

    This petition for writ of mandamus has been filed by the government, seeking relief from the district court's order of August 24, 2007. That order appointed the Attorney General of the State of Louisiana as Guardian Ad Litem for approximately 350,000 persons who filed administrative claims against the United States for tort damages arising from flooding caused by Hurricane Katrina. The order further directs the Attorney General of Louisiana to file suit on behalf of those persons by today, August 29, 2007, under the Admiralty Extension Act and the Federal Tort Claims Act.

---

[*] This matter is being decided by a quorum because the third judge was recused. See 28 U.S.C. § 46(d).

While we do not doubt the good intentions of the district court, the district court acted without authority. Consequently, the petition for writ of mandamus is GRANTED and the referenced order is VACATED.

IT IS FURTHER ORDERED that the emergency motion to stay District Court's order of August 24, 2007 pending petition for writ of mandamus is DENIED as moot.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 29, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30762  In Re: USA
      USDC No.  2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

            By: _____
                  Peter Conners, Deputy Clerk
                  504-310-7685

cc: w/encl:
    Honorable Stanwood R Duval Jr
    Mr Eric Fleisig-Greene
    Ms Alisa Beth Klein
    Mr Mark Bernard Stern
    Mr Joseph M Bruno

MDT-1