MINUTE ENTRY
WILKINSON, M. J.
AUGUST 30, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION
                                  NO. 05-4182 "K" (2)

PERTAINS TO:                                     JUDGE DUVAL
INSURANCE, Fremin, 06-5276 c/w 06-8200 & 06-9961     MAG. WILKINSON

A preliminary conference was conducted in the referenced cases, Daniel Fremin v.
Waterstreet Insurance Company et al., 06-5276 c/w 06-8200 and 06-9961, on this date
before the undersigned magistrate judge. Participating via telephone were Chad Stelly,
representing plaintiff; Jason Verdigets, representing the flood insurance defendant only.

The conference was conducted pursuant to Paragraph VII of Case Management
Order No. 4 ("CMO No. 4"). The purpose of the conference was to craft a schedule
concerning the individual issues in the referenced Fremin cases, which were bifurcated and
referred to me by the presiding district judge. Record Doc. No. 6516.

Counsel reported that all claims against plaintiffs' all risks/wind damage insurer have
been settled and that only plaintiffs' claims against their National Flood Insurance Program
flood insurer remain in these cases. Thus, the sole basis for the inclusion of these cases in

MJSTAR:   0 : 20

the captioned Katrina Canal Breaches Consolidated Litigation – the "<u>Chehardy</u>" claim – has been dismissed.  Accordingly, the referenced three cases will now proceed as follows:

**IT IS ORDERED** that Civil Action Nos. 06-5276, 06-8200 and 06-9961 are hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes to proceed independently as a consolidated matter under lead case C.A. No. 06-5276.

The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in consolidated Civil Action Nos. 06-5276, 06-8200 and 06-9961 on the docket of lead case C.A. No. 06-5276, and <u>not</u> on the docket of C.A. No. 05-4182.

**IT IS FURTHER ORDERED** that a settlement conference in the three referenced individual cases will be conducted before me on **October 3, 2007 at 4:00 p.m.**  Plaintiff's counsel must provide defense counsel with the previously requested damage support documentation within the next two weeks, so that counsel may engage in meaningful settlement discussions and attempt to reach a compromise on their own without court participation before the scheduled settlement conference.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

<u>CLERK TO NOTIFY</u>:
HON. STANWOOD R. DUVAL, JR.