UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>PROPERTY CASUALTY COMPANY<br>OF AMERICA NO. 06-516) | |

**********************************************************************

### ORDER

Considering plaintiff's *Ex Parte* Motion to File Privilege Log, Record Doc. No. 7403,

IT IS ORDERED that said motion is hereby GRANTED and that the attached Privilege Log shall be filed into the record of this case.

New Orleans, Louisiana this __31st__ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE