UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |
| § | | |
| PERTAINS TO: § | | |
| ALL LEVEE § | | |
| ALL MRGO § | | |
| § | | |

### NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

| | | |
|---|---|---|
| AFW-091-000000001 | to | AFW-091-000002744; |
| AFW-094-000000001 | to | AFW-094-000000020; |
| AFW-161-000000001 | to | AFW-161-000002122; |
| AFW-276-000000001 | to | AFW-276-000000154; |

AFW-300-000000001 to AFW-300-000000925;
AFW-302-000000001 to AFW-302-000000897;
AFW-304-000000574 to AFW-304-000000574;
AFW-305-000000001 to AFW-305-000000220;
AFW-305-000001090 to AFW-305-000001216;
AFW-321-000000001 to AFW-321-000002215;
AFW-323-000000001 to AFW-323-000001427;
AFW-331-000000001 to AFW-331-000001816;
AFW-332-000000001 to AFW-332-000001789;
AFW-340-000000001 to AFW-340-000002586;
AFW-341-000000001 to AFW-341-000002729;
AFW-349-000000001 to AFW-349-000001273;
AFW-353-000000342 to AFW-343-000000401;
AFW-399-000000001 to AFW-399-000001711;
AFW-414-000000001 to AFW-414-000001608;
AFW-491-000000001 to AFW-491-000000152;
AFW-499-000000001 to AFW-499-000000055;
AFW-539-000000001 to AFW-539-000000449;
AFW-539-000000476 to AFW-539-000000632;
AFW-552-000004175 to AFW-552-000004234;
AFW-552-000004346 to AFW-552-000004411;
AFW-552-000004539 to AFW-552-000005172;
AFW-611-000000001 to AFW-611-000000027;
AFW-631-000000001 to AFW-631-000000225;
AFW-636-000000001 to AFW-636-000000034;
AFW-640-000000001 to AFW-640-000000072;
AFW-640-000000086 to AFW-640-000000117;
AIN-007-000000001 to AIN-007-000002083;
AIN-018-000000001 to AIN-018-000000026;
AIN-018-000000035 to AIN-018-000000274;
AIN-018-000000277 to AIN-018-000000324;
AIN-018-000000333 to AIN-018-000000345;
AIN-018-000000360 to AIN-018-000000464;
AIN-018-000000481 to AIN-018-000000484;
AIN-018-000000493 to AIN-018-000000668;
AIN-018-000000688 to AIN-018-000000922;
AIN-054-000000001 to AIN-054-000002062;
AIN-059-000000001 to AIN-059-000002874;
AIN-067-000000001 to AIN-067-000001417;
AIN-076-000000001 to AIN-076-000000103;
AIN-078-000001087 to AIN-078-000002762;
AIN-087-000000001 to AIN-087-000000771;
AIN-111-000000001 to AIN-111-000000173;

| | | |
|---|---|---|
| AIN-124-000000001 | to | AIN-124-000001890; |
| AIN-151-000000001 | to | AIN-151-000001029; |
| AIN-166-000000096 | to | AIN-166-000000380; |
| AIN-166-000000977 | to | AIN-166-000001441; |
| AIN-168-000000001 | to | AIN-168-000000785; |
| AIN-170-000000001 | to | AIN-170-000000126; |
| AIN-170-000000194 | to | AIN-170-000000204; |
| AIN-181-000000001 | to | AIN-181-000002579; |
| MVD-005-000000001 | to | MVD-005-000000303; |
| MVD-006-000000001 | to | MVD-006-000000822; |
| MVD-007-000000001 | to | MVD-007-000002641; |
| MVD-007-000002644 | to | MVD-007-000002663; |
| MVD-007-000002666 | to | MVD-007-000002689; |
| MVD-007-000002702 | to | MVD-007-000002842; |
| MVD-007-000002857 | to | MVD-007-000002994; |
| MVD-007-000002998 | to | MVD-007-000003301; |
| MVD-007-000003317 | to | MVD-007-000003837; |
| NED-003-000000001 | to | NED-003-000001439; |
| NED-005-000000001 | to | NED-005-000001215; |
| NED-016-000000001 | to | NED-016-000003656; |
| NED-021-000000001 | to | NED-021-000001509; |
| NED-032-000000001 | to | NED-032-000001232; |
| NED-042-000000001 | to | NED-042-000000003; |
| NED-042-000000008 | to | NED-042-000000009; |
| NED-042-000000040 | to | NED-042-000000096; |
| NED-042-000000105 | to | NED-042-000000151; |
| NED-042-000000186 | to | NED-042-000000275; |
| NED-043-000000001 | to | NED-043-000000273; |
| NED-043-000000522 | to | NED-043-000000626; |
| NED-043-000000678 | to | NED-043-000000757; |
| NED-043-000000766 | to | NED-043-000000778; |
| NED-043-000000883 | to | NED-043-000000889; |
| NED-043-000000892 | to | NED-043-000001216; |
| NED-043-000001230 | to | NED-043-000001240; |
| NED-047-000000001 | to | NED-047-000001256; |
| NED-051-000000001 | to | NED-051-000000858; |
| NED-051-000002592 | to | NED-051-000005033; |
| NED-058-000000275 | to | NED-058-000000282; |
| NED-064-000000001 | to | NED-064-000000002; |
| NED-064-000000040 | to | NED-064-000000042; |
| NED-064-000000051 | to | NED-064-000000054; |
| NED-064-000000066 | to | NED-064-000000126; |
| NED-064-000000671 | to | NED-064-000000683; |

| | | |
|---|---|---|
| NED-064-000000828 | to | NED-064-000000837; |
| NED-064-000000877 | to | NED-064-000000897; |
| NED-064-000000902 | to | NED-064-000000939; |
| NED-064-000001035 | to | NED-064-000001042; |
| NED-064-000001161 | to | NED-064-000002314; |
| NED-089-000000001 | to | NED-089-000003855; |
| NED-092-000000001 | to | NED-092-000003409; |
| NED-097-000000001 | to | NED-097-000002253; |
| NED-098-000000001 | to | NED-098-000002714; |
| NED-099-000000001 | to | NED-099-000002000; |
| NED-106-000000001 | to | NED-106-000000697; |
| NED-113-000000001 | to | NED-113-000000085; |
| NED-115-000000001 | to | NED-115-000000978; |
| NED-116-000000001 | to | NED-116-000002608; |
| NED-119-000000001 | to | NED-119-000001923; |
| NED-132-000001842 | to | NED-132-000006467; |
| NED-146-000000001 | to | NED-146-000002700; |
| NED-146-000002701 | to | NED-146-000002984; |
| NOP-004-000000001 | to | NOP-004-000002223; |
| NOP-005-000000001 | to | NOP-005-000002964; |
| NOP-007-000000001 | to | NOP-007-000002877; |
| NOP-015-000000001 | to | NOP-015-000003010; |
| NOP-017-000000001 | to | NOP-017-000002658; |
| NPM-001-000000001 | to | NPM-001-000005453; |
| NPM-073-000000001 | to | NPM-073-000002162; |
| NRG-001-000000001 | to | NRG-001-000001977; |
| NRG-002-000000001 | to | NRG-002-000002455; |
| NRG-005-000000001 | to | NRG-005-000002704; |
| NRG-006-000000001 | to | NRG-006-000002364; |
| NRG-008-000000001 | to | NRG-008-000001874; |
| NRG-009-000000001 | to | NRG-009-000000222; |
| NRG-010-000000001 | to | NRG-010-000000027; |
| NRG-010-000000030 | to | NRG-010-000000053; |
| NRG-010-000000056 | to | NRG-010-000001019; |
| NRG-010-000001023 | to | NRG-010-000001023; |
| NRG-010-000001030 | to | NRG-010-000001187; |
| NRG-010-000001202 | to | NRG-010-000001966; |
| NRG-010-000001970 | to | NRG-010-000002586; |
| NRG-011-000000001 | to | NRG-011-000001667; |
| NRG-012-000000001 | to | NRG-012-000003106; |
| NRG-013-000000001 | to | NRG-013-000002149; |
| NRG-014-000000001 | to | NRG-014-000000235; |
| NRG-016-000000001 | to | NRG-016-000000051; |

|  |  |  |
|---|---|---|
| NRG-018-000000001 | to | NRG-018-000000345; |
| NRG-018-000000348 | to | NRG-018-000000438; |
| NRG-018-000000441 | to | NRG-018-000000557; |
| NRG-018-000000705 | to | NRG-018-000001024; |
| NRG-018-000001107 | to | NRG-018-000002337; |
| NRG-019-000000007 | to | NRG-019-000001344; |
| NRG-019-000001384 | to | NRG-019-000002662; |
| NRG-021-000000001 | to | NRG-021-000000583; |
| NRG-021-000000608 | to | NRG-021-000000624; |
| NRG-059-000000001 | to | NRG-059-000000031; |
| NRG-060-000000001 | to | NRG-060-000001204; |
| NRG-064-000000383 | to | NRG-064-000002193; |
| NRG-064-000002202 | to | NRG-064-000002603; |
| NRG-064-000002607 | to | NRG-064-000002771; |
| PET-007-000000001 | to | PET-007-000000578; |
| PET-009-000000001 | to | PET-009-000001927; |
| PET-013-000000001 | to | PET-013-000001985; |
| PET-014-000000001 | to | PET-014-000001560; |
| PET-018-000000001 | to | PET-018-000002577; |
| PET-021-000000001 | to | PET-021-000000284; |
| PET-023-000000001 | to | PET-023-000000737; |
| PET-024-000000001 | to | PET-024-000001748; |
| VRG-002-000000001 | to | VRG-002-000001785; |
| VRG-005-000000001 | to | VRG-005-000000664. |

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

|  |  |  |
|---|---|---|
| ERD-020-000000001 | to | ERD-020-000003567; |
| ERD-021-000000001 | to | ERD-021-000000191; |

|  |  |  |
|---|---|---|
| IWN-001-000000001 | to | IWN-001-000000012; |
| IWR-001-000000001 | to | IWR-001-000020300. |

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: August 31, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on August 31, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

                                                s/ Paul Marc Levine
                                                PAUL MARC LEVINE