**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| IWN | 001 | IWN-001-000000001 | IWN-001-000000012 | USACE; IWR | Paul Scodari | KC131 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Hurricane Protection Decision Chronology Source Files |
| IWR | 001 | IWR-001-000000001 | IWR-001-000020300 | USACE; IWR | Paul Scodari | KC131 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Hurricane Protection Decision Chronology Source Files |
| AFW | 091 | AFW-091-000000001 | AFW-091-000002744 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC147 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 590) from June 2007 Review and Select Production |
| AFW | 094 | AFW-094-000000001 | AFW-094-000000020 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC147 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 593) from June 2007 Review and Select Production |
| AFW | 161 | AFW-161-000000001 | AFW-161-000002122 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC147 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 702) from June 2007 Review and Select Production |
| AFW | 276 | AFW-276-000000001 | AFW-276-000000154 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC147 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 847) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 300 | AFW-300-000000001 | AFW-300-000000925 | USACE; MVD; MVN; LMNIM-SM | Marilyn O. Sullen | KC147 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 764) from June 2007 Review and Select Production |
| AFW | 302 | AFW-302-000000001 | AFW-302-000000897 | USACE; MVD; MVN; LMNIM-SM | Marilyn O. Sullen | KC147 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 760) from June 2007 Review and Select Production |
| AFW | 304 | AFW-304-000000574 | AFW-304-000000574 | USACE; MVD; MVN; LMNIM-SM | Marilyn O. Sullen | KC148 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 767) from June 2007 Review and Select Production |
| AFW | 305 | AFW-305-000000001 | AFW-305-000000220 | USACE; MVD; MVN; LMNIM-SM | Marilyn O. Sullen | KC148 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 768) from June 2007 Review and Select Production |
| AFW | 305 | AFW-305-000001090 | AFW-305-000001216 | USACE; MVD; MVN; LMNIM-SM | Marilyn O. Sullen | KC148 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 768) from June 2007 Review and Select Production |
| AFW | 321 | AFW-321-000000001 | AFW-321-000002215 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC148 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 784) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 323 | AFW-323-000000001 | AFW-323-000001427 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC148 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 786) from June 2007 Review and Select Production |
| AFW | 349 | AFW-349-000000001 | AFW-349-000001273 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC148 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 749) from June 2007 Review and Select Production |
| AFW | 331 | AFW-331-000000001 | AFW-331-000001816 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC149 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 757) from June 2007 Review and Select Production |
| AFW | 332 | AFW-332-000000001 | AFW-332-000001789 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC149 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 744) from June 2007 Review and Select Production |
| AFW | 340 | AFW-340-000000001 | AFW-340-000002586 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC149 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 755) from June 2007 Review and Select Production |
| AFW | 341 | AFW-341-000000001 | AFW-341-000002729 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC149 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 756) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 353 | AFW-353-000000342 | AFW-343-000000401 | USACE; MVD; MVN; LMNAS-M | Marilyn O. Sullen | KC149 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 735) from June 2007 Review and Select Production |
| AFW | 399 | AFW-399-000000001 | AFW-399-000001711 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 862) from June 2007 Review and Select Production |
| AFW | 414 | AFW-414-000000001 | AFW-414-000001608 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 878) from June 2007 Review and Select Production |
| AFW | 491 | AFW-491-000000001 | AFW-491-000000152 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1001) from June 2007 Review and Select Production |
| AFW | 499 | AFW-499-000000001 | AFW-499-000000055 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1086) from June 2007 Review and Select Production |
| AFW | 539 | AFW-539-000000001 | AFW-539-000000449 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1126) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 539 | AFW-539-000000476 | AFW-539-000000632 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1126) from June 2007 Review and Select Production |
| AFW | 552 | AFW-552-000004175 | AFW-552-000004234 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1145) from June 2007 Review and Select Production |
| AFW | 552 | AFW-552-000004346 | AFW-552-000004411 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1145) from June 2007 Review and Select Production |
| AFW | 552 | AFW-552-000004539 | AFW-552-000005172 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1145) from June 2007 Review and Select Production |
| AFW | 611 | AFW-611-000000001 | AFW-611-000000027 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1152) from June 2007 Review and Select Production |
| AFW | 631 | AFW-631-000000001 | AFW-631-000000225 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1205) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 640 | AFW-640-000000001 | AFW-640-000000072 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1199) from June 2007 Review and Select Production |
| AFW | 640 | AFW-640-000000086 | AFW-640-000000117 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1199) from June 2007 Review and Select Production |
| AIN | 067 | AIN-067-000000001 | AIN-067-000001417 | USACE;MVD;MVN; Planning Division | Veronica Williams | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 67) from June 2007 Review and Select Production |
| AIN | 076 | AIN-076-000000001 | AIN-076-000000103 | USACE;MVD;MVN; Planning Division | Veronica Williams | KC150 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 76) from June 2007 Review and Select Production |
| AFW | 636 | AFW-636-000000001 | AFW-636-000000034 | USACE; MVD; MVN; CELMN-IM-SM | Marilyn O. Sullen | KC151 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1166) from June 2007 Review and Select Production |
| AIN | 007 | AIN-007-000000001 | AIN-007-000002083 | USACE;MVD;MVN; Economic and Social Analysis | Veronica Williams | KC151 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 7) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 018 | AIN-018-000000001 | AIN-018-000000026 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| AIN | 018 | AIN-018-000000035 | AIN-018-000000274 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| AIN | 018 | AIN-018-000000277 | AIN-018-000000324 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| AIN | 018 | AIN-018-000000333 | AIN-018-000000345 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| AIN | 018 | AIN-018-000000360 | AIN-018-000000464 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| AIN | 018 | AIN-018-000000481 | AIN-018-000000484 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 018 | AIN-018-000000493 | AIN-018-000000668 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| AIN | 018 | AIN-018-000000688 | AIN-018-000000922 | USACE;MVD;MVN; CELMN-ED-SR; Design Service Branch | Frank Gagliano | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 18) from June 2007 Review and Select Production |
| AIN | 054 | AIN-054-000000001 | AIN-054-000002062 | USACE;MVD;MVN; CELMN-ED-SP; Design Service Branch | Ernest Barton | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 54) from June 2007 Review and Select Production |
| AIN | 059 | AIN-059-000000001 | AIN-059-000002874 | USACE;MVD;MVN; CELMN-ED-SP; Design Service Branch | Ernest Barton | KC152 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 59) from June 2007 Review and Select Production |
| AIN | 078 | AIN-078-000001087 | AIN-078-000002762 | USACE;MVD;MVN; CELMN-ED-SP; Design Service Branch | Ernest Barton | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 78) from June 2007 Review and Select Production |
| AIN | 087 | AIN-087-000000001 | AIN-087-000000771 | USACE;MVD;MVN; CELMN-ED-PN | Emma Caplands | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 87) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 111 | AIN-111-000000001 | AIN-111-000000173 | USACE;MVD;MVN; Planning Division | Veronica Williams | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 111) from June 2007 Review and Select Production |
| AIN | 124 | AIN-124-000000001 | AIN-124-000001890 | USACE;MVD;MVN; CPMB | Rodney Pittman | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 493) from June 2007 Review and Select Production |
| AIN | 151 | AIN-151-000000001 | AIN-151-000001029 | USACE;MVD;MVN; CPMB | Rodney Pittman | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 507) from June 2007 Review and Select Production |
| AIN | 166 | AIN-166-000000096 | AIN-166-000000380 | USACE;MVD;MVN; CPMB | Rodney Pittman | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 537) from June 2007 Review and Select Production |
| AIN | 166 | AIN-166-000000977 | AIN-166-000001441 | USACE;MVD;MVN; CPMB | Rodney Pittman | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 537) from June 2007 Review and Select Production |
| AIN | 168 | AIN-168-000000001 | AIN-168-000000785 | USACE;MVD;MVN; CELMN-PM-P | Rodney Pittman | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 539) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 170 | AIN-170-000000001 | AIN-170-000000126 | USACE;MVD;MVN; CEMVN-PM-P | C. Williams | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 541) from June 2007 Review and Select Production |
| AIN | 170 | AIN-170-000000194 | AIN-170-000000204 | USACE;MVD;MVN; CEMVN-PM-P | C. Williams | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 541) from June 2007 Review and Select Production |
| AIN | 181 | AIN-181-000000001 | AIN-181-000002579 | USACE;MVD;MVN; Planning Division | Veronica Williams | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 57) from June 2007 Review and Select Production |
| NED | 005 | NED-005-000000001 | NED-005-000001215 | USACE;MVD;MVN; CE-ED-H | Nancy Powell | KC153 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 175) from June 2007 Review and Select Production |
| MVD | 005 | MVD-005-000000001 | MVD-005-000000303 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1348) from July 2007 Review and Select Production |
| MVD | 006 | MVD-006-000000001 | MVD-006-000000822 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1336) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MVD | 007 | MVD-007-000000001 | MVD-007-000002641 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |
| MVD | 007 | MVD-007-000002644 | MVD-007-000002663 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |
| MVD | 007 | MVD-007-000002666 | MVD-007-000002689 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |
| MVD | 007 | MVD-007-000002702 | MVD-007-000002842 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |
| MVD | 007 | MVD-007-000002857 | MVD-007-000002994 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |
| MVD | 007 | MVD-007-000002998 | MVD-007-000003301 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| MVD | 007 | MVD-007-000003317 | MVD-007-000003837 | USACE;MVD | Mississippi River Commission | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1322) from July 2007 Review and Select Production |
| NED | 003 | NED-003-000000001 | NED-003-000001439 | USACE;MVD;MVN; CE-ED-H | Nancy Powell | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 185) from June 2007 Review and Select Production |
| NED | 016 | NED-016-000000001 | NED-016-000003656 | USACE;MVD;MVN; CE-ED-H | Nancy Powell | KC154 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 177) from June 2007 Review and Select Production |
| NED | 021 | NED-021-000000001 | NED-021-000001509 | USACE;MVD;MVN; CE-ED-H | Nancy Powell | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 186) from June 2007 Review and Select Production |
| NED | 032 | NED-032-000000001 | NED-032-000001232 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 130) from June 2007 Review and Select Production |
| NED | 042 | NED-042-000000001 | NED-042-000000003 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 460) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 042 | NED-042-000000008 | NED-042-000000009 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 460) from June 2007 Review and Select Production |
| NED | 042 | NED-042-000000040 | NED-042-000000096 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 460) from June 2007 Review and Select Production |
| NED | 042 | NED-042-000000105 | NED-042-000000151 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 460) from June 2007 Review and Select Production |
| NED | 042 | NED-042-000000186 | NED-042-000000275 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 460) from June 2007 Review and Select Production |
| NED | 043 | NED-043-000000001 | NED-043-000000273 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 331) from June 2007 Review and Select Production |
| NED | 043 | NED-043-000000522 | NED-043-000000626 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 331) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 043 | NED-043-000000678 | NED-043-000000757 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 331) from June 2007 Review and Select Production |
| NED | 043 | NED-043-000000766 | NED-043-000000778 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 331) from June 2007 Review and Select Production |
| NED | 043 | NED-043-000000883 | NED-043-000000889 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 331) from June 2007 Review and Select Production |
| NED | 043 | NED-043-000000892 | NED-043-000001216 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 331) from June 2007 Review and Select Production |
| NED | 043 | NED-043-000001230 | NED-043-000001240 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 331) from June 2007 Review and Select Production |
| NED | 047 | NED-047-000000001 | NED-047-000001256 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 280) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 058 | NED-058-000000275 | NED-058-000000282 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 281) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000000001 | NED-064-000000002 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000000040 | NED-064-000000042 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000000051 | NED-064-000000054 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000000066 | NED-064-000000126 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000000671 | NED-064-000000683 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 064 | NED-064-000000828 | NED-064-000000837 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000000877 | NED-064-000000897 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000000902 | NED-064-000000939 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000001035 | NED-064-000001042 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 064 | NED-064-000001161 | NED-064-000002314 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 290) from June 2007 Review and Select Production |
| NED | 092 | NED-092-000000001 | NED-092-000003409 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC155 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 146) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 051 | NED-051-000000001 | NED-051-000000858 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC156 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 276) from June 2007 Review and Select Production |
| NED | 051 | NED-051-000002592 | NED-051-000005033 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC156 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 276) from June 2007 Review and Select Production |
| NED | 089 | NED-089-000000001 | NED-089-000003855 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC156 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 122) from June 2007 Review and Select Production |
| NED | 098 | NED-098-000000001 | NED-098-000002714 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC157 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 424) from June 2007 Review and Select Production |
| NED | 099 | NED-099-000000001 | NED-099-000002000 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC157 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 338) from June 2007 Review and Select Production |
| NED | 106 | NED-106-000000001 | NED-106-000000697 | USACE;MVD;MVN; CEMVN-ED-LW | Tommy Dorcey | KC157 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 340) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 113 | NED-113-000000001 | NED-113-000000085 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC157 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 442) from June 2007 Review and Select Production |
| NED | 097 | NED-097-000000001 | NED-097-000002253 | USACE;MVD;MVN; CEMVN-ED-LW | Rick Broussard | KC158 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 151) from June 2007 Review and Select Production |
| NED | 115 | NED-115-000000001 | NED-115-000000978 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC158 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 365) from June 2007 Review and Select Production |
| NED | 116 | NED-116-000000001 | NED-116-000002608 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC158 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 455) from June 2007 Review and Select Production |
| NED | 119 | NED-119-000000001 | NED-119-000001923 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC158 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 481) from June 2007 Review and Select Production |
| NED | 132 | NED-132-000001842 | NED-132-000006467 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC159 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 448) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 004 | NOP-004-000000001 | NOP-004-000002223 | USACE;MVD;MVN;OD-T | KC Clark | KC160 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 482) from June 2007 Review and Select Production |
| NOP | 005 | NOP-005-000000001 | NOP-005-000002964 | USACE;MVD;MVN;OD-T | KC Clark | KC160 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 468) from June 2007 Review and Select Production |
| NOP | 007 | NOP-007-000000001 | NOP-007-000002877 | USACE;MVD;MVN;OD-G | Jane Brown | KC160 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 136) from June 2007 Review and Select Production |
| NOP | 015 | NOP-015-000000001 | NOP-015-000003010 | USACE;MVD;MVN;OD-G | Jane Brown | KC160 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 211) from June 2007 Review and Select Production |
| NOP | 017 | NOP-017-000000001 | NOP-017-000002658 | USACE;MVD;MVN;OD-T | Ed Creef | KC161 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 170) from June 2007 Review and Select Production |
| NPM | 001 | NPM-001-000000001 | NPM-001-000005453 | USACE;MVD;MVN;CEMNV-PM | Larry Poindexter | KC161 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 450) from June 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 073 | NPM-073-000000001 | NPM-073-000002162 | USACE;MVD;MVN; PM-P | Gary Hawkins | KC161 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 268) from July 2007 Review and Select Production |
| NRG | 001 | NRG-001-000000001 | NRG-001-000001977 | USACE;MVD;MVN | Not Available | KC162 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1219) from July 2007 Review and Select Production |
| NRG | 002 | NRG-002-000000001 | NRG-002-000002455 | USACE;MVD;MVN | Not Available | KC162 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1274) from July 2007 Review and Select Production |
| NRG | 005 | NRG-005-000000001 | NRG-005-000002704 | USACE;MVD;MVN | Not Available | KC162 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1256) from July 2007 Review and Select Production |
| NRG | 006 | NRG-006-000000001 | NRG-006-000002364 | USACE;MVD;MVN | Not Available | KC162 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1249) from July 2007 Review and Select Production |
| NRG | 008 | NRG-008-000000001 | NRG-008-000001874 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1275) from July 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 009 | NRG-009-000000001 | NRG-009-000000222 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1261) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000000001 | NRG-010-000000027 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000000030 | NRG-010-000000053 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000000056 | NRG-010-000001019 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000001023 | NRG-010-000001023 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000001030 | NRG-010-000001187 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 010 | NRG-010-000001202 | NRG-010-000001966 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 010 | NRG-010-000001970 | NRG-010-000002586 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1214) from July 2007 Review and Select Production |
| NRG | 011 | NRG-011-000000001 | NRG-011-000001667 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1273) from July 2007 Review and Select Production |
| NRG | 012 | NRG-012-000000001 | NRG-012-000003106 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1217) from July 2007 Review and Select Production |
| NRG | 013 | NRG-013-000000001 | NRG-013-000002149 | USACE;MVD;MVN | Not Available | KC163 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1279) from July 2007 Review and Select Production |
| NRG | 014 | NRG-014-000000001 | NRG-014-000000235 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1258) from July 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 016 | NRG-016-000000001 | NRG-016-000000051 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1251) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000001 | NRG-018-000000345 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000348 | NRG-018-000000438 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000441 | NRG-018-000000557 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000000705 | NRG-018-000001024 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |
| NRG | 018 | NRG-018-000001107 | NRG-018-000002337 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1242) from July 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 019 | NRG-019-000000007 | NRG-019-000001344 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1282) from July 2007 Review and Select Production |
| NRG | 019 | NRG-019-000001384 | NRG-019-000002662 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1282) from July 2007 Review and Select Production |
| NRG | 021 | NRG-021-000000001 | NRG-021-000000583 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1225) from July 2007 Review and Select Production |
| NRG | 021 | NRG-021-000000608 | NRG-021-000000624 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1225) from July 2007 Review and Select Production |
| NRG | 059 | NRG-059-000000001 | NRG-059-000000031 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1238) from July 2007 Review and Select Production |
| NRG | 060 | NRG-060-000000001 | NRG-060-000001204 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1287) from July 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NRG | 064 | NRG-064-000000383 | NRG-064-000002193 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1280) from July 2007 Review and Select Production |
| NRG | 064 | NRG-064-000002202 | NRG-064-000002603 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1280) from July 2007 Review and Select Production |
| NRG | 064 | NRG-064-000002607 | NRG-064-000002771 | USACE;MVD;MVN | Not Available | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1280) from July 2007 Review and Select Production |
| PET | 007 | PET-007-000000001 | PET-007-000000578 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC164 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 260) from June 2007 Review and Select Production |
| PET | 009 | PET-009-000000001 | PET-009-000001927 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC165 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 165) from June 2007 Review and Select Production |
| PET | 013 | PET-013-000000001 | PET-013-000001985 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC165 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 252) from June 2007 Review and Select Production |

8/31/2007

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PET | 014 | PET-014-000000001 | PET-014-000001560 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC165 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 327) from June 2007 Review and Select Production |
| PET | 021 | PET-021-000000001 | PET-021-000000284 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC165 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 187) from June 2007 Review and Select Production |
| PET | 023 | PET-023-000000001 | PET-023-000000737 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC165 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 172) from June 2007 Review and Select Production |
| PET | 024 | PET-024-000000001 | PET-024-000001748 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC165 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 292) from June 2007 Review and Select Production |
| PET | 018 | PET-018-000000001 | PET-018-000002577 | USACE;MVD;MVN; ED-LS | Melvin Ray | KC166 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 251) from June 2007 Review and Select Production |
| VRG | 002 | VRG-002-000000001 | VRG-002-000001785 | USACE;MVD;MVV; MRC/LMVD | Helen Melsheimer | KC167 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1362) from August 2007 Review and Select Production |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| VRG | 005 | VRG-005-000000001 | VRG-005-000000664 | USACE;MVD;MVV; C/EMVD-IM-TO | Jerry Dean | KC167 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1360) from August 2007 Review and Select Production |
| NED | 146 | NED-146-000000001 | NED-146-000002700 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC168 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 457) from June 2007 Review and Select Production |
| NED | 146 | NED-146-000002701 | NED-146-000002984 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC169 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 457) from June 2007 Review and Select Production |
| ERD | 020 | ERD-020-000000001 | ERD-020-000003567 | USACE;ERDC | Deborah Carpenter | KC170 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ERDC CHL Reports |
| ERD | 021 | ERD-021-000000001 | ERD-021-000000191 | USACE;ERDC | Deborah Carpenter | KC170 | 8/31/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ERDC CHL Report |