UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> _____ <br> <br> PERTAINS TO:  LEVEE <br>     *Sims*, 06-5116 <br>     *Richard*, 06-5118 <br>     *DePass*, 06-5127 <br>     *Adams*, 06-5128 <br>     *Bourgeois*, 06-5131 <br>     *Ferdinand*, 06-5132 <br>     *Christophe*, 06-5134 <br>     *Williams*, 06-5137 <br>     *Porter*, 06-5140 <br>     *Augustine*, 06-5142 <br> _____ | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**DEFENDANT UNITED STATES' CONSENT MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM
EXCEEDING TEN PAGES IN LENGTH**

Defendant United States hereby respectfully requests leave to file a 14-page reply brief in support of its Motion to Dismiss. The Court previously granted leave to file a Reply Memorandum.

Plaintiffs' counsel has consented the filing of an over-length reply.

Pursuant to Local Rule 7.3E, a proposed Order is provided.

    Respectfully submitted,

s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4448 / (202) 616-5200 (Fax)
Attorney for the Defendant United States

## CERTIFICATE OF SERVICE

I certify that on August 31, 2007, I served a true copy of the foregoing United States' Consent Motion for Leave to File upon all counsel of record by ECF.

                                s/ Robin D. Smith
                                    Robin D. Smith