**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  LEVEE | § | |
| *Sims, 06-5116* | § | |
| *Richard, 06-5118* | § | |
| *DePass, 06-5127* | § | |
| *Adams, 06-5128* | § | |
| *Bourgeois, 06-5131* | § | |
| *Ferdinand, 06-5132* | § | |
| *Christophe, 06-5134* | § | |
| *Williams, 06-5137* | § | |
| *Porter, 06-5140* | § | |
| *Augustine, 06-5142* | § | |
| _____ | § | |

**<u>ORDER</u>**

Having considered the United States' Consent Motion for Leave to File a 14-page Reply

Memorandum, and for good cause shown, it is hereby ORDERED that the Motion for Leave to

File is GRANTED.  The Clerk is directed to file the United States' 14-page Reply Memorandum in Support of Its Motion to Dismiss.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE