UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:   06-3799  *Sean Goodman*<br>INSURANCE CLAIMS | * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED MOTION TO SUBSTITUTE COUNSEL

Defendant ROBERT SHEARD INSURANCE AGENCY, INC., respectfully moves to substitute Rebecca L. Denton of Best Koeppel, APLC as ROBERT SHEARD INSURANCE AGENCY, INC.'s co-counsel of record in this proceeding in place of Susan R. Laporte.

Respectfully submitted,

BEST KOEPPEL, A.P.L.C.

s/ Peter S. Koeppel
PETER S. KOEPPEL, La. Bar No. 1465
REBECCA L. DENTON, La. Bar No. 19315
2030 St. Charles Avenue
New Orleans, Louisiana
(504) 598-1000
Attorneys for Fidelity National Insurance Company
and Robert Sheard Insurance Agency, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served on all counsel of record Electronic Case Filing, on this 4TH day of September, 2007.

s/Peter S. Koeppel

1