UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>JUDGE DUVAL |
| PERTAINS TO:<br>LEVEE (07-4543)<br>MRGO (07-4543) | MAG. 2 (WILKINSON) |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel comes plaintiff, Church Mutual Insurance Company ("CMIC") and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E, files its Corporate Disclosure Statement as follows:

CMIC is a mutual insurance company, owned by its customers, which number more than 97,000 religious institutions of all denominations. It is not affiliated with any denomination or other organization and no one institution owns any interest greater than its pro-rata share of premiums paid.

Respectfully submitted:

/s/ John J. Danna, Jr.
JAMES R. SUTTERFIELD, T.A. (#12597)
JOHN J. DANNA, JR. (#28894)
650 Poydras Street, Suite 2715
New Orleans, Louisiana 70130
Telephone:   (504) 598-2715
Facsimile:   (504) 529-7197
jsutterfield@swslaw.com
jdanna@swslaw.com
ATTORNEYS FOR CHURCH MUTUAL
INSURANCE COMPANY

**OF COUNSEL**
**SUTTERFIELD & WEBB, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2007, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send notice of electronic filing to all counsel who have chosen to be notified via electronic mail. I further certify that I have sent the foregoing to Harold V. Dutton, Jr. and William J. Luscy, III via first class U.S. Mail, properly addressed and postage prepaid.

/s/ John J. Danna, Jr.
JOHN J. DANNA, JR.

2