UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

| | |
|---|---|
| **GWEN BURK,** *ET AL* | DOCKET NUMBER: 05-4182 c/f 06-7846 |
| VERSUS | |
| | SECTION K |
| **SCOTTSDALE INSURANCE COMPANY,** *ET AL* | MAGISTRATE 2 |
| | PERTAINS TO INSURANCE |

### STIPULATION OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiffs, Gwen Burk wife of/and William R. Burk, IV, hereby notice that dismissal without prejudice of all claims filed against the fictitious defendant, E&O Insurer, under civil action number 06-7846.  The stipulation is signed by counsel for all parties who remain in the action.

| | |
|---|---|
| Respectfully Submitted by Attorneys for the Plaintiffs, Gwen Burk wife of/and William R. Burk, IV: | Respectfully Submitted by Attorneys for the Defendant, Scottsdale Insurance Company: |
| s/ William B. Gordon | s/ Cynthia J. Thomas |
| **JOHN A. VENEZIA (#23963) T.A.** | **CYNTHIA J. THOMAS (#22631)** |
| **WILLIAM B. GORDON, III (#28056)** | Galloway, Johnson, Tompkins, Burr & Smith |
| The Law Office of John A. Venezia (APLC) | Three Sanctuary Blvd., Ste. 301 |
| 110 Veterans Boulevard, Suite 330 | Mandeville, LA 70471 |
| Metairie, Louisiana 70005 | Telephone: 985.674.6680 |
| Telephone: 504.486.3910 | Facsimile: 985.674-6681 |
| Facsimile: 504.486.3913 | Email: cthomas@gjtbs.com |
| Email: william@venezialaw.net | |

## CERTIFICATE OF SERVICE

I hereby certify that upon filing of this pleading, a copy of the pleading will be sent to all counsel of record *via* notices through the Court's ECF/CM system.

s/ William B. Gordon

William B. Gordon