**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 216 | NED-216-000000001 | NED-216-000002068 | USACE; MVD; MVN; Civil Engineering | Ann Aucoin | KC172 | 9/4/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Orthophotography flown in 2006 |