## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |

**PERTAINS TO:**
>  06-4389
>  06-6099
>  06-5786

### EX PARTE MOTION BY ASHTON O'DWYER FOR
### LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

**COMES NOW** Ashton O'Dwyer, counsel of record for certain plaintiffs in these consolidated proceedings, and moves This Honorable Court for leave to file a Supplemental Memorandum in Support of his Motion for (1) Entry of Rule 54(b) Judgment, (2) to Stay Execution of Judgment Pending Appeal, and (3) Dispensing with Security Pending Appeal.  This motion is filed upon the grounds that on August 29, 2007, the State of Louisiana filed two (2) separate civil actions, and more particularly Civil Action No. 07-5026 and Civil Action No. 07-5040 on the docket of This Honorable Court, seeking to recover $200 billion dollars in property damages against the United States of America, through its agency and instrumentality, the U.S. Army Corps of Engineers, in connection with losses allegedly sustained by the State as a result of Hurricane KATRINA and its aftermath.  Thus, Ashton O'Dwyer avers that the litigation positions which he has taken against the State of Louisiana in this litigation to date, and

-2-

more particularly the argument that the State has waived 11th Amendment immunity from being required to litigate in Federal Court, has now been vindicated, and that the said Civil Actions are incontrovertible proof of the waiver of 11th Amendment immunity by the State of Louisiana with respect to claims for damages arising out of Hurricane KATRINA and its aftermath.  Additional grounds for the filing of this motion appear in the memorandum in support filed simultaneously herewith.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        By:   S/Ashton R. O'Dwyer, Jr.
              Ashton R. O'Dwyer, Jr.
              Bar No. 10166
              821 Baronne Street
              New Orleans, LA 70113
              Tel. (504) 679-6166
              Fax. (504) 581-4336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 4th day of September, 2007.

        S/Ashton R. O'Dwyer, Jr.