**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
TEL: 504-561-6561
FAX: 504-561-5560**

December 18, 2005

<u>**VIA FACSIMILE**</u>
<u>**985-646-0030**</u>

Mr. Terrell Miceli
Terrell Miceli Investigators
P.O. Box 1955
Slidell, LA 70459-1955

Dear Terrell:

    I am extremely disappointed in the lack of reporting, and lack of progress, into the investigation of my kidnapping, false imprisonment, brutalization, and violation of my civil rights on September 20, 2005, by the Louisiana State Police and the Louisiana Department of Corrections. I have some questions for you, to which I expect answers, without any further delay:

1) Who is the FBI agent or Supervisor in charge of my case?

2) What have you been able to learn about the status of the FBI investigation?

3) Have you determined whether the Louisiana Department of Justice withdrew from the investigation as a result of a well-reasoned investigation strategy, or did they react to this potential political "hot potato" by simply "dumping" things in the FBI's lap, leaving me to "blame the FBI" if no progress is made in the investigation of my case.

4) What have you learned as a result of interviewing State Trooper John Nelson? Who ordered him to my home? What does he say about the events at my home during the early morning of September 20, 2005? Does he maintain that I was told I was under arrest and read my rights? Does he maintain that anyone witnessed what he says transpired at my home? How can he justify a charge of "public intoxication", when I was not in public, and no one breathalyzed me or filled sobriety tested me, or drew blood? Who accompanied Nelson to my home? Who were the

December 18, 2005
Page 2

        Louisiana Department of Corrections officers into whose custody the State Police delivered me?

5)    What have you learned about what written records exist pertaining to the incident other than what I have already provided you?

6)    What have you learned about the existence of recordings of radio traffic, telephone or cell-phone conversations, E-mails or "chatter" about me and 6034 St. Charles Avenue before and after my kidnapping?

7)    How did the NOPD learn of the incident?

8)    Why was I pepper sprayed and shot with bean bag rounds?

9)    Have you been able to develop any political (i.e., the Governor, the Mayor or other public elected or appointed official) involvement? What have you accomplished in order to determine who ordered the "hit"?

10)    Have you been able to develop any Lemle & Kelleher involvement? What have you learned as a result of interviewing Charles Plattsmeir, Ernest Edwards, Larry Shea and Charles Talley?

11)    Did Lemle & Kelleher have Plattsmeir's authority and permission to use his name and the power of his office to intimidate me, both orally and in writing?

12)    What have you learned as a result of interviewing Justice Kitty Kimball, Frank Neuner, Burton Guidry and Jimmy Roussel?

I look forward to hearing from you.

                              Yours very truly,

                              Ashton R. O'Dwyer, Jr.

AROD/vtb



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

9100 Bluebonnet Centre

Baton Rouge, Louisiana  70809
December 14, 2005

Ashton O'Dwyer
6034 St. Charles Avenue
New Orleans, Louisiana

Dear Mr. O'Dwyer:

    The Federal Bureau of Investigation (FBI) has reviewed the documentation you provided regarding an alleged civil rights violation.  We cannot determine the nature of any civil rights violation based upon this documentation.  If you have additional information you would like to submit, you may send it to the address above.  Without any clarification from you on the alleged violation, no further investigation will be conducted by the FBI.

Sincerely,

JAMES BERNAZZANI
Special Agent in Charge

By: *[signature]*
Thomas F. Relford
Supervisory Special Agent