**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In Re:  **KATRINA CANAL BREACHES**  *       **CIVIL ACTION NO. 05-4182**
      **CONSOLIDATED LITIGATION**  *
                                  *       **SECTION "K" (2)**

**PERTAINS TO:**
                **06-4389**
                **06-6099**
                **06-5786**

## O R D E R

Considering Ashton O'Dwyer's Ex Parte Motion for Leave to File Supplemental Memorandum, which the Court has duly noted,

**IT IS ORDERED** that Mr. O'Dwyer's Motion for Leave to File a Supplemental Memorandum in Support of his Motion for Entry of Rule 54(b) Judgment, etc. be and it is hereby **GRANTED**, as prayed for.

New Orleans, Louisiana, this _____ day of _____ 2007.

_____
**J U D G E**