UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES * | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | |
| * | No. 05-4182 |
| PERTAINS TO: * | & Consolidated Cases |
| LEVEE (Augustine, No. 06-5142) * | |
| * | SECTION K |
| * | JUDGE DUVAL |
| * | MAGISTRATE WILKINSON |
| ************************************* | |

INTERVENTION PER PROCEDUR ORDER
ENTERED AUGUST 9, 2007, DOCUMENT NO. 6937

**NOW COMES** Plaintiffs, Xiomara Augustine, individually and d/b/a Bright Minds Academy, et al, and other persons identified below, hereinafter "Claimants and Intervenors", in this Intervention action, to adopt and intervene in the action initiated by Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, [Doc. 1], residing in, or doing business in the Lake Bullard, Lake Barrington, Lake Forest, Huntington Park, and Fairway Estates communicates and environs, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and amended by First Amendment filed February 1, 2007, [Doc. 2971], asserting claims against state defendants, and effective on this date asserting claims against the United States, all subject to the pending Motion for Leave to File Second Amendment to Complaint against the state defendants and the United States [Doc. 7093], to-wit:

I.

The Claimants and Intervenors are as follows:

| | |
|---|---|
| Jeanique Billingsley | 07N15T0180691 |
| Jonathan Billingsley | 07N15T0180685 |
| Phyllis Billingsley | 07N15T0180690 |
| Samuel T. Kelley, Jr. | 06N15T0006603 |
| Mellon and Eddie Thompson | 07N15T0195633 |
| Linda T. Verrett | |

II.

Claimants and Intervenors hereby assert claims against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

III.

Claimants and Intervenors hereby assert clams against the United States under the Admiralty Extension Act and the Federal Tort Claim Act, on the basis of Form 95 filed more than six (6) months previous.

IV.

The flooding was proximately caused by the failure of the levee on the nort bank of the Gulf Intracoastal waterway, the Michaud Canal and the surge from MRGO;

V.

The defendant United States had the care, custody and control of the banks, shores, beds and waters opposite to and fronting on the Gulf Intracoastal Waterway and Michaud Canal, including all littoral and or riparian rights incident thereto, and is accordingly answerable under Civil Code Articles 2317 and 2317.1.

VI.

On information and belief Claimants and Intervenors allege that the dredging conducted by vessels operated by the United States, undermined the integrity of the levees for MRGO, allowing it to lay waste to the surrounding area, and creating the risk which became the surge which overtook Plaintiffs homes and properties;

**WHEREFORE,** Claimants and Intervenors pray that this Intervention be deemed good and sufficient, and after due proceeding had there be judgment in their favor and against all defendants for declaratory judgment, relief and damages.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MILLING BENSON WOODWARD, LLP | /s/ William C. Gambel<br>WILLIAM C. GAMBEL, Bar # 5900<br>909 Poydras Street, Suite 2300<br>New Orleans, LA 70112<br>Telephone: (504) 569-7000<br>Telecopy:  (504) 569-7001<br>wgambel@millinglaw.com |
|  | Attorneys for Plaintiffs |

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone: (504) 586-0000
Fax:    (504) 522-8423

W364808

3

CERTIFICATE OF SERVICE

I certify that on this 29th day of August, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W364808