UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE | § | |
| | § | |
| _____ | § | |

## MOTION FOR RELIEF FROM JUDGMENT

**NOW INTO COURT**, comes the Levee PSLC, which move the Court to grant relief from its Judgment of August 24, 2007, for the following reasons, and as more fully set forth in the attached Memorandum in Support:

I.

Pursuant to the Court's Case Management and Scheduling Order No. 4 (CMO #4), the defendant United States of America propounded Interrogatories & Requests for Production of Documents, to which the Levee PSLC provided responses on June 26, 2007.

Unsatisfied, the United States of America filed a Motion to Compel on July 30, 2007, demanding further responses.

1

On August 23, 2007, the Court granted the unopposed Motion to Compel, ordering that the PSLC provide responses, without objection, within 10 days.

II.

To comply with this order as written, the PSLC would be required to provide attorney client communications and attorney work product, both of which are outside the scope of discovery pursuant to Federal Rules of Civil Procedure, Rule 26 (b).

Wherefore, the Levee PSLC, which move the Court to grant relief from its Judgment of August 24, 2007

                              **Respectfully Submitted,**

                              **APPROVED PLAINTIFFS LIAISON COUNSEL**

                                 /s/ Joseph M. Bruno
                              JOSEPH M. BRUNO (La. Bar # 3604)
                              PLAINTIFFS LIAISON COUNSEL
                              Law Offices of Joseph M. Bruno
                              855 Baronne Street
                              New Orleans, Louisiana 70113
                              Telephone: (504) 525-1335
                              Facsimile: (504) 561-6775
                              Email: jbruno@jbrunolaw.com

                              **LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

                               s/Gerald E. Meunier
                              GERALD E. MEUNIER (La. Bar #9471)
                              LEVEE PSLC LIAISON COUNSEL
                              Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
                              2800 Energy Centre
                              1100 Poydras Street
                              New Orleans, Louisiana 70163-2800
                              Phone:504/522-2304
                              Facsimile:504/528-9973
                              E-mail:gmeunier@gainsben.com

       For
       LEVEE PLAINTIFFS' SUB-GROUP LITIGATION
       COMMITTEE

       Gerald E. Meunier
       Daniel E. Becnel, Jr.
       Joseph M. Bruno
       D. Blayne Honeycutt
       Hugh P. Lambert
       Darlene Jacobs
       Walter Dumas

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 4th day of September, 2007.

          /s/ Joseph M. Bruno

          Joseph M. Bruno