UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE | § | |
| | § | |
| _____ | § | |

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, the PSLC in the above referenced matters, through undersigned counsel, hereby request oral argument in connection with their Motion for Relief from Judgment. Plaintiffs maintain that the interests of justice would be served by affording counsel an opportunity to present oral argument regarding the various legal issues involved in this matter.

For these reasons, Plaintiffs in the above referenced matters, request that this Court entertain oral argument in this matter.

                            RESPECTFULLY SUBMITTED:

                            LEVEE LITIGATION GROUP

                            BY:   s/Joseph M. Bruno
                            Joseph M. Bruno (#3604)
                            The Law Office of Joseph M. Bruno
                            855 Baronne Street
                            New Orleans, Louisiana 70113
                            Telephone: (504) 525-1335
                            Facsimile:(504) 581-1493
                            E-Mail:jbruno@jbrunolaw.com

Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel