UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE | § | |
| | § | |
| _____ | § | |

## ORDER

**IT IS ORDERED** that plaintiffs Request for Oral Argument be **GRANTED**, that hearing on the PSLC's Motion for Relief from Judgment be held before the Honorable Joseph C. Wilkinson, Magistrate, 500 Poydras Street, Rm. B421, New Orleans, LA, on the 19th day of September, 2007 @ 11:00 a.m.

New Orleans, LA, this _____ day of _____, 2007

_____

JUDGE

1