UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION

SECTION "K" (2)

PERTAINS TO:
*Vanderbrook*, No. 05-6323

## ORDER

Considering the foregoing Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiffs Richard and Julie Vanderbrook With Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that this Court's stay order dated March 16, 2007 is temporarily lifted for the sole purpose of addressing the Joint Motion and Incorporated Memorandum for Temporary Lifting of Stay Order For Purpose of Dismissing All Claims of Plaintiffs Richard and Julie Vanderbrook With Prejudice;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all of the claims of Plaintiffs, Richard and Julie Vanderbrook, asserted against Unitrin Preferred Insurance Company, including without limitation all claims arising under their policy of insurance for damages associated with or resulting from Hurricane Katrina and its aftermath and/or all claims arising out of the handling, investigation and/or adjustment of his claim, are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and with Richard and Julie Vanderbrook expressly reserving all rights and claims asserted by them against

NO.99797656.2

other defendants who are not parties to the instant suit for damages arising out of Hurricane Katrina.

As a result of the foregoing, no plaintiffs in this consolidated matter have claims asserted against Unitrin Preferred Insurance Company, and Unitrin Preferred Insurance Company is therefore terminated as a defendant in this matter.

New Orleans, Louisiana, this \_\_\_4th\_\_\_\_\_ day of \_\_September\_\_, 2007.

_____
UNITED STATES DISTRICT JUDGE