UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K"(2) |
| *Katz*, C.A. 06-4155 | * | |

*******************************************

### EX PARTE MOTION TO BIFURCATE
### INDIVIDUAL CLAIMS OF PLAINTIFF MARLENE KATZ

**NOW INTO COURT**, through undersigned counsel, comes plaintiff Marlene Katz, and, in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order bifurcating the individual claims in the proceeding captioned *Marlene Katz v. State Farm Fire and Casualty Company, et al.*, No. 06-4155, from the consolidated litigation and referring this individual proceeding to Magistrate Wilkinson for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

1

Respectfully submitted,

   /s/ Jeffery B. Struckhoff
**TERRENCE J. LESTELLE – 8540**
**ANDREA S. LESTELLE – 8539**
**JEFFERY B. STRUCKHOFF - 30173**
**LESTELLE & LESTELLE**
3421 N. Causeway Blvd, Ste. 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229
**Attorneys for Plaintiff Marlene Katz**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of September, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are not CM/ECF participants.

   /s/ Jeffery B. Struckhoff
   **Jeffery B. Struckhoff**