UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:<br>    *Katz*, C.A. 06-4155 | * <br> * | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion of Plaintiff Marlene Katz to Bifurcate Individual Claims pursuant to Case Management Order No. 4, Section VII,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED in the proceeding captioned *Marlene Katz v. State Farm Fire and Casualty Company, et al.*, No. 06-4155.

IT IS FURTHER ORDERED that this proceeding shall be referred to Magistrate Wilkinson for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

1