UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION
      CONSOLIDATED LITIGATION

                                          NO. 05-4182

                                          SECTION "K" (2)


FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 06-6314,
              05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886,
              06-11208, 06-2278, 06-2287, 06-2346, 06-062545, 06-3529, 06-4065,
              06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163,
              06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
              07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289, 07-1349

PERTAINS TO:        LEVEE

_____

**LEVEE PLAINTIFFS' AMENDED FINAL WITNESS LIST**
**FOR CLASS CERTIFICATION**

      NOW INTO COURT, through undersigned counsel, come Plaintiffs and the Proposed

Plaintiffs' Class Representatives herein, who, pursuant to Case Management and Scheduling

Order No. 4, as amended, respectfully represent that the following witnesses will or may be

called at the class certification hearing commencing on November 5, 2007:

1.  Michelle Hennessey              Fact witness. Class and subclass
    3808 N. Labarre Road            representative
    Metairie, Louisiana 70002

2.  Lenniece Morrell               Fact witness.  Class and subclass
    114 Winthrop Place              representative
    New Orleans, Louisiana 70119

3.      Kenneth A. Polite, Sr.                 Fact witness. Class representative
        5651 Cartier Avenue
        New Orleans, Louisiana 70122

4.      Michele Harrison                       Fact witness. Class and subclass
        3630 North Johnson Street              representative
        New Orleans, Louisiana 70117

5.      Thurman R. Kaiser Sr.                  Fact witness. Class and subclass
        3801 North Turnbull Drive              representative
        Metairie, Louisiana 70002

6.      Rosemary R. Kaiser                     Fact witness. Subclass representative
        3801 North Turnbull Drive
        Metairie, Louisiana 70002

7.      Betty Sonnier Stalbert                 Fact witness. Subclass representative
        2225 College Drive, Apt. 104
        Baton Rouge, Louisiana 70808

8.      Emanuel Esteves, Jr.                   Fact witness. Subclass representative
        4656 Gaines Street
        New Orleans, Louisiana 70126

9.      Stella Washington                      Fact witness. Subclass representative
        1478 Mithra Street
        New Orleans, Louisiana 70122

10.     John B. Williams                       Fact witness. Subclass representative
        1830 Hope Street
        New Orleans, Louisiana 70119

11.     Emanuel Wilson                         Fact witness. Subclass representative
        1512 Mandolin Street
        New Orleans, Louisiana 70122

12.     Elois Bell                             Fact witness. Subclass representative
        750 Landwood Drive
        Baton Rouge, Louisiana 70806

13.     Leo Mitchell                           Fact witness. Subclass representative
        10821 Dreux Avenue
        New Orleans, Louisiana 70127

14.     Trenise Jackson                              Fact witness. Subclass representative
        1 Gibson Street, Apt. 172
        Houston, Texas 77060

15.     Dwayne Mallet                                Fact witness. Subclass representative
        208 Maumas
        New Orleans, Louisiana 70131

16.     Donna Augustine                              Fact witness. Subclass representative
        2230 Sherwood Meadow Drive, Apt. A
        Baton Rouge, Louisiana 70816

17.     Gladys Labeaud                               Fact witness. Subclass representative
        500 S. Jefferson Davis Parkway, Apt. 1
        New Orleans, Louisiana 70119

18.     Daisy Innis                                  Fact witness. Subclass representative
        4024 Stutz Street
        New Orleans, Louisiana 70126

19.     Betty Jones                                  Fact witness. Subclass representative
        2111 Clouet Street
        New Orleans, Louisiana 70117

20.     Jose Louis Rodriguez                         Fact witness. Subclass representative
        2223 Prentiss Street
        New Orleans, Louisiana 70122

21.     Beatrice Drew                                Fact witness. Subclass representative
        606 Egle Street
        Morgan City, Louisiana 70380

22.     Eddie Knighten                               Fact witness. Subclass representative
        7726 Edinburgh Street
        New Orleans, Louisiana 70125

23.     Calvin Levy                                  Fact witness. Subclass representative
        3205 College Court
        New Orleans, Louisiana 70125

24.     Nicola McCathen                              Fact witness. Subclass representative
        1805 Berrymore Drive
        Slidell, Louisiana 70461

25.     Charles Moses                                Fact witness. Subclass representative
        8536 South Claiborne Avenue
        New Orleans, Louisiana 70118

26.     Leslie Dorantes                         Fact witness. Subclass representative
        9216 Sugar Hill Street, Lot 127
        Convent, LA

27.     Vera Polite                             Fact witness.  Mrs. Polite's testimony will
        5651 Cartier Avenue                     authenticate photographs of the destruction and loss
        New Orleans, Louisiana 70122            caused by the August/ September 2005
                                                metropolitan New Orleans innundation.

28.     Chad A. Morris, P.L.S.                  Expert witness. Mr. Morris's testimony will address
                                                input data regarding the model of the August/
                                                September 2005 metropolitan New Orleans
                                                innundation.

29.     G. Paul Kemp, Ph.D.                     Expert witness. Dr. Kemp's testimony will address
                                                input data regarding the model of the August/
                                                September 2005 metropolitan New Orleans
                                                innundation.

30.     John A. Kilpatrick, Ph.D.               Expert witness. Dr. Kilpatrick's testimony will
                                                address the diminution of value of the New Orleans
                                                real estate market resultant of the August/
                                                September 2005 metropolitan New Orleans
                                                innundation, and that such a diminution can be
                                                quantified on a class wide basis.

31.     Jonannes Vrijling                       Expert witness. Dr. Vrijling's testimony will
                                                illustrate the August/ September 2005 metropolitan
                                                New Orleans innundation.

32.     Any witness listed by any other party

33.     Any witness called by any other party.


                        **RESPECTFULLY SUBMITTED:**
                        **LEVEE LITIGATION GROUP**

                        BY:____s/Joseph M. Bruno_____
                        Joseph M. Bruno (#3604)
                        The Law Office of Joseph M. Bruno
                        855 Baronne Street
                        New Orleans, Louisiana 70113
                        Telephone: (504) 525-1335
                        Facsimile:(504) 581-1493
                        E-Mail:jbruno@jbrunolaw.com
                        Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of August, 2007.

    /s/ Joseph M. Bruno

Joseph M. Bruno