# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
     CONSOLIDATED LITIGATION

NO. 05-4182

SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
             05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
             06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
             06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
             06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
             07-0621, 07-1073, 07-1271, 07-1285

PERTAINS TO: MRGO

---

## ORDER

Considering the foregoing Motion:

**IT IS ORDERED** that the Motion for Leave to File an Amended Class Certification

Witness List be **GRANTED**,  and the  Amended Class Certification Witness List be filed into

the record.

New Orleans, LA, this _____4th____day of __September___ 2007

_____
JUDGE