UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
      CONSOLIDATED LITIGATION
                                                              NO. 05-4182

                                                              SECTION "K" (2)

**FILED IN:**   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
                05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152,
                06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066,
                06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159,
                06-5161, 06-5260, 06-5162, 06-5771, 06-5937, 07-0206,
                07-0621, 07-1073, 07-1271, 07-1285

**PERTAINS TO: MRGO**

---

**THE MRGO PLAINTIFFS' AMENDED FINAL LIST FOR CLASS CERTIFICATION**

      NOW INTO COURT, through undersigned counsel, come Plaintiffs and the Proposed Plaintiffs' Class Representatives herein, who, pursuant to Case Management and Scheduling Order No. 4, as amended, respectfully represent that the following witnesses will or may be called at the class certification hearing commencing on November 5, 2007:

1.  Kenneth Paul Armstrong, Sr.    Fact testimony re personal experiences and
    28 Park Place Dr., #601         losses;
    Covington, LA 70433             Lower 9th Ward & St. Bernard Sub-Class Rep

2.  Jeanine B. Armstrong            Fact testimony re personal experiences and losses;
    28 Park Place Dr., #601         Lower 9th Ward & St. Bernard Sub-Class Rep
    Covington, LA 70433

3.  Ethel Mae Coats                 Fact testimony re personal experiences and losses;
    756 Louisiana Ave.              Lower 9th Ward & St. Bernard Sub-Class Rep
    New Orleans, LA 70118

4.  Henry Davis                     Fact testimony re personal experiences and losses;
    7650 Morel Street               New Orleans East Sub-Class Re
    New Orleans, LA

1

| | | |
|---|---|---|
| 5. | Glynn Wade<br>4719 Bundy Rd<br>New Orleans, LA | Fact testimony re personal experiences and losses;<br>New Orleans East Sub-Class Rep |
| 6. | Chad A. Morris, P.L.S. | Expert witness. Mr. Morris's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 7. | G. Paul Kemp, Ph.D. | Expert witness. Dr. Kemp's testimony will address input data regarding the model of the August/ September 2005 metropolitan New Orleans innundation. |
| 8. | John A. Kilpatrick, Ph.D. | Expert witness. Dr. Kilpatrick's testimony will address the diminution of value of the New Orleans real estate market resultant of the August/ September 2005 metropolitan New Orleans innundation, and that such a diminution can be quantified on a class wide basis. |
| 9. | Johannes Vrijling | Expert witness. Dr. Vrijling's testimony will illustrate the August/ September 2005 metropolitan New Orleans innundation. |

10.  Any witness listed by any other party

11.  Any witness called by any other party

                                         PLAINTIFFS' LIAISON COUNSEL

                                         s/ Joseph M. Bruno
                                         JOSEPH M. BRUNO
                                         PLAINTIFFS LIAISON COUNSEL
                                         LA Bar Roll Number: 3604
                                         Law Offices of Joseph M. Bruno
                                         855 Baronne Street
                                         New Orleans, Louisiana 70113
                                         Telephone: (504) 525-1335
                                         Facsimile: (504) 561-6775
                                         Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of August, 2007.

/s/ Joseph M. Bruno

Joseph M. Bruno