UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:  LEVEE<br>    *Sims*, 06-5116<br>    *Richard*, 06-5118<br>    *DePass*, 06-5127<br>    *Adams*, 06-5128<br>    *Bourgeois*, 06-5131<br>    *Ferdinand*, 06-5132<br>    *Christophe*, 06-5134<br>    *Williams*, 06-5137<br>    *Porter*, 06-5140<br>    *Augustine*, 06-5142<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## <u>ORDER</u>

Having considered the United States' Consent Motion for Leave to File a 14-page Reply Memorandum, and for good cause shown, it is hereby ORDERED that the Motion for Leave to

File is GRANTED.  The Clerk is directed to file the United States' 14-page Reply Memorandum in Support of Its Motion to Dismiss.

New Orleans, Louisiana, this  4th  day of   September   , 2006.

_____
UNITED STATES DISTRICT JUDGE