UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES      *      CIVIL ACTION NO. 05-4182
            CONSOLIDATED LITIGATION       *
                                                              *      SECTION "K" (2)

**PERTAINS TO:**
        06-4389
        06-6099
        06-5786

### EX PARTE MOTION BY ASHTON O'DWYER FOR LEAVE TO FILE CORRECT EXHIBIT

**COMES NOW** Ashton O'Dwyer, appearing *in propria persona*, upon suggesting to the Court that, through inadvertence, when Record Document No. 7422 was filed electronically on September 4, 2007, the wrong exhibit was attached as Exhibit No. 2 and, accordingly, now moves This Honorable Court for leave to file the correct Exhibit No. 2, being his E-mail solicitation of August 31, 2007, to counsel for the State of Louisiana in Civil Action Nos. 07-5023 and 07-5040, of their consent pursuant to Local Rule 7.6 for leave to intervene to claim damages against the State of Louisiana, arising out of the same transactions or occurrences to the referenced Civil Action numbers.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

-2-

> By: **S/Ashton R. O'Dwyer, Jr.**
> **Ashton R. O'Dwyer, Jr.**
> **Bar No. 10166**
> **In Propria Persona**
> **821 Baronne Street**
> **New Orleans, LA 70113**
> **Tel. (504) 679-6166**
> **Fax. (504) 581-4336**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel via electronic filing this 5th day of September, 2007.

> **S/Ashton R. O'Dwyer, Jr.**