## Victoria Broussard

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Tuesday, September 04, 2007 3:44 PM
**To:** vbroussard@odwyerlaw.com
**Subject:** FW: Civil Action Nos. 07-5023 and 07-5040

This is Exhibit No. 2, Ms. B.

**From:** Ashton O'Dwyer [mailto:arod@odwyerlaw.com]
**Sent:** Friday, August 31, 2007 12:11 PM
**To:** 'southalll@ag.state.la.us'; 'bobw@wrightroy.com'; 'calvinfayard@fayardlaw.com'; 'dbecnel@becnellaw.com'; 'dranier@rgelaw.com'; 'FCDlaw@aol.com'; 'jmckernan@mckernanlawfirm.com'; 'jmr@wrightroy.com'; 'jandry@andrylawfirm.com'
**Subject:** Civil Action Nos. 07-5023 and 07-5040

Gentlemen: To comply with the provisions of Local Rule 7.6, I am soliciting your consent to a Motion for Leave to Intervene in the referenced proceedings to assert claims for damages against your client(s). Do you consent or object. I look forward to your reply.