**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

In Re: **KATRINA CANAL BREACHES**   \*   **CIVIL ACTION NO. 05-4182**
      **CONSOLIDATED LITIGATION**   \*
                                                        \*   **SECTION "K" (2)**

**PERTAINS TO:**
         **06-4389**
         **06-6099**
         **06-5786**

## O R D E R

Considering the Ex Parte Motion for Leave to File Correct Exhibit by Ashton O'Dwyer, which the Court has duly noted,

**IT IS ORDERED** that O'Dwyer's Motion for Leave to File the correct Exhibit No. 2 to Record Document No. 7422 be and it is hereby **GRANTED**, as prayed for.

New Orleans, Louisiana, this \_\_\_\_ day of _____ 2007.

                                                              **J U D G E**