UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO INSURANCE:<br>    <u>Dehon</u>, 06-6761 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days before the date set for hearing of the motion. No memorandum in opposition to Defendant's Motion to Compel, Record Doc. No. 7035, set for hearing on September 5, 2007 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs are **HEREBY ORDERED** to provide their Fed. R. Civ. P. 26(a)(1) initial disclosures within ten (10) days of entry of this order.

New Orleans, Louisiana, this  5th  day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE