# United States District Court
## EASTERN DISTRICT OF LOUISIANA

Jimmy Cochran, Sr. and Cynthia Cochran,
Individually and on behalf of their minor
child Alicia Cochran, Jimmy Cochran, Jr.,
Austin Earl, Darryl Keyes, Bertha Domino
and Cynthia Domino

V.

The United States of America; The United
States Army Corps of Engineers

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-4353**

**SECT. K MAG 2**

RETURN

TO: (Name and address of defendant)

**The United States of America** through
**Jim Letten**, United States Attorney for the Eastern District of Louisiana
501 Poydras Street
2nd Floor
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William R. Mustian, III
Stanga & Mustian, PLC
3117 22nd Street
Suite 6
Metairie, Louisiana 70002
504-831-0666

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
**CLERK**

AUG 24 2007
**DATE**

B. Gregory
**(BY) DEPUTY CLERK**

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/5/07 |
| Name of SERVER (PRINT) C. Dawn Zylicz | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: Tammy Falcone, 500 Poydras St, New Orleans, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/5/07
Date

Signature of Server: C. Dawn Zylicz

Address of Server: 3117 22nd St, Metairie, LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.