# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NUMBER: 05-4182 "K" (2)** |
| **PERTAINS TO: INSURANCE CASES** | |
| | **JUDGE DUVAL** |
| **06-07660** | **MAG. WILKINSON** |

## MOTION FOR LEAVE TO FILE

**NOW INTO COURT**, comes Nicholas and Martha Franco, who move the Court for leave to file their *First Supplemental and Amending Complaint.*

Opposing counsel has no objections to the filing of this Motion.

Respectfully submitted,

   /s/ GEORGE F. RIESS
**GEORGE F. RIESS (LA. BAR # 11266)
LAW OFFICES OF GEORGE F. RIESS
& ASSOCIATES, L.L.C.
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana   70130
Telephone: (504) 568-1962
Facsimile:  (504) 568-1965
Email: georgeriess@riess-law.com**

**Attorney for Complainants**

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following:

Shera J. Finn
Barrasso, Usdin, Kuppermann, Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
Telephone:  504-589-9700
sfinn@barrassousdin.com

Robert Emmett Kerrigan, Jr.
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
rkerrigan@dkslaw.com

Steven W. Usdin
Barrasso, Usdin, Kuppermann, Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  504-589-9700
susdin@barrassousdin.com

Jonathan M. Walsh
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
jwalsh@dkslaw.com

    /s/ GEORGE F. RIESS
GEORGE F. RIESS