## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NUMBER: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | |
| | JUDGE DUVAL |
| 06-07660 | MAG. WILKINSON |

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NICHOLAS and MARTHA FRANCO**, through undersigned counsel, supplement and amend their original complaint in order to add new issues, as alleged below:

I.

13A.

On August 29, 2005 wind-driven rain in advance of, during, and in the aftermath of Hurricane Katrina intruded into complainants' home at 5448 Dayna Court, resulting in significant damages to all areas and levels of the home.

13B.

The damages resulting from wind-driven rain are covered under the policy of insurance issued by defendant, Chubb Insurance Company ("Chubb"), to complainants, and those damages preceded the intrusion of water as the result of flooding of the first floor of the home.

13C.

Complainants' home was reasonably valued at, minimally, $1,100,00.00 prior to the damages resulting from Hurricane Katrina, including wind-driven rain, and as a result of those damages the home is now and has been a total loss.

II.

Complainants reiterate the allegations of their initial complaint herein as if they were copied *in extenso*, including the recitation that defendant, Chubb, breeched its insuring agreement with complainants.

III.

Defendant, Chubb, breeched of its insuring agreement with complainants was arbitrary and capricious, as a result of which complainants are entitled, in addition to the total loss of his home, to damages sounding in penalties and attorneys fees.

WHEREFORE, Complainants pray that this their first supplemental and amending complaint be accepted for filing and that there be judgment in their favor and against defendants for all damages resulting from their omissions, as aforementioned.

**Respectfully submitted,**

  **S/ GEORGE F. RIESS**
**GEORGE F. RIESS (LA. BAR # 11266)**
**LAW OFFICES OF GEORGE F. RIESS**
**& ASSOCIATES, L.L.C.**
**228 St. Charles Avenue, Suite 1224**
**New Orleans, Louisiana   70130**
**Telephone: (504) 568-1962**
**Facsimile:   (504) 568-1965**
**Email: georgeriess@riess-law.com**

**Attorney for Complainants**

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following:

    Shera J. Finn
    Barrasso, Usdin, Kuppermann, Freeman & Sarver, L.L.C.
    909 Poydras Street, Suite 1800
    New Orleans, LA 70112
    Telephone:  504-589-9700
    sfinn@barrassousdin.com

    Robert Emmett Kerrigan, Jr.
    Deutsch, Kerrigan & Stiles, LLP
    755 Magazine Street
    New Orleans, Louisiana 70130
    Telephone: (504) 581-5141
    rkerrigan@dkslaw.com

    Steven W. Usdin
    Barrasso, Usdin, Kuppermann, Freeman & Sarver, L.L.C.
    909 Poydras Street, Suite 1800
    New Orleans, Louisiana 70112
    Telephone:  504-589-9700
    susdin@barrassousdin.com

    Jonathan M. Walsh
    Deutsch, Kerrigan & Stiles, LLP
    755 Magazine Street
    New Orleans, Louisiana 70130
    Telephone: (504) 581-5141
    jwalsh@dkslaw.com

                                                  /s/ GEORGE F. RIESS
                                                GEORGE F. RIESS