UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NUMBER: 05-4182 "K" (2)** |
| **PERTAINS TO: INSURANCE CASES** | |
| | **JUDGE DUVAL** |
| **06-07660** | **MAG. WILKINSON** |

# PROPOSED ORDER

Considering the above and foregoing;

IT IS ORDERED, ADJUDGED AND DECREED that **NICHOLAS and MARTHA FRANCO**, be allowed to supplement and amend their original complaint as prayed for.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE