**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 022 | ERD-022-000000001 | ERD-022-000001514 | USACE; ERDC; Coastal and Hydraulics Lab | Ty Wamsley | KC173 | 9/5/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | ADCIRC |