**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO. 05-4182 SECTION: "K" (2)** |
| **PERTAINS TO: INSURANCE** | **JUDGE DUVAL MAG. WILKINSON** |
| **BASEM RAFEEDIE, ET AL VS. STATE FARM  INS. C. NO. 07-3852** | |
| **BRIDGE     LANCE     AND ANTHONY INDOVINA VS. STATE FARM INS. CO. NO. 07-3853** | |
| **THOMAS TARANTINO, ET AL VS. STATE FARM INS. CO. NO. 07-3854** | |

<u>**EX PARTE MOTION OF STATE FARM TO DECONSOLIDATE AND REMOVE CASES FROM IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**</u>

Defendant, **STATE FARM FIRE AND CASUALTY COMPANY ("State Farm")** moves this Honorable Court, to deconsolidate and remove the claims of the plaintiffs, Basem and Naheel Rafeedie (CA No. 07-3852);  Bridget Lance and Anthony Indovina (CA No. 07-3853); and  Thomas and Diane Tarantino (CA No. 07-3852), in these lawsuits from Civil Action No. 05-04182 " In Re: Katrina Canal Breaches Consolidated Litigation" "Insurance Umbrella"..

Plaintiffs Basem and  Naheel Rafeedie, Bridge Lance and  Anthony Indovina, and Thomas and Diane Tarantino filed suit for damage to their property from Hurricane Katrina for which they made a claim under their insurance policies with State Farm Fire and Casualty Company ("State Farm").   All plaintiffs live in Jefferson Parish.

The lawsuit was removed by State Farm to federal court, assigned Civil Docket No. 06-07387 and allotted to Judge Engelhardt.   State Farm answered the complaint on March 29, 2007 State Farm filed a Motion to Sever the three claims into three separate lawsuits on June 1, 2007. (See RD#10, 06-07387).  The Motion to Sever was unopposed by plaintiffs.  On  July 19, 2007, Judge Engelhardt ordered  that plaintiff's counsel file within 30 days of the order, an amended complaint for each plaintiff and each plaintiff's individual property claim.  (See RD# 12, #13, 06-07387).

On July 25, 2007, plaintiffs filed three First Supplemental and Amending Complaints. Each complaint was identical save the name and municipal address of the plaintiffs.  As the amended complaints contained allegations of levee breaches and failure of canals, the Clerk's Office allotted the three lawsuits to "In Re Katrina Canal Breaches Consolidated Litigation"  No. 05-4182, where  they have been placed under the INSURANCE sub- group. See RD 7145. However each plaintiff lives in Jefferson Parish in areas where there were no canal and/or levee breaches.

Plaintiffs' lawsuit concerns only the claims each plaintiff made under his homeowner's policy with State Farm, the only party defendant for each of the property owned by the individual plaintiffs.   Due to the allegations of canal breach, levee failure and negligent design, etc. these three lawsuits have been placed in the "In Re Katrina Canal Breaches Consolidated Litigation" Civil Action No. 05-04182, "Insurance" Sub-Group, rather that being randomly allotted.  A Memorandum in Support of this Motion has been filed contemporaneously herein.

Undersigned counsel has discussed the proposed motion to Liason Counsel Seth Schmeeckle who has suggested filing a single consolidated Ex Parte Motion to remove the three lawsuits from the Katrina Canal Breaches Consolidated Litigation.   Undersigned Counsel has previously filed such an Ex Parte Motion to Deconsolidate from the Canal Breach litigation, which was granted by this court, involving the same group of plaintiff's attorneys and the same identical complaint as to homeowners' claim against State Farm for Katrina related damage to properties located in Slidell, Louisiana.  See *Robert Doll, et al v. State Farm*, Civil Action No. 07-2730, 07-2731 (RD#3)

**WHEREFORE**, mover, **STATE FARM FIRE AND CASUALTY COMPANY**, prays that this Motion to Remove and Deconsolidate this Case from the Canal Breach/Levee Breach Litigation and Insurance Sub-Group, be granted in favor of the defendant, STATE FARM FIRE AND CASUALTY COMPANY, and that the clerk's office randomly assign this matter at random among the judges of the Eastern District.

Respectfully submitted,


__/s/ Adrianne L. Baumgartner__
**ADRIANNE L. BAUMGARTNER (#2861)**
Porteous, Hainkel & Johnson, LLP
408 N. Columbia Street
Covington, LA  70433
Telephone:  (985) 893-4790



Attorneys for Defendant,
State Farm Fire and Casualty Company


## <u>CERTIFICATE OF SERVICE</u>

**I DO HEREBY CERTIFY** that on **September 5, 2007**, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Allan Berger, counsel for plaintiffs

Andrea S. Lestelle, counsel for plaintiffs

Bruce L. Feingerts, counsel for plaintiffs

J. Van Robichaux, counsel for plaintiffs

Patrick G. Kehoe, Jr., counsel for plaintiffs

Michael Hingle, counsel for plaintiffs

Randy J. Ungar, counsel for plaintiffs

Roy F. Ameede, Jr., counsel for plaintiffs

William Peter Connick, counsel for plaintiffs

**I FURTHER CERTIFY** that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage pre-paid to the following non-CM/ECF participants:

N/A

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER**