# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION: "K" (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |
| BASEM RAFEEDIE, ET AL VS.<br>STATE FARM INS. C.<br>NO. 07-3852 | |
| BRIDGE LANCE AND ANTHONY INDOVINA<br>VS.<br>STATE FARM INS. CO.<br>NO. 07-3853 | |
| THOMAS TARANTINO, ET AL<br>VS.<br>STATE FARM INS. CO.<br>NO. 07-3854 | |

### MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO DECONSOLIDATE

### FROM KATRINA CANAL BREACH LITIGATION

1

**FACTUAL BACKGROUND/PROCEDURAL HISTORY**

Plaintiffs Basem and Naheel Rafeedie, Bridge Lance and Anthony Indovina, and Thomas and Diane Tarantino filed suit for damage to their property from Hurricane Katrina for which they made a claim under their insurance policies with State Farm Fire and Casualty Company ("State Farm").  All plaintiffs live in Jefferson Parish.  The Rafeedies live at 4705 Shores Drive in Metairie, the Tarantinos at 1306 Sylvia Street in Metairie, and Bridge Lance and Anthony Indovina at 4013 Cedar Street in Marrero, Louisiana.  Plaintiffs filed one lawsuit in the 24th Judicial District Court on August 25, 2006 incorporating all of their claims.  Plaintiffs allege that they are each entitled to recover the full face value of each of their homeowner's policies without deduction or offset including penalties, attorney's fees and costs provided by La. R.S. 22:658 and 22:1220.

The lawsuit was removed by State Farm to federal court, assigned Civil Docket No. 06-07387 and allotted to Judge Engelhardt.  State Farm answered the complaint on March 29, 2007 State Farm filed a Motion to Sever the three claims into three separate lawsuits on June 1, 2007. (See RD#10, 06-07387).  The Motion to Sever was unopposed by plaintiffs.  On July 19, 2007, Judge Engelhardt ordered that plaintiff's counsel file within 30 days of the order, an amended complaint for each plaintiff and each plaintiff's individual property claim.  (See RD# 12, #13, 06-07387).

On July 25, 2007, plaintiffs filed three First Supplemental and Amending Complaints. Each complaint was identical save the name and municipal address of the plaintiffs. Plaintiffs amended the complaints to add the following allegations to their Original Petition in part as follows:

XX.

The damages suffered by Complainants to their residences located at _____ was caused by wind, wind driven rain, flooding and waters entering the City of Metairie and surrounding parishes on August 29, 2005.

XXI.

The flooding and water entering the City of New Orleans and surrounding parishes resulted from breaches in and failure of the levees and/or levee walls along the 17th Street Canal, London Avenue Canal, Industrial Canal, the Mississippi River Gulf Outlet and elsewhere, and were the result of acts of negligence in the design, construction and maintenance of said levees and levee walls.

XXII.

The breaking or failure of the levee systems in the City of New Orleans and surrounding parishes which resulted from negligence acts is a peril not specifically excluded by the policy of the homeowner's insurance issued y Defendants to Complainants herein in contrast to other policies available in the market, and

> neither falls within the regular definition of "flood" nor within any
>
> of the said insurance policy's exclusion of "flood."

As the amended complaints contained allegations of levee breaches and failure of canals, the Clerk's Office allotted the three lawsuits to "*In Re Katrina Canal Breaches Consolidated Litigation*" No. 05-4182, where they have been placed under the INSURANCE sub- group. See RD 7145.

The lawsuits placed in the Katrina Canal Breaches Consolidated Litigation concern the breaches in the Greater New Orleans Levee system. However, as the court is well aware, these breaches occurred at the Industrial Canal, at the junction with the MR-GO, and on the lower side along the Lower 9th Ward between Florida Avenue and Claiborne Avenue in Orleans Parish. As to the 17th Street Canal, the breaches were on the Orleans Parish side of the canal. See *Berthelot v. Boh Bros. Construction, et al* , CA 05-4182 ( RD 673) (Ruling of Mag. Wilkinson June 27, 2006). None of the Plaintiffs' residences suffered damage as a result of a canal or levee breach during Hurricane Katrina.

Additionally this group of plaintiffs' attorneys uses the same "template" petition for all of their Katrina cases, no matter where the plaintiff's property is located, be it inside or outside of the levee protection system and/or near a canal. Undersigned counsel has previously filed a similar motion to remove other cases filed by the same plaintiffs' attorneys from the Canal Breach Consolidated Litigation due to the same erroneous factual allegations. See *Robert Doll, et al v. State Farm*, Civil Action No. 07-02730 (Order to Remove Cases from Consolidated Litigation, RD#3). In fact in each of the three separate petitions filed herein, the prayer for

relief seeks a judgment against "Allstate" and not State Farm, the party defendant named in the caption of the lawsuit.

Plaintiffs' complaints are filed only against State Farm and seek only relief from State Farm under the plaintiffs' homeowner's policies. Suit was not brought against the Corps of Engineers and other federal, state, and local governments and government officials, nor do plaintiffs seek relief from any of these individuals or entities.

**WHEREFORE**, mover, **STATE FARM FIRE AND CASUALTY COMPANY**, prays that its Motion to Remove and Deconsolidate these Three Cases from the Canal Breach/Levee Breach Litigation and Insurance Sub-Group, be granted in favor of the defendant, STATE FARM FIRE AND CASUALTY COMPANY, and that the clerk's office randomly assign this matter at random among the judges of the Eastern District.

    Respectfully submitted,

    **/s/** Adrianne L. Baumgartner
    **ADRIANNE L. BAUMGARTNER (#2861)**
    Porteous, Hainkel & Johnson, LLP
    408 N. Columbia Street
    Covington, LA  70433
    Telephone:  (985) 893-4790

    Attorneys for Defendant,
    State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on **September 5, 2007**, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Allan Berger, counsel for plaintiffs

Andrea S. Lestelle, counsel for plaintiffs

Bruce L. Feingerts, counsel for plaintiffs

J. Van Robichaux, counsel for plaintiffs

Patrick G. Kehoe, Jr., counsel for plaintiffs

Michael Hingle, counsel for plaintiffs

Randy J. Ungar, counsel for plaintiffs

Roy F. Ameede, Jr., counsel for plaintiffs

William Peter Connick, counsel for plaintiffs


**I FURTHER CERTIFY** that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage pre-paid to the following non-CM/ECF participants:

N/A


/s/ Adrianne L. Baumgartner_____
**ADRIANNE L. BAUMGARTNER**