## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 SECTION: "K" (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL MAG. WILKINSON |
| BASEM RAFEEDIE, ET AL VS. STATE FARM INS. C. NO. 07-3852 | |
| BRIDGE LANCE AND ANTHONY INDOVINA VS. STATE FARM INS. CO. NO. 07-3853 | |
| THOMAS TARANTINO, ET AL VS. STATE FARM INS. CO. NO. 07-3854 | |

## **ORDER**

Considering the foregoing Motion to Deconsolidate filed by Defendant State Farm Fire and Casualty Company:

1

2

IT IS HEREBY ORDERED that this case be removed from the Katrina Canal Breaches Consolidated Litigation, No. 05-4182, Insurance Sub-Group, and that the Clerk's office randomly allot these three lawsuits amongst the judges of the Eastern District of Louisiana.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT