AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2007 SEP -4 AM 10: 19

LORETTA G. WHYTE
CLERK

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

GEORGE A. JUNOT AND
JUDY JUNOT

V.

State Farm Fire and Casualty Insurance
Company

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-4395**

Division: **SECT. K MAG 2**

Magistrate:

TO: (Name and address of defendant)

State Farm Fire and Casualty Insurance
Company

Through its registered agent:
Louisiana Secretary of State
8549 United Plaza Boulevard
Baton Rouge, Louisiana 70806

SERVED ON
JAY DARDENNE

AUG 29 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ryan P. Reece, Esq.
4933 Utica Street
Metairie, Louisiana 70006

an answer to the complaint which is herewith served upon you, within **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   **LORETTA G. WHYTE**

(BY) DEPUTY CLERK   [signature]

DATE   AUG 27 2007

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____