AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*Filed*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2007 SEP -4  AM 10:19*
*LORETTA G. WHYTE*
*CLERK*

**RETURN**

Ronald Teets

V.

Allstate Insurance Company

SUMMONS IN A CIVIL CASE

CASE NUMBER:

Division: **07-4397**

TO: (Name and address of defendant)

Magistrate: **SECT K**

Allstate Insurance Company

Through its registered agent:
Louisiana Secretary of State
8549 United Plaza Boulevard
Baton Rouge, Louisiana 70806

*SERVED ON*
*JAY DARDENNE*
*AUG 29 2007*
*SECRETARY OF STATE*
*COMMERCIAL DIVISION*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ryan P. Reece, Esq.
4933 Utica Street
Metairie, Louisiana 70006

an answer to the complaint which is herewith served upon you, within **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   LORETTA G. WHYTE

DATE   AUG 27 2007

(BY) DEPUTY CLERK   B. Gregory

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____