UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>C.A.No. 06-4389<br>C.A. No. 06-6099<br>C.A. No. 06-5786 | <br><br><br>SECTION "K"(2) |

### ORDER

Finding that oral argument will not aid the Court,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 6918) is **DENIED**; there shall be no oral argument on The Motion fro Entry of Rule 54(b) Judgment, Stay of Execution and Dispensing with Security Pending Appeal (Doc. 6934).

New Orleans, Louisiana, this  4th day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE