UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
            CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO:  LEVEE                              JUDGE DUVAL
                                                 MAG. WILKINSON


## ORDER

At the request of counsel for plaintiffs, Record Doc. No. 7434, and pursuant to

Local Rule 78.1E, oral argument on plaintiffs' Motion for Relief From Judgment, Record

Doc. No. 7424, is hereby set on **SEPTEMBER 19, 2007 at 11:00 a.m.** before Magistrate

Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421,

New Orleans, Louisiana.

New Orleans, Louisiana, this ___6th___ day of September, 2007.


JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE