IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## PROPOSED ORDER

CONSIDERING the Plaintiffs' Motion and Incorporated Memorandum for Leave to File Post-Hearing Memorandum, and for good cause shown:

IT IS HEREBY ORDERED that the Plaintiffs' motion is GRANTED

New Orleans, Louisiana, this 6th day of September, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge