UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| | * | |
| | * | |
| | * | |
| PERTAINS TO:     06-3799 *Sean Goodman* | * | |
| INSURANCE CLAIMS | * | |
| | * | |

******************************************

**ORDER**

CONSIDERING the foregoing Motion for Substitute Counsel:

IT IS ORDERED that Rebecca L. Denton of Best Koeppel, APLC is hereby substituted as

co-counsel of record in this proceeding.

NEW ORLEANS, LOUISIANA, this ___6th___ day of ____September____ , 2007.

_____
UNITED STATES DISTRICT JUDGE

1