UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AUTO CLUB FAMILY INSURANCE CO. * | | CIVIL ACTION |
| * | | |
| VERSUS * | | NO. 06-2124 c/w 05-4182 |
| * | | |
| CHRISTOPHER J. ROOS and * | | SECTION "K", MAG. (2) |
| REBECCA ROOS * | | |
| ******************************************* | | |

## MOTION TO DISMISS

**NOW COMES** plaintiff, **AUTO CLUB FAMILY INSURANCE COMPANY**, and **CHRISTOPHER J. ROOS** and **REBECCA MURPHY ROOS**, cross-claimants in the above captioned matter, through undersigned counsel, and suggest to the Court that the above numbered and entitled action has been settled as of compromise and further suggest that they desire to dismiss all claims including the Cross-Claim (Counter-Claim) of Christopher Roos and Rebecca Murphy Roos, with prejudice.

Respectfully submitted,                              Respectfully submitted,

JIM S. HALL & ASSOCIATES                             UNGARINO & ECKERT, L.L.C.

_____                      _____
JOSEPH W. RAUSCH (#11394)                            WAYNE R. MALDONADO (#19076)
800 North Causeway Blvd., Suite 100                  Two Lakeway – Suite 1280
Metairie, Louisiana 70001                            3850 North Causeway Blvd.
Telephone: (504) 832-3000                            Metairie, Louisiana 70002
Facsimile: (504) 832-1799                            Telephone: (504) 836-7554
**Attorney for Cross-Claimants, Christopher**        Facsimile: (504) 836-7566
**J. Roos and Rebecca Murphy Roos**                  **Attorney for Plaintiff, Auto Club Family**
                                                     **Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of August, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

_____
JOSEPH W. RAUSCH