UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUTO CLUB FAMILY INSURANCE  CO.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.  06-2124 c/w 05-4182** |
| | * | |
| **CHRISTOPHER J. ROOS and** | * | **SECTION "K", MAG. (2)** |
| **REBECCA ROOS** | * | |

*****************************************

## O R D E R

CONSIDERING THE ABOVE AND FOREGOING MOTION;

**IT IS HEREBY ORDERED** that the above numbered and entitled action including the

Cross-Claim of Christopher Roos and Rebecca Murphy Roos be dismissed, with prejudice, each

party to bear their own costs.

THUS DONE AND SIGNED in New Orleans, Louisiana, this _____ day of

_____, 2007.

_____

J U D G E