UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES   * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION            * | | |
| * | | |
| FILED IN: 06-9188                            * | | SECTION "K" |
| * | | |
| * | | |
| * | | MAGISTRATE JUDGE 5 |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Defendant, Fidelity National Insurance Company, who hereby moves this Honorable Court to dismiss this lawsuit in accordance with the Stipulation of Dismissal attached hereto as Exhibit A, concerning the case entitled *Ulysses Williams v. Fidelity National Insurance Company*, bearing civil action no. 06-9188, which was consolidated into the above-referenced litigation and files this Motion to Dismiss.

WHEREFORE, Defendant prays that this Court will find this Motion to Dismiss good and acceptable and will sign the attached Order of Dismissal dismissing this suit in its entirety with prejudice with each party to bear its own costs.

Respectfully submitted,

NIELSEN LAW FIRM, LLC

/s/ Thomas C. Pennebaker
Thomas C. Pennebaker, La. S.B. 24597
Gerald J. Nielsen, La. S.B. 17078
3838 North Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: 504.837.2500
Fax: 504.832.9165
Email: Tpennebaker@nielsenlawfirm.com
          GJNielsen@aol.com
Attorneys for Fidelity National Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Roy F. Amedee, Jr.
Brent A. Klibert
LAW OFFICES OF ROY F. AMEDEE, JR.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Attorneys for Plaintiff, Ulysses Williams

I further certify that I mailed the foregoing document via facsimile and first-class mail to the following non-CM/ECF participants:

N/A

By: /s/ Thomas C. Pennebaker