UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ULYSSES WILLIAMS | * | CIVIL ACTION NO. 06-9188 |
| | * | |
| versus | * | SECTION "I" |
| | * | |
| FIDELITY NATIONAL | * | MAGISTRATE JUDGE 5 |
| INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, Ulysses Williams, as well as Defendant, Fidelity National Insurance Company, who each and all agree that all claims of the Plaintiff are hereby dismissed with prejudice, with each party to bear its own costs. The parties hereto further agree that Plaintiff shall file no other lawsuits arising out of the events put at issue or which could have been put at issue in this cause against Fidelity National Insurance Company's employees, and, Defendant agrees that it shall refrain from filing any type of motion for attorney's fees and/or costs arising out of the defense of this cause.

Based on the foregoing, the said parties pray that the court issue an Order dismissing this cause, with prejudice, and with each party to bear its own costs.

Respectfully submitted,

NIELSEN LAW FIRM, LLC

*[signature]*

Thomas C. Pennebaker, La. S.B. 24597
Gerald J. Nielsen, La. S.B. 17078
3838 North Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: 504.837.2500
Fax: 504.832.9165
Email: Tpennebaker@nielsenlawfirm.com
       GJNielsen@aol.com
Attorneys for Fidelity National Insurance Company


*[signature]*

Roy F. Amedee, Jr., La. S.B. 2449
Brent A. Klibert, La. S.B. 29296
LAW OFFICES OF ROY F. AMEDEE, JR.
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Attorneys for Plaintiff, Ulysses Williams