UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NUMBER: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | |
| 06-07660 | JUDGE DUVAL<br>MAG. WILKINSON |

# PROPOSED ORDER

Considering the above and foregoing;

IT IS ORDERED, ADJUDGED AND DECREED that **NICHOLAS and MARTHA FRANCO**, be allowed to supplement and amend their original complaint as prayed for.

New Orleans, Louisiana this __7th__ day of _____September_____, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge