IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAUREEN O'DWYER, ET AL. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | NO: 06-6099 |
| ) | |
| THE UNITED STATES OF AMERICA, ET AL. ) | SECTION: "S" (3) |
| ) | |
| Defendants. ) | |

## DECLARATION OF EDWARD A. BROYLES

I, Edward A. Broyles, the undersigned, state and declare as follows:

1. I currently hold the position of Associate Chief Counsel for General Law in the Office of Chief Counsel, Federal Emergency Management Agency ("FEMA"), U.S. Department of Homeland Security. In this position, I have supervisory responsibilities over personnel within the General Law Division. I have held this position for one-half month, although I previously acted in the same capacity for a six-month period during calendar year 2006. Prior to my appointment as the Associate General Counsel for General Law, I served as Deputy Associate Chief Counsel in the same division.

2. The Secretary for the Department of Homeland Security, through the Department's Office of General Counsel, has delegated to the Chief Counsel of FEMA the authority to consider, ascertain, adjust, determine, compromise, and settle any administrative claims for money damages against the United States for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of FEMA who is acting within the scope of his/her employment at the time of the alleged act.

EXHIBIT B

3. My responsibilities as Associate Chief Counsel for General Law include acting as the FEMA Chief Counsel's designee to consider, ascertain, adjust, determine, compromise, and settle any administrative claims for money damages against the United States for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of FEMA who is acting within the scope of his/her employment at the time of the alleged act.

4. FEMA's Office of Chief Counsel ("OCC")(previously known as the "Office of General Counsel") is designated at 44 C.F.R. §11.11(b) as the appropriate addressee of all administrative tort claims against the Agency.

5. OCC has in place routine procedures for handling administrative claims filed under the Federal Tort Claims Act ("FTCA").

6. When an administrative claim for money damages pursuant to the FTCA is received in OCC, the claim is dated, logged into a central docket, and the claim is investigated and processed directly under my authority. The FTCA claims, their files, and the docket for those claims are currently, and have for the past one-half month, been under my direct control and official responsibility. Prior to that date, they were under the direct control and official responsibility of my predecessor.

7. Federal tort claims specialists within the General Law Division, by my direction, have reviewed the FTCA administrative claims received in OCC from August 27, 2005 to the present and searched for every named plaintiff in the complaint in the case of *Maureen O'Dwyer, et al v. The United States of America, et al.*, Civil Action # 06-6099. Based on that review of the office's FTCA files and my current knowledge, not a single named Plaintiff filed an administrative tort claim under the FTCA during this time period.

In accordance with 28 U.S.C. §1746, I hereby declare and affirm under penalty of perjury that the above statements are true and correct to the best of my knowledge, information and belief.

Signed this 22d day of August, 2007

*Edward A. Broyles*
Edward A. Broyles
Associate Chief Counsel for General Law
Federal Emergency Management Agency,
Department of Homeland Security