# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **JULIE E. TAUZIN, ET AL.** | **CIVIL ACTION NO. 06-0020** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL.** | |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes, who hereby move this Honorable Court to allow Michael W. Hill of the law firm Smith & Fawer, L.L.C. to enroll as additional counsel of record, with Randall A. Smith and the firm of Smith & Fawer, L.L.C. remaining as counsel of record. Plaintiffs also request that Mr. Hill's email address, mhill@smithfawer.com be added to the Summary of ECF Activity email service list.

**WHEREFORE**, Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes, hereby request that Michael W. Hill of the law firm Smith & Fawer, L.L.C. be added as additional counsel for Plaintiffs, with Randall A. Smith and the firm of Smith & Fawer, LLC remaining as counsel of record.

                    **Respectfully submitted,**

                    *s/ Randall A. Smith*
                    **RANDALL A. SMITH, T.A. (#2117)**
                    OF
                    **SMITH & FAWER, L.L.C.**
                    201 St. Charles Avenue, Suite 3702
                    New Orleans, Louisiana 70170
                    Telephone: (504) 525-2200
                    Telecopy: (504) 525-2205
                    Email: rasmith@smithfawer.com

                    **Counsel for Plaintiffs**
                    Julie E. Tauzin, John M. Holahan, Paulette H.
                    Holahan, Riverbend Fine Wines, Inc., and Michelle
                    M. Zornes.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic filing, on this 7th day of September, 2007

                    *s/ Randall A. Smith*
                    **RANDALL A. SMITH**