UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: O'Dwyer 06-6099 RESPONDER | SECTION "K" (2) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, United States of America, will bring on for hearing the attached *United States' Motion to Dismiss* under Fed. R. Civ. P. 12(b)(6), before Judge Stanwood Duvall of the United States District Court for the Eastern District of Louisiana, Section "K," 500 Camp Street, New Orleans, Louisiana 70130, on the 17th day of October, 2007, at 9:00 o'clock a.m.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

s/ James L. Nelson
James L. Nelson, LBN 9934
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jim.nelson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by electronic mail, this 7th day of September, 2007.

s/ James L. Nelson
James L. Nelson
Assistant United States Attorney