UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____ § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE    Civil Action No.:06-3799 § <br> (Goodman, Sean) § <br> § <br> _____ § | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE: DUVAL <br> SECTION "K" <br><br> MAGISTRATE: 2 <br> JUDGE: WILKINSON |

**EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIMS**
**OF SEAN GOODMAN AND SYLVIA GOODMAN**

**NOW INTO COURT,** comes the Defendant, Fidelity National Insurance Company, ("Fidelity") a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, (the "NFIA"), as amended (42 U.S.C. §4001, *et seq.*), and appearing herein in its fiduciary[1] capacity as the "fiscal agent of the United States,"[2] and at the expense of the federal treasury,[3] and in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party,

---

[1]  44 C.F.R. §62.23(f).

[2]  42 U.S.C. §4071 (a)(1) and *Gowland v. Aetna,* 143 F.3d 951, 953 (5th Cir. 1998).

[3]  42 U.S.C. §4017(d)(1); *Van Holt v. Liberty Mutual Fire Ins. Co.,* 163 F.3d 161 (3rd Cir. 1998).

moves this Honorable Court for the entry of an Order bifurcating the referenced proceeding captioned *"Sean Goodman and his wife, Sylvia Goodman v. Fidelity National Insurance Company, Robert Sheard Insurance Agency, Inc., Robert Sheard, and ABC Insurance Company"* Civil Action No. 06-3799 from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

Dated: September 7, 2007.

Respectfully submitted,

**NIELSEN LAW FIRM, L.L.C.**

/s/ *Dorothy L. Tarver*
GERALD J. NIELSEN, La. S.B. 17078
THOMAS C. PENNEBAKER, La.S.B.24597
DOROTHY L. TARVER, LA. S.B. 29714
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500   Fax (504) 832-9165
**Counsel for Defendant: Fidelity National Insurance Company**
**(In its capacity as a WYO Program carrier)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

J. Douglas Sunseri
Dawn Danna Marullo
Svetlana Crouch
**NICAUD, SUNSERI & FRADELLA, LLC**
3000 18th Street
Metairie, LA 70002
**Counsel for Plaintiffs**

Peter S. Koeppel
Rebecca L. Denton
**BEST KOEPPEL, APLC**
2030 St. Charles Avenue
New Orleans, LA 70130
**Counsel for Robert Sheard**
**and Lexington Insurance Company**

Ralph G. Breaux
John W. Waters
**BIENVENU, FOSTER, RYAN**
**& O'BANNON**
1010 Common Street, Suite 2200
New Orleans, Louisiana 70112
**Counsel for Louisiana Citizens Property Insurance**
**Corporation, Citizens Fair Plan**

                                                                 */s/ Dorothy L. Tarver*
                                                                 Dorothy L. Tarver