UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § PERTAINS TO: § INSURANCE    Civil Action No.:06-3799 § (Goodman, Sean) § § | CIVIL ACTION NO.: 05-4182 JUDGE: DUVAL SECTION "K" MAGISTRATE: 2 JUDGE: WILKINSON |

### ORDER

Considering Fidelity National Insurance Company's Ex Parte Motion to Bifurcate Individual Claim of Sean Goodman and Sylvia Goodman;

**IT IS HEREBY ORDERED** that the referenced proceeding *"Sean Goodman and his wife, Sylvia Goodman v. Fidelity National Insurance Company, Robert Sheard Insurance Agency, Inc., Robert Sheard, and ABC Insurance Company"* Civil Action No. 06-3799 , be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this _____ day of September, 2007.

_____
JUDGE