UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> _____ § <br> § <br> PERTAINS TO: § <br> § <br> INSURANCE   Civil Action No.:06-9096 § <br> Kim P. Thomas, wife of/and § <br> Kenneth O. Thomas § <br> § <br> _____ § | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE: DUVAL <br> SECTION "K" <br><br> MAGISTRATE: 2 <br> JUDGE: WILKINSON |

**EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIMS
OF KIM P. THOMAS AND KENNETH O. THOMAS**

**NOW INTO COURT,** comes the Defendant, Allstate Insurance Company, ("Allstate") a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, (the "NFIA"), as amended (42 U.S.C. §4001, *et seq.*), and appearing herein in its fiduciary[1] capacity as the "fiscal agent of the United States,"[2] and at the expense of the federal treasury,[3] and in accordance with Case

---

[1] 44 C.F.R. §62.23(f).

[2] 42 U.S.C. §4071 (a)(1) and *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

[3] 42 U.S.C. §4017(d)(1); *Van Holt v. Liberty Mutual Fire Ins. Co.,* 163 F.3d 161 (3rd Cir. 1998).

Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order bifurcating the referenced proceeding captioned *"Kim P. Thomas wife of and Kenneth O. Thomas v. Kenneth Taylor and Allstate Insurance Company"* Civil Action No. 06-9096 from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Wilkinson for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

Dated: September 7, 2007.

Respectfully submitted,

**NIELSEN LAW FIRM, L.L.C.**

/s/ *Dorothy L. Tarver*
GERALD J. NIELSEN, La. S.B. 17078
THOMAS C. PENNEBAKER, La.S.B.24597
DOROTHY L. TARVER, LA. S.B. 29714
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500   Fax (504) 832-9165
**Counsel for Defendant: Fidelity National Insurance Company
(In its capacity as a WYO Program carrier)**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

Gary M. Pendergast
La. Bar No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70130
**Counsel for Plaintiffs**

Glenn B. Adams
Michael W. Collins
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
**Counsel for Allstate Insurance Company
in its Capacity as Homeowners Insurer**

                                        */s/ Dorothy L. Tarver*
                                         Dorothy L. Tarver