UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § PERTAINS TO: § § INSURANCE   Civil Action No.:06-9096 § Kim P. Thomas, wife of/and § Kenneth O. Thomas § § § | CIVIL ACTION NO.: 05-4182 JUDGE: DUVAL SECTION "K" MAGISTRATE: 2 JUDGE: WILKINSON |

### ORDER

Considering Allstate Insurance Company's Ex Parte Motion to Bifurcate Individual Claim of Kim P. Thomas, wife of and, Kenneth O. Thomas;

**IT IS HEREBY ORDERED** that the referenced proceeding *"Kim P. Thomas wife of and, Kenneth O. Thomas v. Kenneth Taylor and Allstate Insurance Company"* Civil Action No. 06-9096, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this _____ day of September, 2007.

_____
JUDGE