UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

<u>NOTICE OF PRODUCTION</u>

In response to the First Sets of Requests for Production propounded by the Plaintiffs in

the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to

the United States propounded by the Plaintiffs in the common liability MRGO and Levee

categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson

(06-2268), respectively, the United States opened a Review and Select facility in New Orleans

for the inspection of paper documents, pursuant to its Document Production Protocol.  The

following documents were selected by Plaintiffs for production in the manner specified in the

United States Document Production Protocol:

| | | |
|---|---|---|
| AFW-102-000000001 | to | AFW-102-000000897; |
| AFW-127-000000001 | to | AFW-127-000000008; |
| AFW-127-000000011 | to | AFW-127-000000111; |
| AFW-269-000000001 | to | AFW-269-000000698; |

| | | |
|---|---|---|
| AFW-298-000000001 | to | AFW-298-000000030; |
| AFW-312-000000001 | to | AFW-312-000000037; |
| AFW-324-000000001 | to | AFW-324-000000206; |
| AFW-328-000000055 | to | AFW-328-000000103; |
| AFW-328-000000280 | to | AFW-328-000000296; |
| AFW-335-000000646 | to | AFW-335-000000742; |
| AFW-335-000000754 | to | AFW-335-000001034; |
| AFW-345-000000001 | to | AFW-345-000000002; |
| AFW-345-000000005 | to | AFW-345-000000089; |
| AFW-348-000000001 | to | AFW-348-000000048; |
| AFW-348-000000057 | to | AFW-348-000000057; |
| AFW-348-000000059 | to | AFW-348-000000060; |
| AFW-348-000000063 | to | AFW-348-000000068; |
| AFW-348-000000071 | to | AFW-348-000000071; |
| AFW-348-000000073 | to | AFW-348-000000074; |
| AFW-348-000000077 | to | AFW-348-000000081; |
| AFW-348-000000083 | to | AFW-348-000000087; |
| AFW-348-000000104 | to | AFW-348-000000106; |
| AFW-348-000000129 | to | AFW-348-000000224; |
| AFW-348-000000229 | to | AFW-348-000000254; |
| AFW-348-000000266 | to | AFW-348-000000406; |
| AFW-350-000000001 | to | AFW-350-000000071; |
| AFW-350-000000092 | to | AFW-350-000000133; |
| AFW-350-000000136 | to | AFW-350-000000772; |
| AFW-358-000000001 | to | AFW-358-000000221; |
| AFW-358-000000232 | to | AFW-358-000000236; |
| AFW-358-000000292 | to | AFW-358-000000326; |
| AFW-358-000000342 | to | AFW-358-000000796; |
| AFW-358-000000798 | to | AFW-358-000001200; |
| AFW-358-000001204 | to | AFW-358-000001220; |
| AFW-358-000001222 | to | AFW-358-000003074; |
| AFW-361-000000001 | to | AFW-361-000000003; |
| AFW-362-000000001 | to | AFW-362-000000093; |
| AFW-362-000000285 | to | AFW-362-000000494; |
| AFW-363-000000001 | to | AFW-363-000000126; |
| AFW-408-000000001 | to | AFW-408-000001546; |
| AFW-408-000001552 | to | AFW-408-000001584; |
| AFW-408-000001586 | to | AFW-408-000001624; |
| AFW-408-000001632 | to | AFW-408-000001633; |
| AFW-408-000001636 | to | AFW-408-000001669; |
| AFW-408-000001676 | to | AFW-408-000001746; |
| AFW-408-000001749 | to | AFW-408-000001769; |
| AFW-408-000001783 | to | AFW-408-000001809; |

| | | |
|---|---|---|
| AFW-408-000001854 | to | AFW-408-000001889; |
| AFW-408-000001891 | to | AFW-408-000002070; |
| AFW-408-000002108 | to | AFW-408-000002108; |
| AFW-408-000002152 | to | AFW-408-000002152; |
| AFW-408-000002211 | to | AFW-408-000002267; |
| AFW-415-000000001 | to | AFW-415-000000002; |
| AFW-461-000000001 | to | AFW-461-000000306; |
| AFW-461-000000576 | to | AFW-461-000000587; |
| AFW-464-000000001 | to | AFW-464-000000016; |
| AFW-464-000000109 | to | AFW-464-000000110; |
| AFW-464-000000155 | to | AFW-464-000000159; |
| AFW-464-000000302 | to | AFW-464-000000539; |
| AFW-480-000000001 | to | AFW-480-000000191; |
| AFW-485-000000001 | to | AFW-485-000000008; |
| AFW-496-000000001 | to | AFW-496-000000055; |
| AFW-498-000000001 | to | AFW-498-000000520; |
| AFW-548-000000001 | to | AFW-548-000000008; |
| AFW-616-000000001 | to | AFW-616-000000013; |
| AFW-616-000000015 | to | AFW-616-000000022; |
| AFW-641-000000495 | to | AFW-641-000000500; |
| AIN-032-000000001 | to | AIN-032-000001837; |
| AIN-033-000000028 | to | AIN-033-000000517; |
| AIN-048-000000138 | to | AIN-048-000000213; |
| AIN-048-000000353 | to | AIN-048-000000608; |
| AIN-097-000000377 | to | AIN-097-000000377; |
| AIN-098-000000501 | to | AIN-098-000000593; |
| AIN-105-000000001 | to | AIN-105-000000376; |
| AIN-114-000000001 | to | AIN-114-000002916; |
| AIN-116-000000001 | to | AIN-116-000000480; |
| AIN-130-000000001 | to | AIN-130-000002258; |
| AIN-143-000000001 | to | AIN-143-000000460; |
| AIN-154-000000238 | to | AIN-154-000000273; |
| AIN-154-000000281 | to | AIN-154-000000310; |
| AIN-157-000000001 | to | AIN-157-000002319; |
| NED-010-000000001 | to | NED-010-000004711; |
| NED-013-000000588 | to | NED-013-000000881; |
| NED-015-000000001 | to | NED-015-000000149; |
| NED-015-000000165 | to | NED-015-000000243; |
| NED-015-000000530 | to | NED-015-000000530; |
| NED-015-000000862 | to | NED-015-000000863; |
| NED-015-000001172 | to | NED-015-000001172; |
| NED-015-000001180 | to | NED-015-000001189; |
| NED-015-000001488 | to | NED-015-000001488; |

| | | |
|---|---|---|
| NED-015-000001734 | to | NED-015-000001734; |
| NED-015-000001888 | to | NED-015-000001893; |
| NED-015-000002273 | to | NED-015-000002274; |
| NED-017-000000001 | to | NED-017-000001460; |
| NED-019-000000310 | to | NED-019-000000760; |
| NED-020-000000267 | to | NED-020-000001942; |
| NED-023-000000003 | to | NED-023-000000019; |
| NED-023-000000033 | to | NED-023-000000070; |
| NED-023-000000095 | to | NED-023-000000107; |
| NED-023-000000111 | to | NED-023-000002739; |
| NED-029-000000001 | to | NED-029-000002611; |
| NED-029-000002614 | to | NED-029-000002740; |
| NED-053-000000207 | to | NED-053-000000210; |
| NED-053-000000954 | to | NED-053-000000955; |
| NED-053-000001022 | to | NED-053-000001025; |
| NED-053-000001525 | to | NED-053-000001527; |
| NED-053-000001631 | to | NED-053-000001632; |
| NED-060-000000001 | to | NED-060-000005000; |
| NED-060-000005001 | to | NED-060-000006504; |
| NED-090-000000001 | to | NED-090-000002168; |
| NED-093-000000001 | to | NED-093-000002150; |
| NED-095-000000001 | to | NED-095-000000882; |
| NED-095-000001092 | to | NED-095-000001774; |
| NED-096-000000001 | to | NED-096-000001346; |
| NED-096-000001494 | to | NED-096-000001721; |
| NED-100-000000001 | to | NED-100-000000527; |
| NED-100-000000555 | to | NED-100-000001143; |
| NED-100-000001697 | to | NED-100-000001729; |
| NED-101-000000001 | to | NED-101-000002114; |
| NED-104-000000001 | to | NED-104-000000003; |
| NED-104-000000231 | to | NED-104-000002509; |
| NED-105-000000001 | to | NED-105-000000385; |
| NED-105-000000450 | to | NED-105-000000766; |
| NED-125-000000001 | to | NED-125-000002281; |
| NED-128-000000001 | to | NED-128-000000588; |
| NED-128-000000598 | to | NED-128-000001101; |
| NED-131-000000001 | to | NED-131-000000060; |
| NED-131-000000078 | to | NED-131-000002253; |
| NED-133-000000402 | to | NED-133-000000571; |
| NED-133-000001020 | to | NED-133-000001023; |
| NED-133-000001257 | to | NED-133-000001259; |
| NED-133-000001432 | to | NED-133-000001463; |
| NED-133-000002002 | to | NED-133-000002303; |

4

| | | |
|---|---|---|
| NED-140-000000001 | to | NED-140-000004209; |
| NED-148-000000001 | to | NED-148-000003017; |
| NOP-001-000000001 | to | NOP-001-000001570; |
| NOP-002-000000001 | to | NOP-002-000000128; |
| NOP-002-000000333 | to | NOP-002-000000464; |
| NOP-002-000000635 | to | NOP-002-000000764; |
| NOP-002-000000950 | to | NOP-002-000001691; |
| NOP-002-000002128 | to | NOP-002-000002492; |
| NOP-003-000000036 | to | NOP-003-000001245; |
| NOP-003-000001284 | to | NOP-003-000002829; |
| NOP-009-000000001 | to | NOP-009-000002606; |
| NOP-010-000000543 | to | NOP-010-000000551; |
| NOP-010-000000605 | to | NOP-010-000000651; |
| NOP-010-000000659 | to | NOP-010-000000666; |
| NOP-010-000000675 | to | NOP-010-000001176; |
| NOP-010-000001179 | to | NOP-010-000001482; |
| NOP-010-000001501 | to | NOP-010-000002350; |
| NOP-011-000000001 | to | NOP-011-000002049; |
| NOP-014-000000001 | to | NOP-014-000000002; |
| NOP-014-000000005 | to | NOP-014-000000771; |
| NOP-014-000000773 | to | NOP-014-000000907; |
| NOP-014-000000913 | to | NOP-014-000000914; |
| NOP-014-000000921 | to | NOP-014-000001023; |
| NOP-014-000001029 | to | NOP-014-000003038; |
| NOP-016-000000001 | to | NOP-016-000001751; |
| NOP-016-000001754 | to | NOP-016-000002039; |
| NOP-016-000002042 | to | NOP-016-000002044; |
| NOP-016-000002047 | to | NOP-016-000002765; |
| NOP-016-000002768 | to | NOP-016-000002902; |
| NOP-022-00000001 | to | NOP-022-000003179; |
| NOP-022-000003187 | to | NOP-022-000003331; |
| NOP-023-000000001 | to | NOP-023-000000034; |
| NPM-002-000000189 | to | NPM-002-000000210; |
| NPM-002-000000862 | to | NPM-002-000001004; |
| NPM-002-000001039 | to | NPM-002-000001086; |
| NPM-002-000001874 | to | NPM-002-000001874; |
| NPM-003-000000001 | to | NPM-003-000000027; |
| NPM-003-000000059 | to | NPM-003-000000062; |
| NPM-003-000000142 | to | NPM-003-000000152; |
| NPM-003-000000171 | to | NPM-003-000000996; |
| NPM-003-000000999 | to | NPM-003-000001127; |
| NPM-003-000001135 | to | NPM-003-000001176; |
| NPM-003-000001197 | to | NPM-003-000001202; |

| | | |
|---|---|---|
| NPM-003-000001211 | to | NPM-003-000001214; |
| NPM-003-000001229 | to | NPM-003-000001322; |
| NPM-003-000001325 | to | NPM-003-000001326; |
| NPM-003-000001350 | to | NPM-003-000001355; |
| NPM-003-000001361 | to | NPM-003-000001363; |
| NPM-003-000001371 | to | NPM-003-000001371; |
| NPM-003-000001377 | to | NPM-003-000001377; |
| NPM-003-000001385 | to | NPM-003-000001386; |
| NPM-003-000001390 | to | NPM-003-000001394; |
| NPM-003-000001418 | to | NPM-003-000001420; |
| NPM-003-000001430 | to | NPM-003-000001437; |
| NPM-003-000001447 | to | NPM-003-000001447; |
| NPM-003-000001454 | to | NPM-003-000001464; |
| NPM-003-000001533 | to | NPM-003-000001535; |
| NPM-003-000001581 | to | NPM-003-000001587; |
| NPM-003-000001609 | to | NPM-003-000001636; |
| NPM-003-000001648 | to | NPM-003-000001684; |
| NPM-003-000001691 | to | NPM-003-000001715; |
| NPM-003-000001719 | to | NPM-003-000001721; |
| NPM-003-000001725 | to | NPM-003-000001746; |
| NPM-003-000001760 | to | NPM-003-000001761; |
| NPM-003-000001763 | to | NPM-003-000001772; |
| NPM-003-000001777 | to | NPM-003-000001778; |
| NPM-003-000001802 | to | NPM-003-000001803; |
| NPM-003-000001877 | to | NPM-003-000001884; |
| NPM-003-000001886 | to | NPM-003-000001902; |
| NPM-003-000001915 | to | NPM-003-000001931; |
| NPM-003-000001952 | to | NPM-003-000001957; |
| NPM-003-000002068 | to | NPM-003-000002070; |
| NPM-003-000002081 | to | NPM-003-000002087; |
| NPM-003-000002094 | to | NPM-003-000002094; |
| NPM-003-000002165 | to | NPM-003-000002166; |
| NPM-003-000002181 | to | NPM-003-000002181; |
| NPM-003-000002231 | to | NPM-003-000002231; |
| NPM-003-000002327 | to | NPM-003-000002327; |
| NPM-003-000002416 | to | NPM-003-000002426; |
| NPM-003-000002464 | to | NPM-003-000002470; |
| NPM-003-000002489 | to | NPM-003-000002495; |
| NPM-003-000002618 | to | NPM-003-000002630; |
| NPM-003-000002634 | to | NPM-003-000002655; |
| NPM-003-000002668 | to | NPM-003-000002718; |
| NPM-003-000002715 | to | NPM-003-000002727; |
| NPM-003-000002739 | to | NPM-003-000002753; |

| | | |
|---|---|---|
| NPM-003-000002778 | to | NPM-003-000002804; |
| NPM-003-000002807 | to | NPM-003-000002816; |
| NPM-003-000002825 | to | NPM-003-000002839; |
| NPM-003-000002850 | to | NPM-003-000002852; |
| NPM-003-000002855 | to | NPM-003-000002858; |
| NPM-003-000002875 | to | NPM-003-000002889; |
| NPM-003-000003055 | to | NPM-003-000003055; |
| NPM-003-000003154 | to | NPM-003-000003154; |
| NPM-003-000003314 | to | NPM-003-000003314; |
| NPM-003-000003456 | to | NPM-003-000003478; |
| NPM-003-000003577 | to | NPM-003-000003804; |
| NPM-004-000000001 | to | NPM-004-000000737; |
| NPM-005-000000001 | to | NPM-005-000000212; |
| NPM-005-000000295 | to | NPM-005-000000296; |
| NPM-005-000000381 | to | NPM-005-000000385; |
| NPM-005-000000388 | to | NPM-005-000000388; |
| NPM-005-000000444 | to | NPM-005-000000444; |
| NPM-005-000000460 | to | NPM-005-000000460; |
| NPM-005-000000535 | to | NPM-005-000000542; |
| NPM-005-000000557 | to | NPM-005-000000557; |
| NPM-005-000001140 | to | NPM-005-000001142; |
| NPM-005-000001353 | to | NPM-005-000001353; |
| NPM-005-000001360 | to | NPM-005-000001360; |
| NPM-005-000001415 | to | NPM-005-000001416; |
| NPM-005-000001460 | to | NPM-005-000001461; |
| NPM-005-000001521 | to | NPM-005-000001528; |
| NPM-005-000001575 | to | NPM-005-000001579; |
| NPM-005-000001660 | to | NPM-005-000001660; |
| NPM-005-000001664 | to | NPM-005-000001670; |
| NPM-005-000001678 | to | NPM-005-000001680; |
| NPM-005-000001700 | to | NPM-005-000001705; |
| NPM-005-000001733 | to | NPM-005-000001748; |
| NPM-005-000001770 | to | NPM-005-000001775; |
| NPM-005-000001778 | to | NPM-005-000001942; |
| NPM-005-000001947 | to | NPM-005-000002012; |
| NPM-005-000002331 | to | NPM-005-000002331; |
| NPM-005-000002413 | to | NPM-005-000002427; |
| NPM-005-000002465 | to | NPM-005-000002465; |
| NPM-005-000002501 | to | NPM-005-000002502; |
| NPM-005-000002900 | to | NPM-005-000002900; |
| NPM-005-000003006 | to | NPM-005-000003006; |
| NPM-006-000000001 | to | NPM-006-000006379; |
| NPM-008-000000001 | to | NPM-008-000000120; |

NPM-008-000000122    to    NPM-008-000000185;
NPM-008-000000190    to    NPM-008-000000258;
NPM-008-000000263    to    NPM-008-000000444;
NPM-008-000000446    to    NPM-008-000000481;
NPM-008-000000483    to    NPM-008-000000506;
NPM-008-000000517    to    NPM-008-000000519;
NPM-008-000000538    to    NPM-008-000000729;
NPM-008-000000748    to    NPM-008-000000748;
NPM-008-000000823    to    NPM-008-000001048;
NPM-008-000001051    to    NPM-008-000001054;
NPM-008-000001060    to    NPM-008-000000061;
NPM-008-000001078    to    NPM-008-000001081;
NPM-008-000001086    to    NPM-008-000001091;
NPM-008-000001093    to    NPM-008-000001117;
NPM-008-000001120    to    NPM-008-000001231;
NPM-008-000001236    to    NPM-008-000001244;
NPM-008-000001262    to    NPM-008-000001265;
NPM-008-000001270    to    NPM-008-000001290;
NPM-008-000001293    to    NPM-008-000001298;
NPM-008-000001300    to    NPM-008-000001304;
NPM-008-000001313    to    NPM-008-000001315;
NPM-008-000001317    to    NPM-008-000001317;
NPM-008-000001323    to    NPM-008-000001324;
NPM-008-000001326    to    NPM-008-000001332;
NPM-008-000001342    to    NPM-008-000001343;
NPM-008-000001352    to    NPM-008-000001353;
NPM-008-000001367    to    NPM-008-000001367;
NPM-008-000001382    to    NPM-008-000001409;
NPM-008-000001418    to    NPM-008-000001423;
NPM-008-000001425    to    NPM-008-000001426;
NPM-008-000001445    to    NPM-008-000001467;
NPM-008-000001472    to    NPM-008-000001480;
NPM-008-000001485    to    NPM-008-000001490;
NPM-008-000001522    to    NPM-008-000001523;
NPM-008-000001528    to    NPM-008-000001529;
NPM-008-000001672    to    NPM-008-000001673;
NPM-008-000001718    to    NPM-008-000001748;
NPM-008-000001750    to    NPM-008-000001751;
NPM-008-000001862    to    NPM-008-000002002;
NPM-008-000002036    to    NPM-002-000002064;
NPM-008-000002067    to    NPM-008-000002150;
NPM-008-000002156    to    NPM-008-000002180;
NPM-008-000002189    to    NPM-008-000002189;

NPM-008-000002229    to    NPM-008-000002237;
NPM-008-000002261    to    NPM-008-000002261;
NPM-008-000002294    to    NPM-008-000002302;
NPM-008-000002313    to    NPM-008-000002313;
NPM-008-000002375    to    NPM-008-000002386;
NPM-008-000002390    to    NPM-008-000002390;
NPM-008-000002423    to    NPM-008-000002433;
NPM-008-000002436    to    NPM-008-000002443;
NPM-008-000002462    to    NPM-008-000002462;
NPM-008-000002502    to    NPM-008-000002502;
NPM-008-000002547    to    NPM-008-000002547;
NPM-008-000002558    to    NPM-008-000002561;
NPM-008-000002572    to    NPM-008-000002575;
NPM-008-000002583    to    NPM-008-000002584;
NPM-008-000002614    to    NPM-008-000002618;
NPM-008-000002623    to    NPM-008-000002665;
NPM-008-000002679    to    NPM-008-000002692;
NPM-008-000002694    to    NPM-008-000002829;
NPM-008-000002831    to    NPM-008-000002837;
NPM-008-000002849    to    NPM-008-000002869;
NPM-008-000002881    to    NPM-008-000002974;
NPM-008-000002977    to    NPM-008-000002978;
NPM-008-000002984    to    NPM-008-000003009;
NPM-008-000003117    to    NPM-008-000003118;
NPM-008-000003120    to    NPM-008-000003188;
NPM-008-000003200    to    NPM-008-000003203;
NPM-008-000003205    to    NPM-008-000003216;
NPM-008-000003219    to    NPM-008-000003231;
NPM-008-000003246    to    NPM-008-000003246;
NPM-008-000003248    to    NPM-008-000003255;
NPM-008-000003259    to    NPM-008-000003263;
NPM-008-000003266    to    NPM-008-000003270;
NPM-008-000003285    to    NPM-008-000003291;
NPM-008-000003302    to    NPM-008-000003304;
NPM-008-000003310    to    NPM-008-000003310;
NPM-008-000003327    to    NPM-008-000003335;
NPM-008-000003404    to    NPM-008-000003432;
NPM-008-000003435    to    NPM-008-000003463;
NPM-008-000003466    to    NPM-008-000003475;
NPM-008-000003478    to    NPM-008-000003490;
NPM-008-000003503    to    NPM-008-000003521;
NPM-008-000003523    to    NPM-008-000003537;
NPM-008-000003539    to    NPM-008-000003548;

NPM-008-000003550      to      NPM-008-000003552;
NPM-008-000003566      to      NPM-008-000003623;
NPM-008-000003628      to      NPM-008-000003631;
NPM-008-000003638      to      NPM-008-000003638;
NPM-009-000000001      to      NPM-009-000000009;
NPM-009-000000813      to      NPM-009-000000813;
NPM-009-000000944      to      NPM-009-000000998;
NPM-009-000001305      to      NPM-009-000001754;
NPM-010-000002429      to      NPM-010-000002430;
NPM-010-000002438      to      NPM-010-000002440;
NPM-010-000002725      to      NPM-010-000002890;
NPM-010-000002893      to      NPM-010-000002895;
NPM-010-000002904      to      NPM-010-000002912;
NPM-010-000002917      to      NPM-010-000003111;
NPM-010-000003133      to      NPM-010-000003191;
NPM-010-000003227      to      NPM-010-000004196;
NPM-011-000000001      to      NPM-011-000000154;
NPM-011-000000158      to      NPM-011-000000174;
NPM-011-000000182      to      NPM-011-000000222;
NPM-011-000000231      to      NPM-011-000000243;
NPM-011-000000250      to      NPM-011-000000273;
NPM-011-000000279      to      NPM-011-000000289;
NPM-011-000000291      to      NPM-011-000000353;
NPM-011-000000359      to      NPM-011-000000418;
NPM-011-000000424      to      NPM-011-000000426;
NPM-011-000000448      to      NPM-011-000000470;
NPM-011-000000484      to      NPM-011-000000506;
NPM-011-000000509      to      NPM-011-000000516;
NPM-011-000000518      to      NPM-011-000000529;
NPM-011-000000536      to      NPM-011-000000536;
NPM-011-000000546      to      NPM-011-000000560;
NPM-011-000000562      to      NPM-011-000000648;
NPM-011-000000650      to      NPM-011-000000675;
NPM-011-000000677      to      NPM-011-000000713;
NPM-011-000000716      to      NPM-011-000000734;
NPM-011-000000739      to      NPM-011-000000792;
NPM-011-000000799      to      NPM-011-000000800;
NPM-011-000000802      to      NPM-011-000002267;
NPM-011-000002269      to      NPM-011-000002276;
NPM-011-000002281      to      NPM-011-000002410;
NPM-011-000002460      to      NPM-011-000002484;
NPM-011-000002530      to      NPM-011-000002800;
NPM-011-000002893      to      NPM-011-000002935;

10

| | | |
|---|---|---|
| NPM-011-000002985 | to | NPM-011-000003278; |
| NPM-011-000003459 | to | NPM-011-000004914; |
| NPM-030-000000001 | to | NPM-030-000001822; |
| NPM-03-0000001334 | to | NPM-003-000001335; |
| NPM-037-000000001 | to | NPM-037-000001277; |
| NPM-037-000001295 | to | NPM-037-000001643; |
| NPM-037-000001654 | to | NPM-037-000002071; |
| NRG-004-000000001 | to | NRG-004-000001801; |
| NRG-007-000001956 | to | NRG-007-000001957; |
| NRG-007-000002137 | to | NRG-007-000002148; |
| NRG-007-000002456 | to | NRG-007-000002461; |
| PET-004-000000001 | to | PET-004-000000055; |
| PET-004-000000060 | to | PET-004-000002052; |
| PET-006-000000001 | to | PET-006-000000226; |
| PET-006-000000545 | to | PET-006-000000546; |
| PET-006-000000682 | to | PET-006-000001739; |
| PET-008-000000001 | to | PET-008-000000016; |
| PET-008-000000018 | to | PET-008-000000026; |
| PET-008-000000028 | to | PET-008-000000033; |
| PET-008-000000120 | to | PET-008-000001329; |
| PET-011-000000001 | to | PET-011-000000228; |
| PET-011-000000230 | to | PET-011-000001970; |
| PET-012-000000001 | to | PET-012-000000606; |
| PET-012-000000608 | to | PET-012-000001892; |
| PET-015-000000001 | to | PET-015-000001802; |
| PET-016-000000001 | to | PET-016-000000004; |
| PET-016-000000009 | to | PET-016-000000013; |
| PET-016-000000016 | to | PET-016-000000226; |
| PET-016-000000228 | to | PET-016-000000671; |
| PET-016-000000673 | to | PET-016-000001204; |
| PET-016-000001207 | to | PET-016-000001871; |
| PET-016-000001881 | to | PET-016-000002368; |
| PET-017-000001563 | to | PET-017-000002899; |
| PET-020-000000001 | to | PET-020-000001491; |
| PET-020-000001498 | to | PET-020-000004569; |
| PET-022-000000001 | to | PET-022-000002011; |
| VRG-001-000000001 | to | VRG-001-000000776; |
| VRG-006-000000001 | to | VRG-006-000000003; |
| VRG-008-000000371 | to | VRG-008-000002443; |
| VRG-009-000000001 | to | VRG-009-000001558; |
| VRG-010-000000001 | to | VRG-010-000000908; |
| VRG-011-000000001 | to | VRG-011-000000360; |
| VRG-014-000000001 | to | VRG-014-000000806; |

VRG-022-000000001     to     VRG-022-000000443;
VRG-022-000000446     to     VRG-022-000000772;
VRG-022-000000831     to     VRG-022-000001427;
VRG-023-000000001     to     VRG-023-000000018;
VRG-024-000000233     to     VRG-024-000000336;
VRG-025-000000001     to     VRG-025-000000105;
VRG-025-000000137     to     VRG-025-000000161;
VRG-026-000000490     to     VRG-026-000000513;
VRG-026-000000550     to     VRG-026-000000636;
VRG-027-000000001     to     VRG-027-000000303;
VRG-029-000000001     to     VRG-029-000000146;
VRG-031-000000001     to     VRG-031-000002039;
VRG-032-000000001     to     VRG-032-000002623;
VRG-034-000000001     to     VRG-034-000000069;
VRG-037-000000001     to     VRG-037-000000184;
VRG-038-000000001     to     VRG-038-000001477;
VRG-040-000000001     to     VRG-040-000000074;
VRG-040-000000106     to     VRG-040-000000147;
VRG-041-000000001     to     VRG-041-000000200;
VRG-047-000000001     to     VRG-047-000000298;
VRG-048-000000001     to     VRG-048-000000286;
VRG-049-000000001     to     VRG-049-000000055;
VRG-050-000000001     to     VRG-050-000000050;
VRG-051-000000001     to     VRG-050-000000037;
VRG-057-000000001     to     VRG-057-000000301;
VRG-057-000000662     to     VRG-057-000001224;
VRG-058-000000001     to     VRG-058-000000050;
VRG-060-000000001     to     VRG-060-000000418;
VRG-064-000000001     to     VRG-064-000000515;
VRG-072-000000001     to     VRG-072-000000196;
VRG-072-000000284     to     VRG-072-000002906;
VRG-076-000000649     to     VRG-076-000000853;
VRG-076-000001177     to     VRG-076-000001282;
VRG-076-000001617     to     VRG-076-000001695;
VRG-078-000000001     to     VRG-078-000000304;
VRG-079-000000001     to     VRG-079-000000488;
VRG-080-000000001     to     VRG-080-000004156.

In response to the First Sets of Requests for Production propounded by the

Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests

for Production to the United States propounded by the Plaintiffs in the common liability

MRGO and Levee categories, and the First Set of Requests for Production propounded by

Plaintiffs in Robinson (06-2268), respectively, the United States has produced the

following Bates ranges in the manner specified in its Document Production Protocol:

|  |  |  |
|---|---|---|
| ERD-029-000000001 | to | ERD-029-000000042; |
| ERD-030-000000001 | to | ERD-030-000000019. |

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: September 7, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on September 7, 2007, I served a true

copy of the United States' Notice of Production upon all parties by ECF:


___s/ Paul Marc Levine_____
PAUL MARC LEVINE