UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AUTO CLUB FAMILY INSURANCE CO.** * | | **CIVIL ACTION** |
| * | | |
| **VERSUS** * | | **NO. 06-2124 c/w 05-4182** |
| * | | |
| **CHRISTOPHER J. ROOS and** * | | **SECTION "K", MAG. (2)** |
| **REBECCA ROOS** * | | |

*******************************************

### O R D E R

CONSIDERING THE ABOVE AND FOREGOING MOTION;

**IT IS HEREBY ORDERED** that the above numbered and entitled action including the Cross-Claim of Christopher Roos and Rebecca Murphy Roos be dismissed, with prejudice, each party to bear their own costs.

THUS DONE AND SIGNED in New Orleans, Louisiana, this ___7th___ day of _____September_____, 2007.

_____
JUDGE

G:\DOCS\9000's\9400-9499\9479\Motion to Dismiss.ea.doc