# United States District Court

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  
LITIGATION

SUMMONS IN A CIVIL CASE

Case Number: 05-4182 "K" (2)

PERTAINS TO: INSURANCE (07-3080)  
SLACK, ET AL V. ALLSTATE  
INSURANCE COMPANY, ET AL

TO: (Name and address of defendant)

Allstate Indemnity Company  
Through their Agent for Service for Process:  
Louisiana Secretary of State  
8549 United Plaza Boulevard  
Baton Rouge, Louisiana 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Connick  
2551 Metairie Road  
Metairie, LA 70005

an answer to the First Supplemental and Amended Complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**  
Clerk

(By) Deputy Clerk

**August 27, 2007**  
Date

___ Fee_____  
___ Process_____  
X   Dktd_____  
___ CtRmDep_____  
___ Doc. No._____

AO 440 (Rev. 40/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE
BATON ROUGE
LA 708 1
30 AUG 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CONNICK and CONNICK, L.L.C.
2551 METAIRIE ROAD
METAIRIE, LOUISIANA- 70001

VPL - Slack

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Allstate Indemnity Company
Through their agent for service
of process:
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Wendi Hebert
☐ Agent
☐ Addressee

B. Received by (Printed Name)
W Hebert

C. Date of Delivery
8/3/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 1490 0000 0390 0459

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540