# United States District Court

## EASTERN DISTRICT OF LOUISIANA

**RETURN**

IN RE: KATRINA CANAL BREACHES LITIGATION

SUMMONS IN A CIVIL CASE

Case Number: 05-4182 "K" (2)

PERTAINS TO: INSURANCE (07-3085)
CONERLY, ET AL V. ALLSTATE INSURANCE COMPANY, ET AL

TO: (Name and address of defendant)

Allstate Indemnity Company
Through their Agent for Service for Process:
Louisiana Secretary of State
8549 United Plaza Boulevard
Baton Rouge, Louisiana 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Connick
2551 Metairie Road
Metairie, LA 70005

an answer to the First Supplemental and Amended Complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| **Loretta G. Whyte** <br> Clerk <br> _B. Gregory_ <br> (By) Deputy Clerk | **August 27, 2007** <br> Date |

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                                  Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES POSTAL SERVICE
BATON ROUGE
LA 708 1 T
30 AUG 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CONNICK and CONNICK, L.L.C.
2551 METAIRIE ROAD
METAIRIE, LOUISIANA 70001

VPL-Conerly

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Wendi Hebert   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) W Hebert   C. Date of Delivery 8/31/07 |
| 1. Article Addressed to:<br>Allstate Indemnity Company<br>Through their agent for service of process:<br>LA Sec. of State<br>8549 United Plaza Blvd.<br>Baton Rouge, LA 70809 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0390 0466 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540