UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

## MOTION TO AMEND MASTER PROTECTIVE ORDER

Pursuant to ¶ 18 of the Master Protective Order (Doc. Rec. No. 5393), the United States hereby moves to amend the Master Protective Order. Paragraph 3 of the Master Protective Order enumerates certain categories of "CONFIDENTIAL INFORMATION." However, copyrighted information is not included as "CONFIDENTIAL INFORMATION." The United States has identified a number of videos and photographs which may be discoverable in this litigation. Some of these materials have been copyrighted by third-parties not party to this litigation. Therefore, the United States seeks to amend the Master Protective Order to include certain copyrighted materials.

Specifically, the United States moves to amend ¶ 3 of the Master Protective Order to include the following category:

The term CONFIDENTIAL INFORMATION further includes Third-Party Copyrighted Information, which includes but is not limited to documents, photographs, videos, and other tangible items that either: (1) bear a copyright notice identifying third parties, who are not parties to this litigation, as the owner of the copyright; or (2) for which a party to this litigation has been informed a third party, who is not party to this litigation, claims copyright in the work.

This proposed modification has been transmitted to liaison counsel for both plaintiffs and defendants, who did not object to the proposed language.

A draft Amended Master Protective Order is attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: September 10, 2007

## **CERTIFICATE OF SERVICE**

I, Paul Marc Levine, hereby certify that on September 10, 2007, I served a true copy of the United States' Motion to Amend the Master Protective Order upon all parties by ECF:


                                           s/ Paul Marc Levine
                                           PAUL MARC LEVINE