**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Alberto R. (Al) Gonzales
    United States Attorney General
    5137 Robert F. Kennedy Bldg.
    10th St. & Constitution Avenue NW
    Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
AUG 0 4 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7007 0710 0001 2736 0096

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

Sent To: Mr. Alberto R. (Al) Gonzales
United States Attorney General
Street, or PO: 5137 Robert F. Kennedy Bldg.
10th St. & Constitution Avenue NW
City, St: Washington, D.C. 20530

PS Form 3800, August 2006        See Reverse for Instructions

7007 0710 0001 2736 0096

**EXHIBIT "A"**



# ADAMS AND REESE LLP

**Attorneys at Law**
Baton Rouge
Birmingham
Houston
Jackson
Memphis
Mobile
Nashville
**New Orleans**
Washington, DC

**John L. Fontenot**
(504) 585-0274
E-Fax (504) 586-6617
john.fontenot@arlaw.com

August 30, 2007

**Via Certified Return Receipt**
**No. 7007 0710 0001 2736 0096**

Mr. Alberto R. (Al) Gonzales
United States Attorney General
5137 Robert F. Kennedy Bldg.
10th St. & Constitution Avenue NW
Washington, D.C. 20530

      RE:    John Fontenot and Kim Fontenot vs.
                United States of America and Department of the Army-New Orleans
                District, Corps of Engineers
                United States District Court, Eastern District
                Civil Action No.: 07-4504; Section "K", Magistrate (2)

Dear Mr. Gonzales:

      We have enclosed a Summons in a Civil Case serving you with a Compliant that has been filed by the plaintiffs in the above-referenced matter.

                                                  Cordially,

                                                  John L. Fontenot

JLF/bec
Enclosure