## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: KATRINA CANAL BREACHES**
**CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO.: 05-4182**

**SECTION "K" (2)**

**FILED IN:**   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

---

## LEVEE DEFENDANTS' SUPPLEMENTAL FINAL LIST
## OF CLASS CERTIFICATION EXHIBITS

In accordance with the Case Management and Scheduling Order No. 4 (CMO #4), the Levee defendants jointly submit the Levee Defendants' Supplemental Final List of Class Certification Exhibits that may or will be introduced at any class certification hearing:.

The joint nature of the instant filing is made solely in conformity with the Court's order and should not be construed as an adoption, approval, or endorsement of anything contained therein by any particular defendant unless specified as such.

-1-

**EXHIBITS**

1.  Financial records of the O.L.D., including Balance Sheets and statements of assets and liabilities for fiscal years ending June 30, 2005, June 30, 2006, and, once prepared, for fiscal year ending June 30, 2007;

2.  Liability Insurance Policies issued to the Orleans Levee District effective August 2005;

3.  Map(s) of the proposed class areas depicting flood control structures, drainage structures and topography;

4.  O.L.D. Profile Elevations Drawing - May 2005;

5.  Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, generated by the United States Army Corp of Engineers dated June 1, 2006, including underlying data, and any revisions or amendments, and Final Report dated March 26, 2007, ("IPET" Reports);

6.  *Times-Picayune* article entitled "City's Fate Sealed in Hours," generated by Bob Marshall, dated May 14, 2006;

7.  Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005, report No. UCB/CITRIS - 05/01, dated November 2, 2005 ("Berkeley" Report);

8.  The Failure of the New Orleans Levee System during Hurricane Katrina and the Pathway Forwards, generated by Ivor L1. Van Heerden, Ph.D. and G. Paul Kemp, Ph.D. ("Team Louisiana" Report);

9.  All pleadings filed of record in the "MR-GO" litigation including the Master Consolidated Class Action Complaint;

10. All pleadings and discovery responses filed of record in the "Levee" litigation including the Superseding Master Consolidated Class Action Complaint - Levee Plaintiffs and the Plaintiffs' Corrected Restated Levee master Consolidated Class Action Complaint;

11. Dr. Paul Kuhlmeier - CV;

12. Dr. Paul Kuhlmeier Reports and Reliance Documents;

13. Michael W. Truax - CV;

14.     Truax, Robles and Baldwin Appraisers, L.L.C. Reports and Reliance Documents;

15.     Maps of the proposed class and sub-class boundaries;

16.     Standard Form 95's that were submitted to the Army Corps of Engineers by proposed class representatives and putative class members in relation to Hurricane Katrina; and copies produced by Plaintiffs of the Standard Form 95s that were submitted to the Army Corps of Engineers by putative class members in relation to Hurricane Katrina;

17.     Documents supportive of claims made for assistance from the Louisiana Recovery Authority by class representatives and putative class members arising from damage caused by Hurricane Katrina or Rita;

18.     GCR home survey report database;

19.     LIDAR data and imaging - New Orleans and surrounds;

20.     FEMA aerial photography - New Orleans and surrounds;

21.     Topography database - New Orleans and surrounds;

22.     Erik L. Nelson - CV;

23.     Nelson Architectural Engineers, Inc. Reports and Reliance Documents;

24.     Satellite imagery and data base regarding temporary roofing utilized following Hurricane Katrina;

25.     Levee and MRGO Defendants' experts' reports and all supporting data, documents, photographs, analyses, calculations and any other document utilized by defense experts in reaching and supporting their expert reports and opinions;

26.     Billy Prochaska - CV;

27.     ASCE Report - What Went Wrong and Why, 2007;

28.     Charles T. Brigden - CV;

29.     Richard Roddewig - CV;

30.     "Team Louisiana" Final Report: The Failure of the New Orleans Levee System during Hurricane Katrina;

31.     Independent Levee Investigation Team, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report;

32.     Records of Insurance Claims made by the named plaintiffs, as well as putative class members, to recover pursuant to any insurance policy for damages resulting from Hurricane Katrina or Rita;

33.     Economic and real estate data, public records, commentary, and scholarly papers relating to damages;

34.     Aerial and ground level photographs of the proposed class areas and surrounds;

35.     Douglas Wooley & Leonard Shabman, Draft final Report: Decision Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project (June 2007);

36.     Transcripts, exhibits, and audiovisuals of the named plaintiffs' depositions;

37.     Photographs of the named plaintiffs' homes and businesses;

38.     *Times-Picayune* Article, "Katrina left many in Eastern N.O. unscathed," by Leslie Williams, May 7, 2007;

39.     Documents or records of charitable organizations or local, state, or federal governmental entities or agencies that pertain to the payments to proposed class members or applications for benefits submitted by proposed class members;

40.     All documents produced by the proposed class representatives in response to requests for production and subpoena;

41.     Deposition of New Orleans Sewerage and Water Board Representative, John R. Huerkamp, July 27, 2007;

42.     Knabb, R.D., Rhome, J.R., Brown, D.P., 2005, Tropical cyclone report, Hurricane Katrina, 23-30 August 2005: National Hurricane Center;

43.     Federal Emergency Management Agency National Flood Insurance Guide. Last accessed April 9, 2007, http://www.pueblo.gsa.gov/cic_text/housing/natl-flood/insurance.htm

44.     Dixon, T. H. et al., 2006. "Subsidence and flooding in New Orleans." Nature 441: 587-588;

45.     Dokka, R. K., 2006. "Modern-day tectonic subsidence in coastal Louisiana." Geology 34(4): 281-284;

46.     Nghiem, S. V. et al., 2006. "Depletion of perennial sea ice in the East Arctic Ocean." Geophysical Research Letters 33: L17501;

47.     McCulloh, R., P. Heinrich, and B. Good, 2006. Geology and Hurricane-Protection Strategies in the Greater New Orleans Area, Louisiana Geological Survey, No. 11, Summer 2006;

48.     Hofmann, E.E., and S.J. Worley, 1986. - An investigation of the circulation of the Gulf of Mexico, Journal of Geophysical Research, Volume 91, Issue C12, p. 14221-14236;

49.     Scharroo, R., Smith, W.H.F. & Lillibridge, J.L. 2005. Satellite altimetry and the intensification of Hurricane Katrina. *EOS*, Vol. 86, pg. 366;

50.     http://hurricane.lsu.edu/floodprediction/;

51.     Powledge, G.R., et al. 1989. Mechanics of overflow on embankments II: hydraulic design considerations. ASCE J. Hydraulic Engineering, 115(8): 1056-1075;

52.     Brater, E.F., and H. King. 1976. Handbook of Hydraulics for the Solution of Hydraulic Engineering Problems, 6th Ed., McGraw-Hill, New York, NY;

53.     CEM (2002). *Coastal Engineering Manual.* US Army Engineer Research and Development Center, Vicksburg, MS;

54.     De Wall, J.P. and Van der Meer, J.W. (1992). "Wave run-up and overtopping on coastal structures," Proc. 23rd International Conference on Coastal Engineering, ASCE, Reston, VA, 1758-1771;

55.     Van der Meer, J.W., and Janssen, W. (1995). "Wave run-up and wave overtopping at dikes," In *Wave Forces on Inclined and Vertical Wall Structures*, Kobayashi and Demirbilek, eds., ASCE, Reston, VA, 1-27;

56.     Kok, M, M. Aalberts, B. Maaskant, and L. deWit, 2007.   Polder Flood Simulations for Greater New Orleans, Hurricane Katrina August 2005, pp. 13-14;

57.     GSA Today: Article: pp. 4-10. Katrina's unique splay deposits in a New Orleans neighborhood, Stephen A. Nelson, Suzanne F. Leclair, Department of Earth and Environmental Sciences, Tulane University, New Orleans, Louisiana 70118, USA;

58.   Levee and MRGO Plaintiffs' experts' reports and all supporting data, documents, photographs, analyses, calculations and any other document utilized by plaintiffs' experts in reaching and supporting their expert reports and opinions;

59.   U.S. Corps of Engineers. 2006. 2006 Louisiana Coastal Protection and Restoration, Preliminary Report to Congress, p. 17;

60.   American Community Survey, US Census, including 2000 Census Information and US Census, State and Local, Quickfacts;

61.   www.imoga.com, Louisiana Refineries;

62.   Advancing in the Aftermath: Tracking the Recovery from Katrina and Rita, Loren C. Scott;

63.   Textron Marine and Land Website, dated July, 2006;

64.   Bureau of Labor Statistics, US Department of Labor;

65.   GCR News Update, Press Release of GCR & Associates, July 2007;

66.   *What's Needed for Post-Katrina Recovery*, prepared by James A. Richardson as a study for the Financial Services Roundtable, published in March 2006;

67.   "The New Orleans Index, Second Anniversary Special Edition," Brookings Institution, August 2007;

68.   Final Report of the Special Master for the September 11th Victim Compensation Fund of 2001, Volume 1;

69.   Press release of Governor Kathleen Babineaux Blanco, December 20, 2006;

70.   GulfGov Report, one year after the storm, Rockefeller Institute of Government and Public Affairs Research Council of Louisiana;

71.   Katrina Index, Brookings Institution;

72.   Louisiana Wage and Employment, 2004, Louisiana Department of Labor;

73.   Greater New Orleans Community Data Center, 2000 Census;

74.   Louisiana Tax Commission, 2004-05;

75.    Analysis by the U.S. Department of Housing and Urban Development's Office of Policy Development and Research, revised April 7, 2006;

76.    Multiple Listing Data, New Orleans;

77.    Road Home Program Update, August 13, 2007;

78.    James A. Richardson - CV;

79.    Dan Milham - CV;

80.    Chart by Mike Flores showing the average ground elevation and the IPET maximum flood elevation for each structure, e.g. class and sub-class representatives' dwellings, buildings, etc.;

81.    Levee defendants reserve the right to use all or some of the exhibits listed by the MRGO defendants;

82.    Without waiving any objections to the plaintiffs' exhibits, Levee defendants reserve the right to use all or some of the exhibits listed by the plaintiffs in Levee or in MRGO;

83.    American Association for Wind Engineering, "Initial plots of wind data from Texas Tech University portable towers deployed in hurricane area," http://www.aawe.org/, 2005;

84.    Ayscue, Jon K., "Hurricane Damage to Residential Structures: Risk and Mitigation," Natural Hazards Research and Applications Information Center, Institute of Behavioral Science, University of Colorado, Natural Hazards Research Working Paper #94, November 1996;

85.    Eamon, Christopher D, "Observations of Structural Damage Caused by Hurricane Katrina on the Mississippi Gulf Coast," Journal of Performance of Constructed Facilities, ASCE, March/April 2007;

86.    Federal Emergency Management Agency (FEMA), "Reconstruction Guidance Using Hurricane Katrina Surge Inundation and Advisory Base Flood Elevation Maps," November 2005;

87.    Google, Inc., "Google Earth, Version 3.0 (software)," July 2005;

88.    Hurricane Retrofit Guide (HRG), "Wind Resistance of Wood Framed Walls," July 2007; and "Structural Connections," July 2007; and "The Strength of Wood

Frame Wall Houses: Eventually the Wind Loads have to Get to the Foundations," July 2007;

89.   International Code Council, "International Building Code," Referenced Edition;

90.   Keith, Edward L., "Performance of Plywood and OSB Sheathing During Hurricanes Andrew and Iniki: Hurricanes of 1992," Ronald A. Cook and Mehrdad Solanti, Editors, American Society of Civil Engineers, 1994;

91.   MapQuest, Inc., www.mapquest.com, 2006;

92.   Merriam-Webster, Inc., "Webster's Ninth New Collegiate Dictionary," Merriam-Webster, Inc., 1991;

93.   Minor, Joseph, E., *Lessons Learned from Failures of the Building Envelope in Windstorms*, Journal of Architectural Engineering, March 2005;

94.   NOAA/National Climactic Data Center (NCDC), "Hurricane Katrina:  A Climatological Perspective Preliminary Report (Technical Report 2005-01)," October 2005; and "Observed Precipitation August 24-30, 2005," http://www.ncdc.noaa.gov, 2005;

95.   NOAA National Coastal Data Development Center, "Hurricane Katrina Wind Speed Map" and "SLOSH Model Output" http://www.ncddc.noaa.gov, 2005;

96.   NOAA/National Hurricane Center (NOAA/NHC), "Storm Surge," http://www.nhc.noaa.gov/HAW2/english/storm_surge.shtml, viewed January 23, 2005;

97.   NOAA/National Weather Service (NWS), "The Saffir-Simpson Hurricane Scale," (2005) and "Tropical Weather Summary" www.nws.noaa.gov, September 1, 2005;

98.   Noon, Randal, Introduction to Forensic Engineering, CRC Press, 1992;

99.   NRCA, NRCA Roofing and Waterproofing Manual, Volume I and Volume II, 4th Edition, NRCA, 1996;

100.  Pinelli, Simiu, Gurley, Subramanian, Zhang, Cope, Filliben, and Hamid, *Hurricane Damage Prediction Model for Residential Structures*, Journal of Structural Engineering, November 2004;

101.   Rogers, Spencer M., Jr., "Performance of Building Resistance to Water, Waves and Erosion," *Hurricane Hugo One Year Later,* Benjamin A. Sill and Peter R. Sparks, Editors, American Society of Civil Engineers, 1994;

102.   Sill, Ben L. and Kozlowski, Ronald T., *Analysis of Storm-Damage Factors for Low-Rise Structures,* Journal of Performance of Constructed Facilities, November 1997;

103.   Van de Lindt, J. W.; Graettinger, A.; Gupta, R.; Skaggs, T.; Pryor, S.; and Fridley, K. J., "Performance of Wood-Frame Structures during Hurricane Katrina," *Journal of Performance of Constructed Facilities*, March/April 2007;

104.   Weather Decision Technologies, Inc. (WDT), "Summary of Wind Swath Characteristics Associated with Hurricane Katrina," prepared by E. Dewayne Mitchell, September 16, 2005;

105.   Wikipedia, "Shear wall," http://en.wikipedia.org/wiki/Shear_wall, July 2007;

106.   Affidavit of Paul H. Tracey, representative of Allstate insurance Company;

107.   Affidavit of Roland Senechal, representative of Farmer's Insurance Exchange;

108.   Affidavit of Emmet T. Bittner, representative of Standard Fire Insurance Company;

109.   Affidavit of Christopher J. Blair, representative of State Farm Insurance Company;

110.   Affidavit of Mark Parabicoli, representative of Liberty Mutual Insurance Company;

111.   Affidavit of Noryn A. Ward, representative of Louisiana Farm Bureau Mutual Insurance Company;

112.   Affidavit and/or Declaration of Carol Keiffer, representative of Orleans Levee District;

113.   Affidavit and/or Declaration of Joseph Richard, representative of Orleans Levee District;

114.   Affidavit and/or Declaration of Steven Spencer, representative of Orleans Levee District;

115. Affidavit and/or Declaration of Gerald Gillen III, representative of Orleans Levee District;

116. Affidavit and/or Declaration of Billy Prochaska;

117. Affidavit and/or Declaration of Fran Campbell, representative of East Jefferson Levee District;

118. Federal Emergency Management Agency (FEMA), 2006. Mitigation Assessment Team Report: Hurricane Katrina in the Gulf Coast - Building Performance Observations, Recommendations, and Technical Guidance (July 2006). http://www.fema.gov/library/viewRecord.do?id=1857;

119. U.S. Navy (USN), 1983. Hurricane Havens Handbook for the North Atlantic Ocean. Naval Research Laboratory: NAVENVPREDRSCHFACT TR 82-03 (modified August 2005). http://www.nrlmry.navy.mil/port_studies/tr8203nc/0start.htm;

120. White House, 2006. The Federal Response to Hurricane Katrina: Lesson Learned. http://www.whitehouse.gov/reports/Katrina-lessons-learned/;

121. Barmore, J., 2003, MR-09 Delta-wide crevasses summary data and graphics: Baton Rouge, Louisiana, Louisiana Department of Natural Resources, Coastal Restoration Division;

122. Coleman, J.M., 1988, Dynamic changes and processes in the Mississippi River Delta: Geological Society of America Bulletin, v. 100, p. 999-1015;

123. Coleman, J.M., Roberts, H.H., Stone, G.W., 1998, Mississippi River Delta: An overview: Journal of Coastal Research, v. 14, p. 698-717;

124. Eustis Engineering Co, Inc. 1986, Geotechnical investigation, London Avenue Outfall Canal: New Orleans, OLB Project No. 2049-0269 v. 1-2;

125. Miller, W. III, 1983, Stratigraphy of newly exposed Quaternary sediments, East Orleans Parish, Louisiana: Tulane studies in Geology and Paleontology, v. 17, p. 85-104;

126. Nelson, S.A., 2006, Hurricane Katrina, what happened? Field trip guide: New Orleans, Tulane University, http://www.tulane.edu/sanelson/Katrina/index.html (last accessed June 2007);

127.   Seed, R.B., and 36 others. 2006, Investigation of the performance of the New Orleans flood protection systems in Hurricane Katrina on August 29, 2005: Berkeley, University of California, Report No. UCB/CCRM-06/01;

128.   *Times-Picayune*. 2005, Flash flood, Hurricane Katrina's inundation of New Orleans, August 29, 2005: http://www.nola.com/katrina/graphics/flashflood.swf (last accessed July 2007);

129.   U.S. Army Corps of Engineers, 1989, Lake Pontchartrain, La. and vicinity, Lake Pontchartrain high level plan: Design Memorandum No. 19A, General Design London Avenue Outfall Canal, Orleans Parish, v. 1-2, p. 597;

130.   Abdollahi, K.; Ning, Z. (2006) Gulf Coast Regional Climate, Southern University. http://hurricane.accuweather.com/hurricane/facts.asp;

131.   Angert, Joe and Isaac. (2002). Old River Control, http://users.stlcc.edu/jangert/oldriver/oldriver.html;

132.   Anonymous (2006). Hurricane Katrina: What Government is Doing. From the United States Department of Homeland Security. Last accessed April 17, 2007 from http://www.dhs.gov/interweb/assetlibrary/katrina.htm;

133.   Anonymous. (2006). Louisiana Parish Recovery Planning Tool. From Louisiana Parish website. Last accessed April 17, 2007 from http://www.louisianaspeaks-parishplans.org/;

134.   Barnes, F. (2006). Post-Katrina Politics. The Weekly Standard, 11/(32_, 8. Barrier Shoreline Feasibility Study (1977). Coast 2050. Last accessed April 5, 2007, http://www.coast2050.gov/reports/barrier/Final/sect1-4.pdf;

135.   Board of Commissioner of the Port of New Orleans. (2004).  Port of New Orleans statistical profile: Calendar year 1985-2004. New Orleans: Port of New Orleans. Last accessed April 7, 2007, http://www.portno.com/PDF/cargo%20stats%20cy04.pdf;

136.   Bourne Jr., Joel K. Gone with the Water. National Geographic. Last accessed April 3 2007, http://magma.nationalgeographic.com/ngm/0410/feature5/index.html?fs=www7.nationalgeographic.com;

137.   Brown, Matthew. (2005). Corps suspends plans to dredge MRGO. *The Times Picayune.* http://www.nola.com/newslogs/breakingtp/index.ssf?/mtlogs/nola_Times-Picayune/archives/2005_11_21.html;

138.  Commerce Department. Storm Surge: A Rising Concern among Coastal Residents. NOAA Magazine. Last accessed April 12, 2007, http://www.magazine.noaa.gov/stories/mag178.htm;

139.  Congressional Research Service (2005). Ports in Louisiana: New Orleans, South Louisiana, and Baton Rouge. Last accessed April 1, 2007, http://fpc.state.gov/documents/organization/57872;

140.  Copeland, C., Esworthy, R., Luther, L. Ramseur, L, Schievrow, L. (May 2006). Cleanup After Hurricane Katrina: Environmental Considerations. CRS Report for Congress. Last accessed April 1, 2007, http://www.ncseonline.org/nle/crsreports/06may/RL33115.pdf;

141.  "CRS Report for Congress" [Electronic Version] (16 May 2006). CRS Web. Last accessed April 1, 2007 from: http://fpc.state.gov/documents/organization/ 67127.pdf#search=%22congressional%20appropriation%20legislation%20 hurricane%20katrina%22;

142.  Dixon, T.H. Amelung, F., Ferretti, A., Novali, F., Rocca, F., & Dokka, R., et al. (2006).   Space geodesy: Subsidence and flooding in New Orleans. [Electronic version]. Nature, 441, 587-588. Last accessed April 19, 2007 from U. Idaho database;

143.  Fischetti, Mark. (2006 Feb) Protecting New Orleans.  Scientific American Vol. 294 (Issue 2);

144.  Flaherty, Jordan (2005, 17 October). "Crime and Corruption in New Orleans." AlterNet. Last accessed March 28, 2007, http://www.alternet.org/katrina/26871/;

145.  GAO Reports. (2006, September 6). Government wide Framework Needed to Collect and Consolidate Information to Report on Billions in Federal Funding for the 2005 Gulf Coast Hurricanes;

146.  Hart, David A., Burkett, Virginia A., Ziloski, David A. Sea Level Rise and Subsidence: Implications of Flooding in New Orleans, Louisiana. United States Geological Survey;

147.  Hayden, Thomas. "Super Storms, No End in Sight." National Geographic Magazine Aug 2006: 66-77;

148.  Hearing on: Recovering after Katrina: Ensuing that FEMA is up to the task: Subcommittee on Economic Development, Public Buildings, & Emergency Management, House of Representatives, (2005). Last accessed March 29, 2007, http://www.house.gov/transportation/pbed/10-06-05/10-06-05memo.html;

149. Heller, Paul. Course Notes: Geology 2100 Stratigraphy and Sedimentation. Depositional Systems: Deltas. Last Accessed April 24, 2007, http://faculty.gg.uwyo.edu/heller/Sed%20Strat%20Class/Sedstrat6/sedlect_6.htm;

150. Hendrickson, Jons S., Schneider, Michelle J. (1999). Hydraulic Evaluation of Discharge over Submerged Rock Wing Dams on the Upper Mississippi River. WOTS, Water Quality Technical Note PD-06. Last accessed May 5, 2007, http://handle.dtic.mil/100.2/ADA368164;

151. "Hurricane Katrina's Inundation of New Orleans." New Orleans *Times-Picayune* 20 Sep 2006;

152. Insurance Information Institute (2006). Homeowners Insurance. Last accessed April 11, 2007, http://www.insurance.info/media/facts/statsbyissue/homeowners/;

153. Intergovernmental Panel on Climate Change. (2001). Changes in sea level. Climate change 2001: Working group I: The scientific basis (pp. 409). Last accessed May 2, 2007, http://www.grida.no/climate/ipcc_tar/wgl/409.htm;

154. Kent, J.D. (2006). 2005 Louisiana hurricane impact atlas. Last accessed May 2, 2007, from http://lagic.lsu.edu/lgisc/publications/2005/LGISC-PUB-20051116-00_2005_HURRICANE_ATLAS.pdf;

155. King, Hobart. January 12, 2006, Rebuilding New Orleans: Subsidence, Sea Level Rise, Global Warming, Faults, Hurricanes. Geology.com. Last accessed March 28, 2007, http://geology.com/articles/rebuilding-new-orleans.shtml;

156. Louisiana State University Hurricane Center, October 2003. Residential Wind Damage in Hurricane Katrina: Preliminary Estimates and Potential Loss Reduction through Improved Building Codes and Construction Practices. Last accessed April 11, 2007, http://www.hurricane.lsu.edu/files/katrinafinal.pdf;

157. Louisiana Wetland Protection Panel. 987. Saving Louisiana's coastal wetlands: The need for a long-term plan of action No. EPA-230-02-87-026. Grand Terre Island, LA: United States Environmental Protection Agency;

158. Map of New Orleans and Adjacent Parts of Jefferson & St. Bernard Parishes. September 21, 2006;

159. Meade, Robert H. 1995. Setting: Geology, hydrology, Sediments, and Engineering of the Mississippi River. US Geological Survey Circular 1133;

160.    Meehl, G.A., Washington, W.M., Collins, W.D., Arblaster, J.M., Hu, A., & Buja, L. E., et al.  How much more global warming and sea level rise? [Electronic version].  Science Magazine, 307(5716) 1769. Last accessed April 17, 2007;

161.    Mendelsson, Irv.   Vegetation and Ecology of Barrier Islands. Louisiana State University, http://www.biology.lsu.edu/webfac/lurbatsch/BarrierIslands.html;

162.    Mississippi River. Last accessed April 11, 2007. http://www.biocrawler.com/encyclopedia/Image:Mississippi_River_map.png;

163.    Morris, J.T., Sundareshwar, P.V., Nietch, C.T. Kjerfve, b., & Cahoon, D.R. (2002).  Responses of Coastal Wetlands to Rising Sea Level. Ecology. 83, 2869-2877.  Accessed U. Idaho database;

164.    "New Orleans Elevation by Neighborhood with Major Roads." Map. Greater New Orleans   Community   Data   Center.   Last   accessed   April   11,   2007, http://www.gnocdc.org/maps/PDFs/neworleans_elevation.pdf;

165.    New    Orleans    Hurricane    Risk.    Last    accessed    May    2,    2007. http://www.globalsecurity.org/security/ops/hurricane-risk-new-orleans.htm;

166.    O'Connor, P. 2006. Valuation of Subsidizing Housing. Last accessed April 19, 2007, http://www.poconnor.com/article.asp?id=48;

167.    Raper, Sarah. 2000. Sea level rise. Climatic Research Unit. http://www.cru.uea.ac.uk/cru/info/slr/

168.    Response of Coastal Ecosystems to Sea-Level Rise: Assessing Wetland Elevation Changes, Potential for Submergence, and Management Options (2004).   United States   Geological   Survey   Global   Change   Research   in   Biology. http://www.nrel.colostate.edu/projects/brd_global_change/proj_43_wetlandelev.html;

169.    Ryan, T.P. 2001.  The economic impact of the Port of New Orleans and the New Orleans maritime industry.    New Orleans:  University of New Orleans. http://www.portno.com/Economic%20Impact%202000.PDF;

170.    Storm Surge. http://www.nhc.noaa.gov/HAW2/english/storm_surge.shtml;

171.    Takle, Eugene S. 1997. Sea-Level Rise. Iowa State University.  http:// www.iitap.iastate.edu/gcp/sealevel/sealevel_lecture.html;

172.    U.S. Army Corps of Engineers. (n.d) Levee Construction. http://www.usasce.army.mil/publications/eng-manuals/em1110-2-1913/c-7.pdf;

173.    United States Army Corps of Engineers, New Orleans District (2004).  The Mississippi River and Tributaries Project, http://www.mvn.usace.army.mil/poa/bro/misstib.htm;

174.    United States Army Corps of Engineers.  2003 Jul 1. Engineering Manual 1110-1-1003;

175.    United States Army Corps of Engineers. 2006. Hurricane Protection System Improvements.  http://www.mvn.usace.army.mil/hps/hps_improve.htm#;

176.    United States, Environmental Protection Agency. (2000). Sea level. http://yosemite.epa.gov/oar/globalwarming.nsf/content/ClimateFutureClimateSeaLevel.html;

177.    United States Geological Survey: Louisiana Coastal Wetlands: A Resource at Risk, 1995;

178.    United States Geological Survey marine and Coastal Geology Program. http://marine.usgs.gov/fact-sheets/LAwetlands.html;

179.    United States Geological Survey Reports Latest Land Change Estimates for Louisiana Coast.  National Wetlands Research Center: Press Release, http://www.nwrc.usgs.gov/releases/pr06_002.htm;

180.    United States Geological Survey.  September 2006. Without Restoration, Coastal Land Loss to Continue. Press Release, National Wetlands Research Center. http://www.nwrc.usgs.gov/releases/pr03_004.htm;

181.    United States Mainland Hurricane Strikes by State, 1851-2004. http://www.nhc.noaa.gov/paststate.shtml;

182.    University Corporation for Atmospheric Research. 2005. Climate change inevitable in 21st century sea level rise to outpace temperature increase. Last accessed March 28, 2007, http://www.ucar.edu/news/releases/2005/change.shtml;

183.    Votteler, Todd H. January 29, 2002.  Wetland Protection Legislation. United States Geological Survey Water Supply. Last accessed March 28, 2007, http://water.usgs.gov/nwsum/WSP2425/legislation.html;

184.    Yamazaki, Penland. 2002. Physical Environments-Hurricane History. http://pubs.usgs.gov/of/2002/of02-206/phy-environment/recent-hurricanes.html;

185.   Roper, William E. & Wheeler, James F. May, 2006. Water Quality Assessment of New Orleans following Hurricane Katrina. http://www.epa.gov/oilspill/pdfs/ RoperW_Katrina Water Quality May 2006.pdf#search="New Orleans levees pump locations;"

186.   U.S. Geological Survey. "Surface and Groundwater Hydrology of the Acadian-Pontchartrain NAWQA." http://la.water.usgs.gov/nawqa/hydrology.htm;

187.   National Science Foundation, Nov 17, 2005. "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005;"

188.   Butler, Rhett A. "Environmental Problems Worsened Hurricane Katrina's Impact." Mongabay.com. 31 Aug. 2005. http://news.mongabay.com/2005/0831-new_orleans_wetlands.html;

189.   "Project Overview." Coast 2050. Louisiana Dept. of Natural Resources. www.coastal2050.gov;

190.   Sawyer, Tom. "Raising Levees is Even More Costly." Engineering News-Records 10 Apr. 2006: 10;

191.   Google Map of Storm Katrina 2005. Map. Google Maps. Florida Hurricane Center. http://flhurricane.com/googlemap.php?2005s12;

192.   Katrina Graphics. Online. http://www.nola.com/katrina/graphics/;

193.   US Corps of Engineers, IPET Data Repository, as of July 1, 2007;

194.   Fortune Magazine, August 20, 2007, New Orleans, p. 67-72;

195.   Deposition of Johannes Vrijling with all attachments and exhibits, August 2007;

196.   University of New Orleans, December 1, 2006. Repetitive Loss Area Analysis #3 Broadmoor Neighborhood.  Report prepared for FEMA;

197.   Raymond Burby, 2006.  Hurricane Katrina and the Paradoxes of Government Disaster Policy, Annals Amer. Acad. Political and Social Science, March;

198.   Migena Zagonjolli and A Mynett, Dam Breaching Uncertainty and Its Effects in Downstream Areas, Proc. 7th Inter. Conference on Hydro-Science and Engineering, Sept 10-13, Drexel Univ., ISBN: 0977447405;

199.   E. Frank, A. Ostan, and G.S. Stelling. Unknown. Use of an integrated one-dimensional/two-dimensional hydraulic modeling approach for flood hazard and risk mapping. University of Delft, Netherlands. 10 pp.;

200.   Guus Stelling and A Verwey, 2005.  Numerical Flood Simulation. Encyclopedia of Hydrological Sciences, John Wiley, New York, NY. 25 pp.;

201.   Tutorial Hydrodynamics-1D2D flooding, Sobek, March 2007, 32 pp.;

202.   U.S. Dept. Homeland Security, May 2006. Hurricane Katrina, A Nation Still Unprepared, Washington D.C., 749 pp.;

203.   U.S. General Accounting Office, September 2006. Hurricane Katrina, Strategic Planning Needed to Guide Future Enhancements beyond Interim Levee Repairs, Washington, D.C. 53 pp.;

204.   K. Gaspard, et. Al., March 2007. Impact of Hurricane Katrina on Roadways in the New Orleans Area; Report No. 07-2TA, LA Dept. Of Transportation. 73 pp.;

205.   Brian Hayes, 2005. Natural and Unnatural Disasters, The American Scientist, Vol. 93, p. 496-501;

206.   National Institute of Standards and Technology. June 2006. Performance of Physical Structures in Hurricane Katrina and Hurricane Rita: A Reconnaissance Report. NIST Technical Note 1476, U.S. Dept. Of Commerce, Washington D.C., 270 pp.;

207.   H*WIND, 2005.  Background on the HRD Surface Wind Analysis System, http://www.aoml.noaa.gov/hrd/Storm_pages/surf_background.html and http://www.aoml.noaa.gov/hrd/Storm_pages/rita2005/wind.html;

208.   NOAA Hurricane Research Division of the Atlantis Oceanographic and Meteorological Laboratory (AOML), 2005. Wind analysis techniques. http://www.aoml.noaa.gov/hrd/Storm_pages/katrina2005/wind.html;

209.   NOAA, 2005. Climate of 2005: Summary of Hurricane Rita, NOAA's National Climatic Data Center, U.S. Department of Commerce. http://lwf.ncdc.noaa.gov/oa/climate/research/2005/rita.html;

210.   NOAA, 2005. Hurricane Katrina - A Climatological Perspective, Preliminary Report, NOAA, 2005. Hurricane Katrina Images. http://ngs.woc.noaa.gov/katrina/;

211.    Commander, Naval Meteorology and Oceanography Command at Stennis Space Center, November 21, 2005. Preliminary Model Hindcast of Hurricane Katrina Storm Surge, Stennis Space Center, MS.  https://www.fnmoc.navy.mil/products/ KATRINA/Notice.pdf.;

212.    Demonstrative evidence and/or animation generated by Dr. Paul Kuhlmeier;

213.    Exhibits to and documents referenced in the Rule 30(b)(6) deposition of the Sewerage and Water Board of New Orleans;

214.    Diagram of New Orleans Sewer and Water Board's Systemwide Drainage Network Hurricane Katrina Flood Impact Map;

215.    New Orleans Sewer and Water Board Sewer Evaluation of the New Orleans Metropolitan Area Map;

216.    New Orleans Sewer and Water Board Drainage Pumping Station Logs;

217.    New Orleans Sewer and Water Board Pumping Capacity Schematics;

218.    Current Meter Flow Measurements Station No. 6 by Alden Research Laboratory, Inc. 2002 and 2003;

219.    Pump Curves and Index;

220.    Sheets from DPS 19 Power Generators;

221.    Photographs and videotape of the flooding produced by SWBNO;

222.    Affidavit and/or Declaration of John R. Huerkamp;

223.    Affidavit and/or Declaration of  Renauldo Roberton;

224.    Affidavit and/or Declaration of Willie Parker;

225.    Affidavit and/or Declaration of Randal Allen;

226.    Affidavit and/or Declaration of David McGee;

227.    Affidavit and/or Declaration of Albert Vosbein;

228.    Affidavit and/or Declaration of Nester James;

229.    Affidavit and/or Declaration of Conard James;

230.   Affidavit and/or Declaration of Duane Jones;

231.   Affidavit and/or Declaration of Allen Margenchine;

232.   Affidavit and/or Declaration of Richard Rey;

233.   Affidavit and/or Declaration of Tyrone Young;

234.   Affidavit and/or Declaration of Phillip Joyce;

235.   Affidavit and/or Declaration of Andrew Fiorella;

236.   Affidavit and/or Declaration of Robert Moeinian;

237.   Decision Making Chronology for the Lake Pontchartrain & Vicinity
       Hurricane Protection Project, U.S. Army Corps of Engineers;

238.   Louisiana Mid-Continent Oil and Gas Association, www.lmoga.com;

239.   Maps in Appendix from Greater New Orleans Community Data Center website;

240.   Tables C.1 through C.7 from Greater New Orleans Community Data Center
       website;

241.   Table C.8 from the Louisiana Tax Commission, 32nd Biennial Report, 2004-2005;

242.   Regional Labor Markets, 2nd Quarter 2005, 4th Quarter 2005, and 4th Quarter
       2006;

243.   New Orleans Metropolitan Association of Realtors with analysis by Real Property
       Associates;

244.   A Report on the Impact of Hurricanes Katrina and Rita on Louisiana Businesses:
       2005Q2-2006Q3, Dek Terrell and Ryan Bilbo, LSU E. J. Ourso College of
       Business;

245.   Affidavit and/or Expert Report of Dr. John Kilpatrick;

246.   Deposition of Dr. John Kilpatrick with all attachments and exhibits;

247.   John Bowman and John Mikesell, "Assessment Uniformity: The Standard and Its
       Attainment," The Property Tax Journal, December 1990;

248.   A Guide to Appraisal Valuation Modeling, Appraisal Institute (2000);

249.   David Chicoine and Fred Gertz, "Real Estate Tax Assessment Uniformity in Illinois," Illinois Business Review, February 1988;

250.   New Orleans *Times-Picayune*, investigation of tax assessment in Orleans Parish, various issues in April 2003;

251.   Louisiana Legislative Auditor, "Residential Tax Assessment Practices," April 2003;

252.   International Association of Assessing Officers, Standard on the valuation of Properties Affected by Environmental Contamination;

253.   Uniform Standards of Professional Appraisal Practices, Standards 3 and 6 (2006);

254.   J.D. Eaton, Real Estate Valuation in Litigation, The Appraisal Institute, 1995;

255.   Mark Linne, "A Vision for Valuation: Automated Valuation Models and Appraisal Practice," paper presented at Pan Pacific Congress of Appraisers, Valuers, and Counselors, San Francisco, California, September 2006;

256.   Victoria Cassens Zillioux, "Automated Valuation Models: Automation vs. Hyprid," paper presented at Pan Pacific Congress of Appraisers, Valuers, and Counselors, San Francisco, California, September 2006;

257.   Brenda White, "Evaluating AVMs," in Mortgage Banking, September 2006;

258.   George Dell, "AVMs: The Myth and Reality: the Problem and the Solution," Valuation Insights & Perspectives, The Appraisal institute, 3rd Quarter 2004;

259.   New Orleans *Times Picayune*, May 1, 2007 and June 7, 2007;

260.   www.nola.com/weblogs/pring.ssf?/mtlogs/nolatpupdates/archives/ print217834.html;

261.   George Lentz and Ko Wang, "Residential Appraisal and the Lending Process: A Survey of Issues," Journal of Real Estate Research, 1998;

262.   Robin A. Dubin, "Estimation of Regression Coefficients in the Presence of Spatially Autocorrelated Error Terms," The REVIEW OF Economics and Statistics, 1988.;

263. Robert Halvorsen and Henry Pollakowski "Choice of Functional Form for Hedonic Price Equations," Journal of Urban Economics, 1981;

264. Scott Atkinson and Thomas Crocker, "A Bayesian Approach to Assessing the Robustness of Hedonic Property Value Studies," Journal of Applied Econometrics, 1987;

265. Peter Colwell, Roger Cannaday, and Chunchi Wu, "The Analytical Foundations of Adjustment Grid Methods," AREUEA Journal, 1983;

266. Kerry Vandell, "Optimal Comparable Selection and Weighting in Real Property Valuation," AREUEA Journal, 1991;

267. Albert Wilson, "The Questionable Reliability of "Peer Reviewed" Real Estate Literature," Bureau of National Affairs: Expert Evidence Report, January 5, 2004;

268. The Dictionary of Real Estate, 3rd or 4th Editions;

269. The Appraisal of Real Estate, 11th or 12th Edition;

270. Richard Roddewig and James Frey, "Testing the Reliability of Contingent Valuation in the Real Estate Marketplace," The Appraisal Journal, 2006;

271. Bill Mundy and David McLean, "Using the Contingent Value Approach for Natural Resource and Environmental Damage Applications," The Appraisal Journal 1998;

272. Louisiana Recovery Authority, Information on Road Home;

273. GulfGov Report, one year after the storm, Rockefeller Institute of Government and Public Affairs Research Council of Louisiana;

274. Deposition of Albert Joseph Richard and Carol Keifer with all attachments and exhibits;

275. Deposition of G. Paul Kemp, Ph.D. with all attachments and exhibits;

276. Deposition of Johannes Vrijling with all attachments and exhibits;

277. Deposition of James Richardson with all attachments and exhibits;

278. Deposition of Erik Nelson with all attachments and exhibits;

279. Deposition of Michael Truax with all attachments and exhibits;

280.    Deposition of Paul Kuhlmeier with all attachments and exhibits;

281.    Mansur C.I., Kaufman R.I., and Schultz J.R. 1956.  Investigation of Underseepage
and Its Control, Lower Mississippi River Levees, 2 vols. USACE Waterways
Experiment Station, Technical Memo, 3-424, Vicksburg, MS.

282.    Advisory Opinion 22 (AO-22), SUBJECT: Scope of Work in Market Value
Appraisal Assignments, Real Property, issued July 10, 2000, USPAP, 2005
Edition, p. 211, Lines 117 to 119.

283.    University of New Orleans Real Estate Market Data Center & Center for
Economic Development, "Metropolitan New Orleans Real Estate Market
Analysis," Volume 39, March 2007;

284.    Jessica Lamond and David Proverbs, "Does the Price Impact of Flooding Fade
Away?" *Structural Survey*, Vol. 24, No. 5, 2006;

285.    The Impact of Flooding on Residential Property Values: A Report for the RICS
Foundation by Liverpool John Moores University & University of Wolverhapton,
September 2004.

286.    D. Labley and L. Cordery, "The Effects of Catastrophic Flooding at Nyngan and
Some Implications for Emergency Management," Australian Journal of
Emergency Management, Vol. 12, No. 2;

287.    Graham A. Tobin and Burrell E. Montz, "The Impacts of a Second Catastrophic
Flood on Property Values in Linda and Olivehurst, California,"
http://www.colorado.edu/hazards/research/qr/qr95/qr95.html;

288.    Terrance R. Skantz and Thomas H. Strickland, "House Prices and a Flood Event:
An Empirical Investigation of Market Efficiency," The Journal of Real Estate
Research, Vol. 2, No. 2,Winter 1987;

289.    Yeo, Stephen "Effects of Disclosure of Flood-Liability on Residential Property
Values," http://www.lismore.nsw.gov.au/content/citywks/floor_levels_jun02.pdf;

290.    *Times-Picayune*, April 4, 2004, April 5, 2004, and August 28, 2007.

291.    *Appraiser News Online*, June 1, 2004.

292.    http://www.nola.com/newslogs/rpanswerspot/index.ssf?/mtlogs/nola_tpqa/
archives/2006_12.html;

293.  http://www.nola.com/weblogs/pring.ssf?/mtlogs/nola_tpupdates/archives/
print217834.html;

294.  V. Bajic, "Housing-Market Segmentation and Demand for Housing Attributes:
Some Empirical Findings," *AREUA Journal*, Vol. 13, No. 1, 1985;

295.  Albert Wilson, "Real Property Damages and Rubber Rulers," *Real Estate Issues*,
Summer 2006;

296.  Randall Bell, MAI, *Real Estate Damages: An Analysis of Detrimental Condition*,
The Appraisal Institute, 1999;

297.  Richard J. Roddewig, MAI, CRE, Editor, *Valuing Contaminated Properties: An
Appraisal Institute Anthology*;

298.  Dr. James Richardson's Reports and Reliance Documents;

299.  Clarion's Associates, Inc. Reports and Reliance Documents;

300.  "All documents (including attachments) that were submitted to and/or received
from the Louisiana Recovery Authority, The Road Home Program, and/or
homeowners, flood or other insurers by proposed class representatives and
putative class members in relation to Hurricanes Katrina and/or Rita"; and

301.  All documents, photographs, and/or other tangible items not otherwise listed
herein that have been produced by any proposed class representative and/or
putative class members in relation to Hurricane Katrina.

Respectfully submitted,

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:          (337) 237-7000
FACSIMILE:           (337) 233-9450

and

McCRANIE, SISTRUNK, ANZELMO, HARDY,
MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:          (504) 831-0946
FACSIMILE:          (504) 831-2492
Attorneys for the ORLEANS LEVEE DISTRICT
and

CHRISTOVICH & KEARNEY, LLP
Mr. Charles M. Lanier, Jr. #18299
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:          (504) 593-4272
FACSIMILE:          (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

and

U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE:  (202) 616-4289
FACSIMILE:  (202) 616-5200

Attorneys for United States of America

and

DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich #7354
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:          (985) 871-0800
FACSIMILE: (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
& WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
Mr. Ralph S. Hubbard III - # 7040
Mr. Seth E. Schmeeckle - # 27076
mailto:rhubaard@lawla.com
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:          (504) 568-1990
FACSIMILE:          (504) 310-9195
Attorneys for St. Paul Fire and Marine Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2007, a copy of the above and foregoing **Levee Defendants' Supplemental Final List of Class Certification Exhibits** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

COUNSEL