UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>INSURANCE   *Hilton Lea*,<br>      No. 07-2683 | * * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |
| * * * * * * * * | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**ON MOTION OF** plaintiff, Hilton Lea d/b/a Lea & Pervis Hair Center, and defendant, Maryland Casualty Company, upon representing that the parties to this litigation have reached an amicable compromise of all issues raised herein, and mutually desire to dismiss all claims asserted herein against defendants, Maryland Casualty Company, with prejudice, and with each party to bear its own costs.

**WHEREFORE**, plaintiff, Hilton Lea d/b/a Lea & Pervis Hair Center, and defendants, Maryland Casualty Company, respectfully move this Honorable Court for the entry of an Order dismissing all of Plaintiff's claims asserted in the above-captioned matter, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Jeffrey P. Berniard*
_____
**JEFFREY P. BERNIARD (#29088)**
**BERNIARD & WILSON, L.L.C.**
625 Baronne Street
New Orleans, Louisiana   70113
Telephone:  (504) 527-6225
Facsimile:  (504) 527-6300

*Counsel for Plaintiff,*
*Hilton Lea d/b/a Lea & Pervis Hair Center*

*~and~*

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**CHERRELL R. SIMMS (#28227)**
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

*Counsel for Defendants,*
*Maryland Casualty Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of September, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**