UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K" (2) |
| **PERTAINS TO:** <br> **INSURANCE**   *Hilton Lea*, <br>                        No. 07-2683 | * <br> * <br> * | JUDGE DUVAL <br><br> MAG. WILKINSON |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the above and foregoing joint motion to dismiss:

**IT IS HEREBY ORDERED** that the above entitled and numbered cause and all claims asserted therein be **DISMISSED, WITH PREJUDICE**, each party bearing its own costs and attorneys' fees.

**NEW ORLEANS**, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**