



ZONE 1



ZONE 2









