**EXHIBIT B – PROPOSED LEVEE CLASS & SUB-CLASS DEFINITIONS**

A. **Definition of Proposed Levee Class**

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the south by the Mississippi River, to the east by the IHNC, and to the west by the 17th Street Canal running from Lake Pontchartrain south to Metairie Road and then west on Metairie Road to Causeway Boulevard, and then south on Causeway Boulevard to the Mississippi River, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

1. **Damage caused by:**
   a. breach of 17th Street Canal;
   b. eastern breach of London Avenue Canal;
   c. eastern breach of London Avenue Canal;
   d. overtopping/breaches of the west bank of the Inner Harbor Navigational Canal;
   e. Lake Pontchartrain, and Louisiana and Vicinity, Hurricane Protection Project ("LPLVHPP") failure; and
   f. breach of the Orleans Avenue Canal.

2. **Defendants Identified:**
   a. The United States of America;
   b. The United States Army Corps of Engineers;
   c. The Board of Commissioners of the Orleans Parish Levee District;
   d. The Sewerage and Water Board of New Orleans;
   e. The Board of Commissioners of the East Jefferson Levee District;
   f. The Board of Commissioners of the Port of New Orleans;
   g. The Public Belt Railroad Commission for the City of New Orleans;
   h. CSX Transportation Corporation;
   i. CSX Transportation, Inc.;
   j. St. Paul Fire and Marine Insurance Company; and
   k. National Union Fire Insurance Company of Pittsburgh

3.  **Class Representatives**

    a.  Michelle Hennessey
        417-419 40th Street
        New Orleans, LA 70124
(i)  **Occupation:** dentist analyst, CCMSI.
(ii) **Date of Birth:** 03/03/1967
(iii) **Address of Property in Claim:** 417-419 40th Street, New Orleans, LA 70124; 5904-5906 Marigny St., New Orleans, LA
(iv) **Owner/Lessee:** owner
(v)  **Description of Property:** residential duplexes
(vi) **Residential/Business:** residential units

    b.  Lenniece Morrell
        114 Winthrop Place
        New Orleans, LA 70119
(i)  **Occupation:** Louisiana Air National Guard Civil Service Technician.
(ii) **Date of Birth:** 3/28/1969
(iii) **Address of Property in Claim:** 114 Winthrop Place, New Orleans, LA 70119
(iv) **Owner/Lessee:** owner
(v)  **Description of Property:** single family residence
(vi) **Residential/Business:** residence

    c.  Kenneth A. Polite, Sr.
        5651 Cartier Avenue
        New Orleans, LA 70122
(i)  **Occupation:** New Orleans Police Officer
(ii) **Date of Birth:** 09/19/1957
(iii) **Address of Property in Claim:** 5651 Cartier Avenue, New Orleans, LA 70122
(iv) **Owner/Lessee:** Owner
(v)  **Description of Property:** single family residence
(vi) **Residential/Business:** residence

    d.  Michelle Harrison
        3630 North Johnson Street
        New Orleans, LA  70117
(i)  **Occupation:** Student
(ii) **Date of Birth:** 08/16/1961
(iii) **Address of Property in Claim:** 2418-A; 2418-B and 2420 North Robertson Street, New Orleans, LA 70117; 5904-5906 Marigny Street, New Orleans, LA

    (iv) **Owner/Lessee:** Owner
    (v) **Description of Property:** N. Robertson is a residential triplex and Marigny is a residential double
    (vi) **Residential/Business:** Residence

    **e.**  Thurman R. Kaiser, Sr.
        3801 North Turnbull Drive
        Metairie, LA 70002

    (i) **Occupation:** Retired
    (ii) **Date of Birth:** 03/23/1930
    (iii) **Address of Property in Claim:**
        2506-2508 Acacia Street;
        2541, 2541A, 2543, 2543A Acacia Street;
        1619-1621 N. Broad Street;
        3221-3223 Belfort Avenue;
        6574-76 Catina Street,
        4029-4031 Clematis Street;
        612-614 South Cortez Street;
        4125-4127 D'Hemecourt Street;
        4129-4131 D'Hemecourt Street;
        1618-1620 Paul Morphy Street;
        612 North Murat Street;
        3223-3225 St. Philip Street; and
        436-438 Telemachus Street
    (iv) **Owner/Lessee:** Owner
    (v) **Description of Property:** residential units
    (vi) **Residential/Business:** residential

**B.**   <u>**Definition of Proposed Sub-Class One**</u>

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the south by Metairie Road and City Park Avenue, to the east by the Orleans Avenue Canal, and to the west by the 17th Street Canal, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

1. **Damage caused by:**
    a. breach of 17th Street Canal;
    b. LPLVHPP failure; and
    c. breach of the Orleans Avenue Canal.

2. **Defendants Identified:**
    a. The United States of America;
    b. The United States Army Corps of Engineers;
    c. The Board of Commissioners of the Orleans Parish Levee District;
    d. The Sewerage and Water Board of New Orleans;
    e. The Board of Commissioners of the East Jefferson Levee District
    f. St. Paul Fire and Marine Insurance Company; and
    g. National Union Fire Insurance Company of Pittsburgh.

3. **Representatives for Sub-Class One**

    **a.** Michelle Hennessey (*see* § A(3)(a) *supra*)

    **b.** Thurman R. Kaiser, Sr. (*see* § A(3)(e) *supra*)

    **c.** Rosemary R. Kaiser
    3801 North Turnbull Drive
    Metairie, LA 70002
(i) **Occupation:** Retired
(ii) **Date of Birth:** 04/04/1930
(iii) **Address of Property in Claim:**
    2506-2508 Acacia Street;
    2541, 2541A, 2543, 2543A Acacia Street;
    1619-1621 N. Broad Street;
    3221-3223 Belfort Avenue;
    6574-76 Catina Street,
    4029-4031 Clematis Street;
    612-614 South Cortez Street;
    4125-4127 D'Hemecourt Street;
    4129-4131 D'Hemecourt Street;
    1618-1620 Paul Morphy Street;
    612 North Murat Street;
    3223-3225 St. Philip Street; and
    436-438 Telemachus Street

(iv) **Owner/Lessee:** Owner
**(v) Description of Property:** residential units
(vi) **Residential/Business:** residential

C. <u>**Definition of Proposed Sub-Class Two**</u>

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the west by the Orleans Avenue Canal, to the east by the London Avenue Canal, to the south from where the London Avenue Canal intersects with Gentilly Boulevard, along Gentilly Boulevard to the south-west to North Broad Street, where it intersects with Esplanade Avenue, and then running northwest along Esplanade Avenue to City Park Avenue where it meets Marconi Boulevard, then running north to the Orleans Canal, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

1. **Damage caused by:**
   a. breach of 17th Street Canal;
   b. western breach of the London Avenue Canal at Mirabeau Avenue;
   c. LPLVHPP failure; and
   d. breach of the Orleans Avenue Canal.

2. **Defendants Identified:**
   a. The United States of America;
   b. The United States Army Corps of Engineers;
   c. The Board of Commissioners of the Orleans Parish Levee District;
   d. The Sewerage and Water Board of New Orleans;
   e. The Board of Commissioners of the East Jefferson Levee District;
   f. St. Paul Fire and Marine Insurance Company; and
   g. National Union Fire Insurance Company of Pittsburgh.

3. **Proposed Representatives for Sub-Class Two**

    a. Betty Sonnier Stalbert
       2225 College Drive, Apt. 104
       Baton Rouge, LA  70808

(i) **Occupation:** insolvency specialist with the Internal Revenue Service
(ii) **Date of Birth:** 08/19/1953
(iii) **Address of Property in Claim:** 3913 Virgil Blvd., New Orleans, LA 70122
(iv) **Owner/Lessee:** owner
(v) **Description of Property:** single family residence of approximately 3,500 square feet on a lot of approximately 40feet x 100 feet.
(vi) **Residential/Business:** residence

    b. Emanuel Esteves, Jr.
       4656 Gaines Street
       New Orleans, LA  70126

(i) **Occupation:** retired
(ii) **Date of Birth:** 05/31/1938
(iii) **Address of Property in Claim:** 4543 Cartier Avenue, New Orleans, LA 70122; 1559-1561Senate Street, New Orleans, LA  70122
(iv) **Owner/Lessee:** owner
(v) **Description of Property:** Cartier is a single family residence of approximately 3,500 square feet on a lot of approximately 40feet x 100 feet.  Senate Street is a residential duplex.
(vi) **Residential/Business:** residence

    c. Stella Washington
       1478 Mithra Street
       New Orleans, LA 70122

(i) **Occupation:**  casino dealer
(ii) **Date of Birth:** 02/11/1951
(iii) **Address of Property in Claim:** 1478 Mithra St., New Orleans, LA 70122
(iv) **Owner/Lessee:**  owner
(v) **Description of Property:** single family home of approximately 2,500 square feet situated on a lot approximately 51.5 feet x 120 feet.
(vi) **Residential/Business:** residential

    d. John B. Williams
       1830 Hope Street
       New Orleans, LA 70119

(i) **Occupation:**  retired

(ii) **Date of Birth:**  06/08/1924
(iii) **Address of Property in Claim:** 6 Charlotte Dr., New Orleans, LA 70122; 1830 Hope Street, New Orleans, LA 70119; 2640 Bruxelles, New Orleans, LA 70119
(iv) **Owner/Lessee:** owner
(v) **Description of Property:** single family residential
(vi) **Residential/Business:** residence

  **e.** Emanuel Wilson
    1512 Mandolin St.
    New Orleans, LA 70122

(i) **Occupation:** unemployed
(ii) **Date of Birth:** 02/01/1982
(iii) **Address of Property in Claim:** 1512 Mandolin St., New Orleans, LA 70122
(iv) **Owner/Lessee:** lessee
(v) **Description of Property**: single family residence
(vi) **Residential/Business:** residential

**D.** **Definition of Proposed Sub-Class Three**

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Lake Pontchartrain, to the east by the IHNC, to the west by the London Avenue Canal, and to the south by Gentilly Boulevard/Gentilly Road who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

**1.** **Damage caused by:**
  a. Eastern breach of the London Avenue Canal;
  b. Overtopping/breaches on the west bank of the Inner Harbor Navigational Canal; and
  c. LPLVHPP failure

**2.** **Defendants Identified:**
  a. The United States of America;
  b. The United States Army Corps of Engineers;
  c. The Board of Commissioners of the Orleans Parish Levee District;

    d.    The Board of Commissioners of the Port of New Orleans;
    e.    The Public Belt Railroad Commission for the City of New Orleans,
    f.    CSX Transportation Corporation;
    g.    CSX Transportation, Inc.; and
    h.    St. Paul Fire and Marine Insurance Company.

**3.**    **Representatives for Sub-Class Three**

    **a.**   Elois Bell
          750 Landwood Drive
          Baton Rouge, LA 70806
(i) **Occupation:** retired
(ii) **Date of Birth:** 12/07/1941
(iii) **Address of Property in Claim:** 1866 Carnot Street, New Orleans, LA 70122
(iv) **Owner/Lessee:** owner
(v) **Description of Property:** single family residence
(vi) **Residential/Business:** residential

    **b.**   Leo Mitchell
          6203 Waldo Drive
(i) **Occupation:** commercial truck driver
(ii) **Date of Birth:** 10/28/1966
(iii) **Address of Property in Claim:** 6203 Waldo Drive, New Orleans, LA 70122
(iv) **Owner/Lessee:** lessee
(v) **Description of Property:** residential duplex
(vi) **Residential/Business:** residential

    **c.**   Trenise Jackson
          1 Gibson Street, Apt. 172
          Houston, TX 77060
(i) **Occupation:** student
(ii) **Date of Birth:** 04/07/1969
(iii) **Address of Property in Claim:** 5010 Frankfort St., New Orleans, LA 70126
(iv) **Owner/Lessee**: owner
(v) **Description of Property:** single family residence
(vi) **Residential/Business:** residential

    **d.**   Dwayne Mallet
          208 Maumas
          New Orleans, LA 70131
(i) **Occupation:** purchasing director

(ii) **Date of Birth:** 01/25/1965
(iii) **Address of Property in Claim:** 1924 Wildair Dr., New Orleans, LA 70122
(iv) **Owner/Lessee:** owner
(v) **Description of Property:** single family residence
(vi) **Residential/Business:** residential

    e.    Leslie Dorantes
        9216 Sugar Hill Street, Apt. 127
        Convent, LA  70723

(i) **Occupation:**  waitress
(ii) **Date of Birth:** 01/14/1948
(iii) **Address of Property in Claim:** 3614 Virgil Blvd., New Orleans, LA 70122
(iv) **Owner/Lessee:** lessee
(v) **Description of Property:** single family residence
(vi) **Residential/Business:** residential

**E.** <u>**Definition of Proposed Sub-Class Four**</u>

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Gentilly Boulevard/Gentilly Road to North Broad Street (Gentilly Ridge), to the south by the Mississippi River, to the east by the IHNC, and to the west by Esplanade Avenue  who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

**1. Damage caused by:**
    a.    Overtopping/breaches of the Inner Harbor Navigational Canal;
    b.    LPLVHPP failure;
    c.    MRGO surge; and
    d.    Breach of the 17th Street Canal.

**2. Defendants Identified:**
    a.    The United States of America;
    b.    The United States Army Corps of Engineers;
    c.    The Board of Commissioners of the Orleans Parish Levee District;
    d.    The Board of Commissioners of the Port of New Orleans;

    e.    The Public Belt Railroad Commission for the City of New Orleans,
    f.    CSX Transportation Corporation;
    g.    CSX Transportation, Inc.; and
    h.    St. Paul Fire and Marine Insurance Company

**3.** **Representatives for Sub-Class Four**

    **a.**    Donna Augustine
        2230 Sherwood Meadow Drive, Apt. A
        Baton Rouge, LA  70816

(i)  **Occupation:**  retired
(ii)  **Date of Birth:** 05/09/1950
(iii)  **Address of Property in Claim:** 2126 N. Broad St., New Orleans, LA 70119
(iv)  **Owner/Lessee:**  lessee
(v)  **Description of Property:** single family residence
(vi)  **Residential/Business:** residential

    **b.**    Gladys LaBeaud
        500 South Jefferson Davis Parkway, Apt. 1
        New Orleans, LA 70119

(i)  **Occupation:**  retired
(ii)  **Date of Birth:** 12/29/1930
(iii)  **Address of Property in Claim:** 1708-1710 Industry Street, New Orleans, LA 70119
(iv)  **Owner/Lessee:** owner
(v)  **Description of Property:** residential duplex
(vi)  **Residential/Business:** residential

    **c.**    Daisy Innis
        4024 Stutz Street
        New Orleans, LA 70126

(i)  **Occupation:**  retired
(ii)  **Date of Birth:** 12/04/1942
(iii)  **Address of Property in Claim:** 4024 Stutz Street, New Orleans, LA 70126
(iv)  **Owner/Lessee:** owner
(v)  **Description of Property:** single family residence
(vi)  **Residential/Business:** residential

    **d.**    Betty Jones
        2111 Clouet Street
        New Orleans, LA 70117

(i)  **Occupation:**  retired

(ii) **Date of Birth:** 03/18/1939
(iii) **Address of Property in Claim:** 2111 Clouet Street, New Orleans, LA 70117
(iv) **Owner/Lessee:** owner
(v) **Description of Property:** residential duplex
(vi) **Residential/Business:** residential

    e.  Jose Louis Rodriguez
        2223 Prentiss Street
        New Orleans, LA 70122

(i) **Occupation:** tile installer
(ii) **Date of Birth:** 07/22/1966
(iii) **Address of Property in Claim:** 2923 Bruxelles Street, New Orleans, LA 70119
(iv) **Owner/Lessee:** lessee
(v) **Description of Property:** single family residence
(vi) **Residential/Business:** residential

F.  **Definition of Proposed Sub-Class Five**

All individuals and entities, both private and public and both natural and juridical, in the geographic area bounded to the north by Metairie Road/City Park Avenue, to the south by the Mississippi River, to the west by Causeway Boulevard, and to the east by Esplanade Avenue, who/which sustained damages as a result of the inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and who/which, as to the defendant Corps only, have, or by a date to be determined by the Court, will have fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

1. **Damage caused by:**
   a. Breach of 17th Street Canal;
   b. Breaches of the London Avenue Canals;
   c. Overtopping/breaches of the Inner Harbor Navigational Canal;
   d. LPLVHPP failure; and
   e. MRGO surge.

2. **Defendants Identified:**
   a. The United States of America;
   b. The United States Army Corps of Engineers;
   c. The Board of Commissioners of the Orleans Parish Levee District;
   d. The Sewerage and Water Board of New Orleans;

    e.    The Board of Commissioners of the East Jefferson Levee District;
    f.    The Board of Commissioners of the Port of New Orleans;
    g.    The Public Belt Railroad Commission for the City of New Orleans;
    h.    CSX Transportation Corporation;
    i.    CSX Transportation, Inc.;
    j.    St. Paul Fire and Marine Insurance Company; and
    k.    National Union Fire Insurance Company of Pittsburgh.

**3.** **Representatives for Sub-Class Five**

    **a.**    Beatrice Drew
           606 Egle Street
           Morgan City, LA 70380

(i) **Occupation:** retired
(ii) **Date of Birth:** 06/12/1948
(iii) **Address of Property in Claim:** 1227 South Galvez Street, New Orleans, LA 70125
(iv) **Owner/Lessee:** lessee
(v) **Description of Property:** single family residence of approximately 1,500 square feet.
(vi) **Residential/Business:** residential

    **b.**    Eddie Knighten
           7726-7728 Edinburgh St.
           New Orleans, LA 70125

(i) **Occupation:** truck driver
(ii) **Date of Birth:** 01/11/1943
(iii) **Address of Property in Claim:** 7726-7728 Edinburgh St., New Orleans, LA 70125
(iv) **Owner/Lessee:** owner
(v) **Description of Property**: residential duplex
(vi) **Residential/Business:** residential

    **c.**    Calvin Levy
           3205 College Court
           New Orleans, LA 70125

(i) **Occupation:** taxi driver
(ii) **Date of Birth:** 01/25/1961
(iii) **Address of Property in Claim:** 3205 College Court, New Orleans, LA 70125
(iv) **Owner/Lessee:** owner
(v) **Description of Property:** single family residence
(vi) **Residential/Business:** residential

      **d.**   Nicola McCathen
           1805 Berrymore Drive
           Slidell, LA  70461

(i) **Occupation:**  financial coordinator
(ii) **Date of Birth:** 03/21/1972
(iii) **Address of Property in Claim:** 961 South Telemachus Street, New Orleans, LA 70125
(iv) **Owner/Lessee:** lessee
(v) **Description of Property:** single family residence of approximately 722 square feet.
(vi) **Residential/Business:**  residential

      **e.**   Charles Moses
           8536 South Claiborne Avenue
           New Orleans, LA 70118

(i) **Occupation:**  retired
(ii) **Date of Birth:** 8/29/1951
(iii) **Address of Property in Claim:** 3717 General Pershing St., New Orleans, LA 70125
(iv) **Owner/Lessee:** lessee
(v) **Description of Property:** single family residential of approximately 3,000 square feet
(vi) **Residential/Business:** residential