**EXHIBIT C – PROPOSED MRGO CLASS & SUB-CLASS DEFINITIONS**

A.  **Definition of Proposed MRGO Class**

All individuals and entities (both private and public, both natural and juridical) in "GREATER NEW ORLEANS" (defined as that area east of the IHNC/Industrial Canal including the Lower Ninth Ward and New Orleans East areas of the Parish of Orleans and also the Parish of St. Bernard, in the State of Louisiana) who/which sustained damages as a result of inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and—as to the Defendant Corps only—have, or by a date to be determined by the Court will have, fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

1.  **Damage Caused By**:
    a.  amplified surge; breaches and overtopping along the MRGO; and
    b.  eastern breaches and overtopping of the IHNC/Industrial Canal.

2.  **Defendants:**
    a.  The United States of America;
    b.  The United States Army Corps of Engineers;
    c.  The Board of Commissioners of the Orleans Parish Levee District;
    d.  The Board of Commissioners of the Lake Borgne Basin Levee District;
    e.  Washington Group International, Inc.; and
    f.  St. Paul Fire and Marine Insurance Company.

3.  **MRGO Class Representatives:**
    a.  Kenneth Paul Armstrong, Sr.
        28 Park Place Dr., #601
        Covington, LA 70433
        (i)   **Occupation:** Sales Supervisor for Budweiser
        (ii)  **Date of Birth:** 2/21/63
        (iii) **Address of Property in Claim:** 4016 Hamlet Pl., Chalmette, LA
        (iv)  **Owner/Lessee:** Owned
        (v)   **Description of Property:** 1800 sf single story, 4 br, 2 ba brick home with attached garage on a 50 x 100 lot
        (vi)  **Residential/Business:** Residential

b.  Jeannine B. Armstrong
    28 Park Place Dr., #601
    Covington, LA 70433
    (i)   **Occupation:** Registered Nurse
    (ii)  **Date of Birth:** 11/8/62
    (iii) **Address of Property in Claim:** 4016 Hamlet Pl., Chalmette, LA
    (iv)  **Owner/Lessee:** Owned
    (v)   **Description of Property:** See Above
    (vi)  **Residential/Business:** Residential

c.  Ethel Mae Coats
    756 Louisiana Ave.
    New Orleans, LA 70118
    (i)   **Occupation:** Not Employed
    (ii)  **Date of Birth:** 10/12/51
    (iii) **Address of Property in Claim:** 1020-22 Charbonnet St. New Orleans, LA 70117
    (iv)  **Owner/Lessee:** Owned
    (v)   **Description of Property:** shotgun double house; 2 br, 1ba on each side
    (vi)  **Residential/Business:** Residential

d.  Henry Davis
    7650 Morel St.
    New Orleans, LA 70128
    (i)   **Occupation:** Retired Instructor for RTA
    (ii)  **Date of Birth:** 11/6/52
    (iii) **Address of Property in Claim:** Same as Above
    (iv)  **Owner/Lessee:** Owned
    (v)   **Description of Property:** single story, 3br, 2 ba single family brick home with detached workshed
    (vi)  **Residential/Business:** Residential

e.  Glynn Wade
    4719 Bundy Rd.
    New Orleans, LA 70127
    (i)   **Occupation:** Social Worker
    (ii)  **Date of Birth:** 10/19/45
    (iii) **Address of Property in Claim:** Same as Above
    (iv)  **Owner/Lessee:** Owned
    (v)   **Description of Property:** 3bd 2 ba single story brick single family home
    (vi)  **Residential/Business:** Residential

**B.   Definition of Proposed New Orleans East Sub-Class**

All individuals and entities (both private and public, both natural and juridical) in that portion of Orleans Parish, Louisiana, lying to the east of the IHNC/Industrial Canal and north of the GIWW/Intracoastal Waterway, who/which sustained damages as a result of inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and—as to the Defendant Corps only—have, or by a date to be determined by the Court will have, fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

1. **Damage Caused By:**
    a. amplified surge; breaches and overtopping along the MRGO; and
    b. eastern breaches and overtopping of the IHNC/Industrial Canal.

2. **Defendants:**
    a. The United States of America;
    b. The United States Army Corps of Engineers;
    c. The Board of Commissioners of the Orleans Parish Levee District;
    d. The Board of Commissioners of the Lake Borgne Basin Levee District; and
    e. St. Paul Fire and Marine Insurance Company.

3. **Representatives for New Orleans East Sub-Class**

    a. Henry Davis (*see* § A(3)(d) *supra*)

    b. Glynn Wade (*see* § A(3)(e) *supra*)

**C.   Definition of Proposed Lower Ninth Ward & St. Bernard Sub-Class**

All individuals and entities (both private and public, both natural and juridical) in all of the Parish of St. Bernard, Louisiana, as well as the lower Ninth Ward of the Parish of Orleans (that is, the portion of Orleans Parish lying to the east of IHNC/Industrial Canal, and to the south of the Gulf Intracoastal Waterway/MR-GO) who/which sustained damages as a result of inundation/flooding in this area which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005, and—as to the Defendant Corps only—have, or by a date to be determined by the Court will have, fulfilled whatever administrative claim filing requirements this Court deems applicable in this matter.

1.  **Damage Caused By**:
    a.  amplified surge; breaches and overtopping along the MRGO; and
    b.  eastern breaches and overtopping of the IHNC/Industrial Canal.

2.  **Defendants:**
    a.  The United States of America;
    b.  The United States Army Corps of Engineers;
    c.  The Board of Commissioners of the Orleans Parish Levee District;
    d.  The Board of Commissioners of the Lake Borgne Basin Levee District;
    e.  Washington Group International, Inc.; and
    f.  St. Paul Fire and Marine Insurance Company.

3.  **Representatives for Lower Ninth Ward & St. Bernard Sub-Class:**

    a.  Kenneth Paul Armstrong, Sr. (*see* § A(3)(a) *supra*)

    b.  Jeannine B. Armstrong (*see* § A(3)(b) *supra*)

    c.  Ethel Mae Coats (*see* § A(3)(c) *supra*)