## EXHIBIT E – COMMON ISSUES OF LAW AND FACT – LEVEE

**Common Issues of Law and Fact for the Proposed Class**

1.    The class and sub-class members' causes of action against the Defendants;

2.    The cause(s) of the failures of the floodwalls of the 17th Street Canal, London Avenue Canal, and IHNC;

3.    The legal duties owed by Defendants to the class and sub-class members;

4.    Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

5.    Liability of the Corps for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

6.    Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

7.    Liability of the Sewerage and Water Board of New Orleans ("SWB") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

8.    Liability of the Board of Commissioners of the East Jefferson Levee District ("EJLD") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

9.    Liability of the Board of Commissioners of the Port of New Orleans ("PNO") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

10.   Liability of Modjeski & Masters, Inc. ("M&M") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

11.   Liability of Eustis Engineering Co., Inc. ("Eustis") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

12. Liability of Boh Bros. Construction Co., Inc. ("Boh Bros.") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

13. Liability of B&K Construction Co., Inc. ("B&K Construction") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

14. Liability of Burk-Kleinpeter, Inc. ("Burk-Kleinpeter") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

15. Liability of Burk-Kleinpeter, L.L.C. ("Burk-Kleinpeter") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

16. Liability of Gotech, Inc. ("Gotech") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

17. Liability of CSX Transportation Corporation ("CSX") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

18. Liability of CSX Transportation, Inc. ("CSX") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

19. Liability of Gulf Group, Inc. of Florida ("Gulf Group") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

20. Liability of Pittman Construction Co., Inc. ("Pittman") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

21. Liability of C. R. Pittman Construction Co., Inc. ("C. R. Pittman") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

22. Liability of James Construction Group, Inc. ("James Construction") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

23.    Liability of Public Belt Railroad Commission for the City of New Orleans ("PBR") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

24.    Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

25.    Liability of OLD and St. Paul for the failure of the entire New Orleans levee system;

26.    Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

27.    Liability of the Corps, OLD, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

28.    Liability of the Corps for creating a hazardous condition in respect of the MRGO;

29.    Allocation of liability to the Corps for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC ;

30.    Allocation of liability to OLD for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

31.    Allocation of liability to SWB for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

32.    Allocation of liability to EJLD for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

33.    Allocation of liability to PNO for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

34.    Allocation of liability to M&M for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

35.     Allocation of liability to Eustis for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

36.     Allocation of liability to Boh Bros. for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

37.     Allocation of liability to B&K Construction for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

38.     Allocation of liability to Burk-Kleinpeter for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

39.     Allocation of liability to Gotech for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

40.     Allocation of liability to CSX for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

41.     Allocation of liability to Gulf Group for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

42.     Allocation of liability to Pittman for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

43.     Allocation of liability to C. R. Pittman for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

44.     Allocation of liability to James Construction for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

45.     Allocation of liability to PBR for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

46.     Allocation of liability to St. Paul Fire for the floodwall breaches along the 17th Street Canal, London Avenue Canal, and/or IHNC;

47.     The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the 17th Street Canal, London Avenue Canal, and IHNC floodwalls;

48.     The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;

49.     The amount of water that flowed through the breaches of the floodwalls of the 17th Street Canal;

50.     The amount of water that flowed through the breaches of the floodwalls of the London Avenue Canal;

51.     The amount of water that flowed through the breaches of the floodwalls of the IHNC;

52.     The lack of immunity of some or all of the Defendants for the class and sub-class members' claims; and

53.     The inability of the Defendants to establish any factual or legal defense to the class and sub-class members' claims.

## Common Issues of Law and Fact for Proposed Sub-Class One

1.      The sub-class members' causes of action against the Defendants;

2.      The cause(s) of the failures of the floodwalls of the 17th Street Canal and London Avenue Canal;

3.      The legal duties owed by Defendants to the sub-class members;

4.      Each Defendant's breach(es) of the legal duties owed to the sub-class members;

5.      Liability of the Corps for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

6.      Liability of OLD for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

7.     Liability of SWB for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

8.     Liability of EJLD for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

9.     Liability of M&M for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

10.    Liability of Eustis for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

11.    Liability of Boh Bros. for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

12.    Liability of B&K Construction for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

13.    Liability of Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

14.    Liability of Gotech for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

15.    Liability of Gulf Group for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

16.    Liability of Pittman for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

17.    Liability of St. Paul for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

18.    Allocation of liability to the Corps for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

19.    Allocation of liability to OLD for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

20.    Allocation of liability to SWB for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

21.    Allocation of liability to EJLD for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

22.    Allocation of liability to M&M for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

23.    Allocation of liability to Eustis for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

24.    Allocation of liability to Boh Bros. for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

25.    Allocation of liability to B&K Construction for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

26.     Allocation of liability to Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

27.     Allocation of liability to Gotech for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

28.     Allocation of liability to Gulf Group for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

29.     Allocation of liability to Pittman for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

30.     Allocation of liability to St. Paul for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

31.     The source of water inundation of each sub-class member's property, i.e., the water plume in respect of the breaches of the 17th Street Canal and London Avenue Canal floodwalls;

32.     The flow rate of the water inundation of each sub-class member's property from the breaches;

33.     The amount of water that flowed through the breaches of the floodwalls of the 17th Street Canal;

34.     The amount of water that flowed through the breaches of the floodwalls of the London Avenue Canal;

35.     The lack of immunity of some or all of the Defendants for the sub-class members' claims; and

36.     The inability of the Defendants to establish any factual or legal defense to the sub-class members' claims.

**Common Issues of Law and Fact for Proposed Sub-Class Two**

1.     The sub-class members' causes of action against the Defendants;

2.     The cause(s) of the failures of the floodwalls of the 17th Street Canal and London Avenue Canal;

3.     The legal duties owed by Defendants to the sub-class members;

4.     Each Defendant's breach(es) of the legal duties owed to the sub-class members;

5.     Liability of the Corps for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

6.     Liability of OLD for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

7.     Liability of SWB for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

8.     Liability of EJLD for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

9.     Liability of M&M for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

10.     Liability of Eustis for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

11.     Liability of Boh Bros. for the floodwall breaches along the 17th Street
        Canal due to the negligent dredging, design, and construction of the 17th
        Street Canal;

12.     Liability of B&K Construction for the floodwall breaches along the London
        Avenue Canal due to the negligent design and construction of the London
        Avenue Canal;

13.     Liability of Burk-Kleinpeter for the floodwall breaches along the London
        Avenue Canal due to the negligent design and construction of the London
        Avenue Canal;

14.     Liability of Gotech for the floodwall breaches along the London Avenue
        Canal due to the negligent design and construction of the London Avenue
        Canal;

15.     Liability of Gulf Group for the floodwall breaches along the 17th Street
        Canal due to the negligent dredging, design, and construction of the 17th
        Street Canal;

16.     Liability of Pittman for the floodwall breaches along the 17th Street Canal
        due to the negligent dredging, design, and construction of the 17th Street
        Canal;

17.     Liability of St. Paul for the floodwall breaches along the 17th Street Canal
        and the London Avenue Canal due to the negligent dredging, design, and
        construction of the 17th Street Canal and due to the negligent design and
        construction of the London Avenue Canal;

18.     Allocation of liability to the Corps for the floodwall breaches along the 17th
        Street Canal and the London Avenue Canal due to the negligent dredging,
        design, and construction of the 17th Street Canal and due to the negligent
        design and construction of the London Avenue Canal;

19.     Allocation of liability to OLD for the floodwall breaches along the 17th
        Street Canal and the London Avenue Canal due to the negligent dredging,
        design, and construction of the 17th Street Canal and due to the negligent
        design and construction of the London Avenue Canal;

20.     Allocation of liability to SWB for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

21.     Allocation of liability to EJLD for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

22.     Allocation of liability to M&M for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

23.     Allocation of liability to Eustis for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

24.     Allocation of liability to Boh Bros. for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

25.     Allocation of liability to B&K Construction for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

26.     Allocation of liability to Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

27.     Allocation of liability to Gotech for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

28.     Allocation of liability to Gulf Group for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

29.     Allocation of liability to Pittman for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

30.     Allocation of liability to St. Paul for the floodwall breaches along the 17th
        Street Canal and the London Avenue Canal due to the negligent dredging,
        design, and construction of the 17th Street Canal and due to the negligent
        design and construction of the London Avenue Canal;

31.     The source of water inundation of each sub-class member's property, i.e.,
        the water plume in respect of the breaches of the 17th Street Canal and
        London Avenue Canal floodwalls;

32.     The flow rate of the water inundation of each sub-class member's property
        from the breaches;

33.     The amount of water that flowed through the breaches of the floodwalls of
        the 17th Street Canal;

34.     The amount of water that flowed through the breaches of the floodwalls of
        the London Avenue Canal;

35.     The lack of immunity of some or all of the Defendants for the sub-class
        members' claims; and

36.     The inability of the Defendants to establish any factual or legal defense to
        the sub-class members' claims.

**Common Issues of Law and Fact for Proposed Sub-Class Three**

1.      The sub-class members' causes of action against the Defendants;

2.      The cause(s) of the failures of the floodwalls of the London Avenue Canal;

3.      The legal duties owed by Defendants to the sub-class members;

4.      Each Defendant's breach(es) of the legal duties owed to the sub-class
        members;

5.      Liability of the Corps for the floodwall breaches along the London Avenue
        Canal due to the negligent design and construction of the London Avenue
        Canal;

6.      Liability of OLD for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

7.      Liability of B&K Construction for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

8.      Liability of Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

9.      Liability of Gotech for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

10.     Liability of St. Paul for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

11.     Allocation of liability to the Corps for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

12.     Allocation of liability to OLD for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

13.     Allocation of liability to B&K Construction for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

14.     Allocation of liability to Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

15.     Allocation of liability to Gotech for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

16.     Allocation of liability to St. Paul for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

17.     The source of water inundation of each sub-class member's property, i.e., the water plume in respect of the breaches of the London Avenue Canal floodwalls;

18.     The flow rate of the water inundation of each sub-class member's property from the breaches;

19.     The amount of water that flowed through the breaches of the floodwalls of the London Avenue Canal;

20.     The lack of immunity of some or all of the Defendants for the sub-class members' claims; and

21.     The inability of the Defendants to establish any factual or legal defense to the sub-class members' claims.

**Common Issues of Law and Fact for Proposed Sub-Class Four**

1.     The sub-class members' causes of action against the Defendants;

2.     The cause(s) of the failures of the floodwalls on the west side of the IHNC;

3.     The legal duties owed by Defendants to the sub-class members;

4.     Each Defendant's breach(es) of the legal duties owed to the sub-class members;

5.     Liability of the Corps for the negligent design, engineering, construction, and maintenance of the MRGO;

6.     Liability of the Corps for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

7.      Liability of OLD for the negligent design, engineering, construction, and
        maintenance of the MRGO;

8.      Liability of OLD for the floodwall beaches along the west side of the IHNC
        due to the negligent design, construction, composition, construction, and
        maintenance of the west side of the IHNC;

9.      Liability of St. Paul for the negligent design, engineering, construction, and
        maintenance of the MRGO;

10.     Liability of St. Paul for the floodwall beaches along the west side of the
        IHNC due to the negligent design, construction, composition, construction,
        and maintenance of the west side of the IHNC;

11.     Liability of CSX for the floodwall beaches along the west side of the IHNC
        due to the negligent design, construction, composition, construction, and
        maintenance of the west side of the IHNC;

12.     Liability of PBR for the floodwall beaches along the west side of the IHNC
        due to the negligent design, construction, composition, construction, and
        maintenance of the west side of the IHNC;

13.     Liability of PNO for the floodwall beaches along the west side of the IHNC
        due to the negligent design, construction, composition, construction, and
        maintenance of the west side of the IHNC;

14.     Allocation of liability to the Corps for the negligent design, engineering,
        construction, and maintenance of the MRGO;

15.     Allocation of liability to the Corps for the floodwall beaches along the west
        side of the IHNC due to the negligent design, construction, composition,
        construction, and maintenance of the west side of the IHNC;

16.     Allocation of liability to OLD for the negligent design, engineering,
        construction, and maintenance of the MRGO;

17.     Allocation of liability to OLD for the floodwall beaches along the west side
        of the IHNC due to the negligent design, construction, composition,
        construction, and maintenance of the west side of the IHNC;

18.    Allocation of liability to St. Paul for the negligent design, engineering, construction, and maintenance of the MRGO;

19.    Allocation of liability to St. Paul for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

20.    Allocation of liability to CSX for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

21.    Allocation of liability to PBR for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

22.    Allocation of liability to PNO for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

23.    The source of water inundation of each sub-class member's property;

24.    The flow rate of the water inundation of each sub-class member's property from the breaches;

25.    The amount of water that flowed through the breaches of the IHNC floodwalls;

26.    The lack of immunity of some or all of the Defendants for the sub-class members' claims; and

27.    The inability of the Defendants to establish any factual or legal defense to the sub-class members' claims.

## Common Issues of Law and Fact for Proposed Sub-Class Five

1.    The sub-class members' causes of action against the Defendants;

2.    The cause(s) of the failures of the floodwalls of the 17th Street Canal and London Avenue Canal;

3.     The legal duties owed by Defendants to the sub-class members;

4.     Each Defendant's breach(es) of the legal duties owed to the sub-class members;

5.     Liability of the Corps for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

6.     Liability of OLD for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

7.     Liability of SWB for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

8.     Liability of EJLD for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

9.     Liability of M&M for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

10.    Liability of Eustis for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

11.    Liability of Boh Bros. for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

12.    Liability of B&K Construction for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

13.    Liability of Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

14.    Liability of Gotech for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

15.    Liability of Gulf Group for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

16.    Liability of Pittman for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

17.    Liability of St. Paul for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

18.    Allocation of liability to the Corps for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

19.    Allocation of liability to OLD for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

20.    Allocation of liability to SWB for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

21.    Allocation of liability to EJLD for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

22.    Allocation of liability to M&M for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

23.    Allocation of liability to Eustis for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

24.    Allocation of liability to Boh Bros. for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

25.    Allocation of liability to B&K Construction for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

26.    Allocation of liability to Burk-Kleinpeter for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

27.    Allocation of liability to Gotech for the floodwall breaches along the London Avenue Canal due to the negligent design and construction of the London Avenue Canal;

28.    Allocation of liability to Gulf Group for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

29.    Allocation of liability to Pittman for the floodwall breaches along the 17th Street Canal due to the negligent dredging, design, and construction of the 17th Street Canal;

30.    Allocation of liability to St. Paul for the floodwall breaches along the 17th Street Canal and the London Avenue Canal due to the negligent dredging, design, and construction of the 17th Street Canal and due to the negligent design and construction of the London Avenue Canal;

31.    Liability of the Corps for the negligent design, engineering, construction, and maintenance of the MRGO;

32.     Liability of the Corps for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

33.     Liability of OLD for the negligent design, engineering, construction, and maintenance of the MRGO;

34.     Liability of OLD for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

35.     Liability of St. Paul for the negligent design, engineering, construction, and maintenance of the MRGO;

36.     Liability of St. Paul for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

37.     Liability of CSX for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

38.     Liability of PBR for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

39.     Liability of PNO for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

40.     Allocation of liability to the Corps for the negligent design, engineering, construction, and maintenance of the MRGO;

41.     Allocation of liability to the Corps for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

42.     Allocation of liability to OLD for the negligent design, engineering, construction, and maintenance of the MRGO;

43.     Allocation of liability to OLD for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

44.     Allocation of liability to St. Paul for the negligent design, engineering, construction, and maintenance of the MRGO;

45.     Allocation of liability to St. Paul for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

46.     Allocation of liability to CSX for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

47.     Allocation of liability to PBR for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

48.     Allocation of liability to PNO for the floodwall beaches along the west side of the IHNC due to the negligent design, construction, composition, construction, and maintenance of the west side of the IHNC;

49.     The source of water inundation of each sub-class member's property, i.e., the water plume in respect of the breaches of the 17th Street Canal, London Avenue Canal, and IHNC floodwalls;

50.     The flow rate of the water inundation of each sub-class member's property from the breaches;

51.     The amount of water that flowed through the breaches of the floodwalls of the 17th Street Canal;

52.     The amount of water that flowed through the breaches of the floodwalls of the London Avenue Canal;

53.     The lack of immunity of some or all of the Defendants for the sub-class members' claims; and

54.    The inability of the Defendants to establish any factual or legal defense to the sub-class members' claims.