**EXHIBIT F – COMMON ISSUES OF LAW AND FACT – MRGO**

**Common Issues of Law and Fact for the Proposed MRGO Class**

1. The class and sub-class members' causes of action against the Defendants;

2. The cause(s) of the failures of the eastern floodwalls of the IHNC;

3. The legal duties owed by Defendants to the class and sub-class members;

4. Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

5. Liability of the Corps for the eastern floodwall breaches along the IHNC;

6. Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the eastern floodwall breaches along the IHNC;

7. Liability of Washington Group International, Inc.("Washington Group") for the eastern floodwall breaches along IHNC;

7. Liability of the Board of Commissioners of the Lake Borgne Basin Levee District ("Lake Borgne") for the eastern floodwall breaches along the IHNC;

8. Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the eastern floodwall breaches along the IHNC;

9. Liability of OLD, Lake Borgne, and St. Paul for the failure of the entire New Orleans levee system;

10. Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

11. Liability of the Corps, OLD, Lake Borgne, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

12.     Liability of the Corps for creating a hazardous condition in respect of the MRGO;

13.     Allocation of liability to the Corps for the eastern floodwall breaches along the IHNC ;

14.     Allocation of liability to OLD for the eastern floodwall breaches along the IHNC;

15.     Allocation of liability to Washington Group for the eastern floodwall breaches along the IHNC;

16.     Allocation of liability to Lake Borgne for the eastern floodwall breaches along the IHNC;

17.     Allocation of liability to St. Paul Fire for the eastern floodwall breaches along the IHNC;

18.     The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the IHNC eastern floodwalls;

19.     The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;

20.     The amount of water that flowed through the breaches of the eastern floodwalls of the IHNC;

21.     The lack of immunity of some or all of the Defendants for the class and sub-class members' claims; and

22.     The inability of the Defendants to establish any factual or legal defense to the class and sub-class members' claims.

**Common Issues of Law and Fact for New Orleans East Sub-Class**

23.     The class and sub-class members' causes of action against the Defendants;

24.     The cause(s) of the failures of the eastern floodwalls of the IHNC;

25.    The legal duties owed by Defendants to the class and sub-class members;

26.    Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

27.    Liability of the Corps for the eastern floodwall breaches along the IHNC;

28.    Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the eastern floodwall breaches along the IHNC;

29.    Liability of the Board of Commissioners of the Lake Borgne Basin Levee District ("Lake Borgne") for the eastern floodwall breaches along the IHNC;

30.    Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the eastern floodwall breaches along the IHNC;

31.    Liability of OLD, Lake Borgne, and St. Paul for the failure of the entire New Orleans levee system;

32.    Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

33.    Liability of the Corps, OLD, Lake Borgne, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

34.    Liability of the Corps for creating a hazardous condition in respect of the MRGO;

35.    Allocation of liability to the Corps for the eastern floodwall breaches along the IHNC ;

36.    Allocation of liability to OLD for the eastern floodwall breaches along the IHNC;

37.    Allocation of liability to Lake Borgne for the eastern floodwall breaches along the IHNC;

38.  Allocation of liability to St. Paul Fire for the eastern floodwall breaches along the IHNC;

39.  The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the IHNC eastern floodwalls;

40.  The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;

41.  The amount of water that flowed through the breaches of the eastern floodwalls of the IHNC;

42.  The lack of immunity of some or all of the Defendants for the class and sub-class members' claims; and

43.  The inability of the Defendants to establish any factual or legal defense to the class and sub-class members' claims.

### Common Issues of Law and Fact for the Lower Ninth Ward & St. Bernard Sub-Class

44.  The class and sub-class members' causes of action against the Defendants;

44.  The cause(s) of the failures of the eastern floodwalls of the IHNC;

45.  The legal duties owed by Defendants to the class and sub-class members;

46.  Each Defendant's breach(es) of the legal duties owed to the class and sub-class members;

47.  Liability of the Corps for the eastern floodwall breaches along the IHNC;

48.  Liability of the Board of Commissioners of the Orleans Parish Levee District ("OLD") for the eastern floodwall breaches along the IHNC;

7.  Liability of Washington Group International, Inc.("Washington Group") for the eastern floodwall breaches along IHNC;

49.  Liability of the Board of Commissioners of the Lake Borgne Basin Levee District ("Lake Borgne") for the eastern floodwall breaches along the IHNC;

50. Liability of St. Paul Fire and Marine Insurance Company ("St. Paul") for the eastern floodwall breaches along the IHNC;

51. Liability of OLD, Lake Borgne, and St. Paul for the failure of the entire New Orleans levee system;

52. Liability of the Corps for the failure of the Lake Pontchartrain Vicinity Hurricane Protection District;

53. Liability of the Corps, OLD, Lake Borgne, and St. Paul for the failures associated with the Mississippi River-Gulf Outlet (the "MRGO");

54. Liability of the Corps for creating a hazardous condition in respect of the MRGO;

55. Allocation of liability to the Corps for the eastern floodwall breaches along the IHNC ;

56. Allocation of liability to OLD for the eastern floodwall breaches along the IHNC;

57. Allocation of liability to Washington Group for the eastern floodwall breaches along the IHNC;

58. Allocation of liability to Lake Borgne for the eastern floodwall breaches along the IHNC;

59. Allocation of liability to St. Paul Fire for the eastern floodwall breaches along the IHNC;

60. The source of water inundation of each class and sub-class member's property, i.e., the water plume in respect of the breaches of the IHNC eastern floodwalls;

61. The flow rate of the water inundation of each class and sub-class member's property from each of the breaches;

62.     The amount of water that flowed through the breaches of the eastern
        floodwalls of the IHNC;

63.     The lack of immunity of some or all of the Defendants for the class and
        sub-class members' claims; and

64.     The inability of the Defendants to establish any factual or legal defense to
        the class and sub-class members' claims.