# Polder Flood Simulations for Greater New Orleans

### Hurricane Katrina August  2005

July 2007





# Polder Flood Simulations for Greater New Orleans

## Hurricane Katrina August 2005

M. Kok, M. Aalberts, B. Maaskant and L. de Wit

July 30, 2007





# Preface

The objective of the project is to discern the contributions of various water inputs that combined led to the flooding of the three polders that comprise Greater New Orleans (GNO) during hurricane Katrina August 2005. State-of-the art computer models are used to assess these contributions. Like all computer models simulations, the output quality is dependent upon the input parameters and accuracy of the base grid. Our team has endeavored to use the best available data in this simulation.

The project team consists of M. Kok Ph.D. MSc. (project manager), B. Maaskant MSc, M. Aalberts BSc (all from the Delft University of Technology, Netherlands) and L. de Wit MSc (Svasek B.V., Netherlands). The project was independently reviewed by Professor J.K.Vrijling MSc (Delft University of Technology).

Delft July 30, 2007.



# Contents

1 Introduction........................................................................................................... 1
   1.1 Hurricane Katrina............................................................................................ 1
   1.2 Objectives ....................................................................................................... 1
   1.3 General modelling approach ........................................................................... 1
   1.4 Definitions....................................................................................................... 3
2 Input data and Model setup.................................................................................... 4
   2.1 Assumptions.................................................................................................... 4
   2.2 Data ................................................................................................................. 4
   2.3 General Model setup ....................................................................................... 6
3 Orleans Metro ....................................................................................................... 9
   3.1 Calibration of the model ................................................................................. 9
   3.2 What-if scenarios .......................................................................................... 17
4 New Orleans East................................................................................................. 26
   4.1 Calibration of the model ............................................................................... 26
   4.2 What-if scenarios .......................................................................................... 32
5 Saint Bernard ...................................................................................................... 37
   5.1 Calibration of the model ............................................................................... 37
   5.2 What-if scenarios .......................................................................................... 43
5 Conclusions......................................................................................................... 51
6 References............................................................................................................ 52



# 1  Introduction

## 1.1 Hurricane Katrina

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods [9].

Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. The question to be addressed in this report is to determine the relative contribution of the flooding sources for selected sites within each polder or bowl.

## 1.2 Objectives

The objectives of this research project include:
1.  The use of computer models to generate flood simulations for the three polders or bowls (Orleans Metro bowl, New Orleans East bowl, and St Bernard bowl) that comprise the greater New Orleans area, utilizing the best available input data;
2.  The assessment of the relative contribution of the main causes of flooding (breaches, overtopping, and rainfall) in the three polders utilizing water depth graphs (hydrographs) for selected locations.

## 1.3 General modelling approach

The flooding of New Orleans is simulated with the dedicated software package Sobek-1D2D [7]. Sobek-1D2D was developed by WL-Delft Hydraulics and is used worldwide in flood simulations. It has proved to be a reliable and stable program to simulate floods. It is the standard model used in the Netherlands for flood simulation [6]. Flooding is simulated with a combination of 1D (one-dimensional) and 2D (two-dimensional) elements; canals and boundaries are modeled as 1D elements and the flooding itself is modeled as a 2D process. Sobek-1D2D uses the robust numerical Delft Scheme to model the water motion (equations of Saint Venant) in the 1D and 2D elements. The results show detailed spatial information about water levels, velocities and rise rates over time and arrival times at desired locations.

The flooding of New Orleans is simulated in the three bowls (figure 1.1 - Orleans Metro bowl, New Orleans East bowl and St Bernard bowl) with three separate and independent model grids and simulations utilizing the Sobek1D2D computer flooding model.





Flood simulations Greater New Orleans                                          July 2007



*Figure 1.1 The three bowls that comprise Greater New Orleans.*

In general, the following approach was used. First, a grid data base model of the three
polders was built. Two pumping stations in the Orleans Metro bowl are included in the
model, because they were (partly) functioning during Katrina. Next, calculations with the
three models were made using all sources of the flooding, and the results calibrated using
available data of the flooding (mainly eye witness reports). The next step was the creation
of 'what-if scenarios', for example what would have happened without the breaches, and
so on. The following sources of the flooding are taken into account for the three bowls:
-   Rainfall and pumping stations
-   Overtopping of the levees and flood control structures
-   Breaches of levees and/or floodwalls.
We have chosen to present the results at specific locations (sites). However, the model
results are available for all sites. The impact of all scenarios was assessed with the
Delft1D2D model, with one exception. The impact of the scenario "only rainfall and
100% pumps available" was assessed using a spreadsheet model, which includes rainfall
and the capacities of the pumping stations. The Delft1D2D model is able to include the
sewage system and the pumping stations, but this could not be accomplished within the
deadline as indicated by counsel.





## 1.4 Definitions

The following definitions are used in this report:

| | |
|---|---|
| Water level | Water height above or below NAVD88 |
| Water depth | Water height or elevation above ground level |
| Rise rate | The height over which the water rises in one hour |
| Arrival time | Point in time where the first water arrives at a certain location |
| Overtopping | Water that flows over a levee or flood control structure due to an elevated water level which is higher than the crest level |
| Digital Elevation Model (DEM) | Model in which the considered area is divided in squares to which the elevation, with reference to NAVD88, is assigned |
| IPET | Interagency Performance Evaluation Task Force |
| NOAA | National Oceanic & Atmospheric Administration |
| ILIT | Independent Levee Investigation Team |
| Grid | Computational layer in which the considered area is divided in squares, for each square the water motion is calculated |
| Polder or bowl | An area that is below sea level and is enclosed by an uninterrupted chain of water retaining structures, levees and/or high grounds |
| MRGO | Mississippi River Gulf Outlet |
| IHNC | Inner Harbor Navigation Canal |
| GIWW | Gulf Intracoastal Water Way |
| NAVD88 | NAVD88 2004.65 |





# 2 Input data and Model setup

## 2.1 Assumptions

In the simulation of Katrina flooding of New Orleans the most important processes of the flooding are incorporated. Some assumptions however remained unavoidable. The assumptions used in the simulation are:

- Overtopping by waves is not taken into account directly, but when erosion occurred due to wave overtopping this is taken into account in the crest elevation. The water volume from wave overtopping is small compared with the overflow volume from overtopping when the still water level is higher than the crest level.
- Sewers, ditches and other small waterways are not represented in the model. These waterways may have resulted in faster initial spreading of the water, but have negligible influence on the final water levels inside the three bowls.
- Buildings and other structures are not incorporated. They may have blocked water flow and changed flow directions. This influence is local, the overall influence of buildings and structures is taken into account in the bottom roughness (friction to flow) used in the model.
- No distinction is made between house blocks and streets in the elevation and roughness used in the model. The results show a general picture. At locations of houses flow velocities will be overestimated; at locations of streets the velocities will be underestimated.
- The interaction between surface water and groundwater is neglected. It is assumed that the soil is fully saturated, which seems to be a good assumption for the situation just before Katrina.
- The direct impact of wind is not taken into account.
- Under seepage below or through levees or flood control structures is not taken into account. All evidence is that under seepage volumes are negligible in comparison to the final water volumes within each bowl.

## 2.2 Data

All input data such as topography, surge hydrographs, rainfall, levee and floodwall crest heights, size and depth of breaches, levee breach times and pump station operation was acquired from US experts. The interior bowl or flood model was built on these data. The project team has, as far as possible, reviewed whether the data is consistent with other available data in the various reports of IPET, Team Louisiana and ILIT (see reference list). We know that there are uncertainties in the data, but we used, according to our knowledge, the best available data.





Data used in the flood simulation:
- Digital elevation model (DEM) available for the whole area with 15ft resolution, the resolution around levee crests is one feet, as supplied by Mr. Chad Morris, a professional surveyor.
- Surge hydrographs (graphs of water level variation over time due to hurricane Katrina) were obtained for ten pertinent locations adjacent to the polders from Dr Paul Kemp, a storm surge expert and oceanographer. See figure 2.1 for the locations and table 2.1 for the period covered by the time series.
- Information on the breach locations and sizes was obtained from Geographical Information System (GIS) data delivered by Mr. Chad Morris. Timelines for the breaches were obtained from the Team Louisiana Report [3].
- Time series of rainfall are delivered by Dr. Lee E. Branscome (CCM, Climatological Consulting Corporation) for the six areas numbered 1 to 6 in figure 2.2. For the three bowls three different time series are used as input in the model. The time series of Orleans Metro is equal to time series one, the time series of New Orleans East consists of the (area) weighted average of time series two and three and the time series of St. Bernard consists of the (area) weighted average of time series four, five and six.
- Eye witness reports from the IPET and Team Louisiana reports.

In the following sections the input data on the breaches for the three bowls will be discussed in detail.



*Figure 2.1 Locations of available surge hydrographs used in this modeling study.*

 

Flood simulations Greater New Orleans                                July 2007

*Table 2.1 Start and end point in time for the surge hydrographs.*

|   | Location | Start | End |
|---|----------|-------|-----|
| a | 17th Street Canal | 2005-08-25 07:30 | 2005-08-30 05:00[1] |
| b | London Avenue Canal | 2005-08-25 07:30 | 2005-08-30 05:00[1] |
| c | Airport | 2005-08-25 07:30 | 2005-08-30 05:00[1] |
| d | IHNC | 2005-08-25 07:30 | 2005-08-30 13:00[1] |
| e | IHNC near lock | 2005-08-25 07:30 | 2005-08-30 05:00[1] |
| f | GIWW B. Sauvage | 2005-08-25 07:30 | 2005-08-30 13:00[1] |
| g | GIWW Paris Road | 2005-08-25 07:30 | 2005-08-30 13:00[1] |
| h | MRGO B. Bienvenue | 2005-08-25 07:30 | 2005-08-30 13:00[1] |
| i | MRGO B. Dupre | 2005-08-25 07:30 | 2005-08-30 13:00[1] |
| j | MRGO Shell Beach | 2005-08-25 07:30 | 2005-08-30 13:00[1] |



*Figure 2.2 The six subdivisions of greater New Orleans as used to input rainfall data.*

## 2.3 General Model setup

The Sobek-1D2D numerical model we used operates on the metric system of measurement. We then convert this data to the imperial system for purposes of this report. Because there is no interaction between the three bowls St. Bernard, New Orleans Central and New Orleans East, they are modeled separately.

---

[1] The surge level at 09-03-2005 0:00 is 2.5 ft (0.762 m). All simulations end before this enddate. Simulations between the end of the surge hydrograph data and the enddate were linearly interpolated.



SVASEK

## Grid
The two dimensional (2D) area in the model consists of a grid with computational cells with 50m (164 ft) sides. In this way each bowl consists of approximately 80,000 cells. The elevation of each cell is based on the DEM data. Levee crest the heights, given the sometimes marked variations over short distances, are carefully inserted into the model. Sobek-1D2D calculates the water levels and velocities in every grid cell.

## Simulation period
All simulations start at 28th August 2005 0:00am and continue for at least two days. There are no simulations after 2nd September 2005 12:00pm.

## Overtopping
Around every polder the water bodies are modeled using the available surge hydrographs as presented in figure 2.3. As soon as the water level gets higher than the crest height of a part of the levee or flood control structure, overtopping begins and water flows into the polder. At breaches a gap in the levee or flood control structure is modeled.

## Rainfall
The time series used for rainfall are shown in figure 2.4. The model assumes that the rainfall occurs uniformly over each subsection (figure 2.2).



*Figure 2.3 Surge hydrographs for 17th street, IHNC and B. Dupre*



Flood simulations Greater New Orleans                                    July 2007



Figure 2.4 Rainfall time series used in model

Case 2:05-cv-04182-SRD-JCW   Document 7489-8   Filed 09/10/07   Page 13 of 27

# 3 Orleans Metro

## 3.1 Calibration of the model

Figure 3.1 shows the Digital Elevation model (DEM) of the Orleans Metro bowl. The arrows and numbers in squares correspond to the breaches given in table 3.1 and the arrows and numbers in circles correspond to the pumps which where available during Katrina (table 3.2). These breaches and pumps in combination with the rainfall and water levels as presented in section 2.3 are the basis of the model for the Orleans Metro bowl.



*Figure 3.1 DEM Orleans Metro bowl, including breach locations (numbered squares) and pump stations (numbered circles). Note how this polder actually consists of several small bowls separated by natural ridges and/or railway or road embankments.*



*Table 3.1: Information on the Breaches in Orleans Metro bowl*

| Nr. | Description | Width | Elevation height | Time breach development |
|---|---|---|---|---|
| 1 | 17th street | 458 ft (139.6 m)[1] | Sill elevation -3.0 ft (-0.91 m)[1] | 6:00 - 7:00[2] Major breach at 9:00[3] |
| 2 | Orleans canal | 300 ft (91.4 m) <br><br> 70 ft (21.3 m) | Sill elevation +9.5 ft (+2.90 m) <br> Sill elevation +9.1 ft (+2.77 m) | 7:30 - 8:00 |
| 3 | London West | 400 ft (121.9 m)[1] | Sill elevation -3.5 ft (- 1.07 m)[1] | 7:00 - 9:00[4] |
| 4 | London East | 231 ft (70.4 m)[1] | Sill elevation -20.0 ft (-6.10 m)[1] | 7:00 - 9:00[3] |
| 5 | Railroad | 37 ft (11.3 m)[2] | Sill elevation +5.0 ft (+1.55 m)[2] | 4:30 - 5:00[2] |
| 6 | IHNC West floodwall | 148 ft (45.1 m)[1] | Sill elevation +1.0 ft (+0.30 m)[1] | 7:00 - 8:00[2] |
| 7 | IHNC West levee | 200 ft (61.0 m)[1] | Sill elevation +1.0 ft (+0.30 m)[1] | 5:00 - 6:00[5] |
| 8 | Overtopping from IHNC | Over a length of approximately 12000 ft. Position and width based on GIS data[1] | Differences in sections, based on GIS data[1] | 7:00 - 7:30[6] |

*Table 3.2: Information on the pumping stations in Orleans Metro bowl[7]*

| Nr. | A) East Bank (E-3) | Rated Capacity (cfs) | Capacity (m³/s) | Pumped During Katrina? | Projected Capacity as of 1 June '06 |
|---|---|---|---|---|---|
| 9 | 3) OP 19 – PS 19 | 3650 | 103.4 | YES | 71% |
| 10 | 10) OP I 10 – PS I 10 | 860 | 24.4 | YES | 100% |

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 28-6-2007]
[2] Source: Team Louisiana report table 3, page 54 [4].
[3] Source: IPET volume IV: The Storm, page 169 [1].
[4] Source: IPET volume V: The Performance Levees and Floodwalls, page 40 [2]
[5] Source: IPET volume V: The Performance Levees and Floodwalls, page 53 [2]
[6] Source: Independent Levee Investigation Team (ILIT), page 7-6 [5]
[7] Source: IPET volume VI: Performance Interior Drainage and Pumping, page 31 [3]





*Calibration results*

Figure 3.2 shows the progress of the simulated flood for the Orleans Metro bowl over time. The first figure is a snapshot August 29th at 5:00am; it shows only minor rainfall and a small breach in the IHNC at the location where the railroad crosses the levee. In the next hour the breach at the 17th street starts. This is consistent with the IPET, Team Louisiana and the ILIT reports.
The water levels near the 17th street breach were lowered because of blocking debris at the entrance of the 17th street canal.

According to IPET [1, page 181]  site 11 started to flood at 09:00 - 10:30am, and the results of this flood simulation model do confirm this IPET observation.

An eyewitness [1, page169]  near the 17th Street Canal breach heard loud noises at 09:00am. Other eyewitness reports suggest that the breach occurred between 9:10am and 9:25am, so for the model we assume a 9:00am breach.

IPET reports [1, page 171] that no flooding was observed at site 14 until about 12:30pm on Monday afternoon. Our flood simulation model suggests that flooding started at approximately 12:00pm. This variance is within the 'error band' of eyewitness reports who would have been dealing with rain and poor visibility, wind, and the general distraction of the noise and circumstances of a hurricane passing overhead.

Site 19 starts flooding after 1:00pm, where eyewitness reports in IPET [1, page 173] state that the flood started at 1:00pm at this location. Again this variance is within the 'error band' of eyewitness reports who would have been dealing with rain and poor visibility, wind, and the general distraction of the noise and circumstances of a hurricane passing overhead. Thus we feel there are really only minor differences between eyewitnesses and the model results, which adds to our confidence in the results of the model.





Flood simulations Greater New Orleans                                              July 2007







Flood simulations Greater New Orleans                                    July 2007






Flood simulations Greater New Orleans                               July 2007



Figure 3.2 *Progressing snapshots of the computed water depth inside Orleans Metro bowl*





The maximum water depth that occurred in the Orleans Metro bowl is shown in figure 3.3. Figure 3.4 shows the comparison between hydrographs computed by our modeling and hydrographs presented by IPET for the Orleans Metro bowl. IPET apparently based its hydrographs on eye witness accounts, stopped clock times and time/date stamped digital photographs.

There are differences between the model results and the IPET eye witness reports at some locations, but at other locations the results are in agreement. It is important to note that eye witness reports are subjective, and there will always be some uncertainty in eye witness reports given the chaos during a strong hurricane passage, driving rain and wind and the vagaries of the human memory. Additionally, during such extreme events, input data such as the exact water level in the 17th Street before and after the breach, just aren't recoded and generally hard to determine with out direct measuring equipment at the location that can function through a strong storm. Therefore, the differences between the model results and the calibration data are fully acceptable. For the purpose of this study we believe that the model results are very credible.



*Figure 3.3 Maximum computed flood depths for Orleans Metro bowl as a consequence of the hurricane Katrina flooding event.*



15



Flood simulations Greater New Orleans                                July 2007





*Figure 3.4 Comparison between our computed hydrographs and those presented by IPET, Orleans Metro bowl*





Flood simulations Greater New Orleans                              July 2007

## 3.2 What-if scenarios

In this paragraph several "what-if scenarios" for polder Orleans Metro will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

Eight sites were chosen in the Metro bowl, some being at very low elevation in the center of bowls, while others were chosen close to internal ridges, i.e., higher ground (figure 3.5). In this way the reader will hopefully better understand the dynamics of the internal flooding of the various New Orleans bowls.



*Figure 3.5 Locations utilized for scenario development Orleans Metro bowl.*

For each of these eight sites within the Orleans Metro bowl, five different flooding scenarios were modeled, namely:

1)   A simulation with all sources of flooding water including rain, pumping, overtopping and breaches. In the following figures the graph or line representing this scenario is labeled **'All causes'**.

2)   A simulation without breaches and overtopping but including rainfall and the available pumps operating as they did during hurricane Katrina. In the following figures the graph or line representing this scenario is labeled **'Rain minus available pumps'**.

3)   A simulation with no breaches, without overtopping, but including rainfall with the pumps running at 100% efficiency. In the following

 

figures the graph or line representing this scenario is labeled '**Rain 100% pumps**'.

4) A simulation with only overtopping and including rainfall with the available pumps operating as they did during hurricane Katrina; without breaches. In the following figures the graph or line representing this scenario is labeled '**Overtopping**'.

5) A simulation with all sources of flood water but without the contribution of the 17th Street breach. In the following figures the graph or line representing this scenario is labeled '**No breach 17th street**'.

Description of the scenarios

Scenario 1 (all causes) is the best fit to reality during Katrina, see section 3.1. This scenario takes into account breaches, overtopping, rainfall and the two major pumping stations which were available during Katrina; pumping stations OP 19 and OP I-10 (see table 3.2).

Scenario 2 (rain minus available pumps) represents a scenario with rainfall and only the available pumping stations (OP 19 and OP I-10) during Katrina. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. This run assumes that once the rain quits, the pumps stop pumping.

Scenario 3 (rain and 100% pumps) represents a scenario with rainfall and the pumping stations in the Metro bowl. It is assumed that they are all working at full capacity, and this represents a lower bound estimate of water levels due to rain. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. After the rain has stopped, the influence of the pumping stations is estimated with a spreadsheet calculation. This estimate is uncertain, but it will represent a credible estimate of the order of magnitude.

Scenario 4 (overtopping) takes into account overtopping, rainfall and the pumping stations which were available during Katrina; pumping stations OP 19 and OP I-10. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. This run assumes that once the rain quits, the pumps stop pumping.

Scenario 5 (no breach 17th Street) takes into account all breaches without the flood contribution from the 17th Street breach. It includes also overtopping, rainfall and the pumping stations which were available during Katrina; pumping stations OP 19 and OP I-10. The pumping stations have been taking into account by deducting the pump capacity per hour from the rainfall data. This run assumes that once the rain quits, the pumps stop pumping.





For each location or site given in figure 3.5, the five simulations are plotted below. Note that given the dynamics of the flooding event, the scenarios "Rain minus available pumps" and "Overtopping" are sometimes identical and one curve may mask the other in the figures.



*Figure 3.6 Water levels location 1 Orleans Metro. The scenarios 'Rain minus available pumps' and 'Overtopping' are identical*

This site or location (1) is approximately halfway between the 17th Street and Orleans Avenue canals. Here rainfall collects and floods areas lower than minus 5 ft NAVD88. As one would expect the overtopping at the east side levee (at IHNC) has no influence in this area.

Scenario 3, rain with pumps working at 100% capacity while it rains, is a lower bound or bracket for the influence of rain on the internal flood levels, and reveals that areas of the bowl adjacent to site (1) lower than -5.9 ft NAVD88, would have flooded during the storm from rainfall, even if the pumps had worked at maximum capacity. However, if there would have been no overtopping or breaching then this area would have been pumped dry once the rainfall ceased.
If the breach at the 17th Street canal had not occurred, the other breaches would have filled this area, but somewhat later.





 Thus in this section of the Orleans Metro bowl during Katrina with the pumps operating at about 50% capacity and being shut down early in the morning because the pump houses flooding after the breaches occurred, 1.8 feet of the 10 feet of standing water was attributable to the rainfall, six inches of the initial flooding being attributable to the pumps not operating at full capacity and at least 7.5 feet (75%) due to the breaches.



*Figure 3.7 Water levels location 2 Orleans Metro. The scenarios 'Rain minus available pumps', 'Rain 100% pumps' and 'Overtopping' are identical*

Site 2 is located on higher ground between the Orleans Ave and London Avenue canals. Rainfall does not accumulate at site 2 because of its relatively high elevation (-0.5 ft NAVD88). As one would expect the overtopping at IHNC has no influence at this location.

Thus at this location of the Orleans Metro bowl during Katina there was no flooding attributable to the rain or from the overtopping along the INHC. All the flooding (100%) came from the breaches.





Flood simulations Greater New Orleans                                    July 2007



*Figure 3.8 Internal flooding levels location 3, Orleans Metro bowl. The scenarios 'Rain minus available pumps' and 'Overtopping' are almost identical*

Site 3 is located between the London Avenue canal and the INHC. At this site rainfall only accumulates in areas deeper than -5 ft NAVD88. If the pumps had operated at 100% capacity during the storm rainfall flooding would have been restricted to areas lower lying that minus 5.5 ft NAVD88

The influence of the 17th Street breach is less than at location 1 & 2 and only amounts to approximately six inches of the initial flooding or 5%.

There is minor overtopping south of Interstate 10 from the INHC as can be discerned on figure 3.8, the overtopping line lies just above the rainfall minus the pumps operation line.







*Figure 3.9 Water levels location 4 Orleans Metro*

Location 4 is within a bowl within the Orleans Metro bowl bounded by the Mississippi River levee, the INHC and the Metairie-Gentilly Ridge

At location 4, rainfall influences areas lower than -1 ft NAVD88. The influence of the 17th Street breach is less then at location 1 & 2 and only marginal.
In this part of the Central bowl overtopping is more important than elsewhere in the polder. Areas lower than 0 ft NAVD88 would have flooded by this scenario.

Pump OP I-19 situated near the IHNC was available during Katrina. If the pumps had been operating at full capacity while it rained the flooding would have been about one feet lower, assuming the pumps shutdown once the rain ended. However, it is important to know what the flooding would have been if there had been no breaches, no overtopping and the pumps had continued to work after the rain ceased and dewatered the bowl. This is given in the scenario "Rain 100% pumps".





*Figure 3.10 Water levels location 5 Orleans Metro, the scenarios 'Rain minus available pumps' and 'Overtopping' are identical*

Location 5 is located in a sub-bowl south of the Metairie-Gentilly Ridge. At location 5 rainfall influences area's lower than -0.5 ft NAVD88. Overtopping along the INHC has no influence on flooding at location 5, while the London Avenue breaches have some important influence on the water level.

Location 6 is south of location 5 in the same sub bowl but is higher land. Rainfall accounts for about nine inches of water and based on the internal flooding model most of the flooding comes from the 17th Street Canal breach.

SVASEK