Flood simulations Greater New Orleans                                    July 2007



*Figure 3.11 Internal flood water levels location 6 Orleans Metro bowl, the scenarios 'Rain minus available pumps' and 'Overtopping' are identical*

Pump OP 2 situated in the area of location 5 was not available during Katrina. However, if the pump had worked and the only flood water had been rainfall then pump OP 2 would have dewatered this part of the Metro bowl in about 15 hours.



*Figure 3.12 Water levels location 7 Orleans Metro, the scenarios ' Rain minus available pumps', 'Rain 100% pumps' and 'Overtopping' are identical*





Location 7 is along the western edge of the Metro bowl located on relatively high land compared to say sites 5 and 6. The elevation level of Location 7 is 0.8 ft NAVD88. This site experiences a short period of standing rain water about three inches deep at the maximum and floods predominately from the 17th Street Canal breach. It's interesting to note that the water from the 17th Street breach took almost 24 hours to reach this site and flooded thereafter at a rate of about one foot per day until the water level in the city attained equilibrium with that in Lake Pontchartrain in the early hours of the 2nd September 2005.

Location 8 is on the Metairie ridge (figure 3.13), and at 3.1 ft NAVD88 is some of the highest land in the bowl. The model does indicate that for a period of 10 to 12 hours water did flow over this site, up to about six inches in depth as the flood waters from the 17th Street breach moved south towards sites 5, 6 and 7.



*Figure 3.13 Water levels location 8 New Orleans Metro bowl, all the lines are (almost) identical*



# 4 New Orleans East

## 4.1 Calibration of the model

Figure 4.1 displays the Digital Elevation model (DEM) for the New Orleans East bowl. The star indicates the approximate location of the internal flooding hydrograph used to check the model results. The arrows and numbers correspond to the breaches given in table 4.1. These breaches in combination with the rainfall and water levels as given in section 2.3 and are the basis of the model inputs, along with the DEM, for the New Orleans East bowl.



*Figure 4.1 DEM New Orleans East bowl including breach (numbers) and the internal flooding hydrograph location (A). Note that this bowl is divided east-west by a railroad embankment and the north-south Maxent levee*



Flood simulations Greater New Orleans                                    July 2007

*Table 4.1: Information on the Breaches in New Orleans East*

| Nr. | Description | Width | Elevation height | Time breach development |
|---|---|---|---|---|
| 1 | IHNC East Railroad | 61 ft (18.6 m)[1] | Sill elevation +4.5 ft (+1.37 m)[1] | 4:30 - 4:45[2] |
| 2 | Railroad East | 24 ft (7.3 m)[1] | Sill elevation +5.5 ft (+1.67 m)[1] | 5:00 - 5:15 |
| 3 | Airport | 33 ft (10 m)[1] | Sill elevation +9.8 ft (+3.00 m)[1] | 7:00 - 7:30 |
| 4 | IHNC East South of RR | 25 ft (7.5 m) | Sill elevation +4.9 ft (+1.50 m)[1] | 5:00 - 5:15 |
| 5 | Back levee, East of Michaud Canal 1 | 112 ft (34 m)[1] | Sill elevation +3.5 ft (+1.07 m)[1] | 5:30 - 6:00[2/3] |
| 6 | Back levee, East of Michaud Canal 2 | 34 ft (10.4 m)[1] | Sill elevation +8.4 ft (+2.56 m)[1] | 5:30 - 6:00[2/3] |
| 7 | Citrus Back levee near Elaine St. West | 406 ft (123.5 m)[1] | Sill elevation +11 ft (+3.35 m)[1] | 7:00 - 7:30[4] |
| 8 | Citrus Back levee near Elaine St. East | 615 ft (187.5 m)[1] | Sill elevation +8.5 ft (+2.59 m)[1] | 7:00 - 7:30[4] |
| 9 | Overtopping New Orleans Back levee (erosion crest) | Approximately 6000 ft in length extending from B. Sauvage towards the Michaud Canal. Position and width based on GIS data[1] | Differences in sections extending from B. Sauvage towards Michaud Canal; Erosion levels based on GIS data[1] | 5:30 - 6:00[2/3] |

---

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 28-6-2007]
[2] Source: Team Louisiana report table 3, page 54-55 and timeline page 93-94 [4]
[3] Source: Independent Levee Investigation Team (ILIT), page 7-5 [5]
[4] Source: Independent Levee Investigation Team (ILIT), page 7-6 [5]


TUDelft


SVASEK

*Calibration results*

The image series below shows the progression of the simulated internal flood over time (figure 4.2). The first image is a snapshot from August 29th at 5:00am; it shows only minor rainfall and a small breach in the IHNC at the location where the railroad goes through the levee. In the next hour the Back Levee begins to be overtopped and starts to erode. This is consistent with the IPET, Team Louisiana and the ILIT reports, all of which stated that the overtopping and erosion of the New Orleans East back levee started between 5:00 and 6:00am. At 7:00am the water levels in the GIWW and IHNC start to overtop the Citrus Back and IHNC levees. In the Team Louisiana and ILIT report this overtopping initiated at approximately 7:00am, while the IPET report states that the overtopping started earlier at 6:00am.

In the IPET report an eyewitness states that the water was flowing over the east-west railroad line from south to north between 6:30 and 7:00am[1]. In the simulation the water crosses the railroad line between 7:30 and 7:45am. One of two eyewitnesses[2] situated at the west side of the New Orleans East bowl states that between 6:30 and 7:30am the water started to rise rapidly. The other eyewitness states that the flood started between 7:30 and 8:00am. The simulated flood shows that the water started to rise at those locations between 7:30 and 8:00am.

According to eyewitness reports in the northwestern corner of the New Orleans East bowl[3] the flood started between 8:00 and 10:00am. In the simulation the flooding starts at these locations between 7:45 and 8:30am. Again it's important to note that eye witness reports are very subjective, and there will always be some uncertainties given the chaos during a strong hurricane passage; low visibility due to driving rain and wind; and the vagaries of the human memory especially in highly stressful conditions.



---

[1] Source: IPET volume IV: The Storm, page 191-192 eyewitness at location 3 [1]
[2] Source: IPET volume IV: The Storm, page 191-192 eyewitness locations 5 and 6 [1]
[3] Source: IPET volume IV: The Storm, page 191-192 eyewitness locations 7 to 11 [1]





Flood simulations Greater New Orleans                                July 2007



 

Flood simulations Greater New Orleans                                    July 2007



*Figure 4.2 Progressing snapshots of the computed water depth inside New Orleans East*





*Figure 4.3 Maximum computed internal flood depths as a consequence of the hurricane Katrina related flooding, New Orleans East bowl.*

Figure 4.3 shows the calculated maximum internal flood depths in the New Orleans East bowl as a consequence of the hurricane Katrina related flooding.

In the western part of the bowl IPET constructed a hydrograph on basis of eyewitness account and surveyed elevations at location 'A' in figure 4.1. This hydrograph is presented in figure 4.4. The simulated water level based on our modeling is also shown in this figure. Between 11:00am and 12:00pm the water levels diverge, in the simulation the second peak in the water level is caused by the flood water coming from the overtopping of the New Orleans East Back levee. The model results thus reveal some of the complexities of the flooding event not discernable from measurements collected some time after the event.



Flood simulations Greater New Orleans                                    July 2007



*Figure 4.4 Comparison model simulated and IPET flood hydrographs, New Orleans East bowl.*

As discussed previously, in extreme events such as Katrina it is difficult if not impossible to get direct measurement of some input data such as water levels at the time of a breach, especially right at the breach location. However, the differences between the computer model results and the calibration data are fully acceptable. For the purpose of this study the model results are very credible.

## 4.2 What-if scenarios

In this paragraph several "what-if scenarios" for the New Orleans East bowl will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

Five (5) different scenarios were modeled for the New Orleans East bowl, namely:
1) Scenario all causes and represented by the curve **'All Causes'**,
2) Scenario without breaches (inclusive overtopping and rainfall) and represented by the curve or line **'No Breaches'**,
3) Scenario only overtopping (without breaches and without rainfall) and represented by the curve **'Only Overtopping'**
4) Scenario only rainfall without pumps (without breaches and without overtopping) represented by the curve marked **'Rain no pumps'**, and
5) Scenario only rainfall with 100% pump capacity (without breaches and without overtopping) represented by the curve **'Rain 100% pumps'**.





Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without any breaches, only overtopping of the pre-Katrina levees/flood walls and rainfall contribute to the flooding. In scenario 3 only overtopping of the pre-Katrina levees/flood walls is considered. Scenarios 4 and 5 show the upper and lower bound or brackets of the water levels in the situation if flooding had only being due to rainfall and there had been no breaches and/or overtopping. Scenario 4 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 5 shows the water levels with only rainfall, when all pumps in New Orleans East function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in New Orleans East [3].

At five locations in the bowl, indicated in figure 4.5, water level changes have been measured for each of the five scenarios.



*Figure 4.5 Water level locations scenario runs New Orleans East*

Figures 4.6-4.10 show the changes in water levels on the five locations. The difference between the black solid and orange dashed line is caused by the breaches and erosion that occurred during the storm. The difference between the black line and the green dashed-dot line is caused by the breaches and rainfall. The difference between the green dashed-dot line and the orange dashed line is the water that comes into the polder due to rainfall.

The scenarios show that overtopping and breaches are the main causes of flood water in New Orleans East. Along the east side (Willow Brook & Six Flags - sites 4 and 5) the flooding is dominated by the breaches in the Back levee. The inner levee (Maxent Levee) does create two compartments within the polder. Along the west side of the New Orleans East bowl overtopping and breaching appear to contribute almost equal amounts to the flooding, with overtopping dominating.

Rainfall has a smaller influence on the final water level in this bowl than overtopping or the breaches. The lower bound approach for the contribution of rainfall flooding (scenario 5 - only rain with 100% pump capacity) shows no substantial rain water at these five locations. Also in the upper bound approach (scenario 4 - only rain without pumps) there is not much rainwater at these locations.



*Figure 4.6 Water levels location 1 New Orleans East*

 

Flood simulations Greater New Orleans                                    July 2007



Figure 4.7 Water levels location 2 New Orleans East



Figure 4.8 Water levels location 3 New Orleans East, the blue dashed line lies under the blue solid line





Flood simulations Greater New Orleans                                    July 2007



*Figure 4.9 Water levels location 4 New Orleans East*



*Figure 4.10 Water levels location 5 New Orleans East*

   36   

# 5 Saint Bernard

## 5.1 Calibration of the model

Figure 5.1 shows the Digital Elevation model (DEM) for the St. Bernard bowl. The three stars indicate the approximate locations of the internal flooding hydrographs used to check the model results. The arrows and numbers correspond to the breaches given in table 5.1. These breaches in combination with the rainfall and surge hydrographs outside the bowl, as presented in section 2.3, are the basis of the model inputs, along with the DEM, for the New Orleans East bowl. This bowl is divided into two parts by an internal levee, the 40-Arpent levee. To the east there is a large wetland, 30,000 acre plus basin or bowl and to the west the inhabited part of this parish. The crest height of the 40-Arpent levee between the wetlands and populated areas is 6.5 ft.



*Figure 5.1 DEM St. Bernard, including breach (numbers) and internal hydrograph locations (letters)*

*Table 5.1 Information on the Breaches in St. Bernard*

| Nr. | Description | Width | Elevation height | Time breach development |
|---|---|---|---|---|
| 1 | IHNC North | 221 ft (67 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 2 | IHNC South | 808 ft (274 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 3 | MRGO Bayou Bienvenue | 214 ft (65 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 4 | MRGO Bayou Dupree | 54 ft (17 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 5 | Overtopping MRGO levee (erosion crest) | Various sections along MRGO levee; position and width based on GIS data[1] | Various sections along MRGO levee; erosion levels based on GIS data[1] | 5:00 - 8:30[3] |

*Calibration results*

The time progressive image snapshot series shows how this bowl flooded during hurricane Katrina. The first image in figure 5.2 is a snapshot from August 29th at 5:00am; it shows only minor rainfall. Between 5:00 and 8:30am the erosion of the MRGO levee takes place, and after 6:30am substantial volumes of surge water from the MRGO flow into the wetlands bowl between the MRGO and 40-Arpent levee. In the simulation the 40-Arpent levee starts to overflow at 8:00am and at 8:30am the first water enters Chalmette from a northeastern direction as a consequence of overtopping the 40-Arpent levee. IPET in their report state this overtopping starts at about 8:20am[4], which is in agreement with Team Louisiana's 8:30am[5]. IPET also reports that Chalmette flooded from the northeast, strong agreement with the simulation results.

At 7:00am the North and South breaches from the IHNC channel into the Lower Ninth Ward start to develop and at 7:30am the first flooding of the Lower 9th Ward is seen in the model time-step images of the internal flooding. This timing is in agreement with both the ILIT and Team Louisiana reports. IPET has another opinion about the North breach and states that this breach started earlier, but both ILIT and Team Louisiana contradict this conclusion. IPET mentions that surge water started to enter the Lower 9 Ward before 5:30am[6] and Team Louisiana around 6:00am. Potential sources of this early internal flooding include overtopping of the IHNC floodwall, the two breaches in the IHNC floodwall, and flow from the overtopping of the MRGO/GIWW levees.

---

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 2007-6-28]
[2] Source: Team Louisiana report table 3, page 54-55 and timeline page 93-94 [4]
[3] At 5:00 waves start to erode the MRGO levee [Source: see footnote 2], in the simulation erosion continues until the peak water level in Lake Borne is reached at 8:30.
[4] Source: IPET volume IV: The Storm, page 199 [1]
[5] Source: Team Louisiana, page 64 [4]
[6] Source: IPET volume IV: The Storm, page 200 [1]





Flood simulations Greater New Orleans                                        July 2007

In our model simulations no overtopping occurs before 7:00am, and the two breaches start at 7:00am. Therefore no water, except rain water, prior to 7:00am is visible inside the Lower 9th Ward in the simulation results. ILIT gives an alternative explanation for the early water mentioned by eye witness reports in IPET. ILIT mentions under seepage, water migrating from the channel, under pressure, beneath the IHNC floodwalls as a possible explanation for the early flood water in the Lower 9th Ward. Under seepage through a levee is not captured in the simulation.







Flood simulations Greater New Orleans                                    July 2007







*Figure 5.2 Progressing snapshots of the computed internal flooding water depth inside the St. Bernard bowl*

Figure 5.2 shows the calculated maximum internal flooding depths in the St. Bernard bowl as a consequence of the breaches and overtopping initiated by hurricane Katrina. Figure 5.4 shows the comparison between our computed internal flood hydrographs and those presented by IPET for the St. Bernard bowl. The locations of the hydrographs are indicated in figure 5.1, location A corresponds with Lower 9th Ward NW., B with Lower 9th Ward E. and C with Chalmette. IPET based its hydrographs on eye witness accounts, stopped clock times and time/date stamped digital photographs. Our computed flood hydrographs are very similar to the data presented by IPET. The predicted peak flood level is within a foot of IPET's measurements. The peak in the model is a couple of hours earlier and the water level starts to decrease earlier than in the IPET hydrographs. The final water descent rate in the model is about equal to the IPET hydrograph.

As discussed previously, in extreme events such as Katrina is difficult if not impossible to get direct measurement of some input data such as water levels at the time of a breach, especially right at the breach location. However, the differences between the computer model results and the calibration data are fully acceptable. For the purpose of this study the model results are very credible.



Flood simulations Greater New Orleans                                    July 2007



*Figure 5.3 Maximum computed internal flood depths, St. Bernard bowl, as a consequence of hurricane Katrina and the numerous levee failures.*



*Figure 5.4 Comparison of our computed internal flood hydrographs and that presented by the IPET team.*



## 5.2 What-if scenarios

In this paragraph several "what-if scenarios" for Saint Bernard will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

For the St. Bernard bowl seven different internal flooding model scenarios were developed:

1) Scenario all causes represented as the line '**All causes**'
2) Scenario without breaches (inclusive overtopping and rainfall) represented by the line or curve '**No Breaches**'
3) Scenario without breaches at MRGO (inclusive breaches at IHNC, overtopping and rainfall) represented by the curve '**No Breaches MRGO**'
4) Scenario without breaches at IHNC (inclusive breaches at MRGO, overtopping and rainfall) represented by the line '**No Breaches INHC**'
5) Scenario only overtopping (without breaches and without rainfall) represented by the curve '**Only Overtopping**'
6) Scenario only rainfall without pumps (without breaches and without overtopping) represented by the line '**Rain no pumps**'
7) Scenario only rainfall with 100% pump capacity (without breaches and without overtopping) represented by the curve '**Rain 100% pumps**'

Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without all the breaches whether MRGO or INHC and flooding is due to overtopping of the pre-Katrina levees/flood walls and rainfall. In scenario 3 the breaches at MRGO are left out. These breaches are the eroded MRGO levee and the two breaches at Bayou Bienvenue and Bayou Dupree. In scenario 4 the breaches at IHNC are left out, these breaches are the North and South breach at the IHNC. Scenario 5 considers only overtopping of the pre-Katrina levees/flood walls. Scenarios 6 and 7 show the upper and lower bound or limits of the flooding if there had been no breaches and no overtopping. Scenario 6 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 7 shows the water levels with only rainfall, when all pumps in St. Bernard function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in St. Bernard [3].

At ten locations in the bowl, indicated in figure 5.5, internal flooding water level changes have been computed for each of the 7 scenarios. The locations 1 to 6 are pair wise located along lines perpendicular to the 40-Arpent levee. The northern location of each pair has a lower surface elevation than the southern one, therefore the development in time of the flooding (water level) for each scenario is different for both locations in the same pair.







*Figure 5.5 Water level locations scenario runs St. Bernard bowl.*

Figures 5.6-5.15 show the changes in water levels on the ten locations. The flooding that is represented by the difference between the black solid (All Causes) and red dashed (No Breaches) line is that caused by all the breaches and levee erosion that occurred during the storm. The difference between the black (All Causes) and gray (No Breaches INHC) line is the flooding that resulted from the two big the breaches along the IHNC into the Lower Ninth ward. The contribution to the overall internal flooding resulting from the breaches of the MRGO levee are depicted by the difference between the black (All Causes) and purple dashed (NO Breaches MRGO) lines. Flooding due to rainfall, such a there is, is depicted by the difference between the green dashed-dot line (Only Overtopping) and the red dashed line (No Breaches).

The model results depicted in Figures 5.6 to 5.15 clearly show the real importance of elevation in this polder in relation to the depth of flooding. Rainfall for example flows into the lower lying areas, and the higher lying locations hardly show any flood level increase with the two scenarios (scenario 6 and 7) that only consider rain. In the under bound approach (scenario 7 - only rain with 100% pump capacity) only the relatively low lying locations 1 and 7 show a small amount of rain water, being less than one foot. The upper bound approach (scenario 6 - only rain without pumps) also does not show much rainwater flooding. The scenario that considers only overtopping shows some flood water at the lower western part of the Lower 9th Ward (location 1). The overtopping from the IHNC is not enough to fill more of the St. Bernard bowl beyond the Lower Ninth ward.

The overtopping of the MRGO levee is not enough to fill the Wetlands basin between MRGO and 40-Arpent levee up to the crest elevation of the 40-Arpent levee. This is significant as the model shows that if the structures along the INHC and MRGO had not breached, there would have been limited flooding in the St Bernard bowl.





Therefore the main causes for the flooding of the populated area inside the St. Bernard bowl are the breaches in the IHNC and MRGO.

An interesting observation is that without the IHNC breaches almost the same volume of flood water enters the populated area of the St. Bernard bowl compared with the scenario off MRGO breaches plus overtopping plus rain. Without the IHNC breaches it takes a little longer in the western part of the bowl to reach the peak water level, but the peak itself is only marginally lower. In the eastern part of the bowl the influence of the IHNC breaches on the development of the water level is even smaller. The IHNC breaches do however influence the outflow of the water out of the Lower 9th Ward and Chalmette. Floodwater 'leaked' out of the bowl through the INHC breaches for many days after the storm had passed. Without these breaches the flood water can only flow over the 40-Arpent levee into the wetlands, therefore after the peak the flood water level decreases slower without the IHNC breaches.

On the other hand, the scenario with only the IHNC breaches, overtopping and rainfall (without MRGO breaches), reveals that the St. Bernard bowl still suffers significant flooding although flood depths are significantly less than the scenario that includes the MRGO breaches.

Flood simulations Greater New Orleans                                    July 2007



*Figure 5.6 Water levels location 1 St. Bernard*



*Figure 5.7 Water levels location 2 St. Bernard, the red, green and 2 blue lines are lying (almost) under each other*





Flood simulations Greater New Orleans                                     July 2007



*Figure 5.8 Water levels location 3 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed blue line*



*Figure 5.9 Water levels location 4 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed green line*

                       

Flood simulations Greater New Orleans                           July 2007



*Figure 5.10 Water levels location 5 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed green line*



*Figure 5.11 Water levels location 6 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*



48





*Figure 5.12 Water levels location 7 St. Bernard, the red line lies under the solid blue line.*



*Figure 5.13 Water levels location 8 St. Bernard, the red,  green and blue dashed lines lie under the blue line.*







*Figure 5.14 Water levels location 9 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*



*Figure 5.15 Water levels location 10 St. Bernard, the red, purple, green and blue dashed lines lie under the blue line.*



50



Case 2:05-cv-04182-SRD-JCW   Document 7489-9   Filed 09/10/07   Page 28 of 29

# 5 Conclusions

In this research project we built flood simulation models for the three bowls that comprise Greater New Orleans. With this model, the Katrina flood in August 2007 has been simulated, and we obtained good agreement between the model output and the eye witness reports.

The model is used to assess the following causes of the flooding: rainfall (and the use of the pumping stations), overtopping of the levees and flood control structures, and the breaches. It is concluded that the contribution of these sources depend on the location, and the results are shown for a number of locations. It can be concluded that rainfall and overtopping contributed heavily to the flooding of Orleans East. In the bowls Orleans Metro and Saint Bernard the contribution of rainfall and overtopping is relatively small compared with the contribution of the breaches. We refer to the figures where the relative contribution of the causes is shown.

Further refinements of the modeling may be possible as additional data becomes available especially as relates to the operation of the pumps, how long they pumped for and their capacities with changing water levels both within and without the polders. The model results could aid in assess the economic damage and causes of loss of life related to the various water inputs and contributions to the internal flooding of the polders during hurricane Katrina.





Case 2:05-cv-04182-SRD-JCW   Document 7489-9   Filed 09/10/07   Page 29 of 29

# 6 References

[1]     Link, E. et al. [IPET] (26 March 2007) Performance Evaluation of the New
        Orleans and SouthEast Louisiana Hurricane Protection System. Final Report of
        the Interagency Performance Evaluation Task Force. Volume IV - The Storm
[2]     Link, E. et al. [IPET] (1 June 2006) Performance Evaluation of the New Orleans
        and SouthEast Louisiana Hurricane  Protection System. Draft Final Report of the
        Interagency Performance Evaluation Task Force. Volume V - The Performance -
        Levees and Floodwalls
[3]     Link, E. et al. [IPET] (26 March 2007) Performance Evaluation of the New
        Orleans and SouthEast Louisiana Hurricane  Protection System. Final Report of
        the Interagency Performance Evaluation Task Force. Volume VI - The
        Performance - Interior Drainage and Pumping
[4]     Van Heerden, I. et al [Team Louisiana] (18 December 2006) The Failure of the
        New Orleans Levee System during Hurricane Katrina.
[5]     Seed, R. B. et al. [ILIT] (31 July 2006) Investigation of the Performance of the
        New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005
[6]     Ministry of Public Works and Water management (September 2005). Flood risk
        simulation in the Netherlands. RWS - DWW, Delft, September 2005.
[7]     Delft Hydraulics, 2005. User manual Delft 1D2D. Delft.
[8]     Maaskant, B., 2007, Research on the relationships between flood characteristics
        and fatalities. Based on the flooding in New Orleans caused by hurricane Katrina.
        Msc thesis, Delft University of Technology.
[9]     American Society of Civil Engineers [ASCE], 2007. The New Orleans Hurricane
        Protection System: What Went Wrong and Why. A report by the American
        Society of Civil Engineers Hurricane Katrina External Review Panel.

