Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3
 4    IN RE:  KATRINA CANAL      CIVIL ACTION
      BREACHES CONSOLIDATED
 5    LITIGATION                 NO. 05-4182 "K" (2)
 6                               JUDGE DUVAL
      PERTAINS TO:  LEVEE
 7                               MAG. WILKINSON
 8    FILED IN:
 9    05-4181, 05-4182, 05-4191,
      05-4568, 05-5237, 05-6073,
10    05-6314, 05-6324, 05-6327,
      05-6359, 06-0020, 06-1885,
11    06-0225, 06-0886, 06-11208,
      06-2278, 06-2287, 06-2346,
12    06-2545, 06-3529, 06-4065,
      06-4389, 06-4634, 06-4931,
13    06-5032, 06-5042, 06-5159,
      06-5163, 06-5367, 06-5471,
14    06-5771, 06-5786, 06-5937,
      06-7682, 07-0206, 07-0647,
15    07-0993, 07-1284, 07-1286,
      07-1288, 07-1289
16
17
18                   VOLUME I
19
20
          Deposition of PROFESSOR JOHANNES
21    VRIJLING, 2600 GA Delft, Stevinweg 1, 2628 CN
      Delft, The Netherlands, taken in the offices
22    of Bruno & Bruno, 855 Baronne St., Sixth
      Floor, New Orleans, Louisiana on Thursday,
23    the 16th day of August, 2007 at 9:14 a.m.
24
25
```

EXHIBIT I

1    A.   Yes.  These are modeling errors.
2    Q.   Sure.  Is the ground level
3  elevation for the 50 by 50 meter square
4  intended to be a depiction of an average for
5  that square?
6    A.   Yes.
7    Q.   The ground level elevation in that
8  50 by 50 meter square would not show finished
9  floor elevations for any buildings or
10 structures in that grid?
11   A.   No.
12   Q.   Is there any reason a more
13 sensitive grid size was not used?
14   A.   Practical reasons:  Computer time,
15 availability of data, and you need also more
16 GIS data.
17   Q.   You would have no criticism in
18 using a 5 meter grid square, would you?
19   A.   No.  It would be better, but it's
20 not necessary.
21   Q.   It would be better because it would
22 be more sensitive?
23        MR. LAMBERT:
24        Objection.
25        THE WITNESS:

PROF. JOHANNES VRIJLING VOL I (LEVEE)                                8/16/2007

Page 83

```
 1              Yeah, more accurate, but there's
 2         not much need to know it so
 3         accurate, I think, in 5 by 5 meter
 4         grids.
 5   EXAMINATION BY MR. MAYEAUX:
 6        Q.   For the --
 7        A.   For the purpose of this study.
 8        Q.   For the goals your team was
 9   attempting to reach in this report, a 50
10   meter grid square was adequate?
11        A.   Yeah, too fine maybe.
12        Q.   To arrive at more sensitive
13   results, a 5 meter grid square could be used?
14             MR. LAMBERT:
15             Objection.  Vague.  Sensitive.
16             MR. MAYEAUX:
17             Sure.
18   EXAMINATION BY MR. MAYEAUX:
19        Q.   Do you understand my question?
20        A.   It could be used, but it doesn't
21   improve the results, as I said already to
22   you.  So you introduce an accuracy that is
23   only in your own mind, but not the reality.
24        Q.   For instance, if there was a 2-foot
25   elevation, ground level elevation, difference
```

1   within a 50 meter grid square, the entire 50
2   meter grid square would be averaged?
3        A.   Yeah.
4        Q.   If there were 5 meter grid squares
5   used for that same area, the actual ground
6   elevation would more closely depict reality,
7   would it not?
8             MR. LAMBERT:
9             Objection.
10            THE WITNESS:
11            Yes, it would, but it wouldn't have
12            any effect on the water flows is
13            still to be seen.
14  EXAMINATION BY MR. MAYEAUX:
15       Q.   The model results are available for
16  all sites?  See page 2.
17       A.   I don't know what you mean for all
18  sites, but --
19       Q.   That's what I was fixing to ask
20  you.
21       A.   -- you could get this graph for
22  every grid point of 50 by 50.
23       Q.   Please look at the sentence below
24  the indentation on page 2.  It suggests model
25  results are available for all sites.

```
 1         A.    Yes, yes.  As I explained, for
 2   every 50 by 50 meter grid, if you would wish
 3   to have a nice birthday present we could
 4   provide you with any grid.
 5         Q.    No, sir.  Thank you.  If we were to
 6   give you an address within New Orleans, could
 7   you identify or could you or your assistants
 8   identify which grid that address conforms to?
 9         A.    If you would give us coordinates we
10   could help you.  If you give an address, I
11   wouldn't know.
12         Q.    Okay.  So it would be possible
13   given any, given an x-y coordinate for you to
14   model --
15         A.    To produce such graphs.
16         Q.    -- a 50 by 50 meter valuation for
17   any address in New Orleans?
18         A.    If you provide us an x-y coordinate
19   and you would like to have such a graph as
20   depicted in 3.6 --
21         Q.    Yes.
22         A.    -- we could provide you with one.
23         Q.    If we gave you multiple
24   addresses --
25               MR. LAMBERT:
```

```
 1              Counsel, just so the record is
 2              clear, obviously you can take an
 3              address, you can go there with a
 4              GPS and get an x-y coordinate, so
 5              if you could just use x-y
 6              coordinates we wouldn't have to go
 7              through this address thing every
 8              time.
 9    EXAMINATION BY MR. MAYEAUX:
10        Q.    Thank you.  If you were given
11    multiple x-y coordinates, would you then have
12    to run the model for each coordinate?
13        A.    No.  All the data are available in
14    the output files, except for the little
15    spreadsheet calculation for the rainfall
16    minus the pumping station.  That would have
17    to be added.
18        Q.    Okay.  The figure 3.6 on page 19 is
19    an output for a single x-y coordinate,
20    correct?
21        A.    Yes.
22        Q.    The figure 3.7 on page 20 is an
23    output for a different x-y coordinate,
24    correct?
25        A.    Uh-huh.  Yes.
```

```
 1      Q.   So these figures were -- and it
 2   goes on for all of the different points that
 3   you modeled?
 4      A.   Yes.
 5      Q.   In order to provide a graph as
 6   shown on figure 3.6 for any additional x-y
 7   coordinate that is given to you, what would
 8   you have to do?
 9      A.   Look into the files of the existing
10   output to get, let's say, the black, the red
11   and the green curve and then we have to add
12   the blue one by the Excel model.
13      Q.   And you would perform that process
14   for each additional x-y coordinate provided
15   to you?
16      A.   Yes.
17      Q.   On page 9, figure 3.1 for your
18   reference, on a macro scale the New Orleans
19   Metro is evaluated by the Delft team as a
20   single basin, correct?
21      A.   Yes.
22      Q.   In your comment and note to figure
23   3.1, you, the report suggests that the New
24   Orleans Metro basin actually consists of a
25   number of smaller basins or polders, correct?
```