# State Farm Insurance Companies

September 19, 2006

State Farm Insurance Companies
Attn: Catastrophe Operations
P. O. Box 231198
Harahan, LA 70183-1198
Fax: (504) 739-9431

Mr. Joseph M Bruno
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113

Re:   Insured Name:       Louis Dirosa
      Claim Number:       18-R260-385
      Policy Number:      18-25-7694-0
      Location of
      Insured Property:   5211 Marcia Ave., New Orleans, LA  70124-1048
      Type of Policy:     Homeowners – FP-7955

Dear Mr. Bruno:

This is in response to our conversation with your office whereas we agreed to reinspect the property for wind related damages.

Based on our investigation and evaluation, it has been determined that the primary cause of loss to the property was flood. There was wind-related damage to the property which we discussed, and that damage is detailed in the revised wind estimate of damage provided. A supplemental payment in the amount of $6,207.20 is included for additional damages noted during the reinspection and reconciliation of the scope of damages.

Please forward a letter to me stating that your interest in the building (Cov A) portion of this claim has been satisfied.

Damage resulting from Flood is not covered by your client's Homeowner's Policy, FP-7955. Please refer to the following policy provisions, which state, in part as follows:

### SECTION I – LOSSES NOT INSURED

2. We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   c. **Water Damage**, meaning:



18-R260-385/Louis Dirosa/EDLA No. 06-5164         EXHIBIT A         SFAbadieDirosa 0166

(1) flood, surface water, waves, tidal water, tsunami, seiche, of a body of water, or spray from any of these, all whether driven by wind or not;

(2) water or sewage from outside the residence premises plumbing that enters through sewers or drains, or water which enters into and overflows from within a sump pump, sump pump well or any other system designed to remove subsurface water which is drained from the foundation area; or

(3) water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

However, we do insure for any direct loss by fire, explosion or theft resulting from water damage, providing the resulting loss is itself a Loss Insured.

Please refer also to the following policy provisions, which specifically address the issues of mold and contamination:

### SECTION I – LOSSES NOT INSURED

1. We do not insure for any loss to the property described in Coverage A which Consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through n. below, regardless of whether the loss occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   i. mold, fungus or wet or dry rot;

   j. contamination;

However, we do insure for any resulting loss from items a. through m. unless the resulting loss is itself a Loss Not Insured by this Section.

Additionally, please refer to endorsement FE 5398 outlining the definition of fungus and the exclusion of fungus coverage from you client's policy.

We also discussed your client's Additional Living Expenses incurred while the property is uninhabitable. Your client's Homeowner's Policy, FP-7955, provides coverage for Additional Living Expenses when a Loss Insured renders your home uninhabitable. Flood damage is not a Loss Insured, therefore, only the time required to repair the wind-related damages can be considered in this coverage.

### COVERAGE C – LOSS OF USE

1. **Additional Living Expense.** When a Loss Insured causes the residence premises to become uninhabitable, we will cover the necessary increase in cost you incur to maintain your standard of living for up to 24 months. Our payment is limited to incurred costs for the shortest of: (a) the time required to repair or

replace the premises; (b) the time required for your household to settle elsewhere; or (c) 24 months. This coverage is not reduced by the expiration of this policy.

We will only be able to provide Additional Living Expenses for the time required to repair the wind-related damage to your client's property. Any additional time required to repair the flood damaged portion of the property is not covered.

This denial involves the coverage under this policy only. If you have any additional information you would like us to consider, please forward to us immediately.

This company does not intend, by this letter, to waive any policy defenses in addition to those stated above, and reserves its right to assert such additional policy defenses at any time.

If you have any additional information regarding your client's claim which has not been previously considered, or if you desire any additional explanation regarding this matter, please contact me at the number listed below.

Sincerely,

Edward C. Vocke, IV
Catastrophe Claim Representative
(866) 787-8676, Ext 12464
State Farm Fire & Casualty Company

Enclosure

## STATEMENT OF LOSS

**State Farm Insurance**

Insured: Louis Dirosa     Claim Number: 18-R260-385

### COVERAGE A - BUILDING

Limit of Liability $ 309,065

Description
State Farm Esitmate     Amount: $ 41,832.08

Total A $ 41,832.08

### COVERAGE B - CONTENTS

Limit of Liability $ 231,799

Description
Food Spoilage     Amount: $ 1,500.00

Total B $ 1,500.00

### COVERAGE C - LOSS OF USE

Limit of Liability: $ Actual

Description
Prohibited Use-Per worksheet     Amount: $ 3,604.16

Total C $ 3,604.16

Comments/Supplements:

| LIST PRIOR PAYMENTS | | |
|---|---|---|
| Date: | 9/3/2005 | 2,500.00 |
| Date: | 9/9/2005 | 2,500.00 |
| Date: | 10/5/2005 | 5,000.00 |
| Date: | 2/2/2006 | 24,431.92 |
| Date: | | |
| Total Prior Payments | | 34,431.92 |

AMOUNT PAID NOW     6,207.20

Total Paid     $40,639.12

| | |
|---|---|
| TOTAL A+B+C | 46,936.24 |
| Plus Special Coverage | |
| Total Loss | 46,936.24 |
| Less Depreciation - Cov. A | 189.12 |
| Less Depreciation - Cov. B | 0.00 |
| Subtotal | 46,747.12 |
| Less Deductible | 6,108.00 |
| Total Payable | $40,639.12 |

Edward C. Vocke
SIGNATURE

September 19, 2006
DATE

**EXHIBIT B**

18-R260-385/Louis Dirosa/EDLA No. 06-5164     SFAbadieDirosa 0164