AO 440 (Rev. 10/93) Summons in a Civil Action

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2007 SEP -7 AM 11:02*
*LORETTA G. WHYTE*
*CLERK*

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

Louis Frught and Kathy Frught

V.

Standard Fire Insurance Company

SUMMONS IN A CIVIL CASE

CASE NUMBER: **07-4581**

Division:

Magistrate: **SECT. K MAG. 2**

TO: (Name and address of defendant)

Standard Fire Insurance Company

Through its registered agent:
Louisiana Secretary of State
8549 United Plaza Boulevard
Baton Rouge, Louisiana 70806

*SERVED ON JAY DARDENNE*
*AUG 31 2007*
*SECRETARY OF STATE*
*COMMERCIAL DIVISION*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ryan P. Reece, Esq.
4933 Utica Street
Metairie, Louisiana 70006

an answer to the complaint which is herewith served upon you, within **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK
LORETTA G. WHYTE

DATE
AUG 28 2007

(BY) DEPUTY CLERK
C. Bourgeois

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
            Date                          Signature of Server

                                          _____
                                          Address of Server