# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
|         06-4389 | * | |
|         06-5786 | * | JUDGE DUVAL |
|         06-6099 | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## MOTION BY ASHTON O'DWYER FOR VARIOUS RELIEF

**COMES NOW** Ashton O'Dwyer, appearing *in propria persona*, and moves This Honorable Court as follows:

(1) For rescission of the monetary sanctions imposed against him by This Honorable Court by Order and Reasons dated August 6, 2007 (Record Document No. 3666);

(2) For imposition of sanctions against the State of Louisiana, its agencies and department heads, both officially and individually;  and

(3) For the imposition of sanctions against counsel for the State of Louisiana, et al. in this litigation, namely Michael C. Keller and Phyllis E. Glazer.

-1-

This motion is filed upon the grounds that the State of Louisiana, by virtue of the filing of two (2) Civil Actions in This Honorable Court on August 29, 2007,[1] namely Civil Action No. 07-5023 and Civil Action No. 07-5040, waived 11th Amendment immunity from being required to litigate Hurricane KATRINA claims in Federal Court. This motion is also filed upon the grounds that, upon information and belief, the State, et al. and its counsel knew well when they filed the Motion(s) to dismiss and for sanctions against Ashton O'Dwyer (Record Document Nos. 1731, 2345 and 2919), and when they argued those motions in Open Court on February 28, 2007, that their immediate superior, Attorney General Charles C. Foti, would present to the U.S. Army Corps of Engineers on February 28, 2007,[2] a Standard Form-95 presenting a claim for property damage in the amount of $200 billion dollars, and that, upon information and belief, they knew that sometime on or prior to the second anniversary of Hurricane KATRINA on August 29, 2007, the State of Louisiana would file suit in Federal Court against the United States of America claiming the same $200 billion dollars in property damage, arising out of Hurricane KATRINA and its aftermath. Ashton O'Dwyer avers that said conduct, if true, constituted "fraud upon the Court" for which severe sanctions are warranted. This motion is filed upon further grounds appearing more fully in the memorandum filed simultaneously herewith.

                                      Respectfully submitted,

                                      **LAW OFFICES OF**
                                      **ASHTON R. O'DWYER, JR.**
                                      **Counsel for Plaintiffs**

---

[1] Ashton O'Dwyer has previously argued that the State of Louisiana, by virtue of "persistent and systematic" invocation of the jurisdiction of This Honorable Court, waived 11th Amendment immunity prior to August 29, 2007. That argument still stands, and is not waived by Ashton O'Dwyer.
[2] The very same day the motions were argued.

-3-

> By: S/Ashton R. O'Dwyer, Jr.
> Ashton R. O'Dwyer, Jr.
> Bar No. 10166
> 821 Baronne Street
> New Orleans, LA 70113
> Tel. 504-679-6166
> Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 11th day of September 2007.

> S/Ashton R. O'Dwyer, Jr.