# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES  * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:  * | MAGISTRATE (2) |
| NO.   05-4181  * | |
| 06-4389  * | |
| 06-5786  * | JUDGE DUVAL |
| 06-6099  * | |
| * | MAGISTRATE WILKINSON |
| * | |
| * * * * * * * * * * * * * * * * * | |

## NOTICE FOR HEARING

**PLEASE TAKE NOTICE** that Ashton O'Dwyer will bring the attached Motion for hearing before the Honorable Judge Stanwood R. Duval, Jr., at 9:30 A.M., on the 3rd day of October 2007, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

By:   S/Ashton R. O'Dwyer, Jr.
      Ashton R. O'Dwyer, Jr.
      **Bar No. 10166**
      **821 Baronne Street**
      **New Orleans, LA 70113**
      **Tel. 504-679-6166**
      **Fax. 504-581-4336**

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 11th day of September 2007.

                                          S/Ashton R. O'Dwyer, Jr.