## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   05-4181 | * | |
| 06-4389 | * | |
| 06-5786 | * | JUDGE DUVAL |
| 06-6099 | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORAL ARGUMENT

**COMES NOW** Ashton O'Dwyer and requests oral argument on his Motion for Various Relief.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        By:   **S/Ashton R. O'Dwyer, Jr.**
                **Ashton R. O'Dwyer, Jr.**
                **Bar No. 10166**
                **821 Baronne Street**
                **New Orleans, LA 70113**
                **Tel. 504-679-6166**
                **Fax. 504-581-4336**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 11th day of September 2007.

                                                S/Ashton R. O'Dwyer, Jr.