UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br><br>LEVEE<br><br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br> NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW MOTION FOR RELIEF FROM JUDGMENT

**NOW INTO COURT**, comes the Levee PSLC, which moves the Court to allow the Levee PSLC to withdraw the previously filed Motion for Relief from Judgment (Doc.7424), for the following reasons:

I.

Pursuant to the Court's Case Management and Scheduling Order No. 4 (CMO #4), the defendant United States of America propounded Interrogatories & Requests for Production of Documents, to which the Levee PSLC provided responses on June 26, 2007.

Unsatisfied, the United States of America filed a Motion to Compel on July 30, 2007,

1

demanding further responses.

On August 23, 2007, the Court granted the unopposed Motion to Compel, ordering that the PSLC provide responses, without objection, within 10 days.

II.

The PSLC filed a Motion for Relief from Judgment to address the possibility that the PSLC would be required to provide attorney client communications and attorney work product, both of which are outside the scope of discovery pursuant to Federal Rules of Civil Procedure, Rule 26 (b).

III.

Since that time, an agreement has been reached by Plaintiffs' Liaison Counsel Joseph Bruno and Richard Stone, counsel for the United States, that has resolved the dispute.

Wherefore, the Levee PSLC moves the Court to grant the Motion to Withdraw the Motion for Relief from Judgment (Doc.7424) previously filed and to cancel the hearing on this matter.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/ Joseph M. Bruno   
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

 s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For
LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States Mail, properly addressed and first class postage pre-paid, or by facsimile, or other electronic transmission this 11th day of September, 2007.

  /s/ Joseph M. Bruno

Joseph M. Bruno

3