UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| LEVEE | § | |
| | § | |
| _____ | § | |

## ORDER

**IT IS ORDERED** that the PSLC's Motion to Withdraw the Motion for Relief from Judgment (Doc.7424) be GRANTED, and that the hearing on the matter current set before the Honorable Joseph C. Wilkinson, Magistrate, 500 Poydras Street, Rm. B421, New Orleans, LA, on the 19th day of September, 2007 @ 11:00 a.m. be cancelled.

New Orleans, LA, this _____day of _____, 2007

_____

JUDGE

1