UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>C.A. No. 06-5116 (SIMS)<br>C.A. No. 06-5118 (RICHARD)<br>C.A. No. 06-5142 (AUGUSTINE)<br>C.A. No. 06-5132 (FERDINAND)<br>C.A. No. 06-5131 (BOURGEOIS) | SECTION "K"(2)<br>C.A. No. 06-5134 (CHRISTOPHE)<br>C.A. No. 06-513 (WILLIAMS)<br>C.A. No. 06-5127 (DEPASS)<br>C.A. No. 06-5128 (ADAMS)<br>C.A. No. 06-5140 (PORTER) |

### ORDER

The Court has reviewed the pleadings, memoranda, and exhibits filed with respect to the United States' Motion to Dismiss (Doc. 6646) in the above-referenced cases and finds that Oral Argument will not assist the Court at this time. It is the Court's intention to address the issues raised in this motion in the context of the Master Complaints filed in this consolidated matter. To the extent this approach leaves any issue unresolved, the Court may order oral argument at that time. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 6984) is **DENIED**.

New Orleans, Louisiana, this 11th day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE