UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | |
| FILED IN: 06-9188 * | | SECTION "K" |
| * | | |
| * | | |
| * | | MAGISTRATE JUDGE 5 |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

ORDER

Considering the Motion to Dismiss;

It is hereby ORDERED that the case entitled *Ulysses Williams v. Fidelity National Insurance Company*, bearing civil action no. 06-9188, which was consolidated into the above-referenced matter is DISMISSED with prejudice with each party to bear its own its own costs.

New Orleans, Louisiana this  10th  day of         September        , 2007.

_____
Honorable Judge Stanwood R. Duval, Jr.