# DELUXE EXTRA EXPENSE COVERAGE FORM
# COLLEGES AND SCHOOLS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you", and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION E - DEFINITIONS.

## A. COVERAGE

We will pay the actual reasonable and necessary Extra Expense you sustain due to direct physical loss of or damage to property, including your personal property in the open (or in a vehicle) within 1,000 feet, at premises which are described in the Declarations and for which an Extra Expense Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

All routes within the building to gain access to the described premises;

All areas within the buildings on the same parcel of land which provides essential services to conduct your "operations"; and

Your personal property in the open (or in a vehicle) within 1,000 feet.

### 1. Extra Expense

Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

a. To avoid or minimize the suspension of business and to continue "operations":

  (1) At the described premises; or

  (2) At replacement premises or at temporary locations, including:

   (a) Relocation expenses;

   (b) Costs to equip and operate the replacement or temporary locations; and

   (c) Expediting expenses;

b. To minimize the suspension of business if you cannot continue "operations"; or

c. (1) To repair or replace or restore any property; or

  (2) To research, replace or restore the lost information on damaged valuable papers and records (other than accounts receivable);

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

### 2. Covered Causes of Loss

See the Covered Causes of Loss section of the Deluxe Property Coverage Form.

### 3. Additional Coverages - Unless otherwise indicated in the Declarations, the following Additional Coverages apply:

a. **Alterations and New Buildings**

We will pay for the actual reasonable and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

 (a) Used in the construction, alterations or additions; or

 (b) Incidental to the occupancy of new buildings.

DX T2 00 03 98 Page 1 of 5

b. **Civil Authority**

We will pay for the actual reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from a Covered Cause of Loss. This coverage will begin immediately after the time of that action for a period of up to 30 consecutive days.

c. **Extra Expense from Dependent Property**

We will pay for the actual reasonable and necessary Extra Expense you incur due to direct physical loss or damage at the premises of a "dependent property or educational property", caused by or resulting from a Covered Cause of Loss.

This Additional Coverage does not apply to "dependent property or educational property" for which you have more specific insurance either under this policy or another.

The most we will pay under this Additional Coverage is $50,000 in any one occurrence.

Coverage applies for dependent properties located worldwide except within any country on which the United States government has imposed sanctions, embargoes or any similar prohibition. When a revised Limit of Insurance is shown in the Declarations for this Additional Coverage, any increase over this $50,000 amount of insurance will only apply to "dependent property or educational property" located in the United States of America (including its territories and possessions); Puerto Rico; and Canada.

d. **Ordinance or Law-Increased "Period of Restoration"**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the actual reasonable and necessary Extra Expense you incur during the increased period of suspension of "operations" caused by or resulting from the enforcement of any ordinance or law that:

(1) Regulates the construction, repair or replacement of any property;

(2) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

(3) Is in force at the time of loss.

Under this coverage we will not pay for:

(1) Any loss due to any ordinance or law that:

   (a) You were required to comply with before the loss, even if the building was undamaged; and

   (b) You failed to comply with.

(2) Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The most we will pay for loss under this Additional Coverage is $50,000 in any one occurrence.

4. **Coverage Extension - Unless otherwise indicated in the Declarations, the following Coverage Extensions apply:**

You may extend the insurance provided by this Coverage Form as follows:

a. **Newly Acquired Locations**

(1) You may extend your Extra Expense Coverage to apply to property at any newly acquired location you purchase or lease.

(2) The most we will pay for loss under this Extension is $100,000 at each location.

(3) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

   (a) This policy expires;

   (b) 180 days expire after you acquire the property;

   (c) You notify us of how you want this coverage to apply to that location; or

   (d) The Extra Expense is more specifically insured.

We will charge you additional premium from the date you acquire the property.

### b. Claim Data Expense

You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in the preparing of claim data when we require it. This includes the cost of preparing statements and other documentation to show the extent of Extra Expense. The most we will pay under this Extension is $25,000 in any one occurrence. We will not pay for any expenses incurred, directed or billed by or payable to insurance adjusters or their associates or subsidiaries or any costs as provided in the LOSS CONDITION - Appraisal.

## B. EXCLUSIONS AND LIMITATIONS

The following exclusions and the exclusions and limitations contained in the Deluxe Property Coverage Form apply to coverage provided by this form. We will not pay for:

1. Any increase of loss caused by or resulting from:
   a. Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or
   b. Suspension, lapse or cancellation of any license, lease or contract. But if suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Extra Expense during the "period of restoration".

2. Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

3. Any loss caused by or resulting from the Additional Coverages or Coverage Extensions contained in the Deluxe Property Coverage Form.

4. Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a building.

   But if the failure of power or other utility service results in loss or damage by a "specified causes of loss", we will pay for the loss or damage resulting from that "specified causes of loss".

5. Any other consequential loss.

## C. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Unless otherwise stated below, in the Declarations or in endorsements, the amounts payable for the Additional Coverages and the Coverage Extensions are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings; and
2. Civil Authority.

## D. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form:

### 1. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pays its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties in the Event of Loss

In addition to the conditions in the Deluxe Property Coverage Form, you must resume all or part of your "operations" as quickly as possible if you intend to continue your operations.

3. **Limits On Loss Payment**

   Unless otherwise indicated by an endorsement attached to this policy, we will not pay more for Extra Expense than the percentages shown in the Declarations times the Limit of Insurance.

   When the "period of restoration" is

   a. 30 days or less, the first percentage applies.
   b. 60 days or less, but more than 30 days, the second percentage applies.
   c. More than 60 days, the third percentage applies.

   **Example:** The Limit of Insurance is: $100,000

   The percentages shown in the Declarations are: 40%-80%-100%

   The "period of restoration" is: 45 days

   The amount of Extra Expense Incurred is: $90,000

   We will not pay more than $100,000 times 80% (the percentage applicable for a "period of restoration" of 31-60 days), or $80,000. The remaining $10,000 is not covered.

4. **Loss Determination**

   a. The amount of Extra Expense will be determined based on:

      (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

      (a) The salvage value that remains of any property bought for temporary use during the period of restoration, once "operations" are resumed; and

      (b) Any Extra Expense that is paid for by any other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      (2) All necessary expenses that reduce the Extra Expense otherwise incurred.

   b. **Resumption of Operations**

      (1) We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

      (2) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

5. **Loss Payment**

   We will pay for any loss within 30 days after we receive the sworn proof of loss, if:

   a. You have complied with all of the terms of this Coverage Part; and

   b. We have reached agreement with you on the amount of loss or an appraisal award has been made.

E. **DEFINITIONS**

1. "Dependent Property or educational property" means property operated by others you depend on to:

   a. Deliver materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, communication or power supply services;

   b. Accept your products or services (Recipient Locations).

2. "Operations" means your business activities occurring at the described premises.

3. "Period of restoration" means the period of time that:

   a. Begins immediately after the time of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises or at the premises of a "dependent property or educational property"; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises or at the premises

of a "dependent property or educational property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

a. Regulates the construction, use, replacement or repair, or requires the tearing down of any property (except for the Ordinance or Law - Increased "Period of Restoration" Additional Coverage); or

b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste and any unhealthy or hazardous building materials (including but not limited to, asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

# DELUXE BUSINESS INCOME COVERAGE FORM
# (AND EXTRA EXPENSE)
# COLLEGES AND SCHOOLS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS:

### A. COVERAGE

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(i) Business Income including "Rental Value".

(ii) Business Income Other than "Rental Value".

(iii) "Rental Value".

If option (i) above is selected, the term Business Income will include "Rental Value". If option (iii) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property, including personal property in the open (or in a vehicle) within 1,000 feet, at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

All routes within the building to gain access to the described premises;

All areas within the buildings on the same parcel of land which provides essential services to conduct your "operations"; and

Your personal property in the open (or in a vehicle) within 1,000 feet.

### 1. Business Income

a. Business Income means the:

(1) Net Income (Net Profit or Loss) that would have been earned or incurred; and

(2) Continuing normal operating expenses incurred, including payroll except when the following is indicated in the Declarations:

(a) Ordinary payroll is excluded; or

(b) Ordinary payroll is limited to a specified number of days. The number of days may be used in two separate periods during the "period of restoration".

(3) Business Income includes income from educational services and activities including:

(a) Tuition and course fees;

(b) Fees for room, board, parking and laboratory facilities;

(c) Athletic, entertainment, fund raisers and other special events;

(d) Bookstores and food services; and

(e) Activities related to research or other grants.

b. When ordinary payroll is excluded or limited:

(1) In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will not include ordinary payroll expenses, except for ordinary payroll expenses incurred during the number

DX T2 01 03 98 Page 1 of 9

of days shown in the Schedule, or in the Declarations. If the ordinary payroll expenses for the policy year vary during the year, the period of greatest ordinary payroll expenses will be used.

(2) Ordinary payroll expenses means payroll expenses for all your employees except:

  (a) Officers;
  (b) Deans;
  (c) Department Heads;
  (d) Full-time Faculty and Coaches;
  (e) Employees under contract; and
  (f) Additional Exemptions, shown in the Declarations or by endorsement as:
    (i) Job Classifications; or
    (ii) Employees.

(3) Ordinary payroll expenses include:

  (a) Payroll;
  (b) Employee benefits, if directly related to payroll;
  (c) FICA payments;
  (d) Union dues; and
  (e) Worker's compensation premiums.

2. **Covered Causes of Loss**

   See the Covered Causes of Loss section of the Deluxe Property Coverage Form.

3. **Additional Coverages - Unless otherwise indicated in the Declarations, the following Additional Coverages apply:**

   a. **Extra Expense**

      Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

      (1) We will pay your Extra Expense to avoid or minimize the suspension of business and to continue "operations":

        (a) At the described premises; or
        (b) At replacement premises or at temporary locations, including:
          (i) Relocation expenses;
          (ii) Costs to equip and operate the replacement premises or temporary locations; and
          (iii) Expediting expenses.

      (2) We will pay your Extra Expense to minimize the suspension of business if you cannot continue "operations".

      (3) We will pay your Extra Expense to:
        (a) Repair or replace any property; or
        (b) Research, replace or restore the lost information on damaged valuable papers and records (other than accounts receivable);

      to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

      The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

   b. **Civil Authority**

      We will pay for the actual loss of Business Income you sustain and reasonable and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from a Covered Cause of Loss.

      (1) Coverage for Business Income will begin immediately or after the number of hours shown in the deductible item in the Declarations, whichever is later. Coverage will apply for a period of up to 30 consecutive days.

      (2) Coverage for Extra Expense will begin immediately after the time of that action for a period of up to 30 consecutive days.

   c. **Alterations and New Buildings**

      We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

   (a) Used in the construction, alterations or additions; or

   (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

### d. Extended Business Income

(1) We will pay for the actual loss you incur of Business Income from educational services and related activities during the school year following the date the property is actually repaired, rebuilt or replaced, if the date is 60 days or less before the scheduled opening of the next school year.

(2) We will pay for the actual loss you incur of Business Income, other than from educational services and related activities, during the period that:

   (a) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

   (b) Ends on the earlier of:

      (i) The date you could restore your "operations" with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

      (ii) 90 consecutive days after the date determined in (2)(a) above.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss.

### e. Business Income From Dependent Property

We will pay for actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage at the premises of a "dependent property or educational property", caused by or resulting from a Covered Cause of Loss.

This Additional Coverage does not apply to "dependent property or educational property" for which you have more specific insurance either under this policy or another.

The most we will pay under this Additional Coverage is $100,000 in any one occurrence.

Coverage applies for dependent or educational properties located worldwide except within any country on which the United States government has imposed sanctions, embargoes or any similar prohibition. When a revised Limit of Insurance is shown in the Declarations for this Additional Coverage, any increase over this $100,000 amount of insurance will only apply to "dependent property or educational property" located in the United States of America (including its territories and possessions); Puerto Rico; and Canada.

### f. Ordinance or Law - Increased "Period of Restoration"

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of "operations" caused by or resulting from the enforcement of any ordinance or law that:

(1) Regulates the construction, repair or replacement of any property;

(2) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

(3) Is in force at the time of loss.

Under this coverage we will not pay for:

(1) Any loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

(2) Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The most we will pay for loss under this Additional Coverage is $250,000 in any one occurrence.

4. **Coverage Extensions - Unless otherwise indicated in the Declarations or by endorsement, the following Coverage Extensions apply:**

The Additional Condition, Coinsurance, does not apply to these Coverage Extensions.

You may extend the insurance provided by this Coverage Form as follows:

a. **Newly Acquired Locations**

(1) You may extend your Business Income Coverage to apply to property at any newly acquired location you purchase or lease.

(2) The most we will pay for loss under this Extension is $500,000 at each location.

(3) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire or begin to construct the property;

(c) You report the location to us; or

(d) The Business Income is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property.

b. **Claim Data Expense**

You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in the preparing of claim data when we require it. This includes the cost of preparing statements and other documentation to show the extent of Business Income loss. The most we will pay under this Extension is $25,000 in any one occurrence. We will not pay for any expenses incurred, directed or billed by or payable to insurance adjusters or their associates or subsidiaries or any costs as provided in the LOSS CONDITION - Appraisal.

c. **Research and Development Expenses**

If a Covered Cause of Loss occurs to property at the premises described and for which a Business Income Limit of Insurance is shown in the Declarations, we will pay for an interruption of "research and development" activities even if the activities would not have produced during the "period of restoration". We will also pay for continuing fixed charges and expenses, including ordinary payroll (unless otherwise excluded), directly attributable to such "research and development" activities.

Payments under this Coverage Extension will not increase the applicable Limit of Insurance.

B. **EXCLUSIONS AND LIMITATIONS**

The following exclusions and the exclusions and limitations contained in the Deluxe Property Coverage Form apply to coverage provided by this form. We will not pay for:

1. Any increase of loss caused by or resulting from:

a. Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

b. Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of

restoration" and the period of Extended Business Income.

2. Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

3. Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a building.

   But if the failure of power or other utility service results in loss or damage by a "specified causes of loss", we will pay for the loss or damage resulting from that "specified causes of loss".

4. Any loss caused by or resulting from the Additional Coverages or Coverage Extensions contained in the Deluxe Property Coverage Form.

5. Any other consequential loss.

## C. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Unless otherwise stated below, in the Declarations or in endorsements, the amounts payable for the Additional Coverages and Coverage Extensions are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance.

1. Alterations and New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

## D. DEDUCTIBLE

When an hourly deductible is shown in the Declarations for Business Income:

We will pay for loss you sustain after the number of consecutive hours indicated in the Declarations following the direct physical loss or damage for each occurrence.

If an hourly deductible is not shown in the Declarations for Business Income Coverage, the deductible applicable to the Covered Cause of Loss will apply.

## E. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form:

1. **Appraisal**

   If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties in the Event of Loss**

   In addition to those conditions in the Deluxe Property Coverage Form, you must resume all or part of your "operations" as quickly as possible if you intend to continue your business.

3. **Limitation - Electronic Media And Records**

   We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

   a. 90 consecutive days from the date of direct physical loss or damage; or
   b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises which suffered loss or damage in the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

**EXAMPLE NO. 1**

A Covered Cause of Loss damages the described premises on June 1. It takes until September 1 to repair and replace the property at the premises, and until October 1 to restore the computer data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

**EXAMPLE NO. 2**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

4. **Loss Determination**

    a. The amount of Business Income loss will be determined based on:

    (1) Your Net Income before the direct physical loss or damage occurred;

    (2) Your likely Net Income if no physical loss or damage occurred;

    (3) The operating expenses, including payroll expenses, to the extent insured necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

    (4) Other relevant sources of information, including:

    (a) Your financial records and accounting procedures;

    (b) Bills, invoices and other vouchers; and

    (c) Deeds, liens or contracts.

    b. The amount of Extra Expense will be determined based on:

    (1) All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

    (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

    (b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

    (2) All reasonable and necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

    c. **Resumption of Operations**

    We will reduce the amount of your:

    (1) Business Income loss, to the extent you can resume your "operations" in whole or in part, by using damaged or undamaged property at the described premises or elsewhere.

    (2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

    d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

5. **Loss Payment**

    We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

    a. You have complied with all of the terms of this Coverage Part; and

    b. We have reached agreement with you on the amount of loss or an appraisal award has been made.

F. **ADDITIONAL CONDITION**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

1. The Coinsurance percentage shown for Business Income in the Declarations; times
2. The sum of:
   (a) The Net Income (Net Profit or Loss), and
   (b) All operating expenses, (except for deductions stated below),

   that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1. Multiply the Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;
2. Divide the Limit of Insurance for the described premises by the figure determined in step 1; and
3. Multiply the total amount of the covered loss by the figure determined in step 2.

We will pay the amount determined in step 3 or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1. Bad debts;
2. Collection expenses;
3. Cost of merchandise sold (including transportation charges);
4. Cost of other supplies consumed (including transportation charges);
5. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;
6. Power, heat and refrigeration expenses that do not continue under contract (if form DX T3 61 is attached); and
7. The amount of payroll expense excluded (when ordinary payroll is excluded or limited as stated in the Declarations).

**EXAMPLE No. 1 (Underinsurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $400,000

The Coinsurance Percentage is: 50%

The Limit of Insurance is: $150,000

The amount of loss is: $80,000

Step 1: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2: $150,000 ÷ $200,000 = .75

Step 3: $80,000 x .75 = $60,000

We will pay no more than $60,000 less any applicable deductible. The remaining $20,000 is not covered.

**EXAMPLE No. 2 (Adequate Insurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: $400,000

The Coinsurance Percentage is: 50%

The Limit of Insurance is: $200,000

The amount of loss is: $80,000

Step 1:   $400,000 × 50% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2:   $200,000 ÷ $200,000 = 1

Step 3:   $80,000 × 1 = $80,000

We will cover the $80,000 loss less any applicable deductible. No penalty applies.

### G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1. **Maximum Period of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income, Extended Business Income and Extra Expense is the lesser of:

      (1) The amount of loss sustained during the 120 days immediately following the direct physical loss or damage less any applicable deductible; or

      (2) The Limit of Insurance shown in the Declarations.

2. **Monthly Limit of Indemnity**

   a. The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b. The most we will pay for loss of Business Income and Extended Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" less any applicable deductible is:

      (1) The Limit of Insurance, multiplied by

      (2) The fraction shown in the Declarations for this Optional Coverage.

   **EXAMPLE:**

   When:   The Limit of Insurance is:   $120,000

   The fraction shown in the Declarations for this Optional Coverage is:   1/4

   The most we will pay for loss in each period of 30 consecutive days is:

   $120,000 × 1/4 = $30,000

   If in this example, the actual amount of loss is:

   | Days 1 - 30 | $40,000 |
   | Days 31 - 60 | 20,000 |
   | Days 61 - 90 | 30,000 |
   | | $90,000 |

   We will pay the following less any applicable deductible:

   | Days 1 - 30 | $30,000 |
   | Days 31 - 60 | 20,000 |
   | Days 61 - 90 | 30,000 |
   | | $80,000 |

   The remaining $10,000 is not covered.

3. **Business Income Agreed Value**

   a. To activate this Optional Coverage:

      (1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations";

         (a) During the 12 months prior to the date of the Work Sheet; and

         (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

      (2) The Declarations must indicate that the Business Income Agreed Value Option applies. The Limit of Insurance should be at least equal to:

         (a) The Coinsurance percentage shown in the Declarations; multiplied by

         (b) The amount of Net Income and Operating Expenses for the following 12 months you report on the Work Sheet.

   b. The Additional Condition, Coinsurance, is suspended until:

      (1) 12 months after the effective date of this Optional Coverage; or

      (2) The expiration date of this policy;

      whichever occurs first.

   c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet:

      (1) Within 12 months of the effective date of this Optional Coverage; or

      (2) When you request a change in your Business Income Limit of Insurance.

## H. DEFINITIONS

1. "Dependent Property or Educational Property" means property operated by others you depend on to:

   a. Supply materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, communication or power supply services;

   b. Purchase your products or services (Recipient Locations);

2. "Operations" means:

   a. Your educational services and related activities occurring at the described premises;

   b. Your business activities occurring at the described premises; and

   c. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time after direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises or at the premises of a "dependent property or educational property" which:

   a. Begins immediately or after the number of hours shown in the deductible item in the Declarations, whichever is later; and

   b. Ends on the earlier of:

      (1) The date when the property at the described premises or at the premises of a "dependent property or educational property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   a. Regulates the construction, use, repair, replacement or requires the tearing down of any property (except for the Ordinance or Law-Increased "Period of Restoration" Additional Coverage); or

   b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste and any unhealthful or hazardous building materials (including but not limited to, asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means the:

   a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

   b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

   c. Fair rental value of any portion of the described premises which is occupied by you.

6. "Research and development" means the development of new products and enhancements of existing products. "Research and development" does not mean the maintenance of existing products.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# CAUSES OF LOSS – EARTHQUAKE

This endorsement modifies insurance provided under the Deluxe Property Coverage Part.

### A. COVERED CAUSES OF LOSS

When Causes of Loss-Earthquake is attached to the Deluxe Property Coverage Part, Covered Causes of Loss is revised to include the following as Covered Causes of Loss only for Covered Property at building number(s) shown in the Declarations, including if insured, personal property in the open:

1. Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes.

2. Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All earthquake shocks or volcanic eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period. We will not pay for loss or damage caused by or resulting from earthquakes or volcanic eruptions which began before the effective date of this policy.

### B. ADDITIONAL EXCLUSIONS AND LIMITATIONS

1. The following EXCLUSIONS are added as respects coverage provided by this endorsement:

   We will not pay under this endorsement for loss or damage caused directly or indirectly by the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

   a. Fire,

   b. Explosion, or

   c. Mudslide or mudflow which is caused or precipitated by accumulation of water on or below ground.

2. The following LIMITATION is added as respects coverage provided by this endorsement:

   We will not pay for loss or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Deductible applicable to this endorsement.

   This limitation does not apply if:

   1. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco); or

   2. The Cause of Loss - Earthquake Masonry Veneer Coverage endorsement is attached to this policy.

### C. UNDERGROUND PIPES, FLUES AND DRAINS

Covered Property is revised to include underground pipes, flues and drains when BUILDING coverage is provided and the building number is indicated in the Declarations.

### D. DEDUCTIBLES

The following deductible provisions apply to the building number(s) shown in the Declarations:

1. If a percentage (%) is shown in the Declarations the following applies:

   a. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 5%, or 10% (as shown in the Declarations) of the value(s) of the property that has sustained loss or damage at each of the buildings shown in the Declarations. The value(s) to be used are those shown in the most recent Statement of Values on file with us. If there is no Statement of Values on file with us or the Covered Property is a building in the course of construction or Newly Acquired or Constructed Property, we will use the value(s) of the property at the time of loss that has sustained loss or damage.

DX T3 01 03 98                                                                                              Page 1 of 3

This Deductible is calculated separately for, and applies separately to:

(1) Each building, if two or more buildings sustain loss or damage;

(2) The building and to personal property in that building, if both sustain loss or damage;

(3) Personal property at each building, if personal property at two or more buildings sustains loss or damage;

(4) Personal property in the open; and

(5) Any other property insured under this Coverage Part.

b. If both a percentage and dollar amount deductible are shown in the Declarations, one of the following also applies:

(1) the least we will deduct in any one occurrence is the dollar amount shown in the Declarations; or

(2) the least we will deduct in any one occurrence at each premises location is the dollar amount shown in the Declarations.

c. We will not pay for loss or damage until the amounts of loss or damage exceeds the deductibles. We will then pay the amount of loss or damage in excess of the deductibles, up to the applicable Limits of Insurance.

2. If a dollar amount is shown in the Declarations the following applies:

a. We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance; or

b. We will not pay for loss or damage in any one occurrence at each premises location until the total amount of loss or damage for all coverages at each premises location exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductibles up to the applicable Limits of Insurance.

3. The following is applicable to:

BUSINESS INCOME COVERAGE FORMS

When an hourly deductible is stated in the Declarations the following is applicable to Business Income Coverage:

We will only pay for loss you sustain after the number of consecutive hours indicated in the Declarations after direct physical loss or damage caused by or resulting from Earthquake or Volcanic Eruption. We will then pay the amount of loss or damage in excess of the Deductible, up to the Limit of Insurance.

4. No Deductible applies to Extra Expense.

E. **LIMITS OF INSURANCE**

The most we will pay for loss caused by any earthquake or volcanic eruption is:

1. The Limit(s) of Insurance shown in the Declarations, even if the loss involves more than one coverage. Amounts payable under any Additional Coverage or Coverage Extensions do not increase the Limit(s) of Insurance.

2. The Limit(s) of Insurance in the Declarations that applies to any one occurrence subject to the Annual Aggregate Limit(s) for all losses occurring in any one policy year commencing with the inception or anniversary date of this endorsement, whichever is less.

3. If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay during the policy period is the largest of the Annual Aggregate limits shown.

F. The most we will pay for loss or damage for the Newly Constructed or Acquired Property Coverage Extension under this endorsement is a total of $100,000 in any one occurrence and in any one policy year.

G. The "Period of Restoration" DEFINITION found in the BUSINESS INCOME COVERAGE FORMS is deleted as respects this endorsement and is replaced with the following:

"Period of Restoration" means the period of time that:

1. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

2. Ends on the earlier of:

   a. The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
   b. The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1. Regulates the construction, use or repair or requires the tearing down of any property; or
2. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

H. Coverage provided by this endorsement also applies to the Additional Coverages—Pollutant Cleanup and Removal.

I. **ADDITIONAL CONDITION - CANCELLATION**

   "We" or "you" may cancel this endorsement as provided by the Common Policy Conditions—Deluxe without canceling the entire Coverage Part.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

The following is added to the LOSS CONDITIONS-Loss Payment provision as indicated by an "X" in the Schedule below:

### A. LOSS PAYABLE

For Covered Property in which both you and a Loss Payee shown in the Schedule below have an insurable interest, we will:

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

### B. LENDER'S LOSS PAYABLE

1. The Loss Payee shown in the Schedule below is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts;
   b. A contract for deed;
   c. Bills of lading;
   d. Financing statements; or
   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.
   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.
   c. If we deny your claim because of your acts or because you have failed to comply with terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;
   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

   d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and
   (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

DX T3 79 03 98       Page 1 of 2

POLICY NUMBER: Y-630-528D9763-TIL-04  ISSUE DATE: 10-28-04

## C. CONTRACT OF SALE

1. The Loss Payee shown in the Schedule below is a person or organization you have entered a contract with for the sale of Covered Property.
2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:
    a. Adjust losses with you; and
    b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.
3. The following is added to the OTHER INSURANCE Condition:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

## D. SCHEDULE

**Prem.**  **Bldg.**
**No.**    **No.**

**Description of Property**                     **Loss Payee (Name & Address)**

SEE DX T8 93 03 99

|  | Loss Payable | Lenders Loss Payable | Contract of Sale |
|---|---|---|---|
| **Provisions Applicable:** | | | |

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

GMAC COMMERCIAL MORTGAGE, MASTER
SERVICER
P O BOX 1687

HORSHAM                    PA   19044-6657

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99