POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**
LIBERTY BANK & TRUST COMPANY

3801 CANAL STREET

NEW ORLEANS             LA  70119

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

NORSTAN FINANCIAL SERVICES, INC.
C/O LEASE PROCESSING CENTER
P O BOX 168647

IRVING                          TX   75016

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSOANL PROPERTY | Loss Payable |

DX T8 93 03 99

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)
STEELCASE FINANCIAL SERVICES, INC.

475 SANSOME STREET, 19TH FLOOR

SAN FRANCISCO                    CA  94111

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**
UNIVERSITY LEASE
A DIVISION OF CA FIRST NATIONAL BK
18201 VON KARMAN AVE., SUITE 420

IRVINE                    CA   92612

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)
UPS CAPITAL CORPORATION

35 GLENLAKE PARKWAY, NE

ATLANTA                    GA   30328

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**
PITNEY BOWES CREDIT CORPORATION
ACCOUNT #6171326
P O BOX 56460

LOUISVILLE                    KY  40285-6460

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 16 | 16 | POSTAGE METER/MAILING EQUIPMENT ACCOUNT #6171326, INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

J P MORGAN LEASING, INC

1 CHASE SQUARE

ROCHESTER                         NY   14643

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)
TCF LEASING, INC

11100 WAYVATA BLVD., #801

MINNETONKA                    MN  55305

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TERRORISM RISK INSURANCE ACT OF 2002 DISCLOSURE

This endorsement applies to the insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *"Insured Losses"* caused by certain *"Acts of Terrorism"* (each as defined in the Act).

In the event of an *Insured Loss,* Travelers is responsible for a deductible of one percent (1%) of Travelers *"Direct Earned Premiums"* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of Travelers *Direct Earned Premiums* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of Travelers *Direct Earned Premiums* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of Travelers *Direct Earned Premiums* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Government's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of Travelers deductible for that year. Travelers is responsible for the payment of the remaining 10% of *Insured Losses*. In no event, however, will the Federal Government or any *"Insurer"* (as defined in the Act) be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism*. In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism;* conversely, a loss will not be covered just because it was caused by an *Act of Terrorism*. The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part does not contain an exclusion that specifically excludes coverage for *Insured Losses*. The charge for this exposure is included in the Coverage Part premium. The charge that has been included for this Coverage Part is:

- 7% of your total Deluxe Property Coverage Part premium if your primary location is in a Designated City (as listed below).
- 3% of your total Deluxe Property Coverage Part premium if your primary location is not in a Designated City (as listed below).

**Designated Cities are:**

| | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Diego, CA |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Antonio, TX |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

A. The following is added when a Coinsurance percentage is shown in the Declarations or in the Coinsurance – Direct Damage endorsement.

   The rate or premium for your policy is based on the use of a Coinsurance percentage that is shown in the Declarations.

B. The **Transfer of Rights of Recovery Against Others to Us** Additional Condition is replaced by the following:

   9. **Transfer of Rights of Recovery Against Others To Us**

      If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

      1. Prior to a loss to your Covered Property or Covered Income.

      2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

         a. Someone insured by this insurance;
         b. A business firm:
            (1) Owned or controlled by you; or
            (2) That owns or controls you;
         c. Your employee or employer;
         d. The owner, lessor or tenant of the:
            (1) Described premises; or
            (2) Premises where loss or damage occurred;
               including their employees, partners and stockholders; or
         e. Your relative by blood or marriage.

      If you waive your rights against another party in writing after a loss, we can recover from you any amount you received for that waiver. But we cannot recover more than the amount we paid you for that loss.

      If we make any payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right.

C. Whenever the Legal Liability Coverage Endorsement **DX T3 90** is attached to this Coverage Part, the **Legal Action Against Us** Loss Condition is deleted and replaced by the following:

   2. **Legal Action Against Us**

      No person or organization has a right under this endorsement to join us as a party or otherwise bring us into "suit" asking for damages from you.

      A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this endorsement or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

D. The **Appraisal** Loss Condition is deleted and replaced by the following:

   2. **Appraisal**

      If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will not be binding on either party. Each party will:

  a. Pay its chosen appraiser; and
  b. Bear the other expenses of the appraisal and umpire equally.

  If there is an appraisal, we will still retain our right to deny the claim.

E. When the Fungus, Rot, Bacteria and Other Causes of Loss Changes Endorsement **DX T3 97** is attached to the policy, the following definition is added:

  **"Bacteria"**

  "Bacteria" means any type, kind or form of bacterium.

POLICY NUMBER: Y-630-528D9763-TIL-04                          ISSUE DATE: 10-28-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT

# FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES

This endorsement modifies insurance provided under the Deluxe Property Coverage Part.

**A. SCHEDULE**

Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage:

  Direct Damage – Increased Limit of Insurance $

  Business Income/Extra Expense – Increased Number of Days

**B.** The EXCLUSIONS contained in Section B. of the Deluxe Property Coverage Form are amended as follows. These changes apply to all coverages under the Deluxe Property Coverage Part that are subject to these exclusions.

  **1.** The following exclusion is added to Section **B.1.**:

  **"Fungus", Wet Rot, Dry Rot and Bacteria**

  **a.** We will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

  But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

  This exclusion does not apply:

  (1) When "fungus", wet or dry rot or bacteria results from fire or lightning; or

  (2) To the extent that coverage is provided in the Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage in **b.** below with respect to loss or damage by a cause of loss other than fire or lightning.

  **b.** Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage

  (1) The coverage described in **b.(2)** and **b.(3)** below only applies when the "fungus", wet or dry rot or bacteria is the result of a "specified cause of loss", other than fire or lightning, that occurs during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after the occurrence of the "specified cause of loss".

  (2) Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage

  (a) We will pay for direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including:

  (i) The cost of removal of the "fungus", wet or dry rot or bacteria;

  (ii) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

  (iii) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

  (b) The coverage described in (2)(a) above is limited to $15,000 unless an Increased Limit of Insurance is indicated in the Schedule of this endorsement for Limited "Fungus", Wet Rot, Dry Rot and

DX T3 97 04 02                                                                 Page 1 of 4

Bacteria Coverage –Direct Damage. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage under this coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of this annual limit even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

(c) The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

(d) If there is covered loss or damage to Covered Property that is not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage.

(3) Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense

The following Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage provisions for Business Income and Extra Expense apply only if Business Income and/or Extra Expense coverage applies to the described premises and only if the suspension of "operations" satisfies all of the terms of the applicable Business Income and/or Extra Expense coverage:

(a) If the loss which results in the "fungus", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension of "operations" is necessary due to loss or damage to property at the described premises caused by "fungus", wet or dry rot or bacteria, then our payment for Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" is caused by loss or damage at the described premises by other than "fungus", wet or dry rot or bacteria, but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

When an Increased Number of Days is indicated in the Schedule of this endorsement for Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense, the "30 days" in paragraphs (3)(a) and (3)(b) above is deleted and replaced by the number of days indicated in the Schedule.

The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense is included in, and does not increase the

applicable Business Income and/or Extra Expense Limit of Insurance.

(4) The terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder or Molten Material Damage Coverage Extension or the coverage provided for collapse of buildings or structures under the Collapse of Buildings exclusion.

2. The exclusions contained in Section **B.2.** are amended as follows:

   **a.** Under exclusion **B.2.c.(2)**, reference to fungus is deleted.

   **b.** The following exclusion is added:

   We will not pay for loss or damage caused by or resulting from:

   (1) Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more; or

   (2) Water, other liquids, or powders that leak or flow from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (a) You do your best to maintain heat in the building or structure; or

   (b) You drain the equipment and shut off the supply if the heat is not maintained.

**C.** The following is added to the LIMITATIONS contained in Section **C.** of the Deluxe Property Coverage Form. This change applies to all coverages under the Deluxe Property Coverage Part that are subject to these limitations:

We will not pay for loss of or damage to, or any loss that is a consequence of loss or damage to the interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**a.** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**b.** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

**D.** The DEFINITIONS contained in Section **I.** of the Deluxe Property Coverage Form are amended as follows. These definition changes apply wherever such defined terms are used in the Deluxe Property Coverage Part.

1. The definition of "Specified Causes of Loss" is deleted and replaced by the following:

   "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects as limited below; weight of snow, ice or sleet; and water damage as defined below; all only as otherwise insured against in this Coverage Part.

   **a.** Falling objects does not include loss or damage to:

   (1) Personal property in the open; or

   (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object. Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

   **b.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

   When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake Sprinkler Leakage endorsement or Causes of Loss – Broad Form Flood endorsement is included in this policy, "specified causes of loss" also includes such cause of loss, but

only to the extent such cause of loss is insured against under this Coverage Part.

2. The following definition is added:

"Fungus" means any type or form of fungus, including but not limited to mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

E. Under:

1. The Ordinance or Law Coverage in Section **A.4.f.** of the Deluxe Property Coverage Form;

2. Ordinance or Law Coverage endorsement DX T3 39;

3. The Ordinance or Law – Increased "Period of Restoration" Additional Coverage in Section **A.3.f.** of the Deluxe Business Income Coverage Form (And Extra Expense) and the Deluxe Business Income Coverage Form (Without Extra Expense);

4. The Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension in Section **A.3.d.** of the Deluxe Extra Expense Coverage Form; and

5. Any other Ordinance or Law coverage or Ordinance or Law Increased "Period of Restoration" coverage provided under this Coverage Part;

the following exclusion is added:

This coverage does not apply to:

a. Loss caused by or resulting from the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

b. Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet or dry rot or bacteria.

# INTERLINE ENDORSEMENTS

# INTERLINE ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL CRIME COVERAGE FORM
    COMMERCIAL CRIME POLICY
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EMPLOYEE THEFT AND FORGERY POLICY
    FARM COVERAGE PART
    GOVERNMENT CRIME COVERAGE FORM
    GOVERNMENT CRIME POLICY
    KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
    KIDNAP/RANSOM AND EXTORTION POLICY
    STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 11 02          © ISO Properties, Inc., 2002          Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
DELUXE PROPERTY COVERAGE PART

A. We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

 1. The failure, malfunction or inadequacy of:

    a. Any of the following, whether belonging to any insured or to others:

       (1) Computer hardware, including microprocessors;

       (2) Computer application software;

       (3) Computer operating systems and related software;

       (4) Computer networks;

       (5) Microprocessors (computer chips) not part of any computer system; or

       (6) Any other computerized or electronic equipment or components; or

    b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

 2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

 1. In a Covered Cause of Loss under the Boiler and Machinery Coverage Part, the Commercial Crime Coverage Part or the Commercial Inland Marine Coverage Part; or

 2. Under the Commercial Property Coverage Part:

    a. In a "Specified Cause of Loss", in elevator collision resulting from mechanical breakdown, or from theft (if insured) under the Causes of Loss – Special Form; or

    b. In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form; or

 3. In a "Specified Cause of Loss", in elevator collision resulting from mechanical breakdown, or from theft under the Deluxe Property Coverage Part;

 we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, theft, or a Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

IL T3 55 08 98   Includes Material Copyrighted by Insurance Services Office   Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART*
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
DELUXE PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

* This endorsement does not apply to coverage provided for employee dishonesty (Coverage Form A), forgery or alteration (Coverage Form B), or public employee dishonesty (Coverage Forms O and P).

A. Paragraphs 2. and 5. of the CANCELLATION Common Policy Conditions – Deluxe are replaced by the following:

   2. NOTICE OF CANCELLATION

      a. CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS AND NOT RENEWALS

        If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

        (1) Cancellation for nonpayment of premium

           We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

        (2) Cancellation for any other reason

           We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

      b. CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE

        If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

        (1) Nonpayment of premium;

        (2) Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

        (3) Activities or omissions by you which change or increase any hazard insured against;

        (4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

        (5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

        (6) The insured's violation or breach of any policy terms or conditions; or

        (7) Any other reasons that are approved by the Commissioner of Insurance.

IL T9 44 04 98      Copyright, Insurance Services Office, Inc., 1987, 1989      Page 1 of 2
Copyright, ISO Commercial Risk Services, Inc., 1987, 1989