# SB620 - 2006 Regular Session (Act 813)

| Author: **MURRAY** | Status: |
|---|---|
| Summary: **INSURANCE CLAIMS:** Increases penalties for insurers who fail to timely pay claims. | **SIGNED BY THE GOVERNOR**<br>**ACT 813**<br>Updated: 6/30/2006 |

| Date | Chamber | Page | Action |
|---|---|---|---|
| 06/30/2006 | S | | Effective date 8/15/2006. |
| 06/30/2006 | S | | Signed by the Governor. Becomes Act No. 813. |
| 06/16/2006 | S | 109 | Sent to the Governor for Executive approval. |
| 06/16/2006 | H | 92 | Signed by the Speaker of the House. |
| 06/15/2006 | S | 57 | Enrolled and signed by the President of the Senate. |
| 06/14/2006 | S | 30 | Amendments proposed by the House read and concurred in, 38 yeas and 0 nays. Motion to reconsider tabled. |
| 06/13/2006 | S | 33 | Received from the House with amendments. |
| 06/13/2006 | H | 15 | Read third time by title, amended, roll called on final passage, yeas 74, nays 26. Finally passed, ordered to the Senate. |
| 06/05/2006 | H | 8 | Read by title, passed to 3rd reading - regular calendar. |
| 06/01/2006 | H | 22 | Reported without Legislative Bureau amendments. |
| 05/31/2006 | H | 26 | Reported favorably (10-4-1) (Regular). Referred to the Legislative Bureau. |
| 05/10/2006 | H | 3 | Read by title, under the rules, referred to the Committee on Insurance. |
| 05/09/2006 | H | 3 | Received in the House from the Senate, read by title, lies over under the rules |
| 05/08/2006 | S | 23 | Read by title and finally passed as amended 36 yeas and 1 nays. Title read and adopted, bill ordered to the House. Motion to reconsider tabled. |

**EXHIBIT A**

Case 2:05-cv-04182-SRD-JCW   Document 7513-1   Filed 09/11/07   Page 2 of 2

| 05/04/2006 | S | 14 | Read by title, engrossed and passed to a third reading. |
| 05/03/2006 | S | 12 | Reported favorably. |
| 03/27/2006 | S | 61 | Read by title and referred to the committee on Insurance. |
| 03/17/2006 | S |  | Prefiled and under the rules provisionally referred to the committee on Insurance. |

Back to Previous Page

 to view files accessed from this page.

Acrobat Reader version 4 or higher is needed to view the files on this page.