Regular Session, 2006     **ACT No. 813**     <u>ENROLLED</u>

SENATE BILL NO. 620

BY SENATOR MURRAY AND REPRESENTATIVES FARRAR AND RICHMOND

| | |
|---|---|
| 1 | AN ACT |
| 2 | To amend and reenact R.S. 22:658(B)(1), relative to insurance claims; to increase the |
| 3 | penalties for failure to timely pay a claim; to authorize the assessment of attorney |
| 4 | fees and cost against an insurer who fails to timely pay a claim; and to provide for |
| 5 | related matters. |
| 6 | Be it enacted by the Legislature of Louisiana: |
| 7 | Section 1. R.S. 22:658(B)(1) is hereby amended and reenacted to read as follows: |
| 8 | §658. Payment and adjustment of claims, policies other than life and health and |
| 9 | accident; personal vehicle damage claims; penalties; arson-related |
| 10 | claims suspension |
| 11 | *   *   * |
| 12 | B.(1) Failure to make such payment within thirty days after receipt of such |
| 13 | satisfactory written proofs and demand therefor or failure to make a written offer to |
| 14 | settle any property damage claim, including a third-party claim, within thirty days |
| 15 | after receipt of satisfactory proofs of loss of that claim, as provided in Paragraphs |
| 16 | (A)(1) and (4), respectively, or failure to make such payment within thirty days after |
| 17 | written agreement or settlement as provided in Paragraph (A)(2), when such failure |
| 18 | is found to be arbitrary, capricious, or without probable cause, shall subject the |
| 19 | insurer to a penalty, in addition to the amount of the loss, of ~~twenty-five~~ **fifty** percent |
| 20 | damages on the amount found to be due from the insurer to the insured, or one |
| 21 | thousand dollars, whichever is greater, payable to the insured, or to any of said |
| 22 | employees, or in the event a partial payment or tender has been made, ~~twenty-five~~ |

Coding: Words which are ~~struck through~~ are deletions from existing law; words in **boldface type and underscored** are additions.

**EXHIBIT B**

**SB NO. 620** **ENROLLED**

1     **fifty** percent of the difference between the amount paid or tendered and the amount
2     found to be due **as well as reasonable attorney fees and costs. Such penalties, if**
3     **awarded, shall not be used by the insurer in computing either past or**
4     **prospective loss experience for the purpose of setting rates or making rate**
5     **filings.**
6     \* \* \*

_____
PRESIDENT OF THE SENATE

_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES

_____
GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: _____

Page 2 of 2
Coding: Words which are struck-through are deletions from existing law;
words in **boldface type and underscored** are additions.