**ST PAUL TRAVELERS**　　　　　　　　　　One Tower Square, Hartford, Connecticut 06183

```
                                    INSTITUTIONAL
                                    COMMON POLICY DECLARATIONS
                                    ISSUE DATE: 10/28/04

                                    POLICY NUMBER: Y-630-528D9763-TIL-04
INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A
   NEW ORLEANS, LA 70125-1098


2. POLICY PERIOD:  From 09/01/04 to 09/01/05 12:01 A.M. Standard Time at
                                                       your mailing address.
3. LOCATIONS
     Premises  Bldg.
     Loc. No.  No.   Occupancy             Address

     SEE IL T0 03


4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL




5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:    SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                         containing its complete provisions:
   Policy                       Policy No.              Insuring Company




   DIRECT BILL
7. PREMIUM SUMMARY:
     Provisional Premium  $ 388,783
     Due at Inception     $
     Due at Each          $


NAME AND ADDRESS OF AGENT OR BROKER:            COUNTERSIGNED BY:
   GILLIS ELLIS & BAKER INC (EP771)
   1615 POYDRAS STREET  STE 600
   NEW ORLEANS, LA 701121238                    _____
                                                Authorized Representative

                                                DATE:_____

IL T0 02 11 89      PAGE 1 OF 1
OFFICE: NEW ORLEANS
```

EXHIBIT A

### CERTIFIED POLICY

The policy to which this certification is affixed is a true and accurate copy of the policy contained in company records and used in the regular course of business as of the date shown below. No representation or warranty is made that this copy is identical in all respects to the policy issued.

No insurance is afforded by this copy.

_Travelers Property Casualty Company of America_
Name of Insuring Company

630-528D9763
Policy Number

Date: 3-10-06



**ST PAUL TRAVELERS**

# COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A
NEW ORLEANS LA 70125-1098

Presented by: GILLIS ELLIS & BAKER INC

# COMMON POLICY CONDITIONS—DELUXE

All Coverage Parts included in this policy are subject to the following conditions:

### A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy terms can be amended or waived only by endorsement issued by us as part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes, or standards

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

### E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have rights and duties but only with respect to that property.

### G. WHEN WE DO NOT RENEW

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient- sufficient proof of notice.

### H. DELUXE PROPERTY COVERAGE PART—REFERENCE TO FORMS AND ENDORSEMENTS

In some instances, the Deluxe Property Declarations- Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;
2. The Commercial Inland Marine Coverage Part;
3. Commercial Property forms including, but not limited to, the following:
   a. Building and Personal Property Coverage Form;
   b. Business Income Coverage Form;
   c. Commercial Property Conditions;
   d. Causes of Loss—Special Form
   e. Causes of Loss—Earthquake Form.
4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage—Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Forms in the same manner as they apply to the Forms they reference.

### I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declaration and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company), have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)

*[signature]*
General Counsel & Secretary

*[signature]*
Chairman of the Board & Chief Executive Officer


**ST PAUL TRAVELERS**

```
POLICY NUMBER:  Y-630-528D9763-TIL-04
EFFECTIVE DATE: 09-01-04
   ISSUE DATE:  10-28-04
```

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 01 04    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
```

DELUXE PROPERTY

```
DX T0 00 09 98    DELUXE PROPERTY COV PART DECLARATIONS
DX 00 03 07 94    DELUXE PROP COV PART SCHED-SPECIF LIMITS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX T3 37 03 98    WINDSTORM OR HAIL DEDUCTIBLES
DX 00 04 03 98    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98    DELUXE PROPERTY COVERAGE FORM
DX T2 00 03 98    DELUXE EX EXP COV FORM COLLEGE & SCHOOLS
DX T2 01 03 98    DELUXE BI COV FORM AND EE COLLEGES & SCH
DX T3 01 03 98    CAUSES OF LOSS - EARTHQUAKE
DX T3 79 03 98    LOSS PAYABLE PROVISIONS
DX T4 02 11 02    TERRORISM RISK INS ACT 2002 DISCLOSURE
DX 01 16 02 04    LOUISIANA CHANGES
DX T3 97 04 02    FUNGUS,ROT,BACTERIA & OTHER CAUSES
```

INTERLINE ENDORSEMENTS

```
IL 09 52 11 02    CAP LOSSES-CERTIFIED ACTS OF TERRORISM
IL T3 55 08 98    EXCL OF CERTAIN COMPUTER REL LOSSES
IL T9 44 04 98    LA CHANGES-CANCELLATION AND NONRENEWAL
IL T0 10 04 94    LENDERS CERTIFICATE  OF INSURANCE-FORM A
IL T0 11 03 96    LENDERS' CERTIFICATE OF INSURANCE-FORM B
```

**LOCATION SCHEDULE**                    POLICY NUMBER: Y-630-528D9763-TIL-04

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 09-01-04 to 09-01-05.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | ONE (1) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | UNIVERSITY-ADMINISTRATION BLDG |
| 2 | 2 | ONE (2) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | UNIVERSITY-ADMINISTRATON ANNEX |
| 3 | 3 | ONE (3) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | CONVENT |
| 4 | 4 | ONE (4) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | HOUSE OF STUDIES |
| 5 | 5 | ONE (5) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHARMACY |
| 6 | 6 | ONE (6) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHARMACY ADDITION |
| 7 | 7 | ONE (7) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | GYMNASIUM |
| 8 | 8 | ONE (38) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | LIBRARY/RESOURCE CENTER |
| 9 | 9 | ONE (10) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | MUSIC (FORMERLY LIBRARY) |
| 10 | 10 | ONE (11) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHYSICAL PLANT |
| 11 | 11 | ONE (13) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | ST JOSEPH DORMITORY |
| 12 | 12 | ONE (14) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | KATHARINE DREXEL DORMITORY |
| 13 | 13 | ONE (18) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | CENTRAL PLANT |

LOCATION SCHEDULE          POLICY NUMBER: Y-630-528D9763-TIL-04

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period 09-01-04 to 09-01-05.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 14 | 14 | ONE (21) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | ST MICHAEL DORMITORY |
| 15 | 15 | ONE (24) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | STUDENT CENTER |
| 16 | 16 | 4980 (17) DIXON STREET<br>NEW ORLEANS, LA 70125 | UNIVERSITY CENTER |
| 17 | 17 | 3713 (36) SHORT STREET<br>NEW ORLEANS, LA 70125 | SCIENCE COMPLEX |
| 18 | 18 | 3713 (37) SHORT STREET<br>NEW ORLEANS, LA 70125 | SCIENCE ANNEX |
| 19 | 19 | 909 (40) SOUTH JEFFERSON DAVIS PKWY<br>NEW ORLEANS, LA 70125 | XAVIER SOUTH |
| 20 | 20 | 3520 PINE STREET<br>NEW ORLEANS, LA 70125 | ART VILLAGE |
| 21 | 21 | 4930 (47) DREXEL STREET<br>NEW ORLEANS, LA 70125 | CLAVER HALL |
| 22 | 22 | 861 (88) SOUTH JEFFERSON DAVIS PKWY<br>NEW ORLEANS, LA 70125 | LIVING/LEARNING CENTER |
| 23 | 23 | 1638 MARIGNY STREET<br>NEW ORLEANS, LA 70117 | OFFICES/PROGRAMS |
| 24 | 24 | 3801 (89) SOUTH CARROLLTON AVENUE<br>NEW ORLEANS, LA 70118 | INFORMATION SECURITY/MAINTENAN |
| 25 | 25 | 1001 SOUTH JEFFERSON DAVIS PKWY,<br>NEW ORLEANS, LA 70125 | XAVIER SOUTH DORMITORY |

**DELUXE PROPERTY**

**DELUXE PROPERTY**

# TABLE OF CONTENTS

# DELUXE PROPERTY COVERAGE PART

The following indicates the contents of the principal Forms which may be attached to your policy. It contains no reference to the Declarations or Endorsements which also may be attached.

**Begins on Page**

### DELUXE PROPERTY COVERAGE FORM

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Exclusions | 9 |
| C. | Limitations | 13 |
| D. | Limits of Insurance | 13 |
| E. | Deductible | 13 |
| F. | Loss Conditions | 14 |
| G. | Additional Conditions | 17 |
| H. | Optional Coverages | 18 |
| I. | Definitions | 19 |

### DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Exclusions and Limitations | 5 |
| C. | Limits of Insurance | 5 |
| D. | Deductible | 5 |
| E. | Loss Conditions | 5 |
| F. | Additional Condition | 7 |
| G. | Optional Coverages | 8 |
| H. | Definitions | 9 |

### DELUXE BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE)

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Exclusions and Limitations | 4 |
| C. | Limits of Insurance | 5 |
| D. | Deductible | 5 |
| E. | Loss Conditions | 5 |
| F. | Additional Condition | 6 |
| G. | Optional Coverages | 8 |
| H. | Definitions | 9 |

### DELUXE EXTRA EXPENSE COVERAGE FORM

| | | |
|---|---|---|
| A. | Coverage | 1 |
| B. | Exclusions and Limitations | 3 |
| C. | Limits of Insurance | 3 |
| D. | Loss Conditions | 3 |
| E. | Definitions | 4 |


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE  
PART DECLARATIONS

POLICY NUMBER: Y-630-528D9763-TIL-04  
ISSUE DATE: 10-28-04

INSURING COMPANY:  
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

EFFECTIVE DATE:  Same as policy unless otherwise specified:

COVERAGES AND LIMITS OF INSURANCE - DESCRIBED PREMISES

Insurance applies on a BLANKET basis only to a coverage for which a Limit of Insurance is shown, as per Statement of Values dated 09/01/04, and at locations subsequently reported to and insured by us.  For Insurance that applies to a specific premises location see Deluxe Property Coverage Part Schedule - Specific Limits.

DELUXE PROPERTY COVERAGE FORM

| Blanket Description of Coverage or Property | Limits of Insurance |
|---|---|
| Building(s) and Your Business Personal Property | $ 157,944,376 |

   COINSURANCE PROVISION:

   Coinsurance does not apply to the Blanket coverages shown above.

   VALUATION PROVISION:

   Replacement cost (subject to limitations) applies to any types of covered property shown above.

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated.  Revised limits, if any, will be stated in the column on the right.

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Accounts Receivable: | | |
|   On premises | $ 25,000 | |
|   In transit or at undescribed premises | $ 10,000 | |
| Appurtenant Buildings and Structures | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Debris Removal (additional limit) | $ 250,000 | |

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC              EP771   OFFICE:NEW ORLEANS           125

  **ST PAUL TRAVELERS**   One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE  POLICY NUMBER: Y-630-528D9763-TIL-04
PART DECLARATIONS  ISSUE DATE: 10-28-04

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS
(continued)

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Expediting Expense | $ 25,000 | |
| Extra Expense | $ 10,000 | |
| Fine Arts | $ 50,000 | |
| Fire Department Service Charge | Policy Limit | |
| Fire Equipment Discharge | Policy Limit | |
| Newly Constructed or Acquired Property: | | |
|     Building - each | $ 2,000,000 | |
|     Personal Property at each premises | $ 1,000,000 | |
| Ordinance or Law | $ 250,000 | |
| Outdoor Property | $ 25,000 | |
| Overseas Business Travel - Personal Property | $ 25,000 | |
| Personal Effects | $ 25,000 | |
| Personal Property | | |
|     at Undescribed Premises - Limited* | $ 10,000 | |
| Personal Property in Transit - Limited* | $ 10,000 | |
| Pollutant Clean-Up and Removal - Aggregate | $ 100,000 | |
| Preservation of Property | Policy Limit | |
| Reward Coverage | $ 25,000 | |
| Theft Damage to Rented Property | Policy Limit | |
| Valuable Papers: | | |
|     On premises | $ 25,000 | |
|     In transit or at undescribed premises | $ 10,000 | |
| Water Damage, Other Liquids, | | |
|     Powder or Molten Material Damage | Policy Limit | |

* DOES NOT APPLY IF A LIMIT IS SHOWN PREVIOUSLY


DELUXE BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE) - DESCRIBED PREMISES

| Premises Location No. | Building No. | Limits of Insurance |
|---|---|---|
| SEE SCHEDULE | SEE SCHEDULE | See Schedule |

Coinsurance percentage applicable: 100
Rental Value: Included
Ordinary Payroll: Excluded
Extended Business Income - 90 days


DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC    EP771   OFFICE:NEW ORLEANS    125



**ST PAUL TRAVELERS**                           One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE         POLICY NUMBER: Y-630-528D9763-TIL-04
PART DECLARATIONS                ISSUE DATE: 10-28-04

DELUXE BUSINESS INCOME - ADDITIONAL COVERAGES AND COVERAGE EXTENSION

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated. Revised limits, if any, will be stated in the column on the right.

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Business Income from Dependent Property | $ 100,000 | |
| Claim Data Expense | $ 25,000 | |
| Newly Acquired Locations | $ 500,000 | |
| Ordinance or Law - Increased Period of Restoration | $ 250,000 | |

DELUXE EXTRA EXPENSE COVERAGE FORM

| Premises Location No. | Building No. | | Limits of Insurance |
|---|---|---|---|
| 1,5,6,8,16-19 | 1,5,6,8,16-19 | | See Schedule |

Restoration Period and Monthly Percentage Limits -
    40-80-100%

DELUXE EXTRA EXPENSE - ADDITIONAL COVERAGES & COVERAGE EXTENSION

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated. Revised limits, if any, will be stated in the column on the right.

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Extra Expense from Dependent Property | $ 50,000 | |
| Claim Data Expense | $ 25,000 | |
| Newly Acquired Locations | $ 100,000 | |
| Ordinance or Law - Increased Period of Restoration | $ 50,000 | |

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC          EP771    OFFICE:NEW ORLEANS         125

 **ST PAUL TRAVELERS**  One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE  
PART DECLARATIONS

POLICY NUMBER: Y-630-528D9763-TIL-04  
ISSUE DATE: 10-28-04

CAUSES OF LOSS - EARTHQUAKE

|  | Occurrence Limit | Annual Aggregate Limit |
|---|---|---|

1. Applies at the following Building(s) numbered:

   001-025                                          $   5,000,000    $   5,000,000

   If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay during each annual period is the largest of the Annual Aggregate Limits shown.

DEDUCTIBLES - THE FOLLOWING DEDUCTIBLE AMOUNTS SHALL APPLY TO LOSS:

BY EARTHQUAKE:

1. In any one occurrence at the following Building(s) numbered:

   001-025                                                          $     100,000

   As respects Business Income Coverage a 72 hour deductible applies at all premises locations.

BY WINDSTORM OR HAIL:

At the following Covered Premises in total:

   Premises          Building
   Location No.      No.

   1-25              1-25

          The following percentage applies:                                  1 %
          Subject to a minimum in any one occurrence:         $     100,000
          As respects Business Income Coverage a  72 hour
          deductible applies at all premises locations above.

BUSINESS INCOME:  
     As respects Business Income Coverage, for which no other deductible is stated above, a 72 hour deductible applies.

DX T0 00 09 98

 **ST PAUL TRAVELERS**                      One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**           POLICY NUMBER: Y-630-528D9763-TIL-04
**PART DECLARATIONS**                  ISSUE DATE: 10-28-04

DEDUCTIBLES: (continued)

BY ANY OTHER COVERED LOSS in any one occurrence:             $     100,000

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC            EP771    OFFICE: NEW ORLEANS     125

POLICY NUMBER:  Y-630-528D9763-TIL-04                                        ISSUE DATE:  10-28-04

# DELUXE PROPERTY COVERAGE PART SCHEDULE - SPECIFIC LIMITS

| Prem. No. | Bldg. No. | Description of Coverage or Property | Limits of Insurance |
|---|---|---|---|
| 1  | 1  | Extra Expense    | $ 500,000 |
| 4  | 4  | Business Income  | $ 446,000 |
| 5  | 5  | Extra Expense    | $ 83,334 |
| 6  | 6  | Extra Expense    | $ 83,333 |
| 8  | 8  | Extra Expense    | $ 83,333 |
| 11 | 11 | Business Income  | $ 854,000 |
| 12 | 12 | Business Income  | $ 2,073,000 |
| 14 | 14 | Business Income  | $ 819,000 |
| 16 | 16 | Extra Expense    | $ 250,000 |
| 17 | 17 | Extra Expense    | $ 125,000 |
| 18 | 18 | Extra Expense    | $ 125,000 |
| 19 | 19 | Extra Expense    | $ 250,000 |
| 22 | 22 | Business Income  | $ 2,692,000 |
| 25 | 25 | Business Income  | $ 2,708,000 |

DX 00 03 07 94

PRODUCER: GILLIS ELLIS & BAKER INC            EP771        OFFICE: NEW ORLEANS            125

POLICY NUMBER: Y-630-528D9763-TIL-04                    ISSUE DATE: 10-28-04

# MORTGAGE HOLDER SCHEDULE

| Premises Loc. No. | Bldg. No. | Mortgage Holder Name and Mailing Address |
|---|---|---|
|  |  | LOUISIANA PUBLIC FACILITIES AUTHORITY & HANCOCK BANK AS TRUSTEE<br>P O BOX 591<br>BATON ROUGE                LA 70821 |
| 13 | 13 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION<br>6525 WEST CAMPUS OVAL, SUITE 200<br>NEW ALBANY                OH 43054 |
| 17 | 17 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION<br>6525 WEST CAMPUS OVAL, SUITE 200<br>NEW ALBANY                OH 43054 |
| 18 | 18 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION<br>6525 WEST CAMPUS OVAL, SUITE 200<br>NEW ALBANY                OH 43054 |
| 12 | 12 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION<br>6525 WEST CAMPUS OVAL, SUITE 200<br>NEW ALBANY                OH 43054 |
| 15 | 15 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION<br>6525 WEST CAMPUS OVAL, SUITE 200<br>NEW ALBANY                OH 43054 |

DX 00 01 07 94

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT

# WINDSTORM OR HAIL DEDUCTIBLES

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

The Windstorm or Hail Deductible, as shown in the Declarations, applies to loss or damage to Covered Property or Business Income caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by a Windstorm or Hail occurrence.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

A. **If a percentage (%) is shown in the Declarations the following applies:**

   1. **Specific Insurance**

      In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, or 5% (as shown in the Declarations) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for and applies separately to:

      a. Each building, if two or more buildings sustain loss or damage;

      b. The building and to personal property in that building, if both sustain loss or damage;

      c. Personal property at each building, if personal property at two or more buildings sustain loss or damage;

      d. Personal property in the open;

      e. Any other property insured under this Coverage Part.

   2. **Blanket Insurance**

      In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Declarations) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Value on file with us. This Deductible is calculated separately for and applies separately to:

      a. Each building, if two or more buildings sustain loss or damage;

      b. The building and to personal property in that building, if both sustain loss or damage;

      c. Personal property at each building, if personal property at two or more buildings sustains loss or damage;

      d. Personal property in the open;

      e. Any other property insured under this Coverage Part.

   3. If in addition to the percentage deductible a dollar amount deductible is shown in the Declarations, the least we will deduct in any one occurrence is the dollar amount deductible shown in the Declarations.

   4. We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limits of Insurance.

B. **When only a dollar amount is shown in the Declarations one of the following applies:**

   1. We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceeds the Deductible shown in the Declarations. We will

DX T3 37 03 98                                                                                                              Page 1 of 2

then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance; or

2. We will not pay for loss or damage in any one occurrence at each premises until the total amount of loss or damage for all coverages at each premises location exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance.

C. **When an hourly deductible is stated in the Declarations the following is applicable to Deluxe Business Income Coverage:**

We will only pay for loss you sustain after the first number of consecutive hours indicated in the Declarations after direct physical loss or damage caused by or resulting from Windstorm or Hail.

We will then pay the amount of loss or damage in excess of the Deductible, up to the Limit of Insurance.

No deductible applies to Extra Expense.

D. 1. After any deduction required by Coinsurance - Direct Damage or the Full Reporting Provision of the Value Reporting Form, if applicable, we will pay the amount of loss or damage which exceeds the Deductible shown in the Declarations. For Business Income coverage, we will pay the loss or damage incurred after the number of hours shown in the Declarations and after any deduction required by the Additional Condition, Coinsurance.

2. When property is covered under the Coverage Extension for Newly Constructed or Acquired Property:

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage of Newly Constructed or Acquired Property is the highest percentage shown in the Schedule for any described premises. If an hourly Deductible applies to Business Income coverage, we will only pay for loss or damage in excess of the highest hourly Deductible.