We will mail or deliver written notice of cancellation under this item **2.b.,** to the first Named Insured at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 60 days before the effective date of cancellation if we cancel for a reason described in **2.b.(2)** through **(7)** above.

5. PREMIUM REFUND

If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to paragraphs **5.a.** and **5.b.** The cancellation will be effective even if we have not made or offered a refund.

a. If we cancel, the refund will be pro rata.

b. If the first Named Insured cancels, the refund may be less than pro rata, and will be sent to the first Named Insured within 30 days after the effective date of cancellation.

B. Paragraph **f.** of the MORTGAGE HOLDERS Condition in the Deluxe Property Coverage Form is replaced by the following:

If we cancel this policy, we will give written notice to the mortgage holder at least;

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation. If we cancel for any other reason

C. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. We need not mail or deliver this notice if:

a. We or another company within our insurance group have offered to issue a renewal policy; or

b. You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1987, 1989
Copyright, ISO Commercial Risk Services, Inc., 1987,1989

**IL T9 44 04 98**

**ST PAUL
TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA            23236

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 10-28-04

1.  **CERTIFICATE HOLDER:**               Policy Number: Y-630-528D9763-TIL-04

GMAC COMMERCIAL MORTGAGE, MASTER
SERVICER
P O BOX 1687
HORSHAM PA 19044-6657

2.  **NAMED INSURED:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS            LA 70125-1098

3.  **CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as
identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other
document with respect to which  this Certificate may be issued, the insurance is that which we customarily
provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only
and does not amend, extend or alter the  coverage afforded by the policy.

4.  **POLICY PERIOD:** 09-01-04  to  09-01-05

5.  **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6.  **INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its
Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|------|------|-------------------------|---------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss:      _____ Basic Form    _____ Broad Form    _____Special Form
                                              X  Deluxe Property Form

7.  **SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT
LOAN #20023901

**IL T0 10 04 94**                                                    Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE    STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF INSURANCE — FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

   LIBERTY BANK & TRUST COMPANY
   3801 CANAL STREET
   NEW ORLEANS LA 70119

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS                LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss:     ____ Basic Form     ____ Broad Form     ____ Special Form
                                           _X_ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #47368/006115

**IL T0 10 04 94**                                                    Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative


**ST PAUL**
**TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA              .    23236

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                        Policy Number: Y-630-528D9763-TIL-04

    NORSTAN FINANCIAL SERVICES, INC.
    C/O LEASE PROCESSING CENTER
    P O BOX 168647
    IRVING TX 75016

2. **NAMED INSURED:**

    XAVIER UNIVERSITY OF LOUISIANA
    ONE DREXEL DRIVE, BOX 46A

    NEW ORLEANS            LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements,  terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

4. **POLICY PERIOD: 09-01-04** to **09-01-05**

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

    **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSOANL PROPERTY | $ *46,965,315 | $ 100000 |

    Coverage - Covered Causes of Loss:   ____ Basic Form   ____ Broad Form   ____ Special Form
                                          __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

    *BLANKET LIMIT
    MASTER EQUIPMENT LEASE #021-0154780-000

**IL T0 10 04 94**                                                                 Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy. .

BY: _____

Signature of Authorized Representative



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE  STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

    STEELCASE FINANCIAL SERVICES, INC.
    475 SANSOME STREET, 19TH FLOOR
    SAN FRANCISCO CA 94111

2. **NAMED INSURED:**

    XAVIER UNIVERSITY OF LOUISIANA
    ONE DREXEL DRIVE, BOX 46A

    NEW ORLEANS          LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

    **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: \_\_\_\_ Basic Form  \_\_\_\_ Broad Form  \_\_\_\_Special Form
                       **X** Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

    *BLANKET LIMIT
    MASTER LEASE AGREEMENT #22151

IL T0 10 04 94                                                        Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY:  _____

Signature of Authorized Representative

**ST PAUL
TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA              23236

**LENDER'S CERTIFICATE OF
INSURANCE — FORM A**
Issue Date: 10-28-04

**1. CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

UNIVERSITY LEASE
A DIVISION OF CA FIRST NATIONAL BK
18201 VON KARMAN AVE., SUITE 420
IRVINE CA 92612

**2. NAMED INSURED:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS                LA 70125-1098

**3. CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

**4. POLICY PERIOD:** 09-01-04   to   09-01-05

**5. INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**6. INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|------------------------|--------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _____ Special Form
**X** Deluxe Property Form

**7. SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT
LEASE AGREEMENT ORDER NO. BL-00258; LEASE SCHEDULE NOS. 01,02,03
& 04 AND LEASE AGREEMENT NO. UL0008564, LEASE SCHEDULE NO. 01

**IL T0 10 04 94**                                                    Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2

**ST PAUL TRAVELERS**

300 ARBORETUM PLACE   STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**

   Policy Number: Y-630-528D9763-TIL-04

   UPS CAPITAL CORPORATION
   35 GLENLAKE PARKWAY, NE
   ATLANTA GA 30328

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS               LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                       __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #40000646

IL T0 10 04 94

Page 1 of 2

8.  **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

**ST PAUL TRAVELERS**

300 ARBORETUM PLACE  STE 160
RICHMOND  VA                    23236

**LENDER'S CERTIFICATE OF INSURANCE – FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

         PITNEY BOWES CREDIT CORPORATION
         ACCOUNT #6171326
         P O BOX 56460
         LOUISVILLE KY 40285-6460

2. **NAMED INSURED:**

         XAVIER UNIVERSITY OF LOUISIANA
         ONE DREXEL DRIVE, BOX 46A

         NEW ORLEANS                    LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04   to   09-01-05

5. **INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 16 | 16 | POSTAGE METER/MAILING EQUIPMENT ACCOUNT #6171326, INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY | $ 32,257 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                             **X** Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL T0 10 04 94                                                                    Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2

**ST PAUL TRAVELERS**

300 ARBORETUM PLACE   STE 160
RICHMOND  VA                23236

**LENDER'S CERTIFICATE OF
INSURANCE — FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

   J P MORGAN LEASING, INC
   1 CHASE SQUARE
   ROCHESTER NY 14643

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as
   identified in this Certificate. Notwithstanding any requirements,  terms or conditions of any contract or other
   document with respect to which  this Certificate may be issued, the insurance is that which we customarily
   provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only
   and does not amend, extend or alter the  coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its
   Loss Payable Provisions (copy attached), for the property described below:

   | Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
   |---|---|---|---|---|
   | 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss:  _____ Basic Form  _____ Broad Form  _____ Special Form
                                          X  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #23109-1

**IL T0 10 04 94**                                                      Page 1 of 2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94

**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA              23236

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

   TCF LEASING, INC
   11100 WAYVATA BLVD., #801
   MINNETONKA MN 55305

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in Item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04 to 09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|-------------------------|--------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
   __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #23190-2

IL T0 10 04 94                                                          Page 1 of 2

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

**ST PAUL
TRAVELERS**
300 ARBORETUM PLACE  STE 160
RICHMOND  VA              23236

**LENDER'S CERTIFICATE OF
INSURANCE — FORM B**
Issue Date: **10-28-04**

1. **CERTIFICATE HOLDER:**                    Policy Number: **Y-630-528D9763-TIL-04**

        LOUISIANA PUBLIC FACILITIES
        AUTHORITY & HANCOCK BANK AS TRUSTEE
        P O BOX 591
        BATON ROUGE LA 70821

2. **NAMED INSURED:**
        XAVIER UNIVERSITY OF LOUISIANA
        ONE DREXEL DRIVE, BOX 46A

        NEW ORLEANS                    LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** From **09-01-04** to **09-01-05**

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

    **Buildings or Buildings Under Construction** — The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance $ | Coins % |
|---|---|---|---|---|
| | | | | |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                      _____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any)

**IL T0 11 03 96**                                                    Page 1 of 2

8. **DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS – BUILDINGS ONLY

a. The term, mortgage holder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

(1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

IL T0 11 03 96

**ST PAUL
TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA        23236

**LENDER'S CERTIFICATE OF
INSURANCE — FORM B**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

    J P MORGAN TRUST COMPANY, NATIONAL
    ASSOCIATION
    6525 WEST CAMPUS OVAL, SUITE 200
    NEW ALBANY OH 43054

2. **NAMED INSURED:**

        XAVIER UNIVERSITY OF LOUISIANA
        ONE DREXEL DRIVE, BOX 46A

        NEW ORLEANS            LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** From 09-01-04  to  09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

    **Buildings or Buildings Under Construction** — The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| | | SEE IL T8 97 03 96 | $ | |

Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _____ Special Form
                                  _____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any)
    XAVIER UNIVERSITY OF LOUISIANA REVENUE BONDS SERIES 2002

**IL T0 11 03 96**

Page 1 of 2

**8. DEFINITIONS —** As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS – BUILDINGS ONLY

a. The term, mortgage holder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

(1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**IL T0 11 03 96**

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut  06183

**LENDER'S CERTIFICATE OF INSURANCE — FORM B — SCHEDULE**
ISSUE DATE: 10-28-04

POLICY NUMBER: Y-630-528D9763-TIL-04

CERTIFICATE HOLDER: J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|------|------|---------|----|-----------|----------|-----|--------|
| 13 | 13 | ONE (18) DREXEL DRIVE<br>NEW ORLEANS | LA | 70125-1098 | $ 585,880 | N/A | DELUXE |
| 17 | 17 | 3713 (36) SHORT STREET<br>NEW ORLEANS | LA | 70125 | 6,542,696 | N/A | DELUXE |
| 18 | 18 | 3713 (37) SHORT STREET<br>NEW ORLEANS | LA | 70125 | 9,603,528 | N/A | DELUXE |

IL T8 97 03 96

**ST PAUL**
**TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA              23236

**LENDER'S CERTIFICATE OF**
**INSURANCE — FORM B**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

    J P MORGAN TRUST COMPANY, NATIONAL
    ASSOCIATION
    6525 WEST CAMPUS OVAL, SUITE 200
    NEW ALBANY OH 43054

2. **NAMED INSURED:**
        XAVIER UNIVERSITY OF LOUISIANA
        ONE DREXEL DRIVE, BOX 46A

        NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** From 09-01-04  to  09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA .

6. **INSURANCE**

    **Buildings or Buildings Under Construction**—The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| | | SEE IL T8 97 03 96 | $ | |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____Special Form
                                     _____ Deluxe Property Form

7. **SPECIAL PROVISIONS (if any)**
    XAVIER UNIVERSITY OF LOUISIANA BUILDING BONDS OF 1967
    BANK ONE ACCOUNT #3660032500

**IL T0 11 03 96**

8. **DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____
Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS — BUILDINGS ONLY

a.  The term, mortgage holder, includes trustee.

b.  We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

c.  The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.  If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1)  Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2)  Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e.  If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

(1)  The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)  The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

(1)  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

IL T0 11 03 96

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

LENDER'S CERTIFICATE OF
INSURANCE – FORM B – SCHEDULE
ISSUE DATE: 10-28-04

POLICY NUMBER: Y-630-528D9763-TIL-04

CERTIFICATE HOLDER: J P MORGAN TRUST COMPANY, NATIONAL
                    ASSOCIATION

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|---|---|---|---|---|---|---|---|
| 12 | 12 | ONE (14) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | $ 5,620,437 | N/A | DELUXE |
| 15 | 15 | ONE (24) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | 1,608,385 | N/A | DELUXE |

IL T8 97 03 96