UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO LEVEE:<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-0225, 06-0629, 06-0886, 06-1885,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5161, 06-5163, 06-5260,<br>06-5308, 06-5367, 06-5471, 06-5771, 06-5785,<br>06-5786, 06-5937, 06-6473, 06-6642, 06-7682,<br>06-8708, 06-11208, 07-0206, 07-0647, 07-0993,<br>07-1113, 07-1284, 07-1286, 07-1288, 07-1289,<br>07-1349, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | SECTION "K" (2) |
| * * * * * * * * * | | |

## FINAL JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment shall be entered in favor of defendant Engineers and Contractors, specifically Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Gotech, Inc., Boh Bros. Construction, L.L.C., B & K Construction Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction



EXHIBIT NO 1

Company, Inc and against all plaintiffs in the Superseding Master Consolidated Class Action Complaint (Levee) (Doc. No. 3240), C.A. Nos. 05-4181 O'Dwyer, 05-4182 Berthelot, 05-4191 Jared Vodanovich, 05-4568 Harvey, 05-5237 Ann Vodanovich, 05-6073 Kirsch, 05-6314 Ezell, 05-6324 Brown, 05-6327 LeBlanc, 05-6359 Bradley, 06-0020 Tauzin, 06-0225 Bradley, 06-0629 Carney, 06-0886 Finney, 06-1885 O'Dwyer, 06-2278 Christenberry, 06-2287 Sanchez, 06-2346 Fitzmorris, 06-2545 Marcello, 06-3529 Harvey 06-4065 Cathy Adams, 06-4389 O'Dwyer, 06-4634 Glenn Adams, 06-4931 Brock, 06-5032 Joseph, 06-5042 Cohen, 06-5159 Fleming, 06-5161 Holmes, 06-5163 Gordon, 06-5260 Leduff, 06-5308 Gisevius, 06-5367 Breithoff, 06-5471 Williams, E., 06-5771 O'Dwyer, 06-5785 Cochran, 06-5786 O'Dwyer, 06-5937 Yacob, 06-6314 (typo), 06-6473 Deane, 06-6642 Pontchartrain Baptist, 06-7682 Paul, 06-8708 Richardson, 06-11208 Speed, 07-0206 O'Dwyer, 07-0647 Greer, 07-0993 Paul, 07-1113 Douville, 07-1284 Coco, 07-1286 Augustine, 07-1288 Hennessey, 07-1289 Coniglio, and 07-1349 Carney, finally dismissing all of the captioned complaints against the moving Engineers and Contractors with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this is a Final Judgment pursuant to the signed ORDER FOR FINAL JUDGMENT UNDER RULE 54(b) (Doc. No. 6733).

New Orleans, Louisiana, this __11th__ day of September, 2007.

_____
Stanwood R. Duval, Jr.
United States District Court Judge