UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *McKnight*, C.A. No. 06-7687 | SECTION "K"(2) |

ORDER

Before the Court is a Motion for Summary Judgment (Doc. 3054) filed by Martin Insurance Agency, Inc.  Based on the reasons set forth in the Court's Order of March 5, 2007 (Doc. 3317) denying plaintiffs Motion to Remand (Doc. 3049) and dismissing Martin Insurance Agency, Inc.,

**IT IS ORDERED** that the Motion for Summary Judgment is **MOOT**.

New Orleans, Louisiana, this   11th  day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE