UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: RESPONDER<br>*LeDuff, et al.*, C.A. No. 06-5260 | SECTION "K"(2) |

## ORDER

Before the Court is St. Paul Fire and Marine Insurance Company's Rule 12(e) Motion for a More Definite Statement (Doc. 2949). Finding that the motion has merit and that there has been no opposition filed in this matter,

**IT IS ORDERED** that the is **GRANTED**.

New Orleans, Louisiana, this  11th  day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE