UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>INSURANCE   *Hilton Lea*,<br>                      No. 07-2683 | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAG. WILKINSON |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the above and foregoing joint motion to dismiss:

**IT IS HEREBY ORDERED** that the above entitled and numbered cause and all claims asserted therein be **DISMISSED, WITH PREJUDICE**, each party bearing its own costs and attorneys' fees.

**NEW ORLEANS**, Louisiana, this ___11th___ day of ___September___, 2007.

_____
**J U D G E**