UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Williams*, C.A. No. 06-10714 | * | |

*******************************************************************************

### EX PARTE MOTION TO BIFURCATE
### INDIVIDUAL CLAIM OF
### AUDREY WILLIAMS AND REVEREND ANDREW WILLIAMS

In accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, plaintiff Williams hereby requests that this Honorable Court enter an Order bifurcating the proceeding captioned *Audrey Williams and Reverend Andrew Williams verus Allstate Insurance Company and David H. Arceneaux Insurance Agency,* Civil Action No. 06-10714, from the consolidated litigation for purposes of discovery relating to insurance issues, including but not limited to individualized adjusting issues; bad faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and, whether there is total loss. Accordingly, Mr. Williams requests that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of the Case Management Order No.4, Section VII. at p. 48.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been served upon all counsel of record and parties by hand delivering, telefaxing, and/or placing same in the U.S. mail, properly addressed and postage prepaid or electronically through CM/ECF. New Orleans, Louisiana, this 11th day of September 2007.

 /s Margaret Madere
      Margaret Madere

RESPECTFULLY SUBMITTED:

 /s Margaret Madere
JOHN W. REDMANN #19984
MARGARET E. MADERE # 28666
LAW OFFICE OF JOHN W. REDMANN, LLC
5407 Mac Arthur Blvd.
New Orleans, Louisiana 70131
Tel: (504) 433-5550
Fax: (504) 433-5556