# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K" MAG "2"** |
| **PERTAINS TO:** <br> **INSURANCE (XAVIER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## APPEAL OF MAGISTRATE JUDGE WILKINSON'S AUGUST 28, 2007 ORDER AND REASONS

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who respectfully submits this Appeal of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons ("August 28 Order and Reasons"). The August 28 Order and Reasons granted, in part, Travelers' motion for reconsideration of Judge Wilkinson's prior ruling regarding a motion to compel filed by Travelers. The Order and Reasons also denied, in part, Xavier's motion to quash third party subpoenae duces tecum issued to FoxCor, Inc. ("FoxCor") and Landis Construction Company ("Landis").

For the reasons more fully set forth in the attached supporting memorandum, Xavier submits

that Magistrate Judge Wilkinson's rulings were clearly erroneous and/or contrary to law and should be overruled in accordance with Rule 72 of the Federal Rules of Civil Procedure.  Accordingly, Xavier respectfully requests that this Court sustain this objection to Magistrate Judge Wilkinson's August 28 Order and Reasons and overrule it to the extent it compels production of any information and documents provided to FEMA or quasi-government entities and any information concerning pre-hurricane capital improvements on Xavier's campus.

        Respectfully Submitted:

        /s/ James M. Garner
        JAMES M. GARNER, #19589
        DARNELL BLUDWORTH, #18801
        TIMOTHY B. FRANCIS, #14973
        KEVIN M. MCGLONE, #28145
        **SHER GARNER CAHILL RICHTER**
        **KLEIN & HILBERT, L.L.C.**
        909 Poydras St., 28th Floor
        New Orleans, LA   70112
        Telephone:  504-299-2100
        Facsimile: 504-299-2300
        COUNSEL FOR XAVIER UNIVERSITY
        OF LOUISIANA

## CERTIFICATE OF SERVICE

    I hereby certify that on September 12, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

        /s/ James M. Garner
        JAMES M. GARNER