UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>JUDGE: DUVAL<br>SECTION "K" |
| PERTAINS TO:<br><br>INSURANCE    Civil Action No.:06-9096<br>Kim P. Thomas, wife of/and<br>Kenneth O. Thomas | MAGISTRATE: 2<br>JUDGE: WILKINSON |

### ORDER

Considering Allstate Insurance Company's Ex Parte Motion to Bifurcate Individual Claim of Kim P. Thomas, wife of and, Kenneth O. Thomas;

**IT IS HEREBY ORDERED** that the referenced proceeding *"Kim P. Thomas wife of and, Kenneth O. Thomas v. Kenneth Taylor and Allstate Insurance Company"* Civil Action No. 06-9096, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this __10th__ day of September, 2007.

_____
JUDGE