UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO: <br> INSURANCE    Civil Action No.:06-3799 <br> (Goodman, Sean) | CIVIL ACTION NO.: 05-4182 <br> <br> JUDGE: DUVAL <br> SECTION "K" <br> <br> MAGISTRATE: 2 <br> JUDGE: WILKINSON |

### ORDER

Considering Fidelity National Insurance Company's Ex Parte Motion to Bifurcate Individual Claim of Sean Goodman and Sylvia Goodman;

**IT IS HEREBY ORDERED** that the referenced proceeding *"Sean Goodman and his wife, Sylvia Goodman v. Fidelity National Insurance Company, Robert Sheard Insurance Agency, Inc., Robert Sheard, and ABC Insurance Company"* Civil Action No. 06-3799 , be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this   10th    day of September, 2007.

_____
JUDGE