**U. S. DISTRICT COURT** **United States Court of Appeals**
**Eastern District of Louisiana**    FIFTH CIRCUIT
                                     OFFICE OF THE CLERK

FILED  SEP 07 2007
       CHARLES R. FULBRUGE III
              CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

LORETTA G. WHYTE
     Clerk

July 25, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 07-30119 In Re: Katrina Canal
       USDC No.  2:06-CV-1674
                 2:06-CV-1673
                 2:06-CV-1672
                 2:06-CV-516
                 2:06-CV-169
                 2:05-CV-6323
                 2:05-CV-4182  K

Enclosed is an order entered in this case.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

               By:  _____
                    Kim Folse, Deputy Clerk
                    504-310-7712

Ms Laura Anne Foggan
Mr Charles C Foti Jr
Mr Alan S Gilbert
Mr Levon G Hovnatanian
Mr Dominic J Ovella
Mr Christopher Raymond Pennison
Mr Marshall M Redmon
Mr John Powers Wolff III
Mr Christopher Todd Handman
Mr Joseph M Bruno
Ms Judy Y Barrasso
Mr Richard Joseph Doren

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.____

Mr Ralph S Hubbard III
Ms Maura Z Pelleteri
Mr John W Waters Jr
Mr William J Wegmann Jr
Mr Alan J Yacoubian
Mr James M Garner
Mr Wayne J Lee
Mr Robert G Creely
Mr Robert G Harvey Sr
Mr Harry Alston Johnson III
Mr Rex S Heinke
Ms Loretta Whyte, Clerk

MOT-2

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-30119

U.S. COURT OF APPEALS
FILED
JUL 2 5 2007
CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G HARVEY, SR

    Plaintiffs - Appellees-Cross-Appellants

v.

UNITRIN PREFERRED INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

---

KELLY A HUMPHREYS

    Plaintiff - Appellee-Cross-Appellant

v.

ENCOMPASS INDEMNITY COMPANY

    Defendant - Appellant-Cross-Appellee

---

XAVIER UNIVERSITY OF LOUISIANA

    Plaintiff - Appellee

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

    Defendant - Appellant

---

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY FORSTER; GLENDY FORSTER; ET AL

            Plaintiffs - Appellees-Cross-Appellants

v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

            Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

            Defendant - Cross-Appellee

---

Appeals from the United States District Court for the Eastern District of Louisiana, New Orleans

---

O R D E R :

IT IS ORDERED that the unopposed motion of appellant American Insurance Company to supplement the record on appeal with the American Insurance Policy issued to Andre and Marlande Mauberret bearing policy number NZE3306778 is *granted*.

IT IS FURTHER ORDERED that the unopposed motion of appellant Louisiana Citizens Property Insurance Corporation to supplement the record on appeal with the Louisiana Citizens Property Insurance Corporation policy issued to Andre and Marlande Mauberret bearing policy number FZD 0117213 08 is *granted*.

/s/Charles R. Fulbruge III
CHARLES R. FULBRUGE III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

MOT-42

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit
by _____
New Orleans, Louisiana  7/26/07