No. 07-30119

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
**PERTAINS TO: INSURANCE**

*Chehardy*, C.A. Nos. 06-1672, 06-1673, 06-1674

GLADYS CHEHARDY, et al,
Respondent-Plaintiffs,

v.

STATE FARM FIRE & CAS. CO., et al.,
Petitioners-Defendants

On Appeal From The United States District Court
For The Eastern District Of Louisiana
No. 05-4182

**DEFENDANT-APPELLANT
LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION'S
UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

JOHN W. WATERS, JR. T.A. (#13258)
DAVID E. WALLE (#13199)
GREGORY J. McDONALD (#1933)
BIENVENU, FOSTER, RYAN & O'BANNON
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone: (504) 310-1500
Facsimile: (504) 310-1501
*Attorneys for Defendant-Appellant,
Louisiana Citizens Property Insurance Corporation*

Defendant-Appellant, Louisiana Citizens Property Insurance Corporation, respectfully moves for an order allowing for the record to be properly supplemented. In support of this motion, Louisiana Citizens Property Insurance Corporation shows as follows:

I.

At the time of the original filings in this matter, Marlin and Andre Mauberret had been identified by counsel for plaintiffs as being insured by a company other than Louisiana Citizens Property Insurance Corporation.

II.

On June 29, 2007, the Court requested the assistance of counsel in locating insurance policies for *Chehardy* plaintiffs Marlin and Andre Mauberret and Wendell Glation.

III.

Pursuant to this Court's request, Louisiana Citizens Property Insurance Corporation searched its records and identified Marlarde and Andre Mauberret as being insured by Louisiana Citizens Property Insurance Corporation.

### IV.

Counsel for Louisiana Citizens Property Insurance Corporation ordered a complete copy of the insurance policy issued to Marlarde and Andre Mauberret, bearing policy number FZD 0117213 08, which is attached hereto as *Exhibit A*.

### V.

*Exhibit A* contains policy language identical to and uses the same coverage form as Louisiana Citizens Property Insurance Corporation previously filed into the record. Therefore, supplementation of the record as requested will not delay these proceedings.

### VI.

Louisiana Citizens Property Insurance Corporation requests that the Court supplement the record to include Louisiana Citizens Property Insurance Corporation policy issued to Marlarde and Andre Mauberret, bearing policy number FZD 0117213 08, attached hereto as *Exhibit A*.

### VII.

Counsel for the *Chehardy* plaintiffs in this matter, Joseph Bruno, has been contacted and does not object to this filing. The remaining counsel were notified of Louisiana Citizens Property Insurance Corporation's intent to file this motion via electronic communication on or about July 3, 2007, requesting that if any party

objected to the filing, to notify undersigned counsel. As of the filing of this motion, no party has raised an objection to this Motion to Supplement the Record.

WHEREFORE, Defendant-Appellant, Louisiana Citizens Property Insurance Corporation, prays that this unopposed Motion be granted and that an order be entered allowing for the supplementation of the record to include Louisiana Citizens Property Insurance Corporation policy issued to Marlarde and Andre Mauberret, bearing policy number FZD 0117213 08, and that said exhibit be numbered accordingly in the record on appeal.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON

BY: _____
JOHN W. WATERS, JR. T.A. (#13258)
DAVID E. WALLE (#13199)
GREGORY J. McDONALD (#1933)
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone (504) 310-1500
Facsimile: (504) 310-1501
*Attorneys for Defendant-Appellant,*
*Louisiana Citizens Property Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Defendant-Appellant Louisiana Citizens Property Insurance Corporation's Unopposed Motion to Supplement the Record* has been served upon all counsel of record and the district court by electronic transmission on July 23, 2007.

JOHN W. WATERS, JR.