# Dwelling Policy

STOCK COMPANY

## LOUISIANA COASTAL UNDERWRITERS

### (COASTAL PLAN)

## LOUISIANA JOINT UNDERWRITERS

### (FAIR PLAN)

### OF

### LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

METAIRIE, LOUISIANA 70005

**433 Metairie Road, Suite 400, Metairie Louisiana 70005**

**THIS POLICY DOES NOT PROVIDE FLOOD INSURANCE**

INSURANCE IS PROVIDED BY
THE COMPANY DESIGNATED ON THE DECLARATIONS PAGE

THIS POLICY JACKET TOGETHER WITH DWELLING FORM, DECLARATIONS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

FORM 9004
FP-CP (DPJ) (01/04)



The provisions of the Standard Fire Policy are stated below. <u>State law still requires that they be attached to all policies.</u> If any conditions of this form are construed to be more liberal than any other policy conditions relating to the perils of fire, lightning or removal, the conditions of this form will apply.

IN CONSIDERATION OF THE PROVISIONS AND STIPULATIONS HEREIN OR ADDED HERETO, AND OF THE PREMIUM SPECIFIED in the Declarations or in endorsements made a part hereof, this Company, for the term of *years specified in the Declarations* from *inception date shown in the Declarations* At 12:01 (Standard Time) to *expiration date shown in the Declarations* At 12:01 (Standard Time) at location of property involved, to an amount not exceeding the limit of liability specified in the Declarations, does insure *the Insured named in the Declarations* and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the insured, against all LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED, to the property described in the Declarations while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of this Company.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

2 **fraud.** or after a loss, the insured has wil-
3 fully concealed or misrepresented any ma-
4 terial fact or circumstance concerning this insurance or the
5 subject thereof, or the interest of the insured therein, or in case
6 of any fraud or false swearing by the insured relating thereto.
7 **Uninsurable** This policy shall not cover accounts, bills,
8 **and** currency, deeds, evidences of debt, money or
9 **excepted property.** securities; nor, unless specifically named
10 herein in writing, bullion or manuscripts.
11 **Perils not** This Company shall not be liable for loss by
12 **included.** fire or other perils insured against in this
13 policy caused, directly or indirectly, by: (a)
14 enemy attack by armed forces, including action taken by mili-
15 tary, naval or air forces in resisting an actual or an immediately
16 impending enemy attack; (b) invasion; (c) insurrection; (d)
17 rebellion; (e) revolution; (f) civil war; (g) usurped power; (h)
18 order of any civil authority except acts of destruction at the time
19 of and for the purpose of preventing the spread of fire, provided
20 that such fire did not originate from any of the perils excluded
21 by this policy; (i) neglect of the insured to use all reasonable
22 means to save and preserve the property at and after a loss, or
23 when the property is endangered by fire in neighboring prem-
24 ises: (j) nor shall this Company be liable for loss by theft.
25 **Other insurance.** Other insurance may be prohibited or the
26 amount of insurance may be limited by en-
27 dorsement attached hereto.
28 **Conditions suspending or restricting insurance.** Unless other-
29 wise provided in writing added hereto this Company shall not
30 be liable for loss occurring
31 (a) while the hazard is increased by any means within the con-
32 trol or knowledge of the insured; or
33 (b) while a described building, whether intended for occupancy
34 by owner or tenant, is vacant or unoccupied beyond a period of
35 sixty consecutive days; or
36 (c) as a result of explosion or riot, unless fire ensue, and in
37 that event for loss by fire only.
38 **Other perils** Any other peril to be insured against or sub-
39 **or subjects.** ject of insurance to be covered in this policy
40 shall be by endorsement in writing hereon or
41 added hereto.
42 **Added provisions.** The extent of the application of insurance
43 under this policy and of the contribution to
44 be made by this Company in case of loss, and any other pro-
45 vision or agreement not inconsistent with the provisions of this
46 policy may be provided for in writing added hereto, but no pro-
47 vision may be waived except such as by the terms of this policy
48 is subject to change.
49 **Waiver** No permission affecting this insurance shall
50 **provisions.** exist, or waiver of any provision be valid,
51 unless granted herein or expressed in writing
52 added hereto. No provision, stipulation or forfeiture shall be
53 held to be waived by any requirement or proceeding on the part
54 of this Company relating to appraisal or to any examination
55 provided for herein.
56 **Cancellation** This policy shall be cancelled at any time
57 **of policy.** at the request of the insured, in which case
58 this Company shall, upon demand and sur-
59 render of this policy, refund the excess of paid premium above
60 the customary short rates for the expired time. This pol-
61 icy may be cancelled at any time by this Company by giving
62 to the insured a five days' written notice of cancellation with
63 or without tender of the excess of paid premium above the pro
64 rata premium for the expired time, which excess, if not ten-
65 dered, shall be refunded on demand. Notice of cancellation shall
66 state that said excess premium (if not tendered) will be re-
67 funded on demand.
68 **Mortgage** If loss hereunder is made payable, in whole
69 **interests and** or in part, to a designated mortgagee not
70 **obligations.** named herein as the insured, such interest in
71 this policy may be cancelled by giving to such
72 mortgagee a ten days' written notice of can-
73 cellation.
74 If the insured fails to render proof of loss such mortgagee, upon
75 notice, shall render proof of loss in the form herein specified
76 within sixty (60) days thereafter and shall be subject to the pro-
77 visions hereof relating to appraisal and time of payment and of
78 bringing suit. If this Company shall claim that no liability ex-
79 isted as to the mortgagor or owner, it shall, to the extent of pay-
80 ment of loss to the mortgagee, be subrogated to all the mort-
81 gagee's rights of recovery, but without impairing mortgagee's
82 right to sue; or it may pay off the mortgage debt and require
83 an assignment thereof and of the mortgage. Other provisions

85 relating to the interests and obligations of such mortgage may
86 be hereto by agreement in writing.
87 **Pro rata liability.** This Company shall not be liable for a greater
88 proportion of any loss than the amount
89 hereby insured shall bear to the whole insurance covering the
90 property against the peril involved, whether collectible or not.
91 **Requirements in** The insured shall give immediate written
92 **case loss occurs.** notice to this Company of any loss, protect
93 the property from further damage, forthwith
94 separate the damaged and undamaged personal property, put
95 it in the best possible order, furnish a complete inventory of
96 the destroyed, damaged and undamaged property, showing in
97 detail quantities, costs, actual cash value and amount of loss
98 claimed; and within sixty days after the loss, unless such time
99 is extended in writing by this Company, the insured shall render
100 to this Company a proof of loss, signed and sworn to by the
101 insured, stating the knowledge and belief of the insured as to
102 the following: the time and origin of the loss, the interest of the
103 insured and of all others in the property, the actual cash value of
104 each item thereof and the amount of loss thereto, all encum-
105 brances thereon, all other contracts of insurance, whether valid
106 or not, covering any of said property, any changes in the title,
107 use, occupation, location, possession or exposures of said prop-
108 erty since the issuing of this policy, by whom and for what
109 purpose any building herein described and the several parts
110 thereof were occupied at the time of loss and whether or not it
111 then stood on leased ground, and shall furnish a copy of all the
112 descriptions and schedules in all policies and, if required, verified
113 plans and specifications of any building, fixtures or machinery
114 destroyed or damaged. The insured, as often as may be reason-
115 ably required, shall exhibit to any person designated by the
116 Company all that remains of any property herein described, and
117 submit to examinations under oath by any person named by this
118 Company, and subscribe the same; and, as often as may be
119 reasonably required, shall produce for examination all books of
120 accounts, bills, invoices and other vouchers, or certified copies
121 thereof if originals be lost, at such reasonable time and place as
122 may be designated by this Company or its representative, and
123 shall permit extracts and copies thereof to be made.
124 **Appraisal.** In case the insured and this Company shall
125 fail to agree as to the actual cash value or
126 the amount of loss, then, on the written demand of either, each
127 shall select a competent and disinterested appraiser and notify
128 the other of the appraiser selected within twenty days of such
129 demand. The appraisers shall first select a competent and dis-
130 interested umpire; and failing for fifteen days to agree upon
131 such umpire, then, on request of the insured or this Company,
132 such umpire shall be selected by a judge of a court of record in
133 the state in which the property covered is located. The ap-
134 praisers shall then appraise the loss, stating separately actual
135 cash value and loss to each item; and, failing to agree, shall
136 submit their differences, only, to the umpire. An award in writ-
137 ing, so itemized, of any two when filed with this Company shall
138 determine the amount of actual cash value and loss. Each
139 appraiser shall be paid by the party selecting him and the ex-
140 penses of appraisal and umpire shall be paid by the parties
141 equally.
142 **Company's** It shall be optional with this Company to
143 **options.** take all, or any part, of the property at the
144 agreed or appraised value, and also to re-
145 pair, rebuild or replace the property destroyed or damaged with
146 other of like kind and quality within a reasonable time, on giv-
147 ing notice of its intention so to do within thirty days after the
148 receipt of the proof of loss herein required.
149 **Abandonment.** There can be no abandonment to this Com-
150 pany of any property.
151 **When loss** The amount of loss for which this Company
152 **payable.** may be liable shall be payable sixty days
153 after proof of loss, as herein provided, is
154 received by this Company and ascertainment of the loss is made
155 either by agreement between the insured and this Company ex-
156 pressed in writing or by the filing with this Company of an
157 award as herein provided.
158 **Suit.** No suit or action on this policy for the recov-
159 ery of any claim shall be sustainable in any
160 court of law or equity unless all the requirements of this policy
161 shall have been complied with, and unless commenced within
162 twelve months next after inception of the loss.
163 **Subrogation.** This Company may require from the insured
164 an assignment of all right of recovery against
165 any party for loss to the extent that payment therefore is made
166 by this Company.

In Witness Whereof, this Company has executed and attested these presents; but this policy shall not be valid unless countersigned by the
duly authorized Agent of this Company at the agency hereinbefore mentioned.

*Chris Faser, III - Chairman*

*Terry M. Lisotta - Secretary*

**CANCELLATION OF POLICY** Lines 56 to 67 are replaced by the following: This policy shall be cancelled at any time at the request of the insured, in which case this Company shall, upon surrender of this policy, refund the paid premium above the customary short rates for the expired time. This policy may be cancelled at any time by this Company by giving the insured five days' written notice of cancellation. When this policy is cancelled, this Company shall refund the excess of paid premium above the pro rata premium for the expired time which excess, if not tendered on demand. Notice of cancellation shall state that said excess premium, if not tendered, will be refunded on demand. Upon the written request of the named insured, the insurer shall provide to the insured in writing the reason or reasons for cancellation the policy. There shall be no liability on the part of and no cause of action of any nature shall arise against any insurer or its agents, employees, or representatives for any action taken by them to provide the reasons for cancellation.

**MORTGAGE INTEREST AND OBLIGATIONS** Lines 68 to 73 are replaced by the following: If loss hereunder is made payable, in whole or in part, to a designated mortgagee not named herein as the insured, such interest in this policy may be cancelled by delivering or mailing to such mortgagee a ten days' written notice of cancellation, or a ten days' written notice of cancellation if cancella-tion is for nonpayment of premium.

LOUISIANA NUMBERED LINE CONDITIONS AMENDMENTS



**Louisiana** Citizens Property Insurance Corporation

FIRST PREMIUM INSURANCE GROUP
P.O. BOX 77
COVINGTON, LA 70434

PHONE (800) 256-2171
FAX (800) 299-2171
www.lacitizens.com

07/02/2007

To Whom It May Concern:

Attached hereto is a true and certified copy of policy number FZD 0117213 08 issued to MARLARDE J. & ANDRE B. MAUBERRET insuring a dwelling located at 144-48 HELOIS AVENUE, METAIRIE, Louisiana in the Parish of JEFFERSON.

April Najolia, Underwriting Manager

CTZ-U-0422 (01/05)

COVERAGE IS PROVIDED IN THE
# LA CITIZENS FAIR PLAN
P O BOX 60730
NEW ORLEANS, LA 70160

## DWELLING FIRE DECLARATION

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| FZD 0117213 08 | 07/30/2005    07/30/2006 | |
| | 12:01 A.M. Standard Time at the described location | |

BILLING INFORMATION   DIRECT BILL - INVOICE WILL FOLLOW

| Transaction |
|---|
| RENEWAL DECLARATION                                   Renewal Of: FZD0117213 |

| Named Insured and Address | Agent's Name and Address | Agency Number |
|---|---|---|
| MAUBERRET, MARLARDE J & <br> ANDRE B MAUBERRET ` <br> 6 FORREST CT <br> METAIRIE LA 70001 | INSURANCE UNDERWRITERS LT <br> P O BOX 6738 <br> METAIRIE, LA  70009 <br> Telephone:  504-883-2500 | 8002282 |

| The residence premises covered by this policy is located at the above insured address unless otherwise stated below: |
|---|
| Loc:   1    144-48 HELOIS AVE              JEFFERSON PH, METAIRIE, LA  70005 |

| Construction Type | Year Built | Territory | Prot. Class | Number of Families | Feet to Hydrant | Miles to Fire Station | Alarm Credit | Occupancy |
|---|---|---|---|---|---|---|---|---|
| Frame | 1968 | 260 | 01 | 2 | 0 | 3 | N | Tenant |

In case of a loss under Section I, we cover only that part of the loss over the deductible:      $1,000      applies to all perils except where otherwise stated.
Coverage is provided where limit of liability and premium is shown.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| COVA -  Dwelling | 130,000 | Fire-Building <br> Extended Coverage-Building <br> V&MM-Building | 926.00 <br> 888.00 |
| COVC - Personal Property | | Fire-Contents <br> Extended Coverage-Contents <br> V&MM-Contents | |

Section II Coverage
    COVL - Personal Liability
    COVM - Medical Payments to Others

Additional Premiums
   3% Tax Exempt Surcharge                          N / A                    97.00

Premium Charge This Transaction:        $0.00    Total Location Premium    $1,911.00
                                       Total Policy Premium      $3,335.00

| Forms and Endorsements |
|---|
| DWG-E100  (07/04)  AAM-9968   (05/01)  DWG-E290  (07/04)  DWG-3     (01/93)  DWG-E275  (01/93) |

| Policy Interests |
|---|
| MORTGAGEE                         Unit # 00001 <br> NATIONAL CITY MORTGAGE CO <br> ISAOA ATIMA <br> P O BOX 1024 <br> DAYTON OH 45401 <br><br> LOAN# |

Issued Date:  06/01/2005                 INS

*Joseph E Cushe* (signature)
Authorized Representative

Page  1  of  2

S3-DWDEC  05 95

COVERAGE IS PROVIDED IN THE
## LA CITIZENS FAIR PLAN
P O BOX 60730
NEW ORLEANS, LA 70160

### DWELLING FIRE DECLARATION

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| FZD 0117213 08 | 07/30/2005 | 07/30/2006 |
| | 12:01 A.M. Standard Time at the described location | |

| Transaction |
|---|
| RENEWAL DECLARATION |

| Named Insured and Address | Agent's Name and Address | Agency Number |
|---|---|---|
| MAUBERRET, MARLARDE J & ANDRE B MAUBERRET 6 FORREST CT METAIRIE LA 70001 | INSURANCE UNDERWRITERS LT P O BOX 6738 METAIRIE, LA 70009 Telephone: 504-883-2500 | 8002282 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Loc:   2    144-48 REAR HELOIS AVE          JEFFERSON PH, METAIRIE, LA  70005

| Construction Type Frame | Year Built 1968 | Territory 260 | Prot. Class 01 | Number of Families 2 | Feet to Hydrant 0 | Miles to Fire Station 3 | Alarm Credit N | Occupancy Tenant |
|---|---|---|---|---|---|---|---|---|

In case of a loss under Section I, we cover only that part of the loss over the deductible:     $1,000     applies to all perils except where otherwise stated.
Coverage is provided where limit of liability or premium is shown.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| COVA - Dwelling | 95,000 | Fire-Building | 739.00 |
| | | Extended Coverage-Building | 685.00 |
| | | V&MM-Building | |
| COVC - Personal Property | | Fire-Contents | |
| | | Extended Coverage-Contents | |
| | | V&MM-Contents | |

Section II Coverage
COVL - Personal Liability
COVM - Medical Payments to Others

Additional Premiums

|  | |
|---|---|
| Total Location Premium | $1,424.00 |
| Total Policy Premium | $3,335.00 |

| Forms and Endorsements |
|---|
| DWG-E100   (07/04)   AAM-9968   (05/01)   DWG-E290   (07/04)   DWG-3   (01/93)   DWG-E275   (01/93) |

| Policy Interests |
|---|
| |

Issued Date:   06/01/2005                    INS

Page   2   of   2

DWDEC2  05 95

FZD 0117213 08

LOUISIANA CITIZENS PROPERTY INS. CORP.
C/O AUDUBON INSURANCE COMPANY
P.O. BOX 15989
BATON ROUGE, LA  70895-5989

FZD 0117213 08

MAUBERRET, MARLARDE J &
ANDRE B MAUBERRET `
6 FORREST CT
METAIRIE LA 70001

**ANY COMMUNICATIONS INVOLVING YOUR POLICY OR REPORTING OF
CLAIMS SHOULD BE ADDRESSED TO YOUR AGENT, PLEASE REFER TO
YOUR POLICY DECLARATION FOR AGENT INFORMATION**

# NOTICE

**THE ALL PERILS PROPERTY LOSS DEDUCTIBLE HAS BEEN INCREASED TO $500 ON YOUR RENEWAL POLICY *IF* YOUR CURRENT DEDUCTIBLE IS LESS THAN $500.**

*The appropriate premium credit has been applied (if applicable).*

NOTE.    *You may reduce your deductible below $500 with the corresponding premium increase. Contact your agent, shown on the first page of the policy, with any questions in regard to your policy.*

# POLICY BANNER PAGE

**POLICY NUMBER:**  FZD 0117213 08

**INSURED:**  MAUBERRET, MARLARDE J &

## THE BELOW PAPER FORMS NEED TO BE PULLED AND ADDED TO THE POLICY

**FORM NAME**                                          **FORM NAME**

FP-CP(DPJ) (01/04) - LA CITIZENS FAIR PLAN

AAM-9968      (05/01)

DWG-3       (01/93)

DWG-E275     (01/93)

# LA CITIZENS FAIR PLAN

# Privacy Policy

The Member Company of American International Group, Inc. (AIG) that provides insurance services on behalf of your State Property Underwriting Association or Joint Underwriting Authority believes that protecting your privacy is of critical importance. We feel that you should understand what ***nonpublic personal information*** we collect, how we use the information and how we safeguard it. This statement describes the types of nonpublic personal information we collect and use to provide insurance products and services to our customers.

### Collecting Information
We collect nonpublic personal information to perform the services you have requested from the following sources:
- Information we receive from you on applications or other forms;
- Information about your transactions with us, our affiliates or others; and
- Information from consumer reporting agencies, such as credit, property inspection and claims activity reports.
- Information received in handling claims.

### Customer Information We Share With Others
We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law.

### How Do We Protect Your Nonpublic Personal Information
We value your trust and handle information about you with care. We restrict access to nonpublic personal information about you to employees, affiliates or non-affiliates who need to know such information in order to provide products and services to you. We maintain physical, procedural and electronic safeguards to protect our current and former customer non-public information.

### Changes To Our Privacy Policy
This privacy policy applies to products or services provided for personal, family, or household purposes in the United States by the AIG Companies listed below. Although we may change this policy at any time, please rest assured that you will be notified of any changes as required by law.

### Maintaining Accurate Information
We also maintain procedures to ensure that the information we collect is accurate, up-to-date, and as complete as possible. If you believe the information we have about you in our records or files is incomplete or inaccurate, you may request that we make additions or corrections, or if it is feasible, that we delete this information from our files. Your request must be in writing and you should mail your request to us, addressed as follows: *(be sure to include your policy number, name, address and phone number with your request)*: Privacy Services, Audubon Insurance Group, P.O. Box 15989, Baton Rouge, LA, 70895-5989.

### AIG Member Company Covered By This Privacy Policy
Audubon Insurance Company

**Thank you for allowing us to serve you. As described in our Privacy Policy, we aim to continually protect your non-public information. Please realize that because we value our customer relationship we endeavor to provide you with excellent products and service.**

AAM 9968 (05/01)

**Louisiana
Dwelling Property
Special Form DWG-3
ED. 1-93**

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household.  "We", "us" and "our" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Described Location, Coverages for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

### COVERAGE A- Dwelling

We cover:
1. the dwelling on the Described Location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling;
2. material and supplies located on or next to the Described Location used to construct, alter or repair the dwelling or other structure on the Described Location; and
3. if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B- Other Structures

We cover other structures on the Described Location, set apart from the dwelling by clear space.  This includes structures connected to the dwelling by only a fence, utility line or similar connection.

This coverage does not apply to land, including land on which other structures are located.

We do not cover other structures:
1. used in whole or in part for commercial, manufacturing or farming purposes; or
2. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

### COVERAGE C- Personal Property

We cover personal property, usual to the occupancy as a dwelling and owned or used by you or members of your family residing with you while it is on the Described Location.  At your request, we will cover personal property owned by a guest or servant while the property is on the Described Location.

Property Not Covered.  We do not cover:
1. accounts, bank notes, bills, bullion, coin, currency, deeds, evidences of debt, gold other than goldware, letters of credit, manuscripts, medals, money, notes other than bank notes, passports, personal records, platinum, securities, silver other than silverware, tickets and stamps;

2. animals, birds or fish;

3. aircraft and parts.  Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo:

4. motor vehicles or all other motorized land conveyances.  This includes:
   a. their equipment and accessories; or

   b. any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures which is operated by power from the electrical system of motor vehicles or all other motorized land conveyances, including:
      (1) accessories or antennas; or
      (2) tapes, wires, records, discs or other media for use with any such device or instrument;

   while in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

    a.  used to service the Described Locations; or

    b.  designed for assisting the handicapped;

**5.**  watercraft, other than rowboats and canoes;

**6.**  data, including data stored in:

    a.  books of account, drawings or other paper records; or

    b.  electronic data processing tapes wires records, discs or other software media. However, we do cover the cost of clank recording or storage media and of pre-recording or storage media, and of pre-recorded computer programs available on the retail market;

**7.**  credit cards or fund transfer cards.

If you remove personal property from the Described Location to a newly acquired principal residence, the Coverage C limit of liability will apply at each residence for the 30 days immediately after you begin to move the property there. This time period will not extend beyond the termination of this policy. Our liability is limited to the proportion of the limit of liability that the value at each residence bears to the total value of all personal property covered by this policy.

## COVERAGE D- Fair Rental Value

If a loss to property described in Coverage A, B or C by a Peril Insured Against under this policy makes that part of the Described Location rented to others or held for rental by you unfit for its normal use, we cover its:

    **Fair Rental Value,** meaning the fair rental value of that part of the Described Location rented to others or held for rental by you less any expenses that you do not continue while that part of the Described Location rented or held for rental is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the Described Location rented or held for rental.

If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Fair Rental Value loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## COVERAGE E - Additional Living Expense

If a loss to property described in Coverage A, B or C by a Peril Insured Against under this policy makes the Described Location unfit for its normal use, we cover your:

    **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the Described Location or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Additional Living Expense loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## OTHER COVERAGES

**1.**  Other Structures.  You may use up to 10% of the Coverage A limit of  liability for loss  by a Peril Insured Against to other structures described in Coverage B.

    Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

**2.**  Debris  Removal.  We will pay your reasonable expense for the removal of:

    a.  debris of a covered property if a Peril Insured Against causes  the loss; or

    b.  ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

    Debris removal expense is included in the limit of liability applying to the damaged property.

**3.**  Improvements, Alterations and Additions.  If you are a tenant of the Described Location, you may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to improvements, alterations and additions, made or acquired at your expense, to that part of the Described Location used only by you.

    Use of this coverage does not reduce the Coverage C limit of liability for the same loss.

**4.**  World-Wide Coverage.  You may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to property covered under coverage C except rowboats and canoes, while anywhere in the world.

    Use of this coverage reduces the Coverage C limit of liability for the same loss.

5. **Rental Value and Additional Living Expense.**
You may use up to 10% of the coverage A limit of liability for loss of both fair rental value as described in Coverage D and additional living expense as described in Coverage E.

Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

6. **Reasonable Repairs.**  In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.  If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.
This coverage:
   a. does not increase the limit of liability that applies to the covered property;
   b. does not relieve you of your duties, in case of a loss to covered property, as set forth in Condition 4.b.

7. **Property Removed**.  We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

8. **Trees, Shrubs and Other Plants.**  We cover trees, shrubs, plants or lawns, on the Described Location for loss caused by the following Perils Insured Against; Fire or Lighting,  Explosion, Riot or civil commotion, Aircraft, Vehicles not owned  or operated by a resident of the Described Location or Vandalism or malicious mischief, including damage during a burglary or attempted burglary, but not theft of property.

The limit of liability for this coverage will not be more than 5% of the Coverage A limit of liability, or more than $500 for any one tree, shrub or plant. We do not cover property grown for commercial purposes.

This coverage is additional insurance.

9. **Fire Department Service charge**.  We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against.  We do not cover fire department service charges if the property is located within the limits of the city,  municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

10. **Collapse.**  We insure for risk of direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of  the following:
   a. Perils Insured Against in Coverage C - Personal Property.  These perils apply to covered building and personal property for loss insured by this Other Coverage;

   b. hidden decay;

   c. hidden insect or vermin damage;

   d. weight of contents, equipment, animals or people;

   e. weight of rain which collects on a roof;

   f. use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of  the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b, c, d, e and f unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

11. **Glass or Safety Glazing Material Cover:**
   a. the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and
   b. damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase limit of liability that applies to the damaged property.

## PERILS INSURED AGAINST

**COVERAGE A - DWELLING and**

**COVERAGE B - OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property; however, we do not insure loss:

1. involving collapse, other  than as provided in Other Coverages 10;
2. caused by:
   a. freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing.  This exclusion applies only while the dwelling is vacant, unoccupied or being constructed unless you have used reasonable care to:
      (1) maintain heat in the building; or
      (2) shut off the water supply and drain the system and appliances of water;
   b. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not to a:
      (1) fence, pavement, patio or swimming pool;
      (2) foundation, retaining wall or bulkhead; or
      (3) Pier, wharf or dock;
   c. theft or property not part of a covered building or structure;
   d. theft in or to a dwelling or structure under construction;
   e. wind, hail, ice, snow or sleet to:
      (1) outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers; or
      (2) trees, shrubs, plants or lawns;
   f. vandalism and malicious mischief, theft or attempted theft if the dwelling has been vacant for  more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.
   g. constant or repeated seepage or leakage of water or stream over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
   h. (1) wear and tear, marring deterioration;
      (2) inherent vice, latent defect, mechanical breakdown
      (3) smog, rust or other corrosion, mold, wet or dry rot.
      (4) smoke from agricultural smudging or industrial operations;
      (5) discharge, dispersal, seepage, migration release or escape of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled,reconditioned or reclaimed;

   (6) settling, shrinking, bulging or  expansion, including resultant cracking of pavements, patios, foundations, walls, floors, roofs or celings; or
   (7) birds, vermin, rodents, insects or domestic animals.

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of  wearing out and replacing any part of a building necessary  to repair the system or appliance.  We do not cover loss to the system or appliance from which this water escaped.

3. excluded under General Exclusion.

Under items 1 and 2, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**COVERAGE C - PERSONAL PROPERTY**

We insure for direct physical loss to the property described in Coverage C caused by a a peril listed below- unless the loss is excluded in the General Exclusions.

1. **Fire or lightning.**

2. **Windstorm, or hail.**
   This peril does not include loss to:
   a. property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.
   b. canoes and rowboats; or
   c. trees, shrubs or plants.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft**, including self-propelled missiles and spacecraft.

6. **Vehicles.**

7. **Smoke**, meaning sudden and accidental damage from smoke.

    This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

    This peril does not include loss by pilferage, theft, burglary or larceny.

9. **Damage by Burglars**, meaning damage to covered property caused by Burglars.

    This peril does not include:
    a. theft of property; or
    b. damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the damage occurs. A dwelling being constructed is not considered vacant.

10. **Falling Objects.**
    This peril does not include loss to property contained in the building unless the roof or an out-side wall of the building is first damaged by a falling object.

    Damage to the falling object itself is not covered.

11. **Weight of ice, snow or sleet** which causes damage to property contained in the building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance

This peril does not include loss:
a. to the system or appliance from which the water or steam escaped.
b. caused by or resulting from freezing except as provided in the peril of freezing below; or
c. on the Described Location caused by accidental discharge or overflow which occurs off the Described Location.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging of a steam** or hot water heating system, and air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    This peril does not include loss caused by or resulting from freezing except as provided i the peril of freezing below.

14. **Freezing of a plumbing, heating, air conditioning** or automatic fire protective sprinkler system or of a household appliance.

    This peril does not include loss of the Described Location while the dwelling is unoccupied or being constructed, unless you have used reasonable care to:
    a. maintain heat in the building; or
    b. shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

    This peril does not include loss to a tube, transistor or similar electronic component.

16. **Volcanic Eruption** other than loss caused by earthquake, land shock waves or tremors.

---

## GENERAL EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

    a. **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the use, construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

    b. **Earth Movement**, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide, mine subsidence, mudflow; earth sinking, rising or shifting unless direct loss by:
    (1) fire;
    (2) explosion; or

    (3) breakage of glass or safety glazing material which is a part of a building, storm door or storm window;

    ensues and then we will pay only for the ensuing loss.

    c. **Water Damage**, meaning:

    (1) flood, surface water, waves, tidal water, overflow of a body of water, or spray foam any of these, whether or not driven by wind;
    (2) water which backs up through sewers or drains or which overflows from a sump; or
    (3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, side-walk, driveway, foundation, swimming pool or other structure.

Direct loss by fire or explosion resulting from water damage is covered.

**d. Power Failure,** meaning the failure of power or other utility service if the failure takes place off the Described Location. But, if a Peril Insured Against ensues on the Described Location, we will pay only for that ensuing loss.

**e. Neglect,** meaning your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

**f. War,** including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**g. Nuclear hazard,** to the extent set forth in the Nuclear hazard Clause of the Conditions.

**h. Intentional Loss,** meaning any loss arising out of any act committed:
(1) by or at the direction of you any person or organization named as an additional insured; and
(2) with the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**a. Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

**b. Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

**c. Faulty, inadequate or defective;**
(1) planning, zoning, development, surveying, siting;
(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
(3) materials used in repair, construction, renovation or remodeling; or
(4) maintenance;
of part or all of any property whether on or off the Described location

---

## CONDITIONS

1. **Policy Period.** This policy applies only to loss which occurs during the policy period.

2. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss.
a. for an amount greater than the interest of a person insured under this policy; or
b. for more than the applicable limit of liability.

3. **Concealment or Fraud** The entire policy will be void if, whether before or after a loss, you have:
a. intentionally concealed or misrepresented any material fact or circumstance;
b. engaged in fraudulent conduct; or
c. made false statements relating to this insurance.

4. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:
a. give prompt notice to us or our agent;
b. (1) protect the property from further damage.
(2) make reasonable and necessary repairs to protect the property; and

(3) keep an accurate record of repair expenses;

c. prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

d. as often as we reasonably require:
(1) show the damaged property;
(2) provide us with records and documents we request and permit us to make copies; and
(3) submit to examination under oath, while not in the presence of any other named insured, and sign the same;

e. send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:
(1) the time and cause of loss;
(2) your interest and that of all others in the property involved and all liens on the property;
(3) other insurance which may cover the loss;
(4) changes in title or occupancy of the property during the term of the policy;
(5) specifications of damaged buildings and detailed repair estimates.

(6) the inventory of damaged personal property described in 4c;

(7) receipts for additional living expenses incurred and records that support the fair rental value loss.

5.  **Loss Settlement.** Covered property losses are settled as follows:

a.  (1) Personal property;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

(3) Structures that are not buildings; at actual cash value at the time of loss but not more than the amount required to repair or replace.

b.  Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) the limit of liability under this policy that applies to the building.

(b) the replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) the necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building.

(a) the actual cash value of that part of the building damaged; or

(b) that proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) excavations, foundations, piers or any supports which are below the under surface of the lowest basement floor;

(b) those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(4) We will pay no more than the actual cash value of the damage unless;

(a) actual repair or replacement is complete; or

(b) the cost to repair or replace the damage is both:

(i) less than 5% of the amount of insurance in this policy on the building; and

(ii) less than $2500.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

6.  **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

a.  repair or replace any part to restore the pair or set to its value before the loss; or

b.  pay the difference between actual cash value of the property before and after the loss.

7.  **Glass Replacement.** Loss for damage to glass caused by a peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

8.  **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each part will:
- a. pay its own appraiser; and
- b. bear the other expenses of the appraisal and umpire equally.

**9. Other Insurance.** If property covered by this policy is also covered by fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of fire insurance covering the property.

**10. Subrogation.** You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to test that payment is made by us.

If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

**11. Suit Against Us.** No action can be brought unless the policy provisions have been complied with the action is started within one year after the date of loss.

**12. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

**13. Loss payment.** We will adjust all losses with you. We will pay you unless some other person is named on the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:
- a. reach an agreement with you;
- b. there is an entry of a final judgment; or
- c. there is a filing of an appraisal award with us.

**14. Abandonment of Property.** We need not accept any property abandoned by you.

**15. Mortgage Clause.**
The word mortgagee includes trustee.

If a "mortgagee" is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
- a. notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware.

- b. pays any premium due under this policy on demand if you have neglected to pay the premium; and
- c. submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suite Against us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:
- a. we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
- b. at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee claim.

**16. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**17. Cancellation.**
- a. You may cancel this policy at anytime by returning it to us or by letting us know in writing of the date cancellation is to take effect.

- b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

  Proof of mailing will be sufficient proof of notice.
  - (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
  - (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
   (a) if there has been a material misrepresentation of fact which is known to us would have caused us not to issue the policy; or
   (b) if the risk has changed substantially since the policy was issued.

   This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**18. Non-Renewal.** We may elect to not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**19. Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

   This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

**20. Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**21. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

**22. Death.** If you die, we insure:
   a. your legal representatives but only with respect to the property of the deceased covered under the policy at the time of death;
   b. with respect to your property, the person having  proper temporary custody of the property until appointment and qualification of a legal representative.

**23. Nuclear Hazard Clause.**
   a. "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however cause, or any consequence of any of these.
   b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.
   c. This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**24. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery.  At your option, the property will be returned to or retained by you or it will become our property.  If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**25. Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

**$1000 SPECIAL LOSS
DEDUCTIBLE CLAUSE**

DWG-E275
LOUISIANA
(Ed. 1-93)

---

In consideration of a premium credit, the DEDUCTIBLE conditions in the form made a part of this policy are deleted and replaced by the following:

DEDUCTIBLE.  Any loss covered by this policy is subject to a deductible of $1000 in any one occurrence, except:

    a.   If more than one dwelling is covered, the deductible shall apply separately to the amount of loss to each dwelling, including property appertaining thereto;
    b.   If you have other Insurance on your dwelling or personal property, the deductible will be apportioned pro rata based on the amount of loss to each compared to the total loss; and
    c.   deductible is not applicable to additional living expenses or rental value.

This endorsement must be attached to Change Endorsement when issued after the policy is written.

DWG-E275
LOUISIANA
(Ed. 1-93)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

DWG-E100
LOUISIANA
(Ed. 7-04)

## LOUISIANA AMENDATORY ENDORSEMENT

COVERAGES
OTHER COVERAGES

Item No. 11. Glass or Safety Glazing Material in Forms DWG-2 and DWG-3 are deleted and replaced by the following:

11.  GLASS OR SAFETY GLAZING MATERIAL

a.  We cover:

(1)  The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2)  The breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

(3)  The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b.  This coverage does not include loss:

(1)  To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

(2)  On the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above.  A dwelling being constructed is not considered vacant.

Loss to glass covered under this Other Coverage 11. will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

The following item is added to Forms DWG-2 and DWG-3:

12.  ORDINANCE OR LAW

When you are a tenant of a Described Location covered under this policy, the words "covered building" used below, refer to property at such a Described Location covered under Other Coverage 3.  Improvements, Alterations and Additions.

a.  The Ordinance or Law limit of liability determined in b. or c. below will apply with respect to the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1)  The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2)  The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure

must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3)  The remodeling, removal replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

b.  If you are an owner of a Described Location, and that location:

(1)  Is insured for Coverage A or Unit-Owner Building Items, you may use up to 10% of the limit of liability that applies to Coverage A or Unit-Owner Building Items at each Described Location; or

(2)  Is not insured for Coverage A or Unit-Owner Building Items, you may use up to 10% of the total limit of liability that applies to Coverage B at each Described Location.

c.  If you are a tenant of a Described Location, you may use up to 10% of the limit of liability that applies to Improvements, Alterations and Additions at each Described Location.

d.  You may use all or part of this ordinance or law coverage to pay for the increased cost you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

e.  We do not cover:

(1)  The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2)  The costs to comply with any ordinance or law: which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

GENERAL EXCLUSIONS

Item A.1. is deleted and replaced by the following:

1.  ORDINANCE OR LAW, meaning any ordinance or law:

a.  Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris.  This exclusion 1.a. does not apply to the amount of coverage that may be provided for under Other Coverages, Glass or Safety Glazing Material or Ordinance or Law;

b.  The requirements of which result in a loss in value to property; or

Includes copyrighted material of Insurance Services Office with its permission
Copyright Insurance Services Office 1994

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**DWG-E100**
LOUISIANA
(Ed. 7-04)

### LOUISIANA AMENDATORY ENDORSEMENT

c.  Requiring you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

NOTE:  This is Exclusion 1. in Broad Form DWG-2 and 1.a. in Special Form DWG-3.

Item A.2. is deleted and replaced by the following:

2.  EARTH MOVEMENT, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mud-flow; earth sinking, rising or shifting; unless direct loss by:

a.  Fire; or

b.  Explosion;

ensues and then we will pay only for the ensuing loss.

NOTE:  This is Item 2. in Broad Form DWG-2 and Item 1.b. in Special Form DWG-3.

Item A.4. is deleted and replaced by the following:

4.  POWER FAILURE, meaning the failure of power or other utility service if the failure takes place off the Described Location.  But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the Described Location, we will pay for the loss or damage caused by that Peril Insured Against.

NOTE:  This is Item 4. in Broad Form DWG-2 and Item 1.d. in Special Form DWG-3.

CONDITIONS

Item 3. is deleted and replaced by the following:

3.  CONCEALMENT OR FRAUD

With respect to all persons insured under this policy, We provide no coverage for loss if, whether before or after a loss, one or more persons insured under this policy have:

a.  Intentionally concealed or misrepresented any material fact or circumstance;

b.  Engaged in fraudulent conduct; or

c.  Made false statements;

relating to this insurance.

d.  However, if the conduct specified under a., b. or c. above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

Item 15. MORTGAGE CLAUSE

The following sentence is deleted:

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

The following sentences are added to replace the above.

If we decide to cancel or not to renew this policy, the mortgagee will be notified.

(a)  At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

(b)  At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the policy is not renewed by us, the mortgage will be notified at least 30 days before the date nonrenewal takes effect.

Item 17. CANCELLATION. Paragraphs b., c. and d. are deleted and replaced by the following:

b.  The following applies with respect to premium payments due on new and renewal policies, including installment payments:

(1)  If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to paragraphs (2) and (3) below.

(2)  We will cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument .

(3)  The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

c.  The following applies if b. above does not apply.

We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect.  This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.  Proof of mailing will be sufficient proof of notice.

(1)  When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**DWG-E100**
LOUISIANA
(Ed. 7-04)

Includes copyrighted material of Insurance Services Office with its permission
Copyright Insurance Services Office 1994

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**DWG-E100**
LOUISIANA
(Ed. 7-04)

**LOUISIANA AMENDATORY ENDORSEMENT**

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you an any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date of cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal whit us except as provide in item c.(5) below, we may cancel:

(a) If there bas been a material misrepresentation of fact with the intent to deceive:

(1) In the procurement of the contract; or

(2) At any other time since the policy was issued.

which if known to us would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of:

(a) More than one year; or

(b) Three years or less;

We may cancel of any reason at anniversary by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

(5) When this policy has been in effect and renewed for more than three years, we may cancel for any one of this following reasons:

(a) If you have committed fraud with the intent to deceive:

(1) In the procurement of the contract; or

(2) At any other time since the policy was issued.

(b) If the insured risk has undergone a material change;

(c) If you have failed two or more claims within three years; or

(d) If the continuation of this policy endangers our solvency.

This can be done by letting you and any other known person shown by th policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss cause by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

d. If this policy is cancelled, we will return any premium refund due, subject to paragraphs (1), (2) and (3) below. The cancellation will be effective even if we have not made or offered a refund.

(1) If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation take effect. The return premium shall be computed on a pro rate basis, subject to the minimum premium requirements.

(2) If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellatio takes effect. We will send the refund to you.

(3) If we cancel based on paragraph b. above, we will return the premium due. If any, within 10 days after the expiration of the 10 days period referred to in b.(3). If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

Item 18. is deleted and replaced by the following:

18. NON-RENEWAL

a. We may elect not to renew this policy, subject to the provisions of paragraph b. and c. below. We may do so by delivering to you and any other known person shown by the policy to have an interest in any loss which may occur thereunder or mailling to you at your mailling address shown in the Declaration and to any other known person shown by the policy to have an interest in any loss which may occur thereunder, written notice at least 30 days before the expiration date of this policy. Proof of mailling will be sufficient proof of notice.

b. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

(1) When you have not paid the premium;

(2) If you have committed fraud;

Includes copyrighted material of Insurance Services Office with its permission
Copyright Insurance Services Office 1994

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**DWG-E100**
LOUISIANA
(Ed. 7-04)

**LOUISIANA AMENDATORY ENDORSEMENT**

    (3) If the insured risk has undergone a
       substantial change;

    (4) If you have filled two or more claims
       within three years; or

    (5) If the continuation of this policy
       endangers our solvency.

  c. We will not, however, exercise our right of
    nonrenewal, regardless of the period of
    time this policy has been in effect with us,
    based solely upon a loss caused by an
    Act of God. An Act of God means an
    accident due directly to nature causes
    and exclusively without human intervention.

**DWG-E100**
LOUISIANA
(Ed. 2-03)

Includes copyrighted material of Insurance Services Office with its permission
Copyright Insurance Services Office 1994

Page 4 of 4

DWELLING
DWG-E290 07 04

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# LIMITED FUNGI, WET OR DRY ROT OR BACTERIA
## COVERAGE - LOUISIANA
## FOR USE WITH ALL FORMS

## SCHEDULE*

| These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of claims made or the number of locations insured under this endorsement and listed in this schedule. | | |
|---|---|---|
| | Property Coverage Limit of Liability for the Other Coverage ""Fungi", Wet or Dry Rot, or "Bacteria" | $10,000 |
| | | |
| *Entries may be left blank if shown elsewhere in this policy for this coverage | | |

With respect to the coverage provided under this endorsement, ""Fungi"  means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

With respect to the coverage provided under this endorsement, ""Bacteria"  means any type, kind or form of bacterium.

## COVERAGES
## OTHER COVERAGES
The following Coverage is added:
**13. ""Fungi", Wet or Dry Rot, Or ""Bacteria"**
  a.  The amount shown in the schedule above is the most we will pay for:
    (1.) The total of all loss payable caused by "fungi", wet or dry rot, or "bacteria";
    (2.) The cost to remove "fungi", wet or dry rot, or ""bacteria" from covered property;
    (3.) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or "bacteria"; and

    (4.) The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or "bacteria" whether preformed prior to, during or after removal, repair, restoration or replacement.  The cost of such testing will be provided only to the extent that there is reason to believe that there is a presence of "fungi"", wet or dry rot, or "bacteria".

  b.  The coverage described in **13.a** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.
  c.  The amount sown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Other Coverage regardless of the:
    (1) Number of locations insured under this endorsement; or
    (2) Number of claims made.

This Coverage does not increase the limit of liability applying to the damaged covered property.

(This is Other Coverage 9. in Form DWG-1)

**PERILS INSURED AGAINST**
**COVERAGE A – DWELLING and**
**COVERAGE B – OTHER STRUCTURES**
Paragraph **2.h.(3)** in Form DWG-3 is replaced by the following:

    (3) Smog, rust or other corrosion;

**GENERAL EXCLUSIONS**
The following Exclusion is added:

9. **"Fungi", Wet or Dry Rot, Or**
   **""Bacteria""**
   ""Fungi", Wet Or Dry Rot, Or "Bacteria" meaning, the presence, growth, proliferation, spread or any activity of fungi, wet or dry rot, or "bacteria".
   This Exclusion does not apply:
   a. When "fungi", wet or dry rot, or ""bacteria" results from fire or lightning;
   b. To the extent coverage is provided for in the "Fungi", Wet or Dry Rot, or "Bacteria" Other Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning; or
   c. With respect to "fungi", wet or dry rot, or "bacteria" that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a Peril Insured Against.

However, the exclusion shall continue to apply to:

    (1) The cost to treat, contain, remove or dispose of "Fungi", Wet or Dry Rot, or ""Bacteria" beyond that which is required to repair or replace the covered property physically damaged by a Peril Insured Against;

    (2) The cost of any testing of air or property to confirm the absence, presence or level of "Fungi". Wet or Dry Rot, or ""Bacteria" whether preformed prior to, during or after removal, repair, restoration or replacement; and

    (3) Any increase in the loss under Other Coverage **c.(1)** and **(2).**

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or "bacteria" is covered.

(This is General Exclusion **A.9** in Form DWG-1 and 1.i in Form DWG-3)

**CONDITIONS**
1. **Policy Period** is deleted and replaced by the following:
1. **Policy Period.**  This policy applies only to loss or costs which occur during the policy period.

All other provisions of this policy apply.