

**No. 07-30119**

## IN THE
## United States Court of Appeals for the Fifth Circuit

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA;
SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of
Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G.
HARVEY, SR.

*Plaintiff-Appellees-Cross-Appellants,*

v.

HANOVER INSURANCE COMPANY; UNITRIN PREFERRED INSURANCE
COMPANY; STANDARD FIRE INSURANCE

*Defendants-Appellants-Cross-Appellants,*

STATE FARM FIRE AND CASUALTY COMPANY; HARTFORD
INSURANCE COMPANY OF THE MIDWEST

*Defendants-Appellees*

KELLY A. HUMPHREYS

*Plaintiff-Appellee-Cross-Appellant,*

v.

ENCOMPASS INDEMNITY COMPANY

*Defendant-Appellant-Cross-Appellee*

U.S. COURT OF APPEALS
**FILED**

JUL 1 0 2007

CHARLES R. FULBRUGE III
CLERK

XAVIER UNIVERSITY OF LOUISIANA
Plaintiff-Appellee,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Defendant-Appellant.

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ;
LARRY FORSTER; GLENDY FORSTER; ET AL
Plaintiffs-Appellees-Cross-Appellants

v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY;
AMERICAN INSURANCE COMPANY; LAFAYETTE INSURANCE
COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA
HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY;
LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION;
LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE
COMPANY; GREAT NORTHERN INSURANCE COMPANY; HANOVER
INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY
Defendants-Appellants-Cross-Appellees

STATE FARM FIRE AND CASUALTY COMPANY; CHUBB CUSTOM
INSURANCE COMPANY,
Defendants-Appellees.

On Appeal From The United States District Court
For the Eastern District of Louisiana
PERTAINS TO INSURANCE
Chehardy, C.A. Nos. 06-1672, 06-1673, 06-1674

**THE AMERICAN INSURANCE COMPANY'S
UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

---

LAWRENCE J. DUPLASS (#5199)
C. MICHAEL PFISTER (#14317)
KELLY CAMBRE BOGART (#22985)
JAIME M. CAMBRE (#29116)
DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Defendant-Appellant The
American Insurance Company

Defendant-Appellant, The American Insurance Company respectfully moves for an order allowing for the record to be properly supplemented. In support of this motion, The American Insurance Company shows as follows:

I.

At the time of the original filings in this matter, Marlin and Andre Mauberret had been identified by counsel for plaintiffs as being insured by a company other than The American Insurance Company.

II.

On June 29, 2007, the Court requested the assistance of counsel in locating insurance policies for *Chehardy* plaintiffs Marlin and Andre Mauberret and Glation.

III.

Pursuant to this court's request, The American Insurance Company searched its records and identified Marlande and Andre Mauberret as being insured by The American Insurance Company.

IV.

Counsel for The American Insurance Company immediately ordered a complete copy of the insurance policy issued to Andre and Marlande Mauberret, bearing policy number NZE3306778 which is attached hereto as Exhibit "A".

V.

Exhibit "A" contains policy language identical to and uses the same coverage form as The American Insurance Company policy issued to Gladys Chehardy, previously filed into the record. Therefore, supplementation of the record as requested will not delay these proceedings.

VI.

The American Insurance Company requests that this Court supplement the record to include The American Insurance Company policy issued to Andre and Marlande Mauberret, bearing policy number NZE3306778 attached hereto as Exhibit "A".

VI.

Counsel for the *Chehardy* plaintiffs in this matter, Joseph Bruno, has been contacted and does not object to this filing. The remaining counsel were notified of The American Insurance Company's intent to file this motion via electronic communication on July 9, 2007 in the late afternoon, requesting that if any party

objected to the filing, to notify undersigned counsel before 10 a.m. C.S.T. on July

10, 2007.  As of the filing of this motion, no party has raised an objection to this

Motion to Supplement the Record.

**WHEREFORE**, Defendant-Appellant, The American Insurance Company,

prays that this unopposed Motion be granted and that an order be entered allowing

for the supplementation of the record to include The American Insurance Company

policy issued to Andre and Marlande Mauberret, bearing policy number

NZE3306778, and that said exhibit be numbered accordingly in the record on

appeal.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK**

*Kelly Bogart*

**LAWRENCE J. DUPLASS (#5199)
C. MICHAEL PFISTER (#14317)
KELLY CAMBRE BOGART (#22985)
JAIME M. CAMBRE (#29116)
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119**

**Attorneys for Defendant-Appellant
The American Insurance
Company**

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by electronic transmission.

Metairie, Louisiana, this 10th day of July, 2007.

**Kelly C. Bogart**

No. 07-30119

---

**IN THE**
**United States Court of Appeals for the Fifth Circuit**

---

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA;
SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of
Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G.
HARVEY, SR.

Plaintiff-Appellees-Cross-Appellants,

v.

HANOVER INSURANCE COMPANY; UNITRIN PREFERRED INSURANCE
COMPANY; STANDARD FIRE INSURANCE

Defendants-Appellants-Cross-Appellants,

STATE FARM FIRE AND CASUALTY COMPANY; HARTFORD
INSURANCE COMPANY OF THE MIDWEST

Defendants-Appellees

---

KELLY A. HUMPHREYS

Plaintiff-Appellee-Cross-Appellant,

v.

ENCOMPASS INDEMNITY COMPANY

Defendant-Appellant-Cross-Appellee.

---

XAVIER UNIVERSITY OF LOUISIANA
Plaintiff-Appellee,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Defendant-Appellant.

---

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ;
LARRY FORSTER; GLENDY FORSTER; ET AL
Plaintiffs-Appellees-Cross-Appellants

v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY;
AMERICAN INSURANCE COMPANY; LAFAYETTE INSURANCE
COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA
HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY;
LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION;
LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE
COMPANY; GREAT NORTHERN INSURANCE COMPANY; HANOVER
INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY
Defendants-Appellants-Cross-Appellees

STATE FARM FIRE AND CASUALTY COMPANY; CHUBB CUSTOM
INSURANCE COMPANY,
Defendants-Appellees.

---

On Appeal From The United States District Court
For the Eastern District of Louisiana
PERTAINS TO INSURANCE
Chehardy, C.A. Nos. 06-1672, 06-1673, 06-1674

---

## **O R D E R**

**Considering the foregoing;**

**IT IS ORDERED** that Defendant-Appellant's, The American Insurance Company's Motion To Supplement the Record **be and is hereby GRANTED** and that the record be supplemented to include The American Insurance Company policy issued to Andre and Marlande Mauberret, attached as Exhibit "A" to the motion, and that said exhibit be numbered accordingly in the record on appeal.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES FIFTH CIRCUIT
COURT OF APPEALS  JUDGE**

CERTIFIED AS A TRUE COPY OF THE
NOTICE TO THE INSURED.
BY: _____ DATE: 7/9/07

RE:  **Renewal Homeowner Policy**
     Policy No:   **NZE 330 67 78**
     Effective:   **02-14-05**

MARLANDE J MAUBERRET
ANDRE B MAUBERRET
#6 FORREST CT
METAIRIE  LA  70001

Dear Policyholder,

While we haven't changed our high standards, your homeowners policy from one of the Fireman's Fund Insurance Companies ® now has a new name - Prestige® Home Standard.

Renewing with Fireman's Fund ® should give you comfort in knowing that the coverage truly reflects your growing need for protection beyond the ordinary. That's because you know few other policies truly compare with the extensive coverage Prestige® Home Standard provides as you expand in acquiring valuables and property. Consider the basics we offer that ordinary policies often omit or restrict (though they may let you buy this extra coverage).

**As a reminder, your Prestige® Home Standard policy already includes:**

- *Full cost replacement coverage for your home:* lets you rebuild to the same specifications or opt for a cash settlement in the event of a total loss of your home.

- *Increased protection for your valuables:* gives you higher than usual protection for jewelry, silver, and business property.

- *Liability and personal injury coverage:* covers your homes for liability without the need for an endorsement or an additional policy, and includes broad personal injury coverage for legal defense costs such as libel, slander or false arrest.

In addition to the new product name, you will notice that your policy format and language have changed significantly. We have attempted to highlight some of the changes below but please review your policy closely to ensure that you understand all of the changes that have been made and feel free to have your Fireman's Fund representative explain these modifications to you:

- Added a 5% deductible for homes vacant for more than 30 days.
- Eliminated the intentional loss exclusion for innocent coinsureds.
- Redefined an "insured" -- e.g., children up to age 25 under parental care, domestic partner, estranged spouses, and students away at school.
- Clarified intent of collapse coverage.
- Limited coverage for:
  - homes under renovation if vacant or unoccupied for more than 30 days.
  - fungi and mold related damages that ensue from a covered loss to $10,000 annually, which includes the cost of testing and remediation. This does not apply to fungi resulting from a fire or lightning loss.

30115911-02 LA

**EXHIBIT**
"A"

- Clarified that there is no coverage for:
    - liability resulting from discrimination, communicable disease, sexual harassment, and representations relating to property sales.
    - errors in computer programming, water damage from repeated seepage, damages resulting from neglect before, at or after a loss and/or voluntarily parting with your property.
- Changed when and how the $1,000 or 10% limit (whichever is greater) for Personal Property at another residence applies. We will now pay under only one Fireman's Fund ® policy.
- Clarified your duties after a loss and how a loss will be settled.
- Fungi coverage for Personal Liability and Medical Payments to Others now limited to only apply to homes we insure for property.

If ever you have questions about this extraordinary protection, please call your Fireman's Fund insurance representative or write us by e-mail at products@ffic.com. We appreciate the trust you now place in us and look forward to meeting your ever changing needs.


Your Agent or Broker:                          Your Insurance Company:
**HARRY   KELLEHER & CO., INC.**               **THE AMERICAN INSURANCE COMPANY**
**5720 SALMEN AVENUE**                         One of the Fireman's Fund Insurance Companies
**HARAHAN  LA  70123**
**(504) 828-0400**



## HOME STANDARD

**Policy Contents**

Privacy Statement

Homeowners

Scheduled Valuable Possessions

General Conditions



HOME STANDARD

**Privacy Statement**

# Fireman's Fund Insurance Companies
# Privacy and Security Statement

Protecting you and your family from loss is important to Fireman's Fund. Just as important to us is protecting your privacy and the personal information we use to provide you with superior products and service.

At Fireman's Fund, and its subsidiaries, our policy is to maintain appropriate confidentiality with regard to all personal information obtained in the course of doing business with you. Our pledge to protect your privacy is reflected in this Privacy Statement which outlines our principles in collecting, using and safeguarding your personal information and information about your relationship with us.

### Personal Information Fireman's Fund Collects
Fireman's Fund only collects personal information about you when it is necessary to conduct the business of insurance. We limit the collection of personal information to what we reasonably believe is needed to administer your account. As a result, we collect personal information from the following sources:

- Personal information you share with us either directly or through your agent, such as the information on your insurance application, requested policy change information or other forms you may complete.
- Personal information you provide or which is obtained through the process of handling a claim, including medical information, such as from an accident report.
- Personal information about you from your transactions with us, our affiliates or others such as the number of years you have been a policyholder with Fireman's Fund or the types of coverage you purchase.
- Personal information about you from a consumer reporting agency, such as a credit report or a Motor Vehicle Report.

If you visit or use the Fireman's Fund website, or one of our subsidiaries, we may use "cookies" (small text files transferred from our website to your hard drive) to recognize repeat users, track usage and facilitate your access to and use of the site. We do not use "cookies" to gather personal information, and we do not link cookies to identifiable information, such as your policy number. The "cookies" only enable you to use our website more easily.

### Personal Information Fireman's Fund Discloses
Fireman's Fund does not disclose any personal information about current or former customers to anyone, except as permitted by law.

When possible, we advise our vendors and other nonaffiliated third parties, to whom we legally provide your personal information in the course of conducting our insurance business, of our privacy policy. We make every effort to use vendors whose approach to customer privacy reflects our own.

### Fireman's Fund's Policies and Practices with Respect to Security of Personal Information
Fireman's Fund uses a variety of computer hardware and software tools to maintain physical, electronic and procedural safeguards that comply with applicable federal and state regulations to guard your personal information. We restrict access to personal information about you to only those employees who need that information to provide products or services to you.

Fireman's Fund, and its subsidiaries, also work hard to ensure that our websites are secure. We employ firewalls, encryption technology, user authentication systems and access control mechanisms to control access to the personal information that may be shared over these sites.

### Notification of Change
At Fireman's Fund, your trust is one of our most important assets. We will continually work to protect the privacy of our individual customers and will continually review our privacy policy. If at some point in the future we revise our privacy practices that affect your personal information, we will notify you prior to introducing any changes. This Privacy Statement is also displayed on our website. (www.ffic.com)

### For More Information or if You have Questions
Should you have further questions regarding our privacy policy, you can contact us in a number of ways. You may call us directly at 1-800-272-9707, you can email us at Consumeraffairs@ffic.com or you can write to us at:
Fireman's Fund Insurance Company
Consumer Affairs Department
777 San Marin Drive
Novato, CA 94998-1000



**HOME STANDARD**

**Homeowners**

# Personal Homeowner Policy Declarations Summary

Listed below is basic information about your policy.

THANK YOU FOR RENEWING YOUR POLICY WITH FIREMAN'S FUND STARTING AT 12:01 AM ON
02/14/05. NAME OF INSURED CHANGED ON YOUR POLICY. SECOND MORTGAGEE INFORMATION
HAS BEEN CHANGED ON YOUR POLICY.

This Policy Has Been Issued by THE AMERICAN INSURANCE COMPANY
(One of the Fireman's Fund Insurance Companies)

| | |
|---|---|
| **Policy Number** | **Policy Period** |
| NZE 330 67 78 | 02-14-05   to 02-14-06 |
| **Named Insured** | **Your Agent Is** |
| MARLANDE J MAUBERRET | HARRY   KELLEHER & CO., INC. |
| ANDRE B MAUBERRET | 5720 SALMEN AVENUE |
| #6 FORREST CT | HARAHAN  LA  70123 |
| METAIRIE  LA  70001 | (504) 828-0400 |

## Homeowner Policy

| Covering Premises and Contents at | Premium | |
|---|---|---|
| #6 FORREST CT | | |
| METAIRIE  LA  70001 | $ | 3,108.00 |
| SCHEDULED VALUABLE POSSESSIONS | | 295.00 |
| TOTAL PREMIUM | $ | 3,403.00 |

TOTAL PREMIUM INCLUDES THESE CUSTOMER CREDIT(S):

| | | |
|---|---|---|
| NEWER HOME DISCOUNT | $ | 601 |
| HIGHER OPTIONAL DEDUCTIBLE | $ | 250 |
| ALARM OR SPRINKLER SYSTEM | $ | 803 |

**Your Bill Is Not Enclosed — Your Bill Will Be Mailed SEPARATELY
Approximately 20 Days Before Your Next Scheduled Due Date**

# Personal Homeowner Policy Declarations

| | | |
|---|---|---|
| **Policy Number**<br>NZE 330 67 78 | **Effective Date**<br>02-14-05 | **Company**<br>THE AMERICAN INSURANCE COMPANY |

| | |
|---|---|
| **Named Insured**<br>MARLANDE J MAUBERRET<br>ANDRE B MAUBERRET<br>#6 FORREST CT<br>METAIRIE  LA  70001 | **Your Agent Is**<br>HARRY  KELLEHER & CO., INC.<br>5720 SALMEN AVENUE<br>HARAHAN  LA  70123<br>(504) 828-0400 |

**Policy Period**
Your Policy begins on 02-14-05   at 12:01 AM Standard Time and expires on 02-14-06    at 12:01 AM Standard Time.

## Your Covered Property

**Covering Premises and Contents at**
**#6 FORREST CT**
**METAIRIE  LA  70001**

**Deductible:** In case of loss under Coverage For Damage To Your Property, this policy covers only that part of the loss over the deductible stated.
**$1000 ALL PERILS**


**SEE 125531 HURRICANE DEDUCT**

**Policy Form**
**5249   11-02 Prestige Home Standard**

| Coverages | Limits of Liability |
|---|---|
| **Coverage For Damage To Your Property** | |
| Dwelling | 468,000 |
| Other Structures | 46,800 |
| Personal Property | 327,600 |
| Loss of Use | 93,600 |
| **Coverage For Liability And Medical Payments To Others** | |
| Personal Liability | 300,000 Each Occurrence |
| Medical Payments to Others | 5,000 Each Person |

| Scheduled Valuable Possessions | | Limits of Liability | | Premium |
|---|---|---|---|---|
| JEWELRY | $ | 23,153 | $ | 295.00 |

| | | |
|---|---|---|
| | **Total Policy Premium** | $     3,403.00 |

3355254-02

**Page 2 of 3**
**Insured Copy**

# Personal Homeowner Policy Declarations

| Policy Number | Effective Date | Company |
|---|---|---|
| NZE 330 67 78 | 02-14-05 | THE AMERICAN INSURANCE COMPANY |

**Named Insured**

MARLANDE J MAUBERRET
ANDRE B MAUBERRET
#6 FORREST CT
METAIRIE  LA  70001

**Your Agent Is**

HARRY   KELLEHER & CO., INC.
5720 SALMEN AVENUE
HARAHAN  LA  70123
(504) 828-0400

## Other Interest(s)

**First Mortgagee**
NATIONAL CITY MTG CO
ISAOA
PO BOX 1024
DAYTON  OH  45401

**Loan Number**
3191384

**Second Mortgagee**

NATIONAL CITY MTG
294 TREEMONT DR
ORANGE CITY  FL  32763

**Loan Number**
3692716

## Forms and Endorsements Applicable to this Policy

| Endt. No | Edition Date | Title | Premium |
|---|---|---|---|
| 125259 | 11-02 | Scheduled Valuable Possessions - LA | 295.00 |
| 5249 | 11-02 | Prestige Home Standard | Included |
| 125818 | 04-02 | No Coverage For Home Day Care | Included |
| 5311 | 04-02 | Policy Conditions - LA | Included |
| 125872 | 04-02 | Premises Alarm Or Fire Protection | Included |
| 125531 | 04-02 | 1% Hurricane Deductible - LA | 350.00- |

## Signatures

One of the Fireman's Fund Insurance Companies,
as named in the policy

Date of Issue   12-19-04

President's Signature

Secretary's Signature

Countersignature  of
Authorized Agent or Broker

**Page 3 of 3**
**Insured Copy**

3355234-99

# About Your Policy

Prestige Home is designed expressly for persons like you who want comprehensive protection for their home and valuable possessions.  You also want broad liability protection against claims and lawsuits arising out of your residences and personal activities.  We are confident Prestige Home Premier meets your expectations in all of these areas.

If you specifically requested, your policy also includes coverage extensions such as Scheduled Personal Property, Personal Catastrophe (excess liability) Cover, or other options.

**Definitions**

Certain words and phrases used in this policy (like **insured, business,** and **bodily injury**) are defined terms. Their meaning is given under Definitions.

Coverage provided in this policy is divided into two areas - Coverage For Damage To Your Property and Coverage For Liability And Medical Payments To Others.

**Coverage For Damage To Your Property**

This part of the policy explains the coverage for damage to your dwelling, household contents and other personal property.  It tells you what coverage we provide for this property, the limitations for certain property, and what property we do not cover.  It also explains which causes of loss you are insured for and which causes are not covered.

**Coverage For Liability And Medical Payments To Others**

This part of the policy explains your protection for lawsuits and legal judgments arising out of accidents that involve your home or personal activities.  It also explains our payment of medical expenses of others.  It tells who is covered, when they are covered and which accidents are not covered.

**Policy Conditions**

There are **General Policy Conditions** which apply to the entire policy followed by Property Conditions (these conditions apply to **Coverage For Damage To Your Property**) and Liability Conditions (these conditions apply to **Coverage For Liability And Medical Payments To Others**).

**Endorsements**

Your policy may include endorsements.  These add or amend coverage or conditions of the policy.

**Policy Declarations**

The Declarations show information that applies specifically to you and to the insurance you have purchased. The Declarations may consist of several pages.  Review them carefully and make certain they are accurate and include all the coverages, limits, and property for which you want insurance.

3358894-02

**A   Message   for   Our   Louisiana   Customers  .  .  .**

## AvailableDiscounts

*There   are   things   you   can   do   to   help   prevent   loss   - they deserve recognition.   That's why we provi lowing  discounts.  . .*

### Optional Hurricane Deductibles

You can get a discount in premium by choosing an optional hurricane deductible.  These deductibles are available at 1%, 2%, and 5% of the amount of insurance you carry on your home (Dwelling).  The hurricane deductible would apply to any loss caused by, increased by, or in any way resulting from either a hurricane that makes landfall at any time, or from wind of a Hurricane Warning or Watch issued by the National Hurricane Center or National Weather Service.

### Protective Devices

We offer discounts to homeowners who have burglar alarms, fire alarms, or fire suppression sprinkler systems installed.  For some of these discounts, we require certification to qualify.

### Guarded Community

We offer a discount in premium for homes located in a guarded community.  We define a guarded community as a community or housing development where guards or locked gates control vehicle access at all times. Proper identification is required to enter.

We may have other options that could reduce your insurance costs -- perhaps a higher deductible would offer you the best value for your insurance dollar.  For more information about available discounts, please contact your Fireman's Fund insurance representative.

3358227-04 LA

**A Message for Our Customers . . .**

# Home Renovation and Vacancy Notice Requirements

### Planning to renovate or vacate your home?

Fireman's Fund requires you to notify us if you plan to renovate your home or leave it vacant, because these conditions create a greater risk of loss. This message tells you about these requirements.

### Renovations

Full Cost Replacement Coverage increases the Dwelling amount available for a covered loss to your home when the Dwelling amount you purchased is less than the actual cost of repairs. Changes in building code requirements or other laws affecting the construction of your home are usually the cause of such increases in repair costs.

If your policy includes Full Cost Replacement Coverage and you are building a new home or planning a **renovation**, we require you to:

1. **Notify your insurance representative before you leave your home unoccupied for more than 30 consecutive days due to "renovation."** If you don't, Full Cost Replacement Coverage will not apply if you have a loss and your home was unoccupied for 30 or more days before the loss.

2. **Notify your insurance representative within 90 days of the start of any "renovation" project that will increase the replacement cost (cost to rebuild) of your home by more than $25,000.** If you provide this notice, we'll increase your Dwelling limit up to 25%. If you don't, we'll deduct the current replacement cost of the unreported additions and alterations from the current replacement cost of your home to determine the limit that will apply to the loss. Here's a comparison of how unreported and reported additions would affect your recovery amount:

   **Policy with a Dwelling limit of $500,000 (we'll increase by up to 25% if renovations are reported)**
   **Additions with Replacement Cost of $100,000**

   |  | Unreported | Reported |
   |---|---|---|
   | Replacement cost at the time of loss: | $625,000 | $625,000 |
   | Amount deducted for additions: | -$100,000 | -$       0 |
   | Limit applicable to loss (Your recovery amount before deductible): | $525,000 | $625,000 |

### Vacancies

**We require you to notify your insurance representative whenever your home is "vacant."** If you don't and your home was vacant for the 30 days prior to a loss, your deductible for the loss might be higher than the one listed on your Declarations page. Your deductible will be the greater of either the deductible listed or:

- 5% of the Dwelling Limit listed on your Declarations page if we insure your home; or
- 5% of the Personal Property Limit listed on your Declarations page if we insure your condominium.

### Definition of "Renovation" and "Vacancy"

We define "renovation" as any updating, demolition, construction, reconstruction, repair, remodeling, or restoration of a house, other structure, condominium, or cooperative unit (including any additions or alterations) on the "residence premises." We don't define repair or reconstruction arising out of a covered loss as a "renovation."

We define a "vacant" home as one that is empty of personal property necessary for normal occupancy. We also define a home as "vacant" if it is undergoing "renovation" and is empty of personal property necessary for normal occupancy. We don't define a newly constructed home as "vacant."

Remember, your actual insurance policy, the Declarations page, and the attached endorsements are your legal insurance contract. They contain details that aren't included in the above summary. If you have any questions, please contact your Fireman's Fund insurance representative.

3358184-02

**A Message for Our Customers . . .**

# Explanation of  Your  Fungi /  Mold  Coverage

A change has been made to your policy.  Your policy covers water damage that results from a covered loss. If a loss should occur, we will pay to repair or replace the area directly damaged by the water, up to the coverage limit.  However, going forward the affiliated damages resulting from fungi/mold that occurs beyond the water damaged area will be subject to a special aggregate limit of $10,000 unless the cause of the loss was fire or lightning.   This special limit is the most we will pay for fungi damage during the policy period and includes all:

- Testing
- Monitoring
- Remediation
- Mitigation
- Loss of Use
- Rebuilding

**The following example illustrates what this means to you:**

A pipe breaks causing water damage to a bedroom.   Your coverage limits are $500,000 on the Dwelling and $250,000 for Personal Property.  It is determined the loss is covered and the cost to repair the water damage in the bedroom, including visible fungi that is part of the water damaged area, is $50,000. This amount is within the coverage limits and would be paid subject to your deductible.

In addition, it was determined that fungi spores were found elsewhere in the room, but were related to the water damage.  For this damage, we would pay up to $10,000 for any testing, monitoring, remediation, mitigation, removal, disposal, Loss of Use or rebuilding related to the fungi spores damage that is not directly part of the water damaged area.

Your actual insurance policy, the policy Declarations page, and any attached endorsements is your legal insurance contract.  This is only a notice.  You must refer to your policy for actual coverage terms.  If you have any questions about your homeowners policy, please call your independent agent or broker.

33590610-03LA

**A Message for Our Louisiana Customers . . .**

# Statewide Rate Change Notification

We are pleased to provide you with the renewal of your Homeowners insurance policy. Louisiana law now requires that we notify you of any rate increase at least thirty days in advance of your policy's renewal effective date. The overall statewide rate change is +9.2%. Based on the coverages and limits provided in your policy, the change in your premium may vary.

335915 6-04 LA

# Important 1% Hurricane Deductible Disclosure Notice – Building Forms

**CAUTION:**   No coverage is provided by this NOTICE nor can this NOTICE be construed to replace any provision of your policy. You should carefully read your policy, and attached endorsements and your declarations page for complete information on the coverage and policy limits you are provided.  If there is any conflict between this notice and the policy, the attached endorsements and the declarations page, **THE PROVISIONS OF THE POLICY, THE ATTACHED ENDORSEMENTS and the DECLARATIONS PAGE SHALL PREVAIL.**

### Special Hurricane Deductible

We are constantly evaluating how we manage hurricane exposure, and new technology has helped us to better understand the risk.  As a result, we are introducing a new special hurricane deductible.  Your policy will now include a 1% hurricane deductible.  Of course, we will apply a premium credit to your policy associated with this hurricane deductible.  You will continue to receive this premium credit for as long as this hurricane deductible remains in place.  If you decide to remove this hurricane deductible your policy premium will increase accordingly.

### Optional Higher Hurricane Deductible

You also have the option of selecting a higher hurricane deductible, which will lower your premium.  For example, you may select a 2% or 5% hurricane deductible.

### Where can you find out more about these changes?

If you have any questions about your renewal policy or the changes we've described above, or wish to remove this hurricane deductible, our representative for the Fireman's Fund ® Insurance Companies can help.  For details about your coverages, deductibles and limits, please read your policy, the declarations and any endorsements or amendments attached.

335799 08-03 LA

## <u>No</u> Coverage for Liability and Medical Payments to Others for Home Care Business

## <u>Limited</u> Coverage for Damage to Your Property for Home Day Care Business

If an **insured** regularly provides home day care services to a person or persons other than **insureds** and receives monetary or other compensation for such services, that enterprise is a **business**. Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an **insured** to a relative of an **insured** is not considered a **business**.

Therefore, with respect to a home day care enterprise which is considered to be a **business**, this policy:

1. Does not provide Liability Coverages because a **business** of an **insured** is not covered under A.7. of Coverage for Liability and Medical Payments to Others - Losses Not Covered;

2. Does not provide Coverage for Damage to Your Property - Other Structures Coverage where other structures are used in whole or in part for **business**;

3. Limits coverage for property used on or away from the **residence premises** for the home day care enterprise to $10,000, because Personal Property Special Limits of Insurance - item 12. imposes that limit on **business** property on the **residence premises**.

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

1258184-02
Copyright, Fireman's Fund Insurance Companies, 2001, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

## Premises Alarm or Fire Protection System

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the **residence premises**. You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

1258724-02
Copyright, Fireman's Fund Insurance Companies, 2001, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

**This Endorsement Changes The Policy.  Please Read It Carefully.**

# 1%   Hurricane   Deductible  -   Louisiana  Building  Forms

In consideration  of the premium  charged for this policy, you and we agree as follows:

If the National Hurricane  Center or National Weather Service issues a Hurricane  Watch or Warning for any part of the parish in which the **residence premises** is located, a deductible  equal to 1% of the limit  of liability of the Dwelling,  shown on the Declarations page, applies to your policy.   This deductible  applies to any loss caused by, increased by, or in any way resulting  from wind for the duration of the Hurricane  Warning.

In addition, this deductible  applies to any other loss caused by, increased by, or in any way resulting from a hurricane  that makes landfall in any part of the state in which the **residence premises** is located, whether or not a Hurricane  Warning has been issued.

We will pay only that part of the total of your direct physical loss for the Dwelling, Other Structures, and Personal  Property that exceeds the Hurricane  deductible  in this endorsement.

In no event will  your Hurricane  deductible  be less than $500.

All other provisions  of this policy apply.

1255314-02 LA
Copyright, Fireman's Fund Insurance Companies, 2001, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

# Prestige Home Standard

## Quick Reference Guide

| | Beginning On Page |
|---|---|
| **Agreement** | 1 |
| **Definitions** | 1 |
| **Coverage For Damage To Your Property** | |
| Limits of Insurance | 5 |
| Dwelling | 5 |
| Other Structures | 5 |
| Personal Property | 5 |
| Special Limits of Insurance | 5 |
| Deductible - Coverage for Damage to Your Property | 7 |
| Loss of Use of the Residence Premises | 7 |
| Additional Property Coverages | 7 |
| PROPERTY LOSSES WE COVER | 11 |
| PROPERTY LOSSES NOT COVERED | 12 |
| **Coverage For Liability And Medical Payments To Others** | |
| Personal Liability | 18 |
| Medical Payments to Others | 18 |
| Additional Liability Coverages | 18 |
| LOSSES NOT COVERED - LIABILITY AND MEDICAL PAYMENTS TO OTHERS | 19 |

### READ YOUR POLICY CAREFULLY

This policy is a legal contract between the policy owner and one of the Fireman's Fund Insurance Companies.

### AGREEMENT

We agree to provide the insurance described in this policy. In return you agree to pay the premium and comply with the policy terms.

### DEFINITIONS

A.  You and your mean the **Named Insured** shown on the Declarations including the legal Spouse who re- sides in the same household.

B.  We, us, and our mean the Company providing insurance.

C.  Other words and phrases are defined below. They are **bold-faced** when used in this policy form.

    1.  **Bodily injury** means bodily harm, sickness or disease, including required care, loss of services and death that results.

    2.  **Business** means:

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

a.   a trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

b.   any other activity engaged in for money or other compensation, except the following:

(1)  one or more activities, not described in (2) below, for which no **insured** receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

(2)  volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

3.   **Collapse** means the actual, abrupt falling down of a building or part of a building.  A **collapse** occurs only when a building or part of a building has actually and abruptly fallen down.  **Collapse** does not include a threat of **collapse**, even if **collapse** is imminent.  **Collapse** does not mean a condition of a building including cracking, bulging, sagging, bending, shifting, leaning, settling, shrinkage, or expansion, that could lead to or contribute to its actual, abrupt falling down.

4.   **Earth Movement** means any natural or man-made **earth movement**, including but not limited to the sinking, rising, shifting, expanding or contracting of earth, all whether combined with water or not; **earthquake**; landslide; avalanche; subsidence; mine subsidence; settling; sinkholes; or, erosion.

5.   **Earthquake** means a vibration-generating rupture event caused by displacement within the earth's crust through release of strain associated with tectonic processes and includes effects such as ground shaking, liquefaction, seismically-induced land sliding, and damaging amplification of ground motion.  **Earthquake** does not mean or include tsunami or volcanic eruption.

6.   **Fungi** means all types of fungus, such as mildew and mold, and all of their resulting spores and by-products, including mycotoxins and allergens.  **Fungi** does not mean **fungi** for human ingestion.

7.   **Golf Cart** means a motorized land conveyance owned by an **insured**, designed to carry up to 4 persons which does not exceed 25 miles per hour on level ground and whose primary purpose is to take or carry individuals from one place to another while playing the game of golf or for other leisure activities.

8.   **Insured** means:

a.   you and residents of your household who are:

(1)  your relatives;

(2)  your **domestic partner**; a **domestic partner** is defined as an individual who:

(i)    is financially interdependent with you and with whom you are jointly responsible for each other's common welfare;

(ii)   intends to remain in a committed relationship;

(iii)  shares the same living quarters and permanent address;

(iv)  is not so closely related by blood that legal marriage would otherwise be prohibited;

(v)   is at least age 18 and like you, not legally married to another person;

(vi)  has not been in a different domestic partner relationship within the last 12 months; and,

(vii) is in the current domestic partner relationship which has been in effect for at least 12 months; or

(3)  any person under the age of 25 in the care of a person described above;

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

b. If your spouse or domestic partner stops being a resident of your household during the policy period or prior to the inception of this policy, they will be considered an **insured** under this policy until the earlier of:

    (1) the end of 90 days following their change of residency;

    (2) the effective date of another policy listing him/her as a **Named Insured**; or

    (3) the end of the policy period.

c. Under **Liability And Medical Payments To Other Coverages, insured** also means:

    (1) with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 8.a.(1), 8.a.(2), or 8.a.(3) above. A person or organization using or having custody of these animals or watercraft in the course of any **business** or without consent of the owner is not an **insured**;

    (2) with respect to any vehicle to which this policy applies:

        (i) persons while engaged in your employment or that of any person included in 8.a.(1), 8.a.(2), or 8.a.(3) above; or

        (ii) other people using a vehicle or watercraft on an **insured location** with an **insured's** express or implied permission.

9. **Insured location** means:

    a. the **residence premises**;

    b. other premises, structures, and grounds used by you as a residence;

    c. a premises used by you in connection with a residence identified in 9.a. and 9.b. above;

    d. vacant land, other than farm land, owned by or rented to an **insured**;

    e. land owned by or rented to an **insured** on which a one, two, three, or four family dwelling is being built as a residence for an **insured**;

    f. individual or family cemetery plots or burial vaults of an **insured**; or

    g. any part of a premises occasionally rented to an **insured** for other than **business** use.

10. **Neglect** means an **insured's** failure to use reasonable means to save and preserve property before, at, and after an **occurrence**.

11. **Occupied** means a dwelling being lived in, or a dwelling or any other building or structure, being used for its intended purpose and which contains furnishings or other property customary to its intended use or occupancy.

12. **Occurrence** means:

    a. Under Coverage For Damage To Your Property: accidental loss and damage to covered property which occurs during the policy period and is caused by one or more causes of loss we cover.

    One or more **earthquakes** or volcanic eruptions that occur within a 72-hour period will be considered a single **occurrence**.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

b.   Under Coverage For Liability And Medical Payments To Others:

    (1)   Accidental loss of or damage to, including continuous or repeated exposure to the same or similar harmful conditions, which results, during the policy period, in **bodily injury** or **property damage**; or

    (2)   An act or series of acts of the same or similar nature that occurs during the policy period and which results in **personal injury**.

13.   **Personal injury** means physical or mental harm arising out of the following acts:

    a.   false arrest, detention, or imprisonment;

    b.   malicious prosecution;

    c.   wrongful entry or eviction;

    d.   defamation, libel, slander; or

    e.   invasion of privacy.

14.   **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, liquids, waste, fuels or gases; including but not limited to materials to be recycled, reconditioned or reclaimed.

15.   **Property damage** means physical injury to, destruction of, or loss of use of tangible property.

16.   **Renovation** means all updating, demolition, construction, repair, or remodeling on the **residence premises** independent of and not arising out of an **occurrence**.

17.   **Residence employee** means an employee of an **insured** whose duties are related to the maintenance or use of an **insured location**, including household or domestic services not related to a **business** of an **insured**. However, **residence employee** does not include farm or ranch workers.

18.   **Residence premises** means:

    a.   the Dwelling, Other Structures, and grounds; or

    b.   that part of any other building;

where you reside and which is shown as the **residence premises** on the Declarations.

19.   **Vacant** means empty of personal property necessary to sustain normal occupancy.   When a **residence premises** is being newly constructed, it is not considered **vacant**.

20.   **War** means:

    a.   Declared, undeclared or civil **war**;

    b.   Insurrection, rebellion or revolution;

    c.   **War**like act by a military or paramilitary force or personnel;

    d.   Destruction, confiscation or seizure for a military purpose;

    e.   Discharge of a nuclear weapon even if accidental; or

    f.   Any consequence of any of the above.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.