## COVERAGE FOR DAMAGE TO YOUR PROPERTY

**Limits of Insurance**

The limits of insurance for your Dwelling, Other Structures, Personal Property, and Loss of Use are shown on the Declarations when coverage exists.

**Dwelling**

We cover the primary living structure on the **residence premises** and structures attached to it. We also cover building materials and supplies located on or next to the **residence premises** that are to be used to construct, alter or repair the Dwelling or Other Structures on the **residence premises**, and that are intended to become a permanent part of these structures.

**Other Structures**

We cover other structures on the **residence premises** set apart from the dwelling by a clear space or connected to the dwelling by only a fence, utility line or similar connection. Use of this coverage does not reduce the Dwelling limit of Insurance.

**Personal Property**

We cover:

1.  Personal Property owned or used by an **insured** anywhere in the world; and

2.  At your request, Personal Property of others who are not tenants while that property is in a residence **occupied** by an **insured**.

**Special Limits of Insurance**

For each **occurrence**, we will pay up to the limit shown in each category identified below. These limits do not increase the Personal Property Limit of Insurance.

1.  $200 on money, scrip, stored value cards, smart cards, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins and medals.

2.  $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps.

    This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

    This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3.  $1,500 on watercraft, including their trailers, furnishings, electronic apparatus, equipment and outboard engines or motors.

4.  $1,500 on trailers not used with watercraft.

5.  $2,500 for loss by theft of jewelry, watches, furs, precious and semi-precious stones, but not more than $1,000 for any one article.

6.  $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

7. $2,500 for loss to property on the **residence premises**, and used at any time or in any manner for any **business** purpose.

8. $500 for loss to property away from the **residence premises** and used at any time or in any manner for any **business** purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 9. and 10. below.

9. $1,500 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

   a. Accessories or antennas; and

   b. Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this item 9.

10. $1,500 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    b. Is away from the **residence premises**; and

    c. Is used at any time or in any manner for any **business** purpose.

    Electronic apparatus includes:

    (1) Accessories or antennas; and

    (2) Tapes, wires, records, discs or other media;

    for use with any electronic apparatus described in this item 10.

11. $1,000 for **golf carts** that are not subject to motor vehicle registration and are designed for recreational use off public roads.

12. $1,000 or 10% of the Personal Property limit, whichever is greater, for direct physical loss, caused by an **occurrence**, to Personal Property at an insured's residence that is not the **residence premises**. This special limit also applies to Personal Property of others.

    This special limit does not apply to Personal Property:

    a. moved or being moved from the **residence premises** to a residence you newly acquire during the policy term; or

    b. at a location you occupy as your principal residence while the **residence premises** is being built or undergoing **renovations** or

    c. temporarily moved or being moved from the **residence premises** due to an occurrence or **renovation**.

    Regardless of the number of policies written by one of the Fireman's Fund Insurance companies, payment for loss to Personal Property will not be made under more than one policy. For **occurrences** at an **insured's** residence that is not the **residence premises**, we will make payment based on the single policy providing the highest limits of coverage for Personal Property.

**Deductible - Coverage for Damage to Your Property**

The deductible shown in the Declarations applies to an **occurrence** unless otherwise stated in this policy or by endorsements attached.

**Loss of Use of the Residence Premises**

The limit of insurance for Loss of Use of the **Residence Premises** is the total limit for all the coverages that follow:

1.  If a loss covered by an **occurrence** under this policy makes that part of the **residence premises** where you reside not fit to live in, we will pay:

    Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living while you live elsewhere.

    Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2.  If a loss covered under this section makes that part of the **residence premises** rented to others or held for rental by you not fit to live in, we will pay the:

    Actual net loss of rental income for that part of the **residence premises** rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

    Payment will be for the shortest time required to repair or replace that part of the **residence premises** rented or held for rental.

3.  If a civil authority prohibits you from use of the **residence premises** as a result of direct damage to neighboring premises by a Property Loss We Cover in this policy, we will pay the Additional Living Expense and actual net loss of rental income as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

**Additional Property Coverages**

The following Additional Property Coverages are in addition to the limits of insurance unless otherwise stated.

1.  Loss of Use Extension

    We will only pay up to $2,000 if you cannot occupy your **residence premises** due to **earthquake**, landslide, volcanic eruption, or if a civil authority prohibits use of the **residence premises** because any of these have occurred.

2.  **Collapse**

    We cover direct physical loss to covered property that results from a **collapse** caused by:

    a.  decay, insect or vermin damage hidden from view, unless such damage is known to an **insured** prior to **collapse;**

    b.  weight of contents, equipment, rain, or snow that collects on a roof, or the weight of animals or people; or

    c.  use of defective material or methods in construction, remodeling or **renovation** if the **collapse** occurs during the course of construction, remodeling or **renovation.**

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is included under items a., b., and c. if the loss is a direct result of the **collapse** of a building or part of a building.

This coverage does not increase the applicable limit of insurance.

3. Credit Card, Electronic Fund Transfer Card or Electronic Access Device, Forgery and Counterfeit Money

   a. We will pay up to $1,000 for:

      (1) an **insured's** legal obligation or loss that results from theft or unauthorized use of credit cards, electronic fund transfer cards or electronic access devices issued to or registered in an **insured's** name;

      (2) loss to an **insured** caused by forgery or alteration of a check or negotiable instrument of the **insured's**; or

      (3) loss to an **insured** through acceptance in good faith of counterfeit U.S. or Canadian currency.

   b. We do not cover loss or damage caused by the use of a credit card, electronic fund transfer card or electronic access device:

      (1) by a resident of your household;

      (2) by a person who has been entrusted with any of these cards or devices; or

      (3) if an **insured** has not complied with all terms and conditions under which the cards are issued or the devices are accessed.

   c. All loss resulting from a series of acts committed by one person or group or in which one person or group is concerned or implicated and which begins during the policy period is one **occurrence**.

   d. We do not cover loss arising out of **business** use or any dishonesty by the **insured**. We will cover the insurable interests of an innocent coinsured who did not cause or in any way contribute to the said loss.

   e. No deductible applies to this coverage.

4. Fire Department Service Charge

   a. We will pay up to $500 for costs you must pay if a fire department is called to protect the **residence premises** from an **occurrence**. This coverage also applies to false alarms.

      We do not cover fire department service charges if the property is located within the limits of the city, municipality, or protection district furnishing the fire department response.

   b. No deductible applies to this additional insurance.

5. Lock Replacement

   We will pay up to $500 to re-key or replace locks at the **residence premises** if your keys are lost or stolen. No deductible applies to this coverage.

6. Land

   We will pay up to $10,000 for the Dwelling or Other Structure in order to replace, rebuild, stabilize or otherwise restore the land necessary to support the Dwelling or Other Structure at the **residence premises** after an **occurrence**.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

7.  Debris Removal

We will pay your reasonable costs to remove the debris of covered property resulting from an **occurrence**. Debris Removal costs we cover also include the process necessary to remove the debris. We will also pay:

a.  Your reasonable cost to remove trees and their debris which damage covered property; and

b.  Up to $500 to remove the debris of trees, downed by a storm, that do not cause damage to covered property.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

8.  Trees, Shrubs, Lawns and Other Plants

a.  We cover trees, shrubs, plants, or lawns or grounds on the **residence premises** for loss caused by the following causes of loss: Fire or Lightning; Explosion; Riot or Civil Commotion; Aircraft; Vehicles not owned or operated by a resident of the **residence premises**; Vandalism or Malicious Mischief, or Theft.

b.  We will pay up to 5% of the limit of liability that applies to the dwelling, for all trees, shrubs, plants, or lawns or grounds. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for **business** purposes.

9.  Reasonable Repairs

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.

10.  Removal of Property in Danger

a.  We will pay for covered property damaged in any way when removed from a premises in imminent danger from an **occurrence**.

b.  This coverage applies for 30 days from the date of removal.

c.  The limit of liability for Removal of Property in Danger does not increase the limit of liability.

11.  Loss Assessment

a.  We will pay up to $1,000 on an annual aggregate basis for loss assessment charged against you during the policy period when the assessment is made because of direct physical loss to collectively owned property by an **occurrence**.

b.  This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises** and only for direct physical loss.

c.  We do not cover assessments charged by a governmental body.

d.  We will only pay up to $1,000 on an annual aggregate basis for an **occurrence** regardless of the number of assessments.

12. Glass or Safety Glazing Material

    a.  We cover:

        (1)  The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

        (2)  The breakage, caused directly by **earth movement**, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

        (3)  The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

    b.  This coverage does not include loss:

        (1)  To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

        (2)  On the **residence premises** if the dwelling has been **vacant** for more than 30 consecutive days immediately before the loss, except when the breakage results directly from **Earth Movement** as provided for in a.(2) above.  A dwelling being constructed is not considered **vacant**.

Loss to glass covered under this Additional Property Coverage 12 will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

13. Arson Reward - We will pay up to $5,000 for information leading to a conviction in connection with an arson loss to your covered property.

14. Full Cost Replacement Coverage

    a.  We will only pay:

        (1)  the amount needed to replace a Dwelling after an **occurrence** even if the limit of insurance shown on the Declarations is less than the cost of repairs; or

        (2)  up to 125% of the applicable limit of insurance if, at the time of loss, the Dwelling is being newly constructed or the Dwelling is **vacant** or has not been **occupied** for more than 30 consecutive days while undergoing **renovation**.

    b.  For this coverage to apply you agree to:

        (1)  Insure the Dwelling at 100% of its replacement cost as determined by us.

        (2)  Repair or rebuild the Dwelling with equivalent construction on the **residence premises**; or, for no greater cost, buy or build a Dwelling at another location.  If you choose not to repair or replace, we will only pay you the cost to repair or rebuild the damaged Dwelling at the same premises prior to the loss, or the applicable limits of insurance shown on the Declarations, whichever is less.

        (3)  Notify us prior to the start of a **renovation** which will cause your Dwelling to be:

            (i)  **vacant**; or

            (ii)  not **occupied** for more than 30 days.

(4) Promptly notify us of a **renovation** that increases the replacement cost of the Dwelling by $25,000 or more. The cost of unreported **renovations** prior to an **occurrence** will not be included in the replacement cost calculation for this coverage.

c. When we increase the limit of insurance for your Dwelling, the percentage of increase will also apply to the limit of insurance for Other Structures, Personal Property, and Loss of Use.

d. This coverage includes increased costs you incur due to enforcement of an ordinance or law that regulates the construction, demolition, or repair of the Dwelling after an **occurrence**, unless described under Property Losses Not Covered.

e. This coverage does not include any consideration or payment for land values.

15. Refrigerated Products

Personal Property is extended to cover perishable items in a refrigerator or freezer on the **residence premises** for loss caused by power failure which originates off the **residence premises**. This coverage does not increase the limit of liability applying to the damaged property.

This coverage is subject to a $100 deductible.

16. Landlord's Furnishings

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in an apartment on the **residence premises** regularly rented or held for rental to others by an **insured**, for loss caused only by the Property Losses We Cover in Personal Property.

The $2,500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

17. Grave Markers

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the **residence premises** for loss caused by the Property Losses We Cover in Personal Property.

### PROPERTY LOSSES WE COVER

**Dwelling and Other Structures**

We will pay for direct physical loss to property described in Dwelling and Other Structures resulting from an **occurrence**.

**Personal Property**

We insure for direct physical loss to Personal Property caused by a cause of loss listed below:

1. Fire or lightning.

2. Windstorm or hail.

   This cause of loss includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3. Explosion.

4. Riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

524911-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

6.  Vehicles.

7.  Smoke, meaning sudden and accidental damage from smoke.

8.  Vandalism or malicious mischief.

9.  Theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

10. Falling objects.

11. Weight of ice, snow, or sleet which causes damage to property contained in a building.

12. Accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

13. Sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

14. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

15. Sudden and accidental damage from artificially generated electrical current.

16. Volcanic eruption other than loss caused by **earthquake**, land shock waves or tremors.  One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

## PROPERTY LOSSES NOT COVERED

A.  **Dwelling and Other Structures**

1.  We do not insure for loss:

    a.  Involving **collapse**, other than as provided in Additional Property Coverages clause 2 - **Collapse**;

    b.  Caused by:

        (1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leaking or overflow from within the system or appliance caused by freezing.  This applies only while:

            (i)  the dwelling is **vacant** or not **occupied** and has been so for more than 30 consecutive days; or

            (ii) being constructed

            However, we will pay if you have used reasonable care to:

            (1) maintain heat in the building; or

            (2) shut off the water supply and drain the system and appliances of water.

        (2) Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

            (i)  Fence, pavement, patio, septic system, swimming pool, hot tub, whirlpool, spa or similar structure;

            (ii) Footing, foundation, wall, retaining wall, or bulkhead; or

(iii) Pier, wharf, dock or bridge;

(3) Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and **occupied;**

(4) Vandalism and malicious mischief if the dwelling has been **vacant** for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered **vacant;**

(5) Any of the following:

(i) Wear and tear, marring, scratching, deterioration;

(ii) Inherent vice, hidden or latent defect, any quality in property that causes it to damage or destroy itself; or mechanical breakdown;

(iii) Smog, rust or other corrosion, bacteria, or wet or dry rot;

(iv) Smoke from agricultural smudging or industrial operations;

(v) The actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of **pollutants** including the costs to test for, monitor, clean up, remove, or in any way respond to or assess the effects of **pollutants** on the **residence premises**, unless caused by an **occurrence**.

This does not apply to an actual discharge, dispersal, seepage, migration, release, or escape of **pollutants** if the **occurrence** is both sudden and accidental. Such an **occurrence** will be considered sudden if:

(A) it is abrupt, instantaneous, and demonstrable as having first commenced at a specific time and day during the policy period; and

(B) substantially all of the damages are detected or were readily detectable within 7 days of actual discharge, dispersal, seepage, migration, release, or escape of **pollutants;**

(vi) Settling, shrinking, bulging or expansion, including resultant cracking, or the activity or growth of roots from plants, trees, or shrubs, to pavements, patios, foundations, walls, floors, roofs, or ceilings; or

(vii) Animals owned or kept by an **insured**, or by birds, vermin, rodents, or insects;

If any of these cause water or steam damage not otherwise described under Property Losses Not Covered, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water or steam. This includes the cost of tearing out and replacing any part of a Dwelling or Other Structure necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water or steam escaped.

c. Described under Property Losses Not Covered: A. Dwelling and Other Structures:

Under items a. and b., any ensuing loss to property described under Dwelling and Other Structures not described under Property Losses Not Covered in this policy is covered.

d. To Other Structures:

(1) Used in whole or in part for **business;** or

(2) Used to store **business** property. However, we do cover a structure that contains **business** property solely owned by an **insured** or a tenant of the dwelling provided that **business** property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

(3) Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

e.  Land except as described in the Additional Property Coverages clause 6 - Land.

**B.  Personal Property**

1.  **Property Not Covered**

a.  We do not cover any of the following property unless otherwise stated or specifically covered by endorsement attached to this policy:

(1) Personal Property at an **insured's** residence that is not at the **residence premises**, except as provided in the Special Limits of Insurance clause 12.

(2) Trees, Shrubs, Lawns and Other Plants or Grounds except as described in the Additional Property Coverages clause 8 - Trees, Shrubs, Lawns and Other Plants.

(3) Animals, including birds or fish;

(4) Motorized land vehicles. This includes their equipment, accessories, parts, and electronic apparatus designed to be operated only by use of the power from the vehicle's electrical system. However, this applies only while the property is in or upon the vehicle.

We do cover Motorized Land Vehicles not subject to motor vehicle registration which are:

(i)  used solely to service an **insured's** residence;

(ii)  designed to assist the handicapped; or

(iii) **golf carts** designed for recreational use off public roads.

as described in the Special Limits of Insurance clause 11.

(5) Aircraft or Hovercraft and their parts used or designed to carry people or cargo in flight.

(6) Any illegal property, substance, or contraband.

(7) **Business** Property except as provided by Special Limits of Insurance Clause 7 and Clause 8.

(8) Credit Cards, Electronic Fund Transfer Cards or Electronic Access Devices, Forgery and Counterfeit Money except as provided under Additional Property Coverages Clause 3.

2.  **Property Losses Not Covered**

a.  The following Property Losses are not covered. The cause of loss of:

1.  windstorm or hail does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

2. smoke, meaning sudden and accidental damage from smoke, does not include loss caused by smoke from agricultural smudging or industrial operations.

3. theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen does not include loss caused by theft:

   (i) Committed by the **insured**;

   (ii) In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and **occupied**; or

   (iii) From that part of a **residence premises** rented by an **insured** to other than an **insured**.

   The cause of loss of Theft does not include loss caused by theft that occurs off the **residence premises** of:

   (A) Property while at any other residence owned by, rented to, or **occupied** by an **insured** except while an **insured** is temporarily living there. Property of a student who is an **insured** is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

   (B) Watercraft, and their furnishings, equipment and outboard engines or motors; or

   (C) Trailers and campers.

4. falling objects does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the Falling object itself is not included.

5. accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance does not include loss:

   (i) To the system or appliance from which the water or steam escaped;

   (ii) Caused by or resulting from freezing except as provided in the cause of loss of freezing below; or

   (iii) On the **residence premises** caused by accidental discharge or overflow which occurs off the **residence premises**.

   In this cause of loss, a plumbing system does not include a sump, sump pump or related equipment.

6. sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water, if this cause of loss is caused by or results from freezing.

7. freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leaking or overflow from within the system or appliance caused by freezing. This applies only while:

   (i) the dwelling is **vacant** or not **occupied** and has been so for more than 30 consecutive days; or

   (ii) being constructed

   However, we will pay if you have used reasonable care to:

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

(1)  maintain heat in the building; or

(2)  shut off the water supply and drain the system and appliances of water.

8.  sudden and accidental damage from artificially generated electrical current does not include loss to a tube, transistor or similar electronic component.

b.  We will not pay for loss or damage arising, in whole or in part, out of, resulting from, caused by, or in any way related to error in computer programming or instructions to the computer, including detrimental code except as provided by Special Limits of Insurance clause 7 and clause 8. Detrimental code means any computer virus, program, routine, sub-routine, trojan horse, worm, script or other code string that destroys, alters, or corrupts, media, software, or data, regardless of how the detrimental code was introduced or acquired.

## C.  Dwelling, Other Structures, Personal Property, and Loss of Use of the Residence Premises

1.  We do not cover loss or damage caused directly or indirectly by any of the following. Such loss or damage is not covered regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a.  **Earth Movement;**

However, we do cover direct physical loss to:

(1)  covered property ensuing from:

(i)  fire, explosion, or theft;

b.  Water Damage, meaning:

(1)  flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2)  water which backs up through sewers or drains or which overflows from a sump; or

(3)  water or water-borne material below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

(4)  continuous or repeated seepage or leakage of water or steam from any source over a period of weeks, months or years unless such loss is sudden and accidental.  Sudden and accidental shall include a physical loss that is hidden or concealed for a period of time.  A hidden or concealed loss must be reported to us no later than 30 days after the date appreciable loss or damage occurs and is detected or should have been detected.

We do cover:

(i)  Direct loss by fire, explosion, or theft that results from water damage;

c.  Power Failure, meaning the failure of power or other utility service if the failure takes place off the **residence premises**. But if the failure of power or other utility service results in a loss, from a cause of loss insured against on the **residence premises**, we will pay for the loss or damage caused by that cause of loss insured against.

This does not apply to Additional Property Coverages clause 15 - Refrigerated Products.

d.  **Neglect.**

   e.  **War**.

   f.  Nuclear reaction, radiation, or radioactive contamination, however caused. We do cover direct loss by fire that results.

   g.  Fraudulent, dishonest, or criminal acts by or at the direction of the **insured**.

   h.  Intentional Loss, meaning loss arising out of an act committed by or at the direction of the **insured** with the intent to cause a loss. We will cover the insurable interests of an innocent **coinsured** who did not cause or in any way contribute to the intentional loss.

   i.  Misappropriation, meaning the taking, damaging, or destroying of Personal Property by or at the direction of an **insured**. We will cover the insurable interests of an innocent coinsured who did not cause or in any way contribute to the misappropriation.

   j.  Voluntary parting with any property by an **insured** for more than 60 days. We will cover the insurable interests of an innocent coinsured who did not cause or in any way contribute to the voluntary parting.

2.  We do not cover loss caused by any of the following. However, any ensuing loss not excluded in this policy is covered.

   a.  weather conditions that contribute in any way with a loss not covered in 1. above;

   b.  acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

   c.  faulty, inadequate or defective:

      (1)  planning, zoning, development, surveying, siting;

      (2)  design, specifications, workmanship, repair, construction, **renovation**, remodeling, grading, compaction;

      (3)  materials used in repair, construction, **renovation** or remodeling; or

      (4)  maintenance

      of part or all of any property on or off the **residence premises**;

   d.  the cancellation of a lease or agreement;

   e.  destruction, confiscation or seizure of the Dwelling, Other Structures, or Personal Property by order of a government or public authority. However, we will pay for loss caused by action taken by the authority at the time of a fire to prevent its spread; or

   f.  dampness, dryness or changes in or extremes in temperature, whether atmospheric or not, including any condensation, unless damage is to Additional Property clause 15 - Refrigerated Products or the direct cause of loss is rain, snow, sleet, or hail.

3.  We will not pay for loss or damage arising, in whole or in part, out of, resulting from, caused by, or in any way related to **fungi**. This includes the cost to test for, monitor, abate, mitigate, or remediate **fungi**.

If **fungi** is the result of a cause of loss otherwise covered in this policy, we will pay up to policy limits. However, if the **fungi** is located on a portion of the covered property that did not sustain direct physical damage from the covered peril, we will pay up to $10,000 on an annual aggregate basis for all **property damage** covered under the Dwelling, Other Structures, Personal Property, and Additional

Property Coverages and related Loss of Use, caused by or resulting from the **fungi**. This includes the cost to test for, monitor, abate, mitigate, or remediate **fungi**.

This limitation does not apply when **fungi** results from fire or lightning.

## COVERAGE FOR LIABILITY AND MEDICAL PAYMENTS TO OTHERS

### Personal Liability

If a claim is made or a suit is brought against an **insured**, anywhere in the world, for damages because of **bodily injury**, **personal injury**, or **property damage** caused by an **occurrence** we will:

1. Pay on behalf of the **insured** up to the limit of insurance shown on the Declarations for which the **insured** is legally liable; and,

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our liability limits are exhausted by payment following settlement or adjudication.

### Medical Payments to Others

1. For each person injured, we will pay up to the limit of insurance shown on the Declarations for necessary medical expenses that are incurred within three years from the date of **bodily injury** caused by an **occurrence**.

2. This coverage does not apply to you or residents of your household except **residence employees** while in the course of their employment by an **insured**.

3. This coverage applies:

   a. to a person on an **insured location** with the permission of an **insured**; or

   b. to a person off an **insured location** if the **bodily injury**:

      (1) arises out of a condition on an **insured location**;

      (2) is caused by the activities of an **insured**;

      (3) is caused by a **residence employee** in the course of employment by an **insured**; or

      (4) is caused by an animal owned by or in the care of an **insured**.

### Additional Liability Coverages

In addition to the limit of insurance, we will pay:

1. Claim Expenses, meaning:

   a. expenses we incur and costs taxed against an **insured** in a suit we defend;

   b. premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of insurance. We need not apply for or furnish any bond;

   c. reasonable expenses incurred by an **insured** at our request, including actual loss of earnings up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

   d. interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of insurance.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

2. First Aid Expenses

We will pay expenses for first aid to others incurred by an **insured** for **bodily injury** caused by an **occurrence** under this policy.  We will not pay for first aid to an **insured**.

3. Damage to Property of Others

We will pay, at replacement cost, up to $1,000 per **occurrence** for **property damage** caused by an **insured** to property of others specifically not covered in this policy.

4. Loss Assessment

a. We will pay up to $1,000 for loss assessment charged against you during the policy period when the assessment is made as a result of **bodily injury, personal injury,** or **property damage** covered under this policy.  This includes damages resulting from an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

    (1) the director, officer, or trustee is elected by members of a corporation or association of property owners; and

    (2) the director, officer, or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

b. This coverage applies only to loss assessments charged against you as part of an assessment against multiple members of a property owner or tenant association managing a **residence premises**.

c. We do not cover assessments charged by a governmental body.

d. We will pay up to $1,000 on an annual aggregate basis for any one **occurrence**, regardless of the number of assessments.  An act involving more than one director, officer, or trustee is considered to be a single event.

5. Credit Card, Electronic Fund Transfer Card or Electronic Access Device, Forgery and Counterfeit Money

We will pay up to $1,000 per policy period for damages to others resulting from an **occurrence** arising out of an activity by or on behalf of an **insured**.

## LOSSES NOT COVERED - LIABILITY AND MEDICAL PAYMENTS TO OTHERS

A. Personal Liability and Medical Payments to Others Coverages do not apply to damages resulting from **bodily injury, personal injury,** or **property damage** arising out of:

1. Which is expected or intended by one or more **insureds** even if the **bodily injury** or **property damage**:

    a. Is of a different kind, quality, or degree than initially expected or intended; or

    b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

    However, this Item A. does not apply to **bodily injury** resulting from the use of reasonable force by one or more **insureds** to protect persons or property.

2. **personal injury** caused by the knowing violation of a penal law or ordinance caused by or at the direction of any **insured**;

3. discrimination due to age, race, color, sex, religion, national origin, sexual preference, or physical handicap;

4. sexual molestation, sexual harassment, corporal punishment, or physical or mental abuse by any **insured**;

5. any communicable disease from any **insured**. This includes but is not limited to: the transmittal of, exposure to, perceived threat of, or fear of transmittal of or exposure to any communicable disease;

6. the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law. However, this does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician;

7. **business** activities or **business** property of any **insured**. We do cover:

    a. the rental or holding for rental of an **insured location**:

        (1) on an occasional basis if used only as a residence;

        (2) if part of the **insured location** is used as a residence for only up to two roomers or boarders per single family unit; or

        (3) in part, as an office, school, studio or private garage;

8. a premises owned by an **insured**, rented to an **insured**, or rented to others by an **insured** that is not an **insured location**;

9. the providing of home care service. But this does not apply when:

    a. any **insured** provides the service for a relative of any **insured**;

    b. a mutual exchange of services involves no compensation in cash or value in an amount in excess of $2,000; or

    c. the home care service is provided on an occasional or part-time basis by any **insured** under 23 years of age;

10. the rendering of or failure to render professional services by any **insured**;

11. civic activities performed by any **insured**, unless they are performed without compensation;

12. the ownership, maintenance, use, loading or unloading, entrustment to other people, or vicarious liability arising out of motorized land vehicles including hovercraft and their trailers. We do cover:

    a. a trailer not towed by or carried on a motorized land vehicle;

    b. a motorized land vehicle designed for recreational use off public roads, not subject to motor vehicle registration, and:

        (1) not owned by an **insured**; or

        (2) owned by an **insured** and on an **insured location**;

    c. a **golf cart**; and

    d. a motorized land vehicle not subject to motor vehicle registration which is owned, leased, or used by an **insured**:

        (1) to service an **insured's** residence;

(2) designed to assist the handicapped; or

(3) in dead storage on an **insured location**;

13. the ownership, maintenance, use, loading or unloading, entrustment to other people of, or vicarious liability arising out of watercraft other than:

   a. sailing vessels less than 26 feet in length, with or without auxiliary power;

   b. other watercraft powered by one or more engines or motors with 50 total horsepower or less;

   c. watercraft less than 26 feet that are not owned by or rented for more than 30 consecutive days to an **insured**; and

   d. watercraft that are stored;

14. the ownership, maintenance, use, loading or unloading, entrustment to other people, or vicarious liability arising from aircraft used or designed to carry people or cargo in flight;

15. **war**;

16. any nuclear reaction, radiation, or radioactive contamination however caused.

B. Personal Liability and Medical Payments to Others do not apply to **bodily injury** for which an **insured** provides or is legally obligated to provide coverage under any:

1. workers' compensation law;

2. unemployment compensation;

3. disability benefits;

4. occupational disease law; or

5. other similar laws.

C. Personal Liability Coverage does not apply to:

1. Liability to others assumed by an **insured** under a contract or agreement unless that contract or agreement:

   a. directly relates to the ownership, maintenance or use of an **insured location**;

   b. is entered into by the **insured** prior to an **occurrence**; and

   c. is not covered elsewhere in this policy.

2. **Property damage** to property owned by an **insured**.

3. **Property damage** to property rented to, **occupied** or used by or in the care of an **insured**, unless the damage is caused by fire, water, smoke or explosion.

4. **Bodily injury** or **personal injury** to any **insured**.

5. **Personal injury** sustained by a person as a result of an offense directly or indirectly related to the employment of that person by an **insured**.

6. **Personal injury** arising out of civic or public activities performed for pay by an **insured**.

7. Any claim or liability arising, in whole or in part, out of, resulting from, caused by, or in any way related to **fungi**. This includes the cost to test for, monitor, abate, mitigate, remove, dispose of, or remediate **fungi**. However, this limitation does not apply to the **residence premises**.

   The above provision applies regardless of any other cause, event, material, product or building component that contributed concurrently or in any sequence to such liability.

8. Any written or oral statement made, or which should have been made, by you or others on your behalf which is material to the sale of any property.

D. Medical Payments to Others Coverage does not apply to **bodily injury**:

   1. to a **residence employee** if the **bodily injury**:

      a. occurs off the **insured location**; and,

      b. does not arise out of the duties of a **residence employee** as defined.

E. Personal Liability and Medical Payments to Others Coverages do not apply to damages resulting from **bodily injury**, **personal injury**, or **property damage** caused directly or indirectly by any of the following, whether another cause or event contributes concurrently or in any sequence to the loss:

   1. Smog, rust or other corrosion, or, wet or dry rot whether caused directly or indirectly by an **insured**. This includes any loss caused by, the result of, or aggravated by any **occurrence** otherwise covered under this policy;

   2. Any claim, suit or order by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to, or assessing, the effects of **pollutants**.



HOME STANDARD

**Scheduled Valuable Possessions**

## Scheduled Valuable Possessions

| Policy Number | Effective Date | Company |
|---|---|---|
| NZE 330 67 78 | 02-14-05 | THE AMERICAN INSURANCE COMPANY |

| Named Insured | Your Agent Is |
|---|---|
| MARLANDE J MAUBERRET | HARRY  KELLEHER & CO., INC. |
| ANDRE B MAUBERRET | 5720 SALMEN AVENUE |
| #6 FORREST CT | HARAHAN  LA  70123 |
| METAIRIE  LA  70001 | (504) 828-0400 |

**Scheduled Valuable Possessions as of 02-14-05**

JEWELRY

                                                                    AMT INS.

     1     BLANKET JEWELRY
           APPRAISAL DATE:                               $      23,153.00

                                        JEWELRY TOTAL $      23,153.00

# Policyholder Message - Scheduled Valuable Possessions Inflation Protection

Dear Policyholder:

A word about values - and about your Scheduled Valuable Possessions Inflation Protection from Fireman's Fund ®.

As you no doubt realize, most any valuable piece of jewelry - diamond ring, brooch, pearl necklace - tends to increase in value. It's the same with silverware, fine arts, antiques and other collectibles. By the time a year goes by, that increase could be considerable. That's why we devised Inflation Protection. It will help you keep pace with those continuing upward value changes, automatically.

Here's how it works:

The valuable pieces of personal property named in your policy are currently scheduled according to their purchase price or most recent appraisal. With inflation protection, as these values increase from year to year, the insurance coverage protecting them will increase.* The increase will be in a measured amount, which we will determine following consideration of data and indexes that measure price changes in the wholesale and retail markets. You will see the increase in values due to inflation protection reflected in the scheduled amounts in your renewal policy

Of course, increasing values by inflation factors is not as accurate as a value estimate by a qualified appraiser. We recommend you have your scheduled property reappraised every three years and adjust the insured values accordingly.

*Values are also adjusted at time of loss for any inflation since the last policy anniversary date.

335237 11-02

# Scheduled Valuable Possessions Endorsement- Louisiana

For an additional premium, we cover the classes of valuable possessions indicated by a limit of liability in the Declarations for the articles specifically described in the Scheduled Valuable Possessions Itemized Listing.

This coverage is subject to the DEFINITIONS, SECTION I - CONDITIONS, SECTION I AND II - CONDITIONS and all provisions of this endorsement.

## VALUABLE POSSESSIONS CLASSES

1. **Jewelry**, meaning articles of personal adornment composed all or in part of silver, gold, platinum or other precious metals or alloys, that may include pearls, jewels, or precious or semi-precious stones.

2. **Jewelry in Vault**, meaning articles of personal adornment as described in the class of **Jewelry**, which are kept in a bank vault.

3. **Furs** and garments trimmed with fur or consisting principally of fur.

4. **Cameras**, projection machines, films and related articles of equipment.

5. **Musical Instruments** and related articles of equipment.

6. **Silverware**, silver-plated ware, goldware, gold-plated ware and pewterware, but excludes pens, pencils, flasks, smoking implements or jewelry.

7. **Sports and Hobby Equipment**, meaning equipment and other property usual to the sport or hobby in the schedule. A $25 deductible applies to each loss to this property.

8. **Fine Arts**, meaning paintings, etchings, pictures, tapestries and other bona fide works of art (such as valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, manuscripts, porcelains, and rare glass) of rarity, historical value or artistic merit.

9. **Fine Arts - 10% Earthquake Deductible**, meaning paintings, etchings, etc. as described in the class of **Fine Arts**, subject to an earthquake deductible equal to 10% of the limit of liability as shown in the Declarations. This amount will be applied as defined in the Loss Settlement section of this policy.

10. **Fine Arts - No Earthquake Coverage**, meaning paintings, etchings, etc. as described in the class of **Fine Arts**, subject to the following additional Perils Insured Against Provision: We do not insure loss caused by the peril of earthquake.

11. **Postage Stamps** including due, envelope, official, revenue, match and medicine stamps, covers, locals, reprints, essays, proofs and other philatelic property, including their books, pages and mountings, owned by or in custody or control of the **insured**.

12. **Rare and Current Coins** including medals, paper money, bank notes, tokens of money and other numismatic property, including coin albums, containers, frames, cards and display cabinets in use with such collection, owned by or in custody or control of the **insured**.

13. **Guns** and related articles of equipment. We do not cover ammunition.

14. **Bicycles**.

15. **Collectibles**, meaning wine, sports cards, dolls, model trains and other private collections of rare, unique or novel items of personal interest including memorabilia.

16. **Other Property**, as described in the Schedule.

**NEWLY ACQUIRED PROPERTY** is deleted and replaced by the following:

**NEWLY ACQUIRED PROPERTY**

We cover property newly acquired, consigned or entrusted to an **insured** during the policy period, if it is a class of property for which there is already property separately described and specifically insured on the Scheduled Valuable Possessions Itemized Listing. However, we will pay no more than 100% of the limit of liability for the class for which the property qualifies.

For coverage to apply you must:

1. Report this property to us within 90 days of possession or acquisition; and

2. Pay the additional premium from the date of possession or acquisition.

125259 11-02 LA

Page 1 of 4

We reserve the right to refuse to insure this property after the 90th day.

This extension of coverage does not apply to property covered on a blanket basis.

**PERILS INSURED AGAINST**

We insure for direct and accidental loss or damage to covered property caused by an **occurrence**. Covered property may be subject to a deductible or an earthquake exclusion as shown in the Declarations.

**EXCLUSIONS - LOSS NOT INSURED**

We do not insure loss caused by any of the following:

1. Wear and tear, gradual deterioration, latent defect or inherent vice;

2. Insects or vermin;

3. **War**;

4. **Nuclear hazard**;

5. Intentional loss, meaning any loss arising out of an act committed:

    a. By or at the direction of an **insured**; and

    b. With the intent to cause a loss;

6. If **Postage Stamps** or **Rare and Current Coins** collections are covered, the following exclusions also apply:

    a. Fading, creasing, denting, scratching, tearing or thinning;

    b. Transfer of colors, inherent defect, dampness, extremes of temperature, or depreciation;

    c. Being handled or worked on;

    d. The disappearance of individual stamps, coins or other articles unless the item is:

        (1) Described and scheduled with a specific amount of insurance; or

        (2) Mounted in a volume and the page it is attached to is also lost;

    e. Shipping by mail other than registered mail; or

    f. Theft from any unattended automobile unless being shipped as registered mail.

g. We do not insure loss, from any cause, to property:

    (1) In the custody of transportation companies; or

    (2) Not part of a stamp or coin collection.

7. If **Fine Arts**, **Fine Arts - 10% Earthquake Deductible** or **Collectibles** are covered, the following exclusions also apply:

    a. Repairing or restoration; or

    b. Any retouching process.

8. If **Fine Arts - No Earthquake Coverage** are covered, the following exclusions also apply:

    a. Earthquake; or

    b. Repairing or restoration; or

    c. Any retouching process.

9. If **Jewelry in Vault** is covered, we also do not insure loss to any items while they are away from the bank's premises, unless:

    a. you notify us and agree in advance to cover them; and

    b. you pay the additional premium for the time the items are away from the bank's premises.

10. If wine is covered under **Collectibles**, the following exclusions also apply:

    a. Failure to use reasonable care to maintain all heating, cooling or humidity control equipment in proper operating condition. However, we will pay for loss caused by:

        (1) Mechanical or electrical breakdown of heating, cooling or humidity control equipment which is owned or used by you; or

        (2) A power failure beyond your control which causes a change in temperature or humidity.

    b. Improper handling or storage;

    c. Consumption; or

    d. Normal shortage, leakage, spillage, evaporation, dissipation, spoilage or deterioration, all usual or customary to wine.

The following **Exclusion** is added:

11. Government Action, meaning the destruction, confiscation or seizure of covered property by order of any government or public authority. This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

## GENERAL CONDITIONS

1. **Conformity to State Law**

   When any policy provision is in conflict with the applicable law of the State in which this policy is issued, the law of the State shall apply.

2. **Territorial Limits**

   We cover the property described while it is anywhere in the world.

3. **Loss Clause**

   The limit of liability under this endorsement shall not be reduced except for a total loss of a scheduled article. We will refund the unearned premium applicable to such article after the loss or you may apply it to the premium due for the replacement of the scheduled article.

4. **Inflation Protection**

   We shall increase the amount of insurance, at each policy anniversary, at the rate of inflation in property values. We shall also increase the amount of insurance at time of loss for any inflation since the last policy anniversary date.

The following changes apply to your Homeowners Policy Section I Conditions for property covered under this endorsement:

Under **Your Duties After Loss,** the following is added:

Ensure that any employee, resident of your household, or others will be available for examination under oath to the extent that you reasonably can.

**Loss Settlement** is deleted and replaced by the following:

**Loss Settlement**

We will settle covered losses as follows:

a. Specifically scheduled property: For property that is separately described and specifically insured on the Scheduled Valuable Possessions Itemized Listing:

   (1) The most we will pay is:

      (a) The agreed value, which is the amount shown for the property on the listing; or

      (b) The fair market value, or up to 150% of the agreed value, whichever is less, if the fair market value before the loss is greater than the agreed value.

   (2) Total losses: If property is totally destroyed or lost, we will pay the amount in a.(1) above that applies.

   (3) Partial losses: For partial losses we will pay up to the amount in a.(1) above that applies for the lowest of the following:

      (a) The cost to restore the property to its condition just before the loss;

      (b) The difference between the fair market value before and after the loss. But if the agreed value at the time of the loss is greater than the fair market value, we will pay the difference between the agreed value and the fair market value after the loss; or

      (c) The cost to replace the property without deduction for depreciation as follows:

         i. We will pay the cost to replace the property with a new article that is identical; or

         ii. If an identical article is no longer manufactured or is not available, we will pay the cost to replace it with a new article that is similar and of comparable quality and usefulness.

   (4) In case of loss to a pair or set, we will pay the agreed value for the pair or set if you give us all the remaining parts of the set.

   (5) We reserve the right to declare any loss a total loss.

b.  Blanket coverage:  For property covered on a blanket basis:

  (1)  The most we will pay is the amount of insurance shown on the Schedule Valuable Possessions listing as the blanket limit for the property subject to a limit of $50,000 for any one item.

  (2)  We will pay up to the limit in b.(1) above, for the lowest of the following:

    (a)  The cost to restore the property to its condition just before the loss;

    (b)  The difference between the fair market value before and after the loss; or

    (c)  The cost to replace the property without deduction for depreciation as follows:

      i.  We will pay the cost to replace the property with a new article that is identical; or

      ii.  If an identical article is no longer manufactured or is not available, we will pay the cost to replace it with a new article that is similar and of comparable quality and usefulness.

c.  Earthquake Deductible

  If an earthquake deductible is shown in the Declarations for Scheduled Valuable Possessions - Fine Arts, we will subtract the amount of this deductible from the combined amount we will pay under items a.(2), a.(3), a.(4) and b. above for each **occurrence**.  One or more earthquake shocks within a seventy-two hour period will be considered a single **occurrence**.

**Other Insurance** is deleted and replaced by the following:

If at the time of loss or damage there is available any other insurance which would apply to the property in the absence of this policy, the insurance under this policy shall apply only as excess insurance over the other insurance.

**Our Option** is deleted in its entirety.

All other policy provisions apply.



HOME STANDARD

**General Conditions**

# PolicyConditions

## QuickReferenceGuide

| | Beginning On Page |
|---|---|
| **General Policy Conditions** | |
| Policy Period | 1 |
| Your Duties After An Occurrence | 2 |
| Concealment or Fraud | 3 |
| Liberalization Clause | 4 |
| Waiver or Change to the Policy | 4 |
| Cancellation | 4 |
| Non-Renewal | 5 |
| Assignment | 6 |
| Subrogation | 6 |
| Death | 6 |
| Conformance with State Law | 6 |
| **Property Conditions** | |
| Insurable Interest and Limit of Insurance | 6 |
| Loss Settlement | 6 |
| Appraisal | 8 |
| Other Insurance | 8 |
| Suit Against Us | 8 |
| Our Option | 8 |
| Loss Payment | 8 |
| Abandonment of Property | 8 |
| Mortgage Clause | 8 |
| No Benefit to Bailee | 9 |
| Inflation Protection Coverage | 9 |
| Recovered Property | 9 |
| **Liability Conditions** | |
| Limit of Liability | 10 |
| Severability of Insurance | 10 |
| Suit Against Us | 10 |
| Bankruptcy of an Insured | 10 |
| Other Insurance | 10 |
| Payment under Coverage for Liability and Medical Payments to Others | 10 |

## GENERAL POLICY CONDITIONS

This part of the policy explains the conditions that apply. The conditions apply to your policy in general and to each Coverage in it.

A.   Policy Period - This policy applies to:

  1.   property losses and **bodily injury**, **personal injury**, or **property damage** that first occur; or

2. loss assessment that is charged against you

during the policy period.

B. **Your Duties After An Occurrence** - in case of an **occurrence**, we have no duty to provide coverage under this policy unless there has been compliance with the following duties by an **insured** or an **insured's** representative, who must:

1. notify us or your agent of a loss promptly. Provide details regarding time, place, and circumstances of the loss;

2. notify the police in case of loss by theft in a timely manner;

3. notify the credit card or electronic fund transfer company in case of loss under that coverage in a timely manner;

4. notify the appropriate law enforcement agency in case of loss involving Identity Fraud, or Kidnap and Ransom in a timely manner, if coverage is provided;

5. take all reasonable steps to protect property from further damage. If repairs to the property are required, you must:

   a. make reasonable and necessary repairs to protect the property; and

   b. keep an accurate record of repair expenses;

6. prepare an inventory of damaged Personal Property showing quantity, description, and amount of loss. Attach available bills, receipts and other documents that justify the amount of loss;

7. as often as we reasonably require:

   a. show the damaged property to us;

   b. provide us with records and documents we request and permit us to make copies;

   c. submit to an examination under oath, while not in the presence of any other **insured**; and

   d. ensure that any employee, resident of your household, or others will be available for examination under oath to the extent that you reasonably can;

8. within 60 days of our request, or as soon thereafter as practicable, sign and submit a sworn proof of loss on the form we provide or a form which is acceptable to us, including but not limited to:

   a. the time and cause of loss;

   b. the interest of the **insured** and all others in the property involved and all liens on the property;

   c. other insurance which may cover the loss; and

   d. the inventory of damaged personal property described in B.6. above;

9. cooperate with us in our investigation and defense of a loss. Promptly send us all legal papers, including notices, demands, summons, or other processes relating to the loss;

10. at our request, cooperate and help us:

    a. to make settlement;

    b. to obtain records and other information;

5311 4-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

    c.  to enforce any right of contribution or indemnity against any person or organization who may be liable to an **insured**;

    d.  with the conduct of suits and attend hearing and trials; and

    e.  to secure and give evidence and obtain the attendance of witnesses;

11.  notify us and obtain our permission before voluntarily making payment, assuming obligation, or incurring expense other than to render first aid to others at the time of **bodily injury**.

**C.**  **Concealment or Fraud**

  1.  Under Coverage For Damage To Your Property:

    a.  With respect to loss where cause of loss is fire, we do not provide coverage to the **insured** who, whether before or after a loss, has:

      (1)  Intentionally concealed or misrepresented any material fact or circumstance;

      (2)  Engaged in fraudulent conduct; or

      (3)  Made false statements;

      relating to this insurance.

    b.  With respect to loss where cause of loss is other than fire and with respect to all **insureds** covered under this policy, we provide no coverage for loss under Coverage For Damage To Your Property if, whether before or after a loss, one or more **insureds** have:

      (1)  Intentionally concealed or misrepresented any material fact or circumstance;

      (2)  Engaged in fraudulent conduct; or

      (3)  Made false statements;

      relating to this insurance.

  2.  Under Coverage For Liability And Medical Payments To Others, we do not provide coverage to one or more **insureds** who, whether before or after a loss, have:

    a.  Intentionally concealed or misrepresented any material fact or circumstance;

    b.  Engaged in fraudulent conduct; or

    c.  Made false statements;

    relating to this insurance.

  3.  In addition, the entire policy will be deemed void if at time of application, the **insured**, with the intent to deceive:

    a.  Intentionally concealed or misrepresented any material fact or circumstance;

    b.  Engaged in fraudulent conduct; or

    c.  Made false statements;

    relating to this insurance, which, if known to us, would have caused us not to issue the policy.

D. **Liberalization Clause** - If we make a change which broadens coverage under this edition of our policy and does not create an additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

   1.   a subsequent edition of this policy; or

   2.   an amendatory endorsement.

E. **Waiver or Change to the Policy** - A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

F. **Cancellation**

   1.   You may cancel this policy in writing at any time by returning it or advising us or your agent of the cancellation date.

   2.   The following applies with respect to premium payments due on new and renewal policies, including installment payments:

      a.   If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs b. and c. below.

      b.   We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

      c.   The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashiers check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

   3.   The following applies if 2. above does not apply.

We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

      a.   When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

      b.   When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

      c.   When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item 3.(e) below, we may cancel:

         (1)   If there has been a material misrepresentation of fact with the intent to deceive:

(i)   In the procurement of the contract; or

(ii)   At any other time since the policy was issued;

which if known to us would have caused us not to issue the policy; or

(2)   If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

d.   When this policy is written for a period of:

(1)   More than one year; or

(2)   Three years or less;

we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

e.   When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:

(1)   If you have committed fraud with the intent to deceive:

(i)   In the procurement of the contract; or

(ii)   At any other time since the policy was issued;

(2)   If the insured risk has undergone a material change;

(3)   If you have filed two or more claims within three years; or

(4)   If the continuation of this policy endangers our solvency.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

4.   If this policy is cancelled, we will return any premium refund due, subject to Paragraphs a., b. and c. below.  The cancellation will be effective even if we have not made or offered a refund.

a.   If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect.

b.   If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within 30 days after the date cancellation takes effect. We will send the refund to you unless c. below applies.

c.   If we cancel based on Paragraph 2. above, we will return the premium due, if any, within 10 days after the expiration of the 10 day period referred to in 2.c. If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent we will send the return premium directly to such payor.

G.   Non-Renewal is deleted and replaced by the following:

1.   We may elect not to renew this policy, subject to the provisions of Paragraphs b. and c. below.  We may do so by delivering to you or mailing to you at your mailing address shown in the Declaration,

written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

2. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

   a. When you have not paid the premium;

   b. If you have committed fraud;

   c. If the insured risk has undergone a substantial change;

   d. If you have filed two or more claims within three years; or

   e. If the continuation of this policy endangers our solvency.

3. We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

H. Assignment - Assignment of this policy or a claim will not be valid unless we give our written consent.

I. Subrogation

   1. Before a loss, an **insured** may waive, in writing, all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   2. If we require assignment, an **Insured** will sign and deliver all related papers and cooperate with us.

   3. Subrogation does not apply to Medical Payments to Others or Damage to Property of Others.

J. Death - If you die, we insure your legal representative but only with respect to the **residence premises** and property covered under this policy at the time of death. We also insure a member of your household who is an insured at the time of your death, but only while a resident of the **residence premises.**

K. Conformance with State Law - If part of this policy does not comply with the laws of the state in which it is written, that part is amended to comply with those laws.

### PROPERTY CONDITIONS

A. Insurable Interest and Limit of Insurance - We will pay up to the lesser of:

   1. each **insured's** interest in covered property at the time of **occurrence**; or

   2. the applicable limit of insurance;

B. Loss Settlement - This condition explains how we settle losses. None of its provisions increase the applicable limit of insurance. The terms **Replacement Cost** and **Actual Cash Value** as used in this section are defined as follows:

**Replacement Cost** means:

   (i) For partial losses, the cost to repair or restore damaged property to its condition just before a loss with property of like kind and quality;

(ii) For total losses, the cost to replace damaged property with new property that is identical or if identical property is not available, the cost to replace the property with new property that is of like kind and quality.

**Actual Cash Value** means the value of a new article that is identical or if no longer available, the value of a new article that is similar and of like kind and quality, less reasonable deductions for wear and tear, deterioration and obsolescence.

1. For Personal Property, we will pay the lesser of the following:

   a. For property except as provided below, the cost to repair or replace the damaged property, whichever is less as defined in **replacement cost;**

   b. For unusual or one of a kind items or articles that are obsolete or not usable for their original intended purpose due to age or condition, we will pay the **actual cash value** or the amount required to repair, whichever is less.

   In no event will we pay more for loss or damage than the applicable limits of insurance for the damaged property.

2. For the Dwelling and Other Structures, we will pay the lesser of the following:

   a. The cost to repair or replace the damaged property, whichever is less as defined in **replacement cost;** or,

   b. The amount you actually spend to replace the damaged structure at an other location, excluding land values; or,

   c. the limit of insurance for the damaged Dwelling or Other Structure, plus any increase that may apply under Additional Property Coverages clause 14 - Full Cost Replacement Coverage.

   If you choose not to repair or replace, we will only pay you the cost to repair or rebuild the damaged structure at the same premises prior to the loss, or the applicable limits of insurance shown on the Declarations, whichever is less.

3. For Unit-Owners Building Items and Tenants Improvements, we will pay the lesser of the following:

   a. The cost to repair or replace the damaged property, whichever is less as defined in **replacement cost;** or,

   b. The amount you actually spent to repair or replace the damaged covered property on the same premises with property of like kind and quality, and used for the same occupancy and purpose; or

   c. If you chose not to repair or replace the property, the **actual cash value** of the damaged covered property.

   If the **occurrence** involves both covered Personal Property and covered Unit-Owners Building Items or Tenants Improvements, in no event will we pay more for loss or damage than the limit of insurance for Personal Property.

   This includes increased costs due to an ordinance or law that regulates the construction, repair or demolition of covered property after an **occurrence**, unless described under Property Losses Not Covered.

5311 4-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

    4.    If, at the time of an **occurrence**, the **residence premises** has been **vacant** for a period of 30 or more consecutive days and we were not advised of this fact, payment will be subject to the deductible amount shown on the Declarations, policy provisions, or the following, whichever is greatest:

        a.    for Dwellings, 5% of the limit of insurance for the Dwelling; or,

        b.    for condominiums and cooperative units, 5% of the limit of insurance for Personal Property.

    This restriction does not apply to **vacancy** that results from a prior **occurrence**.

    5.    Loss to a Pair or Set - In case of loss to a pair or set, we may elect to:

        a.    repair or replace a part to restore the pair or set to its value before the loss;

        b.    pay the difference between the value of the property before and after the loss; or,

        c.    receive the undamaged portion of the pair or set. We will then pay the **replacement cost** of the entire pair or set as outlined in clause B.1., a. and b. above.

C.    Appraisal - If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose and pay for a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose a competent and impartial umpire whose fee will be borne equally by the parties. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the **residence premises** is located. Each party will pay its own costs. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss. If there is an appraisal we still retain the right to deny the claim in whole or in part.

D.    Other Insurance - If an **occurrence** is also covered by other insurance, we will pay only the proportion of the loss that the applicable limit of insurance under this policy bears to the total amount of insurance covering the loss. However, if that other insurance is in the name of a corporation or association of property owners, we will provide coverage excess over the amount recoverable from that other insurance. This insurance will also be excess over any compensation you receive as a result of a service or maintenance agreement.

E.    Suit Against Us - No action can be brought unless the policy provisions have been complied with and the action is started within two years after the **occurrence**.

F.    Our Option - If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the property damaged with new property of like kind and quality.

G.    Loss Payment - We will adjust and pay all covered losses with you except as provided below. We will pay you unless some other person is legally entitled to receive payment. The undisputed portion of the loss will be payable within 30 days after we receive your proof of loss.

    We may adjust and pay losses for covered property with the owners of that property, if other than you. If we pay the owners, such payment will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interests in the covered property.

H.    Abandonment of Property - We need not accept property abandoned by an **insured**.

I.    Mortgage Clause

    1.    The word mortgagee includes trustee.

2. If a mortgagee is named in this policy, losses will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order or precedence of the mortgages.

3. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, provided they:

   a. notify us of a change in ownership, occupancy or substantial change in risk of which they are aware;

   b. pay the premium due if you have not; and

   c. submit a signed, sworn proof of loss within 60 days after receiving notice from us.

4. Policy conditions that relate to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

5. If the policy is cancelled or not renewed by us, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

   The following sentences are added to replace the above:

   If this policy is cancelled by us, the mortgagee will be notified:

   a. at least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

   b. at least 30 days before the date cancellation takes effect if we cancel for any other reasons.

   If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

6. If we pay the mortgagee for a loss and deny payment to you:

   a. we are subrogated to the rights of the mortgagee granted under the mortgage on the property; or

   b. if we choose, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. If we do this, we will receive from the mortgagee a full assignment and transfer of the mortgage and all securities held as collateral to the debt.

   Subrogation will not impair the right of the mortgagee to recover the full amount of their claim.

J. **No Benefit to Bailee** - We will not make payments under this policy for the benefit of a person or organization holding, storing, moving, or having custody of property for a fee.

K. **Inflation Protection Coverage** - The limit of insurance that applies to the Dwelling, Other Structures, Personal Property, and Loss of Use where applicable, will be adjusted at each renewal to reflect increased costs of construction, labor, and materials due to inflation. In addition, we will also increase the limits at the time of **occurrence** for any inflation since the last effective date.

L. **Recovered Property** - If property is recovered after we make payment for it, you may choose to keep the property or allow us to have it. If you choose to keep the property you must reimburse us as follows:

   1. The full amount of the loss payment attributed to the returned property if you have not replaced it; or

   2. The Actual Cash Value of the property at the time of recovery for property that:

      a. has already been replaced by you; or

53114-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

b.   has suffered damage as a result of the loss.

## LIABILITY CONDITIONS

A.   Limit of Liability - We will pay up to the Personal Liability limit shown on the Declarations for any one **occurrence**, regardless of the number of **insureds**, claims made, or persons injured.

B.   Severability of Insurance - This insurance applies separately to each **insured**. This condition does not increase our limit of insurance for any one **occurrence**.

C.   Suit Against Us

A person or organization may bring a suit against us including, but not limited to a suit to recover on an agreed settlement or on a final judgment against an **insured**; but we will not be liable for damages that are not payable under the terms of the Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

D.   Bankruptcy of an **insured** - Bankruptcy or insolvency of an **insured** will not relieve us of our obligations under this policy.

E.   Other Insurance - This insurance is excess over other valid and collectible insurance except insurance written specifically as excess coverage for coverages provided by this policy.

F.   Payment under Coverage for Liability and Medical Payments to Others is not an admission of liability by an **insured** or us.

5311 4-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.