U. S. DISTRICT COURT
Eastern District of Louisiana
FILED  SEP 07 2007
LORETTA G. WHYTE
       Clerk

THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
F I L E D
JUL 27 2007
CHARLES R. FULBRUGE III
CLERK

No. 07-30119

05-4182  K

IN RE: KATRINA CANAL BREACHES LITIGATION

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G HARVEY, SR

    Plaintiffs - Appellees-Cross-Appellants

v.

UNITRIN PREFERRED INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

---

KELLY A HUMPHREYS

    Plaintiff - Appellee-Cross-Appellant

v.

ENCOMPASS INDEMNITY COMPANY

    Defendant - Appellant-Cross-Appellee

---

XAVIER UNIVERSITY OF LOUISIANA

    Plaintiff - Appellee

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

    Defendant - Appellant

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

---

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY FORSTER; GLENDY FORSTER; ET AL

    Plaintiffs - Appellees-Cross-Appellants

 v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

---

Appeals from the United States District Court for the Eastern District of Louisiana, New Orleans

---

O R D E R:

IT IS ORDERED that the unopposed motion of Gladys Chehardy; Daniel Fontanez; Jacquelyn Fontanez; Larry Forster; Glency Forster; Et Al to supplement the record on appeal with the A A A Homeowners Auto Club Family Insurance Company policy issued to Wendell Glapion bearing policy number P1-383064-1 is granted.

         /s/Charles R. Fulbruge III
         CHARLES R. FULBRUGE III
         CLERK OF COURT
      ENTERED AT THE DIRECTION OF THE COURT