

**No. 07-30119**

---

## IN THE
## United States Court of Appeals for the Fifth Circuit

---

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA;
SOPHIA GRANIER; JACK CAPELLA, as the Executor of the Succession of
Lilian Capella; GREGORY JACKSON; PETER ASCANI, III;
ROBERT G. HARVEY, SR.

> Plaintiff-Appellees-Cross-Appellants,

V.

HANOVER INSURANCE COMPANY; UNITRIN PREFERRED INSURANCE COMPANY;
STANDARD FIRE INSURANCE

> Defendants-Appellants-Cross Appellants,

STATE FARM FIRE and CASUALTY COMPANY;
HARTFORD INSURANCE COMPANY OF THE MIDWEST

> Defendants-Appellees

---

KELLY A. HUMPHREYS

> Plaintiff-Appellee-Cross-Appellant,

V.

ENCOMPASS INDEMNITY COMPANY

> Defendant-Appellant-Cross-Appellee

U.S. COURT OF APPEALS
FILED

JUL 2 6 2007

CHARLES R. FULBRUGE III
CLERK

XAVIER UNIVERSITY OF LOUISIANA,
Plaintiff-Appellee,

V.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Defendant-Appellant

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ;
LARRY FORSTER; GLENDY FORSTER; et al
Plaintiffs-Appellees-Cross Appellants

V.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY
AMERICAN INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
AAA HOME OWNERS AUTO CLUB FAMILY INSURANCE COMPANY;
LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION;
LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY;
GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY;
STANDARD FIRE INSURANCE COMPANY
Defendants-Appellants-Cross Appellees

STATE FARM FIRE and CASUALTY COMPANY;
CHUBB CUSTOM INSURANCE COMPANY
Defendants-Appellees

On Appeal from the United States District Court for the Eastern District of Louisiana
PERTAINS TO INSURANCE
Chehardy, C. A. Nos. 06-1672, 06-1673, 06-1674

2

JOINT MOTION TO SUPPLEMENT THE RECORD

_____

**JOSEPH M. BRUNO, (#3604)**
The Law Office of Joseph M. Bruno
Federal Trial Lawyers
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Attorneys for Plaintiffs

I.

On June 29, 2007, the Court requested the assistance of counsel in locating insurance policies for *Chehardy* Plaintiff, Wendell Glapion.

II.

Pursuant to this Court's request, AAA Homeowners Auto Club Family Insurance Company searched its records and identified Wendell Glapion as being insured by AAA Homeowners Auto Club Family Insurance Company.

III.

Counsel for AAA Homeowners Auto Club Family Insurance Company ordered a complete copy of the insurance policy issued to Wendell Glapion, bearing policy number P1-383064-1 which is attached hereto as Exhibit "A".

IV.

Movant respectfully request that this Court supplement the record to include AAA Homeowners Auto Club Family Insurance Company issued to Wendell Glapion, bearing policy number P1-383064-1 attached hereto as Exhibit "A".

V.

Counsel for AAA Homeowners Auto Club Family Insurance Company, Neil Favret, has been contacted and does not object to this filing.

**WHEREFORE**, Movant prays that this Joint Motion be granted and that an order be entered

4

allowing for the supplementation of the record to include the AAA Homeowners Auto Club Family

Insurance Company policy issued to Wendell Glapion, bearing policy number P1-383064-1, and that

said exhibit be numbered accordingly in the record on appeal.

Respectfully submitted,

_____
**JOSEPH M. BRUNO, (#3604)**
The Law Office of Joseph M. Bruno
Federal Trial Lawyers
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Attorneys for Plaintiffs

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by electronic transmission.

New Orleans, Louisiana, this 26th day of July, 2007.

_____
**JOSEPH M. BRUNO**

**07-30119**

---

## IN THE
## United States District Court for the Eastern District of Louisiana

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA;
SOPHIA GRANIER; JACK CAPELLA, as the Executor fo the Succession of
Lilian Capella; GREGORY JACKSON; PETER ASCANI, III,
ROBERT G. HARVEY, SR.

Plaintiff-Appellees-Cross-Appellants

V.

HANOVER INSURANCE COMPANY; UNITRIN PREFERRED INSURANCE COMPANY;
STANDARD FIRE INSURANCE COMPANY

Defendants-Appellants-Cross-Appellants

STATE FARM FIRE and CASUALTY COMPANY;
HARTFORD INSURANCE COMPANY OF THE MIDWEST

Defendants-Appellees

---

KELLY A. HUMPHREYS

Plaintiff-Appellee-Cross- Appellant

V.

ENCOMPASS INDEMNITY COMPANY

Defendant-Appellant-Cross-Appellee

---

XAVIER UNIVERSITY OF LOUISIANA
Plaintiff-Appellee

V.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Defendant-Appellant

---

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ;
LARRY FORSTER; GLENDY FORSTER; et al
Plaintiffs-Appellees-Cross-Appellants

V.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY;
AMERICAN INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY;
LIBERTY MUTUAL FIRE INSURANCE COMPANY;
AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY;
LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION;
LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY;
GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY;
STANDARD FIRE INSURANCE COMPANY
Defendants-Appellees

---

On Appeal from the United States District Court for the Eastern District of Louisiana
PERTAINS TO INSURANCE
Chehardy, C. A. Nos. 06-1672, 06-1673, 06-1674

---

<u>**O R D E R**</u>

**Considering the foregoing;**

**IT IS ORDERED** that this Joint Motion to Supplement the Record **be and is hereby**

**GRANTED,** and that the record be supplemented to include AAA Homeowners Auto Club Family

Insurance Company's policy issued to Wendell Glapion, attached as Exhibit "A" to the motion, and

that said exhibit be numbered accordingly in the record on appeal.

New Orleans, Louisiana, this _____ day of _____ , 2007.


_____
**UNITED STATES FIFTH CIRCUIT
COURT OF APPEALS, JUDGE**

| PAYMENT NOTICE | **Auto Club Family Insurance Company** |
|---|---|

*12901 North Forty Drive • St. Louis, Missouri 63141*



PLEASE MAKE CHECK PAYABLE TO A.C.F.I.C. • RETURN THIS NOTICE WITH PAYMENT

POLICY NUMBER: P1-383064-1
POLICY PERIOD: 06-06-2005  TO: 06-06-2006

DATE PREPARED   07-06-2005
A                            #0746-8039

NO ADDITIONAL CHARGE

GLAPION, WENDELL
PO BOX 57502
NEW ORLEANS, LA  70157

YOUR ACCOUNT IS PAID
IN FULL.

---

| YOUR COPY | **Auto Club Family Insurance Company** |
|---|---|

*12901 North Forty Drive • St. Louis, Missouri 63141*

RETAIN THIS NOTICE FOR YOUR RECORDS • SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

POLICY NUMBER: P1-383064-1
POLICY PERIOD: 06-06-2005  TO: 06-06-2006

DATE PREPARED   07-06-2005
A                            #0746-8039

NO ADDITIONAL CHARGE

GLAPION, WENDELL
PO BOX 57502
NEW ORLEANS, LA  70157

YOUR ACCOUNT IS PAID
IN FULL.



**Bring the Security Home**

Did you know you get special savings
when you insure your home with the Auto
Club Family Insurance Company and your
vehicles with the Automobile Club
Inter-Insurance Exchange?

Your AAA agent will be happy to review
all your insurance needs to make sure
you and your family are adequately
protected. If you need any additional
coverages, we can help identify these
areas before a loss occurs.

Call your AAA agent or your local AAA
office to schedule a free review. We
will customize an insurance package
with competitive rates to suit your
individual needs.

FORM 5513-1 (R4 1996)





| DECLARATIONS | THIS DECLARATIONS CERTIFICATE IS PART OF YOUR POLICY. PLEASE KEEP IT WITH YOUR POLICY. |

**Auto Club Family Insurance Company (A Stock Company)**
12901 North Forty Drive · St. Louis, Missouri 63141

YOUR SALES AGENT

VICKY MAGAS                                   A   #0746-8039
1300 GAUSE BLVD STE D4
SLIDELL, LA   70458
PHONE (985) 781-7068   EXT 114
NAME AND ADDRESS OF INSURED

GLAPION, WENDELL
PO BOX 57502
NEW ORLEANS, LA  70157

POLICY NUMBER
P1-383064-1
POLICY PERIOD
FROM 06-06-2005
TO   06-06-2006
12:01 A.M. STANDARD TIME
AMENDED EFFECTIVE
07-06-2005

DATE PREPARED
07-06-2005

### LOCATION OF INSURED PROPERTY

7711 CONCORD PL, NEW ORLEANS, LA  70126

CONSTRUCTION TYPE: MASONRY VENEER        PRIMARY RESIDENCE
  1 FAMILY OCCUPANCY                     0 RESIDENCE EMPLOYERS

### YOUR COVERAGES AND THEIR LIMITS

POLICY COVERAGES                                          LIMIT
  SECTION I - PROPERTY COVERAGES
    A. DWELLING                                          $92,500
    B. OTHER STRUCTURES                                   $9,250
    C. PERSONAL PROPERTY                                 $55,500
    D. LOSS OF USE                          ACTUAL LOSS SUSTAINED WITHIN
                                            12 MONTHS OF THE DATE OF LOSS
  SECTION II - LIABILITY COVERAGES
    E. PERSONAL LIABILITY - EACH OCCURENCE              $300,000
    F. MEDICAL PAYMENTS TO OTHERS - EACH PERSON           $1,000
  $1,000 ALL PERIL DEDUCTIBLE APPLIES TO COVERAGE A,B & C

DISCOUNTS APPLIED
  PROTECTION DEVICES CREDIT

AGE OF HOME RATING FACTOR HAS BEEN APPLIED

PREMIUM INFORMATION
  TOTAL PREMIUM FOR THE POLICY PERIOD STATED            $764.00
  CURRENT BALANCE                                         $0.00

### FUTURE BILLING INFORMATION

| DECLARATIONS CONTINUED | POLICY P1-393064-1 | EFFECTIVE 06-06-2005 |
|---|---|---|

**MANDATORY AND OPTIONAL ENDORSEMENTS INCLUDED ON THIS POLICY**

```
MANDATORY FORMS AND ENDORSEMENTS
  5103  01/1996   PREMIER HOMEOWNERS POLICY
  CO8001 04/1999  INFLATION GUARD
  CO8007 04/1999  LOCK REPLACEMENT
  CO8012 12/2004  LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
  CO8117 03/2005  SPECIAL PROVISIONS - LOUISIANA
  HO8496 04/1991  NO SECTION II LIABILITY COVERAGE FOR HOME DAY CARE

OPTIONAL LIMITS AND ENDORSEMENTS
  PYPLH  07/2001  NOTICE OF PRIVACY
  CO8002 04/1999  REFRIGERATED PRODUCTS COVERAGE
  CO8011 03/2005  SPECIAL HURRICANE DEDUCTIBLE - LA
            2% SPECIAL HURRICANE DEDUCTIBLE
  CO8414 03/2004  SPECIAL COMPUTER COVERAGE
  CO8456 03/2004  IDENTITY FRAUD EXPENSE COVERAGE
  HO8490 04/1991  PERSONAL PROPERTY REPLACEMENT COST
  CO2492 03/2004  PERSONAL INJURY
  HO8416 04/1991  PROTECTIVE DEVICE DISCOUNT                15% DISCOUNT


        A COPY OF THIS DECLARATIONS CERTIFICATE HAS BEEN SENT TO THE FOLLOWING MORTGAGEES:
1ST: FLAGSTAR BANK FSB ISAOA
     PO BOX 7026
     TROY, MI 48007-7026        LOAN # 500549498
```

| FOR OFFICE USE ONLY | | | | | | | | | | | RELATED POLICIES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ST | T | FD | PC | RA | SB | TR | CAC | EQ | PRIMARY | | |

## PAYMENT NOTICE

**Auto Club Family Insurance Company**
*12901 North Forty Drive • St. Louis, Missouri 63141*



PLEASE MAKE CHECK PAYABLE TO A.C.F.I.C. • RETURN THIS NOTICE WITH PAYMENT

POLICY NUMBER: P1-383064-1
POLICY PERIOD: 06-06-2005 TO: 06-06-2006

INSURED: GLAPION, WENDELL

DATE PREPARED    07-06-2005
A                #0746-8039

NO ADDITIONAL CHARGE

FLAGSTAR BANK FSB ISAOA
PO BOX 7026
TROY, MI  48007-7026

THIS PAYMENT NOTICE
IS TO BE PAID BY
INSURED.

---

## YOUR COPY

**Auto Club Family Insurance Company**
*12901 North Forty Drive • St. Louis, Missouri 63141*

RETAIN THIS NOTICE FOR YOUR RECORDS • SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

POLICY NUMBER: P1-383064-1
POLICY PERIOD: 06-06-2005 TO: 06-06-2006

INSURED: GLAPION, WENDELL

DATE PREPARED    07-06-2005
A                #0746-8039

NO ADDITIONAL CHARGE

FLAGSTAR BANK FSB ISAOA
PO BOX 7026
TROY, MI  48007-7026

THIS PAYMENT NOTICE
IS TO BE PAID BY
INSURED.



**Bring the Security Home**

Did you know you get special savings
when you insure your home with the Auto
Club Family Insurance Company and your
vehicles with the Automobile Club
Inter-Insurance Exchange?

Your AAA agent will be happy to review
all your insurance needs to make sure
you and your family are adequately
protected. If you need any additional
coverages, we can help identify those
areas before a loss occurs.

Call your AAA agent or your local AAA
office to schedule a free review. We
will customize an insurance package
with competitive rates to suit your
individual needs.

FORM 5879-1 (R4 1999)



**DECLARATIONS**   THIS DECLARATIONS CERTIFICATE IS PART OF YOUR POLICY. PLEASE KEEP IT WITH YOUR POLICY.

Auto Club Family Insurance Company (A Stock Company)
12301 North Forty Drive · St. Louis, Missouri 63141

YOUR SALES AGENT

VICKY MAGAS                          A  #0746-S039
1300 GAUSE BLVD STE D4
SLIDELL, LA  70458
PHONE (985) 781-7068  EXT 114
NAME AND ADDRESS OF INSURED

GLAPION, WENDELL
PO BOX 57502
NEW ORLEANS, LA  70157

POLICY NUMBER
P1-383064-1
POLICY PERIOD
FROM 06-06-2005
TO   06-06-2006
12:01 A.M. STANDARD TIME
AMENDED EFFECTIVE
07-06-2005

DATE PREPARED
07-06-2005

---

**LOCATION OF INSURED PROPERTY**

7711 CONCORD PL, NEW ORLEANS, LA  70126

CONSTRUCTION TYPE: MASONRY VENEER      PRIMARY RESIDENCE
1 FAMILY OCCUPANCY                     0 RESIDENCE EMPLOYEES

---

**YOUR COVERAGES AND THEIR LIMITS**

| POLICY COVERAGES | LIMIT |
|---|---|
| SECTION I - PROPERTY COVERAGES | |
| A. DWELLING | $92,500 |
| B. OTHER STRUCTURES | $9,250 |
| C. PERSONAL PROPERTY | $55,500 |
| D. LOSS OF USE | ACTUAL LOSS SUSTAINED WITHIN 12 MONTHS OF THE DATE OF LOSS |
| SECTION II - LIABILITY COVERAGES | |
| E. PERSONAL LIABILITY - EACH OCCURRENCE | $300,000 |
| F. MEDICAL PAYMENTS TO OTHERS - EACH PERSON | $1,000 |
| $1,000 ALL PERIL DEDUCTIBLE APPLIES TO COVERAGE A,B & C | |

DISCOUNTS APPLIED
  PROTECTION DEVICES CREDIT

AGE OF HOME RATING FACTOR HAS BEEN APPLIED

PREMIUM INFORMATION
  TOTAL PREMIUM FOR THE POLICY PERIOD STATED       $764.80
  CURRENT BALANCE                                    $0.00

---

**FUTURE BILLING INFORMATION**

FORM AC-H-1  (04-2004)          SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| DECLARATIONS CONTINUED | POLICY P1-303064-1 | EFFECTIVE 06-06-2005 |
|---|---|---|

**MANDATORY AND OPTIONAL ENDORSEMENTS INCLUDED ON THIS POLICY**

MANDATORY FORMS AND ENDORSEMENTS
```
5103   01/1996    PREMIER HOMEOWNERS POLICY
CO0001 04/1999   INFLATION GUARD
CO0007 04/1999   LOCK REPLACEMENT
CO0012 12/2004   LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
CO0117 03/2005   SPECIAL PROVISIONS - LOUISIANA
H00496 04/1991   NO SECTION II LIABILITY COVERAGE FOR HOME DAY CARE
```

OPTIONAL LIMITS AND ENDORSEMENTS
```
PVYPLH 07/2001   NOTICE OF PRIVACY
CO0002 04/1999   REFRIGERATED PRODUCTS COVERAGE
CO0011 03/2005   SPECIAL HURRICANE DEDUCTIBLE - LA
       2% SPECIAL HURRICANE DEDUCTIBLE
CO0414 03/2004   SPECIAL COMPUTER COVERAGE
CO0455 03/2004   IDENTITY FRAUD EXPENSE COVERAGE
H00490 04/1991   PERSONAL PROPERTY REPLACEMENT COST
CC2482 03/2004   PERSONAL INJURY
H00416 04/1991   PROTECTIVE DEVICE DISCOUNT                   15% DISCOUNT
```

MORTGAGEES/LOAN NUMBERS
```
1ST:  FLAGSTAR BANK FSB ISAOA
      PO BOX 7026
      TROY, MI  48007-7026        LOAN # 500549498
```

| FOR OFFICE USE ONLY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ST | T | FD | PC | RA | SB | TR | CAC | EQ | PRIMARY | RELATED POLICIES |

CO 00 01 04 99


**Insurance**

**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

# INFLATION GUARD ENDORSEMENT

### (AMENDS PREMIER HOMEOWNERS AND
### PREMIER PLUS HOMEOWNERS POLICIES)

It is agreed that the Limits of Liability specified in the Declarations of this policy for Coverages A, B and C shall be increased at the same rate as the increase in the Boeckh Residential Percent Change Factors.

To determine the limits of liability on a particular date, the latest available Factor level will be divided by the Factor level as of the effective date of this inflation coverage provision and the resulting factor multiplied by the limits of liability for Coverage A, Coverage B and Coverage C separately. In no event will limits of liability be reduced to less than shown in the policy or most recent renewal notice, whichever is greater.

All other provisions of this policy apply.

**AUTO CLUB FAMILY INSURANCE COMPANY**

_____
Secretary

_____
President

CO 00 01 04 99

CO 00 07 04 99



THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY
## LOCK REPLACEMENT ENDORSEMENT

**We** will pay up to $200 to replace the exterior door lock or lock cylinder of the **residence premises** with a lock of like kind and quality when a key to the lock has been stolen during a theft of other personal property for which coverage is provided by this policy. The $200 limit is the most we will pay in any one loss regardless of the number of exterior door locks or lock cylinders.

**You** must report the theft to **us** and to the police within 72 hours after discovery.

The policy deductible does not apply to this coverage.

All other provisions of this policy apply.

AUTO CLUB FAMILY INSURANCE COMPANY

_____
Secretary

_____
President

CO 00 07 04 99

CO 00 12 12 04



**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

## LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA
## COVERAGE - LOUISIANA

**DEFINITIONS**

The following definitions are added:

**"Fungi"**

a. **Fungi** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by **fungi.**

b. Under Section II, this does not include any **fungi** that are, are on, or are contained in, products or goods intended for consumption.

**"Bacteria"**

**Bacteria** means any type, kind or form of bacterium.

**SECTION I - PROPERTY COVERAGES**

**COVERAGE D - Loss Of Use**

The following is added to Paragraph 1.

However, any expense due to **fungi**, wet or dry rot, or **bacteria** will not be paid in addition to any amount paid or payable under the Additional Coverage **Fungi, Wet or Dry Rot, or Bacteria.**

The following is added to Paragraph 2.

However, **Fair Rental Value** due to **fungi**, wet or dry rot, or **bacteria** will not be paid in addition to any amount paid or payable under the Additional Coverage **Fungi, Wet or Dry Rot, or Bacteria.**

**ADDITIONAL COVERAGES**

The following additional coverage is added:

12.   **Fungi, Wet or Dry Rot, or Bacteria.** If a loss caused by a Peril Insured Against under Section I results in **fungi**, wet or dry rot, or **bacteria**, **we** will pay for:

a.   Remediation of the **fungi**, wet or dry rot, or **bacteria**. This includes payment for the reasonable and necessary cost to:

(1)   Remove the **fungi**, wet or dry rot, or **bacteria** from covered property or to repair, restore or replace that property; and

(2)   Tear out and replace any part of the building as needed to gain access to the **fungi**, wet or dry rot, or **bacteria**;

b.   Any reasonable and necessary increase in living expense **you** incur so that **your** household can maintain its normal standard of living or loss of fair rental value if the **fungi**, wet or dry rot, or **bacteria** makes the **residence premises** not fit to live in. **We** do not cover loss or expense due to cancellation of a lease or agreement; and

c.   Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the **fungi**, wet or dry rot, or **bacteria**, whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is reason to believe that there is the presence of **fungi**, wet or dry rot, or **bacteria**.

**We** will pay under this additional coverage only if:

a.   The covered loss occurs during the policy period;

b.   All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

c.   **We** receive prompt notice of the covered cause of loss that is alleged to have resulted in **fungi**, wet or dry rot, or **bacteria**.

The most **we** will pay under this additional coverage is $10,000. This is the most **we** will pay for the total of all loss or costs regardless of the number of locations or items of property insured under this policy or the number of losses or claims made.

CO 00 12 12 04

CO 00 12 12 04

This is not additional insurance and does not increase the limit of liability that applies to the damaged property. The policy deductible will apply to this additional coverage.

(This is Additional Coverage 11. in **our** Premier Condominium Policy. This is Additional Coverage 9. in **our** Premier Select Policy.)

## SECTION I - PERILS INSURED AGAINST

For Premier and Premier Plus policies, Item 2.e.(3) is deleted and replaced by the following:

2.e.(3) Smog, rust or other corrosion;

## SECTION I - EXCLUSIONS

The following exclusion is added.

1. **i. Fungi, Wet or Dry Rot, or Bacteria,** meaning any loss or cost resulting from, arising out of, caused by, consisting of, or related to, **fungi,** wet or dry rot, or **bacteria.** Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

This exclusion does not apply:

(1) When **fungi,** wet or dry rot, or **bacteria** results from fire or lightning; or

(2) To the extent coverage is provided for under the Additional Coverage **Fungi, Wet or Dry Rot, or Bacteria** with respect to loss caused by a Peril Insured Against other than fire or lightning.

Direct loss by a Peril Insured Against resulting from **fungi,** wet or dry rot, or **bacteria** is covered.

(This is Exclusion 9. in our Premier Renters, Premier Condominium Owners and Premier Select policies.)

## SECTION II - EXCLUSIONS

The following exclusion is added under item 1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others.**

1. **m.** Consisting of, arising out of, caused by, contributed to, aggravated by or resulting from **fungi,** wet or dry rot, or **bacteria.**

This includes:

(1) The cost of testing, monitoring, abating, mitigating, removing, remediating or disposing of **fungi,** wet or dry rot, or **bacteria;**

(2) Any supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should have been given, in connection with **bodily injury** or **property damage** consisting of, arising out of, cause by, contributed to, aggravated by or resulting from **fungi,** wet or dry rot, or **bacteria,** or the activities described in (1) above;

(3) Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such **bodily injury or property damage,** damages, loss, cost, payment or expense; and

(4) Liability imposed upon any **insured** by any governmental authority for **bodily injury** or **property damage** consisting of, arising out of, caused by, contributed to, aggravated by or resulting from **fungi,** wet or dry rot, or **bacteria.**

All other provisions of this policy apply.

**AUTO CLUB FAMILY INSURANCE COMPANY**

_Secretary_

_President_

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2004

CO 00 12 12 04

CO 01 17 03 05



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - LOUISIANA

## SECTION I - PROPERTY COVERAGES

### COVERAGE C - Personal Property

**Property Not Covered**

Under Item 3., paragraph 3 is deleted and replaced by the following:

**We** do cover vehicles or conveyances not subject to motor vehicle registration which are:

a. Used solely to service an **insured's** residence; or
b. Designed for assisting the handicapped;

### COVERAGE D - Loss Of Use

The first paragraph is deleted and replaced by the following:

The limit of liability for Coverage D is the actual loss sustained within 12 months from the date of the loss for 1. and 2. below:

Item 1. is deleted and replaced by the following:

1.   If a loss covered under this Section makes that part of the **residence premises** where **you** reside not fit to live in, **we** cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by **you** so that **your** household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, **if you** permanently relocate, the shortest time required for **your** household to settle elsewhere.

Item 3. is deleted and the following paragraph is added:

If a civil authority prohibits **you** from the use of the **residence premises** as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, **we** cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The paragraph "The periods of time under 1., 2. and 3. above are not limited by expiration of this policy." is deleted and replaced by the following:

The periods of time for all the above are not limited by expiration of this policy.

### ADDITIONAL COVERAGES

2.   **Reasonable Repairs** is deleted and replaced by the following:

2.   **Reasonable Repairs. We** will pay the reasonable cost incurred by **you** for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applied to the property being repaired.

6.   **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money**

Item a. under Defense is deleted and replaced by the following:

a.   **We** may investigate and settle any claim or suit that **we** decide is appropriate. **Our** duty to defend a claim or suit ends when **our** limit of liability for the coverage has been exhausted by payment of a judgment or a settlement.

## SECTION I - CONDITIONS

3.   **Loss Settlement**

For Premier and Premier Plus policies, Item b.(1)(b) is deleted and replaced by the following:

(b) The replacement cost of that part of the building damaged with material of like kind and quality and use on the same premises; or

9.   **Our Option** is deleted and replaced by the following:

9.   **Our Option. If we** give **you** written notice within 30 days after **we** receive **your** signed, sworn proof of loss, **we** may repair or replace any part of the damaged property with like kind and quality, **at our** option.

10.   **Loss Payment** is deleted and replaced by the following:

10.   **Loss Payment. We** will adjust all losses with **you. We** will pay **you** unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable within 30 days on all undisputed claims after **we** receive satisfactory proof of loss. In the event of a dispute, loss will be payable within 30 days on any undisputed portion of the claim after **we** receive satisfactory proof of loss.

12.   **Mortgage Clause**

Item b. is deleted and replaced by the following:

b.   Pays any premium due under this policy when notified **if you** have neglected to pay the premium; and

The sentence "If **we** decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect." is deleted and replaced by the following:

If this policy is cancelled by **us**, the mortgagee will be notified:

a.   At least 10 days before the date cancellation takes effect if **we** cancel for nonpayment of premium; or
b.   At least 30 days before the date cancellation takes effect if **we** cancel for any other reason.

If the policy is not renewed by **us**; the mortgagee, pledgee, or other known person shown by the policy to have an interest in any loss which may occur, shall be mailed like notice.

## SECTION II - LIABILITY COVERAGES

Under **COVERAGE E - PERSONAL LIABILITY** items 1. and 2. are deleted and replaced by the following:

1. Pay up to **our** limit of liability for damages, other than punitive or exemplary damages, for which the insured is legally liable; and

2. Provide a defense at **our** expense by counsel of **our** choice, even if the suit is groundless, false and fraudulent. **We** may investigate and settle any claim or suit that **we** decide is appropriate. **Our** duty to defend ends when **our** limit of liability for the coverage has been exhausted by a payment of a judgment or a settlement.

## SECTION II − EXCLUSIONS

Item 1.a. is deleted and replaced by the following:

1. a. (1) With respect to loss caused by fire:

(a) Which is expected or intended by the **insured** even if the **bodily injury** or **property damage**:

(i) Is of a different kind, quality, or degree than initially expected or intended; or

(ii) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion 1.a.(1)(a) does not apply to **bodily injury** resulting from the use of reasonable force by the **insured** to protect persons or property.

(2) With respect to loss caused by a peril other than fire and with respect to all **insureds** covered under this policy:

(a) Which is expected or intended by one or more **insureds** even if the **bodily injury** or **property damage**:

(i) Is of a different kind, quality, or degree than initially expected or intended; or

(ii) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion 1.a.(2)(a) does not apply to **bodily injury** resulting from the use of reasonable force by one or more **insureds** to protect persons or property.

Item 1. f. (3) is deleted in its entirety.

Item 1. g. (3) is deleted in its entirety.

Item 1. h. (3) is deleted in its entirety.

Exclusions 1. m., 1. n. and 1. o. are added as follows:

1. m. Arising out of the liability assumed by the **insured** under any contract or agreement except any indemnity obligation assumed by the **insured** under a written contract directly relating to the ownership, maintenance or use of the premises.

1. n. Arising out of the liability for claims made against the **insured** arising out of the sale or transfer of the insured premises or other real estate including but not limited to any claims made against the **insured** for fraud, misrepresentation, failure to disclose or any other claim made against the **insured** arising out of the sale or transfer of real estate.

1. o. Arising out of liability imposed for **punitive damages** or exemplary damages. **Punitive damages** are amounts of money awarded or imposed to punish or to make an example of a wrongdoer.

## SECTION II − CONDITIONS

Item 1. **Limit of Liability** is deleted and replaced by the following:

1. **Limit of Liability.** Except as noted in the special limit below, **our** total liability under Coverage E for all damages resulting from any one **occurrence** will not be more than the limit of liability for Coverage E as shown in the Declarations.

**Our** applicable limit of liability is the same regardless of the number of **insureds**, claims made or persons injured. All **bodily injury** and **property damage** resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one **occurrence**.

**Our** total liability under Coverage F for all medical expense payable for **bodily injury** to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

Item 6. **Suit Against Us** is deleted and replaced by the following:

6. **Suit Against Us.**

a. No action can be brought against **us** by an **insured** unless there has been compliance with the policy provisions.

b. A person or organization may bring a suit against **us** including, but not limited to a suit to recover on an agreed settlement or on a final judgment against an **insured**; but **we** will not be liable for damages that are not payable under the terms of the Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by **us**, the **insured** and the claimant or the claimant's legal representative.

## SECTIONS I AND II − CONDITIONS

2. **Concealment or Misrepresentation** is deleted and replaced by the following:

2. **Concealment or Fraud.**

a. Under **SECTION I - PROPERTY COVERAGES,** with respect to the **insured** covered under this policy, we provide no coverage for loss under **SECTION I - PROPERTY COVERAGES** if, whether before or after a loss, the **insured** has:

(1) Intentionally concealed or misrepresented any material fact or circumstance with intent to deceive;

(2) Engaged in fraudulent conduct with intent to deceive; or

(3) Made false statements in the negotiation of this contract with intent to deceive;

relating to this insurance.

b. Under **SECTION II - LIABILITY COVERAGE, we** do not provide coverage to the **insured** who, whether before or after a loss, has:

(1) Intentionally concealed or misrepresented any material fact or circumstance with intent to deceive;

(2) Engaged in fraudulent conduct with intent to deceive; or

(3) Made false statements in the negotiation of this contract with intent to deceive;

relating to this insurance.

5. **Cancellation.** Paragraphs b. and d. are deleted and replaced by the following:

b. **We** may cancel this policy only for the reasons stated below by letting **you** know in writing of the date cancellation takes effect. This cancellation notice may be delivered to **you,** or mailed to **you** at **your** mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

(1) When **you** have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting **you** know at least 10 days before the date cancellation takes effect.

2

CO 01 17 03 05

(2) When this policy has been in effect for less than 60 days and is not a renewal with **us**, **we** may cancel for any reason by letting **you** know at least 30 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in item b. (5) below, **we** may cancel:

   (a) If there has been a material misrepresentation of fact which if known to **us** would have caused **us** not to issue the policy; or

   (b) If the risk has changed substantially since the policy was issued.

This can be done by letting **you** know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of:

   (a) More than one year; or

   (b) Three years or less;

**we** may cancel for any reason at anniversary by letting **you** know at least 30 days before the date cancellation takes effect.

(5) When this policy has been in effect and renewed for more than three years, **we** may cancel for any one of the following:

   (a) If **you** have committed fraud;

   (b) If the insured risk has undergone a material change;

   (c) If **you** have filed two or more claims within three years; or

   (d) If the continuation of this policy endangers **our** solvency.

This can be done by letting **you** know at least 30 days before the date cancellation takes effect.

**We** will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

d. If this policy is cancelled, **we** will return any premium refund due, subject to Paragraphs (1) and (2) below. The cancellation will be effective even if **we** have not made or offered a refund.

   (1) If **you** cancel this policy, **we** will refund the return premium, if any, within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis, subject to the minimum premium requirements. After 30 days from written notice of cancellation, any appropriate return premium will be accompanied with interest at the rate of one and one-half percent per month of the amount of the refund.

   (2) If **we** cancel this policy, and the return premium is not refunded with the notice of cancellation, **we** will refund it within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis. After 30 days from written notice of cancellation, any appropriate return premium will be accompanied with interest at the rate of one and one-half percent per month of the amount of the refund.

**6.** **Nonrenewal** is deleted and replaced by the following:

**6. Nonrenewal.**

   a. **We** may elect not to renew this policy, subject to the provisions of paragraphs b. and c. below. **We** may do so by delivering to **you** or mailing to **you** at **your** mailing address shown in the Declaration, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

   b. If this policy has been in effect and renewed with **us** for more than three years, **we** will not exercise **our** right of nonrenewal except:

     (1) When **you** have not paid the premium;

     (2) If **you** have committed fraud;

     (3) If the insured risk has undergone a substantial change;

     (4) If **you** have filed two or more claims within three years; or

     (5) If the continuation of this policy endangers **our** solvency.

   c. **We** will not, however, exercise **our** right of nonrenewal, regardless of the period of time this policy has been in effect with **us**, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**8.** **Subrogation.** The following paragraph is added:

   If **we** pay an **insured** for a loss caused by another **insured** who intentionally commits, or directs another to commit, any act that results in loss by fire, the rights of the **insured** to recover damages from the **insured** who intentionally committed, or directed another to commit, such an act are transferred to us to the extent of our payment. The **insured** may not waive such rights.

**10.** **Terms of Policy Conformed to Statutes** is added as follows:

**10. Terms of Policy Conformed to Statutes.**

   Terms of this policy which are in conflict with the statutes of the state in which this policy is issued are hereby amended to conform to the statutes.

All other provisions of this policy apply.

**AUTO CLUB FAMILY INSURANCE COMPANY**

_[signature]_
Secretary

_[signature]_
President

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 2004

CO 01 17 03 05        3

HO 04 96 04 91

# <u>NO</u> SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
# <u>LIMITED</u> SECTION I – PROPERTY COVERAGES FOR
# HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II – Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II – Exclusions;

2. Does not provide Section I – Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C – Special Limits of Liability – item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form HO 00 08.);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C – Special Limits of Liability – item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability Items **10.** and **11.** (Items **9.**, **10.** and **11.** correspond to items **6.**, **7.** and **8.** respectively in Form HO 00 08.)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

HO 04 96 04 91          Copyright, Insurance Services Office, Inc., 1990

# Notice of Privacy Policy



**Automobile Club of Missouri**
**Automobile Club Inter-Insurance Exchange**
**Auto Club Family Insurance Company**
**Club Insurance Agency, Inc.**

AAA Missouri serves AAA members in Missouri, Arkansas, Louisiana, Mississippi, Eastern Kansas, Southern Illinois, Southern Indiana, Oklahoma and Alabama.

This notice will explain AAA's policies for collecting, using, securing and sharing nonpublic personal information ("customer information") that you have provided to us or that we have acquired from other sources. After you read this notice, if you have any questions or comments, please contact us by mail, telephone or e-mail.

**Our Privacy Principles**

- We do not sell customer information.

- We value you as a customer and take your personal privacy very seriously.

- We respect your right to privacy. If you notify us of your decision to opt out of receiving AAA solicitations and having your personal information shared with non-affiliated companies, we will gladly honor your request.

- We share customer information within our family of companies (including other affiliates of the American Automobile Association) to improve our service to you.

- We sometimes share customer information with other reputable organizations (non-affiliated companies) with whom AAA has a contractual relationship or joint marketing agreement and whose products and services we believe may suit your needs.

- We do not provide customer information directly to such organizations but to third party processors (service bureaus).

- We have a contractual agreement with third party processors that stipulates that they cannot use your personal information for any other purpose than to process solicitations approved by AAA.

- We afford prospective and former customers the same protections as existing customers with respect to use of personal information.

**Information we may collect**

We collect and use information we believe is necessary to administer our business, to advise you about our products and services and to provide you with customer service. We may collect and maintain several types of customer information needed for these purposes. The types of information we may collect and how we gather it include:

- From you, we gather such information as your address, telephone number and e-mail address (from applications for AAA membership, AAA insurance or on other forms, through telephone interviews, your AAA agent and our Customer Care Center).

- From your transactions with us, we gather such information as your payment history, underwriting and claim documents.

- From non-AAA companies, we gather such information as your age, vehicles you own, your driving record and claim history. And from consumer reporting agencies, we gather such information as your credit history.

**How we use the information**

We use customer information to provide your membership benefits, underwrite your policies, process your claims, ensure proper billing, service your accounts and offer you other AAA products.

**Information disclosure**

We share information about our transactions and experiences with you within our AAA family of companies and with AAA agents to better serve you and to assist in meeting your current product and service needs. We may also disclose customer information about you to persons or organizations inside or outside our family of companies as permitted or required by law, including companies that perform marketing services for us or with whom we have joint marketing agreements. These agreements allow us to provide a broader selection of insurance and financial products to you.

(over)

We share customer information as necessary to provide service to you and to protect you against fraud and unauthorized transactions.

**Your choice to share information**
There are two types of information sharing--information sharing within AAA's family of companies and information sharing outside of AAA. The choice in the Special Notice, which follows, applies only to sharing your personal information outside AAA. If you request that your information not be shared, we will discontinue sharing your information with non-affiliated companies. We may continue to share you information within the AAA family of companies.

**Special notice regarding sharing your personal information**
This notice does not apply to sharing of information within AAA that involves your transactions or experiences with us.

What information we share: Unless you tell us not to, we may share information such as your name, address, phone number or date of birth that was obtained from your AAA membership or insurance application or other forms we use within our AAA family of companies; or information obtained from outside companies such as your driving records.

Why we share: We may share information about you within the AAA family of companies to enhance our service to you, to underwrite your policies, to measure your interest in our products and services, to improve existing products and develop new ones, and to monitor customer trends. We may share information outside AAA in order to offer AAA-endorsed products and services that we believe may suit your needs.

Who we share with: We may share information within the AAA family of companies and with AAA agents, as well as certain non-affiliated companies that process offers of AAA-endorsed products and services to you.

If you prefer that we not share information, please contact us by mail, telephone or e-mail at the address or phone number below. Your choice also will apply to your associate members and joint account and policy holders.

**How we protect customer information**
We maintain physical, electronic and organizational safeguards to protect customer information. We continually review our policies and practices, monitor our computer networks and test the strength of our security in order to help us ensure the safety of customer information.

If you have questions or comments about our Privacy Policy, please contact us at the following address or phone number:

- Write us at : Privacy Policy Inquiries, AAA Missouri, 12901 N. Forty Drive, St Louis, MO  63141.

- Phone us at : 1-800-222-7623 ext. 7950.

- Send e-mail to : customercare@aaamissouri.com.

CO 00 02 04 99



**THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.**

## REFRIGERATED PRODUCTS COVERAGE ENDORSEMENT

It is agreed that Coverage C - Personal Property under Section I of this policy is extended to cover the contents of deep freeze or refrigerated units on the **residence premises** from the perils of power failure or mechanical failure. **Our** limit of liability for this coverage will not be more than $250 in the aggregate for any one loss.

No deductible applies to this coverage.

If power failure or mechanical failure is known to **you**, all reasonable means must be used to protect the property insured from further damage or this extension of coverage is void.

All other provisions of this policy apply.

                                   **AUTO CLUB FAMILY INSURANCE COMPANY**

_____          _____
          Secretary                              President

CO 00 02 04 99

CO 00 11 03 05

 **Insurance**

THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## SPECIAL HURRICANE DEDUCTIBLE - LOUISIANA

### (AMENDS PREMIER, PREMIER PLUS AND PREMIER SELECT HOMEOWNERS POLICIES)

For a premium credit, we will pay only that part of the total of the loss for all SECTION I - PROPERTY COVERAGES that exceeds the hurricane deductible noted below.

This deductible does not apply to Coverage D - Loss of Use.

This deductible applies, as described below, in the event of direct physical loss to property covered under this policy, caused directly or indirectly by windstorm, subject to all the exclusions and other provisions of the policy. This deductible provision applies regardless of any other cause or event contributing concurrently or in any sequence to the loss.

In no event will the Special Hurricane Deductible be less than the Section I deductible amount shown on your Declarations page.

The deductible shall be ____ % of the Coverage A limit of liability shown on the Declarations page and shall apply during the period:

1.   Beginning 12 hours before a declared hurricane enters the state of Louisiana;

2.   While that declared hurricane remains; and

3.   Ending 12 hours after the declared hurricane is no longer present

anywhere in the state of Louisiana.

"Declared" means declared by the National Weather Service.

The National Weather Service currently uses the Saffir/Simpson Hurricane Scale to categorize hurricanes. This scale specifies that a hurricane is a storm that originates in the tropics and results in either a sustained wind speed of at least 74 miles per hour or a storm surge of at least 4 feet above normal.

Refer to the policy deductible shown on the Declarations page for the deductible that applies if the loss is caused by a windstorm loss that is not a declared hurricane.

All other provisions of this policy apply.

This endorsement forms part of the policy.

**AUTO CLUB FAMILY INSURANCE COMPANY**

_____
Secretary

_____
President

CO 00 11 03 05