U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  SEP 07 2007

LORETTA G. WHYTE
Clerk

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 6, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30119  In Re: Katrina Canal
      USDC No.  2:06-CV-1674
                    2:06-CV-1673
                    2:06-CV-1672
                    2:06-CV-516
                    2:06-CV-169
                    2:05-CV-6323
                    2:05-CV-4182

The following is (are) returned:

Supplemental Record,       (   ) Vols.
2nd Supplemental Record,   ( 1 ) Vols.
3rd Supplemental Record,   ( 1 ) Vols.

Original Exhibits,   ( 1 ) Box        (   ) Env.
                     (   ) Package    (   ) Roll

The electronic copy of the record has been recycled.

One envelope of exhibits has been retained for use in related appeal number 07-30349.

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Allison Lopez, Deputy Clerk
    504-310-7702

REC-3