U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 10 2007
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-31128

CV 05-4182-K

U.S COURT OF APPEALS
FILED
SEP 5 2007
CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

---

MAUREEN O'DWYER; HAROLD
JOSEPH GAGNET; SALLY EGERTON
RICHARDS; STEPHANIE PORTER,
doing business as Interior Specialties LLC;
SHEILA JORDAN JORDAN; ET AL

            Plaintiffs-Appellants

v.

ORLEANS LEVEE DISTRICT, Board of
Commissioners, sued as Orleans Parish
Levee Board; SEWERAGE AND WATER
BOARD OF NEW ORLEANS

            Defendants-Appellees

---

Appeal from the United States District Court
For the Eastern District of Louisiana

---

Before DAVIS, BARKSDALE, and PRADO, Circuit Judges.

FOR THE COURT:

  In this civil action arising out of damage associated with Hurricane Katrina and its aftermath in New Orleans, Louisiana, the district court entered an order on October 3, 2006, dismissing the plaintiffs' claims for punitive damages against defendants the Board of

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

No. 06-31128

Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans, and denying the defendants' motion to dismiss claims for attorney fees. From that order the plaintiffs filed a notice of appeal on October 4, 2006.

Federal appellate courts do not exercise jurisdiction over orders or judgments that do not dispose of the litigation. See 28 U.S.C. §§ 1291, 1292. An order dismissing fewer than all of the claims or parties in the litigation except where the district court has certified the order for appeal under Fed. R. Civ. P. 54(b) is not appealable. The district court has not so certified the order at issue. See <u>Borne v. A & P Boat Rentals No. 4, Inc.</u>, 755 F.2d 1131, 1133 (5th Cir. 1985) (an order dismissing fewer than all of the claims is not appealable in the absence of Rule 54(b) certification); <u>Thompson v. Betts</u>, 754 F.2d 1243, 1245 (5th Cir. 1985) (an order dismissing fewer than all of the parties is not appealable in the absence of Rule 54(b) certification). Accordingly, the appeal must be dismissed.

DISMISSED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
SEP 0 5 2007

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 5, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

>    No. 06-31128  In Re: Katrina Canal
>        USDC No.  2:05-CV-4181
>                  2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Thomas P Anzelmo Sr
    Mr Charles M Lanier Jr
    Mr Ben Louis Mayeaux
    Mr George R Simno III

MDT-1