

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 06-31129

CV 05-4182-K

IN RE: KATRINA CANAL BREACHES LITIGATION

U.S. COURT OF APPEALS
FILED
SEP 0 5 2007
CHARLES R. FULBRUGE III
CLERK

MAUREEN O'DWYER; HAROLD
JOSEPH GAGNET; SALLY EGERTON
RICHARDS; STEPHANIE PORTER,
doing business as Interior Specialties LLC;
SHEILA JORDAN JORDAN; ET AL

Plaintiffs-Appellants

v.

NEW ORLEANS CITY

Defendant-Appellee

Appeal from the United States District Court
For the Eastern District of Louisiana

Before DAVIS, BARKSDALE, and PRADO, Circuit Judges.

In this civil case arising out of the aftermath of Hurricane Katrina in New Orleans, Louisiana, and seeking damages from the City of New Orleans, the district court entered an order on September 13, 2006, granting defendant City of New Orleans' motion to dismiss for failure to state a claim on which relief can be granted, based upon the statutory provisions of La. Rev. State. 38:301 and 307 (Board of Commissioners of the Orleans Levee District has full and exclusive jurisdiction and rights over the levee and their maintenance). On October 12, 2006, the plaintiffs filed a notice of appeal from that order.

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

No. 06-31129

This massive tort case includes numerous claimants with numerous claims against numerous defendants in addition to the City of New Orleans arising out of the damages sustained when Hurricane Katrina struck the city. The order sought to be appealed does not dispose of all claims and all parties, nor was it certified by the district court for appeal pursuant to the provisions of Fed. R. Civ. P. 54(b). Thus, it is not an appealable or final order. See 28 U.S.C. §§ 1291, 1292; Borne v. A & P Boat Rentals No. 4, Inc., 755 F.2d 1131, 1133 (5th Cir. 1985) (an order dismissing fewer than all of the claims is not an appealable order in the absence of Rule 54(b) certification); Thompson v. Betts, 754 F.2d 1243, 1245 (5th Cir. 1985) (an order dismissing fewer than all of the parties is not appealable in the absence of Rule 54(b) certification). Accordingly, the appeal must be dismissed.

DISMISSED.

2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 5, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 06-31129  In Re: Katrina Canal
        USDC No.  2:05-CV-4181
                  2:05-CV-4182

Enclosed is a certified copy of the judgment issued as the mandate.

                                  Sincerely,

                                    CHARLES R. FULBRUGE III, Clerk

                          By: _____
                              Kim Folse, Deputy Clerk
                              504-310-7712

cc: w/encl:
    Mr Ashton R O'Dwyer Jr
    Mr Joseph Vincent DiRosa Jr

MDT-1