UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| **KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **SECTION "K"** |
| | § | |
| **PERTAINS TO:  INSURANCE** | § | **JUDGE DUVAL** |
| | § | |
| | § | **MAGISTRATE NO. 2** |
| **RYCK SOTO**      NO.: 07-3079 | § | |
| | § | **MAGISTRATE WILKINSON** |
| **VERSUS** | § | |
| | § | |
| **ALLSTATE INDEMNITY COMPANY** | § | |
| | § | |

## ALLSTATE INDEMNITY COMPANY'S
## CORPORate DISCLOSURE STATEMENT

Allstate Indemnity Company is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company.  Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware Corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

RESPECTFULLY SUBMITTED,

*/s/   Gregory J. Schwab*  _____
**GREGORY J. SCHWAB #21075**
**CARL T. SCHWAB #21430**
423 Goode Street
Houma, Louisiana 70360
Tel.: 985-223-4457
e-mail: gjschwab@exceedtech.net
Attorneys for Allstate

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

> */s/   Gregory J. Schwab*
> **GREGORY J. SCHWAB #21075**
> **CARL T. SCHWAB #21430**
> 423 Goode Street
> Houma, Louisiana 70360
> Tel.: 985-223-4457
> Fax: 985-851-5051