UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: LEVEE, RESPONDER AND MRGO | SECTION "K"(2) |

*O'Dwyer* C.A. No. 06-4024

## ORDER

Before the Court is Defendant United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 1405). On November 8, 2006, plaintiff requested a 30-day extension of time to respond up to and including December 7, 2006 which was granted and the hearing was continued to January 10, 2007. To date, no opposition to this motion has been filed.

This particular plaintiff has nine other suits pending, and this suit was filed 12 days after the Court had dismissed a similar suit and specifically admonished plaintiff's counsel that the wholesale listing of jurisdictional bases would not be countenanced. The Court warned him that such a practice verged on being sanctionable under Fed. R. Civ. P. 11 (Doc. 788 at 12). Nonetheless, counsel chose to ignore the Court's admonitions.

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 1405) is **GRANTED**.

New Orleans, Louisiana, this   11th   day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE