# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| JOHN FONTENOT AND KIM FONTENOT | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 07-4504 |
| UNITED STATES OF AMERICA AND DEPARTMENT OF THE ARMY-NEW ORLEANS DISTRICT, CORPS OF ENGINEERS | SECTION: "K"; MAGISTRATE 2 |

TO: (Name and address of defendant)

United States of America and Department of
the Army-New Orleans District, Corps of
Engineers
7400 Leake Avenue
New Orleans, Louisiana 70118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Fontenot, Esq.
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   LORETTA G. WHYTE

DATE 9/6/07

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/12/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| John L. Fontenot | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via Certified Return Receipt - See Attached Exhibit "A"

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/07
               Date

Signature of Server

Address of Server: One Shell Square - Suite 4500
701 Poydras St.
New Orleans, LA 70139

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.