| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Ochlosto Carroll*   ☐ Agent  ☐ Addressee<br>X<br>B. Received by (Printed Name) *Ochlosto Carroll*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States of America and<br>Department of the Army-New Orleans District,<br>Corps of Engineers<br>7400 Leake Avenue<br>New Orleans, Louisiana 70118 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article (Transf... | 7007 0710 0001 2736 0126 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total F
Sent To
Street, or PO B
City, Sta

Postmark Here

United States of America and
Department of the Army-New Orleans District,
Corps of Engineers
7400 Leake Avenue
New Orleans, Louisiana 70118

7007 0710 0001 2736 0126

PS Form 3800, August 2006    See Reverse for Instructions

EXHIBIT "A"



# ADAMS AND REESE LLP

**Attorneys at Law**
Baton Rouge
Birmingham
Houston
Jackson
Memphis
Mobile
Nashville
**New Orleans**
Washington, DC

**John L. Fontenot**
(504) 585-0274
E-Fax (504) 586-6617
john.fontenot@arlaw.com

September 7, 2007

**Via Certified Return Receipt**
**No. 7007 0710 0001 2736 0126**

United States of America and
Department of the Army-New Orleans District,
Corps of Engineers
7400 Leake Avenue
New Orleans, Louisiana 70118

      RE:    John Fontenot and Kim Fontenot vs.
                  United States of America and Department of the Army-New Orleans
                  District, Corps of Engineers
                  United States District Court, Eastern District
                  Civil Action No.: 07-4504; Section "K", Magistrate (2)

Dear Sir/Madam:

      We previously sent you on August 30, 2007 a Summons in Civil Case serving you with a Complaint that had been filed by the plaintiffs in the above-referenced matter. The return receipt notification came back with no signature and no date. Therefore, we are resending you the Summons in Civil Case reserving you with the Complaint.

      Should you have any questions, please do not hesitate to contact us.

                                            Cordially,

                                            John L. Fontenot

JLF/bec
Enclosure