FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 10 AM 11: 27

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 09/10/07

Voth

vs.

State Farm

Case No. 07-4393 Section K(2)
c/w 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) State Farm
   (address) 8549 United Plaza Blvd, Baton Rouge, LA 70806
2. (name) _____
   (address) _____
3. (name) State Farm
   (address) 8549 United Plaza Blvd, Baton Rouge, LA 70806
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Kathy Voth and Steven Enright and Cherilyn Enright
Address 4933 Utica St.
Metairie, LA 70006

__ Fee_____
✓ Process__ DSMS
X Dktd_____
__ CtRmDep____
__ Doc. No____