**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **SUSAN ABADIE, TOGETHER WITH ALL** | * | **CIVIL ACTION** |
| **INDIVIDUALS AND ENTITIES WHOSE** | * | |
| **NAMES APPEAR ON THE ATTACHED** | * | **NO.: 07-5112** |
| **EXHIBIT A, BOTH INDIVIDUALLY AND** | * | |
| **ON BEHALF OF OTHERS SIMILARLY-** | * | **SECTION "K" (2)** |
| **SITUATED** | * | |
|     *Mark Mega* | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **AEGIS SECURITY INSURANCE CO., ET AL.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## <u>VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE</u>

NOW INTO COURT, through undersigned counsel, comes Mark Mega, who wishes to voluntarily dismiss his claims against Certain Underwriters at Lloyd's London  in the above captioned matter only, without prejudice, specifically reserving all rights against all other parties in any other litigation.

WHEREFORE, Mark Mega prays that his claims against Certain Underwriters at Lloyd's London  in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation.

Respectfully Submitted,


/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
SCOTT JOANEN (La. Bar # 21431)
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 6th day of September, 2007.


/s/ Joseph M. Bruno
Joseph M. Bruno