UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED *Mark Mega* | * * * * * * * | CIVIL ACTION NO.: 07-5112 SECTION "K" (2) |
| VERSUS | * * | |
| AEGIS SECURITY INSURANCE CO., ET AL. | * | |

\*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the Voluntary Motion to Dismiss without Prejudice filed by Mark Mega:

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that the claims of Mark Mega against Certain Underwriters at Lloyd's London in the above captioned matter only, be dismissed without prejudice, specifically reserving all rights against all other parties in any other litigation.

New Orleans, Louisiana, this __7th__ day of September, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge