FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 10   AM 11:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION: "K" (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |
| BASEM RAFEEDIE, ET AL VS.<br>STATE FARM INS. C.<br>NO. 07-3852 | |
| BRIDGE LANCE AND ANTHONY INDOVINA<br>VS.<br>STATE FARM INS. CO.<br>NO. 07-3853 | |
| THOMAS TARANTINO, ET AL<br>VS.<br>STATE FARM INS. CO.<br>NO. 07-3854 | |

### ORDER

Considering the foregoing Motion to Deconsolidate filed by Defendant State Farm Fire and Casualty Company:

1



IT IS HEREBY ORDERED that this case be removed from the Katrina Canal Breaches Consolidated Litigation, No. 05-4182, Insurance Sub-Group, and that the Clerk's office randomly allot these three lawsuits amongst the judges of the Eastern District of Louisiana.

New Orleans, Louisiana this ___7th___ day of ___September___, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT