FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 30 PM 2: 11

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO: 06-6655 (Gerald Patterson) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)

### MOTION FOR PARTIAL DISMISSAL, WITH PREJUDICE

On motion of plaintiffs, Gerard Patterson and Michelle Monroe Patterson, through undersigned counsel, and on suggesting to this Honorable Court that the claims of plaintiffs against Alliance Insurance Agency Services, Inc. in the above entitled and numbered cause have been settled as of compromise; and plaintiffs further suggest that they desire to dismiss said parties as defendants in the above entitled and numbered cause, with prejudice, each party to bear their own costs, reserving all rights against any remaining parties.

Respectfully submitted,

TILLERY & TILLERY

A. SCOTT TILLERY (#12788)
701 Metairie Road, Suite 2A301
Metairie, LA 70005
Telephone: (504) 828-1768
Attorney for Plaintiffs, Gerard Patterson
and Michelle Monroe Patterson

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on this 2 day of August 2007.

_____
A. SCOTT TILLERY



___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___