UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: 06-6655 (Gerald Patterson)

*******************************************************************)

## ORDER

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that the claims of plaintiffs, Gerard Patterson and Michelle Monroe Patterson, against Alliance Insurance Agency Services, Inc. be and the same is hereby dismissed, with prejudice, each party to bear their own costs; and reserving their rights against all other parties.

New Orleans, LA, this 12th day of September, 2007

_____
JUDGE