PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOA | 002 | NOA-002-000000001 | NOA-002-000031995 | Department of Commerce, NOAA, National Weather Service, Office of Science and Technology | Dr. Wilson A. Shaffer | KC199 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Post-Katrina SLOSH Display Program 1/3/2007 |
| NOA | 003 | NOA-003-000000001 | NOA-003-000026383 | Department of Commerce, NOAA, National Weather Service, Office of Science and Technology | Dr. Wilson A. Shaffer | KC200 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Pre-Katrina Version of SLOSH Display Program 1/21/2005 |
| NOA | 004 | NOA-004-000000001 | NOA-004-000000184 | Department of Commerce, NOAA, National Weather Service, Office of Science and Technology | Dr. Wilson A. Shaffer | KC201 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | SLOSH Models and Louisiana Emergency Preparedness Association Powerpoint Presentation |
| NAN | 004 | NAN-004-000000001 | NAN-004-000000002 | Department of Commerce, NOAA, National Weather Service, Office of Science and Technology | Dr. Wilson A. Shaffer | KC201 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | SLOSH Models and Louisiana Emergency Preparedness Association Powerpoint Presentation |
| NOA | 005 | NOA-005-000000001 | NOA-005-000000900 | Department of Commerce, NOAA, National Weather Service, Hydrometeorological Prediction Center | Kevin McCarthy | KC202 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Quantitative Precipitation Forecast Charts |
| NAN | 005 | NAN-005-000000001 | NAN-005-000000003 | Department of Commerce, NOAA, National Weather Service, Hydrometeorological Prediction Center | Kevin McCarthy | KC202 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Quantitative Precipitation Forecast Charts |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOA | 006 | NOA-006-000000001 | NOA-006-000002824 | Department of Commerce, NOAA, National Climatic Data Center | Jan Carpenter | KC203 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Weather Bulletins |
| NOA | 007 | NOA-007-000000001 | NOA-007-000000010 | Department of Commerce, NOAA, National Weather Service, National Hurricane Center | Dr. Stephen R. Baig | KC204 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Katrina storm surge calculations from SLOSH model |
| NOA | 008 | NOA-008-000000001 | NOA-008-000000560 | Department of Commerce, NOAA, National Weather Service, National Hurricane Center | Dr. Stephen R. Baig | KC205 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | NHC post-Katrina photos |
| NOA | 009 | NOA-009-000000001 | NOA-009-000000076 | Department of Commerce, NOAA, National Weather Service, Office of Science and Technology | Dr. Wilson A. Shaffer | KC206 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | NOAA Technical Report NWS 48 - SLOSH, April 1992 |
| NOA | 010 | NOA-010-000000001 | NOA-010-000000003 | Department of Commerce, NOAA, National Weather Service, Office of Science and Technology | Dr. Wilson A. Shaffer | KC207 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Color print-outs from 2004 Hurricane Pam exercise |
| NOA | 011 | NOA-011-000000001 | NOA-011-000000002 | Department of Commerce, NOAA, National Weather Service, Executive Affairs Office | Bonnie Scheller | KC208 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Response to Senator Landrieu Letter |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOA | 012 | NOA-012-000000001 | NOA-012-000000003 | Department of Commerce, NOAA, National Weather Service, Executive Affairs Office | Bonnie Scheller | KC209 | 9/12/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Senator Landrieu Letter |