UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Williams*, C.A. No. 06-10714 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR PARTIAL SUMMARY JUDGMENT: BURDEN OF PROOF

**Now into court comes** The Law Office of John W. Redmann, on behalf of Plaintiffs, who submits the following Partial Summary Judgment, which recognizes the Defendants bear the burden to prove that an exclusion applies to a claim brought under an All-Risk Insurance Policy.

RESPECTFULLY SUBMITTED:

/s/ Margaret E. Madere
JOHN W. REDMANN #19984
MARGARET E. MADERE #28666
LAW OFFICE OF JOHN W. REDMANN, LLC
5407 Mac Arthur Blvd.
New Orleans, Louisiana 70131
Tel: (504) 433-5550
Fax: (504) 433-5556

## CERTIFICATE of SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by CM/ECF, facsimile, hand-delivery, and/or by mailing the same to each by first class United States mail, properly addressed, postage prepaid, at the last know address.
New Orleans, Louisiana, this 12th day of September, 2007.

/s/ Margaret E. Madere
MARGARET E. MADERE