UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Williams*, C.A. No. 06-10714 | * | |

*****************************************************************************

### PLAINTIFF'S UNCONTESTED STATEMENT OF MATERIAL FACTS

1. On or about August 29, 2005, Hurricane Katrina made landfall along the Gulf Coast causing damage to property in Louisiana, including the parishes of Orleans, Jefferson, St. Bernard, Plaquemines, St. Tammany and Tangipahoa.

2. Plaintiffs were insured by all risk policies by their insurers.

3. A Homeowners' Policy is considered a type of "all risk" insurance.

4. Plaintiffs suffered damage caused by Hurricane Katrina.

5. Under an "all risk" policy, plaintiff's Hurricane Katrina damage is covered under their "all risk" insurance policies.

6. Plaintiffs with "all risk" insurance policies need only establish their loss to meet their burden of proof for general causation purposes.

7. Plaintiffs have submitted proofs of loss for their damages to their insurers.

8. After Plaintiffs have established their loss, the burden of proof shifts to the insurers to prove any asserted policy exclusion apply.

RESPECTFULLY SUBMITTED:

/s/ Margaret E. Madere
JOHN W. REDMANN #19984
MARGARET E. MADERE #28666
LAW OFFICE OF JOHN W. REDMANN, LLC
5407 Mac Arthur Blvd.
New Orleans, Louisiana 70131
Tel: (504) 433-5550
Fax: (504) 433-5556

**CERTIFICATE of SERVICE:** I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon counsel for all parties to this proceeding by CM/ECF, facsimile, hand-delivery, and/or by mailing the same to each by first class United States mail, properly addressed, postage prepaid, at the last know address. New Orleans, Louisiana, this 12th day of September, 2007.

_____/s/ Margaret E. Madere_____
MARGARET E. MADERE