UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Williams*, C.A. No. 06-10714 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:    Allstate Insurance, Co.
       Through its Attorney of Record:
       Susan Rogge
       Barrasso Usdin Kupperman Freeman & Sarver, LLC
       LL & E Tower
       909 Poydras Street
       Suite 1800
       New Orleans LA 70112

Please take notice that the attached MOTION FOR PARTIAL SUMMARY JUDGMENT

REGARDING BURDEN OF PROOF, will be heard in the United States District Courthouse for

the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana, on the 17th day

of October, 2007, at 9:30 a.m.

RESPECTFULLY SUBMITTED:

/s/ Margaret E. Madere
JOHN W. REDMANN #19984
MARGARET E. MADERE #28666
LAW OFFICE OF JOHN W. REDMANN, LLC
5407 Mac Arthur Blvd.
New Orleans, Louisiana 70131
Tel: (504) 433-5550
Fax: (504) 433-5556

**CERTIFICATE of SERVICE:** I HEREBY CERTIFY that a copy of the above and foregoing
pleading has been served upon counsel for all parties to this proceeding by CM/ECF, facsimile,
hand-delivery, and/or by mailing the same to each by first class United States mail, properly
addressed, postage prepaid, at the last know address.  New Orleans, Louisiana, this 12th day of
September, 2007.

_____/s/ Margaret E. Madere_____
MARGARET E. MADERE