UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Williams*, C.A. No. 06-10714 | * | |

*****************************************************************************

## PROPOSED ORDER

Considering the foregoing **MOTION FOR PARTIAL SUMMARY JUDGMENT** filed on behalf of Plaintiffs, Audrey and Reverend Andrew Williams;

**IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment in the above-captioned matter is granted as prayed for by Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE