UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  INSURANCE, <u>Xavier</u>, 06-516 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

I previously deferred ruling in part on defendant's motion to compel discovery, Record Doc. No. 5500, and ordered Xavier University to file and serve a privilege log and all evidence necessary to sustain its burden concerning its assertion of any privilege or other protective doctrine. Record Doc. No. 6428. Xavier has filed and served its privilege log in response to that order. Record Doc. No. 7403. Counsel have advised the court that they are attempting to resolve the deferred portion of the motion through good faith discussion.

Accordingly, **IT IS ORDERED** that the deferred portion of the motion is DISMISSED <u>WITHOUT</u> <u>PREJUDICE</u> to being re-filed, limited to the deferred portion of Requests for Production Nos. 2, 10 and 11, for which plaintiff claims a privilege.

New Orleans, Louisiana, this   12th   day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE