UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
         CONSOLIDATED LITIGATION
                                                      NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Montagnet, 06-5115          JUDGE DUVAL
                                                      MAG. WILKINSON

## ORDER

All parties have consented to proceed before a United States Magistrate Judge in the referenced case, Montagnet Properties #1, LLC et al. v. Zurich American Ins. Co. et al., C.A. No. 06-5115.  Record Doc. No. 7544.  Accordingly,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes to proceed independently before me.  The Clerk is hereby **DIRECTED** to docket a copy of this order and henceforth all future filings in Civil Action No. 06-5115 on the docket of C.A. No. 06-5115, and not on the docket of C.A. No. 05-4182.

A Rule 16 scheduling order setting the trial schedule orally agreed upon by counsel during the conference conducted in this matter on August 6, 2007, will be separately entered.

New Orleans, Louisiana, this __13th__ day of September, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**