UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
      CONSOLIDATED LITIGATION
                                  NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, <u>Khan</u>, 06-4571          JUDGE DUVAL
                                           MAG. WILKINSON

## <u>ORDER</u>

All parties have consented to proceed before a United States Magistrate Judge in the referenced case, <u>Abdul R. Khan v. Scottsdale Ins. Co.</u>, C.A. No. 06-4571. Record Doc. No. 7555. Accordingly,

**IT IS ORDERED** that this case is hereby SEPARATED and DECONSOLIDATED from the captioned Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2), for all purposes to proceed independently before me. The Clerk is hereby **DIRECTED** to docket a <u>copy</u> of this order and henceforth all future filings in Civil Action No. 06-4571 on the docket of C.A. No. 06-4571, and <u>not</u> on the docket of C.A. No. 05-4182.

A Rule 16 scheduling order setting the trial schedule orally agreed upon by counsel during the conference conducted in this matter on August 20, 2007, will be separately entered.

New Orleans, Louisiana, this ___13th___ day of September, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**