UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE | SECTION "K"(2) |

05-4182, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06- 0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

### ORDER

Before the Court is an Ex-Parte Motion and Incorporated Memorandum in Support for Leave to Substitute Plaintiffs' Proposed Restated Levee Master Consolidated Class Action Complaint. (Doc. 6826). The purpose of the motion was to correct Document No. 6584-3 which contained certain mistakes. This Order does not impact nor amend the Court's ruling concerning the substantive motion as found in Record Doc. 6939; it simply allows the filing of the corrected document as sought at that time. As the motion is unopposed,

**IT IS ORDERED** that the Ex-Parte Motion and Incorporated Memorandum in Support for Leave to Substitute Plaintiffs' Proposed Restated Levee Master Consolidated Class Action Complaint. (Doc. 6826) is **GRANTED**.

New Orleans, Louisiana, this  12th  day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE