UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  LEVEE, RESPONDER<br>          AND MRGO | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

*Galjour*, C.A. No. 06-8150

### ORDER

Before the Court is Claude Cutitto's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Article 12(b)(6) (Doc. 7301)  which  seeks the dismissal of  plaintiffs' claims against Claude Cuttito based on the Court's denial of a Motion to Remand filed by plaintiff wherein the Court recognized that plaintiff failed to state a claim against him (Doc. 19 in Galjour suit prior to consolidation).  Finding merit in the motion and there being no opposition filed,

**IT IS ORDERED** Claude Cutitto's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure Article 12(b)(6) (Doc. 7301) is **GRANTED**.

New Orleans, Louisiana, this  12th   day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE