UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE AND MRGO | § § § | |
| BETTY LUNDY, ET AL | § § | CIVIL ACTION |
| VERSUS | § § | NUMBER: 07-3173 |
| THE UNITED STATES OF AMERICA, ET AL | § § § | SECTION "K"(2) |

## EX PARTE MOTION TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT WITHOUT LEAVE OF COURT

NOW INTO COURT, THROUGH UNDERSIGNED COUNSEL COME PLAINTIFFS BETTY LUNDY, ET AL, WHO MOVE TO SUPLEMENT AND AMEND THEIR ORIGINAL COMPLAINT BY ADDING **THE UNITED STATES ARMY CORP OF ENGINEERS** (hereafter "Corps") as a defendant. No answer has been filed by any defendant therefore plaintiffs move that this be done without leave of court.

WHEREFORE, plaintiffs move that they be allowed to supplement and amend their original complaint.

Respectfully submitted,

s/ A.J. Rebennack
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

_____

_s/A. J. REBENNACK_
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

2