## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 SEP 12 PM 12: 53
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE AND MRGO | |
| BETTY LUNDY, ET AL VERSUS THE UNITED STATES OF AMERICA, ET AL | CIVIL ACTION NUMBER: 07-3173 SECTION "K" (2) |

### ORDER

It is hereby ordered that the Complainant's original complaint be supplemented and amended in the above particulars.

UNITED STATES EASTERN DISTRICT COURT this 12th day of September 2007.

_____
JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No