UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 JUDGE: DUVAL ("K") |
| PERTAINS TO: INSURANCE *Sheryl and Kelvin Watts v. Allstate Insurance Company*, No. 07-3402 | * * * * | MAGISTRATE: CHASEZ ("5") |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

The above captioned case having been amicably settled by and among Plaintiffs, Sheryl and Kelvin Watts ("Watts") and Defendant, Allstate Insurance Company ("Allstate"); Allstate requests that it be stipulated and ordered that the Complaint filed against Allstate be dismissed with prejudice and without costs against any party, subject to all of the terms and conditions of the Confidential Receipt and Release Agreement entered into by Watts and Allstate; and, that it be further stipulated and ordered that the Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of the Confidential Receipt and Release Agreement. Plaintiffs have been compensated in accordance with the Confidential Receipt and Release Agreement signed by both parties.

92587

- 2 -

        Respectfully Submitted,

        /s/ Judy Y. Barrasso
        Judy Y. Barrasso, 2814
        Edward R. Wicker, Jr., 27138
        Of
        BARRASSO USDIN KUPPERMAN
         FREEMAN & SARVER, L.L.C.
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana  70112
        Telephone:  (504) 589-9700

        Attorneys for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel of record.

        /s/ Judy Y. Barrasso

- 2 -

92587