UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  INSURANCE<br>*Sheryl and Kelvin Watts v. Allstate Insurance Company*, No. 07-3402 | *<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>JUDGE:  DUVAL ("K")<br><br>MAGISTRATE:  CHASEZ ("5") |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE

1.      The above captioned case has been amicably settled by and among Plaintiffs, Sheryl and Kelvin Watts ("Watts") and Defendant, Allstate Insurance Company ("Allstate").

2.      Plaintiffs have been compensated in accordance with the Confidential Receipt and Release Agreement signed by both parties.

### CONCLUSION

For the reasons stated in its Motion to Dismiss with Prejudice and for the reasons stated above, Allstate requests that it be ordered that the Complaint filed against Allstate be dismissed with prejudice and without costs against any party, subject to all of the terms and conditions of the Confidential Receipt and Release Agreement entered into by Watts and Allstate; and, that it

92596

- 2 -

be further ordered that the Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of the Confidential Receipt and Release Agreement.

Respectfully Submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700

Attorneys for Allstate Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel of record.

/s/ Judy Y. Barrasso

- 2 -

92596