UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE:  DUVAL ("K") |
| | * | |
| PERTAINS TO:  INSURANCE | * | MAGISTRATE:  CHASEZ ("5") |
| *Sheryl and Kelvin Watts v. Allstate Insurance* | * | |
| *Company*, No. 07-3402 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Please take notice that undersigned counsel will bring its Motion to Dismiss With Prejudice for hearing before the Honorable Stanwood Duval on October 3, 2007, at 9:30 a.m.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
    Of
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Allstate Insurance Company

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel of record.

                                                                                      /s/ Judy Y. Barrasso