UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 12 PM 12: 53

LORETTA G. WHYTE
CLERK

| | § | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: | § | |
| LEVEE AND MRGO | § | |
| | § | CIVIL ACTION |
| BETTY LUNDY, ET AL | § | |
| | § | NUMBER: 07-3173 |
| VERSUS | § | |
| | § | SECTION "K" (2) |
| THE UNITED STATES OF AMERICA, | § | |
| ET AL | § | |

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel come complainants Betty Lundy, et al, who move to supplement and amend their original complaint filed herein in the following respects:

By adding as a defendant **THE UNITED STATES ARMY CORP OF ENGINEERS** (hereafter "Corps") a division of the United States government under the direct jurisdiction of the Department of the Army. Complainants reiterate and re-aver all allegations previously made against The United States of America now and also against this newly added defendant.

Complainants pray that their Original and any Supplemental and Amending Complaints and be supplemented and amended in the above particulars.

WHEREFORE, complainants pray that the original complaint be supplemented and amended in the above particulars and that after due proceedings are had there be judgment in favor of complainants and against all defendants jointly severly and in solido in the full and true



sum fixed by this Honorably Court together with legal interest from the date of judicial demand, until paid, for all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

*[signature]*

s/ A.J. Rebennack
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

s/A. J. REBENNACK
A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff(s)
2202 Avenue B
Metairie, Louisiana 70001
Telephone No. (504) 782-0512
Facsimile No. (504) 831-1203
