UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K; MAG. 2 |
| | JUDGE DUVAL |
| PERTAINS TO:  LEVEE & MRGO | MAGISTRATE JUDGE WILKINSON |

**LEVEE AND MRGO PLAINTIFFS' NOTICE
OF FILING PROPOSED CLASS TRIAL PLAN**

PLAINTIFFS and putative Class Representatives for the MRGO and Levee Classes, as identified in their respective motions for class certification, hereby file their Class Representatives' Proposed Levee & MRGO Trial Plan, to accompany their motion for class certification.

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON COUNSEL**

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**IN CONJUNCTION WITH AND ON BEHALF OF THE LEVEE & MRGO PSLCs:**

Gerald E. Meunier, Levee PSLC Liaison Counsel
Walter Dumas, Levee PSLC Member
Daniel Becnel, Levee PSLC Member
Darleen Jacobs, Levee PSLC Member
Hugh Lambert, Levee PSLC Member

James P. Roy, MRGO PSLC Liaison Counsel
John Andry, MRGO PSLC Member
Clay Mitchell, MRGO PSLC Member
Pierce O'Donnell, MRGO PSLC Member

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy hereof, including the attached Proposed Trial Plan, upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 13th day of September, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno