UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" JUDGE DUVAL |
| PERTAINS TO: SEVERED MASS<br>JOINDER CASES | * * * | |
| | * | MAG. (2) MAG. WILKINSON |
| SEVERED FROM: AARON, 06-4746 | * * | |
| CHRISTINE MORA | * | CIVIL ACTION NO. 07-2031 |
| VERSUS | * * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE & CASUALTY<br>COMPANY | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 41 (a)(1)(i) STIPULATION OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, Christine Mora, who has stipulated that there is no cause of action against State Farm Fire and Casualty Company as stated in the Plaintiff's Complaint and Amended Complaint. Therefore, Plaintiff, Christine Mora, respectfully requests that this Honorable Court dismiss State Farm Fire and Casualty Company from this action, without prejudice, each party to bear its own cost.

*See signature line on following page*

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

08-23-07 A01:26 IN

Respectfully submitted,

**JIM S. HALL & ASSOCIATES**

_____
JIM S. HALL, (Bar No.: 21644)
JOSEPH W. RAUSCH (Bar No.: 11394)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
*Counsel for Plaintiff, Christine Mora*

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of July, 2007, a copy of the foregoing Rule 41 (a)(1)(i) Stipulation of Dismissal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

_____
JIM S. HALL