FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 10  PM 4: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> PERTAINS TO: * <br> * <br> INSURANCE: *Gaines*, 07-3568 * | CIVIL ACTION NO.: 05-4182 <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

Plaintiffs, Euclide and Patricia Gaines, have resolved their dispute with defendant, Liberty Mutual Insurance Company ("Liberty Mutual"). As a result of this settlement, plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE**, Euclide and Patricia Gaines pray that their claims and this lawsuit be dismissed, with prejudice.

Respectfully submitted,
**CONNICK AND CONNICK, L.L.C.**

_____
William P. Connick - 14158
2551 Metairie Road
Metairie, Louisiana 70001
Telephone: (504) 838-8777
Facsimile: (504) 838-9903
**ATTORNEY FOR PLAINTIFFS**
**Euclide and Patricia Gaines**

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this the 7TH day of SEPTEMBER, 2007.

**William P. Connick - 14158**