

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| | * | MAGISTRATE WILKINSON |
| INSURANCE: *Gaines*, 07-3568 | * | |

*************************************

### ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and that all of the claims asserted by plaintiffs Euclide and Patricia Gaines and this lawsuit are dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this the ___ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
__ Fee_____
__ Process___
X_ Dktd_____
/_ CtRmDep__
__ Doc. No.__
```