U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 1 2 2007

CHARLES R. FULBRUGE III
LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 11, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 07-30119  In Re: Katrina Canal
      USDC No.   2:06-CV-1674
                     2:06-CV-1673
                     2:06-CV-1672
                     2:06-CV-516
                     2:06-CV-169
                     2:05-CV-6323
                     2:05-CV-4182

Enclosed for the District Court and counsel is the approved bills of costs.

          Sincerely,

          CHARLES R. FULBRUGE III, Clerk

          By: _____
               Kim Folse, Deputy Clerk
               504-310-7712

cc: w/encl:
    Ms Laura Anne Foggan
    Mr Charles C Foti Jr
    Mr Alan S Gilbert
    Mr Levon G Hovnatanian
    Mr Dominic J Ovella
    Mr Christopher Raymond Pennison
    Mr Marshall M Redmon
    Mr John Powers Wolff III
    Mr Christopher Todd Handman
    Mr Joseph M Bruno
    Ms Judy Y Barrasso
    Mr Richard Joseph Doren
    Mr Ralph S Hubbard III
    Ms Maura Z Pelleteri

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Mr John W Waters Jr
Mr William J Wegmann Jr
Mr Alan J Yacoubian
Mr James M Garner
Mr Wayne J Lee
Mr Robert G Creely
Mr Robert G Harvey Sr
Mr Harry Alston Johnson III
Mr Rex S Heinke


MDT-1

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office within 14 days from the date of the opinion, See FED. R. APP. P. & 5^TH^ CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

U.S. COURT OF APPEALS

**F I L E D**

AUG 1 6 2007

CHARLES R. FULBRUGE III
CLERK

In re Katrina Canal Breaches Litigation

No. 07-30119

The Clerk is requested to tax the following costs against: **Appellees**

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (if different from amount requested) | | |
|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | $ 450.00 | | | | 450.00 |
| Appendix or Record Excepts | | | | | | | | |
| Appellant's Brief | 9 | 66 | .25 | $ 148.50 | 9 | 66 | .25 | 148.50 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 9 | 38 | .25 | $ 85.50 | 9 | 38 | .25 | 85.50 |
| Other: Petition for Permission to Appeal and Reply to Plaintiffs' Response | ~~6~~ | ~~40~~ | ~~.25~~ | ~~$ 60.00~~ | | | | |

Total: $ 744.00

Costs are taxed in the amount of $ 684.00

U.S. COURT OF APPEALS
FILED
AUG 1 6 2007
NEW ORLEANS, LA

Costs are hereby taxed in the amount of $ _684.00_ this ____ day of _____, 2007.

SEP 11 2007

CHARLES R. FULBRUGE III, CLERK

By _Beth A. Raymond_

Deputy Clerk

State of Louisiana
Parish of Orleans

I, ~~Edward R. Wicker, Jr.~~ *Judy J. Barrasso*, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 16th day of August, 2007.

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

_____ (Signature)
Attorney for Allstate Insurance Co. and Allstate Indemnity Co.

Allstate 07/30124
Allstate 07/30128

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office within **14 days** from the date of the opinion, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

In re Katrina Canal Breaches Litigation

No. 07-30119

The Clerk is requested to tax the following costs against:

Appellees

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | $ 450.00 | | | | 450.00 |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |

Total: $ 450.00

Costs are taxed in the amount of $ 450.00

U.S. COURT OF APPEALS
FILED
AUG 16 2007
CHARLES R. FULBRUGE III
CLERK

U.S. COURT OF APPEALS
AUG 16 2007
NEW ORLEANS, LA

Costs are hereby taxed in the amount of $ 450.00 this _____ day of SEP 11 2007, 2007.

By _____  CHARLES R. FULBRUGGE III, CLERK
               Deputy Clerk

State of Louisiana
Parish of Orleans

I, H. Minor Pipes, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 17th day of August, 2007.

_____
(Signature)
Attorney for Liberty Mutual Fire Insurance Company

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

U.S. COURT OF APPEALS
**FILED**
AUG 16 2007

In re Katrina Canal Breaches Litigation

No. 07-30119

The Clerk is requested to tax the following costs against: Appellees

CHARLES R. FULBRIGHT accompanied by a separate motion to file out of time, which the court may deny.

NOTE: The Bill of Costs is due in this office within 14 days from the date of the opinion. See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | $ 450.00 | | | | 450.00 |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | 9 | 13 | .25 | $ 29.25 | 9 | 13 | .25 | 29.25 |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 9 | 7 | .25 | $ 15.75 | 9 | 7 | .25 | 15.75 |
| Other: Petition for Permission to Appeal | 6 | 35 | .25 | $ 52.50 | | | | |
| Total: $ 547.50 | | | | | Costs are taxed in the amount of $ 495.00 | | | |

U.S. COURT OF APPEALS
AUG 16 2007
NEW ORLEANS, LA

Costs are hereby taxed in the amount of $ __495.00__ this _____ day of _____, 2007.

SEP 11 2007

CHARLES R. FULBRUGE III, CLERK

By __Beth A. Raymond__

Deputy Clerk

State of Louisiana
Parish of Orleans

I, Edward R. Wicker, Jr., do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 17th day of August, 2007.

_Judy Y. Barrasso_

_[signature]_
(Signature)

Attorney for Encompass Indemnity Company

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS