UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FONTENOT AND<br>KIM FONTENOT | * <br> * <br> * | CIVIL ACTION NO.: 07-4115 <br><br> SECTION: "R" |
| VERSUS | * <br> * | <br> JUDGE: SARAH S. VANCE |
| AUTO CLUB FAMILY INSURANCE<br>COMPANY | * <br> * <br> * | MAGISTRATE: KAREN WELLS ROBY |

* * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, JOHN FONTENOT and KIM FONTENOT, who, pursuant to 28 U.S.C.A. Section 1447(C), move this Honorable Court for an order remanding this case to the Civil District Court for the Parish of Orleans from which it was improperly removed to this Court by the defendant, AUTO CLUB FAMILY INSURANCE COMPANY, and for an order requiring defendant to pay all costs and expenses incurred by plaintiffs as a result of the removal. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

s/John L. Fontenot
JOHN L. FONTENOT, T.A. (#26640)
One Shell Square – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:   (504) 581-3234
Facsimile:    (504) 566-0210
Email: john.fontenot@arlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

s/John L. Fontenot
JOHN L. FONTENOT