

**DECLARATIONS** — THIS DECLARATIONS CERTIFICATE IS PART OF YOUR POLICY. PLEASE KEEP IT WITH YOUR POLICY.

## Auto Club Family Insurance Company (A Stock Company)
### 12901 North Forty Drive • St. Louis, Missouri 63141

YOUR SALES AGENT

TRUST GROUP INS AGENCY
609 W WM DAVID PKWY STE 102
METAIRIE, LA  70005
PHONE (504) 835-8887

R  #1213-I063

**POLICY NUMBER**
P3-098173-1

**POLICY PERIOD**
FROM 02-28-2005
TO   02-28-2006
12:01 A.M. STANDARD TIME

NAME AND ADDRESS OF INSURED

FONTENOT, KIMBERLY J
FONTENOT, JOHN L JR
6611 CANAL BOULEVARD
NEW ORLEANS, LA  70124-3211

**DATE PREPARED**
01-14-2005

### LOCATION OF INSURED PROPERTY

SAME ADDRESS AS ABOVE

CONSTRUCTION TYPE: FRAME                PRIMARY RESIDENCE
1 FAMILY OCCUPANCY                       0 RESIDENCE EMPLOYEES

### YOUR COVERAGES AND THEIR LIMITS

```
POLICY COVERAGES                                              LIMIT
  SECTION I - PROPERTY COVERAGES
    A. DWELLING                                            $219,300
    B. OTHER STRUCTURES                                     $21,930
    C. PERSONAL PROPERTY                                   $131,580
    D. LOSS OF USE                            ACTUAL LOSS SUSTAINED
  SECTION II - LIABILITY COVERAGES
    E. PERSONAL LIABILITY - EACH OCCURENCE                 $100,000
    F. MEDICAL PAYMENTS TO OTHERS - EACH PERSON              $1,000
  $1,000 ALL PERIL DEDUCTIBLE APPLIES TO COVERAGE A,B & C

DISCOUNTS APPLIED
  PROTECTION DEVICES CREDIT

COVERAGES A,B AND C HAVE BEEN ADJUSTED ACCORDING TO YOUR
INFLATION GUARD ENDORSEMENT
AGE OF HOME RATING FACTOR HAS BEEN APPLIED

PREMIUM INFORMATION
  TOTAL PREMIUM FOR THE POLICY PERIOD STATED              $1,803.00
  CURRENT BALANCE                                         $1,803.00
```

EXHIBIT B

FUTURE BILLING INFORMATION