# Chopin Wagar Richard & Kutcher

*Attorneys at Law*
A Limited Liability Partnership

**Jason P. Foote**
Partner
Direct Telephone 504 830 3827
Telefax 504 836 9579
jfoote@chopin.com

January 29, 2007

Mr. John Fontenot
701 Poydras Street, Suite 4500
New Orleans, LA 70139

　　　　　　　　RE:　　*John Fontenot, et al v. Auto Club Family Insurance Company*
　　　　　　　　　　　　CDC No. 06-8022, Section E-7
　　　　　　　　　　　　Our File No.: 823.4424

Dear John:

　　　　I am in receipt of your letter of January 19, 2007 and the accompanying documents. With regard to the discovery requests, please find enclosed a copy of the discovery requests which have been resubmitted with the state court caption. As I am certain you are aware, since the case has been remanded back to state court, there is no scheduling order under which you can claim these discovery requests are premature. Please answer within the next fifteen days. If I do not have your response by Thursday, February 15, 2007, then you are invited to participate in a telephone discovery conference on Friday, February 16, 2007, at 10:00 a.m. in anticipation of my filing a Motion to Compel.

　　　　With regard to your comments that flood insurance payment information is irrelevant, I respectfully disagree. At the very least, it is a decision for a trial judge to make regarding the admissibility of evidence. In the discovery process, however, I do believe that I am entitled to seek this information as it is reasonably calculated to lead to the discovery of admissible evidence. Accordingly, I would respectfully request that when you respond to the Interrogatories and Requests for Production propounded upon you, please include the requested information concerning your flood insurance policy and all payments received. Alternatively, please make clear that it is not your intention to include that information and I will promptly seek relief from the court.

　　　　Thank you very much. With kindest regards, I remain,

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　JASON P. FOOTE

JPF/kbl
enclosures

---
Two Lakeway Center, Suite 900  3850 North Causeway Boulevard
Metairie, LA  70002
Telephone 504 830 3838
Telefax 504 836 9540

EXHIBIT C