# Fleur De Lis CONSTRUCTION

**Commercial & Residential Contractor**

5737 Heebe St., Ste. A
Harahan, LA 70123
(504) 734-2270
Fax (504) 729-3304

Name:   John Fontenot

Address: 6611 Canal blvd.
New Orleans LA. 70124

Date _____4/18/2006_____

Phone(H) _____

Phone(W) _____

## INSURANCE SCOPE AND CONTRACT SPECIFICATIONS

| Scope of Work | Description | Quan/Un | Unit Cost | Proposal | Settlement |
|---|---|---|---|---|---|
| **Roofing** | | | | | |
| Tear off | | 32 | $40.00 | $ 1,280.00 | |
| Replace shingle | | 32 | $250.00 | $ 8,000.00 | |
| **Exterior** | | | | $ - | |
| Structural | Rear left corner | 1 | $10,000.00 | $ 10,000.00 | |
| Stucco repair | R&R left side of house | 825 | $15.00 | $ 12,375.00 | |
| Scaffolding | per week | 2 | $850.00 | $ 1,700.00 | |
| Exterior painting | left side only | 1 | $6,000.00 | $ 6,000.00 | |
| Exterior painting | rest of house | 1 | $8,235.00 | $ 8,235.00 | |
| Repair windows | allowance | 4 | $350.00 | $ 1,400.00 | |
| **Interior** | | | | | |
| Drywall repair | Master bed, master bath, rear bedroom, front bedroom,hall bath, hall | 1 | $3,500.00 | $ 3,500.00 | |
| R&R drywall | Kitchen ceiling | 300 | $3.00 | $ 900.00 | |
| Interior painting | Master bed, master bath, rear bedroom, front bedroom,hall bath, hall( includes walls, ceiling, and trim) | 1105 | $5.00 | $ 5,525.00 | |
| Floor covering | | 845 | $1.10 | $ 929.50 | |
| Interim clean ups | | 4 | $200.00 | $ 800.00 | |
| Trash haul | | 2 | $225.00 | $ 450.00 | |
| Project Manager | | 1 | $1,500.00 | $ 1,500.00 | |
| Permits | | 1 | $225.00 | $ 225.00 | |
| | | | | | |
| All exterior lumber to be treated pine and fastened w/ | | | | | |
| stainless steal finishing nails | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | General Contractors/Overhead&Profit | | $ 12,563.90 | |
| | | Tax | | | |
| | | Total | | $75,383.40 | |

**PAYMENT SCHEDULE**
Payment Will be Done Bi-Weekly

Roofing $ _____   Gutters $ _____

...tio Cover $ _____   Other  $ _____

This contract agreement respectfully submitted by _____ **Dennis deBoisblanc** _____

**CONTRACTOR/AUTHORIZED AGENT**



EXHIBIT
E

**Fleur De Lis CONSTRUCTION**

Commercial
& Residential
Contractor

5737 Heebe St., Ste. A
Harahan, LA 70123
(504) 734-2270
Fax (604) 729-3304

Name:   John Fontenot

Address: 6611 Canal blvd.
New Orleans LA. 70124

Date _____ 4/18/2006 _____

Phone(H) _____

Phone(W) _____

## INSURANCE SCOPE AND CONTRACT SPECIFICATIONS

| Scope of Work | Description | Quan/Un | Unit Cost | Proposal | Settlement |
|---|---|---|---|---|---|
| **Roofing** | | | | | |
| Tear off | | 32 | $40.00 | $ 1,280.00 | |
| Replace shingle | | 32 | $250.00 | $ 8,000.00 | |
| **Exterior** | | | | $ - | |
| Structural | Rear left corner | 1 | $15,000.00 | $ 15,000.00 | |
| Stucco repair | R&R left side of house and spot repairs | 985 | $15.00 | $ 14,775.00 | |
| Scaffolding | per week | 2 | $850.00 | $ 1,700.00 | |
| Exterior painting | left side only | 1 | $6,000.00 | $ 6,000.00 | |
| Exterior painting | rest of house | 1 | $15,400.00 | $ 15,400.00 | |
| Fencing | 6' cedar w/ 2 runners per l.f. | 150 | $30.00 | $ 4,500.00 | |
| Exterior doors | allowance | 1 | $8,000.00 | $ 8,000.00 | |
| Windows | custom Spanish cedar six over six | 14 | $1,400.00 | $ 19,600.00 | |
| Land scape | allowance | 1 | $8,000.00 | $ 8,000.00 | |
| Concrete | Sidewalk, Front and rear driveways | 1 | $12,000.00 | $ 12,000.00 | |
| Deck | Rear | 1 | $3,500.00 | $ 3,500.00 | |
| **Interior** | | | | | |
| Interior painting | Entire Upstairs and downstairs | 2400 | $5.00 | $ 12,000.00 | |
| Electrical | complete rewire to current code | 2400 | $8.00 | $ 19,200.00 | |
| Electrical fixtures | allowance | 1 | $5,000.00 | $ 5,000.00 | |
| Plumbing | | 1 | $6,500.00 | $ 6,500.00 | |
| Plumbing fixture | allowance | 1 | $8,000.00 | $ 8,000.00 | |
| HVAC | 4 ton 13 seer (downstairs unit) | 1 | $12,500.00 | $ 12,500.00 | |
| HVAC | Upstairs unit (Condenser only) | 1 | $3,500.00 | $ 3,500.00 | |
| Carpentry | nail all nails exposed to salt water due to corrosion | 1 | $3,500.00 | $ 3,500.00 | |
| Drywall | Repair upstairs (allowance) | 15 | $250.00 | $ 3,750.00 | |
| Drywall | 1/2" | 6200 | $3.00 | $ 18,600.00 | |
| Insulation | R-13 in exterior wall and R-19 in ceiling | 1 | $1,500.00 | $ 1,500.00 | |
| Kitchen Cabinets | allowance (Base and Tops) | 20 | $635.00 | $ 12,700.00 | |
| Vanity Cabinets | allowance (Base and Tops) | 6 | $350.00 | $ 2,100.00 | |
| Tops | allowance (Granite) | 26 | $260.00 | $ 6,760.00 | |
| Interior trim | Interior doors, base, shoe, and casing, and crown | 2400 | $8.00 | $ 19,200.00 | |
| Hardware | allowance | 1 | $4,000.00 | $ 4,000.00 | |
| Security System | | 1 | $2,500.00 | $ 2,500.00 | |
| Flooring | ceramic ($2 pr ft. allowance) | 500 | $10.00 | $ 5,000.00 | |
| Flooring | 2 1/4" oak striping stained w/ 3 coats of urethane | 1900 | $13.00 | $ 24,700.00 | |
| Floor covering | | 2400 | $1.10 | $ 2,640.00 | |
| Appliances | Allowance | 1 | $10,000.00 | $ 10,000.00 | |
| Interim clean ups | | 6 | $200.00 | $ 1,200.00 | |
| Trash haul | | 4 | $225.00 | $ 900.00 | |
| Project Manager | | 1 | $3,000.00 | $ 3,000.00 | |
| Permits | | 2 | $225.00 | $ 450.00 | |
| | | | General Contractors/Overhead&Profit | $ 61,391.00 | |
| | | | Tax | | |
| | | | Total | $368,346.00 | |

*orig. inv. $ 371K*

**PAYMENT SCHEDULE**
Payment Will be Done Bi-Weekly

Roofing $ _____     Gutters $ _____

atio Cover $ _____     Other  $ _____

This contract agreement respectfully submitted by _____ **Dennis deBoisblanc** _____
CONTRACTOR/AUTHORIZED AGENT

# CONTENTS

## Schedule 1. Entrance Hall

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Chairs | | | | | | | |
| Clock | | | | | | | |
| Curtains | | | | | | | |
| Draperies | | | | | | | |
| Lamps | | | | | | | |
| Mirrors | | | | | | | |
| Pictures | | | | | | | |
| Rugs | | | | | | | |
| Tables | | | | | | | |
| Umbrella stands | | | | | | | |
| Wall fixtures | | | | | | | |
| Total (enter on **Schedule 19, page 21**) | | | | | | | S |



$1200

Formal

## Schedule 2. Living Room

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Accessories | 10 | 4/04 | 400 | 350 | 0 | 350 | 350 |
| Blinds | | | | | | | |
| Bookcases | | | | | | | |
| Books | | | | | | | |
| Chairs | | | | | | | |
| Chests | 1 | 12/99 | 300 | 250 | 0 | 250 | 250 |
| Clocks | | | | | | | |
| Coffee table & End | 2 | 2/03 | 900 | 800 | 0 | 800 | 800 |
| Curtains | 5 | 3/02 | 3,500 | 3150 | 0 | 3150 | 3150 |
| Desk | | | | | | | |
| Draperies | | | | | | | |
| Fireplace hardware | 1 | 2/03 | 200 | 150 | 0 | 150 | 150 |
| Lamps | 1 | 4/04 | 200 | 150 | 0 | 150 | 150 |
| Magazine rack | | | | | | | |
| Mirrors | 1 | 11/03 | 1,500 | 1250 | 0 | 1250 | 1250 |
| Piano | | | | | | | |
| Pictures & Frames | 4 | 5/05 | 600 | 500 | 0 | 500 | 500 |
| Pillows | | | | | | | |
| Radio | | | | | | | |
| Rugs & pads | 1 | 1/04 | 1,500 | 1,000 | 0 | 1000 | 1000 |
| Shades | | | | | | | |
| Shutters | | | | | | | |
| Sofa | 2 | 2/03 | 5,400 | 4500 | 0 | 4500 | 4500 |
| Stereo | | | | | | | |
| Television | | | | | | | |
| Wall fixtures | 2 | 2/02 | 300 | 200 | 0 | 200 | 200 |
| Total (enter on Schedule 19, page 21) | | | | | | | $ 12,300 |

## Schedule 3. Dining Room

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost **or** other basis | (5)<br>Fair market value before casualty | (6)<br><br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Buffet | | | | | | | |
| Chairs | | | | | | | |
| China cabinet | | | | | | | |
| Chinaware | | | | | | | |
| Crystal | | | | | | | |
| Curtains | 2 | 3/02 | 1400 | 1260 | 0 | 1260 | 1260 |
| Draperies | | | | | | | |
| Glassware | | | | | | | |
| Mirrors | | | | | | | |
| Pictures | 1 | 8/04 | 1200 | 1200 | 0 | 1200 | 1200 |
| Rugs & pads | 1 | 1/04 | 1500 | 1000 | 0 | 1000 | 1000 |
| Silver flatware | | | | | | | |
| Silver tea set | | | | | | | |
| Silver items | | | | | | | |
| Table & Chairs | 1 | 9/99 | 800 | 700 | 0 | 700 | 700 |
| Tea cart | | | | | | | |
| Wall fixtures | | | | | | | |
| **Total (enter on Schedule 19, page 21)** | | | | | | | $ |
| Security System | 1 | 2/02 | 450 | 350 | 0 | 350 | 350 |
| Chandlier | 1 | 3/02 | 1200 | 1200 | 0 | 1200 | 1200 |
| Decorations | 4 | 5/03 | 300 | 250 | 0 | 250 | 250 |

$5960

## Schedule 4. Kitchen

| (1) Item | (2) No. of items | (3) Date acquired | (4) Cost or other basis | (5) Fair market value before casualty | (6) Fair market value after casualty | (7) Decrease in fair market value | (8) Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Blender | 1 | 8/99 | 100 | 80 | 0 | 80 | 80 |
| Broiler | | | | | | | |
| Canned goods | 15 | 8/05 | 25 | 25 | 0 | 25 | 25 |
| Can opener | 1 | 4/00 | 25 | 20 | 0 | 20 | 20 |
| Clock | | | | | | | |
| Coffee maker | 1 | 1/01 | 50 | 40 | | 40 | 40 |
| Curtains | 2 sets | 3/02 | 1000 | 900 | 0 | 900 | 900 |
| Cutlery | 1 | 8/99 | 150 | 125 | 0 | 125 | 125 |
| Dishes (storage) serving | 50 | 5/04 | 1000 | 1000 | 0 | 1000 | 1000 |
| Dishwasher | | | | | | | |
| Food processor | 1 | 11/04 | 50 | 40 | 0 | 40 | 40 |
| Freezer | | | | | | | |
| Frozen food | 100+ | 8/05 | 650 | 650 | 0 | 650 | 650 |
| Glassware | 4 sets | 5/04 | 250 | 150 | 0 | 150 | 150 |
| Ice crusher | | | | | | | |
| Microwave oven | | | | | | | |
| Mixer | 1 | 8/99 | 75 | 50 | 0 | 50 | 50 |
| Pots and pans | 1 set | 8/04 | 550 | 450 | 0 | 450 | 450 |
| Radio | | | | | | | |
| Refrigerator | | | | | | | |
| Stove | | | | | | | |
| Table and chairs | | | | | | | |
| Telephone | 1 | 6/04 | 140 | 85 | 0 | 85 | 85 |
| Toaster Oven | 1 | 8/04 | 60 | 50 | 0 | 50 | 50 |
| Trash compactor | 1 | 3/02 | 100 | 75 | 0 | 75 | 75 |
| Utensils | 2 sets | 4/03 | 250 | 250 | 0 | 250 | 250 |
| Wall accessories | 2 | 5/04 | 500 | 500 | 0 | 500 | 500 |
| **Total (enter on Schedule 19, page 21)** | | | | | | | S |
| Plants & Planters | 13 | 8/02 | 550 | 400 | 0 | 400 | 400 |
| Wok | 1 | 2/03 | 65 | 50 | 0 | 50 | 50 |
| Dog gate | 1 | 5/04 | 125 | 100 | 0 | 100 | 100 |
| Medicine | 15 | 8/05 | 180 | 180 | 0 | 180 | 180 |

$5220

$21,545

## Schedule 5. Den & Downstairs Closet

| (1) Item | (2) No. of items | (3) Date acquired | (4) Cost or other basis | (5) Fair market value before casualty | (6) Fair market value after casualty | (7) Decrease in fair market value | (8) Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Bookcase | 2 | 3/03 | 1200 | 850 | 0 | 850 | 850 |
| Books | 20 | 7/00 | 350 | 200 | 0 | 200 | 200 |
| Chairs | 1 | 1/00 | 150 | 75 | 0 | 75 | 75 |
| Computer | | | | | | | |
| Clock | | | | | | | |
| Curtains Blinds | 5 | 3/02 | 2500 | 2250 | 0 | 2250 | 2250 |
| Desk | | | | | | | |
| Draperies | | | | | | | |
| Lamps | 2 | 9/04 | 250 | 175 | 0 | 175 | 175 |
| Mirrors | | | | | | | |
| Pictures | 10 | 1/99 | 250 | 175 | 0 | 175 | 175 |
| Pillows | 4 | 3/02 | 250 | 150 | 0 | 150 | 150 |
| Radio | | | | | | | |
| CDs/Records | 20 | 1/03 | 300 | 150 | 0 | 150 | 150 |
| Rugs & pads | 1 | 10/02 | 2500 | 2000 | 0 | 2000 | 2000 |
| Telephone | 1 | 6/04 | 140 | 85 | 0 | 85 | 85 |
| Sofa | 2 | 5/02 | 7200 | 6500 | 0 | 6500 | 6500 |
| Stereo | 1 | 11/99 | 2500 | 1200 | 0 | 1200 | 1200 |
| Tables | 2 | 5/02 | 3800 | 3500 | 0 | 3500 | 3500 |
| Television | 1 | 8/04 | 750 | 500 | 0 | 500 | 500 |
| VCR | 1 | 3/00 | 100 | 75 | 0 | 75 | 75 |
| Total (enter on Schedule 19, page 21) | | | | | | | S |
| Playstation | 1 | 12/03 | 200 | 100 | 0 | 100 | 100 |
| Tivo | 1 | 6/03 | 200 | 150 | 0 | 150 | 150 |
| DVD | 1 | 7/04 | 180 | 150 | 0 | 150 | 150 |
| Fan & lighting | 1 | 8/02 | 200 | 150 | 0 | 150 | 150 |
| Decorations | 12 | 3/03 | 1200 | 1000 | 0 | 1000 | 1000 |
| Vacuums | 2 | 1/03 | 1400 | 1000 | 0 | 1000 | 1000 |
| Holiday Decorations | 100 | 10/01 | 1500 | 1500 | 0 | 1500 | 1500 |
| Linens | 5 | 3/02 | 500 | 400 | 0 | 400 | 400 |
| Storage Boxes | 8 | 10/04 | 150 | 150 | 0 | 150 | 150 |
| Table | 1 | 5/97 | 20 | 10 | 0 | 10 | 10 |
| games | 4 | 3/00 | 70 | 50 | 0 | 50 | 50 |

$21,545

$21,670

## Schedule 6. Bedrooms (Master, Spare, & Office)

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (1)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (1) |
|---|---|---|---|---|---|---|---|
| Bed covers | 3 | 12/03 | 2200 | 1500 | 0 | 1500 | 1500 |
| Beds | 3 | 12/03 | 4000 | 3500 | 0 | 3500 | 3500 |
| Bedside tables | 2 | 3/00 | 400 | 300 | 0 | 300 | 300 |
| Bureaus | | | | | | | |
| Chairs | 2 | 8/02 | 650 | 500 | 0 | 500 | 500 |
| Chests | | | | | | | |
| Clocks | 2 | 10/99 | 40 | 30 | 0 | 30 | 30 |
| Clothes hamper | 1 | 10/03 | 150 | 125 | 0 | 125 | 125 |
| Desks | 2 | 8/02 | 2000 | 1200 | 0 | 1200 | 1200 |
| Dresser | 2 | 3/00 | 1050 | 900 | 0 | 900 | 900 |
| Jewelry box | | | | | | | |
| Lamps | 2 | 8/03 | 150 | 100 | 0 | 100 | 100 |
| Linens | 8 | 12/03 | 600 | 450 | 0 | 450 | 450 |
| Mirrors | | | | | | | |
| Pictures | | | | | | | |
| Radio | | | | | | | |
| Rugs & pads | 1 | 2/04 | 1500 | 1250 | 0 | 1250 | 1250 |
| Telephone | 1 | 6/01 | 75 | 50 | 0 | 50 | 50 |
| Television | 2 | 2/00 | 700 | 500 | 0 | 500 | 500 |
| Total (enter on Schedule 19, page 21) | | | | | | | $ |
| Blinds | 8 | 3/02 | 4500 | 4000 | 0 | 4000 | 4000 |
| Curtains | 2 | 12/03 | 650 | 600 | 0 | 600 | 600 |
| Books | 100 | 8/00 | 2000 | 1000 | 0 | 1000 | 1000 |
| Fans | 3 | 10/02 | 240 | 200 | 0 | 200 | 200 |
| Office Supplies | 15 | 1/03 | 300 | 300 | 0 | 300 | 300 |
| Plants & Planters | 6 | 9/12 | 625 | 625 | 0 | 625 | 625 |
| Decorations | 8 | 6/03 | 2000 | 1500 | 0 | 1500 | 1500 |
| Computer & Printer | 1 | 4/04 | 1200 | 850 | 0 | 850 | 850 |
| Bookshelves | 3 | 6/00 | 700 | 600 | 0 | 600 | 600 |
| Printer Cart | 1 | 8/02 | 250 | 200 | 0 | 200 | 200 |
| Luggage | 4 | 5/04 | 1500 | 1200 | 0 | 1200 | 1200 |
| Mattress Pads | 3 | 12/03 | 150 | 150 | 0 | 150 | 150 |
| Cable Modem | 1 | 8/02 | 50 | 40 | 0 | 40 | 40 |

$21,670

## Schedule 7. Bathrooms  (3 Bathrooms)

| (1) Item | (2) No. of items | (3) Date acquired | (4) Cost or other basis | (5) Fair market value before casualty | (6) Fair market value after casualty | (7) Decrease in fair market value | (8) Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Bath mats | 4 | 1/05 | 160 | 160 | 0 | 160 | 160 |
| Clothes hamper | 2 | 2/05 | 100 | 15 | 0 | 75 | 75 |
| ~~Curtains~~ Blinds | 3 | 3/02 | 1200 | 1050 | 0 | 1050 | 1050 |
| Hair dryers | 1 | 5/01 | 30 | 30 | 0 | 300 | 300 |
| Linens | | | | | | | |
| Mirrors | 3 | 8/02 | 1200 | 1000 | 0 | 1000 | 1000 |
| Pictures | 1 | 10/00 | 800 | 700 | 0 | 700 | 700 |
| Razor | 1 | 12/05 | 100 | 15 | 0 | 15 | 75 |
| Scales | 1 | 6/00 | 75 | 50 | 0 | 50 | 50 |
| Towel rack | 5 | 8/02 | 400 | 400 | 0 | 400 | 400 |
| Wall fixtures | | | | | | | |
| **Total (enter on Schedule 19, page 21)** | | | | | | | $ |
| Plants & Planters | 6 | 3/02 | 175 | 175 | 0 | 175 | 175 |
| Shower Curtain | 1 | 1/05 | 150 | 150 | 0 | 150 | 150 |
| Cleaning Supplies | 15 | 4/05 | 100 | 100 | 0 | 100 | 100 |
| Towels | 3 sets | 9/99 | 900 | 900 | 0 | 900 | 900 |
| Medicine | 18 | 8/05 | 200 | 200 | 0 | 200 | 200 |
| Grooming & Cosmetics | 20 | 3/05 | 500 | 500 | 0 | 500 | 500 |
| Decorations | 8 | 2/03 | 300 | 200 | 0 | 200 | 200 |

## Schedule 8. Recreation Room

| (1)<br><br>Item | (2)<br><br>No. of<br>items | (3)<br><br>Date<br>acquired | (4)<br><br>Cost or<br>other<br>basis | (5)<br>Fair<br>market<br>value<br>before<br>casualty | (6)<br>Fair<br>market<br>value after<br>casualty | (7)<br>Decrease<br>in fair<br>market<br>value | (8)<br>Smaller<br>of<br>column<br>(4)<br>or column<br>(7) |
|---|---|---|---|---|---|---|---|
| B;lliard table | | | | | | | |
| Books | | | | | | | |
| Card table | | | | | | | |
| Chairs | | | | | | | |
| Clocks | | | | | | | |
| Curtains | | | | | | | |
| Games | | | | | | | |
| Lamps | | | | | | | |
| Pictures | | | | | | | |
| Ping fbng table | | | | | | | |
| ftol table | | | | | | | |
| Radio | | | | | | | |
| CDs/Records | | | | | | | |
| Rugs | | | | | | | |
| Sofa | | | | | | | |
| Stereo | | | | | | | |
| Tables | | | | | | | |
| Television | | | | | | | |
| VCR | | | | | | | |
| Total  (enter on Schedule 19, page 21) | | | | | | | S |

N|A

## Schedule 9. Laundry and Basement

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Chairs | | | | | | | |
| Dryer | 1 | 8/04 | 500 | 475 | 0 | 475 | 475 |
| Electric iron | 1 | 9/99 | 75 | 50 | 0 | 50 | 50 |
| Food freezer | | | | | | | |
| Ironing board | 1 | 9/99 | 25 | 20 | 0 | 20 | 20 |
| Ladder | | | | | | | |
| Luggage | 6 | 12/02 | 800 | 600 | 0 | 600 | 600 |
| Tables | | | | | | | |
| Tools | 30 | 6/00 | 450 | 350 | 0 | 350 | 350 |
| Tubs | | | | | | | |
| Washing machine | 1 | 8/04 | 500 | 475 | 0 | 475 | 475 |
| Work bench | | | | | | | |
| Total (enter on Schedule 19, page 21) | | | | | | | S |
| Hotwater Heater | 1 | 2/02 | 450 | 300 | 0 | 300 | 300 |
| Pet Kennel & Supplies | 4 | 1/03 | 400 | 375 | 0 | 375 | 375 |
| Blinds | 1 | 3/02 | 500 | 450 | 0 | 450 | 450 |
| Cleaning Supplies | 15 | 6/05 | 350 | 350 | 0 | 350 | 350 |
| Bike Trainer | 1 | 7/05 | 250 | 250 | 0 | 250 | 250 |
| Christmas Tree Stand | 1 | 12/04 | 40 | 30 | 0 | 30 | 30 |
| Fan | 1 | 10/02 | 20 | 15 | 0 | 15 | 15 |
| Shelving | 2 | 1/03 | 200 | 150 | 0 | 150 | 150 |
| Trashcan | 1 | 5/04 | 15 | 10 | 0 | 10 | 10 |

$3900

## Schedule 10. Garage (Outside Storage)

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost or other basis | (5)<br>Fair market value<br>before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in lair market value | (8)<br>Smaller ol column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Bicycles & equipment | 2 | 4/02 | 1800 | 1,600 | 0 | 1600 | 1600 |
| Garden hose | 2 | 5/03 | 60 | 60 | 0 | 60 | 60 |
| Garden tools | 15 | 5/03 | 200 | 150 | 0 | 150 | 150 |
| Hedger | | | | | | | |
| Ladder | 1 | 6/04 | 50 | 50 | 0 | 50 | 50 |
| Lawn mower | 1 | 3/02 | 500 | 400 | 0 | 400 | 400 |
| Snow blower | | | | | | | |
| Sprayer | 1 | 4/03 | 40 | 20 | 0 | 20 | 20 |
| Spreader | 1 | 4/03 | 60 | 35 | 0 | 35 | 35 |
| Tiller | | | | | | | |
| Tools | 40 | 9/02 | 850 | 750 | 0 | 750 | 750 |
| Wheelbarrow | | | | | | | |
| **Total (enter on Schedule 19, page 21)** | | | | | | | S |
| Sprinkler System | 1 | 4/04 | 1500 | 1500 | 0 | 1500 | 1500 |
| Shelving | 1 | 2/03 | 100 | 75 | 0 | 75 | 75 |

$4640

*$1300*

## Schedule 11. Sporting Equipment

| (1)<br><br>Item | (2)<br>No. of items | (3)<br>Date acquired | (4)<br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Boat & motor | | | | | | | |
| Cameras | | | | | | | |
| Camping equipment | 10 | 4/03 | 550 | 450 | 0 | 450 | 450 |
| Field glasses | | | | | | | |
| Fishing tackle | | | | | | | |
| Golf clubs | 1 set | 7/00 | 850 | 750 | 0 | 750 | 750 |
| Guns | | | | | | | |
| Lawn games | | | | | | | |
| ftojectors | | | | | | | |
| Tennis rackets | 2 | 4/03 | 150 | 100 | 0 | 100 | 100 |
| **Total (enter on Schedule 19. page 21)** | | | | | | | S 1300 |

Schedule 12. Men's Clothing

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (1) |
|---|---|---|---|---|---|---|---|
| Belts | | | | | | | |
| Boots | 1 | 6/98 | 50 | 20 | 0 | 20 | 20 |
| Gloves | 1 | 10/02 | 75 | 35 | 0 | 35 | 35 |
| Handkerchiefs | | | | | | | |
| Hats | | | | | | | |
| Overcoats | 2 | 12/02 | 600 | 250 | 0 | 250 | 250 |
| Raincoats | | | | | | | |
| Shirts | 3 | 3/04 | 200 | 75 | 0 | 75 | 75 |
| Shoes | 8 | 3/04 | 800 | 350 | 0 | 350 | 350 |
| Shorts | 3 | 8/06 | 190 | 80 | 0 | 80 | 80 |
| Slacks | 2 | 5/03 | 200 | 75 | 0 | 75 | 75 |
| Socks | | | | | | | |
| Sport jackets | | | | | | | |
| Suits | 1 | 7/99 | 1200 | 500 | 0 | 500 | 500 |
| Sweaters | 3 | 12/02 | 600 | 250 | 0 | 250 | 250 |
| Ties | 6 | | 450 | 200 | 0 | 200 | 200 |
| Underwear | | | | | | | |
| Total (enter **on Schedule 19,** page 21) | | | | | | S | |

$1935

## Schedule 13. Women's Clothing

| (1) Item | (2) No. of items | (3) Date acquired | (4) Cost or other basis | (5) Fair market value before casualty | (6) Fair market value after casualty | (1) Decrease in fair market value | (8) Smaller of column (4) or column (1) |
|---|---|---|---|---|---|---|---|
| Belts | 2 | | 50 | 25 | 0 | 25 | 25 |
| Blouses | 9 | | 675 | 300 | 0 | 300 | 300 |
| Boots | 1 | | 35 | 15 | 0 | 15 | 15 |
| Coats | 1 | | 350 | 150 | 0 | 150 | 150 |
| Dresses | 3 | | 500 | 225 | 0 | 225 | 225 |
| Furs | | | | | | | |
| Gloves | 1 | | 50 | 20 | 0 | 20 | 20 |
| Hats | 1 | | 35 | 15 | 0 | 15 | 15 |
| Hosiery | 3 | | 60 | 25 | 0 | 25 | 25 |
| Jackets | 1 | | 100 | 45 | 0 | 45 | 45 |
| Lingerie | | | | | | | |
| Scarves | 1 | | 30 | 10 | 0 | 10 | 10 |
| Shirts | 12 | | 800 | 350 | 0 | 350 | 350 |
| Shoes | 23 | | 1600 | 700 | 0 | 700 | 700 |
| Skirts | 4 | | 350 | 150 | 0 | 150 | 150 |
| Slacks | 6 | | 550 | 250 | 0 | 250 | 250 |
| Suits | 8 | | 3600 | 1700 | 0 | 1700 | 1700 |
| Sweaters | 3 | | 350 | 150 | 0 | 150 | 150 |
| **Total (enter on Schedule 19, page 21)** | | | | | | | S |

$4130
5057
4,105

## Schedule 14. Children's Clothing

| (1)<br><br>Item | (2)<br>No. of items | (3)<br>Date acquired | (4)<br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Blouses | | | | | | | |
| Boots | | | | | | | |
| Coats | | | | | | | |
| Dresses | | | | | | | |
| Gloves | | | | | | | |
| Hats | | | | | | | |
| Shirts | | | | | | | |
| Shoes | | | | | | | |
| Skirts | | | | | | | |
| Slacks | | | | | | | |
| Socks | | | | | | | |
| Sport jackets | | | | | | | |
| Stockings | | | | | | | |
| Suits | | | | | | | |
| Sweaters | | | | | | | |
| Underwear | | | | | | | |
| **Total (enter on Schedule 19, page 21)** | | | | | | | S |

N/A

## Schedule 15. Jewelry

| (1)

Item | (2)

No. of items | (3)

Date acquired | (4)

Cost or other basis | (5)
Fair market value before casualty | (6)
Fair market value after casualty | (1)
Decrease in fair market value | (8)
Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Bracelets | 1 | 12/02 | 1000 | 850 | 0 | 850 | 850 |
| Brooches | | | | | | | |
| Earrings | 1 | 2/04 | 450 | 450 | 0 | 450 | 450 |
| Engagement ring | | | | | | | |
| Necklaces | 3 | 8/00 | 750 | 725 | 0 | 725 | 725 |
| pins | | | | | | | |
| Rings | 4 | 5/03 | 1600 | 1500 | 0 | 1500 | 1500 |
| Studs | | | | | | | |
| Watches | 1 | 12/01 | 875 | 850 | 0 | 850 | 850 |
| Wedding rings | | | | | | | |
| Total (enter on Schedule 19, page 21) | | | | | | | $ 4375 |

**Schedule 16. Electrical Appliances**

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Air conditioner | | | | | | | |
| Blankets | | | | | | | |
| Dehumidifier | | | | | | | |
| Fans | 5 | 10/05 | 1000 | 850 | 0 | 850 | 850 |
| Floor polisher | | | | | | | |
| Grill | | | | | | | |
| Heating pad | 1 | 10/04 | 100 | 15 | 0 | 75 | 75 |
| Humidifier | 1 | 8/03 | 15 | 50 | 0 | 50 | 50 |
| Sewing machine | | | | | | | |
| Sun lamp | | | | | | | |
| Vacuum cleaner | 2 | 1/03 | 1400 | 1000 | 0 | 1000 | 1000 |
| **Total (enter on Schedule 19, page 21)** | | | | | | | S |

$1975

## Schedule 17. Linens

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (6)<br>Smaller of column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Bath mats | | | | | | | |
| Bedspreads | | | | | | | |
| Blankets | | | | | | | |
| Comforters | | | | | | | |
| Mattress pads | | | | | | | |
| Napkins | | | | | | | |
| Pillows | | | | | | | |
| Pillowcases | | | | | | | |
| Placemats | | | | | | | |
| Quilts | | | | | | | |
| Sheets | | | | | | | |
| Tablecloths | | | | | | | |
| Towels | | | | | | | |
| Washcloths | | | | | | | |
| Total (enter on Schedule 19, page 21) | | | | | | | S |

N/A (Included in Rooms where stored)

## Schedule 18. **Miscellaneous**

| (1)<br><br>Item | (2)<br><br>No. of items | (3)<br><br>Date acquired | (4)<br><br>Cost or other basis | (5)<br>Fair market value before casualty | (6)<br>Fair market value after casualty | (7)<br>Decrease in fair market value | (8)<br>Smaller ol column (4) or column (7) |
|---|---|---|---|---|---|---|---|
| Barbeque | 1 | 12/03 | 100 | 75 | 0 | 75 | 75 |
| Lawn furniture | 2 | 9/04 | 500 | 400 | 0 | 400 | 400 |
| Musical instruments | | | | | | | |
| Outdoor shed | | | | | | | |
| Picnic set | | | | | | | |
| Fbrch furniture | | | | | | | |
| Swing set | 1 | 9/04 | 550 | 500 | 0 | 500 | 500 |
| Toys | | | | | | | |
| **Total (enter on Schedule 19, page 21)** | | | | | | | $ |
| Mailbox | 1 | 9/04 | 300 | 300 | 0 | 300 | 300 |
| Porch light | 1 | 9/04 | 650 | 650 | 0 | 650 | 650 |
| Trashcans | 2 | 4/02 | 60 | 60 | 0 | 60 | 60 |
| Windchime | 1 | 12/98 | 150 | 100 | 0 | 100 | 100 |
| Rain stick | 1 | 8/99 | 15 | 5 | 0 | 5 | 5 |
| Outside Lighting | 3 | 2/02 | 150 | 150 | 0 | 150 | 150 |
| Plants & Planters | 12 | 5/03 | 500 | 400 | 0 | 400 | 400 |
| ? Landscaping | 5 beds | 5/03 | 9000 | 9000 | 0 | 9000 | 9000 |

$ 11,490

**RENT**

Baton Rouge

| | |
|------|----------------|
| 9/05 | 1073.24 |
| 10/05 | 1150.00 |
| 11/05 | 1150.00 & 1500 |
| 12/05 | 1500.00 |

New Orleans

| | |
|------|---------|
| 1/06 | 1500.00 |
| 2/06 | 1500.00 |
| 3/06 | 1500.00 |
| 4/06 | 1500.00 |
| 5/06 | 1500.00 |
| 6/06 | 1500.00 |
| 7/06 | 1500.00 |
| 8/06 | 1500.00 |