UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FONTENOT AND<br>KIM FONTENOT | * <br> * <br> * | CIVIL ACTION NO.: 07-4115 <br><br> SECTION: "R" |
| VERSUS | * <br> * | <br> JUDGE: SARAH S. VANCE |
| AUTO CLUB FAMILY INSURANCE<br>COMPANY | * <br> * <br> * | MAGISTRATE: KAREN WELLS ROBY |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the **17th day of October, 2007 at 10:00 a.m.** before the Honorable Judge Sarah S. Vance, United States District Judge presiding.

Respectfully submitted,

s/John L. Fontenot
JOHN L. FONTENOT, T.A. (#26640)
One Shell Square – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:   (504) 581-3234
Facsimile:     (504) 566-0210
Email: john.fontenot@arlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

s/John L. Fontenot
JOHN L. FONTENOT