UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K" (2)

PERTAINS TO:  All Insurance Cases       JUDGE DUVAL
                                        MAG. WILKINSON

### JOINT LIAISON COUNSEL'S SUPPLEMENTAL AND AMENDED PURPORTED COMMON INSURANCE DISCOVERY PROTOCOL

By Order dated April 18, 2007, the Court approved and adopted the Purported Common Insurance Discovery Protocol (the "Discovery Protocol") that Liaison Counsel for the PSLC Insurance Plaintiffs and Insurance Defendants had jointly submitted on April 9, 2007. (*See* Record Doc. Nos. 3687, 3782.)  The Discovery Protocol was submitted in accordance with Section VII of Case Management Order No. 4, in which the Court observed that limited "fact discovery relating to individual issues <u>may</u> be common to all insureds of a particular insurance company." (Record Doc. No. 3299, p. 48 [emphasis in original].)

On July 31, 2007, Liaison Counsel attended a status conference before the Court to discuss proposals for the possible streamlining of the "common" discovery to except certain Insurer Defendants. The Court asked Liaison Counsel to confer on this subject and provide a written proposal. (*See* Minute Entry for 7/31/07, Record Doc. No. 6789.)

In light of recent developments in these consolidated cases, most notably the opinions issued by the United States Court of Appeals for the Fifth Circuit on August 2 and 6, 2007, Liaison Counsel for Plaintiffs and Defendants agree that pursuing the "common" discovery

1

outlined in the Discovery Protocol with respect to all Insurance Defendants would disserve the interests of judicial economy and would expose the litigants to potentially unnecessary expense and delay. Accordingly, Liaison Counsel hereby jointly request that the Discovery Protocol be modified to include the following paragraph:

### IV. LIMITATION TO ALLSTATE AND STATE FARM

A. As of the date of entry of this Order, the terms of this discovery protocol shall only apply to Allstate Insurance Company, State Farm Fire & Casualty Company, and any other Insurance Defendants that are parents, subsidiaries, or affiliates of said companies (hereafter collectively "Allstate/State Farm").

B. No Insurance Defendant other than Allstate/State Farm is required to respond or provide further or supplemental responses to any outstanding or subsequently served Interrogatories, Requests for Production, or Rule 30(b)(6) Deposition Notices propounded in connection with the Purported Common Insurance Discovery.

C. No Insurance Defendant other than Allstate/State Farm is required to comply with any discovery orders issued by this Court in connection with the Purported Common Insurance Discovery, including but not limited to the Court's Order entered on July 19, 2007. (Record Doc. No. 6590.)

D. Should Plaintiffs, at a later date, determine that the Purported Common Insurance Discovery should be expanded to include Insurance Defendants other than Allstate/State Farm, Plaintiffs may submit a stipulated request (or, if no stipulation can be reached, a noticed motion) to the Court. If the Court approves the request (or grants the motion), the Insurer Defendants other than Allstate/State Farm will be given a reasonable time period (no less than 45 days) in which to object and/or respond to any outstanding Interrogatories, Requests for Production, and/or Rule 30(b)(6) Depositions, and/or comply with any related discovery orders.

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Plaintiffs' Liaison Counsel**
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:  jbruno@jbrunolaw.com

**And**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:  rhubbard@lawla.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 13th day of September, 2007, a copy of the foregoing "JOINT LIAISON COUNSEL SUPPLEMENTAL AND AMENDED PURPORTED COMMON INSURANCE DISCOVERY PROTOCOL" was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

/s/ Joseph M. Bruno

/s/ Ralph S. Hubbard