UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION<br><br>NO.  05-4182 "K"(2) |
| PERTAINS TO:   INSURANCE,<br>                              LEVEE and MRGO | § § § § | JUDGE DUVAL<br><br>MAG. WILKINSON |

## ORDER

Liaison Counsel have jointly submitted their "Supplemental and Amended Purported Common Insurance Discovery Protocol," seeking to amend the discovery protocol previously approved and adopted by the Court concerning purportedly "common" insurance discovery as to the individual cases within the captioned umbrella.  (*See* Record Doc. Nos. 3687, 3782.)

Having considered the joint submission and the record, **IT IS ORDERED** that the Court hereby approves and adopts the joint amendment to the discovery protocol, and makes it part of the ORDER OF THE COURT, as follows:

    **IV.     LIMITATION TO ALLSTATE AND STATE FARM**

        A.     As of the date of entry of this Order, the terms of this discovery protocol shall only apply to Allstate Insurance Company, State Farm Fire & Casualty Company, and any other Insurance Defendants that are parents, subsidiaries, or affiliates of said companies (hereafter collectively "Allstate/State Farm").

      B.      No Insurance Defendant other than Allstate/State Farm is required to respond or provide further or supplemental responses to any outstanding or subsequently served Interrogatories, Requests for Production, or Rule 30(b)(6) Deposition Notices propounded in connection with the Purported Common Insurance Discovery.

      C.      No Insurance Defendant other than Allstate/State Farm is required to comply with any discovery orders issued by this Court in connection with the Purported Common Insurance Discovery, including but not limited to the Court's Order entered on July 19, 2007. (Record Doc. No. 6590.)

      D.      Should Plaintiffs, at a later date, determine that the Purported Common Insurance Discovery should be expanded to include Insurance Defendants other than Allstate/State Farm, Plaintiffs may submit a stipulated request (or, if no stipulation can be reached, a noticed motion) to the Court. If the Court approves the request (or grants the motion), the Insurer Defendants other than Allstate/State Farm will be given a reasonable time period (no less than 45 days) in which to object and/or respond to any outstanding Interrogatories, Requests for Production, and/or Rule 30(b)(6) Depositions, and/or comply with any related discovery orders.

      New Orleans, Louisiana, this \_\_\_\_ day of September, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY:**
HON. STANWOOD R. DUVAL, JR.