UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: RESPONDER<br>*Balfour*, C.A. No. 06-3992 | SECTION "K"(2) |

### ORDER

Before the Court is Defendants Hanover Insurance Company's Rule 12(b)(6) Motion to Dismiss the Complaint (Doc. 1606). This motion, concerning insurance coverage, was filed before the case was consolidated with *In re Katrina Canal Breaches Litigation*, C.A. No. 05-4182. However, long before that consolidation, the Court had determined and put in place as early as July 14, 2006, a protocol to allow the Court to confront coverage issues in a coordinated manner. Thus, when the subject motion was transferred into Section "K", the Court stayed the motion along with all other insurance coverage motions pursuant to its Order of December 6, 2006. (See Doc. 2034, at 6).

Because there are issues in this motion which are presented in contravention of the Court's protocol, it is the opinion of the Court that it shall deny this motion at this time without prejudice to its being re-urged when litigation concerning insurance coverage is no longer stayed and after consultation with liaison counsel to establish a new protocol involving these issues. Accordingly,

**IT IS ORDERED** that Defendants Hanover Insurance Company's Rule 12(b)(6) Motion to Dismiss the Complaint (Doc. 1606) is **DENIED** without prejudice to be re-urged at the appropriate time.

New Orleans, Louisiana, this __13th__ day of September, 2007.

                                            **STANWOOD R. DUVAL, JR.**
                                **UNITED STATES DISTRICT COURT JUDGE**