UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br><br>LEVEE<br><br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br> NO.   05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the Levee PSLC's Motion to Withdraw its Motion for Relief from Judgment, Record Doc. No. 7504, is hereby GRANTED, and the Motion for Relief from Judgment, Record Doc. No. 7424, is DISMISSED AS MOOT.  Oral argument previously set on the Motion for Relief from Judgment on September 19, 2007, before Magistrate Judge Joseph C. Wilkinson, Jr., is hereby CANCELLED.

New Orleans, Louisiana, this ___14th___ day of September, 2007.

_____
United States Magistrate Judge