UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: LEVEE, MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: The United States' Motion to Amend Master Protective Order, Record Doc. No. 7484

O R D E R E D:

 XXX : GRANTED. The court has been advised that liaison counsel for the Levee and MRGO plaintiffs do not oppose the motion. Accordingly, paragraph 3 of the Master Protective Order, Record Doc. No. 5393, is amended to include the following category:

The term CONFIDENTIAL INFORMATION further includes Third-Party Copyrighted Information, which includes but is not limited to documents, photographs, videos, and other tangible items that either: (1) bear a copyright notice identifying third parties, who are not parties to this litigation, as the owner of the copyright; or (2) for which a party to this litigation has been informed a third party, who is not party to this litigation, claims copyright in the work.

New Orleans, Louisiana, this  14th  day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE