PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 023 | ERD-023-000000001 | ERD-023-000000220 | USACE; ERDC; Environmental Lab | Jeff Steevens | KC210 | 9/14/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IHNC Analytical Chemistry Data from 2005 |
| ERD | 024 | ERD-024-000000001 | ERD-024-000035005 | USACE; ERDC; Environmental Lab | Jeff Steevens | KC211 | 9/14/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IHNC Analytical Chemistry Data from 2005 |
| ERD | 025 | ERD-025-000000001 | ERD-025-000040880 | USACE; ERDC; Environmental Lab | Jeff Steevens | KC211 | 9/14/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IHNC Analytical Chemistry Data from 2005 |
| ERD | 026 | ERD-026-000000001 | ERD-026-000022472 | USACE; ERDC; Environmental Lab | Jeff Steevens | KC211 | 9/14/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IHNC Analytical Chemistry Data from 2005 |
| ERD | 028 | ERD-028-000000001 | ERD-028-000000006 | USACE; ERDC; Environmental Lab | Jeff Steevens | KC211 | 9/14/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IHNC Analytical Chemistry Data from 2005 |