UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | NO. 05-4182 |
| JOINDER CASES | * | |
| *severed from Austin, 06-5383* | * | SECTION "K" (2) |
| | * | |
| | * | |
| PERRY RITTNER AND DEBBIE RITTNER | * | CIVIL ACTION |
| Plaintiffs | * | |
| VERSUS | * | NO. 07-2681 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "K" (2) |
| COMPANY and STATE FARM GENERAL | * | |
| INSURANCE COMPANY | * | |
| Defendants | * | |

## ORDER

**IT IS ORDERED** that the claims of Perry and Debbie Rittner against State Farm, concerning their property at 18 Beresford Drive in Metairie, Louisiana, are dismissed with full prejudice; each party to bear their own costs.

New Orleans, Louisiana this __17th__ day of ____September____, 2007.

_____
UNITED STATE DISTRICT JUDGE