## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         CIVIL ACTION
       CONSOLIDATED LITIGATION

                                        NO.: 05-4182

                                        SECTION "K" (2)

PERTAINS TO: LEVEE & MRGO


### PLAINTIFFS' COMMON LIABILITY EXPERT WITNESS LIST


       Pursuant to Case Management Order No. 4, Plaintiffs designate the following common liability expert witnesses in the above referenced matter:

| EXPERT | CASE | SUBJECT MATTER EXPERTISE |
|---|---|---|
| **Dr. Robert G. Bea**<br>University of California at Berkeley<br>212 McLaughlin Hall<br>Berkeley, California 94720-1710 | Levee & MRGO | Risk assessment and management; reliability; human and organizational factors; quality assurance and quality control; design; construction; maintenance; operations of engineered systems; nature of structures constructed pursuant to the LPVHPP. |
| **Dr. G. Paul Kemp**<br>Gulf Coast Initiative<br>National Audubon Society<br>633 Magnolia Wood Ave.<br>Baton Rouge, Louisiana 70808 | Levee & MRGO | Oceanography; coastal modeling; causes of flooding of St. Bernard Parish, New Orleans East, Upper and Lower Ninth Wards, New Orleans, Zones 1-7 |
| **Professor Shea Penland**<br>University of New Orleans<br>Department of Earth and Environmental Sciences<br>349 CERM Bldg.<br>Research & Technology Park<br>2000 Lakeshore Dr.<br>New Orleans, Louisiana 70148 | Levee & MRGO | Coastal geomorphology; processes and coastal history and change; analysis and mapping; hurricane impacts; loss of land and wetlands caused by the MRGO |

| | | |
|---|---|---|
| **Chad Morris**<br>CMor Consulting<br>545 Shady Lake Parkway<br>Baton Rouge, Louisiana 70810 | Levee & MRGO | Land surveying and measurement of changes in land form and wetlands in greater New Orleans, including survey and spatial data inputs for flood water modeling of Hurricane Katrina |
| **Art Theis**<br>Retired engineer of the Louisiana Department of Transportation and Development | Levee & MRGO | History and implementation of the LPVHPP |
| **Dr. John Day**<br>Louisiana State University<br>Coastal Ecology Institute<br>Baton Rouge, LA 70803 | Levee & MRGO | General coastal ecology; causes of coastal wetland loss due to the MRGO |
| **Dr. Gary Shaffer**<br>Southeastern Louisiana University<br>Department of Biological Sciences<br>405 Biology Building<br>Hammond, Louisiana 70402 | Levee & MRGO | General coastal ecology; ecology of cypress wetlands; effects of saltwater intrusion on cypress trees |
| **Jesse L. Arnold, P.E.**<br>Geotechnical Engineer<br>PO Box 45212-494<br>11461 Cedar Park<br>Baton Rouge, Louisiana 70895-4212 | Levee & MRGO | Levee composition (soils and other materials), construction, and design |
| **Dr. J.K. Vrijling**<br>Delft University<br>Stevinweg 1<br>2628 CN Delft<br>The Netherlands | Levee & MRGO | Storm surge modeling |
| **Dr. Matthijs Kok**<br>P.O Box 2120<br>8203 AC Lelystad<br>The Netherlands | Levee & MRGO | Storm surge modeling |
| **Professor Oliver A. Houck**<br>Tulane University Law School<br>Weinmann Hall<br>6329 Freret Street<br>New Orleans, LA 70118 | Levee & MRGO | Environmental Law |

| **Michael Sartisky, PhD**<br>1328 Harmony Street<br>New Orleans, LA 70115 | Levee &<br>MRGO | Loss of Culture |
| **John A Kilpatrick, PhD**<br>Greenfiled Advisors, Inc.<br>Suite 650, 2601 4th Avenue<br>Seattle, WA 98109 | Levee &<br>MRGO | Diminution of real estate values to class |

Respectfully Submitted,

**APPROVED PLAINTIFFS LIAISON
COUNTER**

**APPROVED PLAINTIFFS LIAISON
COUNSEL**
/s/ Joseph M. Bruno_____
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
The Law Offices of Joseph M. Bruno, APLC
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**LEVEE PLAINTIFFS' SUB-GROUP
LITIGATION COMMITTEE**
 /s/Gerald E. Meunier_____
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com

For

**LEVEE PLAINTIFFS' SUB-GROUP**
**LITIGATION COMMITTEE**
Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

**MR-GO PLAINTIFFS SUB-GROUP**
**LITIGATION COMMITTEE**
/s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

For

**MR-GO PLAINTIFFS SUB GROUP LITIGATION**
**COMMITTEE**
Jonathan Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 17th day of September, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno