**RESUME     Professor Robert G. Bea**



**POSITION**
Professor, Department of Civil & Environmental Engineering
Associate Director, Center for Catastrophic Risk Management

**DATE & PLACE OF BIRTH**
14 January 1937, Mineral Wells, Texas

**EDUCATION**
**1956**, A. A., Jacksonville University
**1959**, B. S. in Civil Engineering, University of Florida
**1960**, Master of Science in Engineering, University of Florida
**1961-1997**, Post-graduate studies at Tulane University, Rice University, Texas A&M
       University, Bakersfield College, University of Houston, Technical and
       Scientific University of Norway
**1998-2000**, PhD, The University of Western Australia

**LICENSES**
Registered Professional Civil Engineer in Louisiana, Texas, Florida, Alaska, Washington, Oregon, California.
Registered Professional Geotechnical Engineer in California.  Registered  Land Surveyor in Louisiana.

**PROFESSIONAL ASSOCIATIONS**
American Society of Civil Engineers, Academy of Management, The U. K. Safety and Reliability Society, American Society
of Mechanical Engineers, National Academy of Engineering

**EXPERIENCE**
**1954-1959:** U. S. Army Corps of Engineers, Engineer-in-Training
**1959-1960:** S. S. Jacobs Construction Co., Construction Estimator
**1960-1976:** Shell Oil Company (Manager, Head Office Civil Engineering Group; Chief Mechanical Engineer, Production
       Division; Offshore Division Construction Engineer, Head Office Production & Financial Control; Royal Dutch
       Shell Ltd. Production & Financial Control, Shell Development Company (Manager, Offshore Technology
       Development Group)
**1976-1981:** Ocean Services Division, Woodward-Clyde Consultants(Vice President, Chief Engineer, Geotechnical,
       Structural, Environmental, Field Operations)
**1981-1989:** PMB Engineering - Bechtel Inc. (Vice President, Senior International Consultant)
**1989 -     :** University of California (Professor)

**PRIMARY EXPERTISE**
**Ocean Environmental Conditions and Forces** (earthquakes, wind, waves, currents, mudslides, ice)
**Foundations Design and Construction** (field explorations, soils testing, piles, mats, pipelines)
**Structures Design, Construction, Maintenance, Re-qualification**
**Reliability Assessment and Management: Human & Organization Factors in Engineered Systems**

**HONORS**
Fellow, American Society of Mechanical Engineers 2005
Life Member, American Society of Civil Engineers, 2004
Hall of Fame, Risk and Reliability Engineering, Offshore Energy Center, 2003
Offshore Mechanics & Arctic Engineering Technical Achievement Award, American Society of Mechanical Engineers, 1997
National Academy of Management, 1994
National Academy of Engineering, 1989
Marine Board, National Academy of Engineering, 1989 - 1995
Society of Professional Engineers Project of the Year for 1993
United States Coast Guard Research Commendation, 1992
Hall of Fame, Hurricane Wind, Wave, and Current Conditions & Forces, Offshore Energy Center, 1990
American Society of Mechanical Engineers OMAE Technical Achievement Award, 1997
Institution of Engineers Australia Eminent Speaker Award, 1990
American Society of Civil Engineers Croes Medal, 1978

Bechtel Fellow Award, 1987
J. Hillis Miller Engineering Award, 1960

**CONSULTING ABROAD**
Canada, Greenland, England, Norway, Denmark, France, Spain, Angola, Nigeria, Gabon, Saudi Arabia, Kuwait, India, Thailand, China, Indonesia, Borneo, Australia, New Zealand, Mexico, Venezuela, Brazil, Chile, Argentina, Trinidad, Japan

**PUBLICATIONS**

**Refereed Publications**
**A.     Archival Journals**
 1.   R.G. Bea, Discussion of "Friction and Cohesion of Saturated Clays," by T. H. Wu et al., *J. Soil Mechanics and Foundations Div.,* ASCE, Vol. 89, no. SM1, Feb. 1963, pp. 268-277.
 2.   R.G. Bea, "How Sea Floor Slides Affect Offshore Structures," *Oil & Gas Journal,* Nov. 29, 1971, pp. 88-91.
 3.   R.G. Bea, "Selection of Environmental Criteria for Offshore Platform Design," *Preprints, Offshore Technology Conference,* Houston, TX, OTC 1839, pp. II-185 - II-193, May 1973; also  *J. Petroleum Technology,* Nov. 1974, pp. 1206-1214.
 4.   R.G. Bea and P. Arnold, "Movements and Forces Developed by Wave-Induced Slides in Soft Clays," *Preprints, 5th Annual Offshore Technology Conference,* Houston, TX, OTC 1899, May 1973, pp. II-731 - II-740; also *J. Petroleum Technology,* April 1975.
 5.   R.G. Bea, N.W. Lai, A.W. Niedoroda and G.H. Moore, "Gulf of Mexico Hurricane Wave Heights," *Preprints, 15th Annual Offshore Technology Conference,* Houston, TX, OTC 4586, May 1974, pp. 49-62; also *J. of Petroleum Technology,* Sept. 1975, pp. 1160-1172.
 6.   R.G. Bea, H.A. Bernard, P. Arnold and E.H. Doyle, "Soil Movements and Forces Developed by Wave-Induced Slides in the Mississippi Delta," *J. Petroleum Technology,* April 1975, pp. 500-514.
 7.   R.G. Bea and P.W. Marshall, "Failure Modes of Offshore Platforms," *Proc. of the Conference on Applications of Statistics and Probability in Engineering,* ASCE, Stanford University, June 1975; also BOSS '76 Conference Proceedings, Vol. II, Trondheim, Norway, pp. 579-635.
 8.   R.G. Bea, "Offshore Platforms - Platform Design," Petroleum 2000, Seventy-Fifth Anniversary Issue, *Oil & Gas Journal,* Aug. 1977.
 9.   R.G. Bea, "Earthquake Criteria for Platforms in the Gulf of Alaska," *J. Petroleum Technology,* March 1978, pp. 325-340.
10.   R.G. Bea, J.M.E. Audibert and M.R. Akky, "Earthquake Response of Offshore Platforms,"*J. Structural Div.,* ASCE, Vol. 105, no. ST2, Feb. 1979, pp. 377-400.
11.   R.G. Bea, "Earthquake and Wave Design Criteria for Offshore Platforms," *J. Structural Div.,* ASCE, Vol. 105, no. ST2, February 1979. pp. 401-419.
12.   R.G. Bea, "Reliability Considerations in Offshore Platform Criteria," *J. Structural Div.,* ASCE, Vol. 106, no. ST9, Sept. 1980, pp. 1835-1853.
13.   R.G. Bea, A.R. Dover and J.M.E. Audibert, "Quality in Soil Borings Makes a Difference," *Oil & Gas Journal,* June 1981, pp. 133-139.
14.   R.G. Bea, A.R. Dover and J.M.E. Audibert, "Pile Foundation Design Considerations for Deepwater Fixed Structures," *Proc. of the Third Int. Conf. on Behavior of Off-Shore Structures,* BOSS '82, Hemisphere Publishing Company, New York, 1982, pp. 125-140.
15.   R.G. Bea and J.M.E. Audibert, "Offshore Platforms and Pipelines in Mississippi River Delta," *J. Geotechnical Engineering Div.,* ASCE, Vol. 106, no. GT8, Aug. 1980, pp. 853-869.
16.   R.G. Bea, J.M.E. Audibert, and M.R. Akky, "Platforms in Earthquakes," *Oil & Gas Journal,* three-part series, March 1981:  (1) "Offshore Platform Elastic Response is Analyzed," pp. 135-139, March 9, 1981; (2) "Inelastic Earthquake Response of Offshore Platforms Evaluated," pp. 84-90, March 16, 1981; (3) "Performance of Superstructure and Substructure Elements are Analyzed," pp. 163, 166, 168, 170, 172, March 23, 1981.
17.   R.G. Bea, S.G. Wright, P. Sinclair and A.W. Niedoroda, "Wave-Induced Slides in South Pass Block 70, Mississippi Delta," *Proc. Geotechnical Engineering Div.,* ASCE, April 1983, pp. 619-644.

18. R.G. Bea, "Application of Reliability Methods in Design and Analysis of Offshore Platforms." by the Committee on Reliability of Offshore Structures, *J. Structural Engineering,* ASCE, Vol. 109, no. 10, Oct. 1983, pp. 2265-2291.

19. R.G. Bea, "Hurricane Wave Height and Forces," *Oil & Gas Journal,* five-part series, September and October 1983: (1) "Design Criteria Overcorrected after Hurricane Hilda," Sept. 12, 1983, pp. 151-153; (2) "Deepwater Storm Waves Dissipate Across Continental Shelf," Sept. 26, 1983, pp. 100-102; (3) "Wave Height Attenuation Modeled by Computer Program for Shallow Water in Gulf," Oct. 10, 1983, pp. 114-120; (4) "Design Wave Forces Escalate to 100-Year Conditions to Consider Storms, Drag, Fouling," Oct. 24, 1983, pp. 95-99; (5) "Wave Force Design Program Offers Cost Saving," Nov. 7, 1983, pp. 112, 117-118, 120.

20. R.G. Bea and R.P. Aurora, "Design of Pipelines in Mudslide Areas," *J. Petroleum Technology,* Nov. 1983, pp. 1985-1995.

21. R.G. Bea, S. Nour-Omid, T.B. Coull, R.E. Potter and H.R. Bivens, "Innovative Foundations for a New Class of Arctic Structures," *J. Ocean Business,* Offshore, Dec.-Jan. 1983-84, 8 pp.

22. R.G. Bea, S.T. Hong and J.S. Mitchell, "Decision Analysis Approach to Offshore Platform Design," *J. Structural Engineering,* Vol. 110, no. 1, Jan. 1984, pp. 55-74.

23. R.G. Bea, "Foundations for Arctic Offshore Structures," *Marine Technology Society Journal,* Special Issue on Arctic Engineering, Vol. 18, no. 1, Sept. 1984, pp. 22-30.

24. R.G. Bea, "Loading Uncertainties in Extreme Waves," *Marine Structures,* 3: pp. 237-260 (England: Elsevier Science Publishers Ltd., 1990).

25. R.G. Bea and D. McDonald, "Reliability Evaluation of a Jack-Up Drilling Unit," *Transactions,* Society of Naval Architects and Marine Engineers, Vol. 98, 1990, pp. 169-186.

26. R.G. Bea, "Offshore Platform Reliability Acceptance Criteria," *Society of Petroleum Engineers Journal of Drilling Engineering,* June 1991, pp. 131-137.

27. R.G. Bea, S.F. Pawsey and R.W. Litton, "Measured and Predicted Waves Forces on Offshore Platforms," *Journal of Waterway, Port, Coastal and Ocean Engineering,* American Society of Civil Engineers, Vol. 117, no. 5, September/October 1991, pp. 511-532.

28. R.G. Bea, "Pile Capacity for Axial Cyclic Loading," *Journal of Geotechnical Engineering,* American Society of Civil Engineers, Vol. 118, no. 1, January 1992, pp. 34-50.

29. R.G. Bea and M.E. Paté-Cornell, "Management Errors and System Reliability: A Probabilistic Approach and Application to Offshore Platforms," *Journal of Risk Analysis,* Vol. 12, no. 1, 1992, pp. 1-18.

30. R.G. Bea, "Marine Structural Integrity Programs," *Journal of Marine Structures,* Vol. 7, Feb. 1994.

31. R.G. Bea, "Evaluation of Alternative Marine Structural Integrity Programs," *Journal of Marine Structures,* Vol. 7, Feb. 1994.

32. R.G. Bea, "Ship Structural Maintenance: Recent Research Results and Experience," *Transactions,* The Institute of Marine Engineers, Vol. 105, Part 5, Sept. 1993.

33. R.G. Bea, "Session VI Summary: Structures," *Applied Mechanics Reviews,* ASME Book No. AMR128, Vol. 46, no. 5, May 1993, pp. 227-228.

34. R.G. Bea, "Evaluation of Uncertainties in Loadings on Offshore Structures due to Extreme Environmental Conditions," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 115, November 1993.

35. R.G. Bea, C.A. Cornell, J.E. Vinnem, J.F. Geyer, G.J. Shoup, and B. Stahl, "Comparative Risk Assessment of Alternative TLP Systems: Structure and Foundation Aspects," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 116, May 1994.

36. R.G. Bea and W. Moore, "Management of Human Error in Operations of Marine Systems," *Marine Technology Society Journal,* Vol. 28, No. 1, Spring 1994.

37. H. Banon, B.G. Bea, F.J. Bruen, C.A. Cornell, W.F. Krieger and D.A. Stewart, "Assessing Fitness for Purpose of Offshore Platforms, I: Analytical Methods and Inspections," *Journal of Structural Engineering,* Vol. 120, No. 12, December 1994.

38. R.G. Bea and K. Roberts, "Human and Organization Factors in Design, Construction and Operation of Offshore Platforms," *Journal. of Society of Petroleum Engineers,* SPE 30899, Sept. 1995.

39. S.T. Staneff, C.W. Ibbs, and R.G. Bea, "Risk-Management System for Infrastructure-Condition Assessment," *Journal. of Infrastructure Systems,* ASCE, Vol. 1, No. 4, Dec. 1995.

40. R.G. Bea, "Nonlinear Performance of Offshore Platforms in Extreme Storm Waves," *J. of Waterway, Port, Coastal, and Ocean Engineering,* ASCE, Vol. 122, No. 2, March/April, 1996.

41. T. Mannarelli, K.H. Roberts and R.G. Bea, "Learning How Organizations Mitigate Risk," *J. of Contingencies and Crisis Management,* Vol. 4, No. 2, June 1996, pp. 83-92.

42. R.G. Bea, "Reassessment and Requalification of Infrastructure: An Application to Offshore Structures," *Jl. of Infrastructure Systems,* ASCE, Vol. 2, No. 2, June 1996.

43. R.G. Bea, "Human and Organization Errors in Reliability of Offshore Structures," *Transactions of the American Society of Mechanical Engineers,* Vol. 119, Feb. 1997.

44. R.G. Bea, M.M. Mortazavi and K.J. Lock, "Evaluation of Storm Loadings on and Capacities of Offshore Platforms," *Journal of Waterway. Port, Coastal, and Ocean Engineering,* American Society of Civil Engineers, Vol. 123, No. 2, March/April 1997.

45. R.G. Bea, K.J. Lock and P. L. Young, "Capacities of Template-Type Platforms in the Gulf of Mexico During Hurricane Andrew," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, Vol. 119, Feb. 1997.

46. R.G. Bea and M.M. Mortazavi, "ULSLEA: A Limit Equilibrium Procedure to Determine the Ultimate Limit State Loading Capacities of Template-Type Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, Vol. 118, Nov. 1996.

47. R.G. Bea and T. Xu, "Load Shedding of Fatigue Fracture in Ship Structures," *Journal of Marine Structures,* Vol. 10, Elsevier, 1997.

48. Lt. D. Boniface and R.G. Bea, "Assessing the Risks and Counter-measures for Human and Organizational Error," *Transactions,* American Society of Naval Architects and Marine Engineers, 1996.

49. R.G. Bea, "Human and Organization Factors: Engineering Operating Safety Into Offshore Structures," *Reliability Engineering and System Safety,* Vol. 52, Elsevier Science Limited, 1997.

50. T. Xu and R.G. Bea, "Fatigue of Ship Critical Structural Details," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, May 1997, Vol. 119, pp. 96-107.

51. Ma, K.T., Orisamolu, I.R., Huang, R.T. and Bea, R.G. "Towards Optimal Inspection Strategies for Fatigue and Corrosion Damage," (1997) *Transactions of the Society of Naval Architects and Marine Engineers,* Jersey City, New Jersey.

52. Ying, J. and Bea, R.G. "Siting and Evacuation Strategies for Mobile Drilling Units in Hurricanes," *Journal of Marine Structures,* Elsevier Science Ltd., Kidlington, Oxford, UK, December 1997, Vol. II, pp. 1-27, Elsevier Science Ltd.

53. Xu, T. and Bea, R.G. "Fatigue of Cracked Ship Critical Structural Details: Cracked S-N Curves and Load Shedding," *International Journal of Offshore and Polar Engineering,* Vol. 8, No. 2, June 1998.

54. Bea, R.G., "Reliability Characteristics of a Platform in the Mississippi River Delta," *Journal of Geotechnical and Geoenvironmental Engineering,* American Society of Civil Engineers, Herndon, Virginia, August 1998, Vol. 124, No. 8.

55. Bea, R.G. and M. Mortazavi, "Reliability-Based Screening of Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* Vol. 120, August, American Society of Mechanical Engineers, New York, New York, August 1998, pp. 139-148.

56. Bea, R.G., A. Brandtzaeg and J.K. Craig "Life-Cycle Reliability Characteristics of Minimum Structures," Vol. 120, August 1998, American Society of Mechanical Engineers, New York, New York.

57. Bea, R.G., "Human and Organization Factors: Engineering Operating Safety into Offshore Structures," *Reliability Engineering and System Safety,* 1998, Vol. 61, Elsevier Science Limited, London, UK.

58. Hee, D., B. Pickrell, R.G. Bea, K. Roberts, and B. Williamson, "Safety Management Assessment System (SMAS): A Process for Identifying and Evaluating Human and Organization Factors in Marine System Operations with Field Test Results," *Reliability Engineering & System Safety,* 1999, Vol. 65, Elsevier Science Limited, London, UK

59. Bea, R. G., T. Xu, J. Stear, and R. Ramos, "Wave Forces on Decks of Offshore Platforms," *Journal of Waterway, Port, Coastal, and Ocean Engineering,* May/June 1999, Vol. 125, No. 1, January-February, American Society of Civil Engineers, Herndon, Virginia.

60. Bea, R.G., Z. Jin, C. Valle and R. Ramos, "Evaluation of Reliability of Platform Pile Foundations," *Journal of Geotechnical and Geoenvironmental Engineering,* American Society of Civil Engineers, August 1999.

61.    Bea, R.G. and H.P. Reeve, "SQIS: A Framework for the Development and Implementation of an Industry-Wide Ship Quality Information System," *Marine Technology,* Vol. 36, No. 2, April 1999, pp. 92-101.

62.    Bea, R.G., "Reliability Based Earthquake Design Guidelines for Marine Structures," *Journal of Waterway, Port, Coastal and Ocean Engineering,* American Society of Civil Engineers, September/October 1999.

63.    Bea, R.G., L. Lara, T. Hernandez, O. Valle, R. Ramos, H.Garcia, and E.Heredia-Zavoni, "Criterio Ttransitorio Para Diseno de Lineas Submarinas en la Sonda de Campeche," *Oil & Gas Journal Latinoamerica,* July and August, 1999, Vol. 5 No. 4.

64.    R.G. Bea, D.D. Hee, B.D. Picrell, K.H. Roberts, and R.B. Williamson, "Safety Management Assessment System (SMAS): a process for identifying and evaluating human and organization factors in marine system operations with field test results," *Reliability Engineering & System Safety,* 65, 1999, pp. 125-140, Elsevier.  (Contribution: 80%)

65.    Bea, R.G., "Key Issues Associated with Development of Reassessment and Requalification Criteria for Platforms in the Bay of Campeche, Mexico," Introduction to Special Issue: "Reassessment and Requalification of Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* American Society of Mechanical Engineers, February 2000, Vol. 122.

66.    Bea, R.G., C. Smith and V. Valdes, "Requalification and Maintenance of Pipeline Infrastructures," *Journal of Infrastructure Systems,* American Society of Civil Engineers, Vol. 6, No. 3, September 2000, pp. 89-96.

67.    Bea, R.G., "Criteria for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Journal of Waterway, Port, Coastal, and Ocean Engineering,* American Society of Civil Engineers, Vol. 126, No. 5, September/October 2000, pp. 254-262.

68.    Bea, R.G., R. Iversen and T. Xu, "Wave-in-Deck Forces on Offshore Platforms," *Journal of Offshore Mechanics and Arctic Engineering,* Transactions of the American Society of Mechanical Engineers, Vol. 123, No. 1, February 2001, pp. 10-21.

69.    Bea, R.G., and K. Roberts, "When Systems Fail," *Organizational Dynamics,* Winter 2001, Vol. 29, No. 3, pp. 179-191.

70.    Bea, R.G., "Risk Assessment and Management of Offshore Structures," *Progress in Structure Engineering and Materials,* John Wiley & Sons, Ltd., 2001, Vol. 3, pp.1 -8.

71.    Roberts, K.H. and R.G. Bea, "Must accidents happen? Lessons from high-reliability organizations,"*Academy of Management Executive,* 2001, Vol. 15, No. 3.

72.  Bea, R.G., "Human and organizational factors in reliability assessment and management of offshore structures," *J. Risk Analysis, Society for Risk Analysis,* New York, 2002, Vol. 22, pp. 29-45.

73.  Bea, R.G., "Risk Assessment and Management of Offshore Structures," *The Journal of the Safety    and Reliability Society*, 2003, 23, 6-18.

74.    Stoelsnes, Roger R. and R.G. Bea, "Uncertainty Management of General Conditions in a Project," *Risk Management: an International Journal,* 2005, Vol. 7, No. 2, pp. 19-35.

75.    Asgarian, B., A. Aaghakouchack and R.G. Bea, "Inelastic Postbuckling and Cyclic Behavior of Tubular Braces," *Journal of Offshore Mechanics and Arctic Engineering*, 2005, Vol. 127, pp. 1-7.

76.    Bea, R. G., "Reliability and Human Factors in Geotechnical Engineering," *Journal of Geotechnical and Geoenvironmental Engineering*, 2006, Vol. 132, pp. 631-643.

77.    Farber, D.A., Bea, R. G., Roberts, K., Wenk, E., and Inkabi, K., "Reinventing Flood Control," *Tulane Law Review*, January 2007, pp. 1-29

**B.    Refereed Conference Proceedings and Symposium Proceedings**

1.    R.G. Bea, "The Use of Digital Computers in Offshore Structure Analysis and Design," Symposium on Offshore Technology Operations, Paper No. SPE-AIME 143, May 1966, 7 pp.

2.    R.G. Bea, "The Use of Digital Computers in Offshore Structure Analysis and Design," SPE-AIME Paper Preprint, Paper No. SPE 1413, Symposium on Offshore Technology Operations, New Orleans, LA, May 1966, 11 pp.

3.    R.G. Bea, "Gulf of Mexico Hurricane Wave Heights," *Preprints, 6th Annual Offshore Technology Conference,* Houston, TX, May 6-8, 1974, OTC 2110, pp. 791-800.

4.    R.G. Bea, "Development of Safe Environmental Criteria for Offshore Structures," *Conference Papers of Oceanology International 75 Conference,* Brighton, England, 1975, pp. 7-15.

5.   R.G. Bea, "Parameters Affecting the Axial Capacity of Piles in Clays," *Preprints, 7th Annual Offshore Technology Conference,* Houston, TX, OTC 2307, May 1975, pp. 611-618.

6.   R.G. Bea, M.I. Esrig and R.S. Ladd, "Material Properties of Submarine Mississippi Delta Sediments Under Simulated Wave Loadings," *Preprints, 7th Offshore Technology Conference,* Houston, TX, OTC 2188, May 1975, pp. 399-404.

7.   R.G. Bea, "Earthquake Criteria for Platforms in the Gulf of Alaska" *Preprints, 8th Annual Offshore Technology Conference,* Houston, TX, OTC 2675, May 1976, pp. 657-669.

8.   R.G. Bea, M.I. Esrig and R.C. Kirby, "Initial Development of a General Effective Stress Method for Prediction of Axial Capacity for Driven Piles in Clay," *Preprints, 9th Annual Offshore Technology Conference,* May 1977, pp. 495-501.

9.   R.G. Bea, P. Arnold, I.M. Idriss, R.B. Reimer, K.E. Beebe and P.W. Marshall, "A Study of Soil-Pile-Structure Systems in Severe Earthquakes," *Preprints, 9th Annual Offshore Technology Conference,* Houston, TX, OTC 2749, May 1977, pp. 189-199.

10.  R.G. Bea and L.E. Garrison, "Bottom Stability as a Factor in Platform Siting and Design," *Preprints, 9th Annual Offshore Technology Conference,* OTC 2893, May 1977, pp. 127-133.

11.  R.G. Bea, J.M.E. Audibert and J.B. Stevens, "Analyses for Pile Foundations," Workshop on Foundation Studies for Deepwater Platforms, Geotechnical Problems in Ocean Engineering, Specialty Session No. 7, *Proc. of 9th Int. ISSMFE Conf.,* Tokyo, Japan, July 11, 1977, 27 pp.

12.  R.G. Bea and N.W. Lai, "Hydrodynamic Loadings on Offshore Platforms," *Preprints, 10 Annual Offshore Technology Conference,* Houston, TX, OTC 3064, May 1978, pp. 155-164.

13.  R.G. Bea, "Engineering Fixed Offshore Platforms to Resist Earthquakes," *Proc. ASCE Specialty Conference on Earthquake Engineering and Soil Dynamics,* Pasadena, California, June 1978, pp. 1357-1385.

14.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Design of Pipelines to Resist Sea Floor Instabilities and Hydrodynamic Forces," ASME Publication 78-Pet-37, presented at the Energy Technology Conference & Exhibition, Houston, Texas, Nov. 1978, pp. 1-12.

15.  R.G. Bea, W. Smith, S.T. Hong and J.S. Mitchell, "Decision Analysis Approach to Platform Design Under Earthquake and Wave Loadings," *Proc. ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability,* Tucson, Arizona, Jan. 1979, pp. 244-250.

16.  R.G. Bea and M.R. Akky, "Seismic, Oceanographic and Reliability Considerations in Offshore Platform Design," *Preprints, 11th Annual Offshore Technology Conference,* Houston, TX, OTC 3616, May 1979, pp. 2251-2257.

17.  R.G. Bea and J.M.E. Audibert "Performance of Dynamically Loaded Pile Foundations," *2nd Int. Conf. on Behaviour of Off-Shore Structures,* BOSS '79, Paper 68, London, England, Aug. 1979, pp. 68-1 - 68-18.

18.  R.G. Bea and I. Noorany, "Methods of Geotechnical Exploration for Large Offshore Structures," *Marine Technology 79,* Ocean Energy, 15th Annual Conference sponsored by the Marine Technology Society, New Orleans, Louisiana, Oct. 1979, pp. 234-241.

19.  R.G. Bea and A.R. Dover, "Application of Reliability Methods to the Design of Coastal Structures," *Proc. ASCE Conference on Coastal Structures,* Durham, NC, 1980, 17 pp.

20.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 1," *Pipeline & Gas Journal,* April 1980, pp. 35, 38, 40, 41, 42, 44.

21.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 2," *Pipeline & Gas Journal,* May 1980, pp. 12, 54, 64, 68.

22.  R.G. Bea, J.M.E. Audibert and A.R. Dover, "Dynamic Response of Laterally and Axially Loaded Piles," *Preprints, 12th Annual Offshore Technology Conference,* Houston, TX, OTC 3749, May 1980, pp. 129-135.

23.  R.G. Bea, J.M.E. Audibert and N.W. Lai, "Designing Subsea Pipelines to Resist Instabilities - Part 3," *Pipeline & Gas Journal,* June 1980, pp. 49, 50, 51, 53, 54.

24.  R.G. Bea, "Dynamic Response of Piles in Offshore Platforms," *Proc. Session sponsored by the Geotechnical Engineering Division at the ASCE National Convention,* Dynamic Response of Pile Foundations: Analytical Aspects, Oct. 1980, pp. 80-109.

25.   R.G. Bea, J.M.E. Audibert, N.W. Lai and D. Schaefer, "An Assessment of Facilities Siting - South Pass Blocks 42/43," Proc. Conf. on Continental Margin Mass Wasting and Pleistocene Sea-Level Changes, August 13-15, 1980, *U.S. Geological Survey Circular 961*, 1987, 9 pp.

26.   R.G. Bea, "Engineering Considerations of Continental-Margin Mass Wasting," Proc. Conf. on Continental Margin Mass Wasting and Pleistocene Sea-Level Changes, August 13-15, 1980, *U.S. Geological Survey Circular 961*, 1987, pp. 115-128.

27.   R.G. Bea and R.P. Aurora, "A Simplified Evaluation of Seafloor Stability," *Preprints, 13th Annual Offshore Technology Conference*, Houston, TX, OTC 3975, May 1981, pp. 223-228.

28.   R.G. Bea, A.W. Niederoda and C. Walton, "The Descriptive Physics of Scour in the Ocean Environment," *Preprints, 13th Annual Offshore Technology Conf.*, Houston, TX, OTC 4145, May 1981, pp. 297-301.

29.   R.G. Bea, "Soil Strain Rate Effects on Axial Pile Capacity," *Proc. 2nd Int. Conf. on Numerical Methods in Offshore Piling*, Austin, TX, April 1982, pp. 107-132.

30.   R.G. Bea and R.P. Aurora, "Design of Pipelines in Mudslide Areas," *Preprints, 14th Annual Offshore Technology Conference*, Houston, TX, OTC 4411, May 1982, pp. 401-409.

31.   R.G. Bea, "Deep Water Soil Analysis for Pipelines," *Conference Proceedings, Deepwater Pipeline Technology Conference*, Bryne, Norway, Aug. 25, 1982.

32.   R.G. Bea, "Design for Dynamic Loadings: Foundation System for an Arctic Mobile Drilling Platform," *Proc. ASCE Conference on Geotechnical Practice in Offshore Engineering*, April 1983.

33.   R.G. Bea, "Application of Multiple Spuds (Dowels) to Development of Sliding Resistance for Gravity-Base Platforms," *Preprints, Offshore Technology Conference*, OTC 4553, May 1983.

34.   R.G. Bea, N.W. Lai, A.W. Niederoda and G.H. Moore, "Gulf of Mexico Shallow-Water Wave Heights and Forces," Preprints, *15th Annual Offshore Technology Conference*, Houston, TX, OTC 4586, May 1983, pp. 49-62.

35.   R.G. Bea, "Shallow Water Wave Heights and Forces," *Preprints, Offshore Technology Conference*, OTC 4586, May 1983.

36.   R.G. Bea, S.I. Guttman and F.J. Puskar, "Analysis of Offshore Structures Subject to Arctic Ice Impacts," *Proc. 3rd Int. Offshore Mechanics and Arctic Engineering Symposium*, New Orleans, Feb. 12-17, 1984, Vol. II, ASME, pp. 238-245.

37.   R.G. Bea, C.A. Cornell, R. Rackwitz and Y. Guenard, "Reliability Evaluation of Tension Leg Platforms," *Proc. 4th ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability*, ASCE, Jan. 1984, pp. 159-162.

38.   R.G. Bea, R.W. Litton, S. Nour-Omid and J.Y. Chang, "A Specialized Design and Research Tool for the Modeling of Near-Field Pile-Soil Interactions," *Preprints, 16th Annual Offshore Technology Conference*, OTC 4806, May 1984, pp. 249-254.

39.   R.G. Bea, "Dynamic Response of Marine Foundations," *Proc. Ocean Structural Dynamics Symposium '84*, Oregon State University, Corvallis, Oregon, Sept. 1984, 78 pp.

40.   R.G. Bea, F.J. Puskar, P.W. Barnes and E. Reimnitz, "The Role of Ice Gouging in Determining Global Forces on Arctic Structures," *Proc. Conference Arctic '85*, San Francisco, California, ASCE, March 1985, pp. 251-266.

41.   R.G. Bea and D.R. Williams, "Foundation Response of Arctic Structures to Time-Dependent Ice Loadings," *Proc. of the Conference Arctic '85*, Civil Engineering in the Arctic Offshore, San Francisco, California, March 1985, 12 pp.

42.   R.G. Bea, R.W. Litton and A.K. Vaish, "Requalification of Existing Platforms," *Preprint, 17th Annual Offshore Technology Conference*, Houston, TX, OTC 4858, May 1985, pp. 163-170.

43.   R.G. Bea, "Soil Dynamics in Offshore Engineering," Paper delivered at F.E. Richart Commemorative Lectures, *ASCE Annual Convention*, Detroit, Michigan, October 1985.

44.   R.G. Bea, S. Vahdani, S.I. Guttman, R.M. Meith and S.F. Paulson, "Analysis of the Performance of Piles in Silica Sands and Carbonate Formations," *Preprints, 18th Annual Offshore Technology Conference*, Houston, TX, OTC 5145, May 5-8, 1986, pp. 551-555.

45.   R.G. Bea, "Recent Concepts and Developments in Offshore Structures," Keynote Paper Delivered at *American Society of Civil Engineers Structural Congress '86*, New Orleans, LA, Sept. 1986.

46.   R.G. Bea, "Random Sea Time Domain Fatigue Analyses of a Compliant Tower," *American Society of Civil Engineers Structural Congress '86*, New Orleans, LA, Sept. 15-18, 1986.

47.  R.G. Bea, "Requalifying Existing Offshore Platforms," *Petroleum Engineer International,* April 1987, pp. 21-27.

48.  R.G. Bea and C.E. Smith, "AIM (Assessment, Inspection, Maintenance) and Reliability of Offshore Platforms," *Proc., Marine Structural Reliability Symposium,* Arlington, VA, Oct. 5-6, 1987, The Society of Naval Architects and Marine Engineers, pp. 57-75.

49.  R.G. Bea, "Important Questions: Marine Structural Reliability," *Proc., Marine Structural Reliability Symposium,* Arlington, Oct. 5-6, 1987.

50.  R.G. Bea, "Measured and Calculated Wave Forces on Offshore Platforms," *Preprints, Offshore Technology Conference,* OTC 5787, Houston, TX, May 1988.

51.  R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Preprints, Offshore Technology Conference,* OTC 5703, Houston, TX, May 1988.

52.  R.G. Bea, "Engineering Considerations of Continental Margin Mass Wasting," Engineering Considerations and Study Techniques, *Special Technical Publication,* U.S. Geological Survey, Woods Hole, Massachusetts, 1980.

53.  R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

54.  R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

55.  R.G. Bea, "Measured and Calculated Wave Forces on Offshore Platforms," *Proceedings, Offshore Technology Conference,* Houston, Texas, 1988.

56.  R.G. Bea, F.J. Puskar, C.E. Smith and J.H. Spencer, "Development of AIM (Assessment, Inspection, Maintenance), Programs for Fixed and Mobile Offshore Platforms," *Proceedings, Offshore Technology Conference,* Houston, Texas, 1988.

57.  R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Proceedings of the Tenth International Ship & Offshore Structures Congress,* Vol. 3, August 1988.

58.  R.G. Bea, "The Current State, Prospects and Challenges in Applying Reliability Methods in Structural Engineering Practice," *Structural Reliability: Methods & Applications,* ed. by A. Der Kiureghian, Continuing Education in Engineering, University of California, Berkeley, April 1989.

59.  R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

60.  R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," *Proceedings, Technology Assessment and Research Program for Offshore Minerals Operations,* ed. by J. B. Gregory and C. E. Smith, U. S. Dept. of Interior, Minerals Management Service, 1988.

61.  R.G. Bea, "Measured and Predicted Wave Forces on Offshore Platforms," *Proceedings, Offshore Technology Conference,* OTC 5787, Houston, Texas, 1988.

62.  R.G. Bea, F.J. Puskar, C.E. Smith and J.H. Spencer, "Development of AIM (Assessment, Inspection, Maintenance), Programs for Fixed and Mobile Platforms," *Proceedings, Offshore Technology Conference,* OTC 5703, Houston, Texas, 1988.

63.  R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Offshore Platforms," *Proceedings of the Tenth International Ship & Offshore Structures Congress,* Vol. 3, August 1988.

64.  R.G. Bea, "The Current State, Prospects and Challenges in Applying Reliability Methods in Structural Engineering Practice," *Structural Reliability: Methods & Applications,* ed. by A. Der Kiureghian, Continuing Education in Engineering, University of California, Berkeley, April 1989.

65.  R.G. Bea, with J. Baxter, H.P. Cojeen and M. Bowen, (U. S. Coast Guard) and A. Thayamballi (American Bureau of Shipping), "An Approach to the Evaluation of Service Life," *Proceedings,* Integrity of Offshore Structures - 4, IOS '90 Conference, Glasgow, U.K., July 1990.

66.  R.G. Bea, "Reliability Criteria for New and Existing Platforms," *Proceedings,* Offshore Technology Conference, OTC 6312, Houston, Texas, May 1990, pp. 393-408.

67.  R.G. Bea, "Reliability Based Design Criteria for Coastal and Ocean Structures," *Proceedings,* 9th Australasian Conference on Coastal and Ocean Engineering, Adelaide, Australia, December 1989 (Conference Keynote Paper).

68.  R.G. Bea and A. Olufsen, "Uncertainties in Extreme Wave Loadings on Fixed Offshore Platforms," *Proceedings,* Ninth International Conference of Offshore Mechanics and Arctic Engineering, Book No. 10296C, The American Society of Mechanical Engineers, 1990, pp. 15-31.

69.  R.G. Bea and A. Olufsen, "Loading Uncertainties in Extreme Waves," *Proceedings,* ICOASSAR '89, the 5th International Conference on Structural Safety and Reliability, Vol. II, American Society of Civil Engineers, August 1989, pp. 199-206.

70.  R.G. Bea, "Effects of Water Wave Kinematics Uncertainty on Design Criteria for Offshore Structures," *Water Wave Kinematics,* ed. by A. Torum and O. T. Gudmestad, NATO Advanced Science Institutes Series, 178: pp. 103-159, Series E (London: Kluwer Academic Publishers, 1990).

71.  R.G. Bea, "Dynamic Loading Effects on Pile Capacities," *Proceedings,* H. Bolton Seed Memorial Symposium, Vol. 2 (Vancouver, Canada: Bi Tech Publishers Ltd., May 1990).

72.  R.G. Bea and D. McDonald, "Reliability Evaluation of a Jack-up Drilling Unit," *Proceedings,* Annual Meeting, Society of Naval Architects and Marine Engineers, No. 6, San Francisco, California, October 31-November 3, 1990, pp. 6-1 to 6-15.

73.  R.G. Bea, "Earthquake Geotechnology in Offshore Structures," *Proceedings,* Second International Conference on Recent Advances in Geotechnical Earthquake Engineering and Soil Dynamics, St. Louis, Missouri, March 11-15, 1991, 9 pp.

74.  R.G. Bea, R. Pollard, R. Schulte-Strathaus and R. Baker, "Structural Maintenance for New and Existing Ships: Overview, Fatigue Cracking and Repairs," *Proceedings,* Marine Structural Inspection, Maintenance and Monitoring Symposium, The Society of Naval Architects and Marine Engineers, Arlington, Virginia, March 18-19, 1991, pp. II-A-1 to II-25.

75.  R.G. Bea and E.H. Cramer, "Fatigue Reliability Model for Inspection, Updating and Repair of Welded Geometries," *Proceedings,* Marine Structural Inspection, Maintenance and Monitoring Symposium, The Society of Naval Architects and Marine Engineers, Arlington, Virginia, March 18-19, 1991, pp. II-D-1 to II-D-6.

76.  R.G. Bea and W.H. Moore, "Management of Human and Organizational Error in Operational Reliability of Marine Structures," *Proceedings,* Second Offshore Symposium on Design Criteria and Codes, Society of Naval Architects and Marine Engineers, Houston, Texas, April 4-5, 1991, pp. XXIII-1 to XXIII-14.

77.  R.G. Bea, R.J. McCarthy and J.E. Slosson, "A Re-Evaluation of Earthquake Hazards Within the California Coastal Zone: Lessons from the Loma Prieta Earthquake," *Proceedings of the Seventh Symposium on Coastal and Ocean Management,* Coastal Zone 91, American Society of Civil Engineers, July 8-12, 1991, 20 pp.

78.  R.G. Bea, "Reliability-Based Design and Re-Qualification of Offshore Platforms," *Proceedings of the Workshop on Design Environmental Loads for Offshore Exploration and Production Systems,* Environment Canada, Edmonton, Alberta, October 2-3, 1991, pp. 150-169.

79.  R.G. Bea, "Application of Structural Reliability in Design and Re-qualification of Offshore Platforms," *Proceedings of the First Offshore Australian Conference,* Melbourne, Australia, November 25-27, 1991, 12 pp.

80.  R.G. Bea, "Structural Reliability: Design and Re-qualification of Offshore Platforms," *Proceedings of the International Workshop on Reliability of Offshore Operations,* National Institute of Standards and Technology Special Publication 833, Gaithersburg, Maryland, April 1992, pp. 41-67.

81.  R.G. Bea, B. Stahl, G.J. Shoup, J.F. Geyer, J.E. Vinnem and C.A. Cornell, "Methodology for Comparison for Alternative Production Systems (MCAPS)," *Proceedings of the Offshore Technology Conference,* OTC Paper No. 6915, May 4-7, 1992, Houston, Texas, pp. 389-398.

82.     R.G. Bea, B.T. Landeis and M.J.K. Craig, "Requalification of a Platform in Cook Inlet, Alaska," *Proceedings of the Offshore Technology Conference,* OTC Paper No. 6935, Houston, Texas, May 4-7, 1992, pp. 551-562.

83.     R.G. Bea, C.A. Cornell, J.E. Vinnem, J.F. Geyer, G.J. Shoup and B. Stahl, "Comparative Risk Assessment of Alternative TLP Systems: Structure & Foundation Aspects," *Proceedings of the 11th International Conference on Offshore Mechanics and Arctic Engineering,* ASME Paper No. OMAE-92-1372, Calgary, Alberta, Canada, June 7-11, 1992, 16 pp.

84.     R.G. Bea, "Evaluation of Uncertainties in Loadings on Offshore Structures Due to Extreme Environmental Conditions," *Proceedings of the 11th International Conference on Offshore Mechanics and Arctic Engineering,* ASME Paper No. OMAE-92-1218, Alberta, Canada, June 7-11, 1992, 11pp.

85.     R.G. Bea and T. Xu, "Reliability Evaluation of Existing Platforms Based on Fuzzy Set Theory," *Proceedings of the Second International Offshore and Polar Engineering Conference,* San Francisco, California, June 14-19, 1992, pp. 523-530.

86.     R.G. Bea and D.T. McDonald, "Dynamic Response Characteristics of Jack-Up Drilling Units," *Proc.,* Civil Engineering in the Oceans V, American Society of Civil Engineers, College Station, Texas, November 2-5, 1992, pp. 906-920.

87.     R.G. Bea, "Re-qualification of Offshore Platforms," *Proc.,* Civil Engineering in the Oceans V, American Society of Civil Engineers, College Station, Texas, November 2-5, 1992, pp. 427-443.

88.     R.G. Bea, "Seismic Design and Requalification Methodologies for Offshore Platforms," *Proc.,* International Workshop on Seismic Design and Requalification of Offshore Structures, California Institute of Technology, Pasadena, California, December 7-9, 1992, 34 pp.

89.     R.G. Bea, W.E. Gale, Jr. and R.B. Williamson, "Fire Safety Assessment for Offshore Platforms," *Proc.,* International Conference on Fire Management INTERFLAM '93, Oxford University, England, March 30 - April 1, 1993, 12 pp.

90.     R.G. Bea, "Response of Offshore Structures Subjected to Earthquakes," *Proc.,* International Workshop on Wind and Earthquake Engineering for Offshore and Coastal Facilities, Port and Harbor Research Institute, Yokosuka, Japan, May 12-14, 1993, 12 pp.

91.     R.G. Bea and R. DesRoches, "Development and Verification of a Simplified Procedure to Estimate the Capacity of Template-Type Platforms," *Proc.,* Fifth International Symposium on Integrity of Offshore Structures IOS '93, Glasgow, U.K., June 17-18, 1993, 20 pp.

92.     R.G. Bea, "Reliability Based Requalification Criteria for Offshore Platforms," *Proc.,* 12th International Conference on Offshore Mechanics and Arctic Engineering, OMAE 1993, Volume II, Safety and Reliability, Glasgow, Scotland, June 20-24, 1993, pp. 351-361.

93.     R.G. Bea and W.H. Moore, "Human and Organizational Errors in Operations of Marine Systems: Occidental Piper Alpha," *Proc.,* 12th International Conference on Offshore Mechanics and Arctic Engineering, OMAE 1993, Volume II, Safety and Reliability, Glasgow, Scotland, June 20-24, 1993, pp. 21-29.

94.     R.G. Bea, "Workshop Charge: Key Questions in the Reassessment & Requalification of Permanent Offshore Drilling & Production Platforms," Keynote Paper, Proceedings of the International Workshop on Reassessment and Requalification of Offshore Production Structures, New Orleans, Louisiana, Dec., 1993.

95.     R.G. Bea, "Seismic Response of Offshore Platforms," Keynote Paper, Proceedings of the Tenth National Conference on Earthquake Engineering, Mexican Society of Earthquake Engineering, Puerto Vallarta, Jalisco, Mexico, October 1993.

96.     W.H. Moore, R.G. Bea and K. . Roberts, "Improving the Management of Human and Organization Errors (HOE) in Tanker Operations," Proceedings of the Ship Structures Symposium '93, The Society of Naval Architects and Marine Engineers and The Ship Structure Committee, Arlington, Virginia, Nov. 1993. (Contribution: 60%)

97.     R.G. Bea, "Marine Structural Integrity Programs," Proceedings of the Ship Structures Symposium '93, The Society of Naval Architects and Marine Engineers and The Ship Structure Committee, Arlington, Virginia, Nov. 1993.

98.     R.G. Bea and W. Moore, "Reliability Based Evaluations of Human and Organization Errors in Reassessment and Requalification of Platforms," Vol. II, Safety and Reliability Symposium, Proceedings

Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, OMAE 94-1272, Feb. 1994.

99.   M. Paga, J. Sully, E. Gajardo and R.G. Bea, "Site Specific Offshore Platform Design: Modification of API Recommendations to Consider Local Seismic Conditions," Proceedings of the 6th International Conference on Structural Safety and Reliability, Congress Innsbruck, Innsbruck, Austria, August 1993.

100.  R. Schulte-Strathaus and R.G. Bea, "Ship Structural Integrity Information System," Ship Structure Committee, SSC-380, 200 p., NTIS #PB95-178588, Washington, D.C., September 1994.

101.  R.G. Bea, "The Role of Human Error in Design, Construction and Reliability of Marine Structures," Ship Structure Committee, SSC-378, 322 p, NTIS #PB95-126827, Washington, D.C., October 1994.

102.  R.G. Bea, M. Mortazavi, K.J. Loch and P.L. Young, "Verification of a Second Generation Simplified Method to Evaluate Storm Loadings on and Capacities of Steel, Template-Type Platforms," Proceedings of the Offshore & Arctic Operations Symposium, American Society of Mechanical Engineers Petroleum Division, Energy & Environmental Expo 95, Houston, Texas, January 1995.

103.  R.G. Bea, "Development & Verification of a Simplified Method to Evaluate Storm Loadings on and Capacities of Steel, Template-Type Platforms," Proceedings of the Offshore & Arctic Operations Symposium, American Society of Mechanical Engineers Petroleum Division, Energy & Environmental Expo 95, Houston, Texas, January 1995.

104.  R.G. Bea, G. Bacicchi, N. Kamoi, C. Murgia, J.Y. Song and P.A. Thompson, "Quality Assurance in Design, Construction and Operation of Marine Structures," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 2, St. Johns, Newfoundland, Canada, September 1994. (Contribution: 80%)

105.  R.G. Bea and R. Schulte-Strathaus, "Verification of a Long-Term Fatigue Analysis Based on Observed Fractures in a Class of Four 165,000 DWT Tankers," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994. (Contribution: 70%)

106.  R.G. Bea, "Development and Verification of a Simplified Procedure to Estimate the Capacity of Template-Type Platforms," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994.

107.  R.G. Bea, "Development of a Ship Structural Integrity Information System (SSIIS)," Proceedings of the 12th International Ship & Offshore Structures Congress, Vol. 3, St. Johns, Newfoundland, Canada, September 1994.

108.  R.G. Bea, "Probability Based Earthquake Load & Resistance Factor Design Criteria for Offshore Platforms," Proceedings of the International Workshop on Wind and Earthquake Engineering for Coastal and Offshore Facilities, University of California at Berkeley, January 1995.

109.  R.G. Bea and C. Bowen, "Simplified Earthquake Floor Response Spectra for Equipment on Offshore Platforms," Proceedings of the International Workshop on Wind and Earthquake Engineering for Coastal and Offshore Facilities, University of California at Berkeley, January 1995. (Contribution: 75%)

110.  R.G. Bea, "Men, Ships and the Sea," Proceedings of the Marine Safety Council, U.S. Coast Guard, Washington, D.C., May-June 1995, pp. 3-7.

111.  W.H. Moore and R.G. Bea, "Management of Human and Organizational Error Throughout a Ship's Life Cycle," Proceedings of the Institute of Marine Engineers, Symposium on Management and Operation of Ships, London, U.K., May 1995.

112.  R.G. Bea and M. Mortazavi, "Simplified Evaluation of the Capacities of Template-Type Offshore Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-214, June 1995.

113.  R.G. Bea, K.J. Loch and P.L. Young, "Evaluation of Capacities of Template-Type Gulf of Mexico Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-214, June 1995.

114.  W.E. Gale, W.H. Moore, R.G. Bea and R.B. Williamson, "A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms," Proceedings of the 5th International Offshore and Polar Engineering Conference, The Hague, The Netherlands, ISOPE Paper No. 95-JSC-215, June 1995.

115.    K. Ma and R.G. Bea, "Fatigue Life Estimation for Repaired Ship Critical Structural Details," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-731M, Copenhagen, Denmark, June 1995.

116.    K. Roberts and R.G. Bea, "Organization Factors in the Quality and Reliability of Marine Systems," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1354, Copenhagen, Denmark, June 1995.

117.    R.G. Bea, "Quality, Reliability, Human and Organization Factors in Design of Marine Structures," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1355, Copenhagen, Denmark, June 1995.

118.    R.G. Bea, "Evaluation of Human and Organization Factors in Design of Marine Structures: Approaches & Applications," Proceedings of the 14th International Offshore Mechanics and Arctic Engineering Conference, OMAE Paper No. 95-1233, Copenhagen, Denmark, June 1995.

119.    W.E. Gale, W.H. Moore, R.G. Bea and R.B. Williamson, "Human Factors in Operational Reliability of Offshore Production Platforms: The Fire and Life Safety Assessment Index Methodology (FLAIM)," Proceedings of the Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, Copenhagen, Denmark, June 1995.

120.    K.T. Ma and R.G. Bea, "A Repair Management System for Fatigue Cracks in Ships," Transactions, The Society of Naval Architects and Marine Engineers, Vol. 103, 1995.

121.    J. Ying and R.G. Bea, "Simulation Model for Development of Siting Strategies for Mobile Offshore Drilling Units," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

122.    T. Xu and R.G. Bea, "Fatigue of Cracked Ship Critical Structural Details: Cracked S-N Curves and Load Shedding," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

123.    M. Mortazavi and R.G. Bea, "A Simplified Structural Reliability Analysis Procedure for Use in Assessments and Requalifications of Template-Type Offshore Platforms," Proc. of the 6th Int. Offshore and Polar Eng. Conf., Los Angeles, CA, May 1996.

124.    R.G. Bea, R. Schulte-Strathaus and M. Dry, "Ship Quality Information Systems," Proceedings of the Institute of Marine Engineers, ICMES 96, Safe and Efficient Ships, Oslo, Norway, June 1996.

125.    R.G. Bea, A. Brandtzaeg and M.J.K. Craig, "Life-Cycle Reliability Characteristics of Minimum Structures," Proceedings of the 15th Int. Conf. on Offshore Mechanics and Arctic Engineering, OMAE Paper No. 96-1205, ASME, June 1996.

126.    M. Mortazavi and R.G. Bea, "A. Reliability Based Screening Procedure for Platform Assessments and Requalifications," Proceedings of the 15th Int. Conf. on Offshore Mechanics and Arctic Engineering, OMAE Paper No. 96-421, ASME, June 1996.

127.    E.H. Cramer, R. Schulte-Strathus and R.G. Bea, "Ship Maintenance Projects: 1990-1995," Vol. 1, Fatigue Damage Evaluation, Ship Structure Committee, SSC-386, Washington, DC.

128.    R.G. Bea and R. Mayoss, "Ship Maintenance Projects: 1990-1995," Vol. 2, Corrosion Damage Evaluation, Ship Structure Committee, SSC-386, Washington, DC.

129.    K.A. Gallion and R.G. Bea, "The Ship Structural Maintenance Projects: 1990-1995," Vol. 3, Repairs and Maintenance, Ship Structure Committee, SSC-386, Washington, DC.

130.    K.T. Ma, R.S. Holzman, L. Demsetz and R.G. Bea, "The Ship Structural Maintenance Projects: 1990-1995," Vol. 4, Durability Considerations, Ship Structure Committee, SSC-386, Washington, DC.

131.    R.G. Bea and T. Xu, "In-Service Inspection Programs for Marine Structures," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

132.    R.G. Bea and K. Roberts, "Managing Rapidly Developing Crises: Real-Time Prevention of Marine System Accidents," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

133.    R.G. Bea and M.J.K. Craig, "Reliability Based Load and Resistance Factor Design Guidelines for Offshore Platforms to Resist Earthquakes," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

134.    J. Stear and R.G. Bea, "Comparative Analysis of the Capacities of Gulf of Mexico Steel Template-Type Platforms Subjected to Hurricane Forces," Proceedings 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

135.    R.G. Bea, "Background for the Proposed International Standards Organization Reliability Based Seismic Design Guidelines for Offshore Platforms," Earthquake Criteria Workshop Proceedings, 16th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, Yokohama, Japan, 1997.

136.    A. Sturm, R.G. Bea and T. Miller, "Reassessment and Re-qualification of Two Gulf of Mexico Platforms," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

137.    Y. Bai, T. Xu and R.G. Bea, "Reliability Based Design & Re-qualification Criteria for Longitudinally Corroded Pipelines," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

138.    A. Salancy and R.G. Bea, "Offshore Single Point Mooring Systems for Import of Hazardous Liquid Cargoes Offshore Southern California," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

139.    M. Mortazavi and R.G. Bea, "Experimental Validation of the Ultimate Limit State Limit Equilibrium Analysis (ULSLEA) with Results from Frame Tests," Proceedings 7th International Conference on Offshore and Polar Engineering, Honolulu, Hawaii, May 1997.

140.    A. Brandtzaeg and R.G. Bea, "Experience with Fast Rack Risk Assessment Used to Compare Alternative Platforms," Proceedings of the International Conference on Safety and Reliability, European Safety and Reliability Association, Lisbon, Portugal, June 1997.

141.    R.G. Bea, "Human and Organizational Factor Considerations in the Structure Design Process for Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

142.    R.G. Bea, "Accident and Near-Miss Assessments and Reporting," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

143.    R.G. Bea, "Real-Time Prevention of Platform Drilling Blowouts: Managing Rapidly Developing Crises," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

144.    R.G. Bea, "A Safety Management Assessment System (SMAS) for Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

145.    R.G. Bea, R. Holdsworth and C. Smith, "Human and Organization Factors in Safety of Offshore Platforms," Proceedings of the International Workshop on Human Factors in Offshore Operations, U. S. Minerals Management Service, New Orleans, Louisiana, Dec. 1996.

146.    Lt. D. Boniface and R.G. Bea, "A Decision Analysis Framework for Assessing Human and Organizational Error in the Marine Industries," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

147.    R.G. Bea, "Consideration of Human and Organization Factors in Development of Design, Construction and Maintenance Guidelines for Ship Structures," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

148.    R.G. Bea, K. Roberts, S. Stoutenberg, T. Mannarelli and P. Jacobson, "High Reliability Tanker Loading & Discharge Operations: Chevron Long Wharf, Richmond, California," Proceedings of the Symposium on Human and Organizational Error in Marine Structures, Ship Structure Committee - Society of Naval Architects and Marine Engineers, Arlington, Virginia, November 1996.

149.    M. Dry, R. Schulte-Strathaus and R.G. Bea, "Ship Structural Integrity Information System Phase II," Ship Structure Committee SSC 388, Washington, DC, 1996, NTIS #PB96-167564.

150.    Bea, R. G., J. Suhayda, Z. Jin and R. Ramos, "Hurricane Wave Conditions for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Proceedings 1998 International OTRD Symposium Ocean Wave Kinematics, Dynamics and Loads on Structures,* American Society of Civil Engineers, April 30-May 1, 1998, Houston, Texas.

151.    Bea, R. G., J. Stear, T. Xu and R. Ramos, "Hurricane Wave Forces on the Decks of Offshore Platforms," *Proceedings 1998 International OTRD Symposium Ocean Wave Kinematics, Dynamics and Loads on Structures,* American Society of Civil Engineers, May 1998, Houston, Texas.

152.    Stear, J.D. and R.G. Bea, "Simplified Strength-Level Earthquake Assessment of Jacket-Type Platforms," *Proceedings 1988 8th International Offshore and Polar Engineering Conference,* Montreal, Canada, May 1998, International Society of Offshore and Polar Engineers, Golden, Colorado.

153.    Aviguetero, T. and R.G. Bea, "Effects of Damage and Repairs on the Lateral Load Capacity of a Typical Template-Type Offshore Platform," *Proceedings 8th International Offshore and Polar Engineering Conference,* Montreal, Canada, May 1998, International Society of Offshore and Polar Engineers, Golden, Colorado.

154.    Bea, R.G., R. Ramos, O. Valle and V. Valdes, "Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

155.    Bea, R.G., R. Ramos, T. Hernandez and O. Valle, "Risk Assessment & Management Based Guidelines for Design & Reassessment of Pipelines in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

156.    Bea, R.G., Z. Jin, C. Valle and R. Ramos, "Evaluation of the Reliability of Platform Pile Foundations in the Bay of Campeche, Mexico," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference* OMAE, *Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

157.    Bea, R. G., J. Ying, D. Hopper and M. Craig, "Risk Based Requalification of the Monopod Platform, Cook Inlet, Alaska," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

158.    D. Hee , R.G. Bea, K. Roberts and B. Williamson, "Safety Management Assessment System (SMAS) Part I: A Process for Identifying and Evaluating Human and Organization Factors in Operations of Offshore Platforms," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

159.    D. Hee, R.G. Bea, B. Pickrell, K.H. Roberts and R.B. Williams, "Safety Management Assessment System (SMAS) Part I: Field Test and Results," *Proceedings 1998 Offshore Mechanics and Arctic Engineering Conference OMAE, Safety and Reliability Symposium,* Lisbon, Portugal, July 1998, American Society of Mechanical Engineers, New York, New York.

160.    D. Hee , K. Roberts, R.G. Bea and B. Williamson, "Probabilistic Safety Assessment and Management PSAM 4, Safety Management Assessment System (SMAS )," *Proceedings* of the 4th International Conference on Probabilistic Safety Assessment and Management, PSAM '98, A. Mosleh and R. A. Bari (Eds.), Springer Publishers, New York City, September 1998.

161.    Soriaro, A., R. Ramos, E. Heredia and R.G. Bea, "Assessment of Biases and Uncertainties in Design and Requalification Parameters for Offshore Platforms," *Proceedings* 9th International Offshore and Polar Engineering Conference & Exhibition, May 30-June 4, 1999, Brest, France, Society of Offshore and Polar Engineers, Golden, CO.

162.    Bea, R.G., B. Farkas, R. Ramos, C. Smith and J.H. Rosenmoller,  "A General Pipeline Suitability for Service Assessment System: RAM PIPE," *Proceedings* 9th International Offshore and Polar Engineering Conference & Exhibition, Brest, France, Society of Offshore and Polar Engineers, Golden, CO.

163.    Bea, R.G., C. Smith, V. Valdes, B. Farkas, J. Rosenmoller and O. Valle, "Assessment of Pipeline Suitability for Service," *Proceedings 9th International Offshore and Polar Engineering Conference & Exhibition,* Brest, France, May 30-June 4, 1999.

164.    Xu, T., R.G. Bea, R. Ramos, O. Valle and V. Valdes, "Assessment of Tubular Joint Capacity Uncertainties," *Proceeding,* 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 11, 1999.

165.    Bea, R.G., "A Structured Method and Software to Assess Human & Organizational Errors in the Life-cycle of Offshore Structures," *Proceedings* of the 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 13, 1999.

166.    Bea, R. G., L. Lara, E. Heredia, O. Valle and V. Valdes, "Reliability Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico," *Proceedings* of the 18th International Conference on Offshore Mechanics and Arctic Engineering, American Society of Mechanical Engineers, July 16, 1999.

167.    Bea, R.G. and T. Xu, "Evaluation of Biases & Uncertainties in Reliability Based Pipeline Requalification Guidelines," *Proceedings* of Pipeline Requalification Workshop, Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, July 16, 1999.

168.    Orisamolu, I.R. and R.G. Bea, "Reliability Considerations in the Development of Guidelines for the Requalification of Pipelines," *Proceedings* of Pipeline Requalification Workshop, Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, July 16, 1999.

169.    J. Zhaohui, R.G. Bea, J. Suhayda and R. Ramos, "Reduction of Hurricane Wave Heights in Shallow Water by Deformable Sea Floor Soils Offshore Mexico," *Proceedings* of 19th International Conference Offshore Mechanics and Arctic Engineering Conference, American Society of Mechanical Engineers, February 14, 2000.

170.    Bea, R.G., "Reliability, Corrosion, & "Burst Pressure Capacities of Pipelines," Proceedings 19th International Conference on Offshore Mechanics & Arctic Engineering, American Society of Mechanical Engineers, February 15, 2000.

171.    Bea, R.G., "Performance Shaping Factors in Reliability Analysis of Design of Offshore Structures," *Proceedings* 19th International Conference on Offshore Mechanics & Arctic Engineering, American Society of Mechanical Engineers, February 17, 2000.

172.    R.G. Bea, F. Perez and R. Ortega, "Requalfication of Platforms Offshore Tampico - Tuxpan, Mexico: Conditions and Criteria," *Proceedings* 19th International Offshore and Polar Engineering Conference, Society of Offshore and Polar Engineers, June 1, 2000.

173.    Bea, R.G., F. Perez and R. Ortega, "Requalification of Platforms Offshore Tampico - Tuxpan, Mexico: Arenque Platforms," *Proceedings* 19th International Offshore and Polar Engineering Conference, Society of Offshore and Polar Engineers, June 2, 2000.

174.    Bea, R.G., "Performance Shaping Factors in Reliability Analysis of Design of Offshore Structures," *Marine Technology & Management Group,* 19 th International Conference on Offshore Mechanics & Arctic Engineering - OMAE 2000, Feb. 14-17, 2000, Sheraton New Orleans Hotel, New Orleans, LA, USA OMAE 2000-6111.

175.    Bea, R.G., "Committee IV. 1 Design Principles and Criteria," *14th International Ship and Offshore Structures Congress 2000,* 2-6 October 2000, Nagasaki, Japan, Volume 1.

176.    Bea, R.G., R. Stoelsnes and O. Gudmestad, "On the Importance of Human and Organizational Factors in Design, Construction and Installation of Engineered Systems," *Proceedings* of the International Society of Offshore and Polar Engineering Conference, Stavanger, Norway, June 2001, 1-10.

177.    Bea, R.G., "Risk assessment and management in design and requalification of offshore  structures," *Proceedings* of the International PEP-IMP Symposium on Risk Assessment for Offshore Structures, Instituto Mexicano del Petroleo, Mexico City, DF, 2001, pp. 1-32.

178.    Bea, R.G., "Human Factors and risk management of offshore structures," *Proceedings* of the  International PEP-IMP Symposium on Risk Assessment for Offshore Structures, 2001, pp. 1-42.

179.    Bea, R.G., "Human and Organizational Factors in Reliability and Design of 'Minimum' Offshore Structures," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-8.

180.    Bea, R., C. Smith, B. Smith, J. Rosenmoeller, T. Beuker and B. Brown, "Analysis of Field Data from the Performance of Offshore Pipelines (POP) Project," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-8.

181.    Bea, R., C. Smith, B. Smith, J. Rosenmoeller, T. Beuker and B. Brown, "Real-Time Reliability Assessment & Management of Marine Pipelines," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-10.

182. Bea, R. and Z. Jin, "Texas Tower 4: Lessons for Design of Offshore Structures," *Proceedings* of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-12.

183. Bea, R, T. Xu, E. Heredia-Zavoni, L. Lara and R. Burbano, "Reliability Based Design Criteria for Installation of Pipelines in the Bay of Campeche, Mexico: Part 1," Proceedings of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-7. (Contribution: 90%)

184. Bea, R., T. Xu , E. Heredia-Zavoni, L. Lara and R. Burbano, "Reliability Based Design Criteria for Installation of Pipelines in the Bay of Campeche, Mexico: Part 2," Proceedings of OMAE-02, 21st International Conference on Offshore Mechanics & Arctic Engineering, Oslo, Norway, 2002, pp. 1-10. (Contribution: 90%)

185. Ramos, A. and R. G. Bea, "Reliability Aspects of Corrosion in Oil Storage Tanks," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-11. (Contribution: 50%)

186. Nakat, Z. and R. G. Bea, "Effect of Truncated Demand and Capacity Distributions on Reliability of Pipelines," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-5.

187. Bea, R.G., T. Beuker and P. Vargas, "Reliability Based Fitness-For-Service Assessment of Corrosion Defects Using Different Burst Pressure Predictors and Different Inspection Techniques," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-8.

188. Ronalds, B., R. Pinna, S. Ryan, J. Riordan, T. Radic, G. Cole and R.G. Bea, "Jacket Reliability Design Considering Interacting Limit States," Proceedings 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-12.

189. Bea, R.G., "Quality, Reliability, and Human Factors in Drilling & Production," Proceedings of OMAE0, 22nd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2003, Cancun, Mexico, pp. 1-19.

190. Inkabi, K. and R. Bea, "Burst Database Verification Study for Corroded Line-Pipe," Proceedings 23rd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2004, Vancouver, British Columbia, pp. 1-9.

191. Inkabi, K. and R. Bea, "Application of RAM Methods in the Structural Reliability Assessment of Corroded Offshore Pipelines," Proceedings 23rd Int. Conf. on Offshore Mechanics and Arctic Engineering, 2004, Vancouver, British Columbia, 1-11.

192. Kardon, J.B., Bea, R. G., and Williamson, R.B., "Validity and Reliability of Forensic Engineering Methods and Processes," Proceedings 4th Forensic Congress, ASCE, October 2006, pp.1-11.

193. Seed. R.B., Bea, R.G., et al, "Investigation of Levee Performance in Hurricane Katrina: The New Orleans Drainage Canals, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

194. Seed, R.B., Bea, R.G., et al, "Investigation of Levee Performance in Hurricane Katrina: The Inner Harbor Navigation Canal, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

195. Seed, R.B., Bea, R. G., et al, "Investigation of the Performance of the New Orleans Regional Flood Protection Systems During Hurricane Katrina: Lessons Learned, Proceedings Geo-Denver 2007, ASCE, Feb. 2007, pp. 1-16.

196. Bea, R.G., "Lessons from Failure of the Flood Protection System for the Greater New Orleans Area During Hurricane Katrina," Proceedings of 6th International Conference on Offshore Mechanics and Arctic Engineering, June 2007, ASME, pp. 1-9.

197. Bea, R.G., "Reliability Assessment & Management Lessons from Hurricane Katrina," Proceedings of 6th International Conference on Offshore Mechanics and Arctic Engineering, June 2007, ASME, pp. 1-12.

**Non-Refereed Publications**
**Technical Reports**

1. R.G. Bea, *Deformations Required to Develop A Passive and Active Resistance of Submerged Sands at Varying Void Ratios,* Research Project Report to the National Science Foundation, University of Florida, June 1959.

2. R.G. Bea, *Wave Forces Comparison of Stokes Fifth and Stream Function Theories,* Engineering Note No. 40, Shell Oil Company, April 1973.

3. R.G. Bea, *Sea Floor Stability, South Pass Block 62 and Main Pass Block 290 Areas,* Shell Oil Company,

Offshore Division - Construction, Southern E&P Region, O.D.C. Report No. 47, Aug. 1973.

4.   R.G. Bea, *Sea Floor Stability, Mississippi Delta Area, Proposed Leases in OCS Sale No. 33, 1974,* Shell Oil Company, Offshore Division - Construction, Southern E&P Region, O.D.C. Report 57, Dec. 1973.

5.   R.G. Bea, *API Review Environmental Loads on Ocean Structures, Note CE-8,* Shell Oil Company, Oct. 1974.

6.   R.G. Bea, *API Review Environmental Loads on Ocean Structures,* Report to the Sea Floor Engineering Council, National Academy of Engineering, Oct. 1974.

7.   R.G. Bea, *Updating of Wave Heights & Platform Resistance Descriptions Based on Preliminary Data from Hurricane Carmen,* Report, Shell Oil Company, Houston, Nov. 1974.

8.   R.G. Bea, *Evaluation of Potentially Unstable Soils in the Mississippi Delta Area,* Shell Oil Company, Head Office, Civil Engineering, Report No. ODC-37, (in 3 parts), July 1975.

9.   R.G. Bea, *Preliminary Soil and Seismic Design Conditions for Feasibility Studies of Candidate LNG Import Terminal Sites Offshore,* Southern California, Prepared for California Coastal Commission, May 1978.

10.  R.G. Bea, *Ground Motion Intensity Factors and Acceleration Response Spectra,* Ninth Edition API RP 2A Earthquake Design Provisions, Eastern Gulf of Alaska Region, prepared for the American Petroleum Institute, Oct. 1978.

11.  R.G. Bea, M.R. Akky, A.R. Dover and J.A. Egan, *A Methodology for Selection of Ground Motion Intensity Factors and Acceleration Response Spectra for Eastern Gulf of Alaska Region,* prepared for American Petroleum Institute, Nov. 1978, 287 p.

12.  R.G. Bea, *Assessment of the Morison Equation,* Woodward-Clyde Consultants, for Civil Engineering Laboratory, Naval Construction Battalion Center, Port Hueneme, California, Report CR 80.022, July 1980, 175 p.

13.  R.G. Bea and F.Y. Yokel, *Mat Foundations for Offshore Structure in Arctic Regions,* prepared for Minerals Management Service, USDI, NBSIR 86-3419, May 1986 (issued Feb. 1987), 151 p.

14.  R.G. Bea, B. Mosaddad, A.K. Vaish and K. Ortiz, *Seismic Load Effects Study,* PMB Systems Engineering, Inc., prepared for American Petroleum Institute, Dec. 1986, 134 p.

15.  R.G. Bea, *Development of Inspection and Repair Programs for Fixed Offshore Platforms,* PBM Systems Engineering, Inc., prepared for Technology Assessment and Research Branch of Minerals Management Service, Reston, VA, March 1987, 155 p.

16.  R.G. Bea, *Fatigue Reliability, Reliability of Marine Structures,* Chapter 8, Tutorial Summary on Structural Reliability Theory Directed at the Marine Industry. Report to Ship Structures Committee, Jan. 1988, A.E. Mansour.

17.  R.G. Bea, *Piper Bravo Concept Safety Study Evaluation Criteria,* Report to Occidental Petroleum (Caledonia), Aberdeen, Scotland, May 1989.

18.  R.G. Bea, J.B. Farrier and M.A. Foda, *Evaluation of the Potential for Self-Burial of the Proposed Unocal Gina Pipeline,* Report to UNOCAL, Ventura, CA, May 1989.

19.  R.G. Bea, K. Bando and M. Foda, *Challis Field Floating Production Facility Mooring System Scour Protection Laboratory Tests,* Report to IMODCO International, June 1989.

20.  R.G. Bea, *Maui A Platform Seismic Re-assessment Analyses, Phase I, Study of Earthquake Evaluation Guidelines,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

21.  R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

22.  R.G. Bea, *Development of Guidelines for Evaluations and Justifications of Suitability for Service,* Final Report No. 3, AIM III Joint Industry Project, September 1988.

23.  R.G. Bea, *Reliability Analysis of the Tension Leg Platform Structural System,* Report to the MCAPS Joint Industry Project, February 1988.

24.  R.G. Bea, *Tropical Cyclone Parameters for Goodwyn Substructure Environmental Design Criteria: Maximum Wave Periods,* Report to Woodside Offshore Petroleum, Perth, Western Australia, July 1988.

25.  R.G. Bea, *Review of Tropical Cyclone Parameters for Goodwyn 'A' Platform Environmental Criteria,* Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

26.  R.G. Bea, *Review of the Ocean Engineering Group's Definition of Environmental Design Criteria for the Goodwyn 'A' Platform,* Report to Woodside Offshore Petroleum, Perth, Western Australia, August 1988.

27. R.G. Bea, *User Guidelines: Loadings, Soils, and Pile Characterizations,* Report to PAR (Pile Analysis Routines) Joint Industry Sponsor Group, February 1988.

28. R.G. Bea and E. Pate Cornell, *Organizational Aspects of Reliability Management: Design, Construction, and Operation of Offshore Platforms,* Research Report No. 89-1, Department of Industrial Engineering and Engineering Management, Stanford University, April 1989, 84 p.

29. R.G. Bea, *Piper Bravo Concept Safety Study Evaluation Criteria,* Report to Occidental Petroleum (Caledonia), Aberdeen, Scotland, May 1989.

30. R.G. Bea, J.B. Farrier and M.A. Foda, *Evaluation of the Potential for Self-Burial of the Proposed Unocal Gina Pipeline,* Report to UNOCAL, Ventura, CA, May 1989.

31. R.G. Bea, K. Bando and M.A. Foda, *Challis Field Floating Production Facility Mooring System Scour Protection Laboratory Tests,* Report to IMODCO International, June 1989.

32. R.G. Bea, *Maui A Platform Seismic Re-assessment Analyses, Phase I, Study of Earthquake Evaluation Guidelines,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

33. R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Report to Shell BP and Todd Oil Services, Ltd., New Plymouth, New Zealand, June 1989.

34. R.G. Bea, *Development of Guidelines for Evaluations and Justifications of Suitability for Service,* Final Report No. 3, AIM III Joint Industry Project, September 1988.

35. R.G. Bea, *Reliability Analysis of the Tension Leg Platform Structural System,* Report to the MCAPS Joint Industry Project, February 1988.

36. R.G. Bea, *Tropical Cyclone Parameters for Goodwyn Substructure Environmental Design Criteria: Maximum Wave Periods,* Report to Woodside Offshore Petroleum, Perth, Western Australia, July 1988.

37. R.G. Bea, *Review of Tropical Cyclone Parameters Study for Goodwyn  A Platform Environmental Criteria*, Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

38. R.G. Bea, *Review of the Ocean Engineering Group's Definition of Environmental Design Criteria for the Goodwyn 'A' Platform,* Report to Woodside Offshore Petroleum, Perth, Western Australia, August 1988.

39. R.G. Bea, *User Guidelines: Loadings, Soils, and Pile Characterizations,* Report to PAR (Pile Analysis Routines) Joint Industry Sponsor Group, February 1988.

40. R.G. Bea and E. Pate Cornell, *Organizational Aspects of Reliability Management: Design, Construction, and Operation of Offshore Platforms,* Research Report No. 89-1, Department of Industrial Engineering and Engineering Management, Stanford University, April 1989.

41. R.G. Bea, *Review of Tropical Cyclone Parameters -Study for 'A' Goodwyn Environmental Criteria,* Technical Report to Woodside Offshore Petroleum, Perth, Western Australia, February 1989.

42. R.G. Bea, *Reliability Based Design Criteria for Freeport-McMoRan Main Pass Block 299 Sulfur Mine Platforms,* Technical Report to Freeport McMoRan, New Orleans, Louisiana, November 1989.

43. R.G. Bea, *Reliability Based Design Criteria for McMoRan Oil & Gas Main Pass Block 299 Oil and Gas Platforms,* Technical Report to McMoRan Oil & Gas Company, New Orleans, Louisiana, April 1990.

44. R.G. Bea, *Earthquake Design Guidelines, Maui B Platform, New Zealand,* Technical Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, May 1989.

45. R.G. Bea, *Maui Stage II Development, Review of Seismic Studies,* Technical Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, April 1990.

46. R.G. Bea, *Design Return Period for Ductility Level Earthquake, Maui B Platform,* Report to Shell BP and Todd Oil Services Limited, New Plymouth, New Zealand, December 1990, 48 p.

47. R.G. Bea and D. Kingery, *Reliability of the Grayling Platform Substructure,* Report to Unocal Corporation, Kenai, Alaska, December 1990, 125 p.

48. R.G. Bea, D.T. McDonald, K. Bando and R J. Sobey, *Near Surface Wave Forces on Horizontal Members and Decks of Offshore Platforms,* December 18, 1990, 68 p.

49. R.G. Bea and R.R. Pollard, *Evaluation of Corrosion Damage in Crude & Product Carriers,* Report No. SMP-2-1, Report to Joint Industry Project on Structural Maintenance for New and Existing Ships, May 1991, 89 p.

50. R.G. Bea, *Rio Caribe Platform Seismic Design Criteria: Strength and Ductility Requirements,* Report to Lagoven S. A. Caracas, Venezuela, May 1991, 107 p.

51. R.G. Bea and S. Abbas, *Fracture Toughness and Weld Defect Evaluation Criteria for Low Temperature Steels Used in Grayling Platform,* Report to Unocal Corporation, Kenai, Alaska, June 1991, 93 p.

52. R.G. Bea and D. Zhang, *Platform Eva Storm Loading Analysis,* Report to Unocal Corporation, North America Oil and Gas Division, Bakersfield, California, June 1991, 77 p.

53. R.G. Bea and D. Kingery, *Analysis of Class II Modelling Uncertainty Affects on the Risk Assessment of an Offshore Platform,* Report prepared for Unocal Corporation, Kenai, Alaska, June 1991, 146 p.

54. R.G. Bea and R. Schulte-Strathaus, *Fatigue Database Development and Analysis,* Report to Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-1, June 1991, 54 p.

55. R.G. Bea and R. Schulte-Strathaus, *Interim Report: Review of the Literature on Fatigue Fracture Mechanics and Fatigue Reliability,* Report to Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-2, June 1991, 88 p.

56. R.G. Bea and J. Bustamante, *Geotechnical Study for Cable Burial System,* Report to Naval Civil Engineering Laboratory, Port Hueneme, California July 1991, 23 p.

57. R.G. Bea and W. Moore, *Review of Existing Marine Related Casualty Reports and Databases for Human and Organizational Errors,* Management of Human Error in Operations of Marine Systems, Report No. HOE-91-1, July 1991, 45 p.

58. R.G. Bea, S.E. Dunn, F.B. Halper, R.C. Kolf, J.D. Palmer, P. Selfridge, D. Sriram, and B.T. Wilkins, *Report of the Ad Hoc Committee on the Role of Artificial Intelligence and Knowledge-based Systems Technology on Sea Grant Research, Education and Advisory Service Program Areas,* Report to Sea Grant Program, September 12, 1991, 22 p.

59. R.G. Bea, *Loading and Load Effects Uncertainties,* Report to the Canadian Standards Association, Verification Program for CSA Code for the Design, Construction, and Installation of Fixed Offshore Structures, Project No. D-3, Ottawa, Canada, October 1991, 190 p.

60. R.G. Bea, *Earthquake Design Criteria for the Optimized Rio Caribe Platforms,* Report to LAGOVEN, S.A., Caracas, Venezuela, November 10, 1991, 11 p.

61. R.G. Bea, *Marine Structural Integrity Programs,* MSIP, Report to Ship Structure Committee, Report No. SSC-365, Washington, D.C., January 1992, 212 p.

62. R.G. Bea and K.A. Gallion, *RMS - Repair Management System,* Structural Maintenance of New and Existing Ships, Report No. SMP-4-1, May 1992, 165 p.

63. R.G. Bea and W. Moore, *A Practical Human Error Taxonomy for Marine Related Casualties,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-3, June 1992, 30 p.

64. R.G. Bea and E.H. Cramer, *Fatigue Reliability of Welded Joints in Tanker Structures,* Report No. SMP-1-3, Report to sponsors of the Structural Maintenance for New and Existing Ships Project, July 1992, 137 p.

65. R.G. Bea, *Verification of the Re-Qualification of Platform Eva Substructure,* Report to Unocal North American Oil and Gas Division, Unocal Corporation, Bakersfield, California, July 1992, 54 p.

66. R.G. Bea and W. Moore, *Modeling the Effects of Human Errors from Post-Mortem Marine Casualty Studies,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-4, August 1992, 43 p.

67. R.G. Bea and W. Moore, *Modeling Human Errors in Operations of Marine Systems: Case Study Examples,* Management of Human Error in Operations of Marine Systems, Report No. HOE-92-5, August 1992, 30 p.

68. R.G. Bea and W. Moore, *Human & Organizational Error in Marine Systems Literature Listing,* Report to Joint Industry Project on Management of Human Error in Operations of Marine Systems, August 1992, 8 p.

69. R.G. Bea and W. Moore, *Management of Human Error in Operations of Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 101-110.

70. R.G. Bea, B. Williamson and W. Gale, *Structural Design for Fires on Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 111-116.

71. R.G. Bea, B. Gerwick and R. Aggarwal, *Methodology for Assessment by Regulatory Bodies of the Safety of Existing Steel Offshore Platforms,* Technology Assessment and Research Program for Offshore Minerals Operations, 1991 Report, OCS Study MMS 91-0057, August 1992, pp. 121-131.

72. R.G. Bea and C.E. Krivanec, *Analysis of Static & Dynamic Pressures in the Holds of Bulk Cargo Carriers,* Report to the American Bureau of Shipping, New York, New York, September 1992, 104 p.

73. R.G. Bea, *Verification of the Re-Qualification of the Dos Cuadras Platform Structures,* Report to Unocal North American Oil and Gas Division, Unocal Corporation, Bakersfield, California, September 1992, 38 p.

74. R.G. Bea, E. H. Cramer and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Theory Documentation,* Report No. SMP-1-5, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 70 p.

75. R.G. Bea, P. Friis-Hansen and R. Schulte-Strathaus, *Proship: Program Documentation,* Report No. SMP-1-11, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-11, September 1992, 103 p.

76. R.G. Bea and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: User Manual,* Report No. SMP-1-6, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 32 p.

77. R.G. Bea, E.H. Cramer and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Program Documentation,* Report No. SMP-1-7, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 64 p.

78. R.G. Bea, T. Xu and J.R. Paulling, *Study of Critical Structural Details,* Report No. SMP-3-2, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 190 p.

79. R.G. Bea and R. Schulte-Strathaus, *Fatigue Damage Evaluation Software: Verification Analysis,* Report No. SMP-1-8, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 65 p.

80. R.G. Bea and R. Schulte-Strathaus, *SMP Tanker Database Documentation,* Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, Report No. SMP-1-9, September 1992, 34 p.

81. R.G. Bea and K. Ma, *Durability Considerations for New and Existing Ships,* Report No. SMP-5-1, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, September 1992, 126 p.

82. R.G. Bea and R. DesRoches, *Platform Integrity Assessment, UNOCAL Thailand, Typhoon Contingency Plan Risk Assessment,* Report to Unocal Thailand, Bangkok, Thailand, October 1992, 127 p.

83. R.G. Bea and T. Xu, *Fatigue Analysis of Proposed Critical Structural Details in Double-Hull Tankers, Probabilistic Fatigue Analysis of Proposed 150,000 DWT Double-Hull Tanker - Draft,* Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, December 1992, 87 p.

84. R.G. Bea and R. Mayoss, *Corrosion Damage Evaluations: The Ship Maintenance Information System (SMIS),* Report No. SMP-2-4, Report to Sponsors of the Structural Maintenance for New and Existing Ships Project, December 1992, 68 p.

85. R.G. Bea and W. Moore, *Management of Human Error in Operations of Marine Systems: Final Joint Industry Project Report - Draft,* Report No. HOE-93-1, March 1993.

86. R.G. Bea, *GWA Safety Case - Evaluation of the Probabilities of Platform Collapse Due to Tropical Cyclone Loadings,* North West Shelf Gas Project, Goodwyn 'A' Project, Report to Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, March 1993, 16 p.

87. R.G. Bea and S.C. Hutchison, *Maintenance of Marine Structures: A State of the Art Summary,* Report to the DOT/Maritime Administration, Report DTMA91-92-CA-200096, Washington, D.C., May 1993, 147 p.

88. R.G. Bea and C.N. Young, *Loading and Capacity Effects on Platform Performance in Extreme Storm Waves and Earthquakes,* Report to Sponsors of the Marine Technology Development Group, June 1993, 235 p.

89. S.C. Hutchison and R.G. Bea, Goodwyn 'A' Module H (Flare Tower) Wind Loading; Flare Tower Support Reliability Analysis, Report to Woodside Offshore Petroleum Ltd., Perth, Western Australia, August 1993.

90. K-t. Ma and R.G. Bea, *Repair Management System for Critical Structural Details in Ships - Theory,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Sept. 1993.

91. K-t. Ma and R.G. Bea, *Repair Management System for Critical Structural Details in Ships - User Manual,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Sept. 1993.

92. R. Schulte-Strathaus and R.G. Bea, *Development of Calibrated S-N Curves and System for the Selection of S-N Curves,* Fatigue Classification of Critical Structural Details in Tankers, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Report NO. FACTS-1-1, Sept. 1993.

93.  I. R. Orisamolu and R.G. Bea, Reliability of Offshore Structural Systems: Theory, Computation, and Guidelines for Application, Report to Canadian National Energy Board, Calgary, October 1993.

94.  T. Xu and R.G. Bea, *Fatigue Analysis of Critical Structural Details (CSD) in a 150,000 DWT Double-Hull Tanker,* Report No. SMP II-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

95.  T. Xu and R.G. Bea, *Fatigue Analysis of Critical Structural Details (CSD) in a 190,000 DWT Double-Bottom Tanker,* Report No. SMP II-2, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

96.  T. Xu and R.G. Bea, *CSD Library and Finite Element Stress Contours,* Report No. SMP II-3, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, Study of Fatigue of Proposed CSD in Double-Hull Tankers, October 1993.

97.  I.R. Orisamolu, Q. Liu, R. Kumar, M.W. Chernauka, M.E. Norwood and R.G. Bea, *Pilot Study for Structural Risk Assessment Program (STRAP),* Report to Defense Research Establishment Atlantic, Dept. of National Defense, Dartmouth, Nova Scotia, Canada, October 1993.

98.  J. Greenbaum and R.G. Bea, *Revised Estimates for Platform Integrity Assessment for UNOCAL Thailand,* Report to UNOCAL Thailand, Bangkok, Thailand, October 1993.

99.  R. Mayoss and R.G. Bea, *Theory Documentation and Example Application,* Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, The Development of a Rational Basis for Defining Corrosion Limits in Tankers, Report No. SMP II-1, December 1993.

100. D. Preston and R.G. Bea, *An Assessment of the Environmental Loads on the Ocean Motion International Platform,* Report to Ocean Motional International, Jacksonville, Oregon, January 1994.

101. K.J. Loch and R.G. Bea, *Comparison of the Response of UNOCAL's Dos Cuadras Platforms to Earthquake Acceleration Records Using Single Degree of Freedom Models,* Report to UNOCAL North American Oil and Gas Division, Western Region, Bakersfield, California, January 1994.

102. W.E. Gale, Jr., R.G. Bea and R. B. Williamson, *FLAIM, Fire and Life Safety Assessment and Indexing Methodology, A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms,* Report to U.S. Department of Interior, Minerals Management Service, Technology Assessment and Research Branch, January 1994.

103. D. Danmeier and R.G. Bea, *Conceptual Design and Reliability Study of an Offshore Desalination Plant,* Report to Ocean Motion International, Jacksonville, Oregon, May 1994.

104. R. Schulte-Strathaus and R.G. Bea, *Development of an Integrated Vessel Database System,* Structural Integrity Information System - SSIIS, Report to Maritime Administration and U.S. Coast Guard, Report DTMA-91-93-G-00041, Sept. 1994

105. H. Poulos, P. Marshall and R.G. Bea, *Goodwyn 'A' Project Primary Pile Deformation Causation Study,* Report to Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, July 1994.

106. R.G. Bea, Evaluation of the Reliability of a Conventional Platform Installed in South Pass Block 47, Report to Energy Development Corporation, Houston, Texas, August 1994.

107. T. Mannarelli, K. Roberts and R.G. Bea, *Maritime Shipping as a High Reliability Industry: A Qualitative Analysis,* Report to Sea Grant Program, Sea Grant Project R /OE 28, October 1994.

108.  E. Mason, K. Roberts and R.G. Bea, Marine Human and Organization Error: A Data Evaluation, Report to Sea Grant Program, Sea Grant Project R /OE 28, October 1994.

109. T. Hart, R.G. Bea and K. Roberts, *Human and Organizational Errors in Loading and Discharge Operations at Marine Terminals,* Report to Sea Grant Program, Sea Grant Project R/ OE 28, October 1994.

110. K-t. Ma and R.G. Bea, *Repair Management System for Fatigue Cracks in Ship Critical Structural Details,* Report No. SMP III-1-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, December 1994.

111. A. Salancy and R.G. Bea, *Offshore Single Point Mooring Systems for Import of Hazardous  Liquid Cargoes,* Report to Sea Grant Program, Sea Grant Project R/ OE 26, September 1994.

112. R.G. Bea, Safety, Quality, and Human Factors, Report to American Bureau of Shipping, New York, NY, February 1995.

113. T. Xu and R.G. Bea, *Fitness for Purpose Analysis Procedure of Cracked Critical Structural Details (CSD) in Tankers,* Report No. SMP III-2-1, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

114. T. Xu and R.G. Bea, A Load Shedding Model of Fracture Mechanics Analysis of Cracked   Critical Structural Details (CSD) in Tankers, Report No. SMP III-2-2, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

115. T. Xu and R.G. Bea, FRACTURE - A Computer Code for Fracture Mechanics Analysis of Crack Growth of Cracked CSD in Tankers, Report No. SMP III-2-3, Report to Joint Industry Project, Structural Maintenance for New and Existing Ships, January 1995.

116. K.J. Loch and R.G. Bea, *Determination of the Ultimate Limit States of Fixed Steel-Frame Offshore Platforms Using Static Pushover Analyses,* Report to U.S. Minerals Management Service and Joint Industry Project Sponsors, Marine Technology Development Group, Department of Civil Engineering, UC Berkeley, May 1995.

117. M. Mortazavi and R.G. Bea, *Screening Methodologies for Use in Platform Assessments and Requalifications,* Report to Joint Industry - Government Project, Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, June 1995.

118. R.G. Bea, *Certified Verifying Agent Report to U.S. Minerals Management Service on Design of a Platform for South Pass Block 47 for Energy Development Corporation, Houston, Texas,* Ocean Engineering Services, Department of Civil Engineering and Department of Naval Architecture & Offshore Engineering, UC Berkeley, July 1995.

119. J. Ying and R.G. Bea, *Development and Verification of a Computer Simulation Model for Evaluation of Siting Strategies for Mobile Drilling Units in Hurricanes,* Phase II Report to U.S. Minerals Management Service, Marine Technology and Management Group Project, Dept. of Naval Architecture & Offshore Eng., Univ. of California at Berkeley, August 1995.

120. R.G. Bea, *Certified Verifying Agent Report to U.S. Minerals Management Service on Seismic Requalification of UNOCAL Corporation Platform Hillhouse in the Santa Barbara Channel,* Ocean Engineering Services, Department of Civil Engineering and Department of Naval Architecture & Offshore Engineering, UC Berkeley, September 1995.

121. D. Hee, R.G. Bea and K. Roberts, Risk Mitigation and Crisis Management in the Offshore Oil and Gas Industry, Report to the Volpe Transportation Center, Marine Technology & Management Group, UC Berkeley, September 1995.

122. M. Dry, R. Schulte-Strathaus and R.G. Bea, *Ship Structural Integrity Information System - SSIIS,* Phase II Report to Ship Structure Committee, Dept. of Naval Architecture & Offshore Eng., Univ. of California at Berkeley, Oct. 1995.

123. T. Mannarelli, K. Roberts and R.G. Bea, *Reduction of Tanker Oil and Chemical Spills: Organizing to Minimize Human and Organizational Errors,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

124. S. Stoutenberg, R.G. Bea and K. Roberts, *Reduction of Tanker Oil and Chemical Spills: Engineering to Minimize Human and Organizational Errors,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

125. E. Mason, K. Roberts and R.G. Bea, *Reduction of Tanker Oil and Chemical Spills: Development of Accident and Near-Miss Databases,* Sea Grant Project Report R/OE28, Marine Technology & Management Group, Haas School of Business and College of Engineering, University of California at Berkeley, Nov. 1995.

126. A. Sturm and R.G. Bea, *Reassessment of SS209B and SS209B-AUX (ULSLEA) Analysis,* Final Report to Unocal Corp., Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, Dec. 1995.

127. A. Brandtzaeg and R.G. Bea, *Reliability Based Comparison of Standard and Minimum Fixed Gulf of Mexico Platforms,* Report to Unocal Corp, Marine Technology & Management Group, Dept. of Naval Architecture & Offshore Eng. and Dept. of Civil Eng., University of California at Berkeley, Dec., 1995.

128. M. Mortazavi and R.G. Bea, *Screening Methodologies for Use in Platform Assessments &*

*Requalifications,* Final Project Report, Report to Joint Industry-Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil Eng., University of California at Berkeley, Jan. 1996.

129. J. Stear and R.G. Bea, *Using Static Pushover Analysis to Determine the Ultimate Limit States of Gulf of Mexico Steel Template-Type Platforms Subjected to Hurricane Wind and Wave Loads,* Report to U.S. Minerals Management Service and Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Eng., University of California at Berkeley, March 1996.

130. J. Stear and R.G. Bea, *Comparison of Two Screening Methodologies for Steel Template-Type Platforms: Ultimate Limit State Limit Equilibrium Analysis (ULSLEA) and Simplified Ultimate Strength Analysis (SUS),* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, Department of Civil and Environmental Eng., University of California at Berkeley, June 1996.

131. D. Hee, R.G. Bea, K. Roberts and R. Williamson, *Fire and Life Safety Assessment and Indexing Methodology II (FLAIM II),* Development and Test Plan, Report to FLAIM II Joint Industry Sponsors, Maine Technology & Management Group, Department of Civil and Environmental Engineering, University of California Berkeley.

132. J. Ying and R.G. Bea, *Development and Verification of Computer Simulation Models for Evaluation of Siting Strategies and Evacuation Procedures for Mobile Drilling Units in Hurricanes,* Report to U.S. Minerals Management Service and California Sea Grant Programs, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1996.

133. J. Stear, M. Mortazavi and R.G. Bea, *ULSLEA Ultimate Limit State Limit Equilibrium Analysis of Manual of Operation,* Report to Joint Industry Project, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1996.

134. R.G. Bea, Risk Based Oceanographic Criteria for Design and Re-qualification of Platforms in the Bay of Campeche, Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, March 1997.

135. J. Ying and R.G Bea, *Structural Reliability of the Monopod Platform,* Report to Unocal Corporation, December 1996.

136. T. Aviguerto and R.G. Bea, ULSLEA: Parametric Studies of the Effects of Local Damage and Repairs on Global Lateral Load Capacity of a Typical Offshore Platform, Report to U.S. Minerals Management Service and Joint Industry Project Sponsors, Dec. 1996.

137. T. Xu and R.G. Bea, Marine Infrastructure Rejuvenation Engineering: Fatigue and Fracture of Critical Structural Details (CSD), Jan. 1997.

138. R.G. Bea, Ship Maintenance Project: Program Summary and Rational Basis for Corrosion Limits on Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142822.

139. R.G. Bea, Ship Maintenance Project: Study of Fatigue of Proposed Critical Structural Details in Double Hull Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142830.

140. R.G. Bea, Ship Maintenance Project: Repair Management System for Critical Structural Details in Ships, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142848.

141. R.G. Bea, Ship Maintenance Project: Fatigue Classification of Critical Structural Details in Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142855.

142. R.G. Bea, Ship Maintenance Project, Fitness for Purpose Evaluation of Critical Structural Details in Tankers, Ship Structure Committee SSC 395, Washington, DC, NTIS #PB97-142863.

143. Lt. B Pickrell and R.G. Bea, *Assessment of Human and Organizational Factors in Operations of Marine Terminals and Offshore Platforms,* Marine Technology Management Group Report, University of California at Berkeley, May 1997.

144. H. P. Reeve and R.G. Bea, Ship Structural Integrity Information System: Phase III - SSIIS Ill, and *Users' Manual,* Marine Technology and Management Group Report, University of California    at Berkeley, May 1997.

145. S. Staneff, C.W. Ibbs, R.G. Bea and R. M. Oliver, *A Decision Support System Infrastructure Management,* Construction Engineering and Management Group, Department of Civil Engineering, University of California, Report #97-05, Spring 1997.

146. R. Lawson and R.G. Bea, *Risk Mitigation in Socio-Technical Systems Through Systematic Analysis of Human and Organized Factors,* Marine Technology and Management Group, University of California at Berkeley, May 1997.

147. J.D. Stear and R.G. Bea, *ULSLEA Enhancements: Fatigue Analysis / Earthquake Analysis / Additional Configurations - Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1997.

148. J.D. Stear and R.G. Bea, *Earthquake Analysis of Offshore Platforms - Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, June 1997.

149. R.G. Bea, E*valuation of the West Cameron 542 #6 and #7 Well Caisson Capacity Characteristics*, Report to Chevron (Operator) & Partners (Unocal, CNG Production Co. & Phillips), Ocean Engineering Services, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1997.

150. T. Elsayed and R.G. Bea, *PIMPIS: Knowledge-Based Pipeline Inspection, Maintenance & Performance Information System,* Progress Report #1, Dept. of Civil and Environmental Engineering, Marine Technology & Management Group, University of California at Berkeley, June 1997.

151. Bea, R.G. *TOPCAT IV Earthquake Analyses of Offshore Platforms, Screening Methodologies Project Phase III,* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, University of California at Berkeley, June 1997.

152. Wiseman, J. and R.G. Bea, *Non-Linear Dynamics of Caisson Well-Protectors During Hurricane Andrew,* Report to U.S. Minerals Management Service, Herndon, Virginia Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

153. Xu, T. and R.G. Bea, *Near Surface Wave Theory, Wave-in-Deck Forces,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and to Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

154. Lawson, R. B. and R. G. Bea, *SYRAS: System Risk Assessment Software Version 1.0,* Marine Technology & Management Group, University of California at Berkeley, 1997.

155. **Xu, T.** and R.G. Bea, *Reassessment of Tubular Joint Capacity, Uncertainty and Reliability,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

156. Zhaohui, J. and R.G. Bea, *Analysis of Wave Attenuation in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

157. Zhaohui, J.  and R.G. Bea, *Dynamic Response of a Single Pile to Lateral Loading,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, August 1997.

158. Bea, R.G. *Risk Based Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche (Part I),* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and to Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

159. Bea, R.G. *Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

160. Bea, R.G. *Risk Based Criteria for Design & Requalification of Offshore Platforms in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown Root International, University of California at Berkeley, November 1997.

161. Bea, R.G. and T. Xu, Report #1: *Reliability Characteristics of the Pol A Compression Platform, Platform Structure & Foundation Performance Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, October 1997.

162. Bea, R.G. *Risk Based Hurricane and Earthquake Criteria for Design and Requalification of Platforms in the Bay of Campeche (Part I),* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, September 1997.

163. Bea, R.G. Report #2: *Reliability Characteristics of the Pol A Compression Platform, Platform Reassessment and Requalification Evaluations,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and Brown and Root International, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, November 1997.

164. Hee, D.D. and R.G. Bea, *Safety Management Assessment System (SMAS),* Marine Technology & Management Group, Dept. of Civil and Environmental Engineering, University of California, Berkeley, November 1997.

165. Bea, R.G., *Risk Based Hurricane Criteria for Design of Floating and Subsea Systems in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo and to Brown & Root International Inc., Marine Technology & Management Group, University of California, Berkeley, December 1997.

166. Xu, T. and R.G. Bea, *Risk Based Life Cycle Fatigue Criteria, Risk Based Criteria for Design & Requalification of Offshore Platforms in the Bay of Campeche,* Brown Root International, Report to Petroleos Mexicanos, December 1997.

167. Bea, R.G. *Risk Based Criteria for Design & Requalification of Offshore Platforms in the North Region (Tampico and Tuxpan) Offshore Mexico,* Final Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, December 1997.

168. Zhaohui, J. and R.G. Bea, *Analysis of Hurricane Wave Decay Characteristics, Risk Based Criteria for Design & Requalification of Offshore Platforms in the North Region,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo Marine Technology & Management Group, University of California, Berkeley, December 1997.

169. Zhaohui**, J.** and R.G. Bea, *Dynamic Lateral and Axial Loading Capacities of Piles in the Bay of Campeche,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International Inc., Marine Technology & Management Group, University of California, Berkeley, December 1997.

170. Xu, T. and R.G. Bea, Report #1A: *Reliability Characteristics of the Pol A Compression Platform, Platform Ultimate Limit State Limit Equilibrium (ULSLEA) and Reliability Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International, Inc., Marine Technology and Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1997.

171. Bea, R.G., T. Xu and J. Zhaohui, *Hurricane and Earthquake Criteria for Design and Requalifiation of Platforms, Pipelines, Risers, and Floating Systems in the Bay of Campeche,* Workshops on 1997 Projects - Risk based Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and Brown & Root International, Inc., Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

172. Bea, R.G. Report: *Risk Based Stability Criteria for Design of the Second Trunkline on the North West Shelf of Western Australia,* to BRK Joint Venture and Woodside Offshore Petroleum Pty. Ltd., Perth, Western Australia, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

173. Bea, R. G., Report: *Risk Based Oceanographic & Earthquake Load and Resistance Factor Criteria for Design and Requalification of Platforms Offshore Indonesia,* Indonesian Petroleum Association, Directorate General of Oil & Gas of Indonesia, and Bandung Institute of Technology, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

174. Bea, R.G. and R. B. Lawson, Report: *Comparative Evaluation of Minimum Structures and Jackets, Stage II: Analysis of Human and Organizational Factors,* to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, December 1997.

175. Xu, T.  and R.G. Bea, Reassessment of Tubular Joint Capacity, Uncertainty and Reliability, Screening Methodologies Project Phase IV, Comparative Evaluation of Minimum Structures and Jackets, Stage II: Analysis of Human and Organizational Factors, Report to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, January 1998.

176. Jin, Z. and R.G. Bea, *Loading and Capacity Characteristics of Pile Foundations: Correlation of Calculation. Results with ULSLEA, Screening Methodologies Project Phase IV,* Report to Joint Industry - Government Sponsored Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, January 1998.

177. Bea, R.G. *Continued Development of Earthquake Load and Resistance Factor Design Guidelines, Report 1: Concrete Gravity Based Structures LRFD Guidelines,* Report to Health and Safety Executive, Offshore Safety Division, Bootle, Merseyside, UK, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, March 1998.

178. Xu, T.  and R. G. Bea, Report 1B: *Reliability Characteristics of the Pol A Compression Platform, Updated Platform Ultimate Limit State Limit Equilibrium (ULSLEA) and Reliability Analyses,* Report to Petroleos Mexicanos, Instituto Mexicano del Petroleo, and to Brown & Root International Inc., Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, April 1998.

179. Bea, R.G. Report 2: *Continued Development of Earthquake Load and Resistance Factor Design Guidelines,* Seismic Hazard Characterizations, Report to STATOIL and UNOCAL, Stavanger, Norway, Houston, Texas, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, May 1998.

180. Farkas, B. and R.G. Bea, *Pipeline Inspection Maintenance & Performance Information System,* Topic: Risk Management of Corrosion Associated Failures, Marine Technology and Management Group, Summer Report 1998, University of California at Berkeley.

181. Szwed, P. S.  and R. G. Bea, *Development of a Safety Management Assessment System for the International Safety Management Code,* Report to the U.S. Coast Guard, Washington, DC, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California, Berkeley, May 1998.

182. Wiseman, J.  and R. G. Bea, Rigs-to-Reefs Siting and Design Study for Offshore California: Addressing the Issues Raised at the September Workshop, Recent Experiences and Future Deepwater Challenges, Report to California Sea Grant College Program and the U.S. Minerals Management Service, La Jolla, California, Herndon, Virginia, Marine Technology & Management Group, Dept. Civil & Environmental Engineering, University of California, Berkeley, May 1998.

183. Farkas, B.  and R.G. Bea, *Pipeline Inspection, Maintenance & Performance Information System – Topic: Risk Management of Corrosion Associated Failures,* Summer Progress Report, Report to Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, May 1998.

184. Zhaohui, J.  and R.G. Bea, *TOPCAT Updating and Enhancements, Cnoidal Waves, Load Spatial Effects and Reliability Sensitivity,* Report to Joint Industry Project, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, June 1998.

185. Farkas, B**.**  and R.G. Bea, *Pipeline Inspection, Maintenance & Performance Information System Progress Report, Report to Joint Industry Project,* Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, Univ. of California at Berkeley, August 1998.

186. R.G. Bea, T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 1, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, Oct. 15, 1998.

187. Bea, R. G., T. Xu, A. Mousselli, Y. Bai and W. Orisamolu, RAM Pipe Project, Phase 1 – Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of

Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, Oct. 31, 1998.

188. Farkas, B. and R.G. Bea, Summary of Risk Contributing Factors for Pipeline Failure in the Offshore Environment, Report to Rosen Engineering, Germany, Marine Technology & Management Group, University of California at Berkeley, November 5, 1998.

189. R.G. Bea, T. Xu, A. Mousselli, Y. Bai and W. Orisomalu, RAM Pipe Project, Phase 1 – Report 3, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, November 15, 1998.

190. Bea, R.G., T. Xu, A. Mousselli, Y. Bai and W. Orisomalu, RAM Pipe Project, Phase 1 – Report 4, Part 1.4, Report 1: Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, November 30, 1998.

191. Bea, R.G. *Review of the Second Trunkline Project Developments,* Report to Woodside Offshore Petroleum and BRK Joint Venture Project Team, Perth, Western Australia, Marine Technology & Management Group, Univ. of California at Berkeley, November 1998.

192. Liberatore, T.**C.** and R.G. Bea, Risk Analysis and Management of Diving Operations: Assessing Human Factors,Report to U.S. Navy, Ocean Engineering Graduate Program, University of California at Berkeley, November 1998.

193. Bea, R.G., Pipeline Corrosion Probability of Failure Assessment, Amoco Energy of Trinidad and Tobago, Report to Amoco Worldwide Engineering & Construction, Houston, Texas, Marine Technology & Management Group, University of California at Berkeley, December 1998.

194. Iverson, R. and R. G. Bea, *Wave Forces on a Pile, Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors,* Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1998.

195. Iverson, R**.** and R.G. Bea, *Analysis of Wave-in-Deck Forces, Screening Methodologies Project Phase IV,* Report to Joint Industry Project Sponsors, Marine Technology & Management Group, Dept. of Civil & Environmental Engineering, University of California at Berkeley, December 1999.

196. Bea, R.G., T. Xu, A. Mousselli, Y. Bai and W. Orisomalu, RAM Pipe Project, Phase 1 – Report 5, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, December 15, 1998.

197. Bea, R. G., T. Xu, A. Mousselli, Y. Bai and W. Orisomalu, RAM Pipe Project, Phase 1 – Report 6B, Part 1.5, Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos (PEMEX) & Instituto Mexicano de Petroleo (IMP), Marine Technology and Management Group, Univ. of California at Berkeley, December 15, 1998.

198. Bea, R.G. and H. Reeve, *Ship Structural Integrity Information System (SSIS) Phase III: Ship Quality Information System,* Ship Structure Committee Report SSC-404, NTIS #PB98-172455, Washington, DC, 1998.

199. Zhaohui, J. and R.G. Bea, TOPCAT Updating and Enhancements, Diagonal Loading, Long-term Reliability and Deck Element Analysis, Screening Methodologies Project Phase IV,Template Offshore Platform Capacity Assessment Tools, Report to Joint Industry Project Sponsors, Marine Technology & Management Group, University of California at Berkeley, January 1999.

200. Stear, J.D. and R.G. Bea, A Static Assessment Approach for Jacket-Type Platforms in Seismically-Active Regions,Preliminary Report Screening Methodologies Project IV, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, January 1999.

201. Bea, R.G., J.D. Stear, Z. Jin and R. Iverson, *Screening Methodologies for Use in Offshore Platform Assessment and Requalification: Phase IV Extension,* Marine Technology and Management Group

Project, Department of Civil and Environmental Engineering, University of California at Berkeley, Jan. 27-28-1999.

202. Bea, R. G. and T. Xu, RAM PIPE REQUAL, Pipeline Requalification Guidelines Project, Report 1, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report to Petroleos Mexicanos (PEMEX), Instituto Mexicano de Petroleo (IMP) and U.S. Minerals Management Service (MMS), Ocean Engineering Graduate Program, Marine Technology & Management Group, University of Californnia at Berkeley, February 1, 1999.

203. Bea, R. and J. Stear, Continued Development of Earthquake Load and Resistance Factor Design Guidelines, Report 3 Benchmark Platform and Site Studies, Report to Minerals Management Service, Health and Safety Executive, Unocal Corporation and Statoil, Marine Technology & Management Group, March 1999.

204. Farkas, B.and R.G. Bea, Pimpis: Pipeline Inspection, Maintenance, Performance and Information System for Managing Corrosion Risk Associated with Offshore Pipelines,Marine Technology Group, May 1999.

205. Bea, R. G. and B. Farkas, Real-Time Probability of Failure Calculation During Pigging, Marine Technology and Management Group, University of California, Berkeley, May 1999.

206. Bea, R. G. and B. Farkas, Pipeline Inspection Maintenance & Performance Information System, Final Report, Marine Technology & Management Group, University of California, Berkeley, May 20, 1999.

207. Zhaohui, J. and R. G. Bea, Hurricane Wave Characteristics and Performance Characteristics of Platform Pile Foundations in the Bay of Campeche, Mexico,Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, May 1999.

208. Stear, J. and R. G. Bea, A Simplified Structural Analysis Method for Jacket-Type Platforms in Seismically Active Regions, Screening Methodologies Project Phase IV, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 1999.

209. Bea, R.G., R. Iverson, A. Kareem and X. Chen, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 2, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, July 1999.

210. R.G. Bea, T. Xu, and A. Mousselli, RAM PIPE Project, Phase 2 – Report 3a, Installation Criteria & Guidelines, Part I.3, Report 1, Risk Assessment and Management Based Allowable Stress Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, August 1999.

211. Zhaohui, J. and R.G. Bea, Assessment of Performance and Reliability of Template-Type Offshore Platforms Under Extreme Hurricane Conditions, Screening Methodologies Project Phase V, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, November 1999.

212. Bea, R.G., T. Xu, W. Orisamolu, A. Kareem and X. Chen, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 3, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

213. Zhaohui, J. and R.G. Bea, TOPCAT Updating and Enhancements, Deck Analysis, Global Torsion and Unsymmetrical Configurations, Screening Methodologies Project Phase V, Template Offshore Platform Capacity Assessment Tools, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

214. Bea, R.G., J. Zhaohui and J.D. Stear, *Screening Methodologies for Use in Offshore Platform Assessment and Requalification,* Phase V, Report to Joint Industry Project Sponsors, Marine Technology and Management Group, Department of Civil and Environmental Engineering, December 1999.

215. Bea, R.G. and T. Xu, RAM PIPE REQUAL Pipeline Requalification Guidelines Project, Risk Assessment and Management (RAM) Based Guidelines for Requalification of Marine Pipelines, Report 4, Report to U.S. Minerals Management Service, Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 16, 2000.

216. Bea, R. G. and T. Xu, RAM PIPE Project, Phase 2 – Report 1, Installation Criteria & Guidelines, Part 1.1, Report 1, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico,Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo, Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 2000.

217. Bea, R.G. and T. Xu, Ram Pipe Project Phase 2 –4 Installation Criteria & Guidelines, Activity 3 – Report 2, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, June 16, 2000.

218. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 – Report 2, Installation Criteria & Guidelines,Activity 2, Report 1 (Draft), Report to Petroleos Mexicanos and Instituto Mexicano del Petroleo,  Marine Technology and Management Group, Department of Civil and Environmental Engineering, June 2000.

219. Bea, R.G. and S. Kim, Real-Time Risk Assessment and Management of Pipelines, Report to H. Rosen Engineering and U.S. Minerals Management Service, Summer 2000 Report, Marine Technology & Management Grou

220. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 - Report 1, Installation Criteria & Guidelines, Activity 1 – Report 1 - Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) and Instituto Mexicano de Petroleo (IMP), Marine Technology & Management Group, August 18, 2000.

221. Bea, R.G. and T. Xu, RAM PIPE Project, Phase 2 - Report 2, Installation Criteria & Guidelines, Risk Assessment and Management Based Allowable Stress Design & Load and Resistance Factor Design Stress Criteria & Guidelines for Design and Requalification of Pipelines and Risers in the Bay of Campeche, Mexico, Report to Petroleos Mexicanos (PEMEX) and Instituto Mexicano de Petroleo (IMP), Marine Technology & Management Group, August 18, 2000.

222. Bea, R.G. and A. McLelland, P.O.P. - Performance of Offshore Pipelines Project Joint Industry  Report, Spring 2001 Report, Marine Technology & Management Group.

223. Bea, R.G., and A. McLelland, *Real-Time Risk Assessment and Management Project,* sponsored by Rosen Engineering and U.S. Minerals Management Service, Second Progress Meeting Notes, Ocean Engineering, University of California at Berkeley, May 22, 2001.

224. Bea, R.G. and A. McLelland, *Real-Time Risk Assessment and Management of Pipelines,* Research Project Report 3, Corrosion Time Considerations, Corroded and Dented-Gouged Capacity Analysis Biases, Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California, Berkeley, August 15, 2001.

225. Bea, R.G., *Real-Time Risk Assessment and Management of Pipelines, Research Project Report 3: Corrosion Time Considerations, Corroded and Dented-Gouged Capacity Analysis Biases,* Sponsored by Rosen Engineering and U.S. Minerals Management Service, Marine Technology & Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, August 15, 2001.

226. Bea, R., *POP Project Meeting Report,* Report to Project Sponsors, Houston, Texas, 2001, pp. 129.

227. Bea, R., *Real-Time Project Meeting Report #3*, Report to H. Rosen Engineering and U.S.   Minerals Management Service, Houston, Texas, 2001, pp. 1-49.

228. Bea, R., POP Performance of Offshore Pipelines Project, Report to Project Sponsors, 2001, pp. 1- 51.

229. Bea, R., Review of TSEP Risk Based Methodology, Report to Woodside Energy Ltd., Perth,  Western Australia, 2002, pp. 1-23.

230. Bea, R., *Real-Time Risk Assessment and Management of Pipelines Projec*t, Report to H. Rosen Engineering and U.S. Minerals Management Service, Report 4, 2002, pp. 1-73.

231. Bea, R., *Real-Time RAM Project Meeting Report #4*, Report to H. Rosen Engineering and U.S. Minerals Management Service, UC Berkeley, 2002, pp. 1-45.

232. Bea, R., *Analyses of Experimental Databases on the Burst Pressure of Corroded Pipelines*, Report to Project Sponsors, 2002, pp. 1-54.

233. Bea, R., *Real-Time Risk Assessment and Management of Pipelines*, Report to H. Rosen Engineering and U.S Minerals Management Service, 2002, pp. 1-81.

234. Inkabi, K. S. and R. G. Bea, Corroded Pipeline Burst Database Verification Study, Report to Joint Industry Project, Marine Technology and Management Group, 2003, pp. 1-46.

235. Inkabi, K.S. and R.G. Bea, Application of RAM Methods in the Structural Reliability Assessment of Corroded Offshore Pipelines, Report to Joint Industry Project, Marine Technology and Management Group, 2003, pp. 1-10.

236. Seed, R.B., Bea, R.G., et al, Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005, Report No. UCB /CITRIS-05/01, Nov. 2005, University of California Berkeley.

237. Seed, R.B., Bea, R. G., et al, Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005, Final Report, University of California Berkeley.

**Non-Refereed Conference Proceedings**

1. R.G. Bea, J.M.E. Audibert and M. R. Akky, "Earthquake Response of Offshore Platforms," Session No. 12, Earthquake Response of Special Structures, State of the Art, ASCE Annual Convention, San Francisco, Oct. 1977, 25 pp.

2. R.G. Bea, "Earthquake Design Criteria for Offshore Platforms," ASCE Annual Convention, San Francisco, California, Oct. 1977.

3. R.G. Bea, "Pipelines in Adverse Environments," *Proc. ASCE Pipeline Div. Specialty Conf.,* New Orleans, Louisiana, Jan. 1978, pp. 186-203.

4. R.G. Bea, J.M.E. Audibert and N.W. Lai, "Design of Pipelines - Sea Bottom Loads and Restraints," *Proc. ASCE Specialty Conference on Pipelines in Adverse Environments - A State-of-the-Art,* New Orleans, Louisiana, Jan. 1978, pp. 187-203.

5. R.G. Bea, "Seismic Exposure and Reliability Considerations in Offshore Platform Design," Second International Conference on Microzonation, San Francisco, California, November 25-December 1, 1978.

6. R.G. Bea, "Application of Reliability Methods in Design and Analysis of Fixed Offshore Platforms," ASCE Specialty Conference on Probabilistic Mechanics and Structural Reliability, Tucson, Arizona, Jan. 1979.

7. R.G. Bea, "Reliability Considerations and Offshore Platform Design," ASCE Spring Convention Exposition on U.S. and British Developments in Offshore Platforms, Boston, Massachusetts, April 1979, pp. 1-20.

8. R.G. Bea and J.M.E. Audibert, "Rational Approach to Design of Axially Loaded Pile Foundation for Offshore Platform," *Int. Symposium on Marine Soil Mechanics,* Mexico City, Vol. 1, Feb. 1980, pp. 114-129.

9. R.G. Bea and J.M.E. Audibert, "Geotechnical Problems in Design of Offshore Pipelines," *Int. Symposium on Marine Soil Mechanics,* Vol. 1, Mexico City, Feb. 1980, pp. 139-153.

10. R.G. Bea, S.G. Wright, P. Sinclair and A.W. Niedoroda, "Wave-Induced Slides in South Pass Block 70, Mississippi Delta," presented at the ASCE Convention, Florida, October 27-31, *Preprint 80-506,* 1980.

11. R.G. Bea, "Exceptional Issues in Offshore Earthquake Geotechnology," Moderator's Report, Int. Conf. on Recent Advances in Geotechnical Earthquake Engineering and Soil Dynamics, St. Louis, Missouri, April 1981, 9 pp.

12. R.G. Bea, "Characterization of the Reliability of Offshore Piles Subjected to Axial Loadings," presented at Session ST-12, Bias and Uncertainty in Loads and Resistance of Offshore Structures, *ASCE Structural Congress,* Houston, TX, Oct. 1983, 25 pp.

13. R.G. Bea, "Issues in Implementing Reliability Based Design," *ASCE Structural Congress and Annual Convention,* Houston, Oct. 1983.

14. R.G. Bea, "Reliability of Axially Loaded Piles," *ASCE Structural Congress,*

Oct. 1983.

15.  R.G. Bea, "Overview - Platform Design for Earthquake Resistance," Design of Offshore Structure, *Eighth World Conference on Earthquake Engineering,* Stanford University, July 17, 1984.

16.  R.G. Bea, "Foundation Engineering for Arctic Concrete Sea Structures," *Proc. FIP/CIP Symposia,* Vol. 2, Calgary, Canada, Aug. 1984, pp. 59-73.

17.  R.G. Bea, "Engineering Aspects of Ice Gouging," *Proc. Workshop on Ice Scour Research,* Gulf Canada Resources Inc., Calgary, Alberta, Dec. 1986, pp. 18-27.

18.  R.G. Bea, "Feasibility of Ground Freezing to Enhance the Axial Capacity of NRA Piles," *Proc. Int. Conf. on Calcareous Sediments,* Perth, Western Australia, 15-18 March 1988.

19.  R.G. Bea, "Offshore Platform Reliability Acceptance Criteria," Proceedings, Eighth Structures Congress, American Society of Civil Engineers, Session 70, *Maintenance and Qualification of Offshore Platforms,* May 1990.

20.  R.G. Bea, R K. Aggarwal, B.C. Gerwick, C. W. Ibbs, R.B. Reimer and G. C. Lee, "Development of a Methodology for Safety Assessment of Existing Steel Jacket Offshore Platforms," *Proceedings,* Offshore Technology Conference, OTC 6385, May 1990, pp. 351-362.

21.  R.G. Bea, "Reliability Based Evaluations of Hydrodynamic Loadings on Coastal and Offshore Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

22.  R.G. Bea, "Reliability Based Evaluations of the Structural Capacity of Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

23.  R.G. Bea, "Reliability Based Fatigue Design Criteria for Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

24.  R.G. Bea, "Human and Organizational Error in Reliability of Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

25.  R.G. Bea, "Determination of Acceptable Reliability for Coastal and Ocean Structures," *Proceedings,* Civil College Board Eminent Speaker Program, Institution of Engineers, Australia, Barton, ACT, November 1989.

26.  R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Fixed and Mobile Platforms," *Proceedings,* Tenth International Ship and Offshore Structures Congress, 3: pp. 239-242, August 1988.

27.  R.G. Bea, R.W. Litton and S.F. Pawsey, "Hydrodynamic Effects on Design of Offshore Platforms (HEDOP)," Technology Assessment and Research Program for Offshore Minerals Operations, 1988 Report, OCS Study MMS 88-0057, U.S. Department of the Interior, Minerals Management Service, June 1989, pp. 85-90.

28.  R.G. Bea, "Development of AIM (Assessment, Inspection, Maintenance) Programs for Offshore Platforms," Technology Assessment and Research Program for Offshore Minerals Operations, 1988 Report, OCS Study MMS 88-0057, U.S. Department of the Interior, Minerals Management Service, June 1989, pp. 72-79.

29.  R.G. Bea, "Structural Reliability: Design and Re-qualification of Offshore Platforms," *Proceedings,* International Workshop on Reliability of Offshore Operations, National Institute of Standards and Technology, Gaithersburg, Maryland, March 20-22, 1991, 30 p.

30.  R.G. Bea, G.H. Moore and G.C. Lee,; "Reliability Based Design Criteria for Freeport McMoRan Main Pass Block 299 Sulphur Mine Platforms," *Proceedings,* 23rd Annual Offshore Technology Conference, Houston, Texas, OTC 6663, May 6-9, 1991, pp. 143-159.

31.  R.G. Bea, "Structures Research and Development: Aging Offshore Platforms & Pipelines," *Proc.,* Department of Energy Workshop on Aging of Energy Production and Distribution Systems, Rice University, Houston, Texas, October 11-13, 1992, 6 p.

32.  R.G. Bea and M.J.K. Craig, "Developments in the Assessment and Requalification of Offshore Platforms," *Proc.,* Offshore Technology Conference, OTC 7138, Houston, Texas, May 3-6, 1993, pp. 9-27.

33.  R.G. Bea and C.N. Young, "Loading and Capacity Effects on Platform Performance in Extreme Condition

Storm Waves and Earthquakes," *Proc.,* Offshore Technology Conference, OTC 7140, Houston, Texas, May 3-6, 1993, pp. 45-60.

34. R.G. Bea and W.H. Moore, "Human and Organizational Errors in Operations of Marine Systems: Occidental Piper Alpha and High Pressure Gas Systems on Offshore Platforms," *Proc.,* Offshore Technology Conference, OTC 7121, Houston, Texas, May 3-6, 1993, pp. 383-398.

35. R.G. Bea, "Spill Prevention: The Human Element - Research Results," Paper presented to Spill Prevention Conference, Seattle, Washington, November 1993, 16 p.

36. R.G. Bea, "Policy Issues: Seismic Requalification of Offshore Platforms," Proceedings of the Workshop on Public Policy Issues on the Seismic Requalification of Offshore Platforms, Camarillio, California, November 1993, 11 p.

37. R.G. Bea, "Key Questions in the Reassessment and Requalification of Permanent Offshore Drilling and Production Platforms," *Proceedings* of an International Workshop on the Assessment and Requalification of Offshore Production Structures, New Orleans, Louisiana, May 1995, pp. 33-43.

38. R.G. Bea and K. Roberts, "Human and Organization Factors (HOF) in Design, Construction, and Operation of Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 7738, Houston, Texas, May 1995.

39. R.G. Bea, M.M. Mortazari, K.J. Loch and P.L. Young, "Verification of a Simplified Method to Evaluate the Capacities of Template-Type Platforms,"
   *Proceedings* of the Offshore Technology Conference, OTC 7780, Houston, Texas, May 1995.

40. W.E. Gale, W.H. Moore, R.G. Bea, and R.B. Williamson, "A Methodology for Assessing and Managing Fire and Life Safety for Offshore Production Platforms," Proceedings of the 1994 High Consequence Operations Safety Symposium, Sandia National Laboratories, Albuquerque, New Mexico, July 1994.

41. M. Paga, J.P. Sully, E. Gajardo and R.G. Bea, "Site Specific Platform Design: Modification to API Code to Consider Local Seismic Conditions," *Proceedings* of the Fifth U.S. National Conference on Earthquake Engineering, Chicago, Illinois, July 1994.

42. J.P. Sully, M. Paga, R.G. Bea, E. Gajardo, R. Gonzalez, and A.F. Fernandez, "Aspects of Pile Design for Cyclic and Dynamic Loadings with Reference to API Conditions for Offshore Structures," *Proceedings* of the International Conference on Design of Pile Foundations for Dynamic Loadings, Caracas, Venezuela, September 1994.

43. R.G. Bea, "Quantitative & Qualitative Risk Analyses - The Safety of Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 8037, Society of Petroleum Engineers,  Houston, Texas, May 1996.

44. R.G. Bea, "Probability Based Earthquake Load & Resistance Factor Design Criteria for Offshore Platforms," *Proceedings* of the Offshore Technology Conference, OTC 8106, Society of Petroleum Engineers, Houston, Texas, May 1996.

45. R.G. Bea, "Evaluation of the Reliability of a Conventional Platform Sited in South Pass Block 47 of the Mississippi River Delta," *Proceedings* of the Offshore Technology Conference, OTC 8305, Society of Petroleum Engineers, Houston, Texas, May 1996.

46. R.G. Bea, M. Craig, and T. Miller, "Life Cycle Reliability & Risk Characteristics of Minimum Structures," *Proceedings* of the Offshore Technology Conference, Houston, Texas, OTC 8361, May 1997.

47. J. Stear and R.G. Bea, "Ultimate Limit State Capacity Analyses of Two Gulf of Mexico Platforms," *Proceedings* of the Offshore Technology Conference, Houston, Texas, OTC 8418, May 1997.

48. R.G. Bea, "Conceptual Approaches to the Risk Mitigation Challenge: An Engineer's Perspective," *Proceedings* of the First Annual Conference of the Center for Risk Mitigation, University of California at Berkeley, June 1997, pp. 56-64.

49. R.G. Bea and D.D. Hee, "A Safety Management Assessment System: SMAS," *Proceedings* of the First Annual Conference of the Center for Risk Mitigation, University of California at Berkeley, June 1997.

50. Bea, R.G. "Risk Based Criteria - Risk Based Oceanographic Criteria for Platforms in the Bay of Campeche," *Proceedings* of the Symposium on Petroleos Mexicano (PEMEX) and Instituto Mexicano del Petroleo (IMP), Mexico City, September 1997.

51. Bea, R.G. "Risk Based Criteria for the Design, Construction, and Operation of Deep Water Structures," *Proceedings* of the 3rd International Symposium on Offshore Hydrocarbon Exploration Technologies, Instituto Mexicano del Petroleo, Mexico City, October 1997.

52. Ying, J. and R.G.Bea, "Analysis of Siting and Evacuation Strategies for Mobile Drilling Units in Hurricanes," *Proceedings* of the Offshore Technology Conference, OTC 8707, Society of Petroleum Engineers, Richardson, Texas, May 1998.

53. R.G. Bea, R. Ramos, O. Valle, V. Valdes and R. Maya, "Risk Assessment & Management Based Hurricane Wave Criteria for Design and Requalification of Platforms in the Bay of Campeche," *Proceedings* of the Offshore Technology Conference, OTC 8692, Society of Petroleum Engineers, Richardson, Texas, May 1998.

54. R.G. Bea, R. Ramos, O. Valle, V. Valdes and R. Maya, "Risk Assessment & Management Based Hurricane Wave Criteria for Design and Requalification of Pipelines and Risers in the Bay of Campeche," Proceedings of the Offshore Technology Conference, OTC 8695, Society of Petroleum Engineers, Richardson, Texas.

55. R.G. Bea, M. Chavez, D. Hopper, R. Roberts, V. Valdes and O. Valle, "Development and Application of Risk Evaluation Methods for a Bay of Campeche Offshore Platform," *Proceedings* of the Offshore Technology Conference, OTC 8696, Society of Petroleum Engineers, Richardson, Texas, May 1998.

56. Bea, R.G.and O. Valle, "Key Issues Associated with Development of Reassessment & Requalification Criteria for Platforms in the Bay of Campeche, Mexico," *Proceedings* of the International Workshop on Platform Requalification, 17 th International Conference on Offshore Mechanics and Arctic Engineering OMAE' 98, Lisbon, Portugal, 1998.

57. J. Wiseman and R.G. Bea, "Rigs-to-Reefs Siting and Design Study for Offshore California: Addressing Issues Raised During the September Workshop *Recent Experiences and Future Deepwater Challenges*," Marine Technology and Management Group, Department of Civil and Environmental Engineering, University of California at Berkeley, May 1998.

58. R.G. Bea, S-C Lee, A. Ulvarson, O. Westby, W.H. Moore, D.L. Stanley, B.L. Thompson and T. Xu, "Quality Assurance for Marine Structures," *Proceedings* of the 13th International Ship and Offshore Structures Congress, Trondheim, Norway, August 1997.
    (Contribution: 50%)

59. Bea, R. and B. Farkas "Offshore Pipeline Risk Assessment & Management," Summary of Proceedings and Presentations, *Proceedings* of the 1998 International Workshop, March 1998, Marine Technology & Management Group, Department of Civil and Environmental Engineering at Berkeley.

60. Bea, R.G., L. Lara, R. Ramos, O. Valle and V. Valdes, "Risk Based Design and Assessment Criteria for Marine Pipelines in the Bay of Campeche," *Proceedings* Symposium on Transitory Criteria Applied for Assessment of Marine Pipelines, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

61. Bea, R.G., R. Ramos, O. Valle and V. Valdes, "Risk Based Earthquake Criteria for Design and Requalifiation of Platforms in the Bay of Campeche," *Proceedings,*Symposium on Transitory Criteria Applied for Assessment of Marine Platforms, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

62. T. Xu, R.G. Bea, R. Ramos, O. Valle and V. Valdes, "Fatigue Assessment of Tubular Joints,"

63. *Proceedings,* Symposium on Transitory Criteria Applied for Assessment of Marine Platforms, Instituto Mexicano de Petroleo and Petroleos Maxicanos, Mexico City, Sept. 1998.

64. Bea, R.G. "Marine Structural Integrity Programs: Inspections, Maintenance and Repairs," Proceedings of the International Symposium on Offshore Hydrocarbons Exploitation Technologies, Petroleos Mexicanos and Instituto Mexicano de Petroleo, Cuidad del Carmen, Campeche, Mexico, Sept. 1998.

65. Bea, R.G. "Reliabilities for Design and Requalification of Pipelines and Risers in the Bay of Campeche," *Proceedings* of the International Symposium on Offshore Hydrocarbons Exploitation Technologies, Petroleos Mexicanos and Instituto Mexicano de Petroleo, Cuidad del Carmen, Campeche, Mexico, Sept. 1998.

66. Bea, R.G., "Risk Assessment & Management of Marine Pipelines: RAM PIPE," *Proceedings* of the Risk Assessment & Management of Marine Pipelines Systems Workshop, Nov. 1998, Marine Technology & Management Group, University of California at Berkeley.

67. Bea, R.G., "Risk and Reliability Analysis of Corrosion of Marine Pipelines," *Proceedings,* International Workshop on Corrosion Control for Marine Structures and Pipelines, Galveston, TX, Feb. 1999, Office of Special Programs and Continuing Education, Colorado School of Mines, Golden, Colorado.

68. D. Hee, R.G. Bea, R. B. Williamson and K.H. Roberts, "Implementation of Safety and Health on Construction Sites, Safety Management Assessment System (SMAS) applied to construction, Implementation of Safety and Health on Construction Sites," *Proceedings* of the Second International Conference of CIB Working Commision W99/Honolulu/Hawaii/24-27 March 1999, Singh, Hince & Coble (Eds), Balkema, Rotterdam.

69. Bea, R.G., "Human and Organizational Factors: Engineering and Reliability of Offshore Structures," *Proceedings,* American Society of Civil Engineers Structures Congress '99, Design Issues for Offshore Structures, American Society of Civil Engineers, Herndon, Virginia, April 1999.

70. Bea, R.G., M.J.K. Craig, O.T. Gudmestad, V. Karthieghian, and G. Pradnyana, "Developments in Proposed ISO Guidelines for Design of Offshore Platforms to Resist Earthquakes," *Proceedings* Offshore Technology Conference, OTC 11069, Society of Petroleum Engineers, Richardson, Texas, May 1999.

71. Bea, R.G. and B. Farkas, "Pimpis: Pipeline Inspection, Maintenance, Performance and Information System for Managing Corrosion Risk Associated with Offshore Pipelines," *Marine Technology & Management Group,* Department of Civil and Environmental Engineering, University of California, Berkeley, May 1999. Meeting notes for final presentation.

72. Bea, R.G., T.  Xu, R. Ramos, O. Valle and V. Valdes, "Reliability-Based Design Criteria for Floating Drilling & Production Structures in the Bay of Campeche," *Proceedings,*
    Offshore Technology Conference, OTC 11065, Society of Petroleum Engineers, Richardson, Texas, May 1999.

73. Bea, R.G., T. Xu, R. Ramos, O. Valle and V. Valdes, "Uncertainties in the Fatigue Lives of Tubular Joints," *Proceedings,* Offshore Technology Conference, OTC 10849, Society of Petroleum Engineers, Richardson, Texas, May 1999.
    (Contribution: 50% )

74. B. Farkas and R.G. Bea, "Risk Assessment and Management of Corroded Offshore Pipelines," Submitted in Partial Satisfaction of the Requirements for the Degree of Master of Engineering, Construction Engineering and Management, University of California, Berkeley, May 1999.

75. Xu, T., R.G. Bea with R. Ramos and O. Valle (Instituto Mexicano de Petroleo) and V. Valdes, (Petroleos Mexicano), "Uncertainties in the Fatigue Lives of Tubular Joints," OTC 10849, 1999, Offshore Technology Conference held in Houston, Texas, 3-6 May 1999.

76. Bea, R.G., "Human and Organizational Factors in Safety of Engineered Systems," *Proceedings* American Society of Safety Engineers, Region III and Texas Safety Association, Professional Development Conference, Galveston, Texas, August 3, 1998.

77. Bea, R.G., "RAM PIPE REQUAL: A Risk Assessment and Management Based Process for the Requalification of Marine Pipelines," *Proceedings,* Alaskan Arctic Offshore Pipeline Workshop, U.S. Minerals Management Service, Anchorage, Alaska, November 8-9, 1999.

78. Bea, R.G., "Risk Based Engineering Design of Marine Systems: The Human and Organizational Factors (HOF)," *Proceedings,* State of the Art of Pipeline Risk Management Conference, Perth, Western Australia, November 11, 1999, Det Norske Veritas Services, Perth, WA.

79. Bea, R.G., "Risk Assessment and Management (RAM) of Marine Systems: Past, Present, Future," *Proceedings,* State of the Art of Pipeline Risk Management Conference, Perth, Western Australia, November 12, 1999, Det Norske Veritas Services, Perth, WA.

80. Bea, R.G., "The Next Steps Advancing the Causes of Quality, Reliability and Safety," *Proceedings* of the Workshop on Behavioural Change and Safety, Woodside Offshore Petroleum Pty, Ltd, Perth, Western Australia, November 24, 1999.

81. Bea, R.G., "Human and Organizational Factors in Quality and Reliability of Engineered Systems," Proceedings of the Seminar on Managing Safety in Hazardous Processes, SHE Pacific Pty. Ltd., Melbourne, Australia, November 26, 1999.

82. Bea, R.G., "Risk Based Life-Cycle Engineering of Pipeline Systems: Human and Organizational Factors," *Proceedings,* BP Amoco Pipeline Forum, Houston, Texas, February 27, 2000.

83. Bea, R.G., M. Mortazavi, J. Stear and Z. Jin, "Development and Verification of TOPCAT," *Proceedings* of the Offshore Technology Conference, OTC 11935, Society of Petroleum Engineers, Richardson, Texas, May 2000.

84. Jin, Z.and R.G. Bea, "Enhancements of TOPCAT: 3-Dimensional Loadings, Reliability, and Deck Structure Capacities," *Proceedings* of the Offshore Technology Conference, OTC 11939, Society of Petroleum Engineers, Richardson, Texas, May 2000.

85. Bea, R.G. and P. Szwed, "Development of a Safety Management Assessment for the International Safety Management Code," *Proceedings* of the Offshore Technology Conference, OTC 12156, Society of Petroleum Engineers, Richardson, Texas, May 2000.

86. Bea, R.G., "Risk Assessment and Management of Marine Systems: Past, Present, Future," Keynote Lecture, *Proceedings* of the Asia-Pacific Economic Cooperation Workshop on Assessing and Maintaining the Integrity of Existing Offshore Oil & Gas Facilities, Beijing, China, October 9-11, 2000, U.S. Minerals Management Service, Herndon, Virginia.

87. Xu, T., Y. Bai and R.G. Bea,  "Risk Based 'Optimum' Inspection for FPSO Hulls," Off Shore Technology Conference, Houston, Texas, No. 12352, 2001.

88. Bea, R.G., T. Xu and Y. Bai, "Risk Based Optimum Inspection for FPSO Hulls," *Proceedings* of Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2001.

88. Bea, R., "Reliability Analysis and Management of Corrosion of Marine Pipelines," *Proceedings* of the National Association of Corrosion Engineers, NACE International San Francisco Bay Area Section Meeting, 2002, pp. 1-19.

89. Bea, R, Dr. Z. Jin and M. Sharples, "Failure Analysis of Texas Tower No. 4," *Proceedings* of the Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2002, pp. 1-11.

90. Bea, R., "Human & Organizational Factors in Design and Operation of Deepwater   Structures," *Proceedings* of the Offshore Technology Conference, Society of Petroleum Engineers, Richardson, Texas, 2002, pp. 1-19.

91. Sharples, B.P.M., C. E. Smith and R. Bea, "Post Mortem Failure Assessment of MODUs during Hurricane Lili," Proceedings Offshore Technology Conference, OTC 16800, Society of Petroleum Engineers, Richardson, TX, 2004, 1-8.

92. Morand, A., J. A. Mercier and R. Bea, "Performance of Deepwater Floating Production Facilities during Hurricane Lili," Proceedings Offshore Technology Conference, OTC 16804, Society of Petroleum Engineers, Richardson, TX, 2004, 1-10.

**Articles in Nonarchival Magazines or Journals**

1. Bea, R.G., and H.A. Bernard, "Movements of Bottom Soils in the Mississippi Delta Offshore," *Offshore Louisiana Oil and Gas Fields,* Lafayette Geological Society, Oct. 1973, pp. 13-28.

2. Bea, R.G., S. Nour-Omid, T.B. Coull, R.E. Potter and H.R. Bivens, "Piling Aids Gravity in Ice Resistance," *Offshore,* Aug. 1984, pp. 99-100.

3. Bea, R.G., D. Litton and A. Vaish, "Requalification of Existing Platforms," *Bechtel Engineering Bulletin,* Tech. Papers, Vol. 2, No. 1, 1986, pp. 15-16.

4. Bea, R.G., "Structure Geriatrics - The Art and Science of Growing Old Gracefully," *Forefront 1990,* Research in the College of Engineering, University of California at Berkeley, 1990.

5. Bea, R.G., W.E. Gale and R.B. Williamson, "Preventing Fires at Sea," *Forefront 1991,* Research in the College of Engineering, University of California, Berkeley, 1991, pp. 19-21.

6. Bea, R.G., "Analysis of Tension Leg Platform Pile Foundations for Dynamic Loadings," *Geotechnical News,* Special Feature on Offshore Geotechnics, June 1992, pp. 45-47.

7. Bea, R.G. and K. Roberts, "Crisis Management and the Near Miss," Surveyor, American Bureau of Shipping, Sept. 1996.
(Contribution: 90%)

8.   Bea, R.G., "Nobody Likes Accidents," *Gard News,* Issue 162, May/July 2001, Oslo, Norway.

**Books or Chapters in Books**
1.    R.G. Bea, "Geotechnical Considerations in Submarine Pipeline Design," Chapter 1 in Advances in Offshore Oil and Gas Pipeline Technology, edited by R.F. deLaMare, Postgraduate School of Technological Management, Univ. of Bradford, Oyez Scientific and Technical Services, Ltd., London, 1978, pp. 1-13.
2.    R.G. Bea, "Waves and Wave Forces in Theory and Application," Chapter IX, in Mechanics of Wave Force on Offshore Structures, ed. Turgut Sarpkaya and Michael Isaacson, Van Nostrand Reinhold Company, 1981, 12 pp.
3.    R.G. Bea, Reliability Based Design Criteria for Coastal and Ocean Structures, National Committee on Coastal and Ocean Engineering, The Institution of Engineers, Australia, Barton, ACT, 1990.
4.    R.G. Bea and W.H. Moore, "Operational Reliability of Marine Systems," in  New Challenges to Understanding Organizations, K. Roberts (Editor), McMillan Publishers, New York, 1993, pp. 199-229.
5.    R.G. Bea, "Human and Organization Factors in the Safety of Offshore Structures," Risk and Reliability in Marine Technology, C.G. Soares (Ed.), Balkema Publishers, Rotterdam, The Netherlands, 1996.
6.    Bea, R,G, Holdsworth, R. and Smith, C., 1996 International Workshop on Human Factors in Offshore Operations, Summary of Proceedings and Submitted Papers, (May 1998), Published by ABS American Bureau of Shipping, Organized by MMS Minerals Management Service, PrimaTech Inc. and the University of California.
7.    Bea, R.G., Human and Organization Factors in the Safety of Offshore Structures, Risk and Reliability in Marine Technology, C.G. Soares (Ed.), A.A. Balkema Publishers, Rotterdam, The Netherland, 1998.
8.    Bea, R.G., Human and Organizational Factors in the Design and Reliability of Offshore Structures, Center for Oil and Gas Engineering, University of Western Australia, Nedlands, Western Australia, December 2000, 750 p.
9.    Bea, R.G., Achieving step change in Risk Assessment and Management (RAM), Part 1 - Workshop Text, Center for Oil Gas Engineering, The University of Western Australia, Nedlands, Western Australia, 2000.
10.   Bea, R. G., Design for Reliability: Human and Organisational Factors, Chakrabarti (Ed.), Handbook of Offshore Engineering, Elsevier Ltd, 2005, Chapter No. 1, pp. 939 - 999.

**Other**
11.   Bea, R.G., "SACS TOPCAT - The preliminary structural assessment tool," Computer program for Template Offshore Platform Capacity Analysis Tools - licensed to Engineering Dynamics Inc, 2000.
12.   Stear, J.D. and Bea, R.G., "TOPCAT - Template Offshore Platform Capacity Assessment Tools," User Manual, Marine Technology and Management Group, Department of Civil and

**G. PAUL KEMP**

633 Magnolia Wood Avenue
Baton Rouge, La.  70808
Office 225-288-9876
Cell     225-772-1426
Home  225-769-5943

<u>EDUCATION</u>

Ph.D.          Louisiana State University, Baton Rouge, 1986.
                   Marine Sciences; minor in Geology.
M.S.           Louisiana State University, Baton Rouge, 1978.
                   Marine Sciences.
B.S.           Cornell University, Ithaca, N.Y., 1975.
                   Natural Resources.

<u>DISSERTATION</u>

<u>Mud Deposition at the  Shoreface:  wave and sediment dynamics on the Chenier Plain of Louisiana.</u>
under John T. Wells, Jr., Coastal Studies Institute, Louisiana State University, Baton Rouge.

<u>INTERESTS</u>

River sedimentation, coastal ecosystems, coastal erosion processes, natural resources/science policy, hydrodynamic modeling, ecological modeling, hurricane surge forecasting, coastal protection and restoration, post-storm model validation and failure analysis

<u>PROFESSIONAL EXPERIENCE</u>

Feb, 2007          Vice President, Gulf Coast Operations, National Audubon Society, Baton Rouge

1994 – 2006       Associate Research Professor, School of the Coast and Environment & Hurricane
                         Center, Louisiana State University
1991 - 1994       Science and Technology Director, Coalition to Restore Coastal Louisiana, and
                         Assistant Research Professor, Louisiana State University.
*One Year Sabbatical 1989-1990, Executive Director, Coalition to Restore Coastal Louisiana*
1987 - 1991       Project Scientist, Director, Coastal Sciences Unit
                         Woodward-Clyde Consultants, Baton Rouge.
1985 - 1987       Hydrogeologist / Project Manager, Groundwater Technology, Inc., South-Central
                         Office, Mandeville, LA.
1984                 NOAA/Knauss Congressional Fellow, Office of Senator Edward M. Kennedy,
                         Washington, D.C.
1983                 Geologist, Navarin Basin Project, Woodward-Clyde Oceaneering, Inc., Dutch
                         Harbor, AK and Houston, TX
1980 - 1983       Consulting geologist / Graduate Research Assistant

<u>PERSONAL</u>

Born May 2, 1954, in Port Jefferson, N.Y.; Married to Linda C. Fowler; Two sons, Andrew P.
(12/17/88) and Nathan M. (8/21/92)

<u>PUBLICATIONS AND REFERENCES (</u>On request.)

1

Amplified Resume                                          G. Paul Kemp
                                                            - page 2 -

<u>EMPLOYMENT HIGHLIGHTS</u>

**Vice-President, Gulf Coast Initiative, National Audubon Society (February 2007 to Present), Baton Rouge, Louisiana**

Dr. Kemp was recruited to lead National Audubon's Gulf Coast Initiative in early 2007.  His initial work for the nation's oldest environmental NGO has been to support efforts to integrate coastal restoration measures in Louisiana with the post-storm push for new levees.  He is also working with Audubon colleagues throughout the Mississippi River basin to envision a 21st century river that is ecologically sustainable in a world affected by climate change and sea level rise.

**Associate Professor, Research (30% June 1992-January 1994, 80% February - September 1994, 100% since), Natural Systems Modeling Group, School of the Coast and Environment (SC&E), Louisiana State University, Baton Rouge, Louisiana**

Dr. Kemp became a member of the research faculty in 1994 with the formation of the Natural Systems Program in the LSU School of the Coast & Environment.  He had an appointment with the LSU Hurricane Center in the College of Engineering, and has played a central role since 2004 in providing storm surge forecasting to the Louisiana Office of Emergency Preparedness when hurricanes threaten.  After the Hurricane Katrina disaster, Dr. Kemp was a key source to the national and international news media of credible information about what had happened in New Orleans when so much misinformation was in circulation.  Later, he played a central role in the 'Team Louisiana' forensics investigation of the levee failures and has since provided assistance to a broad array of community organizations engaged in recovery efforts.  Before the 2005 storms, he was part of planning initiatives funded by the U.S. Army Corps of Engineers and U.S. Environmental Protection Agency, he has applied various hydrodynamic, sediment transport and ecosystem models to reduce the cost and increase the effectiveness of river management and coastal wetlands restoration projects.  He directed efforts to mate hydrodynamic computer models with ecological algorithms that simulate various aspects of ecosystem response, and advocated the use of such technology in natural resource policy decision-making.  More recently, he is leading an effort to use both numerical and a small-scale physical model to predict deltaic landform development.  One surprising outgrowth of a focus on making long, continuous hydrodynamics simulations (up to 100 years) has been an invitation to provide operational storm surge forecasting using the massively parallel ADCIRC hydrodynamic model.  Dr. Kemp directs a research team including post-doctoral researchers, research associates, graduate research assistants and undergraduate students, that catalyzes creative solutions to environmental resource problems with the support of federal and state governmental agencies, municipalities, private foundations, and various sectors of industry.  He led a multi-disciplinary effort to characterize conditions in the Barataria and Terrebonne estuaries for the EPA National Estuary Program.  Dr. Kemp has also served as a member of the National Research Council Marine Board Committee on Marine Pipeline Safety.  The National Research Council is the research arm of the National Academy of Sciences and the Committee issued its findings in early 1994.  He has been appointed by various Governors to serve on advisory task forces charged with developing environmental and wetlands policy, and from 1998 – 2003 was more directly engaged in policy-making on coastal restoration under contract to the Governor's Office of Coastal Activities.  Dr. Kemp has been

2

accepted by seven different state and federal jurisdictions as an expert witness in hydrology and sedimentology, generally working with state agencies.

PROJECTS:  McKnight Foundation – Technical support to NGOs engaged in hurricane recovery, La. Dept. Transportation & Development – Hurricane Katrina Forensics Study, La. Board of Regents -- Hurricane Surge Modeling, La. DEQ/ East Baton Rouge City-Parish Planning Commission – Mitigating Nonpoint Source Pollution in Urban Watersheds, Environmental Defense – Planning for restoring the mouths of the Mississippi and Atchafalaya Rivers, EPA – Modeling Support for Design of Maurepas Diversion, La. DNR Louisiana Coastal Area Study – Hydrodynamic and Landscape Modeling, La. DNR Castille Pass - Hydrodynamics and Sediment Transport, La. DNR Davis Pond – Hydrodynamic Modeling and Assessment, EPA/NSF Watershed Program, - Importance of pulsed physical events for watershed sustainability, USACE - Atchafalaya River Reevaluation, Office of the Governor - Scientific Advice to Amplified Resume the Office of Coastal Activities, EPA/ La. DEQ- PI, Characterization Report, Barataria-Terrebonne National Estuary Program; USGS - Critical physical processes of wetland loss; NOAA (Estuarine Habitat Research Program) - Use of sediment fences for marsh restoration and creation; USFWS - An evaluation of the impact of hydroperiod on marsh surface elevation change in marshes subjected to varying rates of relative sea-level rise; USACE (Waterways Experiment Station) - Wave action and erodibility of cohesive sediments in wetlands; USACE (Waterways Experiment Station) - The Fina-Laterre mitigation bank:  monitoring designed to evaluate the effects of management decision making; City of Breaux Bridge - Use attainability analysis of municipal wastewater discharge to forested wetlands at Breaux Bridge, La.; Lake Pontchartrain Basin Foundation - Re-analysis of the Bonnet Carre spillway project; City of Morgan City - Flood damage reduction analysis and planning; USGS - Subsidence of wetlands associated with forced drainage.

**Science Director (Sept. 1991 - Jan. 1994), Executive Director (June 1989 - June 1990), Coalition to Restore Coastal Louisiana, Baton Rouge, Louisiana**

Beginning during a one year sabbatical from Woodward-Clyde, Dr. Kemp became the first Executive Director of the Coalition to Restore Coastal Louisiana (Coalition) and assisted in the framing of coastal restoration legislation at the state and federal levels, that ultimately resulted in passage of the landmark Coastal Wetlands Planning, Protection and Restoration Act of 1990, now widely referred to as the "Breaux Act."  This state-federal partnership has managed a combined expenditure of approximately $60 million annually on coastal wetlands and barrier island restoration projects in one of the most ambitious habitat restoration efforts in progress anywhere.  The Coalition is a broad-based, privately-funded non-profit organization dedicated to returning Louisiana's Mississippi River delta area to environmental (and economic) sustainability.  Later, he returned as Science Director and was responsible for establishing the initial success of an organization that is now over 20 years old.  Dr. Kemp has remained an active member of the Coalition board since.  The Coalition has emerged as a responsible, scientifically credible source of information about the nature of wetland loss in Louisiana and the full range of solutions available.  Coalition advice and testimony have been solicited in both technical and civic forums, including the U.S. Congress and Senate.  These efforts have contributed fundamental changes in state law, including passage of a number of state constitutional amendments that constituted the first statewide environmental referenda put to a popular vote.

Amplified Resume                                    G. Paul Kemp
                                                    - page 4 -


**Project Scientist (Nov., 1987 - Aug., 1991) Woodward-Clyde Consultants, Baton Rouge, Louisiana**

Initiated Coastal Sciences group for the Gulf Coast Operating Unit, headquartered in Baton Rouge. Helped introduce GIS and other technology and otherwise contributed to success of an office that grew from 35 to 200 persons.  Dr. Kemp headed several successful proposal teams that resulted in major projects with various petrochemical and metals firms.  Managed groundwater assessment and remediation projects in several states.  Contributed nationwide to the solution of sediment transport problems unique to wetland and coastal projects.  For two rivers in the Great Lakes region, Dr. Kemp carried out sampling and hydrographic characterization programs to guide remediation of PCB-contaminated sediments.  He also played an on-site role in developing the shoreline cleanup assessment team (SCAT) approach to providing clean-up options following the grounding of the Exxon Valdez in Prince William Sound, Alaska.  He was principal investigator on two coastal sedimentation research projects, one in King's Bay, Georgia, and the other in the marshes of Terrebonne Parish, Louisiana.

**Post-Doctoral Researcher (Jan., 1987 - Oct., 1987), Coastal Ecology Institute, Louisiana State University**

Reduced data generated by a multi-disciplinary research team into a final project report for the United States Fish and Wildlife Service.  Work involved development of artificial methods to enhance deposition of fine-grained sediments in sea-level wetlands undergoing rapid submergence.  Duties included collaboration with scientists from The Netherlands, technical overview, development of conceptual and numerical models, and interaction with the public.  Drafted collaborative papers and proposals based on this work.

**Hydrogeologist (1985 – 1986), Groundwater Technology, Inc., Mandeville, LA.**

Employed with start-up office as a hydrogeologist to manage several projects in the south-central U.S. with annual budgets from $30 to $500 K.  Supervised in-house technical staff and subcontractors in all phases of work, from emergency response to aquifer rehabilitation.  This involved the design, permitting, and construction of specialized water well systems and treatment facilities to decontaminate air and groundwater, as well as recover free-phase hydrocarbons (liquid or gas).  Prepared technical proposals, reports, and permit applications, usually under severe time constraints, for clients and regulatory authorities.  Trained geological staff in investigative methods, and upgraded PC-based data management and modeling capabilities at new regional office with a six state territory.  Left to complete dissertation after IPO.

Amplified Resume                                                    G. Paul Kemp
                                                                    - page 5 -


**NOAA / Knauss Congressional Fellow (1984), Office of Senator Edward M. Kennedy, Washington, D.C.**

One of 10 graduate students selected in 1984 by the National Oceanic and Atmospheric Administration (NOAA).  Served on the personal staff of Senator Edward M. Kennedy.  Duties varied widely, ranging from background research to speechwriting and drafting of legislation.  Contributed to several legislative initiatives dealing with space and ocean science, environmental protection, and resource management.  Worked with the Senator, Hill staff, and constituents to see that two of these bills passed both houses of Congress (Striped Bass).


**Consulting Geologist (1983), Woodward-Clyde Oceaneering, Inc., Houston, TX**

Division of Oceaneering, Inc., providing geochemical, geophysical, and geotechnical consulting to the offshore oil industry (acquired wholly from Woodward-Clyde Consultants, Inc. in 1985).  Employed as a Geologist on a part-time basis through most of the academic year, and full-time in the summer, collecting and evaluating geochemical and seismic data from the Navarin Basin area of the Bering Sea.  Spent 2.5 months aboard ship as a scientific crew chief and subsequently drafted much of project report.

**Consulting Geologist (1980 – 1983)**

Free-lance consulting for companies involved in offshore oil exploration and development while a graduate student.  Worked with Professors James Coleman and David Prior to analyze side-scan sonar and high-resolution sub-bottom seismic data from lease blocks slated for bidding.  Purpose of work was to identify areas of potential geologic instability unsuited to the placement of fixed structures (rigs and pipelines).

**Research Associate / Laboratory Manager (1977 – 1979), Department of Engineering Research, Louisiana State University**

Set up a laboratory to analyze water from Louisiana wetlands for nitrogen, phosphorus, organic carbon, and other dissolved chemical species under a grant from the Water Resources Research Institute.  Hired and supervised laboratory personnel in conduct of experiments into the effects of microbial decomposition on materials exchange across the sediment / water interface.  Worked closely with principal investigator to analyze results and present them at scientific meetings.  Research resulted in several publications.

Amplified Resume                                                    G. Paul Kemp
                                                                   - page 6 -

## PUBLICATIONS

Day, J.W., Jr., Boesch, D.F., Clairain, E.J., Kemp, G.P., Laska, S.B., Mitsch, W.J., Orth, K., Mashriqui, H., Reed, D.J., Shabman, L., Simenstad, C.A., Streever, B.J., Twilley, R.R., Watson, C.C., Wells, J.T., and D.F. Whigham.  2007.  Restoration of the Mississippi Delta:  lessons from hurricanes Katrina and Rita.  Science 315: 1679-1684.

Day, J.W., Jr., and G.P. Kemp.  2007.  Mississippi Delta Restoration and Protection: Past Lessons and Future Constraints.  29(5)

Van Heerden, I.Ll., and G.P. Kemp. 2007.  The Failure of the New Orleans Levee System and the Pathways Forward.  29(5)

Van Heerden, I.Ll., Kemp, G.P., and H.M. Mashriqui.  2007.  Use of the ADCIRC storm surge model for Hurricane Katrina surge predictions and levee forensic studies.  Am. Soc. Civ. Eng. GEODenver 2007.  Proc., February, 2007.  Denver, CO.

Van Heerden, I.Ll., and G.P. Kemp.  2007.  A conceptual hurricane surge protection plan for coastal Louisiana.  Am. Soc. Civ. Eng. GEODenver 2007.  Proc., February, 2007.  Denver, CO.

Van Heerden, I.Ll., and G.P. Kemp.  2007.  The failure of the New Orleans levee system during Hurricane Katrina and the pathway forward.  Loyola Law Review 52(4): 1225-1246.

Van Heerden, I.Ll., Kemp, G.P., Mashriqui, H.S., Sharma, R., Prochaska, W., Capozzoli, L., Theis, A., Binselam, A., Streva, K., and E. Boyd.  2006.  The Failure of the New Orleans Levee System during Hurricane Katrina.  Louisiana State University Hurricane Center report (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, 20) to La. Dept. Transportation and Development, Baton Rouge, Dec., 2006, 309pp, appendices. (http://www.dotd.louisiana.gov/administration/teamlouisiana/)

Mashriqui, H.S., Kemp, G.P., van Heerden, I.Ll., Ropers-Huilman, B.D., Hyfield, E., Yang, Y., Streva, K.,  and A. Binselam.  2006.  Experimental storm surge simulations for Hurricane Katrina IN Xu, Y.J, and V.J. Singh (Eds.), Proc. Am. Inst. Hydrology 25th Anniversary Meeting and International Conference. May 21-24, Baton Rouge, LA. 481-489.

Day, J., J. Barras, E.J. Clairain, J. Johnston, D Justic, G.P. Kemp, J-Y. Ko, R. Lane, W. Mitsch, G. Steyer, and P. Templet. 2005. Implications of Global Climatic Change and Energy Cost and Availability for the Restoration of the Mississippi Delta. Ecological Engineering 24: 253-265.

Barras, J., S. Beville, D. Britsch, S. Hartley, S. Hawes, J. Johnston, G.P. Kemp, Q. Kinler, A. Martucci, J. Porthouse, D. Reed, K. Roy, S. Sapkota and J. Suhayda.  2004. Historical and Projected Coastal Louisiana Land Changes:  1978 - 2050. USGS Open File Report OFR 03-334. 40 pp.

6

Amplified Resume                                         G. Paul Kemp
                                                          - page 7 -

Day, J.W., Jr., Kemp, G.P., Mashriqui, H.S., Lane, R.R., Dartez, D., and R. Cunningham. 2004. Development Plan for a Diversion into Maurepas Swamp Water Quality & Hydrologic Modeling Components.  U.S. Environmental Protection Agency, Region 6, Coop. Agreement X-986946-01 (http://www.epa.gov/Arkansas/6wq/ecopro/em/cwppra/maurepas/).

Reyes, E., J. Martin, J. Day, P. Kemp, and H. Mashriqui. 2004. River forcing at work: ecological modeling of prograding and regressive deltas. Wetlands Ecology and Management. 12(2): 103-114.

Day, J., P. Templet, J.-Y. Ko, W. Mitsch, P. Kemp, J. Johnston, G. Steyer, J. Barras, D. Justic, E. Clairain, and R. Theriot. 2004. El delta del Rio Misisipi: Funcionamiento del sistema, impactos ambientales y manejo sustentable (The Mississippi Delta: System Functioning, Environmental Impacts, and Sustainable Management). Pp. 851-882. In M. Caso, I. Pisanty and E. Ezcurra (Eds.). Diagnostico Ambinetal  del Gulfo de Mexico (Environmental Diagnosis of the Gulf of Mexico). Instituto Nacional de Ecologia (INE-SEMARNAT), Mexico City, Mexico.

Lane, R., Kemp, G. P., Mashriqui, H. S., Day, J. W., and Hamilton, A. 2003. Potential nitrate removal from a river diversion into a Mississippi delta forested wetland.  Ecological Engineering 20: 237-249.

Reyes, E., J.F. Martin, J.W. Day, G.P. Kemp, H. Mashriqui. 2003. Impact of sea level rise on coastal landscapes. Chpt. 7. In: Ning, Z.H., R. E. Turner, T. Doyle, and K. Abdollahi. 2002. Integrated Assessment of the Climate Change Impacts on the Gulf Coast Region - Foundation Document. Published by GCRCC and LSU Press.

Reyes E., J.F. Martin, M.L. White, J.W. Day, G.P. Kemp, 2003. Habitat changes in the Mississippi Delta: future scenarios and alternatives. Chap. 5. 119-142, In: R. Costanza and A. Voinov (eds.), Landscape Simulation Modeling: A spatially explicit, dynamic approach. Springer-Verlag. New York.

Lane, R., J. Day, G. Kemp, and B. Marx. 2002. Seasonal and spatial water quality changes in the outflow plume of the Atchafalaya River, Louisiana, USA. 2001. Estuaries. 25 (1): 30-42.

Martin, J., E. Reyes, P. Kemp, H. Mashriqui, and J. Day. 2002. Landscape modeling of the Mississippi delta. BioScience. 52: 357-365.

Are, D., P. Kemp, G. Guistina, J. Day and F. Scarton. 2002. A portable, electrically-driven Dutch cone penetrometer for geotechnical measurements in soft estuarine sediments. Journal of Coastal Research. 18: 372-378.

Lane, R., J. Day, G. Kemp, and D. Demcheck. 2001. The 1994 experimental opening of the Bonnet Carre spillway to divert Mississippi River water into Lake Pontchartrain, Louisiana. Ecological Engineering. 17: 411-422.

Amplified Resume                                             G. Paul Kemp
                                                              - page 8 -

Reyes, E., M. L. White, J.F. Martin, G.P. Kemp, J.W. Day, Jr., and V. Aravamuthan. 2000.  Landscape
        modeling of coastal habitat change in the Mississippi delta.  Ecology 81(8): 2331-2349.

Martin, J. F., M. L. White, G.P. Kemp, J.W. Day, Jr., and H. Mashriqui.  2000.  Evaluation of coastal
        management plans with a spatial model:  Mississippi Delta, Louisiana, USA.  Environmental
        Management 26(2): 117-129.

Cardoch, L., J. Day, J. Rybczyk, and G.P. Kemp. 2000. An economic analysis of using wetlands for
        treatment of shrimp processing wastewater -- a case study in Dulac, LA. Ecological Economics.
        33(1): 93-101.

Kemp, G. P., J.W. Day, Jr., D.J. Reed, D. R. Cahoon and M. Wang.  1999.  Sedimentation, consolidation and
        surface elevation change in two salt marshes of the Mississippi River deltaic plain: Geotechnical
        aspects of wetland loss.  IN Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N. Rabalais, D.J. Reed and R.E.
        Turner (eds.)Proc. Conf. Recent Research in Coastal Louisiana, February 2-5, 1998, Lafayette, LA.
        P.15-34.

Reyes, E., J.F. Martin, M.L. White, J.W. Day, Jr., G.P. Kemp.  1999.  Landscape modeling in coastal
        Louisiana:  regional mechanisms of wetland loss.  IN Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N.
        Rabalais, D.J. Reed and R.E. Turner (eds.)Proc. Conf. Recent Research in Coastal Louisiana, February
        2-5, 1998, Lafayette, LA. P. 202-217.

Boumans, R., J. Day, G.P. Kemp, and K. Kilgen. 1997. The effect of intertidal sediment fences on
        wetland surface elevation, wave energy, and vegetation establishment in two Louisiana coastal
        marshes. Ecological Engineering. 9:37-50.

Kemp, G.P., J.N. Suhayda, H.S. Mashriqui, I. Ll. van Heerden and O. Malbrough.  1995.  Assessment of
        the Impact of the Wax Lake Outlet Weir on the Water Levels and Sedimentation with the Lower
        Atchafalaya River.  Open File Report to City of Morgan City, Natural Systems Management and
        Engineering Program, Louisiana State University.

Day, J.W., Jr., D. Reed, J.N. Suhayda, G.P. Kemp, D. Cahoon, R.M. Boumans and N. Latif.  1994.
        Physical Processes of Marsh Deterioration In (H.H. Roberts, ed.) Critical Physical Processes of
        Wetland Loss 1988-1994, Final Report to U.S. Geol. Survey, Reston, Va.

Templet, P. H., M. A. Reams, G. P. Kemp.  1993.  Hazardous Waste Taxes in Louisiana and Their
        Effect on Importation.  Hazardous Waste and Hazardous Materials 10 (1):  97 - 104.

Suhayda, J.N., G. P. Kemp, R. S. Jones and J. Peckham.  1991.  Restoration of wetlands using pipeline
        transported sediments, IN Coastal Depositional Systems in the Gulf of Mexico,  Proc.
        GCS/SEPM Found. 12th Ann. Res. Conf., Dec. 8-11, Houston, TX.

8

Amplified Resume
                                                                    G. Paul Kemp
                                                                     - page 9 -

Nakashima, L. D., S. V. Cofer-Shabica, J. W. Day, Jr., R. Knaus, R. Delaune, D. Reed, G. P. Kemp and
    E. H. Owens.  1991.  Marsh/mudflat sedimentation, Cumberland Island, Georgia., Coastal Zone
    '91, Seventh Symposium on   Coastal and Ocean Management, July 8-12, 1991, Long Beach,
    CA.

Owens, E. H., and G. P. Kemp.  1989.  Toxic Materials in the Coastal Zone - The Implications of Sea-
    Level Rise for Siting Analyses and Risk Assessment; Proc. 1989 Pacific Basin Conf. on
    Hazardous Waste, Singapore, April 2-7, East-West Center, Honolulu.

Kemp, G. P., and J. T. Wells.  1987.  Observations of shallow-water waves over a fluid mud bottom:
    implications to sediment transport , In (N. C. Kraus, ed.) Coastal Sediments '87, Proc. Spec.
    Conf. Adv. in Understanding Coastal Sediment Processes, New Orleans, LA., 12-14 May, 1987.
    Am. Soc. Civil Engrs., Vol I:  363-378.

Wells, J. T., and G. P. Kemp.  1985.  Interaction of surface waves and cohesive sediments:  field
    observations and geologic significance.  In (A. J. Mehta, ed.) Cohesive Sediment Dynamics:
    Lecture Notes on Coastal and Estuarine Studies No. 14. Springer-Verlag, New York.

Kemp, G. P., W. H. Conner, and J. W. Day, Jr.  1985.  Effects of flooding on decomposition and
    nutrient cycling in a   Louisiana swamp forest. Wetlands 5:  35-51.

Day, J. W., Jr., and G. P. Kemp.  1985.  Long-term impacts of agricultural runoff in a Louisiana swamp
    forest.  In (P.J. Godfrey, E. R. Kaynor, S. Pelczarski, and J. Benforado, eds.) Ecological
    Considerations in Wetlands   Treatment of Municipal Wastewaters, Van Nostrand Reinhold Co.,
    N.Y.

Kemp, G. P., and J. W. Day, Jr.  1984.  Nutrient dynamics in a Louisiana swamp.  IN K. C. Ewel (Ed.)
    Cypress Swamps, Univ. of Fla. Press, Gainesville, FL.

Wells, J. T., and G. P. Kemp.  1982.  Mudflat / marsh progradation along Louisiana's Chenier Plain.  In
    (D. Nummedal, ed.) Sedimentary Processes and Environments Along the Louisiana-Texas
    Coast, Guidebook for 1982 Annual Mtg., Geol. Soc. Am., New Orleans, LA.

Wells, J. T., and G. P. Kemp.  1982.  Mudflat / marsh progradation along Louisiana's Chenier Plain:  a
    natural reversal of coastal erosion.  In (D. F. Boesch, ed.) Proc., Conf. on Coastal Erosion and
    Wetlands Modification in Louisiana:  Causes, Consequences, and Options.  U.S. Fish and
    Wildlife Serv., Washington, D.C., FWS/OBS-82/59, 256 p.

Wells, J. T. and G. P. Kemp.  1981.  Atchafalaya mud stream and recent mudflat progradation:
    Louisiana Chenier Plain. Trans., Gulf Coast Assoc. Geol. Soc., 31:  409-416.

Amplified Resume                                         G. Paul Kemp
                                                          - page 10 -


Wells, J. T., R. L. Crout, and <u>G. P. Kemp</u>.  1981.  An assessment of coastal processes, dredged sediment
     transport, and  biological effects of dredging on the coast of Louisiana.  Center for Wetland
     Resources, Louisiana State Univ.,     Baton Rouge, Sea Grant Publ. No. LSU-T-81-001, 36 p.

<u>Kemp, G. P.</u>, and J. W. Day, Jr. 1981.  Floodwater nutrient processing in a Louisiana swamp forest
     receiving agricultural runoff.  La. Water Resources Res. Inst., Louisiana State Univ., Baton
     Rouge, Rept. No. A-043-LA.,60p.

<u>Kemp, G. P.</u>, J. T. Wells, and I. Ll. van Heerden.  1980.  Frontal passages affect delta development in
     Louisiana.  Coastal Oceonogr. Climat. News  3:  4-5.

Day, J. W., Jr., W. H. Conner, and <u>G. P. Kemp</u>.  1980.  Contribution of wooded swamps and bottomland
     forests to estuarine productivity.  <u>In</u> (P. L. Fore and R. D. Peterson, eds.) Proc. of the Gulf of
     Mexico Coastal Ecosystem Workshop.  U.S. Fish and Wildlife Serv., Albuquerque, N. M., FWS
     / OBS-80 / 30.

<u>Kemp, G. P.</u>  1977.  Lake Pontchartrain.  <u>In</u> (N. J. Craig and J. W. Day, Jr., eds.) Cumulative Impact
     Studies in the  Louisiana Coastal Zone.  Final Rept. La. State Planning Office, Baton Rouge,
     LA.


<u>Presented Papers</u>

Kemp, G. P., D. Davis, C. Willson, J. Day, E. Reyes, and E. Hyfield.  The role of very large, infrequent
     diversions in the formation, maintenance and restoration of the Mississippi Delta. Coastal
     Restoration and Enhancement Through Science and Technology (CREST). Lafayette, LA April
     12-13, 2005.

Kemp, G. P.  Role of Wetlands for Water Quality Improvement and Implications for East Baton Rouge
     Parish. Wetlands Steering Committee Meeting. Baton Rouge, LA. August 12, 2005.

Kemp, G. P. and H. S. Mashriqui.  Accepted. Using SWAMPSUSTAIN to forecast coastal swamp
     forest response to reintroduction of Mississippi River water after a century of isolation.  17th
     Biennial Conference of the Estuarine Research Federation, October 16-21, 2005, Norfolk, VA.

Kemp, G. P.  A Louisiana perspectives on the U.S. Oceans Commission and Pew Commissions Reports.
     19th International Conference.  The Coastal Society.  Newport, RI May 23 – 26, 2004.

Kemp, G. P., and D. J. Reed.  Quantifying and reducing uncertainty in wetland restoration forecasts for
     the Mississippi River deltaic plain:  the CLEAR Program.  First National Conference on
     Ecosystem Restoration.  December 6-10, 2004 Orlando

Amplified Resume                                          G. Paul Kemp
                                                           - page 11 -

Kemp, G.P., Suhayda, J.N., Day, J.W., Jr., and R. M. J. Boumans.  The WESWAVES project:  wave action and the  erodibility of salt marsh soils.  Proc. National Interagency Workshop on Wetlands Technology Advances for Wetlands Science.  3-7 April, 1995.  264-268.

Kemp, G. P., Suhayda, J. N., Boumans, R. M., Day, J. W. , Jr. and G. Williams.  Wave/sediment interactions in coastal wetland ponds in Louisiana.  Coastal Zone '93, Eighth Symp. on coastal and Ocean Management, New Orleans, 19-  23 July, 1993

Kemp, G. P., and J. T. Wells.  Dynamics of nearshore mud deposition:  Louisiana Chenier Plain. Eleventh Int. Cong. on  Sedimentology, McMaster Univ.,   Hamilton, Ontario.  22-27 August, 1982.

Kemp, G. P., I. Ll. van Heerden, and R. Hamiter.  Statistical classification of cold fronts in coastal Louisiana.  Ann. Mtg. La. Acad. Sci., Alexandria, LA.  March, 1981.

Kemp, G. P., and J. W. Day, Jr.  Floodwater processing in a Louisiana swamp.  Ann. Mtg., Gulf Estuarine Res. Fed., Pensacola, FL.  9-11 October, 1980.

Kemp, G. P., and J. W. Day, Jr.  Nutrient dynamics in a hydrologically disrupted Louisiana delta swamp.  Ann. Mtg.,   Am. Soc. Limnol. and Oceonogr., Stony Brook, NY.  18-21, June 1979.

Kemp, G. P., D. Lindstedt, and L. Peeler.  Effects of storm water pumpage on Lake Pontchartrain, Louisiana.  27th Ann. Mtg., Am. Inst. Bio. Sci.  1-4  June, 1976.

Revised 01/01/07

New Orleans
Campus

## UNIVERSITY OF NEW ORLEANS
Standardized Biographical Data
for Submission with Promotion/Tenure Review
and Sabbatical/Educational Leave Requests
Louisiana State University System

Name _____ Patrick Shea Penland _____

Department <u>Department of Earth and Environmental Sciences</u>          College   <u>Sciences</u>

Present Rank _____ Professor _____     Date Appointed to Present Rank at UNO <u>August 20, 2000</u>

Years Service Within LSU System  <u>27</u>

Type of Current Appointment:  <u>X</u>  Tenured   Graduate Faculty Status:  <u>X</u>  Member

| Education:  Institution | Degree | Date Awarded |
|---|---|---|
| Louisiana State University | Ph.D. | 1990 |
| Louisiana State University | M.S. | 1979 |
| Jacksonville University | B.A. | 1976 |

| Professional Experience: | Rank | Period of Appointment |
|---|---|---|
| UNO Department of Earth and Environmental Sciences | Professor and Chair | 2005-Present |
| UNO Pontchartrain Institute for Environmental Sciences | Director | 2001-Present |
| UNO Department of Geology and Geophysics | Professor | 2000 – 2005 |
| UNO Department of Geology and Geophysics | Braunstein Professorship | 1997- Present |
| UNO Department of Geology and Geophysics | Associate Professor | 1997 – 2000 |
| LSU Coastal Studies Institute | Associate Professor | 1992-1997 |
| LSU  Louisiana Geological Survey | Associate Director | 1990 – 1992 |
| DNR Louisiana Geological Survey | Coastal Geology Section Chief | 1988-1992 |
| LSU  Louisiana Geological Survey | Research Associate | 1984 – 1990 |
| DNR Louisiana Geologic Survey | Research Geologist | 1982 – 1990 |
| Woodward - Clyde Consultants | Senior Staff Scientist | 1981 – 1982 |
| LSU Laboratory for Wetland Soils and Sediments | Research Associate | 1980 – 1981 |
| LSU Department of Geology | Research Associate | 1979 - 1980 |
| LSU Department of Geography and Anthropology | Research Assistant | 1977–1979 |

## 1.  BIOGRAPHICAL DATA

Name:            Patrick Shea Penland

Current Position:    Professor and Chair
                 Jules and Olga Braunstein Professor of Petroleum Geology
                 Department of Earth and Environmental Sciences, College of Sciences
                 University of New Orleans

                 Director
                 Pontchartrain Institute for Environmental Sciences, College of Sciences
                 University of New Orleans

Work Address:       Department of Earth and Environmental Sciences
                 2000 Lakeshore Drive
                 University of New Orleans
                 New Orleans, LA  70148
                 P (504)280-3119
                 F (504)280-4022
                 C (504) 616-7984
                 Email: spenland@uno.edu

Home Address:       5620 Hurst St. Apt D
                 New Orleans, LA  70115
                 P (504) 616-7984
                 Email: spenland@uno.edu

Date and Place      January 6, 1954
of Birth:            Jacksonville, Florida

Marital Status:      Married, Cathy Norman Penland
                 Secretary/Treasurer of the Edward Wisner Donation Advisory Committee
                 3 children

## 2. EDUCATION

1985-1990:     Louisiana State University, Baton Rouge, Louisiana
                 • Doctor of Philosophy Degree Awarded
                 • Major Fields:  Coastal Geomorphology and Marine Science

1977-1979:     Louisiana State University, Baton Rouge, Louisiana
                 • Master of Science Degree Awarded
                 • Major Fields:  Coastal Geomorphology and Geology

1972-1976:     Jacksonville University, Jacksonville, Florida
                 • Bachelor of Arts Awarded
                 • Major Fields:  Physical Geography and Earth Science

1970-1972:     The Bolles School, Jacksonville, Florida
                 • High Diploma Awarded

## 3. PROFESSIONAL INTERESTS

2

Coastal geology, geomorphology, and processes; Quaternary coastal evolution; Framework geology; Coastal erosion and wetland loss; Hurricane impact assessment and research; Man/land interactions; Physical geography; Oil spill planning, research, and response; Marine minerals; Environmental geosciences; Coastal Management and Restoration Science; Undergraduate and graduate teaching; and expert witness.

## 4. FIELD AND TRAVEL EXPERIENCE:

Domestic -  Alabama, Alaska, Arkansas, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Kentucky, Maryland, Massachusetts, Michigan, Mississippi, Montana, New Mexico, New York, Nevada, North Carolina, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, Wyoming

Foreign -   Afghanistan, Austria, Bahamas, Belgium, Canada (Alberta, British Colombia, Northwest Territories, Nova Scotia, Yukon), Costa Rica, Denmark, El Salvador, Germany, Greece, Honduras, India, Iran, Mexico, Nepal, Netherlands, Norway, Pakistan, Turkey, United Kingdom, Venezuela, Yugoslavia

## 5. PROFESSIONAL AFFILIATIONS

American Association of Petroleum Geologists
American Shore and Beach Preservation Association
Geological Society of America
Estuarine Research Federation
International Association of Sedimentologists
New Orleans Geological Society
SEPM - Society for Sedimentary Geology
SEPM - Gulf Coast Section
Union of Concerned Scientists

## 6. PROFESSIONAL EXPERIENCE

**2005-Present:**   Department of Earth and Environmental Sciences, Colleges of Sciences, University of New Orleans, Louisiana.   Professor and Chair. The UNO Department of Earth and Environmental Sciences is a new degree offering university unit offering degrees in the Bachelor of Science, Master of Science and Doctor of Philosophy. Four concentrations are offered in Geology, Petroleum Geology, Coastal Sciences and Restoration, and Environmental Science and Policy.

**2001- Present:**   Pontchartrain Institute for Environmental Sciences, College of Sciences, University of New Orleans, Louisiana. Director. The UNO Pontchartrain Institute for Environmental Sciences is a partnership of scientists and educators combining rigorous scientific analysis with education outreach, and planning to develop practical solutions to the environmental challenges found in the Pontchartrain Basin, the Gulf of Mexico, and similar coastal ecosystems in the United States and elsewhere in our world.  In 2001, the Louisiana Board of Regents approved the establishment of the UNO Pontchartrain Institute for Environmental Sciences.

The Pontchartrain Institute for Environmental Sciences is designed to foster interactions among professionals with expertise in basic and applied environmental sciences, coastal

3

management and planning. This Institute will work with academic institutions, government agencies, and environmental organizations to provide information critical to preserve and restore the environmental quality of the Pontchartrain Basin.  The Institute will bring together the technical expertise and understanding needed to address issues such as water quality, critical habitats, coastal processes, biodiversity, and coastal restoration strategies.

The core UNO departments from the College of Sciences that make up the Pontchartrain Institute include Biological Sciences, Computer Science, and Geology and Geophysics in addition to their respective laboratories.  The laboratories from the Department of Earth and Environmental Sciences include the Coastal Geology Laboratory, the Coastal and Environmental Hydraulic Laboratory, Nekton Research Laboratory, Coastal Restoration Laboratory, Geochemistry Research Laboratory, and the Keck Foundation Four Dimensional Earth Systems Laboratory.  The laboratories for the Department of Biological Sciences include the Estuarine Research Laboratory and the Coastal Plant Sciences Laboratory.

**2000 – 2005:**  Coastal Research Laboratory, Department of Geology and Geophysics, College of Sciences. University of New Orleans, Louisiana.  <u>Professor</u>. This position is responsible for the management, direction, and development for cooperative coastal and marine research programs focused on framework geology, coastal land loss, oil spills, geographic information systems, geosciences education, hurricane impacts, marine minerals, coastal zone management, coastal erosion, wetland loss, and other resource issues facing the coastal and marine environment.  This position is responsible for assisting in the development of a multi disciplinary undergraduate and graduate curriculum of coastal geosciences.

The University of New Orleans established the Coastal Research Laboratory in 1997 within the Department of Geology and Geophysics to provide information, knowledge, technology and human resources for natural resource management in Louisiana and throughout the United States.  The specialization of coastal research and restoration science investigates the shallow geologic framework, the landforms and sediments, the process of change, and the impact of man in the world's coastal regions. The Coastal Research Laboratory's goal is to better understand and develop solutions to the geosciences problems presented by the coastal zone, as well as the environmental conflicts created by the presence of man.

This lab also provides science support to the Coastal Wetland Planning, Protection, and Restoration Act, Coast 2050, and the Lake Pontchartrain Restoration Act. Citizen, public school, university, and professional education opportunities are provided through workshops, field trips, and undergraduate/graduate course work. This position supervises 1 Assistant Professor - Research, 10 Research Associates, and numerous graduate students, and student workers.

**1997 - 2000:**  Coastal Research Laboratory, Department of Geology and Geophysics, College of Sciences. University of New Orleans, Louisiana.  <u>Associate Professor</u>.  This position is responsible for the management, direction, and development for cooperative coastal and marine research programs focused on framework geology, coastal land loss, oil spills, geographic information systems, geosciences education, marine minerals, coastal zone management, coastal erosion, wetland loss, and other resource issues facing the coastal and marine environment.  This position is responsible for assisting in the development of a multi disciplinary undergraduate and graduate curriculum of coastal geosciences.  Dr.

Penland holds the *Braunstein Professorship of Geology.* This position supervises 7 Research Associates, 1 Assistant Research Professor and 7 graduate students.

**1992 - 1997:**    Coastal Studies Institute, the Center for Coastal, Energy, and Environmental Resources, Louisiana State University, Baton Rouge, Louisiana. <u>Associate Professor - Research</u>. This position is responsible for the management, direction, and development of cooperative coastal and marine research programs focused on framework geology, coastal land loss, oil spills, geographic information systems, geosciences education, marine minerals, coastal zone management, coastal erosion, wetland loss, and other resource issues facing the coastal marine environment. This position supervised 6 Research Associates, Graduate students, and student workers.

**1992 - 1997:**    Oil Spill Contingency Planning Program, Special Programs, Center for Coastal, Energy, and Environmental Resources, Louisiana State University, Baton Rouge, Louisiana. <u>Director</u>. This position is responsible for the management and direction of oil spill research, planning, and science support for government agencies and industry. Research applications include the use of airborne videography for oil spill mapping to the monitoring of oiled coastal habitats. Planning includes the creation and distribution of oil spill contingency planning data using a geographic information system through the Minerals Management Service sponsored Gulfwide Information Systems (G-WIS). Science support includes assisting industry during an oil spill incident by acting as their science support coordinator (SSC) in working with the federal and state oil spill coordinators (OSC) and the natural resource trustees.

**1990-1992:**    Louisiana Geological Survey, Louisiana State University, Baton Rouge, Louisiana. <u>Acting Associate Director</u>. The Associate Director, in the absence of the Director, exercises overall responsibility for LGS/LSU policy decisions, planning, program implementation, budget administration, funds dispersal, personnel matters and organizational participation in cooperative programs. This position was responsible for the management, direction, and development of research in the Coastal Geology, Energy and Mineral Resource, Environmental Resource, and Water Resource Sections.

**1988-1992:**    Louisiana Geological Survey-Coastal Geology Section, Louisiana Department of Natural Resources, Baton Rouge, Louisiana. <u>Research Geologist and Coastal Geology Section Chief</u>. This position is responsible for the management, direction and development of research in the Coastal Geology Section of the Louisiana Geological Survey. The research mission of the LGS-Coastal Geology Section is divided into four major programmatic areas, 1) basic and applied coastal geology, 2) coastal and offshore resource inventory, 3) geosciences education, and 4) government, private, public, and university science support and technology transfer. Specific research topics include the geologic framework of coastal land loss, shoreline change, wetland loss, coastal geomorphic mapping and analysis, onshore and offshore hard mineral resources, coastal oil spills, coastal structure performance, storm impact assessment, geographic information systems, sea level history, delta plain geology, chenier plain geology, and coastal protection/restoration concepts.

**1984-1990:** Louisiana Geological Survey- Louisiana State University, Baton Rouge, Louisiana. <u>Coastal Geology Section Chief</u>. This position is responsible for management, direction, and development of the cooperative research programs. Program objectives are to develop complementary research projects with ongoing state research programs funded by coastal parishes and other federal agencies in order to increase research resolution. Cooperative research projects include: 1) Terrebonne Parish Nearshore Sand Resource Inventory: 1984, 2) Terrebonne Parish Subsidence Investigation:1984-1986, 3) U.S. Geological Survey - Louisiana Cooperative Barrier Island Erosion and Land Loss Study:1986-1990, 4) U.S. Geology-Aerial Videotape Survey of the Hurricane Elena Impact Zone in LA, MS, AL, and FL, 5) U.S. Minerals Management Service -Analysis of the Exclusive Economic Zone in the Gulf of Mexico: 1987-1992, 6) U.S. Minerals Management Service -Continental Margins Program:1986-1992, 7) U.S. Geological Survey - Louisiana Wetland Loss Study:1988- 1992, 8) U.S. Fish and Wildlife Service -Chandeleur Island Study:1988-89, 9) Marine Mining Technology Center-Development of Depositional Models for Hard Mineral Exploration and Production in the Northern Gulf of Mexico:1989-1993, 10) Gas Research Institute/National Argonne Research Laboratory-Natural and Human Causes of Coastal Land Loss in Louisiana:1990-1994, 11) Hancock County Board of Supervisors-Bay St. Louis/Waveland Sand Resource Inventory:1989, 12) Terrebonne Parish Government-Geological Framework of Wine Island Shoal:1989-1990, 13) U.S. Geological Survey-Louisiana Coastal GIS Network:1989-1993, 14) U.S. Federal Emergency Management Agency-Harrison County, MS Shoreline Change and Coastal GIS Pilot Study:1990, 15) Mississippi Bureau of Geology-Coastal Geology Mapping in Mississippi:1990, and 16) U.S. Geological Survey-Aerial Videotape Survey of Coastal Mississippi:1989-1990.

**1982-1987:** Louisiana Geological Survey-Coastal Geology Program, Louisiana Department of Natural Resources, Baton Rouge, Louisiana. <u>Research Geologist</u>. This position was responsible for the management and development of research in the Coastal GeologyProgram of the Louisiana Geological Survey. The LGS-CGP research mission is divided into four programmatic areas1) basic and applied coastal geology, 2) coastal resource inventories, 3) geoscience education, and 4) government, private, public, and university technical assistance and technology transfer.

**1981-1982:** Woodward-Clyde Consultants, Victoria, British Columbia. <u>Senior Staff Scientist</u>. Studies involved physical shore-zone analysis and geomorphic mapping; oil spill sensitivity and countermeasure analysis; tidal inlet stability; geology and sediment dispersal of coastal, deltaic and continental shelf environments; and low altitude videotape mapping projects. Specific projects include: 1) Beaufort Sea Sediment Dynamics-Canadian Geological Survey, 2) Physical Shore-Zone and Oceanographic Analysis of the British Columbia Coast-Mobil of Canada, Limited, 3) Physical Shore-Zone and Oil Spill Countermeasure Analysis of the Labrador Coast-Petro-Canada Limited, 4) The Stability of Artificial Drilling Islands in the Canadian Beaufort Sea-Geological Survey of Canada and 5) The Surficial Geology of Oliktak Point, Alaska-Chevron, USA.

**1980-1981:** Louisiana State University, Baton Rouge, Louisiana. <u>Research Associate III</u>. Louisiana Barrier Island Project - Laboratory for Wetland Soils and Sediments (Center for Wetland Resources). Directed the physical section of the Louisiana Barrier Island Project. Specific studies include: 1) analysis of barrier island erosion and land loss, 2) models for barrier shoreline and abandoned delta complex evolution, 3) barrier shoreline sediment dispersal, 4) tidal inlet processes and development, 5) storm processes.

**1979-1980:**   Louisiana State University, Department of Geology, Baton Rouge, Louisiana.  <u>Research Assistant</u>.  Primary research focused on: 1) barrier island and tidal inlet morphodynamics and sedimentation in the East Friesian Islands, West Germany, 2) stability of Fort George Inlet, Florida and Pass Drury, Alabama, 3) hurricane impact and shoreline response, 4) morphodynamics of the Bayou Lafourche barrier shoreline, Louisiana, 5) sediment transport study at U.S. Army Coastal Engineering Research Center Field Research Facility at Duck, North Carolina.

**1977-1979:**   Louisiana State University, Department of Geography and Anthropology.  Baton Rouge, Louisiana.  <u>Research Assistant</u>.  Department of Geography.  Primary research focused on: 1) shoreline geomorphology and processes of the Arctic Beaufort seacoast; 2) stability of Fort George Inlet, Florida, and 3) morphodynamics of the Caminada-Moreau coast.

**1972-1976:**   Mayport, Florida.  <u>Commercial Fishermen</u>.  Participated in a variety of commercial fishing activities in the coastal waters of southeast Georgia and northeast Florida.  Activities included shrimp trawling, gillnet fishing, commercial snapper fishing, charter boat fishing, and party boat fishing.  Responsible for boat maintenance and operation, supervision of deck hands, passenger safety, and fishing gear maintenance on vessels ranging 26' to 95' in length.

## 7. THESIS

Penland, S., 1979.  The effects of the St. John River jetty system on the morphology, sediment transport pattern, and stability of Fort George Inlet, Florida.  M.Sc. Thesis, Louisiana State University, 196 p.

## 8. DISSERTATION

Penland, S., 1990.  Barrier island evolution, delta plain development, and chenier plain formation in Louisiana. Ph.D. Dissertation, Louisiana State University, 252 p.

## 9. PUBLICATIONS

**A. Books**

Lavoie, D. and Penland, S., in press. The Impact of Hurricane Katrina and Rita in the Northern Gulf of Mexico, Journal of Coastal Research, Special Publication

Penland, S. and FitzGerald, D., in press. The Environmental Challenges and Resotration of the Pontchatrain Basin in Southeast Louisiana. Journal of Coastal Research, Special Publication.

Penland, S., Beall, A. and Waters, J., 2001.  Environmental Atlas of the Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, 185 p.

List, J.H., Jaffe, B.E., Sallenger, Jr., A.H., Williams, S.J., McBride, R.A., and Penland, S, 1994.  Louisiana Barrier Island Erosion Study:  Atlas of Sea Floor Changes from 1878 to 1989.  U.S. Geological Survey, Miscellaneous Investigations Series I-2150-B, 81 p.

Williams, S.J., Penland, S. and Sallenger, A.H., Jr., Editors, 1992. Louisiana Barrier Island Erosion Study - Atlas of Barrier Shoreline Changes in Louisiana from 1853 to 1989.  U.S. Geological Survey Miscellaneous Investigations Series I-2150-A, 103 p.

Penland, S. and Roberts, H.H., Editors, 1991.  Coastal Depositional Systems in the Gulf of Mexico:  Quaternary
    Framework and Environmental Issues GCSSEPM Foundation, 284 p.


**B.  Book Chapters, Journal Articles, Maps, and CD's**

Penland, S., 2005.Taming the River to Let in the Sea. Natural History, v.114(1): 42-47.

FitzGerald, D.M., Kulp, M., Penland, S., Flacks, J., and Kindinger, J. (2004).  Morphologic and stratigraphic evolution
    of ebb-tidal deltas along a subsiding coast:  Barataria Bay, Louisiana.  Sedimentology, International
    Assocation of Sedimentologists, 111157-1178.

Penland, S., Westphal, K.A., and Zganjar, C. (2003).  Impact of Hurricane Andrew on the Isles Dernieres in
    Louisiana.  U.S. Geological Survey, Open-File Report 03-398 #2, 1 map and 14p.

Penland, S., Westphal, K.A., and Zganjar, C. (2003).  Impact of Hurricane Andrew on the Timbalier Islands in
    Louisiana.  U.S. Geological Survey, Open-File Report 03-398 #1, 1 map and 15p.

Penland, S., Zganjar, C., Westphal, K., Connor, P., and Williams, S.J. (2003).  Shoreline changes in the Isles
    Dernieres: 1887 - 1996.  U.S. Geological Survey, Open-File Report 03-398 # 4, 1 map and 13p.

Penland, S., Zganjar, C., Westphal, K., Connor, P., and Williams, S.J. (2003).  Shoreline changes in the Timbalier
    Islands: 1887 - 1996.  U.S. Geological Survey, #3,1 map and 13p.

Penland, S., Zganjar, C., Westphal, K., Connor, P., and Williams, S.J. (2003).  Shoreline changes along the
    Caminada-Moreau Coast and Grand Isles:  1887 - 1996.  U.S. Geological Survey, Open-File Report # 7, 1
    map and 12p.

Penland, S., Zganjar, C., Westphal, K., Connor, P., and Williams, S.J. (2003).  Shoreline changes along the
    Plaquemines Barrier Shoreline: 1884 - 1996.  U.S. Geological Survey, Open-File Report # 8, 1 map and 13p..

Penland, S., Zganjar, C., Westphal, K., Connor, P., and Williams, S.J. (2003).  Shoreline changes in the Northern
    Chandeleur Islands: 1855 - 1996.  U.S. Geological Survey, Open-File # 5, 1 map and 13p.

Penland, S., Zganjar, C., Westphal, K., Connor, P., and Williams, S.J. ( 2003).  Shoreline changes in the Southern
    Chandeleur Islands: 1855 - 1996.  U.S. Geological Survey, Open-File Report # 6, 1 map and 13p.

Penland, S., Beall, A., and Kindinger, J., 2002.  Environmental Atlas of the Lake Pontchartrain Basin.  U.S.
    Geological Survey, Open-File Report 02-206, 185 p.

Kindinger, J., Flocks,J., Kulp,M., Penland,S., and Britsch, L.D., 2001.  Sand Resources, Regional Geology, and
    Coastal Processes for  the Restoration of the Barataria Barrier Shoreline.  U.S. Geological Survey Open
    File Report 01-384, 69 p., 5 plates.

Penland, S., P. McCarty, P., Beall, A., and Maygarden, D. 2001.  Regional Description of the Lake Pontchartrain
    Basin, p.3-6, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain
    Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La. 185 p.

Penland, S., Beall, A., and Maygarden, D.  2001.  Status and Trends of the Lake Pontchartrain Basin. p.8-19. *in* S. Penland, A.  Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La. 185 p.

Penland, S., Maygarden, D. and the Lake Pontchartrain Basin Foundation, 2001.   Restoration of the Lake Pontchartrain Basin, p.21-27, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Yamazaki, G. and Penland, S. 2001. Recent Hurricanes Producing Significant Damage, p.36-39, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Ramsey, K., Beall, A., Howard, M., Strimas, A., Peters, A. and Penland, S. 2001, Sea Level Rise in Lake Ponchartrain, p.46, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

McCarty, P. and Penland, S. 2001.  Geologic Setting of the Big Branch Shoreline., p.50, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Lopez, J., Penland, S., Connor, P. Kidinger, J. and Williams, S.J. 2001.  Baton Rouge-Denham Springs Fault System, Lake Pontchartrain, p. 55, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Beall, A., Zganjar, C. Westphal, K. and Penland, S. 2001.  Shoreline Types of the Lake Pontchartrain Basin-Summary, 2001,  p.56, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Beall, A., Zganjar, C., Westphal, K. and Penland, S. 2001.  Shoreline Types of Lake Maurepas, p.57, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Beall, A. Zganjar, C., Westphal, K. and Penland, S. 2001.  Shoreline Types of Pass Manchac, p.58, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Beall, A., Zganjar, C., Westphal, K. and Penland, S. 2001.  Shoreline Types of Lake Pontchartrain-Southwest Shore, p.59, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Beall, A. Zganjar, C., Westphal, K. and Penland, S. 2001.  Shoreline Types of Lake Pontchartrain-Southeast Shore, p.60, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Beall, A., Zganjar, C., Westphal, K. and Penland, S. 2001.  Shoreline Types of Lake Pontchartrain-North Shore, p.61, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain   Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Beall, A., Zganjar, C., Westphal, K. and Penland, S. 2001.  Shoreline Types of Lake Borgne, p.62, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin. Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

9

Connor, P., Maygarden , D., and Penland, S.  2001. Bathymetric Map of Lake Pontchartrain, p.63, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Connor, P., Maygarden, D., Carridas, V., Penland, S. and Kidinger, K. 2001.  Bathymetry of South Shore of Lake Pontchartrain, p.64, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Penland, S., Beall, A., Britsch, L.D., and Williams, S.J. 2001.  Pontchartrain Basin Land Loss-Description, p.130, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain   Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Penland, S., and Beall, A., Britsch, L.D., and Williams, S.J. 2001.  Pontchartrain Basin Land Loss-Morphology Classification, p.131, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Penland, S., Beall, A., Britsch, L.D., and Williams, S.J. 2001.  Pontchartrain Basin Land Loss-Process Classification, p.132, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C., Frierson, G., Westphal, K., McCarty, P., Bridges, S. and Penland, S. 2001.  Shoreline Changes of Lake Maurepas, p.133, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C., Frierson, G., Westphal, K., Bridges, S., and Penland, S. 2001.  Shoreline Change Rates of Lake Maurepas, p.134, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C., Westphal, K., McCarty, P., Bridges, S. and Penland, S. 2001.  Shoreline Changes of Northern Lake Pontchartrain, p.135, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C., Westphal, K., McCarty, P., Bridges, S. and Penland, S. 2001.  Shoreline Change Rates of Northern Lake Pontchartrain, p.136, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C., Westphal, K., McCarty, P., Bridges, S. and Penland, S. 2001. Shoreline Change of Southern Lake Ponchartain, p. 137, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C. Westphal, K., McCarty, P., Bridges, S. and Penland, S. 2001.  Shoreline Change Rates of Southern Lake Pontchartrain, p.138, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C., Westphal, K., McCarty, P., Bridges, S. and Penland, S. 2001.  Shoreline Change of Lake Borgne, p.139, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain  Basin.  Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Zganjar, C., Westphal, K., McCarty, P., Bridges, S., and Penland, S. 2001.  Shoreline Changes of Lake Borgne, p.139-140, *in* S. Penland, A. Beall, and J. Waters (editors), Environmental Atlas of the Lake Pontchartrain Basin. Lake Pontchartrain Basin Foundation, New Orleans, La.  185 p.

Penland, S., Wayne, L.D., Britsch, L.D., and Williams, S.J. (2000).  The Geomorphology of Coastal Land Loss the Mississippi River Delta Plain.  U.S. Geological Survey, Open File Report I-0417 (1 map).

Penland, S., Wayne, LD., Britsch, L.D., and Williams, S.J. (2000).  The Processes of Coastal Land Loss in the Mississippi River Delta Plain, Open File Report I-0418 (1 map).

Nichol, S.L., Boyd, R., and Penland, S., 1996.  Sequence stratigraphy of a coastal-plain incised valley estuary:  Lake Calcasieu, Louisiana.  Journal of Sedimentary Research, v. 66(4): 847-857.

Penland, S. (Project coordinator), 1996.  Historical shoreline change in the Northern Gulf of Mexico Map.  Scale 1:2,000,000, Prepared for the U.S. Environmental Protection Agency (20" x 40"), Center for Coastal Energy and Environmental Resources, Louisiana State University, Baton Rouge, Louisiana (update).

Brooks, G.R., Kindinger, J.L., Penland, S., Williams, S.J., and McBride, R.A., 1995.  East Louisiana continental shelf sediments:  a product of delta reworking.  Journal of Coastal Research, Vol. 11(4):  1026-1036.

Nichol, S.L., Boyd, R., and Penland, S., 1994.  Strategraphic response of wave-dominated estuaries to different relative sea-level and sediment supply histories:  Quaternary case studies from Nova Scotia, Louisiana, and eastern Australia in Incised-valley Systems:  Origin and Sedimentary Sequences. SEPM Special Publication No. 51, p. 265-283.

Penland, S., Williams, S.J., Davis, D.W., Sallenger, A.H., Jr., and Groat, C.G. 1992.  Barrier island erosion and wetland loss in Louisiana.  Atlas of shoreline changes in Louisiana From 1985 to 1989.  U.S. Geological Survey, Miscellaneous Investigations Series I-1250A, p. 2-7.

McBride, R.A., Penland, S., Hiland, M.W., Williams, S.J., Westphal, K.A., Jaffe, B.E., and Sallenger, A.H., Jr., 1992.  Analysis of barrier shoreline change in Louisiana from 1853 to 1989.  Atlas of shoreline changes in Louisiana From 1985 to 1989. U.S. Geological Survey Miscellaneous Investigation Series I-1250-A, p. 36-97.

Westphal, K.A., and Penland, S., 1992.  Aerial photographic mosaics of Louisiana's barrier shoreline, in Williams, S.J., Penland, S., and Sallenger, A.H., Jr., eds., Louisiana barrier island erosion study - atlas of barrier shoreline changes in Louisiana from 1853 to 1989:  U.S. Geological Survey Miscellaneous Investigation Series I-2150-A, p. 24-35.

Stone, G, and Penland, S., 1992.  Historic Shoreline Change along the Northern Gulf of Mexico.  Natural and Technological Disasters:  Causes, Effects and Preventive Measures, Pennsylvania Academy of Science, p. 267-279.

Van Heerden, I.L., Roberts, H.H., Penland, S., and Cunningham, R.H., 1991.  Subaerial delta development, eastern Atchafalaya Bay, Louisiana.  Coastal Depositional Systems in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  GCSSEPM Foundation, p. 182-185.

Byrnes, M.R., McBride, R.A., Penland, S., Hiland, M.W., and Westphal, K.A., 1991.  Historical changes in shoreline position along the Mississippi Sound barrier islands.  Coastal Depositional Systems in the Gulf of Mexico: Quaternary Framework and Environmental Issues.  GCSSEPM Foundation, p. 43-55.

Pope, D.L., Penland, S., Suter, J.R., and McBride, R.A., 1991.  Holocene geologic framework of Trinity Shoal Region, Louisiana.  Coastal Depositional Systems in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  GCSSEPM Foundation, p. 191-201.

Penland, S., McBride, R.A., Suter, J.R., Boyd, R., and Williams, S.J., 1991.  Holocene development of shelf-phase Mississippi River delta plain.  Coastal Depositional Systems in the Gulf of Mexico: Quaternary Framework and Environmental Issues.  GCSSEPM Foundation, p. 182-185.

Penland, S. (project coordinator), 1991. Historical shoreline change in the Northern Gulf of Mexico. Scale 1:2,000,000, Prepared for the U.S. Environmental Protection Agency (26 X 40"), Louisiana Geological Survey, Baton Rouge, LA.

Kindinger, J.L., Penland, S., Williams, S.J., Suter, J.R., McBride, R.A., Brooks, G.R., and Locker S., 1991. Nearshore Holocene stratigraphy, Northern Gulf of Mexico: Integration of regional geologic studies. Coastal Depositional Systems in the Gulf of Mexico: Quaternary Framework and Environmental Issues. GCSSEPM Foundation, p. 96-102.

McGinnis, L.D., Johnson, D.O., Isaacson, H.R., Zimmerman, R.E., Penland, S., Connor, P.F., 1991.  Velocity depression and degassification subsidence in Louisiana wetlands.  Coastal Depositional Systems in the Gulf of Mexico: Quaternary Framework and Environmental Issues.  GCSSEPM Foundation, p. 128-133.

Roberts, H.H., Penland, S., Bailey, A., and Scheyder, J.N., 1991.  Sedimentology, geochemistry, and geotechnical properties of two long borings through the Terrebonne Holocene delta plain: effect of early diagnosis and lithology on subsidence.  Coastal Depositional Systems in the Gulf of Mexico: Quaternary Framework and Environmental Issues.  GCSSEPM Foundation, p. 223-230.

Brooks, G.R., Kindinger, J.L., Penland, S., Williams, S.J., Suter, J.R., and McBride, R.A., 1991.  Recent geological development of the eastern Louisiana continental shelf.  Coastal Depositional Systems in the Gulf of Mexico: Quaternary Framework and Environmental Issues.  GCSSEPM Foundation, p. 40-42.

McBride, R.A., Byrnes, M.R., Penland, S., Pope, D.L., and Kindinger, J.L., 1991. Geomorphic history, geologic framework, and hard mineral resources of the Petit Bois Pass area, Mississippi-Alabama. Coastal Depositional Systems in the Gulf of Mexico: Quaternary Framework and Environmental Issues, p. 116-127.

McBride, R.A., Penland, S., Jaffe, B., Williams, S.J., Sallenger, A.H., and Westphal, K.A., 1991, Shoreline changes of the Isles Dernieres barrier island arc, Louisiana, from 1853 to 1989. Scale 1:75,000, 1 sheet, Investigative Map Series, Map I-2186, US Geological Survey.

Penland, S. and Ramsey, K.E., 1990.  Relative sea level rise in Louisiana and the Gulf of Mexico:1908-1988.  Journal of Coastal Research, v. 6(2):323-342.

Ritchie, W. and Penland, S., 1990.  Aeolian sand bodies of the south Louisiana coasts.  in Coastal Dunes: Forms and Processes, John Wiley and Sons, Ltd, p. 105-127.

Boyd, R., Suter, J.R., and Penland, S., 1989.   Application of sequence stratigraphy to modern depositional environments.  Geology, 17: 926-929.

Suter, J.R., Mossa, J., and Penland, S., 1989.  Preliminary assessments of the occurrence and effects of utilization of sand and aggregate resources of the Louisiana inner shelf.  Marine Geology, v. 90:31-37

Penland, S. and Suter, J.R., 1989.  Geomorphology of the Mississippi River chenier plain.  Marine Geology, 90:231-238.

Boyd, R., Suter, J.R., and Penland, S., 1988.  Implications of modern sedimentary environments for sequence stratigraphy.  In:  D.P. James and D.A. Leckie (editors), Sequences, Stratigraphy, Sedimentology:  Surface and Subsurface, CSPG Memoir 15, p. 33-36.

Penland, S., Suter, J.R., and Boyd, R., 1988.  The transgressive depositional systems of the Mississippi River delta plain:  a model for barrier shoreline and shelf sand development.  Journal of Sedimentary Petrology, 58(6): 932-949.

Ritchie, W. and Penland, S., 1988.  Rapid dune changes associated with overwash processes on the deltaic coast of south Louisiana.  Marine Geology, 81: 97-122.

Suter, J. R., Berryhill, H.L., Jr., and Penland, S. 1987.  Late Quaternary sea level fluctuations and depositional sequences, southwest Louisiana continental shelf.  Stratigraphic record of sea level changes.  Special publication.  Tulsa, Okla.:  Society of Economic Paleontologists and Mineralogists, p. 199-219.

FitzGerald, D.M. and Penland, S. 1987.  Backbarrier dynamics of the East Friesian Islands.  Journal of Sedimentary Petrology, 57(4): 746-754.

Penland, S., Suter, J.R., and Moslow, T.F., 1986.  Inner-shelf shoal sedimentary facies and sequences:  Ship Shoal, northern Gulf of Mexico.  In:  T.F. Moslow and E.G. Rhodes (editors), Modern and Ancient Shelf Clastics:  A Core Workshop, Society of Economic Paleontologists and Mineralogists Core Workshop 9, Tulsa, Ok, p. 73-123.

Penland, S., Ritchie, W., Boyd, R., Gerdes, R.G., and Suter, J.R., 1986.  The Bayou Lafourche delta, Mississippi River delta plain.  In:  Geological Society of America, Decade of North American Geology, Field guide series, p. 447-452.

Penland, S., Suter, J.R., and Boyd, R., 1985.  Barrier island arcs along abandoned Mississippi River deltas.  Marine Geology, 63: 197-233.

Nummedal, D., Coleman, J.M., Boyd, R., and Penland, S., 1985.  Louisiana.  In M.L. Schwartz and E.C.F. Bird, eds., Coastlines of the world.  Stroudsberg, Penn.:  Dowden, Hutchinson and Ross Publishing Co.

Boyd, R. and Penland, S. 1984.  Shoreface translation and the Holocene stratigraphic record in Nova Scotia, southeastern Australia, and the Mississippi River delta plain.  Marine Geology, 63: 391-412.

FitzGerald, D.M., Penland, S., and Nummedal, D., 1984.  Control of barrier island shore by inlet sediment bypassing processes:  East Friesian Islands, West Germany.  Marine Geology, 60: 355-376.

FitzGerald, D.M., Penland, S., and Nummedal, D., 1984.  Changes in tidal inlet geometry due to backbarrier filling:  East Friesian Islands, West Germany.  Shore and Beach, 52(4): 2-8.

Nummedal, D., Cuomo, R.F., and Penland, S., 1984.  Shoreline evolution along the northern coast of the Gulf of Mexico.  Shore and Beach, 52(1): 11-17.

Nummedal, D. and Penland, S., 1981.  Sediment dispersal of Norderneyer Seegat, West Germany.  In:  Holocene Marine Sedimentation in the North Sea Basin.  International Association of Sedimentologists Special Publication 5, London, p. 187-210.

Schramm, W., Penland, S., Gerdes, R., and Nummedal, D., 1980.  Effects of hurricane Frederic on Dauphin Island, Alabama.  Shore and Beach, 48(3): 20-2

## C. Conference Proceedings

Penland, S., Connor, P., Cretini, F., and Westphal, K. (in press).  Assessment of barrier island protection and restoration techniques in Louisiana: Isles Dernieres barrier island arc.  Coastal Sediments '03.  Aermican Society of Civil Engineers.

Connor, P. and Penland, S. (in press).  Evolution and demise of Louisiana transgressive barrier island systems.  Costal Sediemnts '03.  American Society of Civil Engineers.

Penland, S., Connor, P., McCarty, P., Westphal, K., Sallenger, Al., and Williams, S.J. (in press).  The impact of Hurricane Georges on the Chandeleur Islands in southeast Louisiana: a comparison with Hurricane Camille.  Coastal Sediments '03.  American Society of Civil Engineers.

Beall, A.D., Sigurdson, A.I.T., and Penland, S. (in press).  A remote sensing analysis of brown marsh progression and recovery in coastal Louisiana.  Coastal Sediments '03.  American Society of Civil Engineers.

Kulp, M.A., Howell, P.D., Peland, S., Kindinger, J.L., and Williams, S.J. (in press).  Latest Quaternary stratigraphic framework of the Mississippi River delta.  Gulf Coast Association of Geological Societies.

Kindinger, J.L., Penland, S., Flocks, J., Kulp, M., and Britsch, L.D. (in press).

Penland, S., Beall, A., Britsch, L.D., and Williams, S. J., (in press).  Geologic classification of coastal land loss between 1932 and 1990 in the Mississippi River delta plain, southeastern Louisiana.  Gulf Coast Association of Geologic Societies Transactions.

Kulp, M., Howell, P., Adieu, S., Penland, S., Kindinger, J., and Williams, S. J., (in press).  Late Quaternary stratigraphic framework of the Mississippi River delta region.  Transactions- Gulf Coast Association of Geologic Societies.

Beall, A., Mathies, L., Penland, S., and Westphal, K., 2002.  Beneficial use monitoring program:  creation of coastal habitats in Louisiana.  in  Lesnik, J. R. (Editor), Coastal Water Resource.  AWRA 2002 Spring Specialty Conference Proceedings, American Water Resource Association, TPS-02-1, p. 143-147.

Koch, J., and Penland, S., 2001.  Shoreline characterization of the Geomorphological Impact of Hurricane Georges on the Chandeleur Islands, Southwest Louisiana.  Gulf Coast Association of Geological Societies.  Transactions, 51:451-153.

Tischer, S.P., Womochel, D.R., and Penland, S., 2001.  Myrtle Point Natural Gas Condensate Spill and Subsequent Natural Resources Damage Assessment, St. Mary Parish, Louisiana.  Gulf Coast Association of Geological Society Transactions,  51:467-470.

Tischer, S.P., Womochel, D. R., and Penland, S., 2000.  Myrtle Point natural gas condensate spill and subsequent Natural Resource Damage Assessment, St. Mary Parish, La.  American Association of Petroleum Societies, Southwest Section, 32 p.

Penland, S., Thompson, S., Milanes, A., and Tischer, S. 1999. Assessment of a condensate spill in a bottomland hardwood forest in the Atchafalaya basin. Gulf Coast Association of Geological Societies. Transactions, v. 49:426-431.

Penland, S., Thompson, S., Milanes, A., Tischer S., Thumen, C. and House, C. 1999. Assessment and restoration of a condensate spill in the Atchafalaya Basin, Louisiana. Paper #434 1999 International Oil Spill Conference Proceedings, American Petroleum Institute, p.1-4.

Lopez, J., Williams, S.J. and Penland, S. (1997). Confirmation of active faults in Lake Pontchartrain and southeast Louisiana. Gulf Coast Association of Geological societies Transactions, v. 47:299-303.

Kindinger, J., Williams, S.J., Penland, S., Flocks, J.G. and Connor, P., 1997. Holocene geologic framework of the Lake Pontchartrain Basin and the lakes of southeastern Louisiana. Gulf Coast Association of Geological Societies Transactions, v. 47:635-638.

Penland, S., Wayne, L., and Froomer, C., 1995. MMS Gulf Region GIS database for Oil Spill Contingency Planning. Proceedings - International Oil Spill Conference, American Petroleum Institute, p. 851-853.

Debusschere, K., Penland, S., Ramsey, K.E., Lindstedt, D., Westphal, K.A., Seal, R.W., McBride, R.A., Byrnes, M.R., and Owens, E.H., 1993. Implementing the shoreline cleanup assessment team process in the Gulf of Mexico. Proceedings - International Oil Spill Conference, American Petroleum Institute, p. 95-97.

Kuecher, G.J., Chandra, N., Roberts, H.H., Suhayda, J.H., Williams, S.J., Penland, S., and Autin, W.J., 1993. Consolidation settlement potential in south Louisiana. Coastal Zone 93, ASCE, p. 1197-1214.

Penland, S., McBride, R.A., Suter, J.R., Boyd, R., and Williams, S.J., 1993. Large Scale Coastal Behavior, U.S. Geological Open File Report 93-381, p. 155-159.

Williams, S.J., Penland, S., and Roberts, H.H., 1993. Processes affecting coastal wetland loss in the Louisiana deltaic plain. Coastal Zone '93, ASCE, p. 211-219.

Wayne, L.D., Byrnes, M.R., Britsch, L.D., Penland, S., Wilkey, P.T., Williams, T.R., and Williams, S.J., 1993. Classification of land loss by geomorphology and process. Coastal Zone '93, ASCE, p. 85-95.

Suhayda, J.N., Bailey, A., Roberts, H.H., Penland, S., and Kuecher, G., 1993. Subsidence properties of Holocene sediments: S. LA., Coastal Zone '93, ASCE, p. 1215-1229.

Penland, S., 1992. Coastal land loss in Louisiana - Status of the Louisiana Geological Survey research activities. Proceeding of the 54th Meeting of the Coastal Engineering Research Board, U.S. Army Corps of Engineers, p. 63-66.

Debusschere, K., Penland, S., Ramsey, K.E., Lindstedt, D., Westphal, K.A., Seal, R.W., McBride, R.A., and Byrnes, M.R., Owens, E.H., and van Heerden, I.L. (1992). The shoreline cleanup assessment program in the Gulf of Mexico. Seminar on Physical Recovery of Spills. U.S. Coast Guard, 32 p.

Nichol, S.L., Boyd, R., and Penland, S., 1992. Hydrology of a wave-dominated estuary: Lake Calcasieu, southwest Louisiana. Gulf Coast Association of Geological Societies Transactions, 42: 835-844.

Byrnes, M.R., Penland, S., Ramsey, K.E., Crawford, T.G., Kelly, R.F., and Rowland, J., 1991. Offshore sand resources for coastal erosion in Louisiana: physical environmental considerations and economic feasibility. MTS '91, Marine Technology Society, Washington, D.C., p. 755-761.

Kindinger, J.L., Penland, S., Williams, S.J., Brooks, G.R., Suter, J.R., and McBride, R.A., 1991. Late Quaternary geologic framework, north-central Gulf of Mexico. Coastal Sediments '91, ASCE, p. 1096-1110.

Penland, S., McBride, R.A., Williams, S.J., Boyd, R., and Suter, J.R., 1991. Effects of sea level rise on the Mississippi River Delta Plain. Coastal Sediments '91, ASCE, p. 1248-1264.

Penland, S., Westphal, K.A., McBride, R.A. and Debusschere, K., 1991. Aerial videotape mapping of coastal geomorphic changes. Coastal Zone '91, ASCE, p. 370-390.

Ramsey, K. E, Penland, S., and Roberts, H.H., 1991. Implications of accelerated sea-level rise on Louisiana coastal environments. Coastal Sediments '91, ASCE, p. 1207-1221.

McBride, R.A., Hiland, M.W., Penland, S., Williams, S.J., Byrnes, M.R., Westphal, K.A., Jaffe, B., and Sallenger, A.H., Jr., 1991. Mapping barrier island changes in Louisiana: techniques, database, and results. Coastal Sediments '91. ASCE, p. 1011-1026.

Debusschere, K., Penland, S, Westphal, K.A., McBride, R.A., Reimer, P.D., 1991. Morphodynamics of the Isles Dernieres Barrier Shoreline, Louisiana: 1984-1989. Coastal Sediments '91, p. 1137-1151.

Williams, S.J., Penland, S., and Sallenger, A.H., 1991. Results of geologic process studies of barrier island erosion and wetland loss in coastal Louisiana. Coastal Zone '91, ASCE, p. 215-225.

Williams, S.J., Penland, S., McBride, R.A., Sallenger, A.H., Jr., and Kindinger, J.L., 1991. Geologic controls on the formation and evolution of Quaternary coastal deposits of the northern Gulf of Mexico. Coastal Sediments '91, ASCE, p. 1082-1095.

Byrnes, M.R., Penland, S., McBride, R.A., Debusschere, K., Westphal, K.A., and Davis, D.W., 1990. Computer mapping, aerial videotape surveys, and geographic information systems: an integrated approach to developing a shoreline change database. Delineation of Erosion Hazard Shorelands. Great Lakes Shoreland Management Workshop Series, Cleveland, Ohio, p. 21-29.

Ritchie, W. and Penland, S., 1990. Coastline erosion and washover penetration along the Bayou Lafourche barrier shoreline between 1978 and 1985 with special reference to hurricane impacts. O'Dell Memorial Monograph, v. 23, University of Aberdeen, Scotland, 33p.

Penland, S., 1990. A review of coastal erosion and wetland loss in Louisiana. Long Term Implications of Sea Level Change for the Mississippi and Alabama Coastlines, Mississippi-Alabama Sea Grant Consortium MASPG-90-015, p. 69-79.

Penland, S., Roberts, H.H., Williams, S.J., Sallenger, A.H., Jr., Cahoon, D.R., Davis, D.W., and Groat, C.G., 1990. Coastal land loss in Louisiana. Gulf Coast Association of Geological Societies Transactions, v. 40:685-699.

McBride, R.A., Penland, S., Mestayer, J.T., 1990. Facies architecture of Bayou Grand Caillou area: a shallow water delta in the Mississippi River delta plain. Gulf Coast Association of Geological Societies Transactions, V. 40; p. 575-583.

Penland, S., Suter, J.R., McBride, R.A., Williams, S.J., Kindinger, J.L., and Boyd, R., 1989. Holocene sand shoals offshore of the Mississippi River delta plain. Gulf Coast Association of Geological Societies Transactions, 39: 417-480.

Penland, S., Debusschere, K., Westphal, K.A., Suter, J.R., McBride, R.A., and Reimer, P.D., 1989.  The 1985 hurricane impacts on the Isles Dernieres:  a temporal and spatial analysis of the coastal geomorphic changes.  Gulf Coast Association of Geological Societies Transactions, 39: 455-470.

Penland, S., Mossa, J., McBride, R.A., Ramsey, K.E., Suter, J.R., Groat, C.G., and Williams, S.J., 1990.  Offshore and onshore sand resource delineation and usage for coastal erosion control in Louisiana:  Isles Dernieres and Plaquemines barrier systems.  Proceedings of Second Symposium on Studies Related to Continental Margins.  University of Texas - Bureau of Economic Geology, Austin, TX, p. 74-86.

Ritchie, W. and Penland, S., 1989.  Coastline erosion and washover penetration:  Caminada-Moreau coastline, Louisiana, U.S.A.  Coastal Zone '89, ASCE, p. 253-264.

McBride, R.A., Penland, S., Jaffe, B., Williams, S.J., Sallenger, A.H., and Westphal, K.A., 1989.  Erosion and deterioration of the Isles Dernieres barrier island arc, USA:  1853 to 1988.  Gulf Coast Association of Geological Societies Transactions, 39: 431-444.

Kindinger, J.L., Penland, S. Williams, S.J., and Suter, J.R., 1989.  Inner shelf deposits of the Louisiana-Mississippi-Alabama region, Gulf of Mexico.  Gulf Coast Association of Geological Societies Transactions, 39: 413-420.

Penland, S., Suter, J.R., Ramsey, K.E., McBride, R.A., Williams, S.J., and Groat, C.G., 1990.  Offshore sand resources for coastal erosion control in Louisiana.  Gulf Coast Association of Geological Societies Transactions, v. 40:721-731.

Penland, S., Suter, J.R., McBride, R.A., Westphal, K.A., Sallenger, A.H., and Williams, S.J., 1989.  Morphodynamic signature of the 1985 hurricane impacts on the Northern Gulf of Mexico shoreline.  Coastal Zone '89, ASCE, p. 4220-4234.

John, C.J., Penland, S., Ramsey, K.E., and Groat, C.G., 1989.  Preliminary evaluation of sand resources offshore Louisiana.  IEEE Oceans '89, New York, NY, Vol 1, p. 1-6.

Boyd, R., Suter, J.R., and Penland, S. 1989.  Sequence stratigraphy of the Mississippi delta.  Gulf Coast Associate of Geological Societies Transactions, v. 39:331-340.

Ramsey, K.E. and S. Penland, 1989.  Sea level rise and subsidence in Louisiana and the Gulf of Mexico.  Gulf Coast Association of Geological Societies Transactions, 39: 491-500.

Williams, S.J., Penland, S., and Circe', R.C., 1989.  Distribution and textural character of surficial sediments, Isles Dernieres to Ship Shoal region, Louisiana.  Gulf Coast Association of Geological Societies Transactions, 39: 571-576.

Penland, S. and Suter, J.R., 1988.  Barrier island erosion and protection in Louisiana:  a coastal geomorphological perspective.  Gulf Coast Association of Geological Societies Transactions, 38: 331-342.

Suter, J.R., Mossa, J., and Penland, S., 1988.  Preliminary assessments of the occurrence and effects of utilization of sand and aggregate resources of the Louisiana inner shelf.  First Symposium in Studies Related to Continental Margins, Texas Bureau of Economic Geology, Austin, TX p. 80-90.

Penland, S., Ramsey, K.E., and McBride, R.A., 1987.  Sea level rise in Louisiana based on the analysis of tide gage records.  Proceedings 10th Annual National Coastal Society Meeting, Bethesda, MD, p. 661-676.

Suter, J.R., Penland, S., Williams, S.J., and Kindinger, J.L., 1988.  Transgressive evolution of the Chandeleur Islands, Louisiana.  Gulf Coast Association of Geological Societies Transactions, 38: 315-322.

Penland, S., Suter, J.R., and McBride, R.A., 1987.  Delta plain development and sea level history in the Terrebonne coastal region, Louisiana. Coastal Sediments '87, ASCE, p. 1689-1705.

Sallenger, A.H., Penland, S., Williams, S.J., and Suter, J.R., 1987.  Louisiana barrier island erosion study.  In:  N.C. Kraus (editor), Proceedings Coastal Sediments '87, American Society of Civil Engineers, New York, NY, p. 1503-1516.

Suter, J.R. and Penland, S., 1987.  Evolution of Cat Island Pass, Louisiana.  Coastal Sediments '87, ASCE, p. 2078-2093.

Penland, S.,  Suter, J.R., and Nakashima, L., 1986.  Barrier island erosion and the performance of coastal protection projects during the 1985 hurricane impacts in Louisiana.  In:  J. Bodtman (editor), Proceedings of Louisiana Environmental Professionals Association Conference, Volume 7, New Orleans, LA, p. 37-46.

Ramsey, K.E., Moslow, T.F., and Penland, S., 1985.  Sea level rise and subsidence in coastal Louisiana.  Proceedings 9th Annual Conference of the Association of State Floodplain Managers, Special Publication 12, New Orleans, LA, p. 213-219.

Suter, J.R., Berryhill, H.L., and Penland, S., 1985.  Environments of sand deposition on the southwest Louisiana continental shelf.  Gulf Coast Association of Geological Societies Transactions, 35: 495-504.

FitzGerald, D.M., Penland, S., and Nummedal, D., 1984.  Sedimentation processes along the East Friesian Islands, West Germany.  P. 3051-3066 in American Society of Civil Engineers, Proceedings of the 19th international conference on coastal engineering.  New York:  American Society of Civil Engineers.

Penland, S. and Suter, J.R., 1984.  Process-response models for Gulf Coast barrier island breaching.  Gulf Coast Association of Geological Societies Transactions, 34: 397-400.

Penland S. and Suter, J.R., 1984.  Low-profile barrier island overwash and breaching.  In:  W. Edge (editor), Proceedings of the 19th International Conference on Coastal Engineering, American Society of Civil Engineers, New York, NY, p. 2339-2345.

Penland S., and Suter, J.R., 1984.  Low-profile barrier island overwash and breaching.  P. 2339-2345 in American Society of Civil Engineers, Proceedings of the 19th international conference on coastal engineering.  New York:  American Society of Civil Engineers.

Penland, S. and Suter, J.R., 1983.  Transgressive coastal facies preserved in barrier island arc retreat paths in the Mississippi River delta plain.  Gulf Coast Association of Geological Societies Transactions, 33: 367-382.

Ritchie, W. and Penland, S., 1982.  The interrelationship between overwash and aeolian processes along the barrier coastline of south Louisiana.  In:  Proceedings of the First International Conference on Meteorology and Air/Sea Interaction of the Coastal Zone. American Meteorological Society, New York,NY, p.358-362.

Penland, S. and Boyd, R., 1982.  Assessment of geological and human factors responsible for Louisiana coastal barrier erosion. Proceedings of the Conference on Coastal Erosion and Wetlands Modification in Louisiana:Causes, Consequences, and Options.U.S. Fish and Wildlife Service, Washington, D.C.,p.14-51.

Boyd, R. and Penland, S., 1981.  Washover of deltaic barriers on the Louisiana coast.  Gulf Coast Association of Geological Societies Transactions, 31: 243-248.

Penland, S. and Boyd, R., 1981.  Shoreline changes on the Louisiana barrier coast.  IEEE Oceans '81, 2: 209-219.

Penland, S., Boyd, R., Nummedal, D., and Roberts, H.H., 1981.  Deltaic barrier development on the Louisiana coast. Gulf Coast Association of Geological Societies Transactions, 31: 471-476.

Nummedal, D., Manty, R., and Penland, S., 1980.  Bar morphology along the margin of Mississippi Sound.  Gulf Coast Association of Geological Societies Transactions, 30: 465-466.

Nummedal, D., Penland, S., Gerdes, R., Schramm, W., Kahn, J., and Roberts, H.H., 1980.  Geologic response to hurricane impact on low-profile Gulf Coast barriers.  Gulf Coast Association of Geological Societies Transactions, 30: 183-190.

Penland, S., Nummedal, D., and Schramm, W., 1980.  Hurricane Frederic impact at Dauphin Island, Alabama. Coastal Zone '80, ASCE, p. 1425-1449.

Penland, S., 1979.  Influence of a jetty system on tidal inlet stability and morphology:  Fort George Inlet, Florida. Coastal Structures '79. ASCE, p. 665-689.

Penland, S., and Ritchie, W., 1979.  Short-term morphological changes along the Caminada-Moreau coast, Louisiana. Gulf Coast Association of Geological Societies Transactions, 29:342-346.

**D. Technical Reports, Field Guides, Maps, and other Publications**

Penland, S., 2000.  Hurricane Georges Impact in the Chandeleur Islands Guidebook.  American Association of petroleum Geologists, 29 p.

Penland, S., Ramsey, K., Maygarden, D., and Simmons, R., 2000.  Assessment of historical and potential environmental impacts of oil and gas development in the Lake Pontchartrain region in southeast Louisiana. Lake Pontchartrain Basin Foundation, 92 p.

Penland, S., Beall, A., Connor, P., Kulp, M., Westphal, K., Zganjar, C., 2000.  Sand Resources and Shoreline Change Analysis of Point Cheniere Ronquille to Grand Bayou Pass: Plaquemines Parish, Louisiana.  Coastal Wetland Planning, Protection, and Restoration Act. National Marine Fisheries Service, 37 p.

Penland, S., Beall, A., Connor, P., Kulp, M., Westphal, K., Zganjar, C., 2000.  Barataria Barrier Shoreline Restoration: Habitat and Shoreline Change Analysis.  Coastal Wetland Planning, Protection, and Restoration Act.  National Marine Fisheries Service, 21 p.

Penland, S., Westphal, K., Zganjar, C., and Connor, P., 1999.  Beneficial Use of Dredged Material Monitoring Program 1998 Annual Report.  Part 1.  Results of Monitoring the Barataria Bay Waterway, Louisiana - Barataria Bay and Grand Terre Island Reaches: Base Year 1985 Through Fiscal Year 1997. U.s. Army Corps of Engineers - New Orleans District, 52 p.

Penland, S., Westphal, K., Zganjar, C., and Connor, P., 1999.  Beneficial Use of Dredged Material Monitoring Program 1998 Annual Report.  Part 2.  Results of Monitoring the Southwest Pass Waterway, Louisiana: Base Year 1985 Through Fiscal Year 1997.  U.s. Army Corps of Engineers - New Orleans District, 60 p.

Penland, S., Reed, D., Connor, P., Zganjar, C., and McCarty, P. 1999.  Northern Chandeleur Islands Vegetation Plantings. Candidate for the Ninth Priority List of the Coastal Wetlands Planning, Protection and Restoration Act.  National Marine Fisheries Service, 43 p.

Penland, S, Connor, P., Zganjar, C., and McCarty, P. 1999.  East/West Grand Terre Island Restoration.  Candidate Project for the Ninth Priority List of the Coastal Wetlands Planning, Protection, and Restoration Act. National Marine Fisheries Service, 31 p.

Penland, S., Owens, E., and Thompson, S. (1996).  Shorelines and Oil Spills in the Mississippi River and the Great Lakes.  EXXON USA-LMR/ELIRT, 305 p.

Westphal, K.A., Penland, S., Ramsey, K.E., and Seal, R.W., 1996.  Aerial Videotape Survey of the Intracoastal Waterway:  Baton Rouge, LA to New Orleans, LA to Houston, TX - 1995.  Coastal Geology Map Series No. 18, Major Inland Waterways Series No. 2.  Louisiana State University - Center for Coastal, Energy, and Environmental Resources, Baton Rouge, LA.

Penland, S., 1995.  The Coastal Geology, Processes, Habitats, and Cleanup Methods for the Northern Gulf of Mexico Shoreline.  Southern Natural Gas Company, 525 p.

Ritchie, W., Westphal, K.A., McBride, R.A., and Penland, S.,1995.  Coastal sand dunes of Louisiana:  The Bayou Lafourche barrier shoreline.  Louisiana Geological Survey, Coastal Geology Technical Report, 200p.

Zganjar, C., Westphal, K.A., Tao, Q., Penland, S., Mathies, L., Nord, B., and Flanagan, J., 1995. Habitat Inventory Map of the Atchafalaya delta in 1985. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 1, map.

Zganjar, C., Westphal, K.A., Tao, Q., Penland, S., Mathies, L., Nord, B., and Flanagan, J., 1995. Habitat Inventory Map of the Atchafalaya delta in 1994. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 2, map.

Zganjar, C., Westphal, K.A., Tao, Q., Penland, S., Mathies, L., Nord, B., and Flanagan, J., 1995. Habitat Creation Map of the Atchafalaya delta comparing 1985 and 1994. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 3, map.

Zganjar, C., Westphal, K.A., Tao, Q., and Penland, S., Mathies, L., Nord, B., and Gunn, R., 1995. Mississippi River Gulf Outlet - Jetties: 1985 and 1994. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 4, map.

Zganjar, C., Westphal, K.A., Tao, Q., and Penland, S., 1995. Beneficial Use of Dredged Material and the Creation of New Habitats at the Baptiste Collette Navigation Channel -1976 to 1994. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 5, map.

Zganjar, C., Westphal, K.A., Tao, Q., and Penland, S., 1995. Shoreline Changes of the Mississippi River Gulf Outlet - Breton Island 1985 to 1995. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 6, map.

Zganjar, C., Westphal, K.A., Tao, Q., and Penland, S., 1995. Shoreline Changes along the Mississippi River South Pass: 1985 - 1995. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 7, map.

Zganjar, C., Westphal, K.A., Tao, Q., and Penland, S., 1995. Shoreline Changes along the Mississippi River Southwest Pass: 1985 - 1995. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Map Number 8, map.

Penland, S., Westphal, K.A., Zganjar, C., Tao, Q., Connor, P.C., and Seal, R., 1995. Dredged Material Beneficial Use Monitoring Program: Methodology. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Report 1.

Penland, S., Westphal, K.A., Zganjar, C., Tao, Q., Connor, P.C., Seal, R., Wayne, L., Seal, R.W., Mathies, L., Nord, B., and Flanagan, J., 1995. Results of the Beneficial Use of Dredged Material at the Lower Atchafalaya River Bay and Bar Navigation Channel. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Report 2.

Penland, S., Westphal, K.A., Zganjar, C., Tao, Q., Connor, P.C., Wayne, L., Seal, R.W., Mathies, L., Nord, B., and Gunn, R., 1996.. Results of Monitoring the Beneficial Use of Dredged Material at the Mississippi River Gulf Outlet Navigation Channel: Jetty. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Report 3.

Penland, S., Westphal, K.A., Zganjar, C., Tao, Q., Connor, P.C., Wayne, L., and Seal, R., Mathies, L., Nord, B., Gunn, R., 1996.. Results of Monitoring the Beneficial Use of Dredged Material at the Baptiste Collette Bayou Navigation Channel. U.S. Army Corps of Engineers - New Orleans District, Dredged Material Beneficial Use Report 4.

Penland, S., 1995.  Louisiana Coastal Geology Field Trip:  Chandeleur Islands to the Atchafalaya Delta.  Amoco Production Company, 315 p.

Penland, S., 1995.  The Coastal Geology, Processes, Habitats, and Cleanup Methods for Louisiana, Mississippi, Alabama, and Florida Panhandle.  Exxon USA, 475 p.

Westphal, K.A., Ramsey, K.E., Penland, S., and Zganjar, C.E., 1995.  Aerial Videotape Survey of the Louisiana Shoreline - 1994.  Coastal Geology Map Series No. 17.  Louisiana State University, Center for Coastal, Energy, and Environmental Resources, Baton Rouge, LA.  128 p. and 13 tapes.

Penland, S., and Roberts, H.H., 1994.  Mississippi River Delta Plain Workshop.  Shell Oil Company, 240 p.

Westphal, K.A., Penland, S., and Seal, R.W., 1994.  Aerial Videotape Survey of the Northern Gulf of Mexico 1993.  Coastal Geology Map Series No. 15.  Louisiana State University, Center for Coastal, Energy, and Environmental Resources, Baton Rouge, LA.  293 p. and 34 tapes.

Westphal, K.A., Penland S., Seal, R.W., List, J., 1993.  Aerial Videotape Survey of the Hurricane Andrew Impact Zone - August 1992.  Coastal Geology Map Series No. 14.  Louisiana State University, Center for Coastal, Energy, and Environmental Resources, Baton Rouge, LA.  78 p. and 4 tapes.

Penland, S., 1993.  The Coastal Geology, Processes, and Shoreline Cleanup Methods for Louisiana.  Texaco Exploration and Production Inc., 350 p.

Penland, S., 1993.  Transgressive Deltaic Sands Workshop.  Phillips Petroleum Company, 255 p.

Penland, S., Mendelssohn, I.A., Murray, S.P., Morton, R.A., Huh, H., and Ramsey, K.E. 1992.  The coastal geology, processes, habitats, and oil spill cleanup methods for the Gulf of Mexico shoreline:  Brownsville, TX to Panama City, FL.  Marine Spill Response Corporation, 2 volumes, 400 p.

Penland, S., Mendelssohn, I.A., Murray, S.P., and O'Brien, J. 1992.  The coastal geology and processes, habitat types, and shoreline cleanup methods for Louisiana.  Texaco Exploration and Production, Inc.  1 volume, 325 p.

Ritchie, W., Westphal, K.A., McBride, R.A., and Penland, S., 1992.  The coastal sand dunes of Louisiana--Chandeleur Islands shoreline: Coastal Geology Technical Report No. 7, Louisiana Geological Survey, Baton Rouge, LA., 174 p.

Westphal, K.A., Penland, S., Seal, R.W., Byrnes, M.R., 1992.  Aerial Videotape Survey of Coastal Louisiana, Mississippi, and Alabama 1991.  Coastal Geology Map Series No. 10, Louisiana Geological Survey, Baton Rouge, LA.  85 p. and 17 tapes.

Westphal, K.A., Penland, S., Seal, R.W., Morton, R.A., 1992.  Aerial Videotape Survey of Coastal Texas and Louisiana 1992.  Coastal Geology Map Series No. 11, Louisiana Geological Survey, Baton Rouge, LA.  214 p. and 22 tapes.

Williams, S.J., Penland, S., Mc Bride, R., and Sallenger, Jr., A., 1991.  Determining shoreline change: methods and examples from the Gulf of Mexico.  U.S. Environmental Gulf of Mexico Program.  America's sea – keep it shining.  The Gulf of Mexico Symposium, 17p.

Penland, S., Debusschere, K., Mendelssohn, I.A., Murray, S.P., Owens, E.H., and Ramsey, K.E. 1991.  The coastal geology, processes, habitats, and cleanup methods for the northern Gulf of Mexico:  Cameron Parish, LA to Escambia County, FL.  Exxon U.S.A.  1 volume, 300 p.

Byrnes, M.R., Penland, S., Ramsey, K.E., Crawford, T.G., Kelly, R.F., and Chisholm, T.A., 1991. Characterization of the Development Potential of Ship Shoal Sand for Beach Replenishment of Isles Dernieres. Final Report to the U.S. Minerals Management Service, Office of Marine Minerals International Affairs, Herndon, VA.

Ritchie, W., Westphal, K.A., McBride, R.A., and Penland, S., 1990. Coastal sand dunes of Louisiana - the Plaquemines Shoreline. Coastal Geology Technical Report 6, Louisiana Geological Survey, Baton Rouge, LA, 120 p.

McBride, R.A., Davis, D.W., Jones, F.W., Braud, D., Jr., Lewis, A.J., Streiffer, H.R., Penland, S., Lam, N.S.N., and Williams, S.J., 1990. Louisiana Coastal Geographic Information System Network. Meridian 5, p. 57-59.

Ritchie, W., Westphal, K.A., McBride, R.A., and Penland, S., 1990. Coastal sand dunes of Louisiana: the Plaquemines shoreline. Louisiana Geological Survey, Coastal Geology Technical Report No. 6, 90 p.

McBride, R.A., Westphal, K.A., Penland, S., and Reimer, P.D., 1989. Aerial videotape survey of the hurricanes Florence and Gilbert impact zones. Coastal Geology Map Series 9, Louisiana Geological Survey, Baton Rouge, LA. 96 p. and 17 tapes.

Penland, S., Ramsey, K.E., and Roberts, H.H, 1989. Task 6 - The morphostratigraphic framework and processes of subsidence in Louisiana's wetlands. in Critical Physical Processes of Wetland Loss. U.S. Geological Survey, Wetland Loss Research Studies No. 7549, 192 p.

Suter, J. R., Morton, R.A., and Penland, S., 1989. Coastal Depositional Systems, Northwestern Gulf of Mexico. International Geological Congress Field Guidebook T370, American Geophysical Union, 52 p.

Penland, S., Suter, J.R., and McBride, R.A., 1988. Reconnaissance investigation of shoreface and inner-shelf sand resources in Terrebonne Parish: Point Au Fer to Timbalier Island. Louisiana Geological Survey, Open-File Series 88-06, 73 p.

Penland, S., Westphal, K.A., McBride, R.A., and Reimer, P.D., 1989. Aerial videotape survey of coastal Louisiana-1987. Louisiana Geological Survey, Coastal Geology Map Series No. 7. Baton Rouge, LA. 96 p. and 45 tapes.

John, C. J., Penland, S., and Ramsey, K.E., 1989. Preliminary assessment of non-fuel mineral resources in the Louisiana continental shelf. in Gulf Task Force, Preliminary assessment of non-fuel mineral resources in the Outer Continental Shelf-Exclusive Economic Zone of the Gulf of Mexico. Report prepared by the Louisiana Geological Survey for the U.S. Mineral Management Service under cooperative agreement 14-12-0001-30404.

Penland, S., Westphal, K.A., Debusschere, K., and McBride, R.A., 1989. The 1985 hurricane impacts on Louisiana's barrier islands: geomorphic changes in the Isles Dernieres:1984-1985. Report prepared by the Louisiana Geological Survey for the U.S. Geological Survey under cooperative agreement No. 14-08-0001-A0416.

Ritchie, W., Westphal, K.A, McBride, R.A., and Penland, S., 1989. The coastal sand dunes of Louisiana - Isles Dernieres. Coastal Geology Technical Report No. 5. Louisiana Geological Survey, 60 p.

Ritchie, W. and Penland, S., 1989. Bayou Lafourche barrier shoreline changes 1978-1985: assessment of hurricane impacts and cold front impacts. Report prepared by the Louisiana Geological Survey for the U.S. Geological Survey under cooperative agreement No. 14-08-0001-A0416.

Penland, S. and Ramsey, K.E., 1989.  Relative sea level rise in Louisiana and the Gulf of Mexico:1908-1988.  Report prepared by the Louisiana Geological Survey for the U.S. Geological Survey under cooperative agreement No. 14-08-0001-A0416.

Penland, S., Ramsey, K.E., and Roberts, H.H., 1989.  Task 6 - The morphostratigraphic framework and processes of subsidence in Louisiana's wetlands. in Critical Physical Processes of Wetland Loss.  U.S. Geological Survey, Wetland Loss Research Studies No. 7549, 192 p.

Penland, S., Westphal, K.A., McBride, R.A., and Reimer, P.D., 1989.  Aerial videotape survey of coastal Louisiana-1988.  Coastal Geology Map Series 8, Louisiana Geological Survey, Baton Rouge, LA. 117 p. and 31 tapes.

Penland, S., Westphal, K.A., McBride, R.A., and Reimer, P.D., 1989.  Aerial videotape survey of coastal Louisiana-1987.  Coastal Geology Map Series 7, Louisiana Geological Survey, Baton Rouge, LA.  93 p. and 45 tapes.

Penland, S. and Suter, J.R., 1988.  Coastal and Shallow Marine Sedimentation on the Mississippi River Delta Plain and Chenier Plain.  Society of Economic Paleontologists and Mineralogists Field Trip Guide, 132 p.

Ritchie, W., Westphal, K.A., McBride, R.A., and Penland, S., 1989.  Coastal sand dunes of Louisiana - the Isles Dernieres.  Coastal Geology Technical Report 5, Louisiana Geological Survey, Baton Rouge, LA, 60 p.

Penland, S., Suter, J.R., and McBride, R.A., 1988.  Reconnaissance investigation of shoreface and inner-shelf sand resources in Terrebonne Parish:  Point Au Fer to Timbalier Island.  Louisiana Geological Survey Open-File Series no. 88-06, 73 p.

McBride, R.A., Penland, S., Maciasz, E.J., Ramsey, K.E., and Taylor, B.G., 1989.  Assessment of sand resources in the Shell Island area, Plaquemines Parish, Louisiana continental shelf.  Submitted to the U.S. Minerals Management Service (Contract No. 14-12-0001-30316), Reston, VA, 42 p.

Penland, S., Ramsey, K.E., McBride, R.A., Moslow, T.F., and Westphal, K.A., 1989.  Relative sea level rise and subsidence in Louisiana and the Gulf of Mexico.  Coastal Geology Technical Report 3, Louisiana Geological Survey, Baton Rouge, LA, 65 p.

Penland, S., Westphal, K.A., Debusschere, K., and McBride, R.A., 1989.  The 1985 hurricane impacts on Louisiana's barrier islands:  geomorphic changes in the Isles Dernieres:1984-1985.  Report prepared by the Louisiana Geological Survey for the U.S. Geological Survey under cooperative agreement No. 14-08-0001-A0416.

Watzin, M.C., Baumann, R.H., Moslow, T.F., Nakashima, L., Penland, S., and Suter, J.R., 1988.  Shoreline change and wetland loss in the Coastal Barrier Resources Systems:  a case study analysis.  In:  Report to Congress, Coastal Barrier Resources System, U.S. Department of the Interior, Washington, D.C., 146 p.

Penland, S., Suter, J.R., McBride, R.A., Westphal, K.A., and Reimer, P.D., 1988.  Aerial videotape survey of coastal Louisiana-1986.  Louisiana Geological Survey, Coastal Geology Map Series No. 6.  Baton Rouge, LA.  94 p. and 32 tapes.

Maciasz, E., McBride, R. A., McLaughlin, T. M., Nakashima, L. N., Penland, S., Ramsey, K. E., Scott, D. B., Suter, J.R., Taylor, B. G., and Westphal, K. A., 1988, Database Compilation for Nearshore Sand Resources: Marsh Island to Sandy Point: Technical Report to the Louisiana Department of Natural Resources, 89 p.

Penland, S. and Suter, J.R., 1988.  Nearshore sand resources in the eastern Isles Dernieres barrier island arc. Louisiana Geological Survey, Open-File Series 88-08, 177 p.

Penland, S., Ramsey, K.E., McBride, R. A., Mestayer, J., and Westphal, K., 1988.  Relative sea level rise and delta-plain development in the Terrebonne Parish region, Louisiana Geological Survey, Coastal Geology Technical Report No. 4, 121 p.

Pilkey, O.H., Morton, R.A., Kelly, J., and Penland, S., 1989.  Coastal Land Loss.  American Geophysical Union, Short Course in Geology, Volume 2, 73 p.

Penland, S., and Suter, J.R., 1988.  Coastal and Shallow Marine Sedimentation on the Mississippi River Delta Plain and Chenier Plain.  Field Trip Guide.  Society of Economic Paleontologists and Mineralogists, 132 p.

Penland, S., Suter, J.R., and Boyd, R., 1987.  The erosion and protection of Louisiana's barrier islands.  Louisiana Department of Natural Resources, Baton Rouge.  84 p.

Suter, J.R. and Penland, S., 1987.  A preliminary assessment of the sand and aggregate resources of three areas of the Louisiana inner continental shelf:  Timbalier Islands, Chandeleur Islands, and Trinity Shoal.  Louisiana Geological Survey, Open-File Series 87-04, 58 p.

Penland, S., and Suter, J.R., 1987.  Seawalls, pipelines, protective beaches, and the Louisiana coastal protection master plan.  P. 7-1 through 7-22 in S. Penland and J. R. Suter, eds., Barrier shoreline geology, erosion, and protection in Louisiana.  Field trip guide.  New York: American Society of Civil Engineers.

Penland, S., Sallenger, A.H., and Reimer, P.D., 1987.  Aerial videotape survey of the Hurricane Elena impact zone in coastal Louisiana, Mississippi, Alabama, and Florida.  Coastal Geology Map Series No. 4.  Louisiana Geological Survey, Baton Rouge, LA.  35 p. and 25 tapes.

Penland, S., Suter, J.R., and Boyd, R., 1987.  The geology of Louisiana's barrier shorelines:  development, processes, and stratigraphy.  Louisiana Department of Natural Resources, Baton Rouge.  106 p.

Penland, S. and Suter, J.R., 1987.  Barrier Shoreline Geology, Erosion, and Protection in Louisiana.  Coastal Sediments '87 Field Trip Guide, American Society of Civil Engineers, 207 p.

Suter, J. R., and Penland, S., 1987.  Louisiana nearshore sand resource inventory.  P. 8-1 through 8-14 in S. Penland and J. R. Suter, eds., Barrier shoreline geology, erosion, and protection in Louisiana.  Field trip guide.  New York:  American Society of Civil Engineers.

Penland, S., Reimer, P.D., Nakashima, L., and Moslow, T.F., 1987.  Aerial videotape survey of the Hurricane Danny impact zone in coastal Louisiana.  Coastal Geology Map Series 3.  Louisiana Geological Survey, Baton Rouge, LA.  87 p. and 19 tapes.

Penland, S., Suter, J.R., and Reimer, P.D., 1987.  Aerial videotape survey of the Hurricane Juan impact zone in coastal Louisiana.  Coastal Geology Map Series 5.  Louisiana Geological Survey, Baton Rouge, LA.  108 p. and 31 tapes.

Penland, S., Suter, J.R., and Reimer, P.D., 1987.  Aerial videotape survey of Louisiana's barrier shorelines.  Coastal Geology Map Series 2, Louisiana Geological Survey, Baton Rouge, LA.  61 p. and 28 tapes.

Penland, S., Ramsey, K.E., McBride, R.A., Mestayer, J.T., and Westphal, K.A., 1987, Relative sea level rise, and wetland sedimentation in the Teche and Lafourche Delta complexes: Terrebonne Parish Region, LA: Final Report Submitted to Terrebonne Parish Consolidated Government, Contract No. 83-A/0-36, 231 p.

Suter, J. R., Penland, S., Ramsey, K. E., and McBride, R. A., 1987.  Mapping Nearshore Sand Resources in Coastal Louisiana:  Raccoon Point to Belle Pass, LA. to Louisiana Depatment of Natural Resources, 30 p.

Penland, S., and Suter, J.R., 1987.  The erosion and protection of Louisiana's barrier islands.  P. 1-3 through 1-46 in S. Penland and J. R. Suter, eds., Barrier shoreline geology, erosion, and protection in Louisiana.  Field trip guide.  New York:  American Society of Civil Engineers.

Penland, S. and Suter, J.R., 1986.  Transgressive sands of the Mississippi River delta plain:  the Bayou Lafourche barrier shoreline.  In:  R.E. Emmer and J.C. Holmes, Jr. (editors), Gulf Coast Association of Geological Societies Field Trip Guide, Baton Rouge, LA, p. 13-22.

Penland, S. 1986. Holocene geology of Cape San Blas, Florida.  Slidell, La.: U.S. Fish and Wildlife Service. 21 p.

Penland, S.1986. Holocene geology of Matanza River, Florida.  Slidell, La.:  U.S. Fish and Wildlife Service.18 p.

Penland, S. 1986. Holocene geology of Dauphin Island, Alabama. Slidell, La:U.S. Fish and Wildlife Service. 20 p.

Penland, S.1986. Holocene geology of Hutchinson Island, Florida. Slidell, La.: U.S. Fish and Wildlife Service.22 p.

Penland, S., Suter, J.R., and Nakashima, L., 1986.  Protecting our barrier islands.  Louisiana Conservationist, 38: 22-25.

Penland, S., Suter, J.R., and Reimer, P.D., 1986.  Aerial videotape survey of coastal Louisiana.  Coastal Geology Map Series No. 1.  Louisiana Geological Survey, Baton Rouge, LA.  187 p. and 45 tapes.

Ramsey, K. E., Moslow, T.F., and Penland, S., 1985.  Sea level rise and subsidence in coastal Louisiana. Pp 207-212 in Natural Hazards Research and Applications Information Center, Flood hazard management in government and the private sector.  Special publication no. 12.  Boulder, Colorado:  Natural Hazards Research and Applications Information Center.

Van Heerden, I.L., Penland, S., and Boyd, R., 1985.  A transgressive stratigraphic sequence for the central Chandeleur Islands, Louisiana.  P. 189-202 in S. Penland and R. Boyd, eds., Transgressive depositional environments of the Mississippi River Delta.  Guidebook series no. 3.  Baton Rouge:  Louisiana Geological Survey.

Ritchie, W., and Penland, S., 1985.  Overwash process-response characteristics of the Caminada-Moreau barrier shoreline, Louisiana.  P. 141-176 in S. Penland and R. Boyd, eds., Transgressive depositional environments of the Mississippi River Delta.  Guidebook series no. 3.  Baton Rouge:  Louisiana Geological Survey.

Harper, J.R., and Penland, S., 1985.  Beaufort sea sediment dynamics.  Open-file report.  Geological Survey of Canada, Open-file Report, Atlantic Geoscience Centre.  185 p.

Suter, J.R., and Penland, S., 1985.  Nearshore sand resources in the Holly-Peveto Beach area.  Louisiana Department of Natural Resources, 3 maps.

Penland, S., and Boyd, R., 1985.  Mississippi delta barrier development.  P. 53-122 in S. Penland and R. Boyd, eds., Transgressive depositional environments of the Mississippi River Delta.  Guidebook series no. 3.  Baton Rouge:  Louisiana Geological Survey.

Penland, S., Groat, C.G., and Van Sickle, V., 1985.  Hurricane impact and coastal protection in Louisiana.  Louisiana Parish Government 21(2):28-31.

Penland, S. and Boyd, R., 1985.  Transgressive Depositional Environments of the Mississippi River Delta.  Guidebook Series 3, Louisiana Geological Survey, Baton Rouge, LA, 262 p.

Penland, S., Suter, J.R., and Moslow, T.F., 1984.  Act 41 nearshore sand inventory for the Cheniere Ronquille, Isles Dernieres, and Holly-Peveto Beach pilot protection projects.  Louisiana Department of Natural Resources, 3 maps.

Berryhill, H.L., Moslow, T.F., Penland, S., and Suter, J.R., 1985.  Shelf and Shoreline Sands, Northwest Gulf of Mexico.  American Association of Petroleum Geologists Short Course Notes, Tulsa, OK.

Mossa, J., Penland, S., and Moslow, T.F., 1985.  Coastal structures in Louisiana's Barataria Bight.  Coastal Geology Technical Report 1, Louisiana Geological Survey, Baton Rouge, LA, 28 p.

Penland, S. and Boyd, R., 1982.  Mississippi delta coastal sand barriers: an overview. In: Deltaic Sedimentation on the Louisiana Coast.  Gulf Coast Section, Society of Economic Paleontologists and Mineralogists, Tulsa, OK, p. 71-91.

Anonymous authorship (with C. L. Amos, D. F. Krauel, and J. R. Harper) 1982.  The accessibility of three small craft harbors in western Newfoundland.  Technical report prepared for the Ministry of Environment-Newfoundland.  Victoria, British Columbia:  Woodward-Clyde Consultants.

Owens, E.H., Penland, S., Reimer, P.D., Sawyer, B., and White, E., 1982.  Physical shore-zone analysis and oil spill countermeasures for communities in northern and central Labrador.  Technical report to Petro-Canada Limited.  Victoria, British Columbia:  Woodward-Clyde Consultants.

Owens, E. H., Penland, S., Reimer, P.D., Sawyer, B., and White, E., 1982.  Physical shore-zone analysis and oil spill countermeasures for communities in northern and central Labrador.  Technical report to Petro-Canada Limited.  Victoria, British Columbia:  Woodward-Clyde Consultants.

Penland, S., Boyd, R., and Schramm, W., 1981.  The stability and shoaling characteristics of Pass Drury, Alabama.  Final report to the U.S. Army Corps of Engineers, Mobile District, Contract no. DACW01-81-M-B-293.  Mobile, Ala.:  U.S. Army Corps of Engineers.  41 p.

## 10. ARTISTIC OR OTHER CREATIVE CONTRIBUTIONS.

Jacksonville University Fine Arts Exhibit (1976):  Honorable Mention - Glass Blowing.

## 11. PARTICIPATION AT PROFESSIONAL MEETINGS.

Kulp, Mark, Flocks, J., Penland, S., Kindinger, J., 2002. Louisiana restoration projects: where is the sand?  Proceedings Coastal Water Resource, American Water Resource Association, May 13-15, New Orleans (Abstract).

Beall, A., Mathies, L., Penland, S., and Westphal, K., 2002.  Beneficial Use Monitoring Program: creation of coastal habitats in Louisiana.  Proceedings Coastal Water Resource Association, May 13-15, New Orleans (Abstract).

Koch, J. and Penland, S., 2001.  Shoreline Characterization of the geomorphological impact of Hurricane Georges on the Chandeleur Islands:  southeast Louisiana.  Gulf Coast Association of Geologic Societies, Shreveport, La. Oct. 17-19, (Abstract)

Tischer, S.P., Womochel, D.R., and Penland, S., 2001.  Myrtle Point Natural Gas Condensate Spill and Subsequent Natural Resources Damage Assessment, St. Mary Parish, Louisiana.  Gulf Coast Association of Geological Society Transactions,  (Abstract).

Penland, S., 1999.  Environmental Petroleum Industrial Consortium - University of New Orleans.  Links for Success, Partnership in Technology Creation and Commercialization.  LSU board of Regents, Baton Rouge, LA, April 13-14 (abstract).

Penland, S, Thompson, S., Milanes, A., and Tischner, S. 1999.  Assessment and restoration of a condensate spill in a bottomland hardwood forest in the Atchafalaya Basin.  Gulf Association of Geological Societies, New Orleans, La.  September 15-17 (Abstract).

Penland, S. 1999.  Monitoring the creation of new coastal habitats through the beneficial use of dredged material. U.S. Army Corps of Engineers - New Orleans District, Annual Dredging Conference, May 6 (Abstract).

Penland, S., Connor, P., McCarty, P., Westphal, K., Zganjar, C., Sallenger, A.H., and Williams, S.J., 1999.  The impact of Hurricane Camille on the Chandeleur Islands in southeast Louisiana.  The Impact of Hurricane Camille: A Storm Impact Symposium to Mark the 30th Anniversary.  New Orleans, La., August 17-18 (Abstract).

Sallenger, A.H., List, J., Penland, S. and Dingler, J., 1999.  Catastrophic Storm Impacts of the AInnundation Regime@, 1999.  The impact of Hurricane Camille on the Chandeleur Islands in southeast Louisiana.  The Impact of Hurricane Camille: A Storm Impact Symposium to Mark the 30th Anniversary.  New Orleans, La., August 17-18 (Abstract).

Penland, S., Reed, D., Connor P., McCarty, P., Westphal, K., Zganjar, C., Sallenger, A.H., and Williams, S.J., 1999. The impact of Hurricane Georges on the Chandeleur Islands in southeast Louisiana: a comparison with Hurricane Camille.  The Impact of Hurricane Camille: A Storm Impact Symposium to Mark the 30th Anniversary.  New Orleans, La., August 17-18 (Abstract).

Penland, S., Thompson, S., Milanes, A., and Tischer, S., 1999.  Assessment and restoration of a condensate spill in the Atchafalaya Basin, Louisiana.  International Oil Spill Conference, Seattle, WA, March 8-11 (Abstract).

Penland, S., 1997.  A late Quaternary model for the evolution of the Mississippi River delta plain and incised valley. Gulf Coast Association of Geological Societies.  New Orleans, LA, Oct. 15-17, (Abstract).

Penland, S., Westphal, K., Williams, S.J. and Kindinger, J.L., 1997.  Coastal geomorphology and landscape changes on the Pontchartrain Basin.  Gulf Coast Association of Geological Societies, New Orleans, LA, October 15-17, (Abstract).

Penland, S., 1997.  Monitoring the creation of new coastal habitats through the beneficial sue of dredged material. U.S. Army Corps of Engineers - New Orleans District, Annual Dredging Conference, May 5 (Abstract).

Penland, S., Westphal, K., Mathies, L., Nord, B., Tao, Q., and Zganjar, C., 1997.  Beneficial Use of Dredged Material in the Mississippi River Delta Plain.  Western Dredging Association Eighteenth Technical Conference and Thirtieth Annual Texas A&M Dredging Seminar, June 29 - July 2, Charleston, South Carolina (Abstract).

Mathies, L., Nord, B., Penland, S., and Westphal, K., 1997.  Monitoring the beneficial Use of Dredged Material in the U.S. Army Corps of Engineers New Orleans District.  W Western Dredging Association Eighteenth Technical Conference and Thirtieth Annual Texas A&M Dredging Seminar, June 29 - July 2, Charleston, South Carolina (Abstract).

Penland, S. and Williams, S.J., 1996.  Coastal geomorphology and landscape change in the Pontchartrain Basin.  Basics of the Basin, Pontchartrain Basin Research Committee.  Hammond, LA, May 30-31 (Abstract).

Penland, S., 1995.  Consequences of Mississippi River Control in Louisiana:  The worst coastal land loss conditions in the United States.  Geological Society of America.  Annual Meeting.  New Orleans, LA, November 6-9 (Abstract).

Penland, S., and Williams, S.J., 1995.  Holocene development of the Mississippi River delta plain:  Sea level history, incised valley-fill and sequence stratigraphy.  Geological Society of America.  Annual Meeting.  New Orleans, LA, November 6-9 (Abstract).

Penland, S., 1995.  Louisiana's coastal environments and oil spill.  Texaco Exploration and Production Company, Oil Spill Workshop, New Orleans, LA.(Abstract).

Penland, S., 1995.  Monitoring wetland creation using dredged material in the USACE-New Orleans District.  U.S. Army Corps of Engineers.  Annual Dredging Conference.  New Orleans, LA, June 22 (Abstract).

Penland, S., Froomer, N., Ramsey, K.E., Wayne, L.D., 1995.  Gulfwide Information Systems (G-WIS).  U.S. Minerals Management Service, Information Transfer Meeting.  New Orleans, LA, December (Abstract).

Penland, S., 1994.  New geological perspectives on the development and evolution of the Mississippi River delta plain.  New Orleans Geological Society.  Monthly meeting, April (Abstract).

Penland, S., 1994.  Classification and processes of coastal land loss in Louisiana.  Gas Research Institute.  Workshop, February (Abstract).

Penland, S., 1994.  Processes of landscape change in Louisiana.  Louisiana State University.  Coastal Studies Institute, Industrial Associates Program, April (Abstract).

Penland, S., and Williams, S.J., 1994.  The coastal geomorphology and coastal erosion conditions in the Pontchartrain basin.  Lake Pontchartrain Research Conference - The Basics of the Basin (Abstract).

Penland, S., 1993.  Environmental sensitivity of Louisiana's coastal habitats to oil spill impacts.  Mobil Oil Spill School, Grand Isle, LA, March (Abstract).

Penland, S., and Ramsey, K.E., 1993.  Implementation of a shoreline cleanup assessment team (SCAT) in the Gulf of Mexico.  Clean Gulf 1993.  New Orleans, LA (Abstract).

Penland, S., Williams, S.J., Roberts, H.H., Bailey, A., Kuecher, G.J., Suhayda, J., and Ramsey, K.E., 1995.  Geologic Framework, processes, and rates of subsidence in the Mississippi River delta plain.  Gulf Coast Association of Geological Societies, U.S. Annual Meeting.  Baton Rouge, LA.  (Abstract).

Williams, S.J., Penland, S., and Roberts, H.H., 1993.  Louisiana coastal wetlands understanding critical geologic processes of change and evolution.  Estuarine Research Federation.  Annual Meeting.  Charleston, S.C., November (abstract).

Penland, S., Suter, J.R., and Boyd, R., 1993.  Sea level control on the evolution of the Mississippi River delta plains during the Holocene Transgression.  International Large Scale Coastal Behavior (LCSB) Conference.  U.S. Geological Survey.  St. Petersburg, FL, November 16-19 (Abstract).

McBride, R.A., Hiland, M.W., Penland, S., Westphal, K.A., and Williams, S.J., 1993. Long-term shoreline change of the Chandeleur Islands barrier island system, Louisiana: 1855 to 1989.  Coastal Zone '93, American Society of Civil Engineers.  New Orleans, LA, July 19-23 (Abstract).

Wayne, L.D., Byrnes, M.R., Britsch, L.D., Penland, S., Wilkey, P.T., Williams, T.R., and Williams, S.J., 1993. Classification of Land Loss by Geomorphology and Process.  In: O.T. Magoon et. Al. (editors)  Coastal Zone '93, American Society of Civil Engineers.  New Orleans, LA, July 19-23 (Abstract).

Williams, S.J., Penland, S., and Roberts, H.H., 1993. Processes affecting coastal wetland loss in the Louisiana deltaic plain.  In: O.T. Magoon et. Al. (editors).  Coastal Zone '93, American Society of Civil Engineers.  New Orleans, LA, July 19-23 (Abstract).

Tao, Q., McBride, R.A., Byrnes, M.R., and Penland, S., 1993.  A comparative analysis of wetland change mapping for the Terrebonne basin, 1932 to 1989.  Coastal Zone '93, American Society of Civil Engineers.  New Orleans, LA, July 19-23 (Abstract).

Kuecher, G., Chandra, N., Roberts, H.H., Suhayda, J., Williams, S.J., Penland, S., and Autin, W.J., 1993.  An estimate of the consolidation settlement potential of top-stratum cyclic sequences in the Terrebonne basin, Louisiana - Subsurface control on wetland loss.  Coastal Zone '93, American Society of Civil Engineers.  New Orleans, LA, July 19-23 (Abstract).

Suhayda, J.N., Bailey, A., Roberts, H.H., Penland, S., and Kuecher, G., 1993.  Geotechnical and geochemical properties of Holocene cyclic facies -  Implication to Subsidence (South Louisiana).  Coastal Zone '93, American Society of Civil Engineers.  New Orleans, LA, July 19-23 (Abstract).

Penland, S. 1993. Louisiana Coastal geology and wetland.  Coastal Zone '93, American Society of Civil Engineers.  New Orleans, LA, July 19-23 (Abstract).

Nichol, S.L., Boyd, R., and Penland, S., 1993.  Stratigraphy of a wave-dominated estuary: Lake Calcasieu, Louisiana.  Association of American Geologists Annual meeting.  New Orleans, LA, April 25-28, (Abstract).

Penland, S., Wayne, L.D., Byrnes, M.R., and Williams, S.J., 1993.  Forms and processes of coastal land loss.  International Conference on Temperate Marshes.  International Geographical Union.  Cocodrie, LA, April 1-4 (Abstract).

Penland, S., Debusschere, K., Ramsey, K.E., Lindstedt, D., Westphal, K.A., Seal, R.W., McBride, R.A.,  Byrnes, M.R., and Owens, E.H., 1993.  Implementing the shoreline cleanup assessment team process in the Gulf of Mexico.  International Oil Spill Conference.  Tampa, FL, March 29 - April 1 (Abstract).

Nichol, S.L., Boyd, R., and Penland, S., 1992.  Hydrology of a wave-dominated estuary: Lake Calcasieu, southwest Louisiana.  Gulf Coast Association of Geological Societies.  42nd Annual Convention.  Jackson, MS, October 21-23, (Abstract).

Penland, S. 1992. Setting Priorities for SCAT.  Seminar on Physical Recovery of Spills.  U.S. Coast Guard.  Corpus Christi, TX, July 27-28, (Abstract).

Penland, S., McBride, R.A., Suter, J.R., Boyd, R., and Williams, S.J., 1992.  Facies architecture and sequence stratigraphy of the Late Quaternary Incised Valley Fill of the Mississippi River.  American Association of Petroleum Geologists Meeting.  Calgary, Alberta, June 21-24 (Abstract).

Penland, S. and Williams, S.J., 1992.  Shoreline erosion and wetland loss in the Pontchartrain basin.  Lake Pontchartrain Research Conference.  The Basics of the Basin.  Pontchartrain Research Committee.  New Orleans, LA, May 14-15 (Abstract).

Penland, S., Williams, S.J., Sallenger, A.H., Jr., Byrnes, M.R., McBride, R.A., and Kindinger, J.L., 1992.  Formation and evolution of Late Quaternary river deltas of the northern Gulf of Mexico.  Association of American Geographers.  88th Annual Meeting.  San Diego, CA, April 18-22 (Abstract).

Penland, S., Groat, C.G., and Williams, S.J., 1990.  The geologic framework of coastal land loss in Louisiana.  American Association for the Advancement of Science.  Annual meeting.  New Orleans, LA., February 15 - 20 (abstract).

Kindinger, J.L., Penland, S., Williams, S.J., Suter, J.R., McBride, R.A., Brooks, G.R., and Locker S., 1991.  Nearshore Holocene stratigraphy, Northern Gulf of Mexico: Integration of regional geologic studies.  Modern Coastal Depositional System in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  12th Annual GCSSEPM Foundation Research Conference.  Houston, TX, December 8-10, (Abstract).

McGinnis, L.D., Johnson, D.O., Isaacson, H.R., Zimmerman, R.E., Penland, S., Connor, P.F., 1991.  Velocity depression and degassification subsidence in Louisiana wetlands.  Modern Coastal Depositional System in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  12th Annual GCSSEPM Foundation Research Conference.  Houston, TX, December 8-10, (Abstract).

Brooks, G.R., Kindinger, J.L., Penland, S., Williams, S.J., Suter, J.R., and McBride, R.A., 1991.  Recent geological development of the eastern Louisiana continental shelf.  Modern Coastal Depositional System in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  12th Annual GCSSEPM Foundation Research Conference.  Houston, TX, December 8-10, (Abstract).

Roberts, H.H., Penland, S., Bailey, A., and Scheyder, J.N., 1991.  Sedimentology, geochemistry, and geotechnical properties of two long borings through the Terrebonne Holocene delta plain: effect of early diagnosis and lithology on subsidence.  Modern Coastal Depositional System in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  12th Annual GCSSEPM Foundation Research Conference.  Houston, TX, December 8-10, (Abstract).

Byrnes, M.R., McBride, R.A., Penland, S., Hiland, M.W., and Westphal, K.A., 1991.  Historical changes in shoreline position along the Mississippi Sound barrier islands.  Modern Coastal Depositional System in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  12th Annual GCSSEPM Foundation Research Conference.  Houston, TX, December 8-10, (Abstract).

Pope, D.L., Penland, S., Suter, J.R., and McBride, R.A., 1991.  Holocene geologic framework of Trinity Shoal Region, Louisiana.  Modern Coastal Depositional System in the Gulf of Mexico:  Quaternary Framework and Environmental Issues.  12th Annual GCSSEPM Foundation Research Conference.  Houston, TX, December 8-10, (Abstract).

Penland, S., McBride, R.A., Williams, S.J., Boyd, R., and Suter, J.R.  Effects of sea level rise on the Mississippi River Delta Plain.  Coastal Sediments '91.  American Society of Civil Engineers.  Seattle, WA, June 25-27, (Abstract).

Debusschere, K., Penland, S, Westphal, K.A., McBride, R.A., Reimer, P.D. Morphodynamics of the Isles Dernieres Barrier Shoreline, Louisiana: 1984-1989. Coastal Sediments '91. American Society of Civil Engineers. Seattle, WA, June 25-27, (Abstract).

Kindinger, J.L., Penland, S., Williams, S.J., Brooks, G.R., Suter, J.R., and McBride, R.A., 1991. Late Quaternary geologic framework, north-central Gulf of Mexico. In: Kraus et al. (editors). Coastal Sediments '91. American Society of Civil Engineers. Seattle, WA, June 25-27, (Abstract).

Williams, S.J., Penland, S., McBride, R.A., Sallenger, A.H., Jr., and Kindinger, J.L., 1991. Geologic controls on the formation and evolution of Quaternary coastal deposits of the northern Gulf of Mexico. In: Kraus et al. (editors). Coastal Sediments '91. American Society of Civil Engineers. Seattle, WA, June 25-27, (Abstract).

Ramsey, K. E, Penland, S., and Roberts, H.H., 1991. Implications of accelerated sea-level rise on Louisiana coastal environments. Coastal Sediments '91. American Society of Civil Engineers. Seattle, WA, June 25-27, (Abstract).

Penland, S. 1990. A review of coastal erosion and wetland loss in Louisiana. Long Term Implications of Sea Level Change for the Mississippi and Alabama Coastlines Conference. Mississippi - Alabama Sea Grant Consortium. Biloxi, MS, September 27-18, (Abstract).

Penland, S. and Groat, C.G., 1990. Coastal geological phenomena affecting petroleum production. American Association of Petroleum Geologists. Annual meeting. San Francisco, CA., June 3-6 (Abstract).

Penland, S., Suter, J.R., Boyd, R., and Williams, S.J., 1990. Effects of sea-level rise on river delta coasts. American Association of Petroleum Geologists. Annual meeting. San Francisco, CA., June 3-6 (Abstract).

Penland, S., Williams, S.J., and Ramsey, K.E., 1990. Coastal land loss: using barrier island techniques in Louisiana to protect estuarine environments. American Society of Civil Engineers. International Conference on Coastal Engineering. Delft, Netherlands, July 2-6 (Abstract).

Penland, S., Roberts, H.H., Williams, S.J., Sallenger, A.H., Cahoon, D.R., Davis, D.W., and Groat, C.G., 1990. Coastal land loss in Louisiana. Gulf Coast Association of Geological Societies. Annual meeting. Lafayette, LA, October 17-19 (Abstract).

Ramsey, K. E., Penland, S., Suter, J.R., McBride, R.A., and Williams, S.J., 1990. Offshore sand resources for coastal erosion control in Louisiana. Gulf Coast Association of Geological Societies. Annual meeting. Lafayette, LA., October 17-19 (Abstract).

McBride, R.A., Penland, S., and Mestayer, J.T., 1990. Facies architecture of the Bayou Grand Caillou Area, a shallow water delta in Terrebonne Parish, LA. Gulf Coast Association of Geological Societies. Annual meeting. Lafayette, LA., October 17-19 (Abstract).

Penland, S. and Suter, J.R., 1989. A new depositional model for the development of the Mississippi River delta and chenier plains. 28th International Geological Congress. Washington, D.C., August 10-18 (Abstract).

Penland, S., Suter, J.R., and Boyd, R., 1989. The development of inner shelf shoals offshore of the Mississippi River delta plain through the process of transgressive submergence. 28th International Geological Congress. Washington, D.C., August 10-18 (Abstract).

Penland, S. and Suter, J.R., 1989. New chronostratigraphic model for the Mississippi River chenier plain. American Association of Petroleum Geologists. Annual meeting, San Antonio, TX., April 23-26 (Abstract).

Kindinger, J.L., Penland, S., Williams, S.J., and Suter, J.R., 1989.  Inner shelf depositions of the Louisiana-Mississippi-Alabama region, Gulf of Mexico.  Gulf Coast Association of Geological Societies. Annual meeting.  Corpus Christi, TX., October 25-27 (Abstract).

McBride, R. A., Penland, S., Jaffe, B., Williams, S.J., Sallenger, Jr., A.H., and Westphal, K.A., 1989.  Erosion and deterioration of the Isles Dernieres barrier island arc, U.S.A.:1853 to 1988.  Gulf Coast Association of Geological Societies.  Annual meeting. Corpus Christi, TX., October 25-27 (Abstract).

Penland, S., Debusschere, K., Westphal, K.A., Suter, J.R., McBride, R.A., and Reimer, P.D., 1989.  The 1985 hurricane impacts on the Isles Dernieres: a temporal and spatial analysis of the coastal geomorphic changes. Gulf Coast Association of Geological Societies.  Annual meeting.  Corpus Christi, TX., October 25-27 (Abstract).

Penland, S., Suter, J.R., McBride, R.A., Williams, S.J., Kindinger, J.L., and Boyd, R., 1989.  Holocene sand shoals offshore of the Mississippi River delta plain.  Gulf Coast Association of Geological Societies.  Annual meeting.  Corpus Christi, TX., October 25-27 (Abstract).

Ramsey, K. E. and Penland, S., 1989.  Sea-level rise and subsidence in Louisiana and the Gulf of Mexico.  Gulf Coast Association of Geological Societies.  Annual meeting.  Corpus Christi, TX., October 25-27 (Abstract).

Williams, S.J., Penland, S., and Circe', R.C., 1989.  Distribution and textural character of surficial sediments, Isles Dernieres to Ship Shoal region, Louisiana.  Gulf Coast Association of Geological            Societies. Annual meeting.  Corpus Christi, TX., October 25-27 (Abstract).

Penland, S., Suter, J.R., McBride, R.A., Westphal, K.A., Sallenger, Jr., A.H., and Williams, S.J., 1989.  Morphodynamic signature of the 1985 hurricane impacts on the Northern Gulf of Mexico shoreline.  Coastal Zone `89.  American Society of Civil Engineers.  Charleston, SC., July 12 - 14 (Abstract).

Ritchie, W. and Penland, S., 1989.  Coastline erosion and washover penetration:  Caminada-Moreau coastline, Louisiana, U.S.A. Coastal Zone `89.  American Society of Civil Engineers.  Charleston, SC., July 12-14 Abstract).

Penland, S. and Williams, S.J., 1989.  A preview in coping with accelerated sea-level rise: using beach nourishment, restoration, and marsh creation techniques to protect vegetated wetland and estuarine resources.  Beach Preservation Technology Conference `89.  American Shore and Beach Preservation Association.  St. Petersburg, FL., February 22-24 (Abstract).

Penland, S. and Suter, J.R., 1988.  Barrier island erosion and protection in Louisiana:  a coastal geomorphological perspective. Gulf Coast Association of Geological Societies.  Annual meeting.  New Orleans, LA., October 19-21 (Abstract).

Suter, J.R., Penland, S., Williams, S.J., and Kindinger, J.L., 1988.  Transgressive evolution of the Chandeleur Islands.  Gulf Coast Association of Geological Societies.  Annual meeting.  New Orleans, LA., October 19-21 (Abstract).

Boyd, R. and Penland, S., 1988. A geomorphic model for Mississippi River delta evolution.  Gulf Coast Association of Geological Societies.  Annual meeting.  New Orleans, LA., October 19-21 (Abstract).

Penland, S., Suter, J.R., Ramsey, K.E. and McBride, R.A., 1988.  Holocene sea level history in the Gulf of Mexico. American Association of Petroleum Geologists.  Annual meeting, Houston, TX., March 20-23 (Abstract).

Penland, S., Williams, S.J., and Sallenger, A.H., 1988.  Barrier island erosion in Louisiana.  American Geophysical Union.  Fall meeting, San Francisco, CA., December 5-9 (Abstract).

Penland, S., Suter, J.R., and McBride, R.A., 1988.  A new depositional model for the Mississippi River delta plain. Sequences, stratigraphy, sedimentology: surface and subsurface. Canadian Society of Petroleum Geologists. Core conference and meeting, Calgary, Alberta, September 14-15 (Abstract).

Penland, S. 1988.  Preliminary evaluation of aggregate mineral resources, offshore Louisiana.  9th MMS-ITM: Marine Mineral Resources, Northern Gulf of Mexico.  Annual meeting, October 24-26 (Abstract).

Penland, S., Suter, J.R., and Kosters, E.K., 1987.  A new chronostratigraphic model for the Mississippi River delta plain.  Society of Economic Paleontologists and Mineralogists.  Fifth mid-year meeting.  Austin, TX., August 20-23 (Abstract).

Suter, J. R., Berryhill, H.L., and Penland, S., 1987.  Delineation of late Quaternary depositional sequences by high resolution seismic stratigraphy, Louisiana continental shelf.  American Association of Petroleum Geologists. 72nd annual convention.  Los Angeles, CA., June 7-10 (Abstract).

Penland, S., Kosters, E.K., and Suter, J.R., 1987.  A new depositional model for the Mississippi River delta plain. American Association of Petroleum Geologists.  72nd annual convention.  Los Angeles, CA., June 7-10 (Abstract).

Penland, S., Suter, J.R., and McBride, R.A., 1987.  Delta plain development and sea level history in the Terrebonne coastal region, Louisiana.  American Society of Civil Engineers.  Coastal sediments '87.  New Orleans, LA., May 11-16 (Abstract).

Sallenger, A.H., Jr., Penland, S. Williams, S.J., and Suter, J.R., 1987.  Louisiana barrier island erosion study. American Society of Civil Engineers.  Coastal sediments '87.  New Orleans, LA., May 11-16 (Abstract).

Suter, J.R., Mossa, J., and Penland, S., 1987.  Preliminary assessment of occurrence and effects of utilization of sand and aggregate resources of the Louisiana inner shelf.  P. 121-132 in M. C. Hunt, D. C. Ratcliff, S. Doenges, and C. Condon, eds.  First Symposium on studies related to continental margins.  Austin:  Bureau of Economic Geology (Abstract).

Suter, J.R., and Penland, S., 1987.  Evolution of Cat Island Pass, Louisiana.  American Society of Civil Engineers. Coastal sediments '87.  New Orleans, LA., May 11-16 (Abstract).

Penland, S., Suter, J.R., and Boyd, R., 1986.  Inner-shelf shoal formation through transgressive barrier submergence. American Association of petroleum Geologists.  71st annual convention.  Atlanta, GA., June 15-18 (Abstract).

Penland, S., and Suter, J.R., 1986.  Transgressive barrier submergence, northern Gulf of Mexico.  International Association of Sedimentologists.  12th international sedimentological congress.  Canberra, Australia, August 25-29 (Abstract).

Penland, S., and Suter, J.R., 1986.  Mapping the morphodynamic signature of hurricane impacts in the northern Gulf of Mexico.  International Association of Sedimentologists.  12th international sedimentological congress. Canberra, Australia, August 25-29 (Abstract).

Suter, J.R., and Penland, S., 1986. Continental shelf sands: northern Gulf of Mexico. International Association of Sedimentologists. 12th international sedimentological congress. Canberra, Australia, August 25-29 (Abstract).

Penland, S., and Suter, J.R., 1986. Criteria for distinguishing submerged barrier islands and inner-shelf shoals, northern Gulf of Mexico. Society of Economic Paleontologists and Mineralogists. Fourth mid-year meeting. Raleigh, N.C., September 25-28 (Abstract).

Penland, S., Ramsey, K.E., and McBride, R.A., 1986. Relative sea level rise and subsidence in the Terrebonne Parish coastal region, Louisiana. The Coastal Society. Annual convention. New Orleans, LA., October 12-15 (Abstract).

Suter, J. R., and Penland, S., 1986. Nearshore sand resources of beach nourishment in Louisiana. The Coastal Society. Annual convention. New Orleans, LA., October 12-15 (Abstract).

Penland, S., and Suter, J.R., 1986. Aerial videotape mapping system. Society of Economic Paleontologists and Mineralogists Coastal Sedimentation Research Group. Raleigh, N.C., September 25-28 (Abstract).

Penland, S., Suter, J.R., Nakashima, L., Reimer, P.D., and Sallenger, A.H., 1986. Morphodynamic signature of the 1985 hurricane impacts in Louisiana, Mississippi, Alabama, and Florida. Gulf Coast Association of Geological Societies. Annual convention. Baton Rouge, LA., October 22-24 (Abstract).

Suter, J. R., Berryhill, H.L., and Penland, S., 1986. Sand body development on a fluvially dominated continental shelf: central and southwest Louisiana. Society of Economic Paleontologists and Mineralogists, Gulf Coast Section. 7th annual research conference. Corpus Christi, TX., December 7-10 (Abstract).

Penland, S., and Suter, J.R., 1986. Stratigraphic signature of transgressive submergence: criteria for testing the origin of inner-shelf shoals. Society of Economic Paleontologists and Mineralogists, Gulf Coast Section. 7th annual research conference. Corpus Christi, TX., December 7-10 (Abstract).

Suter, J.R., Berryhill, H.L., and Penland, S., 1985. Environments of sand deposition, southwest Louisiana continental shelf. Gulf Coast Association of Geological Societies. Annual convention. Austin, TX., October 16-18 (Abstract).

Suter, J.R., Penland, S., and Moslow, T.F., 1985. Trinity Shoal: A submerged deltaic barrier on the Louisiana continental shelf. American Association of Petroleum Geologists-Society of Economic Paleontologists and Mineralogists. Annual meeting. New Orleans, LA., March 24-27 (Abstract).

Suter, J.R., and Penland, S., 1985. Cat Island Pass, Louisiana, USA: A microtidal, transgressive inlet. International Association of Sedimentologists. Modern and ancient tidal clastics conference. Utrecht, NL, August 26-28 (Abstract).

Suter, J.R. Penland, S., and Moslow, T.F., 1985. Ship and Trinity Shoals: Submerged deltaic barriers on the Louisiana continental shelf. Society of Exploration Geophysicists. Annual meeting. Alexandria, VA., October 6-10 (Abstract).

Suter, J.R., Penland, S., and Berryhill, H.L., 1985. Environments of sand deposition, Louisiana continental shelf. Gulf Coast Association of Geological Societies. Annual meeting. Austin, TX., October 16-18. (Abstract).

Gerdes, R.G., and Penland, S., 1985. Low-energy beach ridge sedimentation in the Mississippi River delta plain. Geological Society of America. 98th annual meeting. Orlando, FL., October 28-31 (Abstract).

Penland, S., Suter, J.R., and Moslow, T.F., 1985.  Stratigraphic development of Ship Shoal, northern Gulf of Mexico. Geological Society of America.  98th annual meeting.  Orlando, FL.,  October 28-31 (Abstract).

Ramsey, K.E., Moslow, T.F., and Penland, S., 1985.  Recent sea-level rise in coastal Louisiana: rates, causes, and effect.  Geological Society of America.  98th annual meeting.  Orlando, FL.,  October 28-31 (Abstract).

FitzGerald, D.F., Nummedal, D., and Penland, S., 1984.  Sedimentation processes along the East Friesian Islands, West Germany.  American Society of Civil Engineers.  19th International Conference on Coastal Engineering. Houston, TX., September 3-7 (Abstract).

Penland, S., and Suter, J.R., 1984.  Hurricane process-response models for barrier island breaching.  American Society of Civil Engineers.  19th International Conference on Coastal Engineering.  Houston, TX., September 3-7 (Abstract).

Mossa, J., Penland, S., and Moslow, T.F., 1984.  Impact of coastal structures along the Bayou Lafourche and Plaquemines barrier shorelines.  American Society of Civil Engineers.  19th International Conference on Coastal Engineering.  Houston, TX., September 3-7 (Abstract).

Penland, S., and Suter, J.R., 1984.  Depositional model for transgressive shelf deposits offshore of the Mississippi River delta plain.  Society of Economic Paleontologists and Mineralogists.  First annual midyear meeting. San Jose, CA., August 10-13 (Abstract).

Suter, J.R., Penland, S., and Berryhill, H.L., 1984.  Stratigraphic evidence for sea level changes, Louisiana continental shelf.  Society of Economic Paleontologists and Mineralogists.  First annual midyear meeting.  San Jose, CA., August 10-13 (Abstract).

Penland, S., and Suter, J.R., 1984.  Shoreface retreat in the Chandeleur Islands.  Society of Economic Paleontologists and Mineralogists.  Coastal sedimentation research group.  First annual midyear meeting.  San Jose, CA., August 10-13 (Abstract).

Penland, S., Suter, J.R., and Moslow, T.F., 1984.  Sand shoal development on the muddy Mississippi River delta shelf.  American Association of Petroleum Geologists.  69th annual meeting.  San Antonio, TX., May 20-23 (Abstract).

Suter, J.R., Penland, S., and Moslow, T.F., 1984.  Geologic framework of sand shoals on the muddy Mississippi River delta shelf.  American Association of Petroleum Geologists.  69th annual meeting.  San Antonio, TX., May 20-23 (Abstract).

Penland, S., and Suter, J.R., 1984.  Morphostratigraphy of Ship Shoal, Louisiana.  Society of Economic Paleontologists and Mineralogists.  Coastal sedimentation research group.  First annual midyear meeting.  San Jose, CA., August 10-13 (Abstract).

Penland, S., Suter, J.R., and Moslow, T.F., 1984.  Generation of inner sand bodies.  American Geophysical Union. Ocean sciences meeting.  New Orleans, LA., January 23-26 (Abstract).

Penland, S., and Suter, J.R., 1983.  Geophysical evidence of barrier shoreline migration.  Gulf Coast Association of Geological Societies.  33rd annual meeting.  Jackson, MS., October 26-28 (Abstract).

Ritchie, W., and Penland, S., 1983.  Landform dynamics along the Bayou Lafourche barrier shoreline.  Gulf Coast Association of Geological Societies.  33rd annual meeting.  Jackson, MS., October 26-28 (Abstract).

Penland, S., Gerdes, B., and Neese, K., 1983.  Transgressive sand bodies in the Lafourche delta.  Geological Society of America, southeastern section.  32nd annual meeting.  Tallahassee, FL., March 16-18 (Abstract).

Levin, D., Nummedal, D., Penland, S., and Howard, P., 1983.  Tidal inlet evolution on a transgressive deltaic coast.  American Association of Petroleum Geologists.  68th annual meeting.  Dallas, TX., April 17-20 (Abstract).

Penland, S., Gerdes, B., Neese, K., and Boyd, R., 1983.  Regressive and transgressive sandbodies associated with the Lafourche delta in south Louisiana.  American Association of Petroleum Geologists.  68th annual meeting.  Dallas, TX., April 17-20 (Abstract).

Penland, S., Ritchie, W., and Boyd, R., 1982.  Barrier beach morphodynamics in south Louisiana.  Geological Society of America.  95th annual meeting.  New Orleans, LA., October 18-21 (Abstract).

Penland, S., and Boyd, R., 1982.  The geomorphic evolution and depositional history of Mississippi delta coastal sand barriers.  International Association of Sedimentologists.  Eleventh congress. Hamilton, Ontario, August 22-28 (Abstract).

FitzGerald, D.M., Penland, S., and Nummedal, D., 1982.  Sediment bypassing processes and shoreline stability in the East Friesian Island, West Germany.  International Association of Sedimentologists.  Eleventh congress.  Hamilton, Ontario, August 22-28 (Abstract).

Boyd, R., and Penland, S., 1982.  A transgressive-regressive model for coastal sedimentation.  International Association of Sedimentologists.  Eleventh congress.  Hamilton, Ontario, August 22-28 (Abstract).

Boyd, R., and Penland, S., 1982.  The Chandeleur Islands, Louisiana.  International Association of Sedimentologists.  Eleventh congress.  Hamilton, Ontario, August 22-28 (Abstract).

Penland, S., and Boyd, R., 1982.  Transgressive facies relationship of Mississippi delta coastal barrier systems.  International Association of Sedimentologists.  Eleventh congress.  Hamilton, Ontario, August 22-28 (Abstract).

Penland, S., and Boyd, R., 1982.  Sediment dispersal and accumulation in the Chandeleur Islands, Louisiana.  Society of Economic Paleontologists and Mineralogists, Coastal sedimentation research group.  67th annual meeting of the Association of American Petroleum Geologists.  Calgary, Alberta, June 27-30 (Abstract).

Penland, S., and Boyd, R., 1982.  Evolution of transgressive deltaic environments on the Louisiana coast.  Association of American Petroleum Geologists.  67th annual meeting.  Calgary, Alberta, June 27-30 (Abstract).

Penland, S., and Boyd, R., 1982.  Genesis and evolution of Mississippi delta barrier systems.  Geological Society of America, southeastern section.  31st annual meeting.  Washington, D.C., March 25-27 (Abstract).

Penland, S., and Boyd, R., 1982.  Sediment dispersal in Mississippi River deltaic barriers.  Joint session of the American Geophysical Union (oceanography section) and the Society of Limnologists and Oceanographers.  Ocean sciences meeting.  San Antonio, TX., February, 16-19 (Abstract).

Penland, S., Nummedal, D., and FitzGerald, D.M., 1982.  Tidal inlet morphodynamics in a high-energy, mesotidal environment:  East Friesian Islands, West Germany.  Joint session of the American Geophysical Union (oceanography section) and the Society of Limnologists and Oceanographers.  Ocean science meeting.  San Antonio, TX., February 16-19 (Abstract).

37

Ritchie, W., and Penland, S., 1982.  The interrelationship between overwash and aeolian processes along the barrier coastline of south Louisiana.  First international conference on meteorology and air/sea interaction of the coastal zone.  The Hague, Netherlands, May 10-14 (Abstract).

Boyd, R., and Penland, S., 1981.  Holocene evolution and sediment dispersal in abandoned Mississippi delta complexes.  American Geophysical Union.  Annual fall meeting.  San Francisco, CA., December 7-11 (Abstract).

Boyd, R., and Penland, S., 1981.  Coastal deltaic barrier development.  American Geophysical Union.  Annual meeting.  Baltimore, MD., June 8-11 (Abstract).

Nummedal, D., Manty, R., Penland, S., and Howard, P., 1980.  Gulf Coast nearshore and back-barrier bar systems.  Gulf Coast Association of Geological Societies.  30th annual meeting.  Lafayette, LA., October 17-19 (Abstract).

Gerdes, R., Penland, S., Nummedal, D., and Schramm, W., 1980.  Effects of Hurricane Frederic at Dauphin Island, Alabama.  Gulf Coast Association of Geological Societies.  30th annual meeting.  Lafayette, LA., October 17-19 (Abstract).

Penland, S., 1980.  Tropical cyclone effects along the eroding Lafourche delta front.  Gulf Estuarine Research Society.  Annual meeting.  Pensacola, FL., October 8-10 (Abstract).

Nummedal, S., Penland, S., Schramm, E., and Gerdes, R., 1980.  Morphologic effects of Hurricane Frederic on Dauphin Island, Alabama.  Association of American Petroleum Geologists.  65th annual meeting.  Denver, CO., June 9-11 (Abstract).

Nummedal, D., Penland, S., and Maynard, A., 1980.  Sediment dispersal in Norderneyer Seegat, West Germany.  Association of American Petroleum Geologists.  65th annual meeting.  Denver, CO., June 9-11 (Abstract).

Penland, S., and Ritchie, W., 1979.  Short-term morphological changes along the Caminada-Moreau coast, Louisiana.  Gulf Coast Association of Geological Societies.  29th annual meeting.  San Antonio, TX., October 10-12, 1979 (Abstract).

Nummedal, S., Penland, S., and Moslow, T.F., 1979.  Subaqueous bar mobility Presque Isle, Pennsylvania.  22nd annual meeting on Great Lakes research.  Rochester, N.Y., April 2-4 (Abstract).

Penland, S. 1979.  Sediment dispersal at Fort George Inlet, Florida.  Association of American Petroleum Geologists.  64th annual meeting. Houston, TX., April 1-4 (Abstract).

Penland, S. 1979.  Influence of a jetty system on tidal inlet stability and morphology:  Fort George Inlet, Florida.  American Society of Civil Engineers.  Specialty conference on coastal structures, 1979.  Alexandria, VA., March 14-16 (Abstract).

## 12. SCHOLARLY AND CREATIVE ACTIVITIES TO THE PROFESSION

2005:          Team Achievement Award . Louisiana Coastal Area (LCA) Ecosystem Restoration Study.

2004:          Partnership Award. Breton National Wildlife Refugee. US Fish and Wildlife Service.

2003:          Outstanding Educator Award. Gulf Coast Association of Geological Societies.

2002:          Gulf Coast Association of Geological Societies.  Co-Chairman.  Framework Geology and Coastal
               Processes: Implication for Coastal Restoration and Future Environment Impacts.

2002:          Moderator.  Drought Panel.  Basics of the Basin.  Pontchartrain Research Committee.

2002-Present:  Co-Chairmen.  Pontchartrain Beach Restoration Committee.  University of New Orleans
               Research and Technology Foundation.

2001:          Tulane Law School.  Environment 2001:  Water, Energy, and Law. Global Climate Change.
               Chairmen-Session.

2001:          New Orleans Geological Society:  Chandeleur Island Field Trip.  Field Trip Leader.

2001:          Association of Black Geologists and Geophysicists:  Mississippi River delta plain overflight.  Field
               Trip Leader.

2001:          University of Kentucky:  coastal Louisiana Field Trip.  Field Trip Leader.

2001:          University of Indiana:  coastal Louisiana Field Trip.  Field Trip Leader.

2001:          Louisiana Department of Natural Resources.  Brown Marsh Workshop.  Participant.

2001:          U.S. Army Corps of Engineers-New Orleans District.  Beneficial Use of Dredge Material Monitoring
               Program Workshop.  Lecturer.

2001:          American Association of Petroleum Geologists-Division of Environmental Geologists. Certificate of
               Merit.

2001:          BP Amoco.  Oil Spill Shoreline Cleanup Team (SCAT). Instructor.

2001:          U.S. Army Corps of Engineers:  Member.  Coastal Wetland Planning Protection and Restoration Act
               of 1990.  Constructed Project Review Team.

2001:          U.S. Army Corps of Engineers:  Member.  Ship Shoal Team.

2001:          Gulf Coast Association of Geological Societies .  First Place Award.  G.I. Atwater Best Poster
               Award.

2001:          Gulf Coast Association of Geologic Societies.  Second Place Award.  G.I. Atwater Best Poster
               Award.

2000:        Present:  U.S. Environmental Protection Agency-Barataria Terrebonne National Estuary Program. Scientific Technical Committee.  <u>Member.</u>

2000:        Terrebonne Parish School Board.  <u>Expert Witness</u>. Oil and Gas damages to wetlands.

2000:        Lake Pontchartrain Basin Foundation Technical Advisory Committee. <u>Member.</u>.

2000:        American Association of Petroleum Geologists. <u>Chairman.</u> DEG Panel - What is the Magnitude of Wetland Loss (LA) from Oil and Gas Activities? 85th Annual Meeting, New Orleans, LA , April 16-19.

2000:        American Association of Petroleum Geologists. <u>Chairman.</u> DEG Session - Role of Oil and Gas on Historical Coastal Land Loss in Louisiana.  85th Annual Meeting, New Orleans, LA , April 16-19.

2000:        American Association of Petroleum Geologists.  <u>DEG Technical Program Chairman.</u>  85th Annual Meeting, New Orleans, LA , April 16-19.

1999 -Present:  U.S. Army Corps of Engineers.  <u>Member</u>.  Coast 2050 Feasibility Study Team.

1999:        Society of Wetland Scientist.  <u>Workshop Leader</u>.  Coastal Wetland Loss: causes, consequences, and effects to reverse trends.  National Wetlands Research Center, Lafayette, LA, November 3-6

1999:        Clean Gulf 99.   <u>Panelist</u>.   Response Management I - Performing Natural Resource Damage Assessments (NRDA).

1998 - Present:  University of New Orleans: <u>Member</u>.  Research and Technology Park Committee.

1997 - Present:  University of New Orleans. <u>Braunstein Professorship Chair of Geology</u>, Department of Geology and Geophysics.

1997 – 2001:  American Association of Petroleum Geologists.  <u>Environmental Practice Chairman</u>.  Division of Environmental Geology.

1997 - present:  U.S. Army Corps of Engineers. <u>Member.</u>  Coastal Wetland Planning, Protection and Restoration Act of 1990 Priority Project List (PPL) Team.  Environmental Working Group.

1997:        Gulf Coast Association of Geological Societies.  <u>Field Trip Leader</u>.  Quaternary and Environmental Geology of the Mississippi River Delta Plain.

1997:        Gulf Coast Association of Geological Societies. <u>Chairman</u>. Special Session - Quaternary and Environmental Geology Issues in the Gulf of Mexico.

1997:        Gulf Coast Association of Geological Societies. <u>Chairman</u>. Special Session - Environmental Challenges in the Pontchartrain Basin.

1997:        U.S. Geological Survey. <u>Invited Speaker</u>.  Shoreline Change, Coastal Land Loss, and Quaternary Geologic Framework in the Pontchartrain Basin.  Pontchartrain Basin Workshop.

1997:        Tulane University. <u>Invited Speaker</u>.  Environmental Problems in the Pontchartrain Basin.  School of Engineering Environmental Forum.

1997:        Elderhostal.  <u>Workshop Leader</u>.  Louisiana's Coastal Wetlands.  Louisiana Universities Marine
             Consortium.

1996:        U.S. Army Corps of Engineers.  <u>Invited Speaker</u>.  Wetland Creation through the Beneficial Use of
             Dredge Material: 1996 Dredging Conference.

1996:        University of New Orleans.  <u>Field Trip Leader.</u>  Quaternary and Environmental Geology of the
             Mississippi River Delta Plain.

1996:        Argonne National Laboratory.  <u>Workshop Leader.</u>  Natural and Human Causes of Coastal Land Loss
             in Louisiana. Louisiana Sea Grant College Program; Tulane University, Loyola University, Louisiana
             Department of Natural Resources, Louisiana Department of Wildlife and Fisheries, Coalition to
             Restore Coastal Louisiana, Sierra Club, Audubon Society, Coastal Wetland Planning, Protection, and
             Restoration Act Technical Committee, and Louisiana Senate Natural Resource Subcommittee.

1996:        Elderhostel.   <u>Workshop Leader</u>. Louisiana's Coastal Wetlands.  Louisiana Universities Marine
             Consortium.

1996:        Tulane University.  <u>Workshop Leader</u>.  Environmental Geosciences for New Orleans High School
             Teachers.

1995:        Elderhostel.   <u>Workshop Leader</u>. Louisiana's Coastal Wetlands.  Louisiana Universities Marine
             Consortium.

1995:        Coalition to Restore Coastal Louisiana.  <u>Field Trip Leader</u>.  Louisiana Barrier Island Field Trip.

1995-Present: Coastal Wetlands Planning, Protection, and Restoration Act - Academic Advisory Group. <u>Member</u>.
             U.S. Army Corps of Engineers - New Orleans District.

1995:        National Academy of Science - Marine Board.  <u>Invited Lecturer</u>.  Louisiana Coastal Geology and
             Wetland Loss.

1995:        Exxon USA. <u>Workshop Leader</u>.  The Coastal Geology, Processes, Habitats, and Cleanup Methods for
             Louisiana, Mississippi, Alabama, and Florida.

1995:        Geological Society of America. <u>Keynote Symposium Chairman</u>.  The Mississippi River - Control and
             Consequences.

1995:        Geological Society of America.  <u>Chairman</u>.  Quaternary Geology and Geomorphology Division and
             Engineering Geology Division Symposium:  Quaternary Geologic Framework and Processes of
             Coastal Land Loss in Louisiana.

1995:        Geological Society of America.  <u>Chairman</u>.  Quaternary Geologic Framework and Processes of
             Coastal Land Loss.

1994:        New Orleans Geologic Society.  <u>Best Paper Award</u>.  New Geological Perspectives on the Holocene
             Evolution of the Mississippi River Delta Plain.

1994:        <u>Pirogue Award</u>.  Pontchartrain Basin Research Committee.

1994:  American Association of Geological Societies.  <u>Chairman</u>. DEG Environmental Debate - Oil Spills and the Natural Resources Damage Assessment Process.

1994 - Present: Pontchartrain Basin Research Committee.  <u>Member</u>. Lake Pontchartrain Basin Foundation, University of New Orleans, and Louisiana State University.

1993:  New Orleans Geological Society.  <u>Luncheon Speaker</u>.  Role of Geologists on the Exxon Valdez Oil Spill

1993:  Clean Gulf.  <u>Invited Lecturer</u>.  Shoreline Cleanup Assessment Team (SCAT) Concept.

1993:  American Society of Civil Engineers.  <u>Field Trip Leader</u>.  Coastal Zone '93 - Louisiana's Barrier Islands.

1993:  British Water Resources Association.  <u>Field Trip Leader</u>.  The Geology of Louisiana's Coastal Wetlands and Barrier Islands.

1993:  American Society of Civil Engineers.  <u>Chairman</u>. Geologic Framework of Wetland Loss in Louisiana.

1993:  American Association of Petroleum Geologists.  <u>Charter Member</u>.  Division of Environmental Geosciences.

1993:  American Association of Petroleum Geologist.  <u>Distinguish Lecturer</u>. Role of Coastal Geologists in Oil Spills.

1992-2000:  American Shore and Beach Preservation Association.  <u>Board of Directors</u>.

1992:  U.S. Coast Guard.  <u>Invited Speaker</u>.  Physical Recovery of Spills Seminar.  Corpus Christi, TX.

1992:  Lake Pontchartrain Foundation, University of New Orleans, and Louisiana State University.  <u>Co - Chairman</u>. Lake Pontchartrain Research Conference - The Basics of the Basin.

1992:  American Association of Petroleum Geologist.  <u>Chairman</u>.  Special Symposium - Oil and Gas in Wetlands: Environmental Issues and Solutions.

1991:  New Orleans Geological Society.  <u>Field Trip Leader</u>.  Atchafalaya River Delta.

1991:  Society for Sedimentary Geology (SEPM) - GCS.  <u>Invited Speaker</u>.  Role of Coastal Geologist in Marine Oil Spills.

1991:  American Association of Petroleum Geologist.  <u>Co-Chairman</u>.  Special Symposium on Oil Spills in Retrospect.

1991:  12th Annual GCSSEPM Foundation Research Conference.  <u>Co-Chairman</u>.  Modern Coastal Depositional Systems in the Gulf of Mexico. Quaternary Framework and Environmental Issues.

1991:  12th Annual GCSSEPM Foundation Research Field Trip.  <u>Field Trip Leader</u>.  Modern Coastal Depositional Systems in the Gulf of Mexico.  Quaternary Framework and Environmental Issues.

1991:         American Society of Civil Engineers, Coastal Sediments `91.  Co-Chairman.  Special Session - Geologic Framework and Coastal Processes:  Northern Gulf of Mexico.

1990:         U. S. Army Corps of Engineers (New Orleans District) Professional Development Program, Certificate of Appreciation. Coastal land Loss in Louisiana.

1990:         Gulf Coast Association of Geological Societies.  Co-Chairman.  CGS-SEPM Symposium - Geologic Framework of Coastal Land Loss in the Gulf of Mexico.

1990:         Department of Geography-University of Aberdeen, Scotland.  Invited Lecturer.  Geologic Framework of Coastal Land Loss and Impact of Oil Spills on Coastal Environments.

1990-Present: Louisiana State University, Argonne National Laboratory, Gas Research Institute, U.S. Geological Survey, and U.S. Army Corps of Engineers.  Chairman.  Louisiana Coastal Land Loss Committee.

1990:         Gulf Coast Association of Geological Societies.  Best Core Session Award.  Facies architecture of the Bayou Grand Caillou area: an abandoned shallow water delta of the Mississippi River delta plain.

1990:         Geological Society of America. Short Course Lecturer.   Coastal Land Loss, Galveston, TX.

1990:         New Orleans Geological Society.  Field Trip Leader.  Ship Island, Mississippi.

1990:         New Orleans Geological Society.  Field Trip Leader.  Chandeleur Islands, Louisiana.

1990:         Baton Rouge Geological Society.  Invited Lecturer.  Role of Coastal Geologist in Marine Oil Spills.

1990:         New Orleans Geological Society.  Invited Lecturer.  Role of Coastal Geologist in Marine Oil Spills.

1990:         Lafayette Geological Society.  Invited Lecturer.  Role of Coastal Geologist in Marine Oil Spills.

1990-1994:    U.S. Minerals Management - Regional Technical Working Group.  Louisiana Representative.

1990:         International Sedimentological Congress.  Co-Convener.  Symposium - Deltaic Sequences and Facies. Nottingham, England.

1990:         American Association of Petroleum Geologist - Special Symposium.  Co-Chairman.  Sea Level Rise: Effects on Coastal Environments.

1989:         Louisiana Department of Environmental Quality.  Expert Witness.  Coastal Geology, Sea Level Change, and Future Coastal Conditions.

1989:         Society for Sedimentary Geology (SEPM) - Gulf Coast Association of Geological Societies.  Best Published Paper Award   Sequence Stratigraphy of the Mississippi Delta.

1989-Present: U.S. Environmental Protection Agency.  Committee Member.  Gulf of Mexico Program - Coastal and Shoreline Erosion Committee.

1989:         Coastal Studies Institute Industrial Associates Program - Louisiana State University.  Invited Lecturer. Geologic Framework of Shallow Marine Sands.

43

1989-1993:   Louisiana Department of Wildlife and Fisheries.  Certified Boating Education Instructor.  Baton Rouge, LA.

1989:   Gulf Coast Association of Geological Societies.  Co-Chairman. GCS-SEPM Symposium: Quaternary Evolution of Gulf Coastal and Inner Shelf Areas.

1989:   International Geological Congress.  Field Trip Leader (with J. R. Suter and R. A. Morton).  Coastal Depositional Systems of the Northwestern Gulf of Mexico.  Washington, D.C.

1989:   International Geological Congress.  Short Course Lecturer.  Coastal Land Loss, Washington, D.C.

1988-Present:  Florida Board of Professional Registration.  Professional Geologist.

1988:   Society for Sedimentary Geology (SEPM) - Gulf Coast Association of Geological Societies.  Best Published Paper Award   A geomorphic model for Mississippi delta evolution.

1988:   Department of Geology-Duke University.  Invited Lecturer.  Deltas, Cheniers, Barrier Islands and Beach Ridges in Louisiana.

1988:   Office of the Governor:  Louisiana Coastal Protection Task Force-Technical Committee.

1988:   Louisiana Universities Marine Consortium.  Course Instructor.  Coastal Erosion and Land Loss.

1988-Present:  American Association of Petroleum Geologists.  Committee Member.  Division of Environmental Geology.

1988:   Society of Economic Paleontologists and Mineralogists.  Field Trip Leader.  Coastal and Shallow Marine Sedimentation on the Mississippi River Delta Plain and Chenier Plain in Louisiana.  Houston, Texas.

1987:   Estuarine Research Federation.  Field Trip Leader.  Overflight of the Mississippi River Delta Plain.  New Orleans, Louisiana.

1987:   Coastal Studies Institute - Louisiana State University.  Field Trip Leader.  Industrial Associates Field Trip-Lafourche Delta Complex.  Baton Rouge, LA.

1987:   Louisiana Universities Marine Consortium.  Course Instructor.  Coastal Erosion and Land Loss in Louisiana.

1987:   Louisiana Department of Natural Resources.  Service Award.  Louisiana Geological Survey.

1987:   American Society for Civil Engineers, Coastal Sediments `87.  Co-Chairman.  Special Session - Tidal Inlets.

1987:   Society of Economic Paleontologists and Mineralogists.  Excellence of Poster Presentation Award.  A New Chronostratigraphic Model for the Mississippi River Delta Plain.  Los Angeles, CA.

1987:   Centre for Marine Geology-Dalhousie University.  Invited Lecturer.  Inner-Shelf Shoal Formation in the Northern Gulf of Mexico.  Halifax, Nova Scotia.

1987-1989:  South Carolina State Board of Registration for Geologist.  Professional Geologist.  Registration No. 589.

1987:  SEPM Coastal Sedimentation Research Group.  Field Trip Leader.  Barrier Islands, Beach Ridges, and Cheniers in Coastal Louisiana.  Austin, Texas.

1987:  American Society of Civil Engineers, Coastal Sediments '87.  Field Trip Leader.  Barrier Shoreline Geology and Protection in Louisiana:  Belle Pass to Grand Isle.  New Orleans, Louisiana.

1987:  Coastal Sedimentation Research Group, Society of Economic Paleontologists and Mineralogists.  Chairman.  Austin, Texas.

1986-1987:  Louisiana Shore and Beach Preservation Association.  Executive Board Member.

1986:  The Coastal Society.  Field Trip Leader.  Coastal Louisiana:  Grand Isle to Belle Pass.  New Orleans, Louisiana.

1986:  Society of Economic Paleontologists and Mineralogists.  Workshop Lecturer.  Modern and Ancient Shelf Clastics:  A Core Workshop--Inner-shelf shoal sedimentary facies and sequences: Ship Shoal, Northern Gulf of Mexico.

1986:  Society of Economic Paleontologist and Mineralogists.  Excellence of Poster Presentation Award.  Inner Shelf Shoal Formation through Transgressive Barrier Submergence.  Atlanta, Georgia.

1986-1987:  Louisiana Shore and Beach Preservation Association.  Vice-President.

1986:  The Society of Independent Earth Scientists.  Guest Speaker.  Hurricane Impact in Louisiana.  New Orleans, Louisiana.

1986:  Gulf Coast Association of Geological Societies.  Field Trip Leader.  Transgressive Sands of the Mississippi River Delta Plain-The Bayou Lafourche Barrier Shoreline.  Baton Rouge, Louisiana.

1986:  Coastal Sedimentation Research Group, Society of Economic Paleontologists and Mineralogists, Vice-Chairman.  Raleigh, North Carolina.

1985:  Terrebonne Parish Council, Louisiana.  Letter of Commendation.  Continued support of coastal restoration and protection in Terrebonne Parish.  Houma, LA.

1985:  Baton Rouge Geological Society.  Guest Speaker.  Hurricane Impact in Louisiana.  Baton Rouge, Louisiana.

1985:  American Association of Petroleum Geologists.  Best of AAPG for Society of Exploration Geophysicists.  Trinity Shoal:  A Reworked Deltaic Barrier in Louisiana Continental shelf.  New Orleans, Louisiana.

1985:  American Association of Petroleum Geologists, Department of Education.  Short Course Lecturer.  Shelf and Shoreline Sands:  Northwest Gulf of Mexico.  New Orleans, Louisiana.

1984-1985:  Geological Society of America, Decade of North American Geology, Southeastern Section Centennial Field Guide, Coastal Louisiana Coordinator.

1984:        Association of American Petroleum Geologists/Society of Economic Paleontologists and Mineralogist. Best of Session Award.  Geologic Framework of Sand Shoals on the Muddy Mississippi River Delta Shelf.  San Antonio, Texas.

1984:        Department of Geology - Boston University.  Invited Lecturer.  Barrier Shoreline Evolution in the Mississippi River Delta Plain.  Boston, Massachusetts.

1984:        Coastal Engineering Research Center, U.S. Army Corps of Engineers, Vicksburg, Mississippi.  Invited Lecturer.  Model for Barrier Island Evolution on the Northern Gulf Coast.  Barrier Island Workshop (November 13-16), Nags Head, North Carolina.

1983-1984:   Coastal Protection Task Force-Technical Work Committee, Louisiana Department of Natural Resources, Baton Rouge, Louisiana.  Technical Consultant.

1982:        Geological Society of America.  Field Trip Leader.  Transgressive Depositional Environments in the Mississippi River Delta Plain.  New Orleans, Louisiana.

1981:        Legislature of Louisiana, Senate and House Committees on Natural Resources, Baton Rouge, Louisiana.  Expert Witness, Coastal Wetland Loss and Barrier Island Erosion Hearings.

1975-1976:   Jacksonville University, Student-Faculty Curriculum Committee, Jacksonville, Florida.  Physical Geography Representative.

1972-1976:   Jacksonville University, Department of Geography, Jacksonville, Florida.  Dean's List.

## 13. CONTRACTS

Department of Natural Resources. 2002.  Characterization of Brown Marsh Progression and/or Recovery Using (2002-2001) Satellite Landsat Imagery.  Co-Principal Investigator with P. Conner and A. Beall. ($55,045)

U.S. Department of the Interior – U.S. Geological Survey, 2002.  Patterns and processes of subsidence across the Mississippi River delta plain, Louisiana.  Year 2.  Co-Principal Investigator with M. Kulp and D. Reed ($214,071).

U.S. Department of  Army Corps of Engineers – New Orleans, District.  2002.  Develop Color Infrared Photo Mosaics and Dredge History Maps for U.S. Army Corps of Engineers – NOD Dredge Sites. Tasks 68-81 ($273,670).

U.S. Department of  Army Corps of Engineers – New Orleans, District.  2002.  Develop Color Infrared Photo Mosaics and Dredge History Maps for U.S. Army Corps of Engineers – NOD Dredge Sites. Task 82 Plover Island ($9,536).

U.S. Department of  Army Corps of Engineers – New Orleans, District.  2002.  Develop Color Infrared Photo Mosaics and Dredge History Maps for U.S. Army Corps of Engineers – NOD Dredge Sites. Task 83. SW Pass and Calcasieu Island ($11,600).

Louisiana Marine Consortium 2002.  Priority Project List Section of non-complex projects- Year 3. ($17,649).

Department of Natural Resources 2002.  Habitat Change Analysis for East, Trinity, Whiskey, and East Timbalier islands.  Co-Principal Investigator with P. Connor and A. Beall ($46,842).

National Oceanic Atmospheric Administration – UNO Foundation 2002.  Pontchartrain Restoration Act Educational Program. Co-Principal Investigator with D. Maygarden ($65,520).

National Oceanic Atmospheric Administration – UNO Foundation 2002.  Critical Habitat, Coastal Land Loss, and Land Cover Change.  Co-Principal Investigator with A. Beall. (232,050).

National Ocean Survey 2002.  Timbalier Island Vibracore Co-Principal Investigator with M. Kulp ($9,652).

Ocean Services Inc. 2002.  Sediment Analysis of Timbalier Island. Co-Principal Investigator with M. Kulp ($50,109).

U.S. Department of the Interior - U. S. Geological Survey, 2002.  Caminada-Moreau Headland Shoreline Change Analysis. Co-Principal Investigator with A. Beall (20,867).

Jefferson Parish, 2002.  Student Internship for Jefferson Parish Local Permit Information and Training Center. Principal Investigator ($20,745).

Camp, Dresser and McKee., 2002.  Geotechnical Investigation for Marsh Creation South of Leeville. Co-Principal Investigator with M. Kulp ($34,162).

Department of Natural Resources, 2001 – 2002.  Brown Marsh Vegetation Response and Remediation.  Co-Principal Investigator with A. Beall and P. Connor ($26,885).

Department of Natural Resources, 2001.  Mean Water Delineation for Chandeleur Islands Vegetative Plantings. Co-Principal Investigator with P. McCarty ($28,389).

Department of Natural Resources, 2001.  Temporary Benchmark Installation, Elevation Surveying and Vegetation and Sediment Monitoring for the Chandeleur Islands Vegetative Plantings. Co-Principal Investigator with P. McCarty ($33,758)

Lake Pontchartrain Basin Foundation, 2000 - 2001.  Pontchartrain Basin Watershed Analysis and Ecosystem Monitoring.  Co-Principal Investigator with D. Reed ($85,151).

U.S. Army Corps of Engineers, 2000 - 2001.  Monitoring of Habitats Created by Dredged Material.  Principal Investigator ($807,000).

Tetra-Tech Inc., 2000.  Barataria Barrier Island Restoration Principal Investigator ($77,931).

National Marine Fisheries Service, 2000.  Chandeleur Island Vegetative Restoration Project.  Principal Investigator ($13,500).

National Marine Fisheries Service, 2000.  PPL9 Chaland Pass Project.  Principal Investigator ($15,000).

U.S. Department of the Interior - U.S. Geological Survey, 2000.  Geologic Investigation of sand resources for the Restoration of the Barataria Barrier Shoreline between Belle Pass and Sandy Point.  ($140,000).

U.S. Department of the Interior - U.S. Geological Survey, 2000.  Barataria Shoreline Sand Resource Inventory.  Principal Investigator ($150,000).

Lake Pontchartrain Basin Foundation, 1999 - 2000.  Development of an Environmental Atlas for the Pontchartrain Basin.  Principal Investigator ($122,932).

Lake Pontchartrain Basin Foundation, 1999 - 2000.  Assessment of Oil and Gas Impacts on the Pontchartrain Basin.  Principal Investigator ($30,023)

Lake Pontchartrain Basin Foundation, 1998 - 1999.  Northshore Beach Erosion and Restoration Study. Principal Investigator ($25,000)

Mobil Foundation, 1997 - 2001.  Environmental Petroleum Industrial Consortium.  Principal Investigator ($250,000)

U.S. Geological Survey, 1999.  Hurricane Camille Storm Symposium.  Principal Investigator ($10,000).

American Association of Petroleum Geologists, 1999.  Hurricane Camille Storm Symposium.  Principal Investigator ($5000).

U.S. Department of the Interior - U.S. Geological Survey, 1999.  Chandeleur Island Hurricane Georges Impact Study.  Principal Investigator ($20,000).

LSU Board of Regents, 1999.  LARCON Initiative.  Coastal Systems Modeling - Linkage between landloss and Coastal Hydrologic Processes.  Principal Investigator ($44,530).

National Marine Fisheries Service, 1999.  CWPPRA University Assistance.  Chandeleur Island Vegetative Planting.  Principal Investigator with Denise Reed ($17,500).

National Marine Fisheries Service, 1999.  CWPPRA University Assistance (Grand Terre Restoration). Principal Investigator ($3,800).

Louisiana Universities Marine Consortium, CWPPRA, 1999 - 2001.  Priority Project List Selection Non-Complex Projects & Development of Complex Projects.   Principal Investigator ($36,184.00)

Freeport McMoran Inc., 1998 - 2000.  Lake Pontchartrain Study - Geoscience Component.  Principal Investigator ($155,210).

National Marine Fisheries Service, 1998 - 1999.  Coordination and Planning Activities between NOAA and UNO EPIC.  Principal Investigator ($32,017).

U.S. Minerals Management Service, 1995 - 1997.  Phase II in the Development of the Gulf-wide Information System (GWIS) Database to Support Oil Spill Contingency Planning and Environmental Analysis in the Northern Gulf of Mexico.  Principal Investigator with K. Ramsey ($307,000).

Texas General Land Office, 1997.  Aerial Videotape Survey of Central Texas.  Principal Investigator with K. Westphal and K. Ramsey ($37,000).

U.S. Army Corps of Engineers, 1997 - 2002.  Wetland Creation Through the Beneficial Use of Dredge Material.  Principal Investigator ($5,300,000).

U.S. Army Corps of Engineers, 1996-1997.  Monitoring Wetland Creation Through the Beneficial Use of Dredged Material.  Principal Investigator with K. Westphal and Q. Tao ($319,000).

U.S. Geological Survey, 1997 - 2001.  Geologic Framework and Processes Affecting Coastal Land Loss and Environmental Quality in the Pontchartrain Basin. Principal Investigator ($471,049).

U.S. Geological Survey, 1996-1997.  Analysis of the 1995 Hurricane Season on Louisiana's Barrier Islands.  Principal Investigator with K. Westphal ($35,000).

Louisiana Universities Marine Consortium, 1995-1996.  CWPPRA University Assistance.  Principal Investigator ($5,000).

Mobil, 1995-1996.  Oil Spill Contingency Planning Grant.  Principal Investigator with K.E. Ramsey ($7,500)

Entrix, Inc., 1995.  Oil Spill Science Support.  Principal Investigator.  ($7,623).

Entergy Services Company, 1995-1996.  Wetland Mitigation Science Support.  Principal Investigator.  ($10,000).

Electric Power Research Institute, 1995-1996.  Development of a Salt Mitigation Bank in the Barataria-Terrebonne National Estuary, Louisiana.  Principal Investigator ($203,228).

Clean Gulf Associates (CGA), 1994-1996.  G-WIS Matching Funds.  Principal Investigator ($100,000).

Entergy Services Company, 1994-1996.  Development of a Salt Marsh Mitigation Bank for Entergy Services, Inc. in the Barataria-Terrebonne National Estuary, Louisiana.  Principal Investigator ($399,991).

U.S. Army Corps of Engineers, 1994-1996.  Monitoring Wetland Creation Association with the Beneficial Use of Navigation Dredged Material in the Army Corps of Engineers-New Orleans District, LA.  Principal Investigator ($1,096,342).

Argonne National Laboratory, 1994-1995.  Natural and Human-Induced Causes of Wetland Loss in Coastal Louisiana.  Principal Investigator ($103,000).

Entergy Services Company, 1994-1995.  Wetland Mitigation Science Support.  Principal Investigator ($5,000).

Louisiana Offshore Oil Port, Inc., 1994-1995.  Aerial Videotape Survey of the Northern Gulf of Mexico.  Principal Investigator with K. Westphal ($2,500).

Mobil, 1994-1995.  Aerial Videotape Survey of the Northern Gulf of Mexico.  Principal Investigator with K. Westphal ($2,500).

Marathon, 1994-1995.  Aerial Videotape Survey of the Northern Gulf of Mexico.  Principal Investigator with K. Westphal ($3,750).

Unocal, 1994-1995.  Aerial Videotape Survey of the Northern Gulf of Mexico.  Principal Investigator with K. Westphal ($5,000).

Marine Spill Response Corporation (MSRC), 1994-1995.  Aerial Videotape Survey of the Northern Gulf of Mexico and Intracoastal Waterway.  Principal Investigator with K. Westphal ($49,995).

Marine Industry Response Group (MIRG), 1994-1995.  Aerial Videotape Survey of the Northern Gulf of Mexico.  Principal Investigator with K. Westphal ($10,000).

Conoco, Inc., 1994-1995.  Oil Spill Science Support.  Principal Investigator ($5,000).

Chevron, 1994-1995.  Oil Spill Science Support.  Principal Investigator ($1,500).

O'Brien Oil Pollution Service, Inc. (OOPS), 1994-1995.  Oil Spill Science Support.  Principal Investigator ($1,000).

Morris Environmental, Inc., 1994-1995.  Oil Spill Science Support.  Principal Investigator ($1,000).

O'Brien Oil Pollution Service, Inc. (OOPS), 1994.  Oil Spill Science Support.  Principal Investigator ($2,000).

O'Brien Oil Pollution Service, Inc. (OOPS), 1994.  Oil Spill Science Support.  Principal Investigator ($3,000).

Ingram Barge Company, 1993-1994.  Sunshine Bridge Oil Spill Science Support.  Principal Investigator ($500).

Clean Gulf Associates, 1993-1994.  Aerial Videotape Survey of the Northern Gulf of Mexico.  Principal Investigator with K. Westphal ($7,500).

Minerals Management Services, 1993-1995.  Evaluation and Characterization of Hard Mineral Resources in the Exclusive Economic Zone of Louisiana.  Principal Investigator ($114,389).

National Marine Fisheries Service, 1993-1994.  Develop Mapping and Other Graphical (Photographs, Overflight Video) Information on the Alterations that have occurred due to the impacts of Hurricane Andrew on Coastal Restoration, Planning, and Restoration Act (CWPPRA) Wetland Restoration Projects.  Principal Investigator ($5,000).

U.S. Department of Interior - U.S. Geological Survey, 1993-1994.  Geologic Processes Affecting Coastal Erosion in Western Louisiana, Including the Impact of Hurricane Andrew.  Principal Investigator with M. Byrnes ($490,000).

Greenhill Petroleum Corporation, 1992-1994.  Technical Assistance, Interagency Coordination, and Shoreline Assessment for the Greenhill Blowout Oil Spill in Timbalier Bay, Louisiana.  Principal Investigator with K. Debusschere ($34,846).

Argonne National Laboratory, 1992-1993.  Natural and Human-Induced Causes of Wetland Loss in Coastal Louisiana.  Principal Investigator ($197,732).

Clean Gulf Associates, 1992-1993.  Aerial Videotape Survey of Coastal Texas and Louisiana.  Principal Investigator with K. Westphal ($5,000).

U.S. Coast Guard, 1992-1993.  Aerial Videotape Survey of Coastal Texas and Louisiana.  Principal Investigator with K. Westphal ($5,000).

U.S. Geological Survey - Awarded through Coastal Studies, 1992-1993.  USGS Wetlands Subsidence.  Principal Investigator ($179,995).

EXXON Company, U.S.A., 1992-1993.  Development of Bioremediation for Oil Spill Cleanup in Louisiana Coastal Wetlands: Phase I Project Design.  Principal Investigator with I.A. Mendelssohn ($35,000).

EXXON Company, U.S.A., 1992-1993.  Development of a Shoreline Cleanup Assessment Team (SCAT) Response Program for Oil Spill Impact in the Exxon Eastern Production Division.  Principal Investigator with K. Ramsey ($83,627).

Bureau of Mines - Marine Mineral Technology Center, 1992-1993.  Coastal and Marine Depositional Models for Hard Mineral Exploration in the Gulf of Mexico: Northeastern Gulf of Mexico.  Principal Investigator with R.A. McBride ($79,106).

U.S. Department of the Interior - U.S. Minerals Management Service, 1992-1993.  Mapping Sand Resources in the Barataria Bight: Offshore Grand Terre, Louisiana.  Principal Investigator with K. Ramsey ($34,948).

U.S. Department of the Interior - U.S. Geological Survey, 1992-1993.  Western Louisiana Coastal Land Loss Study: 1991-1996.  Principal Investigator with M.R. Byrnes ($250,000).

U.S. Department of the Interior - U.S. Geological Survey, 1991-1992.  Wetlands Subsidence.  Principal Investigator with H.H. Roberts ($204,208).

U.S. Department of the Interior - U.S. Mineral Management Service, 1991-1992.  Shell Resource Inventory of Offshore Louisiana: Marsh Island to Point Au Fer.  Principal Investigator with K. Ramsey ($29,750).

U.S. Department of the Interior - U.S. Geological Survey, 1991-1992.  Evaluation of Sedimentation Processes in Actively Managed Coastal Marshes in Louisiana.  Principal Investigator with D. Reed ($60,058).

U.S. Department of the Interior - U.S. Geological Survey, 1991-1992.  Western Louisiana Coastal Land Loss Study: 1991-1996.  Principal Investigator with M.R. Byrnes ($288, 000).

Mississippi Bureau of Geology, 1991-1992.  Aerial Videotape Survey, Shallow Seismic, and Shoreline Mapping Surveys of Coastal Mississippi.  Principal Investigator with M. Byrnes ($44,414).

Bureau of Mines - Marine Mineral Technology Center, 1991-1992.  Coastal and Marine Depositional Models for Hard Mineral Exploration in the Gulf of Mexico: Appalachicola delta Zone. Principal Investigator with R. A. McBride ($39,996).

Argonne National Laboratory, 1991-1992.  Natural and Human Induced Causes of Wetland Loss in Coastal Louisiana.  Principal Investigator ($219, 001).

U.S. Department of the Interior - U.S. Minerals Management Service, 1991-1992.  Shell Resource Inventory of Offshore Louisiana:  Marsh Island to Point Au Fer.  Principal Investigator with K. Ramsey ($29,873).

U.S. Minerals Management Service, 1991-1992.  Gulf of Mexico Exclusive Economic Zone Evaluation.  Principal Investigator with M.R. Byrnes ($120,000).

EXXON Company, U.S.A., 1991.  Aerial Videotape Survey of Coastal Alabama for Oil Spill Response Planning.  Principal Investigator with K. Westphal ($18,289).

Argonne National Laboratory, 1990-1991.  Natural and Human Induced Causes of Wetland Loss in Coastal Louisiana.  Principal Investigator ($291,525).

Bureau of Mines - Marine Minerals Technology Center, 1990-1991.  Coastal and Marine Depositional Models for Hard Minerals Exploration in the North Gulf of Mexico:  Florida Panhandle Zone.  Principal Investigator with R. A. McBride ($30,000).

U.S. Department of the Interior - U.S. Geological Survey, 1990-1991.  Wetlands Subsidence.  Principal Investigator with H.H. Roberts ($205,780).

U.S. Department of the Interior - U.S. Geological Survey, 1990-1991.  Louisiana Coastal GIS Network.  Principal Investigator with D. Davis ($250,000).

U.S Department of the Interior - U.S. Geological Survey, 1990-1991.  Louisiana Cooperative Barrier Island Erosion and Land Loss Study.  Principal Investigator ($257,483).

U.S. Department of the Interior - U.S. Minerals Management Service, 1990-1991.  Stratigraphic Assessment of the Sand Resources Offshore of Holly and Peveto Beaches in Louisiana.  Principal Investigator with K. Ramsey ($21,000).

LOOP Deepwater Oil Port, Inc., 1990-1991.  Aerial Videotape Survey of Coastal Louisiana.  Principal Investigator with Karen Westphal. ($8,500).

U.S. Department od the Interior - U.S. Geological Survey, 1989-1990.  Wetlands Subsidence.  Principal Investigator with H.H. Roberts ($195,121).

Louisiana Offshore Oil Port, Inc., 1990-1991.  Development of a Shoreline Impact Assessment Team Response Program for Marine Oil Spills. Principal Investigator ($31,409).

Terrebonne Parish Government, 1989-1990.  Geologic framework of Wine Island Shoal.  Principal Investigator ($12,500).

U.S. Department of the Interior - U.S. Geological Survey, 1989. Aerial videotape survey of coastal Mississippi.  Principal Investigator ($7,500).

Bureau of Mines Marine Minerals Technology Center, 1989-1990.  Coastal and Marine Depositional Models for Aggregate and Heavy Mineral Exploration in the Northern Gulf of Mexico:  Eastern Louisiana, Mississippi, and Alabama Zone.  Principal Investigator with R. A. McBride ($34,846).

U.S. Minerals Management Service, 1989-1990.  Stratigraphic assessment of the mineral resources the St. Bernard shoals, offshore Louisiana.  Principal Investigator with L. Nakashima ($31,500).

U.S. Department of the Interior - U.S. Geological Survey, 1989-1990.  Louisiana cooperative barrier island erosion and land loss study.  Principal Investigator with J.R. Suter ($323,476).

U.S. Fish and Wildlife Survey, 1988-1989.  Bathymetric Survey of the Chandeleur Island backbarrier seagrass flats.  Principal Investigator ($21,152).

U.S. Department of the Interior - U.S. Geological Survey, 1988-1989.  Louisiana cooperative barrier island erosion and land loss study:1986-1990.  Principal Investigator with J. R. Suter ($323,346).

U.S. Department of the Interior - U.S. Geological Survey, 1988-1989.  Wetland Subsidence.  Principal Investigator with H.H. Roberts ($37,049)

U.S. Department of the Interior - U.S. Minerals Management Service, 1988-1989.  Mapping nearshore sand resources in the Trinity Shoal region in Louisiana.  Principal Investigator with J. R. Suter ($29,950).

U.S. Minerals Management Service, 1987-1988.  Economic reconnaissance of the exclusive economic zone for non-energy minerals.  Principal Investigator with Chacko John and C. G. Groat ($180,426).

U.S. Department of the Interior - U.S. Minerals Management Service, 1987-1988.  Mapping nearshore sand resources in the Shell Island region in Louisiana.  Principal Investigator with J. R. Suter ($26,252).

U.S. Department of the Interior - U.S. Geological Survey, 1987-1988.  Louisiana cooperative barrier island erosion and land loss study:1986-1990.  Principal Investigator with J. R. Suter ($366,632).

U.S. Department of the Interior - U.S. Geological Survey, 1986-1987.  Louisiana cooperative barrier island erosion and land loss study:1986-1990.  Principal Investigator with J. R. Suter ($287,814).

U.S. Department of the Interior - U.S. Geological Survey, 1986-1987.  Airborne survey of the Hurricane Elena impact zone:  Louisiana, Mississippi, Alabama, and Florida.  Principal Investigator ($18,000).

Louisiana Department of Natural Resources, 1985-1986.  Mapping nearshore sand resources in coastal Louisiana:  Raccoon Point to Belle Pass.  Project Manager with J. R. Suter ($35,467).

Louisiana Department of Natural Resources, Coastal Protection Task Force, 1985-1986.  Mapping geological subsidence in coastal Louisiana.  Project Manager with T. F. Moslow ($24,533).

Louisiana Department of Natural Resources, Coastal Protection Task Force, 1984-1986.  Louisiana nearshore sand resource inventory; Project Manager with J. R. Suter ($717,951).

Terrebonne Parish Government, 1984.  Sand Survey for the Eastern Isles Dernieres Dredge Site.  Principal Investigator ($2,500).

U.S. Department of the Interior - Minerals Management Service, 1983-1984.  Sand and shell aggregate resource inventory for the Louisiana continental shelf.  Principal investigator with J. R. Suter and T. F. Moslow ($24,535).

Terrebonne Parish Government, 1983-1984.  Investigation of shoreface and inner shelf sand resources in Terrebonne Parish waters; Principal Investigator with J. R. Suter ($18,000).

Terrebonne Parish Government, 1983-1985.  Delta plain subsidence and sedimentation in Terrebonne Parish; Principal Investigator ($65,000).

National Oceanic and Atmospheric Administration - Outer Continental Shelf Environmental Monitoring Program, , 1983-1984.  Physical shore zone survey of Louisiana; Principal Investigator ($36,000).

Louisiana Department of Natural Resources - Coastal Protection Task Force, 1982-1984.  Nearshore sand resource inventory for the Cheniere Ronquille, Isles Dernieres, and Holly-Peveto pilot protection projects; Co-Project Manager with J. R. Suter and  T. F. Moslow ($210,000).

U.S. Army Corps of Engineers (Mobile District), 1981.  The stability and shoaling characteristics of Pass Drury, Alabama; Principal Investigator, Contract No. DACW01-81-M-B-293 ($1,600).

<u>Louisiana Department of Natural Resources - Office of Coastal Zone Management</u>, 1979-1982.  Utilization and management of vegetation to retard dune and barrier island erosion in coastal Louisiana; Co-investigator with W. H. Patrick, Jr. and I. A. Mendelssohn, Principal Investigators ($332,867).

## 14. REVIEWER

Journal of Coastal Research
Marine Geology-Quaternary Research
Sedimentology
The Petroleum Research Fund
U.S. Geological Survey
Marine Geology.mk;
American Association of Petroleum Geologist

## 15. REFERENCES

Dr. Charles G. Groat
Director
U.S. Geological Survey MS 914
12201 Sunrise Valley Drive
Reston, VA  22092
703-648-7411 p
703-648-4454 f

Dr. William Ritchie
Vice-Chancellor and Professor
Lancaster University
Lancaster LA1 4Yw
United Kingdom
01524 5920000 p
01524 36841 f

Dr. S. Jeffress Williams
Program Director
Coastal and Marine Geology Program
U.S. Geological Survey MS 914
12201 Sunrise Valley Drive
Reston, VA  22092
703-648-6511 p
703-648-6500 f

Dr. Ron Boyd
Department of Geology
University of New Castle
Callaghan, New South Wales
Australia 2308
011-61-49-215-744 p

Dr. Duncan Fitzgerald
Department of Earth Science
Boston University
Boston, MA 02215
617-353-2530 p
617-353-3290 f

Curriculum Vitae

## CHAD AARON MORRIS, P.L.S.

EDUCATION:                         B.S. in Surveying and Mapping, University of Florida, 1991

PROFESSIONAL REGISTRATION:         Professional Land Surveyor Licensed in Louisiana & Texas

PROFESSIONAL EXPERIENCE:   2006-Present   Owner of CMor Consulting, LLC

                           2004-2006      Vice President of LandSource, Inc.
                                          Baton Rouge, LA.
                                          Industrial Surveying and Mapping

                           1991-2004      Project Coordinator and Operations Manager of
                                          Hydro Consultants, Inc. – Baton Rouge, LA.
                                          Industrial Surveying and Mapping

PROFESSIONAL ASSOCIATIONS:         Louisiana Society of Professional Surveyors (LSPS)

PROFESSIONAL ACTIVITIES:           President of LSPS 2003-2004
                                   Secretary/ Treasurer of LSPS 2002-2003
                                   Chairman of LSPS Convention Committee 2001
                                   Chairman of LSPS Promotion of Profession Committee 2001-2002

PROFESSIONAL AWARDS:               LSPS Past President Award 2004
                                   1st Place – NSPS Map and Plat Competition 1997, 1999, 2001

PUBLICATIONS:                      Louisiana Engineer & Surveyor Journal 2003-2004

### SUMMARY OF EXPERT WITNESS TESTIMONY

| DATE | CASE | COURT | TESTIMONY |
|---|---|---|---|
| September 17, 2001 | The City of New Orleans vs. Schlumberger Technology Corp. | United States District Court Eastern District of Louisiana | Deposition: Expert for Defense |
| July 27, 2004 | Richard McDowell, Jr. vs. Entergy Gulf States, Inc. | 19th JDC, EBR Parish State of Louisiana | Testimony: Expert for Defense |
| January – Sept., 2006 | Patrick Joseph Turner, et al vs. Murphy Oil USA Inc. | United States District Court Easter District of Louisiana | Testimony: Fact Deposition: Expert for Defense |

# BIOGRAPHICAL SKETCH

## ARTHUR R. THEIS, P.E., P.L.S.

Born - Shreveport, Louisiana, August 1927
Graduated Fair Park High School, 1944
Military Service:        U.S. Navy, 1945-1948 (World War II)
                         U.S. Navy, 1950-1951 (Korean Conflict)

## EDUCATION

Louisiana Tech University, Ruston, Louisiana, B.S., civil engineering, 1953.

## REGISTRATIONS

P.E., civil engineer, Louisiana, No. 03942
P.L.S., land surveyor, Louisiana, No. 03692

## COMMISSIONS

Louisiana State Board of Registration for Professional Engineers and Land Surveyors, 1978-1988.
Red River Compact Commission, 1977-to date.

## PROFESSIONAL ASSOCIATIONS

Life Member - Louisiana Engineering Society
Member - National Society of Professional Engineers
Member - National Council of Engineering Examiners

## PROFESSIONAL EXPERIENCE

President, G.E.C.O., Inc., Baton Rouge, Louisiana, 1990-2000
Vice President, Gulf Engineers & Consultants, Inc., Baton Rouge, Louisiana, 1990-2003
Chief Water Resources Engineer, Gulf Engineers & Consultants, Inc., Baton Rouge, Louisiana, 1987-2003
Research Associate, Resources Planning and Management, Gulf South Research Corporation, Baton Rouge,        Louisiana, 1987-1988.
Chief Engineer, Louisiana Department of Public Works, Baton Rouge, Louisiana, 1976-1986.
Assistant Chief Engineer, Louisiana Department of Public Works, 1970-1976.
District Engineer, Louisiana Department of Public Works, New Orleans, Louisiana, 1965-1970
Assistant District Engineer, Louisiana Department of Public Works, New Orleans, Louisiana, 1960-1965.
Area Engineer, Shreveport, Louisiana, 1955-1960.
Project Engineer, Louisiana Department of Public Works, New Orleans, Louisiana, 1953-1955.

**DESCRIPTION OF EXPERIENCE,**
**PUBLICATIONS, REMARKS**

Gulf Engineers & Consultants Operations, 1990-:

I developed the subsidiary firm of G.E.C.O., Inc. (Gulf Engineers & Consultants Operations) to perform operation and maintenance contracts and to develop our environmental programs. I managed the operation of the Tensas-Cocodrie Pumping Plant for the Vicksburg District, U.S. Army Corps of Engineers (USACE) for a five year period from 1988 thru 1993. This plant is the largest in the Louisiana flood control system located in the Red River backwater of the Mississippi River and Tributaries Project.

The environmental program was initiated at G.E.C.O. to provide engineering, economic and biological consultant services to the Federal government through indefinite quantities contracts with several Corps of Engineers districts, the American Sugar Cane League and numerous agricultural and commercial interest for assessments, environmental impact statements and investigations. This program is currently carried out by GSRC (Gulf South Resource Corporation) a subsidiary of G.E.C., Inc. GSRC also provides environmental monitoring for air emissions and develops remedial measures.

Gulf Engineers & Consultants, Inc., 1987-:

I serve as a Vice President and Chief of the Water Resources Engineering Division for our multi-disciplined engineering firm. I direct the hydrological, hydraulic and design engineering for flood control, drainage, irrigation, navigation and water resources projects. My long term experience with the Louisiana Department of Public Works has enabled me to develop a substantial water resources sector in our engineering firm. I direct such studies as USACE Section 205 flood control studies, river management studies, beach erosion and navigation studies, including erosion control and spoil disposal. I have also conducted several state dam safety programs, dam permit applications involving detailed hydrological/hydraulic studies and reports.

Louisiana Department of Public Works, 1953-1986:

I served for over 33 years as a professional engineer and land surveyor with the State of Louisiana. The positions I held involved training, experience and management in every phase of drainage, flood control and water resources development programs in Louisiana. These programs included local, state and Federal programs of the police juries, levee boards, U.S. Soil Conservation Service, USACE and other local, state and Federal agencies.

Chief Engineer: I performed professional engineering and administrative work of a highly complex, technical and specialized nature. The work included the responsibility for organizing, planning and directing the design and construction of all projects proposed and constructed by the Department of Public Works. The staff under my direction was composed of some 400 engineers, land surveyors, technicians, aides and support personnel. I also directed the engineering services provided by the office to Federal agencies and to the numerous other state agencies, levee boards, police juries, drainage districts and other public agencies. The work also required the formulation of department programs, policies and procedures.

Liaison was maintained with the numerous Federal agencies in the coordination of Federal programs with local interests. As directed by the Governor, the Department of Public Works was the state agency responsible for development and coordination of all water resource programs. It was my responsibility to direct and coordinate all programs and cooperative efforts to carry out this directive.

*G.E.C., Inc.*

I represented the State of Louisiana in numerous organizations, commissions and committees such as the Red River Compact Commission and the Arkansas-White-Red River Basins Interagency Committee. This required detailed engineering knowledge of large geographical areas for development of programs, policies and compacts for water development affecting the future of Louisiana. This also required close coordination with Federal agencies and other states.

I initially served on the Red River Compact Engineering Committee as the representative from Louisiana to negotiate with the states of Arkansas, Oklahoma, and Texas for the equitable apportionment of the Red River Basin flows. I drafted the engineering section of the compact that was ultimately adopted by the four states and the U.S. Congress in 1978. I have served as the Senior Louisiana Compact Commissioner since that date in management of the compact requirements.

To carry out the programs and policies of the Department, I was responsible for planning and directing all engineering efforts, directing all engineering cooperative programs with Federal, state and local agencies, directing statewide emergency operations for flood control and natural disasters and representing the state in all water resources development activities.

My work also included preparation of reports, statements and briefs to support requests in Federal and state budgets affecting the State of Louisiana and the Department of Public Works. This required making written and oral presentations to the U.S. Congressional Committees and State Legislative Committees. Assistance was also given in the development of legislation affecting the state's natural resources development.

During this period of time I was also appointed by the Chief-of-Engineer, USACE, to the 15 member Shoreline Erosion Advisory Panel (SEAP) authorized by Section 54 of Public Law 93-251, the Water Erosion Resources Development Act of 1974. I served on the panel from September 1974 through 1981 when the final report was submitted to the Chief of Engineers. This panel developed a program of low cost shoreline erosion control devices and works in cooperation with 16 Corps of Engineers districts under the supervision of seven Corps divisions. Demonstration projects were developed and constructed on the Gulf Coast, East and West coast, Great Lakes, and Alaskan shores of the United States.

I also served as the Chief Dam Safety Officer for the State of Louisiana in cooperation with the Corps of Engineers to develop the dam safety program. I developed the state legislation and upon passage of the Dam Safety Act of Louisiana, I managed the development of the inventory of all dams in Louisiana. I also managed the development of the program policies and procedures and managed the program permitting authority until my retirement in 1986.

The Red River Navigation project requiring local engineering support, was provided by my staff under my direction. This included all project land acquisition, utility relocations and highway and railroad bridge modifications coordination. I also directed the engineering services of the Red River Watereway Commission to acquire and develop recreational sites along the waterway. I also acted as ex-officio member of the Waterway Commission as a representative of the Department of Public Works.

My position as Chief Engineer involved representing the State of Louisiana in coordinating flood fighting operations during such major floods on the Mississippi Valley as occurred in 1973, 1979, 1983. etc. This involved continuous contact and work with the Lower Mississippi Valley Division Commander and some 22 levee boards in Louisiana.

<u>Project Engineer thru Assistant Chief Engineer</u>:  These positions held between 1953 and 1976 were professional engineer and land surveying positions of a managerial nature.

I was in charge of local and regional offices comprised of from 25 to 70 men who were engineers, surveyors, technicians and aide personnel.  The program responsibilities included investigations to prepare preliminary reports, cost estimates, plans, specifications for water resource type projects ranging from navigational locks to major drainage works to dams and reservoirs including outlet works, pumping stations and major drainage structures.  The responsibility also included coordination of local, state and Federal programs and engineering services to those type agencies.

## MAJOR PROGRAMS

As chief engineer/administrator I developed a number of pieces of legislation pertaining to statewide flood control, drainage and water resources.  The following is a partial list:

- Statewide Flood Control Program (Act 351 of 1982)

- Louisiana Water Resources Program (Act 625 of 1983)

- Louisiana Dam Safety Program (Act 733 of 1981)
  (including Act 270 of 1984 for dam and structure maintenance)

- Louisiana Water Well Drillers Licensing

- Louisiana Water Resources Information Center (LAWRIC)

- Red River Waterway Project

- Amite River Basin Drainage and Water Conservation District

Major Federal projects on which I directed the non-Federal interest were such projects as:

- Grand Isle and Vicinity Hurricane and Beach Erosion Project

- Lake Pontchartrain and Vicinity Hurricane Protection Project

- Amite River Basin Studies

*G.E.C., Inc.*

# ARTHUR R. THEIS, P.E., P.L.S.
SENIOR COASTAL ENGINEER

## EDUCATION

Louisiana Tech University, B.S., civil engineering, 1953

## PROFESSIONAL REGISTRATION

Professional Engineer: Louisiana No. 03942.
Professional Land Surveyor: Louisiana No. 03692.

## KEY QUALIFICATIONS

Mr. Theis has over 45 years experience in water resources engineering in the development of navigation, flood control and water resources facilities. He has worked in progressively increasing areas of responsibilities from project engineer to chief engineer. For the past 10 years Mr. Theis has served as Senior Civil Engineer for G.E.C.'s participation in a variety of projects for the Corps of Engineers. Major examples are the *Red River Navigation Feasibility Study, Panama City Harbor Feasibility Study,* and *the Portugues Dam Water Supply Study.* In the capacity of Chief Engineer for the State of Louisiana, Mr. Theis directed a staff of over 400 engineers and technicians in the development of the full range of water resources projects including locks and dams, levee systems, irrigation systems, port development, state parks, wildlife management areas and coastal areas. A considerable amount of his engineering services was in south Louisiana and involved a large number of coastal projects ranging from beach erosion control devices and sand dune restoration to jetties, dikes and water control structures such as levee and gated structures. Coastal engineering experience included such projects as Grand Isle beach erosion and jetty construction, Grand Terre Island Wildlife and Fisheries Research complex, Cameron- Creole marsh management project and the Bayou Lamoque freshwater diversion structure. He also served as engineering advisor and provided staff support to the Louisiana Department of Wildlife and Forestry and the Department of Natural Resources for coastal area project involving surveying, land acquisition, geotechnical, design and construction management. In addition, Mr. Theis has served as consulting engineer to the Chief of Engineers, U.S. Army Corp of Engineers.

In serving as chief engineer for the State of Louisiana, he supervised all drainage and flood control and water resources programs in the State of Louisiana. He was also responsible for maintaining liaison with numerous Federal agencies, other state authorities and local interests. As chief engineer, Mr. Theis was responsible for management of major efforts to develop a comprehensive water supply and conservation program for the State of Louisiana. He directed the Louisiana Water Resources Study Commission in a 14-month study to develop a water supply plan for the state. This study resulted in recommendation to the Louisiana Legislature for the implementation of a comprehensive water policy for the state.

Mr. Theis has also directed the Louisiana Statewide Flood Control Program. He also directed or served on the following programs: Louisiana Water Resources Program; Louisiana Dam Safety Program; Louisiana Water Well Drillers Licensing; Louisiana Water Resources Information Center; Red River Waterway Project; Amite River Basin Drainage and Water Conservation District; Grand Isle and Vicinity Hurricane and Beach Erosion Project; and the Lake

Pontchartrain and Vicinity Hurricane Protection Project.  This consultant service-related to serving on the National Shoreline Erosion Advisory Panel for a period of seven years and development of the Shoreline Low-Cost Shore Protection Manual published by the Army Corps of Engineers. He also currently serves as a Louisiana Commissioner on the Red River Compact Commission composed of representatives from Arkansas, Louisiana, Oklahoma, and Texas. Professional engineering responsibilities involve serving ten years on the Louisiana State Board of Registration for Engineers and Land Surveyors and as a member of the National Council of Engineering Examiners (NCEE).

While with the State of Louisiana, Mr. Theis was responsible for coordinating the development of all Federal water resource projects in Louisiana prior to and during the construction phases. He was also responsible for establishing the operation and maintenance procedures of state and local project sponsors. In addition, he was directly responsible for operation and maintenance of several large projects of the State of Louisiana including Toledo Bend Reservoir, the Sabine River Diversion, and various locks and dams in the coastal area. He has prepared numerous operation and maintenance manuals for water resources projects, including navigation locks.

Other programs involved planning, reports, plans and specifications, contracting and construction management for large projects on the major rivers in Louisiana including navigation locks, reservoirs, dams, spillways, pumping stations, channel construction, and maintenance. Program management and administration required development of legislation and funding as well as coordinating and providing engineering services to local governments, state agencies, and Federal agencies.

During the last 13 years (1986-1999), Mr. Theis has served as senior civil engineer in water resources engineering. the experience during this time frame is related to numerous U.S. Army Corps of Engineers planning and engineering projects in the Corps civil works programs. Projects planned, designed and plans and specifications prepared include flood control levees, drainage structures, pumping plants, water diversion systems, beach erosion, navigation projects for dredging and erosion control, project structures rehabilitation and operation and maintenance. Projects have been prepared for some 10 different Corps districts.

## PROJECT EXPERIENCE

### Coastal Engineering

- *Grand Isle, Louisiana (State of Louisiana)* -- Planned, developed, designed, and constructed, over a period of some 30-years, two rock jetties, sand dune restoration, beach nourishment, timber groin repair and replacement, and storm damage repair and rehabilitation.

- *Timbalier Island (State of Louisiana)* -- Planned, developed, designed, and constructed a series of rock groins to control shoreline erosion and stabilize gulf shore of barrier island.

- *Grand Terre Island (State of Louisiana)* -- Planned, developed, designed, and constructed the Louisiana Department of Wildlife and Fisheries marine research laboratory complex, boat harbor, entrance channel, and rock jetties.

- *Lafitte - Barataria Navigation Channel (Jefferson Parish)* -- Coordinated the Corps of Engineers design and construction of the 12'x125' channel from Barataria Pass at Grand Isle to Lafitte, Louisiana (Jefferson Parish), including surveying, land acquisition, oyster lease appraisals, and relocation, with special emphasis on spoil disposal in sensitive marsh areas.

- **Rockefeller Wildlife Refuge (State of Louisiana)** -- Planned, developed, designed, and constructed the wildlife refuge in south-central Louisiana coastal marsh. The refuge includes a management building and maintenance complex, canals, levees, water control structures, and erosion control.

- **Lake Boudreaux Freshwater Introduction (Louisiana Department of Natural Resources)** — Feasibility study to determine availability of freshwater for introduction into a declining marsh area of the Louisiana coastal wetlands south of Houma, Louisiana. Project will include diversion canal, salinity controlled automated water control structures, levees and a pumping plant.

## Navigation and Water Supply

- **Empire and Ostrica Navigation Locks (State of Louisiana and Plaquemines Parish)** -- Provided construction management, operation and maintenance of two major navigation locks on the lower Mississippi River connecting waterways.

- **Sabine River Diversion Project (Calcasieu Parish)** -- Planned and managed design, construction, operation, and maintenance of a water supply and irrigation system to divert water from the Sabine River to the Lake Charles industry and west Calcasieu Parish irrigation farming. System includes several pumping stations, water level control structures, irrigation structures, levees, siphons and some 30 miles of canals.

- **Reservoirs (State of Louisiana)** -- Managed the planning, design, and construction of a number of Reservoirs for water conservation, recreation, water supply, and wildlife and fisheries habitat enhancement. These reservoirs included Lake Claiborne, Kepler Creek Lake, D'Arbonne, Black Lake, and several other smaller lakes.

- **States of Alabama, Georgia, and Florida Water Supply (U.S. Army Corps of Engineers, Mobile District)** -- Developed plan to obtain and record water use data for the three states. Withdrawal and discharge data were developed to prepare a database for studies of the ACT/ACF basins.

- **Addicks and Barker Dams Studies (Galveston District, U.S. Army Corps of Engineers)** -- Directed engineering team inspection of the flood control outlet facilities at each site to determine condition and integrity. Developed cost estimate for repairs and rehabilitation.

- **Sargent Beach Project Land Surveys (Galveston District, U.S. Army Corps of Engineers)** -- Provided land surveys, lot descriptions, and detailed plats to enable the Corps to purchase properties for project construction. some 100 tracts were involved in a difficult site and remote location.

- **Galveston-Houston Ship Channel Dredge Sequencing Study (Galveston District, U.S. Army Corps of Engineers)** — Prepared a study of the multi-year dredging contract sequence to enlarge the ship channel to 45 feet. Study required coordination with Galveston and Houston Port Authorities and the dredging industry, taking into consideration environmental and industrial restrictions.

## Flood Control and Drainage

- **Sicily Island Levees and Drainage Structures (U.S. Army Corps of Engineers, Vicksburg District)** -- Managed the development of planning, design preparation of plans

and specifications of over 15 miles of flood control levees with gravity drainage structures with R/W needs and road relocations, Catahoula Parish, Louisiana.

- *Mississippi River Main Line Levees (U.S. Army Corps of Engineers, Vicksburg District)* -- Managed the development of the levee enlargement design, plans and specifications for raising and enlarging, with berms, the main line Mississippi River Levee in East Carroll Parish, Louisiana.

- *Louisiana Statewide Flood Control Program (State of Louisiana)* -- Supervised the development of the program and managed the operation to select, fund, design and construct large flood control projects involving channels, levees, pumping stations, floodgates, water detention and storage facilities.

- *Mississippi River, Red River, Ouachita River, and Atchafalaya River Levees and Bank Stabilization (State of Louisiana and Levee Districts)* -- Provided engineering services for State of Louisiana and 21 Levee Districts to survey, plan, design, and construct levees, floodwalls, drainage structures, pumping plants, navigation locks, roads, and bridges to provide flood protection to the thousands of square miles of alluvial lands in the named river basins in conjunction with Federal, state, and local programs.

- *Louisiana Parish-Wide Drainage (Numerous Parish and Local Governments)* -- Supervised the surveying, planning, design, and construction of thousands of miles of urban and rural drainage projects in 1950s and 1960s to improve drainage in land utilized for urban development, industrial development, and agricultural development and forestry, wildlife, and fisheries enhancement.

- *Hurricane Protection Plans (New Orleans District, U.S. Army Corps of Engineers)* -- Coordinated the Corps of Engineers development of hurricane protection plans for south Louisiana. The plans include the Lake Pontchartrain and vicinity, New Orleans to Venice (Plaquemine Parish), Golden Meadow to LaRose, Morgan City to Berwick, and West Bank Jefferson Parish. These plans include such facilities as levees, pumping plants, floodgates, navigation locks, roads, bridges, etc.

- *Lynchburg Pumping Plant, Texas (Galveston District, U.S. Army Corps of Engineers)* -- Planned and designed hurricane protection levees, flood walls, drainage structures and road relocations for major raw water distribution pumping plant.

- *New Madrid Pumping Plant (Memphis District, U.S. Army Corps of Engineers)* -- Design of 1,600 cfs pumping plant complex including station, pumps, levees, control structures, gravity flow drainage structures, retaining walls etc. for the St. John/New Madrid Floodway drainage station, Missouri (a joint venture project).

- *Grand Prairie Area Demonstration Project (Memphis District, U.S. Army Corps of Engineers)* – Planned and designed a water diversion system from the White River to the Grand Prairie Area of Central Arkansas including a 1,640 cfs pumping plant and two 10 foot diameter pipelines (8,000 feet each).

**Revised Apr. 2007**


**John W. Day, Jr.**

Distinguished Professor Emeritus, Dept. of Oceanography and Coastal Sciences
School of the Coast & Environment,
Louisiana State University, Baton Rouge, Louisiana 70803 USA

**PERSONAL**

Address:  11843 Port Hudson Pride Rd., Zachary, LA 70791
Phone:  (Office)  225-578-6508, (fax) 225-578-6326, (cell) 225-773-7165
email: office - johnday@lsu.edu, home - johnwday@bellsouth.net

**EDUCATION**

Ph.D.   (Marine Sciences/Environmental Sciences)
          University of North Carolina, 1971
M.S.    (Zoology) Louisiana State University, 1968
B.S.    (Zoology) Louisiana State University, 1967

**PROFESSIONAL EXPERIENCE**

**Employment**

1999-present, Distinguished Professor of Environmental Sciences, Department of
          Oceanography and Coastal Sciences, Louisiana State University
1980-Present, Professor, Department of Oceanography and Coastal Sciences,
          Louisiana State University
1980-1982, Director, Coastal Ecology Laboratory,
          Center for Wetland Resources, Louisiana State University
1975-1980, Associate Professor, Department of Marine Sciences,
          Louisiana State University
1972-1975, Assistant Professor, Department of Marine Sciences,
          Louisiana State University
1971-1972, Research Associate, Department of Marine Sciences,
          Louisiana State University

**Other Experience**


2000-2004, Adjunct Professor, Institute of Ecology, Xalapa, Veracruz, Mexico
2000-2001, Visiting Scientist, Cambridge Coastal Research Unit, Dept. of
          Geography, University of Cambridge, Cambridge, UK.
1980-1995, Coordinator, Atchafalaya Research Program, Louisiana Sea Grant
          Program, LSU.

1990-1997, Professor, EPOMEX program, Univ. de Campeche, Mexico

1992-93, Visiting Professor, Laboratoire d'Ecologie des Systemes Fluviaux, Univ. Claude Bernard, Arles, France

1992-1992, Fullbright Fellowship, Laboratoire d'Ecologie des Systemes Fluviaux, Univ. Claude Bernard, Arles, France

1979-present, Adjunct Professor, Institute for Marine Sciences and Limnology, Universidad Nacional Autonoma de Mexico

1986, Visiting Professor, Dept. of Plant Ecology, University of Utrecht, The Netherlands.

1974-1978, Coordinator, Systems Ecology Research, Office of Sea Grant, Louisiana State University

June 1979, Lecturer, Seminario Latino Americano Principios y Methodos en Ecologia de Lugunas Costeras, Cd. del Carmen, Mexico

1978-1979, Visiting Professor, Institute for Marine Sciences and Limnology, Universidad Nacional Autonoma de Mexico

Summer 1976, Lecturer in Ecology Course, The Ecosystems Center, Marine Biological Laboratory, Woods Hole, Massachusetts

Summer 1974, Participant, Brookhaven National Laboratory, Environmental and Social Costs of Energy Systems

1971, Visiting Research Associate, Department of Environmental Science, University of Florida

1975-77, Participant in International Biological Program Wetlands Working Group.

## PROFESSIONAL AND HONOR SOCIETIES

Sigma Xi, Estuarine Research Federation, Louisiana Academy of Sciences, Society of Wetland Scientists, International Society of Ecological Modeling, Society for Ecological Engineering,

## RESEARCH INTERESTS

Estuarine Ecology, Systems Ecology, Wetland Ecology, Ecological Modeling, Effects of Humans on Natural Systems, Tropical Coastal Ecology

## TEACHING

1973-Present-Estuarine Ecology
1975, 1976, 1984 -Theoretical Concepts of Ecology
1986-Ecology and Management of Bottomland Forests
1994-Plankton Dynamics
1995-present-Ecology and Management of Tropical Estuaries (Each 2 years in Mexico)
1995-present-Mangrove Ecology (taught irregularly)

## OTHER RECENT SCHOLARLY ACTIVITY AND AWARDS

Invited Keynote speaker for the International Workshop on Wetlands of the Yangtze Delta, Shanghai, China.  Aug. 2004.

Received in 2003, the national William A. Niering Education Award from the Estuarine Research Federation (This award is given once each two years and this was the second award)

Received the 2000 Lipsey Award for Outstanding Contributions in Teaching and Professional Achievement.

Received the LSU Center for Coastal, Energy, and Environmental Resources Outstanding Faculty Teaching Award for 1997-1998.

Editorial Board of Scientia Marina and Ecological Engineering

Co-chair, Modeling Subcommittee. Monitoring, Modeling, and Research Committee, Gulf
        of Mexico Program.

Coordiantor of the cooperative agreement between LSU and the Instituto de Ecologia in Xalapa, Mexico.

Member of Comite Externo de Evaluacion, Instituto de Ecologia, Xalapa, Mexico.

Chair, National Technical Review Committee (NTRC) to oversee and review the Louisiana Coastal Area Project to restore the Mississippi Delta.

Liaison from the NTRC to the National Academy of Sciences committee reviewing the coastal restoration program for the Mississippi delta.

J. W, Day. Invited Keynote Address. La  gestion de los rios y la sostenibilidad de los deltas. Jornadas Cientificas:  Del Ebro Al Segura: Planificacion Hidrologica Y Sostenibilidad. Tortosa, Spain. 22-24 March  2002

## PUBLICATIONS

### Books and Monographs

Day, J., W. Smith, W. Stowe, and P. Wagner. 1973. Community structure and carbon budget of a salt marsh and shallow bay estuarine system in Louisiana. Center for Wetland Resources, Louisiana State University. Baton Rouge. Publ. No. LSU-SG-72-04.

Hall, C., and J. Day, eds. 1977. Ecosystem modeling in theory and practice. Wiley Interscience, New York. 684 p.

Day, J., D. Culley, A. Mumphrey, and E. Turner, eds. 1979.  Environmental conditions in the Louisiana coastal zone. Proc. Third Coastal Marsh Estuary Management

Symposium. Division of Continuing Education, Louisiana State University. Baton Rouge. 511 p.

Day, J.W., Jr. and W. H. Conner, eds. 1987.  The ecology of Barataria Basin, Louisiana: an estuarine profile.  National Wetlands Research Center, U.S. Fish Wildl. Serv. Biological Report 85(7.13).  165 pp.

Yáñez, A., and J. Day, eds. 1988. Ecology of coastal ecosystems in the southern Gulf of Mexico: The Terminos Lagoon region.  Instituto de Ciencias del Mar y Limnología, Universidad Nacional Autónoma de México. Mexico 04510, DF. 518 pp.

Day, J. C. Hall, M. Kemp, and A. Yáñez-Arancibia. 1989. Estuarine Ecology. Wiley Interscience, New York. 576 pp.

Poff, L., M. Brinson, and J. Day. 2002. Aquatic Ecosystems and Global Climate Change: Potential Impacts to Inland Freshwater and Coastal Wetland Ecosystems in the United States. Pew Center on Global Climate Change. Arlington, VA., 45 p.

Day. J., M. Kemp, and A. Yáñez-Arancibia. 2005. 2nd Edition. Estuarine Ecology. Wiley Interscience. In preparation.

**Other Publications**.

**Refereed Journals**

J. Day.  1968.  A  Tidal Rhythm in the Susceptibility of Fundulus Similis to Sodium Chloride and Endrin.  Proceedings of the Louisiana Academy of Sciences 30:62-64.

H. Bennett and J. Day.  1970.  Absorption of Endrin by the Bluegill Sunfish, Lepomis macrochirus.  Pesticides Monitoring Journal 3(4):201-203.

J. Day, C. Weiss and H. Odum.  19??.  Carbon Budget and Total Productivity of an Estuarine Oxidation Pond Receiving Secondary Sewage Effluent ??:100-113.

J. Stone, J. Day, M. Hershman, W. Smith, H. Loesch, S. Gagliano and J. Gosselink.  1973.  Commentary - On the Limitations of the National Environmental Policy Act.  Ecology 54(2):  231-232.

L. Bahr, J. Day, T. Gayle, J. Gosselink, C. Hopkinson, D. Stellar and J. Harris. 1977(?).  The Construction of a Conceptual Model of the Chenier Plain Coastal Ecosystem in Texas and Louisiana.  ??:75-92.

M. Meo, J. Day and T. Ford.  1977.  Land Treatment of Fish**8**il Sites: Comparative Cost Evaluations.  Coastal Zone Management 3(3):  307-318.

G. Happ, J. Gosselink and J. Day.  1977.  The Seasonal Distribution of Organic Carbon in a Louisiana Estuary.  Estuarine and Coastal Marine Science 5:695-705.

J. Stone, J. Day, L. Bahr and R. Muller.  1978.  The Impact of Possible Climatic Changes on Estuarine Ecosystems.  Estuarine Interactions ??:305-322.

N. Craig, R. Turner and J. Day.  1979.  Land Loss in Coastal Louisiana. Enviironmental Management 3(2):133-144.

J. Stone, L. Bahr, J. Day, R. Turner and P. Templet.  1979.  Developing Management Guidelines for Oil and Gas Activities:  The Louisiana Experience.  Coastal Zone Management 6(1):9-35.

C. Hopkinson and J. Day.  1980.  Net energy analysis of alcohol production from sugarcane.  Science  207(4428):302-302.

C. Hopkinson and J. Day.  1980.  Modeling the relationship between development and storm water runoff.  Environmental Management 4(4):315-324.

C. Hopkinson and J. Day.  1980.  Modeling hydrology and eutrophication in a Louisiana swamp.  Environmental Management 4(4):325-335).

N. Craig, R. Turner, and J. Day.  1980.  Wetland losses and their consequences in coastal Louisiana.  Geomorph. N. F. Suppl. Bdg. 34:225-241.

W. Conner, G. Cramer, and J. Day.  1980.  Vegetation of the northshore marshes and westshore swamps of Lake Pontchartrain, Louisiana.  Proc. La. Acad. Science 43:139-145.

G. Cramer, J. Day and W. Conner.  1981.  Productivity of four marsh sites surrounding Lake Pontchartrain, Louisiana.  Amer. Mid. Naturalist 106:65-72.

D. Graham, J. Daniels, J. Hill and J. Day.  1981.  A preliminary model of the circulation of Laguna de Terminos, Campech, Mexico.  An. Inst. Cienc. del Mar y Limnol. Univ. Nal. Auton. Mexico  8(1):51-62.

L. Bahr, J. Day, and J. Stone.  1982.  Energy cost accounting of Louisiana fishery production.  Estuaries 5(3):209-215.

J. Day, R. Day, M. Barreiro, F. Ley-Lou, and C. Madden.  1982.  Primary production in the Laguna de Terminos, a tropical estuary in the southern Gulf of Mexico. Oceanologia Acta  No. SP:269-276.

A. Yáñez and J. Day.  1982.  Ecological Characterization of Terminos Lagoon, a tropical estuarine - lagoon system in the Southern Gulf of Mexico.  Oceanologica Acta No. SP:431-440.

W. Mitsch, J. Day, J. Taylor, and C. Madden.  1982.  Models of North American freshwater wetlands.  Int. J. Ecol. Environ. Sci. 8:

J. Day.  1983.  Carbon dynamics of estuarine ponds receiving treated sewage wastes.  Estuaries  6(1):10-19.

R. Baumann, J. Day, and C. Miller.  1984.  Mississippi deltaic wetland survival: sedimentation vs castal submerence.  Science  224:1093-1095.

Sklar, F., R. Costanza, and J. Day. 1985.  Dynamic spatial simulation of coastal wetland habitat sucession.  Ecological Modeling. 29:261-281.

C. Hopkinson, J. Day, and B. Kjerfve. 1985.  Ecological significance of summer storms on shallow coastal lake and estuarine systems.  Contributions in Marine Science 28:69-77.

Kemp, G.P., W.H. Conner, and J.W. Day, Jr.  1985.  Effects of flooding on decomposition and nutrient cycling in a Louisiana swamp forest.  Wetlands 5:35-51.

Stern, M., J. Day, and K. Teague. 1986.  Seasonality of materials transport through a coastal freshwater marsh. Estuaries. 9:301-308.

Caffrey, J. and J. Day. 1986.  Variability of nutrient and suspended sediments in Fourleague Bay, Louisiana, and the role of physical factors. Estuaries. 9:295-300.

Randall, J. and J. Day. 1987. Effects of river discharge and vertical circulation on aquatic primary production in a turbid Louisiana (USA) estuary. Netherlands J. of Sea Research. 21:231-242.

Day, J.W., Jr., W.H. Conner, R.H. Day and F. Ley-Lou. 1987. Productivity and composition of mangrove forests, Laguna de Terminos, Mexico.  Aquatic Botany. 27:267-284.

Flores, F., J. Day, and R. Breseño. 1987. Structure, litter fall, decomposition, and detritus dynamics of mangroves in a Mexican coastal lagoon with an ephemeral inlet. Marine Ecology Progress Series. 35:83-90.

Flores-Verdugo, F.,  J. Day, L. Mee,  and R. Briseño-Dueñas. 1988. Phytoplankton production and seasonal biomass variation of seagrass *Ruppis maritima* L. in a tropical Mexican lagoon with an ephemeral inlet. Estuaries. 11: 51-56.

Teague, K., J. Day, and C. Madden. 1988. Sediment-water oxygen and nutrient fluxes in a river-dominated estuary. Estuaries. 11:1-9.

Madden, C, J. Day,  and J. Randall. 1988. Coupling of freshwater and marine systems in the Mississippi deltaic plain. Limnology and Oceanography. 4(33, 2): 982-1004.

Sandoval, L., F. Flores, U. Zaragoza, J. Day, and A. Estrada. 1988. Phytoplankton production in the Barra de Navidad coastal lagoon on the Pacific coast of Mexico. Revue de Hydrobiologie Tropicale. 21(2):101-108.

Conner, W.H. and J.W. Day, Jr. 1988.  Rising water levels in coastal Louisiana: importance to forested wetlands.  accepted and revised. Journal of Coastal Research. 4(4): 589-596.

Childers, D., and J. Day. 1988. A flow-through flume technique for quantifying nutrient and materials fluxes in microtidal estuaries. Estuarine, Coastal, and Shelf Science. 27(5):483-494.

Yáñez-Arancibia, A., A. Lara-Dominguez, J. Rojas-Galaviz, P. Sánchez-Gil, J. W. Day, and C. Madden. 1988. Seasonal biomss and diversity of estuarine fishes coupled with tropical habitat heterogeneity (southern Gulf of Mexico). J. Fish Biol. 33(Suppl. A):191-200.

Conner, W.H., J.W. Day, Jr., R.H. Baumann, and J. Randall. 1989.  Influence of hurricanes on coastal ecosystems along the northern Gulf coast. Wetlands Ecology and Management. 1(1):45-56.

Day, J. and P. Templet.  1989. Consequences of sea level rise: Implications from the Mississipi Delta. Journal of Coastal Management.  17:241-257.

Day, R., R. Holz, and J. Day. 1990. An inventory of wetland impoundments in the coastal zone of Louisiana, USA: historical trends. Environmental Management. 14(2):229-240.

Childers, D. and J. Day. 1990a. Marsh-water column exchanges in two Louisiana estuaries. I. Sediment dynamics. Estuaries. 13(4): 393-403.

Childers, D. and J. Day. 1990b. Marsh-water column exchanges in two Louisiana estuaries. II. Nutrient dynamics. Estuaries. 13(4): 407-417.

Childers, D., J. Day and R. Muller. 1990. Relating climatological forcing to coastal water levels in Louisiana estuaries and the potential importance of El Niño-Southern Oscillation events. Climate Research. 1:31-42.

Day, J. and P. Templet. 1990. Consequences of sea level rise:Implications from the Mississippi Delta. pp. 155-165.  In J. J. Beubema et al. (eds.), Expected Effects of

Climatic Change on Marine Coastal Ecosystems.   Kluwer Adademic Publishers, Dordrecht, The Netherlands (Reprinted from Coastal Management, 1989, 17:241-257).

Flores-V., F., F. Gonzalez-F., O. Ramierez, F. Amezcua, A. Yáñez-A., M. Alvarez-R., and J. Day. 1990. Mangrove ecology, aquatic primary productivity and fish community dynamics in the Tecapan-Agua Brava estuary (Mecican Pacific). Estuaries. 13(2): 219-230.

Childers, D. and J. Day. 1991. The dilution and loss of wetland function associated with conversion to open water. Wetlands Ecology and Management. in press.

Conner, W. H. and J. W. Day, Jr.  1991. Variations in vertical accretion in a Louisiana swamp. J. Coastal Research. 7(3):617-622.

Conner, W.H. and J.W. Day, Jr.  1991. Leaf litter decomposition in three Louisiana freshwater forested wetland areas with different flooding regimes.  Wetlands. 11(2):303-312.

Stern, M., J. Day, and K. Teague. 1991. Nutrient transport in a riverine-influenced, tidal freshwater bayou in Louisiana. Estuaries, 144):382-394.

Conner, W.H. and J.W. Day, Jr.  1992. Diameter growth of Taxodium distichum (L.) Rich. and Nyssa aquatica L. from 1979-1985 in four Louisiana swamp stands. American Midland Naturalist. 127:290-299.

Conner, W.H. and J.W. Day, Jr.  1992. Water level variability and litterfall productivity of forested freshwater wetlands in Louisiana.  American Midland Naturalist. 128:237-245.

Madden, C. and J. Day. 1992. Induced turbulence in rotating bottles affects phytoplankton productivity measurements in turbid waters. J. Plankton Research. 14(8): 1171-1191.

Madden, C. and J. Day. 1992. An instrument system for high-speed mapping of chlorophyll a and physico-chemical variables in surface waters. Estuaries. 15(3):421-427.

Reyes, E., J. Day, M. White and A.Yáñez-Arancibia. 1993. Ecological and resource Mangement Information Transfer for Laguna de Terminos, Mexico: A computerized Interface. Coastal Management. 21:37-51.

Boumans, R. and J. Day. 1993. High precision measurements of sediment elevation in shallow coastal areas using a sedimentation-erosion table. Estuaries. 16:375-380.

Yáñez-Arancibia, A., A. L. Lara-Domínguez and J. W. Da y. 1993. Interactions between mangrove and seagrass babitats mediated by estuarine nekton assemblages: Coupling of primay and secondary production. Hydrobiologia. 264:1-12.

Conner, W.H. and J.W. Day, Jr.  1993. Bottomland hardwood productivity in a rapidly subsiding, Louisiana, USA, watershed. Wetlands Ecology and Management. 2(4):189-197.

Conner, W., J. Day, and W. Slater. 1993. Bottomlands hardwood productivity: case study in a rapidly subsiding, Louisiana, USA, watershed. Wetlands Ecology and Management. 2:189-197.

Reyes, E., F. Sklar, and J. Day. 1994. A regional organism exchange model for simulating fish migration. Ecological Modeling. 74:255-276.

R. Boumans and J. Day. 1994. Effects of two marsh managemet plans in the Mississippi delta on water and materials flux and short-term sedimenation. Wetlands.  14(2): 247-261.

Breaux, A. M. and J. Day. 1994. Policy considerations for wetland wastewater treatment in the coastal zone: A case study for Louisiana. Coastal Mangement. 22: 285-307.

Cahoon, D., D. Reed, J. Day, G. Steyer, R. Boumans, J. Lynch, D. McNally, and N. Latif. 1995. The influence of hurricane Andrew on sediment distribution in Louisiana coastal marshes. Journal of Coastal Research. Special Issue 18:280-294.

Rivera-Monroy, V., J. Day, R. Twilley, F. Vera-Herrera and C. Coronado-Molino. 1995. Flux of nitrogen and sediment in a fringe mangrove forest in Terminos Lagoon, Mexico. Estuarine, Coastal and Shelf Science. 40: 139-160.

Cahoon, D., D. Reed, and J. Day. 1995. Estimating shallow subsidence in microtidal salt marshes of the southeastern United States: Kaye and Barghoorn revisited. Marine Geology, 128: 1-9.

Rybczyk, J., X.W. Zhang, J. Day, I. Hesse, and S. Feagley. 1995. The impact of Hurricane Andrew on tree mortality, litterfall and water quality in a Louisiana coastal swamp forest. Journal of Coastal Research, Special Issue, 21: 340-353.

Breaux, A., S. Farber, and J. Day. 1995. Using natural coastal systems for wastewater treatment: An economic benefit analysis. Journal of Environmental Management, 44: 285-291.

Rivera-Monroy, V., R. Twilley, R. Boustany, J. Day, F. Vera-Herrera, and M. Ramirez. 1995.  Direct denitrification in mangrove sediments in Terminos Lagoon, Mexico. Marine Ecology Progress Series, 126: 97-109.

Day, J.W. 1995. Risanamento e gestione. Alcune considerazioni sulla Laguna di Venezia come ecosistema complesso. Quaderni Trimestrali. Consorzio Venezia Nuova. 3(1):10-29, Supplemento Numero Monografico.

Day, J., D. Pont, P. Hensel, and C. Ibañez. 1995. Impacts of sea-level rise on deltas in the Gulf of Mexico and the Mediterranean: The importance of pulsing events to sustainability. Estuaries, 18(4):636-647.

Rybczyk, J., G. Garson, and J. Day. 1996. Nutrient enrichment and decomposition wetland in wetland ecosystems: models, analyses and effects. Currents Topics in Wetland Biogeochemistry, 2:52-72.

Day, J.W., C. Coronado-Molino, F. Vera-Herrera, R. Twilley, V. Rivera-Monroy, H. Alvarez-Guillen, R. Day, and W. Conner. 1996. A 7 year record of aboveground net primary production in a southeastern Mexican mangrove forest. Aquatic Botany, 55:39-60.

Sanchez-Arcilla, J. Jimenez, M. Stive, C. Ibañez, N. Pratt, J. Day and M. Capobianco. 1996. Impacts of sea level rise on the Ebro Delta: a first approach. Ocean & Coastal Management., 30:197-216.

Ibañez, C., A. Canicio, J. W. Day, and A. Curco. 1997. Morphologic evolution, relative sea level rise and sustainable management of water and sediment in the Ebre Delta. Journal of Coastal Conservation3:191-202.

Day, J., J. Martin, L. Cardoch, and P. Templet. 1997. System functioning as a basis for sustainable management of deltaic ecosystems. Coastal Management. 25:115-154.

Boumans, R., J. Day, P. Kemp, and K. Kilgen. 1997. The effect of intertidal sediment fences on wetland surface elevation, wave energy, and vegetation establishment in two Louisiana coastal marshes. Ecological Engineering. 9:37-50.

Hensel, P., J. W. Day, Jr., D. Pont and J. N. Day. 1998. Short term sedimentation dynamics in the Rhone River delta, France: the importance of riverine pulsing. Estuaries. 21:52-65.

Day, J.,F. Scarton, A. Rismondo, D. Are. 1998. Rapid deterioration of a salt marsh in Venice Lagoon, Italy. Journal of Coastal Research. 14:583-590.

Day, J., A. Rismondo, F. Scarton, D. Are, and G. Cecconi. 1998. Relative sea level rise and Venice Lagoon wetlands. Journal of Coastal Conservation. 4:27-34.

Hesse, I., T. Doyle, and J. Day. 1998. Long-term growth enhancement of baldcypress (Taxodium distichum) from nunicipal wastewater application. Environmental Management. 22:119-127.

Scarton, F., A. Rismondo, and J. Day. 1998. Above and belowground production of Arthrocnemum fruticosum on a Venice Lagoon saltmarsh. Bollettino del Museo Civico di Storia Naturale di Venezia. 48: 237-245.

Rybczyk, J.M., Callaway, J.C. and Day, Jr. J.W. 1998. A relative elevation model for a subsiding coastal forested wetland receiving wastewater effluent. Ecological Modelling. 112: 23-44.

Rivera-Monroy, V., C. Madden, J. Day, R. Twilley, F. Vera-Herrera, and H. Alvarez-Guillen. 1998. Seasonal coupling of a tropical mangrove forest and an estuarine water column: enhancement of aquatic primary productivity. Hydrobiologia. 379:41-53.

Lane, R., J. Day, and B. Thibodeaux. 1999. Water quality analysis of a freshewater diversion at Caernarvon, Louisiana. Estuaries. 2A: 327-336.

Scarton, F., J. Day, and A. Rismondo. 1999. Above and belowground production of Phragmites australis in the Po delta, Italy. . Bollettino del Museo Civico di Storia Naturale di Venezia. 49:213-222.

Ibañez, C, J. Day, and D. Pont. 1999. Primary production and decomposition of wetlands of the Rhone Delta, France: Interactive impacts of human modifications and relative sea level rise. Journal of Coastal Research. Journal of Coastal Research, 15:717-731.

Hensel, P., J. Day, and D. Pont. 1999. Wetland vertical accretion and soil elevation change in the Rhone delta, France: The importance of riverine flooding.  Journal of Coastal Research, 15: 668-681.

Day, J., J. Rybczyk, F. Scarton, A. Rismondo, D. Are, and G. Cecconi. 1999. Soil accretionary dynamics, sea-level rise and the survival of wetlands in Venice Lagoon: A field and modeling approach. Estuarine, Coastal and Shelf Science, 49: 607-628.

Cahoon, D., J. Day, and D. Reed. 1999. The influence of surface and shallow subsurface soil processes on wetland elevation: A synthesis. Current Topics in Wetland Biogeochemistry. 3:72-88.

Perez, B., J. Day, L. Rouse, R. Shaw, and M. Wang. 2000. Influence of Atchafalaya River discharge and winter frontal passage on suspended sediment concentration and flux in Fourleague Bay, Louisiana. Estuarine, Coastal and Shelf Science. 50: 271-290.

Blahnik, T. and J. Day. 2000. The effects of varied hydraulic and nutrient loading rates on water quality and hydrologic distributions in a natural forested wetland. Wetlands. 20: 48-61.

Cardoch, L., J. Day, J. Rybczyk, and P. Kemp. 2000. An economic analysis of using wetlands for treatment of shrimp processing wastewater -- a case study in Dulac, LA. Ecological Economics. 33(1): 93-101.

Reyes, E., M. White, J. Martin, P. Kemp, J. Day, and V. Aravamuthan. 2000. Landscape modeling of coastal habitat change in the Mississippi delta. Ecology. 81: 2331-2349.

Martin, J., M. White, E. Reyes, P. Kemp, H. Mashriqui, and J. Day. 2000. Evaluation of coastal management plans with a spatial model: Mississippi delta, Louisiana, USA. Environmental Management. 25: 117-129.

Scarton, F., J. Day, A. Rismondo, G. Cecconi, and D. Are. 2000. Effects of an intertidal sediment fence on sediment elevation and vegetation distribution in a Venice (Italy) Lagoon salt marsh. Ecological Engineering. 16: 223-233.

Day, J., G. Shaffer, L. Britsch, D. Reed, S. Hawes, and D. Cahoon. 2000. Pattern and process of land loss in the Mississippi delta: A spatial and temporal analysis of wetland habitat change. Estuaries. 23: 425-438.

Blaber, S., D. Cyrus, J.-J. Albaret, C. V. Ching, J. W. Day, M. Elliott, m. Fonseca, D. Hoss, J. Orensanz, I. Potter, and W. Silvert. 2000. Effects of fishing on the structure and functioning of estuarine and nearshore ecosystems. ICES Journal of Marine Science. 57: 590-602.

Zhang, X., S. Feagley, J. Day, W. Conner, I. Hesse, J. Rybczyk, and W, Hudnall. 2000. A water chemistry assessment of wastewater remediatioin in a natural swamp. 2000. J.of Environmental Quality. 29: 1960-1968.

Mitsch, W., J. Day, J Gilliam, P. Groffman, D. Hey, G. Randall, and N. Wang. 2001. Reducing nitrogen loading to the Gulf of Mexico from the Mississippi River basin: Strategies to counter a persistent problem. BioScience. 51(5):373-388.

Davis, S., D. Childers, J. Day, D. Rudnick, and F. Sklar. 2001. Nutrient dynamics in vegetated and unvegetated areas of a southern Everglades mangrove creek. Estuarine, Coastal and Shelf Science. 52: 753-768.

Davis, S., D. Childers, J. Day, D. Rudnick, and F. Sklar. 2001. Wetland-water column exchange of carbon, nitrogen, phosphorus in a southern Everglades dwarf mangrove. Estuaries. 24: 610-622.

Day, J., G. Shaffer, D. Reed, D. Cahoon, L. Britsch, and S. Hawes. 2001. Patterns and processes of wetland loss in coastal Louisiana: A reply to Turner 2001. Estimating the indirect effects of hydrologic change on wetland loss: If the earth is curved, then how would we know it. Estuaries. 24: 647-651.

Lane, R., J. Day, G. Kemp, and D. Demcheck. 2001. The 1994 experimental opening of the Bonnet Carre spillway to divert Mississippi River water into Lake Pontchartrain, Louisiana. Ecological Engineering. 17: 411-422.

Day, J. 2001. Se il mondo e in crisi; qualita dell'informazione e cambiamento. Oltre (Milano), 6:16-21.

Cardoch, L. and J. W. Day. 2001. Energy analysis of nonmarket values of the Mississippi Delta.  Environmental Management (28): 677-685.

Sutula, M., J. Day, J. Cable, and D. Rudnick. 2001. Hydrological and nutrient budgets of frehswater and estuarine wetlands of Taylor Slough in southern Everglades, Florida (USA). Biogeochemistry. 56: 287-310.

Delgado, P., P. Hensel. J. Jimenez, and J. Day. 2001. The importance of propagule establishment and physical factors in mangrove distributional patterns in a Costa Rican estuary. Aquatic Botany 71: 157-178.

Lane, R., J. Day, G. Kemp, and B. Marx. 2002. Seasonal and spatial water quality changes in the outflow plume of the Atchafalaya River, Louisiana, USA. 2001. Estuaries. 25 (1): 30-42.

Martin, J., E. Reyes, P. Kemp, H. Mashriqui, and J. Day. 2002. Landscape modeling of the Mississippi delta. BioScience. 52: 357-365.

Are, D., P. Kemp, G. Guistina, J. Day and F. Scarton. 2002. A portable, electrically-driven Dutch cone penetrometer for geotechnical measurements in soft estuarine sediments. Journal of Coastal Research. 18: 372-378.

Curco, A., C. Ibanez, J. Day, and N. Prat. 2002. Net primary production and decomposition of salt marshes of the Ebre delta (Catalonia, Spain). Estuaries. 25: 309-324.

Cahoon, D., J. Lynch, P. Hensel, R. Boumans, B. Perez, B. Segura, and J. Day. 2002. High precision measurements of wetland sediment elevation: I. Recent improvements to the sedimentation-erosion table. Journal of Sedimentary Research. 72(5):730-733.

Cardoch, J. W. Day, and C. Ibañez. 2002. Net primary productivity as indicator of sustainability in the Ebro and Mississippi Deltas.  Ecological Applications.  12:1044-1055.

Pont, D., J. Day, P. Hensel, E. Franquet, F. Torre, P. Rioual, C. Ibanez, and E. Coulet. 2002. Response scenarios for the deltaic plain of the Rhône in the face of an acceleration in the rate of sea level rise, with a special attention for Salicornia-type environments. Estuaries. 25: 337-358.

Rybczyk, J., J. Day, and W. Conner. 2002. The impact of wastewater effluent on accretion and decomposition in a subsiding forested wetland. Wetlands. 22(1): 18-32.

Scarton, F., J. Day, and A. Rismondo. 2002. Primary production and decomposition of Sarcocornia fruticosium (L.) and Phragmites australis Trin. Ex Steudel in the Po delta, Italy. Estuaries. 25: 325-336.

Cardoch, L. and J. W. Day. 2002. Biophysical energy analysis of non-market values of the Ebro Delta, Spain.  Journal of Coastal Conservation. 8.1: 87-96.

Sutula, M., B. Perez, E. Reyes, D. Childers, S. Davis, J. Day, D. Rudnick, and F. Sklar. 2003. Factors affecting spatial and temporal variability in material exchange between the Southeastern Everglades wetlands and Florida Bay (USA). Estuarine Coastal and Shelf Science. 56: 1-25.

Perez, Brian C., John W. Day, Jr., Dubravko Justic, Robert R. Twilley. 2003. Nitrogen and Phosphorus Transport Between Fourleague Bay, Louisiana and the Gulf of Mexico: The Role of Winter Cold Fronts and Atchafalaya River Discharge. Estuarine, Coastal and Shelf Science. 57: 1065-1078.

Davis, S.E., D.L. Childers, J.W. Day, Jr., D.T. Rudnick, and F.H. Sklar. 2003. Factors affecting the concentration and flux of materials in two southern Everglades mangrove wetlands. Marine Ecology Progress Series. 253: 85-96.

Davis, S.E., C. Corronado-Molina, D.L. Childers, and J.W. Day, Jr.  2003. Temporal variability in C, N, and P dynamics associated with red mangrove (Rhizophora mangle L.) leaf decomposition. Aquatic Botany. 75:199-215.

Coronado-Molina C., J.W. Day, E. Reyes, B.C. Perez, 2003. Standing crop and aboveground partition a dwarf mangrove forest in Taylor River Slough, Florida. Wetlands Ecology and Management. 12(3): 157-164.

Lane, Robert R., John W. Day, G. Paul Kemp, Hassan S. Mashriqui, Jason N. Day, and Anna Hamilton. 2003.  Potential Nitrate Removal from a Mississippi River Diversion into the Maurepas Swamps.  Ecological Engineering. 20: 237-249.

Reyes, E., J. Martin, J. Day, P. Kemp, and H. Mashriqui. 2004. River forcing at work: ecological modeling of prograding and regressive deltas. Wetlands Ecology and Management. 12(2): 103-114.

Lane, Robert R, John W. Day, Dubravko Justic, Enrique Reyes, Brian Marx, Jason N. Day, Emily Hyfield. 2004.  Changes in stoichiometric Si, N and P ratios of Mississippi River water diverted through coastal wetlands to the Gulf of Mexico. Estuarine Coastal and Shelf Science. 60: 1-10.

Day. J., A. Yañez, W. Mitsch, A. Lara-Dominguez, J.N. Day, J-Y Ko, R. Lane, J. Lindsey, and D. Zarate. 2003. Using ecotechnology to address water quality and wetland habitat loss problems in the Mississippi Basin. Biotechnology Advances. 22:135-159.

Ko, J.-Y., J. W. Day, R. R. Lane, and J.N. Day. 2004. A comparative evaluation of cost-benefit analysis and embodied energy analysis of tertiary of municipal wastewater treatment using forested wetlands in Louisiana. Ecological Economics. 49(3): 329-345.

Yanez-Arancibia A, and J. Day. 2004. The Gulf of Mexico: towards an integration of ICM with LME management. Ocean and Coastal Management. 537-563.

Sanchez-Gil, Patricia, A. Yanez-Arancibia, J.R. Ramirez-Gordillo, J. Day, and P. Templet. 2004. Some socio-economic indicators in the Mexican states of the Gulf of Mexico. Ocean and Coastal Management. 47:581-596.

Ko, J., and J. Day. 2004. A review of ecological impacts of oil and gas development on coastal ecosystems in the Mississippi delta. Ocean and Coastal Management. 47: 671-691.

Day JW, Jae-Young Ko, J. Rybczyk, D Sabins, R. Bean, G. Berthelot, C. Brantley, L. Cardoch, W. Conner, J.N. Day, A.J. Englande, S. Feagley, E. Hyfield, R. Lane, J. Lindsey, J. Mitsch, E. Reyes, R. Twilley. 2004. The use of wetlands in the Mississippi delta for wastewater assimilation: a review. Ocean and Coastal Management. 47: 671-691.

Reyes, E, J.Day, A. Lara-Dominguez, P. Sanchez-Gil, D. Zárate Lomel, and A. Yanez-Arancibia. 2004. Evaluation of coastal management plans with spatial models in the Mississippi delta USA and Usumacinta/Grijalva delta Mexico: pulsing of functional structure, landscape and modeling, as management tools. Ocean and Coastal Management. 47: 693-708.

Yanez-Arancibia A, and J. Day. 2004. Environmental sub-regions in the Gulf of Mexico coastal zone: the ecosystem approach as an integrated management tool. Ocean and Coastal Management. 47: 727-757.

Davis, S.E, J.E. Cable, D.L. Childers, C. Coronado-Molina, J.W. Day, C.D. Hittle, C.J. Madden, E. Reyes, D. Rudnick, and F. Sklar. 2004. Importance of Episodic Storm Events in Controlling Ecosystem Structure and Function in a Gulf Coast Estuary. Journal of Coastal Research. 20: 1198-1208.

Mitsch, W.J. and J.W. Day. 2004. Thinking big with whole ecosystem studies – A legacy of H.T. Odum. Ecological Modeling. 178: 133-155.

Lara-Doninguez, L., J. Day, R. Twilley, G. Villalobos. 2005. Structure of inland mangrove forests in fossil lagoons along the Caribbean coast of Mexico. Wetlands Ecology and Management. 13:111-122.

Mitsch, W., J. Day, L. Zhang, and R. Lane. 2005. Nitrate-nitrogen retention in wetlands in the Mississippi River basin. Ecological Engineering. 24: 267-278.

Orth, K., J. Day, D. Boesch, E. Clairain, W. Mitsch, L. Shabman, C. Simenstad, B. Streever, J. Wells, and D. Whigham. 2005. Lessons learned: An assessment of the effectiveness of the national technical review committee for oversight of the Louisiana Coastal Area Study. Ecological Engineering. 25:153-167.

Day, J., John Barras, Ellis Clairain, James Johnston, Dubravko Justix, Paul Kemp, Jae-Young Ko, Robert Lane, William Mitsch, Gregory Steyer, Paul Templet, and Alejandro Yanez. 2005. Implications of global climatic change and energy cost and availability for the restoration of the Mississippi Delta. Ecological Engineering. 24: 253-265.

Day, J. 2005. Making a rebuilt New Orleans sustainable. Letters. Science. 310:1276.

Day, J., E. Maltby, and C. Ibanez. 2006. River basin management and dleta sustainability: A commentary on the Ebro Delta and the Spanish National Hydrological Plan. Ecological Engineering. 26(2): 85-99.

Mitsch, W. and J. Day. 2006. Restoration of wetlands in the Mississippi-Ohio-Missouri (MOM) basin: Experience and needed research. Ecological Engineering. 26(1): 55-69.

Day, J.W., A. Westphal, R. Pratt, E. Hyfield, J. Rybczyk, P. Kemp, J.N. Day, and B. Marx. 2006. Effects of long-term municipal effluent discharge on the nutrient dynamics, productivity, and benthic community structure of a tidal freshwaer forested wetland in Louisiana. Ecological Engineering. 27: 242-257.

Costanza, R., W. Mitsch, and J. Day. Creating a sustainable and desirable New Orleans. Editorial. Ecological Engineering. 26: 317-320.

Costanza, R., W. Mitsch, and J. Day. 2006. A new vision for New Orleans and the Mississippi delta: Applying ecological economics and ecological engineering. Frontiers in Ecology and Environment.  4: 465-472.

Lane, R., J.W. Day, and J.N. Day. 2006. Wetland surface elevation, vertical accretion, and subsidence at three Louisiana estuaries receiving diverted Mississippi River water. Wetlands. 26: 1130-1142.

Keller, E. and J. Day. 2007. Untrammeled growth as an environmental "March of Folly". Ecological Engineering. 30: 206-214.

Hyfield, E., J. Day, I. Mendelssohn, and P. Kemp. 2007. A feasibility analysis of discharging non-contact, once-through industrial cooling water to forested wetlands for coastal restoration in Louisiana. Ecological Engineering. 29: 1-7.

Day, J., D. Boesch, E. Clairain, P. Kemp, S. Laska, W. Mitsch, K. Orth, H. Mashriqui, D. Reed, L. Shabman, C. Simenstad, B. Streever, R. Twilley, C. Watson, J. Wells, D. Whigham. 2007. Restoration of the Mississippi Delta:L Lessons from Hurricanes Katrina and Rita. Science. 315: 1679-1684.

Day, J., J. Gunn, W. Folan, A. Yáñez-Arancibia, and B. Horton. 2007. Emergence of complex societies after sea level stabilized. EOS. 88: 170-171.

Lane, R., J.W. Day, B. Marx, E. Reyes, E. Hyfield, J.N. Day. 2007. The effects of riverine discharge on temperature, suspended sediments, and chlorophyll a in a Misssissippi delta estuary measured using a flow-thorough system. Estuarine and Coastal Shelf Science. 74:145-154.

Hyfield, E., J. Day, J. cable, and D. Justic. 2007. The impacts of re-introducing Mississippi River water on the hydrologic budget and nutrient inputs of a deltaic estuary. Ecological Engineering. submitted.

Perez, B., J. Day, D. Justic, and R. Twilley. In preparation. Nutrient Stoichiometry and Uptake Dynamics in a River-Dominated Estuary in the Mississippi Delta. Estuaries.

Coronado, C., H. Alverez, J. Day, E. Reyes, B.  Perez, F. Vera, and R. Twilley. In preparation. Litterfall dynamics in carbonate and terrigenous mangrove ecosystems in the Gulf of Mexico. Estuaries.

Rybczyk, J.M., J.W. Day, C. Ibanez and F.J. Scarton. In preparation. Sea level rise and Mediterranean delta wetlands: a combined field and modelling approach for predicting long-term sustainability. Estuaries.

### Book Chapters-refereed

Day, J., T. Butler, and W. Conner. 1977. Productivity and nutrient export studies in a cypress swamp and lake system in Louisiana. Pp. 255-269. In: Estuarine Processes: Vol. II. Circulation, Sediments, and Transfer of Material in the Estuary. Academic Press, NY.

A. Yanez, F. Amezecua, and J. Day.  1980.  Fish community structure and function in Terminos Lagoon, a tropical estuary in the sourthern Gulf of Mexico.  1980. In V. Kennedy (ed.).  Estuarine Perspectives, Academic Press, N.Y. p. 465-482.

J. Day, C. Hopkinson, and W. Conner.  1982.  An analysis of environmental factors regulating community metabolism and fisheries production in a Louisiana estuary. In V. Kennedy (ed.).  Estuarine Comparisons.  Academic Press, New York:  121-136.

P. Kemp and J. Day.  1984.  Nutrient dynamics in a swamp receiving agricultural runoff. pp 286-293.  In K. Ewel and H. T. Odum (eds.), Cypress Swamps.  U. Fla Press, Gainesville.

Boesch, D., R. E. Turner, and J. W. Day, Jr.  1984.  Deteriorantion of coastal environments in the Mississippi Deltaic Plain:  options for riverine and wetland management, pp. 447-466.  In V. Kennedy (ed.).  The Estuary as a Filter.  Academic Press. N.Y.

Deegan, L., J. Day, J. Gosselink, A. Yáñez, G. Soberón, and P. Sánchez. 1986. Relationships among physical characteristics, vegetation distribution and fisheries yield in Gulf of Mexico Estuaries, pp.83-100.  In D. Wolfe (ed.), Estuarine Variability. Academic Press, New York.

R. Costanza, F. Sklar, and J. Day. 1986. Modeling spatial and temporal succession in the Atchafalaya/Terrebonne marsh/estuarine complex  in south Louisiana, pp.387-404. In D. Wolfe (ed.), Estuarine Variability. Academic Press, New York.

C. Hopkinson, R. Wetzel, and J. Day, Jr.  1988.  Simulation models of coastal wetland and estuarine systems:  realization of goals, pp. 67-98. In W. Mitsch, M.

Straskraba, and S. Jorgensen (eds.), Wetland Modelling.  Elsevier Science Publishers, Amsterdam.

R. Costanza, F. Sklar, M. White, and J. Day, Jr.  1988.  A dynamic spatial simulation model of land loss and marsh succession in coastal Louisiana, pp. 99-114.  In W. Mitsch, M. Straskraba, and S. Jorgensen (eds.),  Wetland Modelling.  Elsevier Science Publishers, Amsterdam.

Conner, W. and J. Day. 1989. Response of coastal wetland forests to human and natural changes in the environment with emphasis on hydrology. pp. 34-43. In D. Hook and R.Lea (eds.), Proc. Symposium: The Forested Wetlands of the Southern United States. Gen. Tech. Rept. SE-50. U.S. Forest Service, Southeastern Forest Experiment Station. Asheville, N.C.

Sklar, F., R. Costanza and J. Day. 1990. Model conceptualization. pp. 625-658. In B. Patten et al. (edsl), Wetlands and Shallow  Ccontinental Water Bodies. Volume 1. SPB Academic Publishing, The Hauge.

Rojas-Galaviz, J., A. Yáñez-Arancibia, J. Day, and F. Vera-Herrera. 1992. Estuarine primary producers: Laguna de Terminos-a case study.  pp. 141-154. In: U. Seeliger (ed.), Coastal Plant Communities of Latin America. Academic Press, New York.

Day , J., W. Conner, R. Costanza, G. Kemp, and I. Mendelssohn. 1993. pp. 276-296. In: R. Warrick, E. Barrow, and R. Wigley (eds.), Climate and Sea Level Change: Observations, Projections, and Implications. Cambridge Univ. Press, Cambridge.

J. W. Day, Jr., F. Sklar, C. Neill, W. Conner, C. Hopkinson, P. Kemp, and R. Costanza. 1994. Modeling of Louisiana swamp forests (USA). pp. 95-128.  In: B. C. Patten et al.  (eds.), Wetlands and Shallow Continental Water Bodies. Vol. 2. SPB Academic Publishing, The Hague, The Netherlands.

Reyes, E., J. Day and F. Sklar. 1994. Ecosystem models of aquatic production and fish migration in Laguan de Terminos, Mexico. pp. 519-536. In: W. Mitsch (ed.), Global Wetlands: Old World and New. Elsevier Science, New York.

Day, J., C. Madden, R. Twilley, R. Shaw, B. McKee, M. Dagg, D. Childers, R. Raynie, and L. Rouse. 1994. The influence of Atchafalaya River discharge on Fourleague Bay, Louisiana (USA). pp. 151-160. In: K. Dyer and R. Orth (eds.), Changes in Fluxes in Estuaries. Olsen & Olsen, Fredensborg, Denmark.

Conner, W. and J. Day. 1998. The effect of wetland forests on coastal wetland forests: the Mississippi delta, USA, as a model. pp. 278-292. In: A. Laderman (ed.), Coastally Restricted Forests. Oxford University Press, Oxford, UK.

Day, J.W., Jr., R. Mach, R.R. Lane, M. Daigle, C. Brantley.  1999. Water Chemistry Dynamics During the 1997 Opening of the Bonnet Carre Spillway. Pp. 89-100. In: L. Rozas, J. Nyman, C. Proffitt, N. Rabalais, and R. Turner (eds.) Recent

Research in Coastal Louisiana. Louisiana Sea Grant College Program, Louisiana State University, Baton Rouge.

Kemp, P., J. Day, D. Reed, D. Cahoon, and M. Wang.  1999.  Sedimentation, consolidation and surface elevation change in two salt marshes of the Mississippi River deltaic plain: Geotechnical aspects of wetland loss. Pp. 15-34. In: L. Rozas, J. Nyman, C. Proffitt, N. Rabalais, and R. Turner (eds.) Recent Research in Coastal Louisiana. Louisiana Sea Grant College Program, Louisiana State University, Baton Rouge.

Day, J.W., Jr., J.M. Rybczyk, L. Cardoch, W. Conner, P. Delgado-Sanchez, R. Pratt, A. Westphal. 1999. A review of recent studies of the ecological and economical aspects of the application of secondarily treated municipal effluent to wetlands in Southern Louisiana.. pp. 155-166. In: L. Rozas, J. Nyman, C. Proffitt, N. Rabalais, and R. Turner (eds.) Recent Research in Coastal Louisiana. Louisiana Sea Grant College Program, Louisiana State University, Baton Rouge.

Day, J., G. Shaffer, D. Britsch, D. Reed, S. Hawes, and D. Cahoon. 1999. Pattern and process of land loss in the Louisiana coastal zone: An analysis of spatial and temporal patterns of wetland habitat change. Pp. 193-202 .  In: L. Rozas, J. Nyman, C. Proffitt, N. Rabalais, and R. Turner (eds.) Recent Research in Coastal Louisiana. Louisiana Sea Grant College Program, Louisiana State University, Baton Rouge.

Reyes, E., J. Martin, M.L. White, G. Paul Kemp, J.W. Day.  1999. Landscape Modeling in coastal Louisiana:  regional mechanisms of land loss. Pp. 202-217. In: L. Rozas, J. Nyman, C. Proffitt, N. Rabalais, and R. Turner (eds.) Recent Research in Coastal Louisiana. Louisiana Sea Grant College Program, Louisiana State University, Baton Rouge.

Twilley, R. and J. Day. 1999. The productivity and nutrient cycling of mangrove ecosystems, pp. 127-152. In: A. Yanez-Arancibia and A.L. Lara-Dominguez (eds.). Ecosistemas de Manglar in America Tropical. Instituto de Ecologia A.C., Xalapa Mexico, UICN International Wetland Program, Coata Rica, NOAA/NMFS South East Fisheries Center, Beaufort NC, USA.

Viallobos, Zaspata, A. Yanez-Arancibia, J. Day, and A.L. Lara-Dominguez. 1999. Ecologia ye Manejo de los Manglares en la Laguan de Terminos, Campeche, Mexico. pp. 263-274. In: A. Yanez-Arancibia and A.L. Lara-Dominguez (eds.). Ecosistemas de Manglar in America Tropical. Instituto de Ecologia A.C., Xalapa Mexico, UICN International Wetland Program, Coata Rica, NOAA/NMFS South East Fisheries Center, Beaufort NC, USA.

Breaux, A., and J. Day. 1999. Considerations for the use of wetland wastewater treatment in the State of Campeche. pp. 299-310. In: A. Yanez-Arancibia and A.L. Lara-Dominguez (eds.). Ecosistemas de Manglar in America Tropical. Instituto de Ecologia A.C., Xalapa Mexico, UICN International Wetland Program, Coata Rica, NOAA/NMFS South East Fisheries Center, Beaufort NC, USA.

Reyes, E., J.F. Martin, M.L. White, J.W. day, G.P.Kemp.  Habitat changes in the Mississippi Delta:  future scenarios and alternatives.  R. Costanza (ed.), Spatial Modeling in Coastal Environments. Island Press. Accepted.

Scarton, F., A. Rismondo, D. Are, and J. Day. 1999. Effetti dell'innalzamento del livello marino sulle barene della laguna di Venezia. Pp. 33-38. In: Aspetti Ecologici e Naturalistici dei Sistemi Lagunari e Costieri. Arsenale Editrice, Venice.

Day, J., N. Psuty, and B. Perez. 2000. The role of pulsing events in the functioning of coastal barriers and wetlands: Implications for human impact, management and the response to sea level rise. Pp. 633-660. In: M. Weinstein and D. Dreeger (eds.). Concepts and Controversies in Salt Marsh Ecology. Kluwer Academic Publishers, Dordrecht, The Netherlands.

Ibanez, C., A. Curco, J.Day and N. Pratt. 2000. pp. 107-136.  In: M. Weinstein and D. Dreeger (eds.). Concepts and Controversies in Salt Marsh Ecology. Kluwer Academic Publishers, Dordrecht, The Netherlands.

Childers, D., J. Day, and H. McKellar. 2000.  Twenty more years of marsh and estuarine flux studies: revisiting  Nixon (1980). pp. 391-424. In: M. Weinstein and D. Kreeger (eds.). Concepts and Controversies in Salt Marsh Ecology. Kluwer Academic Publishers, Dordrecht, The Netherlands.

Ko, J.Y., J. Martin, and J. Day. 2000. Embodied energy and emergy analysis of wastewater treatment using wetlands.  Pp. 197-210. In: M. Brown, S. Brandt-Williams, D. Tilley, and S. Ulgiati (eds.), Emergy Synthesis: Theory and Applications of the Emergy Methodology. The Center for Environmental Policy. University of Florida, Gainesville.

Reyes E., J.F. Martin, M.L. White, J.W. Day, G.P. Kemp, In Press. Habitat changes in the Mississippi Delta: future scenarios and alternatives. Chap. 4. In: R. Costanza and A. Voinov (eds.), Spatially Explicit Landscape Simulation Modeling. Springer-Verlag.

Reyes, E., J.F. Martin, J.W. Day, G.P. Kemp, H. Mashriqui. 2002. Impact of Sea level Rise on Coastal Landscapes. Chpt. 7. In: Ning, Z.H., R. E. Turner, T. Doyle, and K. Abdollahi. 2002. Integrated Assessment of the Climate Change Impacts on the Gulf Coast Region -Foundation Document. Published by GCRCC and LSU Press.

Reyes E., J.F. Martin, M.L. White, J.W. Day, G.P. Kemp, 2003. Habitat changes in the Mississippi Delta: future scenarios and alternatives. Chap. 5. 119-142, In: R. Costanza and A. Voinov (eds.), Landscape Simulation Modeling: A spatially explicit, dynamic approach. Springer-Verlag. New York.

Ko, Jae-Young and John W. Day. 2003. A comparative energy analysis of utilizing natural wetlands for municipal wastewater treatment in Breaux Bridge, Louisiana. pp 481-489. In S. Ulgiati, M. Brown, M. Giampietro, R.A. Herendeen, and K.

Mayumi (Eds.). Advances in Energy Studies: Reconsidering the Importance of Energy. Servizi Grafici Editoriali (SGE), Padova, Italy.

Abrami, G., and J. Day. 2003. Historical and Geo-Morphological Aspects of the Lagoon of Venice and of the Po Delta: New Criteria for Management of the Area. Symposium on River, Coastal and Estuarine Morphodynamics, Barcelona, Spain, 1-5 Sept. 2003

Ko, J.-Y., and J. Day. Impacts of energy development in wetlands: the Mississippi delta. 2004.  In: C. Cleveland (ed.), The Encyclopedia of Energy. Vol. 6,pp 397-408. Elsivier. NY.

Day, J., Paul Templet, Jae-Young Ko, et al. 2004. The Mississippi Delta: System Functioning, Environmental Impacts, and Sustainable Management. In Magarita Caso (Ed). Environmental Diagnosis of the Gulf of Mexico. Mexican National Institute of Ecology, Mexico City, Mexico.(in press).

Ko, Jae-Young, John Day, et al. 2004. The Impacts of Oil and Gas Activities on Coastal Wetland loss in the Mississippi Delta. In Magarita Caso (Ed). Environmental Diagnosis of the Gulf of Mexico. Mexican National Institute of Ecology, Mexico City, Mexico. (In press).

Day, J., G. Abrami, J. Rybczyk, and W. Mitsch.  2005. Venice Lagoon and the Po Delta:System Functioning as a Basis for Sustainable Management. Pp. 445-459. In: C. Fletcher and T. Spencer (eds.), Flooding and Environmental Challenges to Venice and Its Lagoon.  Cambridge Univ. Press, Cambridge, UK.

Keim, R., J. Chambers, M. Huges, A. Nyman, W. Conner, J. Day, S. Faulkner, E. Gardiner, S. King, K. McLeod, and G. Shaffer. 2006. Ecological consequences of changing hydrological conditions in wetland forests of coastal Louisiana, pp. 383-396. In: S. Xu and V. Singh (eds.), Coastal Hydrology and Processes. Water Resources Publications. Highlands Ranch, CO.

Lara Domínguez, L., J. Day, A. Yáñez-Arancibia, and E. Sainz-Hernandez. 2006. A dynamic characterization of water flux through a tropical ephemeral inlet, La Mancha Lagoon, Gulf of Mexico.  Pp. 413-422. In: S. Xu and V. Singh (eds.), Coastal Hydrology and Processes. Water Resources Publications. Highlands Ranch, CO.

Yáñez-Arancibia, A., and J. Day. 2006. Hydrology, water budget, and residence time in the Terminos Lagoon estuarine system, southern Gulf of Mexico. Pp. 423-436. In: S. Xu and V. Singh (eds.), Coastal Hydrology and Processes. Water Resources Publications. Highlands Ranch, CO.

**Book Chapters-Non-Refereed**

C. Hopkinson and J. Day.  1981.  The energy pattern of development in coastal Louisiana:  purchased and natural energies.  In W. Mitsch et al. (eds.).  Enertgy and Ecol. Modelling.  Elseview Sci. Publ. Co., New York.  413-424 pp.

J. Gosselink, W. Conner, J. Day, and R. Turner.  1981.  Classification of wetland resources:  land, timber, and ecology.  In B. D. Jackson and J. L. Chambers (eds.). Timber Harvesting in Wetlands.  LSU Division of Continuing Education.  29-48 pp.

J. Day and N. Craig.  1982.  Comparison of the effectiveness of management options for wetland loss in the coastal zone of Louisiana.  In D. Boesch (ed.).  Proc. Conference on Coastal Erosion and Wetlands Modification in Louisiana.  U.S. Fish and Wildlife Services Program.  FWS/OBS-82/59:232-239.

J. Stone, J. Day, L. Bahr, and R. Darnell.  1982.  Ecological effects of urbanization on Lake Pontchartrain, LA., between 1953 and 1978, with implications for management.  In. J. Lee and M. Seaward (eds).  Urban Ecology.  Blackwell Scientific Publications.  London: 243-252.

W. Conner and J. Day.  1982.  The ecology of forested wetlands in the Southeastern United States.  In. B. Gopal, R. Turner, R. Wetzel and D. Whigham (eds.). Wetlands, Ecology and Management.  International Scientific Publications, UNESCO, Paris: 69-87.

W. Mitsch, J. Day, J. Taylor, and C. Madden.  1982.  Models of North American Freshwater Wetlands - A review.  In Proc. International Scientific Conference on Ecosystem Dynamics in Freshwater Wetlands and Shallow Water Bodies: SCOPE/UNEP.  The Centre of International Projects.  GKNT, Moscow: 5-32.

J. Day, et al.  1982.  Modelling approaches to understanding and management of freshwater swamp forests in Louisiana (USA).  In Proc. International Scientific Conference on Ecosystem Dynamics in Freshwater Wetlands and Shallow Water Bodies: SCOPE/UNEP.  The Centre of International Projects.  GKNT, Moscow: 75-105.

F. Sklar, R. Costanza, J. Day and W. Conner.  1983.  Dynamic simulation of aquatic material flows in a impounded swamp habitat in the Burataria Basin, Louisiana. 1983.  In W. Lavenroth, G. Skogerboe, and M. Flug (eds).  Analysis of Ecological systems:  State of The Art in Ecological Modeling Elseview Sci. Publ. Co. NY 741-749.

J. Day and P. Kemp.  1985.  Long term impacts of agricultural runoff in a Louisiana swamp forest.  In. P. Godfrey et al. (eds.).  Ecological Considerations in Wetlands Treatment of Municipal Waste Water.  Van Norstrand Reinhold Co. New York. 317-326.

F. Sklar and J. Day.  1984.  Canals, hydroclimate, and the maintenance of wetland forests in Louisiana.  Proc.  11th Annual Conference and Wetland Restoration and Creation.  Tampa, Florida.

Deegan, L. and J. Day.  1984.  Estuarine fishery habitat requirements.  In B. J. Copeland et al. (eds).  Research for Managing the Nation's Estuaries.  UNC Sea Grant Publ. No. UNC-SG-84-08.  Raleigh, N.C.  pp 315-336.

R. Boumans, J. Day, and W. Conner. 1987. Marsh creation using sedimentation fields in S. Charles Parish and Lafourche Parish, Louisiana. pp. 197-208. In: N. Brodtmann (ed.), Proc. Fourth Water Quality and Wetlands Management Conference. Louisiana Environmental Professionals Assoc.  New Orleans, Louisiana.

J. Day, C. Madden, W. Conner, and R. Costanza. 1987. Management implications of research in the Atchafalaya Delta region. pp. 445-467. In: N. Brodtmann (ed.), Proc. Fourth Water Quality and Wetlands Management Conference. Louisiana Environmental Professionals Assoc. New Orleans, Louisiana.

Conner, W.H. and J.W. Day, Jr.  1988.  The impact of rising water levels on tree growth in Louisiana. pp. 219-224. In: D. Hook, et al. (eds.) The Ecology and Management of Wetlands, Vol. 2. Timber Press, Portland, Oregon.

Taylor, N., J.W. Day, Jr. G. Nuesanger, and W. H. Conner. 1988.  A preliminary plan for water management in the Jean Lafitte National Park, Louisiana. pp. 234-239. In: D. Hook, et al. (eds.) The Ecology and Management of Wetlands, Vol. 2. Timber Press, Portland, Oregon.

Day, J., W. Johnson, C. Madden, B. Thompson, L. Deegan, W. Sikora, and J. Sikora.  1989.  The development of an estuarine ecosystem in a coastal freshwater deltaic environment. pp. 1-18. In M. Chim Figueiredo, L. Chao and W. Kirby-Smith (eds.). Proc. International Symposium on the Utilization of Coastal Ecosystems.  Published by the University of Rio Grande do Sul, Brazil.

Taylor, N., J. Day, and G. Neusaenger. 1989. Ecological characterization of Jean Lafitte National Historical Park: Basis for a management plan. pp. 247-277. In: W. Duffy and D. Clark (eds.), Marsh Management in Coastal Louisiana:  Effects and Issues. U.S. Fish and Wildlife Service, Biological Rep. 89(22). Washington.

Turner, E., J. Day, and J. Gosselink. 1989. Weirs and their effects in coastal Louisiana wetlands (exclusive of fisheries). pp. 151-163. In: W. Duffy and D. Clark (eds.), Marsh Management in Coastal Louisiana:  Effects and Issues. U.S. Fish and Wildlife Service, Biological Rep. 89(22). Washington.

Day, J. 1991. Sea level rise, management options and the future of Mediterranean coastal wetlands. In Proceedings of Conference on Managing Mediterranean Wetlands and Their Birds for the Year 2000 and Beyond. Feb. 3-10, 1991, Grado, Italy.

Day, J. 1991. Sea level rise and the use of estuaries by nekton. In Proceedings of the International Symposium for Ecology, Sept. 2-7, 1990,  Matsue-Shi, Japan.

Day, J., W. Conner, R. Costanza, G. Kemp, and I. Mendelsshon.  1991.  Impacts of sea level rise on coastal systems with special emphasis on the Mississippi River deltaic

plain. In Proceeding of Workshop on Climate Change and Sea Level Rise.  Univ. of East Anglia, Norwich, England. Sept. 1987.

Day, J. 1992. Sea level rise, management options and the future of Mediterranean coastal wetlands. pp 32-38. In: C. Finlayson, G. Hollis and T. Davis (eds.). Proceedings of a Conference on Managing Mediterranean Wetlands for the Year 2000 and Beyond. IWRB Spec. Publ. No. 20. Slimbridge, UK.

Nakashima, L., S. Cofer-Shabica, J. Day, R. Knaus, R. DeLaune, D. Reed, G. Kemp, and E. Owens. 1992. Marsh/mudflat sedimentation, Cumberland Island, GA. pp. 43-57. In: S. Cofer-Shabica (edl), Biological Aspects of Dredging, Kings Bay, Georgia. ASCE Publication.

Sanchez-Arcilla, A., J. Jiménez, M. Stive, C. Ibañez, N. Prat, and J. Day. 1993. Impacts of sea-level rise on the Ebro Delta: an approach. pp. 1103-1117. In: E. Ozhan (ed.), Proc. First International Conference on the Mediterranean Coastal Environment, MEDCOAST 93. Middle East Technical University, Ankara, Turkey.

J. Day, D. Pont, P. Hensel and C. Ibañez. Pulsing events and sustainability of Mediterranean deltas. 1995. pp. 781-791. In: E. Ozham (ed.), Proceedings of the Second International Conference  on the Mediterranean Coastal Environment, MEDCOAST 95. Vol. 2. MEDCOAST Secretariat, Middle East Technical University, Ankara, Turkey.

J. Day, D. Are, A. Rismondo, F. Scarton, and G. Cecconi. Relative sea level rise and Venice Lagoon wetlands.  1995. pp. 793-807. In: E. Ozham (ed.), Proceedings of the Second International Conference  on the Mediterranean Coastal Environment, MEDCOAST 95. Vol. 2. MEDCOAST Secretariat, Middle East Technical University, Ankara, Turkey.

C. Ibañez, J. Day, A. Canicio, N. Prat and A. Curco. The Ebro delta, Spain: Water and sediment management in the context of relative sea level rise.  1995. pp. 809-826. In: E. Ozham (ed.), Proceedings of the Second International Conference  on the Mediterranean Coastal Environment, MEDCOAST 95. Vol. 2. MEDCOAST Secretariat, Middle East Technical University, Ankara, Turkey.

J. Day. L'impacte de l'home sobre els deltes. Bases per a una gestió sostenible. 1995. pp. 11-13, Resums de les Conferencies: Desenvolupament Sostenible i Conservacio del Delta de L'Ebre. SEO/Birdlife, Sant Carles del la Rapita, Spain.

J. Day, D. Are, A. Rismondo, F. Scarton, G. Cecconi. Relative sea level rise and Venice Lagoon wetlands. 1996. Quaderni Trimestrali, Monographic Supplement, May 1996. Consorzio Venezia Nuova, Venice, Italy.

J. Day, E. Reyes, J. Lindsey and T. Howey. 1996. Development of an information system to determine the feasibility of wetland enhancement through the application of secondarily treated wastewater in the Louisiana coastal zone. pp. 615-621. Proceedings of the Coastal Society Conference, July 14-17, 1996. Seattle, Washington.

I. Hesse, W. Conner, and J. Day. 1996. Herbivory impacts on the regeneration of forested wetlands in Louisiana. pp. 23-28. In: K. Flynn (ed), Proceedings of the Southern Forested Wetlands Ecology and Management Conference. Consortium for Research on Southern Forested Wetlands, Clemson University, Clemson, SC.

J. Rybczyk, J. Day and I. Hesse. 1996. An Overview of forested wetland wastewater treatment projects in the Mississippi delta region. pp. 78-82. In: K. Flynn (ed), Proceedings of the Southern Forested Wetlands Ecology and Management Conference. Consortium for Research on Southern Forested Wetlands, Clemson University, Clemson, SC.

J. Day. 1996. Impact of human development on wetlands and coastal systems of the Mississippi delta: Implications for the southern Gulf of Mexico. pp. 471-482. In: A. Botello, J. Rojas-Galaviz, J. Benitez, and D. Zarate-Lomeli (eds.), Gulfo de México, Contaminación e Impacto Ambeintal: Diagnóstico y Tendencias. Universidad Autónoma de Campeche, EPOMEX Serie Cieníífica 5.

Day,  J., L. Cardoch, J. Rybczyk, and W. Conner. 1999. An ecological and economic overview of wetland wastewater assimilation in coastal Louisiana.  Pp. 161-170. In: J.  Means and R. Hinchee (eds.), Wetlands and Remediation. Battelle Press, Columbus, Ohio.

### Book Reviews

Ecosystem Experiments. 1991. Harold A. Mooney, Ernesto Median, David W. Schindler, Ernst-Detlef Schulze, andBrian H. Walker (editors). SCOPE volume 45. John Wiley & Sons, New York. 268 p. Reviewed in Ecological Engineering, 1993.

Ecology of Estuaries: Anthropogenic Effects. Michael J. Kennish. CRC Marine Science Series. 494 p. CRC Press, Ann Arbor. 1992. Reviewed in American Scientist, 1993.

Discordant Harmonies: A New Ecology for the Twenty-First Century. Daniel B. Botkin. Oxford University Press, New York. 241 p. Reviewed in Ecological Engineering.

Biology and Ecology of Shallow Coastal Waters.  Edited byA. Eleftheriou, A. Ansell, and C. Smith.Proceedings of the 28th European Marine Biology Symposium. Olsen and Olsen Publishers, Fredensborg, Denmark.1995. 391 p. Reviewed in Estuaries, 1997, 20:656-657.

Coastal Ecosystem Processes. 1997. D.M. Alongi, CRC Press, New York. 419 pp. Reviewed in Ecological Engineering. 1999.

Phosphorus Biogeochemistry in Subtropical Wetlands. 1999. R. Reddy, G. O'Conner, and C. Schelske. Lewis Publishers, Boca Raton, FL. 707 pp. Reviewed in Wetlands, 2000, 20: 566-567.

### Reports and Other Publications

W. Smith and J. Day. 1973. Enrichment of Marsh Habitats with Organic Wastes. Completion Report A-033-LA for Louisiana Water Resources Research Institute, Louisiana State Universtiry, Baton Rouge, LA. 7 p.

S. Gagliano and J. Day. 1973. Environmental Aspects of a Superport Off the Louisiana Coast. Department of Marine Sciences, Center for Wetland Resources, Louisiana State University, Baton Rouge, LA. pp 281-316.

R. Allen, J. Day, and J. Gosselink. 1980. report of the Coastal Ecosystem Research Workshop. Center for Wetland Resources, LSU. 21 p.

J. Day et al. 1981. The relationship of estuarine productivity to wooded swamps and bottomland forests in the southeastern U.S. Proc. U.S.F.W.S. Workshop on Coastal Ecosystems of the Southeastern United States. U.S.F.W.S. Publ. No. FWS/OBS-80/59. pp. 193-213.

C. Cleveland, C. Neill, and J. Day 1981. The impact of artificial canals on land loss in the Barataria Basin, Louisiana. In W. Mitsch et al. (eds.). Energy and Ecol. Modelling. New York. Elseview Sci. Publ. Co., New York. 425-434 pp.

A. Witzig and J. Day. 1980. A trophic state analysis of Lake Pontchartrain, Louisiana, and surrounding wetland tributaries. In J. Stone (ed.). Environmental Analysis of Lake Pontchartrain, Louisiana Land Uses. Final Report to U.S. Army, Corps of Engineers, Center for Wetland Resources, LSU. 21-38 pp.

C. Cramer, J. Day, and W. Conner. 1980. Productivity of swamps and marshes surrounding Lake Pontchartrain, Louisiana. 1980. In J. Stone (ed.). Environmental Analysis of Lake Pontchartrain, Louisiana Land Uses. Final Report to U.S. Army, Corps of Engineers, Center for Wetland Resources, LSU. 593-645 pp.

N. Craig and J. Day. 1981. Barataria Basin Management Guideline Report to Coastal Management Section, Department of Natural Resources, Center for Wetland Resources, La. State Univ. 65 pp.

N. Craig, J. Day, and W. Conner. 1981. Special Management Area Nomination. Report to Coastal Management Section, Department of Natural Resoureces, Center for Wetland Resources, La. State University. 84 pp.

P. Kemp and J. Day. 1981. Assimilation of agricultural runoff by a swamp forest wetland. Louisiana Water Resources Research Institute. La. State Univ. Report No. A-043-LA. 60 p.

J. Day and A. Yanez. 1982. Coastal Lagoons and Estuaries, Ecosystem Approach. Ciencia Interamericana, OAS Washington, D.C. 22:11-26.

A. Witzig and J. Day.  1983.  A multivariate approach to the investigation of nutrient interaction in Barataria Basin, Louisiana.  Technical Completion Report to the LA. Water Resources Research Institute, LSU. 37 p.

A. Witzig and J. Day.  1983.  A tropic state index for the Louisiana coastal zon. Technical Completion Report to the LA. Water Resources Research Institute, LSU.  35 p.

R. Cruz, J. Day, B. Alba, and A. Machado.  1983.  Consideraciones ambientales para el manejo de la zona costeral de la Laguna de Terminos, Campeche, Mexico. Centro de Ciencias del Mar y Limnologia, U.N.A.M., Mexico.

R. Costanza, C. Neill, S. Leibowitz, J. Fruci, L. Bahr, and J. Day.  1983. Ecological models of the Mississippi Deltaic Plain region:  data collection and presentation.  Div. of BViol. Services, U.S. Fish and Wildlife Service, Washington, D.C. FWS/OBS-82/68.

L. Bahr, R. Costanza, J. Day, S. Bayley, C. Neill, S. Leibowitz and J. Fruci. 1983.  Ecological characterization of the Mississippi Deltaic Plain Region:  a narrative with management recommendations.  U.S. Fish and Wildlife Service, Div. of Biological Services Washington, D.C. FWS/OBS-82/69.  189p.

L. Deegan and J. Day.  1985.  Fishery habitat requirements.  Proc.  National Estuarine Symposium.  N.C. State Univ. Raleigh, N.C.  33 p.

Day, J.W., Jr., W.H. Conner, and W.R. Slater.  1984.  A study of the effects on the Barataria Unit, Jean Lafitte National Historical Park, of the illegal canals and levees of the Bayou des Familles Corp. within the park protection zone.  Final Report to Jean Lafitte National Historical Park, New Orleans.

Pierce, R.S., J.W. Day, Jr., E. Ramcharan, W.H. Conner, R. Boumans, and J. Visser.  1985.  A comprehensive wetland management plan for the Labranche wetland, St. Charles Parish, Louisiana.  Final Report to St. Charles Parish Department of Planning and Zoning, Hahnville, LA.

Conner, W.H., W.R. Slater, K. McKee, K. Flynn, I.A. Mendelssohn, and J.W. Day, Jr.  1986.  Factors controlling the growth and vigor of commercial wetland forests subject to increased flooding in the Lake Verret, Louisiana watershed.  Final Report to Board of Regent' Research and Development Program, Baton Rouge, LA.

Day, J. and W. Conner. 1990. Water budget analysis. pp. 375-383. In D. Cahoon and C. Groat (eds.), A Study of Marsh Management Practice in Coastal Louisiana, Volume III, Ecological Evaluation. Minerals Management Service, New Orleans, LA. OCS Study/MMS 90-0075.

Boumans, R. and J. Day. 1990. Short-term sedimentation and water and materials flux. pp. 384-409. In D. Cahoon and C. Groat (eds.), A Study of Marsh Management Practice in Coastal Louisiana, Volume III, Ecological Evaluation. Minerals Management Service, New Orleans, LA. OCS Study/MMS 90-0075.

Day, J., A. Breaux, I. Hesse, and J. Rybczyk. 1992. Wetland wastewater treatment in the Louisiana coastal zone. Data Inventory Workshop Proceedings. Barataria-Terrebonne National Estuary Program, La. Dept. of Environmental Quality, Baton Rouge, LA. pp 221-238.

McNally, G.P. Kemp, and J. W. Day, Jr. 1994. Fina-Laterre mitigation bank: Monitoring designed to evaluate the effects of management decision-making. Final Report. U.S. Army Corps of Engineers, Waterways Experiment Station. Contract No. DACW 39-92-K-0024. Coastal Ecology Institute, Louisiana State University, Baton Rouge. 54 pp.

Pont, D., J. W. Day, C. Ibañez, and A. Curcó. 1995. Methodology of the MEDDELT Project; Deltaic plain working group. Report submitted to European Community for the MEDDELT Project. Labortoire d'Ecologie, CNRS UA 1470, Arles, France. 16 p.

Ibañez, C., A. Canicio, A Curcó, J. Day, and N. Prat. 1995. Annual Report of the Deltaic Plain Wroking Group. Ebre Delta Subproject, MEDDELT Project. Submitted to Environment Programme, Commission of the European Communities, Directorate XII, Science, Research and Development. Dept. of Ecology, University of Barcelona. 60 pp.

E. Reyes, J. Lindsey, and J. Day. 1997. An information system on wastewater treatment strategies in wetlands. Brochure and Web Site (http://www.lsu.edu/guests/wwwcei/infosystem.html)

A. Sanchez-Arcilla, J. Day, et al. 1997. MEDDELT Impact of climatic change on northwestern Mediterranean deltas. A final summary report. Submitted to the Commission of European Communities. 64 p.

The following chapters are from: Impact of Climatic Change on Northwestern Mediterranean Deltas, Final Workshop Proceedings. Submitted to the Commission of European Communities.

J. Rybczyk, C. Ibanez, A. Curco, A. Canicio, N. Pratt, and J. Day. 1996. An integrated wetland elevation model for the Ebre delta.

J. Rybczyk, J. Day, A. Rismondo, F. Scarton, and D. Are. 1966. An Integrated model for the Po delta.

M. Capobianco, J. Rybczyk, J. Day, A. Rismondo, F. Scarton, and D. Are. 1966. Impact of climatic change on Po delta, deltaic plain modeling.

P. Hensel, J. Day, and D. Pont. 1996. Sediment dynamics in the Rhone River delta, France.

C. Ibanez, A. Canicio, A. Curco, J. Day, and N. Pratt. 1996. Definition of management objectives and future scenarios.

C. Ibanez, A. Canicio, A. Curco, J. Day, and N. Pratt. 1996. Evaluation of vertical accretion and subsidence rates.

A. Curco, C. Ibanez, and J. Day. 1996. Evaluation of primary production and decomposition.

C. Ibanez, F. Scarton, A. Canicio, A. Curco, P. Rioual, A. Rismondo, D. Pont, J. Day, and F. Torre. 1996. Evaluation of primary production of salt marshes in the Ebro, Po, and Rhone deltas.

J. Day, A. Rismondo, F. Scarton, and D. Are. 1997. Accretion and elevation change for wetlands of Venice Lagoon.  Final report to the Consorzio Venezia Nuovo.

J. Day, J. Rybczyk, and G. Garson and W. Conner. 1997. The development of functionally based ecosystem indices of biotic integrity for southeastern bottomland hardwood forests. Final report for Contract CR823049-01. 53 p.

J. Day, P. Delgado, P. Kemp. 1997. Baldcypress revegetation in swamp forests receiving municipal wastewater. Final report submitted to the U.S.E.P.A., Region 6, Dallas, TX. 28 pp.

J. Day. 1997. An evaluation of four alternative scenarios for the Bonnet Carre diversion. Final report submitted to the Lake Pontchartrain Basin Foundation.

J. Day. 1997. An analysis of water chemistry in the Caernarvon freshwater diversion area.  Report submitted to Burke and Meyer Attorneys for the State of Louisiana Case in the Oyster suits. 36 pp.

J. Rybczyk and J. Day. 1997. Development of an integrated wetland elevation model for the evaluatiion of relative sea level rise in the Venice Lagoon. Report submitted to the Consorzio Venezia Nuovo. 34 p.

J. Day, J. Rybczyk, R. Pratt, A. Westphal, T. Blahnick, G. Garson, P. Kemp. 1997. A Use Attainability Analysis of Long-term Wastewater Discharge on the Ramos Forested Wetland at Amelia, LA.  Final report to St. Mary Parish Water and Sewer Commission #1, Amelia, Louisiana. 59 pages.

J. Day, J. Rybczyk, R. Pratt, M. Sutula, A. Westphal, T. Blahnik, P. Delgado and P. Kemp, A. Englande, C. Hu, G. Jin, and H. Jeng. 1997. A Use Attainability Analysis of Longterm Wastewater Discharge on the Poydras-Verret Wetland in St. Bernard Parish, LA. Final Report to the Lake Pontchartrain Basin Foundation and St. Bernard Parish. 60 p.

M. White, E. Reyes, P. Kemp, J. Martin, and J. Day. 1997. The Barataria-Terrebonne Ecological Landscape model.  Final report to the Barataria-Terrebonne National Estuary Program.

J. Day and J. Ko. 2002. Some results from monitoring multiple aspects of the Caernarvon river diversion for spring 2001. Coast Wise. 11:10.

Day, J. and E. Maltby. 2003. The Ebro delta and the Spanish national hydrological plan: A commentary. Prepared for the Foundation for a New Water Culture, Zaragoza, Spain. 22p.

Day, J.W., Faulkner, S., Hyfield, E., and Howard, J. 2003. Monitoring Response to the Stormwater Discharge at the Proposed Pointe au Chien Pumping Station, Pointe au Chien Game Management Area, Terrebonne Parish, LA.  Final Report submitted to Barataria-Terrebonne National Estuary Program.

Day, J., Mendelssohn, I., Kemp, G.P., Hyfield, E., and Visser, J. 2004. A Feasibility Analysis of the Impact of Discharge of Non-Contact Industrial Cooling Water to Forested Wetlands in the Vicinity of Uncle Sam, Louisiana.  Final Report Submitted to U.S. Environmental Protection Agency.

Chambers, J.L., Conner, W.H., Day, J.W., Faulkner, S.P., Gardiner, E.S., Hughes, M.S., Keim, R.F., King, S.L., McLeod, K.W., Miller, C.A., Nyman, J.A., and Shaffer, G.P. 2005. Conservation, protection and utilization of Louisiana's Coastal Wetland Forests. Final Report to the Governor of Louisiana from the Coastal Wetland Forest Conservation and Use Science Working Group. (special contributions from Aust, W.M., Goyer, R.A., Lenhard, G.J., Souther-Effler, R.F., Rutherford, D.A., and Kelso, W.E.). 121p. Available from: Louisiana Governor's Office of Coastal Activities, 1051 N. Third St. Capitol Annex Bldg, Suite 138 Baton Rouge, LA 70802.

Boesch, D., L. Shabman, L. Antle, J. Day, R. Dean, G. Galloway, C. Groat , S. Laska, R. Luettich, W. Mitsch, N. Rabalais, D. Reed, C. Simenstad, B. Streever, R. Taylor, R. Twilley, C. Watson, J. Wells, and D. Whigham. 2006. A New Framework for Planning the Future of Coastal Louisiana after the Hurricanes of 2005. University of Maryland Center for Environmental Science. www.umces.edu. 48 p.

**Lectures**

Urban Studies Institute, University of New Orleans
Center for Wetlands, University of Florida
Institute of Ecology, Univ. of Georgia
Institute of Marine Sciences, Univ. of South Caroling
Institute of Marine Sciences, Univ. of North Carolina
Institute of Marine Sciences, Univ. of Texas
Section of Ecology and Systematics, Cornell Univ.
Ecology Section, Brookhaven National Lab.
The Ecosystems Center, Marine Biological Lab., Woods Hole, MA
Dept. of Zoology, Univ. of Stockholm, Sweden
Zoological Institute, Univ. of Bienna, Austria
Institute of Hydrobotany, Czechoslovakian Academy of Science, Trebon, Czechoslovakia

Dept. of Hydrobiology, Univ. of Warsaw, Poland
Institute of Ecology, Mikolajki, Poland
Center for Marine Sciences and Limnology, National Univ. of Mexico, Mexico City
Estacion de Investigacione Marinas - El Carmen, Cd. del Carmen, Mexico
Estacion de Investigaciones Marinas - Mazatlan, Mazatlan, Mexico
Dept. of Geography, University of Exeter, Exeter, England
Virginia Institute of Marine Sciences, Gloucester Point, Virginia
Horn Point Environmental Lab., Univ. of Maryland, Cambridge, Maryland
Dept. of Plant Ecology, Univ. of Utrecht, The Netherlands.
Dept. of Ecology, University of Barcelona, Spain.
Institute for Floodplains Ecology, Rastat, Germany
Delta Institute for Hydrobiological Research, Yersekee, The Netherlands
Dept. of Environmental Sciences, University of Virginia, Chorlettesville, VA
Dept. of Zoology, Univ. of Nairobi, Kenya
Laboratoire d'Hydrobiologie Marine, Universite de Montpellier, France
Station Biologique de la Tour du Valat, Arles, France
Station d'Etudes en Baie de Somme, St. Valery-sur Somme, France
Netherlands Instittute of Nature Management, Texel, The Netherlands
Laboratoire d'Ecologie des Systemes Fluviaux, Universitse Claude Bernard, Arles, France
Dept. of Geography, University College London
Natural History Museum, Amposta, Spain
Consorzio Venezia Nuovo, Venice, Italy
Hellenic Society for the Conservation of the Environment, Athens Greece
Centro de Investigaciones y Estudios Avancados, Merida, Mexico
South Florida Water Management District, West Palm Beach, Florida
Dept. of Architecture and Restoration, University of Venice, Italy
Dept. of Biological Sciences, Florida International University, Miami, Florida
Dept. of Geography, University of Cambridge, UK
Instituto de Ecologia, Xalapa Mexico
Instituto Venezulano de Investigaciones Cientificas, Caracas, Venezuela
Royal Holloway Institute of Environmental Research, University of London.
Institute for Terrestrial Ecology, Huntington, UK.
Dept. of Geobiology, University of Utrecht, The Netherlands.
Department of Zoology, Trinity College, Dublin


**Grant and Contract Support**

J. Day.  NOAA Sea Grant.  A Review of Ecosystem Studies in the Barataria Basin. 9/1/79 to 2/28/82.  $20,854.

J. Day and J. G. Gosselink.  NOAA Sea Grant.  Ecosystem Development in the Atchafalaya Bay.  9/1/79 to 2/28/82.  $17,360.

J. Day.  NOAA Sea Grant.  Effects of Management Practices on Primary Productivity of Barataria Basin.  9/1/79 to 2/28/82.  $36,936.

J. Day.  NOAA Sea Grant.  Atchafalaya Subprogram Management.  9/1/82 to 8/31/84.  $75,250.

J. Day.  NOAA Sea Grant.  Atchafalaya Subprogram Management.  9/1/81 to 12/31/84.  $24,119

J. Day.  NOAA Sea Grant.  An Ecological Program for the Laguna de Terminos (Campeche, Mexico) with Special Reference to Fishery Resources & the Potential Impacts of Man.  9/1/79 to /30/83.  $89,600.  (This and the following grant combined support for a unified program of study).

J. Day.  National Science Foundation.  An Ecological Study of the Laguna de Terminos (Campeche, Mexico) with special reference to fishery resources and the potential impact of man.  3/1/79 to 8/31/80.  $11,740.

J. Day.  NOAA Sea Grant.  Factors Controlling Primary Production, Organic Carbon Flux, and Marsh Accretion in Fourleague Bay, Louisiana 9/1/83 to 12/31/84.  $54,504.

J. Day.  National Science Foundation.  Nutrient and light dynamics in relation to sea grass (Thalassia testudnium) community production in Laguna de Terminos.  1/1/83 to 5/31/85.  $44,810.  (In cooperation with U. Maryland, U. Georgia, U. South Carolina, and Va. Institute of Marine Sciences).

J. Day, Robert Costanza, and Fred Sklar.  U.S. Fish & Wildlife Service.  Development and Application of Community Habitat Succession Models for the Wetland Complex oif the Lower Atchafalaya River Drainage.  12/1/83 to 9/30/85.  $85,000.

J. Day, William Conner and Irving Nendelssohn.  Louisiana Board of Regents.  The impacts of increased flooding in the Lake Verret watershed.  10/1/83 to 6/30/84.  $34,611.

J. Day.  Louisiana Office of Public Works.  Analysis of the use of natural and artificial wetlands for pretreating Mississippi River Water.  11/14/83 to 11/13/84.  $50,128.

Eugene Turner and J. Day.  Louisiana Universities Marine Consotrium.  (LUMCON).  An Assessment and diagnostic model of major factors affecting astuaries condition and productivity:  quality and quantity of freshwater inflow.  1/31/83 to 12/31/83.  $35,950.

J. Day and Clara Ho.,  Louisiana Water Resources Research Institute.  Assimilation of Agriculturial Runoff by a swamp forest wetland.  10/1/77 to 9/30/79.

Robert Costanza, Leonard Bahr, J. Day, and Suzanne Bayley.  U. S. Fish & Wildlife Service.  Mississippi Deltaic Plain Region Ecosystem (Conceptual) Models and Narrative Report.  9/28/80 to 11/30/82.  $152,759.

James Stone, J. Day, Leonard Bahr, and Eugene Turner.  U.S. Corps of Engineers. An Environmental. Analysis of Lake Pontchartrain, Louisiana.  9/1/77 to 6/30/80. $1,039,412.

J. Day and William Conner.  St. Charles Parish, Louisiana.  Wetland Management Plan for the LaBranch Wetlands.  St. Charles Parish.  10/1/84 to 9/30/85.  $31,169.

James Gosselink and J. Day.  U.S. Man and Biosphere Program.  A comparison of driving forces and system response of Gulf of Mexico estuaries 7/1/81 to 10/1/82. $68,373.

Oscar Huh and J. Day.  U.S.A.I.D.  Training program in remote sensing and mangrove ecology for Bangladesh students.  1/4/84 to 6/30/84.  $10,424.

J. Day, Robert Gambrell, and Samuel Meyers.  U.S.E.P.A.  The development of a concepual approach to assess the impacts of biocides in wetlands.  9/20/76 to 12/19/80. $287,265.

J. Day.  Louisiana Coastal Management Section.  Development of Management Guidelines for the Barataria Basin, Louisiana.  11/1/80 to 10/31/81.  $40,000.

J. Day, William Conner, and Irving Mendelssohn.  Louisiana Board of Regents. Factors controlling the growth and vigor of commercial wetland forests subject to increasing flooding in the Lake Verret watershed.  10/1/84 to 9/30/85.  $23,952.

W. Patrick, R. Delaune, and J. Day.  National Science Foundation.  Carbon and nitrogen cycling in the major wetland habitats within Louisiana's Barataria Basin. 3/1/85-2/28/88.  $452,712.

J. Day. Technical support for a study of wetland mitigation: marsh management. Minerals Management Service. $41,393, 3/31/89-3/30/90.

J. Day.  Use of sediment fences for marsh restoration and creation.  Department of Commerce, NOAA.  $105,000.  6/1/90 to 5/31/93.

J. Day and S.C. Farber.  A feasibility analysis of the use of Louisiana wetlands for wastewater treatment.  Louisiana Water Resources Research Institute.  $36,499.  9/1/90 to 8/31/92.

J. Day, D. Cahoon, D. Reed, J. Suhayda and R. Knauss.  Physical processes of marsh deteriation.  U.S. Geological Survey. $119,973.  9/1/89 to 8/31/90.

J. Day.  Ecology, utilization, and management of mangroves, Laguna de Terminos, Mexico.  U.S. Man and the Biosphere Program.  $50,000.  9/1/89 to 8/31/91.

J. Day.  The use of swamp forests near Thibodaux for wastewater treatment.  City of Thibodaux.  $20,000. 1/1/90 to 12/31/90.

J. Day and C. Madden. Enhancement of coastal productivity associated with processes in the Atchafalaya Bay ecosystem: Stable isotope ratios and aquatic primary productivity. Sea Grant.  $101,000. 11/1/89 to 10/31/91.

J. Day.  A project to monitor the effectiveness of sediment fences constructed near Leville, Louisiana.  LaFourche Parish.  $9,000.  6/1/90 to 5/31/92.

J. Day , M. Inoue, and D. Justic. Development of linked hydrodynamic and ecological spatial models for understanding and management of Fourleague Bay and surrounding wetlandsSea Grant. $97,900. 2/1/94-1/31/96. 2 months. Louisiana.

J. Day and J. Rybczyk. The development of an index of biotic integrity for southeastern forested wetland ecosystems. EPA. $225,000. 10/1/94-9/31/96. 2 months. Louisiana and South Carolina.

J. Day, P. Templet, and J. Lindsey. The development of a computerized information interface for decision making.  NOAA, Center for Coastal Ecosystem Health. $150,000. 9/1/95-2/28/97. 1 month. Louisiana.

P. Kemp and J. Day. Food processor and community development of rural coastal areas through the application of wetland wastewater treatment systems. National Coastal Research Institute. $106,935. 6/1/94-4/30/97. 1 mo. Louisiana. P. Kemp and J. Day.

 J. Day. A proposal to carry out monitorying and prepare a use attainability analysis of municipal wastewater discharge to Ramos Bayou swamp at Amelia, Louisiana. $51414. 5/1/95-4/30/96. 0.5 mo. Louisiana.

J. Day. The use of swamp forests near Thibodaux, Louisiana for application of treated municipal wastewater: monitoring the effects of the discharge (Years 3 and 4). City ofThibodaux. $90,000. 6/1/94-5/31/96. 0.5 mo. Louisiana.

P. Kemp and J. Day. Assessing the capacity and mechanisms for wetland assimilation of sediments and nutrients in diverted Mississippi River water. Sea Grant. $88216, 2/1/96 to 1/31/98. 1 mo. Louisiana.

J. Day and D. Childers. Nutrient exchange between Florida Bay and the Everglades' salinity transition zone. South Florida Water Management District. $560,000. approx.  8/95-1/99, 4 months. South Florida.

Nutrient exchange between Florida Bay and the Everglades' salinity transition zone. SouthFlorida Water Management District. $492,485.  03/99-03/02. J. Day, E. Reyes, J. Cable and D. Childers.

J. Day and G. Garson. A proposal to carry out monitoring and prepare a use attainability analysis of municipal wastewater discharge to marsh wetlands at St. Bernard Parish, Louisiana. Lake Pontchartrain Basin  Foundation. $85,058. 8/95-9/96. 0.5 mo. Louisiana.

P. Kemp and J. Day. Assessing the capacity and mechanisms for wetland assimilation of sediments and nutrients in diverted Mississippi River water. Sea Grant. $88216, 2/1/96 to 1/31/98.

E. Reyes, P. Kemp, and J. Day. Ecological landscape modeling of the wetlands of Biloxi State Wildlife Management Area. Lake Pontchartrain Basin Foundation. $45,000. 6/15/96-6/15/97.

J. Day, E. Reyes, J. Lindsey. Development of an information system to determine the feasibility of wetland enhancement through the application of secondarily treated wastewater in the Louisiana coastal zone. La. Dept. of Natural Resources. $70,366, 11/1/95-11/30/97. J. Day, E. Reyes, J. Lindsey

J. Day. IPA Assignment. Corps of Engineers, New Orleans District. $142,939. 7/28/95-7/27/99.

The impact of sea level rise on nutrient cycling and productivity in karst and deltaic ecosystems in the gulf of Mexico and Caribbean area: Ecological and socioeconomic implications,  Interamerican Institute for Global Change Research. $119,000. 6/1/98-12/31/01. J. Day and several P.I.'s from the U.S., Mexico, and Venezuela.

The importance of pulsed physical events for watershed sustainability in coastal Louisiana.  NSF/EPA/USDA.  $899,995.  1/00-12/02. J. Day, P.I., Co-P.I.'s B. Fry. J. Cable, E. Reyes, P. Ke,mp. P. Templet, R. Twilley, D. Justic..

Modeling the functioning and management of freshwater diversions: sediment and nutrient dynamics at the Caernarvon diversion. Sea Grant. $135,000. 6/1/00-5/31/02 E. Reyes, J. Day, and P. Kemp.

Monitoring the effects hydrologic restoration at Brady Canal. USGS. $38,922. 8/01/98-5/30/2002. J. Day.

Baseline measurement of nutrient dynamics and hydrologic modeling of the effects of a proposed river diversion in the Maurepas swamp. USEPA. $52272. 5/1/00-7/31/01, J. Day and P. Kemp.

Response of coastal ecosystems to sea-level rise:  Assessing wetland elevation changes, potential for submergence, and management options. USGS. $27,998. 5/1/00-12/30/01. J. Day.

Assessing accretion, elevation change, and shoreline change in managed areas in Jefferson Parish. Jefferson Parish. $13,546 4/29/01-1/10/00. J. Day

A proposal to carry out monitoring and evaluate impacts of storm water discharge to coastal wetlands adjacent to the Pointe Aux chiens pumping station, Terrebonne

Parish, Louisiana. Barataria-Terrebonne National Estuary Program. $213,870. 9/01/02 – 8/31/04. J. Day and S. Faulkner.

Utilizing Mississippi River diversions for nutrient management in a Louisiana coastal watershed. US Dept. of Agriculture. $694,000. 8/01/02 – 7/31/05. J. Day, E. Reyes, J. Cable, and D. Justic.

Developing a comprehensive demonstration program for restoration of wetlands and water quality in the Mississippi river basin and Louisiana delta. LA. Dept of Natural Resources. $163,000. 6/01/03-9/30/04. J. Day and W. Mitsch.

Mitigatng non-point source pollution in urban watersheds. U.S. EPA and East Baton Rouge Parish. $247,000. 1/04-12/06. P. Kemp and J. Day.

Stakeholder analysis for the Davis Pond diversion. Sea Grant. $153,700. 2/2/04-1/31/06. P. Templet, J. Day, P. Kemp, and J. Ko.

The importance of very large, infrequent diversions in the formation and restoration of the Mississippi delta. CREST. $86,000. 7/1/04-6/30/05. J. Day, P. Kemp, C. Willson, D. Davis, and E. Reyes.

Development of nutrient standards for Louisiana waters. LA. DEQ. $170,000. 8/1/04-7/31/06. J. Day.

**Recent Presentations (Since 1995)**

Day, J. Short term sedimentation patterns in the Rhone Delta. Interdisciplinary seminar on Renaturalization Projects: Research Works and Field Trials for the Regeneration of Natural Ecosystems within Saltmarshes and Cordon Dunes. Istituto Universitaria de Architettura, University of Venice, Venice Italy. June 26-27, 1995.

Day, J. Use of wetlands for treatment of wastewater. Interdisciplinary seminar on Renaturalization Projects: Research Works and Field Trials for the Regeneration of Natural Ecosystems within Saltmarshes and Cordon Dunes. Istituto Universitaria de Architettura, University of Venice, Venice Italy. June 26-27, 1995.

J. Day. Monitoring natural wetlands for effects of municipal wastewater discharges. Water Environment and Technology Conference. Baton Rouge, La. Sept. 14, 1995.

J. Day. Problems common to deltas at a global level: Scientific basis for ecosystem management and sustainable development (in Spanish). Conference on the Sustainable Development and Conservation of the Ebro Delta, Spain. San Carles de la Rapita, Spain. October 21-22, 1995.

J. Day, D. Pont, P. Hensel and C. Ibañez. Pulsing events and sustainability of Mediterranean deltas. MEDCOAST The Second International Conference on the Mediterranean Coastal Environment.  Tarragona, Spain. October 24-27, 1995.

J. Day, D. Are, A. Rismondo, F. Scarton, and G. Cecconi. Relative sea level rise and Venice Lagoon wetlands. MEDCOAST The Second International Conference on the Mediterranean Coastal Environment.  Tarragona, Spain. October 24-27, 1995.

C. Ibañez, J. Day, A. Canicio, N. Prat and A. Curco. The Ebro delta, Spain: Water and sediment management in the context of relative sea level rise. MEDCOAST The Second International Conference on the Mediterranean Coastal Environment.  Tarragona, Spain. October 24-27, 1995.

C. Ibañez, J. Day, A. Canicio,  J. Craido and A. Sanchez. Basis for sustainable management and development of the Ebro Delta. MEDCOAST The Second International Conference on the Mediterranean Coastal Environment.  Tarragona, Spain. October 24-27, 1995.

Estuarine Research Federation Meeting. Corpus Christi, Texas. Nov. 12-16, 1995.

Day, J., A. Rismondo, F. Scarton, D. Are, and G. Cecconi. Patterns of sediment accretion and surface elevation change in wetlands of Venice Lagoon.

Perez, B., M. Wang, L. Rouse, and J. Day.  Suspended sediment transport on an estuarine-coastal gradient between Fourleague Bay, LA and the Gulf of Mexico.

Wang, M., B. Perez, L. Rouse, and J. Day. Estuarine-coastal coupling between the Gulf of Mexico and Fourleague Bay, LA. (poster).

Hesse, I., T. Doyle, and J. Day. Long-term growth enhancement of bald cypress (Taxodium distichum) from municipal wastewater application.

McNally, D., P. Kemp, and J. Day. Effects of a managed structural impoundment on wetland hydrology, sedimentation, and submerged vegetation aquatic vegetation within the Mississippi Deltaic Plain.

Rybczyk, J., J. Day, A. Rismondo, F. Scarton, D. Are, and G. Abrami. Modeling the effect of sea level rise on the Po delta, Itlay.

Cahoon, D., J. Day, and D. Reed. Elevation deficits: a new approach for evaluating the potential for coastal marsh submergence.

Pont, D., J. Nicolas, E. Franquet, J. Day, P. Hensel, C. Ibanez, and E. Coulet. Impacts of Rhone River floods of 1993-1994 on the Rhone deltaic plain.

Day, J., J. Suhayda, P. Kemp, N. Latif, D. Reed, R. Boumans, and D. Cahoon. Rapid loss of surface elevation following vegetation death in the Mississippi delta.

Ibanez, C., J. Day, D. Pont, and A. Curco. Primary production and relative sea level rise in wetlands of the Rhone Delta, France.

Hensel, P., J. W. Day, D. Pont, and J.N. Day. Short-term sedimentation patterns in the Rhone delta, France. (poster).

Day, J. Analysis of sediment fences in La Branche Wetlands (St. Charles) and at Leeville (Lafourche). ParishWetlands Restoration Program Effectiveness Workshop. New Orleans, LA. Nov. 29, 1995.

Day, J. Nutrient reduction of Mississippi River water through freshwater diversion. First Gulf of Mexico Hypoxia Management Conference. Kenner, LA. Dec 5-6, 1995.

Hesse, I., W. Conner and J. Day. Herbivory impacts on the regeneration of forested wetlands in Louisiana. Southern Forested Wetlands Ecology and Management Conference. Clemson, S.C. March 25-27, 1996.

J. Day. Monitoring salt marsh sedimentation and erosion for wetlands management in Venice Lagoon. 20th Estuaries Study Group Meeting. Waterways Experiment Station, Vicksburg, MS. May 1-3.

The Basics of the Basin. Hammond, LA. May 30-31, 1996.

J. Day, J. Rybczyk, A. J. Englande, M. Dolese and G. Cooper. Water quality improvement using coastal wetlands in St. Bernard Parish.

J. Day, R. Lane, P. Kemp, B. Perez, J. Suhayda, and D. Demcheck. Overland flow of Mississippi River water in coastal wetlands within and surrounding the Bonnet Carre spillway.

J. Day, R. Lane, and B. Thibodeaux. Water quality analysis of the Caernarvon freshwater diversion project.

Day, J., E. Reyes, and J. Lindsey. An information system to determine the feasibility of wetland enhancement through the application of secondarily treated wastewater. Coastal Zone 96. July 1996, Seattle, Washington.

Rudnick D.T., F.H. Sklar, S.P. Kelly, E. Reyes, J.W. Day Jr., B. Perez, M. Sutula, D.L. Childers, S. Davis, N. Oehm. Nutrient Exchange Between Florida Bay and the Everglades' Salinity Transition Zone. Florida Bay Science Conf. 96. Key Largo, FL. Dec. 1996.

Childers, Dan, S.E Davis, N.J. Oehm, J. Day, B. Perez, E. Reyes, and M. Sutula, D. Rudnick, F. Sklar. Salinity and organic matter transformations as controls on wetland-water column interaction in a South Florida mangrove forest. Gulf

Estuarine Research Society (GERS '97) Annual Spring Meeting. Ocean Springs, MS. Mar. 1997

Reyes E., J.W. Day. Ecological Landscape Modeling in the Mississippi Delta. Models and Mass Balance Calculations for the Gulf of Mexico. Gulf of Mexico Program Workshop. Apr. 1997

Reyes E., M. Sutula, J.W. Day. Water budget and nutrient exchange at the Everglades' salinity transition zone. Poster. "Walt Dineen Society" Conference. Miami, FL. May, 1997.

Coronado-Molina C., J.W. Day , E. Reyes. Structure and litterfall of a dwarf R. mangle forest in Taylor River Slough. Poster. "Walt Dineen Society" Conference. Miami, FL. May, 1997.

Oehm N.J., D.L. Childers, S.E. Davis, J.W. Day, B. Perez, E. Reyes, M. Sutula, D. Rudnick, F. Sklar. The effects of nutrient enrichment on soil microbial processes in mangroves. "Walt Dineen Society" Conference. Miami, FL. May, 1997.

R. Pratt and J. Day. The use of benthic macroinvertebrates for monitoring in a forested wetland receiving municipal effluent. Poster presented at the North American Benthological Society annual conference.  San Marcos, TX, 26-31 May, 1997.

J. Rybczyk, J. Day, R. Lane and P. Kemp. Assimilation of nutrients from diversted river water by wetland overflow. Mississippi River Water Conference. New Orleans, LA, Sept. 19-20, 1997.

J. Day. System functioning as as basis for sustainable management of deltas. International Workshop on Deltas and Coastal Lowlands: Their Sustainability and Conservation. Sant Carles de la Rapita, Spain, Oct. 2-5, 1997 (Keynote speaker).

The following presentations were made at the Estuarine Research Federation Conference held in Providence, RI, Oct 12-16,1997.

S. Davis, D. Childers, N. Oehm, J. Day, E. Reyes, B. Perez, M. Sutula, F. Sklar, and D. Rudnick. The influence of slinity on carbon, nitrogen and phosphorus flux in two South Florida mangrove communities.

M. Sutula, B. Perez, E. Reyes, C. Coronado, J. Day, D. Childers, and N. Oehm. Material exchange between northeastern Florida Bay and a major mangrove tidal creek.

J. Rybczyk and J. Day. A simulation model for predicting the effect of relative sea level rise on wetland elevation and sustainability (poster).

D. Cahoon, J. Day, and D. Reed. the relationship among vertical accretion, elevation change and sea-level rise in selected wetlands of Europe and North America.

J. Day, C. Ibanez, D. Pont, P. Hensel, A. Rismondo, F. Scarton, and D. Are. Sea level rise and Mediterranean deltaic wetlands: Importance of riverine input.

R. Lane, J. Day, and B. Thibodeaux. Water quality analysis of the Caernarvon freshwater diversion project (Poster).

R. Day, J. Day, C. Coronado, F. Vera-Herrera, and H. Alvarez. Long term records of mangrove growth in southeastern Mexico (Poster).

J. Day. Management of deltaic ecosystems in the presence of climate change: Land subsidence in Louisiana. Climate Change: What Does it Mean for the Central Southwest? A regional conference on global warming sponsored by the U.S.E.P.A. Dallas, TX, Oct 30, 1997.

Englande, A.J. and J.Day. Using Wastewater Effluent for Wetlands Restoration- A Case Study. Communities Working for Wetlands Conference. New Orleans, Louisiana. Feb. 17-20, 1999.

A.J. Englande, Jr., J.W. Day, G. Jin, J.Kybczyk, C.-Y. Hu. Wetlands Restoration Using Wastewater Effluent: An Example of Resource Management. Water Environmental Federation Conference and Exposition. New Orleans, Louisiana. October 9-13, 1999.

Day, J. Monitoring Salt-Marsh Sedimentation and Erosion for Wetlands Management, Part II. Louisiana Environment '99: Law, Science, and the Public Interest. Tulane Law School. New Orleans, Louisiana. February 26-28, 1999.

Reyes, E., and J. Day, J.F. Martin. 1999. Modeling the Louisiana Coastal Zone: deltaic influences on the landscape. 95th American Association of Geographers Annual Meeting, 23-27 March 1999, Honolulu, Hawaii.

The following papers and posters were presented at the Estuarine Research Federation Conference. September 25-30, 1999. New Orleans, LA.

Alvarez-Guillen, H., C. Coronado-Molina, J. W. Day, F. Vera-Herrera, R. R. Twilley: Litterfall dynamics in a mangrove forest bordering Terminos Lagoon, Mexico

Cardoch, L. J. W. Day, J. F. Marin, C. Ibanez, M. Giampietro, J. Y. Ko: Human appropriation of net primary productivity in the Mississippi and Ebro Deltas: Implications for sustainable management

Conner, W. H., J. W. Day, G. P. Shaffer: An evaluation of four alternative flooding scenarios for the Bonnet Carre diversion, Mississippi River, Louisiana

Coronado-Molina, C., J. W. Day, E. Reyes, B. Perez, S. Kelly:  Litterfall dynamics and nutrient turnover in mangrove forests located along the everglades salinity transition zone.

Davis, S. E., D. Childers, J. Day, D. Rudnick, F. Sklar:  The seasonality of mangrove-water column nutrient dynamics in south Florida

Day, J., R. Lane, B. Perez, C. Madden, C. Brantley:  Nitrate assimilation in the Mississippi Delta

Delgado, P., P. F. Hensel, J. A. Jimenez, J. W. Day:  Laguncularia, pioneer species colonizing point bars and islands in riverine environments: Importamce of P\propagule establishment

Hensel, P. F., J. W. Day, D. Pont:  Instantaneous material fluxes between a marsh – lagoon system in the Rhone River near its mouth

Inoue, M., W. J. Wiseman, Jr. D. Justic, J. W. Day.  A coupled ecological-hydrodynamic model applied to a Louisiana estuary.

Kemp, G. P., J. F. Martin, H. Mashriqui, E. Reyes, J. W. Day.  Modeling salt marsh elevation response to sea level rise in the Mississippi River deltaic plain

Ko, J. Y.  J. F. Martin, L. Cardoch, J. W. Day. An energy efficiency analysis of wetland wastewater treatment in Louisiana

Lane, R. R. and J. Day:  Ecological effects of Mississippi River water introduced into Louisiana's coastal wetlands

Lara-Dominguez, A. L., A. Yanez-Arancibia, J. W. Day.  Sequential use of mangrove and seagrass habitats by the fish community in Terminos Lagoon, Mexico.

Martin, J. F., E. Reyes, M. L. White, J. W. Day, G. Kemp, H. S. Mashriqui:  Integration of estuarine processes using landscape models in coastal Louisiana: Forecasts and management alternatives.

Perez, B. C., J. W. Day, L. Rouse, R. Shaw, R. Twilley:  Influence of Atchafalaya River discharge and cold fronts on material fluxes in Fourleague Bay, Louisiana.

Reyes, E., J. W. Day, R. Lane:  Modeling coastal sediment deposition and nutrient uptake in response to event scale forcing

Sutula, M. J., J. W. Day, B. Perez, E. Reyes, D. Childers, D. Rudnick, F. Sklar:  Processes controlling nutrient transport in the SE everglades wetlands and exchange with Floriday Bay, USA.

Vera-Herrera, F., H. Alvarez-Guille, J. W. Day, J. L. Rojas- Galaviz, L. A. Ayala-Perez, A. Yanez-Arancivia:  Changes in biomass of a freshwater hydrophyte community influenced by an exotic fish species

Session Chair.  Day, J. W.  Louisiana State Univeristy Robert McAdory. USACOE/Waterways Experiment Station. The utility of modeling in estuarine science.

Day, J., An ecological and economic overview of wetland wastewater assimilation. Keynote speaker. International Conference on Wetlands and Remediation. Nov. 16-17, 1999. Salt Lake City, Utah.

Rudnick, D., J. Day, et al. Nutrient cycling and transport in the Florida Bay - Everglades ecotone. 1999 Florida Bay and Adjacent Marine Systems Science Conference. Nov. 1-5, 1999. Key Largo, Fl.

Day, J. Nutrient uptake in diverted waters in coastal Louisiana. A dialog on the impacts of restoration strategies on the fate and effects of river-borne nutrients in Louisiana coastal waters. Jan. 14-14, 2000. Woodland Plantation, West Point a la Hache, Louisiana.

Day, J. Ecological effects of diversions. Coastal Wetlands Planning, Protection, and Restoration Act, Task Force Meeting. April 5, 2000. Lafayette, La.

Reyes, E., J.W. Day, S. Davis and C. Coronado-Molina. 2001. Nutrient Dynamics and Exchange within a Mangrove Creek and Adjacent Wetlands in the Southern Everglades. Poster. 2001 Florida Bay Science Conference. Apr. 23-26, 2001. Key Largo, FL.

Reyes, E., J. Cable, J.W. Day, D. Rudnick, F. Sklar, C. Madden, S. Kelly, C. Coronado-Molina, S. Davis and D. Childers. 2001. Nutrient Dynamics in the Mangrove Wetlands of the Southern Everglades - 5-Year Project Overview. Poster. 2001 Florida Bay Science Conference. Apr. 23-26, 2001. Key Largo, FL.

Reyes, E., R. Lane, J.W. Day. 2001. Watershed pulsing event analysis using landscape modeling in coastal Louisiana.  16th Biennial Conference of the Estuarine Research Federation "An Estuarine Odyssey" Nov. 4-8. St. Pete Beach, FL.

Reyes, E., ,E.C. Hyfield, J.W. Day and R. Lane 2002. Water Chemistry Modeling under a Pulsed river Discharge. Poster. Mississippi River Climate and Hydrology Conference. American Meteorological Society. May 13-17.

Reyes, E., ,E.C. Hyfield, J.W. Day and R. Lane 2002. Watershed Water Chemistry and Modeling under a Pulsed River Discharge. 23rd Annual Meeting. Society of Wetland Scientists. Lake Placid, NY. Jun. 2 - 7.

Reyes, E., R. Lane and J.W. Day 2002. Watershed Pulsing Event Analysis Using Landscape Modeling in Coastal Louisiana. Environmental State of the State Conference VII. Lafayette, LA. Oct. 11th.

J. Day, Jay Cable, Jason Day, Brian Fry, Emily Hyfield, Dubravko Justic, Robert Lane, Enrique Reyes, Gregg Snedden, and Bjorn Wissel. 2003.  The impact of pulsed introductions of river water on the functioning of an estuarine ecosystem in the Mississippi Delta. 17th Biennial Estuarine Research Federation International Conference. Seattle, Washington. Sept 14-18.

Lane, Robert, John Day, Enrique Reyes, Emily Hyfield. 2003.  The effect of pulsed riverine discharge on chlorophyll a, suspended sediments, salinity, and temperature in the Breton Sound estuary, Louisiana. 17th Biennial Estuarine Research Federation International Conference.  Seattle, Washington. Sept 14-18.

Jason Day, Robert Lane, John Day. 2003.  The effectivness of sediment fences as a management tool in coastal Louisiana. 17th Biennial Estuarine Research Federation International Conference.  Seattle, Washington. Sept 14-18.

Ko, Jae-Young, John W. Day, and Paul H. Templet. 2003. Exploring conflict resolutions among diverse stakeholders over estuarine ecosystem restoration: a case study of the Caernarvon river diversion, Louisiana (Poster).  The 17th Biennial Conference of the Estuarine Research Federation (ERF). Seattle, Washington, September 15-19.

Lara-Dominguez, L.A., L.A. Yanez-Arancibia, J. W. Day, E. Reyes 2003. Estuarine Nekton Assemblages Coupled with Habitat Heterogeneity in Terminos Lagoon A Tropical Coastal Lagoon in the Southern Gulf of Mexico. Poster. 17th Biennial Conference of the Estuarine Research Federation. Seattle, Washington, Sept. 14-18.

Hoeppner, S.S., K.A. Rose, E. Reyes, J.W. Day, 2003. Individual-Based Modeling Approach to Predict Multiple Stressor Effects on Swamp Productivity and Forest Dynamics in a Coastal Landscape. Poster. 17th Biennial Conference of the Estuarine Research Federation. Seattle, Washington, Sept. 14-18.

Ko, Jae-Young, G. Paul Kemp, and John W. Day. 2004. A dual approach to value natural services for the case of improving municipal wastewater quality using natural wetlands in Louisiana coastal zone. The 1st Conference of Challenges of Socioeconomic Research in Coastal Systems: Valuation, Analysis, and Policy Development. Center for Natural Resource Economics & Policy, Louisiana State University, Baton Rouge, May 27-28. (Poster).

Ko, Jae-Young, G. Paul Kemp, and John W. Day. 2004. A dual approach to value natural services for the case of improving municipal wastewater quality using natural wetlands in Louisiana coastal zone. The 1st Conference of Challenges of Socioeconomic Research in Coastal Systems: Valuation, Analysis, and Policy Development. Center for Natural Resource Economics & Policy, Louisiana State University, Baton Rouge, May 27-28. (Poster).

Ko, Jae-Young, G. Paul Kemp, John W. Day, and Charles A. S. Hall. 2004. A comparative evaluation of river diversion vs. dredging in restoring coastal ecosystem in Louisiana using economic, energy and emergy analyses. The 3rd Workshop of the PULSES/NUMAN: The Importance of Pulses Physical Events for Watershed Sustainability. Louisiana State University, Baton Rouge, Louisiana. May 7.

Ko, Jae-Young, John W. Day, and Charles A. S. Hall.2004. An evaluation of dredging vs. river diversion for reconstruction of eroded coastland in Louisiana using economic, energy and emergy analyses. The 3rd Biennial Emergy Analysis Research Conference.University of Florida, Gainesville, Florida. January 29-31.

Ko, Jae-Young, John W. Day, et al. 2004. Water quality change by pulsed riverine water inputs to a coastal watershed in Louisiana.USDA-CSREES National Water Quality Conference: Integrating Research, Extension, and Education. Clearwater, Florida. January 11-14. (http://conference.ifas.ufl.edu/wq/)

Lane, Robert R., John W. Day, Emily Hyfield and Jason Day. 2004.  Suspended sediment, salinity, chlorophyll a and inorganic nutrient ratios in the Breton Sound estuary.   The 3[nd] Workshop of the PULSES project: The importance of pulsed physical events for watershed sustainability.  Baton Rouge, Louisiana.  May 7th.

J. Day, The feasibility of using wetlands for water quality improvement and wetland enhancement in the Lake Ponchartrain Basin. Basics of the Basin Seventh Biennial Research Symposium. New Orleans, LA. May 20, 2004.

### Other Scholarly Activities

Two paintings entitled "Bathed and salved in golden light". LSU Folks Art Show.  LSU Union Art Gallery, June 14 – July 21, 2002.

### Graduate Committees Chaired

Charles S. Hopkinson, MS 1973 (Marine Biological Laboratory, Woods Hole, MA)
Daniel Rodríguez-Ortega, MS 1974 (Instituto de Pesco, Ecuador)
Robert L. Allen, MS 1975 (School of the Coast and Environment, LSU)
Thomas Butler, MS 1975 (Section of Ecology and Systematics, Cornell Univ.)
William H. Conner, MS 1975 (Dept. of Forestry, Clemson Univ.)
Richard Eckenrod MS 1977 (Tampa Bay National Estuary Program)
Glen Cramer, MS 1978 (Environmental Consultant)
G. Paul Kemp, MS. 1978 (School of the Coast and Enviroment, L:SU)
Scott McNamara, MS 1978 (Private sector)
Mark Meo, MS 1978 (University of Oklahoma, Norman)
Charles S. Hopkinson, PhD 1979 (Marine Biological Laboratory, Woods Hole, MA)
Anne S. Witzig, MS 1979 (High school teacher, Rowley Mass)
Jane M. Caffrey, MS 1983 (Environmental Protection Agency, Gulf Breeze FL)

Carolyn A. Miller, MS 1983 (Baird College, Annandale on Hudson, New York)
Antonio Philomena, MS 1983          (Fundacao Universidade do Rio Grande, Porto Alegre, Brazil)
Fred H. Sklar, PhD 1983 (South Florida Water Management District, West Palm Beach, FL)
Kenneth C. Teague, MS 1983 (Environmental Protection Agency, Dallas TX)
Linda A. Deegan, PhD 1985 (Marine Biological Laboratory, Woods Hole, MA)
Francisco Ley-Lou, MS 1985 (Univ. of Baja California, Mexico)
Steve Pierce, MS 1985          (Environmental consutant)
Francisco J. Flores-Verdugo, PhD 1986 (National University of Mexico)
Fernando Gonzáles-Farias, PhD 1986 (National University of Mexico)
Christopher J. Madden, MS 1986 (South Florida Water Management District, West Palm Beach, FL)
John R. Randall, MS 1986 (The Nature Conservancy, Davis CA)
Wayne Slater, MS 1986 (La. Dept. of Environmental Quality)
Marlene K. Stern, MS 1986 (Florida Attorney General's Office)
Dianna L. Steller, PhD 1987 (Private sector)
Nancy Taylor Leibowitz, MS 1988 (Oregon Dept. of State Lands, Corvallis)
Victor Rivera-Monroy, MS 1988 (Louisiana State University)
Daniel L. Childers, PhD 1989(Florida International University, Miami)
Susan Patton, MS 1990 (Institute of Environmental Sciences)
Kevin P. Sweeney, MS 1990 (Institute of Environmental Sciences)
Andrée M. Breaux, PhD  1992 (California Regional Water Quality Board, Oakland CA)
Christopher J. Madden, PhD, 1992 (South Florida Water Management District, West Palm Beach, FL)
Enrique Reyes-Gomez, PhD 1992 (Univ. of New Orleans)
Roel Boumans, PhD 1994 (Univ. of Vermont)
Carlos Coronado, MS 1994 (South Florida Water Management District, West Palm Beach, FL)
Glenn Garson, PhD 1994 (Private sector)
Irene Hesse, MS 1994(Colorado State University, Fort Collins)
Tina Miller-Way, PhD 1994 (Univ. of South Alabama, Mobile)
Victor Rivera-Monroy, PhD, 1994 (Louisiana State University)
Patricia Delgado, MS 1995 (NOAA)
David McNally, MS 1995 (Peace Corps)
John Rybczyk, PhD 1997 (Western Washington University, Bellingham, WA)
Ted Blahnik, MS 1997 (Environmental Consultant)
Richard Pratt, MS 1998 (Environmental Consultant)
Philippe Hensel, PhD 1998 (US Geological Survey, Patuxent Maryland)
Robert Lane, MS 1998 (Louisiana State University)
Mary While, PhD 1999 (US Environmental Protection Agency, Chicago)
Martha Sutula, PhD 1999 (Southern California Research Foundation)
Anneliese Westphal, MS 2000 (La. Dept. of Environmental Quality)
Brian Perez, PhD 2000 (US Geological Survey, Baton Rouge, LA)
Jay Martin, PhD 2000 (Ohio State University, Columbus OH)
Lynette Cardoch, PhD 2000 (Environmental Consultant)
Carlos Coronado, PhD 2000 South Florida Water Management District, West Palm Beach, FL)
Patricia Delgado, PhD 2001 (NOAA)
Ana Laura Lara-Dominguez, PhD 2001 (Institute of Ecology, Xalapa Mexico)
Robert Lane, PhD 2003 (Louisiana State University)
Emily Hyfield, MS, 2004 (Louisiana State University)

Current Students

Christopher Brantley, PhD (May 2005)
Caleb Izdepski, MS (2006)

Service on Graduate Committees

Over 200.

# J.L. Arnold, Inc.

## CURRICULUM VITAE
## JESSE L. ARNOLD

## REGISTRATION

Professional Engineer, Louisiana, Civil and Environmental, No. 17147 (Registered 1978)

## EXPERIENCE

President and owner, J.L. Arnold, Inc., August 1993 to present

Senior Project Engineer, Woodward-Clyde Consultants, March 1991 to August 1993

Environmental Engineering Manager, Waste Management of North America September 1988 to March 1991

Project Engineer, Ecotech, Inc., December 1987 to September 1988

Senior Civil Engineer, Brown & Butler, Inc., March 1986 to December 1987

Project Engineer, Woodward-Clyde Consultants, November 1973 to March 1986

## RELEVANT PROJECT EXPERIENCE

My geotechnical engineering practice is focused on an array of industrial, commercial, and residential clients. Geotechnical services provided to these clients include subsurface investigations, laboratory testing, engineering analyses, reporting, and construction consultation. The geographic range of my practice is primarily in south Louisiana, an area characterized by soft soils.

My initial exposure to soft soil geotechnics was research of the subsidence problem as part of graduate level studies at LSU. Related to that was other coursework on the south Louisiana alluvial environment. These academic experiences served to frame my consulting practice to private sector clients.

An aspect of the practice is the support of large and heavy objects on the soft soil profile. Two design issues are common to these projects: stability and settlement. These projects include large diameter oil storage tanks, industrial equipment, and embankments. I have undertaken or contributed to design of at least 30 tanks for several industrial clients. These tanks range from 100 to 290 feet in diameter and heights up to 56 feet. Industrial equipment projects for several clients include both mat and piled foundations for at least 20 major process unit installations and numerous smaller installations. Four projects involved placement of large embankments.

Following Hurricane Katrina I also performed design of the temporary protection levee (4000-foot length) for the Inner Harbor Navigation Channel floodwall

J.L. Arnold, Inc.

reconstruction. Another project, currently in progress involves consultation to construct a new floodwall structure south of Marrero,

## EXPERT WITNESS EXPERIENCE

On six cases I have rendered expert opinion in the form of engineering report. One of the cases involved deposition beyond the report. The latter case required testimony in court (State District Court in Lake Charles, 1987) regarding design of a brine impoundment subject to hurricane forces. On three projects, oral testimony as an expert was given in the course of adjudicatory hearings.

During 2005-2006, I was one of a team of expert witnesses retained by the defendant in a post-Katrina class action suit (see relevant experience). One unusual project involved participation with a team of experts commissioned to describe the cause of tank flotation and rupture as Hurricane Katrina passed. The effort was contributory to defense against a class-action suit claiming damage from the oil released. My particular input was to characterize the sequence and mechanism of dike degradation due to floodwater overtopping.

## EDUCATION

BSCE, Louisiana State University, 1971
MSCE, Louisiana State University, 1978 (Geotechnical major)

## AFFILIATIONS

American Society of Civil Engineers
Louisiana Engineering Society
Louisiana Association of Business and Industry
American Society for Testing and Materials

CURRICULUM VITAE

Name                : VRIJLING, Johannes, Kornelis

Year of birth       : 1947

Nationality         : Dutch

Education           : MSc. C.E. Delft Univ.of Technology
                      MSc. Economics Erasmus Univ. R'dam

Affiliations        : Royal Institute of Engineers

Languages           : Dutch, English, French, German

Overseas Exper.     : Saudi Arabia, Canada, Bangladesh, India

Employer            : Delft University of Technology

Position            : Professor of Hydraulic Engineering and
                      Probabilistic Design at Delft University of
                      Technology
                      Advisor of the          Construction
                      Division Ministry of         Transport
                          and Public Works

**Overview**

Vrijling finished his masters study at Delft University of
Technology in 1974 with a thesis on prefabricated office
buildings. In 1980 he received his masters degree in Economics
at the Erasmus University.
After a short period at the engineering office of the Adriaan
Volker Group he was sent to the Jubail harbour project as site-
engineer, supervising the construction of ancillary structures
and the opening of a quarry.
In 1976 he was seconded to the Easternscheldt storm surge
barrier project. In this project mr. Vrijling developed the
probabilistic approach to the design of the barrier. During the
project he moved through the ranks to become the member of the
projectmanagement team responsible for the research.
After the completion of the barrier in 1986 he became deputy-
head of the Hydraulic engineering branch of the Civil
Engineering Division of Rijkswaterstaat. Since 1989 he is
responsible for the research and computer activities of the

1

Civil Engineering Division.
In 1989 he became part time professor of Probabilistic Design in
Hydraulic Engineering in Delft. Since 1995 he is full time
professor of Hydraulic Engineering and Probabilistic Design

**Employment Record**

| | | |
|---|---|---|
| 1972 - 1974 | : | Delft Technical University<br>Teacher Applied Mechanics |
| 1974 - 1980 | : | Royal Adriaan Volker Group<br>Project engineer Design<br>Construction Manager ( Saudi Arabia ) |
| 1980 - 1987 | : | Manager of Research Storm Surge Barrier<br>Oosterschelde<br>Ministry of Transport and Public Works |
| 1986 - 1990 | : | Deputy Head, Hydraulic Engineering Branch<br>of the Locks and Weirs Division<br>Ministry of Transport and Public Works |
| 1987 - 1988 | : | Interim Head of the Planning, Economics and<br>Costing Section, Hydraulic<br>Engineering Branch of the Locks and<br>Weirs Division Ministry of<br>Transport and Public Works |
| 1990 - 1995 | : | Head of Structural Research Branch of the<br>Civil Engineering Division<br>Ministry of Transport and Public Works |
| 1980 - 1989 | : | Delft University of Technology<br>Scientific Officer<br>Hydraulic & Coastal Engineering |
| 1989 - 1995 | : | Delft University of Technology<br>Professor of Probabilistic Design<br>Hydraulic & Coastal Engineering |
| 1995 - .... | : | Delft University of Technology<br>Professor of Hydraulic Engineering and |

2

Probabilistic Design
Hydraulic & Coastal Engineering

**Assignments**

| | |
|---|---|
| 1974 – 1975 | : Design of coastal structures, harbour facilities and shipyards |
| 1975 – 1976 | : Earthmoving, harbour- and railroad construction ( Al Khobar, Saudi Arabia ) |
| 1976– 1982 | : Design of the Storm Surge Barrier Oosterschelde |

The Barrier is the last part of the Delta Plan protecting Holland against storm surges on the North Sea

- o Probabilistic approach of hydraulic loading
- o Risk analysis of the total system of the Barrier and probabilistic design calculations
- o Hydraulic model tests on elements of the Barrier consisting of large rocks (sill, bottomprotection)
- o Research on heavy floating equipment designed to assemble the heavy prefabricated concrete elements of the Barrier in full sea
- o Prediction of current velocities during the construction of the Barrier with mathematical tidal models
- o Research on and design of the breakwaters connecting the Barrier with the mainland

| | |
|---|---|
| 1980 | : Design and risk analysis of an oil exploration island in the Beaufort Sea, Dome Petroleum, Calgary |

The main structure of the island was formed by an wave breaking rectangular caisson wall.

| | |
|---|---|
| 1981 | : Expert witness in the Whitstable Sea wall Enquiry, Canterbury City Council |

The Sea Wall consisted of a wave breaking and sea retaining wall with a pebble beach in front

| | |
|---|---|
| 1985 | : Design of the closure of a tidal estuary in Germany, Vordeichung Hattstedter Marsch |

4

| | |
|---|---|
| 1982 – 1987 | : Research and hydraulic engineering manager of the Storm Surge Barrier Oosterschelde |
| 1985 – 1987 | : Member of the managent team of the Pump storage scheme (P.A.C) project.<br>o Economic feasibility study of the pump storage scheme, investment analysis, cashflow analysis<br>o Economic optimization of the design<br>o Risk analysis of the design<br>o Probabilistic calculations |
| 1987 | : Member of a committee of the Ministry of Housing, Planning and Environment (VROM) on Quality Assurance in the Building Industry (Report: Kwaliteitszorg in de bouw, Den Haag 1987) |
| 1987 | : Design of the River Training works for the Jamuna Bridge in Bangladesh Risk analysis and probabilistic design of the total bridge (approaches, steel structure, river training works and river embankments) |
| 1987 | : Chairman of a Central Research Committee (CUR) establishing a handbook on erosion protection against waves and currents on large rivers |
| 1987 | : Member of a Central Research Committee (CUR) studiing the behaviour of concrete armour elements of breakwaters under the attack of waves and currents |
| 1987 | : Chairman of a Central Research Committee (CUR) studiing the opportunities of using alternative materials (rubble and industrial waste materials) in hydraulic engineering |
| 1988 | : Member of a Central Research Committee (CUR) establishing a handbook on Breakwaters constructed of loose rocks |

5

| 1988 | : Study on the closure and the development of the Bay of Cambay, India |
|---|---|
| 1989 | : Design of a breakwater for a naval port in India |
| 1989 | : Member of the Technical Advisory Committee on Waterdefence on |
| 1992 | : Member of the Venice Barrier Appraisal Committee |
| 1992 | : Risk analysis of technical and financial aspects of the Erasmus bridge over de river Rhine for the City of Rotterdam |
| 1993 | : Risk analysis of the design, the construction, the financing and the exploitation of the tunnel under the Westernscheldt for the Provincial gouvernment of Zeeland |
| 1993 | : Member of the Safety Panel for the Schiphol Airport Safety Study |
| 1993 | : Preliminary design of structures to improve the waterquality of Lake Maracaibo |
| 1995 | : Chairman of a Central Research Committee (CUR) establishing a handbook on Probabilistic Design |
| 1995 | : Vice-chairman of a Central Research Council (CUR/COB) on Sub-soil Building |
| 1995-1999 | : Member of the management team of the MAST III/PROVERBS European Research project (Probabilistic design of Vertical Breakwaters) |
| 1997 | : Chairman of the Civil Eigineering Division of the Royal Institute of Engineers (KIVI) of the Netherlands |
| 1998 | : Chairman of the Foundation for Post-academic Teaching in Civil Engineering (PAO-CT) |

6

```
1980 - ....        : Lectures Technical Univ. Delft
                          o Dike design
                          o Flexible hydraulic structures
                          o Probabilistic safety theory
                          o Quality assurance

1980 - ....        : Lectures Post Academic Courses Delft
                          o Dike design
                          o Breakwater design
                          o Bottom and embankent protection
                          o Probabilistic safety theory
                          o Quality assurance
                          o  Computer   Aided   Design   and
                             Manufacturing


1998               :Member of the HSL Safety Committee
                   :Member of the Board of Arbitrage
```

## Publications

1.  Ch.J. Vos, B.J.G. Van der Pot, J.K. Vrijling, Future Safety Considerations. A matter of Scarcity and Probabilistic Approach, Proceedings of the 2' BOSS conference, London, 1979 ,p. 557-570

2.  Th. Mulder and J.K. Vrijling, Probabilistic Load Determination, Hydraulic Aspects of Coastal Structures, Delft University Press, 1980, Vol.1 p.91-108

3.  J.K. Vrijling and J. Bruinsma, Hydraulic Boundary Conditions, Hydraulic Aspects of Coastal Structures, Delft University Press, 1980, Vol.1 p.109-133

4.  J.P.S. Schellekens, J.K. Vrijling and J. Wouters, Transitional Structures between Barrier and Dikes, Hydraulic Aspects of Coastal Structures, Delft University Press, 1980, Vol. 2 p.121-140

5.  W.T. Bakker and J.K. Vrijling, Probabilistic Design of Sea Defences, Proceedings of the International Conference on Coastal Engineering, Sydney, 1980, p.2040-2059

6.  J.K. Vrijling, Probability design method, Eastern Scheldt

Storm Surge Barrier, Proceedings of the Delta Barrier Symposium, Rotterdam, 1982, p.44-49

7.  J.K. Vrijling, J.P.F.M. Janssen and J. Bruinsma, A Practical Method to Obtain Wave and Storm Surge Conditions for Predictions and Probabilistic Calculations, North Sea Dynamics, Springer Verlag, Hamburg, 1983, p.233-247, ISBN 3-540-12013-0

8.  Brockhoff,H.S.T.,Hakkaart,Ch.J.A.,Vrijling,J.K.,On the use of one to one simulators for floating equipment during the construction period of the Eastern Scheldt Storm Surge Barrier, Proceedings of the Marsim symposium, June 1984, p.985-997

9.  J.K. Vrijling, J. Oosting, Probabilistic Design of Flexible Dolphins, Dock and Harbour Authority, september 1985, p.95-98

10. J.K.Vrijling et alt. , Computer Aided Evaluation of a Breakwater Design, C.I.A.D. , 1985

11. J.K. Vrijling, Probabilistic design of waterretaining structures, Engineering Reliability and risk in water ressources, L. Duckstein and E.J. Plate, Eds. Nijhoff, Dordrecht,1986, p.115-134 ISBN 90-247-3492-4

12. J.K. Vrijling, K. Pilarczyk , Integrated Approach of Bank Protection, Proceedings of the Water Transport '87 Conference, Beijing, 1987, p.88-101

13. J.K. Vrijling, De levensduur van de stormvloedkering Oosterschelde, Mededelingenblad S.M.O.Z. Jaargang 14, nr2, 1988, p.23-34

14. J.K. Vrijling, Are models of any use for the designer of civil structures ?, Modelling Soil- Water-Structure Interactions SOWAS-88 Eds, Kolkman et al. Balkema, Rotterdam, 1988 p.7-15 ISBN 90 6191 8154

15. J.K. Vrijling, Een nieuwe methode om de onzekerheid in het rendement van investeringsprojekten te bepalen, Financiering en Belegging, Eds. Kemna et al. ,Rotterdam, 1988, p.211-228

8

16.   J.K. Vrijling, Kwaliteitsborging, Beton in de waterbouw, Vereniging Nederlandse Cement, 's Hertogenbosch, 1988, p.VII-1-10

17.   J.K. Vrijling, Probabilistische methode toegepast bij stormvloedkering, Bouwkunde en Civiele Techniek no 6/7 juni/juli 1988, p.35-39

18.   J.K. Vrijling, J.A. van Beurden, Sealevel rise: a probabilistic design problem, Proceedings of the International Conference on Coastal Engineering Delft. 1990, p.1160-1171.

19.   J.K. Vrijling, Sealevel rise; a threat to low lying countries, Proceedings of the International symposium on Natural Disaster Reduction and Civil Engineering, Osaka, 1991, p.II-1-15.

20.   J.K. Vrijling et alt., Involvement of ecology in the decision process, Journal of IAHR, Vol 29,1991, p.20-23.

21.   J.K. Vrijling et alt. Bermbreakwater design the longshore transport case: a probabilistic approach, Proceedings of Coastal Structures and Breakwaters, London, 1991, p.403-415.

22.   J.K. Vrijling, An economic model for the succesful recycling of the waste materials, Proc. of WASCON, Maastricht, 1991.

23   J.K.Vrijling , G.J.Meyer, Probabilistic coastline position computations, Coastal Engineering, 17 (1992) 1-23.

24   J.K.Vrijling et alt.,Maintenance of hydraulic structures, Proceedings of the International Conference on Coastal Engineering Venice, 1992, p.1693-1705

25   J.K.Vrijling, F.R.Redeker, The risks involved in major infrastructural projects, Proceedings of the Options for Tunneling Conference, Elsevier Science Publ.,1993, p.37-49

26   J.K.Vrijling et alt.,Prediction of the deposition-mound of dumped rubble, Proceedings of COPEDEC IV, Rio de Janeiro, 1995

27   J.K.Vrijling et alt., A framework for risk evaluation, Journ. of Hazardous Materials 43 (1995) p. 245-261

28   J.K.Vrijling et alt., Engineering Probabilistic design and
     Maintenance for Flood protection, Kluwer Ac. Publ.,
     Dordrecht 1997


30   J.K.Vrijling et alt.The application of the concept of
     Societal risk to Various Activities in the
     Netherlands,Proc.ESREL'96, Kreta,1996,p.960

31   J.K.Vrijling et alt.A Decisionmaking approach in Assessing
     failure rates of Movable Water Barriers,Proc.ESREL'96,
     Kreta,1996, p.870

32   J.K.Vrijling et alt.The problem of the Valuation of a Human
     Life,Proc.ESREL'96, Kreta,1996,p.2129

33   J.K.Vrijling et alt., RISMAN, a Method for Risk management
     of Large Infrastructure Projects ,Proc.ESREL'97,
     Lisbon,1996,p.265

34   J.K.Vrijling et alt.,Societal Risk and the Concept of Risk
     Aversion,Proc.ESREL'97, Lisbon,1997,p.45

35   J.K.Vrijling et alt.,Probabilistic optimisation of the
     Ennore coal port, Coastline, structures and breakwaters,ed.
     N.W.H.Allsop, Thomas Telford, London,1998

36   J.K.Vrijling et alt, Acceptable risk as a basis for design,
     Journ. Rel. Engin. & Syst. Saf. 59, 1998

## Tulane University Law School



About | Prospective Students | Student Life | Academics | Faculty | Library | Employers & Careers | Life After Law School | News



# Oliver A. Houck

**Professor of Law**
(on leave spring 2008)

BA, 1960, Harvard University; JD, 1967, Georgetown University

E-mail:  **ohouck@tulane.edu**
Telephone:  504.865.5946
Office:  Weinmann Hall, Room 255-C

**Biography:**
Professor Houck's interests are in environmental, natural resources, and criminal law. He has served as a federal prosecutor in Washington, DC and, subsequently, as General Counsel and Vice-President of the National Wildlife Federation. He has recently served on the Boards of Directors of the Defenders of Wildlife and the Environmental Law Institute, the Litigation Review Board of the Environmental Defense Fund, and two committees of the National Science Foundation. Professor Houck is active in legal proceedings involving wildlife, biological diversity, coastal, and water pollution control problems, and publishes regularly on these and related issues. He is currently consulting on the development of the environmental law of Cuba and other countries. . His classes emphasize relationships between ecology and law, and he regularly takes students on field trips into coastal ecosystems, the Pearl and Atchafalaya swamps, and other natural areas. He has received awards as Louisiana's Conservationist of the Year, Gambit magazine's New Orleanian of the Year, and the New Orleans Young Leadership Council's Role Model of the Year, as well as the Law School's Felix Frankfurter Distinguished Teacher. In 2000 and 2002, he was named a recipient of the Sumter Marks Award for his recent publications. Professor Houck was honored by Tulane University at the 2002 unified graduation ceremony when he was awarded the Graduate Teaching Award.

**Courses:**
Fall 2007 - *Environmental Law: Natural Resources; Environmental Law: Endangered Species & Biodiversity Seminar*
Spring 2008 - *sabbatical leave*
Other coures - *Environmental Law: Saving Louisiana; Criminal Law*

**View news comments**

**View publications by clicking  the categories.**

Articles    Book Reviews    Books and Book Chapters    General Publications    Other Legal Writing    Teaching Materials

---

**Full-Time Faculty**
**A - H**
   Adeno Addis
   Adam Babich
   Paul Barron
   Lloyd Bonfield
   Jeanne Carriere
   Alan Childress
   Harvey Couch
   Martin Davies
   Ray Diamond
   Claire Dickerson
   Onnig Dombalagian
   John Eason
   Gabe Feldman
   Robert Force
   Joel Friedman
   James Gordley
   Stephen Griffin
   Catherine Hancock
   Günther Handl
   Janet Hoeffel
   Oliver Houck
**J - R**
**S - Z**
**Clinical Faculty & Staff**
**Legal Research & Writing**
**Part-Time Faculty**
**Visiting Faculty**
**Mini-Course Faculty**
**Emeritus Faculty**
**Trial Advocacy Faculty**
**Judicial Externship Faculty**
**Faculty Notebook**

**Faculty Blogs**

**Dean Ponoroff's Blog**

*For media inquiries, contact:*
Lauren Vergona
Executive Assistant to the Dean
Tulane Law School
Weinmann Hall
6329 Freret St.
New Orleans, LA 70118
*tel* 504.865.5976
*fax* 504.862.8746
lvergona@tulane.edu

APPLY  •  CONTACT  •  TLS INTRANET  •  CALENDAR  •  SEARCH:

# CVS

# To Be Supplemented

# DR. GARY SHAFFER

# DR. MATTHIJS KOK