**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RUBY WILLIAMS, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:    06-6861** |
| **STANDARD FIRE INSURANCE COMPANY/TRAVELERS, ET AL** | **SECTION: "K" (4)** |

17th

**ORDER**

The Settlement Conference (**doc. #14**) scheduled for January 18, 2008, at 2:00 p.m. is

**CANCELED** because the matter has been transferred to District Judge Duval, Jr. and Magistrate

Judge Wilkinson, Jr.

New Orleans, Louisiana, this       17th       day of September 2007.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**District Judge Stanwood R. Duval, Jr.**
**Magistrate Judge Joseph C. Wilkinson, Jr.**