# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FERDINAND DIAZ AND
NOELLA DIAZ

V.

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-4370**

**SECT. I  MAG. 5**

TO: (Name and address of defendant)

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND

Through its registered agent:
The Louisiana Secretary of State
8549 United Plaza Boulevard
Baton Rouge, Louisiana 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ALLEN H. BORNE, JR., ESQ.
223 Audubon Boulevard
New Orleans, Louisiana 70118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **LORETTA G. WHYTE**          DATE  **AUG 2 4 2007**

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

(BY) DEPUTY CLERK

C. Bourgeois

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                                Date                                                                    Signature of Server

_____
Address of Server

*[stamp: SERVED ON JAY DARDENNE SEP -4 2007 SEC SECRETARY OF STATE COMMERCIAL DIVISION]*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.