

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | JUDGE DUVAL |
| PERTAINS TO:<br>Insurance: Abadie, 06-514 | MAGISTRATE WILKINSON |

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff, Brian Hardouin, seeks to dismiss his claim against Allstate Insurance Company. Accordingly, plaintiff respectfully requests that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and all of his claims against all parties including Allstate be dismissed, with prejudice, each party to bear its own costs.

Wherefore, plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully submitted:

_____
BRIAN HARDOUIN

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDep____
___ Doc. No____

-1-

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss on all known counsel of record via the Court's ECF system, by placing same in the United States Mail, postage prepaid, or via facsimile transmission, this 11 day of September, 2007.

BRIAN HARDOUIN