FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 18  AM 7: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

JUDGE DUVAL

PERTAINS TO:
Insurance: Abadie, 06-514                MAGISTRATE WILKINSON

### ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

IT IS ORDERED that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and is hereby GRANTED, and that all claims asserted by plaintiff Brian Hardouin are DISMISSED, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 14th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-