U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   SEP 1 3 2007

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 * * JUDGE: DUVAL * * MAGISTRATE: WILKINSON |
| PERTAINS TO: | * * |
| INSURANCE: *Abadie*, 06-5164 | * * |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS

Plaintiff, Bradford Butler, seeks to dismiss his claim against defendants Allstate Insurance Company and Allstate Indemnity Company ("Allstate"). Accordingly, Plaintiff respectfully requests that this Court reopen this case with respect to Allstate for the sole purpose of addressing this motion, and that all of his claims against all parties, including Allstate, be dismissed, with prejudice, each party to bear its own costs.

**WHEREFORE,** Plaintiff prays that this motion be granted, each party to bear its own costs.

Respectfully Submitted,

_____
Bradford Butler

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss has been served upon all counsel of record via the Court's ECF system, by placing same in the United States Mail, postage prepaid, or by facsimile transmission on this 14 day of September, 2007.

_____