FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 18 AM 7:24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE: *Abadie*, 06-5164 | |

## ORDER

Considering the foregoing Motion for Limited Reopening of Case and Partial Motion to Dismiss;

**IT IS ORDERED** that the Motion for Limited Reopening of Case and Partial Motion to Dismiss be and hereby is **GRANTED** and that all claims asserted by plaintiff Bradford Butler are dismissed, with prejudice, each party to bear its own costs;

New Orleans, Louisiana, this 14th day of September, 2007.

UNITED STATES DISTRICT
JUDGE

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Butler Mtn. Order to Dismiss.doc