FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 18 AM 8:59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Burk, 06-7846     JUDGE DUVAL
MAG. WILKINSON

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

Aug 30, 07
DATE     PLAINTIFF(S)

SIGNED ON BEHALF OF
PLAINTIFFS BY
WILLIAM B GORDON,
LA BAR # 28056

9/7/07
DEFENDANT(S) #22631

on behalf of defendant

Scottsdale Ins. Co.

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this 17TH day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed hereon represent the consent of all parties to the suit.

_Marilyn Mosley_