UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                          NO. 05-4182

**PERTAINS TO:**
*Severed from Abadie–DiRosa*-C.A. No. 07-2499          SECTION "K"(2)
*Xavier*          C.A. No. 06-516

## ORDER

The Court has reviewed the following motions in which Requests for Oral Argument were filed and finds that such argument will not aid the Court:

1) Motion for Partial Summary Judgment on the Unenforceability of the Anti-Concurrent Cause Clause (Doc. 6901);
2) Motion for Partial Summary Judgment Regarding Collateral Source (Doc. 5848)
3) Motion for Partial summary Judgment Regarding Burden of Proof (Doc. 5847)
4) Motion for Partial Summary Judgment Regarding retroactivity of Act 813 (Doc. 5851).
5) Motion by Ashton O'Dwyer for Various Relief (Doc. 7501)

Accordingly,

**IT IS ORDERED** that the Requests for Oral Argument for each of the above-noted motions is **DENIED**.

New Orleans, Louisiana, this 18th day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE