UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

                                        SECTION "K" MAG "2"

PERTAINS TO:
INSURANCE (XAVIER UNIVERSITY
OF LOUISIANA V. TRAVELERS
CASUALTY PROPERTY COMPANY
OF AMERICA NO. 06-516)

*********************************************************************

## MOTION TO CONTINUE HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT REGARDING COLLATERAL SOURCE AND RETROACTIVITY OF ACT 813

Plaintiff, Xavier University of Louisiana, ("Xavier"), moves this Court to continue the October 3, 2007 hearing on its Motion for Partial Summary Judgment Regarding Collateral Source and Motion for Partial Summary Judgment Regarding Retroactivity of Act 813. Both motions involve issues that will be decided by the Louisiana Fourth Circuit Court of Appeal in *Sher v. Lafayette Insurance Co.*, No. 2007-CA-0757. The Fourth Circuit heard oral argument on September 12, 2007.

A "federal court sitting in diversity is **bound** to follow decisions of the state's intermediate appellate courts unless it is 'convinced by other persuasive data that the highest court of the state would decide otherwise."[1] Because this Court will be bound by the Fourth Circuit's ruling in *Sher*, which Xavier expects will be issued within weeks of the October 3, 2007 hearing date, Xavier requests that this Court continue the hearing on the collateral source and retroactivity motions. Xavier has contacted counsel for Travelers about continuing the hearing. Travelers opposes this motion.

/s/ *signature*

JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
 COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

AND

CALVIN C. FAYARD, JR., #5486
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Fax: 225-664-6925
calvinfayard@fayardlaw.com
LIAISON COUNSEL – INSURANCE PSLC

---

[1] *Exxon Co. v. Banque De Paris Et Des Pays-Bas*, 889 F. 2d 674, 676 (5th Cir. 1989) (emphasis added).

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

_____
JAMES M. GARNER