UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAVIER UNIVERSITY<br>OF LOUISIANA V. TRAVELERS<br>CASUALTY PROPERTY COMPANY<br>OF AMERICA NO. 06-516) | |

*********************************************************************

## ORDER

Considering the *Ex Parte* Motion for Expedited Hearing on Motion to Continue Hearing on Motion for Partial Summary Judgment Regarding Collateral Source and Retroactivity of Act 813, filed on behalf of Plaintiff Xavier University of Louisiana, IT IS ORDERED that the Motion to Continue be heard on an expedited basis on the _____ day of _____, 2007 at _____ ___. m.

New Orleans, Louisiana, this _____ day of _____, 2007.

 

_____
JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE