## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Nevil*, C.A. No. 06-7437 | | |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the Motion to Dismiss be and hereby is **GRANTED** and that all of the claims asserted by plaintiffs CARLA F. NEVIL, wife of/and LARRY D. NEVIL, in this lawsuit against METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY are dismissed, with prejudice, each party to bear its own costs. All other claims against all other defendants are hereby reserved.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

**I hereby certify that I have on this 18th day of September, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.**

s/ Gary M. Pendergast

Nevil, Order to Motion to Dismiss

- 2 -

- 2 -

Nevil, Order to Motion to Dismiss