## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Nevil,* C.A. No. 06-7437 | | |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS

Plaintiffs CARLA F. NEVIL, wife of/and LARRY D. NEVIL, have resolved their dispute with defendant METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY ("METROPOLITAN"). As a result of this settlement, plaintiffs respectfully request that all of their claims in this lawsuit against METROPOLITAN be dismissed, with prejudice with each party to bear its own costs. All other claims against all other defendants are reserved.

**WHEREFORE,** CARLA F. NEVIL, wife of/and LARRY D. NEVIL pray that their claims in this lawsuit be dismissed against METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, with prejudice.

Respectfully submitted,

s/ Gary M. Pendergast
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454
Facsimile: (504) 523-0464
E-Mail: GMPendergastLLC@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of September, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast

*Nevil,* Motion to Dismiss