UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | |
| | SECTION "K"(2) |
| *Mumford v. Ingram*         C.A. No. 05-5724<br>*Boutte v. Lafarge*           C.A. No. 05-5531<br>*Lagarde v. Lafarge*         C.A. No. 06-5342<br>*Perry v. Ingram Barge*    C.A. No. 06-6299<br>*Benoit v. Lafarge*            C.A. No. 06-7516<br>*Parfait Family v. USA*    C.A. No. 07-3500<br>*Lafarge v. USA*               C.A. No. 07-5178 | |

## BARGE CONSOLIDATION ORDER

Pursuant to a decision reached among Judges Helen G. Berrigan, Stanwood Duval, Jr. and Jay Wilkinson, the above-noted matters were de-consolidated from *In the Matter of the Complaint of Ingram Barge Co.*, C.A. No. 05-4419, and transferred to this section of Court for consolidation under the *In re Katrina Canal Breaches Consolidated Litigation,* C.A. No. 05-4182. Accordingly,

**IT IS ORDERED** that the above-noted cases are hereby **CONSOLIDATED.**

**IT IS FURTHER ORDERED** that for case management purposes, a new subcategory is created that being (7) Barge. These cases are subject to Case Management Order No. 1 (Doc. 790) and the instructions for captioning and filing documents therein. In particular, all pleadings filed in this consolidated litigation shall be captioned as follows:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.    05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |
| _____§ | | |
| § | | |
| PERTAINS TO:  BARGE § | | |
| (SPECIFIC CASE NAME(S) AND NUMBER(S)) § | | |
| _____§ | | |

Any pleading, motion, or other submission filed by any party in this consolidated litigation shall indicate in the "Pertains To" section of the caption which group the pleading applies to, as well as which cases (by docket number) within that group to which the pleading applies.  By way of example, if the pleading applies to *Mumford v. Ingram,* C.A. No. 05-5724*,* the caption shall indicate "BARGE" in the "Pertains To" section, and then state the case name and number as follows: "*Mumford*, C.A. No. 05-5724".

If the pleading, motion, or other submission applies to all cases within a particular group, the caption shall indicate the applicable group in the "Pertains To" section with one of the following: "All Barge".  Although rarely to be used, if the pleading, motion, or other submission applies to all cases, the caption shall indicate "All Cases" in the "Pertains To" section.

**IT IS FURTHER ORDERED** that with respect to the CM/ECF notices prepared by the Clerk of Court which are e-mailed to the parties, the Clerk of Court is directed to begin its entry of the Docket Text field with (1) the group, i.e., the "Pertains To" identifier, and (2) the "Cases" designations as specified by counsel for each pleading filed where appropriate.

**IT IS FURTHER ORDERED** that all future filings in "Barge" shall be captioned with the appropriate 'Pertains to" and "Cases" designations as set forth herein.

Furthermore, considering the action taken herein,

**IT IS FURTHER ORDERED** that the Order entered on July 11, 2007 in *Parfait Family*, *et al. v. United States of America, et al.,* C.A. No. 07-3500 (Doc. 6419 in *In re Katrina*) is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Case Management Order No. 5 shall be entered concerning the further prosecution of the Barge cases.

New Orleans, Louisiana, this  18th  day of September, 2007.

```
                                    _____
                                         STANWOOD R. DUVAL, JR.
                                    UNITED STATES DISTRICT COURT JUDGE
```