UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

AFW-111-000000720 to AFW-111-000000721;

AFW-111-000000722 to AFW-111-000000723;

AFW-111-000000724 to AFW-111-000000728;

AFW-111-000000729 to AFW-111-000000730;

AFW-111-000000731 to AFW-111-000000733;

AFW-128-000001369 to AFW-128-000001398;

AFW-128-000001429 to AFW-128-000001429;

AFW-316-000000312 to AFW-316-000000323;

AFW-316-000000324 to AFW-316-000000553;

AFW-316-000000556 to AFW-316-000000556;

AFW-316-000000559 to AFW-316-000000560;

AFW-316-000000561 to AFW-316-000000607;

AFW-316-000000608 to AFW-316-000000644;

AFW-316-000000645 to AFW-316-000000806;

AFW-316-000000807 to AFW-316-000000949;

AFW-316-000000950 to AFW-316-000000954;

AFW-316-000000955 to AFW-316-000000955;

AFW-316-000000956 to AFW-316-000000956;

AFW-316-000000957 to AFW-316-000000957;

AFW-316-000000958 to AFW-316-000001008;

AFW-316-000001009 to AFW-316-000001103;

AFW-316-000001104 to AFW-316-000001264;

AFW-404-000002468 to AFW-404-000002471;

AFW-404-000002531 to AFW-404-000002533;

AFW-404-000002574 to AFW-404-000002577;

AFW-404-000003473 to AFW-404-000003474;

AFW-404-000003499 to AFW-404-000003500;

AFW-404-000003501 to AFW-404-000003503;

AFW-404-000003506 to AFW404-000003521;

AFW-404-000003534 to AFW-404-000003552;

AFW-404-000003553 to AFW-404-000003557;

AFW-404-000003558 to AFW-404-000003560;

AFW-404-000003561 to AFW-404-000003561;

AIN-091-000000007 to AIN-091-000000009;

AIN-091-000000245 to AIN-091-000000250;

AIN-091-000000295 to AIN-091-000000299;

AIN-091-000000300 to AIN-091-000000300;

AIN-091-000000401 to AIN-091-000000408;

AIN-091-000000457 to AIN-091-000000457;

AIN-091-000000588 to AIN-091-000000591;

AIN-091-000000622 to AIN-091-000000622;

AIN-091-000000729 to AIN-091-000000730;

AIN-091-000000747 to AIN-091-000000768;

AIN-091-000000831 to AIN-091-000000841;

AIN-179-000000227 to AIN-179-000000228;

AIN-179-000000235 to AIN-179-000000236;

AIN-179-000001225 to AIN-179-000001226;

AIN-179-000002388 to AIN-179-000002391;

MVD-002-000001868 to MVD-002-000001873;

MVD-002-000001874 to MVD-002-000001880;

MVD-002-000001881 to MVD-002-000001886;

MVD-002-000001887 to MVD-002-000001902;

NED-034-000002982 to NED-034-000002983;

NED-034-000002984 to NED-034-000002991;

NED-114-000001278 to NED-114-000001278;

NED-135-000000005 to NED-135-000000012;

NED-135-000000020 to NED-135-000000020;

NED-135-000000029 to NED-135-000000030;

NED-135-000000031 to NED-135-000000031;

NED-135-000000044 to NED-135-000000044;

NED-135-000000049 to NED-135-000000049;

NED-135-000000080 to NED-135-000000097;

NED-135-000000102 to NED-135-000000102;

NED-135-000000105 to NED-135-000000106;

NED-135-000000107 to NED-135-000000114;

NED-135-000000151 to NED-135-000000151;

NED-135-000000152 to NED-135-000000153;

NED-135-000000154 to NED-135-000000155;

NED-135-000000181 to NED-135-000000181;

NED131-000000188 to NED-135-000000188;

NED-135-000000189 to NED-135-000000189;

NED-135-000000504 to NED-135-000000504;

NED-135-000000505 to NED-135-000000513;

NED-135-000000514 to NED-135-000000514;

NED-135-000000515 to NED-135-000000550;

NED-135-000000551 to NED-135-000000551;

NED-135-000000552 to NED-135-000000552;

NED-135-000000592 to NED-135-000000592;

NED-135-000000593 to NED-135-000000597;

NED-135-000000598 to NED-135-000000598;

NED-135-000000604 to NED-135-000000604;

NED-135-000000605 to NED-135-000000605;

NED-135-000000617 to NED-135-000000619;

NED-135-000000620 to NED-135-000000620;

NED-135-000000841 to NED-135-000000845;

NED-135-000000846 to NED-135-000000846;

NED-135-000000847 to NED-135-000000847;

NED-135-000000848 to NED-135-000000860;

NED-135-000000861 to NED-135-000000861;

NED-135-000000862 to NED-135-000000864;

NED-135-000000865 to NED-135-000000865;

NED-135-000000866 to NED-135-000000875;

NED-135-000000876 to NED-135-000000877;

NED-135-000000887 to NED-135-000000887;

NED-135-000000888 to NED-135-000000889;

NED-135-000000890 to NED-135-000000893;

NED-135-000000934 to NED-135-000000934;

NED-135-000000935 to NED-135-000000951;

NED-135-000000952 to NED-135-000000954;

NED-177-000000193 to NED-177-000000193;

NED-177-000000194 to NED-177-000000194;

NED-177-000000195 to NED-177-000000195;

NED-177-000000196 to NED-177-000000197;

NED-177-000000198 to NED-177-000000201;

NED-177-000000202 to NED-177-000000217;

NED-177-000000218 to NED-177-000000243;

NED-177-000000244 to NED-177-000000247;

NED-177-000000249 to NED-177-000000250;

NED-200-000000003 to NED-200-000000008;

NED-200-000000009 to NED-200-000000009;

NED-200-000000010 to NED-200-000000013;

NED-200-000000014 to NED-200-000000015;

NED-200-000000016 to NED-200-000000026;

NED-200-000000027 to NED-200-000000029;

NOP-018-000000358 to NOP-018-000000358;

NPM-038-000000041 to NPM-038-000000051;

NPM-038-000000414 to NPM-038-000000441;

>NPM-038-000000536 to NPM-038-000000540;
>
>NPM-038-000000560 to NPM-038-000000563;
>
>NPM-038-000000762 to NPM-038-000000762;
>
>NPM-038-000000763 to NPM-038-000000764;
>
>NPM-038-000000765 to NPM-038-000000767;
>
>NPM-038-000000768 to NPM-038-000000776;
>
>NPM-038-000000777 to NPM-038-000000778;
>
>NPM-038-000000779 to NPM-038-000000787;
>
>NPM-038-000000795 to NPM-038-000000831;
>
>NRG-015-000000571 to NRG-015-000000572;
>
>NRG-017-000000307 to NRG-017-000000308;
>
>NRG-017-000000309 to NRG-017-000000310;
>
>NED-199-000000302 to NED-199-000000318;
>
>NED-199-000000319 to NED-199-000000330.

In addition, pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as protected under the Privacy Act, 5 U.S.C. § 552a:

>AFW-404-000000087 to AFW-404-000000087;
>
>AFW-404-000000145 to AFW-404-000000151;
>
>AFW-404-000000156 to AFW-404-000000157;
>
>AFW-404-000000180 to AFW-404-000000180;

AFW-404-000000184 to AFW-404-000000190;

AFW-404-000000194 to AFW-404-000000194;

AFW-404-000000196 to AFW-404-000000198;

AFW-404-000000992 to AFW-404-000000999;

AFW-404-000001001 to AFW-404-000001024;

AFW-404-000001027 to AFW-404-000001033;

AFW-404-000001035 to AFW-404-000001051;

AFW-404-000001084 to AFW-404-000001086;

AFW-404-000001096 to AFW-404-000001097;

AFW-404-000001109 to AFW-404-000001110;

AFW-404-000001112 to AFW-404-000001114;

AFW-404-000001161 to AFW-404-000001190;

AFW-404-000001322 to AFW-404-000001327;

AFW-404-000001329 to AFW-404-000001329;

AFW-404-000001333 to AFW-404-000001336;

AFW-404-000001340 to AFW-404-000001341;

AFW-404-000001343 to AFW-404-000001343;

AFW-404-000001346 to AFW-404-000001347;

AFW-404-000001349 to AFW-404-000001371.

The United States' privilege log is attached.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Paul Marc Levine
        PAUL MARC LEVINE
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400/ (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: September 18, 2007

**CERTIFICATE OF SERVICE**

      I, Paul Marc Levine, hereby certify that on September 18, 2007, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF:

                                  s/ Paul Marc Levine
                                  PAUL MARC LEVINE