MINUTE ENTRY
WILKINSON, M. J.
SEPTEMBER 18, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>       CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Burk</u>, 06-7846 | JUDGE DUVAL<br>MAG. WILKINSON |

A telephone conference concerning settlement was conducted on this date before the undersigned magistrate judge. Participating were: John A. Venezia, representing plaintiffs; Cynthia Thomas, representing defendant. Defense counsel made a settlement proposal. Plaintiffs' counsel advised that he needs additional time to formulate a settlement response and before he can conduct settlement negotiations. Accordingly, at the request of counsel for plaintiffs, **IT IS ORDERED** that the SETTLEMENT CONFERENCE previously set in this matter on September 18, 2007, is hereby RESET on **OCTOBER 2, 2007 at 3:00 p.m.** before me.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 15**