UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE, INDIVIDUALLY AND ON BEHALF OF STATE OF LOUISIANA, DIVISION OF ADMINISTRATION OFFICE OF COMMUNITY DEVELOPMENT, EX REL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5528** |
| **AAA INSURANCE , ET AL.** | **SECTION "K"(2)** |

## ROAD HOME CONSOLIDATION ORDER

Pursuant to a decision reached Judges Helen G. Berrigan and Stanwood Duval, Jr., the above-captioned matter was transferred to this section for consolidation with *In re Katrina Canal Breaches Consolidated Litigation,* C.A. No. 05-4182. Accordingly,

**IT IS ORDERED** that the above-noted case is hereby **CONSOLIDATED** with *In re Katrina Canal Breaches Consolidated Litigation,* C.A. No. 05-4182.**.**

**IT IS FURTHER ORDERED** that for case management purposes, a new subcategory is created that being (8) Road Home.  These cases are subject to Case Management Order No. 1 (Doc. 790) and the instructions for captioning and filing documents therein.  In particular, all pleadings filed in this consolidated litigation shall be captioned as follows:

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | |  NO.    05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |
| _____§ | | |
| § | | |
| PERTAINS TO:  ROAD HOME § | | |
|     *Louisiana State*  C.A. No. 07-5528 § | | |
| _____§ | | |

Any pleading, motion, or other submission filed by any party in this consolidated litigation shall indicate in the "Pertains To" section of the caption which group the pleading applies to, as well as which case(s) (by docket number) within that group to which the pleading applies.  By way of example, if the pleading applies solely to this newly consolidated matter,, the caption shall indicate "ROAD HOME" in the "Pertains To" section, and then state the case name and number as follows: "*Louisiana State*, C.A. No. 07-5528".

**IT IS FURTHER ORDERED** that with respect to the CM/ECF notices prepared by the Clerk of Court which are e-mailed to the parties, the Clerk of Court is directed to begin its entry of the Docket Text field with (1) the appropriate  group, i.e., the "Pertains To" identifier, and (2) the "Case" designation as specified by counsel for each pleading filed where appropriate.

**IT IS FURTHER ORDERED** that all future filings in "Road Home" shall be captioned with the appropriate 'Pertains to" and "Cases" designations as set forth herein.

Furthermore, considering the action taken herein,

**IT IS FURTHER ORDERED** that the due date for responsive pleadings by any defendant in this case is hereby **EXTENDED** to **November 30, 2007.**

**IT IS FURTHER ORDERED** that because this Court intends to enter a Case Management and Scheduling Order No. 6 ("CMO No. 6), which will set-forth a particular

schedule the Court will impose on this case concerning discovery, motion practice, and a trial date, no motion or pleadings, other than the responsive pleadings required in the foregoing paragraph, shall be filed until such time as the CMO No. 6 is entered. This action is necessitated by the immense nature of the *In re Katrina* litigation and is in keeping with this Court's intention to continue to manage this matter in as organized and timely a fashion as possible.

    New Orleans, Louisiana, this  18th  day of September, 2007.

                                              **STANWOOD R. DUVAL, JR.**
                                **UNITED STATES DISTRICT COURT JUDGE**