UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | CIVIL ACTION |
| COMPLAINT OF INGRAM BARGE | * | |
| COMPANY, AS OWNER OF THE | * | NO. 05-4419 |
| ING4727, PETITIONING FOR | * | |
| EXONERATION FROM OR | * | SECTION "C" (2) |
| LIMITATION OF LIABILITY | * | JUDGE BERRIGAN |
| | | MAG. JUDGE WILKINSON |

*   *   *   *   *   *   *   *

THIS DOCUMENT RELATES TO:  CASE NOS. 05-4237, 05-5531, 05-5724; 06-5054; 06-5342; 06-6299; 06-7516

## UNITED STATES OF AMERICA'S MOTION TO DISMISS
## LAFARGE NORTH AMERICA INC.'s THIRD-PARTY COMPLAINTS

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) to dismiss the third-party complaints filed against it by Lafarge North America Inc. in the following consolidated actions:  *Parfait* (05-4237)*, Boutte* (05-5531), *Mumford* (05-5724), *Hubert* (06-5054), *Lagarde* (06-5342), *Perry* (06-6299), and *Benoit* (06-7516).

For the reasons set forth in the accompanying Memorandum of Law, this Court lacks subject matter jurisdiction over the third-party claims against the United States.

Dated: June 22, 2007               Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER, III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

/s/ Kara K. Miller
_____
KARA K. MILLER
Trial Attorney, Torts Branch, Civil Division
PETER MYER
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4448/(202) 616-5200 (Fax)
Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I, Kara K. Miller, hereby certify that on June 22, 2007, I served a true copy of Defendant United States of America's Motion to Dismiss Lafarge North America Inc.'s Third-party Complaints, Memorandum of Law in Support, and Notice of Hearing upon all counsel of record by ECF or first class mail.

/s/ Kara K. Miller
Kara K. Miller