UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | CIVIL ACTION |
| COMPLAINT OF INGRAM BARGE | * | |
| COMPANY, AS OWNER OF THE | * | NO. 05-4419 |
| ING4727, PETITIONING FOR | * | |
| EXONERATION FROM OR | * | SECTION "C" (2) |
| LIMITATION OF LIABILITY | * | JUDGE BERRIGAN |
| | | MAG. JUDGE WILKINSON |

* * * * * * * *

THIS DOCUMENT RELATES TO: CASE NOS. 05-4237, 05-5531, 05-5724; 06-5054; 06-5342; 06-6299; 06-7516

## NOTICE OF HEARING

TO:   All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Lafarge North America Inc.'s Third-party Complaints at the Courtroom of the Honorable Helen G. Berrigan, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 11th day of July, 2007, at 9:30 a.m.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
Judge Helen G. Berrigan
Eastern District of Louisiana