## UNITED STATES DISTRICT COURT
## STATE OF LOUISIANA

| | | |
|---|---|---|
| **BLAIR BOUTTE , ET AL** | * | **CIVIL ACTION 05-5531** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, INC., ET AL** | * | |
| and | * | |
| **ETHEL MUMFORD, ET AL** | * | **CIVIL ACTION 05-5724** |
| **VERSUS** | * | **SECTION K(2)** |
| **INGRAM BARGE COMPANY, ET AL** | * | |
| and | * | |
| **MARENTHIA LAGARDE, ET AL** | * | **CIVIL ACTION 06-5342** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, INC., ET AL** | * | |
| and | * | |
| **PERRY, ET AL** | * | **CIVIL ACTION 06-6299** |
| **VERSUS** | * | **SECTION K(2)** |
| **INGRAM BARGE COMPANY, ET AL** | * | |
| and | * | |
| **BENOIT, ET AL** | * | **CIVIL ACTION 06-7516** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, ET AL** | * | |
| | | **ALL SUITS RELATED** |
| *    *    *    *    *    *    *    * | * | *    *    *    *    * |

## MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR DISMISSAL, STAY, OR TRANSFER, OF NEW YORK DISTRICT COURT CASE

Group "A" moves the Court for summary judgment as to insurance coverage afforded under

Lafarge's policies in effect at times pertinent to the matters subject of these suits, or, alternatively, to order the dismissal, stay or transfer of the matter entitled "American Steamship Owners Mutual Protection and Indemnity Association, Inc., Plaintiff v. Lafarge North America, Inc., Defendant," No. 06 Civ. 3123 (CSH) United States District Court, Southern District, New York, because of the pendency of the above entitled and numbered cause first filed involving the same parties, and the same issues, in the interest of judicial economy, costs of litigation, and the potential for conflicting results in two divisions of the United States District Court, for the reasons more fully shown in the attached memorandum.

RESPECTFULLY SUBMITTED,

WIEDEMANN & WIEDEMANN

/s/Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

LAW OFFICE OF BRIAN A. GILBERT

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

LAW OFFICE OF PATRICK J. SANDERS

/s/Patrick J. Sanders
PATRICK J. SANDERS (18741)

                                                Attorney at Law
                                                3316 Ridgelake Drive
                                                Metairie, Louisiana 70002
                                                Telephone: (504) 834-0646
                                                Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail, to non-CM/ECF participants.

      New Orleans, Louisiana, this 12th day of August, 2007.

                                                    /s/ Lawrence D. Wiedemann
                                                LAWRENCE D. WIEDEMANN