

# Louisiana Secretary of State
## COMMERCIAL DIVISION
### Corporations Database



*Louisiana Secretary of State*
*Detailed Record*

Charter/Organization ID: 28402060D

Name: JOSEPH C. DOMINO, INC.

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing    Add Certificate of Good Standing to Shopping Cart

Last Report Filed on 09/06/2007

Mailing Address: P.O. BOX 6, MARRERO, LA 70073

Domicile Address: 5520 RIVER RD., MARRERO, LA 70072

File Date: 10/08/1968

Registered Agent (Appointed 9/06/2007): PATRICK T. MCNEILL, 5520 RIVER RD., MARRERO, LA 70072-1740

Director: PATRICK T. MCNEILL, 5520 RIVER RD., MARRERO, LA 70072

Director: CHARLES J. DOMINO, 5520 RIVER RD., MARRERO, LA 70072

Director: ANITA MARIE D. MCNEILL, 5520 RIVER RD., MARRERO, LA 70072

Amendments on File
AMENDMENT (12/29/1981)

[ New Search ]   [ View Cart ]

http://www400.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=28402060D



PLAINTIFF'S EXHIBIT
F