## Louisiana Department of Insurance

**Active Company Search Form**

New Search

**1 records found**
You searched: American
Home Assurance Company

Print a complete listing of your results.    Print

Export a complete listing of your results in Excel.    Export to Excel

| Company Information | |
|---|---|
| American Home Assurance Company | |

| NAIC: | 19380 | | |
|---|---|---|---|
| Status: | ACTIVE | | |
| Domicile: | NY | Date Approved: | 7/1/1929 |
| | | License Types: CE Provider - 02/19/1997 Insurer - 07/01/1929 | |
| Address: | 70 Pine Street New York , NY 10270 | Classification: FIRE AND CASUALTY Coverage Lines: Burglary & Forgery Crop & Livestock Fidelity & Surety Fire & Extended Coverage Glass Health and Accident Home Owners Liability Marine & Transportation Miscellaneous Steam Boiler & Sprinkler Leakage Vehicle Workmans Compensation | |
| Phone: | 2127707000 | | |
| Toll Free: | 8773071823 | | |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE | | |
| Agent Address: | 8549 United Plaza Blvd. BATON ROUGE , LA 70809 | | |

1


PLAINTIFF'S EXHIBIT