# UNITED STATES DISTRICT COURT
# STATE OF LOUISIANA

| | | |
|---|---|---|
| **BLAIR BOUTTE , ET AL** | * | **CIVIL ACTION 05-5531** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, INC., ET AL** | * | |
| **and** | * | |
| **ETHEL MUMFORD, ET AL** | * | **CIVIL ACTION 05-5724** |
| **VERSUS** | * | **SECTION K(2)** |
| **INGRAM BARGE COMPANY, ET AL** | * | |
| **and** | * | |
| **MARENTHIA LAGARDE, ET AL** | * | **CIVIL ACTION 06-5342** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, INC., ET AL** | * | |
| **and** | * | |
| **PERRY, ET AL** | * | **CIVIL ACTION 06-6299** |
| **VERSUS** | * | **SECTION K(2)** |
| **INGRAM BARGE COMPANY, ET AL** | * | |
| **and** | * | |
| **BENOIT, ET AL** | * | **CIVIL ACTION 06-7516** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, ET AL** | * | |
| | | **ALL SUITS RELATED** |
| * * * * * * * * | * * * * * | |

## **NOTICE**

**TO:**   All Counsel of Record

PLEASE TAKE NOTICE THAT counsel for Group "A" will bring it's Motion for Summary Judgment, or Alternatively, for Dismissal, Stay, or Transfer, of New York District Court Case for hearing before Judge Stanwood R. Duval, Jr., on the 3rd day of October, 2007, at 9:30 a.m.

                                           RESPECTFULLY SUBMITTED,

                                           WIEDEMANN & WIEDEMANN

                                           /s/Lawrence D. Wiedemann
                                           LAWRENCE D. WIEDEMANN, (13457)
                                           KARL WIEDEMANN, (18502)
                                           KAREN WIEDEMANN, (21151)
                                           821 Baronne Street
                                           New Orleans, Louisiana 70113
                                           Telephone: (504) 581-6180
                                           Attorneys for Plaintiffs

                                           LAW OFFICE OF BRIAN A. GILBERT

                                           /s/ Brian A. Gilbert
                                           BRIAN A. GILBERT (21297)
                                           821 Baronne Street
                                           New Orleans, Louisiana 70113
                                           Telephone: (504) 885-7700
                                           Attorney for Plaintiffs

LAW OFFICE OF PATRICK J. SANDERS

/s/Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail, to non-CM/ECF participants.

New Orleans, Louisiana, this 12th day of August, 2007.

/s/ Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN
