# UNITED STATES DISTRICT COURT
# STATE OF LOUISIANA

| | | |
|---|---|---|
| **BLAIR BOUTTE , ET AL** | * | **CIVIL ACTION 05-5531** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, INC., ET AL** | * | |
| and | * | |
| **ETHEL MUMFORD, ET AL** | * | **CIVIL ACTION 05-5724** |
| **VERSUS** | * | **SECTION K(2)** |
| **INGRAM BARGE COMPANY, ET AL** | * | |
| and | * | |
| **MARENTHIA LAGARDE, ET AL** | * | **CIVIL ACTION 06-5342** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, INC., ET AL** | * | |
| and | * | |
| **PERRY, ET AL** | * | **CIVIL ACTION 06-6299** |
| **VERSUS** | * | **SECTION K(2)** |
| **INGRAM BARGE COMPANY, ET AL** | * | |
| and | * | |
| **BENOIT, ET AL** | * | **CIVIL ACTION 06-7516** |
| **VERSUS** | * | **SECTION K(2)** |
| **LAFARGE NORTH AMERICA, ET AL** | * | **ALL SUITS RELATED** |
| *   *   *   *   *   *   * | * | *   *   *   *   * |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Group "A" submits the following uncontested material facts in support of it's motion for summary judgment, or alternatively, for a dismissal, stay, or transfer of the matter entitled "American Steamship Owners Mutual Protection and Indemnity Association, Inc., v. Lafarge North America, Inc.", docket number 06 Civ. 3123, USDC, S.D. New York, to this Court for consolidation with above entitled and numbered cause.

I.

The above entitled and numbered cause was the first pleading filed arising out of the breakaway of Ingram Barge 4727, which was filed on November 14, 2005, naming Lafarge North America, Inc. as a party defendant;

II.

The insurors of Lafarge North America, Inc., American Steamship Owners Mutual Protection and Indemnity Association, Inc., New York Marine and General Insurance Company, American Home Assurance Company, and International Marine Underwriters were joined as parties defendants in the above entitled and numbered cause under the Louisiana direct action statute on February 22, 2006;

III.

Following service of the complaint filed on November 14, 2005, Lafarge North America, Inc. put it's insurors, American Steamship Owners Mutual Protection and Indemnity Association, Inc., New York Marine and General Insurance Company, American Home Assurance Company, and International Marine Underwriters, on notice of the filing of the suit;

IV.

On April 24, 2006, American Steamship Owners Protection and Indemnity Association,

Inc., one of the insurers of Lafarge North America, Inc., filed a declaratory judgment action against Lafarge North America, Inc., in the Southern District of New York, entitled "American Steamship Owners Mutual Protection and Indemnity Association, Inc., v. Lafarge North America, Inc.", No. 06 CIV 3123, (CSH) in which they contested the coverage of their policies in relation to the breakaway of Ingram Barge 4727 on August 29, 2005;

V.

The declaratory judgment action filed by American Steamship Owners Mutual Protection and Indemnity Association, Inc. was the second filed suit arising out of the barge breakaway of August 29, 2005;

VI.

The suit filed by American Steamship Owners Mutual Protection and Indemnity Association, Inc. in the Southern District of New York did not specify service on the plaintiff class in the above entitled and numbered cause, and a courtesy copy was not served on undersigned counsel for the putative class;

VII.

Ingram 4727 was in the custody of Lafarge North America, Inc. prior to it's breakaway on August 29, 2005;

VIII.

Ingram Barge Company, Inc. owned the Ingram 4727 on August 29, 2005;

IX.

Ingram Barge Company, Inc., and Lafarge North America, Inc., had a transportation agreement in force and effect between them on August 29, 2005, a copy of which is attached, to the memorandum filed herewith as Exhibit "J" and made a part hereof;

X.

American Steamship Owners Mutual Protection and Indemnity Association, Inc., had in full force and effect on August 29, 2005, a policy of liability insurance on Lafarge North America, Inc., with New York Marine and General Insurance Company, American Home Assurance Company, and International Marine Underwriters, participating insurors, a copy of which is attached to the memorandum filed herewith as Exhibit "A" hereto and made a part hereof;

XI.

The Ingram Barge 4727 broke loose from it's moorings at the Lafarge North America, Inc. plant on the west side of the Industrial Canal on August 29, 2005;

XII.

The Ingram Barge 4727 wound up on the landside of the east side collapsed Industrial Canal flood wall nearest the Claiborne Avenue Overpass on August 29. 2005.

RESPECTFULLY SUBMITTED,

WIEDEMANN & WIEDEMANN

/s/Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

        LAW OFFICE OF BRIAN A. GILBERT

        /s/ Brian A. Gilbert
        BRIAN A. GILBERT (21297)
        821 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 885-7700
        Attorney for Plaintiffs

        LAW OFFICE OF PATRICK J. SANDERS

        /s/Patrick J. Sanders
        PATRICK J. SANDERS (18741)
        Attorney at Law
        3316 Ridgelake Drive
        Metairie, Louisiana 70002
        Telephone: (504) 834-0646
        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail, to non-CM/ECF participants.

    New Orleans, Louisiana, this 12th day of August, 2007.

        /s/ Lawrence D. Wiedemann
        LAWRENCE D. WIEDEMANN