

# Louisiana Secretary of State
## COMMERCIAL DIVISION
### Corporations Database

**Louisiana Secretary of State**
**Detailed Record**

Charter/Organization ID: 34255449F

Name: LAFARGE NORTH AMERICA INC.

Prior Name: LAFARGE CORPORATION ( 9/10/2001)

Type Entity: Business Corporation (Non-Louisiana)

Status: Active

Annual Report Status: In Good Standing      **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 01/11/2007

Mailing Address: 12950 WORLDGATE DRIVE, SUITE 500, HERNDON, VA 20170

Domicile Address: 11 EAST CHASE STREET, BALTIMORE, MD 21201

Principal Office: 12950 WORLDGATE DR., #500, HERNDON, VA 20170

Principal Bus. Est. in Louisiana: 3320 AIRLINE HIGHWAY, METAIRIE, LA 70001

Qualified: 01/21/1988

Registered Agent (Appointed 4/22/1996): THE PRENTICE-HALL CORPORATION SYSTEM, INC, 320 SOMERULOS STREET, BATON ROUGE, LA 70802-6129

President: THOMAS FARRELL, 12950 WORLDGATE DRIVE #500, HERNDON, VA 20170

Director: THOMAS FARRELL, 12950 WORLDGATE DRIVE #500, HERNDON, VA 20170

Exec Vice President: CLAUDE BASTIEN, 12950 WORLDGATE DRIVE, #500, HERNDON, VA 20170

Vice President: PETER KEELEY, 12950 WORLDGATE DRIVE #500, HERNDON, VA 20170

Additional officers may exist on document

Amendments on File
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (09/26/2005)
NAME CHANGE (09/10/2001)
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (10/30/1998)
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (08/03/1998)

http://www400.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=34255449F

