


## Louisiana Secretary of State
### COMMERCIAL DIVISION
#### Corporations Database

**Louisiana Secretary of State**
**Detailed Record**

Charter/Organization ID: 34174759F

Name: INGRAM BARGE COMPANY

Type Entity: Business Corporation (Non-Louisiana)

Status: Active

Annual Report Status: In Good Standing        Add Certificate of Good Standing to Shopping Cart

Last Report Filed on 04/02/2007

Mailing Address: ATTN: LEIGH ANN HALE, 4400 HARDING ROAD, NASHVILLE, TN 37205

Domicile Address: 4400 HARDING ROAD, NASHVILLE, TN 37205

Principal Office: 4400 HARDING ROAD, NASHVILLE, TN 37205

Principal Bus. Est. in Louisiana: 2704 ENGINEERS RD., BELLE CHASSE, LA 70037

Qualified: 05/03/1985

Registered Agent (Appointed 12/06/2002): C T CORPORATION SYSTEM, 8550 UNITED PLAZA BLVD., BATON ROUGE, LA 70809

Treasurer: JEFFREY K. BELSER, ONE BELLE MEADE PLACE, 4400 HARDING ROAD, NASHVILLE, TN 37205

President: C. E. PHILIP, ONE BELLE MEADE PLACE, 4400 HARDING ROAD, NASHVILLE, TN 37205

Director: C. E. PHILIP, ONE BELLE MEADE PLACE, 4400 HARDING ROAD, NASHVILLE, TN 37205

Director: ORRIN H. INGRAM, 4400 HARDING ROAD, NASHVILLE, TN 37205

Amendments on File
MERGER (03/12/2007)
MERGER (01/23/2004)
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (08/28/1998)
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (12/23/1993)
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (04/23/1990)
MERGER (12/08/1986)
STMT OF CHG OR CHG PRIN BUS OFF (FOREIGN (04/01/1986)
MERGER (01/24/1986)

http://www400.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=34174759F



PLAINTIFF'S EXHIBIT
D