Case 2:05-cv-04182-SRD-JCW   Document 7732-8   Filed 09/18/07   Page 1 of 1




# Louisiana Secretary of State
## COMMERCIAL DIVISION
### Corporations Database

*Louisiana Secretary of State*
*Detailed Record*

Charter/Organization ID: 33327300D

Name: UNIQUE TOWING, INC.

Type Entity: Business Corporation

Status: Active

Annual Report Status: Not In Good Standing for failure to file current Annual Report

Last Report Filed on 01/19/2006

2007 Annual Report is required at this time    **Print Annual Report Form For Filing**

Mailing Address: C/O RICHARD C. HECK, 5520 RIVER RD., MARRERO, LA 70072

Domicile Address: 5520 RIVER RD., MARRERO, LA 70072

File Date: 02/17/1981

Registered Agent (Appointed 2/17/1981): RICHARD C. HECK, 5520 RIVER RD., MARRERO, LA 70072

President: RICHARD C. HECK, 5520 RIVER RD., MARRERO, LA 70072

Secretary/Treasurer: LINDA HECK, 5520 RIVER RD., MARRERO, LA 70072

[ New Search ]  [ View Cart ]

http://www400.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=33327300D


PLAINTIFF'S EXHIBIT E