

## Louisiana Secretary of State
## COMMERCIAL DIVISION
### Corporations Database



*Louisiana Secretary of State*
*Detailed Record*

Charter/Organization ID: 28721110D

Name: ZITO TOWING, INC.

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing     **Add Certificate of Good Standing to Shopping Cart**

Last Report Filed on 09/27/2006

2007 Annual Report is required at this time     **Print Annual Report Form For Filing**

Mailing Address: C/O SAMMY RAY ZITO, 732 RURAL STREET, RIVER RIDGE, LA 70123

Domicile Address: 732 RURAL STREET, RIVER RIDGE, LA 70123

File Date: 09/19/1969

Registered Agent (Appointed 9/19/1969): SAMMY RAY ZITO, 732 RURAL STREET, RIVER RIDGE, LA 70123

President: SAMMY R. ZITO, 732 RURAL STREET, RIVER RIDGE, LA 70123

Secretary: CONNIE MACK ZITO, 732 RURAL STREET, RIVER RIDGE, LA 70123

[ New Search ]   [ View Cart ]

http://www400.sos.louisiana.gov/cgibin?rqstyp=crpdtlC&rqsdta=28721110D


PLAINTIFF'S EXHIBIT