

## Louisiana Department of Insurance

### Active Company Search Form

[New Search]

**1 records found**
You searched: American Home Assurance Company

Print a complete listing of your results.  Print

Export a complete listing of your results in Excel.  Export to Excel

| Company Information | | | |
|---|---|---|---|
| American Home Assurance Company | | | |
| NAIC: | 19380 | | |
| Status: | ACTIVE | Date Approved: | 7/1/1929 |
| Domicile: | NY | License Types: CE Provider - 02/19/1997<br>Insurer - 07/01/1929 | |
| Address: | 70 Pine Street<br>New York, NY 10270 | Classification: FIRE AND CASUALTY<br><br>Coverage Lines:<br>Burglary & Forgery<br>Crop & Livestock<br>Fidelity & Surety | |
| Phone: | 2127707000 | Fire & Extended Coverage<br>Glass | |
| Toll Free: | 8773071823 | Health and Accident<br>Home Owners | |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE | Liability<br>Marine & Transportation<br>Miscellaneous | |
| Agent Address: | 8549 United Plaza Blvd.<br>BATON ROUGE, LA 70809 | Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation | |

1



PLAINTIFF'S EXHIBIT
H

http://www.ldi.state.la.us/search_forms/company/Default.aspx