UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182<br>and consolidated cases |
| PERTAINS TO: BARGE | * * * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | JUDGE |
| *Perry v. Ingram*   06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*   07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**MOTION FOR CONFIRMATION AND APPOINTMENT
AS PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE - BARGE -
WITH LIASON COUNSEL DESIGNATION**

**MAY IT PLEASE THE COURT:**

Lawrence D. Wiedemann, Patrick Sanders, Brian Gilbert, Karl Wiedemann, and Karen Wiedemann are appointed interim putative class counsel for plaintiffs in the *Boutte*, *Mumford*, *Lagarde*, *Perry* and *Benoit* matters by virtue of Record Doc. 436 in *In the Matter of the Complaint of Ingram Barge Company, as Owner of the Ing4727, Petitioning for Exoneration from or Limitation of Liability*, USDC EDLA No. 05-4419 and consolidated cases, Section C. The former were recently de-consolidated from *Complaint of Ingram Barge*, and transferred to Section K for consolidation with the Consolidated Katrina Levee Breach Litigation.

Upon suggesting to the Court that movers have amply demonstrated their commitment and expertise in performing their duties as interim putative class counsel, and for the reasons expressed in the accompanying Memorandum, movers respectfully request confirmation and appointment as P.S.L.C. for the BARGE plaintiff class.  Additionally, Brian A. Gilbert volunteers, and seeks confirmation as, liason counsel for the BARGE P.S.L.C.

It is so moved.

RESPECTFULLY SUBMITTED,

WIEDEMANN & WIEDEMANN


\s\Lawrence D. Wiedemann_____
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs


LAW OFFICE OF BRIAN A. GILBERT


\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs


\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18 day of September, 2007.


\s\Brian A. Gilbert
BRIAN A. GILBERT