**Exhibit A**

WIEDEMANN & WIEDEMANN, APLC
821 Baronne Street
New Orleans, LA 70113

**ATTORNEYS**

Lawrence D. Wiedemann, Senior Partner
Karl Wiedemann, Associate
Karen Wiedemann, Associate


**LAWRENCE D. WIEDEMANN**

EDUCATION

- Tulane University School of Law, Juris Doctorate, 1955
- University of Louisiana at Lafayette, Bachelor of Arts, 1953
- Jesuit High School 1949

PROFESSIONAL

Admitted to practice in the courts of the State of Louisiana; United States District Courts for the Eastern District, Middle District and Western District of Louisiana; United States Fifth Circuit Court of Appeal; United States Eighth Circuit Court of Appeal; United States Court of Claims, Washington D.C.; United States Supreme Court. Professional organizations include the American Bar Association, Louisiana State Bar Association, New Orleans Bar Association, Jefferson Bar Association, American Trial Lawyers Association, Louisiana Trial Lawyers Association, and American Board of Trial Advocates.

BIOGRAPHY

Lawrence Wiedemann is a native of New Orleans, Louisiana. He lettered in football at Jesuit High School and University of Louisiana, Lafayette, which he attended on an athletic scholarship. While at Tulane Law School he was on the Board of Editors of the Tulane Law Review and the Moot Court Board. His professional career began on June 9, 1955. The Judges of the Civil District Court in 1955 had a program for selecting one law graduate from Loyola and one from Tulane predicated on academic achievement and he was selected from Tulane and served the Court for one year. In 1956 he formed a firm, Mills & Wiedemann, which engaged in a general plaintiff practice. In 1958 he became an associate in the firm of Bienvenue & Culver, primarily engaged in Insurance defense work.

In 1960 he became an associate in the firm of Simon & Wicker, which engaged in a general trial practice including insurance defense, plaintiff personal injury, corporate

litigation, real estate litigation and succession litigation. He became a partner in 1962 and the firm changed to Simon, Wicker & Wiedemann, which continued in the same areas of practice. In 1968 he participated in the formation of Wicker, Wiedemann & Fransen, which continued to do some insurance defense trial work but gradually drifted to an exclusive Plaintiff trial practice. In 1970, with Judge Tom Wicker's election to the bench, he formed Wiedemann & Fransen, which engaged in an exclusive plaintiff trial practice with a concentration in mass tort, toxic tort (silicosis, asbestosis, pneumoconiosis, mesothelioma, etc.), class action litigation, malpractice litigation, Jones Act/General Maritime law litigation, aircraft liability, automobile liability, and product liability. In 1990 he formed Wiedemann & Wiedemann, APLC, which continued to practice in the same area of practice. He was joined in this practice by his eldest son Fritz Wiedemann in 1989.  Fritz was killed in a plane crash in 1989 on his way to an American Trial Lawyers meeting in South Carolina.  He was also joined by Karl Wiedemann, his second son in 1987, followed by his Daughter, Karen, in 1992. The afore named firms have always enjoyed an AV rating in Martindale-Hubbell, which is rare in the case of Plaintiff firms. He has been a guest lecturer at Tulane University Law School on Trial Practice and Procedure and a guest lecturer on a number of occasions at the Louisiana State Bar Association young lawyers conventions on various trial practice techniques.  He has been repeatedly elected by his peers as an outstanding lawyer in the field of personal injury and civil litigation in New Orleans Magazine and in Best Lawyers in America.

## KARL WIEDEMANN

### EDUCATION

- Loyola University School of Law, 1987
- Tulane University, Bachelor of Arts, 1984
- DeLaSalle Hight School, 1980

### PROFESSIONAL

Admitted to practice in the courts of the State of Louisiana;  United States District Court for the Eastern District of Louisiana and United States Fifth Circuit Court of Appeal. Professional organizations include American Bar Association, Louisiana State Bar Association, Louisiana Trial Lawyers Association, American  Trial Lawyers Association.

### BIOGRAPHY

Karl is a native of  New Orleans and is presently living in River Ridge with his wife, two daughters and one son. Karl has sat first chair, and second chair to his father, in cases involving class actions, mass tort, toxic tort, malpractice, automobile personal injury, product liability, malpractice, and Jones Act/General Maritime personal injury. He has been hands on involved in all aspects of class action litigation including, but not limited to:

client management, expert procurement, witness preparation, witness examination, client computer programming, interaction with class counsel, preparation of pleading and briefs on various aspects of class action litigation, handling of funds and disbursement of funds.

## KAREN WIEDEMANN

### EDUCATION

- Loyola University School of Law, 1991
- Loyola University, Bachelor of Arts, 1987
- Ursuline Academy at New Orleans, 1983

### PROFESSIONAL

Admitted to practice in the courts of the State of Louisiana; United States District Court for the Eastern District, Middle District and Western District of Louisiana and United States Fifth Circuit Court of Appeal. Professional organizations include American Bar Association, Louisiana State Bar Association, New Orleans Bar Association, Louisiana Trial Lawyers Association, American of Trial Lawyers Association.

### BIOGRAPHY

Karen Wiedemann is a native of New Orleans, Louisiana. She has practiced at the law firm of Wiedemann & Wiedemann, APLC, since 1992. Her private practice is in the area of personal injury, class action, toxic tort, malpractice, Jones Act/General Maritime, discrimination, Longshore and Harbor Workers Compensation, product liability, and social security disability. Since her graduation she has sat second chair in many of her father's trials and has been directly involved in trial preparation of witnesses and documents and more particularly involved in class action management of clients and computerization of client information and formatting to enable extraction of clients by significant caterization pertinent to a particular case. In addition to her practice, Karen works as the manager of the firm handling the day to day operations and employee management. Karen is married to a lawyer, Salvatore LoVecchio, a private practioner in St. Charles Parish, who has likewise been involved in class action litigation with her father.

## WIEDEMANN & WIEDEMANN, NOTABLE CASES
### Class Actions

1. Julius B. Sellers V. Shell Oil, et al, 29th Judicial District Court, inverse condemnation and pollution of 25,000 acres in St Charles Parish.
2. Continental Grain Explosion, Jefferson Parish, Death and physical injury.
3. Eunice Railroad Derailment, Chemical contanimation.
4. Bogalusa Crown Zellenbach, chemical contemination..
5. Ingram Barge Benzene leak, Baton Rouge, Chemical contamination

6. Luling Ferry Boat Frosta collision, Death cases.
7. Ursin v. N.O. Aviation Board, Inverse condemnation noise abatement, property damage.
8. C. F. Industries, Donaldsonville chemical leak.
9. Koch Chemical leak, Orleans Parish.
10. Vulcan Chemical leak, Eagle Street, New Orleans.
11. Vulcan Chemical Leak Eighth Ward, New Orleans.
12. Monsanto chemical leak, Luling.
13. Kaiser Aluminum chemical leak, Gramecy.
14. New Orleans and Jefferson Parish Real Estate Boards, price fixing.

**Significant Tort Results**

1. Lynda Vice         automobile accident    $6,000,000.00
2. Melvin Bennett     Explosion              $4,200,000.00
3. Charles Burns      Maritime injury        $2,700,000.00
4. John Morgan        Construction accident  $2,600,000.00
5. Aaron Badon        Construction accident  $1,900,000.00
6. Alton Joseph       Product Liability      $1,700,000.00
7. Paul Abadie        Construction accident  $1,500,000.00
8. David Walters      Maritime injury        $1,500,000.00
9. Kathy Lemoine      Automobile             $1,200,000.00
10. Raymond Mart      Automobile             $1,324,000.00
11. Geraldine Amedee  Malpractice            $1,250,000.00
12 Joseph Quick       Maritime               $1,250,000.00
13. Cleopha Comeaux   Motorcycle             $1,200,000.00
14. Pink Johnson      Maritime               $1,200,000.00
15. Jeffrey Bernard   Automobile             $6,765,000.00
16. Joseph Taylor     Premises               $2,600,000.00
17. Steve Misytich    Maritime               $7,147,000.00
18. Pepsi-Cola Dome   Stadium Fire           $10,000,000.00