**Exhibit B**

# PATRICK J. SANDERS, ESQ.

CURRENT
Patrick J. Sanders
Law Office of Patrick J. Sanders
3123 Ridgelake Drive, Suite B
Metairie, Louisiana 70002

EDUCATION
Loyola Law School, Juris Doctorate 1988
Louisiana State University, Bachelor of Arts 1985
Redemptorist High School 1972

PROFESSIONAL

Admitted to practice in the courts of the State of Louisiana and Florida. United States District Courts for the Eastern District, Middle District and Western District of Louisiana and United States Fifth Circuit Court of Appeal. Professional organizations include Louisiana Trial Lawyers Association and American of Trial Lawyers Association.

BIOGRAPHY

Patrick Sanders is a native of New Orleans, Louisiana. His professional background includes casualty defense for the Law Office of Matthew Ungarino. Subsequent thereto, Mr. Sanders has been in private practice in areas of plaintiff's personal injury and as general counsel to several corporations. Particularly, he has been in charge of all legal matters and litigation for the following corporations:

Advance Polybag, Inc.
API Enterprises, Inc.
Alpine Plastics, Inc.
Advance Polybag (Nevada), Inc.
Advance Polybag (Texas), Inc.
Universal Polybag Company, Ltd.
Advance Polybag (N. East), Inc.
Alario Towing, Inc., F&L Marine Management, Inc., F&L Towing, Inc.

CASES OF INTEREST

Pending class action against Louisiana Lottery Corporation
La Bo J Partnership vs. Louisiana Lottery Corporation
Patrick Sanders' firm is one of three representing claimants

Class action on behalf casino employees for benefits pursuant to the Worker Adjustment and Retraining Notification Act (WARN) filed in connection with the bankruptcy of River City Casino. Sander's firm was one of four firms which represented claimants.

Patrick Sanders jointly represented several hundred claimants for benefits in the Breast Implant litigation

As General Counsel to the list of corporations above, Mr. Sanders has completely supervised, or been involved in, patent litigation, unfair trade practice litigation, Antidumping actions before Department of Commerce and ITC as well as all general litigation.