UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | **JUDGE** |
| *Perry v. Ingram*       06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | **MAG.** |
| *Lafarge v. USA*        07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

**NOTICE OF HEARING**

Undersigned will bring their Motion for Confirmation and Appointment as Plaintiffs' Subgroup Litigation Committee - Barge - With Liason Counsel Designation for hearing before the Hon. Mag. Joseph C. Wilkinson, Jr., United States District Court, Room , at 11:00 a.m. on October 3, 2007.

                                                  RESPECTFULLY SUBMITTED,

                                                  WIEDEMANN & WIEDEMANN

                                                  \s\Lawrence D. Wiedemann  
                                                  LAWRENCE D. WIEDEMANN, (13457)  
                                                  KARL WIEDEMANN, (18502)  
                                                  KAREN WIEDEMANN, (21151)  
                                                  821 Baronne Street  
                                                  New Orleans, Louisiana 70113  
                                                  Telephone: (504) 581-6180

Attorneys for Plaintiffs

LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18 day of September, 2007.

\s\Brian A. Gilbert
BRIAN A. GILBERT