UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION** |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | **and consolidated cases** |
| | * | |
| | * | **SECTION "K"  (2)** |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | **JUDGE** |
| *Perry v. Ingram*              06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | **MAG.** |
| *Lafarge v. USA*                07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

**REQUEST FOR ORAL ARGUMENT**

Undersigned counsel respectfully request oral argument in connection with their Motion for Confirmation and Appointment  as Plaintiffs' Subgroup Litigation Committee - Barge - With Liason Counsel Designation .

RESPECTFULLY SUBMITTED,

WIEDEMANN & WIEDEMANN

\s\Lawrence D. Wiedemann_____
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

LAW OFFICE OF BRIAN A. GILBERT

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18 day of September, 2007.

\s\Brian A. Gilbert
BRIAN A. GILBERT