UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | **JUDGE** |
| *Perry v. Ingram*   06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | **MAG.** |
| *Lafarge v. USA*   07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

## ORDER FOR ORAL ARGUMENT

Considering movers Wiedemann, Gilbert and Sanders' request for oral argument in connection with their Motion for Confirmation and Appointment as Plaintiffs' Subgroup Litigation Committee - Barge - With Liason Counsel Designation, it is ordered that the request be, and is hereby, GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
HON. JOSEPH C. WILKINSON, JR.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 18 day of September, 2007.


                                    \s\Brian A. Gilbert
                                    BRIAN A. GILBERT