## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | | |
| **KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:    INSURANCE** | * | |
| | * | |
| **LINDA LYONS KIRSCH    NO. 07-3399** | * | |
| | * | **SECT.: JUDGE DUVAL (K)** |
| **VERSUS** | * | |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | **MAG: MAGISTRATE** |
| | * | **WILKINSON (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

**NOW COMES** Allstate Insurance Company, who moves this Honorable Court, pursuant to the provisions of Rule 56 of the Federal Rules of Civil Procedure, to enter an order granting its Motion for Summary Judgment and dismissing the instant matter. This relief is sought on the grounds that this matter involves the same identical claims and the same insurance policy as sued upon in the matter captioned "*In re: Katrina Canal Breaches, Pertains to: Insurance,* Civil Action No. 05-4182, *Lynda Lyons Kirsch versus Allstate Insurance Company,* No. 07-3398," all as more fully explained in the accompanying Memorandum in Support of Motion for Summary

Judgment.  No disputed issues of material fact exist as to which there are genuine issues for trial.

          Respectfully submitted,

          **THE SCHWAB LAW FIRM**


          _____/s/ Danna E. Schwab_____
          **DANNA E. SCHWAB, (#20367)**
          **7847 MAIN STREET**
          **P. O. BOX 7095**
          **HOUMA, LA  70361**
          **TELEPHONE: (985) 868-1342**
          **Attorney for defendant, Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

          _____/s/ Danna E. Schwab__