UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | | |
| **KATRINA CANAL BREACHES** * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** * | |
| * | |
| **PERTAINS TO:  INSURANCE** * | |
| * | |
| **LINDA LYONS KIRSCH   NO. 07-3399** * | |
| * | **SECT.: JUDGE DUVAL (K)** |
| **VERSUS** * | |
| * | |
| **ALLSTATE INSURANCE COMPANY** * | **MAG: MAGISTRATE** |
| * | **WILKINSON (2)** |
| ******************************************* | |

**STATEMENT OF MATERIAL FACTS AS TO WHICH IT IS
CONTENDED THAT THERE IS NO GENUINE ISSUE FOR TRIAL**

1.

Lynda Lyons Kirsch, the plaintiff herein, is the same Lynda Lyons Kirsch that is the plaintiff in the matter that bears the following caption on this Court's docket, hereinafter simply referred to as "Lynda Lyons Kirsch #07-3398": "*In re: Katrina Canal Breaches, Pertains to: Insurance,* Civil Action No. 05-4182, *Lynda Lyons Kirsch versus Allstate Insurance Company,* No. 07-3398,"

2.

The property that is the subject of the litigation in Lynda Lyons Kirsch #07-3398 and is identified **therein** "…her residence located at 7701 Mill Street, New Orleans, Louisiana 70126" is the same property that it is identified herein as "…her residence located at 6401 Curran Road, New Orleans, Louisiana 70126."

3.

The property that is the subject of the litigation in Lynda Lyons Kirsch #07-3398 bears the following addresses: 6401 Curran Road and 7701 Mill Street, New Orleans, Louisiana 70126, is located on the corner of Curran and Mill streets, New Orleans, Louisiana 70126.

4.

The property that is the subject of the litigation in Lynda Lyons Kirsch #07-3398 and bears the following addresses: 6401 Curran Road and 7701 Mill Street, New Orleans, Louisiana 70126 was insured under Allstate Landlords Package Policy Number 045218135, for policy period December 31, 2004 through December 31, 2005, a certified copy of which is attached hereto as Exhibit 1.

5.

The property that is the subject of litigation in Lynda Lyons Kirsch #07-3398 and bears the following addresses: 6401 Curran Road and 7701 Mill Street, New Orleans, Louisiana 70126 was insured only under Allstate Landlords Package Policy Number 045218135, for policy period December 31, 2004 through December 31, 2005, a certified copy of which is attached hereto as Exhibit 1.

6.

No other policy of insurance issued by Allstate Insurance Company provided or extended coverage to the property that is the subject of litigation in

Lynda Lyons Kirsch #07-3398 which bears the following addresses: 6401 Curran Road and 7701 Mill Street, New Orleans, Louisiana 70126.

7.

Lynda Lee Lyons in whose name Allstate Landlords Package Policy Number 045218135, for policy period December 31, 2004 through December 31, 2005 was issued is the same person as Lynda Lyons Kirsch, plaintiff herein and in Lynda Lyons Kirsch #07-3398.

> RESPECTFULLY SUBMITTED:
>
> THE SCHWAB LAW FIRM
>
> _____/s/ Danna E. Schwab_____
> **DANNA E. SCHWAB, (#20367)**
> **7847 MAIN STREET**
> **P. O. BOX 7095**
> **HOUMA, LA  70361**
> **TELEPHONE: (985) 868-1342**
> **Attorney for defendant, Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

_____/s/ Danna E. Schwab__