UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:<br>KATRINA CANAL BREACHES<br>05-4182<br>CONSOLIDATED LITIGATION | *<br><br>*<br>* | CIVIL ACTION NO.: |
| PERTAINS TO:    INSURANCE | *<br>* | |
| LINDA LYONS KIRSCH   NO. 07-3399 | *<br>* | SECT.: JUDGE DUVAL |
| (K)<br>VERSUS | *<br>* | |
| ALLSTATE INSURANCE COMPANY<br>****************************************** | * | MAG: MAGISTRATE<br>WILKINSON (2) |

## NOTICE OF HEARING

To:   Linda Lyons Kirsch
       through her attorney of record,
       Patrick G. Kehoe, Jr. 14419
       Patrick G. Kehoe, Jr., APLC
       833 Baronne St.
       New Orleans, LA   70113

Please take Notice that the attached Motion For Summary Judgment will be brought for hearing before the Honorable Joseph C. Wilkinson, Jr. in the United States District Courthouse for the Eastern District of Louisiana, B345 Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana, 70130, on October 24, 2007, at

11:00 a.m., or as soon thereafter as the Court's docket permit.

          **RESPECTFULLY SUBMITTED:**

          **THE SCHWAB LAW FIRM**

          _____**/s/ Danna E. Schwab**_____
          **DANNA E. SCHWAB, T.A. (#20367)**
          7847 Main Street
          Post Office Box 7095
          Houma, Louisiana 70361
          Telephone: (985) 868-1342

## CERTIFICATE OF SERVICE

  I hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

          _____**/s/ Danna E. Schwab**___