UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| **PERTAINS TO:** **INSURANCE (06-8756)** **DON AND CYNTHIA RILEY v. ALLSTATE INSURANCE COMPANY** | JUDGE DUVAL MAGISTRATE WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Defendants' Motion to Compel Responses to Discovery, Record Doc. No. 7396

O R D E R E D:

 XXX : DISMISSED AS MOOT. Glenn Adams, counsel for movant, has advised the court that he has received responses to the subject discovery, and the motion, previously set for hearing on September 19, 2007, is moot.

New Orleans, Louisiana, this  18th  day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE