UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF INGRAM BARGE COMPANY, AS OWNER OF THE ING 4727, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * CIVIL ACTION<br>*<br>* NO. 05-4419, C/W 05-4237, C/W 05-5531,<br>* C/W 05-5724, C/W 06-3313, C/W 06-5342,<br>* C/W 06-5054, C/W 06-6299, C/W 06-7516<br>*<br>* SECTION "C" (2)<br>*<br>* JUDGE HELEN G. BERRIGAN<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR. |

*THIS PLEADING APPLIES TO CASE NOS. NO. 05--4237, 05-5531, 05-5724, 06-5054, 06-5342, 06-6299.*

### DECLARATION OF RICHARD M. WYNER

Richard M. Wyner deposes and says:

1.      I am a partner at the law firm Goodwin Procter LLP and am a member of the District of Columbia Bar. The statements made herein are based on my personal knowledge.

2.      Exhibit A hereto is a true and correct copy of selected pages from the report entitled *Mississippi River Gulf Outlet, St. Bernard Parish, Louisiana: Reconnaissance Report on Channel Bank Erosion*, U.S. Army Corps of Engineers, February 1988, as filed by the United States as Exhibit 5 to its motion to dismiss in the *In re Katrina Litigation*, No. 05-4182, Rec. Doc. 822-9 (filed July 26, 2006).

3. Exhibit B hereto is a true and correct copy of selected pages from the report entitled *Army Corps of Engineers: History of the Lake Pontchartrain and Vicinity Hurricane Protection Project*, U.S. General Accountability Office, November 9, 2005. This document is available at http://www.gao.gov/new.items/d06244t.pdf.

4. Exhibit C hereto is a true and correct copy of selected pages from the report entitled *The Failure of the New Orleans Levee System during Hurricane Katrina*, Team Louisiana, December 18, 2006. This document is available at http://www.dotd.louisiana.gov/administration/TeamLouisiana.

5. Exhibit D hereto is a true and correct copy of selected pages from the report entitled *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005*, National Science Foundation, July 31, 2006. This document is available at http://walrus.wr.usgs.gov/geotech/Katrina.

6. Exhibit E hereto is a true and correct copy of a print of the United States' merits brief in *United States v. James*, No. 85-434. This document is available (in text form) at http://www.usdoj.gov/osg/briefs/1985/sg850071.txt.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2007.

_____
Richard M. Wyner