# Exhibit C

# TEAM LOUISIANA

Ivor Ll. van Heerden, Ph.D. - Lead, G. Paul Kemp, Ph.D., Hassan Mashriqui, Ph.D. & PE, Radhey Sharma, Ph.D., Billy Prochaska, PE, Lou Capozzoli, Ph.D. & PE, Art Theis, PE, Ahmet Binselam, M.S., Kate Streva, B.S., and Ezra Boyd, M.A.



## The Failure of the New Orleans Levee System during Hurricane Katrina






A Report prepared for Secretary Johnny Bradberry
Louisiana Department of Transportation and Development, Baton Rouge, Louisiana
State Project No. 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, 20 --- December 18, 2006

at peak surge, rather than 1.5 to 3.0 ft that occurred. This would have prevented some of the breaches and transition failures, though at least some would still have occurred at surge levels well below the wall tops as a result either of poor foundation or transition designs.

The 8.4 mile long New Orleans East Levee protecting the east side of the Bayou Sauvage National Wildlife Refuge should not have been overtopped at all, although the overwash there during Katrina appears to have been relatively minor and did not result in breaches (Figure 39). There was one wall transition failure. The sandy New Orleans East Back Levee along the GIWW would probably not have been resilient even if it was up to grade, rather than 4 ft low in places. It was overtopped by 2 feet of surge topped by substantial waves, and was constructed of a poor quality sandy hydraulic fill. Over 4 miles of levee and integrated floodwalls breached catastrophically as the surge and waves rose 4 to 5 ft over the crown elevation.

The Citrus Back Levee (along GIWW) east of Paris Road (Figure 39) was less than 2 ft below the 18 ft design level, and was constructed of resistant clay materials. It was overtopped primarily by waves (Figure 42 a.) but was not breached, and proved to be quite resilient. The design level of protection of the Citrus Back Levee to the west of Paris Road was 3 ft lower, and was perhaps as low as 12.5 ft in places (Table 15). It experienced a surge up to 16.5 ft with some unanticipated waves. Here the levee held up well under 4 ft of overtopping, but I-walls integrated into the levee failed as a result of back scour (Figure 41).

South of the MRGO/GIWW channel that forms the throat of the funnel, the Chalmette Levee west of Paris Road (Figure 44) was up to 4 ft deficient in spots, but, like the Citrus Back Levee on the north side of the channel, it held up well under 4 to 6 ft of overtopping. The extent of the overtopping was exacerbated by the deficiencies, and hastened the filling of the St. Bernard wetland buffer to the south, but this 7 mile levee reach did not breach.

The 12 miles of the Chalmette levee that follows the south bank of the MRGO were deficient from the 17.5 ft design elevation by up to 5 ft (Table 15). This levee was also constructed primarily of hydraulic fill obtained from the MRGO channel, much of which was sand, silt and shell. It is essentially a sea dike that experienced the most severe wave attack of any levee reach in the GNO HPS (Figure 44). If it was up to grade and had been built to survive the wave attack with the crown intact, it would eventually have been overtopped by 2 to 3 ft of surge and waves.

Because of grade deficiencies and the poor materials used in its construction, however, there is little doubt that most of this levee was washed away before the surge ever reached the design level of protection (Figure 89a). Failures of transitions, sheetpile walls and bayou closures also occurred in this 12 mile levee run, but most damage was done by wave-induced overtopping and erosion, as was discussed in the previous chapter.

**Overtopping of a resilient MRGO levee constructed to the design level (MSL) would have delivered only about half of the volume necessary to fill the 32,000 acre wetland behind the levee, and initiate overtopping of the 40 Arpent back levee. Had this levee failed at a later stage in the surge hydrograph, or failed less completely, it is possible that the storage capacity of the 32,000 acre wetland buffer would have absorbed the discharge across the levee alignment for long enough to save Chalmette and the rest of St. Bernard from the disastrous flooding that occurred across the local 40 Arpent levee.**

The last levee reach to be considered is the 11 miles of the Chalmette Extension that turns south from the MRGO and to the west to rejoin the main east bank levee of the Mississippi River (Figure 44). This levee was fronted by wetlands and did not experience the kind of wave attack that affected the MRGO levee (Figure 89b). It was also built more robustly with a river sand core covered by a substantial thickness of hauled clay. This levee experienced overtopping in places where it was up to 4.5 ft deficient in elevation relative to the design, but there was no breaching and very little damage overall. The volume of water contributed by overtopping of this reach was negligible compared to what came across the failed MRGO alignment.

In summary, the design elevations of most levees, floodwalls and structures affected by the Lake Borgne funnel were less than required to prevent overtopping by Katrina's surge and waves. This could have been prevented only if the pre-1965 hurricane oceanography had been updated to incorporate the 20 percent increase in maximum wind speed specified in 1973 and expanded in 1979 SPH (see Figure 81a). But most levee and floodwall crown levels were deficient by more than 2 ft below the already inadequate design level, at least in part because (1) of the confusion of NGVD29 with local mean sea level, and (2) a lack of accommodation for the subsidence rates of 3 to 4