# Exhibit D



# Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005

## Volume I: Main Text and Executive Summary

by

R. B. Seed, R. G. Bea, R. I. Abdelmalak, A. G. Athanasopoulos, G. P. Boutwell, J. D. Bray,
J.-L. Briaud, C. Cheung, D. Cobos-Roa, J. Cohen-Waeber, B. D. Collins, L. Ehrensing, D. Farber,
M. Hanemann, L. F. Harder, K. S. Inkabi, A. M. Kammerer, D. Karadeniz, R.E. Kayen, R. E. S. Moss, J. Nicks,
S. Nimmala, J. M. Pestana, J. Porter, K. Rhee, M. F. Riemer, K. Roberts, J. D. Rogers, R. Storesund,
A. V. Govindasamy, X. Vera-Grunauer, J. E. Wartman, C. M. Watkins, E. Wenk Jr., and S. C. Yim

Final Report
July 31, 2006

    

Case 2:05-cv-04182-SRD-JCW   Document 7742-5   Filed 09/18/07   Page 3 of 4

Independent Levee
Investigation Team

New Orleans Systems
Hurricane Katrina
July 31, 2006

This project was supported, in part, by the National Science
Foundation under Grants No. CMS-0413327 and CMS-0611632.
Any opinions, findings, and conclusions or recommendations
expressed in this report are those of the author(s) and do not
necessarily reflect the views of the Foundation.

This report contains the observations and findings of an investigation
by an independent team of professional engineers and researchers with a wide
array of expertise. The materials contained herein are the observations
and professional opinions of these individuals, and do not necessarily reflect
the opinions or endorsement of any other group or agency.

Note: Cover Image from http://www.photolibrary.fema.gov/photodata/original/15022.jpg

The levees along this MRGO frontage section (along the northeastern edge of the St. Bernard protected area) were, in the end, constructed using large volumes of the spoil material excavated during the dredging of the adjacent MRGO shipping channel, and they contained unusually large quantities of highly erodeable sandy soils. In addition, some of the more cohesive (clayey) soils were too wet to be compacted effectively, and some sections of the embankments remained wet and soft for many years after construction. Chapter 6 presents a more detailed discussion of the erodeability of the levee embankments along the MRGO frontage. In simple terms, these levees were unusually massively erodeable, and this (combined with their lack of crest height) caused them to be unusually rapidly eroded as the storm surge from Lake Borgne approached and passed over, and through, these levees.

Based on analytical storm surge analyses and analytical "hindcasts" performed by various investigation teams, as well as eyewitness reports and timings of flooding and damages in St. Bernard Parish and the Ninth Ward, it is estimated that the storm surge passed over and through the MRGO levee frontage between approximately 6:00 to 7:00 a.m. The storm surge along the northeastern frontage of the St. Bernard Parish protected area peaked at approximately 7:30 to 8:00 a.m. (see Figure 2.9.) By the time the storm surge peaked along this important frontage, however, the unfinished "sand core" levees fronting Lake Borgne had been massively eroded and the brunt of the storm surge passed over and through the levees and raced across the undeveloped swamplands shown in Figure 2.11 towards the developed areas of St. Bernard Parish.

This is illustrated schematically in Figure 2.11. The levees along this frontage were so badly eroded, and so rapidly, that they did little to impede the passage of the storm surge which then crossed the roughly 7 to 10 miles of open swamp and reached the secondary levee that separates the northern (undeveloped) swampy section of this protected area from the populated southern section.

The secondary levee had not been intended to face the full fury of a storm surge of this magnitude; it had been assumed that the MRGO frontage levees would absorb much of the energy and provide more resistance. Accordingly, the storm surge passed over the secondary levee (which had lesser typical crest heights of only + 7.5 feet to + 10 feet, MSL) and washed into the populated regions of St. Bernard Parish. A number of minor breaches were produced by the overtopping (and erosion) of this secondary levee, but it is interesting to note that although this secondary levee must have been massively overtopped along much of its length, relatively little erosion damage resulted. The secondary levee was properly constructed, using compacted clayey soils, and the resulting levee embankment generally performed well with regard to resisting erosion. It was not, however, tall enough to restrain the massive overtopping from the storm surge which had passed so easily through the MRGO frontage levees.

The resulting carnage in St. Bernard Parish was devastating. A wall of water raced over the secondary levee; pushing homes laterally (Figure 2.16), flipping cars like toys and leaving them leaning against buildings, and driving large shrimp boats deep into the heart of residential neighborhoods (see Chapter 6.) The flooding of St. Bernard Parish was unexpectedly rapid. The peak depth of flooding in St. Bernard Parish was also unexpectedly deep because the floodwaters were pushed by the still rising storm surge (rather than having to flow more slowly, over time, through more finite breaches as the storm surge subsided; as occurred in most other parts of the greater New Orleans area) so that the top of the floodwaters at their peak within the developed areas were at an elevation well above mean sea level (approximately Elev. +12 feet, MSL.)