UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENOIT ET AL | * CIVIL ACTION |
| | * |
| v. | * NO. 06-7516 |
| | * |
| LAFARGE NORTH AMERICA INC. ET AL | * SECTION "K" |
| | * |
| | * JUDGE DUVAL |
| | * MAG. JUDGE WILKINSON |

**THIS PLEADING APPLIES TO CASE NO. 06-7516**

**MOTION OF LAFARGE NORTH AMERICA INC.
FOR LEAVE TO FILE A RESPONSE TO THE UNITED STATES'
REPLY MEMORANDUM IN SUPPORT OF ITS SECOND MOTION TO DISMISS**

Lafarge North America Inc. ("LNA") hereby moves for leave to file a 15-page response to the 36-page reply memorandum (Rec. Doc. 744) that the United States has filed in support of its second motion to dismiss LNA's third-party complaint. LNA respectfully submits that the response will assist the Court, and is in the interests of justice, for the following reasons:

● The United States' reply memorandum contains arguments and cites cases that were not contained in the United States' original memorandum. Indeed, the government's 36-page reply memorandum is longer than the government's opening memorandum. Because these

1

arguments were not raised in the government's opening paper, LNA necessarily has not had yet an opportunity to respond to them. As such, allowing LNA to file a response will assist the Court in evaluating the government's arguments and will promote basic fairness, especially given the profound importance of the government's effort to be dismissed from this litigation.

- Although most of the government's new arguments and citations could (and should) have been raised earlier by the government, the government does extensively discuss an opinion that a judge on the Court of Federal Claims issued after LNA's memorandum was filed. LNA should be afforded an opportunity to correct the government's characterization of that opinion.

- While the local rules generally provide for only one memorandum from each party in connection with a motion, the government requested and was granted leave to file a second memorandum in support of its motion to dismiss (*i.e.*, its reply memorandum). LNA should be afforded the same opportunity to file a second memorandum in support of its position on the pending motion.

        Respectfully submitted,

        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Ivan M. Rodriguez (#22574)
        Parker Harrison (#27538)
        **CHAFFE MCCALL, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone:  (504) 585-7000
        Facsimile:  (504) 585-7075
        Fisher@chaffe.com
        Walker@chaffe.com
        Harrison@chaffe.com

        /s/ John D. Aldock
John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4240

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
Poydras Center
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

***Attorneys for Lafarge North America Inc.***

September 11, 2007

## Certificate of Service

I hereby certify that I have on this 12th day of September, 2007 caused a copy of the foregoing pleading to be served on counsel for all parties to this proceeding by electronic notification.

    /s/ John D. Aldock
    John D. Aldock