## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BENOIT ET AL | * CIVIL ACTION |
| | * |
| v. | * NO. 06-7516 |
| | * |
| LAFARGE NORTH AMERICA INC. ET AL | * SECTION "K" |
| | * |
| | * JUDGE DUVAL |
| | * MAG. JUDGE WILKINSON |

*THIS PLEADING APPLIES TO CASE NO. 06-7516*

### ORDER

Having considered the Motion of Lafarge North America Inc. for Leave to File a Response to the United States' Reply Memorandum in Support of its Second Motion to Dismiss, the Court finds that the motion is supported by good cause, and it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to file the Response of Lafarge North America Inc. to the United States' Reply Memorandum in Support of its Second Motion to Dismiss LNA's Third-Party Complaint.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
United States District Judge