UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO. 05-4182 |
| | | JUDGE: DUVAL |
| PERTAINS TO: | | |
| | | MAGISTRATE: WILKINSON |
| INSURANCE: *Smith*, 07-3572 | | |

## ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all of the claims asserted by Gerald and Ladonna Smith against Liberty Mutual Fire Insurance Company ("Liberty Mutual"), are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this  18th  day of _____September_____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT