

4-16-07

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.: 06-9276   SECTION (11)   DIVISION "G"

### JOSEPH SHER

### VERSUS

### LAFAYETTE INSURANCE COMPANY; UNITED FIRE & CASUALTY COMPANY; THE UNITED FIRE GROUP; ROBERT JONES; WES SWANK; FRED VANDERBROOK; AND PROPERTY LOSS CONSULTING, INC.

FILED: _____   _____
                                   DEPUTY CLERK

### PETITION AND ORDER FOR SUSPENSIVE APPEAL

NOW INTO COURT, through undersigned counsel, comes defendant LAFAYETTE INSURANCE COMPANY (LAFAYETTE) who, represents that:

1.

On March 20, 2007, the jury returned a verdict finding in favor of plaintiff, Joseph Sher and against defendant, Lafayette Insurance Company. (Exhibit A).

2.

On March 26, 2007, the jury verdict was made the Judgment of the Court (Exhibit A).

3.

Subsequent to trial, defendants timely filed a Motion for New Trial or Alternatively Remittitur. (Exhibit B). Additionally, subsequent to trial plaintiff filed a Motion to Assess Costs and Attorneys Fees.

4.

On April 3, 2007, Lafayette's Post Trial Motions were denied without hearing. (Exhibit B).

5.

Defendant, Lafayette Insurance Company desires to appeal suspensively from the Judgment on Jury Verdict entered and signed on March 26, 2007. (Exhibit A). Defendant, Lafayette Insurance Company, also desires to suspensively appeal from the denial of Defendant's Motion for New Trial or Alternatively Remittitur. (Exhibit B).

BERNARD . CASSISA
ELLIOTT & DAVIS
1615 METAIRIE ROAD
METAIRIE, LA 70005

S:\0-KATRINA LAWSUITS\3-INDIVIDUAL SUITS\SHER\Appeal\Lafayette\Petition and Order for Suspensive Appeal 04 16 07 (F).wpd

2993

APR 17 2007



6.

In accordance with Louisiana Code of Civil Procedure Article 2124, defendant attaches and files into the record a suspensive appeal bond. (Exhibit C).

**WHEREFORE**, defendant, **LAFAYETTE INSURANCE COMPANY**, prays that this court grant a suspensive appeal from the Judgment on Jury Verdict dated March 26, 2007 and from the denial of Lafayette's post trial motions.

Respectfully submitted,

BERNARD, CASSISA, ELLIOTT & DAVIS
A Professional Law Corporation

BY: _____
ROBERT A. MCMAHON (#10406)
HOWARD B. KAPLAN (#14414)
STEPHEN N. ELLIOTT (#5326)
WILLIAM D. O'REGAN, IV (#29730)
1615 Metairie Road
P.O. Box 55490
Metairie, LA 70055-5490
Telephone: (504) 834-2612

COUNSEL FOR,
LAFAYETTE INSURANCE COMPANY

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has mailed a copy of the foregoing pleading to all counsel of record, by hand delivery or by placing a copy of the same properly addressed in the U.S. Mail, with adequate postage affixed thereto, this 16th day of April, 2007.

_____
HOWARD B. KAPLAN (#14414)

BERNARD, CASSISA
ELLIOTT & DAVIS
1615 METAIRIE ROAD
METAIRIE, LA. 70005

S:\O-KATRINA LAWSUITS\2-INDIVIDUAL SUITS\SHER\Appeal\Lafayette\Petition and Order for Suspensive Appeal 04 16 07 (F).wpd

2

2994

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 06-9276                SECTION (11)                DIVISION "G"

JOSEPH SHER

VERSUS

LAFAYETTE INSURANCE COMPANY, UNITED FIRE & CASUALTY COMPANY;
THE UNITED FIRE GROUP; ROBERT JONES; WES SWANK;
FRED VANDERBROOK; AND PROPERTY LOSS CONSULTING, INC.

FILED: _____

_____
DEPUTY CLERK

### ORDER

Considering the foregoing:

IT IS HEREBY ORDERED that the suspensive appeal be granted to defendant LAFAYETTE INSURANCE COMPANY, from the judgment on the jury verdict dated March 26, 2007, and from the denial of defendants post trial motions upon defendant posting a suspensive appeal bond as required by LSA-C.C.P. Art. 2124, and that the appeal of this case be returnable to the Court of Appeal, 4th Circuit according to law.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE

ENTERED ON MINUTES

APR 17 2007

BERNARD, CASSISA
ELLIOTT & DAVIS
1615 METAIRIE ROAD
METAIRIE, LA. 70005

S:\0-KATRINA LAWSUITS\2-INDIVIDUAL SUITS\SHER\Appeal\Lafayette\Petition and Order for Suspensive Appeal 04 16 07 (F).wpd

3

2995