**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL INSURANCE CASES | JUDGE DUVAL MAG. WILKINSON |

**INSURANCE DEFENDANTS' JOINT MOTION TO: (1) MODIFY THE COURT'S MAY 1, 2006 CONSOLIDATION ORDER; AND (2) DECONSOLIDATE AND/OR SEVER CASES WITHIN THE INSURANCE UMBRELLA**

NOW INTO COURT, through the Insurer Defendants Liaison Counsel, comes all Insurance Defendants and moves this Honorable Court to (1) Modify the Court's May 1, 2006 Consolidation Order and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella, pending in this section, for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Insurer Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail: rhubbard@lawla.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that, on the 19th day of September 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

                    /s/ Ralph S. Hubbard_____
                          Ralph S. Hubbard