UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: | JUDGE DUVAL |
| ALL INSURANCE CASES | MAG. WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Insurer Defendants Liaison Counsel will bring its Motion to (1) Modify the Court's May 1, 2006 Consolidation Order and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella Motion to Dismiss or, in the Alternative, to Stay this Action against Plaintiffs for hearing before the Honorable Stanwood R. Duval, Jr. on October 11, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Insurer Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: rhubbard@lawla.com

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on the 19th day of September 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

                                       /s/ Ralph S. Hubbard_____
                                            Ralph S. Hubbard