## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.:  05-4182<br><br>SECTION:  K<br><br>MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246) | |
| FLOWERS BY MY SISTER & ME, LLC | |
| VERSUS | |
| ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | |

\* \* \* \* \* \* \* \*

### EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIM
### OF FLOWERS BY MY SISTER & ME, LLC

**NOW INTO COURT**, through undersigned counsel, comes defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) (hereinafter referred to as "MCC"), and, in accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for an order bifurcating the proceeding captioned *Flowers by My Sister & Me, LLC versus Zurich American Insurance Company and/or Maryland Casualty Company*, Civil Action No. 06-9246, from the consolidated litigation for purposes of discovery relating to insurance issues, including, but not limited to, individualized adjusting issues; bad

faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and whether there is total loss. Accordingly, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company) requests that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

**WHEREFORE,** Defendant, Maryland Casualty Company (erroneously sued as Zurich American Insurance Company and/or Maryland Casualty Company), prays that the proceeding captioned *Flowers by My Sister & Me, LLC versus Zurich American Insurance Company and/or Maryland Casualty Company*, Civil Action No. 06-9246, be bifurcated from the consolidated litigation and referred to Magistrate Judge Wilkinson in accordance with the provisions of Case Management Order No. 4, Section VII, at p. 48.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Maryland Casualty Company*
*(erroneously sued as Zurich American Insurance*
*Company and/or Maryland Casualty Company)*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 20th day of September, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

> */s/ Richard E. King*
>
> **RICHARD E. KING**