UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.:  05-4182 |
| | * | |
| | * | SECTION:  K |
| | * | |
| | * | MAGISTRATE:  2 |
| **PERTAINS TO:**<br>**INSURANCE (#06-9246)** | * | |
| | * | |
| **FLOWERS BY MY SISTER & ME, LLC** | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ZURICH AMERICAN INSURANCE**<br>**COMPANY AND/OR MARYLAND**<br>**CASUALTY COMPANY** | *<br>*<br>* | |
| | * | |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing ex parte motion to bifurcate:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Flowers by My Sister & Me, LLC versus Zurich American Insurance Company and/or Maryland Casualty Company*, Civil Action No. 06-9246, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this ___ day of _____, 2007.

_____
**J U D G E**