UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:    INSURANCE | SECTION "K"(2) |

### ORDER

**IT IS ORDERED** that a **STATUS CONFERENCE** for **Plaintiffs' and Defendants' Insurance Liaison Counsel Committees** is scheduled on **OCTOBER 11, 2007, at 1:00 P.M. CST** before Judge Stanwood R. Duval, Jr.**,** at 500 Poydras Street, Rm. C-368, New Orleans, Louisiana in order to discuss the status of the insurance cases pending in this consolidated litigation.

New Orleans, Louisiana, this ____19th____ day of September, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE