# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Marguerite Abrahms, et al

V.

United States Army Corps of Engineers

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-5044
Sect. "K" Mag. 2

TO: (Name and address of Defendant)

United States Army Corps of Engineers
7400 Leake Avenue
New Orleans, LA 70118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA 70112

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                    AUG 2 9 2007

CLERK                                    DATE

_J Lee_
(By) DEPUTY CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Service of the Summons and complaint was made by me

| NAME OF SERVER (PRINT) Modesta Brown | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Cert Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/17/07
Date

Signature of Server: Modesta Brown

Address of Server: 823 St. Louis NOLa 70112

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Army Corps
of Engineers
7400 Leake Greane
New Orleans, La 70118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]

B. Received by (Printed Name)
S. Church

C. [date]

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from): 7006 3450 0001 5381 5853

PS Form 3811, February 2004   Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.40 |

Postmark Here  09/04/2007

Sent To: United States Army Corps
Street, Apt No.; or PO Box No. 7400 Leake Ave
City, State, ZIP+4 N.O. La 70118

PS Form 3800, August 2006