# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Marguerite Abrahms, et al

V.

United States Army Corps of Engineers

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-5044 RETURN

Sect. "K" Mag. 2

TO: (Name and address of Defendant)

United States Army Corps of Engineers, Through the U. S. Attorney General Attorney, Charles Foti
1885 North 3rd Street, Livingston Bldg.
Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA 70112

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(By) DEPUTY CLERK

DATE  AUG 29 2007

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Service of the Summons and complaint was made by me [1]

| DATE | |
|---|---|
| NAME OF SERVER (PRINT) Modesta Brown | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Cert Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/17/07
Date

Signature of Server: Modesta Brown

Address of Server: 823 St. Louis NOLa 70112

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Army Corps of Engineers through US Attorney General Charles Foti
1885 North 3rd St.
Livingston Bldg.
Baton Rouge, La 70802

**COMPLETE THIS SECTION ON**

A. Signature
X Madison Jai

B. Received by ( Printed Name )

D. Is delivery address different from
If YES, enter delivery address b

3. Service Type
☐ Certified Mail   ☐ Express M
☐ Registered      ☐ Return R
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article N (Transfer) 7006 3450 0001 5381 5815

PS Form 3811, February 2004        Domestic Return Receipt

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

| Postage | $ | $4.60 | 0046 |
| Certified Fee | | $2.65 | 15  Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $9.40 | 09/04/2007 |

Sent To: US Army Corps Charles Foti
Street, Apt. No. or PO Box No.: 1885 N. 3rd St. Livingston Bldg.
City, State, ZIP+4: BR, La 70802

PS Form 3800, August 2006        See Reverse for Instructions
102595-02-M-15