# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

| MARGUERITE ABRAHMS, ET AL | **SUMMONS IN A CIVIL CASE** |
|---|---|
| V. | Case Number: 07-4386 "K" (2) |
| UNITED STATES ARMY CORPS OF ENGINEERS | |

TO: (Name and address of defendant)

United States Army Corps of Engineers - U.S. Attorney General

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
823 St. Louis Street
New Orleans, LA   70112

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

(By) Deputy Clerk

**August 27, 2007**
Date

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |

| NAME OF SERVER (PRINT) Modesta Brown | TITLE Secretary |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Cert Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/07/07                    Modesta Brown
            Date                         Signature of Server

                                         823 St. Louis, NOLA 70802

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| Postage | $ | $4.60 | 0046 |
| Certified Fee | | $2.65 | 15 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $9.40 | 09/04/2007 |

Sent To: US Army Corps Clerk
Street, Apt No.: N. 3rd St Livingston
City, State, ZIP+4: Baton Rouge LA 70803

PS Form 3800, August 2006

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Army Corps
Engineers through the
Honorable Charles Foti
U.S. Attorney General
1885 North 3rd St
Livingston Bldg
Baton Rouge LA 70803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 9-6-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 3450 0001 5381 5822

PS Form 3811, February 2004    Domestic Return Receipt