AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGUERITE ABRAHMS, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-4386 "K" (2) |
| UNITED STATES ARMY CORPS OF ENGINEERS | |

TO: (Name and address of defendant)

United States Army Corps of Engineers
Through the Honorable Jim Letten, U.S. Attorney
500 Poydras Street
New Orleans, LA   70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
823 St. Louis Street
New Orleans, LA   70112

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

*B. Gregory* (signature)
(By) Deputy Clerk

**August 27, 2007**
Date

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Modesta Brown | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Cert Mail_ _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/17/07
              Date

Signature of Server: _Modesta Brown_
823 St. Louis St. NOLa 70112

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.40 |

Postmark 09/04/2007

Sent To: U.S. Army Corps of Engineers
Street, Apt. No. or PO Box No.: 500 Poydras St.
City, State, ZIP+4: New Orleans, LA 70130

PS Form 3800, August 2006

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Army Corps of Engineers
Through Honorable
Jim Letten, U.S. Attorney
500 Poydras St.
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X _S. DeJean_  ☐ Agent ☐ Addressee
B. Received by (Printed Name) _S. DeJean_   C. Date of Delivery -5 2007
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service ☒ Certified
4. Restricted

2. Article Number (Transfer from service label): 7006 3450 0001 5381 58

PS Form 3811, February 2004   Domestic Return Receipt