

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, ET AL<br>Plaintiffs | * * * | CA NO. 07-5528 |
| VERSUS | * * | JUDGE DUVAL "K"<br>~~JUDGE BERIGAN~~ |
| AAA INSURANCE, ET AL<br>Defendants | * * * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendant State National Insurance Company ("State National") and, with a full reservation of rights, respectfully moves this Honorable Court for an Order granting it an extension of twenty (20) days within which to answer or otherwise respond to the Petition for Damages and Declaratory and Injunctive Relief filed by Plaintiff. Pursuant to Local Rule 7.9E, the undersigned certifies that it has not previously requested or been granted an extension of time to respond to plead herein and that Plaintiff has filed in the record an objection to an extension of time to plead.

WHEREFORE, State National prays that its motion be granted and that it be afforded an additional twenty (20) days, or through and until October 8, 2007, within which to plead.

NO KAL 154358 v1
2900122-000012

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By: _____

Kent A. Lambert (#22458)
Nancy Scott Degan (#01819)
Paul L. Peyronnin (#17744)
Martha R. Crenshaw (#27420)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEY FOR STATE NATIONAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 13th day of September, 2007, a copy of the foregoing has been forwarded to all counsel of record via CM/ECF notification, telelcopier, electronic mail, or United States Mail, postage pre-paid, and properly addressed.

_____