UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, ET AL<br>Plaintiffs | * * * | CA NO. 07-5528 |
| VERSUS | * * | JUDGE ~~BERIGAN~~ DUVAL "K" |
| AAA INSURANCE, ET AL<br>Defendants | * * * | MAG. JUDGE KNOWLES |

### ORDER

**CONSIDERING THE FOREGOING** Ex Parte Motion for Extension of Time filed by defendant, State National Insurance Company;

**IT IS ORDERED** that State National Insurance Company, be and hereby is **GRANTED** an extension of an additional twenty (20) days, or until and through October 8, 2007, within which to respond to the Petition for Damages and Declaratory and Injunctive Relief filed herein.

New Orleans, Louisiana, this _____ day of September, 2007.

*Moot see the Order granting extension to November 30, 2007*

_____
UNITED STATES DISTRICT JUDGE

NO KAL 154358 v1
2900122-000012

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____