UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MUMFORD ET AL | * CIVIL ACTION |
| | * |
| v. | * NO. 05-5724 |
| | * |
| INGRAM BARGE COMPANY ET AL | * SECTION "K" |
| | * |
| | * JUDGE DUVAL |
| | * MAG. JUDGE WILKINSON |

*THIS PLEADING APPLIES TO CASE NO. 05-5724*

## ORDER

Having considered the Motion of Lafarge North America Inc. for Leave to File a Response to the United States' Reply Memorandum in Support of its Second Motion to Dismiss, the Court finds that the motion is supported by good cause, and it is hereby ORDERED that the Motion is GRANTED. The Clerk is directed to file the Response of Lafarge North America Inc. to the United States' Reply Memorandum in Support of its Second Motion to Dismiss LNA's Third-Party Complaint.

New Orleans, Louisiana, this 20th day of September, 2007.

_____
United States District Judge