UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO. 05-4182** |
| **PERTAINS TO: BARGE** | * | and consolidated cases |
| | * | **SECTION "K" (2)** |
| *Boutte v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | **JUDGE** |
| *Perry v. Ingram*   06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | **MAG.** |
| *Lafarge v. USA*   07-5178 | * | **JOSEPH C. WILKINSON, JR.** |

## ORDER FOR ORAL ARGUMENT

Considering movers Wiedemann, Gilbert and Sanders' request for oral argument in connection with their Motion for Confirmation and Appointment as Plaintiffs' Subgroup Litigation Committee - Barge - With Liason Counsel Designation, Record Doc. No. 7734,

**IT IS ORDERED** that the request for oral argument is hereby GRANTED, to be conducted on **October 3, 2007 at 11:00 a.m.**

New Orleans, Louisiana, this  20th  day of September, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE