UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §        CIVIL ACTION
        CONSOLIDATED LITIGATION          §        NO. 05-4182 "K" (2)
                                         §        JUDGE DUVAL
_____     §        MAG. WILKINSON
                                         §
PERTAINS TO:                             §
     ALL LEVEE                           §
     ALL MRGO                            §
_____     §


NOTICE OF PRODUCTION


In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

          NCS-077-000000001     to     NCS-077-000000014;
          NOP-028-000000001     to     NOP-028-000000037.

This Notice of Production is respectfully submitted,

                    PETER D. KEISLER
                    Assistant Attorney General

                    C. FREDERICK BECKNER III
                    Deputy Assistant Attorney General

                    PHYLLIS J. PYLES
                    Director, Torts Branch

                    JAMES G. TOUHEY
                    Assistant Director, Torts Branch

                    s/ Paul Marc Levine
                    PAUL MARC LEVINE
                    Trial Attorney, Torts Branch, Civil Division
                    U.S. Department of Justice
                    Benjamin Franklin Station, P.O. Box 888
                    Washington, D.C.  20044
                    (202) 616-4400 / (202) 616-5200 (Fax)
                    Attorneys for the United States

Dated: September 20, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on September 20, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:


    s/ Paul Marc Levine
PAUL MARC LEVINE