**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NOP | 028 | NOP-028-000000001 | NOP-028-000000037 | USACE; MVD; MVN; Operations | Amy Powell | KC214 | 9/20/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | 2005 and 2006 Inspection Reports of LPVHPP |
| NCS | 077 | NCS-077-000000001 | NCS-077-000000014 | USACE; MVD; MVN; Construction | Pamela Michel | KC215 | 9/20/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Final Payment Estimates for Contracts |