**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
|          CONSOLIDATED LITIGATION  * | | |
|                                    * | | SECTION "K" |
|                                    * | | |
| PERTAINS TO:                       * | | MAGISTRATE (2) |
| NO.    06-4024                     * | | |
|                                    * | | JUDGE DUVAL |
|                                    * | | |
|                                    * | | MAGISTRATE WILKINSON |
|                                    * | | |
| * * * * * * * * * * * * * * * * * * * | | |

**PLAINTIFF'S MOTION TO RESCIND
ORDER OF SEPTEMBER 11, 2007 (RECORD
DOCUMENT NO. 7358), AND IN THE ALTERNATIVE FOR
RELIEF PURSUANT TO RULE 59 AND/OR RULE 60
AND, FURTHER IN THE ALTERNATIVE,
<u>FOR OTHER RELIEF</u>**

**COMES NOW** Plaintiff in Civil Action No. 06-4024, appearing through undersigned counsel, and moves This Honorable Court for rescission of the Court's Order of September 11, 2007 (Record Document No. 7358), which granted the Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Record Document No. 1405), and to establish a briefing schedule and date for oral argument on the said Motion to Dismiss.  In the alternative, plaintiff moves This Honorable Court for reconsideration, new trial, amendment of order, and/or relief from order pursuant to the provisions of Rule 59 and/or Rule 60, since the said Order is factually and legally wrong, unjustified, and constitutes a travesty of justice.  Further in the alternative, plaintiff moves This Honorable Court to state, in writing, its reasons for granting the

-1-

-2-

Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction, i.e., whether the Motion to Dismiss was granted as a sanction imposed against plaintiff's counsel for not personally filing a Memorandum in Opposition to the Government's Motion to Dismiss, or on some other grounds, such as the Court's personal animosity for and bias towards plaintiff's counsel, or because the Court truly believed the Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction was meritorious.[1]  Further in the alternative, plaintiff moves This Honorable Court for entry of judgment pursuant to the provisions of Rule 54(b) so that plaintiff can appeal the Court's erroneous Order of September 11, 2007 (Record Document No. 7538) to the United States Court of Appeals for the Fifth Circuit.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:   S/Ashton R. O'Dwyer, Jr.**
              **Ashton R. O'Dwyer, Jr.**
              **Bar No. 10166**
              **821 Baronne Street**
              **New Orleans, LA 70113**
              **Tel. 504-679-6166**
              **Fax. 504-581-4336**

---

[1] Virtually identical motions to dismiss and/or for summary judgment, filed on the same grounds as the Government's Motion to Dismiss in this case, remain pending before This Honorable Court.  See Record Document No. 7741 of September 18, 2007.  Plaintiff respectfully submits that she is entitled to know precisely why the Court granted the Government's Motion to Dismiss in this case, when the Court denied a similar Motion to Dismiss in Robinson v. United States of America, C.A. No. 06-2268, and has established a briefing schedule in late 2007 and oral argument in early 2008 on similar motions in other cases, including Robinson.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 20th day of September 2007.

S/Ashton R. O'Dwyer, Jr.