UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4024 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority, personally came and appeared:

**ASHTON R. O'DWYER, JR.**

who, being first duly sworn, did depose and say as follows:

1. That he is plaintiff's counsel in Civil Action No. 06-4024 pending on the docket of the United States District Court for the Eastern District of Louisiana, in the matter entitled:  "Maureen O'Dwyer vs. The United States of America", which case is consolidated within the matter entitled: "In Re:  KATRINA Canal Breaches Consolidated Litigation", being Civil Action No. 05-4182 on the docket of the same Court, and consolidated cases;

2. That until today, September 20, 2007, he was a member of the "Levee Litigation Group", which is a group of private law firms and attorneys

-1-

      who have pooled their intellectual efforts and financial resources to obtain justice for their clients in "Victims of KATRINA" litigation;

3. That Joseph M. Bruno, Esq., who is "lead" liaison counsel on the Plaintiffs' Liaison Committee in the "Victims of KATRINA" litigation, is also "ramroding" the Levee Litigation Group;

4. That he was very much aware of the Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Record Document No. 1405) in Civil Action No. 06-4024, filed on October 23, 2006, and of the arguments made by the Government that plaintiffs' claims in that litigation were barred by the provisions of the Flood Control Act of 1928 and, alternatively, by the "due care" and "discretionary function" exceptions to the waiver of governmental immunity contained in the Federal Tort Claims Act;

5. That he was also aware that the Government argued in its Memorandum in Support of its Motion to Dismiss that there were no jurisdictional bases for the claims asserted by plaintiff in said litigation other than the Federal Tort Claims Act;

6. That he was also aware that on November 29, 2006, the Honorable Stanwood R. Duval met with Mr. Bruno and others, with the Court issuing a Minute Entry on the same date (Record Document No. 2034) which reflected as follows:

> **IV.   "Co-ordination of Motion Practice and Report on Pending Motions**

>   **IT IS FURTHER ORDERED** that the Liaison Counsel shall coordinate the motions noted above which would include all Rule 12 Motions that do not require discovery. Counsel intending to file any such motion must report to Liaison Counsel no later than January 5, 2007 of such intention.
>
>   It is expected that one joint motion concerning any particular issue that applies to groups of plaintiffs or defendants shall be filed by the committee and oppositions thereto filed by the opposing committee. While not encouraged, any individual lawyer who finds that he or she must augment such filings is limited to filing a 7 page supplemental brief simultaneously with the relevant committee filing."

\* \* \*

>   **"IT IS FURTHER ORDERED** that Liaison Counsel shall identify the specific motions now pending with respect to each noted topic by document number in the consolidated docket sheet and prepare a list of same to be integrated into the scheduling order for those motions which will be filed in response to Paragraph IV above.
>
>   **IT IS FURTHER ORDERED** that a status conference with Liaison Counsel to discuss the motion practice as described in Paragraphs IV and V shall be held in Chambers on February 7, 2007 at 3:00 P.M."
>
>   **IT IS FURTHER ORDERED** that hearing on the Motion to Dismiss filed by the United States with respect to Responder, Levee and MRGO O'Dwyer, C.A. No. 06-4024 which was set for **January 10, 2006**, is **CONTINUED** to **March 23, 2007 at 9:30 a.m.** with the briefing schedule above to be applicable thereto."

7.   That the "briefing schedule" referred to, <u>supra</u>, was delineated in the said Minute Entry (Record Document No. 2034) as follows:

>   "All Rule 12 Motions on the Pleadings **must be filed no later than February 1, 2007.** Such motions shall be noticed for hearing on **Friday, March 23, 2007 at 9:30 a.m.** for docketing purposes; however, special settings for oral argument shall be established after the Court has reviewed the motions filed and determined the appropriate schedule considering the number of motions and complexity of issues.

> **IT IS FURTHER ORDERED** that the schedule for such filings is as follows:
>
> | | |
> |---|---|
> | February 1, 2007 | Motions must be filed. |
> | February 22, 2007 | Responses/Oppositions must be filed. |
> | March 1, 2007 | Reply briefs must be filed if needed |
> | March 23, 2007 | Rule 12 Motions filed on or before February 1, 2007 should be noticed for this date at 9:30 a.m. Special settings for oral argument on the motions found to so require will be set after the Court's review of these motions on February 7, 2007 considering the number of motions and complexity of issues as explained in Paragraphs IV and V. |

8. That he was aware of the fact that on February 7, 2007, Judge Duval met with Mr. Bruno and others in order to address motions pending in the "Victims of KATRINA" litigation as of that time, and that Judge Duval issued a Minute Entry following that meeting (Record Document No. 3143), which stated as follows:

> "Attending a status conference to discuss the Rule 12 motions and others filed pursuant to the Court's order of November 29, 2006 and the proper approach concerning their grouping and order of disposition were:
>
> Joe Bruno for Plaintiffs' Liaison Counsel
> Ralph Hubbard and Seth Schmeeckle for Defendants' Liaison Counsel.
>
> The Court advised counsel of its accounting of those motions before it at this time and the Court's intended approach concerning the proper manner by which to group these motions.
>
> The Court requested that counsel report back to it on **February 13, 2007 at 3:00 p.m.** and provide a list of motions with the appropriate document numbers under the consolidated case number with such motions organized in accordance with the groupings provided at that meeting."

-5-

9. And that it was his impression, rightly or wrongly, from a review of the aforesaid Minute Entries, from his subsequent discussions with Mr. Bruno and with Mr. Bruno's colleagues, and from his reading of the Order and Reasons of This Honorable Court in the case of <u>Robinson v. United States of America</u>, C.A. No. 06-2268 of February 2, 2007 (Record Document No. 2994), that any "heavy lifting" in terms of the preparation and filing of Memoranda in Opposition to the Government's Motion(s) to Dismiss on grounds of immunity would be accomplished by the Plaintiffs' Liaison Committee, and for that reason did not personally file a brief.

10. And that he brings to the Court's attention that an *amicus curiae* Memorandum in Opposition to the Government's Motion(s) to Dismiss in Civil Action Nos. 06-1885 and 06-5771 was filed as a "Christmas present" to him by William C. Gambel, Esq. (Record Document No. 2320), which factual and legal arguments eloquently advanced in that Memorandum are equally applicable to Civil Action No. 06-4024.

                                                         **S/Ashton R. O'Dwyer, Jr.**
                                                         **ASHTON R. O'DWYER, JR.**

**Sworn to and subscribed before me,
this _____ day of September, 2007.**

      **S/Brian A. Gilbert (21297)**
         **NOTARY PUBLIC**
**My commission expires at death.**

-6-

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
              **Ashton R. O'Dwyer, Jr.**
              **Bar No. 10166**
              **821 Baronne Street**
              **New Orleans, LA 70113**
              **Tel. 504-679-6166**
              **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 20th day of September 2007.

                      S/Ashton R. O'Dwyer, Jr.

-7-