# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES  *     CIVIL ACTION NO. 05-4182
        CONSOLIDATED LITIGATION  *
                                            *     SECTION "K"
                                            *
PERTAINS TO:                      *     MAGISTRATE (2)
NO.     06-4024                 *
                                            *     JUDGE DUVAL
                                            *
                                            *     MAGISTRATE WILKINSON
                                            *

* * * * * * * * * * * * * * * * * * *

## NOTICE FOR HEARING

     **PLEASE TAKE NOTICE** that Ashton O'Dwyer will bring the attached Motion for hearing before the Honorable Judge Stanwood R. Duval, Jr., at 9:30 A.M., on the 17th day of October 2007, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

                                           Respectfully submitted,

                                           **LAW OFFICES OF**
                                           **ASHTON R. O'DWYER, JR.**
                                           **Counsel for Plaintiffs**

                                           **By:   S/Ashton R. O'Dwyer, Jr.**
                                                   **Ashton R. O'Dwyer, Jr.**
                                                   **Bar No. 10166**
                                                   **821 Baronne Street**
                                                   **New Orleans, LA 70113**
                                                   **Tel. 504-679-6166**
                                                   **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 20th day of September 2007.

S/Ashton R. O'Dwyer, Jr.