UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4024 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs in Civil Action No. 06-4024 and request oral argument on their Motion to Rescind Order of September 11, 2007 (Record Document No. 7358), and in the Alternative for Relief Pursuant to Rule 59 and/or Rule 60 and, Further in the Alternative, for Other Relief.

    Respectfully submitted,

    **LAW OFFICES OF**
    **ASHTON R. O'DWYER, JR.**
    **Counsel for Plaintiffs**

    By:   S/Ashton R. O'Dwyer, Jr.
           Ashton R. O'Dwyer, Jr.
           Bar No. 10166
           821 Baronne Street
           New Orleans, LA 70113
           Tel. 504-679-6166
           Fax. 504-581-4336

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 20th day of September 2007.

S/Ashton R. O'Dwyer, Jr.