MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 20, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: BARGE          JUDGE DUVAL

| | | |
|---|---|---|
| *Mumford v. Ingram* | C.A. No. 05-5724 | MAG. WILKINSON |
| *Boutte v. Lafarge* | C.A. No. 05-5531 | |
| *Lagarde v. Lafarge* | C.A. No. 06-5342 | |
| *Perry v. Ingram Barge* | C.A. No. 06-6299 | |
| *Benoit v. Lafarge* | C.A. No. 06-7516 | |
| *Parfait Family v. USA* | C.A. No. 07-3500 | |
| *Lafarge v. USA* | C.A. No. 07-5178 | |

At the request of Liaison Counsel, a telephone conference was conducted on this date. Participating were: Joseph Bruno, Ralph Hubbard and William Treeby.

Counsel pointed out two errors in the "Party Categories" section of Case Management Order No. 5 ("CMO No. 5"), Record Doc. No. 7724 at ¶ I(B), which the court now corrects and addresses as follows:

**MJSTAR: 0 : 10**

(1) Washington Group International, Inc. ("WGI"), a defendant in C.A. No. 07-3500, was inadvertently omitted from the "Party Categories in These Cases." Since its interests and position do not appear similar to or aligned with any other parties, WGI is hereby assigned to its own separate Party Category (5) for all purposes contemplated by CMO No. 5.

(2) Lake Borgne Levee District and New Orleans Sewerage and Water Board were included in the State and Local Government Entities Party Category (2) because each, through its counsel, joined in the Rule 26(f) submission of these parties while the matter was pending before Chief Judge Berrigan. Record Doc. No. 727 in C.A. No. 05-4419. Review of the complaints indicates that they were not originally named as parties in the Barge category of cases. Counsel for these two entities must advise me in writing within ten (10) days of entry of this minute entry whether this was a simple administrative error or if they are aware of any case in the Barge category of cases in which these entities are named parties.

                        JOSEPH C. WILKINSON, JR.
                        UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.