UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| _____ | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

## O R D E R

Considering the Motion filed by Defendant, United States of America, to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) in the above captioned case,

**IT IS HEREBY ORDERED** that the Motion be and is hereby GRANTED, and the captioned Complaint is dismissed with prejudice.

**THUS DONE AND SIGNED** this _____ day of _____ 2007, in New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**