UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Xavier Univ. of La.* C.A. No. 06-516 | SECTION "K"(2) |

### ORDER

Before the Court is the *Ex Parte* Motion for Expedited Hearing on Xavier University's Motion to Continue Hearing on Motions for Partial Summary Judgment Regarding Collateral Source and Retroactivity of Act 813 (Doc. 7719) and Motion to Continue Hearing on Motions for Partial Summary Judgment Regarding Collateral Source and Retroactivity of Act 813 (Doc. 7717). Based on a review of the memoranda filed,

**IT IS ORDERED** that *Ex Parte* Motion for Expedited Hearing on Motion to Continue Hearing on Motions for Partial Summary Judgment Regarding Collateral Source and Retroactivity of Act 813 (Doc. 7719) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Continue Hearing on Motions for Partial Summary Judgment Regarding Collateral Source and Retroactivity of Act 813 (Doc. 7717) is **DENIED**; however, in the event that the Fourth Circuit Court of Appeals rules prior to the Court's having disposed of these motions, supplemental briefing will be allowed. It is the Court's intention at this time to proceed with all pending motions in the order filed.

New Orleans, Louisiana, this  20th  day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE