UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Robinson* C.A.No. 06-2268 | SECTION "K"(2) |

## ORDER

Due to a scheduling conflict for the Court,

**IT IS ORDERED** that the hearings on all motions–*Daubert* and substantive motions– due to be filed no later than June 9, 2008 scheduled in the *Robinson* Case Management Order No. 1 (Doc. 3408) which are presently set for July 16, 2008 at 10:00 a.m. to July 23, 2008 at 10:00 a.m. All other deadlines shall remain in place.

New Orleans, Louisiana, this  20th day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE