UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION                NO. 05-4182 "K" (2)

PERTAINS TO: BARGE
*Mumford v. Ingram*          C.A. No. 05-5724
*Boutte v. Lafarge*          C.A. No. 05-5531
*Lagarde v. Lafarge*         C.A. No. 06-5342
*Perry v. Ingram Barge*      C.A. No. 06-6299
*Benoit v. Lafarge*          C.A. No. 06-7516

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION MEMORANDUM TO MOTION FOR SUMMARY
JUDGMENT OR, ALTERNATIVELY, FOR DISMISSAL, STAY, OR
TRANSFER, OF NEW YORK DISTRICT COURT CASE**

NOW INTO COURT, through undersigned counsel, comes defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc. (hereinafter referred to as "American Club") and moves for an extension of time to oppose the Motion for Summary Judgment or, Alternatively, for Dismissal, Stay, or Transfer, of New York District Court Case ("Motion") filed by plaintiffs. The Motion was filed on September 13, 2007, and a hearing date has been set for October 3, 2007 at 9:30 a.m. Defendant, American Club, requests an extension of thirty (30) days to file an opposition memorandum to the Motion. The next hearing date schedule by this Court following the expiration of thirty (30) days is November 14, 2007.

Undersigned counsel has contacted counsel for plaintiffs who consented to the filing of this Motion.

WHEREFORE, the American Club requests an extension of thirty (30) days to file an opposition memorandum and that the hearing date on the Motion be re-scheduled for November 14, 2007.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, LLP

/s/ Philip S. Brooks, Jr.
PHILIP S. BROOKS, JR. (#21501)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
*Attorneys for: American Steamship Owners
Mutual Protection and Indemnity
Association, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Philip S. Brooks, Jr.

pbrooks\Ingram Barge 4727 11724.01\Answer to Fifth Supp Amended Complaint