UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |

PERTAINS TO: BARGE
*Mumford v. Ingram*         C.A. No. 05-5724
*Boutte v. Lafarge*         C.A. No. 05-5531
*Lagarde v. Lafarge*        C.A. No. 06-5342
*Perry v. Ingram Barge*     C.A. No. 06-6299
*Benoit v. Lafarge*         C.A. No. 06-7516

## ORDER

Considering the foregoing Consent Motion;

IT IS HEREBY ORDERED that American Steamship Owners Mutual Protection and Indemnity Association, Inc.'s Consent Motion is hereby GRANTED and the hearing date on the Motion for Summary Judgment or, Alternatively, for Dismissal, Stay, or Transfer, of New York District Court Case is re-scheduled for November 14, 2007.

_____
UNITED STATES DISTRICT JUDGE