## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *IN RE* KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : | CIVIL ACTION |
| | : | |
| | : | NO. 05-4182 |
| PERTAINS TO: INSURANCE CASES | : | |
| *FRANCO* C.A. 06-7660 | : | SECTION "K" (2) |
| | : | |

### 12(b) DEFENSES AND ANSWER OF INSURANCE COUNSELORS, INC. TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Insurance Counselors, Inc. ("ICI"), who, in response to the First Supplemental and Amending Complaint filed herein by Nicholas and Martha Franco ("Plaintiffs"), provides the following FRCP 12(b) Defenses and avers as follows:

### FIRST DEFENSE

Plaintiffs' claims are barred by prescription and/or peremption and/or the statute of limitations.

## SECOND DEFENSE

ICI hereby gives notice that it intends to rely on such other defenses as they become available by law or during the discovery proceedings of this case and hereby reserves its rights to amend their answer to assert such defenses.

## THIRD DEFENSE

ICI pleads all statutory and regulatory provisions applicable to the allegations of the plaintiffs' Complaint.

## FOURTH DEFENSE

ICI avers that plaintiffs failed and/or breached their duty to mitigate their damages, if any.

## FIFTH DEFENSE

Plaintiffs cannot satisfy the burden of proof imposed upon them to recover under Louisiana law.

## SIXTH DEFENSE

The alleged injury/damages of Plaintiffs, if any, were caused by the actions/omissions and/or breach of others for whom ICI cannot be and is not legally responsible.

## SEVENTH DEFENSE

To the extent that Plaintiffs' allegations and claims are based upon the existence of a policy of insurance, ICI pleads each and every term, condition, provision, endorsement and exclusion thereof as if copied herein *in extenso*.

## EIGHTH DEFENSE

**AND NOW**, in response to the specific allegations of Plaintiffs' First Supplemental and Amending Complaint, ICI avers as follows:

1.

ICI re-avers each and every Affirmative Defense and Paragraph contained in its Original Answer and Affirmative Defenses as if copied herein *in extenso*.

2.

The allegations contained in Paragraph 13A of Plaintiffs' First Supplemental and Amending Complaint are denied for a lack of sufficient information upon which to base a belief.

3.

The allegations contained in Paragraph 13B of Plaintiffs' First Supplemental and Amending Complaint are denied for a lack of sufficient information upon which to base a belief.

4.

The allegations contained in Paragraph 13C of Plaintiffs' First Supplemental and Amending Complaint are denied for a lack of sufficient information upon which to base a belief.

5.

To the extent that Plaintiffs' Prayer contains any allegations against ICI, same are denied.

**WHEREFORE**, Insurance Counselors, Inc. prays that the foregoing 12(b) Defenses and Answer to Plaintiffs' First Supplemental and Amending Complaint be deemed good and sufficient and that, after due proceedings are had herein, that there be judgment in favor of defendant, Insurance Counselors, Inc., and against plaintiffs, Nicholas and Martha Franco, dismissing the Plaintiffs' Original Complaint and Plaintiffs' First Supplemental and Amending Complaint and awarding Insurance Counselors, Inc. all costs and fees incurred herein and any other relief deemed reasonable in the premises.

**Respectfully submitted:**

/s/ Jonathan M. Walsh
**ROBERT E. KERRIGAN, JR. (7350)**
**JONATHAN M. WALSH (25922)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA   70130
Telephone: (504) 581-5141
Fax: (504) 566-1201
*Attorneys for Defendant, Insurance Counselors, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on counsel listed below, by ECF filing, by fax, by hand or by U.S. Mail, postage prepaid, this 21st day of September, 2007.

George F. Reiss, Esq.  
Weeks, Kavanagh & Rendeiro  
Hibernia Homestead Building  
810 Union Street  
New Orleans, LA 70112

Steven W. Usdin, Esq.  
Barrasso, Usdin, Kupperman,  
Freeman & Sarver, LLC.  
909 Poydras Street - Suite 1800  
New Orleans, LA 70112

/s/ Jonathan M. Walsh