UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

```
AFW-111-000000734    to    AFW-111-000000736;
AFW-128-000001428    to    AFW-128-000001428;
AFW-316-000000554    to    AFW-316-000000555;
```

| | | |
|---|---|---|
| AFW-316-000000557 | to | AFW-316-000000558; |
| AFW-365-000000012 | to | AFW-365-000000013; |
| AFW-404-000000002 | to | AFW-404-000000086; |
| AFW-404-000000088 | to | AFW-404-000000098; |
| AFW-404-000000106 | to | AFW-404-000000144; |
| AFW-404-000000152 | to | AFW-404-000000155; |
| AFW-404-000000158 | to | AFW-404-000000179; |
| AFW-404-000000181 | to | AFW-404-000000183; |
| AFW-404-000000191 | to | AFW-404-000000193; |
| AFW-404-000000195 | to | AFW-404-000000195; |
| AFW-404-000000199 | to | AFW-404-000000991; |
| AFW-404-000001000 | to | AFW-404-000001000; |
| AFW-404-000001025 | to | AFW-404-000001026; |
| AFW-404-000001034 | to | AFW-404-000001034; |
| AFW-404-000001052 | to | AFW-404-000001083; |
| AFW-404-000001087 | to | AFW-404-000001095; |
| AFW-404-000001098 | to | AFW-404-000001108; |
| AFW-404-000001111 | to | AFW-404-000001111; |
| AFW-404-000001115 | to | AFW-404-000001160; |
| AFW-404-000001191 | to | AFW-404-000001321; |
| AFW-404-000001328 | to | AFW-404-000001328; |
| AFW-404-000001330 | to | AFW-404-000001332; |
| AFW-404-000001337 | to | AFW-404-000001339; |
| AFW-404-000001342 | to | AFW-404-000001342; |
| AFW-404-000001344 | to | AFW-404-000001345; |
| AFW-404-000001348 | to | AFW-404-000001348; |
| AFW-404-000001372 | to | AFW-404-000001549; |
| AFW-404-000001831 | to | AFW-404-000001849; |
| AFW-404-000001876 | to | AFW-404-000001877; |
| AFW-404-000002452 | to | AFW-404-000002464; |
| AFW-404-000002467 | to | AFW-404-000002467; |
| AFW-404-000002511 | to | AFW-404-000002512; |
| AFW-404-000003446 | to | AFW-404-000003453; |
| AFW-404-000003468 | to | AFW-404-000003472; |
| AFW-404-000003504 | to | AFW-404-000003505; |
| AFW-404-000003522 | to | AFW-404-000003530; |
| AIN-045-000000258 | to | AIN-045-000000335; |
| AIN-045-000000346 | to | AIN-045-000000571; |
| AIN-091-000000251 | to | AIN-091-000000294; |
| AIN-091-000000301 | to | AIN-091-000000310; |
| AIN-091-000000458 | to | AIN-091-000000495; |
| AIN-091-000000582 | to | AIN-091-000000587; |

| | | |
|---|---|---|
| AIN-091-000000592 | to | AIN-091-000000621; |
| AIN-091-000000731 | to | AIN-091-000000746; |
| AIN-091-000000769 | to | AIN-091-000000830; |
| AIN-091-000000842 | to | AIN-091-000000863; |
| AIN-179-000000201 | to | AIN-179-000000226; |
| AIN-179-000000229 | to | AIN-179-000000234; |
| AIN-179-000000237 | to | AIN-179-000000269; |
| AIN-179-000001227 | to | AIN-179-000001235; |
| NED-034-000002981 | to | NED-034-000002981; |
| NED-034-000002992 | to | NED-034-000002992; |
| NED-135-000000098 | to | NED-135-000000101; |
| NED-135-000000103 | to | NED-135-000000104; |
| NED-177-000000191 | to | NED-177-000000192; |
| NED-177-000000248 | to | NED-177-000000248; |
| NED-177-000000251 | to | NED-177-000000381; |
| NOP-018-000000258 | to | NOP-018-000000261; |
| NOP-018-000000541 | to | NOP-018-000000541; |
| NOP-018-000002022 | to | NOP-018-000002023; |
| NPM-036-000000005 | to | NPM-036-000000142; |
| NPM-036-000001206 | to | NPM-036-000001208; |
| NPM-038-000000559 | to | NPM-038-000000559; |
| NPM-038-000000788 | to | NPM-038-000000794; |
| NPM-038-000000832 | to | NPM-038-000000838; |
| NPM-039-000000526 | to | NPM-039-000000533; |
| NRG-015-000000573 | to | NRG-015-000000574; |
| NRG-015-000000938 | to | NRG-015-000000945. |

This Notice of Production is respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY
        Assistant Director, Torts Branch

        s/ Paul Marc Levine
        PAUL MARC LEVINE
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: September 21, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on September 21, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

                                             s/ Paul Marc Levine
                                             PAUL MARC LEVINE