PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 045 | AIN-045-000000258 | AIN-045-000000335 | USACE;MVD;MVN; Planning Division | Veronica Williams | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 45) from June 2007 Review and Select Production |
| AIN | 045 | AIN-045-000000346 | AIN-045-000000571 | USACE;MVD;MVN; Planning Division | Veronica Williams | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 45) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000251 | AIN-091-000000294 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000301 | AIN-091-000000310 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000458 | AIN-091-000000495 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000582 | AIN-091-000000587 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 091 | AIN-091-000000592 | AIN-091-000000621 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000731 | AIN-091-000000746 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000769 | AIN-091-000000830 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |
| AIN | 091 | AIN-091-000000842 | AIN-091-000000863 | USACE;MVD;MVN; CELMN-ED | Arthur Laurent | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 91) from June 2007 Review and Select Production |
| AIN | 179 | AIN-179-000000201 | AIN-179-000000226 | USACE;MVD;MVN; CEMVN-ED | Gary Hawkins | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 71) from June 2007 Review and Select Production |
| AIN | 179 | AIN-179-000000229 | AIN-179-000000234 | USACE;MVD;MVN; CEMVN-ED | Gary Hawkins | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 71) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 179 | AIN-179-000000237 | AIN-179-000000269 | USACE;MVD;MVN; CEMVN-ED | Gary Hawkins | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 71) from June 2007 Review and Select Production |
| AIN | 179 | AIN-179-000001227 | AIN-179-000001235 | USACE;MVD;MVN; CEMVN-ED | Gary Hawkins | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 71) from June 2007 Review and Select Production |
| NPM | 036 | NPM-036-000000005 | NPM-036-000000142 | USACE;MVD;MVN; PM-RP | Richard Boe | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1234) from July 2007 Review and Select Production |
| NPM | 036 | NPM-036-000001206 | NPM-036-000001208 | USACE;MVD;MVN; PM-RP | Richard Boe | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1234) from July 2007 Review and Select Production |
| NPM | 039 | NPM-039-000000526 | NPM-039-000000533 | USACE;MVD;MVN; PM-RP | Richard Boe | KC216 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1270) from July 2007 Review and Select Production |
| AFW | 111 | AFW-111-000000734 | AFW-111-000000736 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 685) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 128 | AFW-128-000001428 | AFW-128-000001428 | USACE;MVD;MVN;CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 719) from June 2007 Review and Select Production |
| AFW | 316 | AFW-316-000000554 | AFW-316-000000555 | USACE;MVD;MVN;CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 779) from June 2007 Review and Select Production |
| AFW | 316 | AFW-316-000000557 | AFW-316-000000558 | USACE;MVD;MVN;CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 779) from June 2007 Review and Select Production |
| AFW | 365 | AFW-365-000000012 | AFW-365-000000013 | USACE;MVD;MVN;CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 818) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000000002 | AFW-404-000000086 | USACE;MVD;MVN;CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000000088 | AFW-404-000000098 | USACE;MVD;MVN;CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 404 | AFW-404-000000106 | AFW-404-000000144 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000000152 | AFW-404-000000155 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000000158 | AFW-404-000000179 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000000181 | AFW-404-000000183 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000000191 | AFW-404-000000193 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000000195 | AFW-404-000000195 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 404 | AFW-404-000000199 | AFW-404-000000991 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001000 | AFW-404-000001000 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001025 | AFW-404-000001026 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001034 | AFW-404-000001034 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001052 | AFW-404-000001083 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001087 | AFW-404-000001095 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 404 | AFW-404-000001098 | AFW-404-000001108 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001111 | AFW-404-000001111 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001115 | AFW-404-000001160 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001191 | AFW-404-000001321 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001328 | AFW-404-000001328 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001330 | AFW-404-000001332 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 404 | AFW-404-000001337 | AFW-404-000001339 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001342 | AFW-404-000001342 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001344 | AFW-404-000001345 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001348 | AFW-404-000001348 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001372 | AFW-404-000001549 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000001831 | AFW-404-000001849 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 404 | AFW-404-000001876 | AFW-404-000001877 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000002452 | AFW-404-000002464 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000002467 | AFW-404-000002467 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000002511 | AFW-404-000002512 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000003446 | AFW-404-000003453 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000003468 | AFW-404-000003472 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AFW | 404 | AFW-404-000003504 | AFW-404-000003505 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| AFW | 404 | AFW-404-000003522 | AFW-404-000003530 | USACE;MVD;MVN; CELMN-IM-SM | Marilyn O. Sullen | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 872) from June 2007 Review and Select Production |
| NED | 034 | NED-034-000002981 | NED-034-000002981 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 233) from June 2007 Review and Select Production |
| NED | 034 | NED-034-000002992 | NED-034-000002992 | USACE;MVD;MVN; ED-T; Structures Branch | Angela Desoto Duncan | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 233) from June 2007 Review and Select Production |
| NED | 135 | NED-135-000000098 | NED-135-000000101 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 355) from June 2007 Review and Select Production |
| NED | 135 | NED-135-000000103 | NED-135-000000104 | USACE;MVD;MVN; CEMVN-ED-S | Christie Nunez | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 355) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 177 | NED-177-000000191 | NED-177-000000192 | USACE;MVD;MVN;ED-F | G. Brown | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1252) from July 2007 Review and Select Production |
| NED | 177 | NED-177-000000248 | NED-177-000000248 | USACE;MVD;MVN;ED-F | G. Brown | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1252) from July 2007 Review and Select Production |
| NED | 177 | NED-177-000000251 | NED-177-000000381 | USACE;MVD;MVN;ED-F | G. Brown | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1252) from July 2007 Review and Select Production |
| NOP | 018 | NOP-018-000000258 | NOP-018-000000261 | USACE;MVD;MVN;OD-T | Ed Creef | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 168) from June 2007 Review and Select Production |
| NOP | 018 | NOP-018-000000541 | NOP-018-000000541 | USACE;MVD;MVN;OD-T | Ed Creef | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 168) from June 2007 Review and Select Production |
| NOP | 018 | NOP-018-000002022 | NOP-018-000002023 | USACE;MVD;MVN;OD-T | Ed Creef | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 168) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NPM | 038 | NPM-038-000000559 | NPM-038-000000559 | USACE;MVD;MVN; PM-RP | Richard Boe | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1271) from July 2007 Review and Select Production |
| NPM | 038 | NPM-038-000000788 | NPM-038-000000794 | USACE;MVD;MVN; PM-RP | Richard Boe | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1271) from July 2007 Review and Select Production |
| NPM | 038 | NPM-038-000000832 | NPM-038-000000838 | USACE;MVD;MVN; PM-RP | Richard Boe | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1271) from July 2007 Review and Select Production |
| NRG | 015 | NRG-015-000000573 | NRG-015-000000574 | USACE;MVD;MVN | Maria Thompson | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1283) from July 2007 Review and Select Production |
| NRG | 015 | NRG-015-000000938 | NRG-015-000000945 | USACE;MVD;MVN | Maria Thompson | KC217 | 9/21/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1283) from July 2007 Review and Select Production |