UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:  ROAD HOME *Louisiana State*  C.A. No. 07-5528 | | |

**JOINDER IN AND CONSENT TO REMOVAL BY
STATE FARM FIRE AND CASUALTY COMPANY
AND STATE FARM GENERAL INSURANCE COMPANY**

COME NOW State Farm Fire and Casualty Company ("State Farm Fire") and State Farm General Insurance Company ("State Farm General") (sometimes collectively referred to as "State Farm"), defendants in the captioned proceeding, and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above caption action, and further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.

Case 2:05-cv-04182-SRD-JCW   Document 7865   Filed 09/21/07   Page 2 of 3

State Farm Fire was served with the original petition, through the Secretary of State, on August 28, 2007.  State Farm Fire was served with the Amended Petition, through the Secretary of State, on September 5, 2007.  State Farm General was served with the original petition, through the Secretary of State, on August 28, 2007.  State Farm General was served with the Amended Petition, through the Secretary of State, on September 5, 2007.  This joinder and consent is filed within thirty days after receipt by State Farm Fire or State Farm General through service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

State Farm also consents to the removal of this action by any other defendant filing a separate notice.  State Farm reserves the right to file a supplemental statement in support of State Farm's right to have federal jurisdiction maintained over the claims asserted against State Farm.

Respectfully submitted,

/s/ Andrea L. Fannin
Wayne J. Lee, 7916
  wlee@stonepigman.com
Stephen G. Bullock, 3648
  sbullock@stonepigman.com
Mary L. Dumestre, 18873
  mdumestre@stonepigman.com
Andrea L. Fannin, 26280
  afannin@stonepigman.com
        Of
STONE PIGMAN WALTHER
    WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company

2
893571v.1

3

**CERTIFICATE**

  I hereby certify that a copy of the foregoing Joinder in and Consent to Removal by State Farm Fire and Casualty Company and State Farm General Insurance Company has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, on this 21st day of September 2007.

               */s/ Andrea L. Fannin*

893571v.1