UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO.  05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§ |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §<br>§ |

**AFFIDAVIT OF WILLIAM A. GOURGUES IN SUPPORT OF STATE FARM FIRE AND CASUALTY INSURANCE COMPANY AND STATE FARM GENERAL INSURANCE COMPANY'S STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL**

| | |
|---|---|
| STATE OF LOUISIANA | )<br>) ss<br>) |
| PARISH OF JEFFERSON | |

WILLIAM A. GOURGUES, being duly sworn, deposes and states as follows:

1. I am over 18 years of age, and a resident of the State of Louisiana.

2. I have knowledge of the facts set forth in this Affidavit, both personally and through a review of records of State Farm Fire and Casualty Company ("State Farm Fire") and State Farm General Insurance Company ("State Farm General") (sometimes collectively referred to as "State Farm"), made and kept in the regular course of State Farm's business by those whose regular job function it is to make and keep such records, and, if called as a witness, I could testify competently to those facts.

3. I am a Claim Section Manager for State Farm Fire. I have held this position since October 2005.

EXHIBIT A

1

4. I have reviewed State Farm Fire's books and records that, among other things, show that State Farm Fire has received, as of April 30, 2007, approximately 113,742 property claims for damage in Louisiana allegedly caused by Hurricane Katrina alone.

5. I have reviewed State Farm Fire's books and records that, among other things, show that State Farm Fire has already paid, as of April 30, 2007, approximately $1,713,187,041.10 under its property policies for damages incurred by its insureds in Louisiana from Hurricane Katrina alone.

6. The vast majority of homeowners and property insurance written by any State Farm company in Louisiana would be written by State Farm Fire. Although other State Farm companies may also write property insurance, they generally do so in states other than Louisiana. State Farm General, for example, is the primary writer of homeowners and property liability insurance in California.

7. Neither State Farm Fire nor State Farm General is a resident or citizen of Louisiana. State Farm Fire is a citizen of Illinois by incorporation and principal place of business. State Farm General is a citizen of Illinois and also a citizen of California, by reason of incorporation in Illinois and having its principal place of business in California.

Dated: September 21, 2007

_William A. Gourgues_
William A. Gourgues

SUBSCRIBED AND SWORN to before me
this 21 date of September, 2007.

_Notary signature_
Notary Public           #54776
My Commission Expires at my death

2