# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO.  05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§ |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §<br>§ |

### JOINDER IN AND CONSENT TO REMOVAL BY BALBOA INSURANCE COMPANY AND MERITPLAN INSURANCE COMPANY

COME NOW Balboa Insurance Company ("Balboa") and Meritplan Insurance Company ("Meritplan"), defendants in the captioned proceeding, and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above caption action, and further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("First Amended Petition") on August 29, 2007.  Balboa was served with the First Amended Petition, through the

716985.1

1

Secretary of State, on September 5, 2007. Meritplan was served with the First Amended Petition, through the Secretary of State, on September 5, 2007. This joinder and consent is filed within thirty days after receipt by Balboa or Meritplan through service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

Balboa and Meritplan also each consent to the removal of this action by any other defendant filing a separate notice. Balboa and Meritplan each reserve the right to file a supplemental statement in support of Balboa's and Meritplan's respective right to have federal jurisdiction maintained over the claims asserted against Balboa and Meritplan.

Respectfully submitted this 21st day of September, 2007.

                **MCGLINCHEY STAFFORD, PLLC**

        /s/ Gerard E. Wimberly
        GERARD E. WIMBERLY, JR. (#13584) (T.A.)
        ANTHONY ROLLO ( # 01133)
        DANIEL T. PLUNKETT (# 21822)
        ANNE D. LEJEUNE  (# 24829)
        643 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 586-1200
        Facsimile: (504) 596-0377

        ATTORNEYS FOR DEFENDANTS, BALBOA
        INSURANCE COMPANY AND MERITPLAN
        INSURANCE COMPANY.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___21st___ day of September, 2007, I electronically filed the foregoing Joinder in and Consent to Removal by Balboa Insurance Company and Meritplan Insurance Company with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                      /s/ *Gerard E. Wimberly*  
                                                                       Gerard E. Wimberly, Jr.