UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Danny Rebecca, 06-4808 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The court has been advised by Scott Wolfe, counsel for plaintiffs, that the referenced case, Danny Rebecca, Inc. et al. v. Scottsdale Insurance Co., Civil Action No. 06-4808, has settled. Accordingly, **IT IS ORDERED** that the **Settlement Conference** previously set in this matter before me on September 26, 2007, is hereby CANCELLED.

New Orleans, Louisiana, this  21st  day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**