UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

## MOTION TO DISMISS

Comes now the defendant, the United States of America, through counsel of record, Donald W. Washington, the United States Attorney for the Western District of Louisiana and Assistant United States Attorney Jennifer B. Drago, and respectfully moves this Court to dismiss the Complaint pursuant to Fed.R.Civ.P. 12 (b) (1) for the reasons more fully explained in the Memorandum in Support of the Defendants' Motion to Dismiss.

Respectfully submitted,

DONALD W. WASHINGTON
United States Attorney

By:    s/JENNIFER B. DRAGO
JENNIFER B. DRAGO (#23633)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:  (337) 262-6897
Fax:          (337) 262-6693

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2007, I electronically filed the foregoing Motion to Dismiss, Memorandum in Support and Proposed Order with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                  s/JENNIFER B. DRAGO
                                                  JENNIFER B. DRAGO (23633)
                                                  Assistant United States Attorney
                                                  Western District of Louisiana