UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION |
| | § | NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § | JUDGE DUVAL |
| MRGO: 07-4608 | § § § | MAG. WILKINSON |

### Ex Parte Motion for Leave to Appear
### Pro Hac Vice

Plaintiff HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY moves, pursuant to Local Rule 82.2.6 to grant admission pro hac vice to Eilsa T. Gilbert, allowing her to appear as co-counsel in the captioned matter.

Elisa Gilbert is a member of the law firm of Gilbert & Gilbert, LLC in New York City.  The address of her firm is 350 Fifth Avenue, Suite 5615, New York, NY 10118-5615.  Ms. Gilbert is admitted to practice in, and is in good standing in, the Bar of the State of New York as shown in Exhibit A.  Her affidavit regarding the absence of criminal charges or disciplinary actions is attached as Exhibit B.  The requisite filing fee shall be submitted with this motion.

Respectfully submitted,

Ernest Svenson (No. 17164)
Svenson Law Firm
432 Henry Clay Ave.
New Orleans, LA 70118-5724

Tel: 504-208-5199
Fax: 504-324-0453

## <u>CERTIFICATE  OF SERVICE</u>

A copy of this motion will be served upon all counsel of record on this

date: September 24, 2007.

_____
Ernest E. Svenson