EXHIBIT "A"

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, David Spokony, Deputy Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ELISA TARA GILBERT

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 1st day of March, 1993 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 30, 2007

*[signature: David Spokony]*

Deputy Clerk

7389

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ENTERGY NEW ORLEANS, INC,** | - | **CIVIL ACTION NO.** |
| **ENTERGY LOUISIANA, L.L.C.,** | - | |
| **ENTERGY SERVICES, INC., ENTERGY** | - | |
| **CORPORATION, AND HARTFORD** | - | |
| **STEAM BOILER INSPECTION AND** | - | **SECTION** |
| **INSURANCE COMPANY** | - | |
| | - | **JUDGE DUVAL** |
| | - | |
| **VERSUS** | - | **MAGISTRATE NO.** |
| | - | |
| **THE UNITED STATES OF** | - | |
| **AMERICA** | - | |

## AFFIDAVIT OF ELISA T. GILBERT

STATE OF NEW YORK

COUNTY OF NEW YORK

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared ELISA T. GILBERT, who, after being duly sworn, did depose and state as follows:

1.   I am a member of the law firm of Gilbert & Gilbert, LLC, 350 Fifth Avenue, suite 5615 New York, NY 10118-5615.

2.   I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Plaintiff, Hartford Steam Boiler Inspection & Insurance Company ("HSB").

    3.    In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

    a.    That I have never had any disciplinary or criminal charges instituted against me.

    b.    That I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District o f Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

                                              Elisa T. Gilbert

SWORN TO and SUBSCRIBED this 27th day of August, 2007.

                                              Notary Public

VIVIENNE GILBERT
Notary Public, State of New York
No. 02GI6130163
Qualified in New York County
Commission Expires July 11, 20 09