UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br>PERTAINS TO:<br><br>MRGO: 07-4608<br>_____ | § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

## **ORDER**

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Elisa T. Gilbert is enrolled as co-counsel for HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY in the captioned matter.

_____
DISTRICT JUDGE