UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br><br> MRGO: 07-4608 | § § § § § § § § § § | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

### Ex Parte Motion for Leave to Appear Pro Hac Vice

Plaintiff HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY moves, pursuant to Local Rule 82.2.6 to grant admission pro hac vice to Brendan O'Brien, allowing him to appear as co-counsel in the captioned matter.

Brendan O'Brien is a member of the law firm of Gilbert & Gilbert, LLC in New York City.  The address of his firm is 350 Fifth Avenue, Suite 5615, New York, NY 10118-5615.  Mr. O'Brien is admitted to practice in, and is in good standing in, the Bar of the State of New York as shown in Exhibit A.  His affidavit regarding the absence of criminal charges or disciplinary actions is attached as Exhibit B.  The requisite filing fee shall be submitted with this motion.

Respectfully submitted,

Ernest Svenson (No. 17164)
Svenson Law Firm

-2-

>432 Henry Clay Ave.
>New Orleans, LA 70118-5724
>Tel: 504-208-5199
>Fax: 504-324-0453

## **CERTIFICATE OF SERVICE**

A copy of this motion will be served upon all counsel of record on this date: September 24, 2007.

_____
Ernest E. Svenson