# United States District Court

## EASTERN DISTRICT OF LOUISIANA

CHURCH MUTUAL INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-4543 "K" (2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

United States of America Army Corps of Engineers - U.S. Attorney General

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Sutterfield
Sutterfield & Webb, L.L.C.
650 Poydras Street, Suite 2715
New Orleans, LA  70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**     **August 28, 2007**
Clerk                               Date

B. Thigpin
(By) Deputy Clerk

RETURN

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | August 31, 2007 |
| Name of SERVER (PRINT) Lori M. Deforest | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail, Return Receipt Requested, on August 31, 2007, Article No. 70070220000412690006

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 18, 2007
              *Date*

*Signature of Server*
Sutterfield & Webb, LLC
650 Poydras Street, #2715
New Orleans, LA 70130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.