UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO:<br>LEVEE (07-4543)<br>MRGO (07-4543) | MAG. 2 (WILKINSON) |

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared: LORI M. DEFOREST, of the law firm Sutterfield and Webb, LLC, 650 Poydras Street, Suite 2750, New Orleans, Louisiana 70130, who after being duly sworn, said that on the 31st day of August, 2007, she served copies of the Summons and Complaint against the United States Army Corps of Engineers in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure,

by mailing the process to:  Attorney General Alberto Gonzalez,

5137 Robert F. Kennedy Building,

10th and Constitution Avenue, N.W.,

Washington, D. C  20530,

enclosed in an envelope deposited in the United States mail by certified mail, return receipt requested, on said date, properly addressed with sufficient postage affixed, and that she

1

received the certified domestic postal return receipt, attached hereto as Exhibit "A", indicating delivery of same.

_____
LORI M. DEFOREST

Sworn to and subscribed before me, Notary, this 18th day of September, 2007.

_____
NOTARY PUBLIC

SCOTT T. WINSTEAD
NOTARY PUBLIC
PARISH OF JEFFERSON, STATE OF LA.
MY COMMISSION IS ISSUED FOR LIFE
NOTARY # 64990

2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>SEP 0 5 2007 |
| 1. Article Addressed to:<br><br>Alberto Gonzales, US Attorney General<br>5137 Robert F. Kennedy Building<br>10th and Constitution Ave, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number *(Transfer from service la...)* | 7007 0220 0004 1269 0008 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



EXHIBIT A