# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| CHURCH MUTUAL INSURANCE COMPANY | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| THE UNITED STATES OF AMERICA AND THE UNITED STATES ARMY CORPS OF ENGINEERS | 07-4543<br>SECT. K MAG. 2 |

TO: THE UNITED STATES ARMY
CORPS OF ENGINEERS

Jim Letten, U.S. Attorney

500 Poydras Street, Room B210

New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Sutterfield
Sutterfield & Webb, L.L.C.
650 Poydras Street, Suite 2715
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                     DATE    AUG 28 2007
CLERK

B. Gregory
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | August 31, 2007 |
| Name of SERVER (PRINT)<br>Lori M. Deforest | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail, Return Receipt Requested, on August 31, 2007, Article No. 7003 1010 0002 0917 8869

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 18, 2007
                    Date

*Signature of Server*
Sutterfield & Webb, LLC
650 Poydras Street, #2715
New Orleans, LA 70130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.