UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO:<br>LEVEE (07-4543)<br>MRGO (07-4543) | MAG. 2 (WILKINSON) |

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared: LORI M. DEFOREST, of the law firm Sutterfield and Webb, LLC, 650 Poydras Street, Suite 2750, New Orleans, Louisiana 70130, who after being duly sworn, said that on the 31st day of August, 2007, she served copies of the Summons and Complaint against the United States Army Corps of Engineers in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure,

by mailing the process to:    Jim Letten, U. S. Attorney,

　　　　　　　　　　　　　　Eastern District of Louisiana,

　　　　　　　　　　　　　　500 Poydras Street, Room B210,

　　　　　　　　　　　　　　New Orleans, LA  70130,

enclosed in an envelope deposited in the United States mail by certified mail, return receipt requested, on said date, properly addressed with sufficient postage affixed, and that she

1

received the certified domestic postal return receipt, attached hereto as Exhibit "A", indicating delivery of same.

_____
LORI M. DEFOREST

Sworn to and subscribed before me,

Notary, this ___18th___ day of

September, 2007.

_____
NOTARY PUBLIC

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _S. DeJean_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _S. DeJean_  C. Date of Delivery _9/7/07_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Jim Letten, U.S. Attorney<br>Eastern District of LA<br>500 Poydras St, Room B210<br>New Orleans, LA 70130<br>Attn: Civil Process Clerk | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0002 0917 8869 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT A