UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | JUDGE DUVAL |
| PERTAINS TO:<br>LEVEE (07-4544)<br>MRGO (07-4544) | MAG. 2 (WILKINSON) |

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared: LORI M. DEFOREST, of the law firm Sutterfield and Webb, LLC, 650 Poydras Street, Suite 2750, New Orleans, Louisiana 70130, who after being duly sworn, said that on the 31st day of August, 2007, she served copies of the Summons and Complaint against the United States Army Corps of Engineers in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure,

by mailing the process to:     Department of the Army,

N. O. District, Corps of Engineers,

7400 Leake Avenue,

New Orleans, LA  70118,

enclosed in an envelope deposited in the United States mail by certified mail, return receipt requested, on said date, properly addressed with sufficient postage affixed, and that she

1

received the certified domestic postal return receipt, attached hereto as Exhibit "A", indicating delivery of same.

_____
**LORI M. DEFOREST**

Sworn to and subscribed before me, Notary, this 18th day of September, 2007.

_____
NOTARY PUBLIC

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Scanlon    C. Date of Delivery: Sep 16 |
| 1. Article Addressed to:<br><br>Department of the Army<br>New Orleans District, Corps of Engineers<br>7400 Leake Avenue<br>New Orleans, Louisiana 70118 | D. Is delivery address different from item 1? ☑ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0002 0917 8746 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT A

# United States District Court

## EASTERN DISTRICT OF LOUISIANA



CHURCH MUTUAL INSURANCE COMPANY

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-4544 "K" (2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

United States of America Army Corps of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James R. Sutterfield
Sutterfield & Webb, L.L.C.
650 Poydras Street, Suite 2715
New Orleans, LA   70130

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

*B. Gregory* (signature)
(By) Deputy Clerk

**August 28, 2007**
Date

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE August 31, 2007 |
| Name of SERVER (PRINT) Lori M. Deforest | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail, Return Receipt Requested, on August 31, 2007, Article No. 7003 1010 0002 0917 8746

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 18, 2007
                     Date

*Signature of Server*
Sutterfield & Webb, LLC
650 Poydras Street, #2715
New Orleans, LA  70130
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.