UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                 CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION
                                             SECTION "K"

                                             JUDGE DUVAL

PERTAINS TO:                                 MAG. 2 (WILKINSON)
LEVEE (07-4544)
MRGO (07-4544)

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared: LORI M. DEFOREST,

of the law firm Sutterfield and Webb, LLC, 650 Poydras Street, Suite 2750, New Orleans,

Louisiana 70130, who after being duly sworn, said that on the 31st day of August, 2007, she

served copies of the Summons and Complaint against the United States Army Corps of

Engineers in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure,

by mailing the process to:           Attorney General Alberto Gonzalez,

                                     5137 Robert F. Kennedy Building,

                                     10th and Constitution Avenue, N.W.,

                                     Washington, D.C. 20530,

enclosed in an envelope deposited in the United States mail by certified mail, return receipt

requested, on said date, properly addressed with sufficient postage affixed, and that she

1

received the certified domestic postal return receipt, attached hereto as Exhibit "A",

indicating delivery of same.

_____
**LORI M. DEFOREST**

Sworn to and subscribed before me,

Notary, this _____18th_____ day of

September, 2007.

_____
NOTARY PUBLIC

SCOTT T. WINSTEAD
NOTARY PUBLIC
PARISH OF JEFFERSON, STATE OF LA.
MY COMMISSION IS ISSUED FOR LIFE
NOTARY # 64990

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales, US Attorney General
5137 Robert F. Kennedy Building
10th and Constitution Ave, N.W.
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Emily Parkin*
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 0 5 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7003 1010 0002 0917 8753

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**EXHIBIT**
*A*