UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.    05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| ***ROAD HOME***:      ***Louisiana State***, | * | |
| C.A. No. 07-5528 | * | |
| | * | |

**JOINDER IN AND CONSENT TO
REMOVAL BY ELECTRIC INSURANCE COMPANY**

Electric Insurance Company ("Electric")[1] hereby joins in and consents to the Notice of Removal filed herein by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company. Electric, one of the defendants in this proceeding, consents to and joins in the removal with full reservation of its rights and defenses.

---

[1] Electric was, at the time of the filing of the Notice of Removal, and it is now, a corporation organized and existing under the laws of the State of Massachusetts with its principal place of business in the State of Massachusetts. Electric is informed and believes and thereupon alleges that each putative member of the plaintiff class who is an insured of Electric is diverse from Electric.

This consent and joinder has been filed within thirty (30) days of Electric's receipt, through service, of the Complaint.

Electric was first served with process in this action, consisting of a Citation and the original Petition, through the Louisiana Secretary of State's office, on August 28, 2007. ***See*** Exhibit A, attached hereto.[2]

Thereafter, Electric was served with a Citation and First Amended & Restated Class Action Petition through the Secretary of State on September 5, 2007. ***See*** Exhibit B, attached hereto.[3]

No other process has been served on Electric as of the date of this Consent.

This consent should be deemed to apply to any other Notice of Removal that may be filed herein by any other defendant.

---

[2] Exhibit A consists of a Citation concerning the original Class Action Petition addressed to Electric and of a Notice from the Secretary of State's office concerning service. The Notice from the Secretary of State's office to Electric concerning service is dated August 29, 2007. The Citation enclosed with the Secretary's Notice to Electric reflects that the date of service on the Secretary was August 28. Not attached to this pleading is the underlying Petition or Complaint served on Electric. The Complaint is attached to the Notice of Removal, as is the First Amended Petition.
[3] Exhibit B likewise consists of a Citation addressed to Electric with regard to the State's First Amended Petition and of a Notice to Electric concerning service of this process on the Secretary of State. This second Notice, which is dated September 6, 2007, also attaches a Citation. The Citation reflects that it was served on September 5, 2007 and that it concerned the plaintiffs' First Amended Class Action Petition.

Respectfully submitted,


_s/Alan Dean Weinberger_
Dominic J. Gianna, #6063
Alan Dean Weinberger # 13331
**MIDDLEBERG, RIDDLE & GIANNA**
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
***Attorneys for Electric Insurance Company***


## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing Joinder in and Consent to Removal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.


_s/Alan Dean Weinberger_


ND: 4840-1461-5041, v.  1