# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

8/29/07

**RECEIVED**

SEP  4 2007

BY:_____

ELECTRIC INSURANCE COMPANY
VIRGINIA A. MCCARTHY, CORPORATE SECRETARY
75 SAM FONZO DRIVE
BEVERLY, MA  01915-1692

SUIT NO: 078970
CIVIL DISTRICT COURT
PARISH OF ORLEANS

THE STATE OF LOUISIANA ET AL
vs
AAA INSURANCE ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State



Served on: JAY DARDENNE          Date:   8/28/07 at  3:00 PM
Served by: J BROWN               Title: DEPUTY SHERIFF

===========================================================================
Received      Number        Date      Paid By              Amount
                                                              .00

JN      No Charge
===========================================================================

# NO. 661254



ATTORNEY'S NAME:   Foti Jr, Charles   05784
AND ADDRESS:       2800 Gravier St,
                   New Orleans   LA 70119-7330

CIVIL DISTRICT COURT FOR THE PARISH OF ORLE
STATE OF LOUISIANA

NO:   2007 -- 08970        53

THE STATE OF LOUISIANA        ET AL VERSUS AAA INSURAN

## C I T A T I O N

TO:   ELECTRIC INSURANCE CO.

THROUGH:  THE SECRETARY OF STATE

SERVED
JAY DARI

AUG 2 8

BATON ROUGE              LA          SECRETARY
                                     COMMERCIA
YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES & DECLARATORY & INJUNCTIVE RELIEF

a certified copy of which accompanies this citation, or file an answer or other legal ple
this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, wi
service hereof under penalty of default

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                              ADDITIONAL INFORMATION
*    Legal assistance is advisable.  If you want a lawyer and can't find one, you may ca
*    Referral Service at 561- 8828.  This Referral Service operates in conjunction with tl
*    If you qualify, you may be entitled to free legal assistance through the New Orleans
*    may call 529 - 1000 for more information.
*    COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of th
the Parish of Orleans, State of LA _____August 24, 2007_____ .

Clerk's Office, Room 402, Civil Courts Building,          DAL
421 Loyola Avenue                                        The
New Orleans, LA                                          for t
                                                         Stat

                                                         by

---

SHERIFF'S RETURN
(for use of process servers only)