# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

9/06/07

ELECTRIC INSURANCE COMPANY
VIRGINIA A. MCCARTHY, CORPORATE SECRETARY
75 SAM FONZO DRIVE
BEVERLY, MA  01915-1692

RECEIVED

SEP 1 0 2007

BY:_____

SUIT NO: 20078970
CIVIL DISTRICT COURT
PARISH OF ORLEANS

THE STATE OF LOUISIANA, ETAL
vs
AAA INSURANCE COMPANY, ETAL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State



EXHIBIT
B

Served on: JAY DARDENNE
Served by: J. BROWN

Date:  9/05/07 at  3:00 PM
Title: DEPUTY SHERIFF

```
===================================================================
Received      Number        Date       Paid By             Amount
                                                             .00

CLO      No Charge
===================================================================
```

# NO. 662155



ATTORNEY'S NAME: Dudenhefer Jr, Frank  05117
AND ADDRESS:    416 Gravier St Alison House,
                New Orleans   LA  70130-2419

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2007 -- 08970    180                                                    SECTION: 12   -- H

THE STATE OF LOUISIANA    ET AL VERSUS AAA INSURANCE    ET AL

## CITATION

TO:   ELECTRIC INSURANCE CO.
THROUGH: THE SECRETARY OF STATE

BATON ROUGE          LA

SERVED ON
JAY DARDENNE
SEP 05 2007
SECRETARY OF STATE
COMMERCIAL DIVISION

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition,
FIRST AMENDED & RESTATED CLASS ACTION PETITION FOR DAMAGES & DECLARATORY & INJUNCTIVE RELIEF

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    August 30, 2007   .

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FIRST AMENDED & RESTATED CLASS ACTION PETITION FOR DAMAGES & DECLARATORY & INJUNCTIVE RELIEF | On this _____ day of _____ _____ served a copy of the w/i petition FIRST AMENDED & RESTATED CLASS ACTION PETITION FOR DAMAGES & DECLARATORY & INJUNCTIVE RELIEF |
| On ELECTRIC INSURANCE CO. | On ELECTRIC INSURANCE CO. |
| THROUGH: THE SECRETARY OF STATE | THROUGH: THE SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name |
| Returned same day | |