UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State* C.A. No. 07-5528 | * | MAGISTRATE WILKINSON |

JOINDER AND CONSENT TO REMOVAL BY
GUIDEONE MUTUAL INSURANCE COMPANY AND
GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY

**COME NOW** GuideOne Mutual Insurance Company and GuideOne Specialty Mutual Insurance Company (sometimes collectively referred to as "GuideOne"), defendants in the captioned proceeding, and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above captioned action, and further states as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. Both GuideOne companies were served, through the Secretary of State, on September 10, 2007. This joinder and consent is filed within thirty days after receipt by GuideOne through service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

GuideOne also consents to the removal of this action by any other defendant filing a separate notice. GuideOne reserves the right to file a supplemental statement in support of

GuideOne's right to have federal jurisdiction maintained over the claims asserted against GuideOne.

                                                Respectfully submitted,

                                                **DEGAN, BLANCHARD, & NASH**

                                                S/James A. Rowell
                                                Sidney W. Degan, III (#04804)
                                                James A. Rowell (#21393)
                                                400 Poydras Street, Suite 2600
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 529-3333
                                                Facsimile: (504) 529-3337

                                                *Attorneys for GuideOne Mutual Insurance Company and GuideOne Specialty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing this 24th day of September, 2007.

                                                S/James A. Rowell