UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE CASES | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR PROTECTIVE ORDER WITH UPDATED AFFIDAVIT RELATIVE TO STATE FARM'S MOTION TO QUASH DEPOSITION OF ALEXIS KING**

NOW INTO COURT, through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company ("State Farm"), pursuant to a prior Order of this Court, to respectfully move this Court for an Order of Leave allowing State Farm to submit the updated Affidavit of Joseph M. Hollomon as follows.

I.

The plaintiffs sought the deposition of a State Farm employee, Alexis King. State Farm moved this Court for a Protective Order precluding the deposition of Ms. King. On June 12,

2007, this Court issued an Order on State Farm's Motion for Protective Order wherein the Court quashed the deposition. (Rec Doc 5525-4).

II.

In the referenced Order, the Court also compelled State Farm to produce a supplemental affidavit from Ms. King's personal counsel attesting to whether the conditions that precluded Ms. King from testifying in this case remained.

III.

Accordingly, State Farm moves this Court for leave to file a supplemental affidavit from Joseph M. Hollomon, Ms. King's personal counsel, dated September 20, 2007 and attached hereto as Exhibit "A". Therein, Mr. Hollomon attests that pursuant to these inquiries and in particular discussions with the United States Attorney's Offices for the Central District of Mississippi on September 19, 2007, the status of Ms. King has not changed. Rather, the investigation is ongoing and, therefore, Mr. Hollomon would direct Ms. King to assert her Fifth Amendment right against self-incrimination should she be compelled to testify in these proceedings.

WHEREFORE, State Farm Fire and Casualty Company respectfully requests that this Court grant it leave to honor this Court's Order and provide the referenced updated affidavit from Alexis King's personal counsel, Joseph M. Hollomon, attesting that her status has not changed and further moves this Honorable Court to maintain the Order quashing the deposition of Ms. King.

Respectfully submitted:

/s/ David A. Strauss
DAVID A. STRAUSS #24665
LINDSAY A. LARSON, III #8053
CHRISTIAN A. GARBETT #26293

      ADAM P. MASSEY #29330
      SARAH R. SHANNAHAN #30957
      KING, LEBLANC AND BLAND, P.L.L.C.
      201 St. Charles Avenue, Suite 4500
      New Orleans, Louisiana 70170
      Telephone: (504) 582-3800
      Facsimile: (504) 582-1233
      Attorneys for State Farm Fire and Casualty Company
      dstrauss@klb-law.com
      llarson@klb-law.com
      cgarbett@klb-law.com
      amassey@klb-law.com
      sshannahan@klb-law.com

      /s/ Wayne J. Lee
Wayne J. Lee #7916
Stephen G. Bullock #3648
Sarah H. Barcellona #28080
  Of
STONE PIGMAN WALTHER WITTMANN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361


      /s/Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV #20746
JAMES ERIC JOHNSON #23800
BRYAN J. HAYDEL, JR. #27500
ELEANOR WEEKS WALL #299695
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone
(225) 383-79000 Facsimile
Attorneys for State Farm Fire and Casualty Company

## CERTIFICATE

    I hereby certify that a copy of the above and foregoing Motion to Quash Deposition of Alexis King and for Protective Order has been served upon all counsel of record by electronic

service through the Court's CM/ECF system and/or by electronic mail this 24th day of September, 2007.

                                                          /s/ David A. Strauss

S:\2900\STATE FARM ABADIE CASES\COMMON ISSUE DISCOVERY RE INSURANCE DEFENDANTS\ALEXIS KING DEPOSITION\MT FOR LEAVE TO SUPP MT FOR PROT ORDER.DOC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE CASES | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF HINDS

Before me, the undersigned authority, a Notary Public, duly commissioned and qualified in and for Hinds County, Mississippi, personally came and appeared

JOSEPH M. HOLLOMON

Who after being duly sworn, did depose and state, the following:

1.

I, Joseph M. Hollomon, am an attorney duly licensed and admitted to practice before all state and federal courts in the State of Mississippi. My law office is located at 107 North State Street, Jackson, Mississippi. My practice principally consists of representing clients in state and federal criminal matters, including ongoing investigations and grand jury proceedings. Prior to entering private practice in August of 1994, I served five (5) years as an Assistant District Attorney for the Tenth Circuit Court District of Mississippi, followed by eight (8) years of service as an Assistant United States Attorney for the Southern District of Mississippi.


EXHIBIT A

2.

At present, I represent Alexis "Lecky" King in connection with investigations now being conducted by the United States Attorney for the Southern District of Mississippi, the Attorney General of the State of Mississippi, and two Congressional subcommittees, all related to allegations of criminal misconduct allegedly by State Farm Fire and Casualty Company ("State Farm"), and other insurers and certain of their employees arising from their adjustment of insurance claims filed after Hurricane Katrina struck Louisiana and the Mississippi Gulf Coast in August, 2005. Alexis "Lecky" King is an employee of State Farm and was a catastrophe claims team manager assigned to work on claims in Mississippi resulting from Hurricane Katrina.

3.

To date, representatives of the United States Attorney for the Southern District of Mississippi have declined to give me binding assurances as to Ms. King's status other than to advise me that the federal investigation is ongoing.

4.

Previously, I was advised by a Special Assistant Attorney General for the State of Mississippi that Ms. King was a target of the criminal investigation being conducted by the Mississippi Attorney General. Although Attorney General Hood later informed State Farm that his investigation had been concluded, he has since been quoted in the news media indicating the contrary and he has also reinstituted a civil suit which was resolved at the same time that he made the statement that his criminal investigation had been closed.

5.

Based upon the foregoing, and other facts and law known to me, I hereby declare that if Ms. King is subpoenaed to testify at a deposition in the above referenced case, I will instruct her to

invoke her rights under the Fifth Amendment to the Constitution of the United States, and those rights as guaranteed by the Constitution of the State of Mississippi, and I fully expect her to follow my advice as she has in the past.

6.

As of September 19, 2007, the status of Ms. King has not changed. On the date counsel for Ms. King spoke with representatives of the United States Attorney's office for the Southern District of Mississippi and was advised that the investigation was ongoing and that Ms. King's status was unchanged from the time this affidavit was originally submitted.

_____
JOSEPH M. HOLLOMON, ESQUIRE

Sworn and subscribed to before me on this the 20th day of September, 2007.

_____
Notary Public