UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE CASES | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing:

IT IS HEREBY ORDERDED that State Farm Fire and Casualty Company be and his hereby granted leave to supplement its Motion for Protective Order;

IT IS FURTHER ORDERED that the deposition of Alexis King shall remain quashed.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
## JUDGE