UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE CASES | * * * * | |

*******************************************

**AFFIDAVIT**

STATE OF MISSISSIPPI

COUNTY OF HINDS

Before me, the undersigned authority, a Notary Public, duly commissioned and qualified in and for Hinds County, Mississippi, personally came and appeared

JOSEPH M. HOLLOMON

Who after being duly sworn, did depose and state, the following:

1.

I, Joseph M. Hollomon, am an attorney duly licensed and admitted to practice before all state and federal courts in the State of Mississippi. My law office is located at 107 North State Street, Jackson, Mississippi. My practice principally consists of representing clients in state and federal criminal matters, including ongoing investigations and grand jury proceedings. Prior to entering private practice in August of 1994, I served five (5) years as an Assistant District Attorney for the Tenth Circuit Court District of Mississippi, followed by eight (8) years of service as an Assistant United States Attorney for the Southern District of Mississippi.

2.

At present, I represent Alexis "Lecky" King in connection with investigations now being conducted by the United States Attorney for the Southern District of Mississippi, the Attorney General of the State of Mississippi, and two Congressional subcommittees, all related to allegations of criminal misconduct allegedly by State Farm Fire and Casualty Company ("State Farm"), and other insurers and certain of their employees arising from their adjustment of insurance claims filed after Hurricane Katrina struck Louisiana and the Mississippi Gulf Coast in August, 2005. Alexis "Lecky" King is an employee of State Farm and was a catastrophe claims team manager assigned to work on claims in Mississippi resulting from Hurricane Katrina.

3.

To date, representatives of the United States Attorney for the Southern District of Mississippi have declined to give me binding assurances as to Ms. King's status other than to advise me that the federal investigation is ongoing.

4.

Previously, I was advised by a Special Assistant Attorney General for the State of Mississippi that Ms. King was a target of the criminal investigation being conducted by the Mississippi Attorney General. Although Attorney General Hood later informed State Farm that his investigation had been concluded, he has since been quoted in the news media indicating the contrary and he has also reinstituted a civil suit which was resolved at the same time that he made the statement that his criminal investigation had been closed.

5.

Based upon the foregoing, and other facts and law known to me, I hereby declare that if Ms. King is subpoenaed to testify at a deposition in the above referenced case, I will instruct her to

invoke her rights under the Fifth Amendment to the Constitution of the United States, and those rights as guaranteed by the Constitution of the State of Mississippi, and I fully expect her to follow my advice as she has in the past.

6.

As of September 19, 2007, the status of Ms. King has not changed. On the date counsel for Ms. King spoke with representatives of the United States Attorney's office for the Southern District of Mississippi and was advised that the investigation was ongoing and that Ms. King's status was unchanged from the time this affidavit was originally submitted.

JOSEPH M. HOLLOMON, ESQUIRE

Sworn and subscribed to before me on

this the 20th day of September, 2007.

Notary Public