UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION § | NO.: 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKERSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| LEVEE: | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. § | | |
| (07-2771) | § | |

**C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S EX PARTE MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, C.R. Pittman Construction Company, Inc. (hereinafter, "CRPCCI"), who respectfully requests leave of court to file its First Supplemental and Amended Complaint as provided by Fed.R.Civ.P. 15(a). CRPCCI previously filed its First Supplemental and Amended Complaint on or about August 29, 2007 (R. Doc. 6937), wherein CRPCCI supplemented and amended its original Complaint by asserting additional claims against The United States of America, and, by further asserting that its administrative claim under the Federal Tort Claims Act and the Admiralty Extension Act was timely. CRPCCI filed its First Supplemental and Amended Complaint without leave of court pursuant to this Honorable Court's Order dated August 9, 2007 (R. Doc. 6937), wherein certain

1

"referenced parties" were granted authority to amend and/or supplement their respective complaints against the United States of America, without leave of court, by asserting a claim under the Federal Tort Claims Act and the Admiralty Extension Act.

Defendant, The United States of America, has not filed responsive pleadings in this matter and, therefore, pursuant to Fed.R.Civ.P. 15(a), CRPCCI may amend its Complaint without leave of court.  However, in an abundance of caution, CRPCCI seeks an Order from this Honorable Court declaring that CRPCCI be granted leave of court to amend its original Complaint and file its First Supplemental and Amended Complaint, thereby resulting in the allegations asserted in CRPCCI's First Supplemental and Amended Complaint to relate back to the date of its original Complaint pursuant to  Fed.R.Civ.P. 15(c)(1)(2).

                Respectfully submitted:

                _____
                GERALD A. MELCHIODE (#22525)
                jmelchiode@gjtbs.com
                WILLIAM J. PERRY (#19100)
                wperry@gjtbs.com
                GALLOWAY, JOHNSON, TOMPKINS,
                BURR & SMITH
                One Shell Square
                701 Poydras Street, 40TH Floor
                New Orleans, Louisiana 70139
                Telephone:  (504) 525-6802
                Facsimile:   (504) 525-2456
                COUNSEL FOR PLAINTIFF, C.R. PITTMAN
                CONSTRUCTION COMPANY, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of same will be mailed to all non-CM/ECF participating counsel.

_____