UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | § § § § | **CIVIL ACTION** **NO.: 05-4182 "K"(2)** **JUDGE DUVAL** **MAG. WILKERSON** |
| **PERTAINS TO:** **LEVEE:** **C.R. PITTMAN CONSTRUCTION COMPANY, INC.** **(07-2771)** | § § § § § § | |

**ORDER GRANTING C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S EX PARTE MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

Considering C.R. Pittman Construction Company, Inc.'s Motion for Leave to File First Supplemental and Amended Complaint (hereinafter "the Motion"):

**IT IS ORDERED** that the Motion is **GRANTED;** and

**IT IS FURTHER ORDERED** that C.R. Pittman Construction Company, Inc. is hereby **GRANTED** leave to file its First Supplemental and Amended Complaint against defendant, The United States of America.

New Orleans, Louisiana this ____ day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana