## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re:   **KATRINA CANAL BREACHES**          §
        **CONSOLIDATED LITIGATION**      §
                                §          **CIVIL ACTION NO.:  05-4182**
                                §
_____ §          **JUDGE DUVAL**
                                §
                                §          **MAG. WILKINSON**
**PERTAINS TO:**                                  §
**LEVEE      (07-4944)**                      §
_____ §

<u>**NOTICE OF DISMISSAL**</u>

    **NOW INTO COURT**, comes plaintiff Eugene Radcliff, appearing through undersigned

counsel, and hereby files this Notice of Dismissal Pursuant to Federal Rule of Civil Procedure

41(a)(1). Plaintiff Eugene Radcliff hereby dismisses all defendants <u>except</u> the United States of

America and the

```
ERROR: syntaxerror
OFFENDING COMMAND: --nostringval--

STACK:
```