UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **KATRINA CANAL BREACHES** §<br>        **CONSOLIDATED LITIGATION** §<br>        §<br>        §<br>_____ §<br>        §<br>        §<br>        §<br>**PERTAINS TO:**                   §<br>**LEVEE    (07-4944)**      §<br>_____ § | **CIVIL ACTION NO.: 05-4182**<br><br>**JUDGE DUVAL**<br><br>**MAG. WILKINSON** |

**NOTICE OF DISMISSAL**

     **NOW INTO COURT**, comes plaintiff Eugene Radcliff, appearing through undersigned counsel, and hereby files this Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff Eugene Radcliff hereby dismisses all defendants <u>except</u> the United States of America and the United States Army Corps of Engineers in the above-entitled action. Plaintiff Eugene Radcliff explicitly retains all rights against and continues to assert all allegations made against the United States of America and the Corps of Engineers, but dismisses all claims made against the following: The Board of Commissioners of the Orleans Levee District, The Sewerage and Water Board of New Orleans, The Board of Commissioners of the East Jefferson Levee District, The Board of Commissioners of the Port of New Orleans, CSX Transportation, Inc., CSX Corporation, Public Belt Railroad Commission for the City of New Orleans, St. Paul Fire and Marine Insurance Company, National Union Fire Insurance Company of Pittsburgh, and the Southeast Louisiana Flood Protection Authority – East. Plaintiff avers that none of the above

referenced defendants has filed an answer or motion for summary judgment in this matter. All plaintiffs except Eugene Radcliff hereby reserve and preserve all allegations as previously alleged against all defendants.

Respectfully submitted:

/s/ Jonathan B. Womack
DAVID V. BATT, #2849
JONATHAN B. WOMACK, #30801
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 25 day of September 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic mail.

/s/ Jonathan B. Womack
Jonathan B. Womack