UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182
PERTAINS TO: 07-1687 (DAVIS)
**********************************************************************

## STIPULATION OF DISMISSAL

On Motion of plaintiff, Clarence Davis, herein appearing through undersigned counsel of record, and on suggesting to the Court that this matter has been fully compromised and settled and, therefore, should be dismissed with full prejudice and as to all plaintiff's rights herein, each party to bear its own costs. The parties request the case be marked as administratively closed per a partial settlement agreement and release entered into by the parties but certain rights were reserved pending appeals on certain legal issues. The case can be closed but without prejudice in accordance with the partial settlement agreement and release.

Respectfully submitted:

_____
Pat Kehoe, Esq. (Bar Roll No. _____)
833 Barrone Street
New Orleans, LA 70113
Phone: (504) 588-1110

CERTIFICATE OF SERVICE

I hereby certify that on Sept. 17th, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

_____
Pat Kehoe