UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*         05-5724 | * | |
| *Lagarde v. Lafarge*          06-5342 | * | JUDGE |
| *Perry v. Ingram*                06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*             06-7516 | * | |
| *Parfait Family v. USA*      07-3500 | * | MAG. |
| *Lafarge v. USA*                  07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MOTION FOR ENLARGEMENT OF BARGE CLASS CERTIFICATION DEADLINES**

Now come Lawrence D. Wiedemann, Patrick J. Sanders, and Brian A. Gilbert, interim putative class counsel for plaintiffs known as Group A, additionally seeking PSLC committee and liason counsel designation herein, who, upon suggesting to the Court that ongoing proceedings in *In Re Ingram Barge Company*, etc., et al, 05-4410 c/w 06-3313 create schedule demands and conflicts irreconcilable with this Court's class certification schedule contained in Case Management Order No. 5, and for reasons expressed in the accompanying memorandum, movers seek enlargement of deadlines for class certification.  Movers additionally seek an expedited hearing, oral argument, and a status-scheduling conference concerning these matters via separate motions filed contemporaneously herewith.

It is so moved.

Respectfully Submitted by

Counsel for Group A,

**WIEDEMANN & WIEDEMANN**

\s\Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

And

\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 25 day of September, 2007.

\s\Brian A. Gilbert