UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*       06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**MOTION FOR EXPEDITED HEARING OF**
**MOTION FOR ENLARGEMENT OF BARGE CLASS CERTIFICATION DEADLINES**

Movers have filed a Motion for Enlargement of Barge Class Certification Deadlines, and have noticed hearing of same for October 10, 2007, in accord with the Court's normal rule docketing procedures.  However, movers seek extension of deadlines beginning on October 30, 2007, the deadline for submission of BARGE plaintiffs' motion for class certification.  In light of the impact the Court's decision will have on time-critical matters and other ongoing activities as described in movers' Memorandum In Support of Motion for Enlargement of Barge Class Certification Deadlines, undersigned seek expedited hearing of the said motion.

It is so moved.

                                                  Respectfully Submitted by
                                                  Counsel for Group A,

**WIEDEMANN & WIEDEMANN**

\s\Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

And

\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 25 day of September, 2007.

\s\Brian A. Gilbert