UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*       05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*          06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*       06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*           07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

**NOTICE OF AND ORDER FOR EXPEDITED HEARING OF
MOTION FOR ENLARGEMENT OF BARGE CLASS CERTIFICATION DEADLINES**

Considering movers' Motion for Expedited Hearing of Motion for Enlargement of Barge Class Certification Deadlines, as well as the considerations expressed in movers' Motion for Enlargement of Barge Certification Deadlines, the Court, having found that expedited hearing is appropriate, hereby ORDERS that hearing of the Motion for Enlargement of Barge Certification Deadlines is hereby set and noticed for _____ o'clock on the _____ day of _____, 2007 before the Hon. Mag. Joseph C. Wilkinson, Jr., United States District Court, Room B421.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 25 day of September, 2007.

\s\Brian A. Gilbert