UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE | * * * * | NO. 05-4182 and consolidated cases |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*    05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*         06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

## ORDER FOR ORAL ARGUMENT AT HEARING OF MOTION FOR ENLARGEMENT OF BARGE CLASS CERTIFICATION DEADLINES

Considering movers' Request for Oral Argument, it is hereby ordered that oral argument shall be heard relative to hearing of the Motion for Expedited Hearing of Motion for Enlargement of Barge Class Certification Deadlines.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
HON. JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 25 day of September, 2007.

\s\Brian A. Gilbert