## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*     05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*    06-5342 | * | JUDGE |
| *Perry v. Ingram*       06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * | |
| *Parfait Family v. USA* 07-3500 | * | MAG. |
| *Lafarge v. USA*        07-5178 | * | JOSEPH C. WILKINSON, JR. |
| | * | |

### ORDER FOR STATUS/SCHEDULING CONFERENCE CONCERNING ISSUES CONTAINED IN MOTION FOR ENLARGEMENT OF BARGE CLASS CERTIFICATION DEADLINES

Considering BARGE plaintiffs' Motion for Status/Scheduling Conference Concerning Issues Contained in Motion for Enlargement of Barge Class Certification Deadlines, it is hereby ORDERED that counsel for parties in the BARGE litigation group appear for and attend a status-scheduling conference before the Hon. _____, at _____ o'clock on the _____ day of _____, 2007.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
MAG. JOSEPH C. WILKINSON, JR.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via ECF Upload, U.S. Mail, first class postage prepaid and properly addressed, and/or via facsimile and/or electronic mail, this 25 day of September, 2007.

                                        \s\Brian A. Gilbert