UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO: ROAD HOME<br>*Louisiana State* C.A. No. 07-5528 | MAGISTRATE WILKINSON |

### JOINDER IN AND CONSENT TO REMOVAL BY SECURITY PLAN FIRE INSURANCE COMPANY

**NOW COMES** Security Plan Fire Insurance Company (hereinafter "Security Plan"), defendant in the captioned proceeding, and hereby consents to and joins in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of American, and Encompass Property and Casualty Company filed in the above captioned action, and further states as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. Security Plan was served with the original Petition for Damages through the Secretary of State on August 28, 2007. The First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief was not served on Security Plan until September 5, 2007. This joinder and consent is filed within thirty (30) days after receipt by Security Plan through service or otherwise of a copy of the petition in this action and within thirty (30) days after receipt by service or otherwise of the petition by any other defendant.

Security Plan also consents to the removal of this action by any other defendant filing a separate notice. Security Plan reserves the right to file a supplemental statement in support of Security Plan's right to have federal jurisdiction maintained over the claims asserted against Security Plan.

Respectfully submitted,

HUVAL VEAZEY FELDER & AERTKER, L.L.C.

BY:     /S/ THOMAS H. HUVAL
THOMAS H. HUVAL (La. Bar No. 21725)
Stephen C. Aertker, Jr. (La. Bar No. 24929)
Christian A. Shofstahl (La. Bar No. 27080)
532 East Boston Street
Covington, Louisiana 70433
Telephone:    (985) 809-3800
Facsimile:     (985) 809-3801
thuval@hvfa-law.com
**Attorneys for Security Plan Fire Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 25, 2007**, I electronically filed the foregoing Joinder in and Consent to Removal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.

     /S/ THOMAS H. HUVAL