UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

## NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

| | | |
|---|---|---|
| EDN-218-000000001 | to | EDN-218-000000207; |
| EDP-216-000000001 | to | EDP-216-000000001; |
| EDP-217-000000001 | to | EDP-217-000003850. |

In addition, the United States has issued a replacement disc for disc number KC086, which contained documents subject to an assertion of privilege via the Court's "Clawback" Order (Doc. Rec. No. 5183). KC086 was produced in Doc. Rec. No. 6944, and privilege was asserted on the inadvertently released documents in Doc. Rec. No. 7331. The replacement CD, KC086R, contains all documents produced in Doc. Rec. No. 6944 except for the privileged documents.

This Notice of Production is respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: September 25, 2007

## **CERTIFICATE OF SERVICE**

      I, Paul Marc Levine, hereby certify that on September 25, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF:

                                            s/ Paul Marc Levine
                                      PAUL MARC LEVINE