**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDN | 218 | EDN-218-000000001 | EDN-218-000000207 | USACE;ERDC | Blaise Grden | KC218 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 216 | EDP-216-000000001 | EDP-216-000000001 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000000001 | EDP-217-000000497 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000000498 | EDP-217-000000500 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000000501 | EDP-217-000000603 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000000604 | EDP-217-000000604 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000000605 | EDP-217-000000618 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000000619 | EDP-217-000000619 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000000620 | EDP-217-000000713 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000000714 | EDP-217-000000758 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000000759 | EDP-217-000000771 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000000772 | EDP-217-000000855 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000000856 | EDP-217-000000933 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000000934 | EDP-217-000000969 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000000970 | EDP-217-000000985 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000000986 | EDP-217-000001035 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000001036 | EDP-217-000001041 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000001042 | EDP-217-000001149 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000001150 | EDP-217-000001165 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000001166 | EDP-217-000001347 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000001348 | EDP-217-000001354 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000001355 | EDP-217-000001404 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000001405 | EDP-217-000001426 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000001427 | EDP-217-000001464 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000001465 | EDP-217-000001479 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000001480 | EDP-217-000001748 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000001749 | EDP-217-000001798 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000001799 | EDP-217-000001817 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000001818 | EDP-217-000001847 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000001848 | EDP-217-000002111 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000002112 | EDP-217-000002132 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000002133 | EDP-217-000002149 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000002150 | EDP-217-000002156 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000002157 | EDP-217-000002204 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000002205 | EDP-217-000002213 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000002214 | EDP-217-000002325 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000002326 | EDP-217-000002327 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000002328 | EDP-217-000002338 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000002339 | EDP-217-000002341 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000002342 | EDP-217-000002465 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000002466 | EDP-217-000002476 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000002477 | EDP-217-000002501 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000002502 | EDP-217-000002688 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000002689 | EDP-217-000002846 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000002847 | EDP-217-000002862 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| EDP | 217 | EDP-217-000002863 | EDP-217-000003158 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000003159 | EDP-217-000003578 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |
| EDP | 217 | EDP-217-000003579 | EDP-217-000003579 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| EDP | 217 | EDP-217-000003580 | EDP-217-000003850 | USACE;ERDC | Blaise Grden | KC219 | 9/25/2007 | Class-Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Material |