UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>JUDGE: |
| PERTAINS TO: ROAD HOME<br>*Louisiana State C.A. No.: 07-5528* | *<br>*<br>* | STANWOOD R. DUVAL, JR.<br><br>SECTION "K" |
| | *<br>*<br>*<br>* | MAGISTRATE:<br>JOSEPH C. WILKINSON, JR.<br><br>MAG (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT TO REMOVAL AND JOINDER TO REMOVAL

Defendants, **LAFAYETTE INSURANCE COMPANY (LAFAYETTE), UNITED FIRE AND CASUALTY COMPANY (UNITED CASUALTY) AND UNITED FIRE AND INDEMNITY COMPANY (UNITED INDEMNITY)**, within thirty days after receipt of service of the Petition by any defendant, consents to, concurs, and joins in the removal of the above-captioned case by any other defendant filing a separate Notice of Removal including the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above caption matter. Lafayette, Untied Casualty and United Indemnity also consent to and join in any other Notice of Removal or any Supplemental Grounds for removal filed by any defendant in this matter.

Respectfully submitted,

**BERNARD, CASSISA, ELLIOTT & DAVIS**
A Professional Law Corporation

BY:    *s/Howard B. Kaplan*
        **HOWARD B. KAPLAN (#14414)**
        **STEPHEN N. ELLIOTT (#5326)**
        **DAVID M. MCDONALD (#30625)**
        **WILLIAM D. O'REGAN, IV (#29730)**
        1615 Metairie Road
        P.O. Box 55490
        Metairie, LA  70055-5490
        Telephone:  (504) 834-2612

*AND*

**WILLIAM J. WEGMANN, JR. (13317)**
110 Veterans Memorial Blvd., Suite 440
Metairie, LA   70005
Telephone:     (504) 833-3800

**COUNSEL FOR,**
**LAFAYETTE INSURANCE COMPANY,**
**UNITED FIRE AND INDEMNITY COMPANY,**
**AND UNITED FIRE GROUP**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 25th day of September, 2007.

        *s/Howard B. Kaplan*
        **HOWARD B. KAPLAN (#14414)**

S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\STATE OF LOUISIANA\Pleadings\Lafayette\consent for removal usdc 09 25 07 (F).wpd

2