UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | PERTAINING TO |
| | * | <u>CASE NO. 06-9151</u> |
| | * | |
| | * | SECTION    "K" |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

<u>**MOTION TO DISMISS DEFENDANTS,
BOH BROTHERS CONSTRUCTION CO., LLC, B&K CONSTRUCTION COMPANY, INC., EUSTIS ENGINEERING COMPANY, INC., JAMES CONSTRUCTION GROUP, LLC, MODJESKI AND MASTERS, INC.,  STATE OF LOUISIANA THROUGH DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT ("DOTD"), VIRGINIA WRECKING COMPANY, INC. AND WASHINGTON GROUP INTERNATIONAL, INC.
WITHOUT PREJUDICE**</u>

NOW INTO COURT, through undersigned counsel, come plaintiffs, Kenneth Jones and Lori James-Jones (hereinafter "Plaintiffs") who move this Court to dismiss all of the claims against the following  defendants without prejudice:

Boh Brothers Construction Co., LLC
B&K Construction Company, Inc.
Eustis Engineering Company, Inc.
James Construction Group, LLC
Modjeski and Masters, Inc.

1

State of Louisiana through Department of Transportation and Development ("DOTD")
VIRGINIA Wrecking Company, Inc.
Washington Group International, Inc.

Respectfully submitted,

/s/David A. Binegar
Paul C. Miniclier, Esq. (Bar #17062)
David A. Binegar, Esq. (Bar #26603)
LAW OFFICE OF PAUL C. MINICLIER
1305 Dublin Street
New Orleans, Louisiana 70018
Telephone: (504) 864-1276
Attorneys for plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage pre-paid, this 25th day of September, 2007.

/s/David A. Binegar

50204-001/pldgs/mtn to dismiss b&k, et al