# PUBLIC ASSISTANCE PROJECTS IN NOMA UNDER ALTERNATIVE ARRANGEMENTS AS OF JULY 10, 2006
## PERMANENT SCHOOLS

| Parish | 7/10 PW# | Ver# | Damage Category Code | Project Title | Project Type | Description | Amt Elig | Obligated |
|---|---|---|---|---|---|---|---|---|
| Jefferson | 2552 | 0 | E - Public Buildings | EJE0040 GRAND ISLE SCHOOL | schools | repair school elevator | $10,166.96 | Yes |
| Jefferson | 4091 | 0 | E - Public Buildings | EJE0071 JOHN CLANCY ELEMENTARY - BUILDING 30 | schools | repair/restore flooring, ceiling, drywall, and gla | $18,025.00 | Yes |
| Jefferson | 8221 | 0 | E - Public Buildings | WEST BANK HEAD START CLASSROOM WING F | schools | restore facility to pre-disaster condition | $184,026.76 | Yes |
| Jefferson | 8384 | 0 | E - Public Buildings | EJE0145 DECKBAR ELEMENTARY SCHOOL | schools | repair wind and wind-driven rain damage to sc | $4,442.00 | Yes |
| Jefferson | 8430 | 0 | E - Public Buildings | EJE0143 - GRAND ISLE SCHOOL - PORTABLE CLASS | schools | replace portable classroom building | $73,875.00 | Yes |
| Jefferson | 8431 | 0 | E - Public Buildings | EJE0140 WAGGAMAN SPECIAL SCHOOL | schools | restore the 5 buildings to their pre-disaster co | $7,701.92 | Yes |
| Jefferson | 8570 | 0 | E - Public Buildings | EJE0138 UPPER/MIDDLE, GYM & RILEY CNTR BUILDI | schools | All elements necessary to restore the facility t | $0.00 | Unsure |
| Jefferson | 9206 | 0 | E - Public Buildings | GRETNA HEAD START - CLASSROOM TRAILER | schools | replace the classroom trailer | $101,051.25 | Yes |
| Jefferson | 9545 | 0 | E - Public Buildings | EJE0165 ST. VILLE ELEMENTARY SCHOOL | schools | repair damages caused by wind and wind-driv | $0.00 | Yes |
| Jefferson | 10232 | 0 | E - Public Buildings | EJE0189-L.W. HIGGINS HIGH SCHOOL | schools | repair damage to school | $253,262.83 | Yes |
| Jefferson | 11256 | 0 | E - Public Buildings | EOE0221 BUILDINGS #1 AND #2 FIRE PROTECTION | schools | installation of sprinkler system in compliance | $0.00 | Yes |
| Jefferson | 11433 | 0 | E - Public Buildings | ROSETHORNE GYMNASIUM AND HEAD START CENT | schools | repair gymnasium and head start center to pre | $139,000.00 | Yes |
| Orleans | 5887 | 0 | E - Public Buildings | EOR0235 CARVER SENIOR HIGH SCHOOL MODULAR | schools | remove and dispose of modular classrooms a | $71,106.44 | Yes |
| Orleans | 6401 | 0 | E - Public Buildings | EOR0274 WEST BANK BURSARS OFFICE CONTENTS | schools | restore applicant to pre-disaster condition and | $4,194.98 | Unsure |
| Orleans | 6444 | 0 | E - Public Buildings | EOR0273 GENERAL CLASSROOM 8 CONTENTS | schools | restore applicant to pre-disaster condition and | $160,828.78 | Unsure |
| Orleans | 8083 | 0 | E - Public Buildings | EOR 0357 ST PAUL'S EPISCOPAL SCHOOL | schools | restore the building to its pre-disaster conditio | $309,588.89 | Yes |
| Orleans | 8319 | 0 | E - Public Buildings | LUSHER ELEMENTARY/MIDDLE SCHOOL | schools | remove and replace computers and printers, i | $76,200.85 | Yes |
| Orleans | 8750 | 0 | E - Public Buildings | EOR0591JOSEPH HARDIN ELEMENTARY SCHOOL M | schools | remove and legally dispose of buildings, clear | $295,994.76 | Yes |
| Orleans | 8805 | 0 | G - Recreational or O | EOR0616 KIRSCH-ROONEY STADIUM OUTFIELD FEN | schools | all elements necessary to replace the destroy | $12,539.00 | Yes |
| Orleans | 8830 | 0 | E - Public Buildings | EOR0642 - ST PAUL EPISCOPAL SCHOOL - BUILDING | schools | replace the structure with the lowest floor rais | $22,266.70 | Yes |
| Orleans | 8863 | 0 | E - Public Buildings | EOR0643 ST. PAUL'S EPISCOPAL SCHOOL--BUILDIN | schools | Based on the repair costs exceeding 50% of t | $0.00 | Yes |
| Orleans | 8960 | 0 | E - Public Buildings | EOR0632/HENSON HALL | schools | Remove and dispose of the remaining damag | $0.00 | Yes |
| Orleans | 8976 | 0 | E - Public Buildings | EOR0633 HOWARD HALL | schools | Remove and dispose of the remaining damag | $143,555.94 | Yes |
| Orleans | 9095 | 0 | E - Public Buildings | EOR0604 JOHN MCDONOGH SENIOR HIGH SCHOOL | schools | restore gymnasium to pre-disaster condition | $51,113.40 | Yes |
| Orleans | 9120 | 0 | E - Public Buildings | EOR0614-PHYLLIS WHEATLEY ELEMENTARY SCHOO | schools | remove and legally dispose of buildings, clear | $303,428.64 | Yes |
| Orleans | 9440 | 0 | E - Public Buildings | EOR0654 PERMANENT BUILDING REPAIRS - DENT H | schools | remove roof, install insulation board over dech | $0.00 | Yes |
| Orleans | 9468 | 0 | E - Public Buildings | EOR0740 MCDONOGH #32 ELEMENTARY SCHOOL | schools | repair disaster related damages resulting from | $171,975.75 | Yes |
| Orleans | 9501 | 0 | E - Public Buildings | EOR0757 ST. MARY'S ACADEMY-BUS GARAGE | schools | replace the building to pre-Katrina condition | $362,490.00 | Yes |
| Orleans | 9616 | 0 | E - Public Buildings | EOR0784 VILLAGE DE L'EST ELEMENTARY SCHOOL | schools | repair damage from hurricane force winds and | $13,592.11 | Yes |
| Orleans | 9681 | 0 | E - Public Buildings | EOR0471 GORDON ELEM. SCHOOL | schools | restore Gordon Elementary to its pre-disaster | $494,340.60 | Yes |
| Orleans | 9692 | 0 | E - Public Buildings | EOR0785VILLAGE DE L'EST ELEMENTARY SCHOOL | schools | repair disaster related damages resulting from | $2,898.29 | Yes |
| Orleans | 9723 | 0 | E - Public Buildings | MECHANICAL EQUIPMENT HOUSE OF STUDIES | schools | repair or replace mechanical equipment in the | $117,721.30 | Unsure |
| Orleans | 9744 | 0 | E - Public Buildings | EOR0973 MECHANICAL EQUIPMENT STUDENT CENT | schools | repair or replace mechanical equipment in the | $0.00 | Yes |
| Orleans | 9779 | 0 | E - Public Buildings | EOR0974 XAVIER UNIVERSITY BLDG. #87 | schools | remediate mold growth and repaint walls, den | $22,092.80 | Yes |
| Orleans | 9783 | 0 | E - Public Buildings | EOR0985 - XAVIER UNIVERSITY-BUILDINGS 56 & 65 | schools | remove and replace damaged components, c | $6,437.55 | Yes |

EXHIBIT C

| Parish | ID | Category | Type | Project ID | Description | Sector | Work | Amount | Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| Orleans | 9783 | O | E - Public Buildings | EOR0985 - XAVIER UNIVERSITY-BUILDINGS 56 & 65 | | schools | remove and replace damaged components, c | $6,437.55 | Yes |
| Orleans | 9892 | O | E - Public Buildings | EOR0948 JOHN W. HOFFMAN ES-BUILDING E | | schools | repair wind and flood damage | $44,328.00 | Yes |
| Orleans | 9929 | O | E - Public Buildings | BUILDING 98- PERMANENT REPAIRS | | schools | restore facility to pre-disaster condition | $5,224.43 | Yes |
| Orleans | 10459 | O | F - Public Utilities | EOR0881-ELECTRICITY DISTRIBUTION SYSTEM | | schools | removing and disposing of damaged compone | $2,167,948.04 | Yes |
| Orleans | 10467 | O | E - Public Buildings | EOR1042 JOHN W. HOFFMAN ES -BUILDING F | | schools | repair flood damaged facility | $68,196.15 | Yes |
| Orleans | 10474 | O | E - Public Buildings | EOR1120 COUNSELING CENTER (BLDG 15) | | schools | restore the counseling center roof to its pre-di | $2,459.62 | Yes |
| Orleans | 10493 | O | E - Public Buildings | EOR1121 UNIVERSITY HEALTH SERVICES (BLDG 85) | | schools | restore roof to pre-disaster condition and func | $1,225.22 | Yes |
| Orleans | 10510 | O | E - Public Buildings | EOR1122 BUILDINGS #1 AND #2 | | schools | restore damaged areas to pre-disaster conditi | $319,091.69 | Yes |
| Orleans | 10562 | O | E - Public Buildings | EOR1122 BUILDINGS #1 AND #2 | | schools | restore damaged areas to pre-disaster conditi | $631,252.00 | Yes |
| Orleans | 11231 | O | E - Public Buildings | EOR1050 LITTLE WOODS ELEMENTARY SCHOOL - B | | schools | replace buildings A and B | $319,091.69 | Yes |
| Orleans | 12076 | O | E - Public Buildings | EOR1186 ST. MARY'S ACADEMY - STUDENT UNION | | schools | demolish the student co-op building and use f | $315,118.00 | Yes |
| Plaquemines | 6420 | O | E - Public Buildings | PLAQUEMINES PARISH ALTERNATIVE EQUIPMENT TO COLLEGE O | | schools | damaged mechanical equipment was identifie | $458,741.11 | Yes |
| Plaquemines | 8371 | O | E - Public Buildings | EOR1562 MECHANICAL EQUIPMENT TO COLLEGE O | | schools | rebuild the structure in an in-kind manner | $2,645,133.00 | Yes |
| Plaquemines | 8419 | O | E - Public Buildings | EPL0063 PORT SULPHUR HIGH SCHOOL - JR. HIGH S | | schools | replacement of Port Sulphur Junior High Scho | $1,209,101.14 | Unsure |
| Plaquemines | 8465 | O | E - Public Buildings | EPL0054 PORT SULPHUR HIGH SCHOOL - ELEMENTA | | schools | replacement of the Port Sulphur elementary s | $1,753,340.33 | Unsure |
| Plaquemines | 8552 | O | E - Public Buildings | EPL0062 PORT SULPHUR HS- TEACHERS 7-UNIT BU | | schools | replace teachers housing building | $492,930.00 | Yes |
| Plaquemines | 8589 | O | G - Recreational or O | EPL0056 PLAQUEMINES PARISH ALTERNATIVE SCH | | schools | replace light posts, lights on metal and wood | $37,531.00 | Unsure |
| Plaquemines | 8661 | O | E - Public Buildings | EPL0059 BOOTHVILLE-VENICE:3 ONSITE TEACHER A | | schools | demolish and dispose of three existing white | $141,582.00 | Yes |
| Plaquemines | 9360 | O | E - Public Buildings | EPL0065 - BVHS OFF SITE 9 - UNIT TEACHER'S APAR | | schools | restore the buildings to their pre-storm conditi | $160,987.61 | Yes |
| Plaquemines | 9499 | O | E - Public Buildings | EPL0064 20-UNIT OFFSITE APARTMENT COMPLEX-B | | schools | repair or replace to pre-disaster design functi | $969,765.00 | Yes |
| Plaquemines | 11249 | O | E - Public Buildings | EPL0068 2-UNIT WHITE HOUSE AT PSHS | | schools | demolish and dispose of one residential struc | $54,480.70 | Yes |
| Plaquemines | 11260 | O | E - Public Buildings | EPL0067 PORT SULPHUR HS- TEACHERS 1-STORY B | | schools | demolish and dispose of one 4,416 sq. ft. resi | $314,917.00 | Yes |
| Plaquemines | 3230 | O | E - Public Buildings | EPL0058 OFFSITE COTTAGE FOR BOOTHVILLE-VENI | | schools | full replacement of existing building with mitig | $122,688.00 | Yes |
| St. Bernard | 5374 | O | E - Public Buildings | JJ DAVIES ELEMENTARY SCHOOL (WATER DAMAGE | | schools | repair/replace all damaged components and a | $12,283,395.00 | Yes |
| St. Bernard | 7166 | O | E - Public Buildings | ESB0059;SEBASTIEN ROY ELEMENTARY SCHOOL | | schools | full replacement of existing building with mitig | $486,830.00 | Yes |
| St. Bernard | 8403 | O | E - Public Buildings | ESB0074-W. SMITH JR. ELEMENTARY SCHOOL (FLOO | | schools | full replacement of existing gymnasium buildin | $9,649,997.00 | Yes |
| St. Bernard | 8486 | O | E - Public Buildings | ESB0082 W. SMITH JR. ELEMENTARY SCHOOL GYMN | | schools | replacement at current location with mitigation | $1,997,849.00 | Yes |
| St. Bernard | 9490 | O | G - Recreational or O | ESB0088 TRANSPORTATION, MAINTENANCE, STORA | | schools | full replacement of damaged light poles | $3,441,001.00 | Yes |
| St. Bernard | 9546 | O | G - Recreational or O | ESB0090 CHALMETTE H.S. LIGHT POLES AT FOOTBA | | schools | full replacement of damaged light poles | $711,961.00 | Yes |
| St. Bernard | 9559 | O | E - Public Buildings | ESB0092 ST. BERNARD HIGH SCHOOL LIGHT POLES | | schools | repair of wind and flood damage to restore the | $258,797.00 | Yes |
| St. Bernard | 11387 | O | E - Public Buildings | ESB0098 CHALMETTE HIGH SCHOOL ATHLETIC STAD | | schools | any remaining demolition and all repairs/replac | $201,604.00 | Yes |
| St. Bernard | 11514 | O | E - Public Buildings | ESB0111 - CHALMETTE MIDDLE SCHOOL | | schools | repair of all damaged components and assem | $7,556,294.00 | Yes |
| St. Bernard | 11586 | O | G - Recreational or O | ESB0108 ST. BERNARD HIGH SCHOOL | | schools | repair, repair, or restore as appropriate the d | $5,530,710.00 | Yes |
| St. Bernard | 11648 | O | E - Public Buildings | ESB0125 SEBASTIAN ROY ELEMENTARY SCHOOL - O | | schools | complete repair of damages caused to existin | $22,423.69 | Yes |
| St. Bernard | 11781 | O | E - Public Buildings | ESB0128 NP TRIST MIDDLE SCHOOL (FLOOD DAMAG | | schools | repair facility to pre-disaster condition and fun | $7,438,196.00 | Yes |
| St. Bernard | 11930 | O | E - Public Buildings | ESB 0143 ST BERNARD HS FOOTBALL STADIUM CON | | schools | repair damaged elements of facility | $2,216,988.61 | Yes |
| St. Charles | 2580 | O | E - Public Buildings | ESB0126 J.F. GAUTHIER SCHOOL K-5 | | schools | | $129,285.00 | Yes |
| St. Charles | 2692 | O | E - Public Buildings | ESC0022 EUAL J. LANDRY ALTERNATIVE CENTER - B | | classrooms | | $17,063.61 | Yes |
| St. John the Baptist | 4348 | O | E - Public Buildings | ESC0020 LULING ELEMENTARY SCHOOL | | schools | repair/replacement/reconstruction of science d | $19,528.23 | Yes |
| St. John the Baptist | 4348 | O | E - Public Buildings | ESC0017 - EAST ST JOHN HIGH SCHOOL | | schools | hazard mitigation proposal to fasten roof to m | $152,061.43 | Yes |

| Parish | PW# | Ver# | Damage Category Code | Project Title | | |
|---|---|---|---|---|---|---|
| St. John the Baptist | 4348 | 0 | E - Public Buildings | ES0O0017 - EAST ST. JOHN HIGH SCHOOL | schools | replace telecenter in admin office | $16,852.50 | Yes |
| St. Tammany | 5539 | 0 | E - Public Buildings | EST0072 JUNIOR HIGH SCHOOL: PORTABLES 107 AN | schools | repair the two portable classroom units to thei | $11,772.95 | Yes |
| St. Tammany | 7965 | 0 | E - Public Buildings | EST0085 MADISONVILLE JUNIOR HIGH SCHOOL - SP | schools | demo and replace composite flooring, insulati | $8,509.10 | Yes |
| St. Tammany | 8508 | 0 | E - Public Buildings | EST0121 WOODLAKE ELEMENTARY SCHOOL - PORT | schools | repair damages to portable 10, breezeways, a | $22,562.00 | Yes |
| St. Tammany | 9168 | 0 | E - Public Buildings | EST0159 MANDEVILLE ELEMENTARY SCHOOL | schools | restore school to pre-disaster condition | $14,890.36 | Yes |
| St. Tammany | 10567 | 0 | E - Public Buildings | EST0214 SALMAN HS-DEMOLITION OF DAMAGED BU | schools | demolish existing buildings and clear the site | $382,000.00 | Yes |
| St. Tammany | 11014 | 0 | E - Public Buildings | EST0208 RELOCATION OF CONTENTS FROM TEMP T | schools | relocation of the contents from the temporary | $330,347.23 | Yes |
| St. Tammany | 11518 | 0 | E - Public Buildings | EST0201 SALMEN HS - CONTENTS REPLACEMENT | schools | replace contents of flooded school buildings. | $2,850,528.89 | Yes |

Source: NEMIS

### Legend

| Parish | The parish where the facility is located |
|---|---|
| PW# | The project worksheet number (as entered in NEMIS) |
| Ver# | The version of the project worksheet that the information in the table comes from |
| Damage Category Code | The Public Assistance category of work which this project falls under (categories A-G) |
| Project Title | The name given to the project |
| Project Type | The type of critical infrastructure which has been impacted |
| Description | A breif description of the work which is to be performed |
| Amt. Elig. | The amount of money that the work which is eligible for Public Assistance funding |
| % Comp. | The percentage of work which has been completed |
| Latitude | The latitude of the proposed project |
| Longitude | The longitude of the proposed project |
| Status | Whether the project has been obligated |
| Date Obligated | If the project has been obligated, the date which it was obligated |
| Applicant Name | The name of the applicant |
| PNP | This question determines whether the applicant is a private non-profit |
| PNP Type | If the applicant is a private non-profit, this category describes what type it is |
| Address Line 1 | The address of the applicant |
| Zip Code | The zip code of the applicant |

| % Comp. | Lattitude | Longitude | Status | Date Obligated | Applicant Name | PNP | PNP Type | Address Line 1 | Zip Code | Cond Chg | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 29.22657 | -90.00661 | Obligated | 3/2/2006 0:17 | JEFFERSON PARISH P | No | #EMPTY | 4600 RIVER ROAD | 70072 | COMPLET | JPKE014 |
| 0 | 29.59659 | -90.13937 | Obligated | 4/18/2006 13:34 | JEFFERSON PARISH P | No | #EMPTY | 4600 RIVER ROAD | 70072 | □ | JPKE015 |
| 0 | 29.88918 | -90.11066 | Not_obligate |  | JEFFERSON PARISH (PARISH) | No | #EMPTY | #EMPTY | 70053 | COST | WSTBHSF |
| 13 | 29.96824 | -90.15016 | Obligated | 6/19/2006 20:58 | JEFFERSON PARISH P | No | #EMPTY | 4600 RIVER ROAD | 70072 | COMPLET | JPKE063 |
| 0 | 29.22657 | -90.00661 | Not_obligate |  | JEFFERSON PARISH P | No | #EMPTY | 4600 RIVER ROAD | 70072 | ATTACHE | JPKE056 |
| 0 | 29.92463 | -90.21842 | Not_obligate |  | JEFFERSON PARISH P | No | #EMPTY | 4600 RIVER ROAD | 70072 | COMPLET | JPKE038 |
| 100 | 29.96241 | -90.13239 | Not_obligate |  | METAIRIE PARK COUNT | Yes | Educational | 300 PARK ROAD | 70005 | REFERRA | MPS06 |
| 0 | 29.8898 | -90.01777 | Not_obligate |  | JEFFERSON (PARISH) | No | #EMPTY | #EMPTY | 70053 | ESTIMATE | GRTNHS2 |
| 0 | 29.89617 | -90.07357 | Not_obligate |  | JEFFERSON PARISH P | No | #EMPTY | 4600 RIVER ROAD | 70072 | HAZARD | JPKE107 |
| 2 | 29.88348 | -90.12912 | Not_obligate |  | JEFFERSON PARISH P | No | #EMPTY | 4600 RIVER ROAD | 70072 | N | JPKE069 |
| 0 | 29.9747 | -90.14626 | Not_obligate |  | CELEBRATION CHRIST | Yes | Other Non-Profit ( | 2001 AIRLINE DR | 70001 | IS "NON- | CCS6 |
| 50 | 29.76021 | -90.10215 | Not_obligate |  | JEFFERSON (PARISH) | No | #EMPTY | #EMPTY | 70053 | WINDS | JPRTE01 |
| 0 | 29.99488 | -90.03621 | Obligated | 5/26/2006 0:18 | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | TO BE | 1.60E+02 |
| 0 | 29.9432 | -90.02288 | Obligated | 6/19/2006 20:58 | DELGADO COMM COLL | No | #EMPTY | 501 CITY PARK AVEN | 70119 | TO BE | 137/13E |
| 0 | 29.98759 | -90.10292 | Obligated | 6/23/2006 15:34 | DELGADO COMM COLL | No | #EMPTY | 501 CITY PARK AVEN | 70119 | TO BE | 003/15EC |
| 0 | 30.00356 | -90.10773 | Not_obligate |  | SAINT PAUL'S EPISCOP | Yes | Educational | 6249 CANAL BLVD | 70124 | THE APP | SPES-10 |
| 0 | 29.94421 | -90.13251 | Obligated | 6/19/2006 20:58 | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | REMOVE | 079XE1 |
| 0 | 29.97235 | -90.00378 | Obligated | 6/19/2006 20:58 | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | SCOPE OF | 5.40E+12 |
| 100 | 29.987319 | -90.10682 | Not_obligate |  | DELGADO COMM COLL | No | #EMPTY | 501 CITY PARK AVEN | 70119 | SCOPE OF | FENCE2 |
| 0 | 30.00356 | -90.10773 | Not_obligate |  | SAINT PAUL'S EPISCOP | Yes | Educational | 6249 CANAL BLVD | 70124 | TO BE | SPES15 |
| 5 | 30.00356 | -90.10773 | Not_obligate |  | DILLARD UNIVERSITY | Yes | Educational | 2601 GENTILLY BOULE | 70122 | PW | SPES16 |
| 5 | 29.59735 | -90.04016 | Not_obligate |  | DILLARD UNIVERSITY | Yes | Educational | 2601 GENTILLY BOULE | 70122 | THE | HEN-E |
| 5 | 29.59799 | -90.03936 | Not_obligate |  | DILLARD UNIVERSITY | Yes | Educational | 2601 GENTILLY BOULE | 70122 | 04/28/2006 | HOW-E |
| 0 | 29.97345 | -90.07766 | Not_obligate |  | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | FOLLOWIN | 9.50E+03 |
| 0 | 29.96933 | -90.07751 | Not_obligate |  | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | WORK TO | 1.25E+07 |
| 0 | 29.59735 | -90.03869 | Not_obligate |  | DILLARD UNIVERSITY | Yes | Educational | 2601 GENTILLY BOULE | 70122 | TO BE | DEN-E2 |
| 8 | 29.94341 | -90.04804 | Not_obligate |  | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | CERTAIN | 8.70E+02 |
| 0 | 30.01536 | -90.00852 | Not_obligate |  | ST MARY'S ACADEMY | Yes | Educational | 6901 CHIEF MENTEUR | 70126 | MARY'S | SMA032 |
| 0 | 30.03998 | -89.92413 | Not_obligate |  | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | SCOPE OF | 013B3 |
| 0 | 30.02055 | -90.07284 | Not_obligate |  | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | SCOPE OF | O49E1 |
| 0 | 30.03998 | -89.92413 | Not_obligate |  | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | SCOPE OF | 013B4 |
| 100 | 29.99458 | -90.10628 | Not_obligate |  | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | COMPLET | MECHL01 |
| 30 | 29.96507 | -90.10636 | Not_obligate |  | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | COMPLET | MECH-L09 |
| 0 | 29.96456 | -90.10911 | Not_obligate |  | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | TO BE | XU87E1 |
| 0 | 29.961137 | -90.10335 | Not_obligate |  | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | ORDER TO | XU56E1 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 29.96215 | -90.10465 | Not_obligate | #EMPTY | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | COMPLET | XU56E1 |
| 0 | 29.94452 | -90.09535 | Not_obligate | #EMPTY | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | TO BE | 5.90E+06 |
| 0 | 29.96395 | -90.10374 | Not_obligate | #EMPTY | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | TO BE | XU98E1 |
| 1 | 29.59726 | -90.039 | Not_obligate | #EMPTY | DILLARD UNIVERSITY | Yes | Educational | 2601 GENTILLY BOUL | 70122 | COMPLET | ELE-F |
| 0 | 29.94452 | -90.09535 | Not_obligate | #EMPTY | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | OF | 5.90E+07 |
| 0 | 29.96357 | -90.1062 | Not_obligate | #EMPTY | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | TO | ROOF15 |
| 0 | 29.96262 | -90.1055 | Not_obligate | #EMPTY | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | □ | ROOF85 |
| 0 | 29.96403 | -90.10745 | Not_obligate | #EMPTY | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | TO | FNISH12 |
| 0 | 29.96399 | -90.10676 | Not_obligate | #EMPTY | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | THE | FNISH12 |
| 0 | 30.04749 | -89.97824 | Not_obligate | #EMPTY | ORLEANS PARISH SCH | No | #EMPTY | 1201 NORTH THIRD S | 70804 | BE | 7.50E+02 |
| 0 | 30.01536 | -90.00852 | Not_obligate | #EMPTY | ST MARY'S ACADEMY | Yes | Educational | 6901 CHEF MENTEUR | 70126 | ST. | SMA020 |
| 100 | 29.96496 | -90.10687 | Not_obligate | #EMPTY | XAVIER UNIVERSITY O | Yes | Educational | ONE DREXEL DRIVE | 70125 | COMPLET | MECHLO2 |
| 0 | 29.5005 | -89.71706 | Obligated | 6/14/2006 17:12 | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | ON A | ALT-1S |
| 0 | 29.47804 | -89.69469 | Not_obligate | #EMPTY | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | PW IS FOR | PHS-43S |
| 0 | 29.47725 | -89.69495 | Not_obligate | #EMPTY | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | TO BE | PHS-40S |
| 10 | 29.47927 | -89.69528 | Not_obligate | #EMPTY | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | FEMA PO | AP-PS3S |
| 0 | 29.5005 | -89.71706 | Obligated | 6/23/2006 15:34 | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | ESTIMATE | ALT-1G |
| 0 | 29.3365 | -89.4073 | Obligated | 7/6/2006 23:54 | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | FEMA PO | AP-BV3S |
| 0 | #EMPTY | #EMPTY | Obligated | 6/23/2006 15:34 | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | TIME OF | AP-BV2S |
| 0 | 29.36885 | -89.57677 | Obligated | 6/23/2006 15:34 | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | THE TIME | AP-BA1S |
| 0 | 29.47873 | -89.69478 | Not_obligate | #EMPTY | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | FEMA PO | AP-PS5S |
| 0 | 29.47852 | -89.69495 | Not_obligate | #EMPTY | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | PO HAS | AP-PS4S |
| 0 | 29.33883 | -89.41428 | Not_obligate | #EMPTY | PLAQUEMINES PARISH | No | #EMPTY | 557 F. EDWARD HEBE | 70037 | PO HAS | AP-BV1S |
| 0 | 29.93815 | -89.92339 | Not_obligate | #EMPTY | PLAQUEMINES PARISH | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | WORK TO | BP-060E |
| 0 | 29.84677 | -89.76409 | Obligated | 5/18/2006 23:05 | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | SCOPE | BP036E |
| 0 | 29.87326 | -89.87446 | Obligated | 6/14/2006 17:12 | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | TO BE | BP-072E |
| 0 | 29.89191 | -89.89847 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | SCOPE OF | BP-127E |
| 0 | 29.972 | -89.99886 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | BUILDING | BP-080E |
| 0 | 29.93646 | -89.965 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | BE | BP-027G |
| 0 | 29.87328 | -89.87368 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | BE | BP-043G |
| 9 | 29.93826 | -89.9529 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | SCOPE OF | BP126E |
| 0 | 29.94714 | -89.9767 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | ARE FOUR | BP-020E |
| 0 | 29.87328 | -89.87368 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | FOR ST. | BP-044E |
| 0 | 29.8444 | -89.76465 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | TIME OF | BP-038G |
| 0 | 29.92836 | -89.92573 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | BE | BP016E |
| 0 | 29.87043 | -89.88889 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | THIS | BP-310E |
| 0 | 29.87328 | -89.87368 | Not_obligate | #EMPTY | ST BERNARD PARISH S | No | #EMPTY | 200 E. ST. BERNARD H | 70043 | ADDRESS | BP-032E |
| 0 | 29.96481 | -90.40682 | Obligated | 3/2/2006 21:30 | ST CHARLES PARISH P | No | #EMPTY | 13855 RIVER RD | 70070 | TO BE | SCEJLAE |
| 0 | 29.92214 | -90.36696 | Obligated | 6/14/2006 17:12 | ST CHARLES PARISH P | No | #EMPTY | 13855 RIVER RD | 70070 | WORK TO | SCLESAE |
| 0 | 30.07958 | -90.53209 | Obligated | 4/5/2006 22:10 | ST JOHN THE BAPTIST | No | #EMPTY | 118 WEST 10TH STRE | 70084 | COMPLET | SJKE02 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 30.07886 | -90.53256 | Obligated | 4/5/2006 22:10 | ST JOHN THE BAPTIST | No | #EMPTY | 1118 WEST 10TH STRE | 70084 | COMPLET | SJKE02 |
| 5 | 30.6374 | -90.2075 | Obligated | 7/6/2006 23:54 | ST TAMMANY PARISH S | No | #EMPTY | 212 WEST 17TH AVEN | 70434 | COMPLET | EFE126D |
| 26 | 30.41179 | -90.15943 | Obligated | 7/6/2006 23:54 | ST TAMMANY PARISH S | No | #EMPTY | 212 WEST 17TH AVEN | 70434 | COMPLET | EFE074B |
| 50 | 30.35674 | -90.0589 | Obligated | 5/26/2006 0:18 | ST TAMMANY PARISH S | No | #EMPTY | 212 WEST 17TH AVEN | 70434 | COMPLET | EFE166A |
| 99 | 30.36757 | -90.08088 | Obligated | 6/23/2006 15:34 | ST TAMMANY PARISH S | No | #EMPTY | 212 WEST 17TH AVEN | 70434 | COMPLET | EFE141 |
| 0 | 30.24887 | -89.79022 | Not_obligate | #EMPTY | ST TAMMANY PARISH S | No | #EMPTY | 212 WEST 17TH AVEN | 70434 | DEMOLISH | EFE031A |
| 0 | 30.24887 | -89.79022 | Not_obligate | #EMPTY | ST TAMMANY PARISH S | No | #EMPTY | 212 WEST 17TH AVEN | 70434 | BE | EFE035A |
| 0 | 30.24887 | -89.79022 | Not_obligate | #EMPTY | ST TAMMANY PARISH S | No | #EMPTY | 212 WEST 17TH AVEN | 70434 | BE | EFE034A |