UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO:  ROAD HOME | * | JUDGE DUVAL |
| *Louisiana State* C.A. No. 07-5528 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | MAGISTRATE WILKINSON |

### JOINDER IN AND CONSENT TO REMOVAL BY SHELTER MUTUAL INSURANCE COMPANY AND SHELTER GENERAL INSURANCE COMPANY

Shelter Mutual Insurance Company and Shelter General Insurance Company (sometimes collectively referred to as "Shelter"), defendants in the captioned proceeding, through undersigned counsel, hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the captioned action, and further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.  Shelter Mutual was served, through the Secretary of State, on August 28, 2007.  Shelter General was

served, through the Secretary of State, on September 5, 2007.  This joinder and consent is filed within thirty days after receipt by Shelter through service or otherwise of a copy of the petition in this class action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

    Shelter also consents to the removal of this action by any other defendant filing a separate notice.  Shelter reserves its right to file a supplemental statement in support of its right to have federal jurisdiction maintained over the claims asserted against it.

    Respectfully submitted,

_____
Thomas R. Blum (Bar No. 3170) (T.A.)
Thomas J. Fischer (Bar No. 5576)
M. Davis Ready (Bar No. 24616)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3000
Telephone:  (504) 569-2030
Telecopier:  (504) 569-2999

Attorneys for Shelter Mutual Insurance Company
and Shelter General Insurance Company

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 25th day of September, 2007.

_____
Thomas R. Blum (Bar No. 3170) (T.A.)
Thomas J. Fischer (Bar No. 5576)
M. Davis Ready (Bar No. 24616)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3000
Telephone:  (504) 569-2030
Telecopier:  (504) 569-2999

Attorneys for Shelter Mutual Insurance Company
and Shelter General Insurance Company

N:\DATA\M\31402001\Pleadings\Joinder and Consent to Removal.wpd