**HOMEOWNERS**
**HO 01 17 09 00**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SPECIAL PROVISIONS – LOUISIANA

**SECTION I – PROPERTY COVERAGES**

**COVERAGE C – PERSONAL PROPERTY**

**SPECIAL LIMITS OF LIABILITY**

Items **10.** and **11.** are deleted and replaced by the following:

10. $1,000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

   **a.** Accessories or antennas; or

   **b.** Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this Item **10.**

11. $1,000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

   **a.** Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

   **b.** Is away from the "residence premises"; and

   **c.** Is used at any time or in any manner for any "business" purpose.

   Electronic apparatus includes:

   **a.** Accessories and antennas; or

   **b.** Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this Item **11.**

**PROPERTY NOT COVERED**

Item **3.b.** is deleted and replaced by the following:

3. Motor vehicles or all other motorized land conveyances. This includes:

   **b.** Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

   **(1)** Accessories or antennas; or

   **(2)** Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this Item **3.b.**

   The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   **a.** Used to service an "insured's" residence; or

   **b.** Designed for assisting the handicapped;

**COVERAGE D – LOSS OF USE**

Item **1.** is deleted and replaced by the following:

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**ADDITIONAL COVERAGES**

2. **Reasonable Repairs** is deleted and replaced by the following:

2. **Reasonable Repairs**

   We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.

9. **Glass or Safety Glazing Material** is deleted and replaced by the following:

9. **Glass Or Safety Glazing Material**

   **a.** We cover:

   **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

    (2) The breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

    (3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

  **b.** This coverage does not include loss:

    (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

    (2) On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in **a.(2)** above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this Additional Coverage **9.** will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

For Forms **HO 00 01** and **HO 00 08,** we will pay up to $100 for loss under this coverage.

This coverage does not increase the limit of liability that applies to the damaged property.

(This is Additional Coverage **8.** in Forms **HO 00 01** and **HO 00 08.**)

The following Additional Coverage is added to all forms except **HO 00 08.** With respect to Form **HO 00 04,** the words 'covered building' used below, refer to property covered under Additional Coverage **10.** Building Additions And Alterations.

**11. Ordinance Or Law**

  **a.** You may use up to 10% of the limit of liability that applies to Coverage **A** (or for Form **HO 00 04,** you may use up to 10% of the limit of liability that applies to Building Additions And Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

    (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

    (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

    (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

  **b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.** above.

  **c.** We do not cover:

    (1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

    (2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is Additional Coverage **10.** in Forms **HO 00 01** and **HO 00 06.**)

Copyright, Insurance Services Office, Inc., 2000

## SECTION I – EXCLUSIONS

1. **Ordinance or Law** is deleted and replaced by the following:

1. Ordinance Or Law, meaning any ordinance or law:

   **a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion **1.a.** does not apply to the amount of coverage that may be provided for under Additional Coverages, Glass Or Safety Glazing Material or Ordinance Or Law;

   **b.** The requirements of which result in a loss in value to property; or

   **c.** Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   This exclusion applies whether or not the property has been physically damaged.

   (This is Exclusion **1.a.** in Form **HO 00 03**.)

2. **Earth Movement** is deleted and replaced by the following:

2. Earth Movement, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

   **a.** Fire; or

   **b.** Explosion;

   ensues and then we will pay only for the ensuing loss.

   (This is Exclusion **1.b.** in Form **HO 00 03**.)

4. **Power Failure** is deleted and replaced by the following:

4. Power Failure, meaning the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure of power or other utility service results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss or damage caused by that Peril Insured Against.

   (This is Exclusion **1.d.** in Form **HO 00 03**.)

8. **Intentional Loss** is deleted and replaced by the following:

8. Intentional Loss, meaning any loss arising out of any act committed:

   **a.** By you or at your direction; and

   **b.** With the intent to cause a loss.

   (This is Item **1.h.** in Form **HO 00 03**.)

## SECTION I – CONDITIONS

3. **Loss Settlement**

   Under Form **HO 00 06,** Item **b.(2)** is deleted and replaced by the following:

   **(2)** If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

10. **Loss Payment** is deleted and replaced by the following:

10. Loss Payment

    We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and:

    **a.** Reach an agreement with you;

    **b.** There is an entry of final judgment; or

    **c.** There is a filing of an appraisal award with us.

12. **Mortgage Clause**

    The following sentence is deleted:

    If the policy is cancelled or not renewed by us, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

    The following sentences are added to replace the above:

    If this policy is cancelled by us, the mortgagee will be notified:

    **a.** At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

    **b.** At least 20 days before the date cancellation takes effect if we cancel for any other reason.

    If the policy is not renewed by us, the mortgagee will be notified at least 10 days before the date nonrenewal takes effect.

## SECTION II – LIABILITY COVERAGES

Under Coverage **E** – Personal Liability Item **1.** is deleted and replaced by the following:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable; and

## SECTION II – EXCLUSIONS

Under **1. Coverage E – Personal Liability** and **Coverage F – Medical Payments To Others,** Item **a.** is deleted and replaced by the following:

**a.** Which is expected or intended by one or more "insureds";

## SECTIONS I AND II – CONDITIONS

**2. Concealment or Fraud** is deleted and replaced by the following:

**2. Concealment Or Fraud**

**a.** Under Section I – Property Coverages, with respect to all "insureds" covered under this policy, we provide no coverage for loss under Section I – Property Coverages if, whether before or after a loss, one or more "insureds" have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

**b.** Under Section II – Liability Coverages, we do not provide coverage to one or more "insureds" who, whether before or after a loss, have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

**5. Cancellation**

Paragraphs **b., c.** and **d.** are deleted and replaced by the following:

**b.** The following applies with respect to premium payments due on new and renewal policies, including installment payments:

(1) If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs **(2)** and **(3)** below.

(2) We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

(3) The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

**c.** The following applies if **b.** above does not apply.

We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 20 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item **c.(5)** below, we may cancel:

(a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of:

(a) More than one year; or

(b) Three years or less;

we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

(5) When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:

(a) If you have committed fraud;

Copyright, Insurance Services Office, Inc., 2000

**(b)** If the insured risk has undergone a material change;

**(c)** If you have filed two or more claims within three years; or

**(d)** If the continuation of this policy endangers our solvency.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**d.** If this policy is cancelled, we will return any premium refund due, subject to Paragraphs **(1)**, **(2)** and **(3)** below. The cancellation will be effective even if we have not made or offered a refund.

**(1)** If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect.

**(2)** If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you unless **(3)** below applies.

**(3)** If we cancel based on Paragraph **b.** above, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in **b.(3).** If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

**6. Nonrenewal** is deleted and replaced by the following:

**6. Nonrenewal**

**a.** We may elect not to renew this policy, subject to the provisions of Paragraphs **b.** and **c.** below. We may do so by delivering to you or mailing to you at your mailing address shown in the Declaration, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**b.** If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

**(1)** When you have not paid the premium;

**(2)** If you have committed fraud;

**(3)** If the insured risk has undergone a substantial change;

**(4)** If you have filed two or more claims within three years; or

**(5)** If the continuation of this policy endangers our solvency.

**c.** We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

All other provisions of this policy apply.

HOMEOWNERS
HO 04 90 04 91

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## PERSONAL PROPERTY REPLACEMENT COST

**SECTION I**

For an additional premium, covered losses to the following property are settled at replacement cost at the time of loss:

  **a.** Coverage C – Personal Property;

  **b.** If covered in this policy, awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings.

Personal Property Replacement Cost coverage will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy:

  **a.** Jewelry;

  **b.** Furs and garments trimmed with fur or consisting principally of fur;

  **c.** Cameras, projection machines, films and related articles of equipment;

  **d.** Musical equipment and related articles of equipment;

  **e.** Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewelry; and

  **f.** Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost coverage will not apply to other classes of property separately described and specifically insured.

**1. PROPERTY NOT ELIGIBLE**

Property listed below is not eligible for replacement cost settlement.  Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

  **a.** Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

  **b.** Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.

  **c.** Articles not maintained in good or workable condition.

  **d.** Articles that are outdated or obsolete and are stored or not being used.

**2. REPLACEMENT COST**

The following loss settlement procedure applies to all property insured under this endorsement:

  **a.** We will pay no more than the least of the following amounts:

    **(1)** Replacement cost at the time of loss without deduction for depreciation;

    **(2)** The full cost of repair at the time of loss;

    **(3)** The limit of liability that applies to Coverage C, if applicable;

    **(4)** Any applicable special limits of liability stated in this policy; or

    **(5)** For loss to any item separately described and specifically insured in this policy, the limit of liability that applies to the item.

  **b.** When the replacement cost for the entire loss under this endorsement is more than $500, we will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is complete.

  **c.** You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability in accordance with this endorsement.

All other provisions of this policy apply.

HOMEOWNERS
HO 04 96 04 91

## <u>NO</u> SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## <u>LIMITED</u> SECTION I – PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II – Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II – Exclusions;

2. Does not provide Section I – Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C – Special Limits of Liability – item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form **HO  00  08.**);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C – Special Limits of Liability – item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.** (Items **9.**, **10.** and **11.** correspond to items **6.**, **7.** and **8.** respectively in Form **HO 00 08.**)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

POLICY NUMBER:

**HOMEOWNERS
HO 05 80 05 97**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL
### AND
### LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGES
### ALL FORMS EXCEPT FORMS HO 00 04 AND HO 00 06

### SCHEDULE*

| | | |
|---|---|---|
| For the credit given or the premium charged, the coverage provided by this endorsement and the applicable Limits of Liability shown in this Schedule apply. These limits of liability apply to the total of all loss, damage or expense payable under this endorsement, regardless of the number of locations insured under this endorsement and listed in this Schedule. | | |
| **1.** | **Aggregate Limited Lead And Escaped Liquid Fuel Liability Limit Of Liability** | $50,000 |
| **2.** | **Property Remediation For Escaped Liquid Fuel Limit Of Liability**<br><br>This **Property Remediation For Escaped Liquid Fuel Limit Of Liability** applies to the "residence premises" as defined in Paragraphs **a.**, **b.** or **c.** of Definition **8.** "Residence premises" in this endorsement and any of the following locations as defined in Paragraph **d.** of Definition **8.** "Residence premises": | $10,000 |

\* Entries may be left blank if shown elsewhere in this policy for this coverage.

**A.  Definitions**

The definitions applying to the policy form, other than Definition **8.** "Residence premises", apply to this endorsement. Definition **8.** "Residence premises" is amended and Definitions **9.** through **11.** are added only with respect to the coverage provided by this endorsement.

**8.**  "Residence premises" means:

   **a.**  The one family dwelling, other structures, and grounds where you reside;

   **b.**  That part of any other building where you reside; or

   **c.**  A two family dwelling where you reside in at least one of the family units;

and which is shown as the "residence premises" in the Declarations; and

   **d.**  Any location shown in the Schedule of this endorsement.

**9.**  "Covered real property". The following applies only to the **Section I – Additional Coverage – Property Remediation For Escaped Liquid Fuel:**

   **a.**  "Covered real property" means:

      **(1)**  Property owned by an "insured" and covered under Coverage **A** – Dwelling of this policy;

**(2)** Any other one, two, three or four family dwelling building owned by an "insured" and shown in the Schedule under Item **2.;**

**(3)** Materials and supplies located on or next to the "residence premises", used to construct, alter or repair the dwelling or other structures on the "residence premises";

**(4)** Property owned by an "insured" and covered under Coverage **B** – Other Structures of this policy, provided such property is located on the "residence premises"; and

**(5)** Land, other than farm land:

    **(a)** Which is within the "residence premises";

    **(b)** Which is owned by an "insured"; and

    **(c)** On which a building or structures described in Paragraphs **9.a.(1)**, **(2)**, **(3)** or **(4)** is located.

**b.** "Covered real property" does not include:

**(1)** Water;

**(2)** Other structures that are part of the "fuel system"; or

**(3)** Trees, shrubs, plants or lawns, except to the extent permitted by Paragraph **B.3.c.** of this endorsement.

**10.** "Covered personal property". The following applies only to the **Section I – Additional Coverage – Property Remediation For Escaped Liquid Fuel:**

**a.** "Covered personal property" means personal property:

**(1)** Owned or used by an "insured" and covered under Coverage **C** – Personal Property of this policy; and

**(2)** Located on the "residence premises".

**b.** Loss or damage to such property shall be subject to those Coverage **C** Special Limits of Liability that apply.

**11.** "Fuel System" means:

**a.** One or more containers, tanks or vessels which have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel; and

**(1)** Are, or were, used to hold liquid fuel that is intended to be used solely for one or more of the following:

    **(a)** To heat or cool a building;

    **(b)** To heat water;

    **(c)** To cook food; or

    **(d)** To power motor vehicles, other motorized land conveyances or watercraft owned by an "insured" and not used at any time or in any manner for "business"; and

**(2)** Are, or were, located on:

    **(a)** "Covered real property"; or

    **(b)** An "insured location";

**b.** Any pumping apparatus, which includes the motor, gauge, nozzle, hose or pipes that are, or were, connected to one or more containers, tanks or vessels described in Paragraph **11.a.;**

**c.** Filler pipes and flues connected to one or more containers, tanks or vessels described in Paragraph **11.a.;**

**d.** A boiler, furnace or a water heater, the liquid fuel for which is stored in a container, tank or vessel described in Paragraph **11.a.**, and which is located on:

**(1)** "Covered real property"; or

**(2)** An "insured location";

**e.** Fittings and pipes connecting the boiler, furnace or water heater to one or more containers, tanks or vessels described in Paragraph **11.a.;** or

**f.** A structure that is specifically designed and built to hold the liquid fuel that escapes from one or more containers, tanks or vessels described in Paragraph **11.a.**

**B. Section I – Additional Coverages**

The following Additional Coverage is added:

**PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL**

**1.** With respect to the total of all escapes of liquid fuel from a "fuel system" which an "insured" first discovers or learns of during the policy period, we will pay up to the Limit of Liability shown in the Schedule for loss, damage or expense described in Paragraph **B.3.**

**2.** The Limit shown in the Schedule for this coverage is the most we will pay for the total of all loss, damage or expense payable under Paragraph **B.3.** regardless of the:

**a.** Number of locations insured under this endorsement;

**b.** Number of escapes of liquid fuel from a "fuel system" an "insured" first discovers or learns of during the policy period; or

    **c.** Number of claims made.

**3. Loss, Damage Or Expense Covered**

This Coverage pays for:

**a.** Loss or damage to:

    **(1)** "Covered real property"; or

    **(2)** "Covered personal property";

caused directly or indirectly by the escape of such fuel from a "fuel system";

**b.** The reasonable expense you incur to:

    **(1)** Take temporary measures to stop the further escape of liquid fuel from any part of the "fuel system";

    **(2)** Retard or stop the spread of escaped liquid fuel;

    **(3)** Clean up, remove or treat loss or damage to:

        **(a)** "Covered real property"; or

        **(b)** "Covered personal property"; or

    **(4)** Test, monitor or assess the effects of the escape of liquid fuel on or away from "covered real property":

        **(a)** As required by law; or

        **(b)** In response to a request, demand or order by a governmental authority or court of law.

We will pay for such expense only if it results from the same escape that is payable under Paragraph **B.3.a., or b.;**

**c.** Loss or damage to trees, shrubs, plants or lawns, located on the "residence premises", but only if there is loss, damage or expense caused by the same escape that is payable under Paragraph **B.3.a.** or **b.** However, we will not pay more than an amount equal to 5% of the Limit of Liability shown in the Schedule for the total of all loss or damage to trees, shrubs, plants or lawns. No more than $500 of this amount will be payable for any lawn or any one tree, shrub, or plant. We do not cover property grown for "business".

Under Form **HO 00 08,** no more than $250 of the amount of insurance available under this coverage will be payable for lawns or any one tree, shrub or plant; and

**d. Additional Living Expense**

    **(1)** Additional Living Expense means any necessary increase in living expenses you incur, so that your household can maintain its normal standard of living, if the escape of liquid fuel:

        **(a)** Results in loss, damage or expense payable under Paragraph **B.3.a.** or **b.;** and

        **(b)** Makes that part of the "residence premises" where you reside not fit to live in.

    **(2)** Payment for Additional Living Expense will be for the shortest time required:

        **(a)** To make that part of the "residence premises" where you reside fit to live in; or

        **(b)** For your household to settle elsewhere, if you permanently relocate.

This period of time applies even if it extends past the expiration date of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

    **(3)** This coverage does not increase the Limit of Liability shown in the Schedule.

    **(4) Section I – Property Coverages, Coverage D – Loss Of Use** in the policy form does not apply to this endorsement.

**4. Deductible**

The deductible amount, equal to that which applies to the peril of Fire, applies to loss, damage or expense covered under this additional coverage. We will pay only that part of the total of all loss, damage or expense payable under Paragraph **B.3.** that exceeds that deductible amount.

**5. Loss, Damage Or Expense Not Covered**

We will not pay:

**a.** For any diminution or reduction in the market value of any:

    **(1)** "Covered real property"; or

    **(2)** "Covered personal property";

whether or not such property is damaged;

   **b.** For any damage resulting from the loss of or reduction in value of a pending sale of:

     **(1)** "Covered real property"; or

     **(2)** "Covered personal property";

   **c.** To replace any fuel;

   **d.** For any expense to:

     **(1)** Demolish or remove; or

     **(2)** Repair, replace, rebuild or restore;

     any part of a "fuel system", other than those expenses provided for in Paragraph **B.3.a.** or **b.**; or

   **e.** For any damage that results from an escape from:

     **(1)** One or more containers, tanks or vessels, that are, or were, used to hold liquid fuel and are a part of a motor vehicle, motorized land conveyance or watercraft; or

     **(2)** Related lines or parts, that are, or were, connected to a motor vehicle, motorized land conveyance or watercraft.

**6.** For Form **HO 00 03**, under **Section I – Perils Insured Against,** Paragraph **2.e.(5)** does not apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**7.** When Special Computer Coverage Endorsement is attached, Paragraph **B.(3)(e)** in that endorsement, under **Perils Insured Against,** does not apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**8.** For Form **HO 00 03** when the Special Personal Property Coverage Endorsement is attached, Paragraph **1.b.(4)(e)** in that endorsement, does not apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**9.** The **Section I – Exclusions** and **Section I – Additional Coverages** apply to this **Property Remediation For Escaped Liquid Fuel** Coverage.

**10.** The **Section I – Conditions** apply to this Property Remediation For Escaped Liquid Fuel Coverage except as provided in Paragraph **C. Section I – Conditions** below.

**11.** This **Property Remediation For Escaped Liquid Fuel** Coverage does not apply to any "residence premises" at which the containers, tanks or vessels, described in Paragraph **A.11.a.,** have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

Coverage, if any, for escape of liquid fuel from such containers, tanks or vessels is subject to those:

   **a.** Exclusions:

   **b.** Conditions;

   **c.** Other provisions; and

   **d.** Limits of Liability;

that apply to real and personal property under the policy to which this endorsement is attached.

**C. Section I – Conditions – Property Remediation For Escaped Fuel**

With respect to loss, damage or expense described in Paragraph **B. Section I – Additional Coverages,** Section I Condition **7. Other Insurance,** is deleted and replaced by the following:

  **7. Other Insurance And Service Agreement**

   **a. Other Insurance**

    If loss, damage or expense covered in preceding Paragraph B. is also covered by other insurance, we will pay only the proportion of the loss, damage or expense that the limit of liability that applies under this endorsement bears to the total amount of insurance covering the loss, damage or expense.

   **b. Service Agreement**

    If loss, damage or expense covered in preceding Paragraph B. is also covered by a service agreement, then this Property Remediation for Escaped Liquid Fuel Coverage is excess over any amounts payable under any such agreement. Service Agreement means a "fuel system" service plan, property restoration protection plan, or similar service or warranty agreement, even if it is characterized as insurance.

Copyright, Insurance Services Office, Inc., 1996

### D. Section II – Liability Coverages

**LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGE**

1. With respect to "bodily injury" or "property damage" described in Paragraph **D.2.**, the coverages provided by **Section II – Liability Coverages, Coverage E – Personal Liability** and **Coverage F – Medical Payments To Others** in the policy form, and the Limits of Liability stated on the Declarations page do not apply.

2. This coverage applies if a claim is made or a suit is brought against an "insured" for damages because of:

   a. "Bodily injury" or "property damage" caused by an "occurrence" involving the escape of fuel from a "fuel system". However, this limited coverage does not apply to an "occurrence" of fire or explosion that results from such escaped fuel. Damages resulting from such an "occurrence" of fire or explosion are subject to the Coverage **E** – Personal Liability limit of liability of the policy to which this endorsement is attached;

   b. "Bodily injury" caused by an "occurrence" involving the absorption, ingestion or inhalation of lead which is in or on an "insured location"; or

   c. "Property damage" caused by an "occurrence" of lead contamination, but only if, immediately prior to the "occurrence", the lead was located at an "insured location".

   NO OTHER LEAD OR ESCAPED LIQUID FUEL LIABILITY COVERAGE APPLIES UNDER THIS POLICY EXCEPT AS PROVIDED IN THIS PARAGRAPH.

3. If coverage applies as stated in Paragraph **D.2.**, we will:

   a. Pay up to the Aggregate Limit of Liability stated in the Schedule for damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

   b. Provide a defense at our expense by counsel of our choice even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from "bodily injury" or "property damage" described in Paragraph **D.2.** exhausts the Aggregate Limit of Liability stated in the Schedule.

4. With respect only to applying the provisions of this coverage as described in Paragraph **D.2.**, "bodily injury" or "property damage" caused in whole or in part by an "occurrence" described in Paragraph **D.2.** shall be deemed to have been caused solely by such an "occurrence" regardless of any other covered cause or event contributing to the "bodily injury" or "property damage".

5. The **Section II – Additional Coverages** in the policy form apply with respect to this coverage as described in Paragraph **D.** except as provided in Paragraph **E. Section II – Additional Coverages.**

6. The **Section II – Conditions** in the policy form apply with respect to this coverage as described in Paragraph **D.** except as provided in Paragraph **F. Section II – Liability Conditions.**

7. This coverage does not apply to an "insured location" at which the containers, tanks or vessels described in Paragraph **A.11.a.** have a total combined storage capacity of less than 100 U.S. gallons of liquid fuel.

   Coverage, if any, for an "occurrence" involving the escape of liquid fuel from such containers, tanks or vessels is subject to those:

   a. Exclusions;

   b. Conditions;

   c. Other provisions; and

   d. Limits of Liability;

   that apply to Personal Liability and Medical Payments To Others coverage in the policy to which this endorsement is attached.

### E. Section II – Additional Coverages

With respect to coverage described in Paragraph **D. Section II – Liability Coverages,** Additional Coverage **4. Loss Assessment** is deleted and replaced by the following:

**4. Loss Assessment**

   a. We will pay up to the Aggregate Limit of Liability stated in the Schedule for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

   (1) An "occurrence" involving the escape of fuel from a "fuel system";

Copyright, Insurance Services Office, Inc., 1996

(2) "Bodily injury" caused by an "occurrence", on property owned by all members collectively, involving the absorption, ingestion or inhalation of lead which occurs on an "insured location" containing the "residence premises";

(3) "Property damage" caused by an "occurrence", on property owned by all members collectively, of lead contamination, but only if the lead originates at an "insured location" containing the "residence premises"; or

(4) Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

   (a) The director, officer or trustee is elected by the members of a corporation or association of property owners; and

   (b) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

**b.** This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises".

**c.** We do not cover assessments charged against you or a corporation or association of property owners:

(1) As required by law; or

(2) In response to a request, demand or order by a governmental authority or court of law.

**d.** Regardless of the number of assessments, the Aggregate Limit of Liability stated in the Schedule is the most we will pay for loss arising out of:

(1) One accident, including continuous or repeated exposure to the same general harmful conditions; or

(2) A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**e.** The following do not apply to this coverage:

(1) Section II – Coverage E – Personal Liability Exclusion **2.a.(1)** in the policy form to which this endorsement is attached; and

(2) Sections I and II Conditions, Item **1.** Policy Period in this endorsement and in the policy form to which this endorsement is attached.

**F. Section II – Liability Conditions**

With respect to coverage described in Paragraph **D.** Section II – Liability Coverages:

**1.** Conditions **4. – Duties Of An Injured Person – Coverage F – Medical Payments To Others** and **5. – Payment Of Claim – Coverage F – Medical Payments To Others** are deleted; and

**2.** Conditions **1. – Limit Of Liability** and **2. – Severability Of Insurance** in the policy form are deleted and replaced by the following:

   **1. Aggregate Limit Of Liability**

   Our total liability in any one policy period for all damages resulting from the total of all "bodily injury" or "property damage" during the policy period will not be more than the Limited Lead and Escaped Liquid Fuel Liability Coverage Aggregate Limit of Liability stated in the Schedule. This is the most we will pay regardless of the:

    **a.** Number of locations insured under the policy to which this endorsement is attached;

    **b.** Number of persons injured;

    **c.** Number of persons whose property is damaged;

    **d.** Number of "insureds"; or

    **e.** Number of claims made.

   The "occurrence" limit of liability does not apply to this coverage.

   **2. Severability Of Insurance**

   This insurance applies separately to each "insured" except with respect to the Aggregate Limit of Liability described in Paragraph **F.2.1.** This condition will not increase the Limit for this coverage.

**G. Sections I And II – Conditions**

**Sections I and II – Conditions, Item 1. Policy Period** is deleted with respect to the provisions of this endorsement and replaced by the following:

**1. Policy Period – Section II – Liability**

   This endorsement applies to "bodily injury" or "property damage" described in Paragraph **D.2.**

All other provisions of the policy not specifically modified by this endorsement apply.

LEX 00 01 02 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ANIMAL EXCLUSION

It is hereby understood and agreed, this insurance does not apply to "bodily injury", "property damage", or any other loss, cost or expense, caused directly or indirectly, in whole or in part by an animal owned by or in the care, custody or control of an "insured".

This endorsement applies to all coverages, and coverage parts, that form part of this policy.

All other terms, conditions and exclusions of the policy remain unchanged.



## LEXINGTON INSURANCE COMPANY
## STANDARD POLICY CONDITIONS

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

#### MINIMUM EARNED PREMIUM CLAUSE

In the event of cancellation of this policy by you, the minimum premium listed on the Declaration page shall become fully earned, any provision of the policy to the contrary notwithstanding.

Your failure to make timely payment of premium shall be considered a request by you for us to cancel on your behalf.  In the event of such cancellation for non-payment of premium, the minimum earned premium shall be due and payable; provided, however, such cancellation shall be rescinded if you remit and we receive the full policy premium within 10 days after the date of issuance of the cancellation notice.  Such remittance and acceptance by us shall not affect the minimum earned provision of this endorsement.  In the event of any other cancellation by us, the earned premium shall be computed pro-rata, not subject to the minimum earned premium.

#### SERVICE OF SUIT CLAUSE

Service of Suit - In the event of our failure to pay any amount claimed to be due hereunder, we, at your request, will submit to the jurisdiction of a court of competent jurisdiction within the United States.  Nothing in this condition constitutes or should be understood to constitute a waiver of our rights to commence an action in any court of competent jurisdiction in the United States to remove an action to a United States District Court or to seek a transfer of a case to another court as permitted by the laws of the United States or of any state in the United States.  It is further agreed that service of process in such suit may be made upon Counsel, Legal Department, Lexington Insurance Company, 100 Summer Street, Boston, Massachusetts, 02110-2103 or his or her representative, and that in any suit instituted against us upon this policy, we will abide by the final decision of such court or of any appellate court in the event of an appeal.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provision therefor, we hereby designate the Superintendent, Commissioner or Director of Insurance, or other officer specified for that purpose in the statute, or his or her successors in office as our true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by you or on your behalf or any beneficiary hereunder arising out of this policy of insurance and hereby designate the above named Counsel as the person to whom the said officer is authorized to mail such process or a true copy thereof.

#### AUTHORIZATION CLAUSE

IN WITNESS WHEREOF, we have caused this policy to be executed and attested, but this policy shall not be valid unless signed on the Declaration page by our duly authorized representative.

**SECRETARY**                                                                 **CHAIRMAN AND CEO**

LEX 00 04 01 01



# IMPORTANT FLOOD INSURANCE NOTICE

Your homeowners or dwelling policy does NOT provide coverage for loss caused by flood or mudslide, which is defined, in part, by the National Flood Insurance Program as:

A general and temporary condition of partial or complete inundation of normally dry land areas from overflow of inland or tidal waters or from the unusual and rapid accumulation or runoff of surface waters from any source.

If you are required by your mortgage lender to have flood insurance on your property, or if you feel that your property is susceptible to flood damage, insurance covering damage from flood is available on most buildings and contents in participating communities through the National Flood Insurance Program.

Information about flood insurance and whether your community participates in the program can be obtained from your insurance company from your insurance agent/broker, or directly from the National Flood Insurance Program by calling 1-800-638-6620.

If you purchase the maximum limits available through the National Flood Insurance Program, and require additional limits, contact your agent/broker for information regarding the Lexington Insurance Company's Excess Flood Program.

LEX 00 14 03 01

LEX 00 31 04 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TRAMPOLINE EXCLUSION

It is hereby understood and agreed, this insurance does not apply to "bodily injury", "property damage", or any other loss, cost or expense, caused directly or indirectly, in whole or in part by a trampoline owned by or in the care, custody or control of an "insured".

This endorsement applies to all coverages, and coverage parts, that form part of this policy.

All other terms, conditions and exclusions of the policy remain unchanged.



**HOMEOWNERS**
**LEX 01 09 03 03**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS

## SECTION I – PROPERTY COVERAGES

**COVERAGE B – Other Structures**. The last paragraph is deleted and replaced by the following:

The limit of liability for this coverage shall not exceed the amount shown in the Declarations.

**DEDUCTIBLE CLAUSE** – is added as follows:
Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all losses payable under Section I – Property Coverages that exceed the applicable deductible amount shown in the Declarations, under no circumstance shall the applicable deductible be less than the All Other Peril (AOP) deductible listed on the Declarations.

## SECTION I - ADDITIONAL COVERAGES

**11. Ordinance or Law** is deleted and replaced on Homeowners 4 – Contents Broad Form (HO 00 04 04 91) or Homeowners 6 – Unit-Owners Form (HO 00 06 04 91) as follows:
   **11. Ordinance or Law** – does not apply and no coverage is provided.

## SECTION I – PERILS INSURED AGAINST

### COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

**2.a.** is deleted and replaced by the following:
   **a.** Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing.  This provision does not apply if you have used reasonable care to:
      (1)  Maintain heat in the building; or
      (2)  Shut off the water supply and drain all systems and appliances of water;
      However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

## SECTION I – EXCLUSIONS

Paragraph **1.i. Act of Terrorism.** is added:

**i. Act of Terrorism**. meaning an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or group(s) of persons, whether acting alone or on behalf of or in connection with any organization(s) or government(s), committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.

It is hereby understood and agreed, that notwithstanding any provision to the contrary, it is agreed that this policy excludes, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with biological, chemical, or nuclear pollution or contamination arising out of any act ofterrorism regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

The policy also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to any biological, chemical, or nuclear pollution or contamination arising out of an act of terrorism.

Nothing in this exclusion shall be construed to exclude loss, damage or cost or expense of whatsoever nature arising out of fire following any nuclear incident.


## SECTION I - CONDITIONS

**3.b.   Loss Settlement**. the following is added:

(6)   If, at the time of loss, the building(s) under Coverage A or B are being repaired, renovated, rebuilt or under construction, the maximum amount of insurance on the damaged building will be the proportion of the value of the building that the actual cash value of the building, on that date, bears to the value when completed.  You and we agree that, for insurance purposes only, the value of the building is the amount shown on the Declarations.


## SECTION II - EXCLUSIONS

**Coverage E – Personal Liability and Coverage F – Medical Payments To Others**

Paragraph **1.a.** is deleted and replaced by the following:
a.   Which is expected or intended by or which may reasonably be expected to result from the intentional acts or omissions or criminal acts or omissions of one or more "insured" persons.  This exclusion applies even if the resulting "bodily injury" or "property damage":
(1)   Is committed by an "insured" person(s) lacking the mental capacity to govern their own conduct;
(2)   Is of a different kind, quality or degree than initially expected or intended; or
(3)   Is sustained by a different person, entity, real or personal property, than initially expected or intended.
This provision applies regardless of an "insured" person(s) actually being charged with, or convicted of a crime.

Paragraph **1.j.** is deleted and replaced by the following:
j.   Which arises out of the transmission of a communicable disease by one or more "insured" person(s) or by any other person for whom the "insured" is legally responsible.  In addition, "We" shall have no duty to defend any claim or suit seeking "bodily injury" or "property damage".

Paragraph **1.m.** is added:
m.   Arising out of any claim of or indemnification for punitive or exemplary damages.  We shall not have an obligation to pay for any costs, interests, or damages attributable to punitive or exemplary damages.


## SECTION I and II – CONDITIONS

**2.   Concealment or Fraud** is deleted and replaced by the following:
2.   We do not provide any coverage to one or more "insureds" who, whether before or after a loss, has:
(1)   Intentionally concealed or misrepresented any material fact or circumstance;
(2)   Engaged in fraudulent conduct; or
(3)Made false statements;
relating to this insurance.  In addition to not providing coverage, we at our option may choose to void the entire policy.

**5.Cancellation and 6. Nonrenewal** the following is added:

Regardless of any other special provision and or clauses to the contrary, these two sections are not modified by any other forms or endorsements attached to this policy.  This policy is subject to the contract terms specified in Section I and II-Conditions, 5. Cancellation and 6. Nonrenewal, of the standard unendorsed Homeowners Form, unless prohibited by applicable state law.

If any provision of this endorsement is expressly prohibited by applicable state law or applicable insurance department regulation, that provision does not apply.

**LEX** *Elite*
PERSONAL LINES INSURANCE

HOMEOWNERS PROPERTY REMEDIATION FOR ESCAPED LIQUID FUEL
AND
LIMITED LEAD AND ESCAPED LIQUID FUEL LIABILITY COVERAGES

ADVISORY NOTICE TO POLICYHOLDERS

THIS NOTICE DOES NOT PROVIDE COVERAGE NOR DOES THIS NOTICE
REPLACE ANY PROVISIONS OF YOUR POLICY.  YOU SHOULD READ YOUR
POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE
INFORMATION ON THE COVERAGES YOU ARE PROVIDED WITH.  IF THERE
IS ANY CONFLICT BETWEEN THE POLICY AND THIS NOTICE, THE
PROVISIONS OF THE POLICY SHALL PREVAIL.

*The policy you have just applied for or received has:*

- *added coverage for damage to your property caused by the escape of certain petroleum products that may be found in or on your home, your residential unit in an apartment, condominium or cooperative building, your household or personal property, other real property you own that is covered in this policy and land on which your home or unit or covered personal property is located; and*

- *reduced liability coverage for injury to another person, or damage to the property of others, that is caused by the escape of certain petroleum products or by lead on or emanating from an insured location such as your house, any other premises where you are living but which you do not own, or vacant land that you own.*

## ESCAPED FUEL REMEDIATION

If liquid fuel escapes from a fuel storage system on your property, loss or damage caused by the escaped fuel to your home, personal property, any other one, two, three or four family dwelling building you own and insure for remediation coverage will be covered. Additionally, your land on which the house, other structures or other dwelling building you own are situated will be covered for loss or damage.  Coverage will apply when the fuel storage tanks, vessels and/or containers on your property have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel.  Coverage will also be provided for:

1. The cost of making temporary repairs to stop the further escape of liquid fuel, or to retard or stop the spread of escaped liquid fuel.

2. Reasonable expenses to test, monitor or assess the effects of escaped liquid fuel required by law, or when a governmental agency or a court of law requests, orders or demands that you do so.

3. Loss or damage to your trees, shrubs and plants that are not grown for business; and

4. Additional living expenses you incur to maintain your normal standard of living.

However, there will be no coverage:

1. For a reduction in the market value of your house and any other dwelling building you  own, including the land on which they are situated, or your personal property, whether or not such property has been damaged;

2. For damages resulting from the loss of a pending sale of your house and, if covered under this policy, other dwelling buildings, other structures and your personal property;

3. To replace any of the escaped fuel;

4. For any expense you incur to demolish, repair or replace any part of your fuel system; and

5. For any damages resulting from an escape of liquid fuel from one or more containers, tanks or vessels or related lines or parts that are connected to or a part of a motor vehicle, motorized land conveyance or watercraft.

Our limit of liability

We will provide up to $10,000 of coverage.  The limit is the most we will pay for the total of all loss, damage or expense caused by the escape of liquid fuel from your fuel system during the policy period regardless of the number of locations insured under your policy, the number of escapes of liquid fuel you discover or learn of during the policy period or the number of claims made.

Your Deductible

We will apply the AOP (all other perils) deductible shown on the declaration page to any loss.

## LEAD AND ESCAPED FUEL LIABILITY COVERAGE

1. We have limited your coverage when a claim is made or a suit is brought against you by another person alleging damages because of:

   a. bodily injury arising out of the absorption, ingestion or inhalation of lead that is in or on your home or your residential unit, any other structures you may own, your personal property, and soil on any insured location;

    b.   property damage arising out of lead contamination, but only if the lead originates at an insured location; or

    c.   bodily injury or property damage arising out of the escape of liquid fuel from your fuel storage system when the fuel storage tanks, vessels and/or containers have a total combined storage capacity of 100 or more U.S. gallons of liquid fuel and the fuel is used to heat or cool your dwelling, heat water, cook food, or power your motor vehicle, recreational vehicle or boat not used in any business.

2.  The limit of liability is provided on an aggregate basis.  This means that the limit for liability coverage is the most we will pay for all damages resulting from the total of all bodily injury or property damage, occurring during the entire policy period, that is caused by the escape of liquid fuel from your fuel system or the exposure to lead. This aggregate limit is the most we will pay regardless of the number of locations insured under the policy, number of insureds, number of persons injured by the lead or escaped fuel, number of persons whose property is damaged by the lead or escaped fuel or the number of claims made against you.

We will provide up to $50,000 of coverage.