**Certified Mail Receipt #1**

7006 3450 0003 1736 0434

Sent to: Honorable Alberto R. Gonzalez, Attorney General of the U.S., U.S. Dept. of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

Postage: $1.65
Certified Fee: $2.65
Return Receipt Fee: $2.15
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.45
Date: 08/29/2007

**Return Receipt (PS Form 3811, February 2004)**

Article Addressed to:
Honorable Alberto R. Gonzalez
Attorney General of the U.S.
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

B. Received by (Printed Name): [signature]
Date of Delivery: AUG 0 4 2007
Article Number: 7006 3450 0003 1736 0434

---

**Certified Mail Receipt #2**

Sent to: U.S. Army Corps of Engineers H.Q., 441 G. Street, NW, Washington, DC 20314

Postage: $1.65
Certified Fee: $2.65
Return Receipt Fee: $2.15
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.45
Date: 08/29/2007

**Return Receipt (PS Form 3811, February 2004)**

Article Addressed to:
U.S. Army Corps of Engineers H.Q.
441 G. Street, NW
Washington, DC 20314

A. Signature: [signature]
B. Received by (Printed Name): [signature]