## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br><br><br>PERTAINS TO: ROAD HOME<br>   *Louisiana State* C.A. No. 07-5528 | § CIVIL ACTION<br>§ NO.  05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§ |

### JOINDER IN AND CONSENT TO REMOVAL BY CHUBB CUSTOM INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, GREAT NORTHERN INSURANCE COMPANY, AND VIGILANT INSURANCE COMPANY

Chubb Custom Insurance Company ("Chubb Custom"), Federal Insurance Company ("Federal"), Great Northern Insurance Company ("Great Northern"), and Vigilant Insurance Company ("Vigilant") (collectively "Chubb"), defendants in the captioned proceeding, for themselves and as erroneously sued as Chubb Insurance Group, a non-entity, incapable of being sued, hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above captioned action. Chubb further states as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated

1

93333

Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. Chubb Custom, Federal, Great Northern, and Vigilant were each served, through the Secretary of State, on August 28, 2007. This joinder and consent is filed within thirty days after receipt by Chubb Custom, Federal, Great Northern, or Vigilant through service or otherwise of a copy of the petition in this action, and within thirty days after service of the petition on the first defendant served.

        Chubb also consents to the removal of this action by any other defendant filing a separate notice. Chubb reserves the right to file a supplemental statement in support of Chubb's right to have federal jurisdiction maintained over the claims asserted against Chubb.

        Respectfully submitted,

/s/Steven W. Usdin
Steven W. Usdin, 12986
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street
Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorney for Chubb Custom Insurance Company, Federal Insurance Company, Great Northern Insurance Company, and Vigilant Insurance Company*

93333

## **CERTIFICATE**

I hereby certify that on the 26th day of September, 2007, the foregoing Joinder In And Consent To Removal By Joinder In And Consent To Removal By Chubb Custom Insurance Company, Federal Insurance Company, Great Northern Insurance Company, And Vigilant Insurance Company was filed electronically with the Court who will send electronic noticing to all counsel of record. A copy has been mailed this date to:

**William Daniel O'Regan, IV**
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055-5490

/s/Steven W. Usdin

93333