UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEONARD A. RADLAUER, SALLY** * | **CIVIL ACTION NO.: 07-4226** |
| **RADLAUER AND INDIVIDUALLY** * | |
| **AND ON BEHALF OF THEIR MINOR** * | |
| **CHILD, LAYNE RADLAUER** * | |
| * | |
| **VERSUS** * | **JUDGE: SECTION** "K" |
| • | The Honorable Standwood R. Duval, Jr. |
| **DEPARTMENT OF THE ARMY** * | **MAGISTRATE: 2** |
| **NEW ORLEANS DISTRICT, CORP** * | Magistrate Joseph C. Wilkinson, Jr. |
| **OF ENGINEERS** * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, personally came and appeared:

MARGARET N. ARBOUR

who, first being duly sworn by me deposed and said:

On August 23, 2007, she mailed a Waiver of Service of Summons and a Petition for Damages, with regard to the captioned proceedings, by certified mail #70062150000348798387, return receipt requested to Corp of Engineers, 7400 Leake Avenue, New Orleans, Louisiana 70118 in order to effectuate service of same.

On August 28, 2007, the return receipt was received by Margaret N. Arbour, and was signed as being received by D. Carroll, on the Corp of Engineer's behalf . A copy of this receipt is attached hereto and made a part hereof.

/s/ Margaret N. Arbour

MARGARET N. ARBOUR

SWORN TO AND SUBSCRIBED
BEFORE ME
THIS  24th   DAY OF September  200 7.

/s/ John M. Robin
NOTARY PUBLIC
John M. Robin, LA Bar #11341