2. Article N

   (nansfor sum .service kW

7006 2150 0003 4879 8387

PS Form 3811, February 2004 Domestic Return Receipt

102595-02-P