# Louisiana Department of Insurance

## Active Company Search Form

[New Search]

**1 records found**
You searched: Chubb Custom Insurance Company

Print a complete listing of your results. 🖶 Print

Export a complete listing of your results in Excel. ⊠ Export to Excel

### Company Information

| CHUBB CUSTOM INSURANCE COMPANY | |
|---|---|
| NAIC: | 38989 |
| Status: | ACTIVE |
| Domicile: | DE |
| Address: | 15 Mountain View Road<br>P.O. Box 1615<br>Warren, NJ 07061-1615 |
| Phone: | 9089032000 |
| Toll Free: | 8002524670 |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE |
| Agent Address: | 8549 United Plaza Blvd.<br>BATON ROUGE, LA 70809 |
| Date Approved: | 05/17/1982 |
| License Types: | Insurer - 5/17/1982 |
| Classification: | SURPLUS LINES |
| Coverage Lines: | No Active Lines of Coverage Found |

1


EXHIBIT A



# Louisiana Department of Insurance

**Home** | Company Search

## Active Company Search Form

[New Search]

**1 records found**
You searched: federal insurance company

Export a complete listing of your results in Excel.  Export to Excel

Print a complete listing of your results. Print

### Company Information

**FEDERAL INSURANCE COMPANY**

| | | | |
|---|---|---|---|
| **NAIC:** | 20281 | **Date Approved:** | 1/28/1904 |
| **Status:** | ACTIVE | **License Types:** | CE Provider - Insurer - 01/28/1904 02/21/2001 |
| **Domicile:** | IN | **Classification:** | FIRE AND CASUALTY |
| **Address:** | P.o. Box 1615<br>Warren , NJ 07061-1615 | **Coverage Lines:** | Burglary & Forgery<br>Crop & Livestock<br>Fidelity & Surety<br>Fire & Extended Coverage<br>Glass<br>Health and Accident<br>Home Owners<br>Liability<br>Marine & Transportation<br>Miscellaneous<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation |
| **Phone:** | 9089032000 | | |
| **Toll Free:** | 8665763453 | | |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | | |
| **Agent Address:** | 8549 United Plaza Blvd.<br>BATON ROUGE , LA 70809 | | |

1



EXHIBIT A

http://www.ldi.state.la.us/search%5Forms/company/Default.aspx 9/25/2007 3:09:18 PM



# Louisiana Department of Insurance

Home | Company Search

## Active Company Search Form

[New Search]

**1 records found**
You searched: Great Northern Insurance Company

Print a complete listing of your results. [Print]

Export a complete listing of your results in Excel. [Export to Excel]

### Company Information

**GREAT NORTHERN INSURANCE COMPANY**

| | |
|---|---|
| **NAIC:** | 20303 |
| **Status:** | ACTIVE |
| **Domicile:** | MN |
| **Address:** | P.o. Box 1615<br>Warren , NJ 07061-1615 |
| **Phone:** | 9089032000 |
| **Toll Free:** | 8002524670 |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE |
| **Agent Address:** | 8549 United Plaza Blvd.<br>BATON ROUGE , LA 70809 |
| **Date Approved:** | 11/21/1969 |
| **License Types:** | Insurer - 11/21/1969 |
| **Classification:** | FIRE AND CASUALTY |
| **Coverage Lines:** | Burglary & Forgery<br>Crop & Livestock<br>Fidelity & Surety<br>Fire & Extended Coverage<br>Glass<br>Health and Accident<br>Home Owners<br>Liability<br>Marine & Transportation<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation |

1



EXHIBIT A

# Louisiana Department of Insurance

Home | Company Search

## Active Company Search Form

[New Search]

**1 records found**
You searched: vigilant insurance company

Print a complete listing of your results. [Print]

Export a complete listing of your results in Excel. [Export to Excel]

### Company Information

| | VIGILANT INSURANCE COMPANY | |
|---|---|---|
| **NAIC:** | 20397 | |
| **Status:** | ACTIVE | |
| **Domicile:** | NY | |
| **Address:** | P.O. Box 1615<br>Warren, NJ 07061-1615 | **Date Approved:** 7/26/1940<br>**License Types:** Insurer - 07/26/1940<br>**Classification:** FIRE AND CASUALTY<br>**Coverage Lines:**<br>Burglary & Forgery<br>Fidelity & Surety<br>Fire & Extended Coverage<br>Glass<br>Home Owners<br>Liability<br>Marine & Transportation<br>Miscellaneous<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation |
| **Phone:** | 2126124000 | |
| **Toll Free:** | 8665763453 | |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | |
| **Agent Address:** | 8549 United Plaza Blvd.<br>BATON ROUGE, LA 70809 | |

1

EXHIBIT A