UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BSD CONSTRUCTION, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-8637 |
| | * | |
| STONE INSURANCE, INC. and | * | SECTION "N" |
| ZURICH AMERICAN INSURANCE COMPANY | * | MAG. (3) |

*****************************************************

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Stone Insurance, Inc. ("Stone"), who respectfully requests that this Court dismiss BSD's claims against Stone with prejudice and at BSD's cost for the reasons set forth in the accompanying memorandum.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Lamar M. Richardson, and Jr., Richard E. King.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
beckert@ungarino-eckert.com

Respectfully submitted:

UNGARINO & ECKERT, LLC

/s/ William H. Eckert
WILLIAM H. ECKERT (#18591) (T.A.)
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:  *(504) 836-7556*
Fax:        *(504) 836-7566*
Email: beckert@ungarino-eckert.com

G:\DOCS\9000's\9800-9899\9842\msj.hns.doc