UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BSD CONSTRUCTION, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-8637** |
| | * | |
| **STONE INSURANCE, INC. and** | * | **SECTION "N"** |
| **ZURICH AMERICAN INSURANCE COMPANY** | * | **MAG. (3)** |

**************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Stone Insurance, Inc.'s Motion for Summary Judgment will be brought for hearing on November 7, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard before the Honorable Kurt Englehardt, United States Courthouse, 500 Camp Street, Courtroom C351, New Orleans, Louisiana 70130.

G:\DOCS\9000's\9800-9899\9842\msj.hns.doc