UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BSD CONSTRUCTION, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.  06-8637 |
| | * | |
| STONE INSURANCE, INC. and | * | SECTION  "N" |
| ZURICH AMERICAN INSURANCE COMPANY | * | MAG. (3) |

*************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT,** through undersigned counsel, comes defendant, Stone Insurance, Inc., who submits the following statement of facts that are uncontested:

1) The builders risk policy in question (#BR50971770) was originally issued by Zurich American Insurance Company to Davis Development, LLC on July 25, 2001.[1]

2) The policy in question was delivered to the BSD on August 10, 2001.[2]

3) The policy in question was a continuously reporting policy and was in effect on the date of loss, August 29, 2005.[3]

4) The policy specifically excluded coverage for damages caused by flood.[4]

5) On May 13, 2002, Stone Insurance, Inc. sent a letter to BSD enclosing a checklist of BSD's insurance needs and asking BSD to return the checklist to them within two weeks.[5]

---

[1] See BSDs' Petition for Insurance Benefits and Damages With Jury Demand and Exhibit 1, copy of the Builder's Risk policy issued to Davis Development, LLC.
[2] See, Exhibit 2, letter dated August 10, 2001 to Davis Development, LLC from Stone.
[3] See, Exhibit 1.
[4] Id.
[5] See, Exhibit 3, letter dated May 13, 2002 to Davis Development, LLC from Stone.

6)  In June 2002, BSD called Stone and requested that the name on their policy be changed to BSD Construction, Inc.[6]

7)  The Petition for Declaratory Judgment and Damages was filed on August 24, 2006.[7]

---

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Lamar M. Richardson, and Jr., Richard E. King.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
beckert@ungarino-eckert.com

Respectfully submitted:

**UNGARINO & ECKERT, LLC**

/s/ William H. Eckert

**WILLIAM H. ECKERT (#18591) (T.A.)**
**Suite 1280, Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7556*
**Fax:**          (504) 836-7566
**Email:**  beckert@ungarino-eckert.com

---

[6] See, Exhibit 4, copy of phone message to Stone Insurance, Inc. from Colleen of BSD Construction, LLC.
[7] See BSDs' Petition for Insurance Benefits and Damages With Jury Demand.