# Stone Insurance, Inc.

111 Veterans Blvd., Suite 1600
Metairie, LA 70005
Phone: (504) 832-4161
Fax: (504) 835-6657

Founded 1919

August 10, 2001

Davis Development, LLC
2859 Highway 190
Suite #222
Mandeville, LA 70471

RE: BR50971770 - Installation/Builder Risk

Dear Mr. Davis,

Thank you very much for giving us the opportunity to provide the enclosed policy(ies) for you.

Please read your policy(ies)! It is very important that you do so in order to understand your coverage, conditions and exclusions to be sure that the policy fulfills your requirements for this line of insurance.

Please contact our office if any additional coverage is required or if you wish the policy amended in any way.

Once again, thank you for allowing us to handle this business for you. We welcome the opportunity to be of further service, and we hope that you will call on us for all your insurance needs.

Sincerely,


Beth M. Laborde
Commercial Lines Account Associate

Enclosures



EXHIBIT 2