# Stone Insurance, Inc.

111 Veterans Boulevard, Suite 1600
Metairie, Louisiana 70005
Phone: (504) 832-4161
Fax: (504) 835-6657

Founded 1919

May 13, 2002



Davis Development, LLC
2859 Highway 190
Suite #222
Mandeville, LA 70471

RE:   Renewal Checklist

Dear Brett:

Renewal time is upon us and we would like to thank you for insuring your business with Stone Insurance, Inc. We are in the process of working on your account renewal and we need your help in updating our files. Enclosed please find a checklist of your insurance needs and return the form to us within the next two (2) weeks.

We have enclosed a return envelope for your convenience.

I look forward to hearing from you and if you have any questions, please contact me.

Sincerely,



Barry P. Orillion
Stone Insurance, Inc.

Enclosure



EXHIBIT 3

| | Does Not Need | We Write | Another Agency Writes | Does Not Carry |
|---|---|---|---|---|
| **Liability** | | | | |
| Advertising | ☐ | ☐ | ☐ | ☐ |
| Aircraft | ☐ | ☐ | ☐ | ☐ |
| Auto Medical Payments | ☐ | ☐ | ☐ | ☐ |
| Bailee Liability | ☐ | ☐ | ☐ | ☐ |
| Broad Form Property Damage | ☐ | ☐ | ☐ | ☐ |
| Comprehensive General | ☐ | ☐ | ☐ | ☐ |
| Contractual - Blanket | ☐ | ☐ | ☐ | ☐ |
| Contractual - Specific | ☐ | ☐ | ☐ | ☐ |
| Drive Other Car, Limited - Broad | ☐ | ☐ | ☐ | ☐ |
| Employees as Additional Insureds | ☐ | ☐ | ☐ | ☐ |
| Employers Non-Ownership | ☐ | ☐ | ☐ | ☐ |
| Error and Omission | ☐ | ☐ | ☐ | ☐ |
| Extended Bodily Injury | ☐ | ☐ | ☐ | ☐ |
| Fire Legal Liability | ☐ | ☐ | ☐ | ☐ |
| Host Liquor | ☐ | ☐ | ☐ | ☐ |
| Incidental Medical Malpractice | ☐ | ☐ | ☐ | ☐ |
| Independent Contractors | ☐ | ☐ | ☐ | ☐ |
| Leased or Hired Automobiles | ☐ | ☐ | ☐ | ☐ |
| Liquor | ☐ | ☐ | ☐ | ☐ |
| Manufacturers & Contractors | ☐ | ☐ | ☐ | ☐ |
| Owned Automobiles | ☐ | ☐ | ☐ | ☐ |
| Owners, Landlords, Tenants | ☐ | ☐ | ☐ | ☐ |
| Personal Injury | ☐ | ☐ | ☐ | ☐ |
| Premises Medical | ☐ | ☐ | ☐ | ☐ |
| Products and Completed Operations | ☐ | ☐ | ☐ | ☐ |
| Umbrella Liability | ☐ | ☐ | ☐ | ☐ |
| Watercraft | ☐ | ☐ | ☐ | ☐ |
| Workers Compensation | ☐ | ☐ | ☐ | ☐ |
| Worldwide Products | ☐ | ☐ | ☐ | ☐ |
| **Buildings** | | | | |
| Builder's Risk | ☐ | ☐ | ☐ | ☐ |
| Contingent Liability-Building Code | ☐ | ☐ | ☐ | ☐ |
| Demolition | ☐ | ☐ | ☐ | ☐ |
| Earthquake | ☐ | ☐ | ☐ | ☐ |
| Fire and Extended Coverage | ☐ | ☐ | ☐ | ☐ |
| Flood | ☐ | ☐ | ☐ | ☐ |
| Increased Cost of Construction | ☐ | ☐ | ☐ | ☐ |
| Plate Glass | ☐ | ☐ | ☐ | ☐ |
| Replacement Cost | ☐ | ☐ | ☐ | ☐ |
| Signs | ☐ | ☐ | ☐ | ☐ |
| Sprinkler Leakage | ☐ | ☐ | ☐ | ☐ |
| Vandalism and Malicious Mischief | ☐ | ☐ | ☐ | ☐ |
| **Loss to Business Personal Property** | | | | |
| Aircraft Physical Damage | ☐ | ☐ | ☐ | ☐ |
| Auto Physical Damage | ☐ | ☐ | ☐ | ☐ |
| Commercial Property Coverage Form | ☐ | ☐ | ☐ | ☐ |
| Earthquake | ☐ | ☐ | ☐ | ☐ |
| Equipment Floater | ☐ | ☐ | ☐ | ☐ |
| Fire and Extended Coverage | ☐ | ☐ | ☐ | ☐ |
| Flood | ☐ | ☐ | ☐ | ☐ |
| Improvements and Betterments | ☐ | ☐ | ☐ | ☐ |
| Installation Floater | ☐ | ☐ | ☐ | ☐ |
| Manufacturers Output | ☐ | ☐ | ☐ | ☐ |
| Marine Hull | ☐ | ☐ | ☐ | ☐ |

| | Does Not Need | We Write | Another Agency Writes | Does Not Carry |
|---|---|---|---|---|
| **Loss To Business Personal Property (Con't)** | | | | |
| Parcel Post | ☐ | ☐ | ☐ | ☐ |
| Processing Floater | ☐ | ☐ | ☐ | ☐ |
| Reporting Form | ☐ | ☐ | ☐ | ☐ |
| Salesmen's Samples | ☐ | ☐ | ☐ | ☐ |
| Sprinkler Leakage | ☐ | ☐ | ☐ | ☐ |
| Transportation Floater | ☐ | ☐ | ☐ | ☐ |
| Vandalism and Malicious Mischief | ☐ | ☐ | ☐ | ☐ |
| Water Damage | ☐ | ☐ | ☐ | ☐ |
| **Time Element** | | | | |
| Accounts Receivable | ☐ | ☐ | ☐ | ☐ |
| Business Interruption (fire) | ☐ | ☐ | ☐ | ☐ |
| Contingent Business Interruption | ☐ | ☐ | ☐ | ☐ |
| Earnings | ☐ | ☐ | ☐ | ☐ |
| Extra Expense | ☐ | ☐ | ☐ | ☐ |
| Rent and Leasehold | ☐ | ☐ | ☐ | ☐ |
| Valuable Papers | ☐ | ☐ | ☐ | ☐ |
| **Boiler and Machinery Loss** | | | | |
| Boiler and Machinery Loss | ☐ | ☐ | ☐ | ☐ |
| Business Interruption (use and occupancy) | ☐ | ☐ | ☐ | ☐ |
| Outage | ☐ | ☐ | ☐ | ☐ |
| **Human Failure** | | | | |
| Blanket Crime Bond | ☐ | ☐ | ☐ | ☐ |
| Blanket Position Bond | ☐ | ☐ | ☐ | ☐ |
| Commercial Blanket Bond | ☐ | ☐ | ☐ | ☐ |
| Comprehensive, 3-D Bond | ☐ | ☐ | ☐ | ☐ |
| Depositors Forgery Bond | ☐ | ☐ | ☐ | ☐ |
| Money and Securities Broad Form | ☐ | ☐ | ☐ | ☐ |
| Open Stock Burglary | ☐ | ☐ | ☐ | ☐ |
| Open Stock Theft | ☐ | ☐ | ☐ | ☐ |
| Robbery and Safe Burglary | ☐ | ☐ | ☐ | ☐ |
| **Employee Protection** | | | | |
| Accidental Death and Dismemberment | ☐ | ☐ | ☐ | ☐ |
| Dental | ☐ | ☐ | ☐ | ☐ |
| Group Disability | ☐ | ☐ | ☐ | ☐ |
| Group Life | ☐ | ☐ | ☐ | ☐ |
| Hospitalization - Surgical | ☐ | ☐ | ☐ | ☐ |
| Major Medical | ☐ | ☐ | ☐ | ☐ |
| Pension | ☐ | ☐ | ☐ | ☐ |
| **Management Protection** | | | | |
| Business Continuation | ☐ | ☐ | ☐ | ☐ |
| Comprehensive Personal Liability | ☐ | ☐ | ☐ | ☐ |
| Corporation | ☐ | ☐ | ☐ | ☐ |
| Directors and Officers Liability | ☐ | ☐ | ☐ | ☐ |
| Life-keyman, Proprietor, Partnership | ☐ | ☐ | ☐ | ☐ |
| Personal Auto Liability | ☐ | ☐ | ☐ | ☐ |
| Professional Liability | ☐ | ☐ | ☐ | ☐ |
| Retirement Continuation | ☐ | ☐ | ☐ | ☐ |

*Insured:* Davis Development, LLC
*Agent:* Barry P. Orillion
*Date Prepared:* 5/13/2002