## IMPORTANT MESSAGE

FOR _____
DATE 7/25   TIME 3:21 P.M.
M Brett
OF BSD (Shannon)
PHONE 630-6138
MOBILE (w) 727-6701   875-0692

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | ✓ |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Bldrs Risk
Davis Development LLC
contractor BSD

Hibernia - Mandeville
SIGNED Linda - Const Lending

TOPS FORM 3002S MADE IN U.S.A.

---

## IMPORTANT MESSAGE

FOR _____
DATE 5/20   TIME ___ A.M./P.M.
M Zurich
OF Bldrs Risk Dept
PHONE ___
MOBILE ___

| | | | |
|---|---|---|---|
| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Policies are canceled after 15 mos of no activity.

This insured has never reported a start.
SIGNED ___

TOPS FORM 3002S MADE IN U.S.A.

---

## IMPORTANT MESSAGE

FOR _____
DATE 6/26   TIME 2:08 P.M.
M Colleen
OF BSD
PHONE 985-875-0692
MOBILE ___

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
Bldrs Risk for Davis Dev needs to be changed to BSD Const, Inc.
eff: 4/22
6-25-02
SIGNED be

TOPS FORM 3002S MADE IN U.S.A.

---

## IMPORTANT MESSAGE

FOR _____
DATE 9/24   TIME ___ A.M./P.M.
M Colleen
OF BSD
PHONE ___
MOBILE ___

| | | | |
|---|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
6109 Marshall Foch
Bill @ Zurich
rec'd & is cov.
SIGNED be

TOPS FORM 3002S MADE IN U.S.A.

**EXHIBIT 4**