## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.  05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §<br>§ | |

### JOINDER IN AND CONSENT TO REMOVAL BY ECONOMY PREMIER ASSURANCE COMPANY, METROPOLITAN CASUALTY INSURANCE COMPANY, AND METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY

Economy Premier Assurance Company ("EPAC"), Metropolitan Casualty Insurance Company ("Metropolitan Casualty"), and Metropolitan Property and Casualty Insurance Company ("Metropolitan Property") (collectively "the Metropolitan Entities"), defendants in the captioned proceeding, hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above captioned action.  The Metropolitan Entities further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.

1

93340

EPAC, Metropolitan Casualty, and Metropolitan Property were each served, through the Secretary of State, on August 28, 2007. This joinder and consent is filed timely within thirty days after receipt by EPAC, Metropolitan Casualty, and Metropolitan Property through service or otherwise of a copy of the petition in this action, and within thirty days after service of the petition on the first defendant served.

The Metropolitan Entities also consent to the removal of this action by any other defendant filing a separate notice. The Metropolitan Entities reserve the right to file a supplemental statement in support of the Metropolitan Entities' right to have federal jurisdiction maintained over the claims asserted against them.

Respectfully submitted,

/s/H. Minor Pipes, III
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street
Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorneys for Economy Premier Assurance Company, Metropolitan Casualty Insurance Company, and Metropolitan Property & Casualty Insurance Company*

93340

## CERTIFICATE

I hereby certify that on the 26th day of September, 2007, the foregoing Joinder In And Consent To Removal By Economy Premier Assurance Company, Metropolitan Casualty Insurance Company, And Metropolitan Property & Casualty Insurance Company was filed electronically with the Court who will send electronic noticing to all counsel of record. A copy has been mailed this date to:

**William Daniel O'Regan, IV**
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055-5490

*/s/H. Minor Pipes, III*

93340