**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES** | * | CIVIL ACTION |
| | **CONSOLIDATED LITIGATION** | * | |
| | | * | NO. 05-4182 |
| | | * | |
| **FILED IN:** | | * | SECTION "K"(2) |

05-4181, 05-4182, 05-4191, 05-4568, 05-5237,
05-6073, 05-6314, 05-6324, 05-6327, 05-6359,
06-0020, 06-1885, 06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346, 06-2545, 06-3529,
06-4065, 06-4389, 06-4634, 06-4931, 06-5032,
06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206,
07-0647, 07-0993, 07-1284, 07-1286, 07-1288,
07-1289

**PERTAINS TO: LEVEE**

**ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S ANSWER**
**TO PLAINTIFFS' (SUPERSEDING) CORRECTED RESTATED LEVEE MASTER**
**CONSOLIDATED CLASS ACTION COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant St. Paul Fire and

Marine Insurance Company ("St. Paul"), which, for its Answer to the Plaintiffs' (Superseding)

Corrected Restated Levee Master Consolidated Class Action Complaint, respectfully responds to

the particular paragraphs of the Complaint as follows:

1.

In response to the allegations of Paragraph 1 of the Complaint, St. Paul avers that no response is necessary.  To the extent a response is deemed necessary, the allegations are denied in so far as they relate or refer to St. Paul and are denied for lack of sufficient information to justify a belief as to the matters asserted therein in so far as they relate or refer to parties other than St. Paul.

2.

In response to the allegations of Paragraph 2 of the Complaint, St. Paul avers that no response is necessary.  To the extent a response is deemed necessary, St. Paul admits that numerous class actions have been brought in which St. Paul is a defendant and that the Complaint is intended to supersede and replace all the previous class actions filed.  All remaining allegations in this paragraph are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

3.

The allegations of Paragraph 3 of the Complaint state a conclusion of law and require no response from St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

4.

The allegations of Paragraph 4 of the Complaint state a conclusion of law and require no response from St. Paul.  To the extent a response is deemed necessary, the allegations in this paragraph are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

5.

The allegations of Paragraph 5 of the Complaint state a conclusion of law and require no response from St. Paul.  To the extent a response is deemed necessary, the allegations in this paragraph are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

6.

The allegations of Paragraph 6 of the Complaint state a conclusion of law and require no response from St. Paul.  To the extent a response is deemed necessary, the allegations in this paragraph are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

7.

The allegations of Paragraph 7 of the Complaint state a conclusion of law and require no response from St. Paul.  To the extent a response is deemed necessary, the allegations in this paragraph are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

8.

The allegations of Paragraph 8 of the Complaint state a conclusion of law and require no response from St. Paul.  To the extent a response is deemed necessary, the allegations in this paragraph are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

9.

The allegations of Paragraph 9 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

10.

The allegations of Paragraph 10 of the Complaint do not appear to be directed at St. Paul. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

11.

The allegations of Paragraph 11of the Complaint do not appear to be directed at St. Paul. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

12.

The allegations of Paragraph 12 of the Complaint do not appear to be directed at St. Paul. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

13.

In response to the allegations of Paragraph 13 of the Complaint, St. Paul admits that a substantial part of the alleged events giving rise to this action occurred in the Eastern District of Louisiana and that venue is proper in this district.  St. Paul denies the remaining allegations for lack of sufficient information to justify a belief as to the truth of the matters asserted therein, except to deny in its entirety any allegations suggesting that St. Paul acted in a negligent or wrongful manner.

14.

The allegations of Paragraph 14 of the Complaint state a conclusion of law and require no response of St. Paul.  To the extent a response is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

15.

The allegations of Paragraph 15of the Complaint regarding the identity and status of the proposed class representatives are denied for lack of sufficient information to justify a belief as to the truth therein.  The remaining allegations of Paragraph 15 of the Complaint require no answer of St. Paul, however, should a response be deemed necessary, it is admitted that the Complaint alleges proposed classes and subclasses under the heading "Class Action Allegations."

16.

In response to the allegations of Paragraph 16 of the Complaint, St. Paul admits it is a foreign insurer authorized to do and doing business as an insurer in the State of Louisiana and that it issued to "Orleans Levee District" a policy of insurance bearing the Policy No. GP06300925 with a policy period of November 1, 2004 to November 1, 2005 (the "OLD Policy"), which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso* and to admit that it issued to "East Jefferson Levee District" a policy of insurance bearing the Policy No. GP06301698 with a policy period of January 1, 2005 to January 1, 2006 (the "EJLD Policy"), which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*.  St. Paul further responds that said policies are the best evidence of the contents.  The remaining allegations of Paragraph 16 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

17.

The allegations in the first Paragraph 17 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph, and all of its subparts, for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

18.

The allegations in Paragraph 18 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph, and all of its subparts, for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

19.

The allegations in Paragraph 19 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

20.

The allegations in Paragraph 20 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph, and all of its subparts, for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

21.

The allegations in Paragraph 21 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

22.

The allegations in Paragraph 22 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

23.

The allegations in Paragraph 23 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

24.

The allegations in Paragraph 24 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

25.

The allegations in Paragraph 25 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

26.

The allegations of Paragraph 26 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

27.

The allegations of Paragraph 27 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

28.

The allegations of Paragraph 28 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

29.

The allegations of Paragraph 29 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

30.

The allegations of Paragraph 30 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

31.

The allegations of Paragraph 31 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

32.

The allegations of Paragraph 32 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

33.

The allegations of Paragraph 33 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

34.

The allegations in Paragraph 34 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

35.

The allegations of Paragraph 35 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

36.

The allegations in Paragraph 36 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

37.

The allegations in Paragraph 37 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

38.

The allegations in Paragraph 38 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

39.

The allegations of Paragraph 39 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

40.

The allegations of Paragraph 40 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

41.

The allegations of Paragraph 41 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

42.

The allegations of Paragraph 42 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

43.

The allegations of Paragraph 43 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

44.

The allegations of Paragraph 44 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

45.

The allegations of Paragraph 45 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

46.

The allegations of Paragraph 46 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

47.

The allegations of Paragraph 47 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

48.

The allegations of Paragraph 48 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

49.

The allegations of Paragraph 49 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

50.

The allegations of Paragraph 50 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

51.

The allegations of Paragraph 51 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

52.

The allegations of Paragraph 52 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

53.

The allegations of Paragraph 53 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

54.

The allegations of Paragraph 54 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

55.

The allegations of Paragraph 55 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

56.

The allegations of Paragraph 56 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

57.

The allegations of Paragraph 57 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

58.

The allegations of Paragraph 58 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

59.

The allegations in Paragraph 59 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

60.

The allegations of Paragraph 60 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

61.

The allegations of Paragraph 61 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

62.

The allegations of Paragraph 62 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

63.

The allegations of Paragraph 63 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

64.

The allegations of Paragraph 64 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

65.

The allegations of Paragraph 65 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

66.

The allegations of Paragraph 66 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

67.

The allegations of Paragraph 67 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

68.

The allegations of Paragraph 68 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

69.

The allegations in Paragraph 69 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

70.

The allegations in Paragraph 70 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

71.

The allegations in Paragraph 71 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

72.

The allegations in Paragraph 72 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

73.

The allegations in Paragraph 73 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

74.

The allegations in Paragraph 74 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

75.

The allegations in Paragraph 75 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

76.

The allegations in Paragraph 76 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

77.

The allegations in Paragraph 77 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

78.

The allegations in Paragraph 78 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

79.

The allegations in Paragraph 79 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

80.

The allegations in Paragraph 80 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

81.

The allegations in Paragraph 81 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

82.

The allegations in Paragraph 82 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

83.

The allegations in Paragraph 83 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

84.

The allegations in Paragraph 84 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

85.

The allegations of Paragraph 85 of the Complaint are denied insofar as the allegations relate or refer to St. Paul, except to admit that it issued to "Orleans Levee District" a policy of insurance bearing the Policy No. GP06300925 with a policy period of November 1, 2004 to November 1, 2005 (the "OLD Policy"), which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso* and to admit that it issued to "East Jefferson Levee District" a policy of insurance bearing the Policy No. GP06301698 with a policy period of January 1, 2005 to January 1, 2006 (the "EJLD Policy"), which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*.  The remaining allegations of Paragraph 85 of the Complaint are denied for lack of sufficient information to justify a belief therein.

86.

The allegations of Paragraph 86 of the Complaint are directed at other defendants and contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

87.

The allegations of Paragraph 87 of the Complaint are directed at other defendants and contain a legal conclusion which requires no answer from this defendant, however, to the extent an answer is deemed necessary, the allegations of Paragraph 87 and all subparts are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

88.

The allegations in Paragraph 88 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph and all subparts for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

89.

The allegations in Paragraph 89 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph and all subparts for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

90.

The allegations of Paragraph 90 of the Complaint are denied except to admit that St. Paul issued the OLD Policy and EJLD Policy which policies are subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*.

91.

The allegations in Paragraph 91 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

92.

The allegations of Paragraph 92 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

93.

The allegations of Paragraph 93 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

94.

The allegations of Paragraph 94 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

95.

The allegations of Paragraph 95 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

96.

The allegations of Paragraph 96 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

97.

The allegations in Paragraph 97 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

98.

The allegations in Paragraph 98 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

99.

The allegations of Paragraph 99 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

100.

The allegations of Paragraph 100 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

101.

The allegations of Paragraph 101 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

102.

The allegations of Paragraph 102 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

103.

The allegations of Paragraph 103 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

104.

The allegations of Paragraph 104 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

105.

The allegations of Paragraph 105 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

106.

The allegations of Paragraph 106 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

107.

The allegations in Paragraph 107 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

108.

The allegations of Paragraph 108 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

109.

The allegations of Paragraph 109 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

110.

The allegations of Paragraph 110 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

111.

The allegations of Paragraph 111 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

112.

The allegations of Paragraph 112 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

113.

The allegations of Paragraph 113 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

114.

The allegations of Paragraph 114 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

115.

Except to admit that a breach occurred on the London Avenue Canal and the 17th Street Canal, the allegations of Paragraph 115 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

116.

The allegations in Paragraph 116 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

117.

The allegations of Paragraph 117 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

118.

The allegations of Paragraph 118 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

119.

The allegations in Paragraph 119 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

120.

The allegations in Paragraph 120 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

121.

In response to the allegations of Paragraph 121 of the Complaint, St. Paul realleges and reavers its responses to those allegations of fact and allegations of fault in Paragraphs 1 through 120, as incorporated herein.

122.

The allegations of Paragraph 122 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

123.

The allegations of Paragraph 123 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

124.

The allegations of Paragraph 124 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

125.

The allegations of Paragraph 125 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

126.

The allegations of Paragraph 126 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

127.

The allegations of Paragraph 127 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

128.

The allegations of Paragraph 128 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

129.

The allegations of Paragraph 129 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

130.

The allegations of Paragraph 130 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

131.

The allegations of Paragraph 131 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

132.

The allegations of Paragraph 132 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

133.

The allegations of Paragraph 133 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

134.

The allegations of Paragraph 134 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

135.

The allegations of Paragraph 135 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

136.

The allegations in Paragraph 136 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

137.

The allegations in Paragraph 137 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

138.

The allegations in Paragraph 139 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

139.

The allegations in Paragraph 139 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

140.

The allegations of Paragraph 140 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

141.

The allegations of Paragraph 141 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

142.

The allegations of Paragraph 142 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

143.

The allegations of Paragraph 143 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

144.

The allegations of Paragraph 144 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

145.

The allegations of Paragraph 145 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

146.

The allegations of Paragraph 146 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

147.

The allegations of Paragraph 147 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

148.

The allegations of Paragraph 148 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

149.

The allegations of Paragraph 149 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

150.

The allegations of Paragraph 150 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

151.

The allegations of Paragraph 151 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

152.

The allegations of Paragraph 152 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

153.

In response to the allegations of Paragraph 153 of the Complaint, St. Paul realleges and reavers its responses to those allegations of fact and allegations of fault in Paragraphs 1 through 152, as incorporated herein.

154.

The allegations in Paragraph 154 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

155.

The allegations in Paragraph 155 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

156.

The allegations in Paragraph 156 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

157.

The allegations in Paragraph 157 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

158.

The allegations of Paragraph 158 of the Complaint are denied except to admit that it issued the OLD Policy which policy is which policy is subject to the terms, conditions, exclusions and limitations contained therein, all of which are incorporated herein as if copied *in extenso*.  The remaining allegations of Paragraph 158 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

159.

The allegations in Paragraph 159 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

160.

The allegations of Paragraph 160 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

161.

The allegations of Paragraph 161 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

162.

The allegations in Paragraph 162 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

163.

The allegations in Paragraph 163 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

164.

The allegations in Paragraph 164 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph, and all subparts, for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

165.

The allegations in Paragraph 165 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

166.

The allegations in Paragraph 166 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

167.

The allegations in Paragraph 167 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

168.

The allegations in Paragraph 168 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

169.

The allegations in Paragraph 169 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

170.

The allegations in Paragraph 170 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

171.

The allegations in Paragraph 171 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

172.

The allegations in Paragraph 172 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

173.

The allegations in Paragraph 173 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

174.

The allegations in Paragraph 174 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed

necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

175.

The allegations in Paragraph 175 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

176.

The allegations in Paragraph 176 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

177.

In response to the allegations of Paragraph 177 of the Complaint, St. Paul realleges and reavers its responses to those allegations of fact and allegations of fault in Paragraphs 1 through 177, as incorporated herein.

178.

The allegations in Paragraph 178 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations directed at St. Paul and denies the allegations directed at other parties for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

179.

The allegations of Paragraph 179 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

180.

The allegations of Paragraph 180 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

181.

The allegations of Paragraph 181 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

182.

The allegations of Paragraph 182 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

183.

The allegations of Paragraph 183 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

184.

The allegations of Paragraph 184 of the Complaint are denied for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

185.

The allegations in Paragraph 185 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

186.

The allegations in Paragraph 186 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

187.

In response to the allegations of Paragraph 187 of the Complaint, St. Paul realleges and reavers its responses to those allegations of fact and allegations of fault alleged in Paragraphs 1 through 186, as incorporated herein.  In further response, the remaining allegations in Paragraph 187 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

188.

The allegations in Paragraph 188 constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

189.

The allegations in Paragraph 189 are directed at other defendants and constitute a legal conclusion to which no response from St. Paul is required.  To the extent a response is deemed necessary, St. Paul denies the allegations for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

190.

The allegations in Paragraph 190 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the allegations directed at St. Paul and denies the allegations directed at other parties for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

191.

The allegations in Paragraph 191 constitute a legal conclusion to which no response from St. Paul is required. To the extent a response is deemed necessary, St. Paul denies the allegations directed at St. Paul and denies the allegations directed at other parties for lack of sufficient information to justify a belief as to the truth of the matters asserted therein.

192.

St. Paul denies the allegations of the prayer for relief in the plaintiffs' Complaint in so far as those allegations relate or refer to St. Paul. The remaining allegations of the prayer for relief are denied for lack of sufficient information to justify a belief in the matters asserted therein.

193.

In further answer to the Complaint, St. Paul incorporates by reference as if copied hereto *in extenso* all defenses raised in its original Answer to the Plaintiffs' Superseding Master Consolidated Class Action Complaint which answer was filed with this Court on March 30, 2007 and/or in its Answer to Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint which answer was filed with this Court on August 23, 2007.

**WHEREFORE,** Defendant, St. Paul Fire and Marine Insurance Company prays that this answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of St. Paul Fire and Marine Insurance Company and against Plaintiffs (and members of the putative class), dismissing all of the claims of the Plaintiffs (and members of the

putative class) against St. Paul Fire and Marine Insurance Company, with prejudice, at Plaintiffs'

(and members of the putative class') cost.

Respectfully submitted,


/s/ Rachel A. Meese
RALPH S. HUBBARD III, T.A., Bar. #7040
JOSEPH P. GUICHET, Bar #24441
RACHEL A. MEESE, Bar #25457
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
**Attorneys for St. Paul Fire and Marine
Insurance Company**


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 25th day of September, 2007.

/s/ Rachel A. Meese