# Louisiana Department of Insurance

## Active Company Search Form

[New Search]

**1 records found**
You searched: Economy Premier Assurance Company

Print a complete listing of your results.

Export a complete listing of your results in Excel.

### Company Information

| | |
|---|---|
| | ECONOMY PREMIER ASSURANCE COMPANY |
| **NAIC:** | 40649 |
| **Status:** | ACTIVE |
| **Domicile:** | IL |
| **Address:** | P. O. Box 350<br>Warwick, RI 02887-0350 |
| **Phone:** | 4018272400 |
| **Toll Free:** | 8004224272 |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE |
| **Agent Address:** | 8549 United Plaza Blvd.<br>BATON ROUGE, LA 70809 |
| **Date Approved:** | 11/07/1989 |
| **License Types:** | Insurer - 11/7/1989 |
| **Classification:** | FIRE AND CASUALTY |
| **Coverage Lines:** | Burglary & Forgery<br>Crop & Livestock<br>Fire & Extended Coverage<br>Glass<br>Home Owners<br>Liability<br>Marine & Transportation<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Vehicle Physical Damage Only |

1



EXHIBIT A

# Louisiana Department of Insurance

Home | Company Search

## Active Company Search Form

[New Search]

**1 records found**
You searched: METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPA

Print a complete listing of your results. [Print]

Export a complete listing of your results in Excel. [Export to Excel]

### Company Information

**METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY**

| Field | Value | Field | Value |
|---|---|---|---|
| NAIC: | 26298 | Date Approved: | 11/8/1973 |
| Status: | ACTIVE | License Types: | Insurer - 11/08/1973 |
| Domicile: | RI | Classification: | FIRE AND CASUALTY |
| Address: | P.O. Box 490<br>Johnstown, PA 15907 | Coverage Lines: | Burglary & Forgery<br>Crop & Livestock<br>Fire & Extended Coverage<br>Glass<br>Health and Accident<br>Home Owners<br>Liability<br>Marine & Transportation<br>Miscellaneous<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation |
| Phone: | 800-424-4272 | | |
| Toll Free: | 800-424-4272 | | |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE | | |
| Agent Address: | 8549 United Plaza Blvd.<br>BATON ROUGE, LA 70809 | | |

1

EXHIBIT A

## Louisiana Department of Insurance

**Active Company Search Form**

[New Search]

**1 records found**
You searched:
Metropolitan Casualty
Insurance Company

Print a complete listing of your results.

Export a complete listing of your results in Excel.

### Company Information

**METROPOLITAN CASUALTY INSURANCE COMPANY**

| | | |
|---|---|---|
| **NAIC:** | 40169 | **Date Approved:** 05/02/1983 |
| **Status:** | ACTIVE | **License Types:** Insurer - CASUALTY |
| **Domicile:** | RI | **Classification:** FIRE AND CASUALTY |
| **Address:** | P. O. Box 490<br>Johnstown , PA 15907 | **Coverage Lines:** Fire & Extended Coverage<br>Marine & Transportation<br>Vehicle |
| **Phone:** | 4018272400 | |
| **Toll Free:** | 8004224272 | |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | |
| **Agent Address:** | 8549 United Plaza Blvd.<br>BATON ROUGE , LA 70809 | |

1



EXHIBIT A