**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | |
| | § | NO.  05-4182 "K"(2) |
| | § | |
| | § | JUDGE DUVAL |
| | § | |
| PERTAINS TO:  ROAD HOME | § | MAGISTRATE WILKINSON |
| *Louisiana State*  C.A. No. 07-5528 | § | |

**JOINDER IN AND CONSENT TO REMOVAL BY**
**AMERICA FIRST INSURANCE COMPANY, LIBERTY MUTUAL FIRE**
**INSURANCE COMPANY, AND LIBERTY MUTUAL INSURANCE COMPANY**

America First Insurance Company ("America First"), Liberty Mutual Fire Insurance Company ("Liberty Mutual Fire"), Liberty Mutual Insurance Company ("Liberty Mutual Insurance") (collectively referred to as "Liberty Mutual Entities"), defendants in the captioned proceeding, hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above captioned action.  The Liberty Mutual Entities further state as follows:

1

93335

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. America First, Liberty Mutual Fire, and Liberty Mutual Insurance were each served, through the Secretary of State, on August 28, 2007. This joinder and consent is filed timely within thirty days after receipt by America First, Liberty Mutual Fire, and Liberty Mutual Insurance through service or otherwise of a copy of the petition in this action, and within thirty days after service of the petition on the first defendant served.

The Liberty Mutual Entities also consent to the removal of this action by any other defendant filing a separate notice. The Liberty Mutual Entities reserve their right to file a supplemental statement in support of their right to have federal jurisdiction maintained over the claims asserted against the Liberty Mutual Entities.

Respectfully submitted,

*/s/H. Minor Pipes, III*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street
Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorneys for America First Insurance
Company, Liberty Mutual Fire Insurance
Company, and Liberty Mutual Insurance
Company*

2

93335

## CERTIFICATE

I hereby certify that on the 26th day of September, 2007, the foregoing Joinder In And Consent To Removal By America First Insurance Company, Liberty Mutual Fire Insurance Company, And Liberty Mutual Insurance Company was filed electronically with the Court who will send electronic noticing to all counsel of record.  A copy has been mailed this date to:

**William Daniel O'Regan, IV**
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055-5490

*/s/H. Minor Pipes, III*

3

93335