

# Active Company Search Form

[New Search]

**1 records found**
You searched: Liberty Mutual Fire Insurance Company

Print a complete listing of your results. Print

Export a complete listing of your results in Excel.  Export to Excel

## Company Information

Liberty Mutual Fire Insurance Company

| | |
|---|---|
| NAIC: | 23035 |
| Status: | ACTIVE |
| Domicile: | WI |
| Address: | 175 Berkeley Street<br>Boston, MA 02117 |
| Phone: | 6173579500 |
| Toll Free: | 800252467 |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE |
| Agent Address: | 8549 United Plaza Blvd.<br>BATON ROUGE, LA 70809 |
| Date Approved: | 4/1/1930 |
| License Types: | Insurer - 04/01/1930 |
| Classification: | FIRE AND CASUALTY |
| Coverage Lines: | Burglary & Forgery<br>Fidelity & Surety<br>Fire & Extended Coverage<br>Glass<br>Home Owners<br>Liability<br>Marine & Transportation<br>Miscellaneous<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation |

1



EXHIBIT A

# Louisiana Department of Insurance

Home | Company Search

http://www.ldi.state.la.us/search%5Fforms/company/Default.aspx 9/25/2007 3:21:03 PM

## Active Company Search Form

[New Search]

**1 records found**
You searched: Liberty Mutual Insurance Company

Export a complete listing of your results in Excel. [Export to Excel]

Print a complete listing of your results. [Print]

### Company Information

**Liberty Mutual Insurance Company**

| Field | Value |
|---|---|
| NAIC: | 23043 |
| Status: | ACTIVE |
| Domicile: | MA |
| Address: | 175 Berkeley Street<br>Boston, MA 02117 |
| Phone: | 6173579500 |
| Toll Free: | |
| Agent For Service of Process: | LOUISIANA SECRETARY OF STATE |
| Agent Address: | 8549 United Plaza Blvd.<br>BATON ROUGE, LA 70809 |
| Date Approved: | 4/2/1923 |
| License Types: | Insurer - 04/02/1923 |
| Classification: | FIRE AND CASUALTY |
| Coverage Lines: | Burglary & Forgery<br>Crop & Livestock<br>Fidelity & Surety<br>Fire & Extended Coverage<br>Glass<br>Health and Accident<br>Liability<br>Marine & Transportation<br>Miscellaneous<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation |

1



EXHIBIT A