UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEONARD A. RADLAUER, SALLY** * | **CIVIL ACTION NO.: 07-4226** |
| **RADLAUER AND INDIVIDUALLY** * | |
| **AND ON BEHALF OF THEIR MINOR** * | |
| **CHILD, LAYNE RADLAUER** * | |
| * | |
| **VERSUS** * | **JUDGE:  SECTION** "K" |
| • | The Honorable Standwood R. Duval, Jr. |
| **DEPARTMENT OF THE ARMY** * | **MAGISTRATE: 2** |
| **NEW ORLEANS DISTRICT, CORP** * | Magistrate Joseph C. Wilkinson, Jr. |
| **OF ENGINEERS** * | |
| • | |
| ************************************** | |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, personally came and appeared:

MARGARET N. ARBOUR

who, first being duly sworn by me deposed and said:

On August 23, 2007, she mailed a Waiver of Service of Summons and a Petition for Damages, with regard to the captioned proceedings, by certified mail #70063450000142128322, return receipt requested to Mr. Alberto R. Gonzales, U.S. Attorney General Registered Agent for the Federal Government, 5137 Robert F. Kennedy Bldg., 10th St. and Constitution Avenue, NW,

Washington, D.C. 20530 in order to effectuate service of same.

On September 5, 2007, the return receipt was received by Margaret N. Arbour, and was signed as being received by Emmit L. Parker, on Mr. Gonzales's behalf on August 29, 2007. A copy of this receipt is attached hereto and made a part hereof.

/s/ Margaret N. Arbour

MARGARET N. ARBOUR

SWORN TO AND SUBSCRIBED
BEFORE ME
THIS  24th  DAY OF September  200 7.

 /s/ John M. Robin
         NOTARY PUBLIC
John M. Robin, LA Bar #11341