UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Considering the foregoing Ex Parte Motion for Leave to Supplement Motion for Protective Order with Updated Affidavit Relative to State Farm's Motion to Quash Deposition of Alexis King, Record Doc. No. 7901,

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company is hereby GRANTED leave to supplement its Motion for Protective Order.

**IT IS FURTHER ORDERED** that the deposition of Alexis King remains quashed at this time, subject to the conditions contained in the last paragraph of my previous order, specifically: "King's deposition in this litigation is merely being <u>postponed</u>, not precluded altogether.  At some point, King will be deposed in this matter. . . . After receiving the new affidavit (which has been filed today, Record Doc. No. 7901), and pursuing these other depositions (State Farm Rule 30(b)(6) and Entwistle), plaintiffs may revisit the issue of deposing King by conferring with State

Farm's counsel and by filing a new motion, if appropriate." Record Doc. No. 6097 at p. 7.

**IT IS FURTHER ORDERED** that State Farm must again supplement its motion for protective order with a new affidavit from King's criminal defense counsel no later than **December 28, 2007.**

New Orleans, Louisiana, this __26th__ day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE