UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * | CIVIL ACTION  NO.   05-4182 "K"(2) |
| PERTAINS TO:  ROAD HOME | * * | SECTION "K" |
| (*State of Louisiana v. AAA Insurance, et al.*, No. 07-5528) | * * * | JUDGE DUVAL  MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### JOINDER IN AND CONSENT TO REMOVAL BY TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY

COMES NOW defendant Tokio Marine & Nichido Fire Insurance Co., Ltd. ("Tokio Marine"), and hereby consents to and joins in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate") filed in the above-captioned action, and further states as follows:

Plaintiff filed this putative action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition For Damages and Declaratory and Injunctive Relief on August 29, 2007.  Tokio Marine was served through the Louisiana Secretary of State on August 28, 2007.  This joinder and consent is filed within thirty days of service on Tokio Marine or any other defendant to the instant action.

Tokio Marine also consents to the removal of this action by any other defendant filing a separate notice.  Tokio Marine reserves the right to file a supplemental statement in support of

1

Tokio Marine's right to have federal jurisdiction maintained over the claims asserted against Tokio Marine.

        Respectfully submitted,

        **/s/ Seth A. Schmeeckle**
        **SETH A. SCHMEECKLE, T.A., La. Bar #27076**
        **RALPH S. HUBBARD, III, La. Bar. # 7040**
        **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana 70130
        Telephone:  (504) 568-1990
        E-Mail:  sschmeeckle@lawla.com
              rhubbard@lawla.com

        And

        OF COUNSEL:

        **KEVIN P. KAMRACZEWSKI**
        **ALAN S. GILBERT**
        **PAUL E. B. GLAD**
        **SONNENSCHEIN NATH & ROSENTHAL LLP**
        7800 Sears Tower
        Chicago, IL 60606
        Telephone:     (312) 876-8000

        **Attorneys for Tokio Marine & Nichido Fire Insurance Company**

## CERTIFICATE OF SERVICE

  I hereby certify that on September 26, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

                /s/Seth A. Schmeeckle
                Seth A. Schmeeckle