## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | **CIVIL ACTION** |
| CONSOLIDATED LITIGATION | * | **NO.   05-4182 "K"(2)** |
| | * | |
| **PERTAINS TO:  ROAD HOME** | * | **SECTION "K"** |
| | * | |
| (*State of Louisiana v. AAA Insurance, et al.*, | * | **JUDGE DUVAL** |
| No. 07-5528) | * | |
| | * | **MAGISTRATE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * *

### JOINDER IN AND CONSENT TO REMOVAL BY THE HANOVER INSURANCE COMPANY, THE HANOVER AMERICAN INSURANCE COMPANY, AND MASSACHUSETTS BAY INSURANCE COMPANY

COME NOW defendants The Hanover Insurance Company, The Hanover American Insurance Company, and Massachusetts Bay Insurance Company (collectively "Hanover"), and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate") filed in the above-captioned action, and further state as follows:

Plaintiff filed this putative action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition For Damages and Declaratory and Injunctive Relief on August 29, 2007. Hanover was served through the Louisiana Secretary of State on August 28, 2007.  This joinder

and consent is filed within thirty days of service on Hanover or any other defendant to the instant action.

Hanover also consents to the removal of this action by any other defendant filing a separate notice.  Hanover reserves the right to file a supplemental statement in support of Hanover's right to have federal jurisdiction maintained over the claims asserted against Hanover.

Respectfully submitted,

**/s/ Seth A. Schmeeckle**
**SETH A. SCHMEECKLE, T.A., La. Bar #27076**
**RALPH S. HUBBARD, III, La. Bar. # 7040**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
E-Mail:  sschmeeckle@lawla.com
          rhubbard@lawla.com

And

OF COUNSEL:

**KEVIN P. KAMRACZEWSKI**
**ALAN S. GILBERT**
**PAUL E. B. GLAD**
**DAVID R. SIMONTON**
**SONNENSCHEIN NATH & ROSENTHAL LLP**
7800 Sears Tower
Chicago, IL 60606
Telephone:    (312) 876-8000

**Attorneys for The Hanover Insurance Company, The Hanover American Insurance Company, and Massachusetts Bay Insurance Company**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/Seth A. Schmeeckle
Seth A. Schmeeckle