UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4152 "K" (2) |
| PERTAINS TO: ROAD HOME (*State of Louisiana v. AAA Insurance, et al.*, Case No. 07-5528) | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * | * | |

## AFFIDAVIT OF MICHAEL DANDRIDGE IN SUPPORT OF HANOVER'S STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL

Michael Dandridge, being duly sworn, deposes and states as follows:

1. I am a Regional Manager and Vice President with the Hanover Insurance Group. "Hanover Insurance Group" is a trade name for a group of affiliated insurance companies; it does not issue or write any policies itself.

2. I make this affidavit based upon a thorough review of Hanover Insurance Group's business records, which are made and kept in the regular course of the Hanover Insurance Group's business by those whose regular job function it is to make and keep such records, and with which I am personally familiar.

3. The Hanover Insurance Company, The Hanover American Insurance Company, and Massachusetts Bay Insurance Company (collectively "Hanover") are all affiliates of one



another and are affiliated with the Hanover Insurance Group. All three of aforesaid Hanover companies are corporations organized under the laws of New Hampshire with their principal places of business in Massachusetts.

4. As of September 24, 2007, Hanover has received 8,948 property claims under homeowners and residential dwelling insurance policies for damage allegedly caused by Hurricane Katrina in the State of Louisiana. Of those claims, 3,106 were brought under policies issued by The Hanover Insurance Company, 1,120 were brought under policies issued by The Hanover American Insurance Company, and 4,722 were brought under policies issued by Massachusetts Bay Insurance Company.

5. As of September 24, 2007, Hanover has paid over $138.4 million on property claims under residential insurance policies for damage allegedly caused by Hurricane Katrina in the State of Louisiana. Of that amount, approximately $49.8 million was paid under policies issued by The Hanover Insurance Company, approximately $18.3 million was paid under policies issued by The Hanover American Insurance Company, and approximately $70.3 million was paid under policies issued by Massachusetts Bay Insurance Company.

6. Besides the three Hanover companies described above, two other insurance companies associated with the Hanover Insurance Group issued homeowners or residential dwelling policies covering property in Louisiana that was allegedly damaged as a result of Hurricane Katrina. However, only eight Hurricane Katrina property claims were reported under those policies.

7. One of the measures that Hanover uses to gauge its position in the marketplace is by relying on various reports and data prepared by the insurance industry. One source of this data is from the A.M. Best Company. Hanover and many other insurers rely upon A.M. Best

another and are affiliated with the Hanover Insurance Group. All three of aforesaid Hanover companies are corporations organized under the laws of New Hampshire with their principal places of business in Massachusetts.

4. As of September 24, 2007, Hanover has received 8,948 property claims under homeowners and residential dwelling insurance policies for damage allegedly caused by Hurricane Katrina in the State of Louisiana. Of those claims, 3,106 were brought under policies issued by The Hanover Insurance Company, 1,120 were brought under policies issued by The Hanover American Insurance Company, and 4,722 were brought under policies issued by Massachusetts Bay Insurance Company.

5. As of September 24, 2007, Hanover has paid over $138.4 million on property claims under residential insurance policies for damage allegedly caused by Hurricane Katrina in the State of Louisiana. Of that amount, approximately $49.8 million was paid under policies issued by The Hanover Insurance Company, approximately $18.3 million was paid under policies issued by The Hanover American Insurance Company, and approximately $70.3 million was paid under policies issued by Massachusetts Bay Insurance Company.

6. Besides the three Hanover companies described above, two other insurance companies associated with the Hanover Insurance Group issued homeowners or residential dwelling policies covering property in Louisiana that was allegedly damaged as a result of Hurricane Katrina. However, only eight Hurricane Katrina property claims were reported under those policies.

7. One of the measures that Hanover uses to gauge its position in the marketplace is by relying on various reports and data prepared by the insurance industry. One source of this data is from the A.M. Best Company. Hanover and many other insurers rely upon A.M. Best

Company data regarding marketplace information. A.M. Best data is one of the standard data sources relied upon by the industry for marketplace information.

8. I have reviewed the A.M. Best Company report entitled, "Top 50 Homeowners Insurers In Louisiana by Written Premium" attached as Exhibit 1 to the affidavit of Allstate's Paul Tracey in this matter. Hanover obtains and relies upon identical reports from A.M. Best Company. The aforementioned report shows that the property and casualty insurance companies within the Hanover Insurance Group held a 2.0% share of the Louisiana homeowners insurance market in 2005.

_____<br>Michael Dandridge

Sworn to and Subscribed before me
this 26th day of September, 2007.

_____
Notary Public
    Mark Charles Dodart
    Notary Public
    State of Louisiana
    Louisiana Bar Roll # 17549
    My Commission is issued for Life.

## Julie Laiche (799 N.O.)

**From:** Mark Dodart (307 N.O.)
**Sent:** Wednesday, September 26, 2007 9:12 AM
**To:** Julie Laiche (799 N.O.)
**Subject:** FW: Katrina: Affidavit in support of removal

**Attachments:** Katrina: Affidavit in support of removal

---

**From:** MICHAEL DANDRIDGE [mailto:MDANDRIDGE@HANOVER.COM]
**Sent:** Wednesday, September 26, 2007 7:16 AM
**To:** Mark Dodart (307 N.O.)
**Subject:** Fwd: Katrina: Affidavit in support of removal

✉
Katrina: Affidavit in support...

1

Top 50 Homeowners Insurers in Louisiana by Written Premium

| Rank | Company Name | Direct Written Premium ($000) | | | Growth Rate (%) | | | Market Share(%) | | | Direct Incurred Loss Ratio(%) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 | 2005 | 2004 | 2003 |
| 1 | State Farm Group | 348,179 | 321,168 | 288,199 | 8.4 | 11.4 | 9.7 | 34.5 | 34.7 | 32.6 | 705.5 | 36.4 | 45.1 |
| 2 | Allstate Insurance Group | 220,163 | 203,930 | 178,349 | 8.0 | 14.3 | 26.3 | 21.8 | 22.0 | 20.2 | 1,064.9 | 36.0 | 32.7 |
| 3 | Southern Farm Bureau Group | 74,948 | 65,244 | 67,622 | 14.9 | 13.2 | 14.7 | 7.4 | 7.1 | 6.5 | 568.9 | 45.0 | 65.5 |
| 4 | Farmers Insurance Group | 44,334 | 38,305 | 32,558 | 15.7 | 17.7 | 18.0 | 4.4 | 4.1 | 3.7 | 385.8 | 40.6 | 55.2 |
| 5 | Liberty Mutual Insurance Companies | 39,419 | 35,863 | 31,818 | -9.9 | 12.7 | 20.2 | 3.9 | 3.9 | 3.6 | 1,094.8 | 46.5 | 40.2 |
| 6 | St. Paul Travelers Group | 35,284 | 36,030 | 34,928 | -2.1 | 3.2 | 6.7 | 3.5 | 3.9 | 4.0 | 1,455.9 | 16.6 | 37.0 |
| 7 | USAA Group | 34,263 | 31,045 | 26,212 | 10.4 | 18.4 | 24.1 | 3.4 | 3.4 | 3.0 | 888.8 | 28.3 | 32.9 |
| 8 | American National P.& C. Group | 23,505 | 21,822 | 19,922 | 9.2 | 8.5 | 16.4 | 2.3 | 2.3 | 2.3 | 1,231.8 | 31.2 | 31.0 |
| 9 | Hanover Insurance Grp Prop and Cas Cos | 20,201 | 18,295 | 15,084 | 10.4 | 21.3 | 21.7 | 2.0 | 2.0 | 1.7 | 709.0 | 31.7 | 55.6 |
| 10 | American International Group Inc | 17,860 | 21,827 | 77,153 | -18.1 | -71.7 | 28.3 | 1.8 | 2.4 | 8.7 | 1,262.4 | 29.9 | 57.2 |
| 11 | Shelter Insurance Companies | 16,883 | 16,107 | 14,809 | 4.8 | 8.8 | 2.5 | 1.7 | 1.7 | 1.7 | 464.1 | 19.3 | 28.4 |
| 12 | MetLife Auto & Home Group | 16,197 | 15,214 | 14,723 | 6.5 | 3.3 | 12.2 | 1.6 | 1.6 | 1.7 | 687.5 | 34.2 | 44.8 |
| 13 | Allianz of America, Inc | 15,048 | 13,311 | 11,585 | 13.0 | 14.9 | -0.1 | 1.5 | 1.4 | 1.3 | 835.6 | 61.4 | 63.8 |
| 14 | Automobile Club of Missouri Group | 13,572 | 9,513 | 8,126 | 42.7 | 55.3 | 203.3 | 1.3 | 1.0 | 0.7 | 1,088.7 | 28.4 | -22.5 |
| 15 | Chubb Group of Insurance Companies | 13,111 | 11,799 | 10,019 | 11.1 | 17.8 | 22.8 | 1.3 | 1.3 | 1.1 | 965.3 | 41.5 | 48.8 |
| 16 | Unitrin Inc | 10,130 | 8,584 | 6,258 | 10.3 | 36.8 | 36.9 | 1.0 | 0.9 | 0.7 | 432.4 | 36.1 | 40.9 |
| 17 | Hartford Insurance Group | 10,044 | 9,707 | 8,410 | 3.5 | 15.4 | 19.2 | 1.0 | 1.0 | 1.0 | 914.5 | 33.6 | 39.5 |
| 18 | Horace Mann Insurance Group | 9,891 | 8,770 | 7,793 | 12.8 | 12.5 | 5.9 | 1.0 | 0.9 | 0.9 | 703.4 | 43.5 | 33.2 |
| 19 | Republic Companies Group | 9,233 | 7,088 | 5,558 | 30.3 | 27.5 | 18.3 | 0.9 | 0.8 | 0.6 | 738.0 | 21.0 | 37.8 |

Gauntt, Charles & Liliena et al. v. SFF&CC et al.
Confidential
GAUNTT00000001PROD

EXHIBIT 1

| # | Company | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | United Fire & Casualty Group | 7,952 | 7,478 | 7,802 | 8.3 | -4.2 | 12.9 | 0.8 | 0.8 | 0.9 | 1,126.3 | 25.5 | 38.7 |
| 21 | Safeco Insurance Companies | 6,679 | 5,500 | 4,489 | 21.4 | 22.5 | 17.2 | 0.7 | 0.6 | 0.5 | 104.0 | 27.4 | 15.0 |
| 22 | Assurant Solutions | 5,184 | 5,342 | 6,684 | -3.0 | -19.8 | 12.0 | 0.5 | 0.6 | 0.8 | 206.9 | 15.4 | 25.8 |
| 23 | National Security Group, Inc | 3,195 | 3,374 | 3,230 | -5.2 | 4.5 | 152.9 | 0.3 | 0.4 | 0.4 | 299.8 | 27.9 | 31.2 |
| 24 | Homesite Group | 2,379 | 1,892 | 1,203 | 25.7 | 57.3 | 423.0 | 0.2 | 0.2 | 0.1 | 416.9 | 44.7 | 18.3 |
| 25 | Aegis Security Insurance Group | 2,058 | 860 | 612 | 139.3 | 40.5 | 0.2 | 0.2 | 0.1 | 0.1 | 467.8 | 12.3 | 24.5 |
| 26 | Armed Forces Insurance Exchange | 1,958 | 1,624 | 1,361 | 20.6 | 19.1 | 15.4 | 0.2 | 0.2 | 0.2 | 1,009.8 | 41.5 | 87.3 |
| 27 | EMC Insurance Companies | 1,884 | 1,873 | 1,874 | 0.7 | -0.1 | -12.5 | 0.2 | 0.2 | 0.2 | 593.9 | 20.5 | 38.8 |
| 28 | Amica Mutual Group | 1,519 | 1,476 | 1,192 | 2.9 | 23.8 | 18.0 | 0.2 | 0.2 | 0.1 | 1,206.6 | 24.1 | 34.9 |
| 29 | Fidelity National Group | 1,098 | 66 | 0 | 1,599.2 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 884.6 | 0.0 | 0.0 |
| 30 | Balboa Insurance Group | 712 | 118 | 78 | 503.4 | 49.4 | 83.7 | 0.1 | 0.0 | 0.0 | 797.9 | 50.0 | 8.8 |
| 31 | Markel Corporation Group | 543 | 457 | 251 | 18.8 | 82.1 | -13.1 | 0.1 | 0.0 | 0.0 | 538.8 | 3.7 | 112.5 |
| 32 | American Modern Insurance Group | 330 | 546 | 488 | -39.4 | 11.7 | -58.0 | 0.0 | 0.1 | 0.1 | 1,848.5 | 8.9 | 101.4 |
| 33 | Zurich Financial Services NA Group | 307 | 268 | 1,650 | 14.6 | -83.8 | 129.8 | 0.0 | 0.0 | 0.2 | 843.6 | 42.3 | 61.1 |
| 34 | HDI U S Group | 305 | 749 | 1,154 | -59.3 | -35.1 | 158.4 | 0.0 | 0.1 | 0.1 | 587.0 | 68.1 | 55.0 |
| 35 | NLASCO Group | 125 | 31 | 0 | 303.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 797.0 | 0.0 | 0.0 |
| 36 | Electric Insurance Group | 86 | 88 | 58 | -2.3 | 46.2 | 11.3 | 0.0 | 0.0 | 0.0 | 3,006.9 | 60.0 | 19.3 |
| 37 | Marnslar Insurance Company | 29 | 24 | 10 | 20.5 | 140.0 | 100.0 | 0.0 | 0.0 | 0.0 | 225.9 | 31.3 | 85.7 |
| 38 | Tokio Marine & Nichido Fire USB Group | 2 | 2 | 1 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,950.0 | 50.0 | 0.0 |
| 39 | Prime Insurance Syndicate Inc. | 1 | 19 | 21 | -94.7 | -9.5 | 110.0 | 0.0 | 0.0 | 0.0 | 56.3 | - | 80.0/1,025.8 |
| 40 | GeoVera Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

Gauntt, Charles & Liliana et al. v. BFF&CC et al.
Confidential
GAUNTT00000002PROD

| # | Company | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | Seminole Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 42 | American Strategic Insurance Companies | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 43 | Universal Insurance Group of Puerto Rico | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 44 | Lancer Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 45 | United America Indemnity Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 46 | Tower Group Companies | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 | National Financial Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 48 | Celina Insurance Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 49 | USIC Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 50 | Middle Georgia Group | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | Industry Total | 1,003,535 | 928,022 | 382,900 | 9.0 | 4.5 | 15.4 | 100.0 | 100.0 | 100.0 | 832.5 | 35.1 | 43.2 |

Source: © A.M. Best Company – used by permission
State Farm Strategic Resources Department, Global Business Analysis

For internal use only. Nothing contained in this site shall be disclosed outside State Farm unless proper authorization is obtained.

Gauntt, Charles & Liliana et al. v. SFF&CC et al.
Confidential
GAUNTT00000003PROD