UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.   05-4182 "K"(2) |
| | * | |
| PERTAINS TO:  ROAD HOME | * | SECTION "K" |
| | * | |
| (*State of Louisiana v. AAA Insurance, et al.*, | * | JUDGE DUVAL |
| No. 07-5528) | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

### JOINDER IN AND CONSENT TO REMOVAL BY HORACE MANN INSURANCE COMPANY, TEACHERS INSURANCE COMPANY, AND HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY

COME NOW defendants Horace Mann Insurance Company, Teachers Insurance Company, and Horace Mann Property & Casualty Insurance Company (collectively "Horace Mann"), and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate") filed in the above-captioned action, and further state as follows:

Plaintiff filed this putative action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition For Damages and Declaratory and Injunctive Relief on August 29, 2007.  Horace Mann Insurance Company was served on August 28, 2007.  Teachers Insurance Company and Horace Mann Property & Casualty Insurance Company were served on September 5, 2007.  This

1

joinder and consent is filed within thirty days of service on Horace Mann or any other defendant to the instant action.

Horace Mann also consents to the removal of this action by any other defendant filing a separate notice. Horace Mann reserves the right to file a supplemental statement in support of Horace Mann's right to have federal jurisdiction maintained over the claims asserted against Horace Mann.

        Respectfully submitted,

        **/s/ Seth A. Schmeeckle**
        **SETH A. SCHMEECKLE, T.A., La. Bar #27076**
        **RALPH S. HUBBARD, III, La. Bar. # 7040**
        **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana 70130
        Telephone: (504) 568-1990
        E-Mail: sschmeeckle@lawla.com
                rhubbard@lawla.com

        And

        OF COUNSEL:

        **KEVIN P. KAMRACZEWSKI**
        **ALAN S. GILBERT**
        **PAUL E. B. GLAD**
        **DAVID R. SIMONTON**
        **SONNENSCHEIN NATH & ROSENTHAL LLP**
        7800 Sears Tower
        Chicago, IL 60606
        Telephone: (312) 876-8000

        **Attorneys for Defendants Horace Mann Insurance Company, Teachers Insurance Company, and Horace Mann Property & Casualty Insurance Company**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

                                              /s/Seth A. Schmeeckle
                                              Seth A. Schmeeckle