## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4152 "K" (2) |
| PERTAINS TO: ROAD HOME | * | |
| (*State of Louisiana v. AAA Insurance,* | * | JUDGE DUVAL |
| *et al.,* Case No. 07-5528) | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * | * * | |

### AFFIDAVIT OF GEORGE BAHLS IN SUPPORT OF HORACE MANN INSURANCE COMPANY, TEACHERS INSURANCE COMPANY, AND HORACE MANN PROPERTY AND CASUALTY INSURANCE COMPANY'S STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL

I, George Bahls, being duly sworn, deposes and states as follows:

1. I am Assistant Vice President – Property Claims with defendants Horace Mann Insurance Company, Teachers Insurance Company, and Horace Mann Property and Casualty Insurance Company (collectively "Horace Mann"). I make this affidavit based upon Horace Mann's business records, with which I am personally familiar.

2. Horace Mann Insurance Company is a corporation organized under the laws of Illinois with its principal place of business in Springfield, Illinois.

3. Teachers Insurance Company is a corporation organized under the laws of Illinois with its principal place of business in Springfield, Illinois.



EXHIBIT A

- 2 -

4. Horace Mann Property and Casualty Insurance Company is a corporation organized under the laws of California with its principal place of business in Springfield, Illinois.

5. As of September 24, 2007, Horace Mann has received 4,971 property claims under residential insurance policies for damage allegedly caused by Hurricane Katrina in the State of Louisiana.

6. As of September 24, 2007, Horace Mann has paid over $70,797,000 on property claims under residential insurance policies for damage allegedly caused by Hurricane Katrina in the State of Louisiana.

_____
George Bahls

Sworn to and subscribed before me
this 25th day of September, 2007.

_____
Notary Public

OFFICIAL SEAL
**SUSAN K. NERGENAH**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-23-2010