## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| | § § | |
| PERTAINS TO:  Levee and MRGO, | § § | |
| *Maureen O'Dwyer, Et. Al.*(06-6099) | § § § § | |
| | § | |

DECLARATION OF ANGELA JEAN DRINKWITZ

**COMES NOW** Angela Jean Drinkwitz, and states the following:

I am a paralegal with the United States Army Corps of Engineers, New Orleans District.  I am the claims administrator for the District and have responsibility for the administration of all claims filed against the District through the Federal Tort Claims Act.  As such, I would have personal knowledge of any administrative claim for wrongful death, personal injuries and/or property damages that is filed with the District and the Agency under the provisions of the Federal Tort Claims Act, 28 U.S.C. Section 2671 *et seq.*  In particular the provisions of 28 U.S.C. Sections 2672 and 2675, require that a written administrative claim, setting forth a sum certain demand for damages from the agency, be filed with the Agency by any claimant who alleges that the Agency acted negligently and is responsible for the loss.  The written administrative claim is a pre-requisite to filing a cause of action in United States District Court.

A review of records in the New Orleans District indicate that of the names listed in the complaint, only Maureen O'Dwyer submitted an SF 95, Claim for Damage, Injury

1

or Death, which could be considered timely for the purposes of this suit. Ms. O'Dwyer's claim was received by this office on 31 January 2006, more than six months prior to the filing of C.A. No. 06-6099 on September 19, 2006. On December 1, 2006, the U.S. Army Claims Service issued a *Parker* denial on Ms. O'Dwyer's claim. (Exhibit A). A *Parker* denial is routinely sent in cases where no administrative action (i.e., acceptance or denial) has been taken by the U.S. Army Claims Service on a claim that has been pending for six months or longer, and the claimant thereafter institutes legal action against the United States to recover on the claim.

On 17 February 2006, this office received a letter from Mr. Ashton O'Dwyer that contained a list of names, which comprises the names of plaintiffs in this case. (Exhibit B). This letter was sent by Mr. O'Dwyer in lieu of SF 95 forms as a means of submitting a claim against the United States. I caused a search to be conducted of the Corps of Engineers claim submittal database to ascertain whether the Corps of Engineers has received claims from any of the plaintiffs listed in Mr. O'Dwyer's letter. Although there were quite a number of "hits" indicating that individuals with the same or similar names as those listed in Mr. O'Dwyer's letter, because of the minimal identifying information provided by Mr. O'Dwyer in his letter regarding the plaintiffs, it cannot be conclusively determined from the claims data whether the claims received by the Corps of Engineers actually pertain to the plaintiffs listed in Mr. O'Dwyer's letter. In any event, the Corps of Engineers' claims data reflect that all of the claims submitted by individuals with the same or similar names as the named plaintiffs in this lawsuit (with the exception of the claim of Maureen O'Dwyer) were submitted to the Corps of Engineers less than six months before this lawsuit was filed.

2

On 22 March 2006, a response was sent to Mr. O'Dwyer by Mr. Randall Merchant, a former member of this office, indicating the reason why Mr. O'Dwyer's February 17, 2006, letter submission does not constitute the filing of an administrative claim against the United States (Exhibit C).

I verify under penalty of perjury, in accordance with 28 U.S.C. 1746, that the foregoing is true and correct.

DATED this 7th day of September, 2007.

ANGELA JEAN DRINKWITZ

3

# EXHIBIT   A

PARKER
11/29/06                                                          FC





**DEPARTMENT OF THE ARMY**
U.S. ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G. MEADE, MARYLAND 20755-5360

REPLY TO
ATTENTION OF:

DEC 0 1 2006

### CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Eastern U.S. Torts Branch

SUBJECT: Claim of Maureen O'Dwyer, 07-N15-T029

Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street, Suite 2670
New Orleans, Louisiana 70130-5000

Dear Mr. O'Dwyer:

This notice constitutes final administrative action on the claim of your client Maureen O'Dwyer, against the United States in the total amount of $2,950,000, for the loss or damage of property and personal injury as a result of the alleged negligence by the U.S. Army Corps of Engineers in relation to Hurricane Katrina, in New Orleans, Louisiana, on or about August 29, 2005.

Your client's claim is denied. Since your client has filed suit against the United States in the United States District Court for Eastern District of Louisiana, her claim is no longer amenable to administrative resolution.

While I realize that your client's claim is in suit, I am nevertheless required by regulation to inform you that if your client is dissatisfied with the action taken on her claim, she may file suit in an appropriate United States District Court no later than six months from the date of mailing of this letter. By law, failure to comply with that time limit forever bars your client from further suit. I am not implying that any such suit, if filed, would be successful.

Sincerely,

Charles D. Hayes, Jr.
Lieutenant Colonel, US Army
Chief, Tort Claims Division

Copies Furnished:

US Army Corp of Engineers, District of Louisiana

# EXHIBIT   B

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
TELEPHONE: (504) 561-6561
FACSIMILE: (504) 561-6560**

Rec'd OC
3|1|06

February 17, 2006

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

The United States Army Corps of Engineers
c/o Its Assistant District Counsel
Randall C, Merchant, Esq.
Foot of Prytania Street at the
  Mississippi River
New Orleans, LA 70118

Federal Emergency Management Agency
c/o Edward A. Broyles, Esq.
Acting Associate General Counsel for General Law
Office of General Counsel
Federal Center Plaza
500 C Southwest
Washington, D.C. 20472

> Re:   Maureen O'Dwyer, et al.
>        vs. The United States of America, et al.
>        No. 05-4181 "K"(5)

Dear Randy and Mr. Broyles::

    This will constitute formal written submission of the following individual claims, made both individually and in representative capacities, which are made against your agencies on behalf of the following clients, who I represent in the capacity of agent, attorney-in-fact and legal representative:


        **Shirley D. O'Dwyer
        Lisa Marie O'Dwyer
        Maureen O'Dwyer
        Harold Joseph Gagnet**

February 17, 2006
Page 2

**Sally Egerton Richards**
**Shane Porter and**
**Stephanie Porter**
 **Interior Specialties LLC**
**Shelia Jones Jordan**
**Charles Edward Jordon**
**Wayne M. Jones**
**Gloria Agnes Griffin, individually and as Administration of the**
 **Succession of her brother Stephen Williams, and on behalf of any**
  **and all heirs, survivors, relatives and beneficiaries of the deceased**
**Leticia Brown**
**Jo Anna McLean**
**Lee Davidson McLean III**
**Kathryn Frank**
**Richard Springer Favor**
 **And**
**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guice**
**Kenneth Hastings Guice**
**Anthony Phillip Hende4rson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
**Aaron Jacob O'Dwyer**
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**
**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young**
 **And**
**Veronica F. Young d/b/a Floor Crafters Wood Interiors**
**Joseph Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**
**Robert J. Jeanfreau, M.D.**

February 17, 2006
Page 3

Jerry Victor Jacob
Gloria Pohlman Hecker
Joseph W.P. Hecker, in proper person
Nicholas S. Lindner
Ruth B. Ragas
Paul J. Ragas
Jason P. Ragas
Walter J. Morgan
Katie L. Ragas
Arthur Tracy Abel
Kathleen C. Abel
John Curren
Joanne Landrieu Curren
Phyllis Landrieu
Joseph Landrieu
Kitty B. Hoffman
Craig Anthony Miller
Stephen Christopher Jeandron
Andre Trevigne Fowler
John Wesley Stewart, Jr.
George Schmidt db/a The George Schmidt Gallery
Delia LaBarre
Tyrone Anthony Alexander
Michael Cormic,k
Penny Anderson
Calie Newell
Betty Francis
Lester McGee
Sherman Griffin
Sandra Meyers
Gregory Cormick
Jeffrey Baker Day
Ashley O'Dwyer Day
Harold Alexander
Vonola Avist
Dana Bell
Gloria Mae Bell
Hitchai Bryant
Nicole Bryant
John Collins
Jonell Collins
Catherine Collins
Sherene Collins
Simeko Collins
Jerry Cormick

February 17, 2006
Page 4

**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Irvin Skinner**
**Brandon Smith**
**Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Dnesse**
**lucien denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy**
**Dawn Bundy**
**Jill Bundy**
**John Collins**
**Sherlene Collins**

February 17, 2006
Page 5

Janice Collins, on her own behalf and on behalf of her son,
  John Henry Collins
Jamie Collins, on her own behalf and on behalf of her son,
  Jacobi Glover
Mitchell Armour
Vanessa Carter
Kerry Carter
Joshua Billon and his spouse,
 Monica Billon, on their own behalf and on behalf of their minor
 Children,
  Isaiah Billon and
  Monica Billon
Betty Christy
De-Fean Christy
La-Shawn D. Robinson
Patricia Granger, on her own behalf and on behalf of her daughter
  Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her
children,
  Lemor James,
  Ariel James,
  Yolanda Jefferson, and
  Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her
children,
  Yasemine and
  Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf an don behalf of her minor child,
  Karim Kemp
  Karen Kemp
  Erica Kemp
Patricia Green
Tanaka Johnson

February 17, 2006
Page 6

**Bobby Johnson**
**Charles Williams**
**Laura Recasner, on her own behalf and on behalf of her children,**
**  Dajohon Recasner,**
**  Kurshell Recasner and**
**  Charleston Recasner**
**  Agnes Recasner**
**Charmaine Rhome**
**Judy Starks**
**Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore**
**Troylyn Washington**
**Mercedes Washington**
**Shanika Taylor**
**Marsha Taylor**
**Erica Kemp**
**Karen Kemp**
**Dawn Bundy, on her own behalf and on behalf of her minor children,**
**  Emanuel Bundy**
**  Shekinah Bundy**
**  Jane Bundy, and**
**  Blair Bundy, Jr.**
**Roxchell Panika Santee', on her own behalf and on behalf of her**
**minor son,**
**  Tyree Santee'**
**Samuel Bourne**
**Nicole Bryan**
**Alton J. Crowden, on his own behalf and on behalf of his minor**
**children,**
**  Cameron Crowden and**
**  Kelli Crowden**
**Ashley Navarre**
**Shana Patterson**
**Keana Quinn**
**Niketsa Ramsey, on her own behalf and on behalf of her minor**
**children,**
**  Desmonisha Ramsey,**
**  Kenyel Rochon and**
**  Desmond Ramsey**
**Darylynn Ramsey**
**Julie Ramsey, on her own behalf and on behalf of her minor children,**
**  Dalisha Ramsey and**
**  Charli Ramsey**
**Robert Rhone**
**Joshua Smith**
**Cynthia Tibbet, on her own behalf and on behalf of her children,**

February 17, 2006
Page 7

      **Brittany Tibbet,**
      **Sidney Tibbet,**
      **Chelesa Tibbet, and**
**Janice Tollins, on her own behalf and on behalf of her minor son,**
     **John Tollins**
**Glenda Medina**
**Michele Elizabeth Omes**
**Jim Richard Pazos**
**Avery Scott**
**Frank Duncan  Macpherson Strachan III**
**Joshua Dillon and his spouse,**
**Monica Dillon, on their own behalfs and on behalf of their minor children,**
    **Isaiah Dillon and**
Monica Pollard
**Donald G. Deaton**
**Pamela A. Morgan**
**Frank Butler, Jr., on his own behalf And on behalf of his minor children,**
    **Frank Butler III,**
    **Charles Butler and**
    **Tachmonite Butler**
**Lorenzo Butler**
**Alonzo W. Butler and his spouse,**
**Laquinta Butler, on their own behalfs and on behalf of their minor children,**
    **Alonzo W. Butler, Jr.**
    **Jasmyn Butler, and**
    **Rashaad Butler**
**Rita Bailey**
**Tony Green**
**Lina Vaughn**
**William Byrd**
**Sylvia Byrd**
**Ruth Harris**
**Clifford Harris**
**Jonathan Washington**
**Vicky Michel**
**Simon Kleindorf**
**Bertha Kleindorf**
**David Kleindorf**
**Connie Kleindorf**
**Troylyn Washington, on her own behalf and on behalf of her minor child,**
  **Dasia Washington**

February 17, 2006
Page 8

**Mercedes Ann Washington**
**Roy Junior Washington**
**Tony Green**
**Eva McGee**
**Levi Johnson**
**Patricia Johnson**
**Lequecia Bunn, on her own behalf and on behalf of her minor child,**
  **Jada Gibson**
**Imelda Johnson**
**Michael Johnson**
**Mulkina Coates, on her own behalf and on behalf of her minor**
**children,**
  **Keshina Coates and**
  **Malik Coates**
**Benjamin Morgan**
**Chandra Maxon, on her own behalf and on behalf of her minor**
**children,**
  **Byron Maxon,**
  **Darianne Maxon,**
  **Janea Maxon,**
  **Willie Maxon,**
  **Devante Maxon, and**
  **Chandray Maxon**
**Marylyn Maxon, on her own behalf and on behalf of her minor**
**children,**
  **Shancanacia Maxon,**
  **Ravanell Maxon, and**
  **Robert Maxon**
**Lois Torregano**
**Loisha Breaux, on her own behalf and on behalf of her minor**
**children,**
  **Loishell Williams and**
  **Mikayla Breaux**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Joan A. Miller**
**Linda Boyd, on her own behalf and on behalf of her minor children,**
  **Caress Boyd, and**
  **Charles Boyd**
**Elijah Washington**
**Keineisha Richard, on her own behalf and on behalf of her minor**
**children,**
  **Marlon Richard,**
  **Marcel Richard, and**

February 17, 2006
Page 9

**Emyjah Washington**
**Anthony Barnes**
**Janice Barnes**
**Shena Barnes**
**Falish Barnes**
**Melanie Barnes**
**Darryle Lee Johnson, Sr.**
**Tameko Benjamin, on her own behalf and on behalf of her minor children,**
 **Jovana Benjamin**
 **Darione Benjamin**
 **Darryle Lee Johnson, Jr., and**
 **Darielle Benjamin**
**Delilah Milton**
**Kimmie Ferdinand**
**Ashley Ferdinand**
**Cornell Batiste**
**James Hollins and his wife,**
**Lakvina Coates, on their own behalf and on behalf of their minor children,**
 **Semaj Hollins, and**
 **Jamaya Hollins**
**Tamaya Coates**
**Maria Washington, on her own behalf and on behalf of her minor children,**
 **Janisha Washington,**
 **Andrew Washington,**
 **Charles Washington, and**
 **Mekhi Washington**
**Andrew Hill**
**Leslie Johnson, on her own behalf and on behalf of her minor child,**
 **Jamay Johnson**
 **Lakeisha Fernandez, on her own behalf and on behalf of her minor child,**
 **Eddie McGee, Jr.**
**Lessie Johnson**
**Zelda McKendall**
**Ellsworth P. McKendall**
**Kimberly McKendall**
**Michael McKendall**
**Russell Gardner**
**Winnette Lang, on her own behalf and on behalf of her minor children,**
 **Kavon Lang, and**
 **Lashanice Jones**

February 17, 2006
Page 10

Lisa Byrd, on her own behalf and on behalf of her minor child,
  Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf an don behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their
minor children,
  Victor Lyn Morgan
  Pamelor Morgan
  Vicknesha Morgan, and
  Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson
David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam and
  Brandon Pulliam

February 17, 2006
Page 11

**Myron Mack**
**Sheila Lewis**
**Pernell Lewis**
**Ashanti Lewis**
**Natasha Leevis, on her own behalf and on behalf of her minor**
**children,**
  **Natiasha Lewis and**
  **Shaila Lewis**
**Christoopher Patterson, and his spouse,**
  **Linda Johnson, on their own behalfs and on behalf of their minor**
**children,**
  **Christopher Edward Patterson, Jr. and**
  **Chrisha Patterson**
**Shanipa Patterson, on her own behalf and on behalf of her minor**
**children,**
  **Sherman Singleton**
  **Shermont Singleton and**
  **Reggineka Rice**
**Sharie Johnson**
**Rachel Johnson**
**Joan Bundy**
**Michelle Renee' Alexander**
**Rodney James, on her own behalf and on behalf of his minor children,**
  **Rodney James, Jr. and**
  **Alexis James**
**Robert Young**
**Cornelius Young**
**Shactha (spelled phonetically) Williams**
**Rose Marie Young**
**Tykesha Arington, on her own behalf and on behalf of her minor**
**children,**
  **Charles Arington**
  **Tyriel Arington and**
  **Braione Arington**
**Lloyd Joseph**
**Juanita Arington**
**PTC Petroleum & Industrial Supplies, Inc.**
**Ronald D. Pitisci**
**Kathleen Pitisci**
**Gerald Anthony Picquet**
**Lynn Picquet**
**Darnell Williams, on her own behalf and on behalf of her minor child,**
  **Chad Williams**
**Anthony Barnes**
**Janice Barnes**

February 17, 2006
Page 12

**Falisha Barnes**
**Shena Barnes**
**Melanie Barnes**
**Glennis Livas, on her own behalf and on behalf of her minor child,**
**  William E. Patterson**
**Malika Batiste, on her own behalf and on behalf of her minor niece**
**and nephew,**
**  Caliyah Porter and**
**  Aaron Batiste**
**Christopher Arrington**
**Noema Arrington, on her own behalf and on behalf of her minor**
**children,**
**  Eric Arrington and**
**  Aaron Arrington**
**Phillip Martin**
**Paulette Biggs, on her own behalf and on behalf of her minor child,**
**  Arkasia McFarland**
**Aldo Gofredo Hernandez, Sr., and his spouse,**
**  Areli Carlota Hernandez, on their own behalf and on behalf of their**
**minor child,**
**  Emmanuel Goffredo Hernandez**
**Aldo Gofredo Hernandez, Jr.**
**Lloyd Loup III**
**Alaina Loup**
**Kenneth Arcement**
**Marlene Arcement**
**Shanika Taylor**
**Marsha Taylor**
**Erica Kemp**
**Latonya Caldwell, on her own behalf and on behalf of her minor**
**children,**
**  Onyell Caldwell and**
**  Charles Dears**
**Larose Taylor**
**Stephan Sawyer**
**Ms. Eprsy Livas**
**Brandon Livas**
**Clifford Coates**
**Tammie Chattman, on her own behalf and on behalf of her minor**
**children,**
**  Rudarion Chattman**
**  Randel Chattman, and**
**  Joseph Chattman**
**Linzie Brown**
**Emargie C. Brumfield**

February 17, 2006
Page 13

**Leonard Brumfield**
**Brandon Carr**
**Jessie Arbuthnot**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc and his spouse,**
  **Larice Taylor LeBlanc, on their own behalfs and on behalf of their**
**minor child,**
  **Mika Jane LeBlanc**
**Kim Gaines, on her own behalf and on behalf of her minor children**
**or grandchildren,**
  **Jamechia Smith, and**
  **Diamond Beam**
**Michael Gaines**
**William B. English, Jr.**
**Rosaria English**
**Hazel McGuire**
**Mary H. Johnson**
**Jerry Matthews**
**Dennis Jones, Jr.**
**Raquel Roth, on her own behalf and on behalf of her minor children,**
  **Dennis Jones III and**
  **Kellie Ann Jones**
**Linda Roth**
**Toya Roth, on her own behalf and on behalf of her minor children,**
  **Jerrell White and**
  **Terrell Roth**
**Courtney Little, on her own behalf and on behalf of her minor**
**children,**
  **Tezanne Allen,**
  **Rashad Little, and**
  **Fabian Earls, Jr.**
**Reynell Santee, and his spouse,**
  **Tawana Rayford, on their own behalfs and on behalf of their minor**
**children,**
  **Ranisha Rayford,**
  **Wynell Rayford, and**
  **Reynell Rayford**
**Darron Meyers**
**Troylyn Meyers, on her own behalf and on behalf of her minor**
**children,**
  **Keiera Minor and**
  **Ashley Meyers, and on behalf of her grandchild,**
  **Daniah Williams**

February 17, 2006
Page 14

**Roxchell Santee, on her own behalf and on behalf of her minor child,**
  **Tyree Santee**
**Phillip Lazard**
**Marguerite Lazard**
**Joel Frank**
**Juliet Johnson**
**Ronald Rome**
**Aunna Johnson, on her own behalf and on behalf of her minor children,**
  **Darryl Johnson and**
  **Carlos Johnson**
**John Washington**
**Bernadine Washington**
**Wanda Washington**
**Alexis Washington**
**Hazel Taylor**
**Christina Taylor**
**Sophia Taylor, on her own behalf and on behalf of her minor child,**
  **Alex Taylor**
**Yolanda Washington, on her own behalf and on behalf of her minor children,**
  **Alecia Washington,**
  **Alacia Washington and**
  **Tyrell Washington**
**Tyronne Washington**
**Bruce Washington**
**Larry Rowe**
**Dianne Santee**
**Toni Santee, on her own behalf and on behalf of her minor children,**
  **Paris Johnson,**
  **Traychell White and**
  **Kani Santee**
**Reynell Santee and his spouse,**
  **Tawana Rayford, on their own behalf and on behalf of their minor children,**
  **Ranisha Rayford,**
  **Wynell Rayford and**
  **Reynell Rayford**
**Kelly Simon**
**Robert Santee**
**Diana Santee, on her own behalf and on behalf of her minor children,**
  **Timothy Santee,**
  **Marvin Santee,**
  **Ireal Santee,**
  **Tiffany Santee,**

February 17, 2006
Page 15

    **Teianna Santee**
    **Teriane Santee and**
    **Niecal Santee**
**Wilson Ricks**
**Brent Smith, Jr., on his own behalf and on behalf of his minor child,**
  **Brent Smith III**
**Michael Gaines**
**Kim Gaines, on her own behalf and on behalf of her minor children,**
  **Jamechia Smith and**
  **Diamond Beam**
**Victor Moore and his spouse,**
  **Pamelyn Morgan, on their own behalf and on behalf of their minor**
**children,**
  **Victor Lyn Morgan,**
  **Pamelor Morgan,**
  **Vicknesha Morgan and**
  **Victoria Moore**
**Louise Ragas**
**Fayann Ragas**
**Terrill Morris**
**Linda Morris**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Jeanette Williams**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his**
**entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
  **Larice Taylor LeBlanc, on their own behalf and on behalf of their**
**minor child,**
  **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**

February 17, 2006
Page 16

> **Paul Mosley, Sr.**
> **Paul Mosley, Jr.**
> **Brandon Mosley**
> **Hope Mosely**
> **Shaqual Mosley**
> **Shannel Mosely**
> **Ivan Mosley**
> **Betty Mosley**
> **Margarite Rochon**
> **Raymond Hunter**
> **Naomi Hunter**
> **Wilson M. Simmons**
> **Procula D. Simmons**
> **Tammy Amos**
> **Michael Green**

The statutory bases for each individual claim against your agencies may include the following, *inter alia:*

Malfeasance, misfeasance and nonfeasance

Violation of LSA-R.S. 14:134

Unconstitutional taking of property without just compensation in violation of the Fifth Amendment to the Constitution of the United States

Articles 667, 2315, 2315.1, 2315.2, 2315.6, 2316, 2317, 2317.1 and 2322 of the Louisiana Civil Code

The Oil Pollution Act of 1990 and precursor legislation

The Comprehensive Environmental Response Compensation and Liability Act and precursor legislation

The Federal Water Pollution Control Act

The Clean Water Act

The Clean Air Act

The National Environmental Policy Act

The Toxic Substances Control Act

February 17, 2006
Page 17

The Resource Conservation and Recovery Act

The Louisiana Environmental Quality Act

The Louisiana Air Control Law

The Louisiana Water Control Law

The Louisiana Oil Spill Prevention and Response Act

The above-identified individual claims against your agencies include claims arising out of the deficient preparations for and deficient response to Hurricane KATRINA and its aftermath by your agencies, which caused damages to my clients.

Each individual claim is in the certain sum of $2.5 million, plus attorney's fees to be fixed at the maximum percentage of the total award allowed by law, and may include wrongful death and survival actions, claims for bodily injury, loss of and damage to real and/or personal property, damages for fear, fright, hopelessness, emotional distress and mental anguish, and damage caused by pollution, including damage to natural resources, as well as any other damages recoverable under the above-identified statutes.

Yours very truly,

Ashton R. O'Dwyer, Jr.
As Agent for, Attorney-in-Fact and Legal
Representative of the Individual Claimants
identified herein

AROD/vtb
cc:    Ms. Tess Finnegan (via facsimile)

# EXHIBIT  C



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF

March 22, 2006

CERTIFIED MAIL -- RETURN RECEIPT REQUESTED

CEMVN-OC

Mr. Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, Louisiana 70130-1193

Dear Mr. O'Dwyer:

This letter responds to your January 10, January 20 and February 17, 2006, letters wherein you attempt to file claims under the Federal Tort Claims Act (FTCA) for several hundred individuals for various alleged damages resulting from Hurricane Katrina. None of the individuals named in your letters has submitted valid FTCA administrative tort claims for the following reasons:

1. Proof that you legally represent each individual listed as a claimant was not provided with your letters. 28 C.F.R. § 14.2(a). Further, for any individual asserting a claim for wrongful death or survival actions, appropriate testamentary letters granting that individual the authority to file a claim on behalf of the decedent or their heirs must be submitted with their claim. 28 C.F.R. § 14.3(c).

2. Listed individuals have failed to submit to this Agency adequate information that would allow us to thoroughly investigate their alleged claims. Specifically, your letters state that individuals are claiming for loss or damage to their real and/or personal property. However, no evidence was provided that: (a) identifies the address of the real property or location of the personal property that was damaged or destroyed; (b) demonstrates the lawful owner of the real or personal property; (c) identifies exactly what was damaged or destroyed; and (d) specifically explains how the Army caused the individuals' real and/or personal property losses or damages. Further, for the alleged death of an individual, you must state the circumstances of the death and how the Army was responsible for that individual's death. 28 C.F.R. § 14.4.

Your clients have not filed a valid FTCA administrative claim until they each provide the above requested information within two years from the date of the incident giving rise to their alleged claims. 28 U.S.C. § 2401(b).

Sincerely,

Randall C. Merchant
Assistant District Counsel

Copies Furnished:

USACS, Eastern U.S. Torts Branch (LTC McConnon)
DOJ (Finnegan)


CERTIFIED MAIL RECEIPT NO. 7004 1350 0005 5696 3143