1/31/06 PW    06N15T013

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-88 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**
DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LA 70160-0267
ATTN: OFFICE OF COUNSEL

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)
MAUREEN O'DWYER
5939 VICKSBURG ST.
NEW ORLEANS, LA. 70124
WHOSE LEGAL REPRESENTATIVE AN[D] ATTORNEY-IN-FACT IS HER BROTHER, ASHTON R. O'DWYER, JR., N.O. LA.

**3. TYPE OF EMPLOYMENT:** ☐ MILITARY ☒ CIVILIAN
**4. DATE OF BIRTH:** 9/21/48
**5. MARITAL STATUS:** MARRIED
**6. DATE AND DAY OF ACCIDENT:** 8-28-29-05 AND SUBSEQUENT
**7. TIME (A.M. OR P.M.):** 0001-2400 HRS.

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

SEE ATTACHED

**9. PROPERTY DAMAGE**
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
CLAIMANT IS OWNER

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
DAMAGE TO OR LOSS OF RESIDENCE AND CONTENTS AT 5939 VICKSBURG ST. NEW ORLEANS, LA. 70124 AND DAMAGE TO NATURAL RESOURCES OWNED BY OTHERS

**10. PERSONAL INJURY/WRONGFUL DEATH**
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

SEE ATTACHED

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| MICHAEL TATE (SPOUSE) | 5939 VICKSBURG ST. NEW ORLEANS, LA. 70124 |
| WAYNE ROUSSEL | C/O EGAN INSURANCE AGENCY, 2629 N. CAUSEWAY BLVD, METAIRIE, LA. |
| DR. HAROLD GINZBURG | NO. 2 LAKEWAY CENTER, 3850 CAUSEWAY BLVD. SUITE 630, METAIRIE, LA. 70002 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL |
|---|---|---|---|
| RESIDENCE AND CONTENTS - $450,000 NATURAL RESOURCE DAMAGES - $1.5 MILLION | EMOTIONAL DISTRESS - $500,000 MENTAL ANGUISH - $500,000 | N/A | $2,950,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.) [signature] AS AGENT, LEGAL REPRESENTATIVE AND ATTORNEY-IN-FACT FOR MS. O'DWYER
**13b. Phone number of signatory:** 504-561-6561
**14. DATE OF CLAIM:** 1/20/06

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant shall forfeit and pay to the United States the sum... plus double the amount of damages sustained by the United States. (See 37 U.S.C. 3729.)

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
...more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-107
Previous editions not usable.
NSN 7540-00-634-4046
STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

EXHIBIT USA - 2

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15.** Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No

MAUREEN O'DWYER DID NOT HAVE FLOOD INSURANCE HOMEOWNER'S INSURANCE WAS PLACED THROUGH EGAN INSURANCE AGENCY OF METAIRIE, LA.

**16.** Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? **17.** If deductible, state amount.

NO CLAIM HAS BEEN PRESENTED TO THE HOMEOWNER'S INSURANCE CARRIER AS OF

**18.** If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

THE DATE OF SUBMISSION OF THIS SF95

**19.** Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☐ No

8. <u>Bases of claim</u>:

 Hurricane KATRINA

 Malfeasance, misfeasance and nonfeasance

 Violation of LSA-R.S. 14:134

 Unconstitutional taking of property without just compensation in violation of the Fifth Amendment to the Constitution of the United States

 Article 667, 2315, 2317 and 2317.1 of the Louisiana Civil Code

 The Oil Pollution Act of 1990 and precursor legislation

 The Comprehensive Environmental Response Compensation and Liability Act and precursor legislation

 The Federal Water Pollution Control Act

 The Clean Water Act

 The Clean Air Act

 The National Environmental Policy Act

 The Toxic Substances Control Act

 The Resource Conservation and Recovery Act

 The Louisiana Environmental Quality Act

 The Louisiana Air Control Law

 The Louisiana Water Control Law

 The Louisiana Oil Spill Prevention and Response Act

10 – State nature and extent of each injury, which form the bases of claim:

        Damage to or loss of residence and contents, emotional distress and mental anguish, and natural resource damages.