## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NUMBER: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE CASES | |
| | JUDGE DUVAL |
| 06-07660 | MAG. WILKINSON |

# COMPLAINANTS' MOTION FOR TRIAL BY JURY

Complainants', Nicholas Franco and Martha Franco, through undersigned counsel, demand herewith trial by jury of the issues raised and set forth in their First Supplemental and Amending Complaint, attached hereto as Exhibit "A", and in support thereof show:

I.

Complainants' First Supplement and Amending Complaint was filed and served upon defendants on September 7, 2007;

II.

Defendants answered Complainants' First Supplemental and Amending Complaint on September 25, 2007;

III.

Complainants' demand for trial by jury is timely pursuant to FRCP Rules 38 and 5D.

WHEREFORE, Complainants' pray for an order granting their motion for trial by jury.

Respectfully submitted,

  /s/ GEORGE F. RIESS
**GEORGE F. RIESS (LA. BAR # 11266)**
**LAW OFFICES OF GEORGE F. RIESS**
**& ASSOCIATES, L.L.C.**
**228 St. Charles Avenue, Suite 1224**
**New Orleans, Louisiana   70130**
**Telephone: (504) 568-1962**
**Facsimile:   (504) 568-1965**
**Email: georgeriess@riess-law.com**

**Attorney for Complainants**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following:

>Steven W. Usdin
>Barrasso, Usdin, Kuppermann, Freeman & Sarver, L.L.C.
>909 Poydras Street, Suite 1800
>New Orleans, Louisiana 70112
>Telephone: 504-589-9700
>susdin@barrassousdin.com
>
>Jonathan M. Walsh
>Deutsch, Kerrigan & Stiles, LLP
>755 Magazine Street
>New Orleans, Louisiana 70130
>Telephone: (504) 581-5141
>jwalsh@dkslaw.com

      /s/ GEORGE F. RIESS
    GEORGE F. RIESS