UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE CASES | NUMBER: 05-4182 "K" (2) |
| 06-07660 | JUDGE DUVAL<br>MAG. WILKINSON |

# NOTICE OF HEARING

Please take notice that Complainants' Motion for Trial by Jury has been filed and will be heard by the Court on October 17, 2007 at 9:30 a.m.

Respectfully submitted,

   /s/ GEORGE F. RIESS
**GEORGE F. RIESS (LA. BAR # 11266)**
**LAW OFFICES OF GEORGE F. RIESS**
**& ASSOCIATES, L.L.C.**
**228 St. Charles Avenue, Suite 1224**
**New Orleans, Louisiana   70130**
**Telephone: (504) 568-1962**
**Facsimile:   (504) 568-1965**
**Email: georgeriess@riess-law.com**

**Attorney for Complainants**

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following:

  Steven W. Usdin
  Barrasso, Usdin, Kuppermann, Freeman & Sarver, L.L.C.
  909 Poydras Street, Suite 1800
  New Orleans, Louisiana 70112
  Telephone:  504-589-9700
  susdin@barrassousdin.com

  Jonathan M. Walsh
  Deutsch, Kerrigan & Stiles, LLP
  755 Magazine Street
  New Orleans, Louisiana 70130
  Telephone: (504) 581-5141
  jwalsh@dkslaw.com

                /s/ GEORGE F. RIESS
                GEORGE F. RIESS