UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES    CONSOLIDATED LITIGATION | : : : : : | CIVIL ACTION NO.   05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | | |

### JOINDER IN AND CONSENT TO REMOVAL
### BY AMICA MUTUAL INSURANCE COMPANY

NOW INTO COURT comes AMICA MUTUAL INSURANCE COMPANY ("Amica"), a defendant in the captioned proceeding, who hereby consents to and joins in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above caption action, and further states as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.  Amica was served through the Secretary of State on September 5, 2007.  This joinder and consent is filed within thirty days after receipt by Amica through service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

Amica also consents to the removal of this action by any other defendant filing a separate notice. Amica reserves the right to file a supplemental statement in support of its right to have federal jurisdiction maintained over the claims asserted against Amica.

        Respectfully submitted,

        **KEOGH, COX & WILSON, LTD.**
        701 Main Street (Post Office Box 1151)
        Baton Rouge, Louisiana  70821
        Telephone:  225.383.3796
        Facsimile: 225.343.9612

BY:    s/John P. Wolff, III
        John P. Wolff, III, Bar #14504
        Nancy B. Gilbert, Bar #23095
        Christopher K. Jones #28101
        Jwolff@kcwlaw.com
        Ngilbert@kcwlaw.com
        Cjones@kcwlaw.com

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Joinder in and Consent to Removal by Amica Mutual Insurance Company has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, on this 26th day of September 2007.

        s/John P. Wolff, III