AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF LOUISIANA

SIX FLAGS, INC.

versus

THE UNITED STATES OF AMERICA,
THE UNITED STATES ARMY CORPS
OF ENGINEERS, THE SOUTHEAST LOUISIANA
FLOOD PROTECTION AUTHORITY – EAST,
A SUCCESSOR-IN-INTEREST TO
THE ORLEANS PARISH LEVEE DISTRICT
AND THE LAKE BORGNE LEVEE DISTRICT

SUMMONS IN A CIVIL ACTION

CASE NUMBER 07-4851
SECTION "___" MAG.(___)

SECT. K  MAG. 2

TO: U.S. Army Corps of Engineers
New Orleans District
Office of Counsel
P.O. Box 60267, CEMVN-OC
New Orleans, Louisiana 70160-0267

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Miles P. Clements (LSBN 4184)
Kyle A. Spaulding (LSBN 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: 504-599-8000
Facsimile: 504-599-8100

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                AUG 2 8 2007

CLERK                                                         DATE

C. Bourgeois
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
               *Date*                  *Signature of Server*

                                       _____
                                       *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.