UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION NO. 50-4182
CONSOLIDATED LITIGATION.

                                       SECTION: " K "

PERTAINS TO:                           JUDGE DUVAL
LEVEE (07-4851)
MRGO (07-4851)                         MAG. 2 (WILKINSON)

**AFFIDAVIT OF SERVICE**

BEFORE ME, the undersigned authority, personally appeared: KYLE A. SPAULDING,

of the law firm Frilot L.L.C., 1100 Poydras Street, Suite 3600, New Orleans, Louisiana 70163,

who after being duly sworn, said that on the 28th day of August, 2007, he served copies of the

Summons and Complaint against the United States Army Corps of Engineers in this action in

accordance with Rule 4 of the Federal Rules of Civil Procedure by mailing the process to:

Office of Counsel
U.S. Army Corps of Engineers
New Orleans District
P.O. Box 60267, CEMVN-OC
New Orleans, LA 70160-0267,

in an envelope deposited in the United States mail by certified mail, return receipt requested, on

said date, properly addressed with sufficient postage affixed, that he received the certified

domestic postal return receipt, attached hereto as Exhibit "A," indicating delivery of same.

<u>/s/ Kyle A. Spaulding</u>
KYLE A. SPAULDING

Sworn to and subscribed before me,
Notary, this 26 day of
September, 2007

<u>/s/ Kerry J. Miller</u>
NOTARY PUBLIC