UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO:  ROAD HOME (Louisiana State C.A. No. 07-5528) | | MAG. WILKINSON |

### JOINDER IN AND CONSENT TO REMOVAL
### BY STATE NATIONAL INSURANCE COMPANY

COMES NOW State National Insurance Company ("State National"), sought to be made defendant in the captioned proceeding, and hereby consents to and joins in the Notices of Removal filed by others in this matter, including Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company, and further states as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.  State National was served, through the Secretary of State, on August 28, 2007.  This joinder and consent is filed within thirty days after receipt by State National through service or otherwise of a copy of the petition in this action, and within thirty days after receipt by service or otherwise of the petition by any other defendant.

State National also consents to the removal of this action by any other defendant filing a separate notice.  State National reserves the right to file a supplemental statement in support of State National's right to have federal jurisdiction maintained over the claims asserted against State National.

         Respectfully submitted,

         **BAKER, DONELSON, BEARMAN,**
         **CALDWELL & BERKOWITZ, PC**

    By: /s/ Paul L. Peyronnin
       Nancy Scott Degan, T.A. (#01819)
       Kent A. Lambert (#22458)
       Paul L. Peyronnin (#17744)
       Martha R. Crenshaw (#27420)
       201 St. Charles Avenue, Suite 3600
       New Orleans, LA  70170
       Telephone:  (504) 566-5200
       Facsimile:  (504) 636-4000

         **ATTORNEY FOR STATE NATIONAL**
         **INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 26th day of September, 2007, a copy of the foregoing has been forwarded to all counsel of record via CM/ECF notification, telelcopier, electronic mail, or United States Mail, postage pre-paid, and properly addressed.

         /s/ Paul L. Peyronnin