UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| | | JUDGE DUVAL |
| PERTAINS TO:  ROAD HOME     (Louisiana State C.A. No. 07-5528) | | MAG. WILKINSON |

**STATEMENT OF SUPPLEMENTAL GROUNDS FOR
REMOVAL APPLICABLE TO STATE NATIONAL INSURANCE COMPANY**

State National Insurance Company ("State National"), sought to be made defendant herein, respectfully submits this statement of supplemental grounds for removal ("Supplemental Statement").

On September 26, 2007, State National filed a consent to the Notice of Removal filed by others in this matter.  State National submits this statement to set forth supplemental grounds for removal:

1. On or about August 23, 2007, Plaintiff filed an original petition in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled *State of Louisiana, individually and on behalf of State of Louisiana, Division of Administration, Office of Community Development ex rel The Honorable Charles C. Foti, Jr., The Attorney General For*

- 1 -

NO PLP 155565 v1
2900122-000012

*the State of Louisiana, individually and as a class action on behalf of all recipients of funds as well as all eligible and/or future recipients of funds through The Road Home Program v. AAA Insurance, et al., Case No. 07-8970.*

2.  On August 29, 2007, Plaintiff filed its First Amended and Restated Class Action Petition For Damages and Declaratory and Injunctive Relief. The named Plaintiff is the State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development. Over two hundred foreign and domestic insurance carriers are named as defendants, including State National.

3.  The Petition, as amended and restated, requests, on behalf of a putative class of Louisiana citizens who have applied for and received, or applied for and expect to receive, funds through the Road Home Program, declarations and other relief based upon the allegation that flood damage due to Hurricanes Katrina and Rita is covered by the homeowners policies issued by each of the defendant insurers.

4.  State National received service of the Amended Petition through the Secretary of State on August 28, 2007. Accordingly, this Supplemental Statement is timely filed within thirty days of service of the petition on State National.

5.  The claims against State National are subject to federal jurisdiction under the Class Action Fairness Act, and based upon the fact that such claims are improperly misjoined with the claims against the non-diverse insurers.

6.  State National further maintains that, because the claims against the different insurers are misjoined, the Court should consider the claims against each insurer separately for purposes of determining whether jurisdiction exists.

7. The proposed putative class includes current and former citizens of Louisiana. It is apparent, therefore, that at least one putative class member is a citizen of Louisiana. State National is not a resident or citizen of Louisiana. State National is a citizen of the State of Texas (Ft. Worth) by incorporation and principal place of business. Thus, there exists diversity between Plaintiff and State National.

**WHEREFORE**, State National Insurance Company prays that the above action be maintained in the United States District Court for the Eastern District of Louisiana.

Dated this 26th day of September, 2007.

> Respectfully submitted,
>
> **BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, PC**
>
> By:   /s/ Paul L. Peyronnin
>         Nancy Scott Degan, T.A. (#01819)
>         Kent A. Lambert (#22458)
>         Paul L. Peyronnin (#17744)
>         Martha R. Crenshaw (#27420)
>         201 St. Charles Avenue, Suite 3600
>         New Orleans, LA  70170
>         Telephone:  (504) 566-5200
>         Facsimile:  (504) 636-4000
>
> **ATTORNEY FOR STATE NATIONAL
> INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 26th day of September, 2007, a copy of the foregoing has been forwarded to all counsel of record via CM/ECF notification, telelcopier, electronic mail, or United States Mail, postage pre-paid, and properly addressed.

> /s/ Paul L. Peyronnin