UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * |
| PERTAINS TO: | * JUDGE DUVAL <br> * |
| MRGO <br> LEVEE | * MAGISTRATE WILKINSON <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANTS' MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF
PLAINTIFFS' PUTATIVE EXPERT JOHN A. KILPATRICK**

Pursuant to Rule 702 of the Federal Rules of Evidence, Defendants Washington Group International, Inc., Orleans Levee District, Lake Borgne Basin Levee District, and the United States (collectively, "Defendants") respectfully move this Court for an order excluding the report and testimony of John A. Kilpatrick.  As set forth more fully in the accompanying Memorandum of Law, this Court should exclude Kilpatrick's report and testimony, which promise – but do not deliver – data and a method by which to ascertain various forms of property damage on a class-wide basis.  Kilpatrick's wholly speculative opinions are inherently unreliable; as a result, they are inadmissible under Federal Rule of Evidence 702 as it is written and as it been applied in *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993), *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999), and their progeny.

**WHEREFORE**, Defendants respectfully request that this Court grant the motion and exclude the report and testimony of John A. Kilpatrick from the Court's consideration of Plaintiffs' Motion for Class Certification.

Dated:  September 26, 2007           Respectfully submitted,

*/s/William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel

Adrian Wager-Zito
Julie McEvoy
Julia L. Cronin
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

<table>
<tr><td>

*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
 Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492
And
James L. Pate, 10333
Ben L. Mayeux, 19042
    Of
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, Louisiana  70505-2828
Telephone:  (337) 237-7000

Attorneys for the Orleans Levee District

</td><td>

*/s/Robin D. Smith*
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4289
Facsimile:   (202) 616-5200

Attorneys for United States


*/s/ Gary M. Zwain*
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
    Of
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Board of Commissioners for the
Lake Borgne Basin Levee District

</td></tr>
</table>

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Exclude has been served on all counsel of record via the Court's CM/ECF system this 26th day of September, 2007.

*/s/ William D. Treeby*
William D. Treeby