**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| MRGO | * | |
| LEVEE | * | MAG. WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the MRGO and Levee defendants will bring their

Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick

before the Honorable Judge Stanwood R. Duval, Jr. in the United States District Courthouse, 500

Camp Street, New Orleans, Louisiana  70130 on the 17th day of October 2007 at 1:30 p.m.

894241v.1

pursuant to Section III(E)(4) of Case Management Order No. 4.

Dated: September 26, 2007                                    Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
        Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc., on behalf of the MRGO
and LEVEE Defendants

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

2

894241v.1

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 26th day of September, 2007.

/s/William D. Treeby
William D. Treeby

3