# EXHIBIT 8

Featured news - posted January 4, 2007

## Katrina recovery program burned by AVMs; "Road Home" will use appraisals instead

The use of Automated Valuation Models (AVMs) to calculate property damage in hurricane and flood ravaged New Orleans was recently discontinued, with government officials conceding the AVM values were often drastically off the mark. In most cases pre-storm appraisals will be used instead, a "shift [in] emphasis from computer-generated assessments to traditional appraisals by people," reported the New Orleans Times-Picayune.

A private company administering the Road Home program, a $7.5 billion aid program for owners of flooded homes, relied on AVM calculations of pre-storm value. It switched course last month amidst pressure from state and local officials. The use of AVMs was "not correct for a city with neighborhoods as diverse as the greater New Orleans area," State Representative Tim Burns said.

Values will now come from recent appraisals, a federal financing database or appraiser archives, reported New Orleans City Business.

At a pre-Christmas meeting with ICF Consulting, the company coordinating the Road Home program, "legislators were incensed at letters to their constituents offering minimal compensation, which ICF representatives now acknowledge may have been incorrect," Burns said. "ICF had based the awards on the use of an automated valuation method to calculate pre-storm fair market value using a set formula that is applied to a dwelling based upon its square footage."

The program is also reducing reliance on Broker Price Opinions (BPOs).

According to ICF's SEC form 8-K, filed in October, it had planned to use a $12 AVM or $85 BPO by default, and a URAR only "if neither the AVM nor the BPO [was] successfully completed." The Times-Picayune editorialized:

> [AVMs and BPOs] are high-volume, low-cost methods, and they may have helped speed up the grant process. But if the results are wrong, that's not an advantage, and it's a shame that no one realized their limitations ahead of time. An unfairly low offer could be the final straw for a family trying to decide whether to stay and rebuild or leave.

Challenges like these may yet bring to light the limitations of AVMs -- and the superiority or professional appraisals -- to the wider public.

## 2007 real estate outlook: Some are bearish, but many optimistic for recovery

A new year brings fresh new looks at the housing road ahead. We took a look at a number of regional and national 2007 real estate forecasts. Experts are telling us that they are guardedly optimistic the coming year will see a rebound in sales, probably near midyear, steady interest rates if not a drop, and a likely bump in the amount of work for residential appraisers.

On the bearish side, Moody's Economy.com, which produces private economic research, estimates that the median sales price for an existing home will decline 3.6

### Briefly speaking

**Non-lender form coming**
long-awaited general purpose, lender residential form is being developed and released to WinTOTAL beta testers next w We've named it the GP Reside and it's the first in a complete of non-lender forms that will ultimately include a variety of "GP" and true consumer-centr forms. To see a PDF on the Au Status website, click here.

We'd love to get your feedbacl The first versions of these forr will be legal sized, and then w put out letter sized as well. As of these is developed they'll be posted to the Aurora Status w (see it by clicking here) so yo have a chance to provide feed and help shape the final produ Look for the final release of th Residential in a February WinT update.

### A pitch to disclose sales in Texas

Texas may be closer to becom disclosure state.

A state bill that would require public sales price disclosures i supported by the state's appra districts and at least five Texa cities, the Dallas Morning New reported. Similar bills failed th couple years.

MLSs provide residential information in the Lone Star S but commercial properties -- a many higher-end homes -- are listed on the MLS.

### First USPAP Exposure Draft out

The Appraisal Standards Boarc

percent nationally in 2007. If true, that would be the first decline in the median sales price since the Great Depression. The company estimates that nearly 100 metro areas will experience a "measurable" decline in housing prices.

Fitch Ratings' lead homebuilding analyst Robert Curran said that the absence of investors in the pool of home buyers in 2006 caused an oversupply problem. While that should correct itself comparatively quickly, he suggested, "negative buyer psychology seems to have become pervasive, with the expectation or fear that home prices have peaked and buying now would be a mistake."

The National Association of Realtors (NAR) forecast at its annual conference in November that while existing home and new home sales would both fall in 2007 from 2006 levels, the rate of deceleration in both cases would ease. New home sales fell by 17 percent from 2005, the group estimated, and would sink 8.7 percent in 2007. Resales were down 8.6 percent in 2006 and should decline only 0.8 percent this year.

NAR's California counterpart, the California Association of Realtors, in October forecast a modest decline in home price appreciation and a decreasing sales pace in the Golden State. The group said the Central Valley, San Diego and Riverside/San Bernardino regions of the state would experience a sharper downturn than the rest.

The Mortgage Bankers Association (MBA) foresees housing oversupply tamping down construction, sales and prices until midyear. Home loan production, which the group said would fall 19 percent in 2006, is supposed to be off another 14 percent in 2007. California's mortgage brokers say the first half of 2007 will be an ideal time to buy a home: "During that period, there will be fewer buyers, more housing inventory, low interest rates, and more motivated sellers," Jack Williams, president of the California Association of Mortgage Brokers, said. The group said fixed rate loans will make a comeback in their state as homeowners refinance.

The National Association of Home Builders (NAHB) is eyeing an 11.7 percent drop in housing starts in 2007, after an 11.5 percent fall in 2006. But David Seiders, NAHB Chief Economist, said he expects that starts would "bottom out" in the first half of the year, and that builders are picking up on a "change in market momentum."

## Value-skewing potential of buyer incentives increasing

Some time ago we wrote in this space about the unique problem of accounting for buyer incentives in a normalizing housing economy with a lot of inventory for sale. Based on the response, it was an issue you care about and are dealing with a lot. Now, more economists and housing sector watchers are paying attention, too.

In a 2007 housing market forecast (available in PDF form by clicking here), Wachovia Securities Senior Economist Mark Vitner worked out that every year, owing to population growth, obsolescence, and demand for second homes, an average of 1.75 million new homes need to be made available in the United States. During the past four years, though, about 750,000 more units have been built than that growth factor can accommodate. (Page 10 of the PDF.) This new construction will need to be "reduced substantially" over the coming years.

It is unlikely that builders will slash asking prices, Vitner opines, because that would negatively impact previous buyers in developments where the vacancies exist. Instead, they are likely to ramp up incentives. As you're well aware, incentives, particularly the most attractive ones to buyers, arguably mask the true arm's length market value of a house.

(ASB) released its first Exposu[re] Draft proposing changes to the current edition of USPAP. The proposals are detailed in PDF form here.

Among the changes proposed next year's iteration of USPAP elimination of the Supplement[al] Standards Rule and beefing up definition of Supplemental Standards as part of the Scope Work Rule; and retiring Stater[nent] 10, *Assignments for Use by a Federally Insured Depository Institution in a Federally Relat[ed] Transaction*, and the developm[ent] of an Advisory Opinion to cove[r] topic.

The ASB is seeking input and comments to its exposure draf[t] with a deadline of January 25.

### Construction spending di[p] but better than expected

Construction spending nationw[ide] was down in November for the eighth straight month, the Commerce Department report[s]. Residential construction was d[own] 1.6 percent, while other proje[cts] nonresidential private and government -- were up. The o[verall] dip of just 0.2 percent was bet[ter] than consensus estimates.

### Guaranteed sale means appraiser sets listing pric[e]

The Omaha World Herald, in a[n] article available online only to subscribers, reports on a new program by developer Hearth[Stone] Homes and Prudential Ambass[ador] Real Estate. Homeowners who [own] a HearthStone dwelling can lis[t] their current house through Prudential and if it doesn't sell [by] the time the new place is completed, Prudential will buy [it].

The listing price under the pro[gram]

During even a robust sales cycle incentives might include landscaping, furnishings, alarm systems or other amenities. What's going on in many parts of the country now is incentives run amok.

Builders are routinely awarding cash to apply to closing costs and even buying down mortgage rates. The Modesto Bee reported in November that "most [local] builders have held their base asking price steady this year," but are doing it by "offering assorted specials such as free upgrades, lower mortgage rates or limited-time discounts on finished homes. Some of those incentives can be worth more than $100,000."

Investors Business Daily last month reported that Pulte Homes was offering San Francisco-area buyers $99,000 toward a down payment or financing, plus a week's vacation for two or a pool. Anecdotes like that illustrate square with the plainer language of accounting and investing. Home builder Lennar saw its costs related to incentives jump to 10.1 percent in the third quarter of 2006, up from 2.5 percent in the same quarter of 2005. Los Angeles based builder KB Home announced last month it would take a charge of between $235 and $285 million in the fourth quarter, owing in part to increased incentives needed to generate new orders.

A November survey of National Association of Home Builders (NAHB) members found that 59 percent of builders were offering incentives in order to maintain sales.

A Sarasota, Fla. area developer told the Sarasota Herald Tribune last week that luring buyers with promises of 100 percent financing is still working because "appraisals are coming in higher than transaction prices."

must be set by a third party appraiser.

Not as solemn a case of going appraisers when it really count our lead story on Katrina reco\ but again: The more importan to get it right, the more often appraisers are used over othei estate professionals or compu1 values.

### Contact the newsletter

Write the editor at
**mattb@alamode.com**