# EXHIBIT 11



## Katrina's force changes insurance adjusters' tactics

By Holden Lewis • Bankrate.com                    Print    E-mail

The people who assess Katrina-related property damage for insurance companies are working from the outside in, rather than the usual inside out. That's welcomed news for residents on the hurricane's periphery, but not so good news for residents of New Orleans and the St. Bernard Parish, neighboring the city's east.

The inspectors, called insurance claims adjusters, prefer to begin their work at the epicenter of a disaster and then work outward so they can get checks into the hands of the worst-affected people first. But with much of New Orleans and neighboring St. Bernard Parish underwater; and with gasoline and shelter scarce on the coasts of Louisiana, Mississippi and Alabama, adjusters are first looking at homes farther north, where the damage wasn't catastrophic.

It could be two or three months before an adjuster visits your home if it was in the path of the worst destruction. Even so, the sooner you contact your insurance company the better. Or maybe that should be "companies" -- plural. It's not unusual to have a homeowner's policy with one company and a flood insurance policy with another.

Insurance adjusters recommend the following:

- If you can't contact the insurance agent and you don't know the name or phone number of the insurance company, call the mortgage lender and ask. Or your state's department of insurance might be able to track down the insurance agent to provide the information.
- Be patient. That two- or three-month estimate for inspections in the worst-hit areas might be optimistic.
- Try to be there when the adjuster visits the home. If that's impossible or impractical, don't freak out. The adjuster will make a damage estimate; if he or she missed something, you can request a return visit.
- If your bank is destroyed and you can't make a deposit, ask the adjuster if the insurance company has made accommodations with a functioning bank.

Insurance companies are sending armies of adjusters into the hurricane-affected areas. Allstate alone has 3,000 adjusters in the field, says Greg LaCost, senior counsel for the Property Casualty Insurers Association of America. The association doesn't have a head count on the total number of adjusters out there; one official said it's in the "many thousands."

Most adjusters in the area drive trucks with adequate ground clearance to drive over low obstacles. When they visit a house, they perform a visual inspection and enter information into laptop computers that calculate damage estimates.

Not everyone is so high tech in the first days after the disaster. In some of the harder-hit areas, claims adjusters are sleeping in offices with generator power. Those adjusters are going out in the field and taking loss reports on paper, then sending the documents by courier to an office farther north, where the information is entered into computers, says Bob Warner, claims manager for Louisiana Farm Bureau Insurance Companies.



# Katrina's force changes insurance adjusters' tactics

Page | 1 | 2 |   🖨 Print   ✉ E-mail

Adjusters look for clues to help them figure out which forces of nature caused which damage. They will look for a waterline on the walls. That's important because standard homeowners policies don't cover flooding caused by rising water. Flood insurance is for that kind of damage. Some policies don't cover damage caused by wind-driven water blown sideways, but will pay for damage caused by rain pouring through a roof.

"In some cases you might have what I have -- you may have a hole in the dining room ceiling where the tree came through it, but the rest of the house is dry," Warner says in a phone interview from Baton Rouge. A case like Warner's doesn't pose much of a sleuthing challenge, but the job will become more time-consuming when adjusters get into areas where roofs were blown off, windows were shattered, and storm surge and levee breaks caused flooding.

With this disaster, a lot of homeowners are staying hundreds of miles away, making it impossible to be there when the adjuster looks at the house. "What we're telling these folks from out of state is when we get to your home, we're going to try to assess as much as we can without you present, with the understanding that we might have to come back to assess additional damages later," Warner says.

Many policies give homeowners temporary living expenses when they are displaced. Unfortunately, some storm victims no longer have banks where they can deposit and cash those checks. Warner says his company has worked out a deal so customers can cash their checks at Hancock Bank branches.

Even with thousands of adjusters in the hurricane-affected area, it's going to take a long time to inspect all of the properties. The first wave of adjusters came in immediately after the storm, says John Eager, senior director of claims services for the Property Casualty Insurers Association of America. Another wave of adjusters followed after the Labor Day weekend. Big insurance companies will set up staging areas where adjusters will gather, then go out with lists of damaged homes sorted by ZIP code and subdivision.

"It is definitely going to take a long time," Eager says. "This storm is being worked backwards. Normally we fly into the most damaged areas and work outwards." But again, some parishes in Louisiana might be closed to outsiders for two or three months -- and there's no guarantee that adjusters will go in immediately after that.

The reason for the hesitancy? The floodwater is filled with bacteria and toxins. Even the mud could pose a danger to adjusters.

"I don't know how we'll address the safety issues for adjusters once we get down there," Warner says. "I'm in the process of getting tetanus shots for everyone in the field."

Adjusters aren't shrinking violets. After Hurricane Andrew, some adjusters assessed damage by boat.