UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: |
| PERTAINS TO: ROAD HOME | * | STANWOOD R. DUVAL, JR. |
| *Louisiana State C.A. No.: 07-5528* | * | |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | MAG. (2) |

**********************************************

## CONSENT TO REMOVAL AND JOINDER TO REMOVAL

Defendant, Bankers Insurance Company ("Bankers"), within thirty days after receipt of service of the Petition by any defendant, consents to, concurs, and joins in the removal of the above-captioned case by any other defendant filing a separate Notice of Removal including the notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of American, and Encompass Property and Casualty Company filed in the above-captioned matter. Bankers also consents to and joins in any other Notice of Removal or any Supplemental Grounds for removal filed by any defendant in this matter.

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____
THOMAS M. RICHARD (#2069)
**JASON P. FOOTE (#25050)**
**KENNETH B. KROBERT (#7865)**
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3845
Facsimile: (504) 836-9543
*Attorney for Defendant, Bankers Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I emailed and faxed the foregoing document and the notice of electronic filing to any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**

2