UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>    MRGO<br>    LEVEE | *  CIVIL ACTION<br>*<br>*  NO. 05-4182 "K" (2)<br>*<br>*  JUDGE DUVAL<br>*<br>*  MAG. WILKINSON<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come the MRGO and Levee Defendants, and respectfully request permission to orally argue their Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick. Oral argument will clarify the issues of law and fact and will assist the Court in making a correct disposition of the motion.

**WHEREFORE**, the MRGO and Levee Defendants respectfully move the Court for an entry of an Order granting oral argument on their Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick.

894247v.1

Dated: September 26, 2007

Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
  Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc. on behalf of the MRGO and Levee Defendants

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 26th day of September, 2007.

/s/William D. Treeby
William D. Treeby

894247v.1