UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ROAD HOME | § | |
| *Louisiana State*  C.A. No. 07-5528 | § | |

### JOINDER IN AND CONSENT TO REMOVAL BY
### ZURICH AMERICAN INSURANCE COMPANY AND ZURICH NORTH AMERICA

**COME NOW** Zurich American Insurance Company ("ZAIC") and Zurich North America ("ZNA") (sometimes collectively referred to as "Zurich"), defendants in the captioned proceeding, who hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above captioned action, and further state as follows:

Plaintiffs filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiffs filed their First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.  ZAIC was served, through the Secretary of State, on August 28, 2007.  ZNA was served,

through the Secretary of State, on August 28, 2007.  This joinder and consent is filed within thirty days after receipt by ZAIC or ZNA, through service or otherwise, of a copy of the petition in this action and within thirty days, after receipt by service or otherwise, of the petition by any other defendant.

Zurich also consents to the removal of this action by any other defendant filing a separate notice.  Zurich reserves the right to file a supplemental statement in support of Zurich's right to have federal jurisdiction maintained over the claims asserted against Zurich.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
  **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Zurich American Insurance Company and Zurich North America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 26th day of September, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**