UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.   05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKINSON |
| _____§ | | |
| § | | |
| **PERTAINS TO:** § | | |
| **NO DESIGNATION RECEIVED** § | | |
| **ALFONSO, 07-5191** § | | |
| _____§ | | |

**FIRST AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come PLAINTIFFS, Joseph A. Alfonso, et al., who respectfully represent as follows:

**I.**

That a Complaint was filed by PLAINTIFFS against DEFENDANT, The United States of America on August 29, 2007.

**II.**

That the Complaint filed by PLAINTIFFS against DEFENDANT, The United States of America, has not been served and no responsive pleadings have been filed, therefore, under FRCP 15(a), no motion for leave to amend is necessary.

1

**III.**

PLAINTIFFS amend and supplement the original Complaint as follows:

1)  Amend **I. PARTIES,** paragraph 2. of the original Complaint to effect the following changes:

   a. delete the two duplicate entries of Joan E. Reilly;

   b. add Plaintiffs Neil Barnett, Diane Blancher, Hui Guo Chen on behalf of his minor child: Christina Shi Yao Chen, Shi Yuan Chen, Catherine S. Olivier, and Ru Zhen Xu, (erroneously omitted from the Original Complaint, and listed in Exhibit "A" attached to the original Complaint);

   c. add Li Li and Hui Guo Chen because their home is located in New Orleans and not specifically in New Orleans East as alleged in the original complaint; and

   d. delete Daniel E. Buras, DDS, Daniel E. Buras, DDS APC, and Mary Buras;

such that paragraph 2. should now read:

*2.*

*Plaintiffs, Neil Barnett, Denise C. Logrin-Barnett; Diane Blancher, Gregory Bordenave; Linda Bordenave; Timothy D. Bordenave; Hui Chen, Hui Guo Chen on behalf of his minor child: Christina Shi Yao Chen, Shi Yuan Chen, Kathryn Destreza; Frances M. Olivier Doherty; Mark Doherty; Mark Doherty, on behalf of his minor child: Catherine R. Doherty; Mark Doherty, on behalf of his minor child: John F. Doherty; Mark Doherty, on behalf of his minor child: Meaghan O. Doherty; Frederick H. Feske; Gloria F. Feske; Nicole Forstall; Li Li; Joseph R. Lorenzo; Elizabeth A. Lorenzo, minor; Joelle V. Lorenzo, minor; Barbara Martin; Katherine B. McGoey; William M. McGoey; Meredith L. McGoey; William R. McGoey, II: Patricia Melson; Jerome Mouton, Zee Mouton; Catherine S. Olivier,*

*Catherine S. Olivier, on behalf of her minor child: Harry O.Fink; Catherine S. Olivier, on behalf of her minor child: Jeanne Claire Fink; Joan E. Reilly; Kevin B. Reilly; Hugh N. Roser; Patricia R. Roser; Kathleen S. Rougelot; John Taylor; The Cut Loose Hair Studio, Inc. Care of: Kathleen S. Rougelot; Sandra A. Vujnovich; Jeremy Vuljoin; Joseph Waguespack; and Ru Zhen Xu; are all persons of the full age of majority, citizens of the State of Louisiana, domiciled in the Parish of Orleans and within the Eastern District of Louisiana.*

2)      Amend **I. PARTIES,** paragraph 3.**,** of the original Complaint, to delete Li Li and Hui Guo Chen such that paragraph 3. should now read:

***3.***

*Daniel E. Buras, DDS;* ***Daniel E. Buras, DDS APC****; Mary C. Buras; and Norma M. Wimbish; are all persons of the full age of majority, citizens of the State of Louisiana, domiciled in the Parish of Orleans in an area designated as New Orleans East, and within the Eastern District of Louisiana.*

3)      Amend the Prayer in the Original Complaint by replacing it as follows:

*WHEREFORE, PLAINTIFFS, Joseph A. Alfonso; Kellie O. Alfonso; Kellie O. Alfonso, on behalf of her minor child: Ashley Alfonso; Stephani Alfonso; Denise C. Logrin-Barnett; Neil Barnett; Karen B. Billiot; Diane Blancher; Gregory Bordenave; Linda Bordenave; Timothy D. Bordenave; Donald R. Bourgeois; Marian Bourgeois; Laurie A. Bruce, on behalf of her minor child: Christine M. Bruce; Fredrick J. Bruce; Laurie W. Bruce; Daniel E. Buras, DDS; Daniel E. Buras, DDS APC; Mary C. Buras; Hui Guo Chen; Hui Guo Chen on behalf of his minor child: Christina Shi-Yao Chen; Shi Yuan Chen; Kathryn Destreza; Frances M. Olivier Doherty; Mark Doherty; Mark Doherty, on behalf of*

*his minor child: Catherine R. Doherty; Mark Doherty, on behalf of his minor child: John F. Doherty; Mark Doherty, on behalf of his minor child: Meaghan O. Doherty; Frederick H. Feske; Gloria F. Feske; Nicole Forstall; Li Li; Elizabeth A. Lorenzo; Joseph R. Lorenzo; Joseph R. Lorenzo on behalf of his minor child: Joelle V. Lorenzo; Barbara Martin; Katherine B. McGoey; William M. McGoey; William M. McGoey on behalf of his minor child: Meredith L. McGoey; William M. McGoey on behalf of his minor child: William R. McGoey, II; Patricia Melson; Jerome and Zee Mouton; Sid Miltz; Michael P. O'Neil, Jr.; Catherine S. Olivier; Catherine S. Olivier, on behalf of her minor child: Harry O.Fink; Catherine S. Olivier, on behalf of her minor child: Jeanne Claire Fink; Joan E. Reilly; Kevin B. Reilly; Hugh N. Roser; Patricia R. Roser; Kathleen S. Rougelot; The Cut Loose Hair Studio, Inc. Care of: Kathleen S. Rougelot; Sandra A. Vujnovich; Jeremy Vuljoin; Joseph Waguespack; Geraldine W. Wiggins; Mitchell E. Wiggins; Daniel Wilkinson; Norma M. Wimbish; and Ru Zhen Xu, pray that, after due proceedings, that there be a judgment and/or judgments entered in their favor and against the defendant for all compensatory damages found reasonable in the premises, all pre-and/or post-judgment interest provided by law, all costs and disbursements of these proceedings, and any and all declaratory and/or equitable relief which the Court may deem fit.*

**IV.**

PLAINTIFFS reurge and reaver each allegation contained in the original Complaint, as if copied herein *in extenso*.

**V.**

This amendment will not delay this matter.

WHEREFORE, PLAINTIFFS respectfully request that this Honorable Court that this First Amended Complaint be accepted for filing, accordingly.

**Respectfully submitted,**

/s/ Frances M. Olivier
**FRANCES M. OLIVIER (#17895)
3500 North Hullen Street
Metairie, Louisiana 70002
Phone: 504-739-2468
Fax:    504-739-2469
ATTORNEY FOR PLAINTIFFS**

**PLEASE SERVE**

**UNITED STATES OF AMERICA**
Through the Honorable Jim Letten, U. S. Attorney
500 Poydras Street
New Orleans, LA 70130