## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * | CIVIL ACTION NO. 05-4182 |
| | | SECTION "K (2)" |
| | | JUDGE DUVALL |
| PERTAINS TO: ROAD HOME Louisiana State C.A. No. 07-5528 | | MAGISTRATE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### JOINDER IN AND CONSENT TO REMOVAL
### BY CLARENDON NATIONAL INSURANCE COMPANY

NOW INTO COURT comes Clarendon National Insurance Company ("Clarendon"), defendant in the above-captioned proceeding, which hereby joins in and consents to the Notice of Removal filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company in the above-captioned action.

It is further averred that this joinder and consent is filed within thirty days after receipt by Clarendon through service or otherwise of the petition in this action and within thirty days of receipt by service or otherwise of the petition by any other defendant in this litigation. Clarendon also consents to the removal of this action by any other defendant filing a separate notice. Clarendon reserves the right to file a supplemental statement in support of its right to have federal jurisdiction maintained over the claims asserted against Clarendon in this action.

*[Signature Block on Following Page]*

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: s/ John E. Unsworth, Jr.
    **JOHN E. UNSWORTH, #9477**
    **W. GLENN BURNS, #3698**
    **LAUREN E. BRISBI, #29778**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile: (504) 836-6565
    *junsworth@hmhlp.com*
    *gburns@hmhlp.com*
    *lbrisbi@hmhlp.com*
Attorneys for Defendant,
***Clarendon National Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of records I do hereby certify that I have on this __27th__ day of September, 2007, electronically filed the foregoing Joinder In and Consent to Removal by Clarendon National Insurance Company with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                s/ John E. Unsworth, Jr.