UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| LEVEE | * | |
| CASES AND TO | * | JUDGE DUVAL |
| NO.   05-4181 | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * | | |

UNOPPOSED EX PARTE MOTION FOR
ENTRY OF FINAL JUDGMENT
<u>PURSUANT TO RULE 54(b)</u>

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and upon suggesting to the Court that they desire to appeal from Record Document Nos. 1133 and 1273, but before they can do so, the Court must enter final judgment upon the express determination that there is no just reason for delay and upon an express direction for the entry of final judgment pursuant to Rule 54(b), Federal Rules of Civil Procedure, and so move This Honorable Court.  Undersigned counsel for plaintiffs/movers certifies that by E-mail dated Wednesday, September 12, 2007, he solicited a "no objection" to the filing of a Motion for Entry of Final Judgment Pursuant

-1-

-2-

to Rule 54(b), requesting that counsel notify him only if they objected, but that he received no objection from anyone. See Exhibit No. 1, attached.

          Respectfully submitted,

          **LAW OFFICES OF**
          **ASHTON R. O'DWYER, JR., L.L.C.**
          **Counsel for Plaintiffs**

          **By:** **S/Ashton R. O'Dwyer, Jr.**
             **Ashton R. O'Dwyer, Jr.**
             **In Proper Person**
             **Bar No. 10166**
             **821 Baronne Street**
             **New Orleans, LA 70113**
             **Tel. (504) 679-6166**
             **Fax. (504) 581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing this 27th day of September, 2007.

             S/Ashton R. O'Dwyer, Jr.