## Ashton O'Dwyer

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, September 12, 2007 11:53 AM
**To:** 'dhersh@burgsimpson.com'; 'Sarang.Damle@usdoj.gov'; 'traci.colquette@usdoj.gov'; 'robin.doyle.smith@usdoj.gov'; 'storres@torres-law.com'; 'ROBBECNEL@aol.com'; 'hhoffmann@spsr-law.com'; 'mriess@kingsmillriess.com'; 'tbrennan@dkslaw.com'; 'rtyler@joneswalker.com'; 'tdarling@grhg.net'; 'tgaudry@grhg.net'; 'wtreeby@stonepigman.com'; 'tanzelmo@mcsalaw.com'; 'jpate@ln-law.com'; 'rhubbard@lawla.com'; 'jguichet@lawla.com'; 'gsimno@swbno.org'; 'wlanglois@grhg.net'; 'jlandis@stonepigman.com'; 'bmayeaux@ln-law.com'; 'jpate@ln-law.com'; 'gardner@bayoulaw.com'; 'dearie@bayoulaw.com'; 'gvarga@rc.com'; 'wlee@stonepigman.com'; 'Abramson@phelps.com'; 'jbarrasso@barrassousdin.com'; 'lduplass@duplass.com'; 'kellerm@ag.state.la.us'; 'belhiamartin@bellsouth.net'; 'jamesmullaly1@hotmail.com'; 'waaron@goinsaaron.com'; 'ctankersley@burglass.com'; 'dphayer@burglass.com'; 'jmcevoy@jonesday.com'; 'martin4@mdjwlaw.com'; 'cseemann@dkslaw.com'; 'gtmanning@jonesday.com'; 'agreene@sonnenschein.com'; 'agn@longlaw.com'; 'adc@longlaw.com'; 'rhondad@longlaw.com'; 'bettym@spsr-law.com'; 'mtannehill@yourlawyer.com'; 'smwiles@maplesandkirwan.com'; 'aalonso@yourlawyer.com'; 'frosenthal@yourlawyer.com'; 'dbecnel@becnellaw.com'; 'dollyno@aol.com'; 'rgharvey@bellsouth.net'; 'hlambert@lambertandnelson.com'; 'rgp@rgplaw.com'; 'wimberly@nternet.com'; 'jbruno@brunobrunolaw.com'; 'DAVID@brunobrunolaw.com'; 'dmartin@gainsben.com'; 'khadican@gainsben.com'; 'rasmith3@bellsouth.net'; 'tdavis2@cableone.net'; 'fswarr@landryswarr.com'; 'mlandry@landryswarr.com'; 'calvinfayard@fayardlaw.com'; 'gmckernan@mckernanlawfirm.com'; 'ccdlawfirm@aol.com'; 'wgambel@millinglaw.com'
**Subject:** In Re: Katrina Canal Breaches Consolidated Litigation, No. 31128 and 06-31129, U.S. Court of Appeals for the Fifth Circuit

Ladies and Gentlemen:

"Trouble in Paradise".

The Fifth Circuit recently dismissed my appeals in Case Nos. 06-31128 and 06-31129, being appeals from Record Document Nos. 1133 and 1273 in the District Court, which impacted the City of New Orleans, the Orleans Levee District and the Sewerage and Water Board. The reason the appeals were dismissed was because no 54(b) judgment(s) had been entered.

I am soliciting your "no objection" to my filing a motion for entry of Rule 54(b) judgment(s) in the District Court. I would prefer that you notify me only if you object, so that I can assume no response from you means "no objection".

Thank you in advance for your courtesy.

*[signature]*

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
AROD@odwyerlaw.com

EXHIBIT No 1

9/26/2007