UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO: LEVEE CASES AND TO NO. 06-1885 | MAGISTRATE (2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

### ORDER

Considering plaintiffs Unopposed Ex Parte Motion for Entry of Final Judgment Pursuant to Rule 54(b),

**IT IS ORDERED** that, upon the express determination that there is no just reason for delay and upon an express direction for the entry of final judgment, entry of Final Judgment on Record Document Nos. 1133 and 1273 be and it is hereby ordered pursuant to the provisions of Rule 54(b).

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**