UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| PERTAINS TO: SEVERED MASS | * | SECTION "K" (2) |
| JOINDER CASES | * | |
| *severed from Austin, 06-5383* | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| THOMAS AUSTIN, JR. | * | |
| Plaintiff | * | |
| VERSUS | * | CIVIL ACTION NO. 07-2679 |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | SECTION "K" (2) |
| COMPANY and STATE FARM GENERAL | * | |
| INSURANCE COMPANY | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * **

## ORDER

**IT IS ORDERED** that the claims of Thomas Austin, Jr. against State Farm Fire and Casualty Company, arising out of Hurricane Katrina and concerning his property at 2716 Volpe Drive in Chalmette, Louisiana, is hereby dismissed with full prejudice; each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**