UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>    CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Randazzo</u>, 07-1082 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the request of Doug Sunseri, counsel for plaintiffs, and having been advised that opposing counsel, Gary Russo, agrees, **IT IS ORDERED** that the settlement conference previously set before the undersigned on September 27, 2007, is hereby POSTPONED to be rescheduled at a later date upon request of counsel.

New Orleans, Louisiana, this  27th  day of September,  2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**