UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS<br>JOINDER CASES<br>Severed from: Austin, 06-5383 | *<br>*<br>* | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| CHARLIE WARD AND CALEIA WARD<br>Plaintiffs<br>VERSUS | *<br>*<br>* | CIVIL ACTION NO. 07-2680 |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, and STATE FARM<br>GENERAL INSURANCE COMPANY<br>Defendants | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * *

## MOTION OF DISMISSAL

**NOW INTO COURT,** come plaintiffs, Charlie and Caleia Ward, and defendant, State Farm Fire and Casualty Company (hereinafter referred to as "State Farm"), who move this Honorable Court for a full dismissal of prejudice as to State Farm, as plaintiffs do not wish to pursue their claims against State Farm involving their property located at 31 Beresford Drive in Metairie, in the Parish of Jefferson, State of Louisiana, as they did not have a homeowner's policy with State Farm on August 29, 2005, when Hurricane Katrina made landfall, and that they have been paid the limits

of coverage under the Write Your Own Program flood policy.

Respectfully submitted,

_____
JOSEPH J. MCKERNAN (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
(225) 926-1234
Attorneys for Plaintiffs, Charlie and Caleia Ward

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this 26 day of _____Sept_____, 2007.