UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS JOINDER CASES Severed from: Austin, 06-5383 | * * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| CHARLIE WARD AND CALEIA WARD Plaintiffs VERSUS | * * * * | CIVIL ACTION NO. 07-2680 |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY COMPANY, and STATE FARM GENERAL INSURANCE COMPANY Defendants | * * * * | |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that the above captioned litigation against State Farm Fire and Casualty Company concerning the Wards' property at 31 Beresford Drive in Metairie, Louisiana, is dismissed with full prejudice; each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**