UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS JOINDER CASES Severed from: Austin, 06-5383 | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| JIM MILLER        Plaintiff VERSUS | * * * | CIVIL ACTION NO. 07-2682 |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY COMPANY, and STATE FARM GENERAL INSURANCE COMPANY        Defendants | * * * * | |

* * * * * * * * * * * * * * * * * * *

## MOTION OF DISMISSAL

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Jim Miller, and defendant, State Farm Fire and Casualty Company (hereinafter referred to as "State Farm"), who move this Honorable Court for a full dismissal of prejudice as to State Farm, as plaintiff no longer wishes to pursue his claims against State Farm arising out of Hurricane Katrina pursuant to his property located at 42 Beresford Drive in Metairie, Louisiana.

Respectfully submitted,

*[signature]*

JOSEPH J. MCKERNAN (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
(225) 926-1234
Attorneys for Plaintiff, Jim Miller

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. mail, postage prepaid and properly addressed this 26 day of Sept, 2007.

*[signature]*

-2-