UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § PERTAINS TO: ROAD HOME § *Louisiana State* C.A. No. 07-5528 § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |

## JOINDER IN AND CONSENT TO REMOVAL BY METLIFE, INC.

Metlife, Inc. (improperly named as Metlife Insurance) ("Metlife"), a defendant in the captioned proceeding, hereby consents to and joins in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above captioned action. Metlife further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. Metlife was served, through the Secretary of State, on September 7, 2007. This joinder and consent is filed timely within thirty days after receipt by Metlife through service or otherwise of

1

93672

a copy of the petition in this action, and within thirty days after service of the petition on the first defendant served.

Metlife also consents to the removal of this action by any other defendant filing a separate notice. Metlife reserves the right to file a supplemental statement in support of its right to have federal jurisdiction maintained over the claims asserted against it.

Respectfully submitted,

/s/H. Minor Pipes, III
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street
Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

*Attorneys for Metlife, Inc.*

## CERTIFICATE

I hereby certify that on the 27th day of September, 2007, the foregoing Joinder In And Consent To Removal By Metlife, Inc. was filed electronically with the Court who will send electronic noticing to all counsel of record. A copy has been mailed this date to:

**William Daniel O'Regan, IV**
Bernard, Cassisa, Elliott & Davis
1615 Metairie Road
P. O. Box 55490
Metairie, LA 70055-5490

/s/H. Minor Pipes, III