UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: ROAD HOME<br>*Louisiana State* C.A. No. 07-5528 | §<br>§ | |

### JOINDER IN AND CONSENT TO REMOVAL AND
### STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL
### BY SOUTHWEST BUSINESS CORPORATION

**COMES NOW** Southwest Business Corporation, defendant in the captioned proceeding, and hereby consents to and joins in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above-captioned action.

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. Southwest Business Corporation was served, through the Secretary of State, with the original petition on August 29, 2007. Southwest Business Corporation was served through the Secretary of State with the First Supplemental and Amending Petition on September 5, 2007. This joinder and consent is filed within thirty days after receipt by Southwest Business Corporation through service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant and is timely under 28 USC §1446(b).

Southwest Business Corporation also consents to the removal of this action by any other

defendant filing a separate notice.

As set forth in Allstate's Notice of Removal, the claims against Southwest Business Corporation are subject to federal jurisdiction, under the Class Action Fairness Act and based upon the fact that such claims are fraudulently mis-joined with the claims against the non-diverse insurers.

Southwest Business Corporation adopts all of Allstate's arguments in support of these grounds for federal jurisdiction. In addition to the reasons set forth in Allstate's Notice of Removal and supplements to that Notice of Removal filed by others, there is federal jurisdiction over the claim under 28 USC §1332 and 28 USC §1441 because the plaintiff is a citizen of the State of Louisiana and Southwest Business Corporation is not.

Southwest Business Corporation is a corporation incorporated in Texas and maintains its principal place of business in San Antonio, Texas. Accordingly, under 28 USC §1332(c)(1), Southwest Business Corporation is a citizen of the State of Texas.

Accordingly, diversity jurisdiction exists with respect to the claims against Southwest Business Corporation. Claims against the non-diverse insurers are fraudulently misjoined with the claims against Southwest Business Corporation and should not serve as an impediment to federal jurisdiction.

**WHEREFORE**, Southwest Business Corporation prays that the above action be maintained in the United States District Court for the Eastern District of Louisiana.

Dated: September 27, 2007.

        Respectfully submitted,

        CRULL, CASTAING & LILLY

        BY: /s/ *Edward J. Lilly*
            Edward J. Lilly
            Louisiana Bar No. 8571
            Pan American Life Center
            601 Poydras Street, Suite 2323
            New Orleans, LA 70130
            Telephone: (504) 581-7700
            Facsimile: (504) 581-5523
            elilly@cclhlaw.com

        *Attorney for Southwest*
        *Business Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of September, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filings system.

        /s/ *Edward J. Lilly*
        EDWARD J. LILLY