## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES    *          CIVIL ACTION NO. 05-4182
        CONSOLIDATED LITIGATION    *

                                      *          SECTION "K"

                                      *

PERTAINS TO:    *          MAGISTRATE (2)
ALL LEVEE, MRGO    *
RESPONDER CASES AND TO    *          JUDGE DUVAL
NO.     06-6099    *

                                      *          MAGISTRATE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED EX PARTE MOTION TO
## <u>CONTINUE HEARING DATE</u>

      **COME NOW** plaintiffs, appearing through undersigned counsel, and upon suggesting to the Court that hearing date on the Government's Motion to Dismiss (Record Document No. 7985) is currently set for 0930 hours on Wednesday, October 17, 2007, but that due to the complex nature of the factual and legal issues inherent in the said motion, plaintiffs desire and require additional time for preparing their opposition to said motion and, accordingly, move This Honorable Court to continue the hearing date from 0930 hours on Wednesday, October 17, 2007 until 0930 hours on Wednesday, October 31, 2007.  Undersigned counsel for plaintiffs certifies that he has conferred in writing with counsel for the Government, Jim Nelson, Esq., Assistant United States Attorney, who has no objection to the requested extension of time.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:    S/ Ashton R. O'Dwyer, Jr.
            Ashton R. O'Dwyer, Jr.
            Bar No. 10166
            821 Baronne Street
            New Orleans, LA 70113
            Tel. 504-679-6166
            Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S/Ashton R. O'Dwyer, Jr.