**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-6099 | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering plaintiffs' Unopposed Ex Parte Motion to Continue Hearing Date on the Government's Motion to Dismiss (Record Document No. 7985), which the Court has duly noted,

**IT IS ORDERED** that the hearing date on the Government's Motion to Dismiss Civil Action No. 06-6099 (Record Document No. 7985), be and it is hereby continued until 9:30 A.M. on Wednesday, October 31, 2007.

New Orleans, Louisiana, this _____ day of _____ 2007.

_____
**J U D G E**

-1-