UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  ROAD HOME | JUDGE DUVAL |
| *Louisiana State,* C.A. No. 07-5528 | MAG. WILKINSON |

**PROCTOR FINANCIAL INC.'S JOINDER AND CONSENT TO REMOVAL**

**NOW INTO COURT**, through undersigned counsel come defendants, Proctor Financial, Inc. ("Proctor"), attempted to be made a defendant herein, and reserving all exceptions, rights, and defenses and appearing for the sole purpose of consenting to removal, advises this Honorable Court that it hereby consents to and joins in the Notice of Removal filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate"), on September 11, 2007.  Proctor specifically represent as follows:

Plaintiff filed *State of Louisiana, et al. v. AAA Insurance, et al.*, (the "Petition"), as a putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  On August 29, 2007, Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("Amended Petition").  Allstate

2

removed this case to this Honorable Court, asserting federal jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1332, 28 U.S.C. § 1441 (a) and (b), and 28 U.S.C. § 1453, and diversity jurisdiction, based on fraudulent joinder, under 28 U.S.C. § 1332, on September 11, 2007.

Proctor was served with the Amended Petition, improperly through the Louisiana Secretary of State's Office, on September 6, 2007. Proctor respectfully submit that this joinder and consent to removal are timely filed within thirty (30) days of service of the petition, and within thirty (30) days after the receipt by service or otherwise of the petition by any other defendant, in accordance with 28 U.S.C. § 1446(b). Proctor also consent to the removal of this action by any other defendant filing a separate notice. In addition, Proctor reserves the right to file a supplement statement in support of the Proctor's right to have federal jurisdiction maintained over the claims asserted against the Proctor.

> Respectfully submitted,
>
> **PHELPS DUNBAR LLP**
>
> BY:   /s/  Brent B. Barriere
> Brent B. Barriere (Bar #2818)
> Robert R. Wood, Jr. (Bar #29488)
> Canal Place
> 365 Canal Street • Suite 2000
> New Orleans, Louisiana 70130-6534
> Telephone: (504) 566-1311
> Telecopier: (504) 568-9130
>
> **ATTORNEYS PROCTOR FINANCIAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who have consented to electronic notification this 27th day of September, 2007.

    /s/ Brent B. Barriere

NO.99814457.1