UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | DIVISION: |
| PERTAINS TO: ROAD HOME LOUISIANA STATE C.A. NO. 07-5528 | * | MAGISTRATE: WILKINSON |
| | * | JUDGE: DUVAL |

*****************************************************************

## JOINDER IN AND CONSENT TO REMOVAL BY NATIONAL LLOYDS INSURANCE COMPANY AND AMERICAN SUMMIT INSURANCE COMPANY

NOW INTO COURT, comes National Lloyds Insurance Company (National Lloyds) and American Summit Insurance Company (American Summit), defendants in the captioned proceeding, and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above caption action, and further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. National Lloyds was served, through the Secretary of State, on September 5, 2007. American Summit was served, through the Secretary of State, on September 5, 2007. This joinder and consent is filed within thirty days after receipt by National Lloyds or American Summit through

1

service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

National Lloyds and American Summit also consent to the removal of this action by any other defendant filing a separate notice. National Lloyds and American Summit reserve the right to file a supplemental statement in support of their right to have federal jurisdiction maintained over the claims asserted against them.

Respectfully Submitted,

**Allen & Gooch**

BY: _____
John R. Walker, Bar No. 2165
One Lakeway Center, Suite 1450
3900 N. Causeway Blvd.
Metairie, La 70002
504.836.5210

**Attorney for National Lloyds Insurance Company and American Summit Insurance Company**

### CERTIFICATE

I hereby certify that a copy of the foregoing Joinder in and Consent to Removal by National Lloyds Insurance Company and American Summit Insurance Company has been served upon all counsel of record by E-filing same with the ECF System and by placing same in the United States mail, postage prepaid and properly addressed, on this 27 day of September 2007.

_____
John Walker

2