UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.   05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAGISTRATE WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:  ROAD HOME | § | |
| *Louisiana State*  C.A. No. 07-5528 | § | |

**JOINDER IN AND CONSENT TO REMOVAL BY
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN
SECURITY INSURANCE COMPANY, ASSURANT, INC. AMERICAN RELIABLE
INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY,
VOYAGER INDEMNITY INSURANCE COMPANY, AND VOYAGER PROPERTY
AND CASUALTY INSURANCE COMPANY**

COME NOW American Bankers Insurance Company of Florida, American Security Insurance Company, Assurant, Inc., American Reliable Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Insurance Company, and Voyager Property and Casualty Insurance Company (hereinafter collectively known as the "Assurant Companies"), and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above caption action, and further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.  The Assurant Companies were served with plaintiffs' original petition, through the Secretary of State, on August 28, 2007.   The Assurant Companies were served with plaintiffs' First Amended and Restated petition on September 5, 2007.  This joinder and consent is filed within thirty days

after receipt by the Assurant Companies through service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

    The Assurant Companies also consent to the removal of this action by any other defendant filing a separate notice.  The Assurant Companies reserve the right to file a supplemental statement in support of the Assurant Companies' right to have federal jurisdiction maintained over the claims asserted against them.

    Respectfully submitted,

/s/ Gordon P. Serou, Jr.
Gordon P. Serou, Jr. 14432
Law Offices of Gordon P. Serou, Jr.
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, Louisiana 70130
gordonserou@hotmail.com;
gps@seroulaw.com
Telephone No.:  504-299-3421
Facsimile No.: 504-299-3496
ATTORNEY FOR AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, AMERICAN SECURITY INSURANCE COMPANY, ASSURANT, INC., AMERICAN RELIABLE INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, VOYAGER INDEMNITY INSURANCE COMPANY, AND VOYAGER PROPERTY AND CASUALTY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of September, 2007, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                                            s/Gordon P. Serou, Jr.
                                            GORDON P. SEROU, JR.