UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | DIVISION: |
| PERTAINS TO: ROAD HOME LOUISIANA STATE C.A. NO. 07-5528 | * | MAGISTRATE: WILKINSON |
| | * | JUDGE: DUVAL |

*****************************************************************

**STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL APPLICABLE TO NATIONAL LLOYDS INSURANCE COMPANY AND AMERICAN SUMMIT INSURANCE COMPANY**

Defendants National Lloyds Insurance Company (National Lloyds) and American Summit (American Summit) respectfully submit this statement of supplemental grounds for removal.

On September 27, 2007, National Lloyds and American Summit filed a consent to the Notice of Removal filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate") in this matter. National Lloyds and American Summit submit this statement to set forth supplemental grounds for removal:

1.

On or about August 23, 2007, Plaintiff filed an original petition in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled *State of Louisiana, individually and on behalf of State of Louisiana, Division of Administration, Office of Community Development ex*

*rel The Honorable Charles C. Foti, Jr., The Attorney General For the State of Louisiana, individually and as a class action on behalf of all recipients of funds as well as all eligible and/or future recipients of funds through The Road Home Program v. AAA Insurance, et al.,* Case No. 07-8970.

2.

On August 29, 2007, Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("Amended Petition" or "Am. Petition"). The named Plaintiff is the State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development. (Am. Petition ¶ 17.) Over two hundred foreign and domestic insurance carriers are named as defendants, including State Farm. (Am. Petition ¶ 18.)

3.

The Petition, as amended and restated, requests, on behalf of a putative class of Louisiana citizens who have applied for and received, or applied for and expect to receive, funds through the Road Home Program, declarations and other relief based upon the allegation that flood damage due to Hurricanes Katrina and Rita is covered by the homeowners policies issued by each of the defendant insurers. (Am. Petition ¶ 22.)

4.

National Lloyds received service of the Amended Petition through the Secretary of State on September 5, 2007. American Summit received service of the Amended Petition through the Secretary of State on September 5, 2007. Accordingly, this Supplemental Statement is timely filed within thirty days of service of the petition on both National Lloyds and American Summit.

5.

As set forth in Allstate's Notice of Removal, the claims against National Lloyds and American Summit are subject to federal jurisdiction under the Class Action Fairness Act, and based upon the fact that such claims are fraudulently misjoined with the claims against the non-diverse insurers. National Lloyds and American Summit adopt all of Allstate's arguments in support of these grounds for federal jurisdiction. In addition, National Lloyds and American Summit provide below additional support for each of these arguments as they relate to the claims against National Lloyds and American Summit.

6.

As set forth in Allstate's removal notice, all the requirements for removal under CAFA are satisfied by this action because it is a putative class action in which: (1) there are 100 or more members in the proposed class (Allstate Notice of Removal ¶¶ 11-12.); (2) at least some members of the proposed class have a different citizenship from some defendants (*id.* ¶¶ 13-15); and (3) the claims of the proposed class members exceed the sum or value of $5,000,000 in the aggregate (*id.* ¶¶ 16-23).

7.

Moreover, none of CAFA's exceptions apply. National Lloyds and American Summit note that this case is not subject to the local controversy exception, nor does the "home state controversy" or "discretionary" exceptions apply, because the non-diverse Louisiana defendants are not "primary defendants." (*Id.* ¶¶ 41-46.)

**WHEREFORE**, National Lloyds Insurance Company and American Summit Insurance Company pray that the above action be maintained in the United States District Court for the Eastern District of Louisiana.

Dated this 27th day of September, 2007.

Respectfully Submitted,

**Allen & Gooch**

BY: _____

**John R. Walker, Bar No. 2165**
One Lakeway Center, Suite 1450
3900 N. Causeway Blvd.
Metairie, La 70002
504.836.5210
Attorney for National Lloyds Insurance Company and American Summit Insurance Company

## CERTIFICATE

I hereby certify that a copy of the foregoing Statement of Supplemental Grounds for Removal Applicable to National Lloyds Insurance Company and American Summit Insurance Company has been served upon all counsel of record by E-filing same with the ECF System and by placing same in the United States mail, postage prepaid and properly addressed, on this 27 day of September, 2007.

_____
John Walker

4