UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION: 05-4182 "K" (2) |
|---|---|---|
| VERSUS | * * | SECTION: "K" – JUDGE DUVAL |
|  | * * |  |
| PERTAINS TO: ROAD HOME *Louisiana State, C.A. No. 07-5528* | * * | DIVISION: 2 – JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINDER IN AND CONSENT TO REMOVAL BY CENTRE INSURANCE COMPANY, EMPIRE FIRE & MARINE INSURANCE COMPANY; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZC STERLING CORPORATION; ZC STERLING INSURANCE AGENCY, INC.

COME NOW, Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc., defendants in the captioned proceeding, and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above-captioned action, and further state as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("First Amended Petition") on August 29, 2007. Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc. were all served with the First Amended Petition, through the Secretary of State, on September 5, 2007. Centre Insurance Company, Empire Fire & Marine

Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc. were all served with the Original Petition, through the Secretary of State on August 28, 2007. This joinder and consent is filed within thirty days after receipt by Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc. through service or otherwise of a copy of the petition in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc. also each consent to removal of this action by any other defendant filing a separate notice. Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc. each reserve the right to file a supplemental statement in support of Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc.'s respective right to have federal jurisdiction maintained over the claims asserted against Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc..

Respectfully submitted this 27th day of September, 2007.

**[SIGNATURE BLOCK ON NEXT PAGE]**

HAILEY, McNAMARA, HALL,
LARMANN & PAPALE

BY: _____s//: Sean P. Mount_____
DOMINIC J. OVELLA, #15030-TA
dovella@hmhlp.com
SEAN P. MOUNT, #27584
smount@hmhlp.com
ANNE E. MEDO, #24556
amedo@hmhlp.com
DANIEL M. REDMANN, # 30685
dredmann@hmhlp.com
J. CHRISTOPHER DIPPEL, JR., #30480
cdippel@hmhlp.com
One Galleria Blvd., Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
*Attorneys for Defendants, Centre Insurance Company, Empire Fire & Marine Insurance Company, Fidelity and Deposit Company of Maryland, ZC Sterling Corporation, and ZC Sterling Insurance Agency, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above has been served on all counsel of record via facsimile, hand delivery, and/or by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below at Metairie, Louisiana, this 27th day of September, 2007.

_s//: Sean P. Mount___