UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  ROAD HOME | |
| | JUDGE DUVAL |
| *Louisiana State,* C.A. No. 07-5528 | |
| | MAG. WILKINSON |

**HOMESITE INSURANCE COMPANY'S JOINDER AND CONSENT TO REMOVAL**

**NOW INTO COURT**, through undersigned counsel comes defendant, Homesite Insurance Company ("Homesite"), attempted to be made a defendant herein, and reserving all exceptions, rights, and defenses and appearing for the sole purpose of consenting to removal, advises this Honorable Court that it hereby consents to and joins in the Notice of Removal filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate"), on September 11, 2007. Homesite specifically represents as follows:

Plaintiff filed *State of Louisiana, et al. v. AAA Insurance, et al.*, (the "Petition"), as a putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  On August 29, 2007, Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("Amended Petition").  Allstate removed this case to this Honorable Court, asserting federal jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1332, 28 U.S.C. § 1441 (a) and (b), and 28 U.S.C. § 1453, and

1

diversity jurisdiction, based on fraudulent joinder, under 28 U.S.C. § 1332, on September 11, 2007.

Homesite was served with the Petition, through the Louisiana Secretary of State's Office, on August 28, 2007. Homesite respectfully submits that this joinder and consent to removal are timely filed within thirty (30) days of service of the petition, in accordance with 28 U.S.C. § 1446(b). Homesite also consents to the removal of this action by any other defendant filing a separate notice. In addition, Homesite reserves the right to file a supplemental statement in support of Homesite's right to have federal jurisdiction maintained over the claims asserted against Homesite.

    Respectfully submitted,

    **PHELPS DUNBAR LLP**


BY:   /s/   Jacqueline M. Brettner
      Neil C. Abramson (Bar #21436)
      Nora B. Bilbro (Bar #22955)
      Jacqueline M. Brettner (Bar #30412)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

      and

      Marshall M. Redmon (Bar #18398)
      445 North Boulevard, Suite 701
      Baton Rouge, LA  70802
      Telephone: (225) 346-0285
      Fax: (225) 381-9197

    **ATTORNEYS FOR DEFENDANT HOMESITE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 27th day of September, 2007.

    /s/__Jacqueline M. Brettner_____