UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  ROAD HOME | |
| | JUDGE DUVAL |
| *Louisiana State,* C.A. No. 07-5528 | |
| | MAG. WILKINSON |

**GREAT AMERICAN ENTITIES' JOINDER AND CONSENT TO REMOVAL**

**NOW INTO COURT**, through undersigned counsel come defendants, American Empire Insurance Company, American Empire Surplus Lines Insurance Company, Great American Alliance Insurance Company, Great American Assurance Company, Great American Insurance Company of New York, Great American Security Insurance Company, and Great American Spirit Insurance Company (the "Great American Entities"), attempted to be made defendants herein, for themselves and as erroneously sued American Empire Group, a non-legal entity incapable of being sued, and reserving all exceptions, rights, and defenses and appearing for the sole purpose of consenting to removal, advise this Honorable Court that they hereby consent to and join in the Notice of Removal filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate"), on September 11, 2007. The Great American Entities specifically represent as follows:

Plaintiff filed *State of Louisiana, et al. v. AAA Insurance, et al.*, (the "Petition"), as a putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on

1

August 23, 2007. On August 29, 2007, Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("Amended Petition"). Allstate removed this case to this Honorable Court, asserting federal jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1332, 28 U.S.C. § 1441 (a) and (b), and 28 U.S.C. § 1453, and diversity jurisdiction, based on fraudulent joinder, under 28 U.S.C. § 1332, on September 11, 2007.

The Great American Entities were served with the Amended Petition, through the Louisiana Secretary of State's Office, on September 5, 2007. The Great American Entities respectfully submit that this joinder and consent to removal are timely filed within thirty (30) days of service of the petition, and within thirty (30) days after the receipt by service or otherwise of the petition by any other defendant, in accordance with 28 U.S.C. § 1446(b). The Great American Entities also consent to the removal of this action by any other defendant filing a separate notice. In addition, the Great American Entities reserve the right to file a supplemental statement in support of the Great American Entities' right to have federal jurisdiction maintained over the claims asserted against the Great American Entities.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/   Jacqueline M. Brettner
      George B. Hall, Jr. (Bar #6432)
      Jacqueline M. Brettner (Bar #30412)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

**ATTORNEYS FOR AMERICAN EMPIRE INSURANCE COMPANY, AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY, GREAT AMERICAN ALLIANCE INSURANCE COMPANY, GREAT AMERICAN ASSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, GREAT AMERICAN SECURITY INSURANCE COMPANY, AND GREAT AMERICAN SPIRIT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 27th day of September, 2007.

   /s/   Jacqueline M. Brettner

3

NO.99814319.1