UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION <br> § NO.  05-4182 "K"(2) <br> § JUDGE DUVAL <br> § MAGISTRATE WILKINSON <br> § <br> § |
| PERTAINS TO:  ROAD HOME <br> *Louisiana State*  C.A. No. 07-5528 | § <br> § |

### JOINDER IN AND CONSENT TO REMOVAL BY FARMERS INSURANCE EXCHANGE, FOREMOST INSURANCE COMPANY, FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY, AND FOREMOST SIGNATURE INSURANCE COMPANY

COME NOW Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company (collectively, "Farmers"), defendants in the captioned proceeding, and hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively, "Allstate") filed in the above caption action, and further states as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007. Farmers Insurance Exchange was served through the Louisiana Secretary of State on August 28, 2007.  Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company each received service of the amended Petition through the Louisiana Secretary of State on August 28, 2007.  This joinder and consent is therefore filed within thirty days after receipt by Farmers through service or otherwise of a copy of the petition

1

in this action and within thirty days after receipt by service or otherwise of the petition by any other defendant.

Farmers also consents to the removal of this action by any other defendant filing a separate notice.  Farmers reserves the right to file a supplemental statement in support of Farmers' right to have federal jurisdiction maintained over the claims asserted against Farmers.

Respectfully submitted,

PHELPS DUNBAR LLP

/s/_____

Marshall M. Redmon, Esq.
Louisiana Bar No. 18398
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Phone: (225) 346-0285
Fax: (225) 381-9197
e-mail: redmonm@phelps.com

Of Counsel:

Andrew L. Sandler (admitted pro hac vice)
Amy Sabrin (admitted pro hac vice)
Victoria Holstein-Childress, Louisiana Bar No. 28611
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
Fax (202) 393-5760

**ATTORNEYS FOR FARMERS INSURANCE EXCHANGE, FOREMOST INSURANCE COMPANY, FOREMOST PROPERTY AND CASUALTY COMPANY, AND FOREMOST SIGNATURE INSURANCE COMPANY**

## CERTIFICATE

I hereby certify that a copy of the foregoing Joinder in and Consent to Removal by Farmers Insurance Exchange, Foremost Insurance Company, Foremost Property and Casualty Company, and Foremost Signature Insurance Company has been served upon all counsel of record by electronic notice via the Court's CM/ECF System, on this 27th day of September 2007.

PHELPS DUNBAR LLP

/s/_____

Marshall M. Redmon, Esq.
Louisiana Bar No. 18398
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Phone: (225) 346-0285
Fax: (225) 381-9197
e-mail: redmonm@phelps.com