UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: ROAD HOME *Louisiana State* C.A. No. 07-5528 | § § § | |

### AFFIDAVIT OF LEO MULDER IN SUPPORT OF FOREMOST INSURANCE COMPANY, FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY, AND FOREMOST SIGNATURE INSURANCE COMPANY'S <u>STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL</u>

STATE OF MICHIGAN    )
                     ) ss
COUNTY OF KENT       )

BEFORE ME, the undersigned authority, on this day personally appeared Leo Mulder, who, after being duly sworn, deposed and stated as follows:

1. My name is Leo Mulder. I am over 18 years of age, and am competent to execute this affidavit.

2. I am employed at Foremost Insurance company Grand Rapids, Michigan in the capacity of Assistant Vice President Group Product Manager. I have held this position since approximately 1995.

3. Foremost Insurance Company Grand Rapids, Michigan, Foremost Property and Casualty Company, and Foremost Signature Insurance Company ('Foremost") maintain records of their regularly conducted business made at or near the time of occurrence set forth by or from information transmitted by a person with knowledge that these records are kept in the course of Foremost's regularly conducted business and made by the regularly conducted business as a regular practice. These

1


EXHIBIT "B"

records include records of claims and litigation. The information set forth below is derived from those records.

4. As of December 31, 2004 Foremost had 19,949 insurance policies in force for mobile homes in Louisiana. The annual written premium in Louisiana for the 2004 calendar year was $13,265,114. As of May 1, 2007, far in excess of 100 claims were made to Foremost entities for mobile home losses in Louisiana allegedly caused by Hurricanes Katrina and Rita and allegedly covered by a Foremost insurance policy, and Foremost has paid far in excess of $5,000,000 for claims under its policies for alleged Hurricanes Katrina and Rita losses.

5. None of the Foremost companies named as defendants in this action are citizens of Louisiana. Foremost Insurance Company Grand Rapids, Michigan, Foremost Property and Casualty Company, and Foremost Signature Insurance Company are stock insurance companies that are citizens of Michigan.

Dated: September 27, 2007

_____
Leo Mulder

SUBSCRIBED AND SWORN to before me
this 27th date of September, 2007.

_____
Notary Public
My Commission Expires 12/22/2012

**Terri Lee McLaughlin**
**Notary Public**
**Allegan County, Michigan**
**My commission expires: 12/22/2012**

2