UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: ROAD HOME<br><br>*Louisiana State,* C.A. No. 07-5528 | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### JOINDER AND CONSENT TO REMOVAL BY FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY AND FIDELITY NATIONAL INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel come defendants, Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company, attempted to be made defendants herein, and reserving all exceptions, rights, and defenses and appearing for the sole purpose of consenting to removal, advise this Honorable Court that they hereby consent to and join in the Notice of Removal filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate"), on September 11, 2007. Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company specifically represent as follows:

Plaintiff filed *State of Louisiana, et al. v. AAA Insurance, et al.*, (the "Petition"), as a putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. On August 29, 2007, Plaintiff filed its First Amended and Restated Class Action

1

Petition for Damages and Declaratory and Injunctive Relief ("Amended Petition"). Allstate removed this case to this Honorable Court, asserting federal jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1332, 28 U.S.C. § 1441 (a) and (b), and 28 U.S.C. § 1453, and diversity jurisdiction, based on fraudulent joinder, under 28 U.S.C. § 1332, on September 11, 2007.

Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company were served with the Petition, through the Louisiana Secretary of State's Office, on August 28, 2007. Therefore, Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company respectfully submit that this joinder and consent to removal are timely filed within thirty (30) days of service of the petition, in accordance with 28 U.S.C. § 1446(b). Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company also consent to the removal of this action by any other defendant filing a separate notice. In addition, Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company reserve the right to file a supplemental statement in support of the their right to have federal jurisdiction maintained over the claims asserted against Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Company.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/  Jacqueline M. Brettner
       Harry Rosenberg (Bar #11465)
       Jacqueline M. Brettner (Bar #30412)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130

**ATTORNEYS FOR DEFENDANTS FIDELITY NATIONAL INSURANCE COMPANY AND FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 27th day of September, 2007.

       /s/   Jacqueline M. Brettner