UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: ROAD HOME *Louisiana State* C.A. No. 07-5528 | | |

### AFFIDAVIT OF BRIAN DEEPHOUSE IN SUPPORT OF FARMERS INSURANCE EXCHANGE'S STATEMENT OF SUPPLEMENTAL GROUNDS FOR REMOVAL

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES

BEFORE ME, the undersigned authority, on this day personally appeared Brian Deephouse, who, after being duly sworn, deposed and stated as follows:

1.  My name is Brian Deephouse. I am over 18 years of age, and am competent to execute this affidavit.

2.  I am employed by Farmers Group, Inc. in the capacity of Assistant Vice President of Independent Agent Product Management. I have held this position since April, 2007. Farmers Group, Inc., using the dba Farmers Underwriters Association, is the attorney-in-fact for Farmers Insurance Exchange.

3.  Farmers Insurance Exchange ("Farmers") maintains records of its regularly conducted business made at or near the time of occurrence set forth by or from information transmitted by a person with knowledge that these records are kept in the course of Farmers' regularly conducted business and made by the regularly conducted business as a regular practice.

1


EXHIBIT "A"

These records include records of claims and litigation. The information set forth below is derived from those records.

4. As of year end 2004, Farmers Insurance Exchange had 23,607 homeowners policies in force in Louisiana. As of year end 2005, the year that Hurricanes Katrina and Rita struck Louisiana, Farmers Insurance Exchange had 26,484 homeowners policies in force in Louisiana. Farmers Insurance Exchange wrote $26,115,000 in homeowners premiums in 2004 and $29,696,000 in homeowners premiums in 2005 in Louisiana. As of May 1, 2007, far in excess of 100 homeowners policy claims were made to Farmers Insurance Exchange for losses in Louisiana allegedly caused by Hurricane Katrina and allegedly covered by the homeowner's insurance policy, and Farmers has paid far in excess of $5,000,000 for homeowners policy claims for alleged Katrina losses.

5. Farmers Insurance Exchange is not a citizen of Louisiana. Farmers Insurance Exchange is a reciprocal or inter-insurance exchange organized and existing under the laws of the State of California with its principal place of business in Los Angeles, California.

Dated: September 27, 2007

_____
BRIAN DEEPHOUSE

SUBSCRIBED AND SWORN to before me
this ___ date of _____, 2007.

_____
Notary Public
My Commission Expires_____

Please see Attached Document

AK

2

**CALIBRATION JURAT WITH AFFIANT STATEMENT**

State of California

County of  Los Angeles         } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____         _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

Subscribed and sworn to ~~(or affirmed)~~ before me on this

27th day of September, 2007, by

(1) Brian Deephouse
      Name of Signer

☒ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.)

(and

(2) _____
      Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

*[Notary Seal: AMY KEY, Commission # 1747172, Notary Public - California, Los Angeles County, My Comm. Expires May 26, 2011]*

*Signature of Notary Public*

Place Notary Seal Above

———— **OPTIONAL** ————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**
Title or Type of Document: Affidavit of Brian Deephouse in support of Farmers Insurance Exchange's statement of supplemental grounds for Removal. In Re Katrina

Document Date: September 27, 2007        Number of Pages: 2

Signer(s) Other Than Named Above: None

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827