UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| | HON. JUDGE DUVAL |
| PERTAINS TO: INSURANCE (Lewis, No. 07-2952) | MAG. JUDGE WILKINSON |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The foregoing Joint Motion to Dismiss with Prejudice having been duly considered,

IT IS ORDERED BY THE COURT that the Motion by Plaintiffs, Kenneth Lewis and Joyce Walker Lewis ("Plaintiffs") and Defendant, Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") and represent to the Court that Plaintiffs and Wells Fargo have resolved all disputes between them in the captioned matter, and respectfully request that all claims asserted in this litigation by the Plaintiffs as against Wells Fargo through the date of the judgment of dismissal, be dismissed with prejudice, while reserving any and all rights for any future conduct on

the part of Wells Fargo, with each party to bear its own costs and fees.

Respectfully submittted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY: _____
KENT A. LAMBERT (#22458)
MARTHA R. CRENSHAW (#27420)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
WELLS FARGO HOME MORTGAGE**

BY: _____
J. DOUGLAS SUNSERI (#19173)
SVETLANA V. CROUCH (#29814)
**NICAUD, SUNSRI & FRADELLA, LLC**
A Group of Professional Law Corporations
3000 18th Street
Metairie, LA 70002
Telephone: (504) 817-1304
Facsimile: (504) 833-2843

**ATTORNEYS FOR PLAINTIFFS,
KENNETH LEWIS AND JOYCE WALKER LEWIS**

## CERTIFICATE OF SERVICE

I hereby certify that on the _27th_ day of September, 2007, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

_____
KENT A. LAMBERT

3