UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | HON. JUDGE DUVAL |
| (Lewis, No. 07-2952) | MAG. JUDGE WILKINSON |

## ORDER

The foregoing Joint Motion to Dismiss with Prejudice having been duly considered,

IT IS ORDERED BY THE COURT that the Motion by Plaintiffs, Kenneth Lewis and Joyce Walker Lewis ("Plaintiffs") and Defendant, Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") to dismiss all claims asserted in this litigation by Plaintiffs against Wells Fargo through the date of the judgment of dismissal, while reserving any and all rights for any future conduct on the part of Wells Fargo, should be and the same hereby is GRANTED and that the Plaintiffs' claims against Wells Fargo through the date of the judgment of dismissal be and hereby are DISMISSED WITH PREJUDICE while reserving any and all rights for any future conduct on the part of Wells Fargo, with each party to bear its own costs and fees.

New Orleans, Louisiana this _____ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-