UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: ROAD HOME | * * | SECTION "K" |
| (*State of Louisiana v. AAA Insurance, et al.,* No. 07-5528) | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINDER IN AND CONSENT TO REMOVAL BY USAA DEFENDANTS

NOW COMES defendants United Services Automobile Association, also identified separately by plaintiffs as USAA, USAA General Indemnity Company (which is an improperly named defendant), and USAA Casualty Insurance Company, (collectively "USAA") which hereby consent to and join in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate") filed in the above-captioned action, and further states as follows:

Plaintiff filed this putative action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition For Damages and Declaratory and Injunctive Relief on August 29, 2007. USAA was served through the Louisiana Secretary of State on August 28, 2007. This joinder and consent is filed within thirty days of service on USAA or any other defendant to the instant action.

1

USAA also consents to the removal of this action by any other defendant filing a separate notice. USAA reserves the right to file a supplemental statement in support of removal.

Respectfully submitted,

/s/ Seth A. Schmeeckle
**SETH A. SCHMEECKLE, T.A., La. Bar #27076**
**RALPH S. HUBBARD, III, La. Bar. # 7040**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
E-Mail: sschmeeckle@lawla.com
        rhubbard@lawla.com

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:   (713) 222-0101

**Attorneys for United Services Automobile Association, also separately named by plaintiffs as USAA, USAA Casualty Insurance Company and USAA General Indemnity Company**

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/Seth A. Schmeeckle
Seth A. Schmeeckle