UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKERSON |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE: | * | |
| C. R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC. | * | |
| V. | * | |
| UNITED STATES (07-2771) | * | |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that hearing of the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) will be heard before the Honorable Stanwood R. Duval, Jr., United States District Judge, Courtroom C352, on October 31, 2007 at 9:30 a.m.

          Respectfully submitted,

          DONALD W. WASHINGTON
          United States Attorney

By:    s/JENNIFER B. DRAGO
          JENNIFER B. DRAGO (#23633)
          Assistant United States Attorney
          Western District of Louisiana
          800 Lafayette Street, Suite 2200
          Lafayette, Louisiana 70501
          Telephone:  (337) 262-6897
          Fax:       (337) 262-6693

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2007, I electronically filed the foregoing Motion to Dismiss, Memorandum in Support, Notice of Hearing and Proposed Order with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

s/JENNIFER B. DRAGO
JENNIFER B. DRAGO (#23633)
Assistant United States Attorney