UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

```
NCS-011-000000001    to    NCS-011-000000615
NCS-021-000000014    to    NCS-021-000000041
NCS-058-000000001    to    NCS-058-000001286
NCS-061-000000001    to    NCS-061-000001557
```

This Notice of Production is respectfully submitted,

        PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

 s/ James F. McConnon, Jr.
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 353-2604 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: September 28, 2007

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on September 28, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

    s/ James F. McConnon, Jr.
    JAMES F. McCONNON, JR.