**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 011 | NCS-011-000000001 | NCS-011-000000615 | USACE; MVD; MNV; CEMVN-CD-QM | James Montegut | KC221 | 9/28/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1446) from Sept 2007 Review and Select Production |
| NCS | 021 | NCS-021-000000014 | NCS-021-000000041 | USACE; MVD; MNV; CEMVN-CD-QM | James Montegut | KC221 | 9/28/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1456) from Sept 2007 Review and Select Production |
| NCS | 058 | NCS-058-000000001 | NCS-058-000001286 | USACE; MVD; MNV; CEMVN-CD-QM | James Montegut | KC221 | 9/28/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1493) from Sept 2007 Review and Select Production |
| NCS | 061 | NCS-061-000000001 | NCS-061-000001557 | USACE; MVD; MNV; CEMVN-CD-QM | James Montegut | KC221 | 9/28/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1496) from Sept 2007 Review and Select Production |