UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |

PERTAINS TO:  BARGE                                            JUDGE DUVAL
*Mumford v. Ingram*           C.A. No. 05-5724        MAG. WILKINSON
*Boutte v. Lafarge*           C.A. No. 05-5531
*Lagarde v. Lafarge*          C.A. No. 06-5342
*Perry v. Ingram Barge*       C.A. No. 06-6299
*Benoit v. Lafarge*           C.A. No. 06-7516
*Parfait Family v. USA*       C.A. No. 07-3500
*Lafarge v. USA*              C.A. No. 07-5178

\*     \*     \*

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF INGRAM BARGE COMPANY, ETC. | CIVIL ACTION<br><br>NO. 05-4419 &<br>       consol. cases<br><br>SECTION "C" (2) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' Motions for Expedited Hearing, Status/Scheduling Conference and Oral Argument, Record Doc. Nos. 7914, 7915 and 7916 in Civil Action No. 05-4182-K, concerning plaintiffs' Motion for Enlargement of Barge Class Certification Deadlines, Record Doc. No. 7913, are hereby GRANTED. **Oral argument** on Plaintiffs' Motion for Enlargement of Barge Class Certification Deadlines, Record Doc. No. 7913, will be conducted in my courtroom, Room B421, on **OCTOBER 4, 2007 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that **oral argument** on the following related motions, currently set before me on October 3, 2007, is CONTINUED and will now be conducted at the same time as set out above, **OCTOBER 4, 2007 at 11:00 a.m.**:

(1) Plaintiffs' Motion for Confirmation and Appointment as Plaintiffs' Subgroup Litigation Committee - Barge - With Liaison Counsel Designation, Record Doc. No. 7733 in Civil Action No. 05-4182-K; and

(2) Ingram Barge Company's Motion for Protective Order, Record Doc. No. 769 in Civil Action No. 05-4419-C.

New Orleans, Louisiana, this __27th__ day of September, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**