UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | NO.: 05-4182 "K"(2) |
| LITIGATION | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO:  INSURANCE | * | MAGISTRATE JUDGE WILKINSON |
| *Vanderbrook*, No. 05-6323 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

### DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(d), Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company, respectfully moves for entry of final judgment in its favor in the Vanderbrook case, in accordance with the August 2, 2007 opinion of the U.S. Court of Appeals for the Fifth Circuit.  The grounds for this motion, which are more fully stated in the accompanying memorandum of law, are that the Fifth Circuit's decision, which overturned this Court's denial of Standard Fire's motion for judgment on the pleadings, is completely dispositive of this case.

WHEREFORE, Standard Fire respectfully requests that a final judgment be entered in its favor.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle_____
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar #  24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
      RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:  rhubbard@lawla.com
            jguichet@lawla.com
            sschmeeckle@law.com

And

Of counsel:
Stephen E. Goldman (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:     (860) 275-8255
Facsimile:     (860) 275-8299
 **Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company)**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 28, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle