UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | JUDGE DUVAL |
| | * | |
| _____ | * | MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO:  INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that The Standard Fire Insurance Company ("Standard Fire") will bring its Motion for Entry of Final Judgment for hearing before the Honorable Stanwood R. Duval, Jr. on October 17, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard.

    Respectfully submitted,

    /s/ Seth A. Schmeeckle_____
    Ralph S. Hubbard III, T.A., La. Bar. # 7040
    Joseph P. Guichet, La. Bar #  24441
    Seth A. Schmeeckle, La. Bar # 27076
    LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
    601 Poydras Street, Suite 2775
    New Orleans, Louisiana 70130
    Telephone:  (504) 568-1990
    Facsimile:  (504) 310-9195
    E-Mail:  rhubbard@lawla.com
           jguichet@lawla.com
           sschmeeckle@law.com

And

Of counsel:
Stephen E. Goldman (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:    (860) 275-8255
Facsimile:     (860) 275-8299
**Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company)**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 28, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Seth A. Schmeeckle
Seth A. Schmeeckle