UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION <br> § NO. 05-4182 <br> § SECTION "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON |
| PERTAINS TO: <br><br> ALL CASES | § <br> § <br> § <br> § <br> § <br> § <br> § |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1] This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated August 20, 2007

| Williams et al v.Standard Fire Insurance Company | Insurance | 06-06861 |
|---|---|---|
| R&M Glynn, Inc v.Allstate Insurance Company | Insurance | 06-08589 |
| Jones et al v.State Farm Fire & Casualty Company, Inc | Levee, Mr.Go | 06-09151 |
| Fontenot et al v.Auto Club Family Insurance Company | Insurance | 07-04115 |
| Paddison v.United States Army Corps of Engineers | Levee | 07-04225 |
| Radlauer v.United States Army Corps of Engineers | Levee | 07-04226 |
| Angelo et al v.United States Army Corps of Engineers | Levee | 07-04227 |
| Bowley v.United States Army Corps of Engineers | Mr.Go | 07-04271 |
| Maximum Development Inc v.Maryland Casualty Company | Insurance | 07-04312 |
| Cochran, Sr et al v.United States of America et al | Mr.Go | 07-04353 |
| Diaz et al v.Fidelity and Deposit Company of Maryland | Insurance | 07-04370 |
| Lynch et al v.American Security Insurance Company | Insurance | 07-04384 |
| Abrahms et al v.United States of America et al | Mr.Go | 07-04386 |
| Dawn P. Adams v.United States of America et al | Levee, Mr.Go | 07-04391 |
| Abair et al v.United States of America et al | Levee, Mr.Go | 07-04392 |
| Voth v.State Farm Fire and Casualty Insurance Company | Insurance | 07-04393 |
| Junot et al v.State Farm Fire and Casualty Insurance Company | Insurance | 07-04395 |
| Theriot v.State Farm Fire and Casualty Insurance Company | Insurance | 07-04396 |
| Teets v.Allstate Insurance Company | Insurance | 07-04397 |
| Muffet Enterprises, LLC v.United States of America et al | Mr.Go | 07-04453 |
| LeSea Broadcasting Corporation v.New Hampshire Insurance Company | Insurance | 07-04462 |
| Fontenot v.United States Army Corps of Engineers | Levee | 07-04504 |
| Beahm v.United States Army Corps of Engineers | Levee, Mr.Go | 07-04510 |

| | | |
|---|---|---|
| Beahm et al v.United States Army Corps of Engineers | Levee, Mr.Go | 07-04511 |
| Alexis et al v.United States of America et al | Levee, Mr.Go | 07-04519 |
| Leonard J. Cline et al v.United States of America et al | Levee | 07-04522 |
| Andry et al v.Federal Emergency Management Agency et al | Responder | 07-04533 |
| GuideOne Specialty Mutual Ins. Co v.United States of America et al | Levee, Mr.Go | 07-04535 |
| Gomez et al v.American Bankers Insurance Company | Insurance | 07-04536 |
| Church Mutual Insurance Company v.United States of America et al | Levee, Mr.Go | 07-04543 |
| Church Mutual Insurance Company v.United States of America et al | Levee, Mr.Go | 07-04544 |
| American Bankers Insurance Company v.United States of America et al | Levee, Mr.Go | 07-04545 |
| Huey et al v.United States of America et al | Mr.Go | 07-04550 |
| Morial v.United States of America et al | Levee | 07-04551 |
| Kornman et al v.United States of America et al | Levee | 07-04552 |
| White et al v.United States of America et al | Levee | 07-04553 |
| Lobrano et al v.United States of America et al | Levee | 07-04554 |
| Radio Parts Inc v.United States of America et al | Mr.Go | 07-04555 |
| Puccio v.United States of America et al | Levee | 07-04556 |
| MetroLab, Inc v.United States of America et al | Levee, Mr.Go | 07-04557 |
| Savoy Place Associates v.United States of America et al | Levee, Mr.Go | 07-04558 |
| Mintz v.United States of America et al | Levee, Mr.Go | 07-04559 |
| Hurwitz Mintz Finest Furniture Store et al v.United States of America et al | Levee, Mr.Go | 07-04560 |
| Doley v.United States of America et al | Levee, Mr.Go | 07-04561 |
| Johnson v.United States of America et al | Mr.Go | 07-04562 |
| Morial v.United States of America et al | Levee, Mr.Go | 07-04563 |
| Commonwealth Insurance Company et al v.United States Army Corps of Engineers | Mr.Go | 07-04568 |

| Frught et al v.Standard Fire Insurance Company | Insurance | 07-04581 |
|---|---|---|
| Entergy New Orleans, Inc v.United States of America | Levee | 07-04607 |
| Entergy New Orleans, Inc v.United States of America | Mr.Go | 07-04608 |
| Dauterive, Jr v.United States Army Corps of Engineers et al | Mr.Go | 07-04724 |
| Murphy Oil USA Inc et al v.Southeast Louisiana Flood Protection Agency et al | Mr.Go | 07-04774 |
| Murphy Building Corp et al v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04775 |
| Andante,LLC v.AIG Private Client Group | Insurance | 07-04783 |
| Batiste Murdock et al v.Louisiana Citizens Fair Plan et al | Insurance | 07-04784 |
| Powell et al v.Allstate Insurance Company | Insurance | 07-04785 |
| Maclies et al v.Allstate Insurance Company | Insurance | 07-04786 |
| Gray et al v.Travelers Casualty and Surety Company | Insurance | 07-04787 |
| Barnes v.Lafayette Insurance Company et al | Insurance | 07-04788 |
| Brown et al v.Metropolitan Property and Casualty Insurance Company | Insurance | 07-04789 |
| Hankenhof et al v.Allstate Insurance Company | Insurance | 07-04790 |
| Edwards v.Encompass Property and Casualty Company | Insurance | 07-04808 |
| Crawford et al v.Fidelity and Deposit Company of Maryland | Insurance | 07-04809 |
| Esplanade Plaza, L.L.C v.Hanover Insurance Company | Insurance | 07-04810 |
| Heintz Jr et al v.United States of America et al | Levee | 07-04819 |
| Albrecht v.United States of America et al | Levee | 07-04828 |
| Albano v.B&K Construction Company, Inc et al | Levee, Mr.Go | 07-04837 |
| Administrators of the Tulane Educational Fund v.United States Army Corps of Engineers et al | Levee, Mr.Go | 07-04840 |
| Nextel South Corporation et al v.United States Army Corps of Engineers et al | Levee, Mr.Go | 07-04841 |
| Heintz, Sr et al v.United States of America et al | Levee | 07-04842 |
| Heintz v.United States of America et al | Levee | 07-04843 |

| | | |
|---|---|---|
| BGV Investments, LLC et al v.United States of America et al | Levee | 07-04844 |
| Faith Church, v.United States of America et al | Levee | 07-04845 |
| Memphis Street Property Associates, LLC et al v.United States of America et al | Levee | 07-04846 |
| Heintz et al v.United States Army Corps of Engineers et al | Levee | 07-04847 |
| Lakeview Chiropractic Clinic, LLC v.United States of America et al | Levee | 07-04848 |
| Six Flags, Inc v.United States of America et al | Mr.Go | 07-04851 |
| Aguilar et al v.ANPAC Louisiana Insurance Company et al | Insurance | 07-04852 |
| Ancar et al v.State Farm Companies et al | Insurance | 07-04853 |
| Midland Mortgage Co v.Travelers Indemnity Company | Insurance | 07-04854 |
| Midland Mortgage Co v.Allstate Insurance Company | Insurance | 07-04855 |
| Cummins et al v.United States Army Corps of Engineers et al | Levee | 07-04868 |
| Midland Mortgage Co v.Liberty Mutual Fire Insurance Company | Insurance | 07-04869 |
| Cater et al v.United States of America et al | Levee | 07-04887 |
| St. Ann Protector v.Fidelity National Insurance Company | Insurance | 07-04891 |
| Crusto et al v.Fidelity National Insurance Company | Insurance | 07-04892 |
| Crusto et al v.Fidelity & Casualty Insurance Company | Insurance | 07-04893 |
| Niles v.Allstate Insurance Company | Insurance | 07-04894 |
| Crusto et al v.Fidelity National Insurance Company | Insurance | 07-04895 |
| Mannino v.United States Army Corps of Engineers et al | Levee | 07-04901 |
| Dhume et al v.United States of America | Levee | 07-04902 |
| Milanese et al v.United States Army Corps of Engineers | Levee | 07-04903 |
| Anderson v.United States Army Corps of Engineers et al | Levee, Mr.Go | 07-04906 |
| Breithoff v.United States of America | Levee | 07-04913 |
| Allen v.United States Army Corps of Engineers et al | Levee, Mr.Go | 07-04914 |

| Case | Category | Number |
|---|---|---|
| Cassimere v.United States Army Corps of Engineers et al | Levee, Mr.Go | 07-04920 |
| Banks v.United States Army Corps of Engineers et al | Levee, Mr.Go | 07-04942 |
| Allen v.United States Army Corps of Engineers | Levee, Mr.Go | 07-04943 |
| 4 Jays, LLC et al v.Board of Commissioners of the East Jefferson Levee District | Levee, Mr.Go | 07-04944 |
| Ferrara v.Board of Commissioners of the Lake Borgne Basin Levee District | Levee, Mr.Go | 07-04945 |
| Dillard University et al v.Board of Commissioners for the Port New Orleans et al | Levee, Mr.Go | 07-04948 |
| St. Augustine High School et al v.Board of Commissioners for the Port New Orleans et al | Levee, Mr.Go | 07-04949 |
| Plaisance, Sr v.Board of Commissioners of the East Jefferson Levee District et al | Levee | 07-04950 |
| WNO Operating, LLC et al v.Board of Commissioners of the East Jefferson Levee District et al | Levee | 07-04951 |
| Harrison et al v.Board of Commissioners for the Port of New Orleans et al | Levee, Mr.Go | 07-04952 |
| Liberty Bank & Trust Company v.Washington Group International, Inc. et al | Levee, Mr.Go | 07-04953 |
| DeSalvo v.United States of America et al | Levee | 07-04954 |
| DeSalvo Jr v.United States of America et al | Levee | 07-04955 |
| DeSalvo et al v.Board of Commissioners of the East Jefferson Levee District et al | Levee | 07-04956 |
| Gerdes v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04957 |
| Jackson Brewery Millhouse, L.L.C. v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04958 |
| 800 Canal Street Limited Partnership et al v.Board of Commissioners of the East Jefferson Levee District | Levee | 07-04959 |
| Hertz 909 Poydras, L.L.C et al v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04960 |
| Riverfront Lodging, LLC v.United States of America et al | Levee | 07-04961 |
| Jackson Brewery Marketplace, Ltd v.United States of America et al | Levee | 07-04962 |
| Prytania Medical Complex v.United States of America et al | Levee, Mr.Go | 07-04963 |
| Prat v.United States of America et al | Levee, Mr.Go | 07-04964 |
| Bell v.United States of America et al | Mr.Go | 07-04965 |

| | | |
|---|---|---|
| Berenson et al v.United States of America et al | Levee, Mr.Go | 07-04966 |
| Adler, II v.United States of America et al | Levee, Mr.Go | 07-04967 |
| Abundance Square Associates v.United States of America et al | Levee, Mr.Go | 07-04968 |
| Gentilly Land Co., Inc v.United States of America et al | Mr.Go | 07-04969 |
| Redemptorist Limited Partnership, LGD Rental et al v.United States of America et al | Levee, Mr.Go | 07-04970 |
| Omega Hospital, LLC v.United States of America et al | Levee, Mr.Go | 07-04971 |
| Doley, Jr v.United States of America et al | Levee, Mr.Go | 07-04972 |
| Wells, Sr et al v.United States of America et al | Levee, Mr.Go | 07-04973 |
| Robert, Sr et al v.United States of America et al | Levee, Mr.Go | 07-04974 |
| Miller, Jr v.United States of America et al | Levee, Mr.Go | 07-04975 |
| Entercom Communications Corp v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04976 |
| Adler v.Board of Commissioners for the Orleans Levee Board et al | Levee, Mr.Go | 07-04977 |
| Smythe v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04978 |
| White III, L.L.C v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04979 |
| Haydel et al v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04980 |
| Patterson v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04981 |
| Treasure Village Associates, LP v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04982 |
| Kern et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04983 |
| Dominion/ NO Centre, L.L.C et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04984 |
| Bagneris et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04985 |
| Hotel Investors, LLC v.Board of Commissioners of the East Jefferson Levee District et al | Levee | 07-04986 |
| Blaum v.Board of Commissioners of the East Jefferson Levee District et al | Levee | 07-04987 |
| Morial v.Board of Commissioners for the Port of New Orleans et al | Levee, Mr.Go | 07-04988 |

| Case | Category | Number |
|---|---|---|
| Louisiana Independent Federation of Electors, Inc v.Board of Commissioners for the Port of New Orleans et al | Levee, Mr.Go | 07-04989 |
| Tanner v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04990 |
| Adler, II v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-04991 |
| Southpoint Technologies v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04992 |
| Adler's Special Account v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04993 |
| Berenson et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04994 |
| CII Carbon, L.L.C v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04995 |
| Touro Infirmary v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04996 |
| Imperial Trading Co v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04997 |
| Physician Management Services of Louisiana, L.L.C v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-04998 |
| Reese v.Board of Commissioners for the Orleans Levee District et al | Levee | 07-04999 |
| Doley et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05000 |
| Robert, Sr et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05001 |
| Garage at Canal Place, L.L.C v.United States of America et al | Levee, Mr.Go | 07-05002 |
| Greystar Development and Construction, L.P v.United States of America et al | Levee, Mr.Go | 07-05003 |
| Cambridge Realty West et al v.United States of America et al | Levee, Mr.Go | 07-05004 |
| Majestic Life Insurance Co v.United States of America et al | Levee, Mr.Go | 07-05005 |
| White, III v.United States of America et al | Levee, Mr.Go | 07-05006 |
| Keppel et al v.Board of Commissioners for the Orleans Levee District et al | Mr.Go | 07-05007 |
| United Restaurant Entities v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05008 |
| Davis v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05009 |
| Plaisance v.Board of Commissioners for the Orleans Levee District et al | Levee | 07-05010 |

| | | |
|---|---|---|
| Marrero Land & Improvement Association, Ltd v.Board of Commissioners of the Lake Borgne Basin Levee District et al | Mr.Go | 07-05011 |
| Wetco Restaurant Group, LLC v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05012 |
| Sloan et al v.Board of Commissioners for the Orleans Levee District et al | Mr.Go | 07-05013 |
| Majestic Mortuary Service, Inc v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05015 |
| Universal Health Services, Inc. v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05016 |
| Reid et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05017 |
| Xavier University of Louisiana et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05018 |
| Embry et al v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05019 |
| Haydel Realty Co., Inc v.United States of America et al | Mr.Go | 07-05020 |
| Lake Forest Plaza, L.L.C v.United States of America | Levee, Mr.Go | 07-05021 |
| Reed v.United States of America et al | Levee, Mr.Go | 07-05022 |
| Hoskins v.United States of America et al | Levee, Mr.Go | 07-05025 |
| Pleasant v.United States Army Corps of Engineers | Levee, Mr.Go | 07-05028 |
| Chouest et al v.United States of America | Levee, Mr.Go | 07-05030 |
| Dorsey v.United States of America et al | Mr.Go | 07-05034 |
| Louisiana State v.United States of America | Levee, Mr.Go | 07-05040 |
| Abrahms v.United States of America et al | Levee, Mr.Go | 07-05044 |
| Harvey et al v.United States Army Corps of Engineers | Mr.Go | 07-05045 |
| Bell et al v.United States Army Corps of Engineers et al | Mr.Go | 07-05063 |
| Adams et al v.B&K Construction et al | Levee, Mr.Go | 07-05067 |
| Frught et al v.State Farm Fire & Casualty Insurance Company | Insurance | 07-05069 |
| Ashurst et al v.United States of America | Levee, Mr.Go | 07-05070 |
| Adams et al v.United States of America | Levee, Mr.Go | 07-05074 |

| | | |
|---|---|---|
| Schubert v.Federal Emergency Management Agency et al | Responder, Insurance | 07-05075 |
| Ponder v.Defendant United States Army Corps of Engineers | Levee, Mr.Go | 07-05082 |
| Albrecht et al v.United States of America et al | Levee, Mr.Go | 07-05083 |
| Ball, Jr v.United States Army Corps of Engineers et al | Levee, Mr.Go | 07-05096 |
| Mendoza v.United States of America et al | Mr.Go | 07-05097 |
| Dyer, Jr v.United States of America et al | Levee | 07-05098 |
| Claudia' Career Apparel, LLC et al v.United States Army Corps of Engineers | Levee, Mr.Go | 07-05103 |
| Sewerage & Water Board of New Orleans v.United States Army Corps of Engineers et al | Mr.Go | 07-05105 |
| Allen et al v.State Farm Fire & Casualty Company, Inc | Insurance | 07-05111 |
| Abadie et al v.Aegis Insurance Company et al | Insurance | 07-05112 |
| New Orleans City v.United States of America et al | Levee | 07-05117 |
| Edmond et al v.United States of America | Levee, Mr.Go | 07-05128 |
| Trustees of the Religious & Charitablet al et al v.United States Army Corps of Engineers, et al | Mr.Go | 07-05130 |
| Brooks et al v.United States of America et al | Levee | 07-05132 |
| Allison v.United States Army Corps of Engineers | Levee, Mr.Go | 07-05134 |
| Louisiana Citizens Property Insurance Corporation v.United States of America | Levee, Mr.Go | 07-05137 |
| Barback, Jr v.United States Army Corps of Engineers | Mr.Go | 07-05141 |
| Bennings et al v.United States Army Corps of Engineers | Levee, Mr.Go | 07-05143 |
| Watts et al v.United States of America | Levee, Mr.Go | 07-05144 |
| Reese v.Board of Commissioners of the East Jefferson Levee District et al | Levee | 07-05148 |
| Reese v.Board of Commissioners of the East Jefferson Levee District et al | Levee | 07-05150 |
| Green-Johnson v.Board of Commissioners for the Port of New Orleans et al | Levee, Mr.Go | 07-05155 |
| Bradley v.United States of America | Levee, Mr.Go | 07-05174 |
| Bares et al v.United States Army Corps of Engineers et al | Levee | 07-05181 |

| | | |
|---|---|---|
| Bell et al v.United States Army Corps of Engineers | Mr.Go | 07-05182 |
| Rault Resources, Inc v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-05184 |
| Grijns v.Board of Commissioners of the East Jefferson Levee District et al | Levee, Mr.Go | 07-05185 |
| Rault v.United States of America et al | Levee, Mr.Go | 07-05186 |
| McCay v.United States of America et al | Levee, Mr.Go | 07-05187 |
| Alfonso et al v.United States of America | Levee, Mr.Go | 07-05191 |
| Curtis v.Board of Commissioners for the Orleans Levee District et al | Levee, Mr.Go | 07-05193 |
| Crear et al v.United States of America et al | Levee, Mr.Go | 07-05195 |
| Acevedo et al v.AAA Insurance et al | Insurance | 07-05199 |
| Allen-Perkins v. State Farm Fire and Casualty Insurance Company | Insurance | 07-05204 |
| Abram et al v.AAA Insurance et al | Insurance | 07-05205 |
| Adams v.Allstate Insurance Company | Insurance | 07-05206 |
| Acevedo et al v.AAA et al | Insurance | 07-05208 |
| Alongi et al v.United States of America | Mr.Go | 07-05220 |
| Manego et al v.United States Army Corps of Engineers | Levee | 07-05228 |
| Acker et al v.United States of America et al | Levee, Mr.Go | 07-05241 |
| Universal Health Services, Inc v.United States of America et al | Levee, Mr.Go | 07-05254 |
| Universal Health Services, Inc v.Washington Group International, Inc.et al | Levee, Mr.Go | 07-05286 |
| Davis v.United States of America | Levee | 07-05314 |
| Omega Hospital, LLC v.United States of America | Levee | 07-05315 |
| Gerdes v.United States of America | Levee | 07-05316 |
| Abundance Square Associates v.United States of America et al | Levee | 07-05317 |
| Union Limited Partnership et al v.United States of America et al | Levee, Mr.Go | 07-05318 |
| Doley, Jr v.United States of America et al | Levee, Mr.Go | 07-05319 |

| Jackson Brewery Marketplace, v.United States of America et al | Levee | 07-05320 |
| --- | --- | --- |
| Shops and Garage at Canal Place v.United States of America et al | Levee, Mr.Go | 07-05321 |
| Wells et al v.United States of America et al | Levee, Mr.Go | 07-05322 |
| Imperial Trading Co v.United States of America et al | Levee, Mr.Go | 07-05323 |
| Physician Management Services of Louisiana v.United States of America et al | Levee, Mr.Go | 07-05324 |
| Berenson et al v.United States of America et al | Levee | 07-05325 |
| St. Augustine High School et al v.United States of America et al | Levee | 07-05326 |
| Bell v.United States of America et al | Mr.Go | 07-05327 |
| Reese v.United States of America et al | Levee | 07-05328 |
| Adler, II v.United States of America et al | Levee, Mr.Go | 07-05329 |
| Kern et al v.United States of America et al | Levee | 07-05330 |
| Jackson Brewery Marketplace, Ltd v.United States of America et al | Levee | 07-05331 |
| Plaisance v.United States of America et al | Levee | 07-05332 |
| Plaisance v.United States of America et al | Levee | 07-05333 |
| Prytania Medical Complex Owners Association v.United States of America et al | Levee, Mr.Go | 07-05334 |
| Hotel Investors, LLC v.United States of America et al | Levee | 07-05335 |
| Blaum et al v.United States of America et al | Levee | 07-05336 |
| Riverfront Lodging LLC. v.United States of America et al | Levee | 07-05337 |
| Louisiana Independent Federation of v.United States of America et al | Levee, Mr.Go | 07-05338 |
| Wetco Restaurant Group, LLC v.United States of America et al | Levee, Mr.Go | 07-05339 |
| Cambridge Realty West, LLC v.United States of America et al | Levee, Mr.Go | 07-05340 |
| Robert, Sr. et al v.United States of America et al | Levee, Mr.Go | 07-05341 |
| United Restaurant Entities v.United States of America et al | Levee, Mr.Go | 07-05342 |
| Keppel et al v.United States of America et al | Mr.Go | 07-05343 |

| | | |
|---|---|---|
| Sloan et al v.United States of America et al | Mr.Go | 07-05344 |
| Adler's Special Account v.United States of America et al | Levee, Mr.Go | 07-05345 |
| Miller Jr. v.United States of America et al | Levee, Mr.Go | 07-05346 |
| Liberty Bank & Trust Company v.United States of America et al | Levee, Mr.Go | 07-05347 |
| Doley v.United States of America et al | Levee, Mr.Go | 07-05348 |
| Greystar Development and Construction, L.P. v.United States of America et al | Levee, Mr.Go | 07-05349 |
| Universal Health Services, Inc v.United States of America et al | Levee, Mr.Go | 07-05350 |
| Treasure Village Associates, LP v.United States of America et al | Levee, Mr.Go | 07-05351 |
| Touro Infirmary v.United States of America et al | Levee, Mr.Go | 07-05352 |
| Shea Embry et al v.United States of America et al | Levee, Mr.Go | 07-05353 |
| Redemptorist Limited Partnership et al v.United States of America et al | Levee, Mr.Go | 07-05354 |
| CII Carbon, L.L.C v.United States of America et al | Levee, Mr.Go | 07-05355 |
| White III, L.L.C v.United States of America et al | Levee, Mr.Go | 07-05356 |
| DeSalvo v.United States of America et al | Levee | 07-05357 |
| DeSalvo Sr et al v.United States of America et al | Levee | 07-05358 |
| Dillard University v.United States of America et al | Levee | 07-05359 |
| White III et al v.United States of America et al | Levee | 07-05360 |
| Hertz 909 Poydras, L.L.C et al v.United States of America et al | Levee, Mr.Go | 07-05361 |
| Morial v.United States of America et al | Levee, Mr.Go | 07-05362 |
| Prat v.United States of America et al | Levee, Mr.Go | 07-05363 |
| Dominion/ NO Centre, L.L.C et al v.United States of America et al | Levee, Mr.Go | 07-05364 |
| Berenson et al v.United States of America et al | Levee, Mr.Go | 07-05365 |
| Marrero Land & Improvement Association, Ltd v.United States of America et al | Mr.Go | 07-05366 |
| Xavier University of Louisiana v.United States of America et al | Levee, Mr.Go | 07-05367 |

| | | |
|---|---|---|
| Doley et al v.United States of America et al | Levee, Mr.Go | 07-05368 |
| Adler v.United States of America et al | Levee, Mr.Go | 07-05369 |
| DeSalvo, Jr v.United States of America et al | Levee | 07-05370 |
| Southpoint Technologies, LLC v.United States of America et al | Levee, Mr.Go | 07-05371 |
| Reese v.United States of America et al | Levee | 07-05372 |
| Green-Johnson v.United States of America et al | Levee, Mr.Go | 07-05373 |
| Haydel et al v.United States of America et al | Levee, Mr.Go | 07-05374 |
| Entercom Communications Corp v.United States of America et al | Levee, Mr.Go | 07-05375 |
| Adler, II v.United States of America et al | Levee, Mr.Go | 07-05376 |
| WNO Ownership, LLC et al v.United States of America et al | Levee | 07-05377 |
| Bagneris et al v.United States of America et al | Levee, Mr.Go | 07-05378 |
| Meritplan Insurance Company et al v.United States of America | Mr.Go | 07-05389 |
| Radcliff et al v.United States of America et al | Levee, Mr.Go | 07-05396 |
| Aleman et al v.United States of America et al | Mr.Go | 07-05397 |
| Hartley v.Lexington Insurance Company | Insurance | 07-05458 |
| Harrison et al v.United States of America et al | Levee, Mr.Go | 07-05494 |
| Reid et al v.United States of America et al | Levee, Mr.Go | 07-05496 |
| Alexander et al v.Allstate Insurance Company | Insurance | 07-05768 |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 28 day of September, 2007

_____

JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M. Bruno
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN &
HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**