**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. JUDGE WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| (Benoit, No. 06-7156) | § | |
| (Lafarge, No. 07-5178) | § | |
| _____ | § | |

**CONSENT MOTION AND INCORPORATED MEMORANDUM TO AMEND**
**CASE MANAGEMENT AND SCHEDULING ORDER NO. 5**

**NOW INTO COURT,** comes Defendant, the United States, which moves this Honorable

Court for entry of an Order amending Case Management and Scheduling Order No. 5 (CMO No.

5).

1.

Section II(A) of CMO No. 5 requires all parties to file their answers by September 28,

2007.

1

2.

To date, the United States has not been properly served with Lafarge North America, Inc.'s Third-Party Complaint in *Benoit* or its Complaint in *Lafarge* in accordance with Fed. R. Civ. P. 4(i)(1).

3.

Defendant requests that Section II (A) of CMO No. 5 be amended to allow the United States to file its Answers within 60 days after the United States Attorney is served with Lafarge North America, Inc.'s pleadings, in accordance with Fed. R. Civ. P. 12(a)(3)(A).

4.

Undersigned counsel certifies that counsel for Lafarge North America, Inc., and liaison counsel for Plaintiffs and Defendants have been consulted and have no opposition to this Motion.

**WHEREFORE**, the United States respectfully requests that the Court enter an Order amending Case Management and Scheduling Order No. 5 as proposed herein.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Robin D. Smith
ROBIN D. SMITH
Senior Trial Counsel
JESSICA G. SULLIVAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 353-2604
(202) 616-5200 (fax)
jessica.sullivan@usdoj.gov
Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, I served a true copy of United States'

Motion and Incorporated Memorandum upon all counsel of record by ECF.


/s/ Robin D. Smith
Robin D. Smith