UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. JUDGE WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| (Benoit, No. 06-7156) | § | |
| (Lafarge, No. 07-5178) | § | |
| _____ | § | |

### ORDER

Considering the CONSENT MOTION AND INCORPORATED MEMORANDUM TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER NO. 5,

**IT IS ORDERED**, that the United States' Motion be and is hereby **GRANTED,** and that Case Management and Scheduling Order No. 5 is amended as follows:

Section II (A) of CMO No. 5 is amended to provide that the United States shall file its Answers within 60 days after the United States Attorney is served with Lafarge North America, Inc.'s pleadings, in accordance with Fed. R. Civ. P. 12(a)(3)(A).

In all other respects, Case Management and Scheduling Order No. 5 remains in effect as originally ordered and signed on September 18, 2007.

Thus done and signed at New Orleans, Louisiana, this _____ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE