## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182<br><br>SECTION:  K<br><br>MAGISTRATE: 2 |
| PERTAINS TO:<br>INSURANCE (#06-9246)<br><br>FLOWERS BY MY SISTER & ME, LLC<br><br>VERSUS<br><br>ZURICH AMERICAN INSURANCE<br>COMPANY AND/OR MARYLAND<br>CASUALTY COMPANY | |

## ORDER

Considering the foregoing ex parte motion to bifurcate:

**IT IS HEREBY ORDERED** that the referenced proceeding, *Flowers by My Sister & Me, LLC versus Zurich American Insurance Company and/or Maryland Casualty Company*, Civil Action No. 06-9246, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Wilkinson in accordance with Case Management Order No. 4, Section VII.

**NEW ORLEANS**, Louisiana, this 28th day of September, 2007.

_____
J U D G E