AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

CAROLE A. BREITHOFF, wife of and
FRANCIS G. WELLER

V.

UNITED STATES OF AMERICA
DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-4913**

**SECT. K MAG 2**

FILED 2007 SEP 27 PM 4:38
LORETTA G. WHYTE CLERK

TO: (Name and address of Defendant)

The United States of America
Department of the Army
Corps of Engineers
7400 Leake Ave.
New Orleans, LA 70118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carole A. Breithoff #13836
Francis G. Weller #13351
Plaintiffs/Attorneys
2932 Lime St.
Metairie, LA 70006

an answer to the complaint *Amended and supplemented Complaint* which is served on you with this summons, within _____sixty (60)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                         AUG 2 8 2007

CLERK                                                                    DATE

C. Bourgeois (signature)

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

AO 440 (Rev. 8/01) Summons in a Civil Action
(By) DEPUTY CLERK
AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | ON September 13, 2007 |
| NAME OF SERVER (PRINT) | TITLE |
| GARALD P. WELLER | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 7400 LEAKE AVE, New Orleans, LA. 70118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/07
            Date

Signature of Server

5237 Meadowdale St.
Metairie, LA 70006
Address of Server