UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID R. PADDISON** | * | **CIVIL ACTION NO.: 07-4225** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE: SECTION** "K" |
| | • | The Honorable Standwood R. Duval, Jr. |
| **DEPARTMENT OF THE ARMY** | * | **MAGISTRATE: 2** |
| **NEW ORLEANS DISTRICT, CORP** | * | Magistrate Joseph C. Wilkinson, Jr. |
| **OF ENGINEERS** | * | |
| | • | |

**************************************

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, personally came and appeared:

MARGARET N. ARBOUR

who, first being duly sworn by me deposed and said:

On September 18, 2007, she mailed a Waiver of Service of Summons and a Petition for Damages, with regard to the captioned proceedings, by certified mail #70063450000142128292, return receipt requested to James B. Letten, U.S. Attorney General, Registered Agent for the Federal Government, Eastern District, State of Louisiana, 210 Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana 70130 in order to effectuate service of same.

On September 24, 2007, the return receipt was received by Margaret N. Arbour, and was signed as being received by Lisa Stewart, on Mr. Letten's behalf. A copy of this receipt is attached hereto and made a part hereof.

/s/ Margaret N. Arbour
_____
MARGARET N. ARBOUR

SWORN TO AND SUBSCRIBED
BEFORE ME
THIS __24th__ DAY OF September 200 7.

 /s/ John M. Robin
_____NOTARY PUBLIC
John M. Robin, LA Bar #11341