NDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

James B. Letten
U.S. Attorney General
210 Hale Boggs Fed Building
500 Poydras Street
New Orleans, LA 70130

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Lisa Stewart ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 9/20/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label) 7006 3450 0001 4212 8292

Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

J[illegible] M. Robin
Post [illegible] Box 1830
Covington, LA 70434

RECEIVED
SEP 24 2007
By

Paddison - service