**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James B. Letten
   U.S. Attorney General
   Hale Boggs Fed Building
   500 Poydras Street
   New Orleans, LA 70130

2. Article Number
   (Transfer from service label)

   7006 3450 0001 4212 8339

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lisa Stewart_   ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4 in this box •

   John M. ___
   Post Office Box ___
   Covington, LA 704__

   RECEIVED
   SEP 24 2007
   By _____

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10