UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| | * | |

PERTAINS TO: ROAD HOME
    *Louisiana State C.A. No. 07-5528*

**JOINDER IN AND CONSENT TO REMOVAL BY**
**UNION NATIONAL FIRE INSURANCE COMPANY**

    COMES NOW, Union National Fire Insurance Company, defendant in the captioned proceeding, and hereby consents to and joins in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above captioned action, and further states as follow:

    Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007.  Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief on August 29, 2007.  Union National Fire Insurance Company was served via certified mail on August 30, 2007 with the Original Petition.  This joinder and consent is filed within thirty days after receipt by Union National Fire Insurance Company through service or otherwise of a copy of the petition in this action.

Union National Fire Insurance Company also consents to the removal of this action by any other defendant filing a separate notice.

**ADAMS AND REESE LLP**

_____/s/ Deborah B. Rouen_____
DEBORAH B. ROUEN, #2084
CHRIS A. D'AMOUR, #26252
4500 One Shell Square
New Orleans, LA 70139
504-581-3234 (Main)
504-566-0210 (Fax)

*Counsel for Defendant, Union National Fire Insurance Company*

## *CERTIFICATE*

I hereby certify that on September __28__, 2007, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all parties.

_____/s/ Deborah B. Rouen_____
DEBORAH B. ROUEN