# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
9/06/07
(225) 922-0415


HARLEYSVILLE MUTUAL INSURANCE COMPANY
DAVID W. GALLOWAY, V.P. & ASSOC. GEN. COUNSEL
355 MAPLE AVENUE
HARLEYSVILLE, PA  19438-2297


SUIT NO: 078970
CIVIL DISTRICT COURT
PARISH OF ORLEANS


THE STATE OF LOUISIANA, ETAL
vs
AAA INSURANCE, ETAL


Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding.  If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State



Served on: JAY DARDENNE           Date:   9/05/07 at  3:00 PM
Served by: J. BROWN               Title: DEPUTY SHERIFF

================================================================================
Received      Number        Date      Paid By                    Amount
                                                                    .00

RG         No Charge
================================================================================

# NO. 662204

