# AFFIDAVIT

Before me Notary Public in and for the State of __Pennsylvania__, County of __Montgomery__, came and appeared the undersigned Affiant:

__DAVID S. MOORMAN__
Name of Affiant

Who after being placed under oath did depose and swear to the following statement:

1. My name is __DAVID S. MOORMAN__ I am an adult over the age of 18 and am fully competent to execute this Affidavit. I have personal knowledge of all matters attested to herein, and if I testified in a court of law my testimony would be the same as contained in this Affidavit. I am the duly designated authorized representative of Harleysville Insurance Company and Harleysville Mutual Insurance Company (hereafter collectively referred to as "Harleysville").

2. Harleysville did not write or offer homeowner's policies of insurance that insured against wind losses in the State of Louisiana at the time of Hurricane Katrina. In reviewing our company's records, we have no policy holders that were issued a policy of homeowner's insurance through any of the Harleysville entities that would have been in force and effect as of August 29, 2005.

3. Further Affiant sayeth not.

__David J Moorman__
Affiant

Sworn and subscribed to before me Notary Public on this __3rd__ day of __January__, 2007.

Commonwealth of Pennsylvania
NOTARIAL SEAL
DEBRA L. CRUM, Notary Public
Lower Salford Twp., Montgomery Co.
My Commission Expires Nov. 30, 2008

__Debra L. Crum__
Notary Public

My commission expires: __11/30/08__.

Notarial Seal