UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

                                        SECTION "K" MAG "2"

PERTAINS TO:
INSURANCE (XAVIER UNIVERSITY
OF LOUISIANA V. TRAVELERS
CASUALTY PROPERTY COMPANY
OF AMERICA NO. 06-516)

*******************************************************************

## ORDER

Considering the plaintiff's foregoing Motion for Leave to File Reply Memorandum to Defendant's Opposition to Motion for Partial Summary Judgment Regarding Retroactivity of Act 813:

IT IS ORDERED that said motion be GRANTED and that the attached reply memorandum be filed into the record of this case.

New Orleans, Louisiana this 30th day of September 2007.

_____
UNITED STATES DISTRICT JUDGE