UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO: *Maynard* C.A. No. 06-11385  SECTION "K"(2)

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of The Standard Fire Insurance Company and against Eva Maynard in *Maynard v. The St. Paul Travelers,* C.A. No. 06-11385, with each party to bear her or its own costs.

New Orleans, Louisiana, this  30th  day of September, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE