UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO: 07-4608 | | |

## **ORDER**

Considering the foregoing motion to appear Pro Hac Vice, it is ordered that Elisa T. Gilbert is enrolled as co-counsel for HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY in the captioned matter.

New Orleans, Louisiana, this 30th day of September, 2007.

_____
DISTRICT JUDGE