UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CIVIL ACTION NO. 05-04182 |
| KATRINA CANAL | * | |
| BREACHES LITIGATION | * | PERTAINING TO |
| | * | <u>CASE NO. 06-9151</u> |
| | * | |
| | * | SECTION    "K" |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

<u>ORDER</u>

**CONSIDERING THE FOREGOING** Motion to Dismiss Boh Brothers Construction Co., LLC, B&K Construction Company, Inc., Eustis Engineering Company, Inc., James Construction Group, LLC, Modjeski and Masters, Inc., State of Louisiana through Department of Transportation and Development ("DOTD"), Virginia Wrecking Company, Inc. and Washington Group International, Inc., said motion is hereby **GRANTED**.

**IT IS ORDERED AND ADJUDGED** that all claims of plaintiffs, Kenneth Jones and Lori James-Jones, against defendants, Boh Brothers Construction Co., LLC, B&K Construction Company, Inc., Eustis Engineering Company, Inc., James Construction Group, LLC, Modjeski and Masters, Inc.,

1

State of Louisiana through Department of Transportation and Development ("DOTD"), Virginia Wrecking Company, Inc. and Washington Group International, Inc., be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed this 30th day of September, 2007.

_____
DISTRICT COURT JUDGE