UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | § § § § § § § § § § | **CIVIL ACTION** **NO.: 05-4182 "K"(2)** **JUDGE DUVAL** **MAG. WILKERSON** |
| **PERTAINS TO:** **LEVEE:** **C.R. PITTMAN CONSTRUCTION COMPANY, INC.** **(07-2771)** | | |

### ORDER GRANTING C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S EX PARTE MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

Considering C.R. Pittman Construction Company, Inc.'s Motion for Leave to File First Supplemental and Amended Complaint (hereinafter "the Motion"):

**IT IS ORDERED** that the Motion is **GRANTED;** and

**IT IS FURTHER ORDERED** that C.R. Pittman Construction Company, Inc. is hereby **GRANTED** leave to file its First Supplemental and Amended Complaint against defendant, The United States of America.

New Orleans, Louisiana this  30th day of _____September_____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana