UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: SEVERED MASS | * | |
| JOINDER CASES | * | JUDGE DUVAL |
| Severed from: Austin, 06-5383 | * | |
| | * | MAGISTRATE WILKINSON |
| JIM MILLER | * | |
|     Plaintiff | * | CIVIL ACTION NO. 07-2682 |
| VERSUS | * | |
| | * | SECTION "K" (2) |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY, and STATE FARM | * | |
| GENERAL INSURANCE COMPANY | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that the claims of Jim Miller against State Farm Fire and Casualty Company concerning his property at 42 Beresford Drive in Metairie, Louisiana, arising out Hurricane Katrina, is dismissed with full prejudice; each party to bear their own costs.

New Orleans, Louisiana, this 30th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE