UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO:<br>    *Vosbein*, C.A. No. 06-7759 | * | SECTION "K" (2) |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that plaintiff's claims in the above, entitled and numbered cause be and the same are hereby dismissed, each party to bear their own costs.

**NEW ORLEANS, LOUISIANA**, this  30th  day of   September   , 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of September, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast

Vosbein, Order to Motion to Dismiss