# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | JUDGE DUVAL |
| NO.   06-6099 * | |
| * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * *

## ORDER

Considering plaintiffs' Unopposed Ex Parte Motion to Continue Hearing Date on the Government's Motion to Dismiss (Record Document No. 7985), which the Court has duly noted,

**IT IS ORDERED** that the hearing date on the Government's Motion to Dismiss Civil Action No. 06-6099 (Record Document No. 7985), be and it is hereby continued until 9:30 A.M. on Wednesday, October 31, 2007.

New Orleans, Louisiana, this __1st__ day of _____October_____ 2007.

_____
**J U D G E**

-1-