UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" 2 |
| | | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | |
| | | MAG. WILKINSON |
| Gisevius, No. 06-5308 | * | |

## MOTION & ORDER FOR EXTENSION OF TIME

**ON MOTION** of defendant, Gulf Group, Inc., appearing herein through undersigned counsel of record and suggesting to this Honorable Court that mover needs an additional thirty (30) days in which to file responsive pleadings in the above numbered and entitled matter.

**IT IS ORDERED** that mover be and is hereby granted an additional thirty (30) days from the date of this order in which to file responsive pleadings in the above numbered and entitled matter.

**THUS** done and signed in **NEW ORLEANS, LOUISIANA**, on this _____ day of _____, 2007.

_____
**JUDGE, EASTERN DISTRICT UNITED STATES DISTRICT COURT**

Respectfully submitted,

_____
GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#12919)
JAMES ERIC JOHNSON (#23800)
BRYAN J. HAYDEL, JR. (#27500)
ELEANOR W. WALL (#29695)
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801
Telephone: (225) 383-8900

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon all counsel of record this 1st day of OCTOBER, 2007, by filing in the Court's electronic filing system, and for non-participants, by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and addressed.

_____
JAMES ERIC JOHNSON (#23800)