UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED | * * * * * * * | CIVIL ACTION<br><br>NUMBER:        07-5112<br><br>SECTION:       "K" |
| VERSUS | * * * | MAGISTRATE    (2)<br><br>*ABADIE II* |
| AEGIS SECURITY INSURANCE COMPANY, ET. AL | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *ABADIE, ET AL. V. AEGIS SECURITY INSURANCE CO., ET AL.*, (ABADIE II) NO. 07-5112**

**NOW INTO COURT,** come plaintiffs in the above numbered and captioned cause, and request that this Honorable Court enter an Order administratively closing this case according to law and for the following reasons, to wit:

I.

This matter was filed as a class action lawsuit on the two year anniversary of Hurricane Katrina for the purpose of interrupting prescription with regard to claims against insurers for

damages arising from the hurricane, and therefore preserving the rights of all named and similarly situated plaintiffs.

II.

The Complaint named 76 defendant insurers and several thousand plaintiffs, all of whom at the time of filing had begun the claims process and who as of this date continue to negotiate their insurance claims.

III.

The adjusting process is continuing and negotiations between the named plaintiffs and various of the defendant insurance companies is ongoing.

IV.

Inasmuch as there continues to be negotiations of individual plaintiffs claims between those individual plaintiffs and their insurers, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow those negotiations to continue unimpeded by protracted litigation.

V.

Plaintiffs in the *Abadie et al., v Aegis Security Insurance Co., et al.(Abadie I)*, No. 06-5164, filed a similar Motion to administratively close that case. The court granted said Motion, with negotiations continuing to resolve numerous claims.

VI.

Plaintiffs in the above numbered and captioned cause seek similar success, and pray that this matter be administratively closed as to any defendant insurer that does not voice objection by the applicable deadlines established by the rules of court as they pertain to the date of hearing of this motion.

VII.

Plaintiffs recognize that continued negotiations may not in all cases be successful and that individual settlements in some instances might not be reached, and therefore suggest that in such a case that this case that plaintiffs retain the option to move to re-open this matter at which time plaintiffs will move to sever those claims that cannot be settled, and then move again to administratively close this matter leaving the severed claims to be adjudicated by the court.

**W H E R E F O R E**, plaintiffs pray for an Order administratively closing this matter and reserving the option to move to re-open and sever individual claims in the event that it becomes apparent that continued negotiations of those individual claims will be unsuccessful.

Respectfully submitted,
By:     Law Offices of Joseph M. Bruno

  /s/ Joseph M. Bruno
JOSEPH M. BRUNO (3604)
L. SCOTT JOANEN (21431)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all parties to this litigation by hand-delivery, facsimile, e-mail, electronic filing and/or by First Class, United States Mail, property addressed and postage prepaid on October 2, 2007.

   /s/Joseph M. Bruno