UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED** | * * * * * * * | **CIVIL ACTION** <br><br> **NUMBER:** 07-5112 <br><br> **SECTION:** "K" |
| | * | **MAGISTRATE** (2) |
| **VERSUS** | * | |
| | * | *ABADIE II* |
| **AEGIS SECURITY INSURANCE COMPANY, ET. AL** | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion for Order Administratively Closing *Abadie, et.al. V. Aegis Security Insurance Co., et. al (Abadie II)*, **IT IS ORDERED** that the Plaintiffs' Motion for Order Administratively Closing *Abadie, et.al. V. Aegis Security Insurance Co., et. al (Abadie II)* be and hereby is **GRANTED**, thereby administratively closing this matter and reserving the option to move to re-open and sever individual claims in the event that it becomes apparent that continued negotiations of those individual claims will be unsuccessful

New Orleans, Louisiana, this _____ day of October, 2007.

_____
**UNITED STATES DISTRICT JUDGE**