UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED** | * * * * * * * | **CIVIL ACTION** <br><br> **NUMBER:** 07-5112 <br><br> **SECTION:** "K" |
| **VERSUS** | * * | **MAGISTRATE** (2) <br><br> *ABADIE II* |
| **AEGIS SECURITY INSURANCE COMPANY, ET. AL** | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Please take notice that the undersigned will bring the foregoing Motion for Order Administratively Closing *Abadie, et.al. V. Aegis Security Insurance Co., et. al (Abadie II)* before the Honorable Stanwood R. Duvall, Jr. at 500 Poydras Street, Room C352, New Orleans, LA 70130 on the 31st day of October, 2007 at 9:30 a.m.

        Respectfully submitted,
        By:   Law Offices of Joseph M. Bruno

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (3604)
        L. SCOTT JOANEN (21431)
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@jbrunolaw.com

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all parties to this litigation by hand-delivery, facsimile, e-mail, electronic filing and/or by First Class, United States Mail, property addressed and postage prepaid on October 2, 2007.

    /s/Joseph M. Bruno