UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:* **BARGE**

*Benoit v. Lafarge*          C.A. No. 06-7516

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, the undersigned authority, personally appeared Katherine W. Heck, of the law firm Chaffe McCall, LLP, 1100 Poydras Street, 2300 Energy Centre, New Orleans, Louisiana 70163-2300, who after being duly sworn, said that on the 2nd day of May 2007, she served copies of the "Answer and Third-Party Complaint" which applies to *"Benoit et al v. Lafarge North America, Inc. et al"*, Civil Action No. 06-7516 "C"(2) (previously consolidated with Civil Action Nos. 05-4419 and consolidated cases, and now consolidated with "In Re:

964523-1

Katrina Canal Beaches Consolidated Litigation", Civil Action No. 05-4182 "K" (2)), by Lafarge North America Inc. against the United States of America in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure, by mailing the process to Attorney General Alberto Gonzales, 5137 Robert F. Kennedy Bldg., 10th & Constitution Ave., NW, Washington, DC 20530; U.S. Attorney James B. Letten, 210 Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana 70130, Attention Civil Process Clerk; Peter G. Myer, Esq., U.S. Department of Justice, Torts Branch, Civil Division, P.O. Box 14271, Washington DC 20044-4271; Lt. General Carl A. Strock, Commander and Chief of Engineers, U.S. Army Corps of Engineers Headquarters, 441 G Street NW, Washington DC 20314; and Robin D. Smith, Esq., U.S. Department of Justice, Torts Branch, Civil Division, Benjamin Franklin Station, P.O. Box 888, Washington DC 20044; each enclosed in an envelope deposited in the United States mail by Certified Mail, Return Receipt Requested, on said date, properly addressed with sufficient postage affixed, and that she received the certified domestic postal return receipts, attached hereto, as Exhibit "A", indicating delivery of same.

*Katherine W. Heck*
Katherine W. Heck

Sworn to and subscribed before me,
Notary, this _2_ day of _October_, 2007.

_____
NOTARY PUBLIC
**SCOTT A. SOULE**
NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL NUMBER 20379
COMMISSION EXPIRES AT DEATH