UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE | * * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| No. 06-7660 | * | |

## FEDERAL'S EX PARTE CONSENT MOTION TO RESET HEARING ON PLAINTIFFS' MOTION FOR TRIAL BY JURY

Defendant Federal Insurance Company ("Federal") (on behalf of itself and the erroneously named Chubb Group of Insurance Companies, a non-entity, incapable of being sued) respectfully requests that the hearing date on Plaintiffs' Motion for Trial by Jury (rec. doc. 7986), currently set for October 17, 2007, be reset to this Court's next available hearing date, October 31, 2007. In support of its motion, Federal represents as follows:

1. Plaintiffs filed a Motion for Trial By Jury, and noticed that motion for hearing on October 17, 2007.

- 1 -

93916

- 2 -

2.  Counsel for Federal primarily responsible for this case is out of the country on a previously scheduled engagement and does not have sufficient time to prepare an opposition memorandum in time for the October 17 hearing date.

3.  Plaintiffs' counsel consents to the granting of this motion and the rescheduling of the hearing to this Court's next available hearing date.

4.  This short extension will not impact the progression of this case.

**WHEREFORE,** Federal Insurance Company prays that this Court grant the requested continuance, and reschedule the hearing date on plaintiffs' motion to October 31, 2007.

Respectfully Submitted,

*/s/John W. Joyce*
Steven W. Usdin, 12986
John W. Joyce, 27525
   Of
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

*Attorneys for Federal Insurance Company*

- 3 -

93916

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Federal's Ex Parte Consent Motion to Reset Hearing on Plaintiffs' Motion for Trial by Jury has been electronically filed this 2nd day of October, 2007. All counsel of record will receive notice by this Court's electronic noticing. There are no manual recipients.

/s/John W. Joyce