UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO: INSURANCE <br> <br> No. 06-7660 | * <br> *   CIVIL ACTION NO.: 05-4182 "K" (2) <br> * <br> *   JUDGE DUVAL <br> * <br> *   MAGISTRATE WILKINSON <br> * |

## ORDER

Considering the foregoing Federal's Ex Parte Consent Motion to Reset Hearing on Plaintiffs' Motion for Trial by Jury,

**IT IS HEREBY ORDERED** that said motion be and the same hereby is **GRANTED** and the present hearing date of October 17, 2007 be and hereby is rescheduled to October 31, 2007.

New Orleans, Louisiana this _____ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

93916