UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRA ADAMS AND LILLIE MAE SEAWRIGHT, ET AL.<br><br>VERSUS<br><br>ALLSTATE INSURANCE COMPANY | CASE NO. 07-5206<br>SECT. K, MAG. 2 |

## PLAINTIFFS ORALEAN AND HAROLD CUTNO'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs Oralean and Harold Cutno, who, on representing to the Court that the parties have amicably resolved all claims in the above-captioned matter, hereby move the Court for a full and final dismissal of this matter with prejudice. Counsel for Defendant, Allstate Insurance Company, has been contacted and does not oppose this motion.

WHEREFORE, Plaintiffs Oralean and Harold Cutno pray that the Court grant their Motion to Dismiss and dismiss all claims against Allstate Insurance Company in the above-captioned action, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
Stuart T. Barasch (20650)
HURRICANE LEGAL CENTER
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
(504) 525-1944 Telephone
(504) 780-8770 Facsimile

*Attorney for Plaintiffs*
*Oralean and Harold Cutno*