## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has been served upon all counsel of record by facsimile, electronic mail, and/or by placing same in the United States mail, postage prepaid and properly addressed, on this 30TH day of September, 2007.

_____
Stuart T. Barasch