UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| LEVEE * | | |
| CASES AND TO * | | JUDGE DUVAL |
| NO.   05-4181 * | | |
| * | | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION TO WITHDRAW PRIOR MOTION**

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and suggests to the Court that on September 27, 2007, they filed an Unopposed Ex Parte Motion for Entry of Final Judgment Pursuant to Rule 54(b) (Record Document No. 8008), but that they now desire to withdraw that Unopposed Ex Parte Motion, and to notice same for contradictory hearing.

                          Respectfully submitted,

                          **LAW OFFICES OF
                          ASHTON R. O'DWYER, JR., L.L.C.
                          Counsel for Plaintiffs**

                          By:   S/Ashton R. O'Dwyer, Jr.
                                   Ashton R. O'Dwyer, Jr.
                                   In Proper Person
                                   Bar No. 10166

-2-

> 821 Baronne Street
> New Orleans, LA 70113
> Tel. (504) 679-6166
> Fax. (504) 581-4336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via electronic filing this 2nd day of October, 2007.

> S/Ashton R. O'Dwyer, Jr.