-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| LEVEE * | | |
| CASES AND TO * | | JUDGE DUVAL |
| NO.   05-4181 * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Upon Motion of Plaintiffs in Civil Action No. 05-4181 to withdraw their Unopposed Ex Parte Motion for Entry of Final Judgment (Record Document No. 8008), which the Court has duly noted,

**IT IS ORDERED THAT** plaintiffs be and they are hereby permitted to withdraw their Unopposed Ex Parte Motion (Record Document No. 8008), as prayed for.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**