## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE* KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO: INSURANCE CASES <br> *FRANCO* C.A. 06-7660 | CIVIL ACTION <br> <br> NO.   05-4182 <br> <br> SECTION "K" (2) |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes INSURANCE COUNSELORS, INC. to move for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56, dismissing the claims of NICHOLAS and MARTHA FRANCO against it, with prejudice, for the reasons fully set forth in the accompanying Memorandum In Support.

**Respectfully submitted:**

/s/ Jonathan M. Walsh
**ROBERT E. KERRIGAN, JR. (7350)**
**JONATHAN M. WALSH (25922)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone: (504) 581-5141
Fax: (504) 566-1201

*Attorneys for Defendant, Insurance Counselors, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing *Motion for Summary Judgment* has been served on counsel listed below, by ECF filing, by fax, by hand or by U.S. Mail, postage prepaid, this 2nd day of Ocotber, 2007.

George F. Reiss, Esq.
Weeks, Kavanagh & Rendeiro
Hibernia Homestead Building
810 Union Street
New Orleans, LA 70112

Steven W. Usdin, Esq.
Barrasso, Usdin, Kupperman, Freeman & Sarver, L.L.C.
909 Poydras Street - Suite 1800
New Orleans, LA 70112

/s/ Jonathan M. Walsh