UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *IN RE* KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : : : | CIVIL ACTION |
| | : | NO.   05-4182 |
| PERTAINS TO: | : | |
| *FRANCO* C.A. 06-7660 | : | SECTION "K" (2) |
| | : | |

## LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

**NOW INTO COURT**, through undersigned counsel, comes INSURANCE COUNSELORS, INC., hereinafter "ICI," in accordance with Local Rule 56.1 to submit the following statement of material facts as to which there is no genuine issue to be tried, as follows, to wit:

1. ICI first placed the Francos' flood coverage with Traveler's on June 3, 2000 for the policy year expiring on June 3, 2001;

2. Their flood policy issued under policy number 6002639760 with limits for Building Coverage in the amount of $250,000 and for Contents Coverage in the amount of $66,200;

3. Policy number 6002639760 renewed on June 3, 2001;

4. The only change to the policy was an automatic, inflation-based increase to $69,500 for Contents Coverage;

4. Policy number 6002639760 renewed on June 3, 2002;

-1-

5. The only change to the policy was an automatic, inflation-based increase to $73,000 for Contents Coverage;

6. Policy number 6002639760 renewed on June 3, 2003;

7. The only change to the policy was an automatic, inflation-based increase to $76,700 for Contents Coverage;

8. Policy number 6002639760 renewed on June 3, 2004;

9. The only change to the policy was an automatic, inflation-based increase to $80,500 for Contents Coverage;

10. Policy number 6002639760 renewed on June 3, 2005;

11. The only change to the policy was an automatic, inflation-based increase to $84,500 for Contents Coverage;

12. Hurricane Katrina struck the City of New Orleans on August 29, 2005;

13. The Francos were paid $250,000 for Building Coverage and $84,500 for Contents Coverage under the terms of the flood insurance policy;

14. At no time did the Francos request excess flood insurance coverage.

**Respectfully submitted:**

/s/ **Jonathan M. Walsh**
**ROBERT E. KERRIGAN, JR. (7350)**
**JONATHAN M. WALSH (25922)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
**755 Magazine Street**
**New Orleans, LA   70130**
**Telephone: (504) 581-5141**
**Fax: (504) 566-1201**
*Attorneys for Defendant, Insurance Counselors, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing *Local Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried* has been served on counsel listed below, by ECF filing, by fax, by hand or by U.S. Mail, postage prepaid, this 2nd day of October, 2007.

George F. Reiss, Esq.
Weeks, Kavanagh & Rendeiro
Hibernia Homestead Building
810 Union Street
New Orleans, LA 70112

Steven W. Usdin, Esq.
Barrasso, Usdin, Kupperman, Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112

/s/ Jonathan M. Walsh