UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE* KATRINA CANAL BREACHES CONSOLIDATED LITIGATION : PERTAINS TO: *FRANCO* C.A. 06-7660 | CIVIL ACTION<br><br>NO.   05-4182<br><br>SECTION "K" (2) |

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Insurance Counselors, Inc. will bring on for hearing its Motion for Summary Judgment on October 31, 2007 at 9:30 a.m. before this Honorable Court.

Respectfully submitted:

/s/ Jonathan M. Walsh
ROBERT E. KERRIGAN, JR. (7350)
JONATHAN M. WALSH (25922)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA   70130
Telephone: (504) 581-5141
Fax: (504) 566-1201

*Attorneys for Defendant, Insurance Counselors, Inc.*