EXHIBIT   1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE* KATRINA CANAL BREACHES : | CIVIL ACTION |
| CONSOLIDATED LITIGATION : | |
| : | NO.  05-4182 |
| PERTAINS TO: : | |
| *FRANCO* C.A. 06-7660 : | SECTION "K" (2) |
| :::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::: | |

FILED:_____          _____

                                                                                                                 DEPUTY CLERK

**COUNTY OF FREDERICKSBURG**
**STATE OF MARYLAND**

## AFFIDAVIT

       BEFORE ME, the undersigned authority, came and appeared Carole Mathews, a person of the full age of majority and a resident of the State of Virginia, who, after first being duly sworn did depose and state that:

1. She is employed by Insurance Counselors, Inc. ("ICI") at its Property Insurance Center as a Customer Liaison and is the person ICI would call to testify at the trial of this matter on the information contained in this Affidavit;

2. She has personal knowledge of the facts and circumstances of this case, of ICI's relationship to and dealings with Nicholas and Martha Franco and has read the Petition for Damages and ICI's Motion for Summary Judgment;

3. The Francos obtained flood coverage through ICI under policy number 6002639760for the policy year June 3, 2000 through June 3, 2001;

4. ICI placed coverage with Travelers, policy number 6002639760, with Building Coverage in the amount of $250,000.00 and Contents Coverage in the amount of $66,200.00;

5. Policy number 6002639760 renewed on June 3, 2001 for the policy year June 3, 2001 through June 3, 2002;

6. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $69,500.00;

7. The increase in coverage for Contents was an automatic increase for inflation;

8. Policy number 6002639760 renewed on June 3, 2002 for the policy year June 3, 2002 through June 3, 2003;

9. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $73,000.00;

10. The increase in coverage for Contents was an automatic increase for inflation;

11. Policy number 6002639760 renewed on June 3, 2003 for the policy year June 3, 2003 through July 2, 2004;

12.. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $76,700.00;

13. The increase in coverage for Contents was an automatic increase for inflation;

14. Policy number 6002639760 renewed on June 3, 2004 for the policy year June 3, 2004 through June 3, 2005;

15. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $80,500.00;

16. The increase in coverage for Contents was an automatic increase for inflation;

17. Policy number 6002639760 renewed on June 3, 2005 for the policy year June 3, 2005 through June 3, 2006;

18. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $84,500.00;

19. The increase in coverage for Contents was an automatic increase for inflation;

20. Hurricane Katrina struck the City of New Orleans on August 29, 2005;

21. The Francos notified Travelers of their loss on September 4, 2005;

22. Travelers issued payment under the policy on January 17, 2006 in the amount of $250,000.00 via check number 0000102236 for their Building Coverage losses;

23. Travelers issued payment under the policy on January 17, 2006 in the amount of $84,500.00 via check number 0000102237 for their Contents Coverage losses;

24. Policy number 6002639760 was cancelled following non-payment of premium on July 3, 2006;

8. Policy number 6002639760 renewed on June 3, 2002 for the policy year June 3, 2002 through June 3, 2003;

9. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $73,000.00;

10. The increase in coverage for Contents was an automatic increase for inflation;

11. Policy number 6002639760 renewed on June 3, 2003 for the policy year June 3, 2003 through July 2, 2004;

12.. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $76,700.00;

13. The increase in coverage for Contents was an automatic increase for inflation;

14. Policy number 6002639760 renewed on June 3, 2004 for the policy year June 3, 2004 through June 3, 2005;

15. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $80,500.00;

16. The increase in coverage for Contents was an automatic increase for inflation;

17. Policy number 6002639760 renewed on June 3, 2005 for the policy year June 3, 2005 through June 3, 2006;

18. For this policy year, Building Coverage remained at $250,000.00 and Contents Coverage increased to $84,500.00;

19. The increase in coverage for Contents was an automatic increase for inflation;

20. Hurricane Katrina struck the City of New Orleans on August 29, 2005;

21. The Francos notified Travelers of their loss on September 4, 2005;

22. Travelers issued payment under the policy on January 17, 2006 in the amount of $250,000.00 via check number 0000102236 for their Building Coverage losses;

23. Travelers issued payment under the policy on January 17, 2006 in the amount of $84,500.00 via check number 0000102237 for their Contents Coverage losses;

24. Policy number 6002639760 was cancelled following non-payment of premium on July 3, 2006;

25. At no time did the policyholders inquire about or request excess flood coverage; and

26. No more.

Done at Fredericksburg, Virginia, this __18__ day of September, 2007.

_____
CAROLE MATHEWS

_Lydia A. Bradley_
NOTARY PUBLIC
My commission expires: 11-30-08

LYDIA A. BRADLEY
Notary Public
Commonwealth of Virginia
289537
My Commission Expires Nov 30, 2008