

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 27  AM 10: 47

LORETTA G. WHYTE
CLERK

Date: September 27, 2007

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:
LEVEE AND MRGO    07-5067 (Connick)

Case No. 05-04182   Section K(2)

Dear Sir:

Please issue summons on the complaint to the following:

1.   The United States of America, Department of the Army
     Corps. of Engineers
     Charles Zammitt; Contracting Officer
     Department of the Army
     New Orleans District Corp of Engineers
     7400 Leake Ave.
     New Orleans, LA 70118

2.  James Letten
    United States Attorney
    U.S. Dept. Of Justice, Eastern District of Louisiana
    500 Poydras Street, 2nd Floor
    Hale Boggs Federal Building
    New Orleans, LA 70130

     Please issue summons on the complaint to the following by long-
arm service:

√3.  United States of America, Department of the Army,
     Corps of Engineers
     Honorable Alberto R. Gonzales
     Attorney General of the United States
     U. S. Department of Justice
     920 Pennsylvania Avenue, NW
     Washington, D.C.   20530-0001

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

Office of the Clerk
Page -2-

4. United States of America, Department of the Army
   Corps of Engineers
   Robin D. Smith
   US Department of Justice; Torts Branch; Civil Division
   Benjamin Franklin Station
   P. O. Box 888
   Washington, D.C.   20044

                              Very truly yours,

                              J. Patrick Connick
                              Attorney for Plaintiffs

                              Law Office of J. Patrick Connick, LLC
                              3900 Veterans Blvd., 3rd Floor
                              Metairie, LA 70002