# CHRISTOVICH & KEARNEY, LLP

ATTORNEYS AT LAW

SUITE 2300, PAN AMERICAN LIFE CENTER

601 POYDRAS STREET · NEW ORLEANS, LOUISIANA 70130-6078

TELEPHONE: (504) 561-5700   FAX: (504) 561-5743

WWW.CHRISTOVICH.COM

CHARLES M. LANIER, JR.
Also Admitted in Texas

504-593-4272
cmlanier@christovich.com

September 25, 2007

**BY HAND DELIVERY**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   *Katrina Canal Breaches, Consolidated Litigation,*
USDC EDLA #05-4182 "K" (2)
Pertains to Barge: *Mumford,* C.A. #05-5724, *Boutte,* C.A. #05-5531, *Lagarde,* C.A. #06-5342, *Perry,* C.A. #06-6299, *Benoit,* C.A. #06-7516, *Parfait,* C.A. #07-3500,, C.A. #*Lafarge* 07-5178)
Our File DD 38864

Dear Magistrate Judge Wilkinson:

I write in response to your Minute Entry of September 20, 2007, [Doc # 7804]. The Sewerage and Water Board of New Orleans is not a party to any of the cases comprising the "Barge" category of cases. Instead, the Sewerage and Water Board of New Orleans is a third party defendant to the Third Party Complaint filed by the Parfait Family plaintiffs, represented by Ashton O'Dwyer, in *In The Matter of The Complaint of Ingram Barge Company, etc.,* No. 05-4419, 05-4237 and 06-3313. It appears Judge Berrigan did not deconsolidate and transfer these three matters to Section K for handling within the *Katrina Canal Breaches, Consolidated Litigation.* Instead, *The Parfait Family, et al v. The United States of America, et al,* No. 05-4237, was dismissed by Judge Berrigan [Doc. #161], and the other two matters remain pending before Judge Berrigan.

The claims made against the Sewerage and Water Board of New Orleans in The Parfait Family Third Party Complaint [Doc. #250] and First Supplemental and Amending Third Party Complaint [Doc. #253], in No. 05-4419, do not relate to the limitation proceeding pending before Judge Berrigan. The claims against the Sewerage and Water Board of New Orleans do not involve determination of the negligence of Ingram Barge or the other barge related defendants. Accordingly, the Sewerage and Water Board of New Orleans is planning a motion to strike and/or dismiss the third party claims against it.

September 25, 2007
Page 2

Should you require any further information, please do not hesitate to contact me.

Very truly yours,

Charles M. Lanier, Jr.

CML,Jr./car
cc:   Ralph Shelton Hubbard, III, Esq.
      Joseph M. Bruno, Esq.
      Brian Arthur Gilbert, Esq.
      Ashton R. O'Dwyer, Jr., Esq.
      William D. Treeby, Esq.