# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. | § | |
| V. UNITED STATES OF AMERICA (07-2771) | § | |
| | § | |

## MOTION TO APPROVE CONSENT JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes C.R. PITMAN CONSTRUCTION COMPANY, INC. for the purpose of having the Court approve and execute the Consent Judgment entered into between the parties in connection with the Motion to Defer Collection, Approve Security or Alternatively to Dispense with Security (Document No. 5438) filed by C.R. Pittman Construction Company, Inc. on June 1, 2007.

Respectfully submitted,

*/s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A. (#22525)
Email: jmelchiode@gjtbs.com
William J. Perry (19100)
Email: wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for Plaintiff,*
*C.R. Pittman Construction Company, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

              /s/ Gerald A. Melchiode