UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> LEVEE: § <br> C.R. PITTMAN CONSTRUCTION COMPANY, INC. § <br> (07-2771) § | CIVIL ACTION <br> NO.: 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKERSON |

**CONSENT ORDER GRANTING C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S MOTION TO DEFER COLLECTION, APPROVE SECURITY OR ALTERNATIVELY TO DISPENSE WITH SECURITY**

Considering C.R. Pittman Construction Company, Inc.'s ("CRPCCI") Motion to Defer Collection, Approve Security or Alternatively to Dispense with Security ("Motion"), and the consent of the parties hereto:

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that CRPCCI is granted a deferment of collection of the claim at issue in this case during the pendency of the determination of CRPCCI's action against the Corps.

1

New Orleans, Louisiana this _____ day of _____, 2007.

                              JUDGE STANWOOD R. DUVAL, JR.
                              United States District Court
                              Eastern District of Louisiana

                              Respectfully submitted:

                              *[signature]*

                              GERALD A. MELCHIODE (#22525)
                              jmelchiode@gjtbs.com
                              WILLIAM J. PERRY (#19100)
                              wperry@gjtbs.com
                              GALLOWAY, JOHNSON, TOMPKINS,
                              BURR & SMITH
                              One Shell Square
                              701 Poydras Street, 40TH Floor
                              New Orleans, Louisiana 70139
                              Telephone: (504) 525-6802
                              Facsimile: (504) 525-2456
                              COUNSEL FOR C.R. PITTMAN
                              CONSTRUCTION COMPANY, INC.

                              DONALD W. WASHINGTON
                              United States Attorney

By:     *[signature]*

                              JENNIFER B. DRAGO (#23633)
                              Assistant United States Attorney
                              Western District of Louisiana
                              800 Lafayette Street, Suite 2200
                              Lafayette, Louisiana 70501
                              Telephone:   (337) 262-6897
                              Fax:           (337) 262-6693
                              COUNSEL FOR THE UNITED STATES OF
                              AMERICA