## CLASS DESCRIPTION

I have read the MRGO class complaint and Amended Motion for Class Certification and understand that the proposed class and/or sub-classes is/are comprised of New Orleans East, the Lower Ninth Ward and St. Bernard Parish. The Complaint and Amended Motion for Class Certification define these areas geographically as follows:

***The New Orleans East Sub-Class*** - That portion of Orleans Parish, Louisiana lying to the East of the IHNC/Industrial Canal and North of the GIWW/Intracoastal Waterway.

***The Lower Ninth Ward and St. Bernard Sub-Class*** - All of the Parish of St. Bernard, Louisiana, as well as the Lower Ninth Ward of the Parish of Orleans (that is, the portion of Orleans Parish lying to the East of IHNC/Industrial Canal, and to the South of the Gulf Intracoastal Waterway/MRGO).

New Orleans East encompasses approximately 50,000 acres and was principally developed after World War II. The 2000 Census reflected that approximately 96,000 people lived in New Orleans East at that time in approximately 34,000 households. As of August 2005, New Orleans East had single family residences, Section 8 housing and other multi-tenant residences, numerous apartment complexes and commercial establishments, such as Lakefront Airport, The Plaza Shopping Mall, Pendleton Methodist Hospital and Six Flags Theme Park and industrial sites including the NASA Michoud Assembly Plant. It also included Bayou Sauvage National Refuge. I am personally familiar with the scope, range and diversity of property and structures within this area.

The Lower Ninth Ward contains approximately 1,400 acres, the development of which dates back to before the last century. The 2000 Census reflected that approximately 20,000 people lived in the Lower Ninth Ward at that time in approximately 7,000 households. As of August 2005, it included single family residences, multi-family homes, Jackson Barracks (a National Guard Armory), commercial establishments, industrial facilities and numerous historically significant homes within the historic district known as Holy Cross Neighborhood. I am personally familiar with the scope, range and diversity of property and structures within the area.

St. Bernard contains approximately 300,000 acres (land areas only), parts of the development of which also date back to the Nineteenth Century, but which has seen its greatest growth in the past 50 years. The 2000 Census reflected that approximately 67,000 people lived in the Parish at that time in approximately 25,000 households. In August 2005, the parish had single family residences, apartment complexes, strip shopping centers and other commercial establishments including Chalmette General Hospital, commercial marinas (i.e., Gulf Outlet Marina at Bayou Bienvenue) and industrial sites such as Murphy Oil and Exxon Mobile Refineries. The Chalmette Battlefield, the site of the Battle of New Orleans in 1815 and now a part of the National Parks System, is also located in St. Bernard Parish. I am personally familiar with the scope, range and diversity of property and structures within this area.

07-148                                                    ATTACHMENT I                                    - 8 -