Case 2:05-cv-04182-SRD-JCW   Document 8115-6   Filed 10/02/07   Page 1 of 1

*Summary Appraisal Consulting Report: September 10, 2007*    *Appropriateness of Proposed Class Certification*
*Superseding Master Consolidated Class Action*               *In Re: Katrina Canal Breaches Litigation*

conjoint analysis[100] have not been generally recognized by the real estate appraisal profession as appropriate methodologies. Those techniques are not mentioned in the Third Edition or Fourth Edition of *The Dictionary of Real Estate Appraisal*. They are not discussed in either the 11th Edition or 12th Edition of *The Appraisal of Real Estate* and they are not mentioned in USPAP.

Appropriate use of contingent valuation and other survey-based techniques is widely recognized to be limited to situations in which natural resources or other goods that have no economic market need to be measured in economic terms. They are generally not considered appropriate in the valuation of real property that trades in an active market. As Bill Mundy, a colleague of Dr. Kilpatrick, said in "Stigma and Value" an article in the January 1992 issue of *The Appraisal Journal*, contingent valuation "is a survey technique used to determine the value of non-economic goods (e.g., the value of a public beach)." By contrast, real property is an economic good that trades in an active market of buyers and sellers.

Neither contingent valuation nor conjoint analysis is mentioned in the 1999 book[101] published by The Appraisal Institute on the calculation of real estate damages caused by "detrimental conditions" such as flooding. The book and subsequent article written by the same author lists the following professionally recognized techniques for determining the impact of a "detrimental condition", or DC, on value:

> **Paired sales analysis.** This process involves comparing sales affected by a DC with similar sales not affected by a DC...
>
> **Resale analysis.** To conduct this analysis, the appraiser would study sales comparables and the subsequent resales of the same properties, usually to determine the increase, decrease, or level conditions of market values, or to determine the impact of a DC by comparing values before and after the DC is discovered...
>
> **Cost-to-remediate analysis.** Conducting this analysis means studying the costs to remediate a DC, including engineering, tenant relocation, lost rents, demolition, repair, cleanup, new tenant improvement buildout, leasing commissions, carrying costs, etc.
>
> **Market data analysis.** This analysis consists of studying the effects of DCs on other properties. Although the unique characteristics of every DC make direct comparison difficult, market data can help support the appraiser's conclusions. A study designed to cross-reference remediation and stigma costs and losses illustrates the wide range of effects of DCs and provides market data on conditions of sales comparables.
>
> **Direct capitalization analysis.** This process capitalizes permanent lost rents brought about by a DC...

---

100 At his deposition, Dr. Kilpatrick indicated he may use conjoint analysis rather than contingent valuation. See, for example, Kilpatrick Deposition, Volume II, August 14, 2007, page 277, Lines 1-20.
101 Randall Bell, MAI, *Real Estate Damages: An Analysis of Detrimental Condition*, The Appraisal Institute, 1999.