UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES          CIVIL ACTION
         CONSOLIDATED LITIGATION

                                         NO. 05-4182

                                         SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MRGO

---

PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE THE
CLASS CERTIFICATION-RELATED TESTIMONY OF MICHAEL W. TRUAX

**NOW INTO COURT**, through undersigned counsel, come the Levee and MRGO

Plaintiffs, who respectfully move this Honorable Court for an Order *in limine* excluding the

class certification-related expert testimony of Michael W. Truax ("Truax") because his testimony is not admissible under Rule 702 of the Federal Rules of Evidence and the dictates of <u>Daubert v. Merrell Dow Pharmacauticals, Inc.</u>, 509 U.S. 579, 113 S.Ct. 2786 (1993) and <u>Kumho Tire Co., Ltd. v. Carmichael</u>, 526 U.S. 137, 119 S.Ct. 1167 (1999).

      RESPECTFULLY SUBMITTED:
      LEVEE LITIGATION GROUP

      BY:   s/Joseph M. Bruno
      Joseph M. Bruno (#3604)
      The Law Office of Joseph M. Bruno
      855 Baronne Street
      New Orleans, Louisiana 70113
      Telephone: (504) 525-1335
      Facsimile:(504) 581-1493
      E-Mail:jbruno@brunobrunolaw.com
      Plaintiffs' Liaison Counsel

      -and-

      GERALD E. MEUNIER (La. Bar #9471)
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana 70163-2800
      Phone:504/522-2304
      Facsimile:504/528-9973
      E-mail:gmeunier@gainsben.com
      Levee PSLC Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants:

                                          s/Joseph M. Bruno
                                          JOSEPH M. BRUNO #3604