UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES            CIVIL ACTION
         CONSOLIDATED LITIGATION
                                           NO. 05-4182

                                           SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE AND MRGO

NOTICE OF HEARING

**PLEASETAKENOTICE** that the Levee and MRGO Plaintiffs will bring their Motion

in Limine to Exclude the Class Certification-RelatedTestimony of Michael W. Truax

before the Honorable Judge Stanwood R. Duval, Jr. in the United States District Courthouse,

500 Camp Street, New Orleans, Louisiana 70130 on the 17th day of October 2007 at 1:30

p.m. pursuant to Section III(E)(4) of Case Management Order No. 4.

          RESPECTFULLY SUBMITTED:
          LEVEE LITIGATION GROUP

          BY:   s/Joseph M. Bruno
          Joseph M. Bruno (#3604)
          The Law Office of Joseph M. Bruno
          855 Baronne Street
          New Orleans, Louisiana 70113
          Telephone: (504) 525-1335
          Facsimile:(504) 581-1493
          E-Mail:jbruno@brunobrunolaw.com
          Plaintiffs' Liaison Counsel

          -and-

          GERALD E. MEUNIER (La. Bar #9471)
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre
          1100 Poydras Street
          New Orleans, Louisiana 70163-2800
          Phone:504/522-2304
          Facsimile:504/528-9973
          E-mail:gmeunier@gainsben.com
          Levee PSLC Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants:

                                        s/Joseph M. Bruno
                                        JOSEPH M. BRUNO #3604