UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *C.R. Pittman*, C.A. 07-2771 | SECTION "K"(2) |

## ORDER

Before the Court is C.R. Pittman Construction Company, Inc.'s Motion to Defer Collection, Approve Security or Alternatively to Dispense With Security (Doc. 5438). Having been informed by counsel that there is no opposition to this motion and having received none,

**IT IS ORDERED** that C.R. Pittman Construction Company, Inc.'s Motion to Defer Collection, Approve Security or Alternatively to Dispense With Security (Doc. 5438) is **GRANTED.**

New Orleans, Louisiana, this   2nd   day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE