UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br><br>*Xavier*   C.A. No. 06-516 | SECTION "K"(2) |

### ORDER

The Court has reviewed The Appeal of Magistrate Judge Wilkinson's August 28, 2007 Order and Reasons (Doc. 7524) filed by Xavier University of Louisiana and finds that such argument will not aid the Court. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument that motion is **DENIED**.

New Orleans, Louisiana, this 2nd day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE