UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Watts*, C.A. No. 07-3402 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion to Dismiss with Prejudice (Doc. 7576) filed by Allstate Insurance Company in the above-captioned matter based on the case having been amicably settled. There having been no opposition filed to this motion,

**IT IS ORDERED** that the Motion to Dismiss with Prejudice (Doc. 7576) filed by Allstate Insurance Company is **GRANTED.**

New Orleans, Louisiana, this   2nd   day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE