UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:   06-3799  *Sean Goodman*<br>INSURANCE CLAIMS | *<br>*<br>* | |

*******************************************

### MOTION TO SUBSTITUTE COUNSEL

Defendant, Robert Sheard Insurance Agency, Inc., respectfully moves this Court to substitute attorneys, enrolling Maurice E. Bostick in place of Rebecca L. Denton as co-counsel of record, both attorneys being from the firm of Best Koeppel, APLC.

Respectfully submitted,

BEST KOEPPEL, A.P.L.C.

/s/ Rebecca L. Denton
PETER S. KOEPPEL, La. Bar No. 1465
REBECCA L. DENTON, La. Bar No. 19315
2030 St. Charles Avenue
New Orleans, Louisiana
(504) 598-1000
Attorneys for Fidelity National Insurance Company
and Robert Sheard Insurance Agency, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served on all counsel of record by notification of electronic filing, on this 3rd day of October, 2007.

/s/ Rebecca L. Denton

1