UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO: ROAD HOME<br>*Louisiana State* C.A. No. 07-5528 | § CIVIL ACTION<br>§ NO. 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§ |

### JOINDER IN AND CONSENT TO REMOVAL BY
### HSBC INSURANCE COMPANY OF DELAWARE

COMES NOW, HSBC Insurance Company of Delaware ("HSBC"), a defendant in the captioned proceeding, and hereby consents to and joins in the Notice of Removal by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company filed in the above caption action, and further states as follows:

Plaintiff filed this putative class action in the Civil District Court for the Parish of Orleans, State of Louisiana, on August 23, 2007. Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("First Amended Petition") on August 29, 2007. HSBC was served with the First Amended Petition, through the

718504.2

1

Secretary of State, on September 5, 2007.  This joinder and consent is filed within thirty days after receipt by HSBC through service or otherwise of a copy of the petition in this action.

HSBC also consents to the removal of this action by any other defendant filing a separate notice.  HSBC reserves the right to file a supplemental statement in support of its right to have federal jurisdiction maintained over the claims asserted against HSBC.

Respectfully submitted this 3rd day of October, 2007.

                            **MCGLINCHEY STAFFORD, PLLC**


                            /s/  *Gerard E. Wimberly*
                            GERARD E. WIMBERLY, JR. (#13584) (T.A.)
                            ANTHONY ROLLO ( # 01133)
                            DANIEL T. PLUNKETT (# 21822)
                            ANNE D. LEJEUNE  (# 24829)
                            643 Magazine Street
                            New Orleans, LA 70130
                            Telephone: (504) 586-1200
                            Facsimile: (504) 596-0377

                            ATTORNEYS FOR DEFENDANT,
                            HSBC INSURANCE COMPANY OF
                            DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on this ___3rd___ day of October, 2007, I electronically filed the foregoing Joinder in and Consent to Removal by HSBC Insurance Company of Delaware with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ *Gerard E. Wimberly*
Gerard E. Wimberly, Jr.

718504.2