OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 2 8 2007

LORETTA G. WHYTE
CLERK

Date: 9-28-07

Bhola Dume, et al

vs.

United States Army Corps of Engineers

Case No. 07-4902 Section "K"(2)
Consolidated w/ 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) United States Army Corps of Engineers
   (address) _____

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_Paula H Steele_
"Signature"

Attorney for plaintiffs

Address _____

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____