**RETURN**

AO 440 (Rev: 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

ENTERGY NEW ORLEANS, INC. ET AL

**SUMMONS IN A CIVIL CASE**

**V.**

Case Number:07-4607,"K",(2)

UNITED STATES OF AMERICA

TO: (Name and address of defendant)

United States of America
Through U.S. Attorney General
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leila A. D'Aquin
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

**August 28, 2007**
Date

(By) Deputy Clerk

\_\_ **Fee**_____
\_\_ **Process**_____
**X** **Dktd**_____
\_\_ **CtRmDep**_____
\_\_ **Doc. No.**_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 SEP 28  PM 4:06
LORETTA G. WHYTE
CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 9/4/07 - Mailed<br>9/10/07 - Rec'd |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) Leik A. D'Aquin | TITLE Plaintiff Counsel |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and *discretion then residing therein.*
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Per Fed. R. Civ. P. 4(i) via certified mail to Attorney General of U.S.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/26/07
Date

Signature of Server

639 Loyola Ave. #260
Address of Server

N.O., LA 70113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Leila D'Aquin (L-ENT-26A)
639 Loyola Avenue, Ste. 2600
New Orleans, LA 70113



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .75 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.65 |

Sent To: Honorable Alberto Gonzales
Attorney General of the United States
Street, Apt. or PO Box: 5111 Main Justice Building
City, State: 10th & Construction Avenue, N.W.
Washington, D.C. 20210

PS Form 3 Nancy Barnes L-ENT-26A

7001 0360 0003 9352 3992

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Alberto Gonzales
Attorney General of the United States
5111 Main Justice Building
10th & Construction Avenue, N.W.
Washington, D.C. 20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 10 2007

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 0360 0003 9352 3992

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540