RETURN

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

ENTERGY NEW ORLEANS, INC. ET AL          SUMMONS IN A CIVIL CASE

V.                                       Case Number: 07-4607,"K",(2)

UNITED STATES OF AMERICA

TO: (Name and address of defendant)

United States of America
Through U.S. District Attorney
Federal Hale Boggs Building
500 Poydras
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leila A. D'Aquin
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                         August 28, 2007
Clerk                                    Date
/s/ Cherie Aquin
(By) Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  9/4/07 - Mailed  9/5/07 - Rec'd |
| NAME OF SERVER (PRINT)  Leila A. D'Aquin | TITLE  Plaintiff Counsel |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Per Fed. R. Civ. P. 4(i), via certified mail to U.S. Atty's office

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/07
Date

Signature of Server

Address of Server:  639 Loyola Ave, Ste 200
N.O., LA  70113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sender: Please print your name, address, and ZIP+4 in this box

Leila D'Aquin (L-ENT-26A)
639 Loyola Avenue, Ste. 2600
New Orleans, LA 70113

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ .75 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | 5.55 |

Postmark: NEW ORLEANS, LA 70113-9610   SEP -4 2007   USPS

Article Number: 7001 0360 0003 9352 3985

Sent To: Tammy Falcone, Civil Process Clerk
Office of the United States Attorney
Honorable James B. Letten
500 Poydras Street, 210 Hale Boggs Fed. Bldg.
New Orleans, LA 70130

Nancy Barnes L-ENT-26A

Levee Complaint

PS Form 3800, January 2001   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tammy Falcone, Civil Process Clerk
Office of the United States Attorney
Honorable James B. Letten
500 Poydras Street, 210 Hale Boggs Fed. Bldg.
New Orleans, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _L. D'Aquin_   ☐ Agent   ☐ Addressee
B. Received by (Printed Name) / C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

Service Type:
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): **7001 0360 0003 9352 3985**

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540