

**Entergy Services, Inc.**
Legal Services Department
P. O. Box 61000 (70161)
639 Loyola Avenue - Suite 2600
New Orleans, LA 70113
Tel   504 576 5437
Fax  504 576 2106
ldaquin@entergy.com

**Leila A. D'Aquin**
Senior Counsel
Legal Services - Litigation

September 26, 2007

Loretta G. Whyte
U.S. District Court Clerk
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras Street
New Orleans, LA  70130

RE:  Pertains To:
     Levee: *Entergy*, No. 07-4607
     MRGO: *Entergy, et al.*, No. 07-4608

Dear Ms. Whyte:

Enclosed please find the original U.S. Postal Service Certified Mail Receipts and returns of service forms verifying the service of the Summons and Complaints on the U.S. District Attorney and U.S. Attorney General in the above referenced matters.

Sincerely,

Nancy E. Barnes
Paralegal to Leila A. D'Aquin

Enclosures