# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
EASTERN DISTRICT COURT
RETURN
DISTRICT OF LA
LORETTA G. WHYTE
CLERK

Frank Cina, et al.

V.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4944, Sec. K, Mag. 2

TO: (Name and address of defendant)

The Orleans Parish Levee District, Stevan Spencer, Director

6920 Franklin Ave., Administration Building

New Orleans LA 70122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID V. BATT, #2849
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

(504) 586-9292   FAX (504) 586-1290

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **LORETTA G. WHYTE**

DATE  **AUG 2 9 2007**

(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-2-07 |
| Name of SERVER (PRINT) Shelly Cravatto | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: 6920 FRANKLIN AVE  N.O. La. 70122

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-1-07
              Date

Signature of Server

Address of Server: P.O. Box 74275
Metairie, La. 70033-4275

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.