# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2007 OCT -2 PM 12:20 RETURN LORETTA G. WHYTE CLERK*

Frank Cina, et al.

V.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4944, Sec. K, Mag. 2

TO: (Name and address of defendant)

The Southeast Louisiana Flood Protection
Authority – East; Timothy Doody, President
203 Plauche Ct., Suite B

Harahan LA 70123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID V. BATT, #2849
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

(504) 586-9292  FAX (504) 586-1290

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   LORETTA G. WHYTE

DATE

(BY) DEPUTY CLERK

AUG 29 2007

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

| RETURN OF SERVICE | |
|---|---|
| CYNTHIA TAYLOR <br> Service of the Summons and Complaint was made by me [1] | DATE <br> 10-2-07 |
| Name of SERVER (PRINT) <br> Shelly Horat | TITLE <br> PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Domiciliary  203 Pauche St. Harahan, La 70123

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-1-07
            Date

Signature of Server: Shelly Horat

Address of Server: P.O. Box 74275
Metairie, La. 70033-4275

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.