AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED U.S. DISTRICT EASTERN DIST OF LA 2007 OCT -2 PM 12: 21 LORETTA G. WHYTE CLERK*  
*RETURN*

Frank Cina, et al.

V.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4944, Sec. K, Mag. 2

TO: (Name and address of defendant)

The Port of New Orleans, Board of Commissioners, through its Chairman, Danny Hughes  
4698 Florida Avenue  
New Orleans, LA 70117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID V. BATT, #2849  
LOBMAN, CARNAHAN, BATT,  
  ANGELLE & NADER  
THE TEXACO CENTER, SUITE 2300  
400 POYDRAS STREET  
NEW ORLEANS, LOUISIANA 70130

(504) 586-9292   FAX (504) 586-1290

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**  
CLERK

DATE   AUG 2 9 2007

(BY) DEPUTY CLERK  *[signature]*

___ Fee_____  
___ Process_____  
X   Dktd_____  
___ CtRmDep_____  
___ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| GERALD O. GUSSON JR.<br>Service of the Summons and Complaint was made by me [1] | DATE<br>10-2-07 |
| Name of SERVER (PRINT)<br>SHELLY CROVATTO | TITLE<br>PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Domiciliary - 1350 Port of New Orleans Place 4th Floor

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-1-07
             Date

Signature of Server

P.O. Box 74275
Address of Server

Metairie, La. 70033-4275

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.