# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED 2007 OCT -2 PM 12:20 LORETTA G. WHYTE CLERK*

**RETURN**

Byrnes Aleman, et al.

v.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-5397 SECT. K MAG. 2**

TO: (Name and address of defendant)

The Southeast Louisiana Flood Protection Authority – East; Timothy Doody, President
203 Plauche Ct., Suite B
Harahan LA 70123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID V. BATT, #2849
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **LORETTA G. WHYTE**             DATE  **SEP - 6 2007**

(BY) DEPUTY CLERK  *[signature]*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

| RETURN OF SERVICE | |
|---|---|
| CYNTHIA TAYLOR<br>Service of the Summons and Complaint was made by me [1] | DATE<br>10-2-07 |
| Name of SERVER (PRINT)<br>SHELLY CROVATTO | TITLE<br>PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Domiciliary - 203 Pauche St Harahan, La. 70123

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-1-07
                Date

Signature of Server

P.O. Box 74275
Address of Server
Metairie, La. 70033-4275

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.