# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

**SUMMONS IN A CIVIL CASE**

ROBERT BARBACK ET AL

V.

THE UNITED STATES OF AMERICA AND THE ARMY CORPS OF ENGINEERS

CASE NUMBER:

**07-5141**

**SECT. K   MAG. 2**

TO: (Name and address of defendant)

United States Attorney, EDLA
Hale Boggs Building
500 Poydras St. Suite B-210
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert H. Murphy
MURPHY ROGERS SLOSS & GAMBEL
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA  70139
Telephone:  (504) 523-0400

an answer to the complaint which is herewith served upon you, within   TWENTY (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

AUG 2 9 2007

..................................................  ..................................................
CLERK                                               DATE

*[signature]*

..................................................................
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-14-07 |
| Name of SERVER (PRINT) MICHAEL DUPREE | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served:......................................................
...........................................................................................................................

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ... discretion then residing therein.
   Name of person with whom the summons and complaint were left: ...........................................
...........................................................................................................................

☐ Returned unexecuted: ..................................................................................................
...........................................................................................................................
...........................................................................................................................
...........................................................................................................................

☐ Other (specify): .........................................................................................................
...........................................................................................................................
...........................................................................................................................

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-14-07
                Date

Signature of Server: Michael J. Dupree

Address of Server: 712 PERRIN DR.
ARABI, LA 70032