UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 28 AM 10: 45

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | Case No. 05-4182<br>Div. "K"<br>Judge Duval |
| PERTAINS TO: INSURANCE<br>(George Pecquet, No. 06-4718) | Magistrate Wilkinson |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SET FOR SCHEDULING CONFERENCE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, *George Pecquet and Emily Pecquet*, who move this Honorable Court to set a scheduling conference in this matter for the following reasons to wit:

I.

Trial in this matter was originally set for trial on September 10, 2007 before the Honorable Judge Ivan Lemelle.

II.

Several months before trial, defendant, Standard Fire, consolidated this matter with the In Re: Katrina Canal Breaches Litigation presently pending before this Honorable Court causing the trial date to be lost.

III.

Plaintiffs then bifurcated this matter and on June 21, 2007, a Rule 26 conference was held before the Honorable Joseph Wilkinson. At that time, Magistrate Wilkinson did not assign cut off dates or a trial date, but instead ordered the parties back to court on September 24, 2007 in order to further discuss settlement.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

IV.

The parties recently attended the September 24, 2007 settlement conference, but unfortunately, no settlement was reached.

V.

Accordingly, plaintiffs now move this Honorable Court to set a scheduling conference in this matter so that the parties may select a trial date and corresponding cut-off dates to conduct discovery.

**WHEREFORE,** plaintiffs, *George Pecquet and Emily Pecquet,* pray for an Order setting this matter for a scheduling conference so that the parties may select a trial date and corresponding cut-off dates to conduct discovery.

**RESPECTFULLY SUBMITTED:**

_____
**RYAN P. REECE (Bar #26479)**
4933 Utica Street
Metairie, Louisiana 70006
(504) 342-4451

**RÉMY VOISIN STARNS (Bar #26522)**
533 Europe Street
Baton Rouge, Louisiana 70802
(225) 381-3131

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | Case No. 05-4182<br>Div. "K" |
| PERTAINS TO: INSURANCE<br>(George Pecquet, No. 06-4718) | * * * * * | Judge Duval<br><br>Magistrate Wilkinson |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I do herby certify that I have on this *28th* day of *September, 2007*, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE