UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH AGUILAR, III, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 07-4852 |
| VERSUS | * | |
| | * | SECTION: "K" |
| | * | |
| ALEA LONDON LIMITED, ET AL | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING
*JOSEPH AGUILAR, III, ET AL. V. ALEA LONDON LIMITED, ET AL., NO. 07-4852*

**NOW INTO COURT,** come plaintiffs in the above numbered and captioned cause, and request that this Honorable Court enter an Order administratively closing this case according to law and for the following reasons, to wit:

I.

This matter was filed as a mass joinder lawsuit on the two year anniversary of Hurricane Katrina for the purpose of interrupting prescription with regard to claims against insurers for damages arising from the hurricane, and therefore preserving the rights of all named plaintiffs.

II.

The Complaint named defendant insureds and several plaintiffs, all of whom at the time of filing had begun the claims process and who as of this date continue to negotiate their insurance claims.

III.

The adjusting process is continuing and negotiations between the named plaintiffs and various of the defendant insurance companies is ongoing.

IV.

In as much as there continues to be negotiations of individual plaintiffs claims between those individual plaintiffs and their insurers, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow those negotiations to continue unimpeded by protracted litigation.

V.

Plaintiffs in the *Winston, Sr., & Donna Aaron, et al v. AIG Centennial Insurance Company*, No. 07-4746, filed a similar Motion to administratively close that case. The court granted said Motion, with negotiations continuing to resolve numerous claims.

VI.

Plaintiffs in the above numbered and captioned cause seek similar success, and pray that this matter be administratively closed as to any defendant insurer that does not voice objection by the applicable deadlines established by the rules of court as they pertain to the date of hearing of this motion.

VII.

Plaintiffs recognize that continued negotiations may not in all cases be successful and that individual settlements in some instances might not be reached, and therefore suggest that in such a case that this case that plaintiffs retain the option to move to re-open this matter at which time plaintiffs will move to sever those claims that cannot be settled, and then move again to administratively close this matter leaving the severed claims to be adjudicated by the court.

**WHEREFORE,** plaintiffs pray for an Order administratively closing this matter and reserving the option to move to re-open and sever individual claims in the event that it becomes apparent that continued negotiation of those individual claims will be unsuccessful.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**
s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail Address: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 3rd day of October 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall