UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH AGUILAR, III, ET AL** | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 07-4852 |
| **VERSUS** | * | |
| | * | SECTION: "K" |
| | * | |
| **ALEA LONDON LIMITED, ET AL** | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**CONSIDERING THE FOREGOING MOTION** for Order Administratively Closing *Joseph Aguilar, III, et al v. Alea London Limited, et al,* **IT IS ORDERED** that the Plaintiffs' Motion for Order Administratively Closing *Joseph Aguilar, III, et al v. Alea London Limited, et al,* be and hereby is **GRANTED**, thereby administratively closing this matter and reserving the option to move to re-open and sever individual claims in the event that it becomes apparent that continued negotiations of those individual claims will be unsuccessful.

New Orleans, Louisiana, this _____ day of October, 2007.

_____
**UNITED STATES DISTRICT JUDGE**