UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH AGUILAR, III, ET AL** | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 07-4852 |
| **VERSUS** | * | |
| | * | SECTION: "K" |
| | * | |
| **ALEA LONDON LIMITED, ET AL** | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Please take notice that the undersigned will bring the foregoing Motion for Order Administratively Closing *Joseph Aguilar, III, et al v. Alea London Limited, et al,* before the Honorable Stanwood R. Duvall, Jr., at 500 Poydras Street, Room C352, New Orleans, Louisiana 70130 on the 31st day of October, 2007 at 9:30a.m.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**
s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail Address: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 3rd day of October 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall