UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -2  PM 3: 31

LORETTA G. WHYTE
CLERK

In Re:  KATRINA CANAL BREACHES          *
CONSOLIDATED LITIGATION                 *     Case No. 05-4182
                                        *     Div. "K"
_____         *
                                        *     Judge Duval
PERTAINS TO:  INSURANCE                  *
(George Pecquet, No. 06-4718)           *
                                        *     Magistrate Wilkinson
                                        *

*****************************************

## ORDER

Considering the foregoing Motion to Set Scheduling Conference:

IT IS HEREBY ORDERED that a scheduling conference *via telephone* be and is hereby set

for the *15th* day of *October*, 2007 at *3:30* o'clock *p*. m before the

Honorable *J. WILKINSON* in New Orleans, Louisiana. *Counsel should*
*telephone 504-589-7630 at this time w/th their calendars.*
Signed this *2d* day of *October*, 2007 in New Orleans,

Louisiana.

_____
JUDGE

## CERTIFICATE OF SERVICE

I do herby certify that I have on this *28th* day of *September, 2007*, served a copy

of the foregoing pleading on counsel for all parties to this proceeding, by mailing the

same by United States mail, properly addressed and first class postage prepaid.

_____
RYAN REECE

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No._____