UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-7660 | * | |

### ORDER

Considering the foregoing Federal's Ex Parte Consent Motion to Reset Hearing on Plaintiffs' Motion for Trial by Jury,

**IT IS HEREBY ORDERED** that said motion be and the same hereby is **GRANTED** and the present hearing date of October 17, 2007 be and hereby is rescheduled to October 31, 2007.

New Orleans, Louisiana this __3rd__ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

93916