UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRA ADAMS AND LILLIE MAE SEAWRIGHT, ET AL., § § § | |
| VERSUS § § § | CASE NO. 07-5206 SECT. K, MAG. 2 |
| ALLSTATE INSURANCE COMPANY § | |

### ORDER DISMISSING PLAINTIFFS ORALEAN AND HAROLD CUTNO WITH PREJUDICE

Considering the foregoing Unopposed Motion to Dismiss Plaintiffs Oralean and Harold Cutno With Prejudice, IT IS HEREBY ORDERED that said motion is GRANTED and that all of Plaintiffs' claims against Allstate Insurance Company in the above-captioned action are hereby DISMISSED WITH PREJUDICE, each party to bear its/their own costs.

New Orleans, Louisiana, this 3rd day of October, 2007.

_____
United States District Judge