UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE XAVIER UNIVERSITY OF LA., NO. 06-0516 | * * * | |

## O R D E R

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Travelers Property Casualty Company of America is hereby granted leave to file its Consolidated Sur-Reply Memorandum in Opposition to Plaintiff's Motions for Partial Summary Judgment.

NEW ORLEANS, LOUISIANA, this __3rd__ day of ____October____, 2007.

_____
UNITED STATES DISTRICT JUDGE