UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES §<br>CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br> §<br>PERTAINS TO: §<br>LEVEE: §<br>C.R. PITTMAN CONSTRUCTION COMPANY, INC. §<br>(07-2771) § | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |

CONSENT ORDER GRANTING C.R. PITTMAN CONSTRUCTION COMPANY, INC.'S
MOTION TO DEFER COLLECTION, APPROVE SECURITY OR ALTERNATIVELY
TO DISPENSE WITH SECURITY

Considering C.R. Pittman Construction Company, Inc.'s ("CRPCCI") Motion to Defer Collection, Approve Security or Alternatively to Dispense with Security ("Motion"), and the consent of the parties hereto:

**IT IS ORDERED** that the Motion is **GRANTED**;

> The Motion is Denied as Moot with respect to the Granting of the Motion to Defer Collection, etc. The Court has already granted said motion. However, with respect to the collection issue, the Court grants this relief.

**IT IS FURTHER ORDERED** that CRPCCI is granted a deferment of collection of the claim at issue in this case during the pendency of the determination of CRPCCI's action against the Corps.

1

Case 2:05-cv-04182-SRD-JCW   Document 8114-2   Filed 10/02/2007   Page 2 of 2

New Orleans, Louisiana this __3rd__ day of _____October_____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

Respectfully submitted:

_____
GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40TH Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
COUNSEL FOR C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

DONALD W. WASHINGTON
United States Attorney

By: _____
JENNIFER B. DRAGO (#23633)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:    (337) 262-6897
Fax:          (337) 262-6693
COUNSEL FOR THE UNITED STATES OF
AMERICA