UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | CIVIL ACTION<br>NO. 05-4182 |
| CONSOLIDATED LITIGATION | SECTION "K"<br>JUDGE DUVAL |
| | MAG. DIV. 2<br>MAGISTRATE WILKINSON |

FILED IN: 07-4841

PERTAINS TO:
LEVEE AND MRGO

### AFFIDAVIT OF SERVICE

**BEFORE ME,** the undersigned Notary, personally came and appeared:

EDWARD D. WEGMANN

who after being duly sworn did depose and state that:

1. I am an attorney with the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.

2. I am counsel of record for plaintiffs, Nextel South Corporation, Sprint Spectrum, L.P. and Sprint Communications Company, L.P., in the above entitled and numbered cause.

3. On August 28, 2007, Tulane filed a Complaint against the United States of America and the United States Army Corps of Engineers.

4. On September 10, 2007, I caused to be sent by Certified Mail, Return Receipt Requested No. 7003 1010 0003 5517 6788, a certified copy of the Summons and Complaint enclosed in an envelope properly addressed to the U.S. Attorney General, Department of Justice, 950 Pennsylvania Avenue, Washington, DC, 20530-0001. At my direction, this mail was sent out on that date.

5. Attached as Exhibit "A" is a copy of the return receipt, showing that the envelope was delivered to the U.S. Attorney General, Department of Justice, on September 17, 2007.

_____
EDWARD D. WEGMANN

SWORN TO AND SUBSCRIBED before me
this 3 day of October, 2007.

_____
NOTARY PUBLIC

La Bar No 1291

**ER: COMPLETE THIS SECTION**

- complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Dept. of Justice
US Attorney General
950 Pennsylvania Ave NW
Washington DC
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest L Parker_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
SEP 17 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7003 1010 0003 5517 6801

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEXTEL SOUTH CORPORATION, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-4841 "K" (2) |
| UNITED STATES OF AMERICA, ET AL | |

TO: (Name and address of defendant)

United States Attorney General
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward D. Wegmann
201 St. Charles Ave, 49th floor
New Olreans, LA 70170

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**　　　　　　　　　　**September 4, 2007**
Clerk　　　　　　　　　　　　　　　　　Date

*E M Namara* (signature)
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

Signature of Server _____

Address of Server _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.