UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 (K)(2) |
| PERTAINS TO: | * | |
| LEVEE | | JUDGE DUVAL |
| | * | |

**********************************************

### SEWERAGE AND WATER BOARD OF NEW ORLEANS' MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF PLAINTIFFS' PUTATIVE EXPERT JOHN A. KILPATRICK

Now into Court, through undersigned counsel, comes the Sewerage and Water Board of New Orleans, one of the defendants in the Levee litigation, and joins with other defendants in moving this Court for an order excluding the report and testimony of plaintiffs' putative expert, John A. Kilpatrick.  Sewerage and Water Board of New Orleans shows that a motion was filed on September 26, 2007, on behalf of defendants in the Levee and MRGO litigation (*See* Rec. Doc. 7992, Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick), but the Sewerage and Water Board of New Orleans was not specifically listed as joining in the defense motion.  Sewerage and Water Board of New Orleans files this motion to ensure that it is properly included in the joint defense motion.  Undersigned counsel has contacted plaintiffs' liaison counsel regarding the filing of this motion and plaintiffs' have no opposition to Sewerage and Water Board of New Orleans joining in and adopting Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick at this time.

Wherefore, Sewerage and Water Board of New Orleans respectfully requests that this Court grant the motion and exclude the report and testimony of John A. Kilpatrick from the Court's consideration of Plaintiffs' Motion for Class Certification.

        Respectfully submitted,

        s/Charles M. Lanier, Jr.
        **CHARLES M. LANIER, JR., T.A. – 18299**
        **LAWRENCE J. ERNST – 5363**
        **J. WARREN GARDNER, JR. – 5928**
        **KEVIN R. TULLY – 1627**
        **ELIZABETH S. CORDES –1786**
        **GREGORY S. LACOUR – 23823**
        **CHRISTOVICH & KEARNEY, LLP**
        601 Poydras Street Suite 2300
        New Orleans, Louisiana 70130-6078
        Telephone: (504) 561-5700
        Facsimile:  (504) 561-5743

        **GEORGE R. SIMNO III – 12271**
        **GERARD M. VICTOR – 9815**
        625 St. Joseph Street, Room 201
        New Orleans, Louisiana 70165
        Telephone: (504) 585-2242
        Facsimile:  (504) 585-2426

        ATTORNEYS FOR SEWERAGE AND WATER
        BOARD OF NEW ORLEANS

## **C E R T I F I C A T E**

I do hereby certify that on the 3rd day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

                                              s/Charles M. Lanier, Jr.
                                              **CHARLES M. LANIER, JR.**