UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 (K)(2) |
| PERTAINS TO LEVEE | * | |
| | * | JUDGE DUVAL |
| | * | |

*******************************************

### MEMORANDUM IN SUPPORT OF SEWERAGE AND WATER BOARD OF NEW ORLEANS'MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF PLAINTIFF'S PUTATIVE EXPERT JOHN A. KILPATRICK

MAY IT PLEASE THE COURT:

In support of its Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick, the Sewerage and Water Board of New Orleans adopts the Memorandum of Law in Support of Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick (Rec. Doc. 7992-2) in its entirety as if set forth herein.

Respectfully submitted,

  s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR., T.A. – 18299**
**LAWRENCE J. ERNST – 5363**
**J. WARREN GARDNER, JR. – 5928**
**KEVIN R. TULLY – 1627**
**ELIZABETH S. CORDES –1786**
**GREGORY S. LACOUR – 23823**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile:  (504) 561-5743

1

          **GEORGE R. SIMNO III – 12271**
          **GERARD M. VICTOR – 9815**
          625 St. Joseph Street, Room 201
          New Orleans, Louisiana 70165
          Telephone: (504) 585-2242
          Facsimile:  (504) 585-2426

          ATTORNEYS FOR SEWERAGE AND WATER
          BOARD OF NEW ORLEANS

## C E R T I F I C A T E

I do hereby certify that on the <u>3rd</u> day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

          s/Charles M. Lanier, Jr.
          **CHARLES M. LANIER, JR.**