UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO: 05-4182 (K)(2) |
| PERTAINS TO: | * | |
| LEVEE | * | JUDGE DUVAL |
| | * | |

*********************************************

## NOTICE OF HEARING

Please take notice that the Sewerage and Water Board of New Orleans will bring its Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick on for hearing before the Honorable Judge Stanwood R. Duval, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana  70130, on the 17th day of October 2007 at 1:30 p.m. pursuant to Section III(E)(4) of Case Management Order No. 4.

Respectfully submitted,

  s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR., T.A. – 18299**
**LAWRENCE J. ERNST – 5363**
**J. WARREN GARDNER, JR. – 5928**
**KEVIN R. TULLY – 1627**
**ELIZABETH S. CORDES –1786**
**GREGORY S. LACOUR – 23823**
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile:  (504) 561-5743

**GEORGE R. SIMNO III – 12271**
**GERARD M. VICTOR – 9815**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile:  (504) 585-2426

ATTORNEYS FOR SEWERAGE AND WATER
BOARD OF NEW ORLEANS

## CERTIFICATE

I do hereby certify that on the ___ day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

    s/Charles M. Lanier, Jr.
**CHARLES M. LANIER, JR.**