UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: ROAD HOME | |
| | JUDGE DUVAL |
| *Louisiana State,* C.A. No. 07-5528 | |
| | MAG. WILKINSON |

### JOINDER AND CONSENT TO REMOVAL BY ESSEX INSURANCE COMPANY, MARKEL INSURANCE COMPANY, AND MARKEL INTERNATIONAL INSURANCE COMPANY, LTD.

**NOW INTO COURT**, through undersigned counsel come defendants, Essex Insurance Company, Markel Insurance Company, and Markel International Insurance Company, Ltd., attempted to be made defendants herein, and reserving all exceptions, rights, and defenses and appearing for the sole purpose of consenting to removal, advise this Honorable Court that they hereby consent to and join in the Notice of Removal filed by Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate"), on September 11, 2007. Essex Insurance Company, Markel Insurance Company, and Markel International Insurance Company, Ltd. specifically represent as follows:

Plaintiff filed *State of Louisiana, et al. v. AAA Insurance, et al.*, (the "Petition"), as a putative class action in the Civil District Court for the Parish of Orleans, State of

Louisiana, on August 23, 2007.  On August 29, 2007, Plaintiff filed its First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("Amended Petition"). Allstate removed this case to this Honorable Court, asserting federal jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1332, 28 U.S.C. § 1441 (a) and (b), and 28 U.S.C. § 1453, and diversity jurisdiction, based on fraudulent joinder, under 28 U.S.C. § 1332, on September 11, 2007.

Essex Insurance Company, Markel Insurance Company, and Markel International Insurance Company, Ltd. were served with the Amended Petition, through the Louisiana Secretary of State's Office, on September 5, 2007. Essex Insurance Company, Markel Insurance Company, and Markel International Insurance Company, Ltd. respectfully submit that this joinder and consent to removal are timely filed within thirty (30) days of service of the petition, and within thirty (30) days after the receipt by service or otherwise of the petition by any other defendant, in accordance with 28 U.S.C. § 1446(b). Essex Insurance Company, Markel Insurance Company, and Markel International Insurance Company, Ltd. also consent to the removal of this action by any other defendant filing a separate notice.  In addition, Essex Insurance Company, Markel Insurance Company, and Markel International Insurance Company, Ltd. reserve the right to file a supplemental statement in support of their right to have federal jurisdiction maintained over the claims asserted against Essex Insurance Company, Markel Insurance Company, and Markel International Insurance Company, Ltd.

- 3 -

Respectfully submitted,

**BAKER DONELSON**

BY:   /s/ Andrew C. Kolb
         John B. Davis (Bar #23025) T.A.
         Kent Lambert (Bar #22458)
         Andrew C. Kolb (Bar #28110)
         Tyler Weidlich (Bar #30790)
         One American Place
         301 N. Main Street, Suite 810
         Baton Rouge, Louisiana  70825
         Telephone: (225) 381-7000
         Telecopier: (225) 343-3612

         *ATTORNEYS FOR ESSEX INSURANCE COMPANY, MARKEL INSURANCE COMPANY, AND MARKEL INTERNATIONAL INSURANCE COMPANY, LTD.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 3rd day of October, 2007.


/s/ Andrew C. Kolb