UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, Goodman, 06-3799 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the request of Dorothy Tarver, counsel for defendant, Fidelity National Insurance Company, and having been advised that all parties agree to the change, **IT IS ORDERED** that the preliminary conference previously set before me in the referenced case on October 18, 2007, is hereby RESET on **October 29, 2007 at 2:30 p.m.** The court has been advised that counsel wish to participate in the conference by telephone. Counsel may do so by contacting the undersigned magistrate judge's chambers at 504-589-7630 at the designated time.

New Orleans, Louisiana, this   3rd   day of October, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**