337-5

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANKLIN D. BEAHM, A LAW CORPORATION and FRANKLIN D. BEAHM, individually** | * * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO. 07-4510** |
| | * | **SECTION "K", MAG. 2** |
| **UNITED STATES OF AMERICA THROUGH THE ARMY CORPS OF ENGINEERS** | * * * | |

*********************************************************************************************

## NOTICE OF MANUAL ATTACHMENT

**PLEASE TAKE NOTICE** that the Amended Complaint filed by Plaintiffs is too voluminous to file electronically, and is being attached and filed with the Clerk's Office as a non-electronic exhibit.

Respectfully submitted,

BEAHM & GREEN

/s/ Franklin D. Beahm
_____
Franklin D. Beahm (#2874)
Marcus A. Green (#28921)
A. Rebecca Wilmore (#29244)
145 Robert E. Lee Blvd., Suite 408
New Orleans, LA 70124-2552
Telephone: (504) 288-2000
Facsimile: (504) 288-2099