UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE<br>**Benoit**, C.A. No. 06-7516 | JUDGE DUVAL<br>MAG. WILKINSON |

### **O R D E R**

More than 120 days have elapsed since the filing of the complaint in Civil Action No. 06-7516, <u>Marie Short Benoit et al. v. Lafarge North America, Inc., et al.</u> The record contains no return of service that I can locate upon the following defendants:

**Gary Dufrene**

**Mark Templit**

**Eric Thigpan**

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> Time Limit For Service. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Accordingly,

**IT IS ORDERED** that counsel of record for plaintiffs in the referenced <u>Benoit</u> case show good cause in writing within ten days of entry of this order why service of process has not been effected upon defendants. If plaintiffs fail to show good cause, the above named defendants will be dismissed without prejudice in accordance with Fed. R. Civ. P. 4(m). <u>See</u> <u>Lambert v. United States</u>, 44 F.3d 296 (5th Cir. 1995), <u>Redding v. Essex Crane Rental Corp. of Alabama</u>, 752 F.2d 1077 (5th Cir. 1985)

New Orleans, Louisiana, this \_\_4th\_\_ day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**