UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br><br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K"<br>JUDGE DUVAL<br><br>MAG. DIV. 2<br>MAGISTRATE WILKINSON |

FILED IN: 07-4841

PERTAINS TO:
LEVEE AND MRGO

### AFFIDAVIT OF SERVICE

**BEFORE ME,** the undersigned Notary, personally came and appeared:

EDWARD D. WEGMANN

who after being duly sworn did depose and state that:

    1.    I am an attorney with the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.

    2.    I am counsel of record for plaintiff, The Administrators of the Tulane Educational Fund ("Tulane"), in the above entitled and numbered cause.

    3.    On August 28, 2007, Tulane filed a Complaint against the United States of America and the United States Army Corps of Engineers.

{N1713322.1}

4.  On September 10, 2007, I caused to be sent by Certified Mail, Return Receipt Requested No. 7003 1010 0003 5517 6801, a certified copy of the Summons and Complaint enclosed in an envelope properly addressed to the U.S. Attorney General, Department of Justice, 950 Pennsylvania Avenue, Washington, DC, 20530-0001. At my direction, this mail was sent out on that date.

5.  Attached as Exhibit "A" is a copy of the return receipt, showing that the envelope was delivered to the U.S. Attorney General, Department of Justice, on September 17, 2007.

_____
EDWARD D. WEGMANN

SWORN TO AND SUBSCRIBED before me
this _3_ day of October, 2007.

_____
NOTARY PUBLIC

La Bar No. 1291

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Parker_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  SEP 17 2007   C. Date of Delivery |
| 1. Article Addressed to:<br><br>US Attorney General<br>Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington DC<br>20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 5517 6788 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action
========================================================================================

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-4840 "K" (2) |
| UNITED STATES OF AMERICA, ET AL | |

TO: (Name and address of defendant)

United States Attorney General
Washington D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward D. Wegmann
201 St. Charles Ave, 49th floor
New Olreans, LA 70170

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Loretta G. Whyte | September 4, 2007 |
| Clerk | Date |
| *(signature)* | |
| (By) Deputy Clerk | |

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.