FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -4  AM 9: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
       CONSOLIDATED LITIGATION
                                             NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Venezia, 06-6660     JUDGE DUVAL
                                             MAG. WILKINSON

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

Aug 30, 07
DATE        PLAINTIFF(S)                     DEFENDANT(S)

SIGNED O/B/O PLAINTIFFS                      Kenneth B. Krobert
BY WILLIAM B. GORDON,                        ATTORNEY FOR DEFENDANT
LA BAR # 28056                               AUTO CLUB FAMILY INSURANCE
                                             COMPANY

RECEIVED
SEP 2 8 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of this court for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. §636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this 3rd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF FILING PARTY

I certify that the signatures affixed hereon represent the consent of all parties to the suit.

Marilyn Mosley