UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO: ROAD HOME<br>*Louisiana State C.A. 07-5528* | * * * | SECT." K "          MAG. " 2 " |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS HARLEYSVILLE MUTUAL INSURANCE COMPANY**

COMES NOW the Plaintiff, the State of Louisiana, and files this Motion to Dismiss Harleysville Mutual Insurance Company ("Harleysville"), defendant in the captioned proceeding, without prejudice. Counsel for Plaintiff has contacted counsel for Harleysville Mutual Insurance Company, who has no objection to the dismissal of Harleysville without prejudice, and who has requested the dismissal and represented that Harleysville only issues flood insurance policies in Louisiana. The State submits this motion to dismiss without prejudice and with full reservation of its rights to seek remand and to contest the jurisdiction of this Court over this matter as to the remaining defendants.

Plaintiff therefore prays that this Motion will be granted.

1

October 4, 2007

                        Respectfully submitted,

                        */s/ Calvin C. Fayard, Jr.*

                        Calvin C. Fayard, Jr.
                        Fayard & Honeycutt
                        519 Florida Avenue
                        Denham Springs, LA 70726
                        Telephone: 225-664-4193

                        Paul Gerard Aucoin
                        Attorney at Law
                        134 Goodwill Plantation Road
                        Vancherie, LA 70090
                        Telephone: 225-265-7906

                        Frank C. Dudenhefer, Jr.
                        Dudenhefer Law Firm LLC
                        601 Poydras Street, Suite 2655
                        New Orleans, LA 70130
                        Telephone: 504-525-2553

                        Joseph Jerry McKernan
                        McKernan Law Firm
                        8710 Jefferson Highway
                        Baton Rouge, LA 70809
                        Telephone: 225-926-1234

                        Drew Ranier
                        Ranier, Gayle & Elliot, LLC
                        1419 Ryan Street
                        Lake Charles, LA 70601
                        Telephone: 337-494-7171

                        James P. Roy
                        Domengeaux, Wright, Roy, and Edwards LLC
                        556 Jefferson Street, Suite 500
                        Lafayette, LA 70502
                        Telephone: 337-233-3033

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading was served upon all counsel of record by the use of the CM/ECF system, and if that system reports that any counsel for any party do not participate in the CM/ECF system, a copy of this pleading will be served upon that counsel by U.S. Mail, facsimile transmittal, or other means, this 4th day of October, 2007.

                              */s/ Calvin C. Fayard, Jr.*