# United States District Court
### EASTERN DISTRICT OF LOUISIANA

**RETURN**

MELISSA ASHURST, JULIE A. BROWN, LAURA BYRD, MONICA J. CALDARERA, ANTHONY L. CALDARERA, ALICIA M. CROWELL, TIM CROWELL, CHALMETTE CHIROPRACTIC, KATHLEEN DENNIS, PATRICK DENNIS, DIMITRI EYE CARE, DONNA DIMITRI, GEORGE DIMITRI, GORDON A. DUBOIS, LINDA DUBOIS, DON DUFOUR, JEANNE D. DUFOUR, PAUL J. DUFOUR, KENNETH S. EDLER, LOIS V. EDLER, SANDRA L. EDLER, BRENDA B. FARRELL, MELANIE FARRELL, PATRICK FARRELL, REUBEN FARRELL, GLEN GARSON, JAMES GNARRA, DIANE G. HAWAYEK, MARIANNE HEBRON, ARTHUR HEBRON, HELEN HILL, MELISSA KAPSOS, LINDA KELLY, AMY LAW, DONALD LAW, JAMES MCCLELLAN, LARRY A. RODRIGUE, ROXANNE RYAN, FRANCES SMITH, GREGORY J. SMITH, CELIA G. WARD, CHARLES J. WARD, BECKY WORTHYLAKE, DAVID K. WORTHYLAKE

**SUMMONS IN A CIVIL CASE**

07-5010

SECT. K MAG. 2

V.

**CASE NUMBER:**

THE UNITED STATES OF AMERICA, THROUGH THE ARMY CORPS OF ENGINEERS

[Relates to MR-GO & LEVEE cases:
In Re: Katrina Canal Breaches Consolidated
Litigation Docket No. 05-4182, Section "K" (2)]

TO: UNITED STATES OF AMERICA
Through its Registered Agent:
Jim Letten, U.S. Attorney
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Gladstone N. Jones, III
Jones Verras and Freiberg, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

AUG 2 9 2007

CLERK                                            DATE

_____
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE August 29, 2007 |
| Name of SERVER (PRINT) Paul H. Villalobos | TITLE Attorney at Law |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Tony Falcon Office of U.S. Attorney Jim Letten, 500 Poydras St. Suite B-210, New Orleans, LA 70130

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 3, 2007
Date

Signature of Server

Address of Server: 601 Poydras St, Suite 2655, New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.