# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

MELISSA ASHURST, JULIE A. BROWN, LAURA BYRD, MONICA J. CALDARERA, ANTHONY L. CALDARERA, ALICIA M. CROWELL, TIM CROWELL, CHALMETTE CHIROPRACTIC, KATHLEEN DENNIS, PATRICK DENNIS, DIMITRI EYE CARE, DONNA DIMITRI, GEORGE DIMITRI, GORDON A. DUBOIS, LINDA DUBOIS, DON DUFOUR, JEANNE D. DUFOUR, PAUL J. DUFOUR, KENNETH S. EDLER, LOIS V. EDLER, SANDRA L. EDLER, BRENDA B. FARRELL, MELANIE FARRELL, PATRICK FARRELL, REUBEN FARRELL, GLEN GARSON, JAMES GNARRA, DIANE G. HAWAYEK, MARIANNE HEBRON, ARTHUR HEBRON, HELEN HILL, MELISSA KAPSOS, LINDA KELLY, AMY LAW, DONALD LAW, JAMES MCCLELLAN, LARRY A. RODRIGUE, ROXANNE RYAN, FRANCES SMITH, GREGORY J. SMITH, CELIA G. WARD, CHARLES J. WARD, BECKY WORTHYLAKE, DAVID K. WORTHYLAKE

V.

THE UNITED STATES OF AMERICA, THROUGH THE ARMY CORPS OF ENGINEERS

[Relates to MR-GO & LEVEE cases:
In Re: Katrina Canal Breaches Consolidated
Litigation Docket No. 05-4182, Section "K" (2)]

**SUMMONS IN A CIVIL CASE**

**07-5070**

**SECT. K  MAG. 2**

CASE NUMBER:

TO: UNITED STATES OF AMERICA
Through its Registered Agent:
U.S. Attorney General
U.S. Department of Justice, Civil Division
Room 3141, 950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Gladstone N. Jones, III
Jones Verras and Freiberg, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    AUG 2 9 2007

CLERK                                               DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | September 6, 2007 |
| Name of SERVER (PRINT) Paul H. Villalobos | TITLE Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail to the United States Attorney General, Letter and proof of receipt attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Certified Mail | TOTAL $6.96 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 3, 2007
Date

Signature of Server

Address of Server: 601 Poydras St, Suite 2655, New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.