# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Paul H. Villalobos
pvillalobos@lawjvf.com
ADMITTED IN LOUISIANA

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

September 6, 2007

**VIA CERTIFIED MAIL RETURN RECEIPT**
United States of America
c/o U.S. Attorney General
U.S. Department of Justice, Civil Division
Room 3141, 950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

Re:   *Melissa Ashurst, et al. v. The United States of America,
Through the Army Corps of Engineers*
EDLA, Case No. 07-5070
Our File Number: SS 0553

To Whom It May Concern:

Enclosed is a Complaint filed against you in the United States District Court for the Eastern District of Louisiana, and a Summons requiring your response to this Complaint within the next sixty (60) days.

Pursuant to Federal Rule of Civil Procedure 4, we are hereby making service of the Summons and Complaint upon you.

If you have any questions or comments, please do not hesitate to call.

Very truly yours,

Paul H. Villalobos

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.16 | |
| Certified Fee | 2.65 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 2.15 | 9/6/07 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.96 | |

Sent To U.S. of America, c/o U.S. Attorney Gen'l
Street, Apt. No.; U.S. Dept. of Justice Civil Division
or PO Box No. 950 Pennsylvania Ave, NW Room 3141
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, June 2002

la        New York        Texas

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Paul H. Villalobos

Jones, Verras & Freiberg, L.L.C.
Attorneys at Law
601 Poydras Street, Suite 2655
New Orleans, LA 70130



---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Samuel Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  SEP 1 0 2007   C. Date of Delivery |
| 1. Article Addressed to:<br>United States of America<br>C/o U.S. Attorney General<br>U.S. Dept. of Justice Civil Division<br>Room 3141, 950 Pennsylvania Ave.<br>NW<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7003 1010 0002 0924 3956 |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 |