UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 'K'(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-10714 | * | |

### ALLSTATE'S UNOPPOSED MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Allstate Insurance Company ("Allstate") submits this Unopposed Motion to continue the hearing currently scheduled for October 17, 2007, on Plaintiffs' Motion for Partial Summary Judgment: Burden of Proof for the reasons articulated in the accompanying Memorandum in Support.

WHEREFORE, Defendant Allstate Insurance Company prays that this Court grant its Unopposed Motion and continue the hearing on Plaintiffs' Motion for Partial Summary Judgment: Burden of Proof without date.

93985

- 2 -

Respectfully submitted,

*[signature: Judy Y. Barrasso]*

_____
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  504/589-9700

Attorneys for Allstate Insurance Company

**C E R T I F I C A T E**

I hereby certify that on June 18, 2007, I electronically filed the foregoing Unopposed Motion For a Protective Order with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Clayton Arthur Larsh Davis**
  cdavis@lundydavis.com dmcintosh@lundydavis.com

- **John Craig Jones**
  craig@joneshilllaw.com angie@joneshilllaw.com

- **Matthew E Lundy**
  mlundy@lundydavis.com bmcclain@lundydavis.com;kstanfield@lundydavis.com

There are no manual recipients listed on the Court's Electronic Mail Notice List.

*[signature: Judy Y. Barrasso]*

_____

- 2 -

93985