UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182"K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-10714 | * | |

**ALLSTATE'S MEMORANDUM IN SUPPORT OF ITS
UNOPPOSED MOTION TO CONTINUE THE HEARING
ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Allstate Insurance Company ("Allstate") submits this Memorandum in

Support of its Unopposed Motion to continue the hearing currently scheduled for October 17,

2007, on Plaintiffs' Motion for Partial Summary Judgment: Burden of Proof without date.

On September 11, 2007, Plaintiffs' moved to bifurcate their individual suit from

the consolidated litigation solely "for purposes of discovery related to insurance issues," in

accordance with the Court's Case Management Order No. 4, Section VII.  The Court granted

plaintiffs' motion on September 12, 2007, stating that the case would be referred to Magistrate

Wilkinson for the scheduling of a preliminary conference.  On the same day, and inconsistent

with the limited purpose of the Court's bifurcation of their claim, plaintiffs filed a Motion for

Partial Summary Judgment: Burden of Proof, requesting that the Court resolve the complicated

- 1 -

- 2 -

issue of which party bears the burden of proving coverage under an All-Risk insurance policy.

To date, a preliminary conference in this case has been scheduled but not yet held.

Setting aside the question whether this issue is appropriate for summary judgment, plaintiffs' motion is premature given the limited purpose for which the Court granted bifurcation and the early stage of the litigation.   Plaintiffs' counsel was consulted and has consented to continue the hearing on their motion.   Accordingly, Allstate requests that the Court grant its Motion and continue the hearing on Plaintiffs' Motion for Partial Summary Judgment: Burden of Proof currently set for October 17, 2007 without date.

Respectfully submitted,


  _/s/ Judy Y. Barrasso_
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  504/589-9700

Attorneys for Allstate Insurance Company

- 2 -

93988

- 3 -

# C E R T I F I C A T E

I hereby certify that on October __, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ *Judy Y. Barrasso*

_____

jbarrasso@barrassousdin.com

93988