UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE WILKINSON |
| No. 06-10714 | * | |

**O R D E R**

Considering the foregoing Unopposed Motion to Continue the Hearing on Plaintiffs' Motion for Partial Summary Judgment;

IT IS ORDERED that the Unopposed Motion to Continue the Hearing on Plaintiffs' Motion for Partial Summary Judgment is granted.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Summary Partial Judgment is continued without date.

New Orleans, Louisiana, this ____ day of October, 2007.

_____--
JUDGE

93985