# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:   06-3799 *Sean Goodman*<br>INSURANCE CLAIMS | * * * | |

*******************************************

## ORDER

CONSIDERING the foregoing Motion to Substitute Counsel:

IT IS ORDERED that Maurice E. Bostick of Best Koeppel, APLC be and is hereby substituted as co-counsel of record in this proceeding, in place of Rebecca L. Denton.

NEW ORLEANS, LOUISIANA, this __4th__ day of __October__, 2007.

_____
UNITED STATES DISTRICT JUDGE

1