UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>Levee (Sims, Jr., No. 06-5116) | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## ANSWER TO SECOND AND THIRD AMENDMENT TO COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners of the Port of New Orleans (the "Dock Board"), who, for answer to the Second Amendment to Complaint (Doc. 3733) and Third Amendment to Complaint (Doc. 8107)(hereinafter collectively referred to as "Complaint") filed by plaintiffs, Leslie Sims, Jr., et al. ("Plaintiffs"), respectfully avers as follows:

### FIRST DEFENSE

The Dock Board hereby incorporates by reference each and every exception, denial, defense, and response contained in any pleading previously filed on its behalf in these consolidated proceedings, specifically including, but not limited to, the Dock

Board's previously-filed Answers and Rule 12(b)(6) Motion and Memorandum in Support, as if set forth and copied herein in extenso.

## SECOND DEFENSE

**AND NOW**, answering each and every allegation contained in the Complaint, the Dock Board responds as follows:

I.

The allegations contained in Article 7A of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

II.

The allegations contained in Article 9a of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

III.

The allegations contained in Article 9b of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

IV.

The allegations contained in Article 9c of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

V.

The allegations contained in Article 9d of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

VI.

The allegations contained in Article 9e of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

VII.

The allegations contained in Article 9f of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

VIII.

The allegations contained in Article 9g of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

IX.

The allegations contained in Article 9h of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

X.

The allegations contained in Article 9i of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XI.

The allegations contained in Article 9j of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XII.

The allegations contained in Article 9k of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XIII.

The allegations contained in Article 9l of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XIV.

The allegations contained in Article 9m of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XV.

The allegations contained in Article 9n of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XVI.

The allegations contained in Article 9o of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XVII.

The allegations contained in Article 9p of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XVIII.

The allegations contained in Article 9q of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XIX.

The allegations contained in Article 9r of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XX.

The allegations contained in Article 9s of the Complaint are denied.

XXI.

The allegations contained in Article 9t of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXII.

The allegations contained in Article 9u of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXIII.

The allegations contained in Article 9v of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXIV.

The allegations contained in Article 9w of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXV.

The allegations contained in Article 9x of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XXVI.

The allegations contained in Article 9y of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XXVII.

The allegations contained in Article 11A of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXVIII.

The allegations contained in Article 11B of the Complaint are denied.

XXIX.

The allegations contained in Article 11C of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXX.

The allegations contained in Article 11D of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXXI.

The allegations contained in Article 25a of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXXII.

The allegations contained in Article 25b of the Complaint are denied.

XXXIII.

The allegations contained in Article 25c of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied.

XXXIV.

The allegations contained in Article 25d of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

XXXV.

The allegations contained in Article 25e of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXXVI.

The allegations contained in Article 25f of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXXVII.

The allegations contained in Article 25g of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

XXXVIII.

The allegations contained in Article 25h of the Complaint require no answer from this defendant; however, should an answer be required, the allegations are denied for lack of knowledge or information sufficient to justify a belief therein.

### THIRD DEFENSE

The Complaint fails to state a claim against the Dock Board upon which relief can be granted.

**WHEREFORE**, the Dock Board prays that its Answer to the Complaint be deemed good and sufficient, and that after due proceedings are had there be judgment

herein in favor of the Dock Board and against Plaintiffs, dismissing the Plaintiffs Original Complaint and all Amendments thereto, with prejudice, at the cost of Plaintiffs.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ Kirk N. Aurandt
J. FREDRICK KESSENICH (7354)
JONATHAN H. SANDOZ (23928)
MICHAEL W. MCMAHON (23987)
JON A. VAN STEENIS (27122)
KIRK N. AURANDT (25336)
P. O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 4th day of October, 2007.

/s/ Kirk N. Aurandt
KIRK N. AURANDT