**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

                                       NO.: 05-4182

                                       SECTION "K" (2)

FILED IN:    05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
             05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
             06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
             06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
             06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
             06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
             07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

**DEFENDANTS' MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN
OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

The undersigned Defendants respectfully request that the Court allow them to exceed the

page limit set forth in Local Rule 7.8.1E for the reasons that follow:

1.

The Plaintiffs' Corrected Restated Master Consolidated Class Action Complaint (Doc.

No. 7571) filed on September 12, 2007 involves 24 proposed representative plaintiffs separated

into 5 sub-classes.

1

2.

The class action complaint names 10 defendants and identifies numerous other potentially responsible parties.

3.

The class action complaint sets forth numerous theories of recovery against the named defendants, and the theories (and defenses thereto) vary widely by defendant and subclass.

4.

The Levee and MRGO Plaintiffs' Consolidated Brief in Support of Motions for Class Certification (Doc. No. 7489-6) asserts that present estimates of damages to the Greater New Orleans area exceed $100 billion.

5.

The foregoing factors present a complicated and highly fact-intensive situation for the collective undersigned defendants to address in a single memorandum in opposition to the certification of this matter as a class action.

WHEREFORE the undersigned defendants respectfully request dispensation from the 25 page limit called for by Local Rule 7.8.1E.

Respectfully submitted,

LABORDE & NEUNER

s/Ben L. Mayeaux_____
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:  (337) 233-9450

And

McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:        (504) 831-0946
FACSIMILE:        (504) 831-2492
Attorneys for the ORLEANS LEVEE
DISTRICT

and

CHRISTOVICH & KEARNEY, LLP
Mr. Charles M. Lanier, Jr. #18299
Mr. J. Warren Gardner, Jr. #5928
Ms. Elizabeth Cordes #1786
Mr. Gregory S. LaCour #23823
Mr. Kevin Tully #1627
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:        (504) 593-4272
FACSIMILE:        (504) 561-5743
Attorneys for the Sewerage and Water Board
of New Orleans

3

and

U.S. DEPARTMENT OF JUSTICE
Richard R. Stone, Sr.
Keith Liddle
Michele Greif
Ina Strichartz
TELEPHONE (202) 616 4291
FACSIMILE (202) 616 5200
Attorneys for The United States of America

And

DAIGLE FISSE & KESSENICH, PLC
J. Frederick Kessenich #7354
Jonathon H. Sandoz #23928
Michael W. McMahon #23987
Jon A. Van Steenis #27122
Kirk N. Aurandt #25336
P.O. Box 3530
Covington, LA 70434-5350
TELEPHONE:        (985) 871-0800
FACSIMILE:  (985) 871-0899
Attorneys for the Board of Commissioners
of the Port of New Orleans

and

DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER
& WEINSTOCK
Lawrence J. Duplass #5199
Gary M. Zwain #13809
Andrew D. Weinstock #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the Board of Commissioners
for the East Jefferson Levee District

and

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2007, a copy of the above and foregoing

motion was filed electronically with the Clerk of Court using the Court's CM/ECF system.

Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's

electronic filing system.

s/Ben L. Mayeaux
COUNSEL