UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * <br> * SECTION "" <br> * |
| PERTAINS TO: | * JUDGE DUVAL <br> * |
| ALL LEVEE AND MRGO, ROBINSON (06-2268) | * MAGISTRATE WILKINSON <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT *EX PARTE* MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come the MRGO Plaintiffs and Defendants, the LEVEE Plaintiffs and Defendants, the *Robinson* Plaintiffs, and the United States who, after conferring amongst themselves, respectfully move for entry of the accompanying Protective Order.

894751v.1

**WHEREFORE**, movers pray that this motion be granted and that the accompany Protective Order be signed by the Court.

Respectfully submitted,

| | |
|---|---|
| *Joseph M. Bruno* | */s/ Heather S. Lonian* |
| Joseph M. Bruno (La. Bar No. 3604) | William D. Treeby, (La. Bar No. 12901) |
| David S. Scalia (La. Bar No. 21369) | Carmelite M. Bertaut |
| L. Scott Joanen (La. Bar No. 21431) | Heather S. Lonian |
| BRUNO & BRUNO | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| 855 Baronne Street | 546 Carondelet Street |
| New Orleans, Louisiana  70113 | New Orleans, LA 70130 |
| (504) 525-1335 | (504) 581-2300 |
| | |
| *Plaintiffs' Liaison Counsel, on Behalf of the MRGO and LEVEE Plaintiffs* | George T. Manning |
| | JONES DAY |
| | 1420 Peachtree Street, N.E. |
| | Suite 800 |
| | Atlanta, GA 30309-3053 |
| | (404) 521-3939 |
| | |
| *Robin D. Smith* | Adrian Wager-Zito |
| Robin D. Smith, Senior Trial Attorney | Julie E. McEvoy |
| Torts Branch, Civil Division | Debra S. Clayman |
| U.S. DEPARTMENT OF JUSTICE | Christopher R. Farrell |
| Benjamin Franklin Station, P.O. Box 888 | JONES DAY |
| Washington, D.C.  20044 | 51 Louisiana Ave., N.W. |
| (202) 616-4400 | Washington, D.C. 20001-2113 |
| | (202) 879-3939 |
| *Attorneys for the United States* | |
| | *Attorneys for Washington Group International, on Behalf of the MRGO and LEVEE Defendants* |
| | |
| *Pierce O'Donnell* | *Ralph S. Hubbard, III* |
| Pierce O'Donnell | Ralph S. Hubbard, III |
| O'DONNELL & ASSOCIATES PC | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD |
| 550 South Hope Street,  Suite 1000 | 601 Poydras Street, Suite 2775 |
| Los Angeles, CA  90071 | New Orleans, LA  70130 |
| (213) 347-0290 | |
| | |
| *Attorneys for the Robinson Plaintiffs* | Defense Liaison Counsel, *on Behalf of the MRGO and LEVEE Defendants* |

- 3 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion for Leave to File Protective Order has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 4th day of October, 2007.

                                             /s/ *Heather S. Lonian*

894751v.1