UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>SECTION "" |
| PERTAINS TO:<br><br>ALL LEVEE AND MRGO, ROBINSON (06-2268) | * * * * | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Any and all communications between counsel and experts relating to the drafting of expert reports during the class certification and "common liability" phases will be protected and non-discoverable pursuant to Sections III(D)(5) and IV(E)(2) of Case Management and Scheduling Order No. 4, respectively.

2. Subject to and without waiving Sections III(D)(5) and IV(E)(2) of CMO. No. 4 or the provisions of any protective orders in the above-captioned litigation, the MRGO Plaintiffs and Defendants, the LEVEE Plaintiffs and Defendants, the Robinson Plaintiffs, and the United

894733v.1

- 2 -

States agree that any facts and documents (other than draft expert reports) disclosed or provided by counsel to an expert that were subsequently relied upon by said expert in the drafting of his or her report shall be discoverable. This agreement shall apply both to the class certification and "common liability" phases of the litigation.

3. The *Robinson* Plaintiffs and the United States agree that drafts of expert reports shall not be discoverable or admissible for any purpose in the *Robinson* matter, including impeachment. Any and all communications between counsel and experts relating to the drafting of expert reports during the class certification and "common liability" phases will be protected and non-discoverable in the *Robinson* matter.

| | |
|---|---|
| *Joseph M. Bruno* | */s/Heather S. Lonian* |
| Joseph M. Bruno (La. Bar No. 3604) | William D. Treeby, (La. Bar No. 12901) |
| David S. Scalia (La. Bar No. 21369) | Carmelite M. Bertaut |
| L. Scott Joanen (La. Bar No. 21431) | Heather S. Lonian |
| BRUNO & BRUNO | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| 855 Baronne Street | 546 Carondelet Street |
| New Orleans, Louisiana 70113 | New Orleans, LA 70130 |
| (504) 525-1335 | (504) 581-2300 |
| | |
| *Liaison Counsel on Behalf of the MRGO and LEVEE Plaintiffs* | George T. Manning |
| | JONES DAY |
| | 1420 Peachtree Street, N.E. |
| | Suite 800 |
| | Atlanta, GA 30309-3053 |
| *Robin D. Smith* | (404) 521-3939 |
| Robin D. Smith, Senior Trial Attorney | |
| Torts Branch, Civil Division | Adrian Wager-Zito |
| U.S. DEPARTMENT OF JUSTICE | Julie E. McEvoy |
| Benjamin Franklin Station, P.O. Box 888 | Debra S. Clayman |
| Washington, D.C. 20044 | Christopher R. Farrell |
| (202) 616-4400 | JONES DAY |
| | 51 Louisiana Ave., N.W. |
| *Attorneys for the United States* | Washington, D.C. 20001-2113 |
| | (202) 879-3939 |
| | |
| | *Attorneys for Washington Group International, on Behalf of the MRGO and LEVEE Defendants* |

894733v.1

- 3 -

| *Pierce O'Donnell* | *Ralph S. Hubbard, III* |
|---|---|
| Pierce O'Donnell | Ralph S. Hubbard, III |
| O'DONNELL & ASSOCIATES PC | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD |
| 550 South Hope Street, Suite 1000 | |
| Los Angeles, CA 90071 | 601 Poydras Street, Suite 2775 |
| (213) 347-0290 | New Orleans, LA 70130 |
| *Attorneys for the Robinson Plaintiffs* | Defense Liaison Counsel, *on Behalf of the MRGO and LEVEE Defendant*s |

**SO ORDERED**:

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

894733v.1