MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 4, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: BARGE | JUDGE DUVAL<br>MAG. WILKINSON |

### HEARING AND ORDER ON MOTIONS

APPEARANCES: Brian Gilbert and Joseph Bruno (Liaison Counsel), representing plaintiffs; John Aldock, representing Lafarge North America, Inc., and William Treeby, representing Washington Group

MOTIONS: (1) Motion for Confirmation and Appointment as Plaintiffs' Subgroup Litigation Committee - Barge - With Liaison Counsel Designation, Record Doc. No. 7733
(2) Plaintiffs' Motion for Enlargement of Barge Class Certification Deadlines, Record Doc. No. 7913

O R D E R E D:

 (1) : GRANTED. No written opposition to this motion has been filed as required by Local Rule 7.5E, and no opposition was voiced during oral argument. The "Barge PSLC" is hereby created for the same reasons and purposes described in Case Management Order No. 4, Record Doc. No. 3299, ¶ I(C)(2) concerning the Levee, MRGO and Insurance PSLC's. The Barge PSLC shall include Lawrence D. Wiedemann, Patrick

MJSTAR:   1:00

Sanders, Brian A. Gilbert, Karl Weidemann and Karen Weidemann. Brian A. Gilbert is liaison counsel for the Barge PSLC.

This order has no effect on the status of overall Liaison Counsel in the captioned Katrina Canal Breaches Consolidated Litigation. Joseph M. Bruno remains as court-appointed Liaison Counsel for plaintiffs as to all of these cases.

 (2) : GRANTED, but only in that Case Management Order No. 5, Record Doc. No. 7724, (applicable to the Barge category of cases only) is amended to permit an extension of approximately 60 days related to class certification deadlines as follows:

The deadline by which plaintiffs must file any motion for class certification, fully supported by any necessary evidence in the form of affidavits, deposition transcripts and/or verified documents or other materials, and accompanied by a supporting memorandum of law, is extended to December 31, 2007.

The deadline by which all discovery related to class certification must be completed is extended to May 1, 2008.

The deadline by which all defendants and/or third-party defendants must file all written opposition to any motion for class certification, fully supported by any necessary evidence in the form of affidavits, deposition transcripts and/or verified documents or other materials, and accompanied by a supporting memorandum of law, is extended to June 2, 2008.

The deadline by which plaintiffs may reply to defendants' opposition to any motion for class certification is extended to June 16, 2008.

Thereafter, oral argument concerning any motion for class certification may be conducted at Judge Duval's discretion on a date and at a time to be assigned by him.

CMO No. 5 currently contemplates that no live presentation of evidence will be necessary in connection with class certification proceedings. Any party who seeks to present live testimony in connection with class certification proceedings must file a motion for leave to do so, which must be noticed for hearing before Judge Duval no later than April 2, 2008.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.