UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE AND MRGO<br>    Class Certification Briefing | SECTION "K"(2) |

## ORDER

The Court was contacted this day concerning leave for filing briefs substantially exceeding the Court's page limitations. As a result,

**IT IS ORDERED** that a telephonic status conference shall be held at **12:45 p.m. on October, 5, 2007** to discuss this matter. Participating will be William Treeby, who will initiate the call, Joseph Bruno and Ralph Hubbard.

New Orleans, Louisiana, this __4th__ day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE