UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION NO. 50-4182
CONSOLIDATED LITIGATION.

                                     SECTION: " K "

PERTAINS TO:                         JUDGE DUVAL
MRGO (07-4851)

                                     MAG. 2 (WILKINSON)

## <u>MOTION TO PERMIT VISITING ATTORNEYS<br>TO APPEAR AND PARTICIPATE AS CO-COUNSEL</u>

NOW INTO COURT comes plaintiff, Six Flags, Inc., through its counsel of record, Kyle A. Spaulding, who is a member of the bar of this Court, and who moves this Court pursuant to LR 83.2.6E for an order permitting RIKKE A. DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING of the law firm FAEGRE & BENSON LLP, 2200 Wells Fargo Center, 90 Seventh Street, Minneapolis, MN 55402-3901, (612) 766-7000, to enroll as counsel of record *pro hac vice* and be permitted to appear and participate as co-counsel on behalf of Six Flags, Inc. in the above-captioned matter.

Attached as Exhibit "A" are a certificates of good standing from the United States District Court for the District of Minnesota showing that RIKKE A. DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING are members of that bar, duly appointed to practice before that Court, and in good standing therein.  Attached as Exhibit "B" are the affidavits of RIKKE A.

DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING, showing that no disciplinary or criminal charges have been instituted against them.

MOREOVER, Plaintiffs' Liasion Counsel has been contacted and has approved this Motion to Permit Visiting Attorneys to Appear and Participate.

WHEREFORE, Kyle A. Spaulding prays that this Court grant this motion and enter an order permitting RIKKE A. DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING to enroll as attorneys *pro hac vice* and to appear and participate as co-counsel for Six Flags, Inc. in this matter.

Respectfully submitted:

/s/ Kyle A. Spaulding
Miles P. Clements, T.A. (#4184)
Kyle A. Spaulding (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
3600 Energy Centre
New Orleans, LA  7016312
Telephone:  (504) 599-8000
Facsimile:  (504) 599-8100

*Attorneys for Six Flags, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October  5 , 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Kyle A. Spaulding_____
Kyle A. Spaulding