September 10, 2007 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

**CERTIFICATE OF GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Rikke A. Dierssen-Morice, Bar # 237826, was duly admitted

to practice in this Court on March 25, 1994, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on September 10, 2007.

RICHARD D. SLETTEN, CLERK



(By)  Deborah D. Bell, Deputy Clerk

EXHIBIT "A"

Form Modified 12/30/03

October 1, 2007 AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Elizabeth Shields Keating Bar # 345532 was duly admitted

to practice in this Court on December 8, 2006 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on October 1, 2007.

RICHARD D. SLETTEN, CLERK

(By) _____
Larry Lewis, Deputy Clerk

Form Modified 12/30/03