UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION. | CIVIL ACTION NO. 50-4182 |
| | SECTION: " K" |
| PERTAINS TO: MRGO (07-4851) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### AFFIDAVIT OF RIKKE A. DIERSSEN-MORICE

STATE OF MINNESOTA      )
                        : SS.
COUNTY OF HENNEPIN      )

BEFORE ME, the undersigned authority, came and appeared RIKKE A. DIERSSEN-MORICE, who, being duly sworn, did depose and say:

93397



1. I am a practicing attorney at law in good standing in the State of Minnesota. I am a member of the firm of FAEGRE & BENSON LLP, 2200 Wells Fargo Center, 90 Seventh Street, Minneapolis, MN 55402-3901, (612) 766-7000. I make this affidavit in support of the motion filed by Six Flags, Inc. to allow my admission *pro hac vice* to the United States District Court for the Eastern District of Louisiana.

2. Six Flags, Inc. desires that I serve as co-counsel in connection with the above-captioned proceeding.

3. I am a member in good standing of Bar of the State of Minnesota, the United States Court of Appeals for the 5th Circuit and the 8th Circuit, and the United States District Court for the District of Minnesota.

4. No disciplinary proceedings or criminal charges have been brought against me in any state.

5. Kyle A. Spaulding of the law firm of FRILOT L.L.C., admitted to the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, is serving as co-counsel of record in this proceeding.

6. I respectfully request that this application be granted.

/s/ Rikke A. Dierssen-Morice
RIKKE A. DIERSSEN-MORICE

SWORN TO ME this 18th day of September, 2007.

/s/ Debra Meier Stevens
NOTARY

93397

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION. | CIVIL ACTION NO. 50-4182 |
| | SECTION: " K" |
| PERTAINS TO: MRGO (07-4851) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### AFFIDAVIT OF ELIZABETH SHIELDS KEATING

STATE OF MINNESOTA        )
                         : SS.
COUNTY OF HENNEPIN        )

  BEFORE ME, the undersigned authority, came and appeared ELIZABETH SHIELDS KEATING, who, being duly sworn, did depose and say:

- 2 -

1. I am a practicing attorney at law in good standing in the State of Minnesota. I am a member of the firm of FAEGRE & BENSON LLP, 2200 Wells Fargo Center, 90 Seventh Street, Minneapolis, MN 55402-3901, (612) 766-7000. I make this affidavit in support of the motion filed by Six Flags, Inc. to allow my admission *pro hac vice* to the United States District Court for the Eastern District of Louisiana.

2. Six Flags, Inc. desires that I serve as co-counsel in connection with the above-captioned proceeding.

3. I am a member in good standing of Bar of the State of Minnesota, the United States Court of Appeals for the 8th Circuit, and the United States District Court for the District of Minnesota.

4. No disciplinary proceedings or criminal charges have been brought against me in any state.

5. Kyle A. Spaulding of the law firm of FRILOT L.L.C., admitted to the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana, is serving as co-counsel of record in this proceeding.

6. I respectfully request that this application be granted.

/s/ Elizabeth Shields Keating
ELIZABETH SHIELDS KEATING

SWORN TO ME this 2nd day of October, 2007.

/s/ Joni L. Martin
NOTARY