UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION NO. 50-4182
CONSOLIDATED LITIGATION.

                                       SECTION: " K "

PERTAINS TO:                           JUDGE DUVAL
MRGO (07-4851)

                                       MAG. 2 (WILKINSON)

## <u>ORDER</u>

CONSIDERING the foregoing motion to permit visiting attorneys to appear and participate as co-counsel, along with the affidavits of RIKKE A. DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING and the certificates of good standing,

IT IS HEREBY ORDERED that RIKKE A. DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING of the law firm FAEGRE & BENSON LLP, 2200 Wells Fargo Center, 90 Seventh Street, Minneapolis, MN   55402-3901, (612) 766-7000, be permitted to enroll as attorneys pro hac vice and to appear and participate as co-counsel for Six Flags, Inc. in this action.

New Orleans, Louisiana, this ___ day of _____, 2007.


_____
                JUDGE STANWOOD DUVAL

93395
fb.us.2328582.01