UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> and consolidated cases <br><br> SECTION "K"  (2) <br><br><br> JUDGE <br> STANWOOD R. DUVAL, JR. <br><br> MAG. <br> JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:  BARGE | | |
| *Mumford v. Ingram*          05-5724 | | |

NOTICE OF COMPLIANCE AND
RESPONSE TO 10/4/07 ORDER REGARDING
SERVICE OF SUMMONS AND COMPLAINT (RECORD DOC. 8173)

MAY IT PLEASE THE COURT:

The record of In the Matter of the Complaint of Ingram Barge Company, etc. contains the following:

| | |
|---|---|
| Summons returned executed as to Riverway. | Record Doc. 78 |
| Summons returned executed as to New York Marine, etc. | Record Doc. 124 |
| Summons returned executed as to American Home, etc. | Record Doc. 125 |
| Summons returned executed as to International Marine, etc. | Record Doc. 126 |

All of the above defendants have answered.  Additionally, undersigned and counsel for Riverway have reached an agreement to enter into Consent Judgment dismissing Riverway.

Respectfully Submitted by
BARGE Plaintiffs Subgroup Litigation Committee,


WIEDEMANN & WIEDEMANN

/s/Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180


LAW OFFICE OF BRIAN A. GILBERT


/s/Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180



/s/Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3123 Ridgelake Drive, Ste. B
Metairie, Louisiana 70002
Telephone: (504) 834-0646


Attorneys for plaintiffs

## **CERTIFICATE OF SERVICE**

     I CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via email, and/or via ECF upload, this 5 day of October, 2007.

                                        /s/Brian A. Gilbert
                                        Brian A. Gilbert