EXHIBIT "A"

---

**Return Receipt 1**

SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY

1. Article Addressed to:
   Hon. Alberto Gonzales
   Attorney General, United States of America
   5537 Robert F. Kennedy Bldg
   10th & Constitution Ave N.W.
   Washington DC 20530

A. Signature: [signed] Edwin A. Tuken — Agent
B. Received by (Printed Name): Edwin A. Tuken
C. Date of Delivery: MAY 07 2007
3. Service Type: ☒ Certified Mail
4. Restricted Delivery? No

Article Number: 7006 2150 0000 7941 5584

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**Return Receipt 2**

1. Article Addressed to:
   Lt. Gen. Carl A. Strock
   Commander & Chief of Engineers
   U.S. Army Corps of Engineers
   Headquarters
   441 G Street NW
   Washington DC 20314

B. Received by (Printed Name): [signed] Walter McDonald
Signature / Agent

Article Number: 7006 2150 0000 7941 5607

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**Return Receipt 3**

1. Article Addressed to:
   Robin D. Smith, Esq.
   U.S. Department of Justice
   Torts Branch, Civil Division
   Benjamin Franklin Station, P.O. Box 888
   Washington D.C. 20044

A. Signature: [signed] Edwin A. Tuken — Agent
B. Received by (Printed Name): Edwin A. Tuken
C. Date of Delivery: MAY 04 2007
3. Service Type: ☒ Certified Mail

Article Number: 7006 2150 0000 7941 5621

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**Return Receipt 4**

1. Article Addressed to:
   Peter G. Myer, Esq.
   U.S. Department of Justice
   Torts Branch, Civil Division
   P.O. Box 14271
   Washington D.C. 20044-4271

A. Signature: [signed] Edwin A. Tuken — Agent
B. Received by (Printed Name): Edwin A. Tuken
C. Date of Delivery: MAY 04 2007
3. Service Type: ☒ Certified Mail

Article Number: 7006 2150 0000 7941 5614

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540