RETURN

# UNITED STATES DISTRICT COURT

EASTERN District of LOUISIANA

PLAINTIFF
MARIE SHORT BENOIT, ET AL

V. DEFENDANT AND THIRD PARTY PLAINTIFF
LAFARGE NORTH AMERICA, INC., ET AL

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 06-7516 C/W 05-4419  C(2)

V. THIRD PARTY DEFENDANT
Board of Commissioners of the Port of New Orleans

To: Name and address of Third Party Defendant
Board of Commisssioners of the Port of New Orleans c/o Gary P. LaGrange

1350 Port of New Orleans Place
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| F. Gerald Maples<br>Maples & Kirwan LLC<br>902 Julia Street<br>New Orleans, LA 70113 | Robert B. Fisher, Jr.<br>CHAFFE McCALL, L.L.P.<br>1100 Poydras Street Suite 2300<br>New Orleans, LA 70163 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiffs complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must he filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    APR 1 2 2007

CLERK                                                DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 3 2007 |
| NAME OF SERVER TED P. TINDELL | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served:
1350 Port of New Orleans Place   New Orleans, La 70130

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/3/07
Date            Signature of Server

1100 Poydras Street
Address of Server

Suite 2300
New Orleans, La 70163

JOE FRITZ

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.