# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL                              *        CIVIL ACTION NO.: 05-4182 "K" 2
BREACHES CONSOLIDATED
LITIGATION

                                                           JUDGE DUVAL
_____
PERTAINS TO: LEVEE                                *

                                                           MAG. WILKINSON

Douville, No. 07-01113                            *


## ORDER

    **IT IS ORDERED** that mover be and is hereby granted an additional thirty (30) days

from the date of this order in which to file responsive pleadings in the above numbered and

entitled matter.

    **THUS** done and signed in **NEW ORLEANS, LOUISIANA,** on this ____ day of

_____, 20_____.


                         **JUDGE, EASTERN DISTRICT UNITED
STATES DISTRICT COURT**