UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" 2 |
| | | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | |
| | | MAG. WILKINSON |
| Gisevius, No. 06-5308 | * | |

### ORDER

IT IS ORDERED that mover be and is hereby granted an additional thirty (30) days from the date of this order in which to file responsive pleadings in the above numbered and entitled matter.

THUS done and signed in **NEW ORLEANS, LOUISIANA**, on this _____ day of _____, 2007.

_____
JUDGE, EASTERN DISTRICT UNITED STATES DISTRICT COURT