UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO LEVEE: <br> 05-4181, 05-4182, 05-4191, 05-4568, 05-5237, <br> 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, <br> 06-0020, 06-0225, 06-0629, 06-0886, 06-1885, <br> 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, <br> 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, <br> 06-5042, 06-5159, 06-5161, 06-5163, 06-5260, <br> 06-5308, 06-5367, 06-5471, 06-5771, 06-5785, <br> 06-5786, 06-5937, 06-6473, 06-6643, 06-7682, <br> 06-8708, 06-11208, 07-0206, 07-0647, 07-0993, <br> 07-1113, 07-1284, 07-1286, 07-1288, 07-1289, <br> and 07-1349 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> <br> NO. 05-4182 <br> <br> SECTION "K" (2) |

******************************************

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the Levee Litigation Group, on the behalf of the Class Representatives, all other named Plaintiffs in the individual cases in the above-captioned matter, and the putative Class of Plaintiffs they represent, hereby appeals the September 11, 2007 "Final

Judgment"[1], entered as a final judgment, to the United States Court of Appeals for the Fifth Circuit

                              **RESPECTFULLY SUBMITTED:**

                              **LEVEE LITIGATION GROUP**

                              BY:   /s/Joseph M. Bruno
                              Joseph M. Bruno (#3604)
                              The Law Office of Joseph M. Bruno
                              855 Baronne Street
                              New Orleans, Louisiana 70113
                              Telephone: (504) 525-1335
                              Facsimile:(504) 581-1493
                              E-Mail:jbruno@jbrunolaw.com
                              Plaintiffs' Liaison Counsel

                              -and-

                              GERALD E. MEUNIER (La. Bar #9471)
                              Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
                              2800 Energy Centre
                              1100 Poydras Street
                              New Orleans, Louisiana 70163-2800
                              Phone:504/522-2304
                              Facsimile:504/528-9973
                              E-mail:gmeunier@gainsben.com
                              Levee PSLC Liaison Counsel

---

[1] U.S. District Court for the Eastern District of Louisiana, Case 2:05-cv-04182-SRD-JCW, Document 7494.  A copy of the "Final Judgment" is attached.

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants:

                          /s/Joseph M. Bruno
                          JOSEPH M. BRUNO # 3604