Case 2:05-cv-04182-SRD-JCW Document 8210-1 Filed 10/05/07 Page 1 of 3
Case 2:05-cv-04182-SRD-JCW Document 7494 Filed 09/17/2007 Page 1 of 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO LEVEE:<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-0225, 06-0629, 06-0886, 06-1885,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5161, 06-5163, 06-5260,<br>06-5308, 06-5367, 06-5471, 06-5771, 06-5785,<br>06-5786, 06-5937, 06-6473, 06-6642, 06-7682,<br>06-8708, 06-11208, 07-0206, 07-0647, 07-0993,<br>07-1113, 07-1284, 07-1286, 07-1288, 07-1289,<br>07-1349, | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2) |

\* \* \* \* \* \* \* \* \* \*

**FINAL JUDGMENT**

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment shall be entered in favor of defendant Engineers and Contractors, specifically Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Gotech, Inc., Boh Bros. Construction, L.L.C., B & K Construction Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction

Company, Inc and against all plaintiffs in the Superseding Master Consolidated Class Action Complaint (Levee) (Doc. No. 3240), C.A. Nos. 05-4181 O'Dwyer, 05-4182 Berthelot, 05-4191 Jared Vodanovich, 05-4568 Harvey, 05-5237 Ann Vodanovich, 05-6073 Kirsch, 05-6314 Ezell, 05-6324 Brown, 05-6327 LeBlanc, 05-6359 Bradley, 06-0020 Tauzin, 06-0225 Bradley, 06-0629 Carney, 06-0886 Finney, 06-1885 O'Dwyer, 06-2278 Christenberry, 06-2287 Sanchez, 06-2346 Fitzmorris, 06-2545 Marcello, 06-3529 Harvey 06-4065 Cathy Adams, 06-4389 O'Dwyer, 06-4634 Glenn Adams, 06-4931 Brock, 06-5032 Joseph, 06-5042 Cohen, 06-5159 Fleming, 06-5161 Holmes, 06-5163 Gordon, 06-5260 Leduff, 06-5308 Gisevius, 06-5367 Breithoff, 06-5471 Williams, E., 06-5771 O'Dwyer, 06-5785 Cochran, 06-5786 O'Dwyer, 06-5937 Yacob, 06-6314 (typo), 06-6473 Deane, 06-6642 Pontchartrain Baptist, 06-7682 Paul, 06-8708 Richardson, 06-11208 Speed, 07-0206 O'Dwyer, 07-0647 Greer, 07-0993 Paul, 07-1113 Douville, 07-1284 Coco, 07-1286 Augustine, 07-1288 Hennessey, 07-1289 Coniglio, and 07-1349 Carney, finally dismissing all of the captioned complaints against the moving Engineers and Contractors with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this is a Final Judgment pursuant to the signed ORDER FOR FINAL JUDGMENT UNDER RULE 54(b) (Doc. No. 6733).

New Orleans, Louisiana, this  11th  day of September, 2007.

_____
Stanwood R. Duval, Jr.
United States District Court Judge