UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES　　*
CONSOLIDATED LITIGATION　　　　*　　　CIVIL ACTION NO.: 05-4182 "K" (2)
　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*　　　JUDGE DUVAL
PERTAINS TO: INSURANCE　　　　*
　　　　　　　　　　　　　　　　*　　　MAGISTRATE WILKINSON
No. 06-10714　　　　　　　　　　*

**O R D E R**

Considering the foregoing Unopposed Motion to Continue the Hearing on Plaintiffs' Motion for Partial Summary Judgment;

IT IS ORDERED that the Unopposed Motion to Continue the Hearing on Plaintiffs' Motion for Partial Summary Judgment is granted.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Summary Partial Judgment is continued without date.

New Orleans, Louisiana, this __5th__ day of October, 2007.

_____--
JUDGE

IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment is DISMISSED without prejudice to be re-urged at the appropriate time.

The Court does not continue motions without hearing dates, and considering the posture of the case and the consent of the parties, this is the sole course for the Court to take.

**AS MODIFIED**

- 1 -

93985