UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO: ROAD HOME | * | |
| *Louisiana State C.A. 07-5528* | * | |
| | * | SECT." K "      MAG. " 2 " |

## ORDER

CONSIDERING the Motion to Dismiss Harleysville Mutual Insurance Company filed by the Plaintiff, IT IS HEREBY ORDERED that the Motion is GRANTED and Harleysville Mutual Insurance Company is dismissed without prejudice.

Done and signed this __5th__ day of __October__, 2007 in New Orleans, Louisiana.

Judge Stanwood R. Duval, Jr.

4