UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * MAG. WILKINSON |

**PERTAINS TO: MR-GO, LEVEE, and ROBINSON (All Cases)**

### REQUEST FOR SERVICE OF ALL PAPERS

Undersigned counsel, as the attorneys for Lafarge North America Inc., which was recently made a party to this consolidated litigation, hereby requests that they be added to the service list for all documents in these cases (all cases in the **MR-GO**, **LEVEE**, and **ROBINSON** tracks), including both documents filed in Court as well as documents that are not filed with the Court, including discovery requests and responses, expert reports, and all other documents served upon other parties to these cases.

This request is intended to facilitate and implement the coordination requirements and suggestions contained in Case Management Order No. 5 (e.g., at 12 and 15).

LIBW/1658981.2

Counsel to be served are:

Derek A. Walker - walker@chaffe.com
Robert B. Fisher, Jr. - fisher@chaffe.com
Thomas D. Forbes - forbes@chaffe.com
Parker Harrison - harrison@chaffe.com
Ivan M. Rodriguez - rodriguez@chaffe.com
Chaffe McCall, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
(504) 585-7000

Daniel A. Webb - dwebb@swslaw.com
Sutterfield & Webb, LLC
650 Poydras Street, Suite 2715
New Orleans, LA 70130
(504) 598-2715

John D. Aldock - jaldock@goodwinprocter.com
Mark S. Raffman - mraffman@goodwinprocter.com
Richard M. Wyner - rwyner@goodwinprocter.com
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000

       Respectfully submitted,

       **CHAFFE McCALL, L.L.P.**

       Robert B. Fisher, Jr., T.A. (# 5587)
       Derek A. Walker (#13175)
       Ivan M. Rodriguez (#22574)
       Parker Harrison (# 27538)
       2300 Energy Centre
       1100 Poydras Street
       New Orleans, LA 70163-2300
       Telephone: (504) 585-7000

                                                    Daniel A. Webb (#13294)
                                                    **SUTTERFIELD & WEBB, LLC**
                                                    Poydras Center
                                                    650 Poydras Street, Suite 2715
                                                    New Orleans, LA 70130
                                                    Telephone: (504) 598-2715

                                                    /s/ John D. Aldock
                                                    John D. Aldock
                                                    Mark S. Raffman
                                                    GOODWIN PROCTER LLP
                                                    901 New York Avenue, NW
                                                    Washington, DC 20001
                                                    Tel.: (202) 346-4240

                                                    **ATTORNEYS FOR**
                                                    **LAFARGE NORTH AMERICA INC.**

October 5, 2007

## Certificate of Service

I hereby certify that I have on this 5th day of October, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

/s/ John D. Aldock
John D. Aldock