

```
         FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2007 SEP 26 AM 10: 40

  LORETTA G. WHYTE
        CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN AND ALBERTA ALEXANDER; GWENDOLYN BRINSTON; JOSEPH AND ROSE CARRIERE; MARK AND SUNCHONG DERNOVSEK; MARTIN J. AND CLARE B. EARL; JAMES FOUCHA; REGINALD AND DEANA HOWARD; RICHARD AND EARIN MROZINSKI; JOHN PETERS; RONALD AND MIKI PICHON; NEVADA ROBINSON; MICHAEL AND NAKIA SORINA; EVA TORRANCE; WILLIAM AND PAMELA YOUNG, JR., | CIVIL ACTION<br><br>NO.: 07-5768 |
| Plaintiffs, | |
| VERSUS | JUDGE: Stanwood R. Duvall, Jr. |
| ALLSTATE INSURANCE COMPANY, | MAGISTRATE: Daniel E. Wilkinson, Jr. |
| Defendant. | |

## ALLSTATE INSURANCE COMPANY'S UNOPPOSED MOTION
## FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION

Pursuant to Local Rule 7.9E, Defendant, Allstate Insurance Company, ("Allstate") without waiving any defenses or objections, moves for a twenty-day extension of time up to and including October 18, 2007, within which to answer or otherwise respond to the

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

Plaintiffs' Petition. Without this extension, Allstate's answer or other responsive pleadings would be due on September 28, 2007. FED. R. CIV. P. 81.

Undersigned counsel certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the Petition filed in this Court in this action and that Plaintiffs have not filed in the record an objection to an extension of time. To the contrary, Plaintiffs' counsel informed Allstate's counsel that he was not opposed to Allstate's request for twenty additional days to answer or otherwise respond to the Petition.

WHEREFORE, Defendant, Allstate Insurance Company, respectfully moves this Court for an extension of time up to and including October 18, 2007, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted,

By: _____
Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(800) 803-4700 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing has been served upon all counsel of record by First Class Mail on the 26 day of September, 2007.

_____
Arthur J. Lentini