UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol.  The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

| | | |
|---|---|---|
| NCS-002-000000001 | to | NCS-002-000000026; |
| NCS-003-000000021 | to | NCS-003-000000021; |
| NCS-003-000000062 | to | NCS-003-000000073; |
| NCS-003-000000088 | to | NCS-003-000000107; |

NCS-003-000000127 to NCS-003-000000144;
NCS-003-000000147 to NCS-003-000000152;
NCS-003-000000157 to NCS-003-000000159;
NCS-003-000000194 to NCS-003-000000212;
NCS-004-000000001 to NCS-004-000000132;
NCS-004-000000135 to NCS-004-000000856;
NCS-004-000000860 to NCS-004-000000956;
NCS-004-000000966 to NCS-004-000000968;
NCS-004-000000999 to NCS-004-000001001;
NCS-004-000001011 to NCS-004-000001013;
NCS-004-000001019 to NCS-004-000001026;
NCS-005-000000001 to NCS-005-000000172;
NCS-005-000000174 to NCS-005-000000185;
NCS-005-000000201 to NCS-005-000000217;
NCS-005-000000223 to NCS-005-000000458;
NCS-006-000000001 to NCS-006-000002052;
NCS-007-000000001 to NCS-007-000000050;
NCS-007-000000055 to NCS-007-000000236;
NCS-007-000000240 to NCS-007-000000343;
NCS-007-000000347 to NCS-007-000000381;
NCS-007-000000384 to NCS-007-000000992;
NCS-007-000000995 to NCS-007-000001054;
NCS-007-000001064 to NCS-007-000001147;
NCS-007-000001149 to NCS-007-000001158;
NCS-007-000001160 to NCS-007-000001287;
NCS-007-000001289 to NCS-007-000001308;
NCS-007-000001316 to NCS-007-000001451;
NCS-008-000000001 to NCS-008-000000039;
NCS-008-000000044 to NCS-008-000000047;
NCS-008-000000057 to NCS-008-000000102;
NCS-008-000000106 to NCS-008-000000154;
NCS-008-000000160 to NCS-008-000000222;
NCS-008-000000224 to NCS-008-000000227;
NCS-008-000000233 to NCS-008-000000251;
NCS-008-000000255 to NCS-008-000000268;
NCS-008-000000275 to NCS-008-000000487;
NCS-008-000000492 to NCS-008-000000494;
NCS-008-000000498 to NCS-008-000000598;
NCS-008-000000616 to NCS-008-000000618;
NCS-008-000000623 to NCS-008-000000650;
NCS-008-000000683 to NCS-008-000001246;
NCS-008-000001252 to NCS-008-000001323;
NCS-008-000001330 to NCS-008-000001395;

| | | |
|---|---|---|
| NCS-008-000001398 | to | NCS-008-000001601; |
| NCS-008-000001605 | to | NCS-008-000001806; |
| NCS-008-000001808 | to | NCS-008-000001845; |
| NCS-009-000000001 | to | NCS-009-000000003; |
| NCS-009-000000079 | to | NCS-009-000000262; |
| NCS-009-000000765 | to | NCS-009-000001750; |
| NCS-010-000000001 | to | NCS-010-000000023; |
| NCS-010-000000222 | to | NCS-010-000000222; |
| NCS-010-000000418 | to | NCS-010-000000501; |
| NCS-010-000000511 | to | NCS-010-000000535; |
| NCS-012-000000001 | to | NCS-012-000000014; |
| NCS-012-000000016 | to | NCS-012-000000089; |
| NCS-012-000000115 | to | NCS-012-000000116; |
| NCS-016-000000001 | to | NCS-016-000001395; |
| NCS-022-000000001 | to | NCS-022-000000151; |
| NCS-022-000000218 | to | NCS-022-000000689; |
| NCS-024-000000001 | to | NCS-024-000000180; |
| NCS-028-000000001 | to | NCS-028-000000181; |
| NCS-038-000000001 | to | NCS-038-000003041; |
| NCS-041-000000001 | to | NCS-041-000000631; |
| NCS-041-000002156 | to | NCS-041-000002178. |

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

NED-240-000000001   to   NED-240-000000629.

This Notice of Production is respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY, JR.
          Assistant Director, Torts Branch

          _s/ Paul Marc Levine_
          PAUL MARC LEVINE
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400 / (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: October 5, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on October 5, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                       s/ Paul Marc Levine
                                       PAUL MARC LEVINE