PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 002 | NCS-002-000000001 | NCS-002-000000026 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1437) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000021 | NCS-003-000000021 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000062 | NCS-003-000000073 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000088 | NCS-003-000000107 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000127 | NCS-003-000000144 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000147 | NCS-003-000000152 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 003 | NCS-003-000000157 | NCS-003-000000159 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 003 | NCS-003-000000194 | NCS-003-000000212 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1438) from Sept 2007 Review and Select Production |
| NCS | 004 | NCS-004-000000001 | NCS-004-000000132 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |
| NCS | 004 | NCS-004-000000135 | NCS-004-000000856 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |
| NCS | 004 | NCS-004-000000860 | NCS-004-000000956 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |
| NCS | 004 | NCS-004-000000966 | NCS-004-000000968 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 004 | NCS-004-000000999 | NCS-004-000001001 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |
| NCS | 004 | NCS-004-000001011 | NCS-004-000001013 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |
| NCS | 004 | NCS-004-000001019 | NCS-004-000001026 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1439) from Sept 2007 Review and Select Production |
| NCS | 005 | NCS-005-000000001 | NCS-005-000000172 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1440) from Sept 2007 Review and Select Production |
| NCS | 005 | NCS-005-000000174 | NCS-005-000000185 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1440) from Sept 2007 Review and Select Production |
| NCS | 005 | NCS-005-000000201 | NCS-005-000000217 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1440) from Sept 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 005 | NCS-005-000000223 | NCS-005-000000458 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1440) from Sept 2007 Review and Select Production |
| NCS | 006 | NCS-006-000000001 | NCS-006-000002052 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1441) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000000001 | NCS-007-000000050 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000000055 | NCS-007-000000236 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000000240 | NCS-007-000000343 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000000347 | NCS-007-000000381 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 007 | NCS-007-000000384 | NCS-007-000000992 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000000995 | NCS-007-000001054 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000001064 | NCS-007-000001147 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000001149 | NCS-007-000001158 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000001160 | NCS-007-000001287 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 007 | NCS-007-000001289 | NCS-007-000001308 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 007 | NCS-007-000001316 | NCS-007-000001451 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1442) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000001 | NCS-008-000000039 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000044 | NCS-008-000000047 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000057 | NCS-008-000000102 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000106 | NCS-008-000000154 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000160 | NCS-008-000000222 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 008 | NCS-008-000000224 | NCS-008-000000227 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000233 | NCS-008-000000251 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000255 | NCS-008-000000268 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000275 | NCS-008-000000487 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000492 | NCS-008-000000494 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000498 | NCS-008-000000598 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 008 | NCS-008-000000616 | NCS-008-000000618 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000623 | NCS-008-000000650 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000000683 | NCS-008-000001246 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000001252 | NCS-008-000001323 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000001330 | NCS-008-000001395 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000001398 | NCS-008-000001601 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 008 | NCS-008-000001605 | NCS-008-000001806 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 008 | NCS-008-000001808 | NCS-008-000001845 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1443) from Sept 2007 Review and Select Production |
| NCS | 009 | NCS-009-000000001 | NCS-009-000000003 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1444) from Sept 2007 Review and Select Production |
| NCS | 009 | NCS-009-000000079 | NCS-009-000000262 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1444) from Sept 2007 Review and Select Production |
| NCS | 009 | NCS-009-000000765 | NCS-009-000001750 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC222 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1444) from Sept 2007 Review and Select Production |
| NCS | 010 | NCS-010-000000001 | NCS-010-000000023 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1445) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 010 | NCS-010-000000222 | NCS-010-000000222 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1445) from Sept 2007 Review and Select Production |
| NCS | 010 | NCS-010-000000418 | NCS-010-000000501 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1445) from Sept 2007 Review and Select Production |
| NCS | 010 | NCS-010-000000511 | NCS-010-000000535 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1445) from Sept 2007 Review and Select Production |
| NCS | 012 | NCS-012-000000001 | NCS-012-000000014 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1447) from Sept 2007 Review and Select Production |
| NCS | 012 | NCS-012-000000016 | NCS-012-000000089 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1447) from Sept 2007 Review and Select Production |
| NCS | 012 | NCS-012-000000115 | NCS-012-000000116 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1447) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 016 | NCS-016-000000001 | NCS-016-000001395 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1451) from Sept 2007 Review and Select Production |
| NCS | 022 | NCS-022-000000001 | NCS-022-000000151 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1457) from Sept 2007 Review and Select Production |
| NCS | 022 | NCS-022-000000218 | NCS-022-000000689 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1457) from Sept 2007 Review and Select Production |
| NCS | 024 | NCS-024-000000001 | NCS-024-000000180 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1459) from Sept 2007 Review and Select Production |
| NCS | 028 | NCS-028-000000001 | NCS-028-000000181 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1463) from Sept 2007 Review and Select Production |
| NCS | 038 | NCS-038-000000001 | NCS-038-000003041 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1473) from Sept 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NCS | 041 | NCS-041-000000001 | NCS-041-000000631 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1476) from Sept 2007 Review and Select Production |
| NCS | 041 | NCS-041-000002156 | NCS-041-000002178 | USACE; MVD; MVN; CEMVD-CD-QM | James Montegut | KC223 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1476) from Sept 2007 Review and Select Production |
| NED | 240 | NED-240-000000001 | NED-240-000000629 | USACE; MVD; MVN; Hydraulics and Hydrologic Branch | Janis Hote | KC224 | 10/5/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | "Wind Set-Up and Waves in Shallow Water" Technical Memorandum and "Shore Protection Planning and Design" Technical Report |