UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -5 AM 10: 05

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| ALVIN AND ALBERTA ALEXANDER; GWENDOLYN BRINSTON; JOSEPH AND ROSE CARRIERE; MARK AND SUNCHONG DERNOVSEK; MARTIN J. AND CLARE B. EARL; JAMES FOUCHA; REGINALD AND DEANA HOWARD; RICHARD AND EARIN MROZINSKI; JOHN PETERS; RONALD AND MIKI PICHON; NEVADA ROBINSON; MICHAEL AND NAKIA SORINA; EVA TORRANCE; WILLIAM AND PAMELA YOUNG, JR., | * * * * * * * * * * * * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.: 07-5768 |
| VERSUS | * * | JUDGE: Stanwood R. Duvall, Jr. |
| ALLSTATE INSURANCE COMPANY, | * * | MAGISTRATE: Daniel E. Wilkinson, Jr. |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition (the "Motion") and the Court is of the opinion that the Motion should be granted. Therefore,

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before October 18, 2007.

SIGNED at New Orleans, Louisiana on this ___ day of ~~September~~ October, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

4