FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 26  AM 10: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERRY CALL; IVORY AND SHIRLEY CHOPIN; DALE AND MARLENE COONEY; GEORGE AND UNA DICKET; LUCIEN AND MARGARET FLEMING; DOUGLAS LEVY, JR.; ORIN MANGAR; JOHN T. MEEHAN, EXECUTOR FOR NANCY AND ROBERT MEEHAN; LANITA PATRICK; LOUVENIA PIERCE; JAMES ROBINSON; CHRISTINE SNYDER; MILTON AND VIRGIE STEVENON; DONALD AND JERRY ANN VEALS, | * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.: 07-5769 |
| Plaintiffs, | * * | |
| VERSUS | * * | JUDGE: Stanwood R. Duvall, Jr. |
| ALLSTATE INSURANCE COMPANY, | * * | MAGISTRATE: Daniel E. Wilkinson, Jr. |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ALLSTATE INSURANCE COMPANY'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION**

Pursuant to Local Rule 7.9E, Defendant, Allstate Insurance Company, ("Allstate") without waiving any defenses or objections, moves for a twenty-day extension of time up to and including October 18, 2007, within which to answer or otherwise respond to the

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

1

Plaintiffs' Petition. Without this extension, Allstate's answer or other responsive pleadings would be due on September 28, 2007. FED. R. CIV. P. 81.

Undersigned counsel certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the Petition filed in this Court in this action and that Plaintiffs have not filed in the record an objection to an extension of time. To the contrary, Plaintiffs' counsel informed Allstate's counsel that he was not opposed to Allstate's request for twenty additional days to answer or otherwise respond to the Petition.

WHEREFORE, Defendant, Allstate Insurance Company, respectfully moves this Court for an extension of time up to and including October 18, 2007, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted,

By: _____
Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

**OF COUNSEL:**
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(800) 803-4700 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing has been served upon all counsel of record by First Class Mail on the 26 day of September, 2007.

_____
Arthur J. Lentini