UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -5 AM 10: 05

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| GERRY CALL; IVORY AND SHIRLEY CHOPIN; DALE AND MARLENE COONEY; GEORGE AND UNA DICKET; LUCIEN AND MARGARET FLEMING; DOUGLAS LEVY, JR.; ORIN MANGAR; JOHN T. MEEHAN, EXECUTOR FOR NANCY AND ROBERT MEEHAN; LANITA PATRICK; LOUVENIA PIERCE; JAMES ROBINSON; CHRISTINE SNYDER; MILTON AND VIRGIE STEVENON; DONALD AND JERRY ANN VEALS, | * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.: 07-5769 |
| Plaintiffs, | * * | |
| VERSUS | * * | JUDGE: Stanwood R. Duvall, Jr. |
| ALLSTATE INSURANCE COMPANY, | * * | MAGISTRATE: Daniel E. Wilkinson, Jr. |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition (the "Motion") and the Court is of the opinion that the Motion should be granted. Therefore,

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before October 18, 2007.

SIGNED at New Orleans, Louisiana on this 4th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

4