| DUPLASS | LAWRENCE J. DUPLASS | CHRISTIAN B. BOGART | WILLIAM J. GUSTE, IV |
|---|---|---|---|
| ZWAIN | GARY M. ZWAIN (1) | JOSEPH G. GLASS (2) | JENNIFER M. MORRIS |
| BOURGEOIS | DAVID J. BOURGEOIS | KEVIN R. DERHAM | —SPECIAL COUNSEL— |
| | JOSEPH B. MORTON, III | JAIME M. CAMBRE | DAVID M. CAMBRE |
| MORTON | C. MICHAEL PFISTER | COREY M. OUBRE | |
| | ANDREW D. WEINSTOCK (1) | GISSEL M. FERRIOL | —OF COUNSEL— |
| PFISTER & | GEOFFREY P. CLEMENT | CHRISTINA M. ROSE | KENNETH J. BERKE |
| | GUYTON H. VALDIN, JR. | NICOLE M. BOYER | (1) also admitted in Texas |
| WEINSTOCK | KELLY CAMBRE BOGART | RYAN M. MALONE | (2) also admitted in Mississippi |
| | | | (3) also admitted in Oklahoma |

October 2, 2007



**<u>VIA FEDERAL EXPRESS</u>**

Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re:    In Re: *Katrina Canal Breaches, Consolidated Litigation,*
            USDC EDLA # 05-4182 "K" (2)
            Pertains to Barge: *Mumford,* C.A. #05-5724, *Boutte,* C.A. #05-5531,
            *Lagarde,* C.A. #06-5342, *Perry,* C.A. #06-6299, *Benoit,* C.A. #06-7516,
            *Parfait,* C.A. #07-3500,, C.A. #*Lafarge* 07-5178)
            Our File No. 06-STP-205

Dear Magistrate Judge Wilkinson:

    I am writing in response to your Minute Entry of September 20, 2007, [Doc # 7804]. Lake Borgne Basin Levee District is not a party to any of the cases comprising the "Barge" category of cases and therefore should be removed from Party Category (B) (2) of Case Management Order No. 5 [Doc # 7724]. Instead, Lake Borgne Basin Levee District is a third party defendant to the Third Party Complaint filed by the Parfait Family plaintiffs, represented by Ashton O'Dwyer, in *In The Matter of The Complaint of Ingram Barge Company, etc.*, No. 05-4237, 05-4419 and 06-3313. It appears Judge Berrigan did not deconsolidate and transfer these three matters to Section "K" for handling within the *Katrina Canal Breaches, Consolidated Litigation.* Instead *The Parfait Family, et al v. The United States of America, et al,* No. 05-4237, was dismissed by Judge Berrigan [Doc. #161], and the other two matters remain pending before Judge Berrigan.

    The claims made against Lake Borgne Basin Levee District in The Parfait Family Third Party Complaint [Doc. #250] and First Supplemental and Amending Third Party Complaint [Doc. #253], in No. 05-4419, do not relate to the limitation proceeding pending before Judge Berrigan. The claims against Lake Borgne Basin Levee District do not involve determination of the negligence of Ingram Barge or the other barge related defendants. Accordingly, Lake Borgne Basin Levee District is planning a motion to strike and/or dismiss the third party claims against it.

Should you require any further information, please do not hesitate to contact me.

\_\_\_ Fee_____
\_\_\_ Process_____
X\_\_ Dktd_____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No._____

A PROFESSIONAL LAW CORPORATION
29TH FLOOR, THREE LAKEWAY CENTER   3838 N. CAUSEWAY BLVD.   METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700   FAX 504.837.3119
www.duplass.com

October 2, 2007
Page 2

Sincerely,
**DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK**

*[signature]*

**ANDREW D. WEINSTOCK**

ADW/cvm

cc: Ralph Shelton Hubbard, III, Esq.
Joseph M. Bruno, Esq.
Brian Arthur Gilbert, Esq.
Ashton R. O'Dwyer, Jr., Esq.
William D. Treeby, Esq.