# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 07-5067 (CONNICK) | MAG. WILKINSON |

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Harry Connick, Sr., et al., who, upon representing to this Court that he wishes to dismiss without prejudice Burk Kleinpeter, LLC.  Since filing suit, plaintiffs have learned that Burk Kleinpeter, LLC may not have liability in this case  based upon a preemption defense.  This issue was decided in a companion case by this Honorable Court which  is currently on appeal in the United States Fifth Circuit Court of Appeal (Civil Action No. 05-4182).  For this reason, plaintiffs hereby move this Honorable Court for a dismissal, without prejudice, of any and all claims as asserted herein against defendant, Burk Kleinpeter, LLC, with each party to bear its own cost, reserving all rights and actions against the remaining parties and reserving all rights it may have against dismissed party if the reviewing courts determine the "preemption defense" is not valid.

Respectfully submitted,

_____
J. Patrick Connick (#22219)
Law Offices of J. Patrick Connick, LLC
3900 Veterans Blvd.
3rd Floor
Metairie, LA 70002
Counsel for Harry Connick, Sr., et al.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this _____ day of _____, 2007.

_____