UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: BARGE *Parfait Family*, C.A. No. 07-3500 | § § § § § § § | |

**WASHINGTON GROUP INTERNATIONAL, INC.'S
MOTION TO DISMISS OR ALTERNATIVELY TO STAY
<u>*PARFAIT FAMILY v. UNITED STATES*, No. 07-3500</u>**

**NOW INTO COURT**, through its undersigned counsel, comes Defendant Washington Group International, Inc. ("WGII"), which for reasons set forth in the accompanying memorandum, moves for the dismissal or alternatively the stay of the Class Action Complaint in *Parfait Family v. United States*, No. 07-3500, dated June 26, 2007.

Before filing this motion, WGII fully complied with Case Management and Scheduling Order No. 4 by submitting the motion to Defendants' Liaison Counsel for his review. WGII's counsel also notified Magistrate Wilkinson of this motion during a hearing before the Court on October 4, 2007.

**WHEREFORE**, Defendant WGII prays that this Honorable Court grant its Motion to Dismiss or Alternatively to Stay *Parfait Family v. United States*, No. 07-3500.

WAI-2825238v2

895143v.1

- 2 -

Dated:  October 5, 2007          Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone:  404-521-3939
Fax:  404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  202-879-3939
Fax:  202-626-1700

Attorneys for Defendant
Washington Group International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2007, a copy of the above and foregoing Motion to Dismiss or Alternatively to Stay *Parfait Family v. United States*, No. 07-3500 with accompanying Memorandum of Law In Support Thereof was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States Mail, properly addressed and postage prepaid.

*/s/Heather S. Lonian*

WAI-2825238v2

895143v.1