UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | § § § § | |
| BARGE *Parfait Family*, C.A. No. 07-3500 | § § § § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing Motion to Dismiss or Alternatively to Stay *Parfait Family v. United States*, No. 07-3500, before the Honorable Stanwood R. Duval, Jr., at 500 Poydras Street, New Orleans, Louisiana, 70130 on the 31st day of October 2007, at 9:30 a.m.

Dated: October 5, 2007

Respectfully submitted,

*/s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

895144v.1

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone:  404-521-3939
Fax:  404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  202-879-3939
Fax:  202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2007 a copy of the above and foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States Mail, properly addressed and postage prepaid.

*/s/Heather S. Lonian*