LAW OFFICES OF
ASHTON R. O'DWYER, JR.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
E-mail: AROD@odwyerlaw.com

June 27, 2007

**VIA HAND DELIVERY**

Honorable Judge Helen G. Berrigan
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

  Re: In the Matter of the Complaint, as Owner of the
     ING4727, Petitioning for Exoneration from or
     Limitation of Liability
     Civil Action No. 05-4419 and Consolidated Cases
     Section "C", Magistrate "2"

Dear Chief Judge Berrigan:

  Your Honor will find enclosed a copy of a Complaint which I filed late yesterday, bearing Civil Action No. 07-3500. The case includes as defendants Lafarge North America, Inc., as well as the various Zito entities, and in addition Washington Group International, Inc. which, only one month before Hurricane KATRINA, completed almost seven (7) years of work for the U.S. Army Corps of Engineers in the "East Bank Industrial Area", on the batture between the retaining wall and the canal, on the East side of the Industrial Canal, between the Florida Avenue and Claiborne Avenue bridges.

  When I completed the Civil Cover Sheet, I disclosed the fact that Civil Action No. 05-4419 and consolidated cases, which is pending before Your Honor, was a related pending case. Nevertheless, the Deputy Clerk at Intake told me that the proper procedure was for the case to be "randomly allotted", which it was, to Section "K".

  In my personal opinion, the newly filed case, C.A. No. 07-3500, belongs before Your Honor in Section "C", and I am making Your Honor aware of the situation so that


EXHIBIT 1

June 27, 2007
Page 2

Your Honor can be fully informed if any re-allotment pursuant to Local Rule 3.1 et seq., and my "related case(s)" disclosure, is warranted.

                                            Respectfully,

                                            Ashton R. O'Dwyer, Jr.

AROD/vtb
Enclosure
cc:    All counsel of record (via E-mail)