**Sent:** Wednesday, June 27, 2007 11:06 AM
**To:** Treeby, William D.
**Subject:** FW: The Parfait Family, et al. vs. USA, et al., C.A. No. 07-3500, USDC, Eastern District of Louisiana

**From:** Victoria Broussard [mailto:vbroussard@odwyerlaw.com]
**Sent:** Wednesday, June 27, 2007 11:33 AM
**To:** Damle, Sarang (CIV); Rodriguez@chaffe.com; Martin, Dana (CIV); Pistols42@aol.com; BGilbert@BrianGilbertlaw.com; Melinda.Faulstich@APICorp.com; rwbryan@usdoj.gov; Sally.botchelder@usdoj.gov; jfe@ECWKO.COM; jws@harrisrufty.com; dlb@harrisrufty.com; ljp@harrisrufty.com; Smith, Robin (CIV); walker@chaffe.com; trotter@chaffe.com; dwebb@swslaw.com; lmd@swslaw.com; karlwied@bellsouth.net; info@swslaw.com; fisher@chaffe.com; heck@chaffe.com; ggrant@monbar.com; lquintana@monbar.com; federal@geraldmaples.com; dkhaycraft@liskow.com; sgfendler@liskow.com; jinman@liskow.com; revans@burgosevans.com; vdufrene@burgosevans.com; jaldock@goodwinprocter.com; hbrandon@goodwinprocter.com; karlwied@bellsouth.net; bgilbert@briangilbertlaw.com; rkessenich@daiglefisse.com; Tanzelmo@mcsalaw.com; jac@ECWKO.COM; kcb@ECWKO.COM; saa@ECWKO.COM; am@ECWKO.COM; JRK@ECWKO.COM; lduplass@duplass.com; caccardo@duplass.com; sdeblieux@duplass.com
**Subject:** The Parfait Family, et al. vs. USA, et al., C.A. No. 07-3500, USDC, Eastern District of Louisiana

Gentlemen:

You will find attached a Class Action Claim which was filed yesterday, bearing Civil Action No. 07-3500. Although the case was allotted at random to Section "K", I assumed one or more of you will file motions to transfer and consolidate with Civil Action No. 05-4419 and consolidated cases pending in Section "C". With luck, I will have service of process on all defendants accomplished by the end of the week.

On a personal note, here we are almost 2 years post-KATRINA, and not one penny compensation has been paid by anyone to the innocent Victims of KATRINA. Nevertheless, I fully anticipate that one or more of the parties sued in No. 07-3500, including particularly counsel for WGI, will file Motion for Sanctions against me, personally. If and when that happens, please let me have your "moral support", if not something "more".

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
AROD@odwyerlaw.com


EXHIBIT 2

William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. For more information about this notice, please visit
http://www.stonepigman.com/news/showNews.html?id=73.

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.


CLASS ACTION COMPLAINT.doc