# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| BARGE | § | |
| *Parfait Family*, C.A. No. 07-3500 | § | |
| | § | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant Washington Group International, Inc. ("WGII"), and respectfully requests permission to orally argue its Motion to Dismiss or Alternatively to Stay *Parfait Family v. United States*, No. 07-3500.  Oral argument will clarify the issues of law and fact and will assist the Court in making a correct disposition of the motion.

**WHEREFORE,** Washington Group International, Inc. respectfully moves the Court for an entry of an Order granting oral argument on its Motion to Dismiss or Alternatively to Stay *Parfait Family v. United States*, No. 07-3500.

Dated:  October 5, 2007                Respectfully submitted,


*/s/Heather S. Lonian*

William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone:  404-521-3939
Fax:  404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  202-879-3939
Fax:  202-626-1700

Attorneys for Defendant
Washington Group International, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by electronic notice via  the Court's CM/ECF system this 5th day of October, 2007.


*/s/Heather S.  Lonian*

- 2 -