UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| Pertains to: | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |
| LEVEE | SECT." K "    MAG. " 2 " |
| CIVIL ACTION NO. 07-4895 | |

### DEFENDANT FIDELITY NATIONAL INSURANCE COMPANY'S NOTICE OF RELATED CASES.

COMES NOW, the Defendant Fidelity National Insurance Company, (hereinafter "FNIC") a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") and files this Notice of Related Cases. The instant Plaintiffs filed a total of four separate lawsuits involving four separate properties and the same Defendant, and all involve claims under a U.S. Treasury-underwritten Standard Flood Insurance Policy, and all involve the same or similar allegations. Those cases are all pending in the U.S. District Court for the Eastern District of Louisiana, and bear case numbers 07-4891, 07-4892, 07-4893 and 07-4895.

        Respectfully submitted,
        NIELSEN LAW FIRM, L.L.C.


        /s/ Thomas C. Pennebaker
        GERALD J. NIELSEN, La. S.B. 17078
        THOMAS C. PENNEBAKER, La.S.B.24597
        3838 N. Causeway Blvd.  Suite 2850
        Metairie, Louisiana 70002
        Tel. (504) 837-2500
        Fax (504) 832-9165
        Email: tpennebaker@nielsenlawfirm.com
        Counsel for Defendant:
        Fidelity National Insurance Company


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Pleading was served upon all counsel of record by use of the CM/ECF system, and if the undersigned counsel does not participate in the system, a copy will be served by hand delivery, facsimile transmission, electronic mail, and/or by U.S. mail,  from Metairie, Louisiana, this 5th day of October, 2007.

    John W. Redmann
    Margaret E. Madere
    Law Office of John W. Redmann
    5407 Mac Arthur Blvd.
    New Orleans, LA 70131


        BY: /s/ Thomas C. Pennebaker