UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 07-5067 (CONNICK) | MAG. WILKINSON |

## ORDER

WHEREFORE, considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiffs' claim be and is hereby dismissed, in its entirety, without prejudice, as to defendant, Gotech, Inc., with each party to bear its own cost, reserving all rights and actions against the remaining parties.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
JUDGE