UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN E. POWELL AND<br>LILLIAN S. POWELL | * <br> * | CIVIL ACTION |
| | * | NO. 07-4785 |
| VERSUS | * | |
| | * | SECTION: K |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | MAG.: 2 |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

FILED: _____   _____
                                                                              DATE

### FINAL MOTION TO DISMISS

**ON MOTION** of plaintiffs, John E. Powell and Lillian S. Powell, and defendant, Allstate Insurance Company, in the above entitled and numbered case, and upon suggesting to the Court that all matters of controversy between them, including the principal demand, all third-party demands and any other incidental demands at issue, have been compromised and settled, and that said action should accordingly be dismissed with prejudice as to all demands principal or incidental, all parties to bear their own costs.

Respectfully submitted,

_____
CHARLES M. PONDER, III, #2052
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, LA 70112
Telephone: 504-581-4455

_____
WANDA J. EDWARDS, #27448
FAYARD & HONEYCUTT, APC
519 Florida Avenue SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193