UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN E. POWELL AND | * | CIVIL ACTION: |
| LILLIAN S. POWELL | * | |
| | * | NO. 07-4785 |
| VERSUS | * | |
| | * | SECTION: K |
| ALLSTATE INSURANCE COMPANY | * | |
| | * | MAG.: 2 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED: _____        _____
                                                                                        DATE

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiffs, John E. Powell and Lillian S. Powell, and defendant, Allstate Insurance Company, as to all demands principal and incidental, all parties to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE