UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | No. 05-4182 |
| *severed from Abadie, 06-5164* | * * | SECTION "K" (2) |
| LESLEY DIROSA, LOUIS DIROSA<br>Plaintiff | * * * | CIVIL ACTION |
| VERSUS | * * | No. 07-2499 |
| STATE FARM FIRE and CASUALTY COMPANY<br>Defendant | * * | SECTION "K" (2) |
| ************************************************** | * | |

## MOTION TO DISMISS PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE UNENFORCEABILITY OF THE ANTI-CONCURRENT CAUSE CLAUSE

NOW INTO COURT, through undersigned counsel, come the Plaintiffs Leslie Dirosa and Louis Dirosa, who move to dismiss the previously filed Motion for Partial Summary Judgment On The Unenforceability Of The Anti-Concurrent Causation Clause in the All-Risk Homeowners Policy drafted and sold by State Farm Fire and Casualty Company ("State Farm"), for the following reasons:

I.

On August 7, 2007, Plaintiffs Leslie Dirosa and Louis Dirosa filed a Motion for Partial Summary Judgment On The Unenforceability Of The Anti-Concurrent Causation Clause contained in the All-Risk Homeowners Policy drafted and sold by State Farm Fire. (Doc. # 6901).

II.

Since that time, the matter has been otherwise resolved.

WHEREFORE, the Plaintiffs Leslie Dirosa and Louis Dirosa, pray that the Court dismiss the previously filed Motion for Partial Summary Judgment On The Unenforceability Of The Anti-Concurrent Causation Clause in the All-Risk Homeowners Policy drafted and sold by State Farm Fire.

**RESPECTFULLY SUBMITTED:**

BY:    s/Joseph M. Bruno
**Joseph M. Bruno (#3604)**
**L. Scott Joanen (#21431)**
**The Law Office of Joseph M. Bruno**
**855 Baronne Street, Third Floor**
**New Orleans, Louisiana 70113**
**Telephone: (504) 525-1335**
**Facsimile:(504) 561-6775**
**E-Mail:jbruno@jbrunolaw.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all parties to this litigation by hand-delivery, facsimile, e-mail, electronic filing and/or by First Class, United States Mail, property addressed and postage prepaid on October 8, 2007.

/s/Joseph M. Bruno