## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | **CIVIL ACTION** |
| PERTAINS TO: SEVERED MASS JOINDER CASES | * * | No. 05-4182 |
| *severed from Abadie, 06-5164* | * * | SECTION "K" (2) |
| **LESLEY DIROSA, LOUIS DIROSA** Plaintiff | * * * | **CIVIL ACTION** |
| VERSUS | * * | No. 07-2499 |
| **STATE FARM FIRE and CASUALTY COMPANY** Defendant | * * | SECTION "K" (2) |

## <u>ORDER</u>

**IT IS ORDERED** that the Plaintiffs' Motion for Partial Summary Judgment on the Enforceability of the Anti-Concurrent Cause Clause be and is hereby **DISMISSED**.

New Orleans, LA, this _____ day of _____, 2007

_____
JUDGE