**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

United States of America
Corp of Engineers
7400 Leake Avenue
New Orleans, LA. 70118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _David Dyer_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
David Dyer

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label): 7006 3450 0001 4212 8407

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1

---

UNITED STATES POSTAL SERVICE  NEW ORLEANS LA 70

25 SEP 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John M. Robin
Post Office Box 1
Covington, LA 70

RECEIVED
SEP 2 6 2007
By _____

Angelo-service

## DER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

U.S. Atty General
137 Robert F. Kennedy Bldg.
7th St. & Constitution Ave NW
Washington, DC 20530

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _County Poly_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
SEP 2 5 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7006 3450 0001 4212 8391

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
SOUTHERN MD 2...

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John M. Robin
Post Office Box 1000
...on, LA 70...

Angelo service