

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

United States of America
Corp of Engineers
7400 Leake Avenue
New Orleans, LA. 70118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _David Dyer_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
David Dyer

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label):
7006 3450 0001 4212 8407

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

UNITED STATES POSTAL SERVICE NEW ORLEANS LA 701
25 SEP 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John M. Robin
Post Office Box [illegible]
Covington, LA 70[illegible]

RECEIVED
SEP 2 6 2007
By _____

Angelo-service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    U.S. Atty General
    1371 Robert F. Kennedy Bldg.
    10th St. & Constitution Ave NW
    Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Connty Pden_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: SEP 2 5 2007

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0001 4212 8391

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

SOUTHERN MD 20

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   John M. Robin
   Post Office Box 1000
   Covington, LA 70434

Angelo service