UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ANGELO AND**<br>**CLAUDE MONTECINO** | * <br> * <br> * | **CIVIL ACTION NO.: 07-4227** |
| **VERSUS** | * <br> * | **JUDGE: SECTION "K"**<br>The Honorable Standwood R. Duval, Jr. |
| **DEPARTMENT OF THE ARMY**<br>**NEW ORLEANS DISTRICT, CORP**<br>**OF ENGINEERS** | * <br> * <br> * <br> * | **MAGISTRATE: 2**<br>Magistrate Joseph C. Wilkinson, Jr. |

**************************************

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

BEFORE ME, Notary Public, personally came and appeared:

MARGARET N. ARBOUR

who, first being duly sworn by me deposed and said:

On September 18, 2007, she mailed a Waiver of Service of Summons and a Petition for Damages, with regard to the captioned proceedings, by certified mail #70063450000142128407, return receipt requested to Corp of Engineers, New Orleans District, 7400 Leake Avenue, New Orleans, Louisiana 70118 in order to effectuate service of same.

On September 26, 2007, the return receipt was received by Margaret N. Arbour, and was signed as being received by David Dyer, on Corp of Engineer's behalf. A copy of this receipt is attached hereto and made a part hereof.

/s/ Margaret N. Arbour
_____
MARGARET N. ARBOUR

SWORN TO AND SUBSCRIBED
BEFORE ME
THIS __8th__ DAY OF __October__ 200 _7_.

 /s/ John M. Robin
_____NOTARY PUBLIC
John M. Robin, LA Bar #11341