r... C-MW-30'~~ - 1"()
Covir,&_., -,- 10434

²aAd t!7)0 - Wj*i*(p,

630