UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL ALBANO, JOHN F. ALBANO, APRIL C. ANTOINE, JOYCE M. ANTOINE, MURPHY ANTOINE, TERRANCE T. ANTOINE, PATRICIA F. ARNOLD, SANDRA BASS, ALBERT BELLIZAN, SHEILA BELLIZAN, DONALD BOIHEM, DONALD BOIHEM, JR., KATHLEEN BOIHEM, COLLEN BORDELON, KENNETH AND VELMA CAMPO, RUDY AND MARIE CERONE, TIMOTHY CLARK, AMPARO F. CRUZ, DONALD R. DUPLANTIER, ELLEN BRIDGET DUXWORTH, FAKJA, DARLENE FAIRLEY, KATHLEEN FRANKLIN, ADAM FRISCHHERTZ, AMANDA FRISCHHERTZ, ANDREA FRISCHHERTZ, BRAD N. FRISCHHERTZ, EMILY FRISCHHERTZ, ISABEL S. FRISCHHERTZ, KRISTIN R. FRISCHHERTZ, LAWRENCE A. FRISCHHERTZ, LLOYD N. FRISCHHERTZ, MARCELLE FRISCHHERTZ, MARC L. FRISCHHERTZ, MARGARET FRISCHHERTZ, ROY E. FRISCHHERTZ, III, ROY E. FRISCHHERTZ, JR, WILLIE J. GALMAN, PAT GILLIAN, JANIS GROETSCH, MELISSA GROETSCH, JASON GROETSCH, ROBERT GROS, FRANCESCO J. GUASTELLA, ROSARIA A. GRASTELLA, ROSARIO GUASTELLA, PAUL GUMPERT, SUSAN GUMPERT, KATHLEEN HAYWARD, ALAN HELD, MARIA HELD, ERIC HENDERSON, JOELLE HENDERSON, ANGELA HOANG, KHANH HOANG, LYNDA F. KELLER, JEFFREY | CIVIL ACTION NO. 07-4837<br><br>SECTION " "<br><br>MAGISTRATE: |

KENNEY, LOIS LANDRUM, RONALD U. LANDRY, SHELLEY S. LANDRY, EDWARD M. LANG, ANGELA C. LANG, JUDITH LATAPIE, BLAINE LECESNE, KIM K. LEDDY, RICHARD LIND, LOIS LIVAUDAIS, BERTILE MACK, LOUIS MAHONEY, FREDA MATTOX, FRANCISCO MAYORQUIN, MARINA MAYORQUIN, EDWARD MCGRATH, JOSEPH MCGRATH, ROSE MCGRATH, TIM MCGRATH, SHAWN MCGRATH, MICHAEL B. MCGUIRE, ESTATE OF LUCILLE MELERINE, ROSE MENNESSES, ELIZABETH MYERS, NICHOLAS MEYERS, TERRY MEYERS, ALBERT MONTALBANO, JOE MONTALBANO, LINDA MONTALBANO, LISA W. MORRISON, GWENDOLYN MUNSCH, LAURIN MUNSCH, ALINE MURPHEY, JAN NIXON, VIRGIL NIXON, JOHN NOLL, NOLMAR CORPORATION, BESSIE PAPAZIS, EFFIE PAPAZIS, IRENE PAPAZIS, CHAD PHILLIPS, MELVIN PHILLIPS, TERRY PHILLIPS, ROY FRISCHHERTZ CONSTRUCTION, BOB SANDERSON, DALE SANDERSON, SCRAMOZZA, JOSEPH, ALPHONSE J. SHEA, JANET R. SHEA, GARY TREDWAY, LAURA TREDWAY, SHERLYN N. TURNER, DAN WAGNER, MARY A. WAGNER, RICHARD WARD, RECONDAL WESCO, STANLEY WESCOTT, DORIS C. WOLFE, VICTORIA A. WOLFE, WILLIAM B. WOLFE, AND NANCY F. ZUCCONI

**VERSUS**

THE BOARD OF COMMISIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT; THE UNITED STATES OF AMERICA; GULF GROUP INC. OF FLORIDA; PITMAN CONSTRUCTION

CO. OF LOUISIANA, PITTMAN
CONSTRUCTION COMPANY, INC.,
BURK-KLEINPETER, INC., BURK-
KLEINPETER, LLC., B & K
CONSTRUCTION COMPANY, INC.,
MILLER EXCAVATING SERVICES,
INC., JAMES CONSTRUCTION GROUP,
INC., EUSTIS ENGINEERING CO., INC.,
MODJESKI AND MASTERS, INC.,
WASHINGTON GROUP
INTERNATIONAL, INC., VIRGINIA
WRECKING COMPANY, INC., BOH
BROS. CONSTRUCTION CO., LLC, AND
THE STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

FILED:_____                    _____
                                                                   DEPUTY CLERK

******************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Pittman Construction Co. of LA, Inc. is sued in the above entitled and numbered class action as a party defendant alleging to have some part in the alleged deficiencies in the design and construction, of the flood walls on the 17th Street, London Avenue, and Industrial canals, allegedly resulting in flooding of large portions of the City of New Orleans.

The Affidavit of Charles R. Pittman, president of Pittman Construction Co. of LA, Inc., proves as a matter of fact, that the corporation never performed contractual, or sub-contractual, work on said canals, or their appurtenances, which could have played any role, whatsoever, in the alleged failures, and the alleged consequent flooding.

Mover is entitled to a Summary Judgment as a matter of law under FRCP 56 since there is

no genuine issue as to any material fact in this case as to the within mover.

                Respectfully submitted,

                **WIEDEMANN & WIEDEMANN**

                /s/ Lawrence D. Wiedemann
                LAWRENCE D. WIEDEMANN #13457
                821 Baronne Street
                New Orleans, Louisiana  70113
                Telephone:  504-581-6180

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail,  to non-CM/ECF participants.

    New Orleans, Louisiana, this 8th day of October, 2007.

                /s/ Lawrence D. Wiedemann
                LAWRENCE D. WIEDEMANN