UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL ALBANO, JOHN F. ALBANO, APRIL C. ANTOINE, JOYCE M. ANTOINE, MURPHY ANTOINE, TERRANCE T. ANTOINE, PATRICIA F. ARNOLD, SANDRA BASS, ALBERT BELLIZAN, SHEILA BELLIZAN, DONALD BOIHEM, DONALD BOIHEM, JR., KATHLEEN BOIHEM, COLLEN BORDELON, KENNETH AND VELMA CAMPO, RUDY AND MARIE CERONE, TIMOTHY CLARK, AMPARO F. CRUZ, DONALD R. DUPLANTIER, ELLEN BRIDGET DUXWORTH, FAKJA, DARLENE FAIRLEY, KATHLEEN FRANKLIN, ADAM FRISCHHERTZ, AMANDA FRISCHHERTZ, ANDREA FRISCHHERTZ, BRAD N. FRISCHHERTZ, EMILY FRISCHHERTZ, ISABEL S. FRISCHHERTZ, KRISTIN R. FRISCHHERTZ, LAWRENCE A. FRISCHHERTZ, LLOYD N. FRISCHHERTZ, MARCELLE FRISCHHERTZ, MARC L. FRISCHHERTZ, MARGARET FRISCHHERTZ, ROY E. FRISCHHERTZ, III, ROY E. FRISCHHERTZ, JR, WILLIE J. GALMAN, PAT GILLIAN, JANIS GROETSCH, MELISSA GROETSCH, JASON GROETSCH, ROBERT GROS, FRANCESCO J. GUASTELLA, ROSARIA A. GRASTELLA, ROSARIO GUASTELLA, PAUL GUMPERT, SUSAN GUMPERT, KATHLEEN HAYWARD, ALAN HELD, MARIA HELD, ERIC HENDERSON, JOELLE HENDERSON, ANGELA HOANG, KHANH HOANG, LYNDA F. KELLER, JEFFREY KENNEY, LOIS LANDRUM, RONALD U. LANDRY, SHELLEY S. LANDRY, | CIVIL ACTION NO. 07-4837<br><br>SECTION " "<br><br>MAGISTRATE: |

EDWARD M. LANG, ANGELA C. LANG, JUDITH LATAPIE, BLAINE LECESNE, KIM K. LEDDY, RICHARD LIND, LOIS LIVAUDAIS, BERTILE MACK, LOUIS MAHONEY, FREDA MATTOX, FRANCISCO MAYORQUIN, MARINA MAYORQUIN, EDWARD MCGRATH, JOSEPH MCGRATH, ROSE MCGRATH, TIM MCGRATH, SHAWN MCGRATH, MICHAEL B. MCGUIRE, ESTATE OF LUCILLE MELERINE, ROSE MENNESSES, ELIZABETH MYERS, NICHOLAS MEYERS, TERRY MEYERS, ALBERT MONTALBANO, JOE MONTALBANO, LINDA MONTALBANO, LISA W. MORRISON, GWENDOLYN MUNSCH, LAURIN MUNSCH, ALINE MURPHEY, JAN NIXON, VIRGIL NIXON, JOHN NOLL, NOLMAR CORPORATION, BESSIE PAPAZIS, EFFIE PAPAZIS, IRENE PAPAZIS, CHAD PHILLIPS, MELVIN PHILLIPS, TERRY PHILLIPS, ROY FRISCHHERTZ CONSTRUCTION, BOB SANDERSON, DALE SANDERSON, SCRAMOZZA, JOSEPH, ALPHONSE J. SHEA, JANET R. SHEA, GARY TREDWAY, LAURA TREDWAY, SHERLYN N. TURNER, DAN WAGNER, MARY A. WAGNER, RICHARD WARD, RECONDAL WESCO, STANLEY WESCOTT, DORIS C. WOLFE, VICTORIA A. WOLFE, WILLIAM B. WOLFE, AND NANCY F. ZUCCONI

**VERSUS**

THE BOARD OF COMMISIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT; THE UNITED STATES OF AMERICA; GULF GROUP INC. OF FLORIDA; PITMAN CONSTRUCTION CO. OF LOUISIANA, PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC., B & K

CONSTRUCTION COMPANY, INC.,
MILLER EXCAVATING SERVICES,
INC., JAMES CONSTRUCTION GROUP,
INC., EUSTIS ENGINEERING CO., INC.,
MODJESKI AND MASTERS, INC.,
WASHINGTON GROUP
INTERNATIONAL, INC., VIRGINIA
WRECKING COMPANY, INC., BOH
BROS. CONSTRUCTION CO., LLC, AND
THE STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

FILED:_____                         _____
                                                               DEPUTY CLERK

**************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, personally came and appeared Charles R. Pittman, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, who after being duly deposed, stated that:

I.

    He is the president and sole shareholder of Pittman Construction Co. of LA, Inc., a Louisiana corporation domiciled in the Parish of Orleans, State of Louisiana;

II.

    Pittman Construction Co. of LA, Inc. has never performed a contract as a contractor or subcontractor for the United Stated Corp of Engineers, any Louisiana Levee District, any Louisiana drainage district; the City of New Orleans; the New Orleans Sewage and Water Board, or any of the other named defendants.

III.

Pittman Construction Co. Of LA, Inc. has never performed any drainage canal, pumping station, flood wall, or other work related to drainage of Orleans, Plaquemines, St. Bernard, Jefferson, St. Charles or any other parish, in the State of Louisiana as a contractor, or subcontractor;

IV.

Pittman Construction Co. of LA, Inc., since its' incorporation to date, has performed only two contracts as a contractor, or subcontractor, namely the building of a library at Southeastern Louisiana University in Hammond, Louisiana in joint venture with Red Stick Construction Company, and the building of the Pennington Biomedical Research Facility in Baton Rouge, Louisiana for the Facility, Planning and Control Department of the State of Louisiana.

Thus done and executed New Orleans, Louisiana, this 5th day of October, 2007.

PITTMAN CONSTRUCTION CO. OF LA, INC.

BY: _____
CHARLES R. PITTMAN, PRESIDENT
1747 Oriole Street
New Orleans, Louisiana 70122

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5th DAY
OF OCTOBER, 2007.

_____
NOTARY PUBLIC
Karen Wiedemann, 21151
821 Baronne Street
New Orleans, LA 70113
My commission expires at death