UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL ALBANO, JOHN F. ALBANO, APRIL C. ANTOINE, JOYCE M. ANTOINE, MURPHY ANTOINE, TERRANCE T. ANTOINE, PATRICIA F. ARNOLD, SANDRA BASS, ALBERT BELLIZAN, SHEILA BELLIZAN, DONALD BOIHEM, DONALD BOIHEM, JR., KATHLEEN BOIHEM, COLLEN BORDELON, KENNETH AND VELMA CAMPO, RUDY AND MARIE CERONE, TIMOTHY CLARK, AMPARO F. CRUZ, DONALD R. DUPLANTIER, ELLEN BRIDGET DUXWORTH, FAKJA, DARLENE FAIRLEY, KATHLEEN FRANKLIN, ADAM FRISCHHERTZ, AMANDA FRISCHHERTZ, ANDREA FRISCHHERTZ, BRAD N. FRISCHHERTZ, EMILY FRISCHHERTZ, ISABEL S. FRISCHHERTZ, KRISTIN R. FRISCHHERTZ, LAWRENCE A. FRISCHHERTZ, LLOYD N. FRISCHHERTZ, MARCELLE FRISCHHERTZ, MARC L. FRISCHHERTZ, MARGARET FRISCHHERTZ, ROY E. FRISCHHERTZ, III, ROY E. FRISCHHERTZ, JR, WILLIE J. GALMAN, PAT GILLIAN, JANIS GROETSCH, MELISSA GROETSCH, JASON GROETSCH, ROBERT GROS, FRANCESCO J. GUASTELLA, ROSARIA A. GRASTELLA, ROSARIO GUASTELLA, PAUL GUMPERT, SUSAN GUMPERT, KATHLEEN HAYWARD, ALAN HELD, MARIA HELD, ERIC HENDERSON, JOELLE HENDERSON, ANGELA HOANG, KHANH HOANG, | CIVIL ACTION NO. 07-4837<br><br>SECTION " "<br><br>MAGISTRATE: |

LYNDA F. KELLER, JEFFREY KENNEY, LOIS LANDRUM, RONALD U. LANDRY, SHELLEY S. LANDRY, EDWARD M. LANG, ANGELA C. LANG, JUDITH LATAPIE, BLAINE LECESNE, KIM K. LEDDY, RICHARD LIND, LOIS LIVAUDAIS, BERTILE MACK, LOUIS MAHONEY, FREDA MATTOX, FRANCISCO MAYORQUIN, MARINA MAYORQUIN, EDWARD MCGRATH, JOSEPH MCGRATH, ROSE MCGRATH, TIM MCGRATH, SHAWN MCGRATH, MICHAEL B. MCGUIRE, ESTATE OF LUCILLE MELERINE, ROSE MENNESSES, ELIZABETH MYERS, NICHOLAS MEYERS, TERRY MEYERS, ALBERT MONTALBANO, JOE MONTALBANO, LINDA MONTALBANO, LISA W. MORRISON, GWENDOLYN MUNSCH, LAURIN MUNSCH, ALINE MURPHEY, JAN NIXON, VIRGIL NIXON, JOHN NOLL, NOLMAR CORPORATION, BESSIE PAPAZIS, EFFIE PAPAZIS, IRENE PAPAZIS, CHAD PHILLIPS, MELVIN PHILLIPS, TERRY PHILLIPS, ROY FRISCHHERTZ CONSTRUCTION, BOB SANDERSON, DALE SANDERSON, SCRAMOZZA, JOSEPH, ALPHONSE J. SHEA, JANET R. SHEA, GARY TREDWAY, LAURA TREDWAY, SHERLYN N. TURNER, DAN WAGNER, MARY A. WAGNER, RICHARD WARD, RECONDAL WESCO, STANLEY WESCOTT, DORIS C. WOLFE, VICTORIA A. WOLFE, WILLIAM B. WOLFE, AND NANCY F. ZUCCONI

**VERSUS**

THE BOARD OF COMMISIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT; THE UNITED STATES OF

AMERICA; GULF GROUP INC. OF
FLORIDA; PITMAN CONSTRUCTION
CO. OF LOUISIANA, PITTMAN
CONSTRUCTION COMPANY, INC.,
BURK-KLEINPETER, INC., BURK-
KLEINPETER, LLC., B & K
CONSTRUCTION COMPANY, INC.,
MILLER EXCAVATING SERVICES,
INC., JAMES CONSTRUCTION GROUP,
INC., EUSTIS ENGINEERING CO., INC.,
MODJESKI AND MASTERS, INC.,
WASHINGTON GROUP
INTERNATIONAL, INC., VIRGINIA
WRECKING COMPANY, INC., BOH
BROS. CONSTRUCTION CO., LLC, AND
THE STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

FILED:_____         _____
                                                                                                DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56**

Pittman Construction Co. of LA, Inc., through undersigned counsel, moves the Court to grant a Summary Judgment in the above entitled and numbered cause, dismissing it from this litigation, with prejudice, and in support of the Motion, shows to the Court that there is no genuine issue as to any material fact, and that mover is entitled to a judgment as a manner of law under FRCP 56, as shown, beyond a doubt, by the Affidavit of Charles R. Pittman, president of Pittman Construction Co. of LA, Inc., attached hereto, incorporated herein, and marked Exhibit "A" for identification.

        Respectfully submitted,

        **WIEDEMANN & WIEDEMANN**

        <u>/s/ Lawrence D. Wiedemann</u>
        LAWRENCE D. WIEDEMANN #13457
        821 Baronne Street
        New Orleans, Louisiana  70113
        Telephone:  504-581-6180

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail,  to non-CM/ECF participants.

     New Orleans, Louisiana, this 8th day of October, 2007.

                <u>    /s/ Lawrence D. Wiedemann     </u>
                LAWRENCE D. WIEDEMANN