UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GAIL ALBANO, JOHN F. ALBANO, APRIL C. ANTOINE, JOYCE M. ANTOINE, MURPHY ANTOINE, TERRANCE T. ANTOINE, PATRICIA F. ARNOLD, SANDRA BASS, ALBERT BELLIZAN, SHEILA BELLIZAN, DONALD BOIHEM, DONALD BOIHEM, JR., KATHLEEN BOIHEM, COLLEN BORDELON, KENNETH AND VELMA CAMPO, RUDY AND MARIE CERONE, TIMOTHY CLARK, AMPARO F. CRUZ, DONALD R. DUPLANTIER, ELLEN BRIDGET DUXWORTH, FAKJA, DARLENE FAIRLEY, KATHLEEN FRANKLIN, ADAM FRISCHHERTZ, AMANDA FRISCHHERTZ, ANDREA FRISCHHERTZ, BRAD N. FRISCHHERTZ, EMILY FRISCHHERTZ, ISABEL S. FRISCHHERTZ, KRISTIN R. FRISCHHERTZ, LAWRENCE A. FRISCHHERTZ, LLOYD N. FRISCHHERTZ, MARCELLE FRISCHHERTZ, MARC L. FRISCHHERTZ, MARGARET FRISCHHERTZ, ROY E. FRISCHHERTZ, III, ROY E. FRISCHHERTZ, JR, WILLIE J. GALMAN, PAT GILLIAN, JANIS GROETSCH, MELISSA GROETSCH, JASON GROETSCH, ROBERT GROS, FRANCESCO J. GUASTELLA, ROSARIA A. GRASTELLA, ROSARIO GUASTELLA, PAUL GUMPERT, SUSAN GUMPERT, KATHLEEN HAYWARD, ALAN HELD, MARIA HELD, ERIC HENDERSON, JOELLE HENDERSON, ANGELA HOANG, KHANH HOANG, | CIVIL ACTION NO. 07-4837<br><br>SECTION "  "<br><br>MAGISTRATE: |

LYNDA F. KELLER, JEFFREY KENNEY, LOIS LANDRUM, RONALD U. LANDRY, SHELLEY S. LANDRY, EDWARD M. LANG, ANGELA C. LANG, JUDITH LATAPIE, BLAINE LECESNE, KIM K. LEDDY, RICHARD LIND, LOIS LIVAUDAIS, BERTILE MACK, LOUIS MAHONEY, FREDA MATTOX, FRANCISCO MAYORQUIN, MARINA MAYORQUIN, EDWARD MCGRATH, JOSEPH MCGRATH, ROSE MCGRATH, TIM MCGRATH, SHAWN MCGRATH, MICHAEL B. MCGUIRE, ESTATE OF LUCILLE MELERINE, ROSE MENNESSES, ELIZABETH MYERS, NICHOLAS MEYERS, TERRY MEYERS, ALBERT MONTALBANO, JOE MONTALBANO, LINDA MONTALBANO, LISA W. MORRISON, GWENDOLYN MUNSCH, LAURIN MUNSCH, ALINE MURPHEY, JAN NIXON, VIRGIL NIXON, JOHN NOLL, NOLMAR CORPORATION, BESSIE PAPAZIS, EFFIE PAPAZIS, IRENE PAPAZIS, CHAD PHILLIPS, MELVIN PHILLIPS, TERRY PHILLIPS, ROY FRISCHHERTZ CONSTRUCTION, BOB SANDERSON, DALE SANDERSON, SCRAMOZZA, JOSEPH, ALPHONSE J. SHEA, JANET R. SHEA, GARY TREDWAY, LAURA TREDWAY, SHERLYN N. TURNER, DAN WAGNER, MARY A. WAGNER, RICHARD WARD, RECONDAL WESCO, STANLEY WESCOTT, DORIS C. WOLFE, VICTORIA A. WOLFE, WILLIAM B. WOLFE, AND NANCY F. ZUCCONI

**VERSUS**

THE BOARD OF COMMISIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT; THE UNITED STATES OF AMERICA; GULF GROUP INC. OF

FLORIDA; PITMAN CONSTRUCTION
CO. OF LOUISIANA, PITTMAN
CONSTRUCTION COMPANY, INC.,
BURK-KLEINPETER, INC., BURK-
KLEINPETER, LLC., B & K
CONSTRUCTION COMPANY, INC.,
MILLER EXCAVATING SERVICES,
INC., JAMES CONSTRUCTION GROUP,
INC., EUSTIS ENGINEERING CO., INC.,
MODJESKI AND MASTERS, INC.,
WASHINGTON GROUP
INTERNATIONAL, INC., VIRGINIA
WRECKING COMPANY, INC., BOH
BROS. CONSTRUCTION CO., LLC, AND
THE STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

FILED:_____          _____
                                              DEPUTY CLERK

*****************************************************************

## NOTICE

TO:   Lloyd Frischertz
      1130 St. Charles Avenue
      New Orleans, LA 70130

   Please take notice that mover, Pittman Construction Co. of LA, Inc., will bring the attached

Motion for Summary Judgment herein for hearing on the 28th day of November, 2007, at 9:30 a.m.,

and you are invited to appear and take such part as you deem fit and proper.

   New Orleans, Louisiana, this 8th day of October, 2006.

Respectfully submitted,

**WIEDEMANN & WIEDEMANN**


<u>/s/ Lawrence D. Wiedemann</u>
LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana  70113
Telephone:  504-581-6180


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail,  to non-CM/ECF participants.

New Orleans, Louisiana, this 8th day of October, 2007.

<u>                                                                                         /s/ Lawrence D. Wiedemann</u>
                                                                                         LAWRENCE D. WIEDEMANN