UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO: BARGE** | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutee v. Lafarge*   05-5531 | * | |
| *Mumford v. Ingram*   05-5724 | * | |
| *Lagarde v. Lafarge*   06-5342 | * | **JUDGE** |
| *Perry v. Ingram*   06-6299 | * | **STANWOOD R. DUVAL, JR.** |
| *Benoit v. Lafarge*   06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | **MAG.** |
| *Lafarge v. USA*   07-5178 | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |

**MEMOROANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SIXTH SUPPLEMENTAL AND AMENDING *MUMFORD* COMPLAINT**

MAY IT PLEASE THE COURT:

Good cause for granting leave to file the Sixth Supplemental and Amending *Mumford* Complaint includes compliance with pleading requirements contained in CMO No. 4., the discovery deadline contained in CMO No. 5 - which requires written class certification discovery to be served by October 12, 2007, the fact that this discovery is based upon a proposed class definition in the complaint sought to be filed, and the influx of facts now permitting a proposed class definition.

Undersigned are obligated to comply with certain provisions of Case Management Order No. 4 which, until transfer into this litigation, did not govern the litigants now known as the BARGE plaintiffs. Such provisions include, without limitation, specific direction concerning pleading of class representatives' identities and pertinent information. These are included in the proposed supplemental complaint.

Additionally, as undersigned explain in their recently granted Motion to Enlarge Class Certification Deadlines (Record Doc., 7913), the sudden, unexpected transfer and creation of the BARGE subgroup, and the unexpectedly rapid class certification deadlines, entail certain preparatory measures intended to promote just and efficient class definition and certification. Extension of deadlines other than the October 12, 2007 deadline for serving written discovery requires the filing of the proposed supplemental complaint, as much of the BARGE plaintiffs' class certification discovery addresses proposed class definitions in the complaint. Filing the complaint now represents the only opportunity to allege these proposed definitions on the record before expiration of the said discovery deadline. The class and subclass definitions can be addressed in the motion for class certification now due in December 2007, but this deadline will occur long after that for serving written discovery has passed.

Also, in light of gathering facts learned through continuing discovery and investigation, and through continued accumulation of and contact with putative class member-clients, it is appropriate to supplement and amend the Mumford complaint to clarify and describe the nature and extent of the proposed class and the class-wide damages for which compensation is sought. The proposed complaint does this also.

This effort involves no new causes of action, and no new defendants, but seeks only clarification and compliance in the foregoing respects, affording for the Court and parties a template for class certification proceedings equally applicable to and effective as the entire putative BARGE class. It is so moved.

RESPECTFULLY SUBMITTED,

WIEDEMANN & WIEDEMANN

       \s\Lawrence D. Wiedemann
       LAWRENCE D. WIEDEMANN, (13457)
       KARL WIEDEMANN, (18502)
       KAREN WIEDEMANN, (21151)
       821 Baronne Street
       New Orleans, Louisiana   70113
       Telephone: (504) 581-6180
       Attorneys for Plaintiffs


       LAW OFFICE OF BRIAN A. GILBERT


       \s\Brian A. Gilbert
       BRIAN A. GILBERT, (21297)
       821 Baronne Street
       New Orleans, Louisiana   70113
       Telephone: (504) 885-7700
       Attorney for Plaintiffs


       \s\Patrick J. Sanders
       PATRICK J. SANDERS, (18741)
       Attorney at Law
       3316 Ridgelake Drive
       Metairie, Louisiana   70002
       Telephone: (504) 834-0646
       Attorney for Plaintiffs


## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8 day of October, 2007.


       \s\Brian A. Gilbert
       BRIAN A. GILBERT