UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 and consolidated cases |
| PERTAINS TO:  BARGE | * * | |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*        05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*           06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*        06-7516 | * | |
| *Parfait Family v. USA*  07-3500 | * | MAG. |
| *Lafarge v. USA*            07-5178 | * | JOSEPH C. WILKINSON, JR. |

**MOTION TO EXPEDITE HEARING**

Movers respectfully request expedited hearing of the Motion for Leave to File Sixth Supplemental and Amending *Mumford* Complaint in order that same be filed in time to permit compliance with the October 12, 2007 deadline for propounding written class certification discovery requests.  These requests are based in large part upon the class definition proposed in the Sixth Supplemental and Amending Mumford Complaint, as no earlier opportunity exists to propose a class definition for discovery purposes.

It is so moved.

RESPECTFULLY SUBMITTED,

WIEDEMANN & WIEDEMANN

\s\Lawrence D. Wiedemann

LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs


LAW OFFICE OF BRIAN A. GILBERT


\s\Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs



\s\Patrick J. Sanders
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8 day of October, 2007.

\s\Brian A. Gilbert
BRIAN A. GILBERT