**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | SECTION "K" (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*          05-5724 | * | |
| *Lagarde v. Lafarge*         06-5342 | * | JUDGE |
| *Perry v. Ingram*            06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*      07-3500 | * | MAG. |
| *Lafarge v. USA*             07-5178 | * | JOSEPH C. WILKINSON, JR. |

<u>ORDER GRANTING EXPEDITE HEARING</u>

Considering the BARGE PSLC's Motion to Expedite, it is hereby ORDERED that expedited

hearing of Motion for Leave to File Sixth Supplemental and Amending *Mumford* Complaint is

granted, to occur on the _____ day of October, 2007.


New Orleans, Louisiana, this _____ day of October, 2007.


_____
HON. JOSEPH C. WILKINSON, JR.
U. S. MAGISTRATE



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing document has been served upon

counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile, and/or ECF upload, this 8 day of October, 2007.


\s\Brian A. Gilbert
BRIAN A. GILBERT