UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALDINE PROCTOR | * | CIVIL ACTION: 07-3453 |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | SECTION: "K" |
| | * | |
| | * | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

NOW INTO COURT, through undersigned counsel, comes the named defendant, Allstate Insurance Company, and in its capacity as a alleged homeowner's insurer of the plaintiff, Geraldine Proctor, and who, for the reasons more fully set forth in the accompanying memorandum, suggests that there are no material facts in dispute and that mover is entitled to judgment, as a matter of law, to a dismissal, based on the failure of plaintiff, Geraldine Proctor, to state a cause of action against Allstate Insurance Company for which relief can be granted. Mover incorporates, by reference, its Memorandum in Support hereof, Affidavit, and exhibits.

WHEREFORE, it is prayed that the claims of the plaintiff, Geraldine Proctor, against Allstate Insurance Company, in its capacity as alleged homeowner's insurer, be dismissed, with prejudice, at plaintiff's costs.

RESPECTFULLY SUBMITTED,


/s/ Scott G. Jones
SCOTT G. JONES (#14408)
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940
Email: scott@inabnetjones.com

*Attorney for Allstate Insurance Company in its alleged capacity as homeowner insurer*


## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.
.

/s/ Scott G. Jones
SCOTT G. JONES