UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALDINE PROCTOR | * | CIVIL ACTION: 07-3453 |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | SECTION: "K" |
| | * | |
| | * | MAGISTRATE: 2 |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12 (B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

MAY IT PLEASE THE COURT:

Defendant herein, Allstate Insurance Company, submits its Memorandum in Support of its Motion to Dismiss the claims of Geraldine Proctor pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure. Quite simply, Allstate Insurance Company avers herein that the plaintiff, Geraldine Proctor, fails to state a cause of action against Allstate Insurance Company on the basis that Allstate Insurance Company did not issue any policy of insurance to Geraldine Proctor for the property referenced in her Complaint for Damages. Accordingly, Allstate Insurance Company should be dismissed from this cause of action.

## ARGUMENT

On or about June 21, 2007, the plaintiff, Geraldine Proctor, filed a First Supplemental and Amending Complaint. In her Complaint, the plaintiff alleges that she sustained damages to her residence at 2004 Franklin Avenue, New Orleans, LA 70117, caused by wind, wind driven rain, flooding and waters entering the City of New Orleans as a result of Hurricane Katrina. (Complaint, ¶ 19). Further, the plaintiff alleges in her Complaint (¶ 24) that Allstate issued a policy of insurance that provided coverage for said property and that the plaintiff should be able to recover against Allstate for damages caused by covered perils. (Complaint ¶¶ 25 and 26).

However, the plaintiff was never issued a homeowners policy by Allstate Insurance Company. In this regard, Allstate Insurance Company has attached hereto, as Exhibit "A", which has been signed by John Marshall on behalf of Allstate Insurance Company. As the Court can see, by way of this Affidavit, Mr. Marshall sets forth that Allstate Insurance Company did not issue a policy of insurance to Geraldine Proctor for the aforementioned property on Franklin Avenue in New Orleans, Louisiana, nor received any premiums for any such policy of insurance.

## CONCLUSION

Accordingly, there is simply no basis for the maintenance of the plaintiff's cause of action against Allstate Insurance Company. The plaintiff has failed to set forth any allegations which reference specific policy number on a policy allegedly issued by Allstate to Geraldine Proctor or for property on Franklin Avenue in New Orleans. Accordingly, the plaintiff's claims against Allstate should be dismissed, with prejudice.

RESPECTFULLY SUBMITTED,

/s/ Scott G. Jones
SCOTT G. JONES (#14408)
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940
Email: scott@inabnetjones.com

*Attorney for Allstate Insurance Company in its alleged capacity as homeowner insurer*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Scott G. Jones
SCOTT G. JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALDINE PROCTOR | * | CIVIL ACTION |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | SECTION |
| | * | |
| | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

STATE OF FLORIDA

COUNTY OF SEMINOLE

    BEFORE ME, the undersigned authority, personally came and appeared

JOHN MARSHALL

who, after being duly sworn did depose and state as follows:

I.

    He is an employee of the Allstate Insurance Company and has been so employed for 29 years.



II.

That he has reviewed the underwriting records of Allstate Insurance Company relative to the claim of Geraldine Proctor for damage to a residence located at 2004 Franklin Avenue, New Orleans, Louisiana.

III.

Records of Allstate do not indicate there was a homeowners policy issued to Geraldine Proctor for said property and no premiums were received.

IV.

The above information is true and correct to the best of his knowledge and belief.

_____
John Marshall

SWORN TO AND SUBSCRIBED BEFORE
ME, THE UNDERSIGNED NOTARY, THIS
2nd DAY OF OCTOBER, 2007.

_____
NOTARY PUBLIC

CHRISTOPHER M. SCULLY
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD604748
EXPIRES 10/12/2010
BONDED THRU 1-888-NOTARY