UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALD NORMAN | * | CIVIL ACTION: 07-3450 |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | SECTION: "K" |
| | * | |
| | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion to Dismiss Pursuant to Rule 12(B)(6) filed on behalf of the defendant, Allstate Insurance Company, has been set for hearing before the Court on the 31st day of October, 2007, at 9:30 a.m. You are hereby invited to participate and attend as you see fit.

Thus signed in New Orleans, Louisiana this _____ day of October, 2007.

_____
U.S. DISTRICT JUDGE