UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERALD NORMAN | * | CIVIL ACTION: 07-3450 |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| ALLSTATE INSURANCE COMPANY | * | SECTION: "K" |
| | * | |
| | * | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

NOW INTO COURT, through undersigned counsel, comes the defendant, Allstate Insurance Company, in its capacity as alleged homeowner's insurer of the plaintiff, and who in support of its Motion for Summary Judgment lists the following material facts not in dispute:

I.

Hurricane Katrina occurred on August 29, 2005.

II.

Plaintiff owns immovable property located at 7541 Briarheath Drive, New Orleans, Louisiana.

III.

Allstate did not issue a homeowners policy to plaintiff.

RESPECTFULLY SUBMITTED,


/s/ Scott G. Jones
SCOTT G. JONES (#14408)
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, Louisiana 70471
Telephone: (985) 624-9920
Facsimile: (985) 624-9940
Email: scott@inabnetjones.com

*Attorney for Allstate Insurance Company in its alleged capacity as homeowner insurer*


CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Scott G. Jones
SCOTT G. JONES