UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Katrina Canal Breaches** | * | **CIVIL ACTION NO.:** |
| **Consolidated Litigation** | * | **05-4182** |
| | * | |
| | * | **SECTION: "K" (2)** |
| | * | |
| **Pertains to:** | * | **JUDGE: DUVAL** |
| **INSURANCE** | * | |
| **CASE NO.: 06-8756** | * | **MAGISTRATE: WILKINSON** |
| **Don and Cynthia Riley v.** | * | |
| **Allstate Insurance Co.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' WITNESS AND EXHIBIT LIST**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **Don and Cynthia Riley**, who submit the following list of witnesses and exhibits:

**I.   WITNESSES:**

1. Don Riley
   4819 Longfellow
   New Orleans, LA 70127

2. Cynthia Riley
   4819 Longfellow
   New Orleans, LA 70127

3. Rod Jerkins
   Insurance Loss Consultants, LLC
   P. O. Box 9254
   Mobile, AL 36691

4. John Chapetta
   Chapetta Insurance Agency
   401 Veterans Blvd., Suite 104
   Metairie, LA 70005

5. John Pritchard
   Allstate Adjuster

6. Connie Cashion
   Allstate Adjuster

7. Darrell Jarrell
   Allstate Adjuster

8. Bruce Allums
   Allstate Adjuster

9. Cathy Aders
   Allstate Adjuster

10. Vincent Leblanc
    Allstate Adjuster

11. William Kauffman
    Allstate Adjuster

12. Mark Vetrovec
    Allstate Adjuster

13. Yolanda Hinton
    Allstate Adjuster

14. Mark Millwood
    Allstate Pilot Manager

15. Caleb Lopez
    Allstate Adjuster

16. Jozette Woodson
    Allstate Adjuster

17. Kristee McElheny
    Allstate Adjuster

18. Frank Meicher
    Allstate Adjuster

19. Michael Claymore
    Allstate Adjuster

20. Matthew Recker
    Allstate Adjuster

21. Tina Black
    Allstate Adjuster

22. Aaron Nguyen
    Allstate Adjuster

23. Phyllis Roache
    Allstate Adjuster

24. Danny Clark
    Allstate Ajuster

25. Latasha Timmons
    Allstate Adjuster

26. Dee Thomas
    Allstate Adjuster

27. Lakieda Blakely
    Allstate Adjuster

28. Raymond Moreland

Allstate Adjuster

29. Marc Devereaux
Allstate Adjuster

30. Sandra Askew
Allstate Adjuster

31. Tangela Neal
Allstate Adjuster

32. Edner Mitchell
Allstate Adjuster

33. Christi Billups
Allstate Adjuster

34. Melissa Woodhouse
Allstate Adjuster

35. Aaron Smithson
Allstate Adjuster

36. Darrell Jarell
Allstate Adjuster

37. Jeffery Botdorf
Allstate Adjuster

38. Octavia Paul
Allstate Adjuster

39. Kim Patton
Allstate Adjuster

40. Nathan Kungel
Allstate Adjuster

41. Edner Mitchell
    Allstate Adjuster

42. Darrell Vo Von Thun
    Allstate Adjuster

43. Marc Devereaux
    Allstate Adjuster

44. Tahera Qadeer
    Allstate Adjuster

45. Sandra Askew
    Allstate Adjuster

46. Lorena Tamayo
    Allstate Adjuster

47. Caleb Lopez
    Allstate Adjuster

48. Lovita Pfeifer
    Allstate Adjuster

49. Linda McNeal
    Allstate Adjuster

50. David Gilliland
    Allstate Adjuster

51. Matthew Recker
    Allstate Adjuster

52. Gwendolyn Armstrong
    Allstate Adjuster

53. Tony Dent

        Allstate Adjuster

54.    Jennifer Boeckelman
       Allstate Adjuster

55.    Merilyn Flores
       Allstate Adjuster

## II. EXHIBITS:

1. A certified copy of Allstate Insurance Company policy #045797629.

2. A copy of estimate prepared by Rod Jerkins.

3. Photographs of the property.

4. Any reports listed by any other party to this matter.

5. Any documents introduced in discovery of this matter.

6. Any exhibits listed by any other party to this matter.

Plaintiffs reserve their right to supplement this list prior to trial.

          Respectfully submitted,
          **PATRICK G. KEHOE, JR., APLC**

          s/Patrick G. Kehoe, Jr.
          **Patrick G. Kehoe, Jr. - 14419**
          833 Baronne Street
          New Orleans, LA 70113
          Telephone:  504-588-1110
          Facsimile:  504-588-1954

          **CONNICK AND CONNICK, LLC**
          **William P. Connick - 14158**
          2551 Metairie Road
          Metairie, LA 70005

Telephone:  504-838-8777
Facsimile:  504-838-9903

**LAW OFFICES OF ROY F. AMEDEE, JR.**
**Roy F. Amedee, Jr. - 2449**
**Brent A. Klibert - 29296**
228 St. Charles Avenue, Suite 801
New Orleans, LA 70130
Telephone:  504-592-3222
Facsimile:  504-592-8783

**LESTELLE & LESTELLE, APLC**
**Terrence J. Lestelle - 08540**
**Andrea S. Lestelle - 08539**
**Jeffery B. Struckhoff** - **30173**
3421 N. Causeway Blvd., Suite 602
Metairie, LA 70002
Telephone:  504-828-1224
Facsimile:  504-828-1229

**ROBICHAUX LAW FIRM**
**J**. **Van Robichaux, Jr. - 11338**
6305 Elysian Fields Avenue, Suite 304
P. O. Box 792500
New Orleans, LA 70179
Telephone: 504-286-2022
Facsimile: 504-282-6298

**UNGAR & BYRNE, APLC**
**Randy J. Ungar – 12387**
365 Canal Street, Suite 2520
New Orleans, LA 70130
Telephone:  504-566-1616
Facsimile:  504-566-1652

**ALLAN BERGER & ASSOCIATES, APLC**
**Allan Berger - 2977**
4173 Canal Street
New Orleans, LA 70119
Telephone:  504-486-9481
Facsimile:  504-483-8130

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 8th day of October, 2007, electronically filed the foregoing document by using CM/ECF, which will send an electronic notice to all counsel of record by operation of the Court's electronic filing system.

s/Patrick G. Kehoe, Jr.
PATRICK G. KEHOE, JR.