UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION K(2) |
| | * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |
| PERTAINS TO: BARGE *Mumford v. Ingram*, No. 05-5724 | * | |

### RULE 41(a)(1) STIPULATION OF DISMISSAL

All Plaintiffs and defendant Riverway Company, along with other parties to this civil action, through undersigned counsel, hereby stipulate to the dismissal of defendant Riverway Company, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/Lawrence D. Wiedemann
Lawrence D. Wiedemann
WIEDEMANN & WIEDEMANN
P. O. Box 30648
New Orleans, LA 70190-0648
821 Baronne Street 70130
Phone: 581-6180
Fax: 581-4336

688976_1.DOC

        Brian A. Gilbert
        LAW OFFICE OF BRIAN A. GILBERT
        821 Baronne Street
        New Orleans, LA  70113
        Phone: 885-7700
        Phone: 581-6180
        Fax: 581-4336

        Patrick J. Sanders
        3123 Ridgelake Drive
        Suite B
        Metairie, LA  70002
        Phone: 834-0646
        Fax: 835-2401
        **Attorneys for Ethel Mumford, et al**


/s/ Don K. Haycraft
        S. Gene Fendler, T.A. (Bar # 5510)
        David W. Leefe (Bar #1479)
        Don K. Haycraft, (Bar #14361)
        LISKOW & LEWIS
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, LA 70139-5099
        Phone: (504)581-7979
        Fax: (504)581-4108
**Attorneys for Riverway Company**


/s/ Robert B. Fisher, Jr.
        Robert B. Fisher, Jr., T.A. (#5587)
        Derek A. Walker (#13175)
        Parker Harrison (#27538)
        CHAFFE, MCCALL, PHILLIPS, TOLER
        & SARPY
        2300 Energy Centre
        1100 Poydras Street, Suite 2300
        New Orleans, LA  70163-2300
        Phone: 585-7000
        Fax: 585-7075
**Attorneys for Lafarge North America, Inc.**

/s/ Daniel A. Webb
<div style="margin-left: 2em;">
Daniel A. Webb (#13294)
SUTTERFIELD & WEBB, LLC
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Phone: 598-2715

John D. Aldock
Mark Raffman
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
Phone: 202-346-4000
Fax: 202-346-4444
</div>
**Attorneys for NYMAGIC, American Home Assurance Company and International Marine Underwriters**

/s/ A. Gordon Grant
<div style="margin-left: 2em;">
A. Gordon Grant, Jr. (#6221)
Philip S. Brooks, Jr. (#21501)
MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, LLP
1100 Poydras Street, Suite 3300
New Orleans, LA  70163
Phone: 585-3200
Fax: 585-7688
</div>
**Attorneys for American Steamship Owners Mutual Protection and Indemnity Association, Inc.**

/s/ Kara K. Miller
<div style="margin-left: 2em;">
Kara K. Miller
TORTS BRANCH, CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P. O. Box 888, Benjamin Franklin Station
Washington, D.C.  20044
Phone: 202-616-4448
Fax: 202-616-5200
</div>
**Attorneys for the United States of America**

      /s/ Thomas P. Anzelmo
      Thomas P. Anzelmo (#2533)
      Mark E. Hanna (19336)
      MCCRANIE, SISTRUNK, ANZELMO,
      HARDY, MAXWELL & MCDANIEL
      3445 N. Causeway Blvd., Suite 800
      Metairie, LA  70002
      Phone:  831-0946
      Fax:  831-2492
      **Attorneys for the Board of Commissioners of the Orleans Levee District**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to non-CM/ECF participants.

      /s/ Don K. Haycraft

688976_1.DOC