UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* <br>* NO. 05-4182 "K" (2)<br>* <br>* SECTION ""<br>* |
| PERTAINS TO: | * JUDGE DUVAL<br>* |
| ALL LEVEE AND MRGO, ROBINSON (06-2268) | * MAGISTRATE WILKINSON<br>* <br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. Any and all communications between counsel and experts relating to the drafting of expert reports during the class certification and "common liability" phases will be protected and non-discoverable pursuant to Sections III(D)(5) and IV(E)(2) of Case Management and Scheduling Order No. 4, respectively.

2. Subject to and without waiving Sections III(D)(5) and IV(E)(2) of CMO. No. 4 or the provisions of any protective orders in the above-captioned litigation, the MRGO Plaintiffs and Defendants, the LEVEE Plaintiffs and Defendants, the Robinson Plaintiffs, and the United

894733v.1

States agree that any facts and documents (other than draft expert reports) disclosed or provided by counsel to an expert that were subsequently relied upon by said expert in the drafting of his or her report shall be discoverable. This agreement shall apply both to the class certification and "common liability" phases of the litigation.

3. The *Robinson* Plaintiffs and the United States agree that drafts of expert reports shall not be discoverable or admissible for any purpose in the *Robinson* matter, including impeachment. Any and all communications between counsel and experts relating to the drafting of expert reports during the class certification and "common liability" phases will be protected and non-discoverable in the *Robinson* matter.

*Joseph M. Bruno*
Joseph M. Bruno (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
L. Scott Joanen (La. Bar No. 21431)
BRUNO & BRUNO
855 Baronne Street
New Orleans, Louisiana  70113
(504) 525-1335

*Liaison Counsel on Behalf of the MRGO and LEVEE Plaintiffs*


*Robin D. Smith*
Robin D. Smith, Senior Trial Attorney
Torts Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400

*Attorneys for the United States*

*/s/Heather S. Lonian*
William D. Treeby, (La. Bar No. 12901)
Carmelite M. Bertaut
Heather S. Lonian
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
(504) 581-2300

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
(404) 521-3939

Adrian Wager-Zito
Julie E. McEvoy
Debra S. Clayman
Christopher R. Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-3939

*Attorneys for Washington Group International, on Behalf of the MRGO and LEVEE Defendants*

894733v.1

- 3 -

| | |
|---|---|
| *Pierce O'Donnell* | *Ralph S. Hubbard, III* |
| Pierce O'Donnell | Ralph S. Hubbard, III |
| O'DONNELL & ASSOCIATES PC | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD |
| 550 South Hope Street, Suite 1000 | 601 Poydras Street, Suite 2775 |
| Los Angeles, CA 90071 | New Orleans, LA 70130 |
| (213) 347-0290 | |
| *Attorneys for the Robinson Plaintiffs* | Defense Liaison Counsel, *on Behalf of the MRGO and LEVEE Defendant*s |

**SO ORDERED**:

New Orleans, Louisiana, this \_\_\_\_9th\_\_\_ day of October, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

- 3 -

894733v.1