UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, *Phyllis R. Copeman,* | § | |
| (07-2742) | § | |
| | § | |

EX PARTE CONSENT MOTION FOR AN EXTENSION OF TIME

The United States of America respectfully moves pursuant to Local Rule 7.9 for an extension of thirty (30) days within which to Answer or otherwise respond to plaintiff's Complaint. At present, the deadline to answer is today, October 9, 2007.

STATEMENT OF ATTEMPT TO OBTAIN CONSENT

Undersigned counsel certifies that today counsel for the United States called the telephone number listed by plaintiff in her administrative claim and left a call back number. At the time of filing this motion counsel had not received a return call. Counsel also called telephone information directory assistance to confirm or in the alternative to obtain a telephone number for plaintiff Copeman (who is apparently pro se) at the address listed in the Complaint. Directory assistance did not have a number for plaintiff. Also, because there is no counsel listed in the Complaint, counsel was unable to speak to anyone representing plaintiff. Thus, counsel for the United States cannot state whether or not the motion is opposed. This motion, however,

is not made for any improper purpose, but out of a genuine need for more time.

**WHEREFORE**, the United States respectfully requests that an extension of time from October 9, 2007, up to and including November 8, 2007, be granted to Answer or otherwise respond.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director
        Torts Branch, Civil Division

        JAMES G. TOUHEY
        Assistant Director
        Torts Branch, Civil Division

        /s/ Richard R. Stone
        RICHARD R. STONE, SR.
        Senior Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        Post Office Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States of America

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I, Richard R. Stone, hereby certify that on October 9, 2007, I served a copy of the United States' Ex Parte Motion for an Extension of Time and Proposed Order upon all parties by ECF.

I also served by First Class mail postage prepaid a copy of this motion and order to the following address:

Phyllis R. Copeman, 3144Victoria Drive, Trailer 112, Baton Rouge, LA 70805.


   /s/ Richard R. Stone
   RICHARD R. STONE, SR.