UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | *<br>* | JUDGE:  DUVAL "K" |
| Midland, C.A. No. 07-4855 | *<br>* | MAGISTRATE:  WILKINSON (2) |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### ORDER

Considering the foregoing Unopposed *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Defendant, Allstate Insurance Company, be and hereby is granted a fifteen-day extension of time up to and including October 25, 2007, within which to answer or otherwise respond to the Plaintiff's Petition.

New Orleans, Louisiana, this _____ day of October, 2007.

_____
J U D G E