UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | * <br> * | JUDGE:  DUVAL "K" |
| Midland, C.A. No. 07-4855 | * <br> * | MAGISTRATE:  WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ALLSTATE INSURANCE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware corporation.  The stock of The Allstate Corporation is publicly traded.  No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Respectfully submitted,

*/s/ Edward R. Wicker, Jr.*
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
ewicker@barrassousdin.com
*Attorneys for Allstate Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Allstate Insurance Company's Corporate Disclosure Statement has been served upon all counsel of record by filing in the Court's electronic filing system, and, for non-participants, by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 9th day of October, 2007.

*/s/ Edward R. Wicker, Jr.*