```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT - 4 2007

LORETTA G. WHYTE
       CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: __10/4/07__

__Marguerite Abrahms, et al__

vs.

__USA, et al__

Case No. __07-5044__ Section __"K"(2)__

Consolidated with 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) __Peter D. Keisler - US Attorney General__
   (address) __950 Pennsylvania Ave. NW__
2. (name) __Washington, DC 20530-0001__
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
         "Signature"
Attorney for __Plaintiffs__
Address _____

___ Fee _____
_X_ Process _____
_X_ Dktd _____
___ CtRmDep _____