UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | *<br>* | JUDGE:  DUVAL "K" |
| Midland, C.A. No. 07-4869 | *<br>* | MAGISTRATE:  WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED *EX PARTE* MOTION FOR EXTENSION OF TIME

Defendants, Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company, (collectively, "Liberty Mutual"), without waiving any defenses or objections, hereby move *ex parte* pursuant to Local Rule 7.9E for a fifteen-day extension of time up to and including October 25, 2007, within which to answer or otherwise respond to the Plaintiff's Petition. The answer would otherwise be due on October 10, 2007, per Judge Berrigan's September 7, 2007 Order.  Plaintiff's counsel has been contacted, and they have no objection to the short extension of time.

**WHEREFORE**, Defendants respectfully move this Court on an *ex parte* basis for an extension of time up to and including October 25, 2007, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted,

*/s/ Edward R. Wicker, Jr.*
Judy Y. Barrasso, 2814
H. Minor Pipes, 24603
Edward R. Wicker, Jr., 27138
BARRASSO USDIN
KUPPERMAN FREEMAN &
SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
ewicker@barrassousdin.com

*Attorneys for Liberty Mutual Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Liberty Mutual Fire Insurance Company's Unopposed *Ex Parte* Motion for Extension of Time has been served upon all counsel of record by filing in the Court's electronic filing system, and, for non-participants, by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 9th day of October, 2007.

*/s/ Edward R. Wicker, Jr.*