UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | | |
| PERTAINS TO: INSURANCE | * | JUDGE:  DUVAL "K" |
| | * | |
| Midland, C.A. No. 07-4869 | * | MAGISTRATE:  WILKINSON (2) |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing Unopposed *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Defendants, Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company, (collectively, "Liberty Mutual"), be and hereby are granted a fifteen-day extension of time up to and including October 25, 2007, within which to answer or otherwise respond to the Plaintiff's Petition.

New Orleans, Louisiana, this _____ day of October, 2007.

_____
J U D G E