UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | * * | JUDGE:  DUVAL "K" |
| Midland, C.A. No. 07-4869 | * * | MAGISTRATE:  WILKINSON (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**LIBERTY MUTUAL FIRE INSURANCE COMPANY'S**
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

| **NON-GOVERNMENTAL CORPORATION PARTIES TO THIS ACTION:** Liberty Mutual Fire Insurance Company<br><br>**PARENT CORPORATION:**<br><br>Liberty Mutual Fire Insurance Company is 100% owned by Liberty Mutual Group, Inc.<br><br><br>Liberty Mutual Group, Inc. is 100% owned by LMHC Massachusetts Holding Co., Inc. | **PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK:**<br><br>None |
|---|---|

Our File No. 13554

94545

| | |
|---|---|
| LMHC Massachusetts Holding Co., Inc. is 100% owned by Liberty Mutual Holding Company, Inc. | |

          Respectfully submitted,

          */s/ Edward R. Wicker, Jr.*
          Judy Y. Barrasso, 2814
          H. Minor Pipes, 24603
          Edward R. Wicker, Jr., 27138
          BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.
          909 Poydras Street, Suite 2400
          New Orleans, Louisiana 70112
          Telephone: (504) 589-9700
          Facsimile: (504) 589-9701
          jbarrasso@barrassousdin.com
          mpipes@barrassousdin.com
          ewicker@barrassousdin.com

          *Attorneys for Liberty Mutual Fire Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Liberty Mutual Fire Insurance Company's Corporate Disclosure Statement has been served upon all counsel of record by filing in the Court's electronic filing system, and, for non-participants, by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 9th day of October, 2007.

          /s/ Edward R. Wicker, Jr.