UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                          NO. 05-4182
PERTAINS TO: 07-1687 (DAVIS)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal;

IT IS HEREBY ORDERD that the above-numbered and entitled matter be dismissed, in its entirety, and as to all parties, with prejudice, each party to bear its own costs. The case shall be marked as administratively closed without prejudice in accordance with the partial settlement agreement and release reached by the parties.

NEW ORLEANS, LOUISIANA, this __9th__ day of __October__, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge