UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REMAND

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development (the "State"), through the Honorable Charles C. Foti, Jr., the Attorney General for the State of Louisiana, and through the undersigned private counsel duly authorized to act for and on behalf of the State, respectfully request that this Honorable Court remand its suit against the Insurance Company Defendants.[1]

---

[1] The Insurance Company Defendants are identified on pages 8-24 of the First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief ("First Amended Petition").

The State filed a state-law action, against a state-regulated industry, to protect the viability of the state-created Road Home Program. Congress never intended the Class Action Fairness Act ("CAFA") to apply to this type of lawsuit because it is predominantly local in nature. Furthermore, involuntarily subjecting the State, which has filed this action in its capacity as *parens patriae*, to litigation in federal court is an impermissible infringement on the dignity of a sovereign State. Such an infringement violates the Eleventh Amendment of the United States Constitution. Accordingly, the State requests that this Court remand this matter to state court.

RESPECTFULLY SUBMITTED,

THE STATE OF LOUISIANA

The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA  70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA  70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW

135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

                                              /s/ Calvin C. Fayard, Jr.
                                              CALVIN C. FAYARD, JR.