UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES             CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182

                                         SECTION "K" MAG "2"

PERTAINS TO: ROAD HOME
*State of Louisiana, C.A. No. 07-5528*    JUDGE DUVAL
                                          MAGISTRATE JUDGE WILKINSON
*******************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO EXCEED PAGE LIMITS

**May It Please the Court:**

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development (the "State"), through the Honorable Charles C. Foti, Jr., the Attorney General for the State of Louisiana, and through the undersigned private counsel duly authorized to act for and on behalf of the State, respectfully submit the following memorandum in support of its Motion to Exceed Page Limits.

The State filed suit against the Insurance Company Defendants to be reimbursed for the millions of dollars paid to victims of Hurricanes Katrina and Rita for losses that were covered under their insurance policies. The State, which chose to file suit in Civil District Court for Orleans Parish, believes that, as a sovereign State, its litigation choices should be respected. A collection of insurers have, however, removed the State's lawsuit to federal court.

These insurers have removed the State's lawsuit pursuant to the Class Action Fairness Act ("CAFA"). Based on the State's research, CAFA has never been applied to an action filed by a state. The insurers' Notice of Removal presents, as a result, novel questions regarding CAFA's provisions and its effect on the Eleventh Amendment to the United State Constitution. The State submits that it is impossible to address all these questions properly within twenty-five pages. Due to the magnitude of this case, and the corresponding need for all the issues to be fully briefed, the State's Memorandum in Support of Motion to Remand is thirty-six pages. The State requests that this Court grant permission for the State to file a memorandum in excess of the limit established by LR 7.8E.[1]

Respectfully submitted,

THE STATE OF LOUISIANA


The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

   /s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

---

[1] The State has attempted, but has been unable, to contact liaison counsel for insurers to determine if they oppose the Motion to Exceed Page Limits

2

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
CALVIN C. FAYARD, JR.