**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**SECTION "K" MAG "2"**

**PERTAINS TO: ROAD HOME**
***State of Louisiana, C.A. No. 07-5528***

**JUDGE DUVAL**
**MAGISTRATE JUDGE WILKINSON**

*********************************************************************

**NOTICE OF HEARING**

TO: Ralph Hubbard
Lugenbuhl, Wheaton, Peck, Rankin, & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Judy Y. Barrasso
Edward R. Wicker, Jr.
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112

Charles L. Chassaignac, IV
Porteous, Hainkel, & Johnson
343 3rd Street
Baton Rouge, LA 70801

PLEASE TAKE NOTICE that Plaintiff, the State of Louisiana, will bring its Motion to Remand before the Honorable Judge Stanwood R. Duval, Jr., on Wednesday, November 14, 2007,

at 9:30 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

          Respectfully submitted,

          THE STATE OF LOUISIANA

          The Honorable Charles C. Foti, Jr. (No. 5784)
          ATTORNEY GENERAL,
          STATE OF LOUISIANA
          1885 North Third Street, 6th Floor
          Baton Rouge, LA 70802
          Ph.: 225-326-6040
          Fax: 225-326-6097

          AND

          /s/   Calvin C. Fayard, Jr.
          Calvin C. Fayard, Jr. (No. 5486)
          FAYARD & HONEYCUTT, A.P.C.
          519 Florida Avenue, S.W.
          Denham Springs, LA 70726
          Ph.: 225-664-4193
          Fax: 225-664-6925
          Email: calvinfayard@fayardlaw.com

          AND

          Paul G. Aucoin (No. 2604)
          PAUL G. AUCOIN, ATTORNEY AT LAW
          135 Goodwill Plantation
          Vacherie, LA 70090-5240
          Ph.: 225-265-7906
          Fax: 225-265-7906
          Email: aucoinp@bellsouth.net

          AND

          Joseph J. McKernan (No. 10027)
          McKERNAN LAW FIRM
          8710 Jefferson Highway
          Baton Rouge, LA 70809
          Ph.: 225-926-1234
          Fax: 225-926-1202
          Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
CALVIN C. FAYARD, JR.