UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K" MAG "2"** |
| **PERTAINS TO: ROAD HOME** *State of Louisiana, C.A. No. 07-5528* | **JUDGE DUVAL** **MAGISTRATE JUDGE WILKINSON** |

*******************************************************************

### PROPOSED ORDER

**CONSIDERING** the foregoing Motion to Remand:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the case is hereby remanded to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE