UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO.  05-4182 "K"(2) JUDGE DUVAL |
| PERTAINS TO: | § § | MAG. WILKINSON |
| ALL BARGE | § § § | |

**UNOPPOSED MOTION TO AMEND CASE MANAGEMENT ORDER NO. 5**

**NOW INTO COURT** comes defendant Washington Group International, Inc. ("WGII"), and, subject to and without waiving its pending Motion to Dismiss or, in the Alternative, to Stay *Parfait Family v. United States* (Rec. Doc. 8224), respectfully requests a 30-day extension, through and including November 12, 2007, to serve written discovery to other parties in the Barge Umbrella.  In support of its motion, WGII states as follows:

1.        Prior to being named as a defendant in *Parfait Family et al. v. United States*, Civil Action No. 07-3500, WGII was not a party to the *Ingram Barge* litigation and has had no prior opportunity to propound discovery therein.

2.        On October 5, 2007, WGII filed a motion to dismiss, or, in the alternative, to stay  *Parfait Family*, Civil Action No. 07-3500 (Rec. Doc. 8224), which is currently set for

895487v.1

hearing on October 31, 2007.  Granting the relief sought herein will allow that motion to be heard prior to WGII's deadline for serving discovery on other parties.

       3.     Plaintiffs' Liaison Counsel Joseph M. Bruno, Esq. and Plaintiffs' Barge PSLC Liaison Brian A. Gilbert, Esq. have been consulted and have no opposition to the relief sought herein.

       **WHEREFORE**, Washington Group International, Inc., subject to and without waiving its pending Motion to Dismiss or, in the Alternative, to Stay *Parfait Family v. United States* (Rec. Doc. 8224), respectfully requests a 30-day extension, through and including November 12, 2007, to serve written discovery to other parties in the Barge Umbrella.

WAI-2825238v2

895487v.1

Dated:  October 9, 2007

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone:  404-521-3939
Fax:  404-581-8330

Adrian Wager-Zito
Julia E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  202-879-3939
Fax:  202-626-1700

Attorneys for Defendant
Washington Group International, Inc.

- 3 -

## <u>CERTIFICATE</u>

I hereby certify that a copy of the above and foregoing Unopposed Motion to Amend Case Management Order No. 5 has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 9th day of October, 2007.

/s/Heather S. Lonian

WAI-2825238v2

895487v.1