UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>NO.  05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: | | |
| ALL BARGE | | |

**O R D E R**

Considering the foregoing Unopposed Motion to Amend Case Management Order No. 5;

**IT IS ORDERED** that the motion is **GRANTED** and that Case Management Order No. 5 hereby is amended as follows:

Defendant Washington Group International, Inc. shall be granted a 30-day extension, through and including November 12, 2007, to serve written discovery to other parties in the Barge Umbrella.

New Orleans, Louisiana, this _____ day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

895631v.1