## HURRICANE KATRINA FLOODING CASES
### FILED AGAINST THE ORLEANS LEVEE DISTRICT

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 1 | 05-04182 | Berthelot | U.S. Eastern District Court |
| 2 | 05-4181 | O'Dwyer | U.S. Eastern District Court |
| 3 | 05-4191 | Vodanovich | U.S. Eastern District Court |
| 4 | 05-11660 | Laurendine/Harvey | CDC, Orleans Parish |
| 5 | 05-01138 | Slaton | U.S. Middle District Court |
| 6 | 05-05237 | Vodanovich, A. | U.S. Eastern District Court |
| 7 | 05-01301 | Gillaspie | U.S. Middle District Court |
| 8 | 05-06323 | Vanderbrook | U.S. Eastern District Court |
| 9 | 05-06073 | Kirsch | U.S. Eastern District Court |
| 10 | 05-06314 | Ezell | U.S. Eastern District Court |
| 11 | 05-06324 | Brown | U.S. Eastern District Court |
| 12 | 05-06327 | Leblanc | U.S. Eastern District Court |
| 13 | 06-00153 | Baird | U.S. Eastern District Court |
| 14 | 06-00151 | Conlay | U.S. Eastern District Court |



| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|-----|----------|---------------------------|-------|
| 15 | 06-00152 | Rogers | U.S. Eastern District Court |
| 16 | 06-00225 | Bradley | U.S. Eastern District Court |
| 17 | 05-06438 | Armstead | U.S. Eastern District Court |
| 18 | 06-00020 | Tauzin | U.S. Eastern District Court |
| 19 | 06-00169 | Humphreys | U.S. Eastern District Court |
| 20 | 06-00886 | Finney | U.S. Eastern District Court |
| 21 | 06-02278 | Christenberry | U.S. Eastern District Court |
| 22 | 06-02545 | Marcello | U.S. Eastern District Court |
| 23 | 06-02287 | Sanchez | U.S. Eastern District Court |
| 24 | 06-02346 | Fitzmorris | U.S. Eastern District Court |
| 25 | 06-04065 | Adams, C | U.S. Eastern District Court |
| 26 | 06-04389 | O'Dwyer | U.S. Eastern District Court |
| 27 | 06-05786 | O'Dwyer | U.S. Eastern District Court |
| 28 | 06-08203 | New Investment Properties | CDC, Orleans Parish |
| 29 | 06-04634 | Adams, G | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 30 | 06-06473 | Luscy-Deane | U.S. Eastern District Court |
| 31 | 06-04931 | Brock | U.S. Eastern District Court |
| 32 | 06-05032 | Joseph | U.S. Eastern District Court |
| 33 | 635-594 | Bennett | 24th JDC, Jefferson Parish |
| 34 | 06-05116 | Sims | U.S. Eastern District Court |
| 35 | 06-05118 | Richard | U.S. Eastern District Court |
| 36 | 06-05128 | Adams, M | U.S. Eastern District Court |
| 37 | 06-05127 | Depass | U.S. Eastern District Court |
| 38 | 06-05131 | Bourgeois | U.S. Eastern District Court |
| 39 | 06-05132 | Ferdinand | U.S. Eastern District Court |
| 40 | 06-05134 | Christophe | U.S. Eastern District Court |
| 41 | 06-05137 | Williams | U.S. Eastern District Court |
| 42 | 06-05140 | Porter | U.S. Eastern District Court |
| 43 | 06-05142 | Augustine | U.S. Eastern District Court |
| 44 | 06-05159 | Fleming | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 45 | 06-5161 | Holmes | U.S. Eastern District Court |
| 46 | 06-05163 | Gordon | U.S. Eastern District Court |
| 47 | 06-05308 | Gisevius | U.S. Eastern District Court |
| 48 | 06-06642 | Pontchartrain Baptist Church | U.S. Eastern District Court |
| 49 | 06-05471 | Williams, Ed | U.S. Eastern District Court |
| 50 | 06-05937 | Yacob | U.S. Eastern District Court |
| 51 | 06-09744 | Rieth | CDC, Orleans Parish |
| 52 | 06-09753 | Diggs | CDC, Orleans Parish |
| 53 | 04-017143 | Speed, et al | CDC, Orleans Parish |
| 54 | 06-09796 | Metters | CDC, Orleans Parish |
| 55 | 06-07682 | Paul | U.S. Eastern District Court |
| 56 | 06-09775 | Brubbacher | CDC, Orleans Parish |
| 57 | 06-05260 | LeDuff | U.S. Eastern District Court |
| 58 | 06-05042 | Cohen | U.S. Eastern District Court |
| 59 | 06-09718 | Baudot | CDC, Orleans Parish |
| 60 | 06-09726 | Robinson | CDC, Orleans Parish |
| 61 | 06-08708 | Richardson | U.S. Eastern District Court |
| 62 | 06-09763 | Rodriguez | CDC, Orleans Parish |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|-----|----------|---------------------------|-------|
| 63 | 06-06099 | O'Dwyer | U.S. Eastern District Court |
| 64 | 06-09786 | Pfister | CDC, Orleans Parish |
| 65 | 06-09803 | Green | CDC, Orleans Parish |
| 66 | 06-11208 | Speed | U.S. Eastern District Court |
| 67 | 06-08439 | Hoskins | CDC, Orleans Parish |
| 68 | 06-05895 | Tarzetti | U.S. Eastern District Court |
| 69 | 06-09151 | K. Jones | U.S. Eastern District Court |
| 70 | 07-01113 | Douville | U.S. Eastern District Court |
| 71 | 07-01284 | Coco | U.S. Eastern District Court |
| 72 | 07-01285 | Wade | U.S. Eastern District Court |
| 73 | 07-01286 | Augustine | U.S. Eastern District Court |
| 74 | 07-01288 | Hennessey | U.S. Eastern District Court |
| 75 | 07-01289 | Coniglio | U.S. Eastern District Court |
| 76 | 07-01349 | Carney | U.S. Eastern District Court |
| 77 | 07-01271 | Ciuffi | U.S. Eastern District Court |
| 78 | 07-05890 | Mother's Taste of N.O. | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 79 | 07-03500 | Parfait Family | U.S. Eastern District Court |
| 80 | 07-04391 | D. Adams | U.S. Eastern District Court |
| 81 | 07-04392 | E. Abair | U.S. Eastern District Court |
| 82 | 07-04550 | Huey | U.S. Eastern District Court |
| 83 | 07-04551 | S. Morial | U.S. Eastern District Court |
| 84 | 07-04552 | Kornman | U.S. Eastern District Court |
| 85 | 07-04553 | White | U.S. Eastern District Court |
| 86 | 07-04554 | Lobrano | U.S. Eastern District Court |
| 87 | 07-04555 | Radio Parts | U.S. Eastern District Court |
| 88 | 07-04556 | Puccio | U.S. Eastern District Court |
| 89 | 07-04557 | Metro Lab Inc. | U.S. Eastern District Court |
| 90 | 07-04558 | Savoy Place Associates | U.S. Eastern District Court |
| 91 | 07-04559 | Mintz | U.S. Eastern District Court |
| 92 | 07-04560 | Hurwitz Mintz | U.S. Eastern District Court |
| 93 | 07-04561 | Doley | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 94 | 07-04563 | J. Morial | U.S. Eastern District Court |
| 95 | 07-04775 | Murphy Building Corp. | U.S. Eastern District Court |
| 96 | 07-04837 | Albano | U.S. Eastern District Court |
| 97 | 07-04944 | Cina | U.S. Eastern District Court |
| 98 | 07-04945 | C. Ferrara | U.S. Eastern District Court |
| 99 | 07-04948 | Dillard University | U.S. Eastern District Court |
| 100 | 07-04949 | St. Augustine High School | U.S. Eastern District Court |
| 101 | 07-04950 | Plaisance | U.S. Eastern District Court |
| 102 | 07-04951 | WNO Ownership | U.S. Eastern District Court |
| 103 | 07-04952 | Harrison | U.S. Eastern District Court |
| 104 | 07-04953 | Liberty Bank & Trust | U.S. Eastern District Court |
| 105 | 07-04954 | Heidi DeSalvo I | U.S. Eastern District Court |
| 106 | 07-04955 | V. DeSalvo, Sr. I | U.S. Eastern District Court |
| 107 | 07-04956 | V. DeSalvo, Sr. II | U.S. Eastern District Court |
| 108 | 07-04957 | Gerdes | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|-----|----------|---------------------------|-------|
| 109 | 07-04958 | Jax Brew. Mill. | U.S. Eastern District Court |
| 110 | 07-04960 | Hertz 909 Poydras | U.S. Eastern District Court |
| 111 | 07-04961 | Riverfront Lodging I | U.S. Eastern District Court |
| 112 | 07-04962 | JAX BREW.MRKTPL I | U.S. Eastern District Court |
| 113 | 07-04963 | Prytania Medical Complex I | U.S. Eastern District Court |
| 114 | 07-04964 | Prat obo Sutter Estate | U.S. Eastern District Court |
| 115 | 07-04965 | Bell | U.S. Eastern District Court |
| 116 | 07-04966 | J. Berenson | U.S. Eastern District Court |
| 117 | 07-04967 | Adler | U.S. Eastern District Court |
| 118 | 07-04968 | Abundance Square Assc | U.S. Eastern District Court |
| 119 | 07-04969 | Gentilly Land Co. | U.S. Eastern District Court |
| 120 | 07-04970 | Redemptorist LTD PTSH | U.S. Eastern District Court |
| 121 | 07-04971 | Omega Hospital LLC | U.S. Eastern District Court |
| 122 | 07-04972 | H. Doley | U.S. Eastern District Court |
| 123 | 07-04973 | Wells | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|-----|----------|---------------------------|-------|
| 124 | 07-04974 | Robert | U.S. Eastern District Court |
| 125 | 07-04975 | Miller | U.S. Eastern District Court |
| 126 | 07-04976 | Entercom Comm. Corp. | U.S. Eastern District Court |
| 127 | 07-04978 | C. Smythe | U.S. Eastern District Court |
| 128 | 07-04979 | White III, LLC | U.S. Eastern District Court |
| 129 | 07-04980 | C. Haydel & C. Robert | U.S. Eastern District Court |
| 130 | 07-04981 | G. Patterson | U.S. Eastern District Court |
| 131 | 07-04982 | Treasure Village | U.S. Eastern District Court |
| 132 | 07-04983 | G.W. Kern | U.S. Eastern District Court |
| 133 | 07-04984 | Dominion/NO Centre | U.S. Eastern District Court |
| 134 | 07-04985 | M. Bagneris | U.S. Eastern District Court |
| 135 | 07-04986 | Hotel Investors | U.S. Eastern District Court |
| 136 | 07-04987 | G. Blaum | U.S. Eastern District Court |
| 137 | 07-04988 | M. Morial | U.S. Eastern District Court |
| 138 | 07-04989 | LA Indep Fed of Electors | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 139 | 07-04990 | V. Tanner | U.S. Eastern District Court |
| 140 | 07-04991 | C. Adler II | U.S. Eastern District Court |
| 141 | 07-04992 | Southpoint Technologies | U.S. Eastern District Court |
| 142 | 07-04993 | Adler's Sp. Acct | U.S. Eastern District Court |
| 143 | 07-04994 | Berenson | U.S. Eastern District Court |
| 144 | 07-04995 | CII Carbon, LLC | U.S. Eastern District Court |
| 145 | 07-04996 | Touro Infirmary | U.S. Eastern District Court |
| 146 | 07-04997 | Imperial Trading Co. | U.S. Eastern District Court |
| 147 | 07-04998 | Physician Management | U.S. Eastern District Court |
| 148 | 07-04999 | D. Reese | U.S. Eastern District Court |
| 149 | 07-05000 | Doley | U.S. Eastern District Court |
| 150 | 07-05001 | Robert | U.S. Eastern District Court |
| 151 | 07-05002 | Shops & Garage at Canal Place | U.S. Eastern District Court |
| 152 | 07-05003 | Greystar Development | U.S. Eastern District Court |
| 153 | 07-05004 | Cambridge Realty West | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 154 | 07-05005 | Majestic Life Ins. | U.S. Eastern District Court |
| 155 | 07-05006 | H. White III | U.S. Eastern District Court |
| 156 | 07-05007 | Keppel | U.S. Eastern District Court |
| 157 | 07-05008 | United Restaurant | U.S. Eastern District Court |
| 158 | 07-05009 | C. Davis | U.S. Eastern District Court |
| 159 | 07-05010 | R. PLAISANNCE | U.S. Eastern District Court |
| 160 | 07-05011 | Marrero Land Imp. Assoc. | U.S. Eastern District Court |
| 161 | 07-05012 | Wetco Rest. Group | U.S. Eastern District Court |
| 162 | 07-05013 | H. Sloan | U.S. Eastern District Court |
| 163 | 07-05015 | Majestic Mortuary Serv. | U.S. Eastern District Court |
| 164 | 07-05016 | Universal Health Serv. | U.S. Eastern District Court |
| 165 | 07-05017 | W. Reid | U.S. Eastern District Court |
| 166 | 07-05018 | Xavier Univ. of LA. | U.S. Eastern District Court |
| 167 | 07-05019 | S. Embry | U.S. Eastern District Court |
| 168 | 07-05020 | Haydel Realty | U.S. Eastern District Court |
| 169 | 07-09195 | Bierra | CDC, Orleans Parish |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 170 | 07-05063 | Gilds | U.S. Eastern District Court |
| 171 | 07-05067 | Connick | U.S. Eastern District Court |
| 172 | 07-05143 | Binnings | U.S. Eastern District Court |
| 173 | 07-05148 | J. Reese | U.S. Eastern District Court |
| 174 | 07-05150 | J. REESE | U.S. Eastern District Court |
| 175 | 07-05184 | Rault Resources Inc. | U.S. Eastern District Court |
| 176 | 07-05185 | Grijns | U.S. Eastern District Court |
| 177 | 07-05186 | B. Rault | U.S. Eastern District Court |
| 178 | 07-05187 | McCay | U.S. Eastern District Court |
| 179 | 07-05193 | M. Curtis | U.S. Eastern District Court |
| 180 | 07-05254 | Universal Health Serv. | U.S. Eastern District Court |
| 181 | 07-05286 | Universal Health Serv. | U.S. Eastern District Court |
| 182 | 07-05314 | Davis | U.S. Eastern District Court |
| 183 | 07-05315 | Omega Hospital | U.S. Eastern District Court |
| 184 | 07-05316 | L. Gerdes | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 185 | 07-05317 | Abundance Square | U.S. Eastern District Court |
| 186 | 07-05318 | Union Limited Partnership | U.S. Eastern District Court |
| 187 | 07-05319 | Harold Dooley | U.S. Eastern District Court |
| 188 | 07-05320 | Jax Brewery | U.S. Eastern District Court |
| 189 | 07-05321 | Shops & Garage at Canal Place | U.S. Eastern District Court |
| 190 | 07-05322 | K. Wells | U.S. Eastern District Court |
| 191 | 07-05323 | Imperial Trading Co. | U.S. Eastern District Court |
| 192 | 07-05324 | Physician Mangement | U.S. Eastern District Court |
| 193 | 07-05325 | J. Berenson BPH Real Estate | U.S. Eastern District Court |
| 194 | 07-05326 | St. Augustine High School | U.S. Eastern District Court |
| 195 | 07-05328 | J. Reese | U.S. Eastern District Court |
| 196 | 07-05329 | Coleman Adler II Trust | U.S. Eastern District Court |
| 197 | 07-05330 | G. Kern | U.S. Eastern District Court |
| 198 | 07-05331 | JAX BREW.MRKTPL | U.S. Eastern District Court |
| 199 | 07-05332 | R. Plaisance | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|-----|----------|---------------------------|-------|
| 200 | 07-05333 | R. Plaisance Sr. | U.S. Eastern District Court |
| 201 | 07-05334 | Prytania Medical Complex | U.S. Eastern District Court |
| 202 | 07-05335 | Hotel Investors | U.S. Eastern District Court |
| 203 | 07-05336 | Blaum | U.S. Eastern District Court |
| 204 | 07-05337 | Riverfront Lodging | U.S. Eastern District Court |
| 205 | 07-05338 | LA Indep Fed of Electors | U.S. Eastern District Court |
| 206 | 07-05339 | Wetci Rest. Group | U.S. Eastern District Court |
| 207 | 07-05340 | Cambridge Realty | U.S. Eastern District Court |
| 208 | 07-05341 | C. Robert, Sr. | U.S. Eastern District Court |
| 209 | 07-05342 | United Restaurant | U.S. Eastern District Court |
| 210 | 07-05343 | Keppel | U.S. Eastern District Court |
| 211 | 07-05344 | H. Sloan | U.S. Eastern District Court |
| 212 | 07-05345 | Adler's Sp. Acct. | U.S. Eastern District Court |
| 213 | 07-05346 | Miller | U.S. Eastern District Court |
| 214 | 07-05347 | Liberty Bank & Trust | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|-----|----------|---------------------------|-------|
| 215 | 07-05348 | Aaron Doley | U.S. Eastern District Court |
| 216 | 07-05349 | Greystar Development | U.S. Eastern District Court |
| 217 | 07-05350 | Universal Health Serv. | U.S. Eastern District Court |
| 218 | 07-05351 | Treasure Village | U.S. Eastern District Court |
| 219 | 07-05352 | Touro Infirmary | U.S. Eastern District Court |
| 220 | 07-05353 | S. Embry | U.S. Eastern District Court |
| 221 | 07-05354 | Redemptorist Limited | U.S. Eastern District Court |
| 222 | 07-05355 | CII Carbon,LLC | U.S. Eastern District Court |
| 223 | 07-05356 | White III, LLC | U.S. Eastern District Court |
| 224 | 07-05357 | Heidi DeSalvo | U.S. Eastern District Court |
| 225 | 07-05358 | V. DeSalvo, Sr. | U.S. Eastern District Court |
| 226 | 07-05359 | Dillard University (Apts) | U.S. Eastern District Court |
| 227 | 07-05360 | H. White III | U.S. Eastern District Court |
| 228 | 07-05361 | Hertz 909 Poydras | U.S. Eastern District Court |
| 229 | 07-05362 | M. Morial | U.S. Eastern District Court |

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|---|---|---|---|
| 230 | 07-05363 | Estate of Thelma Sutter | U.S. Eastern District Court |
| 231 | 07-05364 | Dominion/NO Centre | U.S. Eastern District Court |
| 232 | 07-05365 | Dr. & J. Berenson | U.S. Eastern District Court |
| 233 | 07-05366 | Marrero Land Imp. Assc. | U.S. Eastern District Court |
| 234 | 07-05367 | Xavier Univ. of LA | U.S. Eastern District Court |
| 235 | 07-05368 | Keith & Kathleen Doley | U.S. Eastern District Court |
| 236 | 07-05369 | Adler | U.S. Eastern District Court |
| 237 | 07-05370 | V. DeSalvo, Jr. | U.S. Eastern District Court |
| 238 | 07-05371 | Southpoint Technologies | U.S. Eastern District Court |
| 239 | 07-05372 | Jared Reese | U.S. Eastern District Court |
| 240 | 07-05373 | G. Green-Johnson | U.S. Eastern District Court |
| 241 | 07-05374 | C. Haydel & C. Robert | U.S. Eastern District Court |
| 242 | 07-05375 | Entercom Comm. Corp. | U.S. Eastern District Court |
| 243 | 07-05376 | Coleman Adler II | U.S. Eastern District Court |
| 244 | 07-05377 | WNO Ownership | U.S. Eastern District Court |

-16-

| NO. | CASE NO. | CASE NAME/ LEAD PLAINTIFF | COURT |
|-----|----------|---------------------------|-------|
| 245 | 07-05378 | M. Bagneris | U.S. Eastern District Court |
| 246 | 07-05397 | Aleman | U.S. Eastern District Court |
| 247 | 07-05494 | Jacob & Bernice Harrison | U.S. Eastern District Court |
| 248 | 07-05495 | W. Reid | U.S. Eastern District Court |
| 249 | 07-05496 | C. Smythe | U.S. Eastern District Court |
| 250 | 05-04419 | Ingram Barge | U.S. Eastern District Court |
| 251 | 05-04237 | Ingram Barge Parfait | U.S. Eastern District Court |
| 252 | 06-05054 | Ingram Barge Jackson | U.S. Eastern District Court |
| 253 | 06-05342 | Ingram Barge LaGarde | U.S. Eastern District Court |
| 254 | 06-06299 | Ingram Barge Perry | U.S. Eastern District Court |
| 255 | 06-07516 | Ingram Barge BENOIT | U.S. Eastern District Court |