EJLD CASES in USDC for the EASTERN DISTRICT OF LOUISIANA

1. *Gordon v. EJLD* ; Docket Number 06-cv-5163 ; Section K ; Magistrate 2
2. *Sims v. EJLD* ; Docket Number 06-cv-5116 ; Section K ; Magistrate 2
3. *Depass v. EJLD* ; Docket Number 06-cv-5127 ; Section K ; Magistrate 2
4. *Abundance Square Associates v. EJLD* ; Docket Number 07-cv-4968 ; Section K ; Magistrate 2
5. *Coleman Adler II v. EJLD* ; Docket Number 07-cv-4967 ; Section K ; Magistrate 2
6. *Louis Gerdes v. EJLD* ; Docket Number 07-cv-4957 ; Section K ; Magistrate 2
7. *Hertz 909 Poydras v. EJLD* ; Docket Number 07-cv-4960 ; Section K ; Magistrate 2
8. *Joan Berenson v. EJLD* ; Docket Number 07-cv-4966 ; Section K ; Magistrate 2
9. *King S. Well, Sr. v. EJLD* ; Docket Number 07-cv-4973 ; Section K ; Magistrate 2
10. *Liberty Bank v. EJLD* ; Docket Number 07-cv-4953 ; Section K ; Magistrate 2
11. *Redemptorist Limited Partnership v. EJLD* ; Docket Number 07-cv-4970 ; Section K ; Magistrate 2
12. *Union Limited Partnership v. EJLD* ; Docket Number 07-cv-4959 ; Section K ; Magistrate 2
13. *Carmen Prat o/b/o Thelma Sutter v. EJLD* ; Docket Number 07-cv-4964 ; Section K ; Magistrate 2
14. *Jackson Brewery v. EJLD* ; Docket Number 07-cv-4958 ; Section K ; Magistrate 2
15. *Gentilly Land Co. v. EJLD* ; Docket Number 07-cv-4969 ; Section K ; Magistrate 2
16. *Heidi Desalvo v. EJLD* ; Docket Number 07-cv-4954 ; Section K ; Magistrate 2
17. *Karen Bell v. EJLD* ; Docket Number 07-cv-4965 ; Section K ; Magistrate 2
18. *Riverfront Lodging v. EJLD* ; Docket Number 07-cv-4961 ; Section K ; Magistrate 2
19. *Prytania Medical Complex v. EJLD* ; Docket Number 07-cv-4963 ; Section K ; Magistrate 2
20. *Aaron Doley v. EJLD* ; Docket Number 07-cv-5348 ; Section K ; Magistrate 2
21. *Adler's Special Account v. EJLD* ; Docket Number 07-cv-5345 ; Section K ; Magistrate 2
22. *Ammon Miller, Jr. v. EJLD* ; Docket Number 07-cv-5346 ; Section K ; Magistrate 2
23. *Annette Adler v. EJLD* ; Docket Number 07-cv-5369 ; Section K ; Magistrate 2
24. *Gregory Blaum v. EJLD* ; Docket Number 07-cv-5336 ; Section K ; Magistrate 2
25. *Cambridge Realty v. EJLD* ; Docket Number 07-cv-5340 ; Section K ; Magistrate 2
26. *Carolyn Smythe v. EJLD* ; Docket Number 07-cv-5496 ; Section K ; Magistrate 2
27. *CII Carbon v. EJLD* ; Docket Number 07-cv-5355 ; Section K ; Magistrate 2
28. *Clara Mae Hydel v. EJLD* ; Docket Number 07-cv-5374 ; Section K ; Magistrate 2
29. *Cliff Robert, Sr. v. EJLD* ; Docket Number 07-cv-5341 ; Section K ; Magistrate 2
30. *Dillard University v. EJLD* ; Docket Number 07-cv-5359 ; Section K ; Magistrate 2
31. *Dominion NO Centre v. EJLD* ; Docket Number 07-cv-5364 ; Section K ; Magistrate 2
32. *Entercom Communications v. EJLD* ; Docket Number 07-cv-5375 ; Section K ; Magistrate 2
33. *Gary Kern v. EJLD* ; Docket Number 07-cv-5330 ; Section K ; Magistrate 2
34. *Gayle Green-Johnson v. EJLD* ; Docket Number 07-cv-5373 ; Section K ; Magistrate 2
35. *Greystar Development and Construction v. EJLD* ; Docket Number 07-cv-5349 ; Section K ; Magistrate 2
36. *Harold Doley, Jr. v. EJLD* ; Docket Number 07-cv-5319 ; Section K ; Magistrate 2
37. *Hotel Investors LLC v. EJLD* ; Docket Number 07-cv-5335 ; Section K ; Magistrate 2
38. *Imperial Trading v. EJLD* ; Docket Number 07-cv-5323 ; Section K ; Magistrate 2
39. *Jacob Harrison v. EJLD* ; Docket Number 07-cv-5494 ; Section K ; Magistrate 2
40. *Jared Reese v. EJLD* ; Docket Number 07-cv-5372 ; Section K ; Magistrate 2
41. *Justin Reese v. EJLD* ; Docket Number 07-cv-5328 ; Section K ; Magistrate 2
42. *Keith Doley v. EJLD* ; Docket Number 07-cv-5368 ; Section K ; Magistrate 2


EXHIBIT B

EJLD CASES in USDC for the EASTERN DISTRICT OF LOUISIANA

43. *LA Independent Federation of Electors v. EJLD* ; Docket Number 07-cv-5338
44. *Marc Morial v. EJLD* ; Docket Number 07-cv-5362 ; Section K ; Magistrate 2
45. *Michael Bagneris v. EJLD* ; Docket Number 07-cv-5378 ; Section K ; Magistrate 2
46. *Omega Hospital v. EJLD* ; Docket Number 07-cv-5315 ; Section K ; Magistrate 2
47. *Physicians Management Services v. EJLD* ; Docket Number 07-cv-5324 ; Section K ; Magistrate 2
48. *Shea Embry v. EJLD* ; Docket Number 07-cv-5353 ; Section K ; Magistrate 2
49. *Shops and Garage at Canal Place v. EJLD* ; Docket Number 07-cv-5321 ; Section K ; Magistrate 2
50. *Southpoint Technology v. EJLD* ; Docket Number 07-cv-5371 ; Section K ; Magistrate 2
51. *St. Augustine High School v. EJLD* ; Docket Number 07-cv-5326 ; Section K ; Magistrate 2
52. *Touro Infirmary v. EJLD* ; Docket Number 07-cv-5352 ; Section K ; Magistrate 2
53. *United Limited Partnership v. EJLD* ; Docket Number 07-cv-5318 ; Section K ; Magistrate 2
54. *United Restaurant Entities v. EJLD* ; Docket Number 07-cv-5342 ; Section K ; Magistrate 2
55. *Vincent Desalvo, Jr. v. EJLD* ; Docket Number 07-cv-5370 ; Section K ; Magistrate 2
56. *Vincent Desalvo, Sr. v. EJLD* ; Docket Number 07-cv-5358 ; Section K ; Magistrate 2
57. *Wetco Restaurant Group v. EJLD* ; Docket Number 07-cv-5339 ; Section K ; Magistrate 2
58. *White III, LLC v. EJLD* ; Docket Number 07-cv-5356 ; Section K ; Magistrate 2
59. *Winston Reid v. EJLD* ; Docket Number 07-cv-5495 ; Section K ; Magistrate 2
60. *WNO Ownership v. EJLD* ; Docket Number 07-cv-5377 ; Section K ; Magistrate 2
61. *Xavier University v. EJLD* ; Docket Number 07-cv-5367 ; Section K ; Magistrate 2

Cases in CDC

1. *Ray Rieth v. EJLD* ; Docket Number 06-9744 ; Division I ; Section 14 ; Judge Piper Griffin
2. *Gwendolyn Diggs v. EJLD* ; Docket Number 06-9753 ; Division F ; Section 10 ; Judge Yada Magee

24th JDC Cases

1. *Gaye T. Bennett v. EJLD* ; Docket Number 635-594 ; Division H ; Judge Kernan Hand