| | PLAINTIFF | EDLA # |
|---|---|---|
| 1. | O'Dwyer, Maureen, et al | 05-4181 |
| 2. | Berthelot, Colleen, | 05-4182 |
| 3. | Vodanovich, Ann | 05-5237 |
| 4. | Kirsch, David - Ali Haghighi | 05-6073 |
| 5. | Ezell, Jim, Bonnie Ezell | 05-6314 |
| 6. | Brown, David M | 05-6324 |
| 7. | Leblanc, Beth -Alan West | 05-6327 |
| 8. | Tauzin, Julie E. | 06-0020 |
| 9. | Bradley, Frederick, | 06-0225 |
| 10. | Finney, Mary Beth, | 06-0886 |
| 11. | Christenberry, Herbert W. | 06-2278 |
| 12. | Fitzmorris, James E | 06-2346 |
| 13. | Marcello, Peter Lamer | 06-2545 |
| 14. | Adams, Cathy | 06-4065 |
| 15. | O'Dwyer, Maureen | 06-4389 |
| 16. | Adams, Glenn | 06-4634 |
| 17. | Brock, Emma, Taylor | 06-4931 |
| 18. | Sims, Leslie, Jr | 06-5116 |
| 19. | Depass, Elizabeth H | 06-5127 |
| 20. | Bourgeois, Linda C. | 06-5131 |
| 21. | Ferdinand, Keith C., M.D | 06-5132 |
| 22. | Fleming, Flora, | 06-5159 |
| 23. | Holmes, Fred /Alvin Livers | 06-5161 |
| 24. | Gordon, Creato, | 06-5163 |
| 25. | Leduff, Bobby L., | 06-5260 |
| 26. | O'Dwyer, Maureen, et al | 06-5786 |
| 27. | O'Dwyer, Maureen, et al | 06-6099 |
| 28. | Deane, Jennifer Luscy, | 06-6473 |
| 29. | Pontchartrain Bapt Church, | 06-6642 |
| 30. | Paul, Judy - Willie Mackie | 06-7682 |
| 31. | Richardson, Josephine | 06-8708 |
| 32. | Paul, Judy - Willie Mackie | 07-0993 |
| 33. | Coco, Lucinda | 07-1284 |
| 34. | Hennessey, Michelle | 07-1288 |
| 35. | Coniglio, Laurie | 07-1289 |
| 36. | Carney, Chris, et al | 07-1349 |
| 37. | Douville/Lawrence | 07-1113 |
| 38. | Adams, Dawn | 07-4391 |
| 39. | Morial, Sybil | 07-4551 |
| 40. | Kornman, Adrian | 07-4552 |
| 41. | White, Micheal | 07-4553 |



EXHIBIT
C

| | PLAINTIFF | EDLA # |
|---|---|---|
| 42. | Lobrano, Joseph | 07-4554 |
| 43. | Puccio | 07-4556 |
| 44. | Metro Labs, Inc. | 07-4557 |
| 45. | Savoy Place Assoc, LP | 07-4558 |
| 46. | Hurwitz Mintz | 07-4559 |
| 47. | Hurwitz Mintz Furniture | 07-4560 |
| 48. | Doley, Keith,  APC | 07-4561 |
| 49. | Morial, Julie | 07-4563 |
| 50. | Murphy Bld Corp/Oil | 07-4775 |
| 51. | Cina, Frank (several plfs) | 07-4944 |
| 52. | Dillard University | 07-4948 |
| 53. | Plaisance, Ronald | 07-4950 |
| 54. | WNO Ownership | 07-4951 |
| 55. | Harrison, Jacob | 07-4952 |
| 56. | Liberty Bank & Trust | 07-4953 |
| 57. | DeSalvo, Heidi | 07-4954 |
| 58. | DeSalvo, Vincent Jr. | 07-4955 |
| 59. | Desalvo, Vincent Sr. | 07-4956 |
| 60. | Gerdes, Louis | 07-4957 |
| 61. | Jackson Brewery Millhouse | 07-4958 |
| 62. | Union Ltd. Partnership | 07-4959 |
| 63. | Hertz 909 Poydras | 07-4960 |
| 64. | Riverfront Lodging LLC | 07-4961 |
| 65. | Jackson Brewery Marketplace | 07-4962 |
| 66. | Prytania Medical Complex Ownrs Assn | 07-4963 |
| 67. | Prat, Carmen | 07-4964 |
| 68. | Berenson, Joan | 07-4966 |
| 69. | Adler, Coleman II | 07-4967 |
| 70. | Abundance Square Associates LP | 07-4968 |
| 71. | Redemptorist Ltd. Partner | 07-4970 |
| 72. | Omega Hospital, LLC | 07-4971 |
| 73. | Doley, Harold E. Jr. | 07-4972 |
| 74. | Wells, King S. Sr. | 07-4973 |
| 75. | Robert, Chad | 07-4974 |
| 76. | Miller Ammon L. Jr. | 07-4975 |
| 77. | Entercom Communication Corporation | 07-4976 |
| 78. | Adler, Annette M. | 07-4977 |
| 79. | Smythe, Carolyn | 07-4978 |
| 80. | White III LLC f/k/a JLH, LLC | 07-4979 |
| 81. | Haydel, Clara Mae and Cliff Robert Jr. | 07-4980 |
| 82. | Patterson, Gloria | 07-4981 |
| 83. | Treasure Village Associates | 07-4982 |
| 84. | Kern, Gary | 07-4983 |

| | PLAINTIFF | EDLA # |
|------|-----------|--------|
| 85. | Dominion, No Centre LLC | 07-4984 |
| 86. | Bagneris, Michael & Madlyn | 07-4985 |
| 87. | Hotel Investors, LLC | 07-4986 |
| 88. | Blaum, Gregory and minor children | 07-4987 |
| 89. | Morial, Marc H. | 07-4988 |
| 90. | LA Independent Federation of Electors | 07-4989 |
| 91. | Tanner, V | 07-4990 |
| 92. | Adler, Coleman II | 07-4991 |
| 93. | Southpoint Technologies LLC | 07-4992 |
| 94. | Adler's Special Account | 07-4993 |
| 95. | Berenson, Joan and BPH Real Estate | 07-4994 |
| 96. | CII Carbon, LLC | 07-4995 |
| 97. | TOURO Infirmary | 07-4996 |
| 98. | Imperial Trading Co., Inc. | 07-4997 |
| 99. | Physician Management Services of LA | 07-4998 |
| 100. | Reese, Dorothy | 07-4999 |
| 101. | Doley, Keith & Kathleen | 07-5000 |
| 102. | Robert, Cliff Sr. & Cecilia | 07-5001 |
| 103. | Shops & Garage at Canal Place | 07-5002 |
| 104. | Greystar Development & Construction | 07-5003 |
| 105. | Cambridge Realty West | 07-5004 |
| 106. | Majestic Life Ins. | 07-5005 |
| 107. | White, Hunter III | 07-5006 |
| 108. | United Restaurant Entities, LLC | 07-5008 |
| 109. | Davis, Claire B. | 07-5009 |
| 110. | Plaisance, Robert L. | 07-5010 |
| 111. | Wetco Restaurant Group LLC | 07-5012 |
| 112. | Majestic Mortuary Services Inc. | 07-5015 |
| 113. | Universal Health Services, Inc. | 07-5016 |
| 114. | Reid, Winston & Catrice Johnson-Reid | 07-5017 |
| 115. | Xavier University of LA | 07-5018 |
| 116. | Embry, Shea & Carolyn Mangham | 07-5019 |
| 117. | Connick, Harry Sr., and Adams, Glenn | 07-5067 |
| 118. | SWBNO v. USA | 07-5105 |
| 119. | Reese, Justin | 07-5148 |
| 120. | Reese, Jared | 07-5150 |
| 121. | Green-Johnson, Gayle | 07-5155 |
| 122. | Rault Resources, Inc. | 07-5184 |
| 123. | Grijns, Janice | 07-5185 |
| 124. | Rault, Bonnie | 07-5186 |
| 125. | McCay, R. Scott | 07-5187 |
| 126. | Curtis, Martha | 07-5193 |
| 127. | Universal Health Services, Inc. | 07-5254 |

| | PLAINTIFF | EDLA # |
|---|---|---|
| 128. | Universal Health Services, Inc. | 07-5286 |
| 129. | Davis, Clare B. | 07-5314 |
| 130. | Omega Hospital | 07-5315 |
| 131. | Gerdes, Louis | 07-5316 |
| 132. | Abundance Square Assoc | 07-5317 |
| 133. | Union Limited Partnership | 07-5318 |
| 134. | Doley, Harold E. Jr. | 07-5319 |
| 135. | Jackson Brewery Millhouse LLC | 07-5320 |
| 136. | Shops and Garage at Canal Place | 07-5321 |
| 137. | Wells, S. Sr. King & Helen C. | 07-5322 |
| 138. | Imperial Trading Co., Inc. | 07-5323 |
| 139. | Physician Management Services of LA | 07-5324 |
| 140. | Berenson, Joan and BPH Real Estate | 07-5325 |
| 141. | St. Augustine High School | 07-5326 |
| 142. | Reese, Justin | 07-5328 |
| 143. | Adler, Coleman II | 07-5329 |
| 144. | Kern, Gary | 07-5330 |
| 145. | Jackson Brewery Marketplace, Ltd. | 07-5331 |
| 146. | Plaisance, Rachel | 07-5332 |
| 147. | Plaisance, Ronald Sr. | 07-5333 |
| 148. | Prytania Medical Complex Owners Asc. | 07-5334 |
| 149. | Hotel Investors, LLC | 07-5335 |
| 150. | Blaum, Gregory J. /children | 07-5336 |
| 151. | Riverfront Lodging, LLC | 07-5337 |
| 152. | La. Independent Fed. of Electors | 07-5338 |
| 153. | Wetco Restaurant Group | 07-5339 |
| 154. | Cambridge Realty West | 07-5340 |
| 155. | Robert, Cliff | 07-5341 |
| 156. | United Restaurant Entities | 07-5342 |
| 157. | Adler's Special Acct. | 07-5345 |
| 158. | Miller, Ammon L. Jr. | 07-5346 |
| 159. | Liberty Bank & Trust Co. | 07-5347 |
| 160. | Doley, Aaron M. | 07-5348 |
| 161. | Greystar Development and Construction | 07-5349 |
| 162. | Universal Health Services, Inc. | 07-5350 |
| 163. | Treasure Village Associates, LP | 07-5351 |
| 164. | Touro Infirmary | 07-5352 |
| 165. | Embry, Shea | 07-5353 |
| 166. | Redemptorist Ltd Partnership | 07-5354 |
| 167. | CII Carbon LLC | 07-5355 |
| 168. | White III, LLC | 07-5356 |
| 169. | DeSalvo, Heidi | 07-5357 |
| 170. | DeSalvo, Vincent Sr. | 07-5358 |

| | PLAINTIFF | EDLA # |
|---|---|---|
| 171. | Dillard University | 07-5359 |
| 172. | White, H. Hunter III | 07-5360 |
| 173. | Hertz 909 Poydras, LLC | 07-5361 |
| 174. | Morial, Marc H. | 07-5362 |
| 175. | Prat, Carmen | 07-5363 |
| 176. | Dominion/No Centre, LLC | 07-5364 |
| 177. | Berenson, Joan | 07-5365 |
| 178. | Xavier University of Louisiana | 07-5367 |
| 179. | Doley, Keith & Kathleen | 07-5368 |
| 180. | Adler, Annette M. | 07-5369 |
| 181. | DeSalvo, Vincent L. Jr. | 07-5370 |
| 182. | Southpoint Technologies, LLC | 07-5371 |
| 183. | Reese, Jared | 07-5372 |
| 184. | Green-Johnson, Gayle | 07-5373 |
| 185. | Haydel, Clara Mae | 07-5374 |
| 186. | Entercom Communications | 07-5375 |
| 187. | Adler, Coleman II | 07-5376 |
| 188. | WNO Ownership | 07-5377 |
| 189. | Bagneris, Michael | 07-5378 |
| 190. | Harrison, Jacob | 07-5494 |
| 191. | Reid, Winston | 07-5495 |
| 192. | Smythe, Carolyn | 07-5496 |
| 193. | INGRAM BARGE –Berrigan | 05-4419, 054237 |

## CDC

| | | |
|---|---|---|
| 194. | Laurendine, Susan Honorable | 05-11660 |
| 195. | Hoskins, Harry D.- Maureen | 06-08439-12 - H |
| 196. | Baudot, Claude W., | 06-09718 |
| 197. | Robinson, Audrey | 06-09726 |
| 198. | Rieth, Ray, Nancy Rieth | 06-09744 |
| 199. | Diggs, Gwendolyn, | 06-09753 |
| 200. | Rodriguez, Lisa | 06-09763 |
| 201. | Brubbacher, Benjamin | 06-09775 |
| 202. | Pfister, Francis- S. Andry, | 06-09786 |
| 203. | Metters, Yvonne | 06-09796 |
| 204. | Green, Karen and Anthony Pierre | 06-09803 |
| 205. | Bierra, Gwen and Roy Arrigo | 07-9195, Div. E-7 |

## 24TH JDC

| | | |
|---|---|---|
| 206. | Bennett, Gaye T. | 24TH JDC 635-594 - **CLASS** ED # 07-3130 -remand |

| 207. | DelayHoussaye | 24th JDC 624-894<br>ED: 07-3131-remand |
| 208. | Bealer vs. Broussard | 24th JDC 633-611. – Judge took motion to file supp pet under advisement |