UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285, 07-5067 | |

# APPENDIX
## (PART 1 OF 2)

### TO MRGO DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

October 9, 2007

# APPENDIX

**Tab**
*Visual Aids*

Water Sources (Map) ................................................................................................ 1

Class Boundaries (Map) ............................................................................................ 2

Photographs of Varied Properties in Area Surrounding Coats Residence .......................... 3

*Named Plaintiffs' Depositions*

Deposition of Jeannine Armstrong (July 9, 2007) ..................................................... 4

Deposition of Kenneth Armstrong (July 9, 2007) ..................................................... 5

Deposition of Ethel Coats (July 17, 2007) ................................................................. 6

Deposition of Glynn Wade (July 10, 2007) ............................................................... 7

Deposition of Henry Earl Davis (July 11, 2007) ....................................................... 8

*Plaintiffs' Experts* **(excerpts only)**

Expert Report of M. Kok, et al., *Polder Flood Simulations for Greater New Orleans* (July 30, 2007) ("Delft Report") ................................................................................ 9

Expert Report of John A. Kilpatrick (July 30, 2007) ............................................... 10

Deposition of Professor Johannes Vrijling, (Aug. 16-17, 2007) (complete) ............ 11

Deposition of G. Paul Kemp (Aug. 22, 2007) .......................................................... 12

Deposition of Chad Morris (Aug. 23, 2007) ............................................................ 13

Deposition of John A. Kilpatrick (Aug. 13-14, 2007) ............................................. 14

*Defendants' Expert Reports*

Expert Report of R. Lee Wooten (Aug. 29, 2007) ................................................... 15

Expert Report of Robert A. Dalrymple (Aug. 29, 2007) ......................................... 16

Expert Report of Kerry Dean Vandell (Aug. 29, 2007) ........................................... 17


Expert Report of Michael W. Truax (Aug. 28, 2007) ......................................................... 18

Expert Report of James Danner (Aug. 23, 2007) .............................................................. 19

      Report for 7650 Morel Street (Aug. 28, 2007) ........................................................ A

      Denson Engineers Flood Elevation Report for 7650 Morel Street

      Elevation Certificate for 7650 Morel Street

      Report for 4719 Bundy Road (Aug. 28, 2007) ....................................................... B

      Denson Engineers Flood Elevation Report for 4719 Bundy Road

      Elevation Certificate for 4719 Bundy Road

      Report for 4016 Hamlet (Aug. 28, 2007) ............................................................... C

      Denson Engineers Flood Elevation Report for 4016 Hamlet

      Elevation Certification for 4016 Hamlet

      Report for 1020-1022 Charbonnet Street (Aug. 28, 2007) ..................................... D

      Denson Engineers Flood Elevation Report for 1020-1022 Charbonnet Street

      Elevation Certificate for 1020-1022 Charbonnet Street

***Defendants' Expert Depositions* (excerpts only)**

Deposition of Kerry Vandell (Sept. 17, 2007) ................................................................. 20

Deposition of Michael Truax (Sept. 26-27, 2007) ........................................................... 21

***Investigative Reports* (excerpts only)**

Interagency Performance Evaluation Task Force, *Performance Evaluation of the New
      Orleans and Southeast Louisiana Hurricane Protection System, Final Report*
      ("IPET Report") ................................................................................................. 22

Independent Levee Investigation Team, *Investigation of the Performance of the New
      Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005,
      Final Report* ("ILIT Report," or sometimes known as the "Berkeley Report") .... 23

Team Louisiana Final Report:  The Failure of the New Orleans Levee System during
      Hurricane Katrina ("Team Louisiana Report") ..................................................... 24

American Society of Civil Engineers, The New Orleans Hurricane Protection System: What Went Wrong and Why ("ASCE Report")...................................................... 25

*Additional Sources*

Plaintiffs' Supplemental and Restated Response to MRGO Defendants' First Set of Joint Class-Certification Requests for Admission, Interrogatories, and Requests for Production of Documents (Aug. 2, 2007) .............................................................. 26

Deposition of John R. Huerkamp (July 27, 2007) (excerpt) ............................................. 27

U.S. Army Corps of Engineers, *Mississippi River Gulf Outlet Deep-Draft De-Authorization Interim Report to Congress* (Dec. 2006).................................... 28

*Commander's Palace Returns to New Orleans*, USA Today, Sept. 30, 2006, *available at* http://www.usatoday.com/news/nation/ 2006-09-30-commanders-returns_x.htm................................................................ 29

FEMA, Hurricane Rita Flood Recovery Maps, http://www.fema.gov/hazard/flood/recoverydata/rita/rita_la_about.shtm (last visited Oct. 6, 2007). ........................................................................................... 30

Robert P. Hartwig, Louisiana Insurance Market Overview: Toward Viable Insurance Markets in the Post-Katrina & Rita Era, Insurance Information Institute (May 2, 2007), http://www.iii.org/media/industry/outlooks/louisiana/ ............................... 31

Laura Maggi, So far, Road Home's money trail doesn't lead to the flood victims (Nov. 5, 2006), http://www.nola.com/news/t-p/frontpage/index.ssf?/base/news-7/116271231871780.xml&coll=1&thispage=1....................................................... 32

Leslie Williams, *Katrina left many in eastern N.O. unscathed,* The Times-Picayune, May 7, 2007..................................................................................................... 33