# App. Tab 1

Water Sources
Named Plaintiffs
A Henry Davis 7650 Morel Street
B Glynn Wade 4719 Bundy Rd
C Ethel Mae Coats 1020-22 Charbonnet
D Kenneth Armstrong, Jeannine B. Armstrong 4016 Hamlet Place
New Orleans East
Levee Breaches*
1 Airport Flood Wall/Gate
2 CSX Railroad Floodgate
3 New Orleans East Back Levee
4 Pump Station OP15 Flood Wall
5 Air Products Site Flood Wall
6 Citrus Back Levee
7 IHNC Levee/Flood Gates
Levee Overtopping
8 New Orleans Lakefront Airport Flood Wall
9 Citrus Lakefront Levee
10 New Orleans East Lakefront Levee
11 New Orleans East Levee
12 New Orleans East Back Levee
13 Michoud Canal Flood Walls
14 Citrus Back Levee, East of Paris Road
15 Citrus Back Levee, West of Paris Road
16 IHNC Levee
17 Interior Levees
Lower Ninth / St. Bernard
Levee Breaches*
18 IHNC North Breach
19 IHNC South Breach
20 IHNC/GIWW Levee Gates
21 Paris Road Gate Structure
22 MRGO East Embankment Levee
23 Bayou Bienvenue Control Structure
24 Bayou Dupre Control Structure
25 MRGO to Caernarvon Levee
Levee Overtopping
26 IHNC Levee
27 GIWW Levee
28 MRGO to Caernarvon Levee
29 Mississippi River Levee
30 Florida Avenue Back Levee
31 Florida Walk Canal Back Levee
32 Forty Arpent Canal Back Levee
33 Violet Canal Levees
*Almost all breach sites also had overtopping.
Levee Breach
Overtopped Levee
Lake Pontchartrain
Lakefront Airport
Chef Menteur Highway
Intracoastal Waterway
Michoud Canal
Lake Borgne
Paris Road
IHNC
Mississippi River Gulf Outlet (MRGO)
Mississippi River
Elevation In Feet
-5 Below
-2 to -4 Below
-2 to 4
4 Above
8 Above
12 Above
16 Above

