# App. Tab 2



Class Boundaries

**Named Plaintiffs**
- A Henry Davis, 7650 Morel Street
- B Glynn Wade, 4719 Bundy Rd
- C Ethel Mae Coats, 1020-22 Charbonnet
- D Kenneth Armstrong, Jeannine B. Armstrong, 4016 Hamlet Place

**New Orleans East[1]**
| | |
|---|---|
| Total Population | 96,000 |
| Sq Acres of Land | 50,000 |
| Total Households | 34,000 |
| Total Housing Units | 35,861 |
| Owner Occupied | 54.6% |
| Renter Occupied | 45.4% |
| Vacant Housing | 6.5% |

**St. Bernard Parish**
| | |
|---|---|
| Total Population | 67,229 |
| Sq Acres of Land | 300,000 |
| Total Households | 25,123 |
| Total Housing Units | 26,790 |
| Owner Occupied | 74.6% |
| Renter Occupied | 25.4% |
| Vacant Housing | 12.5% |

**Lower Ninth Ward**
| | |
|---|---|
| Total Population | 19,515 |
| Sq Acres of Land | 1,400 |
| Total Households | 6,802 |
| Total Housing Units | 7,941 |
| Owner Occupied | 54% |
| Renter Occupied | 46% |
| Vacant Housing | 14.3% |

1 Vandell Report Ex. 2; Truax Report at 8.