# App. Tab 3

**PHOTOGRAPHS OF VARIED PROPERTIES IN AREA
SURROUNDING COATS RESIDENCE**[*]



**Single Family Residence on Concrete Slab**



**Two-Story Commercial/Mixed-Use Property
on Concrete Slab**



**Institutional Property (St. David's Church)**



**Commercial Property**



**Institutional Use (School)**



**Single Family Residence on
Raised Foundation**

---

[*] (Truax Report, Ex. C.)