# App. Tab 9

# Polder Flood Simulations for Greater New Orleans

**Hurricane Katrina August 2005**

July 2007






# Polder Flood Simulations for Greater New Orleans

## Hurricane Katrina August 2005

M. Kok, M. Aalberts, B. Maaskant and L. de Wit

July 30, 2007






# Preface

The objective of the project is to discern the contributions of various water inputs that combined led to the flooding of the three polders that comprise Greater New Orleans (GNO) during hurricane Katrina August 2005. State-of-the art computer models are used to assess these contributions. Like all computer models simulations, the output quality is dependent upon the input parameters and accuracy of the base grid. Our team has endeavored to use the best available data in this simulation.

The project team consists of M. Kok Ph.D. MSc. (project manager), B. Maaskant MSc, M. Aalberts BSc (all from the Delft University of Technology, Netherlands) and L. de Wit MSc (Svasek B.V., Netherlands). The project was independently reviewed by Professor J.K.Vrijling MSc (Delft University of Technology).

Delft July 30, 2007.

# 1 Introduction

## 1.1 Hurricane Katrina

On the morning of August 29, 2005, Hurricane Katrina struck southeast Louisiana and triggered what would become one of the worst disasters ever to befall an American city. The storm overtopped levees and floodwalls throughout southeast Louisiana and also caused the levees and floodwalls in the New Orleans area to fail or breach in more than 50 locations. Water rushed into New Orleans and flooded over 80 percent of the city - more than ten feet deep in some neighborhoods [9].

Flooding of the city of New Orleans was caused by several sources (or causes): breaches, overtopping (of the levees and flood control structures) and rainfall. The question to be addressed in this report is to determine the relative contribution of the flooding sources for selected sites within each polder or bowl.

## 1.2 Objectives

The objectives of this research project include:

1. The use of computer models to generate flood simulations for the three polders or bowls (Orleans Metro bowl, New Orleans East bowl, and St Bernard bowl) that comprise the greater New Orleans area, utilizing the best available input data;
2. The assessment of the relative contribution of the main causes of flooding (breaches, overtopping, and rainfall) in the three polders utilizing water depth graphs (hydrographs) for selected locations.

## 1.3 General modelling approach

The flooding of New Orleans is simulated with the dedicated software package Sobek-1D2D [7]. Sobek-1D2D was developed by WL-Delft Hydraulics and is used worldwide in flood simulations. It has proved to be a reliable and stable program to simulate floods. It is the standard model used in the Netherlands for flood simulation [6]. Flooding is simulated with a combination of 1D (one-dimensional) and 2D (two-dimensional) elements; canals and boundaries are modeled as 1D elements and the flooding itself is modeled as a 2D process. Sobek-1D2D uses the robust numerical Delft Scheme to model the water motion (equations of Saint Venant) in the 1D and 2D elements. The results show detailed spatial information about water levels, velocities and rise rates over time and arrival times at desired locations.

The flooding of New Orleans is simulated in the three bowls (figure 1.1 - Orleans Metro bowl, New Orleans East bowl and St Bernard bowl) with three separate and independent model grids and simulations utilizing the Sobek1D2D computer flooding model.

# 2 Input data and Model setup

## 2.1 Assumptions

In the simulation of Katrina flooding of New Orleans the most important processes of the flooding are incorporated. Some assumptions however remained unavoidable. The assumptions used in the simulation are:

- Overtopping by waves is not taken into account directly, but when erosion occurred due to wave overtopping this is taken into account in the crest elevation. The water volume from wave overtopping is small compared with the overflow volume from overtopping when the still water level is higher than the crest level.
- Sewers, ditches and other small waterways are not represented in the model. These waterways may have resulted in faster initial spreading of the water, but have negligible influence on the final water levels inside the three bowls.
- Buildings and other structures are not incorporated. They may have blocked water flow and changed flow directions. This influence is local, the overall influence of buildings and structures is taken into account in the bottom roughness (friction to flow) used in the model.
- No distinction is made between house blocks and streets in the elevation and roughness used in the model. The results show a general picture. At locations of houses flow velocities will be overestimated; at locations of streets the velocities will be underestimated.
- The interaction between surface water and groundwater is neglected. It is assumed that the soil is fully saturated, which seems to be a good assumption for the situation just before Katrina.
- The direct impact of wind is not taken into account.
- Under seepage below or through levees or flood control structures is not taken into account. All evidence is that under seepage volumes are negligible in comparison to the final water volumes within each bowl.

## 2.2 Data

All input data such as topography, surge hydrographs, rainfall, levee and floodwall crest heights, size and depth of breaches, levee breach times and pump station operation was acquired from US experts. The interior bowl or flood model was built on these data. The project team has, as far as possible, reviewed whether the data is consistent with other available data in the various reports of IPET, Team Louisiana and ILIT (see reference list). We know that there are uncertainties in the data, but we used, according to our knowledge, the best available data.

Data used in the flood simulation:

- Digital elevation model (DEM) available for the whole area with 15ft resolution, the resolution around levee crests is one feet, as supplied by Mr. Chad Morris, a professional surveyor.
- Surge hydrographs (graphs of water level variation over time due to hurricane Katrina) were obtained for ten pertinent locations adjacent to the polders from Dr Paul Kemp, a storm surge expert and oceanographer. See figure 2.1 for the locations and table 2.1 for the period covered by the time series.
- Information on the breach locations and sizes was obtained from Geographical Information System (GIS) data delivered by Mr. Chad Morris. Timelines for the breaches were obtained from the Team Louisiana Report [3].
- Time series of rainfall are delivered by Dr. Lee E. Branscome (CCM, Climatological Consulting Corporation) for the six areas numbered 1 to 6 in figure 2.2. For the three bowls three different time series are used as input in the model. The time series of Orleans Metro is equal to time series one, the time series of New Orleans East consists of the (area) weighted average of time series two and three and the time series of St. Bernard consists of the (area) weighted average of time series four, five and six.
- Eye witness reports from the IPET and Team Louisiana reports.

In the following sections the input data on the breaches for the three bowls will be discussed in detail.




*Figure 2.1 Locations of available surge hydrographs used in this modeling study.*

The maximum water depth that occurred in the Orleans Metro bowl is shown in figure 3.3. Figure 3.4 shows the comparison between hydrographs computed by our modeling and hydrographs presented by IPET for the Orleans Metro bowl. IPET apparently based its hydrographs on eye witness accounts, stopped clock times and time/date stamped digital photographs.

There are differences between the model results and the IPET eye witness reports at some locations, but at other locations the results are in agreement. It is important to note that eye witness reports are subjective, and there will always be some uncertainty in eye witness reports given the chaos during a strong hurricane passage, driving rain and wind and the vagaries of the human memory. Additionally, during such extreme events, input data such as the exact water level in the 17th Street before and after the breach, just aren't recoded and generally hard to determine with out direct measuring equipment at the location that can function through a strong storm. Therefore, the differences between the model results and the calibration data are fully acceptable. For the purpose of this study we believe that the model results are very credible.




*Figure 3.3 Maximum computed flood depths for Orleans Metro bowl as a consequence of the hurricane Katrina flooding event.*




*Figure 4.3 Maximum computed internal flood depths as a consequence of the hurricane Katrina related flooding, New Orleans East bowl.*

Figure 4.3 shows the calculated maximum internal flood depths in the New Orleans East bowl as a consequence of the hurricane Katrina related flooding.

In the western part of the bowl IPET constructed a hydrograph on basis of eyewitness account and surveyed elevations at location 'A' in figure 4.1. This hydrograph is presented in figure 4.4. The simulated water level based on our modeling is also shown in this figure. Between 11:00am and 12:00pm the water levels diverge, in the simulation the second peak in the water level is caused by the flood water coming from the overtopping of the New Orleans East Back levee. The model results thus reveal some of the complexities of the flooding event not discernable from measurements collected some time after the event.

Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without any breaches, only overtopping of the pre-Katrina levees/flood walls and rainfall contribute to the flooding. In scenario 3 only overtopping of the pre-Katrina levees/flood walls is considered. Scenarios 4 and 5 show the upper and lower bound or brackets of the water levels in the situation if flooding had only being due to rainfall and there had been no breaches and/or overtopping. Scenario 4 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 5 shows the water levels with only rainfall, when all pumps in New Orleans East function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in New Orleans East [3].

At five locations in the bowl, indicated in figure 4.5, water level changes have been measured for each of the five scenarios.




*Figure 4.5 Water level locations scenario runs New Orleans East*

Figures 4.6-4.10 show the changes in water levels on the five locations. The difference between the black solid and orange dashed line is caused by the breaches and erosion that occurred during the storm. The difference between the black line and the green dashed-dot line is caused by the breaches and rainfall. The difference between the green dashed-dot line and the orange dashed line is the water that comes into the polder due to rainfall.

The scenarios show that overtopping and breaches are the main causes of flood water in New Orleans East. Along the east side (Willow Brook & Six Flags - sites 4 and 5) the flooding is dominated by the breaches in the Back levee. The inner levee (Maxent Levee) does create two compartments within the polder. Along the west side of the New Orleans East bowl overtopping and breaching appear to contribute almost equal amounts to the flooding, with overtopping dominating.

Rainfall has a smaller influence on the final water level in this bowl than overtopping or the breaches. The lower bound approach for the contribution of rainfall flooding (scenario 5 - only rain with 100% pump capacity) shows no substantial rain water at these five locations. Also in the upper bound approach (scenario 4 - only rain without pumps) there is not much rainwater at these locations.




*Figure 4.6 Water levels location 1 New Orleans East*

*Table 5.1 Information on the Breaches in St. Bernard*

| Nr. | Description | Width | Elevation height | Time breach development |
|---|---|---|---|---|
| 1 | IHNC North | 221 ft (67 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 2 | IHNC South | 808 ft (274 m)[1] | Sill elevation +1 ft (+0.3 m)[1] | 7:00 - 7:30[2] |
| 3 | MRGO Bayou Bienvenue | 214 ft (65 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 4 | MRGO Bayou Dupree | 54 ft (17 m)[1] | Sill elevation -6 ft (-1.8 m)[1] | 5:00 - 8:30[3] |
| 5 | Overtopping MRGO levee (erosion crest) | Various sections along MRGO levee; position and width based on GIS data[1] | Various sections along MRGO levee; erosion levels based on GIS data[1] | 5:00 - 8:30[3] |

*Calibration results*

The time progressive image snapshot series shows how this bowl flooded during hurricane Katrina. The first image in figure 5.2 is a snapshot from August 29th at 5:00am; it shows only minor rainfall. Between 5:00 and 8:30am the erosion of the MRGO levee takes place, and after 6:30am substantial volumes of surge water from the MRGO flow into the wetlands bowl between the MRGO and 40-Arpent levee. In the simulation the 40-Arpent levee starts to overflow at 8:00am and at 8:30am the first water enters Chalmette from a northeastern direction as a consequence of overtopping the 40-Arpent levee. IPET in their report state this overtopping starts at about 8:20am[4], which is in agreement with Team Louisiana's 8:30am[5]. IPET also reports that Chalmette flooded from the northeast, strong agreement with the simulation results.

At 7:00am the North and South breaches from the IHNC channel into the Lower Ninth Ward start to develop and at 7:30am the first flooding of the Lower 9th Ward is seen in the model time-step images of the internal flooding. This timing is in agreement with both the ILIT and Team Louisiana reports. IPET has another opinion about the North breach and states that this breach started earlier, but both ILIT and Team Louisiana contradict this conclusion. IPET mentions that surge water started to enter the Lower 9 Ward before 5:30am[6] and Team Louisiana around 6:00am. Potential sources of this early internal flooding include overtopping of the IHNC floodwall, the two breaches in the IHNC floodwall, and flow from the overtopping of the MRGO/GIWW levees.

---

[1] Source: GIS data with positions, widths and sill elevation heights of the breaches [delivered by Chad Morris 2007-6-28]
[2] Source: Team Louisiana report table 3, page 54-55 and timeline page 93-94 [4]
[3] At 5:00 waves start to erode the MRGO levee [Source: see footnote 2], in the simulation erosion continues until the peak water level in Lake Borne is reached at 8:30.
[4] Source: IPET volume IV: The Storm, page 199 [1]
[5] Source: Team Louisiana, page 64 [4]
[6] Source: IPET volume IV: The Storm, page 200 [1]




*Figure 5.3 Maximum computed internal flood depths, St. Bernard bowl, as a consequence of hurricane Katrina and the numerous levee failures.*



*Figure 5.4 Comparison of our computed internal flood hydrographs and that presented by the IPET team.*

## 5.2 What-if scenarios

In this paragraph several "what-if scenarios" for Saint Bernard will be presented. These scenarios will provide more information on the contribution to the flood by the different causes of the flood, like overtopping versus rainfall versus breaching and so on.

For the St. Bernard bowl seven different internal flooding model scenarios were developed:

1) Scenario all causes represented as the line '**All causes'**
2) Scenario without breaches (inclusive overtopping and rainfall) represented by the line or curve '**No Breaches'**
3) Scenario without breaches at MRGO (inclusive breaches at IHNC, overtopping and rainfall) represented by the curve '**No Breaches MRGO'**
4) Scenario without breaches at IHNC (inclusive breaches at MRGO, overtopping and rainfall) represented by the line '**No Breaches INHC'**
5) Scenario only overtopping (without breaches and without rainfall) represented by the curve '**Only Overtopping'**
6) Scenario only rainfall without pumps (without breaches and without overtopping) represented by the line '**Rain no pumps'**
7) Scenario only rainfall with 100% pump capacity (without breaches and without overtopping) represented by the curve '**Rain 100% pumps'**

Scenario 1 is equal to the Katrina event. Scenario 2 is the Katrina event without all the breaches whether MRGO or INHC and flooding is due to overtopping of the pre-Katrina levees/flood walls and rainfall. In scenario 3 the breaches at MRGO are left out. These breaches are the eroded MRGO levee and the two breaches at Bayou Bienvenue and Bayou Dupree. In scenario 4 the breaches at IHNC are left out, these breaches are the North and South breach at the IHNC. Scenario 5 considers only overtopping of the pre-Katrina levees/flood walls. Scenarios 6 and 7 show the upper and lower bound or limits of the flooding if there had been no breaches and no overtopping. Scenario 6 shows the water levels with only rainfall, when no water is pumped out (upper bound of the water levels due to rainfall). Scenario 7 shows the water levels with only rainfall, when all pumps in St. Bernard function at 100% of their rated pump capacity according to IPET [3]. During Katrina the pumps did not function in St. Bernard [3].

At ten locations in the bowl, indicated in figure 5.5, internal flooding water level changes have been computed for each of the 7 scenarios. The locations 1 to 6 are pair wise located along lines perpendicular to the 40-Arpent levee. The northern location of each pair has a lower surface elevation than the southern one, therefore the development in time of the flooding (water level) for each scenario is different for both locations in the same pair.

Therefore the main causes for the flooding of the populated area inside the St. Bernard bowl are the breaches in the IHNC and MRGO.

An interesting observation is that without the IHNC breaches almost the same volume of flood water enters the populated area of the St. Bernard bowl compared with the scenario off MRGO breaches plus overtopping plus rain. Without the IHNC breaches it takes a little longer in the western part of the bowl to reach the peak water level, but the peak itself is only marginally lower. In the eastern part of the bowl the influence of the IHNC breaches on the development of the water level is even smaller. The IHNC breaches do however influence the outflow of the water out of the Lower 9th Ward and Chalmette. Floodwater ‘leaked’ out of the bowl through the INHC breaches for many days after the storm had passed. Without these breaches the flood water can only flow over the 40-Arpent levee into the wetlands, therefore after the peak the flood water level decreases slower without the IHNC breaches.

On the other hand, the scenario with only the IHNC breaches, overtopping and rainfall (without MRGO breaches), reveals that the St. Bernard bowl still suffers significant flooding although flood depths are significantly less than the scenario that includes the MRGO breaches.




*Figure 5.6 Water levels location 1 St. Bernard*




*Figure 5.7 Water levels location 2 St. Bernard, the red, green and 2 blue lines are lying (almost) under each other*




*Figure 5.8 Water levels location 3 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed blue line*




*Figure 5.9 Water levels location 4 St. Bernard, the red line lies under the solid blue line, the dashed blue line lies under the dashed green line*






