# App. Tab 12

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES         CIVIL ACTION

CONSOLIDATED LITIGATION               NO. 05-4182 K2

                                      JUDGE DUVAL

PERTAINS TO LEVEE AND MRGO            MAG. WILKINSON


      Deposition of G. PAUL KEMP, PH.D., given in both the levees and MRGO cases, at the offices of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, on August 22nd, 2007.


REPORTED BY:

    JOSEPH A. FAIRBANKS, JR., CCR, RPR

    CERTIFIED COURT REPORTER #75005

VIDEOGRAPHER:

    KEN HART (HART VIDEO)

1   that comes -- the increment added by the waves,
2   in most cases, is -- you know, it's much more
3   surge than waves.
4        Q.   And where did you get these numbers
5   that you have on the volume of water that got
6   into particular areas?
7        A.   Okay, that is a GIS exercise, again.
8   We have -- and this was done very quickly after
9   the storm, but we ran the model and looked --
10  because remember, our model doesn't have any
11  mishaps in it.  The walls stay there.  And so
12  we ran the model, and it basically tells us any
13  water that comes in there, that's got to be
14  coming over the top.  And so if our model is
15  doing a good job of surge prediction, then we
16  should have a pretty good idea of what -- of
17  how much water should have come in from
18  overtopping.  Because we don't have the -- we
19  don't have the breaches in there.  So that was
20  just an effort to do that.  And again using the
21  GIS and the, um -- maximum water levels that
22  were seen, you could calculate a volume and
23  figure out how much of that volume should have
24  come from overtopping.  And of course it's a
25  much smaller volume than actually was there,

1   this, um -- there's actually a surge increment
2   associated with the radiation stress which is
3   not captured by the ADCIRC model, or the
4   version that we were using. Now, it's fairly
5   small, but they have done some detailed
6   analysis now of, um -- you know, of what it
7   should be. And so that's not associated with
8   breaking waves, that's actually a translation
9   of water associated with the, um -- with the
10  wave trains coming in. And so that's a
11  different -- it's actually included -- should
12  be included in the surge envelope.
13       Q.   And am I to understand that's not in
14  your surge hydrographs?
15       A.   No, it's in the hydrographs, it's not
16  in the ADCIRC model that we ran.
17            Now, remember, my hydrographs are an
18  amalgam of things, my best guess at what the
19  water -- when it got where and how high.
20       Q.   And then on Page 16, there below the
21  graph that appears, in the text it says, waves
22  added varying amounts of run-up to different
23  levee breaches. I think we talked about that
24  before. That's correct, right?
25       A.   That's right.