# App. Tab 13

CHAD MORRIS                                                    8/23/2007

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL         CIVIL ACTION
BREACHES CONSOLIDATED
LITIGATION                   NO. 05-4182 "K" (2)

                             JUDGE DUVAL
PERTAINS TO: LEVEE
                             MAG. WILKINSON

FILED IN:

05-4181, 05-4182, 05-4191,
05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327,
05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208,
06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065,
06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159,
06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937,
06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286,
07-1288, 07-1289


       Deposition of CHAD A. MORRIS, 545 Shady
Lake Parkway, Baton Rouge, Louisiana 70810,
taken in the offices of Bruno & Bruno, 855
Baronne St., Third Floor, New Orleans,
Louisiana on Thursday, the 23rd day of
August, 2007 at 8:43 a.m.


JOHNS PENDLETON COURT REPORTERS                            800 562-1285

8c605ca3-7685-45a3-9fd1-1eb64cd8977b

Page 58

1  extremely accurate. It was the best
2  information that was available at the time.
3  We now have additional information in the 500
4  gigs of Corps data.
5     Q. And that would be the sonar survey?
6     A. Some of it's the hydrographic
7  survey, yes.
8     Q. Hydrographic?
9     A. Yes. And in my view, there's
10 potentially room for refinement of the model
11 if the differences are deemed to be
12 significant.
13    Q. I have another question about sill
14 height. I guess you would have some breaches
15 where the lowest part or the bottom part of
16 the breach is pretty much a horizontal line,
17 so the sill height would be the same from the
18 beginning of, from one end of the breach to
19 the other breach, if that makes sense in
20 theory?
21    A. I would -- in theory, yes, but as I
22 alluded to before in a practical matter,
23 certainly nothing's a tabletop. We, in
24 looking at these breaches, we went through
25 and picked a few elevations and essentially

Page 59

1  picked an average, kind of what I referred to
2  when I talked about that levee. We did not
3  go through and do an extremely detailed cross
4  section of the top of the sill on every
5  breach.
6     Q. Okay. So for one breach, let's say
7  it's like half of an oval, I mean, it is not
8  a flat bottom, then the sill height wouldn't
9  necessarily be the lowest point or the
10 highest point, it would be more of an
11 average?
12    A. Yes. That's what we attempted to
13 do, more of an average.
14    Q. Okay.
15       MR. LAMBERT:
16       Do you want a coffee break?
17       THE WITNESS:
18       I'm fine.
19       MR. LAMBERT:
20       Keep going.
21 EXAMINATION BY MS. PAYNE:
22    Q. I'm handing you what's been marked
23 as Exhibit 5.
24       Counsel, here is a copy for you
25 (indicating).

Page 60

1  This, for the record, has a Bates
2  number of MORR-00001-REL. Mr. Morris, this
3  was one of the, I think this was an Excel
4  spreadsheet that was produced to the
5  defendants in the case. Can you describe for
6  us what this is?
7     A. This is a simplified version of the
8  Shape file that we provided that had the
9  breach locations and the sill heights.
10 Essentially it's really everything that is
11 in the Shape file, except instead of having a
12 beginning and ending line segment it has a
13 center location. So it -- the center
14 locations and State plane coordinates would
15 allow somebody that knows how to use mapping
16 software and what these coordinates mean to
17 pin down this location in the world.
18    Q. So the x-y coordinates on this
19 spreadsheet are what you referred to on this
20 first page of your report, those are the
21 coordinates for the Louisiana State Plane
22 Coordinate System, South Zone, NAD83?
23    A. Yes. And the unit is U.S. survey
24 flood.
25    Q. So the breach ID number listed in

Page 61

1  the left-hand column of this table, do those
2  breach ID numbers correspond with the first
3  figure, 4.1 or 4-1, in your report?
4     A. Yes.
5     Q. Okay. So, just for example, it
6  looks like on figure 4-1 of your report, the
7  breach sites or breach ID numbers 9 and 10,
8  those are the two breaches on the east side
9  of the Industrial Canal?
10    A. Yes.
11    Q. That go into the Lower Ninth Ward
12 there?
13    A. Yes.
14    Q. Okay. And so those numbers then
15 correspond with the breach ID numbers on this
16 chart?
17    A. Yes.
18    Q. Okay. So for breach ID 2 on this
19 chart, for example, I notice that the sill
20 elevation is marked negative 3.5. I guess
21 that's feet, right?
22    A. Yes.
23    Q. Do you know the source of the
24 negative numbers for this chart that you did?
25    A. When the LIDAR was flown in some of

16 (Pages 58 to 61)