# App. Tab 15
# (Part 1)



GEI Consultants

Geotechnical
Environmental and
Water Resources
Engineering

# Sources of Water in the St. Bernard and New Orleans East Basins During Hurricane Katrina

Expert Report of R. Lee Wooten, P.E.
In Support of the MRGO Defendants in the
MR-GO Master Consolidated Class Action Complaint

Submitted to:
Jones Day
2727 North Harwood Street
Dallas, TX 75201

Submitted by:
GEI Consultants, Inc.
400 Unicorn Park Drive
Woburn, MA 01801
781.721.4000

August 29, 2007
Project 07130-0

R. Lee Wooten, P.E.
Vice President

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

# Table of Contents

**Executive Summary**                                                                    **iv**

**1.  Introduction**                                                                      **1**
    1.1    Understanding of Master Complaint                               1
    1.2    Retainage Arrangement                                          1
    1.3    Scope of Services                                              1
    1.4    Limitations of Services                                        2

**2.  Professional Background**                                                           **3**

**3.  Summary of Descriptions, Sources, and Opinions**                                    **5**
    3.1    Introduction                                                   5
    3.2    Descriptions and References                                    5
    3.3    Opinions about Issues Relevant to Characterization of Sources and
    Determination of Causes                                               7
    3.4    Future Amendments of Report                                    9

**4.  Overview of Sources of Water**                                                      **10**
    4.1    St. Bernard Basin                                              10
    4.2    New Orleans East Basin                                         11
    4.3    Elevations and Datums                                          12
    4.4    Time Standard                                                  12

**5.  Description of Sources of Water That Entered St. Bernard Basin during the
Hurricane Katrina Event**                                                                 **13**
    5.1    Rainfall                                                       13
    5.2    Drainage                                                       14
    5.3    Overtopping                                                    15
        5.3.1   Mississippi River Gulf Outlet (MRGO) East Embankment Levee
            Overtopping (SB-OT1)                                     15
        5.3.2   Bayou Dupre Control Structure Overtopping (SB-OT2)       16
        5.3.3   Bayou Bienvenue Control Structures Overtopping (SB-OT3)  18
        5.3.4   Mississippi River Levee Near Poydras Overtopping (SB-OT4) 19
        5.3.5   MRGO to Caernarvon Levee Overtopping (SB-OT5)           20
        5.3.6   GIWW/MRGO Levees East of Paris Road Overtopping (SB-OT6)  22
        5.3.7   GIWW/MRGO Levees West of Paris Road Overtopping (SB-OT7) 23
        5.3.8   Forty Arpent Canal Back Levee Overtopping (SB-OT8)      24
        5.3.9   Violet Canal Levees Overtopping (SB-OT9)                25

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

| | 5.3.10 | Florida Walk Canal Back Levee Overtopping (SB-OT10) | 25 |
| | 5.3.11 | IHNC Levees Overtopping (SB-OT11) | 27 |
| | 5.3.12 | Florida Avenue Back Levee Overtopping (SB-OT12) | 28 |
| 5.4 | | Pump Station Backflow (SB-PS) | 28 |
| 5.5 | | Breaches | 30 |
| | 5.5.1 | Breaches along the MRGO Levee between Bayou Bienvenue and Bayou Dupre Control Structures (SB-B1) | 30 |
| | 5.5.2 | Breaches along the MRGO Levee Southeast of Bayou Dupre (SB-B2) | 32 |
| | 5.5.3 | Breaches at the Bayou Dupre Control Structure (SB-B3) | 34 |
| | 5.5.4 | Breaches at the Bayou Bienvenue Structure (SB-B4) | 37 |
| | 5.5.5 | Breaches at the Paris Road Gate Structure (SB-B5) | 39 |
| | 5.5.6 | Breaches along the MRGO to Caernarvon Levee (SB-B6) | 40 |
| | 5.5.7 | North Breach at the IHNC East Bank Flood Wall (Florida Avenue) (SB-B7) | 42 |
| | 5.5.8 | South Breach at the IHNC East Bank Flood Wall (N. Roman Street to N. Johnson Street) (SB-B8) | 45 |
| | 5.5.9 | Breaches at IHNC/GIWW Levee Gates S2 & S3 (SB-B9) | 47 |

## 6.  Description of Sources of Water That Entered New Orleans East Basin During the Hurricane Katrina Event

**49**

| 6.1 | | Rainfall | 49 |
| 6.2 | | Drainage | 50 |
| 6.3 | | Overtopping | 51 |
| | 6.3.1 | Citrus Back Levee, East of Paris Road Overtopping (NOE-OT1) | 51 |
| | 6.3.2 | Citrus Back Levee, West of Paris Road Overtopping (NOE-OT2) | 52 |
| | 6.3.3 | New Orleans East Back Levee Overtopping (NOE-OT3) | 53 |
| | 6.3.4 | Michoud Canal Flood Walls Overtopping (NOE-OT4) | 54 |
| | 6.3.5 | New Orleans East Levee Overtopping (NOE-OT5) | 54 |
| | 6.3.6 | IHNC Levees and Flood Walls Overtopping (NOE-OT6) | 56 |
| | 6.3.7 | New Orleans East Lakefront Levee Overtopping (NOE-OT7) | 57 |
| | 6.3.8 | Citrus Lakefront Levees Overtopping (NOE-OT8) | 58 |
| | 6.3.9 | New Orleans Lakefront Airport Flood Walls Overtopping (NOE-OT9) | 59 |
| | 6.3.10 | Interior Levees Overtopping (NOE-OT10) | 59 |
| 6.4 | | Pump Station Backflow (NOE-PS) | 61 |
| 6.5 | | Breaches | 62 |
| | 6.5.1 | Breaches along the New Orleans East Back Levee (NOE-B1) | 62 |
| | 6.5.2 | Breach at the Air Products Site Flood wall (NOE-B2) | 64 |
| | 6.5.3 | Breaches at the Pump Station OP15 Flood Wall (NOE-B3) | 65 |
| | 6.5.4 | Breaches at the Citrus Back Levee Flood Wall at Bulk Loading Facility (NOE-B4) | 66 |
| | 6.5.5 | Breaches along the Citrus Back Levee, East of the Bulk Loading Facility (NOE-B5) | 68 |

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

|   | 6.5.6 | Breaches at the Floodgate at CSX Railroad Gate Structure (New Orleans East Levee) (NOE-B6) | 69 |
|   | 6.5.7 | Breaches at the IHNC Levee/Flood Gate Transitions (NOE-B7) | 70 |
|   | 6.5.8 | Breach at the New Orleans Airport Flood Wall/Gate/Levee Transition (NOE-B8) | 71 |

**References**  **74**

**Figures**

1. St. Bernard and New Orleans East Basins
2. St. Bernard Basin Overtopping Locations
3. St. Bernard Basin Pump Station Locations
4. St. Bernard Basin Breach Locations
5. New Orleans East Overtopping Locations
6. New Orleans East Pump Station Locations
7. New Orleans East Breach Locations
8. Sheet Pile Connection Tear, North Breach, IHNC East Bank

**Appendices**

A. Resume – R. Lee Wooten, P.E.
B. Publications authored or co-authored by R. Lee Wooten, P.E.

M:\PROJECT\2007\07130\Water Sources Rpt.doc

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

# Executive Summary

In this report I describe the sources and possible sources of water that contributed to the damages and flooding of the eastern two basins or polders of the New Orleans metropolitan area during the hurricane Katrina event of August 29, 2005.  These two basins are the large areas protected by the Hurricane Protection System (HPS) located east of the Inner Harbor Navigation Canal (IHNC), specifically, the St. Bernard basin to the south and the New Orleans East basin to the north of the Gulf Intercoastal Waterway (GIWW).

I also present my professional opinions about issues relevant to overall characterization of the water sources and to determination of causes, possible causes, and contributing circumstances.

**Descriptions and References -** I base the descriptions of the water sources largely on details provided by three investigative reports prepared by others – (1) *Performance Evaluation of the New Orleans and Southwest Louisiana Hurricane Protection System* (final and final draft reports) by the Interagency Performance Evaluation Task Force (IPET), (2) *The Failure of the New Orleans Levee System during Hurricane Katrina* by the Team Louisiana (Team LA), and (3) *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005* by the Independent Levee Investigation Team (ILIT).  I have also referred to the report by the American Society of Engineers (ASCE) External Review Panel entitled *The New Orleans Hurricane Protection System: What Went Wrong and Why* as a valuable overview document.

I have supplemented the information from these reports with other references of limited scope and with my own observations made during the period of October 2-9, 2005, when I served as a member of an American Society of Civil Engineers (ASCE) group which toured most of the levee breach sites in the greater New Orleans area.  Other references are described in Section 3.2 and are listed at the end of the text.

I describe 45 sources and possible sources of water in this report.  Within each basin I present water sources in the following major groups – rainfall, drainage, overtopping, pump station backflows, and breaches, and have ordered the descriptions within a given category in approximate chronological order.

**Characterization and Causes -** The sources of water described herein have many differences but also some commonalities.  Each source of water had the potential to cause damage to some properties or individuals within the HPS basins.  No one source of water

caused all of the damages within a basin.  All of the sources could be linked to the hurricane Katrina meteorological event.

Other than the linkage to Katrina, the causes for the sources varied, sometimes significantly, from source to source.  Also the degree, if any, to which a source could be linked to flooding or damages at a given location, varied greatly depending upon the location of the flooding within a basin.

Causes and possible causes for sources of water varied also in the complexity from source to source.  For instance, the cause of rainfall is relatively straightforward as resulting from the Katrina storm; whereas, the causes and contributing circumstances for the breaches in the Lower Ninth Ward are complex to the point that investigation teams have significant disagreements about these causes and may have actually underestimated a potential factor such as a barge impact.

The number of issues that can and should be taken into account in determination of causes for a given source is typically great.  The scale of the HPS, both in size and in time, is a major factor in the overall management of the system and, consequently, is a significant potential factor in determination of causes.  Also, political issues (funding), design issues (state-of-practice at the time of design, design storm selection, datum difficulties in Louisiana, project budgets, design parameter selection, design methodology, limitations on the scope of a given design,…), construction issues (state-of-practice at the time of construction, datum and benchmark difficulties in Louisiana, known and unknown deviations from design, …), maintenance issues (maintenance planning and implementation, emergency action planning, tracking and responding to levee settlement, levee and flood wall repairs,…), timing issues (in-progress construction projects), and issues not covered under these categories may have contributed, to some degree, to some or many of the sources of water.

Determination of responsibility for sources of water will require complex analyses, evaluations, and resolution of these complex issues on a source-by-source basis because of the significant differences between the multiple sources.

# 1.  Introduction

## 1.1    Understanding of Master Complaint

The MR-GO Master Consolidated Class Action Complaint (MMC) was filed in the United States District Court, Eastern District of Louisiana, regarding the "Katrina Canal Breaches Consolidated Litigation."

Named plaintiffs in the MMC are five proposed Class Representatives who were residents of either the Lower Ninth Ward, St. Bernard Parish, or New Orleans East – areas of the Greater New Orleans area located east of the Inner Harbor Navigation Canal.  As proposed Class Representatives, the named plaintiffs argue that they can represent those persons and entities similarly situated.

Defendants are the United States Army Corps of Engineers (USACE), Washington Group International, Inc., the Board of Commissioners of the Orleans Parish Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, and the St. Paul Fire and Marine Insurance Company.

The MMC alleges numerous complaints against the defendants relating to damages suffered as a result of inundation/flooding which occurred during and immediately following the landfall of Hurricane Katrina on or about August 29, 2005.  The MMC argues that the civil action lawsuit regarding those damages should be administered as a class action.

## 1.2    Retainage Arrangement

GEI Consultants, Inc. (GEI), my employer, has been retained by the law firm of Jones Day on behalf of the MRGO Defendants to provide expert services.  GEI is paid by the MRGO Defendants based on set hourly rates and expenses that we incur.  GEI and I receive no other forms of compensation related to this case.  No part of GEI's fees or my compensation depends upon the outcome of this case.

## 1.3    Scope of Services

I have been asked  to render opinions about the sources of water that entered the "Greater New Orleans" area (as defined in plaintiffs' proposed class definition) during the Hurricane Katrina event, including:  (i) identifying and describing the sources of such water; and (ii) identifying the elements that potentially caused or contributed to water entering the area via

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

the particular source.  I have also been asked to comment on the opinions of plaintiffs'
experts.

## 1.4   Limitations of Services

I have not been asked to render opinions on what elements actually or eventually caused or
contributed to water entering the areas of the Greater New Orleans metropolitan area via a
particular source.  Rather my opinions are limited to potential and alleged elements.

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

# 2.  Professional Background

I am a Professional Engineer and a Vice President of GEI Consultants, Inc. (GEI), a company that offers a broad range of consulting and engineering services, including geotechnical, environmental, and water-related planning, design, and construction solutions.  As a Professional Engineer and manager of the Design Division of GEI's Boston area office, I specialize in geotechnical engineering, evaluation of dams and the design of dam construction and repair.  A copy of my resume is attached to this report in Appendix A.

I have been the principal author on nine professional papers addressing remediation of dams and have been a coauthor on four other professional papers on the topics of remediation of dams, tunneling, and preliminary observations of the New Orleans levees following hurricane Katrina.  A listing of my publications is attached as Exhibit B. The Association of State Dam Safety Officials awarded their initial "Innovative Rehabilitation Designer of the Year Award" in 1992 to the GEI team for which I was the principal designer of repairs to three dams along the Blue Ridge Parkway.

My professional experience includes inspection and stability analyses of existing dams, evaluation of embankment and foundation soil properties, development of conceptual designs for remedial measures, development of final designs and specifications for embankment dam construction, and construction observation of dam modifications.  I have evaluated and prepared remedial dam designs for the hazards of slope failure, seismic events, and internal erosion due to piping, overtopping, and external erosion.  I have performed FERC Part 12D inspections and attended FERC's training workshop on conducting Part 12D Inspections and facilitating Potential Failure Modes Analysis Workshops.

I served as one of ASCE Geo-Institute's representatives on the Levee Assessment Team sent to New Orleans following the breaches of levees and flooding of New Orleans resulting from Hurricane Katrina.  The purpose of team was to collect perishable data about the levee breaches before or during emergency repairs to levees. I coauthored a preliminary report on observations of levee performances with other members of the ASCE team and with members of a companion team funded by the National Science Foundation.  Note:  I have not included that preliminary report as a reference because the observations described in that report were preliminary and because, in general, those observations have been supplemented or superseded by the more detailed investigations performed by others as described in Chapter 3.

I am a member of a number of professional organizations including the American Society of Civil Engineers (ASCE), the Association of State Dam Safety Officials (ASDSO), the United

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

States Society on Dams (USSD), and the Society of American Military Engineers (SAME).  I have chaired the Geotechnical Group of the Boston Society of Civil Engineers Section of ASCE and currently serve as a member of the ASCE Geo-Institute's Embankments, Dams, and Slopes professional committee.

I received my M.S. from Massachusetts Institute of Technology in 1980, and my B.S. from Duke University in 1974.  Both degrees were awarded in Civil Engineering.  I served as a line officer in the U.S. Navy after graduation from Duke and prior to attending graduate school.

Based on my educational background and professional experience, I believe that I am qualified to speak as an expert in the field of civil engineering relating to flood control structures, including the levees and flood control structures of the New Orleans Hurricane Protection System.

# 3.  Summary of Descriptions, Sources, and Opinions

## 3.1   Introduction

In this report I describe the sources and possible sources of water that contributed to the damages and flooding of the eastern two basins or polders of the New Orleans metropolitan area during the hurricane Katrina event of August 29, 2005.  These two basins are the large areas protected by the Hurricane Protection System (HPS) located east of the Inner Harbor Navigation Canal (IHNC), specifically, the St. Bernard basin to the south and the New Orleans East basin to the north of the Gulf Intercoastal Waterway (GIWW).   The St. Bernard basin includes the metropolitan areas of St. Bernard Parish and the Lower Ninth Ward and Holy Cross neighborhoods of Orleans Parish.  Figure 1 shows an April 2005 Landsat photograph of the two basins with outlines of the HPS and interior levees and embankments.

I also present my professional opinions about issues relevant to overall characterization of the water sources and to determination of possible causes and contributing circumstances.

## 3.2   Descriptions and References

I base the descriptions of the water sources largely on details provided by three investigation reports prepared by others – (1) *Performance Evaluation of the New Orleans and Southwest Louisiana Hurricane Protection System* (final and final draft reports) by the Interagency Performance Evaluation Task Force (IPET), (2) *The Failure of the New Orleans Levee System during Hurricane Katrina*  by the Team Louisiana (Team LA), and (3) *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005* by the Independent Levee Investigation Team (ILIT).  In this report I call out specific references as IPET, referring to the most current version (2005 final draft volumes and 2006 final volumes), Team LA, or ILIT in referring to these reports.

I have also referred to the report by the American Society of Engineers (ASCE) External Review Panel entitled *The New Orleans Hurricane Protection System: What Went Wrong and Why* as a valuable overview document.

I have supplemented the information from these reports with my own observations made during the period of October 2-9, 2005, when I served as a member of an ASCE group which toured most of the levee breach sites in the greater New Orleans area.  I conferred with Dr. Francisco Silva-Tulla, another member of the ASCE group, relative to the north breach in the Lower Ninth Ward and observations that he made during a second visit in 2006.  I also have considered the deposition transcript of Mr. John R. Huerkamp and the declaration of Dr.

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

Robert Bea for information relative to the breaches in the Lower Ninth Ward.  I list the reports by the investigation teams and these additional references at the end of this report text.

The sources of water and flooding described in the three investigative reports were numerous and varied, and the three investigation teams were not in agreement about some sources or about details associated with some sources.  I have tried to include all of the water sources described in these reports, and I have attempted to describe significant differences in opinions or reporting by the three teams.  All three reports were prepared by highly qualified and respected engineering professionals and scientists whose efforts I commend for the breadth and quality of each report.  In this report, I have relied on those efforts and the professionalism of the investigation teams and have not tried to duplicate or extend their studies.  I have also generally tried not to opine on the ultimate causes of the various sources, but rather to describe events or circumstances that will need to be considered in evaluations of ultimate causes.

I describe 45 sources of water in this report.  I differentiate sources largely based on logical groupings and on differences described by the investigation teams.  I also have differentiated sources to allow easier descriptions of the sources.  Consequently some of my differentiations and groupings fall under the category of bookkeeping or taxonomy and could be lumped into bigger groups or broken down into smaller, more location specific categories depending upon whether one needs to simplify or, alternatively, to evaluate details.

I divide water source descriptions in this report first by basin and then by water source.  I describe the St. Bernard basin first because the Katrina storm surge hit the St. Bernard basin HPS first.  Within each basin I present water sources in the following major groups – rainfall, drainage, overtopping, pump station backflows, and breaches, and have ordered the descriptions within a given category in approximate chronological order.

I have tried to accurately report details as given by the investigation teams.  Those details were sometimes contradictory, and I may not have always recorded the most accurate record from a given investigation.  The amount of information that I reviewed and organized in this report was large, and my review time was constrained.  I ask the reader's patience where contradictions exist or where I have erred in reporting an investigation team's final finding.

Many of my descriptions are repetitive because of some similar circumstances that different sources share.  I have not strived for brevity in the source descriptions, but I have noted circumstances and differences particular to a given source.

### 3.3   Opinions about Issues Relevant to Characterization of Sources and Determination of Causes

The sources of water described herein have many differences but also some commonalities. Each source of water had the potential to cause damage to some properties or individuals within the HPS basins.  No one source of water caused all of the damages within a basin or damaged every property.  All of the sources could be linked to the hurricane Katrina meteorological event.

Other than the linkage to Katrina, the causes for the sources varied, sometimes significantly, from source to source.  Also the degree, if any, to which a source could be linked to flooding or damages at a given location, varied significantly depending upon the location of the flooding within a basin.

Causes and possible causes for sources varied also in the complexity from source to source. For instance, the cause of rainfall is relatively straightforward; whereas, the causes and contributing circumstances for the breaches in the Lower Ninth Ward are complex to the point that investigation teams have significant disagreements about these causes and may have actually underestimated a potential factor such as a barge impact.

The number of issues that can and should be taken into account in determination of causes for a given source is typically great.  I touch on many of the issue categories in the following paragraphs; however, there are issues not covered under these categories that may have contributed to one or some of the sources of water.

Scale Issues – The scale of the HPS is a major factor in the overall management of the system and, consequently, is a significant potential factor in determination of causes.  This scale is vast both physically and temporally.  The HPS includes about 350 miles of protective structures (IPET, I-28).  Many, if not most, of these structures have been rebuilt due to changing evaluations of flood threats, settlements, development, or other reasons.  The original levees along the Mississippi River date from the 1700's.  The Flood Control Act of 1946 authorized the first federal funding directed specifically at protection from hurricane flooding for the area.  A large number of HPS projects have been authorized, designed, constructed, and maintained over this period of time.  I have been informed that discovery is currently underway to identify construction companies, engineers, architects, designers, contractors, sub-contractors and other parties who constructed, designed, repaired, inspected, maintained, or otherwise contributed to various aspects of the hurricane protection system, including floodwalls, levees, pumping stations, flood gates, and other flood control structures.  I feel certain that this list will be lengthy and will demonstrate not only the scale of the HPS projects, but also the high degree of change in HPS personnel and projects.  My

simple overview opinion is that the scale of the HPS makes management of all of aspects of the HPS very difficult.

Political Issues – The HPS depends upon Federal, state, and local funding and authorization for its continued existence.  Politics has been and will continue to be a factor in the availability of funding.

Design Issues – Design issues were factors in many of the sources of water and may have included the state-of-practice at the time of design, design storm selection, datum difficulties in Louisiana, project budgets, design parameter selection (especially soil design parameters), design methodology, limitations on the scope of a given design, and other issues.  Many different designers with different design standards and states of practice have been involved with the HPS because of the scale of the HPS and the lengthy time period over which designs were prepared.

Construction Issues and Practices – Construction issues and practices also had the potential to factor into many of the water sources and may have included state-of-practice at the time of construction, datum and benchmark difficulties in Louisiana, known and unknown deviations from design, and other issues.  Many different contractors with differing construction practices, equipment, resources, and standards constructed the HPS because of the scale of the HPS and the lengthy time period over which construction has taken place.

Maintenance Issues - Maintenance issues are also potential factors and could include maintenance planning and implementation, emergency action planning, tracking and responding to levee settlement, levee and flood wall repairs, and other issues.

Timing Issues - Timing was a factor at some of the water sources, specifically where construction projects were in progress or where funding had been delayed for some aspect of the HPS.  Timing issues can fall under the headings of scale, political, design, construction, or maintenance.

The descriptions of individual sources in this report touch on some issues relative to causation, but I do not enumerate the laundry list of potential causal factors as given above to avoid repetition.  The reader should realize that a rigorous determination of causes and potential causes at an individual source will require that the wider range of potential issues be evaluated.

Determination of responsibility for sources of water will require complex analyses, evaluations, and resolution of these complex issues on a source-by-source basis because of the significant differences between the multiple sources.

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

## 3.4    Future Amendments of Report

The collection and dissemination of information about the events and circumstances of the flooding of the New Orleans metropolitan area will continue as this legal action progresses. Much of that information will be relevant to the descriptions of the water sources.  If appropriate, I will amend parts of this report to reflect the additional information.

# 4.  Overview of Sources of Water

## 4.1   St. Bernard Basin

I identified and categorized 24 possible sources of water that entered the St. Bernard basin during the Hurricane Katrina event.  I present water sources in the five major groups – rainfall, drainage, overtopping, pump station backflows, and breaches, and order those descriptions within a given category in approximate chronological order as summarized in the following table.  Both overtopping and breaching occurred at all of the breach sources. I have listed overtopping and breaching at these locations as separate water sources because the timing, potential causes, and potential contributions for each event (overtopping and breaching) are different.

The approximate locations for the various sources, other than rainfall and drainage, are shown on Figures 2 (Overtopping), 3 (Pump Stations), and 4 (Breaches).  I describe locations, protection systems, estimated timing, and possible causes, contributors, and uncertainties for each source in Chapter 5.

| Map Label | Category | Name (typically location name) |
|---|---|---|
| | Rainfall | Rainfall |
| | Drainage | Drainage |
| SB-OT1 | Overtopping | Mississippi River Gulf Outlet (MRGO) East Embankment Levee Overtopping |
| SB-OT2 | Overtopping | Bayou Dupre Control Structure Overtopping |
| SB-OT3 | Overtopping | Bayou Bienvenue Control Structure Overtopping |
| SB-OT4 | Overtopping | Mississippi River Levee Near Poydras Overtopping |
| SB-OT5 | Overtopping | MRGO to Caernarvon Levee Overtopping |
| SB-OT6 | Overtopping | GIWW/MRGO Levees East of Paris Road Overtopping |
| SB-OT7 | Overtopping | GIWW/MRGO Levees West of Paris Road Overtopping |
| SB-OT8 | Overtopping | Forty Arpent Canal Back Levee Overtopping |
| SB-OT9 | Overtopping | Violet Canal Levees Overtopping |
| SB-OT10 | Overtopping | Florida Walk Canal Back Levee Overtopping |
| SB-OT11 | Overtopping | IHNC Levees Overtopping |
| SB-OT12 | Overtopping | Florida Avenue Back Levee Overtopping |
| SB-PS | Pump Station Backflows | Pump Station Backflow |
| SB-B1 | Breaches | Breaches along the MRGO Levee between Bayou Bienvenue and Bayou Dupre Control Structures |
| SB-B2 | Breaches | Breaches along the MRGO Levee Southeast of Bayou Dupre |
| SB-B3 | Breaches | Breaches at the Bayou Dupre Control Structure |
| SB-B4 | Breaches | Breaches at the Bayou Bienvenue Structure |
| SB-B5 | Breaches | Breaches at the Paris Road Gate Structure |

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

| Map Label | Category | Name (typically location name) |
|-----------|----------|-------------------------------|
| SB-B6 | Breaches | Breaches along the MRGO to Caernarvon Levee |
| SB-B7 | Breaches | North Breach at the IHNC East Bank Flood Wall (Florida Avenue) |
| SB-B8 | Breaches | South Breach at the IHNC East Bank Flood Wall (N. Roman Street to N. Johnson Street) |
| SB-B9 | Breaches | Breaches at IHNC/GIWW Levee Gates S2 & S3 |

## 4.2   New Orleans East Basin

I identified and categorized 21 possible sources of water that entered the New Orleans East basin during the Hurricane Katrina event.  I present water sources in the same five major groups – rainfall, drainage, overtopping, pump station backflows, and breaches, and order those descriptions within a given category in approximate chronological order as summarized in the following table.  Again, both overtopping and breaching occurred at all of the breach sources.  I have listed overtopping and breaching at these locations as separate water sources because the timing, potential causes, and potential contributions for each event (overtopping and breaching) are different.

The approximate locations for the various sources, other than rainfall and drainage, are shown on Figures 5 (Overtopping), 6 (Pump Stations), and 7 (Breaches).  I describe locations, protection systems, estimated timing, and possible causes, contributors, and uncertainties for each source in Chapter 6.

| Map Label | Category | Name (typically location name) |
|-----------|----------|-------------------------------|
|  | Rainfall | Rainfall |
|  | Drainage | Drainage |
| NOE-OT1 | Overtopping | Citrus Back Levee, East of Paris Road Overtopping |
| NOE-OT2 | Overtopping | Citrus Back Levee, West of Paris Road Overtopping |
| NOE-OT3 | Overtopping | New Orleans East Back Levee Overtopping |
| NOE-OT4 | Overtopping | Michoud Canal Flood Walls Overtopping |
| NOE-OT5 | Overtopping | New Orleans East Levee Overtopping |
| NOE-OT6 | Overtopping | IHNC Levees and Flood Walls Overtopping |
| NOE-OT7 | Overtopping | New Orleans East Lakefront Levee Overtopping |
| NOE-OT8 | Overtopping | Citrus Lakefront Levees Overtopping |
| NOE-OT9 | Overtopping | New Orleans Lakefront Airport Flood Wall Overtopping |
| NOE-OT10 | Overtopping | Interior Levees Overtopping |
| NOE-PS | Pump Station Backflows | Pump Station Backflow |
| NOE-B1 | Breaches | Breaches along the New Orleans East Back Levee |
| NOE-B2 | Breaches | Breach at the Air Products Site Flood Wall |
| NOE-B3 | Breaches | Breaches at the Pump Station OP15 Flood Wall |
| NOE-B4 | Breaches | Breaches at the Citrus Back Levee Flood Wall at Bulk Loading Facility |

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

| Map Label | Category | Name (typically location name) |
|-----------|----------|-------------------------------|
| NOE-B5 | Breaches | Breaches along the Citrus Back Levee, East of the Bulk Loading Facility |
| NOE-B6 | Breaches | Breaches at the Floodgate at CSX Railroad Gate Structure (New Orleans East Levee) |
| NOE-B7 | Breaches | Breaches at the IHNC Levee/Flood Gate Transitions |
| NOE-B8 | Breaches | Breach at the New Orleans Airport Flood Wall/Gate/Levee Transition |

## 4.3    Elevations and Datums

Elevations and vertical datums that surveyors, engineers, and contractors use to determine elevations for levees and floodwalls are problematic in southern Louisiana because of the ongoing settlements of all ground surfaces.  Those settlements affect all structures and survey monuments, including the benchmarks used to establish vertical datums and any structures in the area.  Settlements and the effects of the settlements varied from location to location within the Greater New Orleans area.  The IPET group devoted an entire 770 page volume to their research on vertical datum issues.  Unless noted otherwise, elevations given in this report are referenced to the North American Vertical Datum of 1988 (NAVD88) 2004.65 adjustment.  Other datums cited in this report, include the National Geodetic Vertical Datum of 1929 (NGVD) and Mean Sea Level (MSL).  The potential for confusion and error when referencing elevations is large, and I am not immune.  Such errors may exist in this report.

## 4.4    Time Standard

All time references, unless noted otherwise, are believed to be on the local time standard (Central Daylight Time) for Louisiana on August 29, 2005.

# 5.  Description of Sources of Water That Entered St. Bernard Basin during the Hurricane Katrina Event

## 5.1   Rainfall

### 5.1.1   Description of Location

Rainfall associated with the hurricane fell across the entire basin.  Rainfall amounts varied slightly across developed areas of the basin, from about 11 inches in the north to 10 inches in the south.  If one includes the wetlands within the HPS, the rainfall varied from 12 inches along the GIWW/MRGO on the north to about 9 inches south of Bayou Dupre according to IPET figure 4-5 (IPET, p.VI-4-14).  The IPET text describes the rainfall amount in the St. Bernard basin as 7 to 12 inches.

### 5.1.2   Description of Protection System Components

Individual properties are typically protected from rainfall by roofs, walls, doors, windows, overhangs, gutters, downspouts, vent covers, vegetation, pavement, and other features.  Drainage protective features dealing with runoff and drainage are discussed in Section 5.2.

### 5.1.3   Estimated Event Timing, Description, and Uncertainties

The IPET report figure 4-6 (IPET, p.VI-4-15) shows a typical temporal distribution on a rainfall hyetograph that indicates rainfall starting at about 3:00 p.m. on August 28, 2005 and continuing until 3:00 p.m. on August 29, 2005.  The source of the data was the NOAA Multisensor Precipitation Estimator which took data from radar, rain gauge, and possibly satellite data.

### 5.1.4   Possible Causes, Contributors, Uncertainties

Rainfall, separate from drainage issues, was a contributor to much of the water damage from hurricane Katrina.  The large amount of rain and wind overwhelmed the rainfall protection systems of some properties.  The hurricane Katrina storm was the obvious cause for the rainfall.  Damage from the rainfall could be due to a failure or overwhelming of various property rainfall protection systems for a variety of reasons - overwhelming rain amounts and wind, poor installation, poor design, poor maintenance being the most likely.  Damages would have been especially severe for properties with poorly performing rain protection systems such as old or damaged roofs.  Examples of damage would be where rain entered a structure through penetrations in the roof and walls (e.g., vents), windows or doors.  The

penetrations could have occurred for a number of reasons - wind damage being the most likely.

## 5.2   Drainage

### 5.2.1   Description of Location

Runoff of rainfall associated with the hurricane and drainage of accumulated runoff, or lack of same, could have affected properties at any location in the basin.

### 5.2.2   Description of Protection System Components

Rainfall runoff in developed areas of the basin is typically managed by the public storm water drainage system that includes streets, catch basins, drop inlets, ditches, pipes, culverts, canals, and pump stations.  On individual properties, drainage systems may include the roof drains, the slope of the property, ditches, pipes, driveways, and other features.

### 5.2.3   Estimated Event Timing, Description, and Uncertainties

Flood timing due to poor drainage varied significantly across the basin with lower areas flooding earlier and high areas flooding later, with exceptions where passive drainage systems may have been blocked or where local drainage routing was less effective.

### 5.2.4   Possible Causes, Contributors, Uncertainties

Poor drainage of both rainfall runoff and, in areas, inflow from overtopping and breaches, contributed to flooding.  Without operational pump stations, storm water drainage stayed within the basin throughout the hurricane, contributing to flooding especially in low areas and in areas where the storm water conveyance systems were not effective.

On a local or individual property scale, poor drainage of rainfall would have also contributed to flooding and flood damages.  A relatively flat landscape, clogged ditches and drains, lack of power for sump pumps, runoff from adjacent properties, and the large amount of rain probably caused damages to individual properties where those conditions existed.