# App. Tab 15 (Part 2)

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

## 5.3    Overtopping

I describe twelve sources or possible sources of water due to overtopping of levees, floodwalls, and embankments in the following sections.  The title for each source description includes the map location label for reference to Figure 2.

### 5.3.1    Mississippi River Gulf Outlet (MRGO) East Embankment Levee Overtopping (SB-OT1)

#### 5.3.1.1    Description of Location

The MRGO East Embankment Levee is located on the southwest side of the MRGO and south of the MRGO-GIWW intersection, a linear length of the HPS that extends about 12 miles along a southeast to northwest alignment between the Bayou Bienvenue Gate Structures and the southeast corner of the HPS.  The MRGO control structures and the MRGO/GIWW levees are described in other sections that follow.

#### 5.3.1.2    Description of Protection System Components

The HPS along the MRGO, south of the GIWW and exclusive of the Bayou Bienvenue and Bayou Dupre Control Structures, consisted of two types of structures, (1) earthen levees for most of this extent and (2) sheet pile flood walls installed on the crest of lower levees. Levees in this area were subject to (1) potential instability because of the weak foundation soils and (2) significant settlements, because of the depth and softness of the foundation soils. Designers of these levees dealt with these difficulties by building the levees in stages using a wide footprint with shallow slopes and in some areas and by using lighter structures such as a sheet pile flood wall.

The earth levees were primarily constructed using soils dredged from the MRGO, which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands. According to ILIT, the final fill stage, which might have provided a veneer of compacted clay with higher erosion resistance, had not been placed (ILIT, p.6-3). At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes.  Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

The sheet pile flood wall section of these levees was constructed to raise the flood protection along a part of the levee that had settled as an interim measure until the levee could be re-raised with fill (ILIT, p.6-2).

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

### 5.3.1.3    Estimated Event Timing, Description, and Uncertainties

The MRGO levees between the Bayou Bienvenue and Bayou Dupre Control Structures were subjected to the earliest and highest storm surge and wave heights that hit the Greater New Orleans (GNO) area. The surge and the waves reached levels above El.20, completely overtopping this section of the HPS. This section of the HPS was breached extensively along most of its length as described in later sections.

### 5.3.1.4    Possible Causes, Contributors, Uncertainties

Very simply, the levels of the storm surge and waves exceeded the height of the HPS along this section of the MRGO by several feet.  The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  The storm surge came at the MRGO via Lake Borgne with little or no shallow wetland areas between the open water of Lake Borgne and the levee.  Other contributing factors may have included the selection of the design storm, the design water levels predicted for that design storm, and the ongoing nature of levee construction due to difficulties of building on soft ground subject to settlement and possible lack of funding.

Datum selection and difficulties with datum benchmarks may have also contributed to the lower levee heights.  This comment applies to many or most of the structures described in this report.  Surveyors, engineers, and contractors depend on benchmarks or monuments to use as references when establishing or determining the relative elevation of a constructed facility such as a levee or a flood wall.  Benchmarks for most datums in the southern Louisiana area settle with the surrounding area.  As a consequence, levees or flood walls that use a datum benchmark that has settled will be built at a lower level than may have been intended relative to a feature that does not settle, such as the level of the ocean.  I refer to datum and benchmark difficulties in most of my descriptions because of the potential for such problems in southern Louisiana.

## 5.3.2    *Bayou Dupre Control Structure Overtopping (SB-OT2)*

### 5.3.2.1    Description of Location

This description focuses on the overtopping at the Bayou Dupre Control Structure, located at the intersection of the Violet or Lake Borgne Canal and the MRGO immediately south of the connection between Lake Borgne and the MRGO.

5.3.2.2    Description of Protection System Components

The Bayou Dupre Control Structure consisted of several components whose overall purposes were to provide access to boats through the levee system from the Violet Canal to the MRGO and to provide a passage for water flow between the wetlands and the MRGO.  Starting from the northwest end, the Bayou Dupre Control Structure consisted of (1) an earthen embankment, (2) a section of concrete sheet piling, (3) a section of T-wall, (4) a control building and the mechanical equipment required to operate the water gate, (5) the water gate, channel, and pilings that protect the gate structure, (6) a section of concrete T-wall, (7) a section of concrete sheet piles, and (8) an earthen embankment.

The earth levees were primarily constructed using soils dredged from the MRGO, which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands. According to ILIT, the final fill stage, which might have provided a veneer of compacted clay with higher erosion resistance, had not been placed (ILIT, p.6-3). At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes.  Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

The T-walls on both sides of the water gate appeared to be relatively robust and were able to stay in place without breaching despite significant scouring on the protected side of the walls.

The concrete sheet pile flood wall sections of these levees were probably constructed to raise the flood protection along this part of the levee because the underlying soils were soft and susceptible to settlement.  The ILIT reported that the sheet pile sections were an interim measure until the levee could be re-raised with fill (ILIT, p.6-2).

5.3.2.3    Estimated Event Timing, Description, and Uncertainties

The Bayou Dupre Control Structure was subjected to some of the earliest and highest storm surge and wave heights that hit the GNO area.  The Bayou Dupre Control Structure was also located very close to the open water of Lake Borgne with very little shallow wetland area between the open water and the levee.  The breaches at this structure are discussed in a later section.  The overtopping along the MRGO levees along with flows through MRGO levee breaches has been estimated to be the major source of flooding in the polder (Team LA, p.80-85).

5.3.2.4    Possible Causes, Contributors, Uncertainties

Very simply, the levels of the storm surge and waves exceeded the height of the HPS along this section of the MRGO by several feet.  The fundamental reason that the water levels

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm. The storm surge came at the Bayou Dupre Control Structure via Lake Borgne with little shallow wetland area between the open water of Lake Borgne and the levee. Other contributing factors may have included the selection of the design storm, the design water levels predicted for that the design storm, the slow progress of constructing the levee due to difficulties of building on soft ground subject to settlement and possible lack of funding. Datum selection and difficulties with datum benchmarks may have also contributed to the lower levee heights.

### 5.3.3   Bayou Bienvenue Control Structures Overtopping (SB-OT3)

#### 5.3.3.1   Description of Location

The Bayou Bienvenue Control Structures is located at the intersection of the Bayou Bienvenue and the MRGO, about ¾ mile south of the MRGO – GIWW intersection.

#### 5.3.3.2   Description of Protection System Components

The Bayou Bienvenue Control Structures consisted of two gates and associated structures whose overall purposes were (1) to provide access to boats through the levee system from the wetland canal to the MRGO, (2) to provide a passage for water flow between the wetlands and the MRGO, and (3) to provide vehicle access through the levee (northwest side gate structure). Starting from the northwest end, the Bayou Bienvenue Control Structure consisted of (1) an earthen embankment, (2) a vehicle gate structure (a rolling metal gate flanked by concrete T-walls), (3) another earthen embankment section, (4) a section of concrete T-wall, (5) a control building and the mechanical equipment required to operate the water gate, (6) the water gate, channel, and pilings that protect the gate structure, (7) a section of concrete T-wall, and (8) an earthen embankment with a sheet pile wall.

The earth levees were primarily constructed using soils dredged from the MRGO, which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands. According to ILIT, the final fill stage, which might have provided a veneer of compacted clay with higher erosion resistance, had not been placed (ILIT, p.6-3). At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes. Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

The T-walls at the vehicle/flood gate and on both sides of the water gate appeared to be relatively robust and were able to stay in place without breaching despite significant scouring on the protected side of the walls and despite the impact and load of a barge.

The sheet pile flood wall section of these levees was constructed to raise the flood protection along this part of the levee because the underlying soils were soft and susceptible to settlement. The ILIT reported that the sheet pile sections were an interim measure until the levee could be re-raised with fill (ILIT, p.6-2).

### 5.3.3.3     Estimated Event Timing, Description, and Uncertainties

The Bayou Bienvenue Control Structures were subjected to some of the earliest and highest storm surge and wave heights that hit the GNO area.   The storm surge and waves caused four breaches at the transitions at the four ends of the T-wall structures. The timing of the breaches has not been precisely established and probably occurred sporadically. Estimates by investigators of breach timing have been based on the timing of observed flooding within the polder.

### 5.3.3.4     Possible Causes, Contributors, Uncertainties

As noted for surrounding sections of the HPS, the levels of the storm surge and waves exceeded the height of the HPS along this section of the MRGO by several feet. The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm. The storm surge came at the Bayou Bienvenue Control Structure via Lake Borgne with little shallow wetland area between the open water of Lake Borgne and the levee. Other contributing factors may have included the selection of the design storm, the design water levels predicted for that the design storm, the slow progress of constructing the levee due to difficulties of building on soft ground subject to settlement and possible lack of funding. Datum selection and difficulties with the datum benchmarks may have also contributed to the lower levee heights.

## 5.3.4   Mississippi River Levee Near Poydras Overtopping (SB-OT4)

### 5.3.4.1     Description of Location

This possible source of flooding is located along the southern extent of St. Bernard Parish / Mississippi River boundary.

### 5.3.4.2     Description of Protection System Components

The levee system in this area protects St. Bernard Parish from both hurricane flooding and flooding due to high flows in the Mississippi River. The Mississippi River levee system at this location appears to be an earth levee with a crest elevation (El. 20.1) about 7 feet above the adjacent HPS levee.

5.3.4.3        Estimated Event Timing, Description, and Uncertainties

Only the Team LA describes flooding in this area.  Early phoned-in reports describe water rushing down streets at first light and that the flooding stopped after the water "came through."  Team LA postulates that "limited wind-driven overtopping from the Mississippi River," in conjunction with a hurricane induced upstream surge or bore in the Mississippi River, was the cause of the flooding.

5.3.4.4        Possible Causes, Contributors, Uncertainties

Little is reported about the possible flooding across the Mississippi River levees protecting Poydras other than the Team LA descriptions of early flooding of limited duration.  Given the height of the Mississippi River Levees (El. 20.1), overtopping of the Mississippi River Levees at this location does not seem likely but is included here for completeness. Overtopping of the adjacent HPS in southern St. Bernard (see Section 5.3.5) may explain the early flooding reports.

### 5.3.5   MRGO to Caernarvon Levee Overtopping (SB-OT5)

5.3.5.1        Description of Location

The 10.8 mile length of the MRGO to Caernarvon Levee forms the southern most part of the HPS for the GNO area.  This levee runs primarily along an east-west orientation between the Mississippi River and the MRGO with a short (~0.5 mile) northwest-southeast trending section near the Mississippi and a longer (~2 mile) northeast-southwest trending section near the MRGO.

5.3.5.2        Description of Protection System Components

The MRGO to Caernarvon HPS consists of earthen levees for most of its length.  The Creedmore Gravity Drainage Structure is one of the components of note along the length because the two 72-inch sluice gates (vertically sliding water control gates) at that structure were stuck open during Katrina (IPET, p.V-14-154).  Other levee components included traffic gates consisting of I-walls with roller gates at the Verret Gap and at the Louisiana Highway 46 at Caernarvon (IPET, p. III-174).

The earth levees between the Verret Gap and the MRGO were constructed of hydraulic fill dredged from the MRGO (IPET, p.V-18-22), which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands.  Hydraulic fills are placed by pumping a mix of soil and water into a contained placement area.  The soil fill falls out of suspension

as the pumped water drains out of the placement area.  Fills which are placed hydraulically are usually looser than soils placed by other methods.

The section of levee from west of the Verret Gap to the Mississippi River Levee consisted of hydraulic sand fill with a clay cap from the Mississippi River (IPET, p.V-18-22).  In general, clay is more resistant to erosion than sand, and thus provides some degree of erosion protection during overtopping.  At the time of Katrina, the levees without a clay cap were protected only with grasses that had grown on the crests and slopes.  No other wave erosion protection or overtopping scour protection, such as riprap or mat covers, was in place at the time of Katrina.

### 5.3.5.3   Estimated Event Timing, Description, and Uncertainties

The surge and waves that affected the MRGO to Caernarvon Levee may have been mitigated by the shallow wetlands to the south.  Flood levels were probably greatest along the MRGO to Caernarvon Levee at the east end of the levee near the MRGO.  The presence of the shallow wetlands and the distance from Lake Borgne may have caused the Lake Borgne surge from the east to hit this section of levee after the time that the surge hit the MRGO levees.  However, surges from the south and southeast could have also caused earlier overtopping along the levee.

### 5.3.5.4   Possible Causes, Contributors, Uncertainties

This section of HPS was subjected to surge and wave levels that overtopped the levee crest in places and produced limited scour along sections of the levee.  This overtopping contributed to the flooding in developed areas of the basin.

The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  The storm surge and waves along this section of the HPS had to traverse a significant area of shallow wetlands before reaching much of this levee.  Probably as a consequence, this section of the HPS was subject to less wave energy and slightly lower surge levels than along the adjacent levees along the MRGO.

Other factors contributing to the overtopping may have included the selection of the design storm, the design water levels predicted for that design storm, and the ongoing nature of levee construction due to difficulties of building on soft ground subject to settlement and possible lack of funding.  The USACE planned to enlarge these levees but had put preparation of plans and specifications on hold due to lack of funding (IPET, p.III-159 & 160; ILIT, p.6-3).  Datum selection and difficulties with the datum benchmark may have also contributed to the lower levee heights.

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

### 5.3.6    GIWW/MRGO Levees East of Paris Road Overtopping (SB-OT6)

#### 5.3.6.1    Description of Location

This section of the HPS is located along the MRGO/GIWW on the northern side of the St. Bernard basin HPS and is bounded by the Paris Road Gate Structure to the west (included in this section) and the Bienvenue Gate Structures to the east.  The protected areas immediately south of this section of the HPS are undeveloped wetlands that fall within the Orleans Parish boundary.

#### 5.3.6.2    Description of Protection System Components

The HPS along the MRGO/GIWW east of the Paris Road gate structure consists of earthen levees and the I-walls and gate structure of the Paris Road Gate Structure.  These earth levees were raised, using "semi-compacted fill" (IPET, p.V-14-96, also p.V-13-44), in the 1980s. Semi-compacted fill is probably fill that was placed and compacted by construction vehicle traffic without specific density requirements.  The design elevation for the raise was shown as El.19.0 in the 1985 design.  Samples from the levee top were "hard lean clay (CL)" (IPET, p.V-13-42).  IPET reports the crest elevation along this section as averaging about El.17.9 for the earth levee and El.12.4 for the Paris Road Gate Structure.

#### 5.3.6.3    Estimated Event Timing, Description, and Uncertainties

This section of the HPS was overtopped for a period, probably similar to the overtopping observed at the Entergy plant immediately across the MRGO/GIWW, which extended from before sunrise until late morning.

#### 5.3.6.4    Possible Causes, Contributors, Uncertainties

The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  This section of the MRGO was close to the high surge coming across the open water of Lake Borgne with very little intervening shallow wetland area.

Other contributing factors may have included the selection of the design storm and the design water levels predicted for that design storm.  Datum selection and difficulties with a datum benchmark may have also contributed to the lower levee heights.

Because of the raise of the levee in about 1985 with "semi-compacted fill," this levee did not breach due to overtopping erosion.  Some areas of limited scour occurred, but the crown cover of clay provided enough protection here to prevent breaching.  Also LIDAR surveys

seemed to show a relatively consistent crown elevation, so overtopping flows would have been generally uniform along the length of the levee.

### 5.3.7   GIWW/MRGO Levees West of Paris Road Overtopping (SB-OT7)

#### 5.3.7.1   Description of Location

This section of HPS is located along the MRGO/GIWW on the northern side of the St. Bernard Parish / Ninth Ward and is bounded by the Paris Road gate structure to the east and by the MRGO/GIWW merge to the west.  The protected areas immediately south of this section of the HPS are undeveloped wetlands that fall within the Orleans Parish boundary.

#### 5.3.7.2   Description of Protection System Components

The HPS along the MRGO/GIWW west of the Paris Road gate structure consists of earthen levees.  These earth levees were raised, using "semi-compacted fill" (IPET, p.V-14-96, also p.V-13-44), in the 1980s.  The design elevation for the raise was shown as El.19.0 in the 1985 design.  Samples from the levee top were described as "hard lean clay (CL)" (IPET, p.V-13-42).  IPET reports levee crest elevations as ranging from El.13.5 to El.16.5.

#### 5.3.7.3   Estimated Event Timing, Description, and Uncertainties

This section of the HPS was overtopped for a period, probably similar to the overtopping observed at the Entergy plant and pump station OP20 immediately across the MRGO/GIWW, starting before daylight and continuing until late morning.

#### 5.3.7.4   Possible Causes, Contributors, Uncertainties

The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  The high storm surge propagated from Lake Borgne to this section of levee via the MRGO.

Other contributing factors may have included the selection of the design storm and the design water levels predicted for that design storm.  Datum selection and difficulties with the datum benchmark may have also contributed to the lower levee heights.

Because of the raise of the levee in about 1985 with "semi-compacted fill", this levee did not breach due to overtopping erosion.  Some areas of limited scour occurred, but the crown cover of clay provided enough protection here to prevent breaching.  Also LIDAR surveys

**Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007**

seemed to show a relatively consistent crown elevation, so overtopping flows would have been generally uniform along the length of the levee.

### 5.3.8    Forty Arpent Canal Back Levee Overtopping (SB-OT8)

#### 5.3.8.1    Description of Location

The Forty Arpent Canal Back Levee is located between the eastern part of the St. Bernard metro area and the St. Bernard wetlands.  The Forty Arpent Canal abuts the protected side of the levee and extends from Paris Road to the southeast as far as the HPS along the south boundary of St. Bernard Parish.  The Violet Canal and its levee bisect the Forty Arpent Canal and back levee in Violet.

#### 5.3.8.2    Description of Protection System Components

The Forty Arpent Canal Back Levee, along with the Florida Walk Canal Levee, the Florida Avenue Back Levee, and the Violet Canal Levees, separates developed areas of the basin of St. Bernard Parish and the Lower Ninth Ward from the St. Bernard wetlands and provides a barrier that allows drainage to be pumped from developed areas to the wetland.  Seven of the eight pump stations in this polder pump from the adjacent canals into the wetlands across these local back levees.  The levee is an earthen embankment, probably constructed of compacted local clays, possibly from the adjacent canal.

#### 5.3.8.3    Estimated Event Timing, Description, and Uncertainties

The Forty Arpent Canal Levee, along with the volume of storage in the wetland area between this interior levee and the MRGO levees, delayed the flow of storm surge into developed areas of the basin of the polder.  The start of flooding in the areas protected by the Forty Arpent Canal Back Levee was reported as 8:20 a.m. based on observations in the eastern part of St. Bernard Parish (IPET, p.IV-199).

#### 5.3.8.4    Possible Causes, Contributors, Uncertainties

The reports by the three investigation teams describe the interior levees as a factor in the progress of the flooding within each polder.  Specifically, the interior levees acted as barriers, albeit barriers lower than the HPS, to the movement of flood waters into metro areas from wetland areas.  The volume of flood water that entered the wetlands due to overtopping and breaching of the HPS levees eventually filled the wetland areas to the height of the interior levees, resulting in the flooding of developed areas behind the interior levees.

### 5.3.9   Violet Canal Levees Overtopping (SB-OT9)

#### 5.3.9.1        Description of Location

The Violet Canal Levees are located on both sides, north and south, of the Violet Canal.  The Violet Canal bisects the lower part of St. Bernard metro area in Violet and extends from the protected side of the Mississippi River Levee to the Bayou Dupre gate.  The interior levee separates 1.3 miles of the canal from the St. Bernard community of Violet.

#### 5.3.9.2        Description of Protection System Components

The Violet Canal Levees, along with the Florida Walk Canal Levee, the Florida Avenue Back Levee, and the Forty Arpent Canal Back Levee, separates developed areas of St. Bernard Parish and the Lower Ninth Ward from the St. Bernard wetlands and provides a barrier that allows drainage to be pumped from developed areas of the basin to the wetland. The Violet Canal Levee consists of earth levees and flood walls on the north side of the canal and only earth levees on the south side of the canal.  The earth levees are probably constructed of compacted local clays, possibly from the adjacent canal.

#### 5.3.9.3        Estimated Event Timing, Description, and Uncertainties

The Violet Canal Levee, along with the volume of storage in the wetland area between this interior levee and the MRGO levees, delayed the flow of storm surge into developed areas of the polder.  The start of flooding was reported as 8:20 a.m. based on observations in the eastern part of St. Bernard Parish (IPET, p.IV-199).

#### 5.3.9.4        Possible Causes, Contributors, Uncertainties

The reports by the three investigation teams describe the interior levees as a factor in the progress of the flooding within each polder.  Specifically, the interior levees acted as barriers, albeit barriers lower than the HPS, to the movement of flood waters into developed areas from wetland areas.  The volume of flood water that entered the wetlands due to overtopping and breaching of the HPS levees eventually filled the wetland areas to the height of the interior levees, resulting in the flooding of developed areas behind the interior levees.

### 5.3.10   Florida Walk Canal Back Levee Overtopping (SB-OT10)

#### 5.3.10.1        Description of Location

The Florida Walk Canal Levee is located between the northwestern part of the St. Bernard metro area and the St. Bernard wetlands.  The Florida Walk Canal abuts the protected side of

the levee and extends from about Paris Road to the railroad embankment/levee near the boundary with the Lower Ninth Ward.

### 5.3.10.2   Description of Protection System Components

The Florida Walk Canal Levee, along with the Forty Arpent Canal Back Levee, the Florida Avenue Back Levee, and the Violet Canal Levees, separates developed areas of St. Bernard Parish and the Lower Ninth Ward from the St. Bernard / Orleans wetlands and provides a barrier that allows drainage to be pumped from developed areas of the basin to the wetland. Seven of the eight pump stations in this polder pump from the adjacent canals into the wetlands across these local back levees.  The Florida Walk Canal Levee consists largely of a relatively higher steel sheet pile flood wall (El.13.5) set in an earth embankment similar to the Florida Avenue Back Levee.  The Florida Walk Canal also includes lower sections of earth levee (El.8.9) near Paris Road and higher concrete flood walls (El.14.0) at the Jean LaFitte Pump Station.

### 5.3.10.3   Estimated Event Timing, Description, and Uncertainties

The Florida Walk Canal Levee, along with the volume of storage in the wetland area between this interior levee and the MRGO levees, delayed the flow of storm surge into developed areas of the polder.  The start of flooding of the lower earth embankment section of the Forty Arpent Levee to the south at about 8:20 a.m. probably preceded overtopping of the Florida Walk Canal Back Levee because most of the flood surge in the wetland was coming from the east.  The lower earth embankment section of the levee probably overtopped soon after 8:20 a.m.  The higher flood wall sections would have overtopped later due to the additional 4.6 feet of protection offered by those flood walls.

### 5.3.10.4   Possible Causes, Contributors, Uncertainties

The reports by the three investigation teams describe the interior levees as a factor in the progress of the flooding within each polder.  Specifically, the interior levees acted as barriers, albeit barriers lower than the HPS, to the movement of flood waters into metro areas from wetland areas.  The volume of flood water that entered the wetlands due to overtopping and breaching of the HPS levees eventually filled the wetland areas to the height of the interior levees, resulting in the flooding of developed areas of the basin behind the interior levees.

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

### 5.3.11  IHNC Levees Overtopping (SB-OT11)

#### 5.3.11.1  Description of Location

The IHNC east levee runs from the MRGO / GIWW at its northern extent to the lock
structure at the Mississippi River to the south.

#### 5.3.11.2  Description of Protection System Components

The HPS at the IHNC East Bank North Breach consisted of an earthen levee constructed of
clay with an I-wall constructed along its crest to provide additional protection.  The I-wall
section that failed consisted of steel sheet piles about 20 to 23 feet long (~El.-10.6 to 9.1)
topped by an 8-foot height of reinforced concrete wall (El. 4.6 to 12.6) cast over the top 4.5
feet of the sheet piles (see section IPET, p.V-13-6).  The I-wall section to the immediate
north of the failed section was set on longer sheet piles believed to be about 35 feet.

#### 5.3.11.3  Estimated Event Timing, Description, and Uncertainties

IPET notes that flooding was reported near Florida Avenue as early as 5:00 a.m., most likely
due to the north breach of the IHNC Lower Ninth Ward levee and I-wall.  This flooding
would have preceded flooding due to overtopping of the IHNC levee, which would have
occurred about 7:45 a.m.

#### 5.3.11.4  Possible Causes, Contributors, Uncertainties

The levels of the storm surge and waves exceeded the height of the HPS along this section of
the IHNC by 1 to 2 feet.  The fundamental reason that the water levels exceeded the levee
heights was the massive storm surge generated by the high wind energy during Katrina's
period as a Category 5 to 3 storm.  The storm surge came at the IHNC from Lake Borgne via
the MRGO / GIWW.

A significant contributing factor, as described by IPET, was the settlement of the datum
benchmark(s) and of the levee which resulted in the tops of the I-walls being as much as 2.5
feet below the levels authorized in 1970 (IPET, p.II-110).  The design selection of a datum
and benchmark(s) that had settled significantly probably resulted in the biggest part of the 2.5
foot discrepancy.  Settlement of the levee itself after construction could have also been
relatively significant.  Also, the design storm and the design water levels predicted for that
design storm were less than actually experienced during Katrina.

### 5.3.12  Florida Avenue Back Levee Overtopping (SB-OT12)

#### 5.3.12.1    Description of Location

The Florida Avenue Back Levee is located along the northern boundary of the Lower Ninth
Ward neighborhood and separates developed areas of the basin from the adjacent Orleans
Parish wetlands, specifically Bayou Bienvenue.

#### 5.3.12.2    Description of Protection System Components

The Florida Avenue Back Levee, along with the Forty Arpent Canal Back Levee, the Florida
Walk Canal Levee, and the Violet Canal Levees, separates developed areas of St. Bernard
Parish and the Lower Ninth Ward from the St. Bernard / Orleans wetlands and provides a
barrier that allows drainage to be pumped from developed areas of the basin to the wetland.
Seven of the eight pump stations in this polder pump from the adjacent canals into the
wetlands across these local interior levees.  The Florida Avenue Back Levee is an earthen
railroad embankment with a steel sheet pile wall running along much of its protected side.

#### 5.3.12.3    Estimated Event Timing, Description, and Uncertainties

The Florida Avenue Back Levee, along with the volume of storage in the wetland area
between this interior levee and the IHNC / GIWW / MRGO levees, delayed the flow of storm
surge from these sources into developed areas of the polder.  The start of flooding in the
adjacent Lower Ninth Ward appears to be best explained by one or both breaches in the
IHNC levee because the early observations of the flooding precede observations of high
water levels at the water treatment plant in the adjacent wetland area.  Based on the
observations of the operators at the water treatment plant, the Florida Avenue Back Levee
would have overtopped sometime after 9:00 a.m. (IPET, IV-198).

#### 5.3.12.4    Possible Causes, Contributors, Uncertainties

Because of its higher elevation (El.13.5), the Florida Avenue Back Levee provided better
protection than the lower interior levees to the east.  The levee suffered little damage and
probably had limited overtopping.

## 5.4    Pump Station Backflow (SB-PS)

### 5.4.1    Description of Location

The locations of the St. Bernard basin pump stations are shown on Figure 3.  All but one of
these pump stations are located along the interior levee that separates developed areas of the

basin from the adjacent wetlands.  The southernmost pump station is located along the southernmost HPS levee and pumps into the wetlands to the south.

### 5.4.2   Description of Protection System Components

The pump stations act in two capacities to protect developed areas of the basin - (1) as the means to remove water from the low lying metro areas and (2) as part of the water barrier, especially if the pump station discharge pipes penetrate the levee.  Relative to flooding, the pump stations have three major configurations - (1) actively pumping, (2) not pumping and closed or configured to prevent back flow, and (3) not pumping but open.  If a pump station is in the not-pumping-but-open configuration, and the discharge piping penetrates the levee, and the flood levels rise to above the invert, the pump stations can be a source of water.  In fact, a pump station can act as a siphon drawing more water from the flood side to the protected side if the discharge piping is fully primed either by pumping or by rising flood waters on the discharge side of the pump line.

IPET reported that some of the pump stations in St. Bernard Parish and/or the Lower Ninth Ward did not have reverse flow protection devices such as gates or valves (IPET, IV-7-70 and IV-7-94).  The water elevations that would start flow through these pump stations varied significantly - OP5 PS in the Lower Ninth Ward (El.24.5+), Guichard PS (El.4.0), Bayou Villere PS (El.11.0), Jean Lafitte (El. 5.0), Bayou Ducros PS (El.5.0) (IPET, p.IV-7-Appendix Section 7.7.4).

### 5.4.3   Estimated Event Timing, Description, and Uncertainties

Based on the IPET descriptions of events, operators at all of the pump stations except the OP5 Pump Station in the Lower Ninth Ward were evacuated prior to the storm because of the potential danger (IPET, p.VI-31).  The OP5 Pump Station in the Lower Ninth Ward was abandoned after the pump station flooded.  The IPET details about the pump stations described only one of the pump stations, PS7 - Bayou Ducros, where operators noted that reverse flow probably did not occur.  Also according to IPET, backflows were reported at PS4 - Meraux where a discharge gate failed and at OP5 in the Lower Ninth Ward where operators observed reverse flow.  At all other pump stations except PS8 - St. Mary's, the operators were unsure if backflow occurred, primarily because they were directed to evacuate the pump stations before the storm and because of uncertainty if floodgates were closed where they existed.  At PS8 - St. Mary's, the operator survey stated that reverse flow did not occur because of the check valves at that station.

### 5.4.4    Possible Causes, Contributors, Uncertainties

It appears that reverse flows did occur at some pump stations.  Backflows, if and where the reverse flows occurred, were the result of a number of factors, primary among them the high, unexpected water levels in the adjacent wetlands to which the pump stations discharged.  These water levels exceeded the levels at which backflows could have occurred because the pump stations either did not have or did not close backflow protection such as valves or gates, and the inverts of the controlling piping or equipment in the pump stations were low.  IPET reported that at one pump station, OP5, reverse flow occurred because the pipe lines were full from efforts to maintain pumping.  If true, these full pipes acted as primed siphons when the pumps failed.  IPET does not indicate the period of reverse flow and, based on descriptions from the Chief of Operations of the Sewerage and Water Board of New Orleans, some pump station logs noted that operators took action to break the siphon action by introducing air into the pipes (USDC 2007, p.174).  It was not clear if this action was taken at pump station OP5.

## 5.5    Breaches

I describe nine sources or possible sources of water due to breaching of levees and floodwalls in the following sections.  The title for each source description includes the map location label for reference to Figure 4.

### 5.5.1    Breaches along the MRGO Levee between Bayou Bienvenue and Bayou Dupre Control Structures (SB-B1)

#### 5.5.1.1    Description of Location

This description focuses on the embankment levees and sheet pile flood walls on the southwest side of the MRGO and south of the MRGO-GIWW intersection, a linear length of the HPS that extends about 7.2 miles along a southeast to northwest alignment between Station 359+00 and 740+00.

#### 5.5.1.2    Description of Protection System Components

The HPS between the Bayou Bienvenue and Bayou Dupre Control Structures consisted of two types of structures, (1) earthen levees for most of this extent and (2) a length of sheet pile flood wall.  Levees in this area were subject to (1) potential instability and (2) significant settlements, because of the depth, weakness, and softness of the foundation soils.  Designers of these levees dealt with these difficulties by building the levees in stages using a wide footprint with shallow slopes and in some areas, by using lighter structures such as the sheet pile flood wall.

The earth levees were primarily constructed using soils dredged from the MRGO, which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands. According to ILIT, the final fill stage, which might have provided a veneer of compacted clay with higher erosion resistance, had not been placed (ILIT, p.6-3). At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes. Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

The sheet pile flood wall section of these levees was constructed to raise the flood protection along a part of the levee that had settled as an interim measure until the levee could be re-raised with fill (ILIT, p.6-2).

### 5.5.1.3 Estimated Event Timing, Description, and Uncertainties

The MRGO levees between the Bayou Bienvenue and Bayou Dupre Control Structures were subjected to some of the earliest and highest storm surge and wave heights that hit the GNO area. This section of the HPS was breached extensively along most of its length. The timing of the breaches has not been precisely established and probably occurred sporadically. Estimates by investigators of breach timing ranged from 4:00 a.m. to 5:30 a.m. based on the timing of observed flooding within the polder.

The breaches along this section generally did not extend below sea level except near the Control Structures. Consequently, flooding from these breaches stopped after the storm surge receded.

The overtopping along the MRGO levees along with flows through MRGO levee breaches has been estimated to be the major source of flooding in the polder. (Team LA, p.80-85).

### 5.5.1.4 Possible Causes, Contributors, Uncertainties

As noted earlier, this section of HPS was subjected to significant surge and wave overtopping which supplied the energy to breach this length of levee in numerous locations. The formation of breaches increased the speed with which flooding occurred in, first, the St. Bernard wetlands, and then, the developed areas of the basin.

The IPET report discusses these levee failures in general terms because of the extent of levees affected. Because "very little evidence of front side erosion was noted", the IPET report describes three "overtopping and breaching damage patterns" that apply to the St. Bernard levees and flood walls - (1) earthen levee backside erosion by wave overtopping and by surge overtopping (applicable to the earthen levees), (2) I-wall / levee damage or failures

due to backside erosion of I-wall soil support during overtopping, and (3) damage at transitions (applicable at the Control Structures, discussed elsewhere) (IPET, p.V-72).

The ILIT report proposes two additional failure mechanisms for breaching of the earth levees, (1) outboard slope wave erosion and (2) erosion by seepage through or under the levee (ILIT, p.6-4).  The ILIT reports that because of these additional mechanisms there was a "high likelihood that initial breaching would have initiated well before the storm surge approached within several feet of the low points along the crests along this critical levee frontage" (ILIT, p.6-5).  The ILIT report also describes observations of the sheet pile flood wall section, which included settlements of the individual sheet piles, which the investigators attribute to liquefaction of the supporting soils by cyclic wave loading (ILIT, p.6-2).

The Team LA report describes both outboard slope wave erosion and overtopping backside slope erosion but attributes breaches to backside scour holes expanding through the crown, "head cutting," to merge with the wave erosion bench (Team LA, p.63).

The levees along this section, and along most of the MRGO, were works-in-progress.  The USACE planned to enlarge these levees but had put preparation of plans and specifications on hold due to lack of funding (IPET, p.III-159 & 160; ILIT, p.6-3).

### 5.5.2    Breaches along the MRGO Levee Southeast of Bayou Dupre (SB-B2)

#### 5.5.2.1    Description of Location

This section of the HPS extends along the southwest side of the MRGO, southeast of the Bayou Dupre Control Structure, a linear length of the HPS that extends about 5 miles along a southeast to northwest alignment between Station 740+00 and 1007+91.

#### 5.5.2.2    Description of Protection System Components

The MRGO HPS southeast of the Bayou Dupre Control Structure consisted of two types of structures, (1) earthen levees for most of this extent and (2) a length of sheet pile flood wall. Levees in this area were subject to (1) potential instability because of the weak foundation soils and (2) significant settlements, because of the depth and softness of the foundation soils. Designers of these levees dealt with these difficulties by building the levees in stages using a wide footprint with shallow slopes and in some areas, by using lighter structures such as the sheet pile flood wall.

The earth levees were primarily constructed using soils dredged from the MRGO, which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands. According to ILIT, the final fill stage, which might have provided a veneer of compacted

clay with higher erosion resistance, had not been placed (ILIT, p.6-3). At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes. Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

The sheet pile flood wall sections of these levees were probably constructed to raise the flood protection as an interim measure along a part of the levee that had settled or was subject to significant settlement, until the levee could be re-raised with fill (ILIT, p.6-2).

5.5.2.3    Estimated Event Timing, Description, and Uncertainties

The MRGO levees southeast of the Bayou Dupre Control Structure were subjected to some of the earliest and highest storm surge and wave heights that hit the GNO area. This section of the HPS was breached extensively along most of its length. The timing of the breaches has not been precisely established and probably occurred sporadically. Estimates by investigators of breach timing have been based on the timing of observed flooding within the polder.

The breaches along this section generally did not extend below sea level except near the Control Structures (discussed elsewhere). Consequently, flooding from these breaches stopped after the storm surge receded.

The overtopping along the MRGO levees along with flows through MRGO levee breaches has been estimated to be the major source of flooding in the polder. (Team LA, p.80-85).

5.5.2.4    Possible Causes, Contributors, Uncertainties

This section of levee was subjected to significant surge and wave overtopping which supplied the energy to breach this length of levee in numerous locations. The formation of breaches increased the speed with which flooding occurred in, first, the St. Bernard wetlands, and then, the developed areas of the basin.

The IPET report discusses these levee failures in general terms because of the extent of levees affected. Because "very little evidence of front side erosion was noted", the IPET report describes three "overtopping and breaching damage patterns" that apply to the St. Bernard levees and flood walls - (1) earthen levee backside erosion by wave overtopping and by surge overtopping (applicable to the earthen levees), (2) I-wall / levee damage or failures due to backside erosion of I-wall soil support during overtopping, and (3) damage at transitions (applicable at the Control Structures, discussed elsewhere) (IPET, p.V-72).

The ILIT report proposes two additional failure mechanisms for breaching of the earth levees, (1) outboard slope wave erosion and (2) erosion by seepage (ILIT, p.6-4). The ILIT reports that because of these additional mechanisms there was a "high likelihood that initial breaching would have initiated well before the storm surge approached within several feet of the low points along the crests along this critical levee frontage" (ILIT, p.6-5). The ILIT report also describes observations of the sheet pile flood wall section, which included settlements of the individual sheet piles, which the report attributes to liquefaction of the supporting soils by cyclic wave loading (ILIT, p.6-2).

The Team LA report describes both outboard slope wave erosion and overtopping backside slope erosion but attributes breaches to backside scour holes expanding through the crown, "head cutting," to merge with the wave erosion bench (Team LA, p.63).

The levees along this section, and along most of the MRGO, were works-in-progress. The USACE planned to enlarge these levees but had put preparation of plans and specifications on hold due to lack of funding (IPET, p.III-159 & 160; ILIT, p.6-3).

### 5.5.3   Breaches at the Bayou Dupre Control Structure (SB-B3)

#### 5.5.3.1   Description of Location

The Bayou Dupre Control Structure is located at the intersection of the Violet or Lake Borgne Canal and the MRGO immediately south of the connection between Lake Borgne and the MRGO. This description focuses on the breaches at the Bayou Dupre Control Structure. The breaches at this structure occurred (1) at the southeast end transition from the concrete sheeting to the levee embankment section, through the embankment, (2) on the northwest side where a section of concrete sheeting failed, and (3) at the northwestern end transition from the concrete sheeting to the levee embankment section, through the embankment.

#### 5.5.3.2   Description of Protection System Components

The Bayou Dupre Control Structure consisted of several components whose overall purposes were to provide access to boats through the levee system from the wetland canal (Lake Borgne Canal) to the MRGO and to provide for water flow between the wetlands inside the HPS and the MRGO. Starting from the northwest end, the Bayou Dupre Control Structure consisted of (1) an earthen embankment, (2) a section of concrete sheet piling, (3) a section of T-wall, (4) a control building and the mechanical equipment required to operate the water gate, (5) the water gate, channel, and pilings that protect the gate structure, (6) a section of concrete T-wall, (7) a section of concrete sheet piles, and (8) an earthen embankment.

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

The earth levees were primarily constructed using soils dredged from the MRGO, which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands. According to ILIT, the final fill stage, which might have provided a veneer of compacted clay with higher erosion resistance, had not been placed (ILIT, p.6-3). At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes. Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

The T-walls on both sides of the water gate appeared to be relatively robust and were able to stay in place without breaching despite significant scouring on the protected side of the walls.

The sheet pile flood wall sections of these levees were probably constructed to raise the flood protection along this part of the levee because the underlying soils were soft and susceptible to settlement. The ILIT reported that the sheet pile sections were an interim measure until the levee could be re-raised with fill (ILIT, p.6-2).

### 5.5.3.3   Estimated Event Timing, Description, and Uncertainties

The Bayou Dupre Control Structure was subjected to some of the earliest and highest storm surge and wave heights that hit the GNO area. The Bayou Dupre Control Structure was also located very close to the open water of Lake Borgne with very little shallow wetland area between the open water and the levee. The storm surge and waves caused two breaches at the transitions to earthen levees at each end of the structures and one breach where a northwestern section of concrete sheeting failed. The timing of the breaches has not been precisely established and probably occurred sporadically. Estimates by investigators of breach timing along the MRGO ranged from 4:00 a.m. to 5:30 a.m. based on the timing of observed flooding within the polder.

The middle breach at the failed concrete sheet pile section was relatively wide (~50 feet) and extended below sea level. The width and depth of the sheet pile section breach would have allowed significant flows past the HPS. The overtopping along the MRGO levees along with flows through MRGO levee breaches has been estimated to be the major source of flooding in the polder. (Team LA, p.80-85).

The northwestern breach occurred through the earthen levee at the transition to the concrete sheet pile wall and extended to below El. 0, but was bounded inland by slightly higher ground. The southeastern breach also occurred through the earthen levee at the transition to the concrete sheet pile wall and extended to about El. 0 but was also bounded by slightly higher ground.

5.5.3.4    Possible Causes, Contributors, Uncertainties

Like all of the adjacent MRGO levees, this section of the HPS was subjected to significant surge and wave overtopping which supplied the energy to cause the three breaches.  The formation of breaches increased the speed with which flooding occurred in, first, the St. Bernard wetlands, and then, the developed areas of the basin.

The IPET report discusses the levee failures along the MRGO in general terms because of the extent of levees affected.  Because "very little evidence of front side erosion was noted", the IPET report describes three "overtopping and breaching damage patterns" that apply to the St. Bernard levees and flood walls - (1) earthen levee backside erosion by wave overtopping and by surge overtopping (applicable to the earthen levees), (2) sheet pile wall / levee damage or failures due to backside erosion of I-wall soil support during overtopping, and (3) damage at transitions (IPET, p.V-72).  The last two of these patterns apply to the Bayou Dupre Control Structure breaches.

The ILIT report also describes observations of other MRGO sheet pile flood wall sections, which included settlements of the individual sheet piles, which the report attributes to liquefaction of the supporting soils by cyclic wave loading (ILIT, p.6-2).

The levees along this section, and along most of the MRGO, were works-in-progress.  The USACE planned to enlarge these levees but had put preparation of plans and specifications on hold due to lack of funding (IPET, p.III-159 & 160; ILIT, p.6-3).  These comments apply in general to the MRGO levees; however, the control structures and adjacent levees appeared to be at about design height.

Breaches through the earthen levees at transitions to flood walls or gate structures were prevalent throughout the GNO HPS during Katrina.  Transitions from earthen levee to flood wall typically occur at gate structures where a transportation corridor, either a road, railroad or in this case, a canal, must penetrate the levee at an elevation below the levee crest, thus creating the need for a gate that can be closed during flood events.  It should be noted that neither the earth levees nor the flood walls were designed to withstand overtopping.  The transition from flood wall to earth levee created flow conditions during overtopping, specifically, higher flows, turbulence, and plunging flows, which were likely to cause more erosion of the earthen levees adjacent to ends of the flood walls than at similar levee locations without transition features.

Transition structures present additional complexity to all of the management aspects of the HPS - to design because of the increased number of functions, factors, and loadings that must be considered for the structure, to construction because of the coordination and attention to additional details that are required, and to maintenance because of the potential for

difficulties in dealing with owners, transportation corridor user, regulators, and other parties who may have an interest in the road, railroad, or canal that crosses at the transition structure.

### 5.5.4  Breaches at the Bayou Bienvenue Structure (SB-B4)

#### 5.5.4.1  Description of Location

The Bayou Bienvenue Control Structure is located at the end of the main outlet canal from Bayou Bienvenue to the MRGO.  The breaches at this structure occurred (1) at the southeast end of the structure where a ~100-foot-length of sheet pile barrier and its embankment section failed, (2) at the northwest end of the north side T-wall, and (3) around each end of the access gate structure on the northwest side of the control structure.

#### 5.5.4.2  Description of Protection System Components

The Bayou Bienvenue Control Structures consisted of several structures whose overall purposes were (1) to provide access to boats through the levee system from the wetland canal to the MRGO and to allow normal flows into and out of the wetlands and (2) to provide vehicle access through the levee (northwest side gate structure).  Starting from the northwest end, the Bayou Bienvenue Control Structure consisted of (1) an earthen embankment, (2) a vehicle gate structure (a rolling metal gate flanked by concrete T-walls), (3) another earthen embankment section, (4) a section of concrete T-wall, (5) a control building and the mechanical equipment required to operate the water gate, (6) the water gate, channel, and pilings that protect the gate structure, (7) a section of concrete T-wall, and (8) an earthen embankment with a sheet pile wall.

The earth levees were primarily constructed using soils dredged from the MRGO, which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands. According to ILIT, the final fill stage, which might have provided a veneer of compacted clay with higher erosion resistance, had not been placed (ILIT, p.6-3). At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes.  Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

The T-walls at the vehicle/flood gate and on both sides of the water gate appeared to be relatively robust and were able to stay in place without breaching despite significant scouring on the protected side of the walls and despite the impact and load of a barge.

The sheet pile flood wall section of these levees was constructed to raise the flood protection along this part of the levee because the underlying soils were soft and susceptible to

settlement. The ILIT reported that the sheet pile sections were an interim measure until the levee could be re-raised with fill (ILIT, p.6-2).

### 5.5.4.3    Estimated Event Timing, Description, and Uncertainties

Like the adjacent section of the MRGO levee to the southeast, the Bayou Bienvenue Control Structures was subjected to some of the earliest and highest storm surge and wave heights that hit the GNO area. The storm surge and waves caused 4 breaches at the transitions at the four ends of the T-wall structures. The timing of the breaches has not been precisely established and probably occurred sporadically. Estimates by investigators of breach timing ranged from 4:00 a.m. to 5:30 a.m. based on the timing of observed flooding within the polder.

The southeast breach through the sheet pile section at the transition to the T-wall was wide (~100-feet) and extended below sea level. The width and depth of the sheet pile section breach would have allowed significant flows past the HPS. The overtopping along the MRGO levees along with flows through MRGO levee breaches has been estimated to be the major source of flooding in the polder. (Team LA, p.80-85). The three northwest side breaches occurred through the earthen levees at the transitions to T-walls and extended to depths of about 7 or 8 feet with a bottom elevation of about El. 10.

### 5.5.4.4    Possible Causes, Contributors, Uncertainties

This section of levee was subjected to significant surge and wave overtopping which supplied the energy to cause the four breaches. The formation of breaches increased the speed with which flooding occurred in, first, the St. Bernard wetlands, and then, the developed areas of the basin.

The IPET report discusses the levee failures along the MRGO in general terms because of the extent of levees affected. Because "very little evidence of front side erosion was noted", the IPET report describes three "overtopping and breaching damage patterns" that apply to the St. Bernard levees and flood walls - (1) earthen levee backside erosion by wave overtopping and by surge overtopping (applicable to the earthen levees), (2) I-wall / levee damage or failures due to backside erosion of I-wall soil support during overtopping, and (3) damage at transitions (IPET, p.V-72). The last two of these patterns apply to the Bayou Bienvenue Control Structure breaches.

The ILIT report also describes observations of other MRGO sheet pile flood wall sections, where settlements of the individual sheet piles were noted and which the report attributes to liquefaction of the supporting soils by cyclic wave loading (ILIT, p.6-2).

The levees along this section, and along most of the MRGO, were works-in-progress.  The USACE planned to enlarge these levees but had put preparation of plans and specifications on hold due to lack of funding (IPET, p.III-159 & 160; ILIT, p.6-3).  These comments apply in general to the MRGO levees; however, the control structures and adjacent levees appeared to be at design height.

Breaches through the lower earthen levees at transitions to flood walls or gate structures were prevalent throughout the GNO HPS during Katrina.  Transitions from earthen levee to flood wall typically occur at gate structures where a transportation corridor, either a road, a railroad, or an canal must penetrate the levee at an elevation below the levee crest, thus creating the need for a gate that can be closed during flood events.  It should be noted that neither the earthen levees nor the flood walls were designed to withstand overtopping.  The transition from flood wall to earthen levee created flow conditions during overtopping, specifically, higher flows, turbulence and plunging flows, which were likely to cause more erosion of the earthen levees adjacent to ends of the flood walls than at similar levee locations without transition features.

Transition structures present additional complexity to all of the management aspects of the HPS - to design because of the increased number of functions, factors, and loadings that must be considered for the structure, to construction because of the coordination and attention to additional details that are required, and to maintenance because of the potential for difficulties in dealing with owners, transportation corridor users, regulators, and other parties who may have an interest in the road, railroad, or canal that crosses at the transition structure.

### 5.5.5   Breaches at the Paris Road Gate Structure (SB-B5)

#### 5.5.5.1   Description of Location

The HPS for north side of St. Bernard Parish includes a floodgate through the levee along the MRGO/GIWW about ¼ mile west of the Paris Road Bridge.  Progressing from east to west, the levee makes a transition from a concrete I-wall that runs under the Paris Road Bridge, to a floodgate section with a lower top elevation, back to a higher concrete I-wall, and eventually to the earthen levee with a top elevation at or slightly above the I-wall.  The breach formed in the earth levee at the west end transition from I-wall to earth levee.

#### 5.5.5.2   Description of Protection System Components

The top elevation of the I-wall and the earth levee on either side of the breach appeared to be about the same.  IPET describes the earth levee to the west as being capped with "semi-compacted fill" in the 1980s (IPET, p.V-14-96, also p.V-13-44).  Samples from the levee top

were "hard lean clay (CL)" (IPET, p.V-13-42).  IPET also describes the top of the gate structure as having a weighted average elevation of 12.4 (IPET, p.VIII-6-10).

5.5.5.3    Estimated Event Timing, Description, and Uncertainties

This section of the HPS was probably overtopped for a period from before daylight to late morning, probably similar to the overtopping observed at the Entergy plant immediately across the MRGO/GIWW.

5.5.5.4    Possible Causes, Contributors, Uncertainties

One figure in IPET (IPET, p.V-14-14) labels this location as a TF - transition failure.  Post Katrina inspections revealed scour of several feet in depth around the west end of the I-wall at this transition.  At the time of my visit, the breach was filled with debris, most likely the remnants of floating material from flows through the breach.

Breaches through the lower earthen levees at transitions to flood walls or gate structures were prevalent throughout the GNO HPS during Katrina.  Transitions from earthen levee to flood wall typically occur at gate structures where a transportation corridor, either a road or a railroad, must penetrate the levee at an elevation below the levee crest, thus creating the need for a gate that can be closed during flood events.   It should be noted that neither the earthen levee nor the flood walls were designed to withstand overtopping.  The transition from flood wall to earthen levee created flow conditions during overtopping, specifically, higher flows, turbulence, and plunging flows, which were likely to cause more erosion of the earthen levees adjacent to ends of the flood walls than at similar levee locations without transition features.

Transition structures present additional complexity to all of the management aspects of the HPS - to design because of the increased number of functions, factors, and loadings that must be considered for the structure, to construction because of the coordination and attention to additional details that are required, and to maintenance because of the potential for difficulties in dealing with owners, transportation corridor user, regulators, and other parties who may have an interest in the road, railroad, or canal that crosses at the transition structure.

### 5.5.6    Breaches along the MRGO to Caernarvon Levee (SB-B6)

5.5.6.1    Description of Location

The 10.8 mile length of the MRGO to Caernarvon Levee forms the southern most part of the HPS for the GNO area.  This levee runs primarily along an east-west orientation between the Mississippi River and the MRGO with a short (~0.5 mile) northwest-southeast trending

section near the Mississippi and a longer (~2 mile) northeast-southwest trending section near the MRGO.

### 5.5.6.2    Description of Protection System Components

The MRGO to Caernarvon HPS consists of earthen levees for most of its length.  The Creedmore Gravity Drainage Structure is one of the levee components of note because the two 72-inch sluice gates at that structure were stuck open during Katrina (IPET, p.V-14-154).  Other components include a segment of capped cantilevered I-walls with roller gates at the Verret Gap and at the Louisiana Highway 46 at Caernarvon (IPET, p. III-174).

The earth levees were primarily constructed using hydraulic fill soils. The section between the Verret Gap and the MRGO was constructed of hydraulic fill dredged from the MRGO (IPET, p.V-18-22), which consisted of a mix of sands, silts, and clays, and may have included lightweight shell sands.  The section of levee west of the Verret Gap to the Mississippi consisted of hydraulic sand fill with a clay cap from the Mississippi River (IPET, p.V-18-22).  At the time of Katrina, the levees were protected with grasses that had grown on the crests and slopes.  Otherwise, no wave erosion protection or overtopping scour protection was in place at the time of Katrina.

### 5.5.6.3    Estimated Event Timing, Description, and Uncertainties

Flood levels were probably earliest and greatest along this section at the east end near the MRGO and probably lagged slightly in time behind the surges along the adjacent MRGO.  The surge and waves that affected this section of the HPS were probably mitigated by the shallow wetlands to the south.  The IPET report shows three areas that were "locations of breaches" (IPET, p.V-18-21) but also characterizes the length of this section of the HPS as "LONB (scour)" (IPET, p.V-14-15), where "LONB = Overtopped levees, no breaching" (IPET, p.V-14-9), and as "minor scour on the backside of the levee" (IPET, p.V-14-150).  Figure V-14-158 shows a LIDAR survey were the levee crown elevation "drops from Elev 15 ft to Elev 12 ft in the Scour Area" (IPET, p.V-14-153).

The IPET report also describes damage to the Creedmore Gravity Drainage Structure in which the two 72-inch sluice gates are stuck because of debris under the gates, one gate at 50% closed and the other at 90% closed (IPET, p.V-14-154).  The partially opened gates would have been a source of flooding, possibly mitigated by the debris stuck in the gate openings.

5.5.6.4    Possible Causes, Contributors, Uncertainties

This section of levee was subjected to significant surge and wave levels that overtopped the levee crown in places and produced limited scour along sections of the levee.  The overtopping contributed to the flooding that occurred in developed areas of the basin.

The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  The storm surge and waves along this section of the HPS had to traverse a significant area of shallow wetlands before reaching much of this levee.  Probably as a consequence, this section of the HPS was subject to less wave energy and slightly lower surge levels than along the adjacent levees along the MRGO.

Other contributing factors may have included the selection of the design storm, the design water levels predicted for that design storm, and the ongoing nature of levee construction due to difficulties of building on soft ground subject to settlement and possible lack of funding.  The USACE planned to enlarge these levees but had put preparation of plans and specifications on hold due to lack of funding (IPET, p.III-159 & 160; ILIT, p.6-3).  Datum selection and difficulties with datum benchmarks may have also contributed to the lower levee heights.

### 5.5.7    North Breach at the IHNC East Bank Flood Wall (Florida Avenue) (SB-B7)

5.5.7.1    Description of Location

The IHNC East Bank North breach occurred across a levee and I-wall section of the HPS that separated the Lower Ninth Ward from the IHNC.  This 250-foot-wide breach was the smaller of two major breaches adjacent to the Lower Ninth Ward and was located near Florida Avenue between about Levee Stations 54+00 and 56+00.

5.5.7.2    Description of Protection System Components

The HPS at the IHNC East Bank North Breach consisted of an earthen levee constructed of clay with an I-wall constructed along its crest to provide additional protection.  The I-wall section that failed consisted of steel sheet piles about 20 to 23 feet long (~El.-10.6 to 9.1) topped by an 8-foot height of reinforced concrete wall (El. 4.6 to 12.6) cast over the top 4.5 feet of the sheet piles (see section IPET, p.V-13-6).  The I-wall section to the immediate north of the failed section was set on longer sheet piles believed to be about 35 feet.

### 5.5.7.3    Estimated Event Timing, Description, and Uncertainties

IPET notes that flooding was reported near Florida Avenue as early as 5:00 a.m.  The breach at this location appeared to have extended below sea level and thus provided a connection between the IHNC and the Lower Ninth Ward after recession of the storm surge. Communication of water through this breach continued until the USACE completed emergency closure repairs to the levee.

Because of differences in opinion about the failure mode at this location, other investigators propose later times for the initiation of flooding due to a breach at this location.  The ILIT report proposes that the failure occurred at about 7:30 a.m. to 7:45 a.m. when water levels reached about El.14.0 to El. 14.5 (MSL) (ILIT, p. 6-6).  The Team LA report describes the timing of both Lower Ninth Ward breaches as 7:00 a.m.-8:00 a.m. (Team LA, p.94).

### 5.5.7.4    Possible Causes, Contributors, Uncertainties

The IHNC East Bank North breach has perhaps the most complexity of all the Katrina-induced breaches.  Investigators from the three major study teams do not agree on the failure mode, the timing, or the root causes of the breach.

The IPET study proposed that the failure occurred prior to overtopping of the I-wall at about 5:00 a.m. based on reports of flooding near Florida Avenue at that time and based on stability analyses that include the formation of a gap between the I-wall sheeting and the levee.  The water level in the IHNC at 5:00 a.m. would have been about El.10.2.  Wave loading would have increased water loads on the I-wall at that time to about El. 11.2. The gap allowed higher water pressure to act across the full height of the I-wall sheeting.  The IPET analyses report a factor of safety of about 1.0 for water loads at El. 11.2 acting on the I-wall sheeting in the gap.  Based on the IPET models, this additional loading caused a translational failure of the I-wall and the supporting part of the levee.

The ILIT study proposes that the failure occurred when water levels were higher, about El. 14.0 to 14.5 (MSL) (El. 14.6 to 15.1 (NAVD88)), but were primarily induced by high seepage water pressures in the underlying marsh deposits.  According to ILIT, the high seepage water pressures caused levee instability in three ways, each of which could have been the actual failure mode.  The possible seepage water pressure induced failure modes cited by the ILIT study were (1) piping or erosion of foundation soils by the seepage, (2) hydraulic uplift of soils at the toe of the levee, and (3) translational instability of the levee due to foundation soil shear strengths weakened by high seepage pressures.  Robert Bea, Ph.D., P.E., a member of the ILIT, maintains in a separate declaration (Bea, 2006) that construction projects on the canal side of the IHNC floodwall contributed to the seepage.

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

According to the ILIT report, a large barge probably hit the I-wall at the southern Lower Ninth Ward breach, but was probably not the cause of that breach and failure. However, neither the ILIT report, nor the IPET report provides conclusive evidence that barge impact was not a factor in either breach of the Lower Ninth Ward levee. We know that the barge was moored in the IHNC and that it eventually entered the Lower Ninth Ward through the south breach. There appears to be evidence of a barge impact to the I-wall on the south end of the south breach. Also, testimony from the Chief of Operations of the New Orleans Sewer and Water Board described the observation made by an operator at the nearby OP5 Pump Station that a barge hit the flood wall and that the flood wall subsequently failed. It is not clear from this second hand description if the impact was at the site of the north or the south breach.

The Team Louisiana report states that the IHNC East Bank North breach occurred at or after about 7:30 a.m. when the IHNC East Bank South breach occurred. The Team Louisiana report notes the difference between the IPET and the ILIT analyses and takes the position that both failure mechanisms were contributing factors.

I also discussed features of this breach that may be relevant to evaluation of causation with Francisco Silva-Tulla, Sc.D., P.E., another member of the initial ASCE Levee Assessment Team (Silva, 2006). On June 2, 2006, during a field visit to the east bank of the Industrial Canal on behalf of Washington Group International, Inc., Dr. Silva observed the structural members that formed the connection between the deeper and longer (35 feet) I-wall sheet piles on the north side of the breach with the shorter (23 foot) I-wall sheet piles within the displaced section of the breach. Dr. Silva observed that a length of about 2 feet at the top of this connection was made with a field weld of poor quality. A tear had occurred through this field weld and had continued below the weld for about 12 feet of the length of the sheet pile, presumably at a time immediately preceding, during, or soon after the breach. He also noted that this connection would have been a likely point of stress concentration during the flood loading because the deeper sheet pile would have been relatively stiff compared to the adjacent shorter sheet pile. I have attached a photo from June 2, 2006 (Figure 8) taken by Dr. Silva of the connection and tear.

Finally, a major contributor to the overall loading on the I-wall is the fact that the I-wall and levee were about 2.5 feet lower than originally intended in 1970 (IPET, II-110). The main reason for the lower levels of the levee features was the fact that benchmarks and the levee are subject to significant settlements due to consolidation of the soft foundation soils. The design selection of a datum and benchmark(s) that had settled significantly may have resulted in the biggest part of the 2.5 foot discrepancy. Settlement of the levee itself after construction could have also been relatively significant.

### 5.5.8   South Breach at the IHNC East Bank Flood Wall (N. Roman Street to N. Johnson Street) (SB-B8)

#### 5.5.8.1   Description of Location

The IHNC East Bank south breach occurred across a levee and I-wall section of the HPS that separated the Lower Ninth Ward from the IHNC.  This ~900-foot-wide breach was the larger of two major breaches adjacent to the Lower Ninth Ward and was located approximately between North Roman Street and North Johnson Street.

#### 5.5.8.2   Description of Protection System Components

The HPS at the IHNC East Bank South Breach consisted of an earthen levee constructed of clay with an I-wall constructed along its crest to provide additional protection.  The I-wall consisted of 19.5-foot-long steel sheet piles (El.-10.6 to 9.1) topped by an 8-foot height of reinforced concrete wall (El. 4.6 to 12.6) cast over the top 4.5 feet of the sheet piles (see section IPET, p.V-13-6).

#### 5.5.8.3   Estimated Event Timing, Description, and Uncertainties

IPET notes that flooding was reported near Florida Avenue as early as 5:00 a.m., most likely due to the north breach of the IHNC Lower Ninth Ward levee and I-wall.  The breach at both the north and south locations appeared to have extended below sea level and provided a connection between the IHNC and the Lower Ninth Ward after recession of the storm surge.  Communication of water through this breach, both into and out of the protected area continued until the USACE completed emergency closure repairs to the levee.

The IPET, ILIT, and Team LA reports all favor a later time for the south breach of between 7:00 a.m. and 8:00 a.m.  However, none of the reports appears to present conclusive evidence that the south breach did not occur at the time of the initial flooding reports.  The ILIT report proposes that the failure occurred at about 7:30 a.m. to 7:45 a.m. when water levels reached about El.14.0 to El. 14.5 (MSL).  The Team LA report describes the timing of both Lower Ninth Ward breaches as 7:00 a.m.-8:00 a.m.

#### 5.5.8.4   Possible Causes, Contributors, Uncertainties

The IHNC East Bank south breach was a larger breach (900 feet) than the north breach and was believed to have occurred after the north breach due to a slightly different set of causes according to the IPET report.  The ILIT did not agree with the IPET on the failure mode, the timing, or the root causes of this breach.

The IPET study proposed that the failure of the south breach occurred due to overtopping scour of the I-wall levee support. Based on the IPET hydrograph, overtopping probably initiated about 7:45 a.m., with some earlier overtopping due to wave action. The overtopping scoured a trench immediately behind the I-wall and thus would have reduced the passive earth pressure supporting the I-wall against the water load on the canal side. The formation of a canal side gap between the I-wall and the levee could have contributed to the failure by allowing higher water pressure to act across the full height of the I-wall sheeting. The IPET analyses report factors of safety of greater than 1.0 for water loads up to the top of the I-wall leading to their conclusion that the overtopping scour triggered the breach.

The ILIT study proposes that the failure was primarily induced by high seepage water pressures in the underlying marsh deposits. According to the ILIT report, the high seepage water pressures caused levee instability in three ways, each of which could have been the actual failure mode. The possible seepage water pressure induced failure modes cited by the ILIT report were (1) piping or erosion of foundation soils by the seepage, (2) hydraulic uplift of soils at the toe of the levee, and (3) translational instability of the levee due to foundation soil shear strengths weakened by high seepage pressures. Robert Bea, a member of the ILIT, maintains in a separate declaration (Bea, 2006) that construction projects on the canal side of the IHNC floodwall contributed to the seepage.

According to the ILIT report, a large barge probably hit the I-wall at the southern Lower Ninth Ward breach, but was probably not the cause of that breach and failure. However, neither the ILIT report, nor the IPET report provides conclusive evidence that barge impact was not a factor in either breach of the Lower Ninth Ward levee. We know that the barge was moored in the IHNC and that it eventually entered the Lower Ninth Ward through the south breach. There appears to be evidence of a barge impact to the I-wall on the south end of the south breach. Also, testimony from the Chief of Operations of the New Orleans Sewer and Water Board described the observation made by an operator at the nearby OP5 Pump Station that a barge hit the flood wall and that the flood wall subsequently failed. It is not clear from this second hand description if the impact was at the site of the north or the south breach.

The Team Louisiana report states that the IHNC East Bank South breach occurred at or after about 7:30 a.m. when the IHNC East Bank North breach occurred. Team Louisiana reports the difference between the IPET and the ILIT analyses and takes the position that both failure mechanisms were contributing factors.

A major contributor to the overall loading on the I-wall is the fact that the I-wall and levee were about 2.5 feet lower than originally intended in 1970 (IPET, II-110). The main reason for the lower levels of the levee features was the fact that benchmarks and the levee are subject to significant settlements due to consolidation of the soft foundation soils. The design selection of a datum and benchmark(s) that had settled significantly may have resulted

in the biggest part of the 2.5 foot discrepancy.  Settlement of the levee itself after construction could have also been relatively significant.

### 5.5.9   Breaches at IHNC/GIWW Levee Gates S2 & S3 (SB-B9)

#### 5.5.9.1   Description of Location

This section of the HPS is immediately adjacent to the Bayou Bienvenue Main Outfall Canal, north of Florida Avenue at a point where the levee changes direction from WSW-ENE to SSW-NNE.  The levee is set back about 1/4 mile from the IHNC and about 1/2 mile from the GIWW.

#### 5.5.9.2   Description of Protection System Components

The HPS in this area consists of earthen levees, concrete flood walls (T-walls) and roadway Gates S2 and S3.

#### 5.5.9.3   Estimated Event Timing, Description, and Uncertainties

The flooding at this location was largely that of overtopping supplemented by flows through limited scour at the transition structure.  Flood flows would have corresponded with periods when water levels in the IHNC were above the top of the lower earthen levee (start) and the bottom of the scour trench around the flood wall transition (end).

#### 5.5.9.4   Possible Causes, Contributors, Uncertainties

One figure in IPET (IPET, p.V-14-12) labels this location as a TF - transition failure, which was picked up by the Team LA report in their table of significant breaches (Team LA, p. 54).  IPET also shows an aerial photo (IPET, p.14-85) which shows scour around the end of the gate structure.  IPET further reports conditions at this location as a "non-breaching scour" (IPET, p. V-13-66) and shows limited scour at the flood wall / earthen levee transition.  Consequently, it appears that most of the flooding from this source was from overtopping with perhaps a limited amount of additional flow through the scour.

Breaches through the lower earthen levees at transitions to flood walls or gate structures were prevalent throughout the GNO HPS during Katrina.  Transitions from earthen levee to flood wall typically occur at gate structures where a transportation corridor, either a road or a railroad, must penetrate the levee at an elevation below the levee crest, thus creating the need for a gate that can be closed during flood events.  The gate and adjacent flood walls were frequently designed and constructed with a crest elevation above that of the adjacent earthen levees.  The design intent of the higher flood walls and gate structures was probably to

provide additional protection at these penetrations.  It should be noted also that neither the earthen levee nor the flood walls were designed to withstand overtopping.  The transitions and any height differences at transitions caused higher flows, turbulence, and impact flows during overtopping, conditions which were likely to cause more erosion of the earthen levees adjacent to ends of the floodwalls than at similar levee locations without transition features.

Transition structures present additional complexity to all of the management aspects of the HPS - to design because of the increased number of functions, factors, and loadings that must be considered for the structure, to construction because of the coordination and attention to additional details that are required, and to maintenance because of the potential for difficulties in dealing with owners, transportation corridor user, regulators, and other parties who may have an interest in the road, railroad, or canal that crosses at the transition structure.

# 6.  Description of Sources of Water That Entered New Orleans East Basin During the Hurricane Katrina Event

## 6.1   Rainfall

### 6.1.1   Description of Location

Rainfall associated with the hurricane which fell across the entire New Orleans East (NOE) basin.  Rainfall amounts varied slightly across developed areas of the basin, from about 14 inches in the northwest to 12 inches in the south.  If one includes the wetlands within the HPS, the rainfall varied from 14 inches in the northwest to about 8 inches in the extreme northeast wetlands according to IPET figure 3-5 (IPET, p.VI-3-13).  The IPET text describes the rainfall amount in the basin as 8 to 14 inches (IPET, p.VI-3-13).

### 6.1.2   Description of Protection System Components

Individual properties are typically protected from rainfall by roofs, walls, doors, windows, overhangs, gutters, downspouts, vent covers, vegetation, pavement, and other features.  Drainage protective features are discussed in Section 6.2 dealing with runoff and drainage.

### 6.1.3   Estimated Event Timing, Description, and Uncertainties

The IPET report figure 3-5 (IPET, p.VI-3-13) shows the spatial distribution of rainfall amounts.  The source of the data was the NOAA Multisensor Precipitation Estimator which took data from radar, rain gauge, and possibly satellite data.

### 6.1.4   Possible Causes, Contributors, Uncertainties

Rainfall, separate from drainage issues, was a contributor to much of the water damage from hurricane Katrina.  The large amount of rain and wind overwhelmed the rainfall protection systems of some properties.  The hurricane Katrina storm was the obvious cause for the rainfall.  Damage from the rainfall could be due to a failure or overwhelming of various property rainfall protection systems for a variety of reasons – heavy and intense rain amounts and wind, poor installation, poor design, and poor maintenance being the most likely.  Damages would have been especially severe for properties with poorly performing rain protection systems.  Examples of damage would be where rain entered a structure through

penetrations in the roof and walls (e.g. vents), windows or doors.  The penetrations could have occurred for a number of reasons - wind damage being the most likely.

## 6.2    Drainage

### 6.2.1    Description of Location

Runoff of rainfall associated with the hurricane and drainage of accumulated runoff, or lack of same, could have affected properties at any location in the basin.

### 6.2.2    Description of Protection System Components

Rainfall runoff in developed areas of the basin is typically managed by the public stormwater drainage system that includes streets, catch basins, drop inlets, ditches, pipes, culverts, canals, and pump stations.  On individual properties, drainage systems may include the roof drains, the slope of the property, ditches, pipes, driveways, and other features.

### 6.2.3    Estimated Event Timing, Description, and Uncertainties

Flood timing due to poor drainage varied significantly across the basin with lower areas flooding earlier and high areas flooding later, with exceptions where passive drainage systems may have been blocked or where local drainage routing was less effective.

### 6.2.4    Possible Causes, Contributors, Uncertainties

Poor drainage of both rainfall runoff and, in areas, inflow from overtopping and breaches, contributed to flooding.  Without operational pump stations, storm water drainage stayed within the basin throughout the hurricane, contributing to flooding especially in low areas and in areas where the storm water conveyance systems were not effective.

On a local or individual property scale, poor drainage of rainfall would have also contributed to flooding and flood damages.  A relatively flat landscape, clogged ditches and drains, lack of power for sump pumps, runoff from adjacent properties, and the large amount of rain probably caused damages to individual properties where those conditions existed.

## 6.3    Overtopping

I describe ten sources or possible sources of water due to overtopping of levees, floodwalls, and embankments in the following sections.  The title for each source description includes the map location label for reference to Figure 5.

### 6.3.1    Citrus Back Levee, East of Paris Road Overtopping (NOE-OT1)

#### 6.3.1.1    Description of Location

The east section of the Citrus Back Levee extends along about 1.9 miles of the GIWW from Paris Road on the west to the west side of the Michoud Canal on the east.

#### 6.3.1.2    Description of Protection System Components

The Citrus Back Levee east of Paris Road consists of approximately 2.7 miles of earthen embankments and I-walls along the GIWW at and adjacent to the intersection of the GIWW and the MRGO.  The earth embankments are constructed with clay fill placed in about four lifts placed one year apart, except that dredge fill from the adjacent GIWW may have been used for the first two lifts in some sections of the levee.

#### 6.3.1.3    Estimated Event Timing, Description, and Uncertainties

Of the NOE HPS levees, the Citrus Back Levee probably experienced the first and highest water surges and waves from Katrina.  Videos from the Entergy plant show continuous overtopping of the lower earth levee to the west of the plant and wave overtopping of the I-wall immediately in front of the plant (IPET, p.IV-7-62).

#### 6.3.1.4    Possible Causes, Contributors, Uncertainties

The Citrus Back Levee was subjected to significant surge and wave overtopping due to its proximity to Lake Borgne and the GIWW.  The higher crest of most of this section (~El.17.4) limited the amount of overtopping.  The Citrus Back Levee crest drops in elevation by about a foot from the I-wall in front of the Entergy Plant to the earth levee immediately west.  The levee crest tapers down to about El.14.6 further to the west.  As a consequence, overtopping was especially significant and lengthy over this western earth part of the levee in a manner similar to that described along the Citrus Back Levee west of Paris Road.

The Katrina surge and wave levels exceeded both the actual and the design crest elevations of the Citrus Back Levee because (1) designers had not planned on these water and wave

levels and (2) settlement and possible datum problems may have caused levee elevations to be lower than design levels.

### 6.3.2   Citrus Back Levee, West of Paris Road Overtopping (NOE-OT2)

#### 6.3.2.1   Description of Location

The west section of the Citrus Back Levee extends along about 5 miles of the GIWW from the IHNC on the west to Paris Road on the east.

#### 6.3.2.2   Description of Protection System Components

The Citrus Back Levee west of Paris Road consists of approximately 5 miles of earthen embankments and I-walls along the GIWW.  The earth embankments are constructed with clay fill constructed in about four lifts placed one year apart, except that dredge fill from the adjacent GIWW may have been used for the first two lifts in some sections of the levee.  I-walls included uncapped sheet pile sections and sheet pile supported, reinforced concrete flood walls.

#### 6.3.2.3   Estimated Event Timing, Description, and Uncertainties

This section of the Citrus Back Levee appears to have been overtopped along its entire length for a significant length of time.  Videos from the Entergy plant show continuous overtopping of the lower earth levee to the west of the plant at the east end of this section and the OP20 pump station observations document overtopping along the west end of the levee from before daylight to late morning.  (IPET, p.IV-7-61 & 62).

#### 6.3.2.4   Possible Causes, Contributors, Uncertainties

The Citrus Back Levee was subjected to significant surge and wave overtopping due to its proximity to the surge from Lake Borgne and the GIWW.  The lower crest of the west part of the Citrus Back Levee (~El.14.0) was below the surge levels in this section of the GIWW resulting in continuous overtopping at the peak of the hurricane.  Wave action, before and after the surge, would have lengthened the period of overtopping.

The Katrina surge and wave levels exceeded both the actual and the design crest elevations of the Citrus Back Levee because (1) designers had not planned on these water and wave levels and (2) settlement and possible datum problems may have caused levee elevations to be lower than design levels.

### 6.3.3   New Orleans East Back Levee Overtopping (NOE-OT3)

#### 6.3.3.1   Description of Location

The New Orleans East Back Levee is located along the GIWW at the southeastern corner of the New Orleans East HPS.  The southeast corner of the HPS defines the eastern extent of this reach and the Michoud Canal defines the western end of the levee.

#### 6.3.3.2   Description of Protection System Components

The New Orleans East Back Levee consisted of approximately 4.3 miles of earthen embankments along or close to the GIWW at the southeastern corner of the New Orleans East HPS.  These embankments were "constructed from hydraulic fill in stages over three years" (IPET-13-57).

#### 6.3.3.3   Estimated Event Timing, Description, and Uncertainties

The N.O. East Back Levee has one of the first elements of the New Orleans East HPS to be hit and overtopped by Katrina.  Witnesses on nearby sections saw overtopping by up to two feet as soon as day broke on Aug 29 (IPET, p.IV-191).  Estimated depths of overtopping of the original levee ranged up to about 1.8 feet (IPET, p.V-79).  Flow through scour and erosion breaches added to the flooding.  Water from overtopping flowed into the Bayou Sauvage National Refuge and industrial areas along the GIWW and eventually overtopped the interior local levees, roadways, and railroads (Maxent Levee, Paris Road, CSX RR) into the New Orleans East metro area.

#### 6.3.3.4   Possible Causes, Contributors, Uncertainties

The New Orleans East Back Levee was subjected to significant surge and wave overtopping due to its proximity to Lake Borgne and the GIWW.  The New Orleans East Back Levee overtopping flows were probably some of the first and, in combination with flows through the coinciding breaches, the largest source of water into New Orleans East, flowing initially into the Bayou Sauvage Wildlife Refuge in the southeast quadrant of the polder and spreading eventually to developed areas of the basin.

The Katrina surge and wave levels exceeded both the actual and the design crest elevations of the New Orleans East Back Levee because (1) designers had not planned on these water and wave levels and (2) settlement and possible datum problems may have caused levee elevations to be lower than design levels.  The levees along this section were works-in-progress.  A project to enlarge these levees was under construction at the time of Katrina (IPET, p.III-124).

### 6.3.4    Michoud Canal Flood Walls Overtopping (NOE-OT4)

6.3.4.1    Description of Location

The Michoud Canal and surrounding flood walls is located off of the GIWW just east of the intersection of the MRGO and the GIWW.

6.3.4.2    Description of Protection System Components

The HPS along the Michoud Canal consists of an earth embankment with an I-wall along its crest.  Numerous gates structures exist along floodwall on the east side of the canal.

6.3.4.3    Estimated Event Timing, Description, and Uncertainties

Overtopping along the Michoud Canal was probably not as severe as on the adjacent sections of levee along the GIWW because the I-walls along the canal sides appear to have been slightly higher.  Overtopping that did occur appears to have been due largely to wave action. The timing of the overtopping would have coincided with the early part of the flooding due to the hurricane surge inflow from Lake Borgne.

6.3.4.4    Possible Causes, Contributors, Uncertainties

The levels of the storm surge with waves exceeded the height of the HPS along some or all of this section of the HPS.  The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  The storm surge came at the Michoud Canal from nearby Lake Borgne across a small wetland area and via the MRGO / GIWW.

It appears that these floodwalls were higher than many of the floodwalls elsewhere in the HPS and that overtopping resulted largely from wave action.  The design storm and the design water levels predicted for that design storm were less than actually experienced during Katrina.  Datum problems and settlement may have been contributing factors if the floodwall crests were lower than designers intended.

### 6.3.5    New Orleans East Levee Overtopping (NOE-OT5)

6.3.5.1    Description of Location

The New Orleans East Levee extends from South Point on the shore of Lake Pontchartrain south to the GIWW.

**6.3.5.2    Description of Protection System Components**

The New Orleans East Levee forms the east most line of the HPS for New Orleans East and consists of earthen embankments except at three gate structures (Rt.10, Rt.90, CSX RR). The levee was originally constructed by the Orleans Parish Levee District using dikes and pumping hydraulic fill between the dikes.  The levee was raised and strengthened by the USACE by placing clay fill across the embankment. (IPET, p.III-129).

**6.3.5.3    Estimated Event Timing, Description, and Uncertainties**

Overtopping of the New Orleans East Levee appears to have been limited.  Areas of suspected overtopping include near the GIWW, at and around the CSX RR gate, and over a limited northern section (see IPET plot Figure 18-19, p.V-18-19) where the interpreted surge plus wave height exceeded the levee crest elevation.  The overtopping could have been limited due to the surge and wave mitigation provided by the abutting shallow wetlands and to the height of the levee.  Overtopping could have exceeded these estimates but may not have left scour evidence due to the erosion resistance of the clay fill used to raise these levees.

**6.3.5.4    Possible Causes, Contributors, Uncertainties**

This section of levee was subjected to surge and wave levels that overtopped the levee crown in a limited number of locations.  The overtopping contributed to the flooding that occurred in developed areas of the basin.

The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  The storm surge and waves along this section of the HPS had to traverse a significant area of shallow wetlands before reaching much of this levee.  Probably as a consequence, this section of the HPS was subject to less wave energy and slightly lower surge levels than along the adjacent levees along the MRGO.

Other contributing factors may have included the selection of the design storm, the design water levels predicted for that design storm, and the difficulties of building on soft ground subject to settlement.  Datum selection and difficulties with datum benchmarks may have also contributed to the lower levee heights.

### 6.3.6    IHNC Levees and Flood Walls Overtopping (NOE-OT6)

#### 6.3.6.1    Description of Location

The IHNC levees and flood walls extend along the east side of the IHNC for a length of about 2.5 miles from the south at the end of the Citrus Back Levee on the GIWW to the Lakefront Airport floodwall on Lake Pontchartrain to the north.

#### 6.3.6.2    Description of Protection System Components

The HPS along the IHNC consists of 2.8 miles of earth levee and flood wall with most of the length being floodwalls, typically I-walls.  The earth levees appear to have been constructed with clay fill.  The floodwall sheeting and relief wells were included in the original design as measures to counter the effects of seepage.

#### 6.3.6.3    Estimated Event Timing, Description, and Uncertainties

The Katrina storm surge appears to have overtopped the IHNC in New Orleans East along its entire length based on high water marks.  The initial surge would have originated from the GIWW inflow.  A later surge could have occurred from Lake Pontchartrain.

#### 6.3.6.4    Possible Causes, Contributors, Uncertainties

The IHNC Levee was subjected to significant overtopping due to the surges from the GIWW and possibly from Lake Pontchartrain.  Wave action, before and after the surge, would have lengthened the period of overtopping.

The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.  Designers did not anticipate these surge and wave levels.

The Katrina surge and wave levels exceeded the existing levee crest elevations and, with wave action, would have probably overtopped levee design elevation, although to a lesser degree.  As documented by IPET, the existing levee crest elevations were lower than the design elevations because of settlement and datum problems (IPET, p.II-112).

### 6.3.7   New Orleans East Lakefront Levee Overtopping (NOE-OT7)

#### 6.3.7.1   Description of Location

The New Orleans East Lakefront Levee forms the northeast most part of the HPS along Lake Pontchartrain, extending from South Point southwest along the lake for 6.3 miles to the Citrus Lakefront Levee at the north end of Paris Road.

#### 6.3.7.2   Description of Protection System Components

The New Orleans East Lakefront Levee consists of 6.3 miles of earth levee and 463 feet of I-wall. The earth levee was constructed with a sand core and a semi-compacted clay cap. The short section of I-wall was constructed at a pipe crossing with sheeting extending to -13.0 NGVD (IPET, p.III-128).

#### 6.3.7.3   Estimated Event Timing, Description, and Uncertainties

Overtopping of the New Orleans East Lakefront Levee, if or where it occurred, appears to have been limited to wave overtopping. This levee was not near eyewitnesses and no high water marks were reported by IPET. The estimated surge level was below the levee crest.

#### 6.3.7.4   Possible Causes, Contributors, Uncertainties

This section of levee was subjected to surge and wave levels that may have overtopped the levee crown in a limited number of locations. The limited degree of overtopping would have contributed slightly to the flooding occurred in developed areas of the basin.

The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.

Other contributing factors may have included the selection of the design storm, the design water levels predicted for that design storm, and the difficulties of building on soft ground subject to settlement. Datum selection and difficulties with datum benchmarks could have also contributed to any lower levee heights, if they existed.

### 6.3.8    Citrus Lakefront Levees Overtopping (NOE-OT8)

#### 6.3.8.1    Description of Location

The Citrus Lakefront Levee is located on the Lake Pontchartrain shore and runs from the
north end of Paris Road where it abuts the New Orleans East Lakefront Levee, to the IHNC.
For the purposes of describing overtopping, I describe the Lakefront Airport floodwall,
which forms the west end of the Citrus Lakefront Levee, in a separate section.

#### 6.3.8.2    Description of Protection System Components

The Citrus Lakefront Levee consists of 5.5 miles of earth levee and 0.9 mile of flood wall
including the Lakefront Airport section.  The earth levee consists of semi-compacted clay or
of a semi-compacted clay cap over the existing earth levee.  Floodwalls include both I-walls
and T-walls which are located at the Lakefront Airport, Lincoln Beach, and pump stations.

#### 6.3.8.3    Estimated Event Timing, Description, and Uncertainties

The Citrus Lakefront Levee was overtopped along much of its length but probably for a
fairly limited duration based on observations of intermittent scour along the levee.  Wave
overtopping was probably the primary mechanism for the flooding from this source because
the IPET Lakefront Airport hydrograph for the average or surge water level tops out at or just
below much of the levee crest.  One notable exception was the short length of levee
immediately north of the Airport floodwall / gate structure.  This section of levee provided a
roadway for crossing over the levee which was about 3 feet lower that the adjacent floodwall.
At this location, overtopping would have occurred over a longer period of time and at greater
depths.  Details about this section are described in the Section 6.5.8 discussion about the
breach at the transition to the Airport floodwall / gate structure.

#### 6.3.8.4    Possible Causes, Contributors, Uncertainties

This section of levee was subjected to surge and wave levels that overtopped the levee and
contributed to the flooding of the adjacent metropolitan area.  The fundamental reason that
the water levels exceeded the levee heights was the massive storm surge generated by the
high wind energy during Katrina's period as a Category 5 to 3 storm.

Other contributing factors may have included the selection of the design storm, the design
water levels predicted for that design storm, and the difficulties of building on soft ground
subject to settlement.  Datum selection and difficulties with datum benchmarks may have
also contributed to any lower levee heights.

### 6.3.9    New Orleans Lakefront Airport Flood Walls Overtopping (NOE-OT9)

#### 6.3.9.1    Description of Location

The New Orleans Lakefront Airport flood walls form the northwest most part of the New Orleans East HPS along Lake Pontchartrain, extending from near the IHNC to the start of the earth embankment of the Citrus Lakefront Levee.  The New Orleans Lakefront Airport floodwalls are considered part of the Citrus Lakefront Levee.

#### 6.3.9.2    Description of Protection System Components

The New Orleans Lakefront Airport floodwall consists of about 0.4 mile of I-wall installed in level ground on the landside of the airport along Stars and Stripes Boulevard.  The floodwall includes a gate structure across Stars and Stripes Boulevard.

#### 6.3.9.3    Estimated Event Timing, Description, and Uncertainties

The Lakefront Airport floodwall was overtopped along its entire length based on observation of a scour trench immediately behind the floodwall.  Wave overtopping was probably the primary mechanism for the flooding from this source because the IPET hydrograph for the average or surge water level tops out at about the floodwall crest.

#### 6.3.9.4    Possible Causes, Contributors, Uncertainties

This section of levee was subjected to surge and wave levels that overtopped the floodwall and contributed to the flooding of the adjacent metropolitan area.  The fundamental reason that the water levels exceeded the levee heights was the massive storm surge generated by the high wind energy during Katrina's period as a Category 5 to 3 storm.

Other contributing factors may have included the selection of the design storm, the design water levels predicted for that design storm, and the difficulties of building on soft ground subject to settlement.  Datum selection and difficulties with datum benchmarks could have also contributed to any lower levee heights.

### 6.3.10   Interior Levees Overtopping (NOE-OT10)

#### 6.3.10.1   Description of Location

Several features inside of the New Orleans East polder provide flood barriers of varying degrees.  The most prominent interior levee is the Maxent Canal Levee that runs from the GIWW at PS15 to the northwest until it reaches the I-10 embankment.  The I-10 and Paris

Road embankments east and north of their intersection also serve as interior levees in conjunction with the Maxent Canal Levee to separate the Bayou Sauvage National Wildlife Refuge wetlands from the metropolitan area of New Orleans East.  Another interior levee (unnamed) runs along the northeast side of the Village de L'Est residential area to separate that neighborhood from the abutting wetlands.  This unnamed interior levee runs from the Paris Road embankment on its northwest end to the Michoud Canal levee on its southeast end.

Other interior features that act as flood barriers or partial flood barriers include the CSX Railroad embankment that runs from the IHNC to the East Back Levee and the Paris Road embankment that runs from the GIWW to Lake Pontchartrain.  Drainage penetrations exist through each of these embankments, compromising their capacity to act as a complete flood barrier.

### 6.3.10.2   Description of Protection System Components

The interior levees and flood barriers vary in their characteristics, but are generally earthen embankments constructed to an elevation sufficiently high to separate the New Orleans East neighborhoods from moderately high water levels in the adjacent wetlands.

### 6.3.10.3   Estimated Event Timing, Description, and Uncertainties

Flooding within the New Orleans East HPS started along the southern GIWW levees and progressed north.  The interior levees provided minor protection to some of the neighborhoods, delaying flooding slightly.  However, the volume of flooding quickly overwhelmed interior levees and progressed into developed areas of the basin.

### 6.3.10.4   Possible Causes, Contributors, Uncertainties

The interior levees acted as minor barriers to the movement of flood waters into developed areas from wetland areas and industrial areas on the south of the basin.  The volume of flood water that entered the wetlands and industrial areas due to overtopping and breaching of the HPS levees eventually filled the wetland and industrial areas to the height of the interior levees, resulting in the eventual flooding of developed areas of the basin behind the interior levees.

## 6.4    Pump Station Backflow (NOE-PS)

### 6.4.1    Description of Location

The locations of the St. Bernard basin pump stations are shown on Figure 6.  Three pump stations (OP10 - Citrus, OP14 - Jahncke, OP16 - St. Charles) are located adjacent to Lake Pontchartrain.  Four pump stations (OP20 - Amid, Grant Street, Elaine Street, & OP15) are located along the GIWW.  The eighth pump station (Maxent) is located near the north end of the Maxent Canal.

### 6.4.2    Description of Protection System Components

The pump stations act in two capacities to protect developed areas of the basin - (1) as the means to remove water from the low lying metro areas and (2) as part of the water barrier, especially if pipe inverts penetrate the levee.  Relative to flooding, the pump stations have three major configurations - (1) actively pumping, (2) not pumping and closed to prevent back flow, and (3) not pumping but open.  If a pump station is in the not-pumping-but-open configuration, and the discharge piping penetrates the levee, and the flood levels rise to above the highest piping invert, the pump stations can be a source of water.  Also, a pump station can act as a siphon drawing more water from the flood side to the protected side if the discharge piping is fully primed.

Four of the eight pump stations in New Orleans East had reverse flow protection devices such as gates or valves (IPET, IV-7-70 and IV-7-94).  Operators were not sure at one of these pump stations if the gate valve was closed (Amid).  Only two of the pump stations had piping low enough to allow reverse flow during Katrina.  At the OP20 - Amid pump station, reverse flow could start at water levels above El.9 and at OP15, reverse flow could start at water levels above El.8.8 (IPET, p.IV-7-Appendix Section 7.7.2).  At both pump stations, operators were unsure if reverse flow occurred.  In addition OP15 had no gate valve to protect against reverse flow.

### 6.4.3    Estimated Event Timing, Description, and Uncertainties

Two of the pump stations with lower invert elevations could have been susceptible to backflows because water levels in the GIWW exceeded the reverse flow levels.  None of the investigations reported definite evidence of backflows.  High water levels occurred along the GIWW near OP15 and OP20 prior to the 6:20 a.m. reports of overtopping (IPET, p.IV-191-192).

Operators at Orleans Parish pump stations remained at their pump stations until the stations were inoperable (IPET, p.VI-31).  IPET reports that only OP16 - St. Charles pumped during the hurricane.  As noted earlier, two of the St. Bernard pump stations, OP15 and OP20, would have been susceptible to backflows because of the low inverts of the pump station piping.

### 6.4.4   Possible Causes, Contributors, Uncertainties

It is not clear if any backflow occurred through the pump station in the New Orleans East polder; however, as noted previously, some of the pump stations could have been susceptible to backflows.  Backflows, if they occurred, were the result of a number of factors, primary among them the high, unexpected water levels in the GIWW to which the pump stations discharged. These water levels exceeded the levels at which backflows could have occurred because the two pump stations either did not have backflow protection such as valves or gates, or those valves, where present, may not have been not shut.

## 6.5   Breaches

I describe eight sources or possible sources of water due to overtopping of levees and floodwalls in the following sections.  The title for each source description includes the map location label for reference to Figure 7.

### 6.5.1   Breaches along the New Orleans East Back Levee (NOE-B1)

#### 6.5.1.1   Description of Location

This section of levee is located along the GIWW at the southeastern corner of the New Orleans East HPS.  The southeast corner of the HPS defines the eastern extent of this reach and the Michoud Canal defines the western end of the levee.  The IPET report describes the extent of "completely degraded" levee to include 12,750 feet of levee east of Pump Station 15 (Station 876+87 to 1101+90) and 9,800 feet of levee west of Pump Station 15 (Stations 778+00 to 876+00) (IPET, p.V-12-37).

#### 6.5.1.2   Description of Protection System Components

The New Orleans East Back Levee consisted of approximately 4.3 miles of earthen embankments along or close to the GIWW at the southeastern corner of the New Orleans East HPS.  These embankments were "constructed from hydraulic fill in stages over three years" (IPET-13-57).

6.5.1.3    Estimated Event Timing, Description, and Uncertainties

The New Orleans East Back Levee was one of the first elements of the HPS to be hit and overtopped by Katrina.  Witnesses on nearby sections saw overtopping by up to two feet as soon as day broke on Aug 29 (IPET, p.IV-191).  Estimated depths of overtopping of the original levee ranged up to about 1.8 feet (IPET, p.V-79).  Flow through scour and erosion breaches added to the flooding.  Water from these breaches flowed into the Bayou Sauvage National Refuge and industrial areas along the GIWW and eventually overtopped the interior local levees, roadways, and railroads (Maxent Levee, Paris Road, CSX RR) into the New Orleans East metro area.

Water levels in the northern residential area of New Orleans East metro area rose to about El.+1.6 and then dropped to about ~El. -1.7 after passage of the storm (IPET, p.IV-193).  The equilibration of flooding at levels below El. 0 could indicate that flooding from the breaches was not sustained after passage of the storm surge and, thus, that some residual barrier to flow may have existed.

6.5.1.4    Possible Causes, Contributors, Uncertainties

The IPET report discusses these levee failures in general terms because of the extent of levees affected.  Because "very little evidence of front side erosion was noted", the IPET report describes earthen levee backside erosion by wave overtopping and by surge overtopping as the damage pattern for the HPS earthen levees (IPET, p.V-72).  The IPET reports also notes that the hydraulic fill with significant silt and sand material of the New Orleans East Back Levee was especially susceptible to wave and overtopping scour.  IPET concludes "that the combination of hydraulically filled levees and high surge and wave action leads to breaches by erosion" (IPET, p.V-75).

The ILIT report proposes two additional failure mechanisms for breaching of the earth levees, (1) outboard slope wave erosion and (2) erosion by seepage (ILIT, p.7-5 & 6-4).  The ILIT reports that because of these additional mechanisms there was a "high likelihood that initial breaching would have initiated well before the storm surge approached within several feet of the low points along the crests along this critical levee frontage" (ILIT, p.7-5 & 6-5).

The Team LA report does not specifically describe detailed scour patterns for the New Orleans East Back Levee breaches, but it does describe a pattern for the MRGO levees facing Lake Borgne.  For the similar MRGO levees Team LA describes both outboard slope wave erosion and overtopping backside slope erosion but attributes breaches to backside scour holes expanding through the crown, "head cutting," to merge with the wave erosion bench (Team LA, p.63).

The levees along this section were works-in-progress.  A project to enlarge these levees was under construction at the time of Katrina (IPET, p.III-124).

## 6.5.2   Breach at the Air Products Site Flood wall (NOE-B2)

#### 6.5.2.1   Description of Location

The Air Products Site flood wall is located along the New Orleans East Back Levee at about Station 772, immediately east of the Michoud Canal and between the GIWW and the Air Products Hydrogen Plant.

#### 6.5.2.2   Description of Protection System Components

The HPS at near the Air Products Hydrogen Plant, starting from the east, consists of earthen levee, transitioning to sheet pile floodwall, transitioning to concrete capped I-wall.

#### 6.5.2.3   Estimated Event Timing, Description, and Uncertainties

The Air Products floodwall, as part of the New Orleans East Back Levee, was one of the first elements of the HPS to be hit and overtopped by Katrina.  Witnesses on nearby sections saw overtopping by up to two feet as soon as day broke on Aug 29 (IPET, p.IV-191).  Estimated depths of overtopping of the original levee ranged up to about 1.8 feet (IPET, p.V-79).  Both the I-wall and the sheet pile wall at the Air Products site overtopped based on the scour on the back side of each wall.  The lower sheet pile was overtopped by an additional foot of flow because of its lower height.  The flow across the sheet pile wall increased significantly as it failed completely by rotating and deflecting to the base of a scour channel formed by overtopping flows.

Water from this and other breaches flowed into the Bayou Sauvage National Refuge and industrial areas along the GIWW and eventually overtopped the interior local levees, roadways, and railroads (Maxent Levee, Paris Road, CSX RR) into the New Orleans East metro area.

Water levels in two areas of New Orleans East metro area rose to about El.+1.6 and then dropped to about ~El. -1.7 after passage of the storm (IPET, p.IV-193).  The sheet pile flood wall at the Air Products site was deflected to below sea level.  However, the equilibration of flooding at levels below El. 0 could indicate that flooding from the breaches was not sustained after passage of the storm surge and, thus, that some residual barrier to flow existed.

6.5.2.4    Possible Causes, Contributors, Uncertainties

The breach at the Air Products site appears to consist of a complete rotation failure of the
sheet pile floodwall.  The deflection could have resulted from (1) loss of support due to scour
behind the sheeting, (2) hydraulic loading along the gap that would have formed on the flood
side of the wall, (3) overloading of the wall by surge and wave forces, (4) seepage related
problems similar to those described by the ILIT for the IHNC flood walls or a combination of
the these causes.  The IPET, Team LA, and ILIT reports do not address the failure causes at
this specific section.

### 6.5.3    Breaches at the Pump Station OP15 Flood Wall (NOE-B3)

6.5.3.1    Description of Location

The pump station OP15 floodwall is located along the New Orleans East Back Levee at
about Station 876, about 4.2 miles from the southeast end of the Back Levee along the
GIWW.

6.5.3.2    Description of Protection System Components

The HPS at pump station OP15 consists of 493 feet of floodwall.  The floodwall includes two
types of construction - a concrete topped I-wall at the discharge pipes and steel sheet pile
sections to the west and east of the concrete topped I-wall.  The sheet pile sections of the
flood wall appear to have been constructed about 5 feet lower than the concrete topped I-
wall.

6.5.3.3    Estimated Event Timing, Description, and Uncertainties

The floodwall at OP15, as part of the New Orleans East Back Levee, was one of the first
elements of the HPS to be hit and overtopped by Katrina.  Witnesses on nearby sections saw
overtopping of the Back Levee to the east by up to two feet as soon as day broke on Aug 29
(IPET, p.IV-191).  Estimated depths of overtopping of the earthen Back Levee ranged up to
about 1.8 feet (IPET, p.V-79).  About 240 feet of the sheet pile section west of OP15 rotated
back and down 1 to 2 feet during the hurricane.  Flow through lower sheeting section added
to the flooding of Bayou Sauvage National Wildlife Refuge and industrial areas along the
GIWW.  Flooding from this section and adjacent flooding eventually overtopped the interior
local levees, roadways, and railroads (Maxent Levee, Paris Road, CSX RR) into the New
Orleans East metro area.

6.5.3.4    Possible Causes, Contributors, Uncertainties

The breach at the OP15 flood wall appeared to consist of rotation of the sheet pile floodwall back and down by about 1 to 2 feet.  .  The deflection could have resulted from (1) loss of support due to scour behind the sheeting, (2) hydraulic loading along the gap that would have formed on the flood side of the wall, (3) overloading of the wall by surge and wave forces, (4) seepage related problems similar to those described by the ILIT for the IHNC flood walls or a combination of the these causes.  The IPET, Team LA, and ILIT reports do not address the causes of the deflections at this section.

### 6.5.4    Breaches at the Citrus Back Levee Flood Wall at Bulk Loading Facility (NOE-B4)

6.5.4.1    Description of Location

Citrus Back Levee flood wall at the Bulk Loading Facility is located along or close to the GIWW near the southwestern corner of the New Orleans East HPS.  The breached section consisted of about 2000 feet of floodwalls at the Bulk Loading Facility on the GIWW near Elaine Street at about Citrus Back Levee Sta. 271+55 (IPET, p.V-12-57).  Along this floodwall, the breaches consisted of (1) the severely tilted floodwall and (2) severe scour at the west end of the floodwall at the transition to an earthen levee.

6.5.4.2    Description of Protection System Components

The first breached section of the Citrus Levee consisted of 2000 feet of I-wall that protected parts of the Bulk Loading Facility.  The I-wall consisted of (1) steel sheet piles driven to a design bottom elevation of -12.5 (NGVD) (IPET, p.V-12-57) or -9.5 (IPET, p.V-12-65), topped with (2) a reinforced concrete wall that extended from about El.7 to El.15.  The crown of the earthen levee supporting the I-wall was about El.9.0.

The earth levee at the west end of the flood wall was part of the Citrus Back Levee and would have been constructed with a compacted clay cover.  Based on observations, the top of the earth levee to the west of the breach was 2 to 3 feet higher than the top of the I-wall.

6.5.4.3    Estimated Event Timing, Description, and Uncertainties

The earthen levees along this section of the IHNC appeared to have been overtopped by more than the 0.5 foot difference between the design top of the wall (El.15.0) and the estimated high water levels (El.15.5), probably because the wall was constructed using a lower datum.  The pump station OP-20 operator, immediately to the west of this section reported overtopping from first light (~6:20 a.m.) until 11:00 a.m. (IPET, p.IV-191).

6.5.4.4    Possible Causes, Contributors, Uncertainties

The breaches at the Bulk Loading Facility were (1) a severe tilting of the I-wall and (2) severe scour at the west end transition to the earthen levee.  The I-wall, although tilted, did not become displaced from the earthen levee.

The tilting of the I-wall is likely to have resulted from the same failure mechanisms as described by the IPET study for failure of the IHNC I-wall breaches in the St. Bernard basin. Surge and wave loading would have increased water loads on the I-wall would have created a flood-side gap between the I-wall sheeting and the earthen levee. The gap allowed higher water pressure to act across the full height of the I-wall sheeting.  Overtopping scour would have simultaneously reduced the supporting earth pressure on the protected side of the wall. The additional water load would have eventually lowered the factor of safety for the wall and caused the start of a translational failure of the I-wall and the supporting part of the levee. Seepage related problems similar to those described by the ILIT for the IHNC flood walls could have also been a primary or contributing factor.  Neither IPET nor the ILIT reports provide detailed evaluations of specific causes at this site.

Breaches through the earthen levees at transitions to floodwalls or gate structures were prevalent throughout the GNO HPS during Katrina.  The adjacent floodwalls were frequently designed and constructed with a crest elevation above that of the adjacent earthen levees; however, at the west end of this I-wall, the earthen levee was actually about 2 to 3 feet higher than the I-wall.  It should be noted also that neither the earthen levee nor the floodwalls were designed to withstand overtopping.  The transitions and any height differences at transitions caused higher flows, turbulence, and impact flows during overtopping, conditions which were likely to cause more erosion of the earthen levees adjacent to ends of the floodwalls than at similar levee locations without transition features.

Transition structures present additional complexity to all of the management aspects of the HPS - to design because of the increased number of functions, factors, and loadings that must be considered for the structure, to construction because of the coordination and attention to additional details that are required, and to maintenance because of the potential for difficulties in dealing with owners, transportation corridor user, regulators, and other parties who may have an interest in the road, railroad, or canal that crosses at the transition structure.

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

### 6.5.5    Breaches along the Citrus Back Levee, East of the Bulk Loading Facility (NOE-B5)

#### 6.5.5.1    Description of Location

This section of levee is located along or close to the GIWW to the east of the Bulk Loading Facility and to the west of Paris Road.

#### 6.5.5.2    Description of Protection System Components

The Citrus Back Levee consisted of earthen embankments and I-walls along the GIWW.  The earth embankments were constructed with clay fill constructed in about four lifts placed one year apart, except that dredge fill from the adjacent GIWW may have been used for the first two lifts in some sections of the levee.

#### 6.5.5.3    Estimated Event Timing, Description, and Uncertainties

The Citrus Back Levee was overtopped from about 6:00 a.m. to about 11:00 a.m. based on observers at the OP 20 Pump Station and the Entergy Plant.  Estimated depths of overtopping were about 2 to 3 feet.

The Team LA report lists three breaches along the Citrus Back Levee, all starting about 5:00 a.m. (Team LA, p.55).  The IPET report shows damaged sections of the Citrus Back Levee in some of their maps of New Orleans East (IPET, p.V-14-9), but not on all of the maps (IPET, p.V-18-8).  IPET does describe damage along the Citrus Back Levee embankments as "Light Scour" between the IHNC and Paris Road, excluding the I-wall failure at the Bulk Loading Facility (IPET, p.V-12-12).  One specific reference in the IPET report describes a specific scour site as "24' (length) x 13' (width) x 8' (depth)" (IPET, p.V-13-40).

#### 6.5.5.4    Possible Causes, Contributors, Uncertainties

Based on the descriptions in the IPET report, this section of the Citrus Back Levee suffered light scour, but did not breach.  The light scour described and shown in the IPET report occurred on the protected side slope and did not appear to have reached the crown of the levee.

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

### 6.5.6    Breaches at the Floodgate at CSX Railroad Gate Structure (New Orleans East Levee) (NOE-B6)

#### 6.5.6.1    Description of Location

The CSX Railroad Gate forms part of the New Orleans East Levee and is located just north of the southeast corner of New Orleans East (IPET, p.V-14-9).  Stationing may be at about 1058+25.

#### 6.5.6.2    Description of Protection System Components

The CSX Railroad Gate allows railroad traffic to cross the HPS without a grade change. Protection during a flood event requires that the gate be closed.  The HPS at the gate appears to consist of a metal swing gate flanked by I-walls which transition to earthen levees.  The railroad bed crosses the gate on a pile supported concrete slab.  Sheeting extends under the gate slab and I-walls to provide seepage cutoff and structural support.

#### 6.5.6.3    Estimated Event Timing, Description, and Uncertainties

The New Orleans East Back Levee to the south was severely overtopped before dawn.  The New Orleans East Levee appears to have not been overtopped to the same degree.  The storm surge and waves at the CSX gate had to traverse a significant area of shallow wetlands before reaching the gate.  Probably as a consequence, this section of the HPS was subject to less wave energy and slightly lower surge levels than along the adjacent levees along the MRGO.

#### 6.5.6.4    Possible Causes, Contributors, Uncertainties

Breaches through the earthen levees at transitions to floodwalls or gate structures were prevalent throughout the GNO HPS during Katrina.  The adjacent floodwalls were frequently designed and constructed with a crest elevation above that of the adjacent earthen levees. The design at this gate appears to have called for an earthen levee crown 0.5 foot above the I-wall with the expectation that the earthen levee would settle one foot.  I have not determined the actual elevations or relative elevations of the I-wall and the earthen levee at the time of Katrina.  It should be noted also that neither the earthen levee nor the floodwalls were designed to withstand overtopping.  The transitions and any height differences at transitions caused higher flows, turbulence, and impact flows during overtopping, conditions which were likely to cause more erosion of the earthen levees adjacent to ends of the floodwalls than at similar levee locations without transition features.

---

### 6.5.7    Breaches at the IHNC Levee/Flood Gate Transitions (NOE-B7)

#### 6.5.7.1    Description of Location

The IHNC levee/flood gate transitions are located in the southwest corner of the New
Orleans East HPS, between the IHNC railroad gate described in section 6.5.1 and the GIWW,
immediately to the west of Jourdan Road (IPET, p.V-14-12).

#### 6.5.7.2    Description of Protection System Components

The HPS in this area is an earth levee which has concrete gate structures at penetrations for
two railroads and three roadways. The IHNC railroad gate is the most northerly of the
structures and is abutted to the south by an access roadway which appears to cross over the
earthen levee rather than through a gate.  Along Jourdan Road, south of Almonaster Blvd.,
two gates provide access through the levee to the industrial/port facilities along the IHNC.
Two transportation lines immediately adjacent to each other cross the HPS to provide access
to the New Orleans Cold Storage Facility located on the GIWW.  A railroad line crosses the
HPS via a gate and Jourdan Road crosses the levee via a ramp.  The levee at the Cold Storage
facility gate is at the southwest most corner of the HPS and faces the GIWW.  All of the
transition structures appeared to be T-walls.

#### 6.5.7.3    Estimated Event Timing, Description, and Uncertainties

The earthen levees along this section of the IHNC appeared to have been overtopped by
about 2 to 4 feet during the peak of the storm surge.  The pump station OP-20 operator
immediately to the east of this section reported overtopping from first light (~6:20 a.m.) until
11:00 a.m. (IPET, p.IV-191).

#### 6.5.7.4    Possible Causes, Contributors, Uncertainties

Breaches through the lower earthen levees at transitions to floodwalls or gate structures were
prevalent throughout the GNO HPS during Katrina.  Transitions from earthen levees to
floodwalls typically occur at gate structures where a transportation corridor, either a road or a
railroad, must penetrate the levee at an elevation below the levee crest, thus creating the need
for a gate that can be closed during flood events.  The gate and adjacent floodwalls were
frequently designed and constructed with a crest elevation above that of the adjacent earthen
levees.  The design intent of the higher floodwalls and gate structures was probably to
provide additional protection at these penetrations.  Neither the earthen levee nor the
floodwalls were designed to withstand overtopping.  The transitions and any height
differences at transitions caused higher flows, turbulence, and impact flows during

overtopping, conditions which were likely to cause more erosion of the earthen levees adjacent to ends of the floodwalls than at similar levee locations without transition features.

Transition structures present additional complexity to all of the management aspects of the HPS - to design because of the increased number of functions, factors, and loadings that must be considered for the structure, to construction because of the coordination and attention to additional details that are required, and to maintenance because of the potential for difficulties in dealing with owners, transportation corridor user, regulators, and other parties who may have an interest in the road, railroad, or canal that crosses at the transition structure.

### 6.5.8   Breach at the New Orleans Airport Flood Wall/Gate/Levee Transition (NOE-B8)

#### 6.5.8.1   Description of Location

The HPS makes numerous transitions along the Citrus Lakefront Levee at the east end of the flood wall adjacent to the Lakefront Airport. The breaches occurred through the earthen levee sections of the transition, immediately to the south of the Floodgate L-15 (Stars and Stripes Boulevard) and included a breach in the earth levee next to the floodwall and a breach through the adjacent railroad embankment and levee.

#### 6.5.8.2   Description of Protection System Components

The HPS transition section in the area of the breaches included the following components, progressing from the Hayne Boulevard highway gate south:

- A T-foundation supported flood wall that spanned from the highway Floodgate L-15 to the earthen levee,
- An earth levee section that had a partial cover of pavement in the area where an access road around the gate structure had been constructed and a partial cover of grass,
- A railroad embankment with a crest elevation similar to the adjacent earthen levee to the south which supported two tracks set in coarse gravel ballast, and
- Another earthen levee section immediately south of the railroad embankment with a grass cover.

The earthen levees appear to have been constructed primarily of clay (IPET, p.III-145). The access road earth levee at the end of the flood wall was about 3 feet lower than both the flood wall and the railroad embankment.

### 6.5.8.3    Estimated Event Timing, Description, and Uncertainties

The Lakefront Airport floodwall was overtopped along its entire length based on observation of a scour trench immediately behind the floodwall.  Wave overtopping was probably the primary mechanism for the flooding from this source because the IPET hydrograph for the average or surge water level tops out at the floodwall crest.  These water levels resulted in especially high flows through the access road earth levee gap.

### 6.5.8.4    Possible Causes, Contributors, Uncertainties

There appeared to be two breaches at the Lakefront Airport levee transition - one breach through the earthen levee immediately adjacent to the gate structure floodwall and one breach through the railroad berm and adjacent earthen levee.  These breaches were separated by a paved access road that ran over the crest of part of the earthen levee.  Both breaches appeared to have resulted from erosion of levee soils by overtopping flows.

The ILIT report calls out the specific breach and provides a description of the transition components and the breach.  The ILIT report also mentions that flow through the railroad ballast eroded the adjacent earthen levee.  The IPET report covers breaches at floodwall / levee transitions in a generalized way intended to describe the factors at numerous locations where these types of breaches occurred.  None of the investigation reports focused on causal factors in significant detail for this specific location.

Overtopping flows and erosion forces would have been especially high at the access road earth levee gap between the flood wall and the railroad embankment.  This section of levee would have experienced flows about 3 feet deeper than the adjacent elements of the HPS.  These deeper flows in conjunction with turbulent conditions around the transitions probably created the erosion forces that caused the breach next to the floodwall.

Breaches through the lower earthen levees at transitions to floodwalls or gate structures were prevalent throughout the GNO HPS during Katrina.  The floodwalls were frequently designed and constructed with a crest elevation above that of the adjacent earthen levees.  The design intent of the higher floodwalls and gate structures was probably to provide additional protection at these penetrations.  Neither the earth levee nor the floodwalls were designed to withstand overtopping.  The transitions and any height differences at transitions caused higher flows, turbulence, and impact flows during overtopping, conditions which were likely to cause more erosion of the earthen levees adjacent to ends of the floodwalls than at similar levee locations without transition features.

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

The breach through the railroad embankment may be explained by either (1) overtopping scour, (2) erosion due to flows through the pervious railroad ballast, (3) transition flow conditions, or, more likely (4) a combination of these factors.

Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007

# References

American Society of Civil Engineers Hurricane Katrina External Review Panel, Andersen, Christine F., P.E.; Battjes, Jurjen A., Ph.D.; Daniel, David E., Ph.D., P.E., (Chair); Edge, Billy, Ph.D., P.E.; Espey, William Jr., Ph.D., P.E.; Gilbert , Robert B. Ph.D., P.E.; Jackson, Thomas L. P.E.; Kennedy, David P.E.; Mileti, Dennis S. Ph.D.; Mitchell, James K. Sc.D.; P.E., Nicholson, Peter Ph.D., P.E.; Pugh, Clifford A. P.E.; Tamaro, George Jr., P.E.; Traver, Robert Ph.D., P.E.; Buhrman, Joan; Dinges, Charles V. IV; Durrant, John E. P.E.; Howell, Jane; and Roth, Lawrence H. P.E., G.E. (2007) *THE NEW ORLEANS HURRICANE PROTECTION SYSTEM:  What Went Wrong and Why: A Report by the American Society of Civil Engineers Hurricane Katrina External Review Panel*, American Society of Civil Engineers.

Bea, Robert Glenn (2006), "Declaration of Dr. Robert Glenn Bea," April 16.

Independent Levee Investigation Team (ILIT), Seed, R. B.; Bea, R. G.; Abdelmalak, R. I.; Athanasopoulos, A. G.; Boutwell, G. P.; Bray, J. D.; Briaud, J.-L., Cheung, C., Cobos-Roa, D.; Cohen-Waeber, J. B.; Collins, D.; Ehrensing, L.; Farber, D.; Hanemann, M.; Harder, L. F.; Inkabi, K. S.; Kammerer, A. M.; Karadeniz, D.; Kayen, R.E.; Moss, R. E. S.; Nicks, J.; Nimmala, S.; Pestana, J. M.; Porter, J.; Rhee, K.; Riemer, M. F.; Roberts, K.; Rogers, J. D.; Storesund, R.; Govindasamy, A. V.; Vera-Grunauer, X.; Wartman, J. E.; Watkins, C. M.; Wenk, E., Jr.; and Yim, S. C. (2006) *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005,* July 31.

Interagency Performance Evaluation Task Force (IPET) (2006), *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final  Report of the Interagency Performance Evaluation Task Force*, June 1.

Interagency Performance Evaluation Task Force (IPET) (2007), *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Final  Report of the Interagency Performance Evaluation Task Force*, March 26.

Team Louisiana (Team LA) - van Heerden, Ivor Ll.; Kemp, G. Paul; Mashriqui, Hassan; Sharma, Radhey; Prochaska, Billy; Capozzoli, Lou; Theis, Art; Binselam, Ahmet; Streva, Kate; and Boyd, Ezra (2006), *The Failure of the New Orleans Levee System during Hurricane Katrina*, December 18.

Silva-Tulla, Francisco (2007), telephone discussions with R. Lee Wooten, August 27 & 28.

**Sources of Water in the St. Bernard and**
**New Orleans East Basins During Hurricane Katrina**
**Jones Day**
**August 29, 2007**

United State District Court, Eastern District of Louisiana (USDC) (2007) "Rule 30(b)(6) Deposition of the Sewerage and Water Board of New Orleans, through its designated representative, John R. Huerkamp," July 27.