# App. Tab 15 (Part 3)

