# App. Tab 15 (Part 4)



**NOTES:**

1. LOCATIONS SHOWN ARE APPROXIMATE.
2. PLAN BASED ON LANDSAT SATELLITE PHOTOGRAPH TAKEN APRIL 24, 2005.

| Sources of Water in St. Bernard and New Orleans East Basins during Hurricane Katrina New Orleans, Louisiana |  | ST. BERNARD BASIN OVERTOPPING LOCATIONS | |
|---|---|---|---|
| Jones Day Dallas, Texas | | Project 07130-0 | August 2007 | Fig. 2 |

M:\DRAFTING\2007\071300 New Orleans Litigation\071300-03.dwg