# App. Tab 15 (Part 5)

