# App. Tab 15 (Part 6)

# App. Tab 15 (Part 6)

