# App. Tab 15 (Part 7)



**LEGEND:**
- OT10 = INTERIOR LEVEES AND EMBANKMENTS
- ——— HURRICANE PROTECTION SYSTEM
- ——— INTERIOR LEVEES AND EMBANKMENTS

**NOTES:**
1. LOCATIONS SHOWN ARE APPROXIMATE.
2. PLAN BASED ON LANDSAT SATELLITE PHOTOGRAPH TAKEN APRIL 24, 2005.

APPROXIMATE SCALE, FEET: 0 — 12,000 — 24,000

| Sources of Water in St. Bernard and New Orleans East Basins during Hurricane Katrina New Orleans, Louisiana |  GEI Consultants | NEW ORLEANS EAST BASIN OVERTOPPING LOCATIONS | |
|---|---|---|---|
| Jones Day Dallas, Texas | | Project 07130-0 | August 2007 | Fig. 5 |

M:\DRAFTING\2007\071300 New Orleans Litigation\071300-05.dwg