# App. Tab 15 (Part 8)



Fig. 6 — NEW ORLEANS EAST BASIN PUMP STATION LOCATIONS. Sources of Water in St. Bernard and New Orleans East Basins during Hurricane Katrina, New Orleans, Louisiana. Jones Day, Dallas, Texas. GEI Consultants. Project 07130-0, August 2007.