# App. Tab 15 (Part 9)



Figure 7. New Orleans East Basin Breach Locations — Sources of Water in St. Bernard and New Orleans East Basins during Hurricane Katrina, New Orleans, Louisiana. Jones Day, Dallas, Texas. GEI Consultants. Project 07130-0, August 2007.