# App. Tab 15 (Part 10)



| Photograph taken by Francisco Silva-Tulla. | Sources of Water in St. Bernard and New Orleans East Basins during Hurricane Katrina<br>New Orleans, Louisiana |  | SHEET PILE CONNECTOR TEAR NORTH BREACH, IHNC EAST BANK |
|---|---|---|---|
| | Jones Day<br>Dallas, Texas | Project 07130-0 | August 2007    Fig. 8 |

M:\DRAFTING\2007\071300 New Orleans Litigation\071300-07.dwg