# App. Tab 15 (Part 11)

**Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina**
Jones Day
August 29, 2007

# Appendix A

**Resume – R. Lee Wooten, P.E.**

GEI Consultants, Inc.

# R. Lee Wooten, P.E., Design Division Manager



**Education**
M.S., Geotechnical Engineering, Massachusetts Institute of Technology, 1980
B.S., Civil Engineering, Duke University, 1974

**Registration**
Professional Engineer: Massachusetts, North Carolina, Virginia, South Carolina, Connecticut, New York

## Background

Mr. Wooten is a civil engineer specializing in the area of dam engineering and soil mechanics. The Association of State Dam Safety Officials awarded their first *Innovative Rehabilitation Designer of the Year* award for the remedial designs prepared by Mr. Wooten for the Blue Ridge Parkway Dams. Mr. Wooten joined GEI in 1980 and has served as the director of the laboratory in addition to his work as a geotechnical engineer and project manager.

In his capacity as an engineer and Senior Project Manager at GEI, Mr. Wooten has managed and performed a broad range of engineering tasks associated with earth embankment and concrete gravity dams.

His experience includes inspection and stability analyses of existing dams, evaluation of embankment and foundation soil properties, development of conceptual designs for remedial measures, development of final designs and specifications for embankment dam construction, and construction observation of dam modifications. He has evaluated and prepared remedial dam designs for the hazards of slope failure, seismic events, and internal erosion due to piping, overtopping, and external erosion.

## Experience

**Levee Assessment Team, New Orleans.**  Served as one of ASCE Geo-Institute's representatives on the Levee Assessment Team sent to New Orleans following the breaches of levees and flooding of New Orleans resulting from hurricane Katrina.  Purpose of team was to collect perishable data about the levee breaches before or during emergency repairs to levees.  Coauthored preliminary report on observations of levee performances.

**Clemson Upper and Lower Diversion Dams, South Carolina.** Managed seismic stability evaluation of these two 80-foot-high, 2,000-to 3,000-foot-long earthfill dams. Evaluated potential for liquefaction stability of upstream and downstream slopes for maximum credible earthquake (0.19 g). Steady-state strengths, peak strengths, and triggering strains of foundation alluvial soils were estimated from laboratory tests. Analyses included evaluation of static slope stability with steady-state strengths and dynamic Newmark type analyses of slope and foundation movements to evaluate potential for strains that would trigger liquefaction.

**Modification Designs and Dam Engineering Services, Dark Brook Reservoir, Upper Stoneville Reservoir, Lower Stoneville Pond, and Curtis Pond Dams, Auburn/Worcester, Massachusetts**. Managed dam safety inspections, evaluations, and development of a consolidated Emergency Action Plan for this system of four dams owned by the Massachusetts Electric Company.  Managed design of safety modifications for Upper Stoneville Reservoir and Lower Stoneville Pond Dams. Modifications at Upper Stoneville Reservoir Dam provide for safe overtopping and seismic protection by installation of a downstream berm with a 6-foot-thick layer of riprap. First published application of new overtopping riprap design method developed by USBR and CSU researchers. Modifications at Lower Stoneville Pond Dam provide for safe overtopping by covering downstream areas with gabion protection.

**Western Branch Reservoir Dam, Lake Burnt Mills Dam, and Lake Prince Dam, Suffolk, Virginia.** Managed the inspection, investigation, conceptual design, and final design of remedial measures for these water supply dams owned and operated by the city of Norfolk. All three dams are earth embankments, typically about 2,000-feet-long and 32- to 48-feet high, built between 1920 and 1960. Numerous dam safety deficiencies were identified including inadequate spillway capacity, liquefaction susceptibility, inadequate slope stabilities, unfiltered seepage, deteriorated structures, and inadequate factors of safety of structures against seismic forces. Designs include a new tunneled outlet structure, stabilizing berms, new RCC emergency spillway, parapet walls, filtered seepage collection systems, rebuilding of ogee spillways and spillway channels, grouting under existing spillways, repair of wave screens, and a new siphon outlet.

**Modifications Design, Winsor Dam, Ware, Massachusetts.** Managed investigations and design of safety modification to this 170-foot-high embankment dam that impounds Quabbin Reservoir, the primary water source for metropolitan Boston. Designed safety modifications include relining of a deteriorated CMP foundation drain, replacement of tile pipe drain, grouting the main spillway weir, and replacement of instrumentation.

**Bass Lake Dam, Price Lake Dam, & Trout Lake Dam (Association of State Dam Safety Officials, Innovative Rehabilitation Designer of the Year Award, 1992).** Designed and managed construction consultation for dam safety modifications to these three Blue Ridge Parkway dams for the U.S. National Park Service through the U.S. Bureau of Reclamation. The designs include the construction of anchored, cable-tied concrete block mats to allow safe overtopping of the embankments during the inflow design flood, removal, and reconstruction of Price Lake Dam to correct seepage deficiencies, and other modifications to increase static and seismic stability of the dam. The Association of State Dam Safety Officials awarded their first *Innovative Rehabilitation Designer of the Year* award to GEI in 1992 for the designs of remedial measures for these dams.

**Conowingo Hydroelectric Project, Maryland.** Managed the Sixth FERC Part 12 Safety Inspection of this run-of-the-river, 4,648-foot-long, 94-feet-high, concrete gravity dam and hydroelectric station for Susquehanna Electric Company. Project features covered by the inspection included an l1-turbine unit powerhouse; a 2,400 foot-long, 53 crest gate spillway; and a 1,200-foot-long, non-overflow monolith section. As part of the inspection, GEI evaluated the effect of a new fish passageway on the spillway design flood, previous structural stability analyses, and the effectiveness of the uplift monitoring program (piezometers & anchor load cells).

**Muddy Run Pumped Storage Project, Pennsylvania.** Managed the Fifth FERC Part 12 Safety Inspection of this 400-foot head, pumped storage project for Philadelphia Electric Company. Project features covered by the inspection included an 880 MW, 8 turbine/pump powerhouse; a 4,800-foot-long, 260-foot-high main embankment dam; a 2,000-foot-long canal constructed with rock cuts and earth embankments; 4 cylinder gate towers leading to the power shafts and penstocks; and two smaller embankment dams. In addition to the FERC Part 12 Safety Inspection, GEI provided evaluations of the canal rock slope stability, of seepage outbreaks at the toe of the main dam, and of settlements of the main dam crest. GEI's investigations and evaluations allowed the owner to safely resolve FERC concerns about embankment seepage and canal slope stability.

**Flat Ledge Quarry Dam, Rockport, Massachusetts.** Managed conceptual design and feasibility study for proposed 55-foot-high, 100-foot-long dam to create a water supply reservoir in an abandoned granite quarry. GEI's team identified a site and a construction method, roller-compacted concrete (RCC), which appear to offer a low-cost means of constructing the dam. This ongoing project has involved a geotechnical investigation (borings, packer tests, seismic refraction study, bedrock mapping) and conceptual designs of alternatives (RCC, conventional concrete, rockfill) for the dam in order to evaluate the cost and feasibility of the proposed water supply impoundment.

**USACE NED IDQ for Geotechnical Engineering and Related Services.** Managed multitask contract with the New England District of the Corps of Engineers. Task orders included installation and monitoring of instrumentation at Ball Mt. Dam (piezometers and inclinometers) and Knightville Dam (piezometers), Instrumentation Reports for nine NED dams, evaluation of motion and damage models for the Cape Ann Earthquake event, and subsurface probe investigation of sediment depth in the Union River. Responsibilities included administration of contract and quality control of task projects. Also provided technical consulting and task management on selected task orders.

**Audubon Society Dams, Barre, Massachusetts.** Manager for ongoing dam safety services to the Massachusetts Audubon Society. Services have included inspections and development of an inventory audit of the 23 dams on or near Audubon Sanctuaries, recommendations for maintenance and remedial actions, remedial designs, designs for removal of one of the dams, and preparation of dam safety permitting documents.

**Granville Reservoir Dam, Westfield, Massachusetts.** Managed seepage and stability investigation and analysis and for conceptual design of remedial measures for this 80-foot-high, 900-foot-long water supply embankment dam. Project included field investigations with test pits, borings and piezometers, video surveys of the drainage system, and a topographic survey; computer modeling of the seepage flow and pressures; embankment stability analyses; and evaluation of piping potential. Conceptual designs were provided for a filtered seepage collection system and for seepage flow measurement.

**Horn Pond Dam, Woburn, Massachusetts, Upper Mystic Lake Dam, Medford, Massachusetts, and Upper Flint Pond Dam, Tewksbury, Massachusetts.** Managed and inspected Department of Emergency Management emergency inspections of these three dams that experienced either overtopping or activation of emergency spillways during the October 1996 flood events. The October 1996 flood was about a 50-year-return period event that caused localized flooding and high water levels at these dams. Provided on-site emergency recommendations during overtopping of Horn Pond Dam to prevent a possible breach failure. Performed follow up inspections and provided recommendations for remedial measures to reduce potential for future overtopping breach failures and for upgraded maintenance of each dam.

**Filtration Technology, Inc., et. al. vs. Metropolitan District Commission, et. al.** Provided expert geotechnical engineering services for litigation support of the defense in a civil law suit alleging damages due to building settlements resulting from flooding. Services included (1) engineering evaluation of foundation conditions and the effect that the flooding conditions would have had on the foundation soils and the supported structure, (2) evaluation and recommendations to defense relative to expert reports and depositions provided by plaintiff, and (3) deposition testimony as a geotechnical engineering expert in support of the defense. Trial and potential testimony at trial are pending.

### Professional Affiliations

- American Society of Civil Engineers
- Boston Society of Civil Engineers; Geotechnical Group Executive Committee
- 1983–1988, Chairman 1987–1988; Geotechnical Forum Committee
- 1981–1984, Chairman 1983–1984
- Association of State Dam Safety Officials
- U. S. Committee on Large Dams

**Sources of Water in the St. Bernard and
New Orleans East Basins During Hurricane Katrina
Jones Day
August 29, 2007**

# Appendix B

**Publications Authored or Co-Authored by R. Lee Wooten, P.E.**

GEI Consultants, Inc.

## Publications Authored or Co-Authored by R. Lee Wooten, P.E.

**Publications**

- Seed, R.B., Nicholson, P.G., Dalrymple, R.A., Battjes, J.A., Bea, R.G., Boutwell, G.P., Bray, J.D., Collins, B.D., Harder, L.F., Headland, J.R., Inamine, M.S., Kayen, R.E., Kuhr, R.A., Pestana, J. M., Silva-Tulla, F., Storesund, R., Tanaka,S., Wartman, J., Wolff, T.F., Wooten, R.L. and Zimmie, T.F., **Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005,** November 17, 2005.
- Wooten, R.L., and Foreman, B., "Deep Soil Mixing for Seismic Remediation of the Clemson Upper And Lower Diversion Dams," *Technologies to Enhance Dam Safety and the Environment, 25th Annual United States Society on Dams Conference*, June 2004.
- Wooten, R.L., Castro, G., Finn, W.D.L., Foreman, B., "Seismic Modeling and Triggering Analyses For The Clemson Upper And Lower Diversion Dams," *Proceedings of the 2004 Annual Conference, Association of State Dam Safety Officials*, September 2004.
- Wooten, R.L., Castro, G., Gregory, G., Foreman, B., "Evaluation and Design of Seismic Remediation for the Clemson Upper and Lower Diversion Dams," *Proceedings of the 23rd Annual United States Society on Dams Conference,* April 2003.
- Wooten, R.L., Wood, K.E., "Throwing Rocks at the ½ PMF," *Proceedings of the 2002 Annual Conference,* Association of State Dam Safety Officials, September 2002.
- Wooten, R.L., Fortin, P.S., and Walker, M.P., "Evaluation and Design of Remedial Measures for the City of Norfolk's Western Reservoir Dams," *Proceedings of the 1997 Annual Conference, Association of State Dam Safety Officials*, September 1997.
- Boscardin, M.D., Wooten, R. L., and Taylor, J. M., "Pipe Jacking to Avoid Contaminated Groundwater Conditions," P*roceedings, 13th Rapid Excavation and Tunneling Conference, SME*, June 1997.
- Boscardin, M.D., Wooten, R. L., and Taylor, J. M., "Pressure Balance Shield Pipe Jacking to Avoid Contamination," *Trenchless Pipeline Projects, Practical Applications*, Boston, Massachusetts, ASCE, June 1997.
- Wooten, R.L., Whiteside, S.L., Welsh, R., and Wirkus, K.E., "Construction of CCM Overtopping Protection on Three Parkway Dams," *Geotechnical Practice in Dam Rehabilitation*, American Society of Civil Engineers, 1993.
- Wooten, R.L. and Whiteside, S.L., "CCM Design and Construction—Overtopping Protection on Three Blue Ridge Parkway Dams," Abstracts—1992 Southeastern States Dam Safety Conference and Public Awareness Workshop**,** April, 1992.
- Wooten, R.L., Powledge, G.R., and Whiteside, S.L., "Dams Going Safely Over the Top," *Civil Engineering*, January, 1992, American Society of Civil Engineers, New York.
- Powledge, G.R., Wooten, R.L., and Whiteside, S.L., "Overtopping Protection of Three Blue Ridge Parkway Dams," *Proceedings of the 1991 Annual Conference, Association of State Dam Safety Officials*, September, 1991.
- Wooten, R.L., Powledge, G.R., and Whiteside, S.L., "CCM Overtopping Protection on Three Parkway Dams," *Proceedings for 1990 Hydraulic Engineering Division Conference, American Society of Civil Engineers*, New York 1990.