# App. Tab 17

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§ |
| _____<br>___ | § |
| PERTAINS TO: | § |
| | § |
| MRGO | § |
| | § |
| FILED IN:<br>05-4181, 05-4182, 05-5237, 05-6073, 05-<br>6314, 05-6324, 05-6327, 06-0225, 06-0886,<br>06-2278, 06-2287, 06-4065, 06-4389, 06-<br>4634, 06-4931, 06-5032, 06-5159, 06-5161,<br>06-5260, 06-5786, 06-5937, 07-1271<br>_____<br>___ | §<br>§<br>§<br>§<br>§<br>§<br>§ |

## EXPERT REPORT OF KERRY DEAN VANDELL

I.      Qualifications

1.      My name is Kerry Vandell.  I am a Professor of Finance and Director
        of the Center for Real Estate at the Paul Merage School of Business,
        University of California - Irvine.  Prior to joining the faculty at UC
        Irvine, I was most recently the Tiefenthaler Chaired Professor of Real
        Estate and Urban Land Economics at the University of Wisconsin-
        Madison and the Director of the Center for Urban Land Economics
        Research.  I also served as the Chairman of the University of
        Wisconsin-Madison's Department of Real Estate and Urban Land
        Economics and as the Director of the Bolz Center for Arts
        Administration.  I received my B.A. and M. Mech. E. degrees from
        Rice University, my M.C.P. from Harvard University, and my Ph.D.
        from M.I.T.  While at M.I.T., I was the Charles Abrams Fellow at the
        Joint Center for Urban Studies.  My dissertation focused on the impact
        of alternative mortgage designs on homeownership, housing
        consumption, and the use of mortgage credit.  I have also taught at
        Harvard University, the University of California-Berkeley, and
        Southern Methodist University in Dallas and served as a visiting
        scholar at the University of Southern California and Hong Kong
        University.

2.      In addition to my teaching responsibilities, I have been active in other
        academic activities related to housing and real estate markets and
        mortgage finance for the past 31 years.  Examples of these activities
        include serving as President of the American Real Estate and Urban
        Economics Association, co-editing the Association's Journal, *Real
        Estate Economics*, serving as an Academic Fellow of the Urban Land

1

Institute, serving as a member of the Faculty and Board of the Homer Hoyt Advanced Studies Institute, and serving as a member of the Federal National Mortgage Association's Housing Policy Advisory Board.  I have also served as a member of several journal editorial boards, including the *Journal of Real Estate Finance and Economics*, *Land Economics*, the *Journal of Housing Research*, *Housing Policy Debate*, the *Journal of Real Estate Research*, and the *International Real Estate Review*.

3.  At UC Irvine, my primary teaching responsibilities are currently a graduate survey course in real estate analysis and a graduate course in mortgage-backed securities and structured debt. Over the years, I have taught virtually every course in the real estate curriculum at both the undergraduate and graduate levels. These include courses in real estate valuation, real estate finance, urban development and planning, housing economics and public policy, urban economics, and real estate investments, as well as serving as the academic coordinator in charge of the nation's first graduate level academic program specializing in applied real estate securities analysis.  My research and consulting activities have been in the areas of real estate investment; urban/ real estate/ environmental economics; housing economics and policy; mortgage finance; and valuation theory and practice.

4.  A partial list of recent consulting clients includes (but is not exclusive to) the Ford Foundation, the U.S. Department of Housing and Urban Development, the U.S. Department of Justice, the General Accounting Office, the State of Wisconsin Investment Board (which manages the investment portfolio of the State of Wisconsin's retirement system), the National Association of Realtors, the Federal Home Loan Bank Board, the Real Estate Research Institute, the Credit Union National

Association, Trout Unlimited, the Mortgage Bankers Association of America, the Urban Land Institute, the Land Court of Queensland Australia, the Redevelopment Authority of the City of Milwaukee, Fannie Mae, the Travelers Realty Investment Company, the National Multi Housing Council, Salomon Brothers, Inc., Ameritech Michigan, the International Council of Shopping Centers, the National Association of Counties, the U.S. Conference of Mayors, the City of Madison Department of Economic Development, Downtown Madison Inc., and Future Madison, Inc.  Until I recently relocated to Orange County, CA, I also sat on the boards of ChrisKen Realty Trust (a private multifamily REIT based in Chicago), the Park Bank, Hilldale, Inc. (a regional mall), and the Board of Trustees of Funds and Endowments of the Episcopal Diocese of Milwaukee.

5.     A copy of my curriculum vitae, which includes a list of my publications during the last ten years and testimony at trial and/or deposition during the past four years, is attached as Appendix A to this expert report.

## II.  Assignment

6.     I have been retained by counsel for the MRGO (Mississippi River Gulf Outlet) defendants in the above captioned matter to determine whether the fact of injury and the amount of damages associated with defendants' alleged negligent breach of duty can be established using a class-wide approach.  In addition, I have been asked to evaluate the expert report submitted by plaintiffs' expert, Dr. John A. Kilpatrick (the "Kilpatrick Report").[1]  I have not been asked for, and do not offer an opinion on, the plaintiffs' allegations as enumerated in the Complaint.

---

[1]     Expert Report of John A. Kilpatrick, Ph.D., MRICS, Re: Hurricane Katrina Litigation, July 30, 2007.

7.    Counsel has instructed me that, for a plaintiff to recover on a negligence claim, a plaintiff must prove that: 1) a defendant had a duty to the plaintiff; 2) that defendant negligently breached that duty; 3) that defendant's conduct was the cause in fact of the plaintiff's injuries; 4) that defendant's conduct was the legal cause of the plaintiff's injuries; and 5) actual damages resulted to the plaintiff from that defendant's conduct.  Counsel has also advised me that in a negligence claim, only those damages caused by a defendant's negligent conduct are recoverable.

8.    Therefore, any approach to determining damages in this case will need to differentiate between those damages caused by the alleged negligent breach of duty by a defendant ("Breach-of-Duty damages") and the Other-Non-Recoverable damages caused by Acts of God or otherwise associated with Hurricane Katrina ("Other-Non-Recoverable damages").  It is clear from numerous sources that a substantial portion of the property damages due to Hurricane Katrina was caused by wind, rain, and flying debris.[2]

9.    I have read plaintiffs' Master Complaint and see that they are seeking damages allegedly due to the allegedly negligent actions of one or more defendants.  These Breach-of-Duty damages, however, must be distinguished from the Other-Non-Recoverable damages caused by Hurricane Katrina, whether those other damages were an Act of God – such as wind and rain – or an act of man.  Furthermore, this differentiation of damages must also be capable of assigning responsibility for damages not only among the named defendants, but also among other potentially liable parties who are not named as

---

[2]    Yee, Amy, "Insurers Calculate $34b cost for Katrina," Financial Times, October 5, 2007; Kuykendall. Lavonne and Stephen Wisnefski, "Katrina-Related Insurance Losses Estimated at $34B – Study," Dow Jones Commodities Service, October 4, 2007.

defendants whose negligence may have caused all or part of a plaintiff's damages.

10. Counsel has also instructed me that three approaches have been followed by the Louisiana courts in arriving at the amount of damages to property: 1) the cost of restoration if the thing damaged can be adequately repaired; 2) the difference in value prior to and following the damage; or 3) the cost of replacement new, less reasonable depreciation, if the value before the damage cannot be reasonably determined, or if the cost of repairs exceeds the value of the thing damaged.  If the cost of restoring the property to its original condition is disproportionate to the value of the property or economically wasteful, unless there is a reason personal to the owner for restoring the original condition or there is a reason to believe that the plaintiff will, in fact, make the repairs, damages are measured only by the difference between the value of the property before and after the harm.

11. In conducting my analyses, I have reviewed various documents and materials provided to me in this case.  Appendix B lists the documents and data sources, including photos, and other expert reports that I, and staff at Analysis Group, Inc. working under my direction, considered in reaching my conclusions.  In addition, I spent a day observing the areas affected by the events of Hurricane Katrina, including the neighborhoods and sites where the proposed class representatives live/lived.[3]  I also attended the deposition of Dr. Kilpatrick on August 13 and August 14, 2007.

12. I am being compensated for my time spent working on this matter at an hourly rate of $600.  My compensation is in no way dependent on any outcome in this lawsuit.  My analysis and conclusions are based

---

[3]   See Exhibit 1 for a map of the locations observed.

on the information available at the time of this expert report, and I reserve the right to update my analysis and conclusions if and when additional information and materials become available.

III. Summary of Conclusions

13.  Hurricane Katrina was a composite meteorological event. It included multiple component events, each of which occurred at different times and with different magnitudes at different locations in the proposed class area.  This composite event damaged properties in the proposed class area.

14.  Real estate properties in the geographic class and sub-class areas are particularly diverse in their types of construction, their conditions, and their use.  These areas include residential properties, commercial properties, industrial zones, and institutional buildings among others.

15.  Differentiating between Breach-of-Duty damages and Other-Non-Recoverable damages will be particularly complex given the nature of the Hurricane Katrina events.

16.  An individualized approach will therefore be necessary to assess impact resulting from the Breach-of-Duty damages on the properties in the class area.  Assuming that there was any impact to a property resulting from the Breach-of-Duty damages, quantifying the amount of these damages will also require an individualized examination of each particular property and information relating to that property.

17.  As discussed in detail below, it is my opinion that the techniques proposed by Dr. Kilpatrick in his Report and deposition would fail to differentiate between any Breach-of-Duty damages of each of the defendants and Other-Non-Recoverable damages.  Hence, Dr.

6

Kilpatrick would be unable to determine the amount of Breach-of-Duty damages incurred by each particular proposed class member.

18.  As a real estate economist, I would have no confidence in the results obtained from the class-wide appraisal techniques proposed by Dr. Kilpatrick.  The techniques that Dr. Kilpatrick has put forward are not designed, and therefore cannot be used, to analyze the complex sequence of events associated with Hurricane Katrina.  The techniques mentioned by Dr. Kilpatrick have never been applied to isolate and quantify the effects of the individual components of a complex and multi-faceted event such as those that occurred during Hurricane Katrina.  These techniques cannot be used to determine which of the multiple events observed resulted in impact on proposed class members, let alone which of those multiple events were caused by the potentially negligent conduct of any defendant.  They also cannot help quantify, with any accuracy, the amount of damage, if any, associated with a defendant's alleged breach of duty.  Indeed, approaches similar to the class-wide approaches mentioned by Dr. Kilpatrick were specifically considered and rejected by the Louisiana Recovery Authority Road Home Program ("Road Home Program").

19.  It is my opinion that an individualized property-specific valuation approach is required to differentiate between Breach-of-Duty damages and Other-Non-Recoverable damages.  It is also my opinion that individual analysis of each particular property will be required to quantify the amount of any Breach-of-Duty damages that may have been incurred on any particular property.

IV. Relevant Facts

A. Hurricane Katrina was not a single event.

20.    A series of events occurred during Hurricane Katrina including, among other things, severe winds, heavy rains, high tides, water surges, floating debris, falling trees, flooding from overtopping of levees or floodwalls and/or from levee breaches, other flooding, and subsequent events (e.g., standing water, mold, looting).[4]  Hereafter, I will refer to these multiple events as the "Katrina events."  The Katrina events did not occur simultaneously everywhere and with the same force.  Rather, they occurred in varying sequences and with varying degrees of magnitude at different locations within the class area.  Accordingly, they affected individual properties differently depending upon the properties' geographic location, situation and condition, and other factors.

21.    Experts differ in their estimates of the effects of the Katrina events (particularly, level of flooding), notwithstanding Dr. Kilpatrick's assertion that "the extent of the flooding is easily ascertainable."[5]  Furthermore, many investigative reports studying the Katrina events have developed complicated models that, because of different inputs and assumptions, have reached different conclusions regarding the level of flooding and/or the amount of damage.[6]  As explained in the

---

[4]    Nuances in these potential alternative causes of damage are detailed in the Expert Report of Robert A. Dalrymple, Ph.D., PE, NAE, August 29, 2007.

[5]    Kilpatrick Report, p. 4.

[6]    See, for example: American Society of Civil Engineers Hurricane Katrina External Review Panel, "The New Orleans Hurricane Protection System: What Went Wrong and Why,"  American Society of Civil Engineers, 2007; Grossi, Patricia and Robert Muir-Wood, "Flood Risk in New Orleans: Implications for Future Management and Insurability," Risk Management Solutions, 2006; "AIR Worldwide Estimates Total Property Damage from Hurricane Katrina's Storm Surge and Flood at $44 Billion," AIR Worldwide Press Release, September 29, 2005, available at http://www.isogov.com/news/releases/9-29-05.jsp; and Independent Levee Investigation Team, "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005," July 31, 2006.

Report of Dr. Dalrymple, plaintiffs' model of the flooding does not and cannot show the actual nature or sequence of property damage during Hurricane Katrina as not all possible causes of damage are included in the model and there were significant uncertainties in the input data of the model.[7]

22. Experts also differ in their estimates of the extent of damage from the Katrina events.  For example, the government inspection of properties immediately following Hurricane Katrina identified 5,529 structures, or 4.3 percent of housing in New Orleans, as not salvageable.[8]  A more recent study which factors in the level of damage, the type of structure, the market value of the land and structure pre-Katrina, and the cost of reconstruction concludes that as many as 28 percent of homes would not be economically feasible to salvage.[9]  A third estimate based on government data is that 56 percent of homes in Orleans Parish were severely damaged or destroyed by Hurricanes Katrina and Rita.[10]  Even for specific structures where the total overall damage could be quantified, identifying the causes of these damages and establishing the incremental role of each of the Katrina events on the overall damage observed is an extremely complex task.

B. The MRGO Consolidated Master Complaint oversimplifies a complex reality.

23. Plaintiffs' Complaint alleges that various levee failures affecting the proposed class area resulted from the defendants' negligent breach of

---

[7]   Expert Report of Robert A. Dalrymple.

[8]   McCarthy, Kevin et al., "The Repopulation of New Orleans After Hurricane Katrina," RAND Gulf States Policy Institute, 2006, p.15.

[9]   Brinkman, Emile J. and Wade D. Ragas, "An Estimate of the Cost of Hurricane Katrina Flood Damage to Single-Family Residential Structures in Orleans Parish," February 2006, Table 13.

[10]  U.S. Department of Housing and Urban Development's Office of Policy Development and Research, "Current Housing Unit Damage Estimates: Hurricanes Katrina, Rita, and Wilma," February 12, 2006, p. 16.

duty and seeks to recover monetary damages for this alleged breach. But, determining the sequence and magnitude of each of the Katrina events on a particular property is a prerequisite to any proper damages assessment, or assessment of breach-of-duty effects to a particular property. It is also necessary to isolate the incremental impact of each event, and apportion responsibility for each event appropriately among defendants and others so that the amount of damages, if any, caused by a defendant to a particular property can be assigned to that defendant. Not only does this require determining the fact of injury due to any breach of duty, but it also means that these different types of damages must be quantified for proposed class members. The proposed class and sub-classes are alleged to contain approximately 160,000 individuals and entities.[11] The proposed class and sub-class areas include owner occupied properties, owner occupied rental properties, other rental properties, industrial, commercial, and institutional buildings as well as a wide array of businesses. The determination of Breach-of–Duty damages for any particular property depends on the timing, magnitude, and effects of each of the Katrina events at that particular location, as well as the situation and condition of the property prior to Hurricane Katrina. It is necessary to account for these factors as a prerequisite to establishing impact and quantifying any Breach-of-Duty damages.

C. The class area proposed in the MRGO Consolidated Master Complaint is large and diverse.

24.     The proposed class area includes the New Orleans East sub-class (with a population of approximately 96,000 in 34,000 households in 2000); and the Lower Ninth Ward and St. Bernard sub-class (with a

---

[11]     MR-GO Master Consolidated Class Action Complaint, ¶18.

population of approximately 87,000 in 32,000 households in 2000).[12]
The proposed class area contains a wide variety of properties,
including residential, commercial and institutional buildings, of
widely varying ages and ownership structures.  As shown in Exhibit 2,
in the Holy Cross neighborhood in the Lower Ninth Ward and St.
Bernard sub-class, more than 58 percent of housing units were built
before 1960, while in West Lake Forest in the New Orleans East sub-
class, only 2.4 percent of the housing stock was built before 1960.  In
the Lower Ninth Ward, 41 percent of the housing units were renter-
occupied versus only 11.4 percent in Read Boulevard East in the New
Orleans East sub-class.  Exhibit 2 contains additional data on residents
and residential properties, all of which demonstrate significant variety
in the nature and types of properties included in the class area.[13]  In
the proposed class area I observed an equally striking variety of
properties, from large commercial centers including Wal-Marts and
Dollar Stores to small tattoo parlors, and from service stations to
physicians' offices.[14]  My personal observations are supported by
2002 census data which report that in addition to housing stock St.
Bernard Parish had more than 800 businesses in 12 different
industries, employing more than 7,000 individuals.[15]  This
heterogeneity in the proposed class area must be considered in
determining the impact and quantifying any Breach-of-Duty damages
of any particular proposed class member at a particular location.

---

[12]   Population and Household estimates from the U.S. Census Bureau Census 2000, compiled by the
Greater New Orleans Community Data Center (http://www.gnocdc.org).  Data accessed August, 2007.

[13]   Exhibit 3 contains a map corresponding to the neighborhoods listed in Exhibit 2.  It should be noted
that these neighborhoods were defined by the City Planning Commission of New Orleans, and do not
necessarily represent discrete real estate markets.

[14]   See Exhibit 1 for a map of locations I observed.

[15]   "St. Bernard Parish, LA, Economic Fact Sheet," U.S. Bureau of the Census, 2002 Economic Census.

D. There are a wide variety of properties within the proposed class area, even within the same neighborhood and on the same street.

25.   My personal observation of the proposed class area made it very clear to me how diverse the types of properties are, even within the same neighborhood or on the same block, let alone among different neighborhoods.  For example, Named Plaintiff Coats' house in the Lower Ninth Ward is across the street from a large commercial building and a former roller skating rink.[16]  In addition, I noted that there is a church in Named Plaintiff Davis' residential neighborhood.[17]  This interspersion of residential, commercial, and community-focused properties is consistent with what I observed.

26.   I also noticed generally that there is significant variation in residential property types, even within the same neighborhood and on the same street including, for example, shotgun and double shotgun homes adjacent to ranches and two story houses.[18]  The variety of structures even within narrow geographic areas highlights further the challenge of differentiating Breach-of-Duty damages from Other-Non-Recoverable damages and then quantifying the Breach-of-Duty damages.  This difficulty is due, in large part, to the fact that different structures were affected differently by the Katrina events.

E. The condition of properties in the proposed class area varies from house to house and building to building.

27.   In addition to variation in the type of property, any proper analysis of Breach-of-Duty damages would have to take into account evidence of

---

[16]   This is shown on photographs, WGI-CC-000464DNR and WGI-CC-000410DNR, attached as Exhibits 4a and 4b to my report.
[17]   Deposition of Henry Earl Davis, pp. 114-115.
[18]   This variety of property types is demonstrated and illustrated in the Expert Reports of Michael W. Truax, MAI and James R. Danner, Jr., PE.

significant variation in the condition and state of repair of the properties.

28. Some of this variation in condition and repair was clearly due to the differential impact of the Katrina events, which caused different types of damages at different locations, depending on the sequence and magnitude of the events.  For example, the roof on one house which I observed was severely damaged, while the roof of the adjacent house was intact.

29. It stands to reason that some of this variation in property condition and repair resulted from variations in the quality and state of repair of the properties prior to the Katrina events.  For example, as shown in Exhibit 2, the census data indicate that 6.2 percent of the housing units in St. Bernard Parish, 7 percent of the housing units in New Orleans East, and 14 percent of housing units in the Lower Ninth Ward were vacant prior to the Katrina events, for a total of approximately 5,000 vacant houses.  Houses that are vacant often are in a state of disrepair.

V.  Class-Wide Approaches to Assessing Damages Cannot Be Applied in the Current Matter

30. Class-wide approaches to assessing damages, including approaches mentioned by Dr. Kilpatrick, cannot yield an accurate assessment of impact or an accurate quantification of Breach-of-Duty damages given the multiple and interrelated effects of the Katrina events.  The diversity and variability of the property characteristics in the proposed class area further disqualify any class-wide approach as a method to assess impact or accurately quantify any Breach-of-Duty damages incurred by members of the proposed class.  Instead, I describe below why an individualized approach to assessing damages is necessary in this context.

31.  Each property in the proposed class area was affected differently by the Katrina events based on their sequence and intensity in a particular location.  For example, during my observation of the proposed class area, I noticed that several houses were pushed off their foundations into the lots of neighbors across the street, while the neighbors' houses did not move.  Another illustration of this point would be Named Plaintiff Davis, who stated in his deposition that his daughter's bedroom was destroyed by driving rain that came in through a hole in his roof resulting from a blown-off roof vent. [19]  In this case, wind and rain damage affected one part of Mr. Davis's home, while flooding affected another part of his home.  There is no way to differentiate these different types of damage, other than the individual consideration of each particular property.  It will be a complex and highly individualized endeavor to disaggregate the alternative sources of damage at a particular location and to then quantify the amount of Breach-of-Duty damages as opposed to Other-Non-Recoverable damages at a particular location.  The sequential, incremental, and multiple causes of damage associated with the Katrina events require an individualized assessment of each property.

32.  Each property in the proposed class area was affected differently by the Katrina events based on the type of construction and condition of that property prior to the Katrina events.  For example, I personally observed that some houses in the same neighborhood were built on raised piers, whereas others were built on slabs. [20]  I also observed that properties were built out of different materials depending on whether they were residential or commercial (e.g., houses built out of brick, cinderblock and wood and commercial properties that were built with

---

[19]  Deposition of Henry Earl Davis, pp. 22-23.
[20]  This is also shown in the photographs included in the Expert Report of Michael W. Truax, MAI.

steel).  Furthermore, even contiguous houses that appeared to be similar in design, varied in the extent they incurred roof damage. Named Plaintiff Wade described that in her neighborhood, homes whose roofs had been put on new by a particular contractor fared better during the Katrina events than homes whose roofs had not been.[21]  The variety in property type and condition within the proposed class area exists street by street and house by house.  A class-wide approach is not designed to take into account the unique characteristics of each property, whereas an individualized approach is designed for that exact purpose.

33.  The complex nature of the Katrina events, the unusually wide variety of property types in the proposed class area, and the interaction of these two sets of circumstances must be considered in this matter. Only an individualized approach can do so accurately.

## VI. Dr. Kilpatrick's Proposed Class-wide Approach is Particularly Flawed

34.  Dr. Kilpatrick has not proposed any specific model for assessing class-wide damages in this case.  Instead, he simply asserts throughout his report and deposition that some model can be devised in the future. Dr. Kilpatrick does mention a number of techniques that he asserts could be used to determine damages on a class-wide basis, but he does not explain how he would implement any of these mass appraisal techniques for the proposed class.[22]  As I discuss throughout this report, accurately isolating Breach-of-Duty damages from Other-Non-Recoverable damages within the context of the unprecedented sequence of Katrina events, which affected such a large and diverse group of proposed class members, is a particularly difficult exercise.

---

[21]  Deposition of Glynn Wade, pp.117-118.
[22]  See, for example, Kilpatrick Deposition, Volume I, August 13, 2007, p. 35.

Moreover, even once Breach-of-Duty damages are identified, it will be necessary to quantify those damages, and that will inherently require an individual assessment of the Breach-of-Duty damages found for a particular property.  Despite Dr. Kilpatrick's assertions, mass appraisal methods used in other contexts and for other purposes do not offer an approach to assess impact and quantify Breach-of-Duty damages in this matter.

35.  Dr. Kilpatrick does spend considerable time discussing a mass appraisal technique that would use a hedonic approach.  A hedonic-based mass appraisal approach is an attempt to develop a single estimate of the value of discrete housing characteristics using data from home sales. It applies these averages to similar homes that did not sell to infer their value.  Dr. Kilpatrick mentions this approach as a way to attempt to quantify the difference between property values before and after the Katrina events.  He then seems to equate the difference in value pre- and post-Katrina to a damages amount.  As I will discuss further below, this approach obviously does not differentiate Breach-of-Duty damages from Other-Non-Recoverable damages.  Hedonic analysis also provides no guidance in the assessment of impact or the quantifying of Breach-of-Duty damages for commercial properties which have experienced a loss of income.

36.  None of Dr. Kilpatrick's proposed fixes, including, for example, adding attribute variables to the hedonic model, the risks of which I discuss below, overcomes the fundamental problems with using a hedonic approach in this matter.[23]

37.  The contingent valuation and conjoint analysis methods that Dr. Kilpatrick mentions in his Report and his deposition are particularly

---

[23]  See, for example, Kilpatrick Deposition, Volume II, August 14, 2007, p. 334.

problematic.  These methods rely on consumer surveys to estimate the willingness to pay for housing characteristics.  But consumer survey results are extremely sensitive to the survey methodology (e.g., the ordering of questions), and therefore the results can be quite biased.  Further, many economists, including myself, believe that these survey results are not particularly useful, if at all, because they are not based on market transactions.[24]

38.  Dr. Kilpatrick also asserts that the possible class-wide approaches that he discusses could measure "stigma," a concept that he equates to the loss of value allegedly experienced by all class members that cannot be explained by the cost to repair their physical property damages.[25]  Dr. Kilpatrick has erroneously embraced a term that has a specific meaning in real-estate-valuation literature and has used it inappropriately as a catch-all for a large and vaguely defined universe of amenities and attributes that individually could in fact have a positive *or* negative value and vary by property.  I do not agree with Dr. Kilpatrick's use of the term in his Report, nor do I believe that "stigma," as he has defined it, can be causally linked to explicit damages to proposed class members by the alleged breach-of-duty by the defendants.

---

[24]  See, for example, Diamond, Peter A. and Jerry A. Hausmann, "Contingent Valuation: Is Some Number Better than No Number?" Journal of Economic Perspectives, Vol. 8, No. 4, Fall 1994, pp. 45-64, which states, "We believe that contingent valuation is a deeply flawed methodology for measuring nonuse values, one that does not estimate what its proponents claim to be estimating."  See also Acito, Franklin and Richard W. Olshavsky, "Limits to Accuracy in Conjoint Analysis," Advances in Consumer Research, Vol. 8, 1980, 313-316; and, Gaba, A. and R. Winkler, "Implications of Errors in Survey Data: A Bayesian Model," Management Science, Vol. 38, No. 7, 1992, pp. 913-925.

[25]  See, for example, Kilpatrick Deposition, Volume I, August 13, 2007, pp. 202-203.

A. The appropriate implementation of Dr. Kilpatrick's hedonic approach has several conditions that must be met to yield reliable results. These conditions cannot be met here.

39.   If he were to attempt to accurately implement a hedonic approach, Dr. Kilpatrick would need to ensure that several conditions were met.[26] First, he would have to collect, measure, and include in his analysis all relevant characteristics of housing value.  Failing to do so would likely result in attributing inaccurate values to certain housing characteristics because the characteristics included in the model would reflect values associated with housing characteristics not included in the model.  The number of measurable characteristics of housing stock to be examined is related to the diversity of the housing stock.  Therefore, a more heterogeneous housing stock (as is observed in the proposed class area) is almost certain to include more measurable characteristics than can be recorded or accounted for in a hedonic analysis.[27]  This shortcoming would result in a model in which the effects of individual characteristics on value cannot be accurately measured.  This is a recognized problem with the hedonic-based approach, and there is considerable criticism of it in the academic literature, including that cited by Dr. Kilpatrick in apparent support of his proposed approach.[28]

---

[26]   Beyond the inappropriateness of using a hedonic analysis in this case, there are many technical issues related to the correct implementation of a hedonic model.  See, for example, Lentz, George H. and Ko Wang, "Residential Appraisal and the Lending Process: A Survey of Issues," Journal of Real Estate Research, Vol. 15, No. 1 / 2, 1998, pp. 11-39.

[27]   A related criticism is that the results are sensitive to the researchers' specific model, which significantly reduces the applicability of the results for out-of-sample analysis.  Halvorsen and Pollakowski (1981) note, "Previous studies employing hedonic price equations have generally used highly restrictive functional forms chosen in a largely arbitrary manner."  See Dale-Johnson (1982) and Horowitz (1986) for additional discussion.  Further, whether hedonic-based models are accurate representations of the demand conditions in property markets has been the subject of debate since at least the 1970s.  See also Freeman (1974), Rosen (1974), Brown and Rosen (1982) and Murray (1983).

[28]   These issues are generally referred to as 'multicollinearity' and 'omitted variable bias.'  See for example, Atkinson and Crocker (1987) who report that, "If our data set and our choice of explanatory variables can be regarded as representative, the pretesting and mismeasured variables frequently employed in HPV [hedonic property value] studies make reported results very difficult to interpret unambiguously."

40. Another condition that would have to be satisfied for the hedonic approach suggested by Dr. Kilpatrick to yield reliable results is that home sales used in the analysis must be representative of the housing stock to be valued.  In other words, a hedonic approach assumes that unsold homes could be sold at prices similar to those that did sell. Potential differences between houses that sold and those that did not are ignored.  Home sales that are observed are not likely to be representative of the entire housing stock, given the heterogeneity of the New Orleans housing market and the differences in housing characteristics before and after the Katrina events.  Moreover, sales data in the proposed class area immediately after the Katrina events, which Dr. Kilpatrick proposes to use in a hedonic analysis, are not representative due to the total disruption of the housing market.  Any sales that occurred immediately after the Katrina events took place under market "disequilibrium," conditions that are atypical of conditions that would prevail later.  Extenuating circumstances were the likely drivers of sales (e.g., the decision not to return after the Katrina events), rather than an "arm's length" negotiation between a buyer and a seller, which would normally occur.  Hedonic analyses can only value specific housing characteristics under conditions of market equilibrium.[29]  Indeed, Dr. Kilpatrick himself acknowledged that, "In many areas, particularly those with the greatest physical damage, real estate markets were and continue to be totally disrupted, and market data for valuation is simply non-existent."[30]

---

[29] For further discussion of the New Orleans housing market since the Katrina events, see the two reports from the Real Estate Market Data Center & Center for Economic Development, University of New Orleans, entitled "Metropolitan New Orleans Real Estate Market Analysis," Vol. 38, May 2006 and Vol. 39, March 2007.

[30] Kilpatrick, John A. and Sofia Dermisi. "The Aftermath of Katrina: Recommendations for Real Estate Research,"  Journal of Real Estate Literature, Vol. 15, No. 2, 2007, p. 218.

41. Another condition that would have to be met in order for Dr. Kilpatrick to implement his approach is that he would have to be able to quantify losses for all proposed class members, including any losses to tenants, or commercial or institutional owners. But Dr. Kilpatrick's approach does not consider rental property owners or tenants located in the class area, because they are not owners of the properties which he is valuing. As noted previously, in at least part of the proposed class area, the proportion of renter-occupied properties was over 40 percent. Similarly, his model would fail to account for any loss of income to businesses, landlords, and other proposed class members whose properties were affected by the Katrina events and, potentially, by the defendants' alleged negligence.

B. Dr. Kilpatrick's approach has several shortcomings in theory and in practice, as the limitation and criticisms of AVMs demonstrates.

42. In practice, a hedonic-based methodology is often referred to as an Automated Valuation Model ("AVM"). Appraisers have at their disposal a variety of valuation methods, including AVMs.[31] Appraisers are advised, however, to use AVMs with caution.[32]

43. Some advocates of AVMs point to government-sponsored enterprises such as the Federal Home Loan and Mortgage Corporation ("Freddie Mac") and Federal National Mortgage Association ("Fannie Mae") that utilize AVMs as part of the mortgage evaluation process. But that reliance is misplaced because Freddie Mac and Fannie Mae are

---

[31]  International Association of Assessing Officers, "Standard on Automated Valuation Models (AVMs), approved September 2003," The Appraisal Journal, Fall 2003, pp. 109-154.

[32]  See, for example, M. Steven Kane, Mark R. Linné, MAI, and Jeffrey A. Johnson, MAI, "Evaluating the Valuers," The Appraisal Journal, Spring 2004, pp. 147-154.

emphatic that AVMs are not substitutes for individual appraisals.[33]

Fannie Mae states that AVMs have three principal limitations:

- "First, they are dependent upon the accuracy, comprehensiveness, and timeliness of the data they use. Data issues can include incomplete public records, insufficient sales of properties with comparable features within a specified geographic area, and a lag between the time when the market data are current and the AVM uses the data to generate an estimate of value.

- Second, AVMs cannot be used to determine the physical condition and relative marketability of a property.

- Third, AVMs can never fully incorporate the breadth of knowledge and judgment of a skilled appraiser."[34]

C.  Dr. Kilpatrick's approach is particularly deficient in the current matter because it cannot take into account the complexity of the Katrina events and the need to differentiate Breach-of-Duty damages from Other-Non-Recoverable damages.

44.  Even if designed and implemented correctly, a hedonic approach cannot disaggregate the effects of a particular event (here, the Breach-of-Duty damages) from a complex series of events (the Katrina events) for an individual property.  In fact, I am not aware of any application of a mass appraisal technique in the context of multiple and complex events where a subset of the events and their effects has to be isolated, as is the case here.

45.  Therefore, in addition to the many shortcomings described above, the mass appraisal techniques mentioned by Dr. Kilpatrick cannot separate Breach-of-Duty damages for individual defendants.  For example, even if Breach-of-Duty damages were isolated for a particular property, it may be that some of those damages were caused

---

[33]  Garritano, Anthony, "Investors put a stopper on AVMs: The "e" alternative still can't replace a live appraisal," Mortgage Technology, June 2007.

[34]  Fannie Mae, "Automated Valuation Models (AVMs)," available at <https://www.efanniemae.com/sf/guides/ssg/relatedsellinginfo/avms/>, accessed August 23, 2007.

by one defendant, while the other portion of those damages was caused by another defendant.

VII.   Mass Appraisal Techniques Have Been Rejected in Favor of Individualized Appraisals in Response to the Katrina Events

46.   Both the Road Home Program and private and federal insurers employed an individualized cost-based approach to determine the amount of damages incurred by property owners following the Katrina events.  This is true even though the task before them was simpler than that faced by the proposed class plaintiffs since they did not have to isolate Breach-of-Duty damages.

47.   The Road Home Program requires an individualized assessment of each property prior and subsequent to the Katrina events.[35]  Payments under the program are designed to compensate affected property owners for otherwise unrecoverable costs to repair or to replace their property.  The Road Home Program initially proposed using a hedonic-based mass appraisal approach to determine property values prior to the Katrina events, but the approach was strongly criticized by both professional appraisers and New Orleans citizens.[36]  The Road Home Program itself admitted that there were "serious problems" in implementing the hedonic approach and, after only 100 (of the estimated 85,000) closings, abandoned the use of the hedonic approach to determining property values prior to the Katrina events in favor of individualized appraisals.[37]  It seems obvious that if, as Dr. Kilpatrick argues, mass appraisal techniques were superior (i.e. more accurate and easier to implement than cost based approaches), then the

---

[35]   Louisiana Recovery Authority, "Proposed Action Plan for the Use of Disaster Recovery Funds Allocated by P.L. 109-234," May 16, 2007; see also The Road Home, "Protocols for Estimating Replacement Housing Costs v12," May 15, 2007.

[36]   Warner, C., "Road Home Rethinks Appraisals," The Times-Picayune, December 21, 2006.

[37]   Warner, C., "Road Home Rethinks Appraisals," The Times-Picayune, December 21, 2006.

participants and administrators of the Road Home Program would have continued to rely on a mass appraisal approach. Instead, they rejected their initial approach in favor of an individualized approach.

48. The Road Home program experienced what many academics and practitioners had already documented: when properties vary widely from one another, a hedonic-based mass appraisal model does not yield an accurate estimate of property values. As noted by Senator Ann Duplessis (in an article discussing the change from a mass appraisal technique to an individualized appraisal for establishing the value of properties prior to the Katrina events for the Road Home Program): "[t]he changes make sense when you consider how diverse the New Orleans housing market is."[38] These sentiments were echoed by State Representative Tim Burns, who was quoted as saying the mass appraisal approach was: "not correct for a city with neighborhoods as diverse as the greater New Orleans area."[39]

49. Likewise, private and federal insurers have used insurance adjusters to carry out detailed individual investigations to quantify damages associated with the Katrina events for individual policy holders.[40] This individualized assessment was necessary, in part, to distinguish between wind-and-rain damage (covered by private homeowner's insurance) and flood damage (covered by federal flood insurance). Insurers chose not to rely on mass appraisal techniques even to

[38] "Governor Blanco announces Road Home changes; Home appraisal process to be streamlined, more accurate," State of Louisiana, Office of the Governor Press Release, December 20, 2006.
[39] "Katrina recovery program burned by AVMs; "Road Home" will use appraisals instead," January 4, 2007, available at www.alamode.com/News/07/070104.aspx.
[40] The National Flood Insurance Program waived the requirement for individual assessments only when there was clear evidence that the damage to the home exceeded the policy value, such as for homes that had been washed off of their foundations. See FEMA Release Number: HQ-05-280, "National Flood Insurance Program Announces Simplified Adjustment Process For Policyholders Affected By Hurricane Katrina," September 20, 2005.

disaggregate total damage to a property from just two causes.[41]  The Armstrong Named Plaintiffs received $52,000 in federal flood insurance proceeds and $35,000 in homeowner's insurance proceeds;[42] and Named Plaintiff Coats received $125,000 in federal flood insurance proceeds and $1,733 in homeowner's insurance proceeds.[43] Both testified that these amounts were the result of individual site visits to their homes by insurance adjusters.

50.  Lastly, I am aware that Dr. Kilpatrick served as an expert witness in another litigation related to the Katrina events – Turner v. Murphy Oil – and that a class was certified by the court.[44]  Unlike the matter at issue here, the Murphy Oil matter involved a single source of harm (i.e., oil contamination due to an oil tank leak) in a relatively confined area (less than three square miles in St. Bernard Parish) where physical evidence of crude oil contamination remained.  The proposed mass appraisal technique by Dr. Kilpatrick that was cited as a basis for damage assessment in the Murphy Oil matter, which I understand may be similar to the technique Dr. Kilpatrick proposes to use in this matter, is not applicable to the circumstances of the Katrina events here.  In this case, there is no comparable footprint linking property damage with the allegedly negligent conduct of an individual defendant.  The multiplicity of the Katrina events and the need to assess impact and quantify Breach-of-Duty damages, to the exclusion of Other-Non-Recoverable damages, further illustrates the profound

---

[41]  See, for example, Insurance Information Institute, "Hurricane Katrina Insurance FAQs" available at <http://www.iii.org/media/hottopics/additional/katrina_faqs/>, accessed August 15, 2007 and "Katrina's force changes insurance adjusters' tactics," available at <http://www.bankrate.com/brm/news/insurance/20050913a1.asp>, accessed August 15, 2007.

[42]  Deposition of Kenneth Armstrong, pp. 21-22, 27.

[43]  Deposition of Ethel Coats, pp. 60-62.

[44]  *Patrick J. Turner, et al., v. Murphy Oil USA Inc.*, Civil Action No. 05-4206 Consolidated Case Section "L" (2), United States District Court Eastern District of Louisiana, January 30, 2006.

difference between the Turner v. Murphy Oil matter and the present case.

VIII.   The Proper Approach to Identifying and Quantifying Potential Breach-of-Duty damages is an Individualized Approach

51.   As I discuss above, any approach to damages in this matter will need to differentiate between those damages caused by the negligent breach of duty by a defendant ("Breach-of-Duty damages") and the Other-Non-Recoverable damages caused by Acts of God or otherwise associated with Hurricane Katrina ("Other-Non-Recoverable damages"). The step of differentiating between Breach-of-Duty damages and Other-Non-Recoverable damages will be particularly complex given the nature of the Katrina events.

52.   I have outlined below the approach that, in my opinion, would result in the most accurate assessment of impact and, if applicable, quantification of damages to a proposed class member's property resulting from the alleged breach of duty of each of the defendants.

53.   My individualized approach consists of two steps:  1) assessing the impact due to the breach of duty of a defendant on the property; and, 2) assuming that there was any impact to a property resulting from the breach of duty, quantifying the amount of these damages.

54.   The first step would require gathering detailed information on each structure in the class area, including its condition and location prior to the Katrina events.  Once this information was gathered, each site would have to be visited and each item of damage identified.  Each item of damage would then have to be evaluated to determine if it was the result of negligent conduct or was Other-Non-Recoverable damage, e.g., wind, rain, falling debris, or theft.  While the sorting out of these causation issues is a legal matter, beyond my expertise, this

step must ultimately determine which specific items of property damage to a particular property were caused by negligent conduct, the parties whose negligent conduct was responsible, and in what relative proportion. This step would also determine whether a change in value may have occurred associated with changes in (for example) the neighborhood, economy, and/or amenities as a consequence of the breach of duty of any defendant(s).

55. If the foregoing step determined that one or more items of damages were caused by someone's negligent conduct, it would then be necessary to quantify the amount of each such item of Breach-of-Conduct damages.

56. To the extent that quantification of a proposed class member's property damages under Louisiana law additionally requires consideration as to whether the cost of restoring the property would be disproportionate, or economically wasteful, whether there are reasons particular to the owner for restoring the property, or whether there is reason to believe the plaintiff will in fact make the repairs, these considerations would have to be taken into account in an individualized, property-by-property analysis.

57. Assuming that a property was found to have incurred one or more items of Breach-of-Duty damage, the next step would be to quantify the amount of each such item of damage.

58. For items of physical property damage it would be necessary to quantify the cost to cure each such item of physical damage.  This would be straightforward and is similar to what an insurance adjuster does in determining the costs to cure conditions covered by a homeowner's policy.

59. If there were also non-physical damages to a property, it would be necessary to quantify the value of those damages. The value of environmental externalities [45], if applicable and recoverable under the law, would be equal to the difference in the results of two present value calculations. The first present value of each individual property would be established through individualized appraisals of each property undertaken to reflect value at a future point in time after the property has been repaired and markets have "stabilized" following the Katrina events.[46] The second present value calculation for each property would be similar in that it would reflect value at a future point of market stabilization, but would be performed assuming that the events associated with breach of duty had never occurred (hence repair of those damages caused by breach of duty would not be necessary). This difference, after netting out Breach-of-Duty repair costs, which could be positive or negative, is, conceptually, the value of these environmental externalities that would not be reflected in the costs to cure the relevant conditions in the physical structures. The impact of these externalities would have to be estimated separately for each property because of different expected future values, different maintenance and renovation expenditures, and different perceptions of how these environmental externalities increase or decrease value.[47]

---

[45]  These externalities can be disaggregated into different types that are, in the real estate literature, also referred to as types of "stigma." They can be either positive or negative, and are present or absent in different quantities over time. See, for example, Patchin, Peter, "Valuation of Contaminated Properties," The Appraisal Journal, January 1988, pp. 7-16; Patchin, Peter, "Contaminated Properties – Stigma Revisited," The Appraisal Journal, April 1991, pp. 167-172.

[46]  These appraisals would include associated maintenance and renovation expenses. I would estimate when stabilization would occur based on market analysis and other evidence that the market was back in equilibrium.

[47]  Further, much of the academic and appraisal literature on real estate "stigma" and natural disasters shows that "stigma"-related price effects, where they do exist, tend to attenuate over time. See, for example Montz and Tobin (1988), who examined California properties that experienced flooding due to levee failures and found that property values recovered over time, albeit at different rates depending on the depth of the flood damage. They note, "[t]he immediate impact of the flood...was considered

60. Dr. Kilpatrick's Report and testimony provide no guidance as to whether or how he would determine Breach-of-Duty damages resulting for institutional properties or from lost rental income on leased residential, commercial, or industrial properties. Accordingly, I cannot provide a critique of his approach at this point. Generally, however, a methodology similar to the individualized cost based approach which I have proposed above could be applied.

IX. Conclusion

61. The Katrina events, and their effects, were unprecedented in complexity and aggregate magnitude. As such, historical class-wide approaches to damages, as advocated by Dr. Kilpatrick, cannot distinguish Breach-of-Duty damages from Other-Non-Recoverable damages, nor can they quantify the amount of Breach-of-Duty damages incurred by any particular property.

62. The proper assessment of damages in this matter requires a methodology that differentiates between Breach-of-Duty damages and Other-Non-Recoverable damages and accurately accounts for the wide variation in the character and condition of properties found in the proposed class area rather than relying on an overly broad and imprecise modeling exercise. Specifically, it requires a detailed analysis of each individual property and a determination of the particular impact on each property associated with the breach of duty of each of the defendants. In my opinion, this is the correct and only accurate way to assess impact and quantify and assign damages associated with the Katrina events, and, accordingly, is the approach that I describe above.

---

disastrous, in that there was not active housing market. However, over the following fifteen months, substantial recovery was apparent. The market, therefore, showed remarkable resilience in the relatively short period after catastrophic flooding."

*Confidential*

Signed: _____

Kerry Dean Vandell

Professor of Finance and Director of the Center for Real Estate
The Paul Merage School of Business
University of California, Irvine

Date: August 29, 2007

Exhibit 1 – Vandell Driving Route



Data are from Google Maps, accessed on August 27, 2007.

**Exhibit 2. Selected Census Statistics for the Proposed Class Area in MRGO Class Action Matter**

| | Lower Ninth Ward | | New Orleans East | | | | | | | | | St. Bernard Parish Overall [1] | Orleans Parish Overall | Louisiana Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lower Ninth Ward | Holy Cross | Pines Village | Little Woods | Plum Orchard | Read Blvd East | Read Blvd West | West Lake Forest | Village de l'Est | Viavant/ Venetian Isles | Lake Catherine | | | |
| **Total Population** | 14,008 | 5,507 | 5,092 | 44,311 | 7,005 | 8,240 | 5,564 | 9,596 | 12,912 | 1,883 | 1,760 | 67,229 | 484,674 | 4,468,976 |
| **Total Households** | 4,820 | 1,982 | 1,699 | 15,761 | 2,453 | 2,841 | 1,963 | 3,578 | 3,817 | 617 | 788 | 25,123 | 188,251 | 1,656,053 |
| **Age Distribution** | | | | | | | | | | | | | | |
| 5 years old and under | 9.3% | 10.0% | 8.5% | 9.7% | 8.2% | 7.2% | 7.3% | 12.6% | 11.5% | 9.7% | 4.0% | 7.6% | 8.4% | 8.5% |
| 6-11 years old | 10.9% | 10.2% | 11.2% | 10.7% | 10.5% | 9.2% | 10.0% | 11.0% | 13.1% | 8.8% | 4.3% | 8.7% | 9.2% | 9.2% |
| 12-17 years old | 10.5% | 12.2% | 12.9% | 10.5% | 10.4% | 11.3% | 11.5% | 9.7% | 12.1% | 8.2% | 5.3% | 9.0% | 9.1% | 9.5% |
| 18-34 years old | 21.6% | 22.3% | 21.9% | 25.7% | 21.4% | 18.1% | 18.9% | 32.1% | 26.6% | 21.7% | 15.1% | 22.3% | 25.9% | 24.3% |
| 35-49 years old | 19.8% | 20.1% | 22.9% | 22.4% | 21.5% | 25.8% | 24.3% | 19.2% | 20.0% | 16.3% | 23.7% | 23.3% | 21.9% | 22.5% |
| 50-64 years old | 13.9% | 13.9% | 14.4% | 13.7% | 15.6% | 17.1% | 15.2% | 10.8% | 10.8% | 13.9% | 28.4% | 15.2% | 13.8% | 14.5% |
| 65-74 years old | 7.6% | 5.4% | 4.9% | 4.0% | 7.3% | 6.1% | 6.6% | 2.3% | 3.6% | 7.2% | 11.9% | 7.9% | 6.0% | 6.3% |
| 75-84 years old | 4.9% | 4.1% | 2.8% | 2.4% | 4.0% | 4.0% | 5.1% | 1.4% | 1.7% | 8.1% | 6.4% | 4.8% | 4.2% | 3.9% |
| 85 years old and older | 1.5% | 1.8% | 0.5% | 0.9% | 1.1% | 1.2% | 1.1% | 0.9% | 0.6% | 6.1% | 0.9% | 1.2% | 1.5% | 1.3% |
| **Racial & Ethnic Diversity** | | | | | | | | | | | | | | |
| Black or African American | 98.3% | 87.5% | 87.5% | 86.1% | 93.1% | 73.3% | 79.8% | 95.3% | 55.4% | 76.5% | 2.0% | 7.6% | 66.6% | 32.3% |
| White | 0.5% | 9.4% | 9.7% | 9.8% | 4.4% | 16.6% | 16.2% | 2.0% | 3.6% | 14.3% | 94.3% | 84.3% | 26.6% | 62.6% |
| Asian | 0.0% | 0.2% | 0.3% | 0.9% | 0.1% | 6.8% | 0.8% | 0.4% | 37.1% | 3.3% | 2.2% | 1.3% | 2.3% | 1.2% |
| American Indian | 0.0% | 0.5% | 0.4% | 0.1% | 0.0% | 0.3% | 0.2% | 0.2% | 0.1% | 0.1% | 0.0% | 0.5% | 0.2% | 0.5% |
| Other | 0.1% | 0.1% | 0.2% | 0.3% | 0.2% | 0.3% | 0.1% | 0.1% | 0.2% | 0.4% | 0.1% | 0.1% | 0.2% | 0.1% |
| 2 race categories | 0.6% | 0.9% | 0.9% | 1.2% | 0.9% | 1.3% | 0.5% | 0.7% | 1.2% | 1.0% | 0.4% | 1.1% | 1.0% | 0.9% |
| Hispanic (any race) | 0.5% | 1.4% | 1.0% | 1.6% | 1.3% | 1.4% | 2.4% | 1.3% | 2.4% | 4.4% | 1.0% | 5.1% | 3.1% | 2.4% |
| **Average Household Income** | $27,499 | $32,202 | $43,386 | $43,217 | $32,743 | $61,721 | $45,303 | $32,305 | $36,856 | $20,595 | $54,763 | $44,672 | $43,176 | $44,833 |
| **% Population Living in Poverty** | 36.4% | 29.4% | 18.3% | 17.4% | 33.2% | 11.2% | 10.5% | 27.2% | 29.9% | 47.9% | 10.7% | 13.1% | 27.9% | 19.6% |
| **Total Housing Units** | 5,601 | 2,340 | 1,833 | 16,402 | 2,695 | 2,939 | 2,048 | 3,986 | 3,999 | 772 | 1,187 | 26,790 | 215,091 | 1,847,181 |
| **% Vacant Housing Units** | 13.9% | 15.3% | 7.3% | 3.9% | 9.0% | 3.3% | 4.2% | 10.2% | 4.6% | 20.1% | 33.6% | 6.2% | 12.5% | 10.3% |
| **% Owner Occupied Housing Units** | 59.0% | 41.8% | 63.5% | 51.4% | 57.4% | 88.6% | 85.1% | 23.8% | 47.1% | 27.6% | 90.2% | 74.6% | 46.5% | 67.9% |
| **% Renter Occupied Housing Units** | 41.0% | 58.2% | 36.5% | 48.6% | 42.6% | 11.4% | 14.9% | 76.2% | 52.9% | 72.4% | 9.8% | 25.4% | 53.5% | 32.1% |
| **Housing Age Distribution** | | | | | | | | | | | | | | |
| Built 1999 to March 2000 | 0.6% | 0.0% | 0.0% | 0.3% | 0.3% | 2.5% | 0.0% | 0.3% | 0.9% | 2.4% | 3.1% | 1.1% | 0.4% | 2.2% |
| Built 1995 to 1998 | 1.3% | 0.6% | 0.8% | 1.3% | 1.3% | 7.1% | 0.3% | 2.0% | 1.3% | 3.4% | 3.1% | 4.8% | 1.3% | 6.7% |
| Built 1990 to 1994 | 1.0% | 1.2% | 0.7% | 3.1% | 1.9% | 4.3% | 1.5% | 2.6% | 4.7% | 3.3% | 5.0% | 5.7% | 1.3% | 5.7% |
| Built 1980 to 1989 | 5.6% | 6.5% | 11.1% | 31.7% | 10.7% | 26.8% | 12.6% | 35.8% | 28.0% | 16.5% | 17.7% | 17.5% | 8.2% | 18.4% |
| Built 1970 to 1979 | 8.2% | 15.9% | 15.5% | 41.6% | 17.4% | 19.5% | 15.6% | 51.2% | 42.4% | 36.4% | 20.2% | 25.5% | 13.6% | 22.4% |
| Built 1960 to 1969 | 21.0% | 17.4% | 30.5% | 15.5% | 32.7% | 23.8% | 37.0% | 5.7% | 14.8% | 11.5% | 29.0% | 21.8% | 15.1% | 16.3% |
| Built 1950 to 1959 | 31.8% | 24.1% | 30.4% | 4.2% | 20.5% | 12.4% | 25.3% | 1.6% | 3.3% | 13.6% | 11.7% | 16.6% | 16.9% | 12.8% |
| Built 1949 or earlier | 30.5% | 34.3% | 11.0% | 2.3% | 15.2% | 3.6% | 7.7% | 0.8% | 4.6% | 12.9% | 10.2% | 7.0% | 43.2% | 15.5% |
| **Length of Residency** | | | | | | | | | | | | | | |
| Moved in 1999 to March 2000 | 12.6% | 13.9% | 14.0% | 19.7% | 11.0% | 8.1% | 8.4% | 35.7% | 20.4% | 25.9% | 8.9% | 14.3% | 20.6% | 18.7% |
| Moved in 1995 to 1998 | 20.8% | 27.0% | 26.9% | 32.5% | 23.4% | 25.8% | 25.9% | 35.4% | 27.5% | 34.4% | 26.6% | 22.2% | 28.5% | 26.9% |
| Moved in 1990 to 1994 | 12.7% | 23.5% | 19.1% | 16.8% | 10.8% | 25.3% | 21.0% | 10.5% | 18.9% | 10.5% | 16.9% | 14.8% | 15.9% | 15.6% |
| Moved in 1989 or earlier | 53.9% | 35.6% | 40.0% | 31.0% | 54.8% | 40.8% | 44.7% | 18.4% | 33.2% | 29.2% | 47.6% | 48.7% | 35.0% | 38.8% |

Source: U.S. Census Bureau Census 2000. From a compilation by the GNO Community Data Center (http://www.gnocdc.org).  Data accessed August, 2007.

Note:
  [1] Neighborhood level data not available for the neighborhoods in St. Bernard Parish.

**Exhibit 3**

# Neighborhoods in Orleans Parish



Neighborhood boundaries

Parks

0   1   2   4 Miles

*Lake Pontchartrain*

see inset for rest of N.O. East

Little Woods
Read Blvd East
West Lake Forest
Lake Terrace & Oaks
Read Blvd West
Pines Village
Pontchartrain Park
Plum Orchard
Milneburg
St. Anthony
Gentilly Woods
Fillmore
Lakeshore/Lake Vista
West End
Lakeview
City Park
Gentilly Terrace
Dillard
Viavant/Venetian Isles
St. Bernard Area
Desire Area
Desire Dev
Navarre
Fairgrounds
Florida Area
Florida Dev
St. Roch
Bayou St. John
Seventh Ward
Lakewood
Dixon
Mid-City
St. Claude
Lower Ninth Ward
Treme'/Lafitte
Hollygrove
Marigny
St. Bernard Parish
Gert Town
Tulane/Gravier
Iberville
French Quarter
Bywater
Holy Cross
Leonidas
Marlyville/Fontainebleau
B.W. Cooper
Central Business District
Algiers Point
Whitney
McDonogh
U.S. Naval Base
East Carrollton
Broadmoor
Central City
Black Pearl
Freret
Milan
Lower Garden District
Behrman
Fischer Dev
Audubon
Uptown
Touro
Garden District
Irish Channel
St. Thomas Dev
Old Aurora
West Riverside
East Riverside
*Mississippi River*
*Jefferson Parish*
Tall Timbers/Brechtel
New Aurora/English Turn

*Jefferson Parish*

Village De L'Est
Lake Catherine
Viavant/Venetian Isles
0   0.5   1   2 Miles

**Greater New Orleans COMMUNITY Data CENTER**

*Created by Joy Bonaguro, Feb 3, 2004, <www.gnocdc.org>*

**Data sources:** Water & parish boundaries (Census Tiger files), parks (ESRI StreetMap 2003), neighborhood boundaries (City Planning Commission of New Orleans)



Exhibit 4a

WGI-CC-00046-DNR



Exhibit 4b

WGI-CC-000410DNR

**Appendix A**

**Kerry Dean Vandell**
Professor of Finance and Director, Center for Real Estate
The Paul Merage School of Business
University of California - Irvine

August 2007

**Office Address**

The Paul Merage School of Business
University of California-Irvine
429 MSB
Irvine, CA  92697-3125

Phone:  (949) 824-1985
Cell: (949) 981-5424
Fax:      (949) 824-8469
e-mail:  kvandell@uci.edu

**Home Address**

2658 Victoria Drive
Laguna Beach. CA 92651

Phone:  (949) 715-1333

**Personal Data**

| | |
|---|---|
| Date of Birth: | January 8, 1947 |
| Married: | Deborah Lowe Vandell, Professor and Chair, Department of Education, University of California - Irvine |
| | Two children - Colin Buckner born October 4, 1979, Ashley Elizabeth born March 9, 1985 |

**Education**

Ph.D.   Massachusetts Institute of Technology, 1977
(Urban Studies and Planning)
Dissertation:  Alternative Mortgage Instruments:  Their Distributional Effects on Homeownership, Housing Consumption, and the Use of Mortgage Credit
Chairman:  Arthur P. Solomon

M.C.P.   Harvard University, 1973 (City and Regional Planning)

B.A./M.M.E.   Rice University, 1970 (Mechanical Engineering)

**Honors and Awards**

2007   American Real Estate Society, *Journal of Real Estate Research* Legacy Award for Best Paper (Voted by the Board of the *JRER*, for Ruslan Koesman, James D. Shilling, and Kerry D. Vandell, "How Tax Credits have Affected the Rehabilitation of the Boston Office Market," *Journal of Real Estate Research*, Volume 28, Number 4, 2006.)

2005   Second Place, American Real Estate Society Competitive Paper Award for Best Paper published in the *Journal of Real Estate Research* (Voted by the membership of ARES, for Charles Carter and Kerry D. Vandell, "*Bid Rent vs. Agglomeration Economies as Alternative Theories of Store Location within Shopping Centers.*")

2004   Outstanding Paper Award, Appraisal Institute, (for Tsong-Yue Lai, Kerry D. Vandell, and Ko Wang, "Estimating Property Value by Replicating One")

| | |
|---|---|
| 2004- | Member Manufactured Housing Council, Urban Land Institute, Washington D.C. (invited) |
| 2003 | George Bloom Award, presented by the Officers and Directors of the American Real Estate and Urban Economics Association "for outstanding contributions to the field of real estate." |
| 2002- | Board of Directors, Asian Real Estate Society (elected) |
| 2002-06 | Co-Editor, *Real Estate Issues* (invited, official journal of the Counselors of Real Estate) |
| 2000 | First Place, Financial Management Association Competitive Paper Award for Fixed Income Research, sponsored by the Fixed Income Analysts Society (for Qiang Fu, Michael Lacour-Little, Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures") |
| 2000- | Counselors of Real Estate (CRE) (invited) |
| 2000-04 | Research Advisory Task Force, International Council of Shopping Centers (invited) |
| 2000-04 | Director, the Center for Real Estate Enterprise Development (Centerprise) (invited) |
| 1999 | Recognized in *Business Week Guide to the Best Business Schools*, Sixth Edition, as one of ten outstanding faculty at the U.W.-Madison School of Business |
| 1999- | Research Committee of the National Realty Committee (now the Real Estate Roundtable) (invited) |
| 1999- | Editorial Board, *Journal of Real Estate Research* (appointed) |
| 1998-2003 | Fellow, Member Retail Development Council, Urban Land Institute, Washington, D.C. (invited) |
| 1999 | Editorial Board, *International Real Estate Review* |
| 1998-03 | Member, Commercial/Retail Development Council, Urban Land Institute, Washington, D.C. (invited) |
| 1996-06 | Named to Lorin and Marjorie Tiefenthaler Chair in Real Estate and Urban Land Economics (vacated when joined faculty at University of California – Irvine) |
| 1994 | Robert A. Jerred Award for Distinguished Service to the School of Business, University of Wisconsin - Madison |
| 1994-96 | Research Committee, Urban Land Institute, Washington, D.C. (invited) |
| 1993-06 | Board of Directors and Associate Dean, Homer Hoyt Institute of Advanced Studies in Real Estate and Urban Land Economics (elected) |
| 1992-98 | Fellow, Member Urban Development/Mixed-Use Council, Urban Land Institute, Washington, D.C. (invited) |
| 1992-2003 | |
| 2006- | Board of Editors, *Journal of Housing Research* |
| 1992- | Office of Housing Research Advisory Board, Federal National Mortgage Association |
| 1991-97 | Co-Editor, *Journal of the American Real Estate and Urban Economics Association* (now *Real Estate Economics*)(elected) |
| 1991- | Who's Who in America |
| 1991 | President, American Real Estate and Urban Economics Association (elected) |
| 1990 | First Vice President, American Real Estate and Urban Economics Association |
| 1989 | Who's Who in Finance and Industry |
| 1989- | Member of the Faculty, Homer Hoyt Advanced Studies Institute (invited) |
| 1989 | Second Vice-President and Program Chairman, American Real Estate and Urban Economics Association (invited) |
| 1988- | Fellow, School of Advanced Studies in Real Estate and Land Economics of the Homer Hoyt Advanced Studies Institute (invited) |
| 1988 | Real Estate Consultants Advisory Committee, Salomon Brothers, Inc., New York City (invited) |
| 1985 | Faculty Research Excellence Award, Edwin L. Cox School of Business, SMU |
| 1983-97 | Board of Directors, American Real Estate and Urban Economics Association, re-elected 1986 for three-year term.  Continued ex-officio as President, Ex-President, and |

| | Co-Editor of Journal |
|---|---|
| 1982 | Awarded Tenure, Edwin L. Cox School of Business, SMU |
| 1980- | Editorial Board, *Journal of the American Real Estate and Urban Economics Association* |
| 1979 | Faculty Research Excellence Award, Edwin L. Cox School of Business, SMU |
| 1979 | Regional Finalist, White House Fellows Program |
| 1979-80 | Young Associates Council, Society of Real Estate Appraisers |
| 1978 | Finalist, Faculty Research Excellence Award, Edwin L. Cox School of Business, SMU |
| 1975-76 | Charles Abrams Fellow, Joint Center for Urban Studies of M.I.T. and Harvard |
| 1971-74 | National Science Foundation Fellow |
| 1970 | B.A. Cum Laude |
| 1970 | Outstanding Senior Engineering Student |
| 1970 | Hugh Scott Cameron Award |
| 1970 | Who's Who in American Colleges and Universities |
| 1969-70 | Brown Engineering Award |
| 1969-70 | Engineering Alumni Scholarship |
| 1968 | Tau Beta Pi National Engineering Honorary Society |
| 1968 | Sigma Tau National Mechanical Engineering Honor Society |
| 1967-69 | John B. Warren, Jr., Scholar |
| 1965-67 | William Marsh Rice Scholar |
| 1965-66 | National Honor Society Scholar |
| 1965-66 | Degree of Honor Scholar |

## Professional Experience

| | |
|---|---|
| 2006- | Professor of Finance and Director of the Center for Real Estate, the Paul Merage School of Business, University of California, Irvine |
| 2004-05 | Visiting Scholar, Lusk Center for Real Estate, University of Southern California |
| 2000-05 | Executive Director, Bolz Center for Arts Administration, University of Wisconsin-Madison |
| 1997 | Visiting Professor, Hong Kong University Department of Real Estate and Construction |
| 1997-06 | Affiliated Faculty, Institute for Environmental Studies, University of Wisconsin-Madison |
| 1996-06 | Lorin and Marjorie Tiefenthaler Professor of Real Estate and Urban Land Economics, University of Wisconsin-Madison (endowed Chair) |
| 1990-2004 | Director, Center for Urban Land Economics Research, University of Wisconsin-Madison |
| 1989-93 | Professor and Chairman - Department of Real Estate and Urban Land Economics, University of Wisconsin-Madison |
| 1988-89 | Visiting Professor - University of California, Berkeley (Real Estate and Urban Economics) |
| 1986-89 | Professor and Chairman - Department of Real Estate and Urban Land Economics, Southern Methodist University |
| 1985-86 | Visiting Associate Professor - Harvard University (Urban Design) |
| 1980-86 | Associate Professor - Southern Methodist University |
| 1976-80 | Assistant Professor - Southern Methodist University |
| 1970-71 | Associate Petroleum Engineer - Exxon Co. USA, Houston, Texas |

## Professional Affiliations

American Real Estate and Urban Economics Association
American Real Estate Society
Asian Real Estate Society
American Economics Association
American Finance Association

Urban Land Institute
Homer Hoyt Institute for Advanced Studies in Real Estate and Urban Land Economics
Mortgage Bankers Association of America
International Council of Shopping Centers
Counselors of Real Estate
Real Estate Roundtable
Lambda Alpha

**Fields of Interest**

Mortgage finance, especially mortgage-backed securitization, structured finance, and the pricing of default and prepayment risk
Valuation of complex real property interests
Real estate liquidity and portfolio diversification
Real estate market dynamics
Tax policy, the capital markets, and homeownership
Market-based approaches to urban policy
Urban and environmental economics
Housing economics and policy
International real estate markets
The economics of architecture and urban design
Community economic development
The economics of arts and cultural policy

**Publications** (* indicates peer reviewed)

* Zhenguo Lin and Kerry D. Vandell, "Illiquidity and Pricing Biases in the Real Estate Market," *Real Estate Economics* (forthcoming, 2007).

* S. Bond, S. Hwang, Z. Lin, and K.D. Vandell, "Marketing Period Risk in a Portfolio Context: Theory and Empirical Estimates from the UK Commercial Real Estate Market," *Journal of Real Estate Finance and Economics*, Volume 34, 2007, pp. 447-461.

Kerry D. Vandell, "Expanding the Academic Discipline of Real Estate Valuation: A Historical Perspective with Implications for the Future," *Journal of Property Investment and Finance*, (forthcoming, 2007. Keynote address at Eleventh World Valuation Congress, Kuala Lumpur Malaysia, May 2006)

* Ruslan Koesman,  Zhenguo Lin, James D. Shilling, Kerry D. Vandell, "How Tax Credits have Affected the Rehabilitation of the Boston Office Market," *Journal of Real Estate Research*, Volume 28, Number 4, 2006. (ARES JRER LEGACY AWARD for Best Paper, 2007).

* Charles Carter and Kerry D. Vandell, "Store Location in Shopping Centers: Theory and Estimates," *Journal of Real Estate Research*, Vol. 27, No. 3, 2005.

Kerry D. Vandell, "Commercial Mortgage Defaults: Their Causes and Cures," Chapter 20 in *The Handbook of Real Estate Finance,* Revised Edition, Jess Lederman and G. Benjamin Swoyer, eds., Washington, DC: Real Estate Finance Press (forthcoming 2005).

Kerry D. Vandell, "Preparing the Next Generation," *Real Estate Issues*, Fall 2003, pp. 26-33.

\* Kerry D. Vandell, "Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market," *Real Estate Economics*, Vol. 31, No. 2, 2003, pp. 245-267.

\* Qiang Fu, Michael LaCour-Little and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," *Journal of Real Estate Research*, Volume 25, Number 3, 2003, pp. 245-276. (First Place, Competitive Paper Award for Fixed Income Research, sponsored by the Fixed Income Analysts Society, at the Annual Meetings of the Financial Management Association, Fall 2000).

\* Steven Malpezzi and Kerry D. Vandell, "Does the Low-Income Housing Tax Credit Increase the Supply of Housing?" *Journal of Housing Economics,* Volume 11, Number 4, December 2002, pp. 360-380.

   Kerry D. Vandell, "Business vs. Real Estate Value in Shopping Mall Valuation: A Critical Examination," Chapter 24 in *A Business Enterprise Value Anthology*, David C. Lennhoff, Editor, Chicago: The Apprisal Institute 2001.

\* Joseph A. Laronge, JD, and Kerry D. Vandell. "Solving the Functional Obsolescence Calculation Question: Part II," *Appraisal Journal*, Vol. LXIX, No. 2, April 2001, pp. 152-160.

\* Kerry D. Vandell and Richard K. Green. "The Impact of Technology on Commercial Real Estate," *Wharton Real Estate Review*, Vol. V, No. 2, Fall 2001, pp. 5-22.

\* Kerry D. Vandell, "Multifamily Finance: A Pathway to Housing Goals, A Bridge to Commercial Mortgage Market Efficiency," *Journal of Housing Research*, Vol. 11, No. 2, 2001, pp. 319-356

\* Kerry D. Vandell, "Comment on Steven C. Bourassa and William Grigsby's 'Income Tax Concessions for Owner-Occupied Housing,'" *Housing Policy Debate*, Vol. 11, Issue 3, 2000, pp. 561-573.

\* Charles Carter and Kerry D. Vandell, "Graaskamp's Concept of Highest and Best Use," in *Essays In Honor of James Graaskamp: Ten Years After*, American Real Estate Society, Research Issues in Real Estate, Vol. 6, James R. DeLisle and Elaine M. Worzala, eds., 2000.

   Kerry D. Vandell and Stephen Malpezzi, "Analyzing the Gap Between Myth and Reality: A Closer Look at the Facts and Figures of Farming," *Common Ground*, Vol. 2, No. 3, Fall 1999, pp. 10-14.

\* Kerry D. Vandell, "The Mortgage REITS:  Dynamos or Duds?" *Wharton Real Estate Review*, Vol. III, No. 2, Fall 1999, pp. 55-68.

\* Richard K. Green and Kerry D. Vandell, "Giving Households Credit:  How Changes in the Tax Code Could Promote Home Ownership," *Regional Science and Urban Economics*, Vol. 29, No. 4, July 1999, pp. 419-444.

\* Brian Ciochetti and Kerry D. Vandell, "The Performance of Commercial Mortgages," *Real Estate Economics*, Vol. 27, No. 1, Spring 1999, pp. 27-61..

\* Mark Eppli, James D. Shilling, and Kerry D. Vandell, "What Moves Retail Property Returns at the Metropolitan Level?" *Journal of Real Estate Finance and Economics*, Vol. 16, No. 3, May 1998, pp. 317-342.

   Kerry D. Vandell, *Strategic Management of the Apartment Business in a "Big REIT" World*, Research Report sponsored by the National Multi Housing Council and National Real Estate Investor, 1998.

* Kerry D. Vandell, "Improving Secondary Markets in Rural America," in Federal Reserve Bank of Kansas City, *Financing Rural America*, April 1997, pp. 85-120.

* Kerry D. Vandell, "FHA Restructuring Proposals: Alternatives and Implications," *Housing Policy Debate,* Vol. 6, No. 2, 1995, pp. 299-393.

Kerry D. Vandell, "Tribal Gaming Offers Niche Markets," *Urban Land*, Vol. 54, No. 12, December 1995, p. 40.

Kerry D. Vandell, "Saving Sommerset: One Community's Efforts to Stabilize a Neighborhood," *Commercial Investment Real Estate Journal*, Vol. 15, No. 3, May/June 1996, pp. 30-35.

* Kerry D. Vandell, "How Ruthless is Mortgage Default?  A Review and Synthesis of the Evidence," *Journal of Housing Research*, Vol. 6, No. 2, 1995, pp. 245-264.

* Kerry D. Vandell, "Market Factors Affecting Spatial Heterogeneity among Urban Neighborhoods," *Housing Policy Debate,* Vol. 6, No. 1, 1995, pp. 103-139.

* Richard Green, Steve Malpezzi, and Kerry D. Vandell, "Urban Regulation and the Price of Land and Housing in Korea," *Journal of Housing Economics*, Vol. 3, 1994, pp. 330-356.

Kerry D. Vandell, "Where Do We Go From Here?  A Commentary on American Housing Policy," *Mortgage Banking*, October 1994, pp. 38-57.

Kerry D. Vandell, "Commercial Mortgage Defaults: Their Causes and Cures," Chapter 20 in *The Handbook of Real Estate Finance*, Jess Lederman and G. Benjamin Swoyer, eds., Washington, DC: Real Estate Finance Press, 1995, pp. 479-558.

* Kerry D. Vandell, "Handing Over the Keys:  A Perspective on Mortgage Default Research," *Journal of the American Real Estate and Urban Economics Association*, Vol. 21, No. 3, Fall 1993, pp. 211-246 (AREUEA Presidential Address, January 1992).

* Kerry D. Vandell, Walter Barnes, David Hartzell, Dennis Kraft and William Wendt, "Commercial Mortgage Defaults: Proportional Hazards Estimation Using Individual Loan Histories," *Journal of the American Real Estate and Urban Economics Association*, Vol. 21, No. 4, Winter 1993, pp. 451-480.

* Kerry D. Vandell and Charles Carter, "Retail Store Location and Market Analysis:  A Review of the Research," *Journal of Real Estate Literature*, Vol. 1, No. 1, January 1993, pp. 13-45.

* Kerry D. Vandell, "Predicting Commercial Mortgage Foreclosure Experience," *Journal of the American Real Estate and Urban Economics Association,* Vol. 20, No. 1, 1992, pp. 55-88.  Also published as Salomon Brothers Bond Market Research Working Paper, March 1990.

* Kerry D. Vandell and Timothy Riddiough, "On the Use of Auctions as a Disposition Strategy for RTC Real Estate Assets:  A Policy Perspective," *Housing Policy Debate*, Vol. 3, No. 1, 1992, pp. 117-141.

* Kerry D. Vandell, "Optimal Comparable Selection and Weighting in Real Property Valuation," *Journal of the American Real Estate and Urban Economics Association*, Vol. 19, No. 2, Summer 1991, pp. 213-239.

* Kerry D. Vandell and Timothy Riddiough, "The Impact of RTC Dispositions on Local Housing and Real Estate Markets," *Housing Policy Debate*, Vol. 2, Issue 1, 1991, pp. 49-92.

* Kerry D. Vandell and Jonathan Lane, "The Economics of Architecture and Urban Design:  Some Preliminary Findings," *Journal of the American Real Estate and Urban Economics Association*, Vol. 17, No.  2, Summer 1989, pp. 235-260.

* Kerry D. Vandell, "Market Analysis: Can We Do Better?", *Appraisal Journal*, Vol. LVI, No. 3, July 1988, pp. 344-350.

  Kerry D. Vandell, "Reviewing Appraisals for Mortgage Underwriting Purposes," *Review Appraisal and Mortgage Underwriting Journal*, Vol. 10, No. 2, Summer 1987.  Reprinted in *Principles and Techniques of Appraisal Review,* National Association of Review Appraisers and Mortgage Underwriters, 1987.

* Thomas G. Thibodeau and Kerry D. Vandell, "Using Multiple Regression Analysis to Determine the Accuracy of Mass Appraisals," *Property Tax Journal*, Vol. 6, No. 2, June 1987, pp. 119-141.

  Kerry D. Vandell, "An Analysis of the Credit Risk Inherent in FNMA's Recent Portfolio Acquisitions of Adjustable Rate Mortgages," in *The Federal National Mortgage Association in a Changing Economic Environment,* General Accounting Office, Washington, D.C., July 17, 1985.

* Kerry D. Vandell and Thomas Thibodeau, "A Generalized Model of Mortgage Default:  Theory and Estimation Using Disaggregate Loan History Data," *Journal of the American Real Estate and Urban Economics Association*, Vol. 13, No. 3, Fall 1985, pp. 292-316.

* Kerry D. Vandell, "On the Assessment of Default Risk in Commercial Mortgage Lending," *Journal of the American Real Estate and Urban Economics Association*, Vol. 12, No. 3, Fall 1984, pp. 270-296.

* Kerry D. Vandell and Robert H. Zerbst, "Estimates of the Effect of School Desegregation Plans on Housing Values Over Time," *Journal of the American Real Estate and Urban Economics Association*, Vol. 12,  No. 2, Summer 1984, pp. 109-135.

* Kerry D. Vandell, "Imperfect Information, Uncertainty, and Credit Rationing:  Comment and Extension," *Quarterly Journal of Economics*, November 1984, pp. 841-863.

  Kerry D. Vandell, "Real Estate Finance," Chapter 33 in Dennis Logue, editor, *Handbook of Modern Finance*, New York:  Warren, Gorham, & Lamont, Inc., 1984, pp. 33-1, 33-57.

* Arthur P. Solomon and Kerry D. Vandell, "Alternative Perspectives on Neighborhood Decline," *Journal of the American Planning Association*, Vol. 48, No. 1, Winter 1982, pp. 81-98.

* Kerry D. Vandell, "Mortgage Quality and the Two-Earner Family:  Issues and Estimates," *Housing Finance Review,* Vol. 1, No. 2, April 1982, pp. 107-134.

* Kerry D. Vandell, "Toward Analytically Precise Definitions of Market Value and Highest and Best Use," A*ppraisal Journal*, Vol. 50, No. 2, April 1982, pp. 253-268.

* Kerry D. Vandell, "The Effects of Racial Composition on Neighborhood Succession," *Urban Studies*,

Vol. 18, October 1981, pp. 315-333.

* Kerry D. Vandell, "Toward a Model of Credit Rationing and Term Adjustment in the Mortgage Market," in C. F. Sirmans, ed., *Research in Real Estate,* Vol. I.  Greenwich, CT:  JAI Press, 1981, pp. 135-196.

 Kerry D. Vandell, Thomas Barry, Jay Starling, Phillip Sieb, "The Arts and the Local Economy:  The Impact of Pompeii A.D. 79," *Curator*, Vol. 22, No. 3, September 1979, pp. 199-216.

* Kerry D. Vandell, "Multicollinearity and Reduced-Form Price Equations for Residential Markets:  A Comment," *Journal of the American Real Estate and Urban Economics Association*, Vol. 7, No. 3, Fall 1979, pp. 427-436.

* Kerry D. Vandell and Michael O'Hare, "Indirect Government Aid to the Arts: The Tax Expenditure in Charitable Contributions," *Public Finance Quarterly*, Vol. 7, No. 2, April 1979, pp. 162-181.

* Kerry D. Vandell, "Default Risk under Alternative Mortgage Instruments," *Journal of Finance*, Vol. 33, No. 5, December 1978, pp. 1279-1298.

* Kerry D. Vandell, "Appraisal During Racial Transition:  A Guide Toward Implementation of the AIREA Affirmative Action Program," *Appraisal Journal,* Vol. 46, No. 4, October 1978, pp. 485-498.

* Kerry D. Vandell and Bennett Harrison, "Racial Transition among Neighborhoods:  A Simulation Model Incorporating Institutional Parameters," *Journal of Urban Economics,* Vol. 5, October 1978, pp. 441-470.

* Kerry D. Vandell, "Distributional Consequences of Alternative Mortgage Instruments," *Journal of the American Real Estate and Urban Economics Association*, Vol. 6, No. 2, Summer 1978, pp. 129-152.

 Kerry D. Vandell, *Growth and the Cities of the South:  A Study in Diversity*, Working Paper, White House Conference on Balanced National Growth and Economic Development, 1977 (project director and principal author).

 Kerry D. Vandell and Sydney C. Reagan, "Lakewood Bank & Trust," (case and teaching note), Inter-collegiate Case Clearing House, Harvard University, 1978.  Reprinted in Robert D. Hay and Edmund R. Gray, eds. *Business and Society*, South-Western Publ., 1980 and in Tom L. Beauchamp, *Textbook in Business Ethics*, Prentice-Hall, 1982.

 Sydney C. Reagan and Kerry D. Vandell, "Starnes Investments I and II," (case and teaching note), Intercollegiate Case Clearing House, Harvard University, 1978.

 Kerry D. Vandell and Bennett Harrison, "Racial Transition in Neighborhoods: A Simulation Model Incorporating Institutional Constraints," working  paper No. 39, Joint Center for Urban Studies of M.I.T. and Harvard, April 1976.

 Kerry D. Vandell, Barbara Hodis, and Rachel Bratt, "Financial Institutions and Neighborhood Decline: A Review of the Literature," (Summary and Conclusions), in U.S., Congress, Senate, "Home Mortgage  Disclosure Act of 1975 -- Part I," Hearings before the Committee on Banking, Housing and Urban Affairs, 94th Congress, 1st Session, May 5-8, 1975, pp. 614-622.

Lester Salamon, project director, *The Money Committees,* Ralph Nader Task Force on Congress, Gross-
man Publishers, New York, 1975 (research associate).

**Research in Progress:**

"Subprime Lending and the Housing Bubble: Tail Wags Dog?" (with Michael Lacour-Little)

"The Economics of Manufactured Home Communities," working paper

"An Anatomy of Vacancy Behavior in the Real Estate Market," working paper (with Yongping Liang).

"Does Uncertainty in Future Tax Treatment Affect the Market? A Real Options View," working paper.

"The Potential Impact of Internet Technology on Retail Sales and State and Local Sales and Use Tax
Receipts: an Update," with Zhenguo Lin and Henry Pollakowski (MIT), working paper prepared under
a grant sponsored by the International Council of Shopping Centers, the U.S. Conference of Mayors,
and the National Association of County Officials.

"Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market: A Real Options
Approach under Stochastic Demand Growth," working paper.

"Estimating Property Value by Replicating One," working paper (with Tsong-Yue Lai and Ko Wang).

"The Economics of Architecture and Urban Design:  An Updated Look and Examination of the Flight
to Quality Hypothesis."

"Optimal Listing Price and Bid Acceptance Strategies for Residential Sales," with Richard K. Green.

"Robert Weaver's Contribution to Housing and Municipal Finance," with Michael Stegman.

"Opportunities for Enhancing Efficiency in the Section 42 Low-Income Housing Tax Credit Program,"
with Steve Malpezzi, under revision, prepared under contract with the Mortgage Bankers Association.

"Stigma Value: Theory and Estimates."

"Retiring Early: an Empirical Analysis of the Mortgage Curtailment Decision" (with Qiang Fu).
Working paper derived from Fu's dissertation, which won the AREUEA Dissertation Award.

"Pricing of the Design Amenity: Theory and Estimates" (with Richard Green).

"The Dynamics of Land Use Transition from Agricultural to Recreational Use: A Case Study of the
Kickapoo Valley" (with Pat Connolly).

"A Formal Model of 'Optimal' Sprawl."

"Solving the Time-on-Market/ Sales Price Puzzle."

"The Homeownership Tax Credit and Down Payment Constraints." Manuscript completed in satisfaction of Ford Foundation grant evaluating the policy feasibility of a homeownership tax credit.

"Opportunities for Enhancing Efficiency in the Section 42 Low-Income Housing Tax Credit Program" (with Steve Malpezzi).

"Environmental Justice: An Economic Perspective."

## Paper Presentations

"Optimal Sprawl," presented at the Asian Real Estate Society Meetings," Macau, July 9-12, 2007.

"Missing the Sweet Spot? The Economics of Manufactured Home Communities," presented at the Midyear Meetings of the American Real Estate and Urban Economics Association, Washington D.C., May 29-30, 2007.

Yongping Liang and Kerry D. Vandell, "The Anatomy of Vacancy Behavior: Implications for the Rental Adjustment Process," Allied Social Sciences Association meeting, Chicago, January 2007.

"Expanding the Academic Discipline of Real Estate Valuation." Invited Keynote Address, Eleventh Annual Meeting of the World Valuation Congress, Kuala Lumpur, Malaysia, May 2006.

Zhenguo Lin and Kerry D. Vandell, "Illiquidity and Pricing Biases in the Real Estate Market." Invited presentation, Gutmann Center for Portfolio Management Symposium on Alternative Investments, University of Vienna, March 2006.

Yongping Liang and Kerry D. Vandell, "What Can We Really Learn from Vacancy Behavior in the Real Estate Market? A Theoretical Perspective," Annual Meeting of the American Real Estate and Urban Economics Association, Boston, January 2006.

"Illiquidity and Pricing Biases in the Real Estate Market." Invited seminar, University of California-Irvine Department of Finance, October 2005.

"The Arts and Local Economic Development," invited Distinguished Lecture in Arts and Cultural Policy, University of Alabama – Tuscaloosa. Series of lectures, roundtable discussions, consulting sessions to aid in development of an arts and cultural policy strategy for the City and University, November 2004.

"What is the Long-Term Future of Manufactured Housing? A Framework for Analysis," invited presentation before the Urban Land Institute Manufactured Housing Council, New York City, November 2004.

"Perspectives on the Economics of Architecture and Urban Design," Lusk Center for Real Estate, Research Seminar Series, November 2004.

Tsong-Yue Lai, Kerry D. Vandell, and Ko Wang, "Estimating Property Value by Replicating One," Asian Real Estate Society Meetings, New Delhi India, August 2004.

"Does Uncertainty in Future Tax Treatment Affect the Market? A Real Options View," International AREUEA Conference, Fredericton, New Brunswick, Canada, July 2004.

10

Zhenguo Lin and Kerry D. Vandell, "Liquidity and Pricing Biases in the Real Estate Market," American Real Estate Society Meetings, Captiva Island FL., April 2004.

 "The Chicago Climate Exchange and Market-Based Approaches to Environmental Regulation: Suspect or Savior?"  Invited Address, Sustainability and the Global Environment (SAGE) Seminar, Institute for Environmental Studies, University of Wisconsin-Madison, March 2004.

 "TIF's: The Mutation of a Good Idea," presented before the Capitol Neighborhoods Association Forum, Madison WI, January 2004.

 "Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market: A Real Options Approach under Stochastic Demand Growth," ASSA Annual Meetings, San Diego, January 2004.

 "Strategic Management Issues in the Secondary Mortgage Markets," Invited Keynote Address, Freddie Mac National Multifamily Leadership Conference, Kohler WI, September 2003.

"Tax Structure and Natural Vacancy Rates in the Commercial Real Estate Market," ASSA Annual Meetings, Washington, D.C., January 2003.

Zhenguo Lin and Kerry D. Vandell, "Could Investors Profit from the Predictability of Real Estate Returns?" ASSA Annual Meetings, Washington, D.C., January, 2003.

"Implications of Recent Basel Accord Changes on the Global Real Estate Lending Environment," invited presentation to the Real Estate Roundtable, Washington, D.C., May 2003.

Zhenguo Lin and Kerry D. Vandell, "Illiquidity and Real Estate Pricing" ASSA Annual Meetings, Atlanta, January 2002.

Kerry D. Vandell and Richard K. Green. "The Impact of Technology and the Internet on Commercial Real Estate," presented at the International Real Estate Society Meetings, Anchorage Alaska, July 2001.

Zhenguo Lin and Kerry D. Vandell, "Illiquidity and Real Estate Pricing," Asian Real Estate Society Meetings, Tokyo, August 2001.

"Brainstorming the Future of the American City," Invited Presentation, Government Finance Officers Association Summer Workshop, Madison, WI, August 2001.

Kerry D. Vandell and Richard K. Green, "The Impact of Technology and the Internet on Commercial Real Estate," presented at the International Real Estate Society Meetings, Girdwood, Alaska, July 2001

"Brainstorming the Future of the American City," invited Presentation, Counselors of Real Estate Spring Meeting, May 2001.

 "Providing Housing Opportunity by Encouraging Mortgage Market Development and Competition." Invited Presentation to the Public Policy Forum on Regionalism and Fair Housing, sponsored by the Federal Reserve Bank of Chicago and the Housing Opportunity Partnership of Southeastern Wisconsin, Milwaukee, January 2001.

Charles Carter and Kerry D. Vandell, "Bid Rent vs. Agglomeration Economies as Alternative Theories of Store Location within Shopping Centers," presented at the ASSA Annual Meetings, New Orleans,

January 2001.

Qiang Fu, Michael Lacour-Little, and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," presented at the Financial Management Association (FMA) Meetings, Seattle, November 2000.  Paper was awarded First Place, Competitive Paper Award for Fixed Income Research, sponsored by the Fixed Income Analysts Society.

"Estimates of E-Commerce Penetration Rates into Retail Market Sales by Product Line and State: 2000 – 2010," invited presentation before the International Council of Shopping Centers Fall Research Conference, Washington, D.C., November 2000.

"E-Commerce Penetration into Space-Based Retailing and Sales Tax Receipts," invited presentation before the Congressional Real Estate Caucus, U.S. Capitol Building, Washington, D.C., sponsored by the Real Estate Roundtable, October 2000.

"Securitization of Japanese Real Estate: Necessary Conditions, the Promise, and the Pitfalls," invited Keynote Address, Seventh International Land Policy Forum, Tokyo, sponsored by the National Land Agency, Prime Ministers Office, Government of Japan, October 2000.

Qiang Fu, Michael Lacour-Little, and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," invited presentation, University of Kentucky Distinguished Lecture Series in Real Estate and Urban Economics, October 2000.

Kerry D. Vandell and Richard K. Green, "The Impact of Technology and the Internet on Commercial Real Estate," invited presentation before the *Transact 2000* Conference, National Association of Realtors, Chicago, September 2000.

Charles Carter and Kerry D. Vandell, "Bid Rent vs. Agglomeration Economies as Alternative Theories of Store Location within Shopping Centers," presented at the Asian Real Estate Society Meetings, Beijing, July 2000.

"A Perspective on our State of Understanding and Evaluation of Mortgage Credit Risk," invited presentation, Federal Reserve Board Research Department, Washington, D.C., June 2000.

"Multifamily Finance: A Pathway to Housing Goals, a Bridge to Commercial Mortgage Market Efficiency," presented at the Mid-Year AREUEA Meetings, Washington, D.C., May 2000.

"U.S. Multifamily Housing as an Appropriate Investment Vehicle Diversified Investors," invited lectures, Frankfurt and Hamburg, Germany, sponsored by Ernst & Young/Europe, May 2000.

Kerry D. Vandell and Richard K. Green, "The Impact of Technology and the Internet on Commercial Real Estate," presented at the Spring Board Meeting, Center for Urban Land Economics Research, Chicago, April 2000.

"A Critical Assessment of the Claims of the New Urbanism," invited presentation, School of Architecture and Planning Lecture Series, University of Wisconsin – Milwaukee, March 2000.

Kerry D. Vandell and Henry Pollakowski, "E-Commerce Penetration into the Space-Based Retail Market and State and Local Sales and Use Tax Receipts: A Research Perspective," invited presentation before the International Council of Shopping Centers Research Advisory Task Force Meeting, Orlando, February 2000.

Qiang Fu, Michael Lacour-Little, and Kerry D. Vandell, "Commercial Mortgage Prepayments under Heterogeneous Prepayment Penalty Structures," presented at the ASSA Annual Meetings, Boston, January 2000.

"Housing Affordability, Homeownership, and Mortgage Credit Availability and Cost: Defining the Nexus," invited presentation to the National Homeownership Summit, sponsored by the Mortgage Bankers Association of America, University of Virginia, October 1999.

"Proper Consideration of Business Enterprise Value and Housing Subsidies in the Assessment of Commercial Property," invited presentation, State of Wisconsin Department of Revenue Training Meetings, Wisconsin Rapids, October 5, 1999.

"Valuation of Real Estate Investment Trust Assets," invited presentation, Municipal Assessors Institute Meetings, Middleton, WI, September 16, 1999.

"Critical Issues in the Allocation of Business Enterprise vs. Real Estate Value Estimates," invited presentation.  Appraisal Institute National Summer Conference, Orlando, June 26, 1999.

"Proper Consideration of Business Enterprise Value and Housing Subsidies in the Assessment of Commercial Property," invited presentation, University of Wisconsin Law School Spring Forum, Madison, May 21, 1999.

"Defining Sprawl and Examining Its Broader Causes," invited presentation, Congressional Forum on Smart Growth, sponsored by the Congressional Real Estate Caucus and the Real Estate Roundtable, Washington, D.C., May 16, 1999.

"Brainstorming the Future of Wisconsin's Cities," invited presentation, Wisconsin Community Development Institute Conference, Madison, May 7, 1999.

Invited participation in Town Hall Meeting panel on "Growing Pains: Dealing with Urban Growth and Sprawl," sponsored by *Wisconsin State Journal* and Celebrate 2000, Middleton, May 1999.  Panel included Kathleen Falk, Richard Williams (Police chief), Bill Malkasian (Wisconsin Realtors), representative from State Towns Association.  Rebroadcast a number of times on television.

"Impact of the Russian Bond Default on the U.S. Real Estate Market," Invited Presentation, National Association of Realtors Spring Conference, Atlanta, February 19, 1999.

Richard K. Green and Kerry D. Vandell, "Optimal Asking Price and Bid Acceptance Strategies for Residential Sales: Theory and Estimates," presented at ASSA Annual Meetings, New York City, January 1999.

"Understanding the Consumer Life Cycle of Credit Union Members," invited presentation, Filene Research Institute, Toronto, October 30, 1998.

"Strategic Management of the Apartment Business in a Big REIT World," Fall Meeting, Board of Trustees, Center for Urban Land Economics Research, University of Wisconsin - Madison, September 1998.

"Optimal Asking Price and Bid Acceptance Strategies for Residential Sales," invited presentation, Price Waterhouse/Ohio State Conference on Housing and Real Estate Economics, June 1998.

13

"Observations on the Potential of a Home Ownership Tax Credit to Overcome Liquidity Constraints," invited presentation, Ford Foundation Roundtable on Alternatives to the Current Home Ownership Tax Deductions, Washington, D.C., March 1998

"How will the Capital Markets Affect Strategic and Operating Decisions by Apartment Owners?" invited presentation, National Multi Housing Council Annual Meeting, Boca Raton, FL, January 1998.

"Robert Weaver's Contributions to Housing and Municipal Finance," invited presentation to panel organized in honor of the contributions of the late Robert Weaver, African-American Ph.D. economist from Harvard and first Secretary of the Department of Housing and Urban Development, ASSA Meetings, Chicago, January 1998.

"Retiring Early:  an Empirical Analysis of the Mortgage Curtailment Decision," with Qiang Fu and Michael Lacour-Little, ASSA Meetings, Chicago, January 1998.

"How Sustainable is Hong Kong's Booming Real Estate Market?" invited Keynote Address, Asian Real Estate Society Meetings, Hong Kong, October 1997.

"The Impact of the Tax Laws upon Homeownership Opportunities," invited presentation, Department of Real Estate and Construction, University of Hong Kong, October 1997.

"Neo-traditional Neighborhood Development:  Does It Meet the Market Test?" invited presentation, Wisconsin Chapter of the American Planning Association Annual Meetings, Madison, September 1997.

"Securitization Innovations in the Markets for Real Estate Debt and Their Implications for the Correspondent Business," invited presentation, PPM Worldwide's Annual Correspondent Meeting, Lincolnshire, IL, September 1997.

"The Real Estate Market at the Millenium:  A Prognosis," invited presentation, Rotary Club of Milwaukee, August 1997.

"A Perspective on the Future of Mortgage Banking in Securitized Debt Markets," invited presentation, Mortgage Bankers Association Graduate School of Commercial Real Estate Finance, Boston, July 1997.

"Environmental Justice:  An Economic Perspective," invited presentation, LaFollette Institute of Public Affairs, University of Wisconsin-Madison, April 1997.

"Giving Households Credit:  How Changes in the Tax Code could Promote Homeownership," invited presentation, Harvard University John F. Kennedy School of Government, February 1997.

"Environmental Justice:  An Economic Perspective," ASSA Meetings, New Orleans, January 1997.

Visiting Scholar, Federal National Mortgage Association, Washington, D.C., invited presentation on "Giving Households Credit:  How Changes in the Tax Code Could Promote Home Ownership," with Richard Green, November 1996.

"How Will the Upcoming National Elections Affect the Real Estate Market?", invited presentation, Annual Minnesota Real Estate Conference, Minneapolis, October 1996.

Visiting Scholar, Federal Reserve Board, Washington, D.C., invited presentation on "Giving

Households Credit:  How Changes in the Tax Code Could Promote Home Ownership," with Richard Green, October 1996.

"Critical Issues Affecting the Economic Potential of the New Urbanism Movement," invited presentation, U.W. - Milwaukee Conference on the New Urbanism and Neotraditional Neighborhood Development, Milwaukee, October 1996.

"Evolution of Our Understanding of Commercial Mortgages as Investments," invited presentation before Century Investment Management Co. Correspondent Meeting, Madison, September 1996.

"A Perspective on the Evolving Role of the Commercial Mortgage Banker in an Increasingly Securitized World," invited presentation, Mortgage Bankers Association School of Advanced Commercial Real Estate Finance, Madison, WI, July 1996.

"The Potential for Secondary Market Development in Indonesia," Conference on Real Estate Issues, Universitas Tarumanagara, Jakarta, Indonesia, June 1996.

"The Performance of Commercial Mortgages," invited presentation, Chinese University of Hong Kong Finance Seminar, June 1996.

 "Giving Households Credit:  How Changes in the Tax Code Could Promote Home Ownership," with Richard Green, Midyear AREUEA meetings, Washington, D.C., May 1996.

"A Historical Perspective on the Evolution of Multi-manager Data Bases in the Commercial Market and Their Potential for Encouraging Multifamily Securitization," invited presentation, Multifamily Housing Institute Symposium, Washington, D.C., May 1996.

 "The Benefits of a Web-Based Market Performance Data Base," invited presentation, IREM Forecast Conference, Milwaukee, January 1996.

"The Allocation of Enterprise Value in the Assessment of Retail Properties," invited presentation, Texas Association of Appraisal Districts, January 1996.

"The Section 42 Low-Income Housing Tax Credit: Does It Add to the Multifamily Housing Stock?", with Steve Malpezzi, ASSA Meetings, San Francisco, January 1996.

"Changes in Tax Policy and the Homeownership Rate," with Richard Green, invited  presentation to the Price Waterhouse/Ohio State Conference on Housing and Real Estate Economics, Columbus, OH, July 19-22, 1995.

"Optimal Listing Price and Bid Acceptance Strategies for Residential Sales," invited lecture, University of British Columbia Faculty in Urban Land Economics, March 24, 1995.  Also presented at ASSA Annual Meetings, Washington, D.C., January 1995.

Series of invited lectures in Cleveland, Ohio as Distinguished Lecturer, Cleveland State University, November 6-8, 1995.  "Changes in Tax Policy and the Homeownership Rate," lecture before faculty of Finance; "The Outlook for Commercial Mortgage Securitization," lecture before Mortgage Bankers Association of Greater Cleveland.

"A Rational Model of the Neighborhood Revitalization Process," presented before Community Ergonomics Seminar, Department of Industrial Engineering, University of Wisconsin - Madison, May 3,

1995.

"How Ruthless is Mortgage Default?", University of Wisconsin - Milwaukee Finance Seminar, October 1994.

"How Ruthless is Mortgage Default?", FNMA Roundtable on Recent Innovations in Pricing Mortgages and Mortgage-Backed Securities, September 1994.

"Market Factors Affecting Spatial Heterogeneity Among Urban Neighborhoods," FNMA Annual Housing Conference, Washington, D.C., May 1994

"Performance of Commercial Mortgages as an Asset Class in Institutional Portfolios," with Tony Ciochetti, presentation before Senior Management, Travelers Realty Investment Company, Hartford, April 1994.

"Toward an Index of Commercial Mortgage Performance," Conference on Innovations in Mortgage Securitization sponsored by Global Business, Inc., New York City, April 1994.

"Market Considerations in the Choice of Tenure in Urban Environments," presented before the North American Research Program Inaugural Conference, Land Tenure Center, Madison, March 1994.

"Performance of Commercial Mortgages as an Asset Class in Institutional Portfolios," with Tony Ciochetti, ASSA Annual Meetings, Boston, January 1994.

"Demographic Trends and Their Effects on the Development of Residential Real Estate," presentation before Heartland Development Executive Leadership Program, 1994.

"Indian Gaming: Issues and Implications for Development," presentation before Urban Development/ Mixed Use Council of the Urban Land Institute Spring Meeting, Orlando, 1994.

"The Impact of the Information Age on Real Estate Operations: The Case of Commercial Mortgages," presentation before Urban Development/Mixed Use Council, Urban Land Institute Fall Meeting, Boston, November 1993.

"A Market Perspective on Eastern European Property Reforms," with Steve Malpezzi, Second Annual AREUEA International Conference, Mystic, CN, October 1993.

"Business vs. Real Estate Value in Shopping Mall Valuation: An Update," International Association of Assessing Officers Annual Meeting, Washington D.C., September 1993.

"Business vs. Real Estate Value in Shopping Mall Valuation: A Critical Examination," presentation before  North Carolina Assessors League Annual Meetings, Charlotte, NC, August 1993.

"International Direct Real Estate Investments as Alternative Portfolio Assets for Institutional Investors: an Evaluation," with Elaine Worzala, ASSA Meetings, Anaheim, January 1993.

"Credit Risk Diversification in Commercial Mortgage Portfolios," with Brian Ciochetti and Walter Barnes, ASSA Annual Meetings, Anaheim, January 1993.

"Operational Issues and Reporting Requirements:  Commercial Mortgage Credit Risk Evaluation System," NAR Commercial Mortgage Consortium Working Group Meeting, New York City, December

16

1992.

"Academic Issues Relating to Disaggregate Mortgage Termination Data," Address to FNMA Roundtable on Mortgage Termination Data Needs, Washington, D.C., November 1992.

"Urban Regulation and the Price of Land and Housing in Korea," with Richard Green and Steve Malpezzi. Presented at AREUEA International Conference on Real Estate and Urban Economics, Redondo Beach, CA, October 1992.

"A Proposed Credit Risk Evaluation System for Commercial Mortgages," Keynote Speaker, NAR Roundtable on Commercial Mortgage Securitization, Cambridge, MA, September 1992.

"Environmental Contamination Issues Affecting the Real Estate Market," Urban Land Institute Regional Council Meeting, Milwaukee, February 1992.

"Business Value vs. Property Value in Regional Mall Valuation," Invited Speaker, International Association of Assessing Officials Symposium on Business Value Assessment, Glendale and Sacramento, CA, February 1992.

"A Contingent Claims Pricing Model for Commercial Mortgages Utilizing an Estimated Default Function" (with Walter Barnes and Eric Sondergeld), ASSA Annual Meetings, New Orleans, January 1992.

"Graaskamp and Social vs. Private Benefits and Costs" (with Charles Carter), ASSA Annual Meetings, New Orleans, January 1992.

Invited Speaker -- Texas Southern University/FNMA Seminar Series on "The Effect of RTC Dispositions on Local Housing and Real Estate Markets," November 1991.

Invited Speaker -- University of Connecticut-sponsored symposium on "Current Issues in Pricing and Underwriting Commercial Mortgages," Aetna Training Institute, Hartford, CT, November 1991.

"Business Value vs. Property Value in Regional Mall Valuation," International Association of Assessing Officials World Congress, Panel and Debate, Phoenix, October 1991.

"The Trials and Tribulations of Starting a Real Estate Center," Real Estate Center Directors and Chairholders Association, Mystic, CT, September 1991.

"Regional Mall Valuation: Business vs. Property Value Estimation," Wisconsin Assessors Institute, September 1991.

"Business vs. Property Value Estimation in Regional Mall Valuation," Wisconsin-Minnesota Workshop on Regional Mall Valuation Issues, Wisconsin Dells, August 1991.

"The Outlook for Real Estate Investment and Returns in the Twenty-First Century," International Foundation of Employee Benefit Plans Annual Meeting, White Sulphur Springs, July 1991.

"Prognosis for the Real Estate Market: Fiscal Impact on Cities," Government Finance Officers Association of the U.S. and Canada Annual Meeting, Madison, July 1991.

"Current Issues in Retail Market Research," Homer Hoyt Institute Symposium on Retail Market Issues,

May 1991, also HHI-NACORE Retail Location Studies Conference, West Palm Beach, February 1991.

"The Outlook for Housing in the 1990s," Builder 100 Conference (Largest 100 homebuilders in U.S.), Tucson, May 1991.

"Evaluating Commercial Mortgage Credit Risk," Life Insurance Mortgage Underwriters Association, Milwaukee, April 1991.

"The Real Estate Market in the 1990's:  Looking Forward," American Bankers Association National Real Estate Conference, New Orleans, April 1991.

Invited Participant, FNMA-Sponsored Conference on Emerging Themes in Housing Policy Research, Washington, D.C., March 1991.

"Corporate Real Estate Decision-making:  A Theoretical Perspective," Industrial Development Research Council, Chicago, February 1991.

"The Impact of RTC Dispositions on Local Housing and Real Estate Markets," with Timothy Riddiough, invited presentation.  Annual Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., December 1990.

"Disposition Prices and Auction Strategies:  Learning from the RTC," with Timothy Riddiough, invited presentation.  Annual Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., December 1990.

"The Economics of Architecture and Urban Design," invited presentation, MIT Center for Real Estate Development, November 1990.

"Building Design and Value," invited presentation, American Institute of Real Estate Appraisers Annual Fall Conference, San Francisco, October 1990.

"Investment Quality Ratings of Commercial Mortgages:  An Update," with Walter C. Barnes.  Midyear Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., May 1990.

"Commercial Mortgage Defaults:  Proportional Hazards Estimation Using Disaggregate Pooled Data," with David Hartzell, Walter Barnes, Dennis Kraft, and William Wendt.  Annual Meeting of the American Real Estate and Urban Economics Association, Atlanta, December 1989.

"Predicting Commercial Mortgage Foreclosure Experience." Midyear Meetings of the American Real Estate and Urban Economics Association, Washington, D.C., May 1989.

"On Transaction Costs and the Default Option." Invited Presentation, University of Texas at Austin, April 1989.

"Design and Value in the Year 2010."  Invited Presentation, Prudential Symposium on the Future of the Real Estate Market," Pinehurst, N.C., April 1989.

"Valuing the Design Amenity."  Invited Presentation.  University of Wisconsin, Madison, February 1989.

"The Economics of Architecture and Urban Design:  Some Preliminary Findings."  ASSA Annual

18

Meetings, New York City, December 1988.

"Does Good Design Pay?"  Invited Presentation, Industrial Development Research Council World Congress, Hilton Head, S.C., October 1988.

"The Economics of Architecture and Urban Design:  Some Preliminary Findings."  Invited Presentation, Committee on Taxation, Resources and Economic Development (TRED) Conference, Lincoln Institute of Land Policy, Cambridge, MA, September 1988 (with Jonathan Lane).

"The ULI Case Clearinghouse." Urban Land Institute Educational Seminar, Newport Beach, CA, August 1988.

"On Transaction Costs and the Default Option." Invited Presentation, Department of Real Estate and Urban Land Economics, University of California, Berkeley, April 1988.

"The New World of Mortgage Underwriting:  Learning from Experience." Invited Presentation, University of Connecticut Seminar Series for Real Estate Financial Managers, Storrs, CT, March 1988.

"On Transaction Costs and the Mortgage Default Option," Invited Presentation, Roundtable Conference on Residential Mortgage Portfolio Risk Analysis, Sponsored by Temple, Barker & Sloane, Inc., Lexington, MA, March 1988.

"The Economics of Architecture and Urban Design," Invited Presentation, University of British Columbia Seminar Series on Land Economics, Vancouver, March 1988.

"The Use of Multiple Regression Analysis for Mass Appraisal:  An Example and Primer," Texas State Property Tax Board Spring Symposium, Austin, February 1988 (with Thomas Thibodeau).

"The Economics of Architecture and Urban Design," Homer Hoyt Fellows Conference, Singer Island, Florida, January 1988.

"The Economics of Architecture and Urban Design," Annual Meeting of the American Real Estate and Urban Economics Association, Chicago, December 1987.

"On Transaction Costs and the Default Option," Decision Sciences Institute Meeting, Boston, November 1987.

"Emerging Issues in Real Estate Research:  The Economics of Design and Development Finance and Economics," Real Estate Chairholders and Center Directors Meeting, Indianapolis, September 1987.

"The Economics of Architecture and Urban Design:  A Research Agenda," Homer Hoyt Fellows Conference, Singer Island, Florida, January 1987.

"A Proposal for Implementation of a ULI Case Series in Urban Land Development," Urban Land Institute Roundtable Discussion on New Approaches to Development Education, Washington, D.C., September 1987.

"Transactions Costs in the Default/Foreclosure Process and Their Implications for Mortgage Pricing," Midyear Meeting of the American Real Estate and Urban Economics Association, Washington, D.C., May 1987.

"Market Analysis:  Can We Do Better?" Symposium sponsored by the Homer Hoyt Institute for Advanced Studies in Real Estate and Urban Land Economics on Problems in the Appraisal Industry, Atlanta, Georgia, February 1987.

"Modeling Commercial Real Estate Loan Default:  Relevance of Recent Research and Experience," Annual Meeting of the American Real Estate and Urban Economics Association, New Orleans, December 1986 (with J. Kimball Dietrich).

"An Assessment of the Credit Risk Potential of FNMA ARM Purchases," Invited Participation, Symposium on FNMA Secondary Market Activities, Sponsored by U.S. General Accounting Office, Washington, D.C., February 7, 1985.

"A Generalized Model of Mortgage Default:  Theory and Estimation Using Disaggregate Loan History Data," Annual Meeting of the American Real Estate and Urban Economics Association, San Francisco, December 1984 (with Thomas Thibodeau).

"A Generalized Model of Mortgage Defaults," Invited Participation, Seminar on Recent Mortgage Default Risk Research, Sponsored by Temple, Barker, and Sloane, Lexington, MA, October 5, 1984.

"A Generalized Model of Mortgage Default and Prepayment Using FRM Data to Simulate AMI Performance," Invited Participation, HUD-Sponsored Conference on the Mortgage Default and Prepayment Option, Columbus, OH, October 17-19, 1984.

"Estimates of the Effect of School Desegregation Plans on Housing Values Over Time," Annual Meeting of the American Real Estate and Urban Economics Association, San Francisco, December 1983.

"Toward a Formal Model of the Real Estate Transactions Process," Annual Meeting of the American Real Estate and Urban Economics Association, New York City, December 1982.

"Mortgage Quality and the Two-Earner Family:  Issues and Estimates," Annual Meetings of the American Real Estate and Urban Economics Association, Washington, D.C., December 1981.

"Residential Succession and Race," Invited Presentation, Seminar on Housing Policy, Massachusetts Institute of Technology, Boston, MA, May 2, 1981.

"Issues of Urban Growth in the Southwestern United States:  Land Use Issues," Invited Presentation, Southwestern Economics Association, Dallas, TX, March 26, 1981.

"Toward a Model of Credit Rationing and Term Adjustment in the Mortgage Market," Invited Lecture, Department of Finance and Real Estate, Ohio State University, Columbus, OH, October 9, 1980.

"Alternative Perspectives on Neighborhood Decline," Joint Session of the American Real Estate and Urban Economics Association and the American Economics Association, ASSA Annual Meetings, Denver, August 1980 (with Arthur P. Solomon).

"Residential Succession and Race," Joint Session of the American Real Estate and Urban Economics Association and the Regional Science Association, ASSA Annual Meetings, Atlanta, December 1979.

"Credit Rationing and Term Adjustment in the Mortgage Market:  A Model with Empirical Estimates," Financial Management Association Annual Meetings, Boston, October, 1979.

"Cities of the South:  A Study in Diversity," Symposium on "Dallas Development:  Perspectives on People and Policies," University of Texas at Dallas, Dallas, TX, February 15, 1979.

"Credit Rationing and Term Adjustment in the Mortgage Market:  A Model with Empirical Estimates," Invited Lecture, Department of Real Estate and Urban Development, University of Georgia, Athens, GA, January 13, 1979.

"Default Risk under Alternative Mortgage Instruments," American Real Estate and Urban Economics Association, ASSA Annual Meetings, New York City, December 28, 1977.

"The Distributional Effects of the Introduction of Alternative Mortgage Instruments upon Homeownership, Housing Consumption and Debt vs. Equity Financing:  An Econometric Analysis," Midyear meetings of the American Real Estate and Urban Economics Association, Washington, D.C., May 23, 1977.

"The Economics of Open Space," Conference on "The Open Space Pay-off," Southern Methodist University, Dallas, Texas, January 28, 1977.

"Is a Viable Downtown Really Necessary?" Conference on "What's Up for Downtown Dallas," Dallas, TX, June 30, 1976.

"Racial Transition in Neighborhoods:  A Simulation Model Incorporating Institutional Constraints," North American Meetings of the Regional Science Association, Cambridge, MA, November 7-9, 1975.

"A Simulation Model of the Ghetto Expansion Process," American Institute of Planners Confer-In 1974, Denver, CO, October 26-30, 1974 (with Bennett Harrison).


**Paper Discussant and Session Chairman**

Asian Real Estate Society Annual Meetings, Macau (session chair and discussant for two papers), July 2007

Symposium on Innovations in the Real Estate Market, Regensburg University, Germany (discussant), June, 2007.

Allied Social Sciences Association Annual Meetings, Chicago (session chair, discussant for 4 papers), January 2007

Asian Real Estate Society and the American Real Estate and Urban Economics Association Joint International Meeting, Vancouver, B.C., Canada (discussant for 3 papers and session chair, Board of Directors meeting for AsRES), June 2006.

Lusk Center for Real Estate 2006 Rena Sivitanidou Annual Research Symposium on "Models and Stories: Understanding the Long Processes of Cities," University of Southern California (discussant) March, 2006.

Asian Real Estate Society Meetings, New Delhi India (discussant and session chair), August 2004.

21

AREUEA International Meetings, Fredericton, New Brunswick Canada (discussant (2 papers)), July 2004.

American Real Estate Society Meetings, Captiva Island FL, April 2004 (panel participant)

ASSA Meetings, San Diego, January 2004 (discussant and session chair).

ICSC Fall Regional Forum, Minneapolis, panel on the future of the regional mall. Chair and moderator, 2003.

Sub-Prime Lending Symposium, Washington, D.C., sponsored by the Credit Research Center, Georgetown University. Discussant of papers "Are Subprime Mortgages Fairly Priced?" by Elaine Fortowsky and Michael LaCour-Little, and "High LTVs and Credit Risk," by Brent W. Ambrose and Anthony B. Sanders, 2002.

*The Tools of Government*, symposium sponsored by the Johns Hopkins University Institute for Policy Studies, the General Accounting Office, the Congressional Budget Office, and the Office of Management and Budget (Washington, D.C.). Commentary on tax policy with respect to homeownership, effectiveness of the tax credit mechanism for the provision of affordable rental housing, and alternative structures for the FHA mortgage insurance program, 2002.

ASSA Meetings, Washington, D.C., January 2003 (discussant).

Organizer and Chair, Big 10 Real Estate Conference, Chicago, session on "To REIT or Not to REIT? What is the Future of the Multifamily Market?" 2002.

Chair, session on "Mortgage Markets," Asian Real Estate Society Meetings, Tokyo, August 2001.

Asian Real Estate Society Meetings, Tokyo, August 2001

Asian Real Estate Society Meetings, Beijing, July 2000

ASSA Meetings, Boston, January 2000

ASSA Meetings, New York, January 1999

Center for Urban Land Economics Research Symposium on Retail Market Dynamics (chair and organizer) sponsored by International Council of Shopping Centers and Homer Hoyt Institute

ASSA Meetings, New Orleans, January 1997

Homer Hoyt Institute Symposium on Current Developments in the CMBS Market, May 1997 (program chairman)

AREUEA Midyear Meetings, Washington, D.C., May 1996

ASSA Meetings, San Francisco, January 1996

AREUEA Midyear Meetings, Washington, D.C., May 1995

ASSA Meetings, Washington, D.C., January 1995

22

ASSA Meetings, Boston, January 1994

IAAO Meetings, Washington, D.C., September 1993

Homer Hoyt Spring Meetings, Singer Island, FL, May 1993

ASSA Meetings, Anaheim, CA, January 1993

AREUEA International Conference, Redondo Beach, CA, October 1992

Urban Land Institute Education Seminar, Los Angeles, October 1992

ASSA Meetings, New Orleans, January 1992

Homer Hoyt Fellows Symposium, Singer Island, FL, January 1991

National Association of Corporate Real Estate Executives/Homer Hoyt Institute Joint Symposium on Site Selection Policy, Singer Island, FL, February 1991

LaFollette Institute Conference on American Housing Policy, Madison, May 1991

Homer Hoyt Symposium on Retail Market Research Issues, Singer Island, Florida, May 1991 (program chairman)

AREUEA Annual Meeting, Washington, D.C., December 1990 (session chair)

AREUEA Annual Meeting, Atlanta, December 1989(program chairman)

AREUEA Annual Meeting, New York, December 1988 (session chair and discussant for two sessions)

AREUEA Annual Meeting, Chicago, December 1987 (two sessions)

Roundtable Discussion of the Implications of Recent Regulatory Initiatives for the Appraisal Profession, Washington, D.C., May 1987

Homer Hoyt Postdoctoral Fellows Symposium, Singer Island, FL, March 1987

AREUEA Annual Meeting, New Orleans, December 1986 (two sessions)

Session Chair, "Winners and Losers in Declining Real Estate Markets," Seminar Sponsored by the Lincoln Institute of Land Policy and the MIT Center for Real Estate Development, Phoenix, February 1986

AREUEA Annual Meeting, New York City, December 1985 (Discussant and Session Chair)

Financial Management Association Annual Meeting, Toronto, October 1984

AREUEA Annual Meeting, San Francisco, December 1983

AREUEA Annual Meeting, New York City, December 1982 (Discussant and Session Chair)

23

Southwest Society for Economists Annual Meetings, Dallas, March 1982

AREUEA Annual Meeting, Washington, D.C., December 1981

Southwest Society for Economists Annual Meetings, New Orleans, March 1981

Southwest Finance Association Annual Meetings, San Antonio, April 1980

AREUEA Midyear Meetings, Washington, D.C., May 1979

ASSA Annual Meetings, Chicago, August 1978

Southwest Economics Association Annual Meetings, Fort Worth, April 1978


**Editorial and Review Activities**

| | |
|---|---|
| 2003-06 | Co-Editor, *Real Estate Issues* |
| 1999- | Editorial Board, *Journal of Real Estate Research* |
| 1998- | Editorial Board, *International Real Estate Review* |
| 1992-03 | |
| 2006- | Editorial Board, *Journal of Housing Research* |
| 1991-97 | Co-Editor, *Real Estate Economics* (formerly the *Journal of the American Real Estate and Urban Economics Association)* |
| 1992-2003 | Advisory Board, *Real Estate Workout and Asset Management Newsletter* (Warren, Gorham, and Lamont) |
| 1992- | Member, Housing Policy Advisory Board, Federal National Mortgage Association (FNMA), (later, Editorial Advisory Board, Fannie Mae Foundation) Washington, D.C. (acts as editorial board for *Housing Policy Debate)* |
| 1990- | Editorial Board, *Land Economics* |
| 1991-95 | Editorial Board, *Journal of Property Research* (U.K.) |
| 1987-89 | Editor, Case Series on Real Estate Development, sponsored by the Urban Land Institute |
| 1988-89 | Editor, Special Issue of *Journal of Real Estate Finance and Economics* on Real Estate Development |
| 1981-91, 97- | Editorial Board, *Journal of the American Real Estate and Urban Economics Association* (since 1996, *Real Estate Economics)* |
| 1989- | Editorial Board, *Journal of Real Estate Finance and Economics* |

Ad-hoc Refereeing for:

    *Regional Science and Urban Economics*
    *Journal of Housing Economics*
    Research Grants Council of Hong Kong Secretariat
    *Journal of Policy Analysis and Management*
    *Journal of Risk and Insurance*
    *Journal of Urban Economics*
    National Science Foundation, Division of Social and Economic Sciences
    *Journal of Housing Research*
    *Journal of Finance*
    *Housing Policy Debate*

*Quarterly Journal of Economics*
*Housing Studies*
*Journal of Real Estate Research*
JAI Press (*Research in Real Estate*)
*International Regional Science Review*
*Public Finance Review*
*Management Science*
*Financial Management*
*Urban Studies*
*Housing Finance Review*
*Financial Review*
Fannie Mae Foundation
Prentice Hall
National Association of Home Builders
Urban Land Institute
Department of Housing and Urban Development (for the Journal *Cityscape*)


## Funded Research and Other Programmatic Initiatives

2001     $34,375. International Council of Shopping Centers for an extension of a project evaluating the potential impact of e-Commerce penetration on the retail market and sales tax receipts.

1999     $20,000. National Association of Realtors for an evaluation of the impact of technology on real estate, presented at the fall *Transact 2000* Conference in Chicago (with Richard Green)

1999     $63,853. International Council of Shopping Centers, U.S. Conference of Mayors, National Association of Counties, for an evaluation of the potential impact of e-Commerce penetration on the retail real estate market and sales tax receipts (U.W.-Madison portion of grant, co-investigator Henry Pollakowski of MIT).

1998     $50,500. Ford Foundation for "An Evaluation of the Potential of Transforming the Homeownership Tax Credit to Overcome Down Payment Constraints" (my portion of a larger grant). Attended and made presentation at a meeting of all researchers on the project at Ford Foundation headquarters in New York in July.

1998     $10,000. Real Estate Research Institute for an evaluation of the impact of prepayment penalties on the prepayment behavior of multifamily mortgages (with Michael Lacour-Little, Citicorp Mortgage).

1998     $5,000. ChrisKen Realty Advisors to support the acquisition and maintenance of a cross-sectional longitudinal data base on employment, demographic, and economic conditions in American MSAs.

1997     $7,500. Credit Union National Association (CUNA), for an evaluation of factors influencing
account termination in credit unions.

1996     $9,000. Trout Unlimited, for an evaluation of real estate market dynamics in the Kickapoo River Valley.

1996        $2,500.   Federal Reserve Bank of Kansas City for a study on "Improving Secondary Markets in Rural America".

1995        $2,000.   Fannie Mae, Washington, D.C., for an evaluation of FHA restructuring options.

1994        $40,000.   Exxon Corporation, Dallas, Texas, for an evaluation of environmental justice issues as they relate to the location of large refinery facilities in urban districts.

1994        $15,000.   Mortgage Bankers Association, Washington, D.C., for an evaluation of opportunities to enhance the efficiency of the Section 42 Low Income Housing Tax Credit Program, with Steve Malpezzi.

1994        $20,000.  The Real Estate Research Institute, for an econometric investigation of variations in regional mall returns using disaggregate data from the National Council of Real Estate Investment Fiduciaries, with Jim Shilling and Mark Eppli.

1994        $2,000.  Fannie Mae, Washington, D.C., for a manuscript evaluating market influences affecting neighborhood heterogeneity.

1994        $2,000.  Fannie Mae, Washington, D.C., for a manuscript evaluating the extent to which mortgage default appears to be exercised "ruthlessly."

1993        $15,000.  Federal National Mortgage Association, for Spring Seminar Series on Multifamily Securitization.

1993        $60,000.  (over 3 years) Mortgage Bankers Association, Washington, D.C., for Distinguished Lecture Series in Real Estate Finance, Graduate Fellowships, and other Programmatic Initiatives.

1993        $15,000.  National Association of Realtors, Washington, D.C.  Herbert U. Nelson Foundation, for development and estimation of optimal asking price strategies for real property sales (with Richard Green).

1992        Approximately $135,000 annually.   State of Wisconsin, dedication of real estate license fees. Successfully lobbied legislature and Governor for legislation establishing funding base for Center for Urban Land Economics Research.

1992        $30,000.  National Association of Realtors.  Commercial Mortgage Credit Risk Consortium Technical Consultant.  Development of Credit Risk Rating System, benchmark for pricing, underwriting, securitizing commercial mortgages.

1992        $15,000.  Homer Hoyt Institute, Washington, D.C., for various departmental initiatives.

1991        $20,000.  Homer Hoyt Institute, Washington, D.C., for various departmental initiatives.

1991        $5,000.  LaFollette Institute, for analysis of determinants of housing abandonment (with James Shilling).

1991        $5,000.  Federal National Mortgage Association for "Survey of Mortgage Borrowers:  A Pilot Study" (with Peter Zorn and Bob Avery, Cornell University).

26

1990    $1,000.  Federal National Mortgage Association for investigation  into potential impact of RTC dispositions on local housing and commercial real estate markets.

1990    $25,000.   Homer Hoyt Institute, Washington, D.C., for Real Estate Center Development ($3,000), development of retail conference ($2,000), economics of architecture project continuation ($7,500), and optimal disposition strategies for real estate assets ($2,500), discretionary allocation ($10,000).

1989    $10,000, Urban Land Institute and $10,000, Homer Hoyt Institute, Washington, D.C. Continuation of Research Program on the Economics of Architecture and Urban Design.

1988    $5,000.   Homer Hoyt Institute, Washington, D.C., for the purpose of identifying and bringing together an interdisciplinary research group concerned with the economics of architecture and urban design.

1987    $10,000.   Urban Land Institute, Washington, D.C.  Development of strategy for introduction of teaching case material on development into the educational program of the ULI, and editorial responsibilities, casebook series on Real Estate Development.

1987    $3,000.   Urban Land Institute, Washington, D.C.  "The Economics of Architecture and Urban Design."  An empirical analysis of the Boston office market and the relationship between design quality and operating performance.

1986-87    $20,000.   Urban Land Institute, Washington, D.C., Case Development in Public Policy and the Land Development Process (through the Folsom Institute for Development and Land Use Policy).

1984-85    $4,950.   General Accounting Office, Washington, D.C., "An Assessment of the Credit Risk Potential in FNMA ARM Purchases," Simulation of comparative default profiles of standard and adjustable rate loans based upon generalized default models.

1983-84    $6,164.   Federal Home Loan Bank Board, Washington, D.C., "An Improved Methodology for Mortgage Loan Underwriting."  Development of a model of mortgage default risk estimation suitable for underwriting alternative mortgage instruments.

1982-83    $5,000.   Texas Real Estate Research Center, for research into the nature of the real estate transactions process.

1977-84    Summer Research funded through Edwin L. Cox School of Business Trimester Research Fellowship Program.

1974    Research Assistant, project on the Economic Aspects of Arts Policy, specifically questions relating to normative aspects of resource allocation and the implications of alternative tax policies.  Sponsored by Albert Farwell Bemis Fund.

1973    Research Assistant, National Science Foundation-sponsored research project on the urbanization process in fringe suburban communities, Harvard Graduate School of Design. Co-developed (with H. James Brown) Housing Allocation Model for suburbanizing areas.

1972-73    Research Assistant, Environmental Systems Program, Harvard University.  Authored study of the distributional impact of air pollution abatement policies upon residences.

27

1972       Researcher, Ralph Nader Task Force on Congress, Washington, D.C.  Investigation of the House and Senate Committees on Banking, Housing and Urban Affairs; Research on Housing Policy, Urban Transportation Policy, and Small Business Legislation.

## Teaching

Mortgage-Backed Securities and Structured Debt (graduate, University of California-Irvine)

The Real Estate Process (graduate, University of California-Irvine)

Advanced Seminar in Real Estate Investments (graduate, University of Wisconsin-Madison)

Advanced Real Estate Finance (graduate, University of Wisconsin-Madison)

Applied Real Estate Securities Analysis (graduate, University of Wisconsin-Madison, program coordinator 1999-2000, 2001-02)

Real Estate Equity Investment (graduate, Cal Berkeley, University of Wisconsin-Madison)

Real Estate Development Studio (graduate, Harvard)

Real Estate Finance and Economics (graduate, Harvard)

Seminar in Real Estate Development (graduate, SMU)

Real Estate and Urban Land Economics (undergraduate and graduate, SMU, and undergraduate at Cal Berkeley)

Urban Development and Planning (undergraduate and graduate, SMU)

Seminar in Housing Markets (graduate, SMU)

Residential Real Estate Development (undergraduate and graduate, University of Wisconsin-Madison)

Commercial Real Estate Development (undergraduate and graduate, University of Wisconsin-Madison)

Real Estate Finance (undergraduate and graduate, SMU and University of Wisconsin-Madison)

Real Property Valuation (undergraduate and graduate, SMU)

Ph.D. Seminar (University of Wisconsin - Madison)

Ways of Knowing:  Real Estate and Urban Development.  Undergraduate Honors Section, University of Wisconsin - Madison

Housing and Urban Development in Great Britain and the U.S.: A Cross-Cultural Perspective (undergraduate, SMU-in-Oxford program, summer 1981, 1983)

## Ph.D. Advising

Yongping Liang, Fannie Mae (Chair, completed 5/06)

Kiat Ying Seah, National University of Singapore (member, completed 2005)

Hoon Cho (Member, completed  2005)

Zhenguo Lin, Fannie Mae (Chair, completed 12/04)

Neo Poh Har (M.Sc., Estate Management, National University of Singapore, External Reader, completed 11/04)

Tim Craft, Wichita State University (member, completed 6/01)

Tammie X. Simmons, California State University – East Bay (reader, completed 8/00)

Qiang Fu, Federal National Mortgage Association (Chair, completed 5/98) (won first place AREUEA Dissertation Award)

Patrick Connolly, the Welch Companies (Masters, Institute for Environmental Studies and Real Estate, Chair, completed 7/01)

Nino Pedrelli (Member, completed 5/99)

Ruslan Koesman, University of Jakarta, Indonesia (Reader, completed 8/97)

Tom Hamilton, University of St. Thomas (Non-reader, completed 8/97)

Charles Carter, Florida International University (Chair, completed 5/99)

Michael Lacour-Little, California State University - Fullerton (Chair, completed  8/96) (won second place AREUEA Dissertation Award)

Greg Chun, Kimpo University, Seoul, Korea (Reader, completed 12/96)
Brian Ciochetti, University of North Carolina (MIT starting fall 2004)(Chair, completed 12/94)
Elaine Worzala, Johns Hopkins University (Chair, completed 12/92)
Kwadwo Owusu-Aduemiri (External Reader, Urban and Regional Planning, completed 5/92)
Mark Eppli, Marquette University (Reader, completed 11/91)
Tim Riddiough, MIT (returned to University of Wisconsin 2001) (Reader, completed 5/91) (won
    first place AREUEA Dissertation Award)

**University Service**

| | |
|---|---|
| 2007 | Presentation to incoming Fully Employed MBA Class, "The Program in Real Estate and Urban Development at the Merage School of Business", July. |
| 2007- | Capital Improvement Grants Committee, university of California-Irvine |
| 2006- | Committee of Planning and Budget, University of California-Irvine |
| 2006- | Academic Planning Council, University of California-Irvine |
| 2006 | Guest lecture in MGMT 6 class (Intro to Business) on "Real Estate Finance: An Introduction," August. |
| 2006- | Merage School of Business Building Expansion Planning Committee, University of California-Irvine |
| 2004-06 | Member, Bascom Hill Society, University of Wisconsin-Madison |
| 2003-04 | Academic Planning Council, School of Business, University of Wisconsin-Madison |
| 2003-04 | Grainger Hall Addition (Graduate Centers) Building Committee |
| 2002-04 | Subcommittee of the Executive Committee, School of Business (Promotion and Tenure Committee) |
| 2002-03 | Business School Representative, "Create the Future from Within" Capital Campaign Committee |
| 2002-06 | Member, Faculty Advisory Committee, Graduate Program in Transportation Management and Policy, University of Wisconsin-Madison. |
| 2002 | Invited lecture to Graduate Engineering Seminar on "Financial Engineering in the Mortgage Market." |
| 2002 | Advisor to UW-Madison Housing Office on strategic planning for student housing provision over the next decade. |
| 2001-02 | Dean Search Committee, School of Business |
| 2001-04 | University Graduate School Research Committee (appointed to 3-year term by Dean of the Graduate School, UW-Madison). |
| 2001 | "The State of the Public Debt Markets." Invited presentation, Chicago REIAC Council Panel on "Four-Quadrant Investing in the Real Estate Markets," February. |
| 2001 | "Real Estate Illiquidity and Its Effect on Investment Risks/Returns." Invited presentation to Chief Investment Officer, State Farm Mutual Insurance Co., Bloomington, IL, March. |
| 1999 | "Considerations in the Development of a Real Estate Analyst Educational Program." Invited presentation, Commercial Realty Investors Society Meeting, Kansas City, May. |
| 2001 | "The National Economy and Its Implications for Real Estate." Invited presentation before Urban Land Institute Commercial Industrial Council, ULI Spring Meeting, Minneapolis, May. |
| 2000 | "Housing Affordability: Where Are We and Where Do We Go From Here?" Wisconsin Housing Conference, Milwaukee; planning, coordinating and participation, Center for Urban Land Economics Research, joint sponsors with Wisconsin Housing and Economic Development Authority (WHEDA) |
| 2000-02 | "Underwriting and Credit Risk in Real Estate Lending," two-day program, Korean Executive MBA Program, Helsinki School of Economics and Business, Finland (compensated). |

1999 "Responsible Institutional Investment in U.S. Real Estate," presentation to Board of Directors, Illinois Teachers Retirement System (compensated).

2000 "Current Trends in the Employment of Recent Graduates in Real Estate." Invited presentation before the National Association of Industrial and Office Parks (NAIOP) Executive Symposium, San Diego, April.

2000-03 Member, Interdepartmental Search Committee for three "cluster hire" positions in land use.

2000 Member, Gender Equity Pay Committee.

2000 Acting Director, Weinert Center for Entrepreneurship (during transitional period).

1999 "Should Mortgage Discrimination Still be an Important Policy Concern?" debate broadcast on Wisconsin Public Radio, Milwaukee.

1999 "Critical Issues in Residential Brokerage," Wisconsin Housing Conference, Madison; planning, coordination and participation, Center for Urban Land Economics Research.

1998-2000 Member, Executive Programs Planning Committee, School of Business.

1999-2000, 2001-02 Faculty Advisor, Applied Real Estate Securities Analysis Program.

1998-99 Chair, Search and Screen Committee for Director, University Research Park.

1998-2004 Member, Board of Directors, Hilldale, Inc., Chair/Member Long-Range Planning Committee
(Regional Mall, profit flows to University). Participated in sale of asset in April 2004.

1998-99 Member, Board of Directors, University Club.

1997-98 Member, University Dean Review Committee for School of Business Dean Andrew Policano.

1997 Advisor to Board of Directors, Hilldale Foundation on future ownership/ financing/ redevelopment/ re-tenanting options (shopping center owned by University-related non-profit).

1997 "Advanced Appraisal and Consulting Seminar: Historic Properties," planning, coordination, and participation, Center for Urban Land Economics Research.

1997 "Housing at the Millenium: Dynamics and Trends," Wisconsin Housing Conference, Madison; planning, coordination, and participation, Center for Urban Land Economics Research.

1997 U.W. Foundation-sponsored Founders Day speech, Orlando FL, February.

1996-97 Chairman, Subcommittee of the Executive Committee, School of Business, University of Wisconsin - Madison (Rank and Tenure Committee).

1996-97 Member, Chairs Committee, ex-officio as Chair of Subcommittee.

1996-97 Member, Land Use Policy Advisory Committee convened by Chancellor to advise on response to state land use regulatory reform proposals.

1996-97 Member, Executive Conference Facility Working Group.

1996-97 Member, Executive Education Policy Committee.

1996-97 Member, UW/Urban Land Institute Public-Private Development Advisory Committee convened by Chancellor to advise on development options on periphery of campus.

1996-97 Member, Executive Conference Facility Planning Committee, School of Business.

1995-97 Chairman, ad hoc Tenure Committee for Management Institute.

1996 "The Low-Income Housing Tax Credit Program: A Look at Federal/State Policy and Program Initiatives," Wisconsin Housing Conference, Madison; planning, coordination, and participation, Center for Urban Land Economics Research.

1996 U.W. Foundation-sponsored visit and presentation to alumni, Denver.

1995-2001 "Real Estate Investment and Feasibility Analysis: An Introduction with Applications,"; planning, coordination, and instructor, Center for Urban Land Economics Research.

1995 "Valuation of Complex Properties," planning, coordination, and participation, Center for Urban Land Economics Research.

1995 "Rural/Small Town/Suburban Housing Markets: Challenges and Opportunities," Wisconsin Housing Conference, Madison; planning, coordination, and participation, Center for Urban

Land Economics Research.

1995    Assisted Dean and Associate Dean in negotiations for new executive conference facility.

1994, 1995    "Environmental Considerations in Commercial Real Estate," Executive Education Program; planning, coordination, and participation.  Center for Urban Land Economics Research.

1994    "Public/Private Initiatives in Metropolitan Neighborhood Redevelopment," Governors Housing Conference, Milwaukee; planning, coordination, and participation.  Center for Urban Land Economics Research.

1994    "Demographic Trends and Their Effects on the Development of Residential Real Estate," Executive Leadership program for Heartland Development Company's staff and clients; planning, coordination, and participation. Center for Urban Land Economics Research.

1994    Requested by U.W. Alumni Association to present Founders Day speech, Miami, FL, before local area Wisconsin alumni.

1994-95    Consultant/Advisor to Hilldale Foundation Board of Directors on long-term strategic development plan for Hilldale Mall.  Foundation funnels profits from mall operation to support University initiatives.

1994    Advisor to University and U.W. Foundation on possible acquisition of "Washington Campus."

1994    Five-Year Review Committee for Senior Faculty (2).

1994-    Masters Program Committee.

1992-    Advisor to the Board of Directors, University Research Park.

1992    U.W. Foundation Fundraising, Orange County, California.

1991    Participant, Alumni University Program, University of Wisconsin-Madison.

1991-93    Chairs Committee, School of Business, University of Wisconsin-Madison.

1990-    Director, Center for Urban Land Economics Research, School of Business, University of Wisconsin-Madison.

1990-93    Member, Subcommittee of the Executive Committee, School of Business, University of Wisconsin-Madison (promotion and tenure committee).

1990-93    Member, Graduate Studies Committee, School of Business, University of Wisconsin-Madison.

1990-93    Member, Academic Planning Council, School of Business, University of Wisconsin-Madison.

1989-93    Chairman, Department of Real Estate and Urban Land Economics, School of Business, University of Wisconsin-Madison.

1989-90    Member, Construction Education Advisory Committee, University of Wisconsin-Madison.

1986-88    Chairman, Committee on Rank and Tenure, Edwin L. Cox School of Business, SMU.

1986-89    Chairman, Department of Real Estate and Urban Land Economics, SMU.

1986-89    Member, Executive Council, Edwin L. Cox School of Business, SMU.

1985-86    Member, Urban Design Program Council, Harvard.

1985-86    Member, Faculty Committee on Real Estate Education, Harvard.

1983-85    Chairman, Provost's Task Force on Graduate Education and Research.

1983-85    Member, Rank and Tenure Committee.

1983-89    Instructor, Costa Institute of Real Estate Finance Seminar in "Real Estate Investment Analysis Techniques: An Introduction and Critical Comparison."

1982-83    Faculty Senate Committee on Course and Teacher Evaluations

1982-83    Decision Room Task Force, Edwin L. Cox School of Business.

1982-84    Coordinator, Master of Science Program in Real Estate.

1982    Instructor, Costa Institute of Real Estate Finance Seminar in "Real Estate Investment Analysis: The State-of-the-Art in Techniques and Computer Applications."

1982    Instructor, Costa Institute of Real Estate Finance Seminar in "New Housing for the 80's: Emerging from Crisis."

1981-82    Advisory Board to the Provost.

31

| 1981-83 | Executive Committee, Edwin L. Cox School of Business (Vice-Chairman 1981-82). |
| 1980-82 | Advisory Board, Public Administration Program. |
| 1979-80 | Educational Affairs Committee. |
| 1976-78, 1980-81 | Faculty Personnel Committee (chairman, 1977-78). |
| 1976-79, 1981-84 | Graduate Admissions Committee (chairman, 1983-84). |

## Community and Professional Service and Consulting

| 2007 | Invited keynote presentation to RealShare OC Symposium: "Be Careful Out There…A 2008 Prognosis for the Orange County Real Estate Market," August |
| 2007 | Invited member of organizing committee, "Keeping Kids on Track" Annual Real Estate Luncheon, sponsored by United Way of Orange County, June |
| 2007 | Invited panelist in Roundtable on "Thriving in the New Office Landscape," sponsored by the *California Real Estate Journal*, May (transcript later published). |
| 2007 | Podcast on *The Frank Peters Show*, discussing state of current real estate and mortgage markets and new academic program in real estate at UCI, April. |
| 2007 | Invited guest on *Orange County today*, television program, discussing current state of mortgage crisis, hosted by Rick Reif, April. |
| 2007 | Invited presentation to Annual CT Realty Investors' Group Meeting, on "Economic Outlook for Commercial Real Estate – 2007," April |
| 2007 | Interviewed by Bloomberg Network Television as a part of an in-depth discussion of the subprime mortgage meltdown, March |
| 2007 | Invited presentation to ULIOC Young Leaders Group on academic program in real estate and career opportunities, Irvine Company offices, Newport Beach CA, March |
| 2007 | Featured column "Ask the Econ Pro" on default in the subprime mortgage sector in *DS News*, March |
| 2007 | Invited presentation to Annual Economic Outlook Conference sponsored by the Irvine Chamber of Commerce, on "The Impact of Innovative Mortgage Financing Methods on Real Estate Markets," February |
| 2007 | Invited presentation to the Orange County Appraisal Society on "The Orange County Real Estate Market: Let's Take a Walk on the Macro Side," January |
| 2006-07 | Active member of Workforce Housing Task Force, sponsored by Orange County business Council |
| 2006 | Invited presentation to Orange County Real Estate Conference on "An Outsider's (until recently) Inside Take on the Orange County Real Estate Market," September |
| 2006 | Invited presentation to the "Dutch Treat Group" (major insurance company real estate officers association), Scottsdale Arizona, on "Reflections on some Issues facing Institutional Real Estate Investors … (September 2006 Edition)" |
| 2006 | Co-author and presentation of results on the occasion of the Tenth Year Anniversary of the opening of the Monona Terrace Community and Convention Center, Madison Wisconsin: "Monona Terrace Community and Economic Impact Study," through firm of Virchow Krause & Co., July |
| 2006 | Invited presentation to Building Owners and Managers Association of Orange County on "Higher Education in Real Estate at UCI: A New Era". |
| 2005 | Invited presentation before Origen Co. Senior Management Retreat, Fort Worth TX, on "Optimal Capital Structure for the Manufactured Housing Industry: Design and Implications for Returns and Market Share". |
| 2004 | Invited participation in panel on "Higher Education in Real Estate: A Prognosis," Counselors of Real Estate National Meeting, Los Angeles CA, October. |

| | |
|---|---|
| 2004 | Washington Mutual Savings Bank (WAMU) and Center for Advanced Studies in Business (CASB), Fluno Center, University of Wisconsin-Madison, Executive Education Faculty in Building the Best Franchise Seminar : "Branch Site Selection Feasibility: A Contemporary Approach," Seattle WA, September. |
| 2004 | Invited Keynote Speaker, "How Technology is Changing Today's Real Estate Market," Schenck Business Solutions 2004 Real Estate Forum, Green Bay, Milwaukee, and Sheboygan, February. |
| 2004 | Invited address, "TIF's: The Mutation of a Good Idea," Capitol Neighborhoods Forum, Madison WI, January. |
| 2003 | Invited Keynote Address, Freddie Mac National Multifamily Housing Conference. "A Futurist Perspective on the Multifamily Market," Kohler WI, Sept. |
| 2003 | Invited presentations to Kiwanis Club of Western Kenosha and the Mitchell Field Rotary Club, "Urban Growth, Sprawl, and Land Use Regulation," April and October. |
| 2003 | Participation in policy debate on Inclusionary Zoning in Madison. Analysis of theoretical impact of policy on home prices and availability; evaluated empirical evidence in jurisdictions with such ordinances. Played role in policy dialog. |
| 2003 | At request of Managing Editor of *Real Estate Issues*, prepared paper "Preparing the Next Generation," (Fall 2003, pp. 26-33), which has generated much external recognition of our graduate real estate education program at Wisconsin among professionals and within other real estate academic programs. |
| 2002-05 | Elected member of Vestry, St. Andrews Episcopal Church. Chair, Outreach Task Force |
| 2002 | Ohio State University Fisher College of Business Central Ohio Real Estate Roundtable, invited keynote address on "Government's Involvement in Real Estate: For Better or Worse? For Rich or Poor? For Growth or for Sprawl?" October. |
| 2002 | Presentation to Downtown Madison Incorporated's *What's Up Downtown* speaker series on "Smart Growth: The Economic Impact on Downtown," September. |
| 2002 | Consultant to Donna Shalala, President, and Elizabeth Plater-Zyberk, Dean of Architecture and Planning, University of Miami, recommending process and structure for proposed initiative in real estate education. |
| 2002 | Presentation to Stark Realty Annual Meeting, Madison WI, on "Is There a Housing Bubble?" |
| 2001-05 | Downtown Rotary Club, Youth Education Committee. |
| 2001 | Participation in a Public Policy Forum sponsored by the Federal Reserve Bank of Chicago and its Housing Opportunity Partnership of Southeast Wisconsin on "Regionalism and Fair Housing," Milwaukee. Presentation on "How Developments in the Sub-Prime Mortgage Market are Increasing Opportunities for Homeownership". |
| 2001 | Invited presentation before Counselors of Real Estate Midyear Meeting, Chicago, on "Brainstorming the Future of America's Cities". |
| 2001 | Invited participation in Capital Markets Forecast Event, Real Estate Investment Advisory Council, Tower Club, Chicago, March. Presentation on "Current Trends in the Mortgage-Backed Securities Market". |
| 2001 | Invited presentation, Commercial Realty Investors (CRI) Summit, Kansas City, Mo., May, sponsored by the Commercial Real Estate Education Foundation, Inc. Title: "The Present and Future Role of Academia in the Market and the Profession". |
| 2000 | Invited to serve as a member of the Federal Reserve Bank of Chicago's Milwaukee Task Force on Equal Opportunity in Housing. Involved meetings, position papers, planning of conference, and discussions with staff. Intent is to highlight issues relating to access to mortgage credit in Milwaukee region. |
| 2000 | Village of Shorewood Hills, Advisor to Village Board on retail development proposal |
| 1999 | Overture Foundation (Madison, WI). Pre-feasibility study of possible acquisition of space for artist live/work communities |

33

| | |
|---|---|
| 1999-2000 | Overture Foundation, Downtown Madison, Inc., Monona Terrace Board (Madison, WI). Development of methodology for ongoing evaluation of economic impact of Arts District and Community and Convention Center |
| 1999-2000 | Roosevelt Univeristy.  Consultant on strategic plan for development of a real estate academic program within the Heller School of Business |
| 1997- | Member, Board of Directors, ChrisKen Realty Trust, Chicago, IL, a private multifamily real estate investment trust (REIT) (Compensation Committee, Audit Committee) |
| 1997-2000 | Board of Trustees of Funds and Endowments, Episcopal Diocese of Milwaukee |
| 1997-2002 | Board of Directors of On Common Ground, bipartisan statewide non-profit organization seeking a rational dialog on land use policy issues |
| 1997 | Interview on WTDY TalkRadio, Madison, on economic performance expectations of the Frank Lloyd Wright Monona Terrace Convention Center, July |
| 1996 | Judge of NAIOP Office-Warehouse Awards Competition, Minneapolis |
| 1996 | Member, External Review Committee, University of Pennslyvania Wharton School Department of Real Estate |
| 1996 | Presentations before adult education group, St. Andrews Episcopal Church on "What Do We Know About the Relationship Between Violence and Neighborhood Conditions?" and "American Housing Policy: Are We Making Progress?" |
| 1996 | Member, Walnut Hill Community Development Corporation Advisory Committee (Milwaukee) |
| 1996, 1998-2001 | Alumni Interviewer, Rice University |
| 1995 | Presentation before Mortgage Bankers Association Advanced School of Commercial Real Estate Finance on "Evaluating and Rating Default Risk in Commercial Mortgages" |
| 1995-97 | Presentations before Mortgage Bankers Association Life Insurance Committee on "Evaluating Commercial Mortgage Portfolio Performance" |
| 1995 | Presentation before Multifamily Roundtable, Mortgage Bankers Association Annual meetings, San Diego on "Evaluating the Efficiency of the Section 42 Low Income Housing Tax Credit Program" |
| 1994-96 | Industrial Development Research Council (IDRC), Member of Education Committee |
| 1995 | Institute for Real Estate Management, Milwaukee Chapter.  Invited speaker, Annual Trends Breakfast, "The Real Estate Market in the Twenty-First Century: A Long-Term Prognosis" |
| 1995 | Aaronson Schroeder Annual Outlook Conference, Milwaukee.  Invited keynote presentation, "Real Estate in the Twenty-First Century: A Long-Term Prognosis" |
| 1995-2005 | Board of Review, Village of Shorewood Hills |
| 1995- | Board of Directors, Shorewood Foundation |
| 1994-96 | Member, Urban Land Institute Research Committee |
| 1994 | Visiting Committee, evaluation of Real Estate program at Northern Iowa University |
| 1994 | Presentation before members of SAVE Commission on pros and cons of private or state ownership and/or management of public school facilities |
| 1994 | State Advisory Committee on Leasing |
| 1994 | Presentation before Wisconsin Realtors Association State Conference, Oconomowoc |
| 1994 | Keynote Presentation, NAIOP Twin Cities Chapter Annual Breakfast |
| 1994 | Presentation on "Cities of the Future," Future Problem Solvers Class, Velma Hamilton Middle School |
| 1994-95 | Consultant/Advisor to Sommerset Ad Hoc Working Group addressing problems of troubled Sommerset neighborhood of South Madison |
| 1993-94 | Consultant/Advisor to Red Cliff Band of Lake Superior Chippewa to help the tribe evaluate the revenue potential derivable from a proposed hotel/resort complex on the shore of Lake Superior near Bayfield |
| 1993-99 | Wisconsin State Equity Corporation Board of Directors (Chairman 1994-99) |

| | |
|---|---|
| 1994 | Advisor to Mortgage Bankers Association on development of curriculum for Advanced School of Commercial Real Estate Finance |
| 1993 | Speech before National Mortgage Correspondent Group, Credit Union National Association |
| 1993-94 | Member, Board of Directors, Vandenberg Homes Corporation |
| 1993 | Invited Participant, Governors Roundtable on Solutions to the Credit Crunch |
| 1993 | Co-Chair, Stewardship Campaign, St. Andrews Episcopal Church |
| 1993 | Member, Tax Increment Financing District Committee, Village of Shorewood Hills |
| 1992-98 | Member, Urban Land Institute Urban Development/Mixed Use Council |
| 1992-94 | Member, Board of Directors, Wisconsin Partnership for Housing Development (on Strategic Planning Committee, Executive Committee) |
| 1992-2005 | St. Andrews Episcopal Church Service (Finance Committee, Usher, Counter, Meals on Wheels, Sunday School instructor, Adult Education Coordinator, etc.) |
| 1992 | Guest Lecturer, Coopers and Lybrand Management Seminar, Chicago and Newark |
| 1991 | Wisconsin Assessors Institute. Developed Workshop on Regional Mall Valuation Issues |
| 1990-92 | City of Madison and Future Madison, Inc. Economic Impact and Financial Structuring of Frank Lloyd Wright Convention Center |
| 1989-92 | Advisory Board, American Bankers Association School of Real Estate Finance |
| 1989-2006 | Member, Board of Directors, The Park Bank, Madison, Wisconsin |
| 1988-94 | The Travelers Insurance Companies, Hartford, CT. Evaluation of credit quality of commercial mortgage loan portfolio |
| 1988-90 | Salomon Brothers, Inc., New York. Member, Real Estate Consultants' Advisory Committee. Development of Real Estate Research Agenda. Studies of Commercial Mortgage Default Risk and Effects of Foreclosure Costs on Mortgage Yields |
| 1987 | Evaluation of Impact of Historic District Designations on Property Values for Dallas Historic Landmarks Commission |
| 1987-89 | Member, Housing Committee, Central Dallas Association |
| 1985-87 | Urban Land Institute National Advisory Panel on Default Risk in Commercial Lending |
| 1985-86 | North Central Texas Legal Services Foundation. Evaluation of Effects of Eligibility Criteria on Section 8 Housing Availability and Location |
| 1985 | Dallas County Appraisal District. Evaluation and Implementation of Alternative Methodologies to Determine Appraisal Biases |
| 1985-87 | Instructor, Federal Home Loan Bank Board Seminar on Evaluating Interest Rate and Credit Risk Inherent in S&L Operations. Dallas, Cambridge, Seattle, Boulder, San Francisco |
| 1985 | Instructor, Republic Bank Seminar on Discounting Techniques for Property Valuation in Soft Markets |
| 1984 | Instructor, Society of Real Estate Appraisers Course 201, "Principles of Income Property Appraising" |
| 1982-83 | Dallas Museum of Fine Arts. Evaluation of impact of El Greco exhibit on local economy |
| 1979-80 | City of Plano, Texas. Development of a fiscal impact model for use in evaluating development proposals |
| 1979 | U.S. Department of Housing and Urban Development, Washington, D.C. Evaluation of relationship between Housing Assistance Plan (HAP), Housing Opportunity Plan (HOP), and Community Development Block Grant (CDBG) Program |
| 1979 | Dallas Chamber of Commerce and Dallas Museum of Fine Arts. Project to determine economic development potential of major arts exhibits such as Pompeii, A.D. 79 |
| 1978-80 | Vice Chairman, Dallas Alliance Task Force on Neighborhood Revitalization |
| 1978-82 | Member, Housing Goals Achievement Committee, Goals for Dallas |
| 1977-78 | Member, Goals Review Committee, Goals for Dallas |
| 1977-79 | Chairman, Housing Task Force, Goals for Dallas |
| 1977 | White House Conference on Balanced National Growth and Economic Development (through Firm of Marshall Kaplan, Gans, and Kahn). Evaluation of current patterns of |

|          | economic and population growth in southern cities (project director) |
|----------|----------------------------------------------------------------------|
| 1976-81  | Member, Dallas Housing Forum (Board of Directors, 1979-80) |
| 1976-78  | Member, Dallas Housing Authority Committee on Administration, Personnel, and Consultants |
| 1977-79  | Member, Neighborhood Revitalization Task Force of the Dallas Alliance; presentation before  Board of the Dallas Alliance on Neighborhood Revitalization (1977) |
| 1977-79  | Member, Steering Committee, Dallas Neighbors |
| 1977     | Marshall Kaplan, Gans, and Kahn.  Evaluation of an economic development strategy for the City of Denver, Colorado |
| 1976-81  | Member, Historic Preservation League |
| 1974     | Federal Home Loan Bank Board, Washington, D.C.  Review of the literature on the influence of financial institutions on neighborhood decline and assessment of research priorities (project coordinator) |
| 1974     | Fairfax County, Virginia.  Feasibility study for the development of a Housing and Environmental Development Corporation Project to assess the potential role, responsibility, and opportunity for public land development agency in a county context.  Identifies major organizational and financial strategies available for the development corporation, based upon relevant precedents in the U.S. and abroad (with Arthur P. Solomon and Peter Epstein). |

**Testimony Provided Over the Last Four Years**

| 2006-07 | *American Interbanc Mortgage LLC v. Novastar Home Mortgage, Inc. et al.* case. Provided deposition testimony in a matter involving the impact assessment of alleged Web-based "bait and switch" tactics on plaintiff's business. Attorney contact:  Kevin Nowicki, Esq. at Gordee, Nowicki & Arnold LLP. |
|---------|----------|
| 2004-05 | Provided testimony as an expert witness in the Land Court of Queensland Australia on challenges of assessed valuations by major shopping center owner relating to alleged presence of non-assessable intangible interests. Attorney contact:  Donald Fraser, QC. |
| 2004-06 | Provided testimony as an expert witness in a Rhode Island litigation on the impact of the presence of lead paint on housing market dynamics. Attorney contact:  Laura E. Ellsworth, Esq. at Jones Day. |
| 2004    | Expert witness in a litigation relating to factors influencing valuation of subordinate interest in a mortgage-backed security issue. Attorney contact:  William B. Chaney, Esq.  at Looper, Reed & McGraw. |

**Appendix B**

**Documents Considered**

## Court Papers

MR-GO Master Consolidated Class Action Complaint, Civil Action No. 05-4182 Section "K" (2), United States District Court Eastern District of Louisiana

Plaintiffs' Rule 26 Initial Disclosures

Declaration of Dr. Robert Glenn Bea

MRGO Plaintiffs' Preliminary List of Class Certification Witnesses and Exhibits, March 30, 2007

MRGO PSLC's First Updated Preliminary Witness List for Class Certification, May 22, 2007

The MRGO Plaintiffs' Final List for Class Certification, July 20, 2007

MRGO Plaintiffs' Motion for Class Certification, and Amended Motion

Excerpts from WGII's and Lake Borgne's class-certification discovery responses (responses to Interrogatories 3-9, 14)

Standard Form 95s submitted by named plaintiffs in MRGO and Levee Groups to the United States Army Corps of Engineers

Plaintiffs' Response to MRGO Defendants' First Set of Joint Class-Certification Requests for Admissions, Interrogatories, and Requests for Production of Documents

Plaintiffs' Counsel's Letter regarding Class Discovery, June 26, 2007

Class Representative Information Sheet (Levee) (Ex. A to June 26, 2007 letter)

Spreadsheet of Information for MRGO Class Plaintiffs (Labeled Sheet 1)

Levee and MRGO Plaintiffs Memorandum in Opposition to Motion to Compel

Plaintiffs' Response to MRGO Defendants' First Set of Joint Interrogatories, Requests for Production of Documents and Requests for Admissions to Plaintiffs, regarding Common Liability Issues

John Kilpatrick Reliance Documents and documents produced by John Kilpatrick at his deposition

Liberty Mutual Claim file for Kenneth and Jeannine Armstrong

MRGO Plaintiffs' Final Exhibit List for Class Certification, July 31, 2007

Plaintiffs' Supplemental and Restated Response to MRGO Defendants' First Set of Joint Class-Certification Requests for Admissions, Interrogatories, and Requests for Production of Documents, August 2, 2007

Exhibit B to Plaintiffs' Supplemental and Restated Response to MRGO Defendants' First Set of Joint Class-Certification Requests for Admissions, Interrogatories, and Requests for Production of Documents, August 2, 2007

Patrick J. Turner, et al., v. Murphy Oil USA Inc., Civil Action No. 05-4206 Consolidated Case Section "L" (2), United States District Court Eastern District of Louisiana

## Reports, Affidavits and Depositions

Expert Report of John A. Kilpatrick, Ph.D., MRICS, Re: Hurricane Katrina Litigation, July 30, 2007

Expert Report of Chad A. Morris, P.L.S., July 30, 2007

Expert Report of Matthijs Kok, Ph.D. and Johannes Vrijling MSc, July 30, 2007

Expert Report of Michael Sartisky, Ph.D., July 27, 2007

Appendix A to Expert Report of Michael Sartisky, July 31, 2007

Expert Report of Paul Kemp, Ph.D., July 28, 2007

Expert Report of Robert A. Dalrymple, Ph.D., P.E., NAE, August 29, 2007

Expert Report of Michael W. Truax, MAI, August 28, 2007

Expert Reports of James R. Danner, Jr., P.E., August 28, 2007

Depositions of John A. Kilpatrick, August 13 and 14, 2007

Deposition of Henry Earl Davis, July 11, 2007

Deposition of Glynn Wade, July 10, 2007

Deposition of Kenneth Armstrong, July 9, 2007

Deposition of Jeannine Armstrong, July 9, 2007

Deposition of Ethel Coats, July 17, 2007

Expert Report of John A. Kilpatrick, Ph.D., MRICS, December 2, 2005 (Murphy Oil)

Expert Report of John A. Kilpatrick, Ph.D., MRICS, November 30, 2006 (Murphy Oil)

Deposition of John A. Kilpatrick, December 20, 2005 (Murphy Oil) and correction sheet, February 1, 2006


## Academic Papers

Brinkman, Emile J. and Wade D. Ragas, "An Estimate of the Cost of Hurricane Katrina Flood Damage to Single-Family Residential Structures in Orleans Parish," February 2006.

Kilpatrick, John A. and Sofia Dermisi, "The Aftermath of Katrina: Recommendations for Real Estate Research," Journal of Real Estate Literature, 2007, Vol. 15 No. 2, pp. 213 – 227.

Kilpatrick, John A., "Real Estate Issues in Class Certification," Appraisal and Class Certification, August 18, 2004.

Colwell, P.F., R.E. Cannaday, and C. Wu, "The Analytical Foundations of Adjustment-Grid Methods," Journal of the American Real Estate and Urban Economics Association, 1983, pp. 11-29.

Gaba, A. and R. Winkler, "Implications of Errors in Survey Data: A Bayesian Model," Management Science, Vol. 38, No. 7, 1992, pp. 913-925.

Lispcomb, J.B, and J.B. Gray, "An Empirical Investigation of Four Market-Derived Adjustment Methods," Journal of real Estate Research, 1990, pp. 53-66.

Bruce, R.W., and P.J. Sundell, "Multiple Regression Analysis: History and Applications in the Appraisal Profession," Real Estate Appraisal and Analyst, 1977, pp. 37-44.

Lentz, G.H. and K. Want, "Residential Appraisal and the Lending Process: A Survey of Issues," Journal of real Estate Research, 1998, pp. 11-40.

Mitchell, Robert, and Richard Carson, Using Surveys to Value Public Goods: The Contingent Valuation Method, (Washington, DC: Resources for the Future, 1989)

Federal Register, Vol. 61, No. 4, January 6, 1996, pp. 453, 470.

Diamond, Shari Sheldon, "Reference Guide on Survey Research," contained in Reference Manul on Scientific Evidence (Washington, DC: Federal Judicial Center, 2000), pp. 229-276.

Tiebout, D.M., "A Pure Theory of Local Expenditure," Journal of Political Economy, 1956, pp. 416-424.

Lancaster, K.J.A., "A New Approach to Consumer Theory," Journal of Political Economy, 1966, pp. 132-157.

Muth, R.F., "Household Production and Consumer Demand Functions," Econometrica, 1966, pp. 699-708.

Oates, W.E., "The Effects of Property Taxes and Local Public Spending on Property Values: An Empirical Study of Tax Capitalization and the Teibout Hypothesis," Journal of Political Economy, 1969, pp. 957-971.

Rosen, S., "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition," Journal of Political Economy, 1974, pp. 34-55.

Dubin, R.A., "Estimation of Regression Coefficients in the Presence of Spatially Autocorrelated Error Terms," Review of Economics and Statistics, 1988, pp. 466-474.

Dubin, R.A., and C. Sung, "Specifications of Hedonic Regressions: Non-nested Tests on Measures of Neighborhood Quality," Journal of Urban Economics, 1990, pp. 97-110.

Burgess, J.F., and O.R. Harmon, "Specification Tests in Hedonic Models," Journal of Real Estate Finance and Economics, 1991, pp. 375-393.

Bulter, R.V., "Cross-Sectional Variation in the Hedonic Relationship for Urban Housing Markets," Journal of Regional Science, 1980, pp. 439-454.

Bajic, V., "Housing Market Segmentation and Demand for Housing Attributes: Some Empirical Findings," Journal of the American Real Estate and Urban Economics Association, 1983, pp. 397-415.

Mark, J.H., "An Empirical Examination of the Stability of Price Equations over Time," Journal of the American Real Estate and Economics Association, 1985, pp. 58-75.

Parsons, G.R., "Hedonic Prices and Public Goods: An Argument for Weighting Locational Attributes in Hedonic Regressions by Lot Sized," Journal of Urban Economics, 1990, pp. 308-321.

Smith, V.K., and J. Huang, "Can Markets Value Air Quality? A Meta-Analysis of Hedonic Property Value Models," Journal of Political Economy, 1994, pp. 209-227.

Atkinson, S.E., and T.D. Crocker, "A Bayesian Approach to Assessing the Robustness of Hedonic Property," Journal of Applied Econometrics, 1987, pp. 27-45.

Chalmers, J.A., and T.O. Jackson, "Risk Factors in the Appraisal of Contaminated Property," Appraisal Journal, January 1996, pp. 44-58.

Kinnard, W., "Measuring the Effects of Contamination on Property Values," Environmental Watch, Winter 1992, pp. 1-4.

Patchin, P., "Valuation of Contaminated Properties," Appraisal Journal, 1988, pp. 7-16.

Roddewig, R., "Stigma, Environmental Risk, and Property Values: 10 Critical Inquiries," Appraisal Journal, 1996, pp. 375-387.

Weber, B.R., "The Valuation of Contaminated Land," Journal of Real Estate Research, 1997, pp. 379-398.

Kinnard, W., and E. Worzola, "How North American Appraisers Value Contaminated Property and Associated Stigma," Appraisal Journal, 1999, pp. 269-278.

Cannaday, Roger E. and Mark A. Sunderman, "Estimation of Depreciation for Single-Family Appraisals," Journal of the American Real Estate & Urban Economics Association, Summer 1986, Vol. 14 No. 2, pp. 255-273.

Gilley, Otis W. and R. Kelley Pace, "A Hybrid Cost and Market-Based Estimator for Appraisal," Journal of Real Estate Research, Spring 1990, Vol. 5 No. 1, pp. 75-88.

Dotzour, Mark G., "An Empirical Analysis of the Reliability and Precision of the Cost Approach in Residential Appraisal," Journal of Real Estate Research, Spring 1990, Vol. 5 No. 1, pp. 67-74.

Marchitelli, Richard, "Rethinking the Cost Approach," The Appraisal Journal, July 1992, pp. 424 - 426.

Dannis, Charles G., "Pulling Back the Curtain on Tradition," The Appraisal Journal, January 1993, pp. 129-132.

Iwan, Gregory A., "The Cost Approach – Inflexible or Infeasible," The Appraisal Journal, January 1993, pp. 136-137.

Mason, James J., "Under the Microscope – The Cost Approach," The Appraisal Journal, January 1993, pp. 116-128.

Oetzel, Terrell R., "Some Thoughts on the Cost Approach," The Appraisal Journal, January 1993, pp. 132-135.

Coggin, Dana T., "Let's not abandon the cost approach," The Appraisal Journal, January 1994, pp. 144-145.

Ramsett, David E., "The Cost Approach: An Alternative View," The Appraisal Journal, April 1998, pp. 172-180.

The Appraisal Institute, The Appraisal of Real Estate, Chicago: 2001, Chapter 14.

Robinson, Rudy R. and Scott R. Lucas, "Appraising Special-Purpose Industrial Facilities for Ad Valorem Purposes," Appraisal Journal, October 2003, Vol. 71 No. 4, pp. 321-327.

Freeman, A. Myrick, "Hedonic Prices, Property Values And Measuring Environmental Benefits: A Survey Of The Issues," Scandinavian Journal of Economics, 1979, Vol. 81 No. 2, pp. 154-173.

Brookshire, David S., Mark Thayer, William D. Schulze and Ralph C. D'Arge, "Valuing Public Goods: A Comparison of Survey and Hedonic Approaches," American Economic Review, March 1982, Vol. 72 No. 1, pp. 165-177.

Colwell, Peter F., Roger E. Cannaday and Chunchi Wu, "The Analytical Foundations of Adjustment Grid Methods," Journal of the American Real Estate & Urban Economics Association, Spring 1983, Vol. 11 No. 1, pp. 11-29.

Bartik, Timothy J., "The Estimation of Demand Parameters in Hedonic Price Models," Journal of Political Economy, February 1987, Vol. 95 No. 1, pp. 81- 88.

Case, Bradford and John Quigley, "The Dynamics of Real Estate Prices," Review of Economics and Statistics, 1991, pp. 50-58.

Case, Bradford, Henry Pollakowski and Susan Wachter, "On Choosing Among House Price Index Methodologies," Journal of the American Real Estate and Urban Economics Association, Vol. 19 No. 3, 1991, pp. 286-307.

Vandell, Kerry D., "Optimal Comparable Selection and Weighting in Real Property Valuation," Journal of the American Real Estate & Urban Economics Association, Summer 1991, Vol. 19 No. 2, pp. 213-239.

Lai, Tsong-Yue and Ko Wang, "Comparing the Accuracy of the Minimum- Variance Grid Method to Multiple Regression in Appraised Value Estimates," Real Estate Economics, Winter 1996, pp. 531-549.

Epley, Donald R., "A Note on the Optimal Selection and Weighting of Comparable Properties," Journal of Real Estate Research, Vol. 14 No. 1/2, 1997, pp. 175-182.

Boronico, Jess S. and, Donald M. Moliver, "Appraisal reliability and the sales comparison approach," Appraisal Journal, October 1997, Vol. 65 No. 4, pp. 331-336.

Wolverton, Marvin L., "Empirical Investigation into the Limitations of the Normative Paired Sales Adjustment Method," Journal of Real Estate Research, 1998, Vol. 15 No. 1/2, pp. 191-203.

McMillen, Daniel P. and Jonathan Dombrow, "A Flexible Fourier Approach to Repeat Sales Price Indexes," Real Estate Economics, Summer 2001, Vol. 29 No. 2, pp. 207-225.

The Appraisal Institute. The Appraisal of Real Estate. Chicago: 2001, Chapter 17.

Peng, Liang, "GMM Repeat Sales Price Indices," Real Estate Economics, Vol. 30 No. 2, 2002, pp. 239-261.

Isakson, Hans R., "The Linear Algebra of the Sales Comparison Approach," Journal of Real Estate Research, Sept/Oct 2002, Vol. 24 No. 2, pp. 117-128.

Sirmans, G. Stacy, Kenneth Bacheller and David MacPherson, "The Value of Housing Characteristics," The National Center for Real Estate Research, December 2003.

Sirmans, G. Stacy, Kenneth Bacheller and David MacPherson, "The Composition of Hedonic Pricing Models: A Review of the Literature," The National Center for Real Estate Research, December 2003.

Clapp, John M., "A Semiparametric Method for Estimating Local House Price Indices," Real Estate Economics, Spring 2004, Vol. 32 No. 1, p127-160.

Sirmans, G. Stacy, Lynn MacDonald, David MacPherson and Emily Norman Zeitz, "The Value of Housing Characteristics: A Meta Analysis," The National Center for Real Estate Research, May 2005.

Case, Bradford, Peter F, Colwell, Chris Leishman, and Craig Watkins, "The Impact of Environmental Contamination on Condo Prices: A Hybrid Repeat-Sale/Hedonic Approach," Real Estate Economics, Spring 2006, Vol. 34 No. 1, pp. 77-107.

Neustein, Richard, "Estimating Value Diminution by the Income Approach," The Appraisal Journal, April 1992, pp. 283-287.

Jackson, Marcus, "The Gordon Growth Model and the Income Approach to Value," The Appraisal Journal, January 1994, pp. 124-128.

The Appraisal Institute, The Appraisal of Real Estate, Chicago: 2001, Chapter 20.

Payne, Thomas and Arnold L. Redman, "The pitfalls of property valuation for commercial real estate lenders: Using a comparative income approach to improve accuracy," Briefings in Real Estate Finance, June 2003, pp. 50-59.

McDonald, John F., "The Q Theory of Investment, the Capital Asset Pricing Model and Real Estate Valuation: A Synthesis," Journal of Real Estate Literature, Vol. 13 No. 3, 2005, pp. 271-286.

Palm, R., "Public Response to Earthquake Hazard Information," Annals of the Association of American Geographers, Vol. 71 No. 3, 1981, pp. 389-399.

Brookshire et al, "A Test of the Expected Utility Model: Evidence from Earthquake Risks," Journal of Political Economy, 1985.

Anderson, Dan R. and Maurice Weinrobe, "Mortgage Default Risks and the 1971 San Fernando Earthquake," Journal of the American Real Estate & Urban Economics Association, Vol. 14 No. 1, 1986, pp. 110-135.

Schulze, William D., David S. Brookshire, Ronda K. Hageman and John Tschirhart, "Benefits and Costs of Earthquake Resistant Buildings," Southern Economic Journal, April 1987, Vol. 53 No. 4, pp. 934-951.

Graves, Phil, James C. Murdoch, Mark Thayer, and Don Waldman, "The Robustness of Hedonic Price Estimation," Land Economics, August 1988, Vol. 64 No. 3, pp. 220-233.

Montz B.E. and G.E. Tobin, "The Spatial and Temporal Variability of Residential Real Estate Values in Response to Flooding Disasters, The Journal of Disaster Studies and Management, Vol., 12 No. 4, 1988, pp. 345-355.

Bernknopf, R., D. Brookshire and M. Thayer, "Earthquake and Volcano Alerts: An Economic Evaluation of Risk Changes," Journal of Environmental Economics and Management, Vol. 18, 1990, pp. 35-49.

Murdoch, James C., Harinder Singh and Mark Thayer, "The Impact of Natural Hazards on Housing Values: The Loma Prieta Earthquake," Journal of the American Real Estate & Urban Economics Association, Summer 1993, Vol. 21 No. 2, p167-184.

Kinnard, W.N., and S.A. Dickey, "A Primer on Proximity Impact Research," Real Estate Issues, 1995, pp. 23-29.

Sanders, Michael V., "Post-repair diminution in value from geotechnical problems," Appraisal Journal, January 1996, Vol. 64 No. 1, pp. 59-66.

Willis, Kenneth G. and Ali Asgary, "The Impact of Earthquake Risk on Housing Markets: Evidence from Tehran Real Estate Agents," Journal of Housing Research, Vol. 8 No. 1, 1997, pp. 125-136.

Bleich, Donald, "The Reaction of Multifamily Capitalization Rates to Natural Disasters," Journal of Real Estate Research, Apr/Jun 2003, Vol. 25 No. 2, pp. 133-144.

Baen, John S.; Dermisi, Sofia V., "The New Orleans-Katrina Case for New Federal Policies and Programs for High-Risk Areas." Journal of Real Estate Literature, 2007, Vol. 15 No. 2, pp. 229-252.

Patchin, Peter, "Contaminated Properties – Stigma Revisited," The Appraisal Journal, April 1991, pp. 167-172.

Kinnard, William N., Philip S. Mitchell, Gail L. Beron and James R. Webb, "Market Reactions to Announced Release of Radioactive Materials," Property Tax Journal, September 1991, pp. 283-297.

Kinnard, William N. and Mary Beth Geckler, "The Effects on Residential Real Estate Prices from Proximity to Properties Contaminated with Radioactive Materials," Real Estate Issues, Fall 1991/Winter 1992, pp. 25-36.

Mendelsohn, Robert, Daniel Hellerstein, Michael Huguenin, Robert Unswieth and Richard Brazee, "Measuring Hazardous Waste Damages with Panel Models," Journal of Environmental Economics and Management, Vol. 22, 1992, pp. 259-271.

Roddewig, Richard, "Stigma, Environmental Risk and Property Value: 10 Critical Inquiries," The Appraisal Journal, October 1996, pp. 375-387.

Jackson, Thomas, "The Effects of Environmental Contamination of Real Estate: A literature review," Journal of Real Estate Literature, Vol. 9 No.2, 2001, pp. 93-116.

Boyle, Melissa and Katherine Kiel, "A Survey of House Price Hedonic Studies of the Impact of Environmental Externalities," Journal of Real Estate Literature, Vol. 9 No.2, 2001, pp. 177-144.

Jackson, Thomas, "Case Studies Analysis: Environmental Stigma and Monitored Natural Attenuation," The Appraisal Journal, Spring 2004, pp. 111-118.

Jackson, Thomas, "Surveys, Market Interviews and Environmental Stigma," The Appraisal Journal, Fall 2004, pp. 300-310.

Flynn, James, Donald G. MacGregor, Wayne Hunsperger, C.K. Mertz and Stephen M. Johnson, "A Survey Approach for Stigma Effects in Property Value Litigation," The Appraisal Journal, Winter 2004, pp. 36-44.

Jackson, Thomas, "Evaluating Environmental Stigma with Multiple Regression Analysis," The Appraisal Journal, Fall 2005, pp. 363-369.

Kiel, Katherine and Michael Williams, "The Impact of Superfund Sites on local property values: Are all sites the same?" Journal of Urban Economics, 61, 2007, pp. 170-192.

Diamond, Peter A. and Jerry A. Hausmann, "Contingent Valuation: Is Some Number Better than No Number?" Journal of Economic Perspectives, Vol. 8 No. 4, Fall 1994, pp. 45-64

Halvorsen, Robert and Henry O. Pollakowski, "Choice of Functional Form for Hedonic Price Equations," Journal of Urban Economics, 10, 1981, pp. 37-49.

Dale-Johnson, David, "An Alternative Approach to Housing Market Segmentation Using Hedonic Price Data," Journal of Urban Economics, 11, 1982, pp. 311-332.

Horowitz, Joel L., "Bidding Models of Housing Markets," Journal of Urban Economics, 20, 1986, pp. 168-190.

Freeman III, A. Myrick, "On Estimating Air Pollution Control Benefits from Land Value Studies," Journal of Environmental Economics and Management, 1, 1986, pp. 74-83.

Brown, James N. and Harvey S. Rosen, "On the Estimation of Structural Hedonic Price Models," Econometrica, Vol. 50, No. 3, May, 1982.

Rosen, Sherwin, "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition," Journal of Political Economics, 1974, 82 (1), pp.34-55.

Acito, Franklin and Richard W. Olshavsky, "Limits to Accuracy in Conjoint Analysis," Advances in Consumer Research, Vol. 8, 1980, 313-316.

Murray, Michael P., "Mythical Demands and Mythical Supplies for Proper Estimation of Rosen's Hedonic Price Model," Journal of Urban Economics, 14, 1983, pp. 327-337.

International Association of Assessing Officers, "Standard on Automated Valuation Models (AVMs), approved September 2003," The Appraisal Journal, Fall 2003, pp. 109-154.

Kane, M. Steven, Mark R. Linné, MAI, and Jeffrey A. Johnson, MAI, "Evaluating the Valuers," The Appraisal Journal, Spring 2004, pp. 147-154.

## News and Articles

The American Institute of Architects. "The Economic and Construction Outlook in the Gulf States after Hurricane Katrina." October 11, 2005.

Louisiana Recovery Authority. "Addressing the Challenges of Recovery & Rebuilding from Hurricanes Katrina & Rita: Overview of Comparative Damage from Hurricane Katrina & Rita." December 19, 2005.

McCarthy, Kevin et al, "The Repopulation of New Orleans After Hurricane Katrina." RAND Gulf States Policy Institute. 2006.

Grossi, Patricia and Robert Muir-Wood, "Flood Risk in New Orleans: Implications for Future Management and Insurability." Risk Management Solutions.  2006.

American Society of Civil Engineers Hurricane Katrina External Review Panel.  "The New Orleans Hurricane Protection System: What Went Wrong and Why," American Society of Civil Engineers, 2007.

Greater New Orleans Community Data Center in collaboration with The Brookings Institution Metropolitan Policy Program. "The Katrina Index: Tracking Recovery of New Orleans & the Metropolitan Area." June 14, 2007.

The Road Home. "Protocols for Estimating Replacement Housing Costs v12." May 15, 2007.

Unified New Orleans Plan. Statistics from District 8, Chapter 3: Recovery Assessment Overview,

District 9, Chapter 3: Recovery Assessment Overview, and District 9, Appendix C: Complete District Recovery Assessment, January 2007.

University of New Orleans Real Estate Market Data Center & Center for Economic Development, Metropolitan New Orleans Real Estate Market Analysis, Katrina Edition, Vol. 38, May 2006.

University of New Orleans Real Estate Market Data Center & Center for Economic Development, Metropolitan New Orleans Real Estate Market Analysis, Rebuilding & Recovery Edition, Vol. 39, March 2007.

Unified New Orleans Plan "A Framework for Sustainable Resilience in the Lower Ninth Ward: Overview," January 2007.

Unified New Orleans Plan "A Framework for Sustainable Resilience in the Lower Ninth Ward:  Chapter 1- Introduction to the District," January 2007.

Unified New Orleans Plan "A Framework for Sustainable Resilience in the Lower Ninth Ward:  Chapter 3- Recovery Assessment Overview," January 2007.

Unified New Orleans Plan, "Districts 9, 10, 11:  Unified New Orleans Plan for Recovery and Rebuilding: Acknowledgments and Table of Contents," January 22, 2007.

Unified New Orleans Plan, "Districts 9, 10, 11:  Unified New Orleans Plan for Recovery and Rebuilding: Chapter 1- Introduction to the District," January 22, 2007.

Unified New Orleans Plan, "Districts 9, 10, 11:  Unified New Orleans Plan for Recovery and Rebuilding: Chapter 3- Recovery Assessment Overview," January 22, 2007.

AIR Worldwide Estimates Total Property Damage from Hurricane Katrina's Storm Surge and Flood at $44 Billion." AIR Worldwide Press Release, September 29, 2005.

Independent Levee Investigation Team, "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005", July 31, 2006.

U.S. Department of Housing and Urban Development's Office of Policy Development and Research, "Current Housing Unit Damage Estimates: Hurricanes Katrina, Rita, and Wilma, February 12, 2006.

Garritano, Anthony, "Investors put a stopper on AVMs: The "e" alternative still can't replace a live appraisal." Mortgage Technology, June 2007.

Fannie Mae, "Automated Valuation Models (AVMs)," available at https://www.efanniemae.com/sf/guides/ssg/relatedsellinginfo/avms/

Louisiana Recovery Authority, "Proposed Action Plan for the Use of Disaster Recovery Funds Allocated by P.L. 109-234," May 16, 2007.

The Road Home, "Protocols for Estimating Replacement Housing Costs v12," May 15, 2007.

State of Louisiana, Office of the Governor Press Release, "Governor Blanco announces Road Home changes; Home appraisal process to be streamlined, more accurate," December 20, 2006.

"Katrina recovery program burned by AVMs; "Road Home" will use appraisals instead," available at www.alamode.com/News/07/070104.aspx, January 4, 2007.

FEMA Release Number: HQ-05-280, "National Flood Insurance Program Announces Simplified Adjustment Process For Policyholders Affected By Hurricane Katrina," September 20, 2005.

Insurance Information Institute, "Hurricane Katrina Insurance FAQs" available at http://www.iii.org/media/hottopics/additional/katrina_faqs/

"Katrina's force changes insurance adjusters' tactics," available at http://www.bankrate.com/brm/news/insurance/20050913a1.asp

Warner, C., "Road Home Rethinks Appraisals," The Times-Picayune, December 21, 2006.

Yee, Amy, "Insurers Calculate $34b cost for Katrina," Financial Times, October 5, 2007.

Kuykendall. Lavonne and Stephen Wisnefski, "Katrina-Related Insurance Losses Estimated at $34B – Study," Dow Jones Commodities Service, October 4, 2007.


**Data**

New Orleans MLS database, available at http://nom.mlxchange.com

Greater New Orleans Community Data Center. "Zip Code Boundaries in New Orleans & Surrounding Parishes." 2005. http://www.gnocdc.org/maps/PDFs/zip_code.pdf

Greater New Orleans Community Data Center. "Neighborhood in Orleans Parish." 2005. http://www.gnocdc.org/mapping/docs/Neighborhood.pdf

U.S. Census Bureau Census 2000 data compilation by the Greater New Orleans Community Data Center. http://www.gnocdc.org/prekatrinasite.html

"St Bernard Parish, LA, Economic Fact Sheet," U.S. Bureau of the Census, 2002 Economic Census. http://www.census.gov/econ/census02/data/la/LA087.HTM


**Photographs**

WGI-CC-000464DNR

WGI-CC-000410DNR

WGI-CC-000001 to WGI-CC-000261

Pictures of Class Representatives' residences and video produced by Plaintiffs