# App. Tab 19A



2030 DICKORY AVENUE, SUITE 104, NEW ORLEANS, LA 70123    504-561-1131    504-733-6578    www.densoneng.com

8 October, 2007

William D. Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, Louisiana, 70130-3588

*File 14899C: MRGO - Katrina Canal Breaches - Civil Litigation USDC - Eastern District of Louisiana*
*Owner: Henry Earl Davis*
*Address: 7650 Morel Street*
*New Orleans, Louisiana*

Dear Mr. Treeby:

As requested, I have inspected a residence located at 7650 Morel Street, New Orleans, Louisiana. The purpose of the inspection was to evaluate damage to the residence claimed to have been caused during Hurricane Katrina on 29 August 2005. My activities included visual inspection of the residence, evaluating and cataloging of damages, taking of relative floor elevation measurements and digital photographs, and review of case documentation. I also observed neighboring properties from the outside. This is a report of my findings and conclusions.

**Review of Case Documents**
Documents reviewed included the following:

1. Color copies of photographs taken by myself and others during my inspection on 19 June 2007. These photographs accurately depict the matters shown in them.

2. Oral deposition given by Henry Earl Davis on 11 July 2007. In his deposition, Mr. Davis stated that, during the storm, the plastic boot on a vent pipe that penetrated the roof above his daughter's room split and water poured through the opening causing the ceiling in that room to collapse. He further stated that

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
7650 Morel Street
New Orleans, Louisiana
DEI: 14899C
8 October 2007
Page 2

---

he had some roof shingles blow off all around the roof, but he was able to get that damage patched. Mr. Davis stated that, after the storm, the bottom four feet of drywall was removed from the walls of all of the rooms in the residence with exception of his daughter's room where all of the drywall in the room was removed.

3. An *Elevation Certificate* prepared for 7650 Morel Street, New Orleans, Louisiana prepared by Richmond W. Krebs, L.S. of R.W. Krebs, LLC and dated 19 June 2007. The Survey had a value of -2.98 feet (NGVD) for the top of bottom floor, -3.58 feet for lowest elevation of machinery or equipment servicing the building, -3.81 feet for lowest adjacent grade and -3.08 feet for highest adjacent grade. Two color photographs of the residence were attached to the survey.

4. Report prepared by Richmond W. Krebs, L.S. of R. W. Krebs, LLC titled *Denson Engineers Flood Elevation Report* for 7650 Morel Street, New Orleans, Louisiana and dated 19 June 2007. The report gave elevation of water marks in the area of -2.16 feet and street elevation of 1.31 feet. Mr. Krebs stated that the only water mark found was on the post of the carport. Previous water marks found during surveys of other houses in the area last year found the average water level to be -1.40 feet. Based on water marks found by Krebs, the static water depth in the residence would have been 0.82 feet or just under 10 inches above the floor of the residence.

5. Report written by Richard D. Knabb, Jamie R. Rhome, and Daniel P. Brown of the National Hurricane Center titled *Tropical Cyclone Report, Hurricane Katrina, 23-30 August 2005* dated 20 December 2005 and updated 10 August 2006.

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
7650 Morel Street
New Orleans, Louisiana
DEI: 14899C
8 October 2007
Page 3

---

**Inspection**

I inspected the residence on Tuesday, 19 June 2007. Present during the inspection were William Marple, attorney representing the defendants; Michael Truax, real estate appraiser; a photographer engaged by defendants; and a surveyor. The residence faced Morel Street or, for purposes of this report, generally toward the east. The residence was a single story wood frame structure situated on a concrete slab foundation. The exterior walls were covered with brick veneer and the hip roof had 3-tab composition shingles. There was a sheet metal carport/patio cover attached to the north side of the home. The windows and the exterior doors of the residence were covered with steel burglar bar frames. The perimeters of the frames were bolted into the brick veneer of the exterior walls.

At the time of the inspection, the damage from the hurricane appeared to have been completely repaired. The following was noted during my inspection of the residence:

1. There were a number of cracks in the brick veneer covering the exterior walls. All of the cracks were hairline or slightly wider in width with exception of one vertical crack in the east wall of the living room. That crack had an opening width of about 3/32 inches and began at the top of the arched window and ran up to the soffit for a distance of about 5 inches. All of the hairline cracks appeared to be associated with installation of the steel framed burglar bars bolted into the brick veneer.

2. One of the metal tube posts supporting the carport/patio cover was buckled or bent toward the east at about 18 inches above the concrete pavement slab. The damaged post was in the northeast corner of the carport.

3. A static water mark located on the walls inside the return air plenum located in the hallway. The water mark was located about 12 inches above the floor slab level.

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
7650 Morel Street
New Orleans, Louisiana
DEI: 14899C
8 October 2007
Page 4

---

    4. A static water mark located along the painted base board in the hallway. The water mark was located about 2 inches above the ceramic tile covered flooring.

    5. Evidence that the textured ceiling over the toilet in the hall bathroom had been previously repaired.

    6. Separations between the hip rafters and the hip ridge located in the northern corner of the residence. This damage was viewed from the attic.

Relative floor elevation measurements taken with the floor in the northeast corner of the living room set as base zero. Measurements indicated that the floor level of the residence was substantially level with exception of the southeast and northeast corners of Bedroom #3 which were ¾ inch and ⅜ inch lower respectively. Bedroom #3 was located in the southeast corner of the residence. No other evidence of structural damage to the foundation or framing was noted.

Inspection of residences in the surrounding neighborhood revealed varying degrees of storm related damage, including some homes with significant wind related roof damage.

**Conclusions**
Based on information available, I offer the following:

    1. The damage to the Davis residence related to the passage of Hurricane Katrina was caused by a combination of flooding and wind.

    2. The cracks in the brick veneer, with exception of the damage above the living room window, were most likely associated with installation of the steel burglar bar frames over the windows and exterior doors of the residence. This damage was neither caused by nor aggravated by the hurricane.

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
7650 Morel Street
New Orleans, Louisiana
DEI: 14899C
8 October 2007
Page 5

---

3. The damage to the brick veneer over the living room window was most likely caused by slight differential settlement of the foundation slab. This degree of settlement is not uncommon in residences constructed in the manner and in the general area of the Davis' home. There is no evidence that the damage was caused by nor aggravated by the passage of the hurricane.

4. The separations between the roof rafters and the hip ridge in the northeast corner of the residence were most likely caused by wind.

I reserve the right to supplement this report should additional information become available. Should you have any questions, or if I can be of further assistance, please do not hesitate to contact me.

Very truly yours,

**DENSON ENGINEERS, INC.**

James R. Danner, Jr., P.E.
Principal Civil Engineer



# KREBS
## R.W. Krebs, LLC
### Professional Land Surveying
P.O. Box 8641 • Metairie, Louisiana 70011-8641
local: (504)889-9616    fax: (504) 889-0916    toll free: (877)837-9014

Latitude: 30°01'05.01"N
Longitude: 090°11'20.32"W

email: richmondk@krebssurvey.com

## DENSON ENGINEERS FLOOD ELEVATION REPORT

**DATE:** June 19, 2007

**ADDRESS:** 7650 Morel Street

**FLOOD ZONE:** A4

**BASE FLOOD ELEVATION:** -4.00 Feet

**COMMUNITY PANEL NUMBER:** 225203 0105 E

**DATE OF PANEL:** March 1, 1984

**1st FLOOR ELEVATION OF HOUSE:** -2.98 Feet

**AVERAGE GROUND ELEVATION ADJACENT TO HOUSE:** -3.50 Feet

**TYPE OF HOUSE (SLAB OR RAISED):** Slab

**ELEVATION OF WATER MARKS IN THE AREA:** -2.16 Feet

**STREET ELEVATION:** 1.31 Feet

**NATIONAL GEODETIC SURVEY BENCH MARK USED:** "ALCO"

**BENCH MARK ELEVATION:** 6.1 Feet (NAVD 88)

**COMMENTS:** The only water mark found in the area on the day of the survey was on the post of the carport. Previous water marks found during the surveys of other houses in the area last year found the average water level to be -1.40 feet.

Elevations shown hereon were determined by actual field surveying and are correct as of the date issued. The FIA Zone and Base Flood Elevation are, to the best of our knowledge, those in effect on the date of issue. Due to the variability of land subsidence according to the National Geodetic Survey, all of these elevations are subject to change over a period of time.

R.W. KREBS, L.L.C.

*[signature]*

BY: RICHMOND W. KREBS, PLS
LOUISIANA REGISTRATION NUMBER 4836

*[seal: STATE OF LOUISIANA — RICHMOND W. KREBS, REG. No. 4836, REGISTERED PROFESSIONAL LAND SURVEYOR]*

**JOB NUMBER:** 07-1803

U.S. DEPARTMENT OF HOMELAND SECURITY
Federal Emergency Management Agency
National Flood Insurance Program

# ELEVATION CERTIFICATE

OMB No. 1660-0008
Expires February 28, 2009

Important: Read the instructions on pages 1-8.

## SECTION A - PROPERTY INFORMATION

**For Insurance Company Use:**

A1. Building Owner's Name  DENSON ENGINEERS

Policy Number

A2. Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.
7650 MOREL ST.

Company NAIC Number

City  NEW ORLEANS  State  LA  ZIP Code  70128

A3. Property Description (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
LOT 39, SQUARE 2, RUE BIENVENU, THIRD DISTRICT, ORLEANS PARISH, LA

A4. Building Use (e.g., Residential, Non-Residential, Addition, Accessory, etc.)  RESIDENTIAL
A5. Latitude/Longitude: Lat. 30-03-56.3  Long. 89-56-56.8   Horizontal Datum: ☐ NAD 1927 ☒ NAD 1983
A6. Attach at least 2 photographs of the building if the Certificate is being used to obtain flood insurance.
A7. Building Diagram Number  1
A8. For a building with a crawl space or enclosure(s), provide:
  a) Square footage of crawl space or enclosure(s)  N/A sq ft
  b) No. of permanent flood openings in the crawl space or enclosure(s) walls within 1.0 foot above adjacent grade  N/A
  c) Total net area of flood openings in A8.b  N/A sq in
A9. For a building with an attached garage, provide:
  a) Square footage of attached garage  N/A sq ft
  b) No. of permanent flood openings in the attached garage walls within 1.0 foot above adjacent grade  N/A
  c) Total net area of flood openings in A9.b  N/A sq in

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

| B1. NFIP Community Name & Community Number | B2. County Name | B3. State |
|---|---|---|
| CITY OF NEW ORLEANS & ORLEANS PARISH-225203 | ORLEANS PARISH | LA |

| B4. Map/Panel Number | B5. Suffix | B6. FIRM Index Date | B7. FIRM Panel Effective/Revised Date | B8. Flood Zone(s) | B9. Base Flood Elevation(s) (Zone AO, use base flood depth) |
|---|---|---|---|---|---|
| 225203 0105 | E | 3/1/84 | 3/1/84 | A4 | -4.00' |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in Item B9.
☐ FIS Profile  ☒ FIRM  ☐ Community Determined  ☐ Other (Describe) _____

B11. Indicate elevation datum used for BFE in Item B9:  ☒ NGVD 1929  ☐ NAVD 1988  ☐ Other (Describe) _____

B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)?  ☐ Yes ☒ No
Designation Date _____  ☐ CBRS  ☐ OPA

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on:  ☐ Construction Drawings*  ☐ Building Under Construction*  ☒ Finished Construction
*A new Elevation Certificate will be required when construction of the building is complete.

C2. Elevations – Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO. Complete Items C2.a-g below according to the building diagram specified in Item A7.

Benchmark Utilized  ALCO   Vertical Datum  NAVD
Conversion/Comments  NONE

Check the measurement used.

a) Top of bottom floor (including basement, crawl space, or enclosure floor)  -2.98  ☒ feet ☐ meters (Puerto Rico only)
b) Top of the next higher floor  N/A  ☐ feet ☐ meters (Puerto Rico only)
c) Bottom of the lowest horizontal structural member (V Zones only)  N/A  ☐ feet ☐ meters (Puerto Rico only)
d) Attached garage (top of slab)  N/A  ☐ feet ☐ meters (Puerto Rico only)
e) Lowest elevation of machinery or equipment servicing the building  -3.58  ☒ feet ☐ meters (Puerto Rico only)
   (Describe type of equipment in Comments)
f) Lowest adjacent (finished) grade (LAG)  -3.81  ☒ feet ☐ meters (Puerto Rico only)
g) Highest adjacent (finished) grade (HAG)  -3.08  ☒ feet ☐ meters (Puerto Rico only)

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information. I certify that the information on this Certificate represents my best efforts to interpret the data available. I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.

☒ Check here if comments are provided on back of form.

Certifier's Name  RICHMOND W. KREBS       License Number  4836
Title  PRESIDENT       Company Name  R. W. KREBS PROFESSIONAL LAND SURVEYING
Address  P.O. BOX 8641      City  METAIRIE      State  LA   ZIP Code  70011
Signature _____  Date 6/_/07    Telephone  504-889-9616

[SEAL: STATE OF LOUISIANA – RICHMOND W. KREBS REG. No. 4836 – REGISTERED PROFESSIONAL LAND SURVEYOR]

FEMA Form 81-31, February 2006       See reverse side for continuation.       Replaces all previous editions.

**IMPORTANT:** In these spaces, copy the corresponding information from Section A.

Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.
7650 MOREL ST.

City NEW ORLEANS  State LA  ZIP Code 70128

For Insurance Company Use:
Policy Number
Company NAIC Number

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION (CONTINUED)

Copy both sides of this Elevation Certificate for (1) community official, (2) insurance agent/company, and (3) building owner.

Comments  TOP OF CURB ELEVATION: -4.91'
C3. e) A/C UNIT

Signature [signature]   Date 6/19/07

☒ Check here if attachments

## SECTION E - BUILDING ELEVATION INFORMATION (SURVEY NOT REQUIRED) FOR ZONE AO AND ZONE A (WITHOUT BFE)

For Zones AO and A (without BFE), complete Items E1-E5. If the Certificate is intended to support a LOMA or LOMR-F request, complete Sections A, B, and C. For Items E1-E4, use natural grade, if available. Check the measurement used. In Puerto Rico only, enter meters.

E1. Provide elevation information for the following and check the appropriate boxes to show whether the elevation is above or below the highest adjacent grade (HAG) and the lowest adjacent grade (LAG).
  a) Top of bottom floor (including basement, crawl space, or enclosure) is ____ . ____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
  b) Top of bottom floor (including basement, crawl space, or enclosure) is ____ . ____  ☐ feet ☐ meters ☐ above or ☐ below the LAG.
E2. For Building Diagrams 6-8 with permanent flood openings provided in Section A Items 8 and/or 9 (see page 8 of Instructions), the next higher floor (elevation C2.b in the diagrams) of the building is ____ . ____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
E3. Attached garage (top of slab) is ____ . ____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
E4. Top of platform of machinery and/or equipment servicing the building is ____ . ____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
E5. Zone AO only: If no flood depth number is available, is the top of the bottom floor elevated in accordance with the community's floodplain management ordinance?  ☐ Yes ☐ No ☐ Unknown. The local official must certify this information in Section G.

## SECTION F - PROPERTY OWNER (OR OWNER'S REPRESENTATIVE) CERTIFICATION

The property owner or owner's authorized representative who completes Sections A, B, and E for Zone A (without a FEMA-issued or community-issued BFE) or Zone AO must sign here. *The statements in Sections A, B, and E are correct to the best of my knowledge.*

Property Owner's or Owner's Authorized Representative's Name

Address   City   State   ZIP Code

Signature   Date   Telephone

Comments

☐ Check here if attachments

## SECTION G - COMMUNITY INFORMATION (OPTIONAL)

The local official who is authorized by law or ordinance to administer the community's floodplain management ordinance can complete Sections A, B, C (or E), and G of this Elevation Certificate. Complete the applicable item(s) and sign below. Check the measurement used in Items G8. and G9.

G1. ☐  The information in Section C was taken from other documentation that has been signed and sealed by a licensed surveyor, engineer, or architect who is authorized by law to certify elevation information. (Indicate the source and date of the elevation data in the Comments area below.)
G2. ☐  A community official completed Section E for a building located in Zone A (without a FEMA-issued or community-issued BFE) or Zone AO.
G3. ☐  The following information (Items G4.-G9.) is provided for community floodplain management purposes.

| G4. Permit Number | G5. Date Permit Issued | G6. Date Certificate Of Compliance/Occupancy Issued |
|---|---|---|
|  |  |  |

G7. This permit has been issued for:  ☐ New Construction  ☐ Substantial Improvement
G8. Elevation of as-built lowest floor (including basement) of the building: ____ . ____  ☐ feet ☐ meters (PR) Datum ____
G9. BFE or (in Zone AO) depth of flooding at the building site:  ____ . ____  ☐ feet ☐ meters (PR) Datum ____

Local Official's Name   Title

Community Name   Telephone

Signature   Date

Comments

☐ Check here if attachments

FEMA Form 81-31, February 2006   Replaces all previous editions

## Building Photographs
See Instructions for Item A6.

| | For Insurance Company Use: |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>7650 MOREL ST. | Policy Number |
| City NEW ORLEANS   State LA   ZIP Code 70128 | Company NAIC Number |

If using the Elevation Certificate to obtain NFIP flood insurance, affix at least two building photographs below according to the instructions for Item A6. Identify all photographs with: date taken; "Front View" and "Rear View"; and, if required, "Right Side View" and "Left Side View." If submitting more photographs than will fit on this page, use the Continuation Page, following.



## Building Photographs
Continuation Page

|  | For Insurance Company Use |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>7650 MOREL ST. | Policy Number |
| City NEW ORLEANS  State LA  ZIP Code 70128 | Company NAIC Number |

If submitting more photographs than will fit on the preceding page, affix the additional photographs below. Identify all photographs with: date taken; "Front View" and "Rear View"; and, if required, "Right Side View" and "Left Side View."

