# App. Tab 19B



DENSON ENGINEERS, INC.
CONSULTANTS

2030 DICKORY AVENUE, SUITE 104, NEW ORLEANS, LA 70123    504-561-1131    504-733-6578    www.densoneng.com

8 October, 2007

William D. Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, Louisiana, 70130-3588

*File 14899D: MRGO - Katrina Canal Breaches - Civil
Litigation USDC - Eastern District of Louisiana
Owner: Adolph and Glyn Wade
Address: 4719 Bundy Road
New Orleans, Louisiana*

Dear Mr. Treeby:

As requested, I have inspected a residence located at 4719 Bundy Road, New Orleans, Louisiana. The purpose of the inspection was to evaluate damage to the residence claimed to have been caused during Hurricane Katrina on 29 August 2005. My activities included visual inspection of the residence, evaluating and cataloging of damages, preparation of floor and roof plan sketches, taking of digital photographs, and review of case documentation. I also observed neighboring properties from the outside. This is a report of my findings and conclusions.

**Review of Case Documents**
Documents reviewed included the following:

1. Color copies of photographs taken by myself and others during my inspection on 19 June 2007. These photographs accurately depict the matters shown in them.

2. Oral deposition given by Glynn Wade on 10 July 2007. In her deposition, Ms. Wade stated that when she first returned home after the hurricane, she noted some of the bricks had been knocked off the front of her house and it looked like four feet of water or more had been inside. She further stated that there

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
4719 Bundy Road
New Orleans, Louisiana
DEI: 14899D
8 October 2007
Page 2

---

was some wind damage to the roof and that damage had been subsequently repaired for about $200.

3. An *Elevation Certificate* prepared for 4719 Bundy Road, New Orleans, Louisiana prepared by Richmond W. Krebs, L.S. of R.W. Krebs, LLC and dated 19 June 2007. The Survey had a value of -5.71 feet (NGVD) for the top of bottom  floor, -6.13 feet for lowest elevation of machinery or equipment servicing the building, -6.49 feet for lowest adjacent grade and -5.96 feet for highest adjacent grade. Two color photographs of the residence were attached to the survey.

4. Report prepared by Richmond W. Krebs, L.S. of R. W. Krebs, LLC titled *Denson Engineers Flood Elevation Report* for 4719 Bundy Road, New Orleans, Louisiana and dated 19 June 2007. The report gave elevation of water marks in the area of -1.85 feet and street elevation of -6.94 feet. Mr. Krebs stated that two water marks found were found on the property. The first water mark was found on the rear shed at -1.85 feet and the second on the right fence at -1.57 feet. Previous water marks found during surveys of other houses in the area last year found the average water level to be -1.40 feet. Based on water marks found by Krebs on the fence, the static water depth would have been 4.14 feet or about 49½ inches above the floor of the residence.

5. Report written by Richard D. Knabb, Jamie R. Rhome, and Daniel P. Brown of the National Hurricane Center titled, *Tropical Cyclone Report, Hurricane Katrina, 23-30 August 2005* dated 20 December 2005 and updated 10 August 2006.

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
4719 Bundy Road
New Orleans, Louisiana
DEI: 14899D
8 October 2007
Page 3

---

**Inspection**

I inspected the residence on Tuesday, 19 June 2007.  Present during the inspection were William Marple, attorney representing the defendants;  Michael Truax, real estate appraiser; a photographer; and a surveyor.  The residence faced Bundy Road or, for purposes of this report, generally toward the west.  The residence was a single story wood frame structure situated on a concrete slab foundation.  The exterior walls were covered with a combination of brick veneer and painted T-111 type wood panel siding.  The residence had a hip roof covered with asphaltic 3-tab composition shingles with terra cotta ridge caps.  There was a carport attached to the southern side of the home at its southwest corner.  The interior walls and ceilings of the residence were covered with painted gypsum wall board.  The floors were covered with a combination of ceramic tiles and carpet.  There was an addition attached to the rear/eastern side of the residence.  The addition was also wood framed and situated on a concrete slab foundation. The exterior walls of the addition were covered with painted T-111 type wood siding and had a low slope membrane type roof.

At the time of my inspection, the damage from the hurricane appeared to have been completely repaired.  The following was noted during my inspection of the residence:

1. There was a 1/16 wide diagonal crack in the brick veneer of the west exterior wall of the living room.  The crack ran from the lower right corner of the window down and to the right to the foundation slab for a distance of about 3 feet.

2. There was no apparent structural damage to the framing of the residence or to its foundation.  The roof framing was inspected from the attic.

Inspection of residences in the surrounding neighborhood revealed varying degrees of storm related damage, including some homes with significant wind related roof damage.

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
4719 Bundy Road
New Orleans, Louisiana
DEI: 14899D
8 October 2007
Page 4

---

**Conclusions**

Based on information available, I offer the following:

1. The damage to the Wade residence related to the passage of Hurricane Katrina was caused by a combination of flooding and wind.

2. The crack in the brick veneer under the living room window was most likely caused by differential settlement of the foundation slab. This degree of settlement is not uncommon in residences constructed in the manner and in the general area of the Wade's home. There is no evidence that the damage was caused by nor aggravated by the passage of the hurricane.

I reserve the right to supplement this report should additional information become available. Should you have any questions, or if I can be of further assistance, please do not hesitate to contact me.

Very truly yours,

**DENSON ENGINEERS, INC.**

James R. Danner, Jr., P.E.
Principal Civil Engineer



# KREBS

### R.W. Krebs, LLC
### Professional Land Surveying
P.O. Box 8641  •  Metairie, Louisiana 70011-8641
local: (504)889-9616    fax: (504) 889-0916    toll free: (877)837-9014

Latitude: 30°01'05.01"N
Longitude: 090°11'20.32"W

email: richmondk@krebssurvey.com

## *DENSON ENGINEERS FLOOD ELEVATION REPORT*

**DATE:** June 19, 2007

**ADDRESS:** 4719 Bundy Road

**FLOOD ZONE:** A4

**BASE FLOOD ELEVATION:** -4.00 Feet

**COMMUNITY PANEL NUMBER:** 225203 0115 E

**DATE OF PANEL:** March 1, 1984

**1st FLOOR ELEVATION OF HOUSE:** -5.71 Feet

**AVERAGE GROUND ELEVATION ADJACENT TO HOUSE:** -6.20 Feet

**TYPE OF HOUSE (SLAB OR RAISED):** Slab

**ELEVATION OF WATER MARKS IN THE AREA:** -1.85 Feet

**STREET ELEVATION:** -6.94 Feet

**NATIONAL GEODETIC SURVEY BENCH MARK USED:** "ALCO"

**BENCH MARK ELEVATION:** 6.1 Feet (NAVD 88)

**COMMENTS:** There were two water marks found on this property. One on the rear shed at -1.85 feet and one on the right fence at -1.57 feet. Previous water marks found during the surveys of other houses in the area last year found the average water level to be -1.40 feet.

Elevations shown hereon were determined by actual field surveying and are correct as of the date issued.  The FIA Zone and Base Flood Elevation are, to the best of our knowledge, those in effect on the date of issue.  Due to the variability of land subsidence according to the National Geodetic Survey, all of these elevations are subject to change over a period of time.

**R.W. KREBS, L.L.C.**

*Richmond W. Krebs*

STATE OF LOUISIANA
RICHMOND W. KREBS
REG. No. 4836
REGISTERED
PROFESSIONAL
LAND SURVEYOR

**BY: RICHMOND W. KREBS, PLS**
**LOUISIANA REGISTRATION NUMBER 4836**

**JOB NUMBER:** 07-1804

U.S. DEPARTMENT OF HOMELAND SECURITY
Federal Emergency Management Agency
National Flood Insurance Program

# ELEVATION CERTIFICATE

OMB No. 1660-0008
Expires February 28, 2009

Important: Read the instructions on pages 1-8.

## SECTION A - PROPERTY INFORMATION

| | For Insurance Company Use: |
|---|---|
| A1. Building Owner's Name  DENSON ENGINEERS | Policy Number |
| A2. Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>4719 BUNDY RD.<br><br>City  NEW ORLEANS   State  LA   ZIP Code  70127 | Company NAIC Number |

A3. Property Description (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
LOT 158, SQUARE 7, EVANGELINE OAKS, 3RD DISTRICT, ORLEANS PARISH, LA

A4. Building Use (e.g., Residential, Non-Residential, Addition, Accessory, etc.)  RESIDENTIAL
A5. Latitude/Longitude: Lat. 30-01-15.4  Long. 89-58-44.4         Horizontal Datum:  ☐ NAD 1927  ☒ NAD 1983
A6. Attach at least 2 photographs of the building if the Certificate is being used to obtain flood insurance.
A7. Building Diagram Number  1
A8. For a building with a crawl space or enclosure(s), provide
 a) Square footage of crawl space or enclosure(s)  N/A sq ft
 b) No. of permanent flood openings in the crawl space or
    enclosure(s) walls within 1.0 foot above adjacent grade  N/A
 c) Total net area of flood openings in A8.b  N/A  sq in

A9. For a building with an attached garage, provide
 a) Square footage of attached garage  N/A  sq ft
 b) No. of permanent flood openings in the attached garage
    walls within 1.0 foot above adjacent grade  N/A
 c) Total net area of flood openings in A9.b  N/A  sq in

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

| B1. NFIP Community Name & Community Number<br>CITY OF NEW ORLEANS & ORLEANS PARISH-225203 | B2. County Name<br>ORLEANS PARISH | B3. State<br>LA |
|---|---|---|

| B4. Map/Panel Number | B5. Suffix | B6. FIRM Index Date | B7. FIRM Panel Effective/Revised Date | B8. Flood Zone(s) | B9. Base Flood Elevation(s) (Zone AO, use base flood depth) |
|---|---|---|---|---|---|
| 225203 0115 | E | 3/1/84 | 3/1/84 | A4 | -4.0' |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in Item B9.
☐ FIS Profile   ☒ FIRM   ☐ Community Determined   ☐ Other (Describe) _____

B11. Indicate elevation datum used for BFE in Item B9:  ☒ NGVD 1929  ☐ NAVD 1988  ☐ Other (Describe) _____

B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)?   ☐ Yes   ☒ No
 Designation Date _____      ☐ CBRS   ☐ OPA

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on:   ☐ Construction Drawings*   ☐ Building Under Construction*   ☒ Finished Construction
 *A new Elevation Certificate will be required when construction of the building is complete.

C2. Elevations – Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO. Complete Items C2.a-g
 below according to the building diagram specified in Item A7.

 Benchmark Utilized  ALCO  Vertical Datum  NAVD

 Conversion/Comments  NONE

Check the measurement used.

| | | |
|---|---|---|
| a) Top of bottom floor (including basement, crawl space, or enclosure floor) | -5.71 | ☒ feet ☐ meters (Puerto Rico only) |
| b) Top of the next higher floor | N/A | ☐ feet ☐ meters (Puerto Rico only) |
| c) Bottom of the lowest horizontal structural member (V Zones only) | N/A | ☐ feet ☐ meters (Puerto Rico only) |
| d) Attached garage (top of slab) | N/A | ☐ feet ☐ meters (Puerto Rico only) |
| e) Lowest elevation of machinery or equipment servicing the building (Describe type of equipment in Comments) | -6.13 | ☒ feet ☐ meters (Puerto Rico only) |
| f) Lowest adjacent (finished) grade (LAG) | -6.49 | ☒ feet ☐ meters (Puerto Rico only) |
| g) Highest adjacent (finished) grade (HAG) | -5.96 | ☒ feet ☐ meters (Puerto Rico only) |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information. *I certify that the information on this Certificate represents my best efforts to interpret the data available. I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.*

☒ Check here if comments are provided on back of form.

| | |
|---|---|
| Certifier's Name  RICHMOND W. KREBS | License Number 4836 |
| Title PRESIDENT | Company Name  R. W. KREBS PROFESSIONAL LAND SURVEYING |
| Address  P.O. BOX 8641 | City  METAIRIE   State LA   ZIP Code 70011 |
| Signature  [signature]   Date 8/9/07 | Telephone  504-889-9816 |

[seal: STATE OF LOUISIANA / RICHMOND W. KREBS / REG. No. 4836 / REGISTERED PROFESSIONAL LAND SURVEYOR]

FEMA Form 81-31, February 2006        See reverse side for continuation.        Replaces all previous editions

| IMPORTANT: In these spaces, copy the corresponding information from Section A. | For insurance Company Use: |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>4719 BUNDY RD | Policy Number |
| City NEW ORLEANS  State  LA  ZIP Code  70127 | Company NAIC Number |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION (CONTINUED)

Copy both sides of this Elevation Certificate for (1) community official, (2) insurance agent/company, and (3) building owner.

Comments  TOP OF CURB ELEVATION: -7.04' / STREET ELEVATION: -6.94'
C3. e) A/C UNIT

Signature _Richmond W. K_____    Date  6-19-07          ☒ Check here if attachments

## SECTION E - BUILDING ELEVATION INFORMATION (SURVEY NOT REQUIRED) FOR ZONE AO AND ZONE A (WITHOUT BFE)

For Zones AO and A (without BFE), complete Items E1-E5. If the Certificate is intended to support a LOMA or LOMR-F request, complete Sections A, B and C. For Items E1-E4, use natural grade, if available. Check the measurement used. In Puerto Rico only, enter meters.

E1. Provide elevation information for the following and check the appropriate boxes to show whether the elevation is above or below the highest adjacent grade (HAG) and the lowest adjacent grade (LAG).

    a) Top of bottom floor (including basement, crawl space, or enclosure) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

    b) Top of bottom floor (including basement, crawl space, or enclosure) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the LAG

E2. For Building Diagrams 6-8 with permanent flood openings provided in Section A Items 8 and/or 9 (see page 8 of instructions), the next higher floor (elevation C2.b in the diagrams) of the building is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E3. Attached garage (top of slab) is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E4. Top of platform of machinery and/or equipment servicing the building is ____.____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E5. Zone AO only: If no flood depth number is available, is the top of the bottom floor elevated in accordance with the community's floodplain management ordinance? ☐ Yes ☐ No ☐ Unknown. The local official must certify this information in Section G.

## SECTION F - PROPERTY OWNER (OR OWNER'S REPRESENTATIVE) CERTIFICATION

The property owner or owner's authorized representative who completes Sections A, B, and E for Zone A (without a FEMA-issued or community-issued BFE) or Zone AO must sign here. *The statements in Sections A, B, and E are correct to the best of my knowledge.*

Property Owner's or Owner's Authorized Representative's Name

| Address | City | State | ZIP Code |
|---|---|---|---|
| Signature | Date | Telephone | |

Comments

☐ Check here if attachments

## SECTION G - COMMUNITY INFORMATION (OPTIONAL)

The local official who is authorized by law or ordinance to administer the community's floodplain management ordinance can complete Sections A, B, C (or E), and G of this Elevation Certificate. Complete the applicable item(s) and sign below. Check the measurement used in Items G8. and G9.

G1. ☐ The information in Section C was taken from other documentation that has been signed and sealed by a licensed surveyor, engineer, or architect who is authorized by law to certify elevation information. (Indicate the source and date of the elevation data in the Comments area below.)

G2. ☐ A community official completed Section E for a building located in Zone A (without a FEMA-issued or community-issued BFE) or Zone AO.

G3. ☐ The following information (Items G4.-G9.) is provided for community floodplain management purposes.

| G4. Permit Number | G5. Date Permit Issued | G6. Date Certificate Of Compliance/Occupancy Issued |
|---|---|---|
| | | |

G7. This permit has been issued for:  ☐ New Construction  ☐ Substantial Improvement

G8. Elevation of as-built lowest floor (including basement) of the building: ____.____ ☐ feet ☐ meters (PR) Datum ____

G9. BFE or (in Zone AO) depth of flooding at the building site: ____.____ ☐ feet ☐ meters (PR) Datum ____

| Local Official's Name | Title |
|---|---|
| Community Name | Telephone |
| Signature | Date |

Comments

☐ Check here if attachments

Replaces all previous editions

# Building Photographs
See Instructions for Item A6.

| | For Insurance Company Use |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>4719 BUNDY RD. | Policy Number |
| City  NEW ORLEANS    State  LA   ZIP Code   70127 | Company NAIC Number |

If using the Elevation Certificate to obtain NFIP flood insurance, affix at least two building photographs below according to the instructions for Item A6. Identify all photographs with: date taken; "Front View" and "Rear View"; and, if required, "Right Side View" and "Left Side View." If submitting more photographs than will fit on this page, use the Continuation Page following.



# Building Photographs
### Continuation Page

| | For Insurance Company Use |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No. 4719 BUNDY RD. | Policy Number |
| City NEW ORLEANS   State LA   ZIP Code 70127 | Company NAIC Number |

If submitting more photographs than will fit on the preceding page, affix the additional photographs below. Identify all photographs with: date taken; "Front View" and "Rear View"; and, if required, "Right Side View" and "Left Side View."

