# App. Tab 19C



2030 DICKORY AVENUE, SUITE 104, NEW ORLEANS, LA 70123    504-561-1131    504-733-6578    www.densoneng.com

8 October, 2007

William D. Treeby, Esquire
Carmelite, M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, Louisiana, 70130-3588

*File 14899B:  MRGO - Katrina Canal Breaches - Civil Litigation USDC - Eastern District of Louisiana*
*Owner:  Kenneth Armstrong*
*Address: 4016 Hamlet Drive*
*Chalmette, Louisiana*

Dear Mr. Treeby:

As requested, I have inspected the remnants of the Armstrong residence at 4016 Hamlet Drive, Chalmette, Louisiana.  The purpose of the inspection was to evaluate damage to the residence claimed to have been caused during Hurricane Katrina on 29 August 2005.  My activities included visual inspection of remnants of the residence, evaluating and cataloging of damages, preparation of a foundation slab plan sketch with measurements, taking of digital photographs, and review of case documentation.  I also observed neighboring properties from the outside.  This is a report of my findings and conclusions.

**Review of Case Documents**

Documents reviewed included the following:

1. Depositions of Kenneth P. Armstrong and Jeannine B. Armstrong taken 9 July 2007.  In his deposition, Mr. Armstrong stated that some of the roof shingles came off as a result of wind.

2. Color copies of photographs taken by myself and others during my inspection on 18 June 2007.  These photographs accurately depict the matter shown in them.

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
4016 Hamlet Drive
Chalmette, Louisiana
DEI: 14899B
8 October 2007
Page 2

---

3. Liberty Mutual's Claim File for subject property.  Liberty Mutual determined that wind or wind related damages required replacement of the roof and gutters along the east, west and south elevations, replacement of roof vents and chimney and replacement of exterior fences.  Liberty Mutual also determined that the ceiling coverings, ceiling insulation and HVAC ducts in the attic were damaged as a result of wind.

4. An *Elevation Certificate* prepared for 4016 Hamlet Drive, Chalmette, Louisiana prepared by Richmond W. Krebs, L.S. of R.W. Krebs, LLC and dated 18 July 2007.  The Survey had a value of -1.99 feet (NGVD) for the top of bottom floor, -2.46 for top of slab of attached garage, -2.58 feet for lowest adjacent grade and -2.36 feet for highest adjacent grade.  Two color photographs of the residence were attached to the survey.

5. Report prepared by Richmond W. Krebs, L.S. of R. W. Krebs, LLC titled *Denson Engineers Flood Elevation Report* for 4016 Hamlet Drive, Chalmette, Louisiana and dated 18 July 2007.  The report gave an elevation of water marks in the area of 4.06 feet and street elevation of -3.70 feet.  Mr. Krebs stated that the high water mark was found on the right side of the house.  Based on water marks found by Krebs, the static water depth in the residence would have been approximately 6 feet above the floor of the residence.

6. Report written by Richard D. Knabb, Jamie R. Rhome, and Daniel P. Brown of the National Hurricane Center titled, *Tropical Cyclone Report, Hurricane Katrina, 23-30 August 2005* dated 20 December 2005 and was updated 10 August 2006.

**Inspection**

I inspected the residence on Monday, 18 June 2007.  Present during the inspection were William Marple, attorney representing the defendants; Michael Truax, real estate appraiser; a

William Treeby, Esquire
Carmelite M. Bertaut, Esquire
Stone Pigman Walther Wittman LLC
4016 Hamlet Drive
Chalmette, Louisiana
DEI: 14899B
8 October 2007
Page 3

---

photographer; and a surveyor.  The residence faced Hamlet Drive or, for purposes of this report, generally toward the east.  It is my understanding, from review of depositions of Mr. and Mrs. Armstrong and review of the Liberty Mutual claim file, that the residence had been a single story wood frame structure situated on a concrete slab foundation.  The exterior walls had been covered with brick veneer and had a hip roof covered with 3-tab composition shingles.  The interior walls and ceilings had been covered with gypsum board.

At the time of my inspection, the structure had been demolished and all that remained was the concrete slab.

Inspection of residences in the surrounding neighborhood revealed varying degrees of storm related damage, including some homes with significant wind related roof damage.

**Conclusions**

Based on information available, I offer that damages to the Armstrong residence related to the passage of Hurricane Katrina were caused by a combination of flooding and wind.

I reserve the right to supplement this report should additional information become available. Should you have any questions, or if I can be of further assistance, please do not hesitate to contact me.

    Very truly yours,

    **DENSON ENGINEERS, INC.**


    James R. Danner, Jr., P.E.
    Principal Civil Engineer



# KREBS

**R.W. Krebs, LLC**
**Professional Land Surveying**
P.O. Box 8641 • Metairie, Louisiana 70011-8641
local: (504)889-9616    fax: (504) 889-0916    toll free: (877)837-9014

Latitude: 30°01'05.01"N
Longitude: 090°11'20.32"W

email: richmondk@krebssurvey.com

## DENSON ENGINEERS FLOOD ELEVATION REPORT

**DATE:** June 18, 2007

**ADDRESS:** 4016 Hamlet Drive

**FLOOD ZONE:** A3

**BASE FLOOD ELEVATION:** -0.5' Feet

**COMMUNITY PANEL NUMBER:** 225204 0280 C

**DATE OF PANEL:** March 4, 1987

**1st FLOOR ELEVATION OF HOUSE:** -1.99 Feet

**AVERAGE GROUND ELEVATION ADJACENT TO HOUSE:** -2.40 Feet

**TYPE OF HOUSE (SLAB OR RAISED):** Slab

**ELEVATION OF WATER MARKS IN THE AREA:** 4.06 Feet

**STREET ELEVATION:** -3.70 Feet

**NATIONAL GEODETIC SURVEY BENCH MARK USED:** "ALCO"

**BENCH MARK ELEVATION:** 6.1 Feet (NAVD 88)

**COMMENTS:** There was only one water mark found on the right side of the house at 4.06 feet.

Elevations shown hereon were determined by actual field surveying and are correct as of the date issued. The FIA Zone and Base Flood Elevation are, to the best of our knowledge, those in effect on the date of issue. Due to the variability of land subsidence according to the National Geodetic Survey, all of these elevations are subject to change over a period of time.

R.W. KREBS, L.L.C.



BY: RICHMOND W. KREBS, PLS
LOUISIANA REGISTRATION NUMBER 4836

**JOB NUMBER:** 07-1807

| U.S. DEPARTMENT OF HOMELAND SECURITY | **ELEVATION CERTIFICATE** | OMB No. 1660-0008 |
|---|---|---|
| Federal Emergency Management Agency | | Expires February 28, 2009 |
| National Flood Insurance Program | Important: Read the instructions on pages 1-8. | |

## SECTION A - PROPERTY INFORMATION

| | For Insurance Company Use: |
|---|---|
| A1. Building Owner's Name  DENSON ENGINEERS | Policy Number |
| A2. Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>4016 HAMLET DR. | Company NAIC Number |
| City  CHALMETTE    State  LA   ZIP Code  70043 | |

A3. Property Description (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
LOT 724, SQ. 23, BUCCANEER VILLA NORTH, ST. BERNARD PARISH, LA

A4. Building Use (e.g., Residential, Non-Residential, Addition, Accessory, etc.)  RESIDENTIAL
A5. Latitude/Longitude: Lat. 29-57-46.7  Long. 89-58-14.9      Horizontal Datum:  ☐ NAD 1927  ☒ NAD 1983
A6. Attach at least 2 photographs of the building if the Certificate is being used to obtain flood insurance.
A7. Building Diagram Number  1
A8. For a building with a crawl space or enclosure(s), provide
  a) Square footage of crawl space or enclosure(s)  N/A sq ft
  b) No. of permanent flood openings in the crawl space or
     enclosure(s) walls within 1.0 foot above adjacent grade  N/A
  c) Total net area of flood openings in A8.b  N/A sq in
A9. For a building with an attached garage, provide:
  a) Square footage of attached garage  270 sq ft
  b) No. of permanent flood openings in the attached garage
     walls within 1.0 foot above adjacent grade  N/A
  c) Total net area of flood openings in A9.b  N/A sq in

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

| B1. NFIP Community Name & Community Number<br>UNINCORPORATED ST. BERNARD PARISH - 225204 | B2. County Name<br>ST. BERNARD PARISH | B3. State<br>LA |
|---|---|---|

| B4. Map/Panel Number | B5. Suffix | B6. FIRM Index Date | B7. FIRM Panel Effective/Revised Date | B8. Flood Zone(s) | B9. Base Flood Elevation(s) (Zone AO, use base flood depth) |
|---|---|---|---|---|---|
| 225204 0280 | C | 3/4/87 | 3/4/87 | A3 | -0.5' |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in Item B9.
   ☐ FIS Profile    ☒ FIRM    ☐ Community Determined    ☐ Other (Describe) _____
B11. Indicate elevation datum used for BFE in Item B9:  ☒ NGVD 1929  ☐ NAVD 1988  ☐ Other (Describe) _____
B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)?  ☐ Yes  ☒ No
   Designation Date _____   ☐ CBRS   ☐ OPA

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on:  ☐ Construction Drawings*  ☐ Building Under Construction*  ☒ Finished Construction
   *A new Elevation Certificate will be required when construction of the building is complete.
C2. Elevations – Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO. Complete Items C2.a-g
   below according to the building diagram specified in Item A7.
   Benchmark Utilized  ALCO  Vertical Datum  NAVD
   Conversion/Comments  NONE

Check the measurement used.

| | | | |
|---|---|---|---|
| a) | Top of bottom floor (including basement, crawl space, or enclosure floor) | -1.99 | ☒ feet ☐ meters (Puerto Rico only) |
| b) | Top of the next higher floor | N/A. | ☐ feet ☐ meters (Puerto Rico only) |
| c) | Bottom of the lowest horizontal structural member (V Zones only) | N/A. | ☐ feet ☐ meters (Puerto Rico only) |
| d) | Attached garage (top of slab) | -2.46 | ☒ feet ☐ meters (Puerto Rico only) |
| e) | Lowest elevation of machinery or equipment servicing the building<br>(Describe type of equipment in Comments) | *4.06 | ☒ feet ☐ meters (Puerto Rico only) |
| f) | Lowest adjacent (finished) grade (LAG) | -2.58 | ☒ feet ☐ meters (Puerto Rico only) |
| g) | Highest adjacent (finished) grade (HAG) | -2.36 | ☒ feet ☐ meters (Puerto Rico only) |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation
information. *I certify that the information on this Certificate represents my best efforts to interpret the data available.
I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.*

☒ Check here if comments are provided on back of form.

Certifier's Name  RICHMOND W. KREBS, PLS           License Number  4836
Title  PRESIDENT               Company Name  R.W. KREBS, LLC
Address  P.O. BOX 8641    City  METAIRIE        State LA    ZIP Code 70011
Signature _[signature]_    Date 6/18/07   Telephone 504-889-9616

[SEAL: STATE OF LOUISIANA — RICHMOND W. KREBS, REG. No. 4836, REGISTERED PROFESSIONAL LAND SURVEYOR]

FEMA Form 81-31, February 2006           See reverse side for continuation.           Replaces all previous editions

| IMPORTANT: In these spaces, copy the corresponding information from Section A. | For Insurance Company Use: |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>4016 HAMLET DR. | Policy Number |
| City CHALMETTE    State LA  ZIP Code   70043 | Company NAIC Number |

### SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION (CONTINUED)

Copy both sides of this Elevation Certificate for (1) community official, (2) insurance agent/company, and (3) building owner.

Comments   TOP OF CURB: -3.70' / STREET ELEVATION:  -3.91'

C2. e) * ELEVATION OF WATERLINE ON HOUSE ON RIGHT SIDE

Signature  [signature]                                    Date  6/18/07

☒ Check here if attachments

### SECTION E - BUILDING ELEVATION INFORMATION (SURVEY NOT REQUIRED) FOR ZONE AO AND ZONE A (WITHOUT BFE)

For Zones AO and A (without BFE), complete Items E1-E5. If the Certificate is intended to support a LOMA or LOMR-F request, complete Sections A, B, and C. For Items E1-E4, use natural grade, if available. Check the measurement used. In Puerto Rico only, enter meters.

E1. Provide elevation information for the following and check the appropriate boxes to show whether the elevation is above or below the highest adjacent grade (HAG) and the lowest adjacent grade (LAG).
  a) Top of bottom floor (including basement, crawl space, or enclosure) is _____._____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
  b) Top of bottom floor (including basement, crawl space, or enclosure) is _____._____  ☐ feet ☐ meters ☐ above or ☐ below the LAG.
E2. For Building Diagrams 6-8 with permanent flood openings provided in Section A Items 8 and/or 9 (see page 8 of Instructions), the next higher floor (elevation C2.b in the diagrams) of the building is _____._____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
E3. Attached garage (top of slab) is _____._____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
E4. Top of platform of machinery and/or equipment servicing the building is _____._____  ☐ feet ☐ meters ☐ above or ☐ below the HAG.
E5. Zone AO only: If no flood depth number is available, is the top of the bottom floor elevated in accordance with the community's floodplain management ordinance?    ☐ Yes   ☐ No   ☐ Unknown.  The local official must certify this information in Section G.

### SECTION F - PROPERTY OWNER (OR OWNER'S REPRESENTATIVE) CERTIFICATION

The property owner or owner's authorized representative who completes Sections A, B, and E for Zone A (without a FEMA-issued or community-issued BFE) or Zone AO must sign here. *The statements in Sections A, B, and E are correct to the best of my knowledge.*

Property Owner's or Owner's Authorized Representative's Name

| Address | City | State | ZIP Code |
|---|---|---|---|
| Signature | Date | Telephone | |

Comments

☐ Check here if attachments

### SECTION G - COMMUNITY INFORMATION (OPTIONAL)

The local official who is authorized by law or ordinance to administer the community's floodplain management ordinance can complete Sections A, B, C (or E), and G of this Elevation Certificate. Complete the applicable item(s) and sign below. Check the measurement used in Items G8. and G9.

G1. ☐  The information in Section C was taken from other documentation that has been signed and sealed by a licensed surveyor, engineer, or architect who is authorized by law to certify elevation information. (Indicate the source and date of the elevation data in the Comments area below.)
G2. ☐  A community official completed Section E for a building located in Zone A (without a FEMA-issued or community-issued BFE) or Zone AO.
G3. ☐  The following information (Items G4.-G9.) is provided for community floodplain management purposes.

| G4. Permit Number | G5. Date Permit Issued | G6. Date Certificate Of Compliance/Occupancy Issued |
|---|---|---|

G7. This permit has been issued for:    ☐ New Construction   ☐ Substantial Improvement
G8. Elevation of as-built lowest floor (including basement) of the building: _____._____  ☐ feet ☐ meters (PR) Datum _____
G9. BFE or (in Zone AO) depth of flooding at the building site:  _____._____  ☐ feet ☐ meters (PR) Datum _____

Local Official's Name                                                Title

Community Name                                                       Telephone

Signature                                                            Date

Comments

☐ Check here if attachments

EMA Form 81-31, February 2006                                                         Replaces all previous editions