# App. Tab 21

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES    CIVIL ACTION

CONSOLIDATED LITIGATION          NO. 05-4182 K2

                                 JUDGE DUVAL

PERTAINS TO LEVEE AND MRGO       MAG. WILKINSON


(V O L U M E   I)


     Deposition of MICHAEL W. TRUAX, MAI, given in both the levees and MRGO cases, at the offices of Stone, Pigman, Walther, Wittmann, LLC, 546 Carondelet Street, New Orleans, Louisiana 70130-3588, on September 26th, 2007.


REPORTED BY:

     JOSEPH A. FAIRBANKS, JR., CCR, RPR

     CERTIFIED COURT REPORTER #75005

1    Q.   And what is the relevance of that?
2    A.   Well, that the -- that consideration
3    has to be accounted for in assessing value
4    impact.  There could -- you know, many
5    properties in the levee class area probably had
6    an increase in value, they weren't damaged at
7    all, in fact they had a value enhancement as a
8    consequence of all the events associated with
9    Hurricane Katrina.
10   Q.   Okay.  Now, the mass appraisal
11   technique being proposed in this case would not
12   be utilized to quantify business income or
13   rental income loss.  You understand that?
14   A.   If that's -- you're telling me that
15   that's what I guess Dr. Kilpatrick proposes,
16   that he's not going to use it for that, I
17   believe you.
18   Q.   But what I'm trying to understand, I
19   think I understand, is that the reason you're
20   mentioning the high rents is that if we were to
21   analyze this diminution in value possibility
22   post-Katrina, you're saying we would have to
23   take into account the fact that post-Katrina
24   income producing properties are earning more
25   money than before Katrina?