# App. Tab 22



US Army Corps of Engineers®

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume III – The Hurricane Protection System

22 August 2007

**FINAL**



Volume III concludes with a section describing the post-Katrina changes to the hurricane protection projects and a listing of all references used for the volume. An appendix contains a detailed history of the hurricane protection canals.

To broadly summarize the information in this volume, the following four sub-questions to IPET Question 1 with responses are listed below. This volume contains a voluminous amount of technical data. It would not be possible to provide a thorough summary in this concise executive summary. For this purpose, Section 3.2 of this volume, the hurricane protection system, contains a more comprehensive design overview by technical discipline of the report information.

### a. What were the design assumptions and as-built characteristics of the primary components of the flood protection system?

For each of the three hurricane protection projects, a design hurricane was selected that served as the basis for the hydraulic and hydrology (H&H) design of the plan of the project. It was assumed that the design hurricane would approach a given project site from a critical path, and at such rate of movement, to produce the highest hurricane surge hydrograph for that characteristic storm, considering pertinent hydraulic characteristics of the area.

For Lake Pontchartrain and Vicinity and West Bank and Vicinity projects, the standard project hurricane (SPH) was selected as the design hurricane because of the urban nature of the project area. For New Orleans to Venice project, the design hurricane was a hurricane that would produce a 100-year surge elevation; the meteorological parameters used for this storm were derived from SPH parameters. Meteorological parameters for the SPH storm were developed by the U.S. Weather Bureau (now the National Weather Service); the parameters valid at the time of project authorization were used to calculate wind speeds for the design storms. A general wind tide equation, calibrated to observed high water marks from three storms along the Mississippi gulf coast, was used to compute wind tide levels, after verifying with data from two storms along the Louisiana coast, including Hurricane Betsy. Adjustments were made to the wind tide levels to consider surge, setup, tide, and runoff from rainfall in lakes, the effects of marshland where protection projects were a considerable distance from the coastline and, in the case of the three outfall canals in Orleans East Bank, the effects of bridges and runoff that is pumped into the canals.

For surge propagating up the Mississippi River, a bathystrophic storm surge technique was used to compute surge along the river. The procedure was validated with observed data from Hurricane Betsy.

Where wave runup was considered to be present, wave runup for the significant wave was computed with methodology available at the time of project authorization. For Lake Pontchartrain and Vicinity and New Orleans to Venice projects, the methodology was based on interpolation of model study data developed by Saville. For the West Bank and Vicinity project, wave runup was computed using procedures found in the 1984 *Shore Protection Manual*. Wave runup was added to the wind tide level to get the design elevation. Where wave runup was not computed, freeboard levels of 1, 2, or 3 ft were added to the wind tide level to get the design elevation.



# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume IV – The Storm

26 March 2007

**FINAL**



water level of 15.5 ft at 1315 UTC (8:15 a.m. CDT, the low spot in the levee would have began overtopping at about 1100 UTC (6:00 a.m. CDT) and likely earlier because of wave activity (Figure 129). Also, according to the extrapolated Paris Road USGS gauge, the overtopping of the 13-ft levee would have began about 1130 UTC (6:30 a.m. CDT). Once again, this would likely have been earlier because of wave activity.

    At Site 3 just north of the Chef Menteur Highway, an eyewitness reported that the water was flowing over the east-west railroad line from south to north between 1130 and 1200 UTC (6:30 and 7:00 a.m. CDT). A survey of a HWM in this area indicates that the water was almost 5 ft over the railroad line at this location. Two stopped clocks that were surveyed in this area (Sites C1 and C2) indicated times of 1145 and 1125 UTC (6:45 and 6:25 a.m. CDT), thereby supporting the observed early flooding times. Another eyewitness at Site 4 reported that the water began to pour into his house about 1100 UTC (6:00 a.m. CDT), and that within about 15 min it was chest high. At Site 5, the eyewitness thought it was some time between 1130 and 1230 UTC (6:30 and 7:30 a.m. CDT) when the water started to rise rapidly. Just to the east, at Site 6, the eyewitness stated that it was between 1230 and 1300 UTC (7:30 and 8:00 a.m. CDT) when the flooding began. North of Dwyer Road, the flooding times are a little later, in the 1300 to 1500 UTC (8:00 to 10:00 a.m. CDT) timeframe (Sites 7 to 11). Several eyewitness accounts just south of the Lake Pontchartrain Levee reported floodwaters arriving in the 1300 to 1400 UTC (8:00 to 9:00 a.m. CDT) timeframe from the south. A hydrograph was developed at Sites 6 and 9 based on surveyed elevations of eyewitness accounts (Figure 134). These data document the rapid rise in water elevation of about 3 to 4 ft/hr in this area in the early morning hours. The drop in water level shown at Site 6 was reported by several eyewitnesses and appears to represent leveling off of water levels as the floodwaters move eastward.

IV-192

Volume IV  The Storm

This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.



Figure 134. New Orleans East hydrographs based on surveyed elevations of eyewitness accounts at Sites 6 and 9. [Times are referenced to CDT].

Farther east between Crowder Road and I-510, the flooding times are generally in the late morning to early afternoon (Figure 133, Sites 13 to 23). The overtopping of the GIWW east of I-510 was also extensive with floodwaters moving both to the north and west. Vegetative evidence indicates that the floodwaters flowed east to west across the canal that connects to the OP 15 pump station. At some point the floodwaters would have merged with the flow coming from the west; however, the location and timing of this is not known.

In summary, it appears that floodwaters entered the East New Orleans area from several locations. West of I-510, the dominant source of water appears to be from the overtopping and breaching of the levee system along the GIWW between the IHNC and the confluence with the MRGO. It appears that this overtopping occurred early on Monday morning by about 1100 UTC (6:00 a.m. CDT) or possibly earlier. These floodwaters moved both north and east, eventually merging with the floodwaters coming from the overtopping and breaching of the GIWW Levees to the east of the MRGO confluence.

**Lower Ninth Ward and St. Bernard Parish**

The location of the Lower Ninth Ward and St. Bernard Parish study area is shown in Figure 135. This area is bounded on the south by the Mississippi River, on the west by the

IHNC, and on the north and east by the GIWW and MRGO. A local levee separates the Lower Ninth Ward and St. Bernard Parish into a northeastern section that is primarily marsh and a southwestern section that is primarily populated. The primary sources of flooding for this area are the overtopping and two breaches along the IHNC, and the overtopping and numerous breaches along the GIWW and MRGO. Data in this area include eyewitness accounts, stopped clocks, and video footage.

There have only been a limited number of interviews collected in the Lower Ninth Ward, primarily due to the fact people have only recently been allowed back in to this area. One eyewitness at Site 3 (Figure 135) reported that shortly after about 0930 UTC (4:30 a.m. CDT) on Monday he observed water flowing into his home, and that by about 1000 UTC (5:00 a.m. CDT) the water was at the top of his first floor. He stated that the flow was coming down Galvez Street from the west. Another eyewitness at Site 4 reported seeing flood waters at about 1030 UTC (5:30 a.m. CDT). He and his wife took refuge in a neighbor's two-story house, and he noted that within a short time, the water was about 3 to 4 ft above the second story floor. At OP 5 (Site 9), there is an entry in the log book which states that at 1030 UTC (5:30 a.m. CDT) the power was turned off to the pump station for safety due to high water levels. One of the operators at OP 5 stated that he first observed flooding at about 0930 UTC (4:30 a.m. CDT) on Monday, and that by 1030 UTC (5:30 a.m. CDT), the water was entering the station. Thus, the eyewitness accounts indicate that water was entering the northern region of the Lower Ninth Ward early on Monday morning, possibly as early as 0930 UTC (4:30 a.m. CDT).



**US Army Corps of Engineers**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Final Report of the Interagency Performance Evaluation Task Force

### Volume V – The Performance — Levees and Floodwalls

June 2007

**FINAL**



weak clay layer underlying the persistent layer of peat in the region. This location of the failure plane was based on the elevation and shape of the failure plane from profiles of the breach area obtained from underwater surveys conducted before emergency repairs were initiated (Figures 10 through 13), and site geotechnical investigations that included excavating the actual failure plane with a backhoe (Figures 16 and 17). These physical observations are fully supported by detailed numerical modeling by two independent teams and physical modeling by two independent centrifuge teams. The UCB Team hypothesized that a thin 1-in.-thick sensitive clay layer within the peat layer (overlying the weak clay) is the location of the slip plane that caused the failure. The UCB Team based this on small diameter Shelby tube soil samples and limited numerical analyses using a suspect geology profile and unrealistic soil properties (see Appendix 22). IPET has not been able to detect a widespread thin (inch or less in thickness) layer within the peat layer, in spite of having physically harvested large volumes of peat for use in centrifuge testing and acquisition of significant additional subsurface soils data. The UCB has not been able to explain the clay layer imbedded in the peat exposed when the slide block excavated with a backhoe. The clay layer, which was initially located beneath the marsh layer, was displaced upward and over a portion of the marsh layer by the lateral displacement that occurred during the failure (Figures 17 and 18).



Figure 110. Cross section through the slide block based on continuous soil borings.

  The IPET investigation of the northern IHNC breach adjacent to the Lower 9th Ward revealed a failure mode similar to that experienced at the 17th Street breach, deflection of the wall and failure within the underlying weak clay layer, with additional influence of the local

topography. The elevation of the land on the protected side of the floodwall was significantly less than shown in the original design documents, which would have decreased the ability of the levee to withstand the high forces it experienced. The UCB speculation focused on seepage as an issue at this site. Since the geology of the site is similar to that at the 17th Street breach, with weak clay under the pervasive peat layer, it is difficult to find evidence of major seepage through the clay or the peat (Appendices 11 and 17). UCB's assumptions for permeability of the peat were far higher than any measured for the actual materials or published values for similar materials. While these values of permeability would indicate seepage, IPET has found no justification for these assumptions and no physical evidence of seepage being a systemic performance issue at this site.

The second area of significant difference dealt with the performance of the levees, specifically along the MRGO. The UCB report and numerous media accounts attributed to these teams hypothesized that these levees "crumbled" prior to water levels reaching the crest of the levees. There was also stipulation of wave action causing high pore pressures within the levee materials leading to deterioration by slumping and seepage-induced erosion. An analytical basis for these hypotheses has not been presented to date by the UCB Team.  The IPET investigation has shown that even if the levees along MRGO were totally constructed of a clean sand, which they were not, the time that the water remained on the unprotected side of the levees due to the Hurricane Katrina surge before it overtopped the levees was not sufficient to establish through seepage and cause erosion of the levees (Appendix 17).

It is true that the relatively permeable and erodible materials of the levees constructed by hydraulic fill did contribute to their ultimate breaching. However, analysis and field observations demonstrate that the UCB/LSU hypothesis was not the systemic process leading to breaching. IPET's analysis of this phenomenon included regional analysis of the surge and wave hydrographs along the levee sections, detailed modeling of wave action and currents in proximity to the levees, and analysis of the erosion process for the materials comprising the levees. The IPET analysis and physical evidence at the sites show that the systemic issue for levee performance was overtopping, and the subsequent erosion from waves and ultimately surge. Where waves were incident perpendicular to the levees, the overtopping waves created velocities on the protected side of the levees up to three times those experienced on the front (water) exposed sides. This created a potential for erosion 27 times more severe on the crest and protected sides of the levees. In addition, claims of wave action increasing pore pressures within the relatively permeable materials of the interior of the levees leading to seepage-induced erosion do not stand the "test of time." The permeability of the materials was not sufficient to allow this process to take place in the time frame of the exposure to high waves and surge.

For levee sections that experienced waves traveling more aligned with their orientation, velocities on the protected sides were significantly lower, and significantly less erosion occurred.

There are meaningful lessons learned in the above examples. In an environment as complex and heterogeneous as this, there are many possible failure modes. It is critical to consider them all in any analysis, planning, or design activity. To do so requires detailed and comprehensive information and analyses with cross checks from independent sources, not always feasible when resources and time are limited. It is particularly important to determine if an anomaly, observed