# App. Tab 24

# TEAM LOUISIANA

Ivor Ll. van Heerden, Ph.D. - Lead, G. Paul Kemp, Ph.D., Hassan Mashriqui, Ph.D. & PE, Radhey Sharma, Ph.D., Billy Prochaska, PE, Lou Capozzoli, Ph.D. & PE, Art Theis, PE, Ahmet Binselam, M.S., Kate Streva, B.S., and Ezra Boyd, M.A.



## The Failure of the New Orleans Levee System during Hurricane Katrina






A Report prepared for Secretary Johnny Bradberry
Louisiana Department of Transportation and Development, Baton Rouge, Louisiana
State Project No. 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, 20 --- December 18, 2006

| Table 3a  Significant Breach Sources of Katrina Floodwater in GNO HPS |||||||||
|---|---|---|---|---|---|---|---|
| HPS Zone | Breach Name | Type | Cause | Top Width (ft) | Sill Elev (ft) | TimeStart | Start Water Level |
| **Orleans Metro** | | | | | | | |
| Lakeview | 17th St. RELee | I-Wall | Translation Slide | 450 | 0.0 | 6:00-7:00 | 6.5 |
| Fillmore | London North | I-Wall | Underseepage/ Rotation Slide | 180 | 0.0 | 7:00-7:30 | 8.2 |
| Mirabeau/ Dillard | London South | I-Wall | Underseepage | 100 | -4.0 | 6:00-7:00 | 7.1 |
| City Park | Orleans Canal | Earth Levee | No Floodwall Installed | 150 | 9.5 | 8:30 | |
| Desire | IHNC West RR | RR Gate Missing | Sandbag Plug Blowout | 37 | 5.1 | 4:30 | 9.0 |
| Desire | IHNC West Florida Ave. North Breach | I-Wall | Overtopping Erosion | 100 | 7.0 | 7:00 | 12.0 |
| Desire | IHNC West Florida Ave. South Breach | Earth Levee | Overtopping Erosion | 125 | 5.0 | 5:00 | 10.0 |
| **St. Bernard/ Lower 9th Ward** | | | | | | | |
| Lower 9th Ward | IHNC East Bank North | I-Wall | Overturned/ Insufficient Levee | 90 | 7.0 | 7:30 | 12.5 |
| Lower 9th Ward | IHNC East Bank South | I-Wall | Overtopping Erosion Underseepage | 1,000 | 5.0 | 7:30 | 12.5 |
| Chalmette, Poydras, Verret | MRGO | Earth Levee | Wave Erosion Overtopping | 60,000 | 0.0 | 5:00 | 12.0 |
| Lower 9th Ward | IHNC/ GIWW | Wall Levee | Transitional Failure | 30 | 4.0 | 6:00 | 11.0 |

54