# App. Tab 25



### THE NEW ORLEANS
### HURRICANE PROTECTION SYSTEM:

# What Went Wrong and Why

**A Report by the American Society of Civil Engineers
Hurricane Katrina External Review Panel**

Christine F. Andersen, P.E., M.ASCE

Jurjen A. Battjes, Ph.D.

David E. Daniel, Ph.D., P.E., M.ASCE (Chair)

Billy Edge, Ph.D., P.E., F.ASCE

William Espey, Jr., Ph.D., P.E., M.ASCE, D.WRE

Robert B. Gilbert , Ph.D., P.E., M.ASCE

Thomas L. Jackson, P.E., F.ASCE, D.WRE

David Kennedy, P.E., F.ASCE

Dennis S. Mileti, Ph.D.

James K. Mitchell, Sc.D., P.E., Hon.M.ASCE

Peter Nicholson, Ph.D., P.E., F.ASCE

Clifford A. Pugh, P.E., M.ASCE

George Tamaro, Jr., P.E., Hon.M.ASCE

Robert Traver, Ph.D., P.E., M.ASCE, D.WRE

**ASCE Staff:**

Joan Buhrman

Charles V. Dinges IV, Aff.M.ASCE

John E. Durrant, P.E., M.ASCE

Jane Howell

Lawrence H. Roth, P.E., G.E., F.ASCE



Some levee segments—particularly at gated closure structures where the levee alignment crosses roads or railroads—were constructed of T-walls instead of I-walls. T-walls are concrete structures shaped like an inverted T, supported on pre-cast pre-stressed concrete piles or steel H piles. Although T-walls are more robust than I-walls, they also cost much more to construct.

## Datums and Elevations

The USACE authorized, designed, and modeled flood control structures in southeast Louisiana relative to a water level reference datum (e.g., Mean Sea Level (MSL); local MSL). MSL was assigned an elevation of zero. However, the structures were constructed relative to a geodetic (land-based) vertical datum that was incorrectly assumed as being equivalent to, or constantly offset from, the water level datum. This resulted, in the case of the outfall canals, in structures built approximately 1 to 2 feet below the intended elevation.

Each of the hurricane protection projects was designed and constructed on a project-by-project basis over the course of many years as funding became available. At the time of Hurricane Katrina, segments of the levee system were not yet complete, or the top elevations had not been raised to the authorized protective levels. Furthermore, because of regional subsidence, the hurricane protection structures had subsided as well, so that their top elevations were lower than originally designed or constructed. The Industrial Canal structures, for example, are more than 2 feet below their intended design elevations, mostly from subsidence over the 35-year life of the project.

## Interior Drainage and Pump Stations

The average annual rainfall for the New Orleans area is 60 inches. Because much of New Orleans is below sea level (in effect, a series of large "bowls" surrounded by levees), nearly all runoff must be pumped out to prevent flooding. The interior drainage system was designed to remove stormwater runoff from rainfall events, not to remove water that enters the area from levee or floodwall overtopping or breaches.

New Orleans's interior drainage system consists of overland flow, storm sewers, roadside ditches, collector ditches, interior canals, interior pump (lift) stations, outfall pump stations, and outfall canals -- all designed to work together to gather runoff and then pump it into Lake Pontchartrain, Lake Borgne, or other nearby bodies of water. In Orleans Parish, this water is pumped out via major canals such as the 17th Street, Orleans, and London Avenue Canals. In a few locations, the pump stations discharge directly into the Industrial Canal and Intracoastal Waterway.

New Orleans's pumping system is one of the largest in the world. There are nearly 100 pumping stations in the greater New Orleans area. Some have been recently completed; others are approaching 100 years of age. Most of the pump stations appear to have been designed to handle flows from a 10-year, 24-hour storm, or around 9 inches of rainfall. For purposes of pump station design, each of the four parishes in the New Orleans area was divided into drainage subbasins. The basins usually follow natural topographical lines. They are often bordered by levees or ridges of relatively higher elevation.

Operational power is provided by various means. Some stations use pumps directly connected to diesel engines. For many stations, power is normally provided by the electrical grid, with back-up diesel generators or direct-drive diesel engines available when the electrical grid is out of service. Some of the older stations use 25 Hertz (Hz) power provided by a central generating plant to run the pumps. These stations use frequency changers to change 25 Hz power to 60 Hz power for the operation of their station service system.

## Had the Hurricane Protection System Not Failed

For a storm the size of Hurricane Katrina, loss of life and property due to heavy rain, wind damage, and overtopping of levees is expected. A modeling exercise conducted by the USACE compared expected deaths from the hurricane protection system failure with scenarios in which the system did not fail. Results of this modeling indicate that had the levees and floodwalls not failed and had the pump stations operated, nearly two-thirds of the deaths would not have occurred.

Even without levee breaching, Hurricane Katrina's rainfall and levee overtopping would have caused the worst property loss ever experienced by New Orleanians. However, as pictured in *Figure 6.7*, less than half the actual property losses—an estimated $10 billion loss in residential and non-residential capital—would have occurred had the levees not failed and had the pump stations operated. This estimate did not consider damages to infrastructure and public utilities, which would have suffered far less damage had flooding not been as widespread.

*Figure 6.7  Property Damage Modeling Results*



*Comparing regional property damage from the hurricane protection system failure (left) to a scenario in which the levees and pumping stations had not failed (right) indicates far less property loss would have occurred. Similarly, nearly two-thirds of deaths could have been avoided.*

## Cascading Financial Impacts

Researchers have compared data quantifying the pre-Katrina economic base for the New Orleans metropolitan area with anecdotal post-Katrina data. While limited, this preliminary assessment proves useful in estimating the indirect economic consequences brought on by the levee failures and the subsequent dislocation of hundreds of thousands of residents. However, household, business, and policy decisions yet to be made may have a profound impact on the region's long-term economic forecast.

As of June 2006, the population of New Orleans was still less than half the pre-Katrina population (more than a million people in 2004 versus just over half a million in 2006). Many jobs are still not available due to the reduced

THE NEW ORLEANS HURRICANE PROTECTION SYSTEM: What Went Wrong And Why

*Figure 8.3  Failed I-Wall and Levee Sections*



*The levees and I-walls were constructed piecemeal with different top elevations and of different materials: earth, steel, and concrete. The floodwaters preferentially attacked the lower-elevation erodible earth first, causing major breaches.*

## Hurricane Protection System Under-designed

The USACE defines the standard project hurricane (SPH) as a hypothetical hurricane intended to represent the most severe combination of hurricane parameters that is reasonably characteristic of a specified region. The definition "reasonably characteristic" implies that the SPH is not an extreme hurricane event—particularly when compared with the probable maximum hurricane (PMH), which the National Weather Service defines as "a combination of meteorological parameters that will give the highest sustained wind speed that can probably occur at a specified coastal location."

The relationships between the meteorological parameters (central pressure index, forward speed, wind direction, and wind speed) are interrelated and complex.  It appears that the USACE:

- Chose SPH meteorological parameters at the low end of the range of 101 to 111 mph listed by the USWB (now the National Weather Service) in 1959 as representative maximum wind speeds for a hurricane striking New Orleans

- Did not evaluate the hurricane protection system for the effects of a more severe storm such as the PMH,

- Did not update its SPH meteorological parameters when the National Weather Service issued revised numbers in 1979, and

- Did not improve previously designed and constructed components of the hurricane protection system to match updated design criteria.

Consistently using the SPH — when more severe hurricane parameters had been defined — led to hurricane protection systems that were not strong or high enough to withstand the forces of Hurricane Katrina.  As an example, the Lake Pontchartrain and Vicinity Hurricane Protection Project was designed for a surface wind speed of 100 miles per hour (mph), even though the 1959 stated SPH values were 101 (moderate) and 111 (high) mph. The National Weather Service's 1979 PMH stated values for surface wind speed were 151 (moderate) and 160 (high) mph.  Hurricane Katrina's maximum wind speed was measured at 161 mph as it traversed the Gulf of Mexico.

While it is clear that using a stronger wind field would have led to a higher estimated surge level, without extensive modeling there is no way to predict how much higher the levees would have been had the PMH been used instead of the SPH. Regardless of the actual numbers, had the hurricane protection system been evaluated using PMH criteria, the consequences of a more severe storm could have been incorporated. For example, levees susceptible to overtopping and erosion could have been armored. Pump stations could have been strengthened. More comprehensive evacuation programs could have been instated. The USACE's apparent non-conservative selection of the design hurricane is inconsistent with that needed to protect public safety when an extreme natural force such as Hurricane Katrina strikes.

## Many Levees Not High Enough

Using the SPH and associated meteorological conditions ultimately resulted in the hurricane protection system being under-designed. However there were other factors that compounded the problem of the levees being unable to withstand the storm surge from Hurricane Katrina.

Establishing an accurate vertical datum (the basis from which all elevations are measured) is a necessary first step for the design and construction of all engineered structures. Over time, the New Orleans levees and floodwalls were designed relative to local mean sea level. However, some were constructed relative to datums that were incorrectly assumed to be equal to (or offset from) the local mean sea level data *(Figure 8.4)*.

THE NEW ORLEANS HURRICANE PROTECTION SYSTEM: What Went Wrong And Why

*Figure 8.4  Discrepancies between Design and Construction Elevations*



*Because of errors in the reference datums, segments of the hurricane protection system were constructed so that the top elevations are lower than intended by the design.*

It is well understood that the entire New Orleans region is subsiding. The average rate of subsidence is about 0.2 inches per year, although rates in excess of 1 inch per year occur at some locations. Compounding the problems of using improper datums was the fact that designers and engineers did not build in an allowance for subsidence in designing the hurricane protection system. Prudent engineering would dictate that the levees and floodwalls be built higher than needed, so that over time, as the ground subsided, the levees and floodwalls would still be high enough to protect against floodwaters. This was not done.

A "freeboard" (extra height at the top of the wall to accommodate waves) allowance was included, but the freeboard was not intended to compensate for subsidence impacts. In many projects, the freeboard has been completely lost to subsidence. In older parts of the system, along the Industrial Canal (built more than 35 years ago) for instance, the impact of subsidence plus incorrect use of datum has resulted in the levees and floodwalls being up to 3 feet lower than the original design. The peak storm surges were generally only 1 to 3 feet above the tops of the levees and walls; therefore, had the tops of levees and floodwalls been at the proper elevations, fewer overtoppings and breaching failures would have occurred.

USACE officials have stated that Congressional authorization would not allow the USACE to consider water levels above "authorized levels" as

estimated from the SPH. By this logic, the USACE did not specify the tops of the levees to be above authorized levels to account for possible subsidence. Similarly, the USACE did not call for armoring to protect from erosion caused by overtopping.

The result of these ill-considered decisions — coupled with the fact that the area is experiencing ongoing subsidence — is that the tops of some levees and floodwalls are as much as several feet lower than originally intended. Floodwaters from Hurricane Katrina more easily overtopped these levees. If it were not for the fact that the levees breached and I-walls toppled due to geotechnical failures (as described in Chapter 7), the overtopping caused by walls that were too low would have been the major source of flooding in New Orleans.

## No One Entity Is In Charge of Hurricane Protection

In addition to discontinuities in the physical hurricane protection system caused by its piecemeal construction and incorrect elevations, there were discontinuities in organizational responsibility for the hurricane protection system as well. The management of the hurricane protection system is chaotic and dysfunctional.

As shown in *Table 8.1*, various federal, state, and local agencies are responsible for the construction, operation, and maintenance of segments of the hurricane protection system. No single agency or organization is empowered to provide the much-needed system-wide oversight or focus on the critical life-safety issues. No formal coalition of agencies is directed to provide strategic direction, definition of roles and responsibilities, and coordination of critical construction, maintenance, and operations. Indeed, it appears that no agency or group of agencies ever defined clear, mutually agreed-upon expectations of what the hurricane protection system was really intended to achieve.

*Table 8.1  Agencies and Organizations Responsible for Portions of New Orleans's Hurricane Protection System*

| AGENCY | ROLE AND RESPONSIBILITY |
|---|---|
| UNITED STATES CONGRESS | Authorization and funding. |
| USACE HEADQUARTERS | USACE guidance and oversight. |
| USACE ENGINEER RESEARCH AND DEVELOPMENT CENTER | Research to support new design approaches. |
| USACE NEW ORLEANS DISTRICT | Design and construction oversight as the "Engineer" for each of the five independent levee districts in the New Orleans metropolitan area. |

| AGENCY | ROLE AND RESPONSIBILITY |
|---|---|
| EAST JEFFERSON LEVEE DISTRICT | Maintenance and operation of the flood protection levee system around the east bank portion of Jefferson Parish to protect the citizens of East Jefferson from Lake Pontchartrain and Mississippi River flooding. |
| LAKE BORGNE BASIN LEVEE DISTRICT | Maintenance and operation of 13 miles of the Mississippi River Levee, 26 miles of back protection levee, 23 miles of the Lake Pontchartrain and Vicinity Hurricane Protection Levee, the Bayou Dupre Control Structure, 12 flood gates, the Violet Freshwater Siphon, 55 miles of drainage canals, and eight major drainage pumping stations. |
| ORLEANS LEVEE DISTRICT | Maintenance and operation of the hurricane and flood protection improvements for the City of New Orleans on the southern shores of Lake Pontchartrain and along the Mississippi River, including inspection and maintenance of 129 miles of levees and floodwalls, 189 floodgates, 97 flood valves, and two flood control structures. |
| PONTCHARTRAIN LEVEE DISTRICT | Maintenance and operation of the hurricane and flood protection improvements for St. Charles Parish, including the southern shores of Lake Pontchartrain, the Bonnet Carré Spillway, and along the Mississippi River, including inspection and maintenance of associated miles of levees and floodwalls. |
| WEST JEFFERSON LEVEE DISTRICT | Maintenance and operation of hurricane and flood protection improvements for the west bank of Jefferson Parish, including the levee system east and west of the Harvey Canal, along each side of the Harvey Canal, and along the Mississippi River, including inspection and maintenance of more than 50 miles of levees and floodwalls and associated floodgates. |
| DRAINAGE PUMP STATIONS DEPARTMENT OF JEFFERSON PARISH | Administration, direction, coordination, and implementation of major drainage and flood control programs and direct construction, operation, and maintenance of 340 miles of canal waterways, drainage ditches, cross drains, culverts, and internal levee systems; 1,465 miles of street subsurface drainage systems; and operation and maintenance of 52 drainage pump stations. |