# App. Tab 27

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: ALL CASES | JUDGE DUVAL |
| FILED IN: 05-4181, 05-4182,<br>05-5237, 05-6073, 05-6314,<br>05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885,<br>06-2152, 06-2278, 06-2287,<br>06-2824, 06-4024, 06-4065,<br>06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155,<br>06-5159, 06-5161, 06-5162,<br>06-5260, 06-5771, 06-5786,<br>06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285 | MAG. WILKINSON |

Videotaped Rule 30(b)(6) deposition of the
SEWERAGE AND WATER BOARD OF NEW ORLEANS, through
its designated representative, JOHN R. HUERKAMP,
8800 South Claiborne Avenue, New Orleans,
Louisiana 70118, taken in the offices of
Christovich & Kearney, Suite 2300, 601 Poydras
Street, New Orleans, Louisiana 70130, on Friday,
the 27th day of July, 2007, beginning at 9:04
a.m.


APPEARANCES:

    THE LAW OFFICE OF JOSEPH M. BRUNO
    (BY: L. SCOTT JOANEN)
    855 Baronne Street
    New Orleans, Louisiana 70113

        ATTORNEYS FOR THE PLAINTIFFS

(504)525-1753   HUFFMAN & ROBINSON, INC.   (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

e80f44e5-7cac-4abe-a1db-ba079bbf6398

1  pumps.  He said between 3:00 and 8:00 in the
2  morning, he observed about a foot to two feet of
3  water coming over the Industrial Canal floodwall,
4  pouring into the city.
5          I talked to Bill Villavaso.  Bill
6  was at Station 5.  He said in around the same
7  time frame, 3:15, 3:20, he observed what he
8  called a 20-foot wall of water rolling towards
9  Station 5 in the Lower Ninth Ward, coming from
10 the north end, from the MRGO and the Industrial
11 Canal complex, and then shortly thereafter, he
12 heard a loud boom, he saw a barge hit the wall
13 and the wall cave in, and at that time, he told
14 me, he says, he figured he was finished because
15 he can't swim.
16      Q.     Understandably.
17      A.     I also looked at the log from
18 Station -- the AMID drainage station, which is
19 near the old MacFrugal site, and the operators
20 there also observed water coming over the levee
21 from the Intracoastal Waterway around -- right
22 before 4:00 a.m.  So, based upon the fact that
23 the surge of water is hitting this general area
24 around the 3:00 to 4:00 time frame and water, I
25 feel, was funneling right down the Florida Avenue

(504)525-1753    HUFFMAN & ROBINSON, INC.    (800)749-1753
ONE SHELL SQUARE,#250 CERTIFIED COURT REPORTERS NEW ORLEANS, LA 70139

e80f44e5-7cac-4abe-a1db-ba079bbf6398