# App. Tab 28

# MISSISSIPPI RIVER GULF OUTLET
## Deep-Draft De-Authorization
## Interim Report to Congress

**US Army Corps of Engineers**

**December 2006**

# EXECUTIVE SUMMARY

Congressional Direction and Purpose

This interim report to Congress is prepared to aid in identifying a comprehensive plan for de-authorizing deep-draft navigation on the Mississippi River-Gulf Outlet (MRGO) from the Gulf Intracoastal Waterway (GIWW) to the Gulf of Mexico.  The interim report offers a general analysis of local conditions, presents options for a plan to de-authorize the MRGO channel for deep-draft navigation, and provides a foundation for any required additional detailed analysis.  This interim report does not contain a final recommendation for construction but does evaluate the feasibility of integrating each of the options presented under the Louisiana Coastal Protection and Restoration (LACPR) efforts.  While the December 2007 LACPR report will include a final detailed plan, based on the current level of analysis, it appears that full integration into LACPR could be best achieved by closing the MRGO to both deep and shallow-draft navigation via an armored earthen dam in the vicinity of Hopedale, Louisiana.

Public Law 109-234, the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006, reads in part:

> *"…the Secretary of the Army, acting through the Chief of Engineers, utilizing $3,300,000 of the funds provided herein shall develop a comprehensive plan, at full Federal expense, to de-authorize deep-draft navigation on the Mississippi River-Gulf Outlet, Louisiana, extending from the Gulf of Mexico to the Gulf Intracoastal Waterway:  Provided further, That, not later than 6 months after the date of enactment of this Act, the Secretary shall submit an interim report to Congress comprising the plan:  Provided further, That the Secretary shall refine the plan, if necessary, to be fully consistent, integrated, and included in the final report to be issued in December 2007 for the Louisiana Coastal Protection and Restoration Plan."*

A manager's statement accompanying the legislative language accepted in the Congressional Conference Committee report further directs that:

> *"The plan shall include recommended modifications to the existing authorized current use of the Outlet, including what navigation functions, if any, should be maintained and any measures for hurricane and storm protection.  The plan shall be developed in consultation with St. Bernard Parish, the State of Louisiana, and affected Federal Agencies."*

i