# App. Tab 31

# Louisiana Insurance Market Overview:

## *Toward Viable Insurance Markets in the Post-Katrina & Rita Era*

**Louisiana REALTORS Spring Conference
Baton Rouge, LA**

**May 2, 2007**



**Robert P. Hartwig, Ph.D., CPCU, President & Chief Economist**
**Insurance Information Institute ♦ 110 William Street ♦ New York, NY 10038**
**Tel: (212) 346-5520 ♦ Fax: (212) 732-1916 ♦ bobh@iii.org ♦ www.iii.org**

# *Presentation Outline*

- **Louisiana Insurance Market Overview**
- **Review of Louisiana Hurricane Vulnerability**
  - ➤ **Louisiana Claim Detail: Hurricanes Katrina & Rita**
  - ➤ **2007 Hurricane Season Preview**
- **Flood Risk & NFIP Issues**
- **What Does the Future Hold for LA Property Owners?**
- **The Truth About Insurer Profitability**
  - ➤ **Profitability**
  - ➤ **Reinvesting & Rebuilding Claims Paying Capacity**
  - ➤ **Maintaining Financial Strength & Security Ratings**
- **The Role of Government in Insurance Markets**
  - ➤ **Review of National Catastrophe Plan Proposals**
  - ➤ **Florida Legislation**
- **Katrina Litigation Update: *Compounding the Uncertainty***

# Louisiana Insurance Market Overview



# *Louisiana Insurance Market Facts*



- **LA P/C insurance premium volume in 2005 was $7.70 billion, or 1.61% of the US total of $478.5 billion**
- **LA Homeowners insurance premium volume in 2005 was $1.01 billion, or 1.75% of the US total of $57.5 bill.**
- **Insured Katrina & Rita homeowners losses of $12.7 billion in LA were nearly 13 times the 2005 premiums of $1.01 billion**
  - ➢ **In MS, HO losses wiped out 17 years of premiums**
- <span style="color:orange">**The 2005 hurricane losses in homeowners insurance wiped out 25 years of premium and every dollar of profit ever made in the history of the state in this line**</span>
  - ➢ **Homeowners insurers in LA had earned profits of only $17.3 million, including investment income, since 1985.**

Source: Insurance Information Inst. from National Underwriter Highline annual statement database; PCS.



# *Louisiana & Mississippi Market Shares, All Lines & Homeowners*

## ALL LINES
### ($ Billions)

## HOMEOWNERS
### ($ Millions)

**Louisiana**
**$7.70**
**1.6%**

**Mississippi**
**$3.76**
**0.8%**

**Louisiana**
**$1,008.54**
**1.8%**

**Mississippi**
**$580.00**
**1.0%**

**LA accounts for less than 2% of the US insurance market but 51% of 2005 hurricane losses**

**All Other States**
**$467.01**
**97.6%**

**All Other States**
**$55,899.48**
**97.2%**

**Source: Insurance Information Institute from National Underwriter Highline annual statement database.**

# *Average Expenditures on HO Insurance, 2004 vs. 1997*





**■ US  ■ Texas  ■ Florida  ■ Mississippi  ☐ Alabama  ☒ Louisiana**

**Hurricane makes insurance in Gulf Coast states the most expensive in the US**

**2004**

- US: $729
- Texas: $1,362
- Florida: $929
- Mississippi: $907
- Alabama: $793
- Louisiana: $1074

**1997**

- US: $455
- Texas: $855
- Florida: $611
- Mississippi: $558
- Alabama: $419
- Louisiana: $666

Y-axis: $400, $500, $600, $700, $800, $900, $1,000, $1,100, $1,200, $1,300, $1,400, $1,500

Source:  NAIC, Insurance Information Institute

# *Average Expenditures on HO Insurance, LA vs. U.S., 1997-2004\**



**☐ US ■ Louisiana**

**Change: 1997-2004\***
**Louisiana: +61.3%**
**US: +60.2%**

| Year | US | Louisiana |
|------|-----|-----------|
| 97 | $455 | $666 |
| 98 | $481 | $692 |
| 99 | $487 | $714 |
| 00 | $508 | $721 |
| 01 | $536 | $758 |
| 02 | $593 | $840 |
| 03 | $668 | $975 |
| 04* | $729 | $1074 |

$1,200
$1,100
$1,000
$900
$800
$700
$600
$500
$400

\*Latest available from NAIC.
Source: NAIC, Insurance Information Institute

# *New Privately Owned Housing Units Authorized in Louisiana\**



**Post-Katrina Building Boom**

**In 2006 Louisiana authorized its second highest ever number of housing units**

*Unadjusted Units; Includes single and multi-family dwellings.
Source: US Census Bureau.



# *Average Commercial Rate Change, All Lines,* (1Q:2004 – 4Q:2006)

**Magnitude of rate decreases has diminished greatly since mid-2005 but is growing again**

- -0.1%
- -3.2%
- -5.9%
- -7.0%
- -9.4%
- -9.7%
- -8.2%
- -4.6%
- -2.7%
- -3.0%
- -5.3%
- -9.6%

**KRW Effect**

Y-axis: 0%, -2%, -4%, -6%, -8%, -10%, -12%

X-axis: 1Q04, 2Q04, 3Q04, 4Q04, 1Q05, 2Q05, 3Q05, 4Q05, 1Q06, 2Q06, 3Q06, 4Q06

**Source: Council of Insurance Agents & Brokers; Insurance Information Institute**

# *Percent of Commercial Accounts Renewing w/Positive Rate Changes, 2nd Qtr. 2006*



**Largest increases for Commercial Property & Business Interruption are in the Southeast, smallest in Midwest**

- Commercial Property
- Business Interruption

| | Southeast | Southwest | Pacific NW | Northeast | Midwest |
|---|---|---|---|---|---|
| Commercial Property | 71% | 48% | 35% | 28% | 21% |
| Business Interruption | 63% | 32% | 21% | 12% | 10% |

**Source: Council of Insurance Agents and Brokers**

# *Percent of Commercial Accounts Renewing w/Positive Rate Changes, 4ᵗʰ Qtr. 2006*



**Commercial Property**  **Business Interruption**

**Largest increases for Commercial Property & Business Interruption are in the Southeast, but are diminishing; Smallest in Midwest**

- Southeast: 25% / 8%
- Southwest: 6% / 6%
- Pacific NW: 11% / 6%
- Northeast: 6% / 3%
- Midwest: 0% / 0%

Source: Council of Insurance Agents and Brokers



# *LA Citizens Insured Exposure, All Wind Zones, 2004-2006 ($ Billions)*

**Louisiana Citizens exposure grew by $4.6 billion or 32.2% from 2004 and 2006**

$20 —

$18.9

$15 —   $14.3   $14.9

$10 —

$5 —

$0 —

    2004        2005        2006

**Source: LA Citizens**

# Major Residual Market Plan Estimated Deficits 2004/2005 (Millions of Dollars)

**Hurricane Katrina pushed all of the residual market property plans in affected states into deficits for 2005, following an already record hurricane loss year in 2004**

* MWUA est. deficit for 2005 comprises $545m in assessments plus $50m in Federal Aid.

Source: Insurance Information Institute



# *Market Share of Top 10 Home Insurers in Louisiana, 2004*

| Company | Market Share |
|---|---|
| State Farm | 34.7% |
| Allstate | 20.8% |
| LA Farm Bureau | 6.0% |
| Farmers | 4.1% |
| St. Paul Travelers | 3.9% |
| Liberty Mutual | 3.9% |
| USAA | 3.4% |
| AIG | 2.4% |
| American National | 2.3% |
| Hanover | 2.0% |
| ALL OTHERS | 16.5% |

- **The Top 10 companies had 83.5% of the Louisiana homeowners market in 2004**

- **There were a total of 51 insurers writing HO coverage in LA in 2004, 28 w/market shares under 1%, 17 with premiums under $1 million**

- **Many insurers active elsewhere in the US will not write in coastal states**

**Source: Insurance Information Institute from National Underwriter Highline annual statement database.**



# *Total Value of Insured Coastal Exposure (2004, $ Billions)*

| State | Value |
|---|---|
| Florida | $1,937.3 |
| New York | $1,901.6 |
| Texas | $740.0 |
| Massachusetts | $662.4 |
| New Jersey | $505.8 |
| Connecticut | $404.9 |
| Louisiana | $209.3 |
| S. Carolina | $148.8 |
| Virginia | $129.7 |
| Maine | $117.2 |
| North Carolina | $105.3 |
| Alabama | $75.9 |
| Georgia | $73.0 |
| Delaware | $46.4 |
| New Hampshire | $45.6 |
| Mississippi | $44.7 |
| Rhode Island | $43.8 |
| Maryland | $12.1 |

**Louisiana had $209 billion in insured coastal property exposure in 2004, 7th highest of any hurricane exposed state**

**Source: AIR Worldwide**



# *Value of Insured Residential Coastal Exposure (2004, $ Billions)*

| State | Value |
|---|---|
| Florida | $942.5 |
| New York | $512.1 |
| Massachusetts | $306.6 |
| Texas | $302.2 |
| New Jersey | $247.4 |
| Connecticut | $205.5 |
| Louisiana | $88.0 |
| S. Carolina | $65.1 |
| Maine | $64.5 |
| Virginia | $60.0 |
| North Carolina | $60.0 |
| Alabama | $36.5 |
| Georgia | $29.7 |
| Delaware | $26.6 |
| Rhode Island | $25.9 |
| New | $24.8 |
| Mississippi | $20.9 |
| Maryland | $5.4 |

**Louisiana had $88 billion in insured residential coastal property exposure in 2004 (42% of all LA coastal exposure), 7th highest of any hurricane exposed state**

$0    $200    $400    $600    $800    $1,000

**Source: AIR**



# *Value of Insured Commercial Coastal Exposure (2004, $ Billions)*

| State | Value |
|-------|-------|
| New York | $1,389.6 |
| Florida | $994.8 |
| Texas | $437.8 |
| Massachusetts | $355.8 |
| New Jersey | $258.4 |
| Connecticut | $199.4 |
| Louisiana | $121.3 |
| S. Carolina | $83.7 |
| Virginia | $69.7 |
| Maine | $52.6 |
| North Carolina | $45.3 |
| Georgia | $43.3 |
| Alabama | $39.4 |
| Mississippi | $23.8 |
| New Hampshire | $20.9 |
| Delaware | $19.9 |
| Rhode Island | $17.9 |
| Maryland | $6.7 |

$0    $200    $400    $600    $800    $1,000    $1,200    $1,400    $1,600

**Louisiana had $121 billion in insured commercial coastal property exposure in 2004 (58% of all LA coastal exposure), 7th highest of any hurricane exposed state**

Source: AIR



# Insured Coastal Exposure as a % of Statewide Insured Exposure (2004, $ Billions)

| State | % |
|-------|---|
| Florida | 79.3% |
| Connecticut | 63.1% |
| New York | 60.9% |
| Maine | 57.9% |
| Massachusetts | 54.2% |
| Louisiana | 37.9% |
| New Jersey | 33.6% |
| Delaware | 33.2% |
| Rhode Island | 28.0% |
| S. Carolina | 25.6% |
| Texas | 25.6% |
| NH | 23.3% |
| Mississippi | 13.5% |
| Alabama | 12.0% |
| Virginia | 11.4% |
| NC | 8.9% |
| Georgia | 5.9% |
| Maryland | 1.4% |

**Louisiana coastal exposure accounts for 37.9% of all insured exposure statewide, 6th highest of any state**

**Source: AIR Worldwide**

# CATASTROPHE LOSSES IN LOUISIANA

*A Look Back*

# *Insured Loss & Claim Count for Major Storms of 2005\**



**Insured Loss** ◆ **Claims**

**Hurricanes Katrina, Rita, Wilma & Dennis produced a record 3.3 million claims**

Insured Loss ($ Billions)

Claims (thousands)

| | Dennis | Rita | Wilma | Katrina |
|---|---|---|---|---|
| Claims | 104 | 383 | 1,047 | 1,744 |
| Insured Loss | $1.1 | $5.0 | $10.3 | $40.6 |

**Size of Industry Loss ($ Billions)**

\*Property and business interruption losses only. Excludes offshore energy & marine losses.

Source: ISO/PCS as of June 8, 2006; Insurance Information Institute.

# *Number of Homes Destroyed by Major Hurricanes**



**Katrina appears to have destroyed 10 times as many homes as Andrew in 1992 or the 4 storms to hit Florida and the Southeast in 2004**

300,000
250,000
200,000
150,000
100,000
50,000
0

**28,000** — Andrew (1992)

**27,500** — Charley, Frances, Ivan, Jeanne (2004)

**275,000** — Katrina (2005)

*Destruction is defined as a structure made uninhabitable or damaged beyond economic repair.
Source: National Association of Home Builders, National Red Cross (as of 9/15/05).



# *Hurricane Katrina Claim Status on Storm's 1st Anniversary**



**95% of the 1.2 million homeowners insurance claims in Louisiana & Mississippi are settled, with just 2% in dispute**

**In Process, 3%**

**Mediation/ Litigation, 2%**

**Settled, 95%**

*Hurricane Katrina made its north Gulf coast landfall August 29, 2005.
Source: Insurance Information Institute survey, August 2006.

# *Top 10 Most Costly Hurricanes in US History, (Insured Losses, $2005)*



**Seven of the 10 most expensive hurricanes in US history occurred in the 14 months from Aug. 2004 – Oct. 2005:**

**Katrina, Rita, Wilma, Charley, Ivan, Frances & Jeanne**

$ Billions

| Georges (1998) | Jeanne (2004) | Frances (2004) | Rita (2005) | Hugo (1989) | Ivan (2004) | Charley (2004) | Wilma (2005) | Andrew (1992) | Katrina (2005) |
|---|---|---|---|---|---|---|---|---|---|
| $3.5 | $3.8 | $4.8 | $5.0 | $6.6 | $7.4 | $7.7 | $10.3 | $21.6 | $40.6 |

**Sources: ISO/PCS; Insurance Information Institute.**

# *Hurricane Katrina Insured Loss Distribution by State ($ Millions)\**



Florida, $572.0 , 1.4%

Tennessee, $59.0 , 0.1%

Georgia, $36.0 , 0.1%

Alabama, $1,032 , 2.5%

Mississippi, $13,605 , 33.5%

**Louisiana accounted for 62% of the insured losses paid and 56% of the claims filed**

**Total Insured Losses = $40.579 Billion**

Louisiana, $25,275 , 62.3%

*As of June 8, 2006
Source: PCS division of ISO.



# *Hurricane Katrina Claim Count Distribution by State\**

**Tennessee, 15,000 , 0.9%**

**Florida, 122,000 , 7.0%**

**Georgia, 7,800 , 0.4%**

**Alabama, 109,000 , 6.3%**

**Louisiana, 975,000 , 55.9%**

**Mississippi, 515,000 , 29.5%**

**Total # Claims = 1,743,800**

**Louisiana accounted for 62% of insured losses paid and 56% of claims filed**

**\*As of June 8, 2006**
**Source: PCS division of ISO.**

# *Louisiana: Katrina Loss Distribution by Line ($ Billions)\**



**Commercial Property & BI, $13,000.0 , 51%**

**Vehicle, $1,400.0 , 6%**

**Homeowners, $10,875.0 , 43%**

**Louisiana insured losses are estimated at $25.275 billion from 975,000 claims. Excludes $2-$3B in offshore energy losses**

**\*As of June 8, 2006**
**Source:  PCS division of ISO.**



# *Hurricane Rita Claim Count Distribution by State\**

**Alabama, 5,000 , 1.3%**

**Tennessee, 3,500 , 0.9%**

**Arkansas, 5,500 , 1.4%**

**Florida, 6,000 , 1.6%**

**Mississippi, 7,000 , 1.8%**

**Texas, 171,000 , 44.6%**

**Louisiana, 185,000 , 48.3%**

**Louisiana accounted for 48.3% of the insured losses, Texas 44.6%.**

**Excludes offshore energy losses of $2-3B**

**Total # Claims = 383,000**

**\*As of June 8, 2006**
**Source: PCS division of ISO.**

# *Louisiana: Rita Loss Distribution, by Line ($ Millions)\**



**Total insured losses are estimated at $2.9125 billion from 185,000 claims.**



Commercial Property & BI, $1,000.0 , 34%

Vehicles, $117.5 , 4%

Homeowners, $1,795.0 , 62%

*As of June 8, 2006
Source: PCS division of ISO.



# *LA: Average Cost per Claim by Type of Claim and Storm\**

**Legend:** ☐ **Rita** ☐ **Katrina** ☐ **Combined**

**Commercial (business) claims are about 10 times more expensive than homeowners claims on average. Katrina HO claims 22% more expensive than Rita.**

| Type | Rita | Katrina | Combined |
|------|------|---------|----------|
| Vehicle | $4,700 | $7,000 | $6,744 |
| Home | $12,821 | $15,647 | $15,174 |
| Commercial | $50,000 | $150,000 | $130,000 |

\*As of June 8, 2006
Source: PCS division of ISO.

# Hurricane Risk

## *An Insurance Industry Perspective*



# U.S. Insured Catastrophe Losses*



**$ Billions**

**2006 was a welcome respite. 2005 was by far the worst year ever for insured catastrophe losses in the US, *but the worst has yet to come.***

**$100 Billion CAT year is coming soon**

| Year | Value |
|---|---|
| 89 | $7.5 |
| 90 | $2.7 |
| 91 | $4.7 |
| 92 | $22.9 |
| 93 | $5.5 |
| 94 | $16.9 |
| 95 | $8.3 |
| 96 | $7.4 |
| 97 | $2.6 |
| 98 | $10.1 |
| 99 | $8.3 |
| 00 | $4.6 |
| 01 | $26.5 |
| 02 | $5.9 |
| 03 | $12.9 |
| 04 | $27.5 |
| 05 | $61.9 |
| 06 | $9.2 |
| 20?? | $100.0 |

*Excludes $4B-$6b offshore energy losses from Hurricanes Katrina & Rita.
<u>Note</u>: 2001 figure includes $20.3B for 9/11 losses reported through 12/31/01.  Includes only business and personal property claims, business interruption and auto claims.  Non-prop/BI losses = $12.2B.
Source:  Property Claims Service/ISO; Insurance Information Institute



# *Mean Return Period for Major (CAT 3,4,5) Hurricanes in TX, LA, MS, 1851-2006*

| Location | Years |
|---|---|
| TX: Galveston | 18 |
| TX: Houston | 21 |
| TX: Beaumont | 25 |
| LA: Cameron | 24 |
| LA: Morgan City | 20 |
| LA: Houma | 18 |
| LA: New Orleans | 19 |
| MS: Bay St. Louis | 24 |
| MS: Biloxi | 18 |
| MS: Pascagoula | 19 |

**Major storms hit LA every 18-24 years**

10    12    14    16    18    20    22    24    26

**Source: "The Deadliest, Costliest and Most Intense US Tropical Cyclones from 1851 to 2006,"** NOAA Technical Memorandum NWS TPC-5, April 2007; Insurance Information Institute.

# Inflation-Adjusted U.S. Insured Catastrophe Losses By Cause of Loss, 1986-2005[1]



**Wind/Hail/Flood[5]** 2.8%

**Earthquakes[4]** 6.7%

**Winter Storms** 7.8%

**Terrorism** 7.7%

**Fire[6]** 2.3%

**Civil Disorders** 0.4%

**Utility Disruption** 0.1%

**Water Damage** 0.1%

**Tornadoes[2]** 24.5%

**All Tropical Cyclones[3]** 47.5%

> **Insured disaster losses totaled $289.1 billion from 1984-2005 (in 2005 dollars). Tropical systems accounted for nearly half of all CAT losses from 1986-2005, up from 27.1% from 1984-2003.**

[1] Catastrophes are all events causing direct insured losses to property of $25 million or more in 2005 dollars. Catastrophe threshold changed from $5 million to $25 million beginning in 1997. Adjusted for inflation by the III. [2] Excludes snow. [3] Includes hurricanes and tropical storms. [4] Includes other geologic events such as volcanic eruptions and other earth movement. [5] Does not include flood damage covered by the federally administered National Flood Insurance Program. [6] Includes wildland fires.

Source: Insurance Services Office (ISO)..

# The 2007 Hurricane Season:

## *Preview to Disaster?*



# *Outlook for 2007 Hurricane Season: 85% Worse Than Average*

| | Average* | 2005 | 2007F |
|---|---|---|---|
| Named Storms | 9.6 | 28 | 17 |
| Named Storm Days | 49.1 | 115.5 | 85 |
| Hurricanes | 5.9 | 14 | 9 |
| Hurricane Days | 24.5 | 47.5 | 40 |
| Intense Hurricanes | 2.3 | 7 | 5 |
| Intense Hurricane Days | 5 | 7 | 11 |
| Accumulated Cyclone Energy | 96.2 | NA | 170 |
| Net Tropical Cyclone Activity | 100% | 275% | **185%** |

*Average over the period 1950-2000.
Source: Philip Klotzbach and Dr. William Gray, Colorado State University, April 3, 2007.

# *Probability of Major Hurricane Landfall (CAT 3, 4, 5) in 2007*



|  | Average* | 2007F |
|---|---|---|
| Entire US Coast | 52% | 74% |
| **US East Coast Including Florida Peninsula** | 31% | 50% |
| Gulf Coast from FL Panhandle to Brownsville, TX | 30% | 49% |
| *ALSO…Above-Average Major Hurricane Landfall Risk in Caribbean for 2007* | | |

*Average over the period 1950-2000.
Source: Philip Klotzbach and Dr. William Gray, Colorado State University, April 3, 2007.



# *Number of Major (Category 3, 4, 5) Hurricanes Striking the US by Decade*

*Figure for 2000s is extrapolated based on data for 2000-2005 (6 major storms: Charley, Ivan, Jeanne (2004) & Katrina, Rita, Wilma (2005)).

Source: Tillinghast from National Hurricane Center: http://www.nhc.noaa.gov/pastint.shtm.

# The Flood Insurance Purchase & Retention Decision

*Flood Insurance is a Tough Sell*

# *Hurricane Katrina NFIP Flood Claim Count and Closed Claim Losses Paid\**



**85% of the $18.3 billion in NFIP flood losses paid from Katrina were in Louisiana. MS accounted for 13%.**

Legend: NFIP Insured Flood Loss · Claims Received

- Alabama: 5,723 — $272.9
- Florida: 8,956 — $128.2
- Mississippi: 18,897 — $2,362.9
- Louisiana: 177,036 — $15,486.2

Size of Industry Loss ($ Billions)

Insured Loss ($ Billions) / Claims Received

\*As of 12/8/06, 98.7% of all Katrina claims had been closed. Paid amounts displayed are for closed claims only.

Source: National Flood Insurance Program as of December 8, 2006; Insurance Information Institute.



# *Total Claim Payments by State (Top 11) Jan 1, 1978 - Feb. 2006*

**$ Millions**

**Louisiana and Mississippi rank 1st and 4th respectively in terms of total claims payments (up from 3rd and 11th pre-Katrina). Florida ranks 2nd and Texas 3rd.**

| State | Amount |
|-------|--------|
| LA | $14,309.1 |
| FL | $3,228.8 |
| TX | $2,775.0 |
| MS | $2,554.6 |
| AL | $851.6 |
| NC | $721.2 |
| NJ | $655.2 |
| PA | $600.0 |
| NY | $426.0 |
| SC | $425.5 |
| CA | $423.2 |

Source: FEMA, National Flood Insurance Program (NFIP)



# *Flood Insurance Penetration Rates: Top 25 Counties/Parishes in US\**

| County/Parish | Rate |
|---|---|
| JEFFERSON/LA | 84.0% |
| WALTON/FL | 81.5% |
| BROWARD/FL | 80.0% |
| COLLIER/FL | 78.7% |
| LEE/FL | 77.1% |
| GALVESTON/TX | 74.1% |
| GLYNN/GA | 69.6% |
| ST. BERNARD/LA | 68.4% |
| MIAMI-DADE/FL | 68.1% |
| ORLEANS/LA | 66.7% |
| CARTERET/NC | 65.9% |
| ST. CHARLES/LA | 65.5% |
| ST. JOHNS/FL | 62.4% |
| CHARLOTTE/FL | 59.0% |
| ST. TAMMANY/LA | 56.2% |
| HORRY/SC | 51.6% |
| INDIAN RIVER/FL | 49.6% |
| BAY/FL | 48.0% |
| BRUNSWICK/NC | 46.3% |
| NASSAU/FL | 44.4% |
| BERKELEY/SC | 42.8% |
| PINELLAS/FL | 42.8% |
| BRAZORIA/TX | 42.0% |
| CHATHAM/GA | 41.9% |
| TERREBONNE/LA | 40.1% |

**LA parishes have among the highest flood coverage penetration rates in the US (12 of the top 75)**

**\*As of 12/31/05.**
**Source: New Orleans Times-Picayune, 3/19/06, from NFIP and US Census Bureau data.**



# *Flood Insurance Penetration Rates: Counties/Parishes Ranked 26-50\**

| County/Parish | Rate |
|---|---|
| BALDWIN/AL | 39.8% |
| SARASOTA/FL | 39.7% |
| PALM BEACH/FL | 39.2% |
| CHARLESTON/SC | 39.1% |
| MANATEE/FL | 38.7% |
| MARTIN/FL | 37.2% |
| ATLANTIC/NJ | 36.5% |
| LAFOURCHE/LA | 36.2% |
| OKALOOSA/FL | 34.2% |
| GEORGETOWN/SC | 33.0% |
| FLAGLER/FL | 32.1% |
| MAUI/HI | 30.6% |
| LIVINGSTON/LA | 28.3% |
| BREVARD/FL | 27.6% |
| SUSSEX/DE | 27.0% |
| VOLUSIA/FL | 26.8% |
| ST. LUCIE/FL | 26.4% |
| JEFFERSON/TX | 26.1% |
| HAMPTON CITY/VA | 25.4% |
| OCEAN/NJ | 25.3% |
| HARRIS/TX | 25.2% |
| PASCO/FL | 23.4% |
| BOSSIER/LA | 23.3% |
| NEW HANOVER/NC | 22.1% |
| BRONX/NY | 21.7% |

**Mid-Atlantic/Northeast Counties are underrepresented**

**People along the eastern seaboard have not gotten the message**

x-axis: 0% 10% 20% 30% 40% 50%

\*As of 12/31/05.
Source: New Orleans Times-Picayune, 3/19/06, from NFIP and US Census Bureau data.



# *Flood Insurance Penetration Rates: Counties/Parishes Ranked 51-75\**

| County/Parish | Rate |
|---|---|
| CAMERON/TX | 21.6% |
| FORT BEND/TX | 20.9% |
| SANTA ROSA/MS | 20.1% |
| HARRISON/MS | 19.1% |
| JACKSON/MS | 18.3% |
| NORFOLK CITY/VA | 17.8% |
| HILLSBOROUGH/FL | 17.7% |
| LAFAYETTE/LA | 17.5% |
| EAST BATON ROUGE/LA | 16.7% |
| VIRGINIA BEACH | 16.3% |
| ESCAMBIA/FL | 15.8% |
| HONOLULU/HI | 15.6% |
| SACRAMENTO/CA | 15.4% |
| CALCASIEU/LA | 14.5% |
| MONTGOMERY/TX | 14.0% |
| CITRUS/FL | 13.3% |
| MERCED/CA | 12.9% |
| CHESAPEAKE, | 12.6% |
| OSCEOLA/FL | 11.7% |
| HUDSON/NJ | 11.6% |
| DUVAL/FL | 11.3% |
| BARNSTABLE/MA | 10.2% |
| MARIN/CA | 9.3% |
| TULARE/CA | 9.1% |
| MONMOUTH/NJ | 8.5% |

**MS coastal counties rank abysmally low**

**Barnstable is only county in all of New England among Top 75**

*\*As of 12/31/05.*
**Source: New Orleans Times-Picayune, 3/19/06, from NFIP and US Census Bureau data.**



# *Flood Insurance Retention Rates, March 2005-February 2006*

Chart data (retention rate by month):

| Month | Rate |
|-------|------|
| Aug-04 | 88.3% |
| Sep-04 | 90.8% |
| Oct-04 | 91.0% |
| Nov-04 | 91.6% |
| Dec-04 | 90.6% |
| Jan-05 | 92.0% |
| Feb-05 | 91.9% |
| Mar-05 | 87.5% |
| Apr-05 | 88.8% |
| May-05 | 89.3% |
| Jun-05 | 92.1% |
| Jul-05 | 92.0% |
| Aug-05 | 93.2% |
| Sep-05 | 92.7% |
| Oct-05 | 93.2% |
| Nov-05 | 93.1% |
| Dec-05 | 90.6% |
| Jan-06 | 92.5% |
| Feb-06 | 84.6% |

**Flood insurance retention rates are a problem.  Program lapse rate is too high.  Customer acquisition is expensive.**

**Source: FEMA/NFIP web site accesses 5/8/06:** http://www.fema.gov/business/nfip/statistics/stats.shtm.

# *Reasons Why People Buy Flood Insurance*



**Agent/Broker Recommendation, 20%**

**Not Near Water, But Don't Want to Take Chances, 29%**

**House Near Body of Water, 24%**

**Mortgage Lender Requirement, 27%**

**Risk aversion and compulsion are the two most important direct factors influencing the purchase decision. Educational attainment & income are also factors.**

**Source:  Poll of 700 conducted by Opinion Research Corporation by Chubb Group of Insurance Companies, summarized in March 2006 press release** "*Katrina Doesn't Motivate Many Homeowners to Protect Their Investment.*"



# *Additional Factors Influencing NFIP Flood Penetration Rates*

- **Education/Income of Homeowner**
- **Tendency to Decline Most Optional Coverages**
  - ➤ Only 13% of CA homeowners buy earthquake insurance
- **Lack of Understanding of Actual Risk**
  - ➤ Most people do not understand the meaning or implications of 1-in-100 year flood risk
  - ➤ Most people have never looked at a flood map
- **Coverage Limits (e.g., $250K cap)**
- **Expectation of Post-Event Aid**
  - ➤ Potentially a more important factor for future events
- **Litigation Suggesting that Flood is Covered Under Standard Homeowners Insurance Policies**

Source: Insurance Information Institute

# The Media & Flood Insurance

*Little Coverage Before Storms*



# *Media Coverage of Flood Insurance, 2000-2007\**

| State | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007* |
|---|---|---|---|---|---|---|---|---|
| LA | 76 | 111 | 108 | 124 | 122 | 479 | 1,040 | 193 |
| MS | 20 | 20 | 26 | 55 | 45 | 349 | 594 | 198 |
| FL | 215 | 227 | 161 | 231 | 463 | 655 | 553 | 112 |
| NY | 64 | 38 | 34 | 36 | 65 | 146 | 247 | 78 |
| US* | 1,961 | 1,882 | 1,919 | 2,177 | 2,994 | 4,647 | 6,395 | 1,768 |
| US-All Print Media** | 2,761 | 2,714 | 3,128 | 3,368 | 6,377 | 10,526 | 12,738 | 3,620 |

*Newspaper coverage as of May 2, 2007.
**Includes newspapers, magazines, wire services, etc.
Source:  Insurance Information Institute analysis based on Nexis search.



# Media Coverage of Flood Insurance in the US Overall, 2000-2007*

**Legend:** ■ US* ■ US-All Print Media**

US newspaper coverage of flood insurance rose an estimated 194% between 2003 and 2006 and rose 278% across all print media

| Year | US* | US-All Print Media** |
|------|------|------|
| 2000 | 1,961 | 2,761 |
| 2001 | 1,882 | 2,714 |
| 2002 | 1,919 | 3,128 |
| 2003 | 2,177 | 3,368 |
| 2004 | 2,994 | 6,3— |
| 2005 | 4,647 | 10,526 |
| 2006 | 6,395 | 12,738 |
| 2007* | 1,768 | 3,620 |

*Newspaper coverage as of May 2, 2007. **Includes newspapers, magazines, wire services, etc.
Source: Insurance Information Institute analysis based on Nexis search.



# *Media Coverage of Flood Insurance in LA & MS, 2000-2007\**

**Legend:** LA (red), MS (green)

**Media coverage of flood insurance in Louisiana rose an estimated 739% between 2003 and 2006 and 980% in Mississippi. Coverage rose 194% for the US overall. Surprisingly, coverage fell in 2004 despite major FL storms & nearby Ivan flooding.**

| Year | LA | MS |
|------|------|-----|
| 2000 | 76 | 20 |
| 2001 | 111 | 20 |
| 2002 | 108 | 26 |
| 2003 | 124 | 55 |
| 2004 | 122 | 45 |
| 2005 | 479 | 349 |
| 2006 | 1,040 | 594 |
| 2007* | 193 | 198 |

**\*Newspaper coverage as of May 2, 2007.**
**Source: Insurance Information Institute analysis based on Nexis search.**

# What Does the Future Hold for Louisiana Buyers of Insurance?



# *What the Future Holds for Louisiana Home/Business Property Owners*

- **Effects Concentrated in Southern Louisiana**
- **Market Needs to Reach a New Equilibrium to Stabilize**
- **Price of Insurance Rising to Adjust to Higher Plateau of Risk Going Forward Over Period of Years**
  - ➤ **Inducement to attract/retain capital; Not recoupment of 2005**
  - ➤ **Reinsurance pricing leveling off as capital flows in**
  - ➤ **Commercial prices will stabilize first because of greater flex.**
- **Reduced Supply as Some Insurers Restrict New Sales**
  - ➤ **Citizens will become the only option for some**
- **Assessments from Citizens**
  - ➤ **Especially if significant growth before next event**
- **Coverage Emerges Through Surplus Lines Mkt.**
- **Experimentation with "Take-Out" Programs?**
- **Alternative Risk Transfer & Securitization?**



# *Factors that Will Increase Private Insurance Sector Receptivity to Operating in Louisiana*

- **Opportunity to earn a fair rate of return given the extraordinary risk being assumed**
- **Ability to move capital in and out of the state with relative ease**
  - ➢ **Investors don't want to put money into a capital "trap"**
  - ➢ **Analogy: If oil prices capped, little investment would occur**
- **Price/Rate Flexibility; Some want federal regulator**
- **Stronger Building Codes & Enforcement**
  - ➢ **Wise land use policies help**
- **Investment in Mitigation Measures**
- ***Improvement in Tort Environment***
- **Strong Working Partnership with Major Stakeholders**
- **Absence of "Punitive" Measures that Create Unfavorable Operating Environment**

# KATRINA:
# The Legal Storm

*No Silence in the Court*

# *Likely Market Impacts of Post-Katrina Litigation*



- **Litigation Creates an Additional Layer of Uncertainty in What is Already a Very Difficulty Market**
  - ➢ **Ultimate Thrust of Litigation is to Compel Insurers to Pay Water Damage (Flood/Surge) Losses for Which They Have Never Received A Penny in Premium**
- **Some Courts' Apparent Willingness to Retroactively Rewrite Long-Standing, Regulator Approved Terms & Conditions of Insurance Contracts Creates an Unpriceable Risk**
  - ➢ **Compounded by juries willing to award millions in punitives**
- **People Discouraged from Buying Flood Coverage**
- <span style="color:orange">**BOTTOM LINE: Weather, Courts, Juries Together Create Nearly Impossible Operating Environment**</span>
- <span style="color:orange">**Coverage Under These Circumstances Will Necessarily Become More Expensive, Less Available**</span>

# INSURER PROFITABILITY

*The Truth About Insurer Profitability*



# ROE: P/C vs. All Industries 1987–2008E

**P/C profitability is cyclical, volatile and vulnerable**

- Hugo
- Andrew
- Northridge
- Lowest CAT losses in 15 years
- Sept. 11
- 4 Hurricanes
- Katrina, Rita, Wilma

Legend: US P/C Insurers ▲ — All US Industries ■

*2007-08 P/C insurer ROEs are I.I.I. estimates.
Source: Insurance Information Institute; *Fortune*

# 2006 Return on Shareholder Equity (ROE) & Ranking for Key Industries in LA



Source: Fortune, April 30, 2007 edition; Insurance Information Institute

# *Profitability Peaks & Troughs in the P/C Insurance Industry, 1975 – 2008F*



*2007-08 P/C insurer ROEs are I.I.I. estimates.
Source: Insurance Information Institute; ISO, A.M. Best.

# *Strength of Recent Hard Markets by NWP Growth\**



**2006-2010 (post-Katrina) period could resemble 1993-97 (post-Andrew)**

**2005: biggest real drop in premium since early 1980s**

1975-78    1984-87    2001-04

**Note: Shaded areas denote hard market periods.**
**Source: A.M. Best, Insurance Information Institute**

\*2007-10 figures are III forecasts/estimates. 2005 growth of 0.4% equates to 1.8% after adjustment for a special one-time transaction between one company and its foreign parent. 2006-2008 figures from III Groundhog Survey.

# *Share of Losses Paid by Reinsurers, by Disaster**



**Reinsurance is playing an increasingly important role in the financing of mega-CATs; Reins. Costs are skyrocketing**

| | 30% | 25% | 60% | 20% | 45% |
|---|---|---|---|---|---|

Bar chart values:
- Hurricane Hugo (1989): 30%
- Hurricane Andrew (1992): 25%
- Sept. 11 Terror Attack (2001): 60%
- 2004 Hurricane Losses: 20%
- 2005 Hurricane Losses: 45%

Y-axis: 0% to 70%

**\*Excludes losses paid by the Florida Hurricane Catastrophe Fund, a FL-only windstorm reinsurer, which was established in 1994 *after* Hurricane Andrew. FHCF payments to insurers are estimated at $3.85 billion for 2004 and $4.5 billion for 2005.**
**Sources: Wharton Risk Center, Disaster Insurance Project; Insurance Information Institute.**

# *Reinsurance Markets are Globally Linked*



**Premiums Ceded**

## Global Reinsurance Market

**Losses Paid**

States like LA, MS paid little into the global reinsurance pool but got a lot in return, shrinking global claims paying resources and pushing up reinsurance costs for all

# *Ratio of Reinsurer Loss & Underwriting Expense to Premiums Written, 1985-2006*



**Despite the respite in 2006, reinsurers paid an average of $1.11 in loss and expense for every $1 in written premium since 1985**

Source: Reinsurance Association of America.

# *Key Messages on Profitability*

- **Level of profitability in 2006 was reasonable & necessary to compensate investors for the risks they assume and to attract/retain capital**

- **<u>All</u> of the profits earned in 2004 and 2005 and most of the profits in 2006 were earned in states and from types of insurance unaffected by the hurricanes**

- **By law, the rates charged for insurance are based exclusively on  past and expected losses in that state**

- **Profits in other states or from other types of insurance can't be used to subsidize cat-impacted areas/coverages**

# REBUILDING CAPACITY

**Profits are Being Reinvested & Banked for Future Catastrophes**



# *U.S. Policyholder Surplus: 1975-2006*

**Capacity as of 12/31/06 was $487.1B (est.), 14.4% above year-end 2005, 71% above its 2002 trough and 46% above its 1999 peak.**

**Foreign reinsurance and residual market mechanisms absorbed 45% of 2005 CAT losses of $62.1B**

*"Surplus" is a measure of underwriting capacity. It is analogous to "Owners Equity" or "Net Worth" in non-insurance organizations*

$ Billions

Y-axis: $0, $50, $100, $150, $200, $250, $300, $350, $400, $450, $500, $550

X-axis: 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 00 01 02 03 04 05 06

**Source: A.M. Best, ISO, Insurance Information Institute.**



# *Capital Raising by Class Within 15 Months of KRW*

**$ Billions**

Insurance Linked Securities, $6.253 , 19%

Sidecars, $6.359 , 19%

**Insurers & Reinsurers raised $33.7 billion in the wake of Katrina, Rita, Wilma**

Existing Cos., $12.145 , 36%

New Cos., $8.898 , 26%

**Source:  Lane Financial *Trade* Notes, January 31, 2007.**

# *Annual Catastrophe Bond Transactions Volume, 1997-2006*



**Risk Capital Issued** — **Number of Issuances**

Catastrophe bond issuance has soared in the wake of Hurricanes Katrina and the hurricane seasons of 2004/2005

$633.0 $846.1 $984.8 $1,139.0 $966.9 $1,219.5 $1,729.8 $1,142.8 $1,991.1 $4,693.4

97 98 99 00 01 02 03 04 05 06

Risk Capital Issues ($ Mill)

Number of Issuances

Source: MMC Securities and Guy Carpenter; Insurance Information Institute.

# FINANCIAL STRENGTH & RATINGS

## Industry Has Weathered the Storms Well



# *P/C Insurer Impairments, 1969-2006*



**The industry's underlying financial strength allowed insurers to bear record catastrophe losses with minimal impairments**

Chart showing P/C insurer impairments by year (1969-2006):

| Year | Impairments |
|------|-------------|
| 69 | 8 |
| 70 | 15 |
| 71 | 12 |
| 72 | 7 |
| 73 | 11 |
| 74 | 9 |
| 75 | 34 |
| 76 | 9 |
| 77 | 13 |
| 78 | 12 |
| 79 | 19 |
| 80 | 9 |
| 81 | 16 |
| 82 | 14 |
| 83 | 13 |
| 84 | 36 |
| 85 | 49 |
| 86 | 31 |
| 87 | 34 |
| 88 | 49 |
| 89 | 49 |
| 90 | 54 |
| 91 | 60 |
| 92 | 58 |
| 93 | 41 |
| 94 | 29 |
| 95 | 15 |
| 96 | 12 |
| 97 | 31 |
| 98 | 18 |
| 99 | 19 |
| 00 | 49 |
| 01 | 50 |
| 02 | 47 |
| 03 | 35 |
| 04 | 18 |
| 05 | 13 |
| 06 | 15 |

Source: A.M. Best; Insurance Information Institute

# Overview of Proposed National Catastrophe Insurance Plan





# *NAIC's Comprehensive National Catastrophe Plan*

- **Proposes Layered Approach to Risk**
- **Layer 1: Maximize resources of private insurance & reinsurance industry**
  - **Includes "All Perils" Residential Policy**
  - **Encourage Mitigation**
  - **Create Meaningful, Forward-Looking Reserves**
- **Layer 2: Establishes system of state catastrophe funds (like FHCF)**
- **Layer 3: Federal Catastrophe Reinsurance Mechanism**

Source: Insurance Information Institute

# *Comprehensive National Catastrophe Plan Schematic*



1:500 Event

**National Catastrophe Contract Program**

1:50 Event

**State Regional Catastrophe Fund**

State Attachment

**Personal Disaster Account**

**Private Insurance**

**Private Reinsurance**

Source: NAIC, *Natural Catastrophe Risk: Creating a Comprehensive National Plan*, Dec. 1, 2005; Insurance Information. Inst.



# Would the Florida Approach Work in Louisiana?

*Can the State Do It Better, Faster & Cheaper?*



# *Why There is Concern Over the Florida Legislature's & Governor's Changes*

- **Risk is Now Almost Entirely Borne Within State**
- **Virtually Nothing Done to Reduce Actual Vulnerability**
- **Creates Likelihood of Very Large Future Assessments**
- **Potentially Crushing Debt Load**
- **State May be Forced to Raise/Levy Taxes to Avoid Credit Downgrades**
- **Many Policyholder Will See Minimal Price Drop**
  - ➢ **"Savings" came from canceling recent/planned rate hikes**
- **Residents in Lower-Risk Areas, Drivers, Business Liability Policyholders Will Come to Resent Subsidies to Coastal Dwellers**
- **Governor's Emergency Order for Rate Freezes & Rollbacks Viewed as Unfair & Capricious**

**Sources: Insurance Information Institute.**



# *Pre- vs. Post-Event in FL for 2007 Hurricane Season*

**There is a very significant likelihood of major, multi-year assessments in 2007**

**Billions**

Legend: ■ **Pre-Event Funding** ■ **Post-Event Funding (Assessments & Bonds)**

| Odds | Pre-Event | Post-Event | Total |
|------|-----------|-----------|-------|
| 1-in-20 | $10.1 | $9.9 | Total = $20.0 Billion |
| 1-in-30 | $10.4 | $14.6 | $25.0B |
| 1-in-50 | $10.9 | $24.1 | $35.0B |
| 1-in-70 | $12.4 | $31.4 | $43.8B |
| 1-in-85 | $15.0 | $34.5 | $49.5B |
| 1-in-100 | $17.6 | $37.4 | $55.0B |
| 1-in-250 | $25.8 | $54.2 | $80.0B |

Notes: Pre-event funding includes funds available to Citizens, FHCF and private carriers plus contingent funding available through private reinsurance to pay claims in 2007. Post-event funding is on a present value basis and does not include financing costs. Probabilities are expressed as "odds of a single storm of this magnitude or greater happening in 2007."
Source: Tillinghast Towers Perrin, *Study of Recent Legislative Changes to Florida's Property Insurance Mechanisms,* 3/07.





# *Public Attitude Monitor 2006:*
# *Unfairness of <u>Taxpayer</u> Subsidies*

**Most non-coastal dwellers believe taxpayer subsidies for coastal property owners are unfair**

Legend:
- ■ Very unfair
- ■ Somewhat Unfair

| Category | Somewhat Unfair | Very unfair |
|---|---|---|
| Coastal Counties | 29% | 22% |
| Interior Counties | 25% | 34% |
| Noncoastal States | 30% | 31% |

Coastal Counties and Interior Counties are grouped under **Coastal States**

Source: Insurance Research Council



# *Insurance Information Institute On-Line*

# WWW.III.ORG

*If you would like a copy of this presentation, please give me your business card with e-mail address*