# App. Tab 32



# The Times-Picayune

**Everything New Orleans**

## So far, Road Home's money trail doesn't lead to the flood victims
### But state says funds getting ready to flow

Sunday, November 05, 2006
**By Laura Maggi**
**Staff writer**

About nine months have passed since Louisiana was rewarded with promises that the Bush administration would at last back a substantial infusion of additional Community Development Block Grants to bolster the state's $7.5 billion program to fix hurricane-ravaged homes.

▼ Advertisement                                            CONTINUE STORY



Six months have passed since Congress approved the allocation, which brought the grand total of block grant money slated for Louisiana up to $10.4 billion.

And yet, the total amount of money that to date has ended up in homeowners' hands under Louisiana's Road Home program stands at a paltry $693,215. All told, $60.7 million has been given out for various components of the Louisiana Recovery Authority's vision for using the block grants to rebuild the devastated coastal areas, much of it to cover administrative expenses.

Those amounts could be seen to bolster New Orleans Mayor Ray Nagin's occasional accusations that Gov. Kathleen Blanco's administration is playing political games by holding up the money. But state officials say that ignores the logistical difficulties of setting up the myriad of programs created to deal with the various crises of homeowners, business people and local governments, which they say have reached a critical turning point that will soon result in a steady flow of federal dollars.

Andy Kopplin, the executive director of the LRA, said the amount of money that has actually been doled out is misleading, as a number of programs have been finalized and eventual grant recipients are making plans based on the money they will receive. For example, the state has notified firms that will receive $28.5 million to promote Louisiana tourism, although that money

hasn't yet been handed out.

"We are pushing the allocation of these funds as quickly as possible," Kopplin said.

The reality also is that $10 billion is an enormous amount of money and its disbursal is more than a matter of suitcases full of greenbacks arriving by armored car in Baton Rouge.

About half of the money is in the U.S. Treasury and ready to be tapped, according to the U.S. Department of Housing and Urban Development, which under federal law must approve the state's proposals for spending Community Development Block Grants. The rest of the grant dollars will be at the state's disposal once "action plans" that spell out the disaster programs are approved by the federal agency.

Direct to homeowners

Under U.S. Treasury rules, the money must stay in the federal government's possession until state officials can disburse it to the final recipient, such as a homeowner who will use it to rebuild a storm-damaged house. States are prohibited from drawing down federal dollars and then stashing the money in interest-bearing accounts.

"They are real picky about that. They don't want us earning interest on the money," said Suzie Elkins, the executive director of the state's Office of Community Development, which is in charge of the block grant money. "They want it sitting in their account so the U.S. government earns interest."

That means that in order to actually spend the money, the state has to be prepared to immediately hand it over, either to a contractor who is getting paid for a service or to a grant recipient. In the case of the Road Home program designed to pay homeowners up to $150,000 to fix their damaged property, only 18 homeowners have actually gotten money in their disbursement accounts, for a total of $693,215.

State officials point out that many more homeowners have received letters telling them the amount they can expect to receive. So far, according to figures given to the LRA at the end of last week, 1,351 families have been notified, for a total of $78.9 million.

The reason the eventual recipients have yet to pocket any money is because they have not declared whether they intend to repair a damaged house or sell it to the state and move somewhere else, said Carol Hector-Harris, a spokeswoman for ICF International, the company hired by the LRA to run the housing program.

"They are holding on to award letters to see if their neighborhoods are coming back," said Elkins to explain the gap between families who have been notified about their grants and those who have actually received money.

Ready for takeoff

Kopplin said that state officials are bent on trying to make the Road Home process as quick as possible, saying, for example, that they have been working with ICF to make sure there are sufficient staff in high-demand areas. But now that the company has completed more than 16,000 interviews, they expect the program to get on a roll.

"We expect (the numbers) to keep increasing at a much more dramatic rate," he said.

For homeowners hoping to get a Road Home grant to cover the uninsured damages to their property, a disbursement account is set up at a bank.

Within four days of ICF authorizing a payout, the U.S. Treasury is supposed to transfer the money to the designated disbursement account, said Gary Hall, the chief financial officer with the state Treasurer's office.

The bulk of the grant money spent so far has been on housing initiatives, a total of $58 million that has been directed mostly to setting up and managing the program, including $52.6 million in payments to ICF, which has a multiyear $756 million contract to run the Road Home program, and other vendors.

Elkins said that in the initial stages of implementing the recovery programs, it is to be expected that the first payments will be to establish management systems that ensure money is handed out equitably. By the time the state has blown through all of the grant money -- a process that is expected to take years -- less than 9 percent will have been spent on "project delivery costs," she said.

The Road Home program is expected to really take off in the coming days, Elkins said, adding that she expects that 10,000 applications will be completed by the end of this month.

Taking care of business

While the state has received final approval from the federal housing agency for $171 million for programs to help businesses, only $163,513 has been spent on "economic recovery," which is actually the interest on $40 million worth of state-backed bridge loans that small businesses have gotten from banks. Elkins said block grants will be tapped to pay off those loans only if the company defaults.

Another round of bridge loans, worth $55 million, can be tapped by companies that have struggled since the hurricanes, state officials said. A series of programs is being implemented, from grants for small companies to long-term loan guarantees.

Although the state reports that no block grants have been spent on infrastructure, Kopplin said that number is not quite accurate because local governments are getting money from the Federal Emergency Management Agency based on the fact that the LRA has committed to paying the 10 percent required match. Eventually, when FEMA demands its payment, the local government will ask the state to tap the block grants to cover its share.

"Some of these things are more cash-flow issues instead of what is or isn't taking place," he said.

. . . . . . .

Laura Maggi can be reached at lmaggi@timespicayune.com or (504) 826-3316.