# App. Tab 33



# The Times-Picayune

## Katrina left many in eastern N.O. unscathed
**'Hard-hit' reputation doesn't always fit**

Monday, May 07, 2007
**By Leslie Williams**
**Staff writer**

When she finally got news of the home she had fled in eastern New Orleans, no one could have been more startled than Dolores Schaefer. As she and her husband holed up in Houston, where they had taken refuge from Hurricane Katrina, the elderly woman assumed that storm surge had swamped the place off Hayne Boulevard, as it had so many other residences in eastern New Orleans.

▼ Advertisement



It broke her heart to think of irreplaceable photos she assumed were lost forever: the 1970s family portrait that included their daughter Rhonda, a then vibrant 16-year-old who died eight years later of a kidney-related disease, and Rhonda's wedding photo.

But that December, as they returned to the house for the first time since Katrina, the Schaefers, both in their 80s, found no watermark scarring the exterior walls. The front door, in the 8000 block of Lafourche Street, did not open onto a soggy interior of muck and destruction.

"We didn't have floodwater anywhere in the house," Ralph Schaefer said.

And the couple were not the only lucky ones whose experience disproved a widespread notion about Katrina.

Although eastern New Orleans was one of the hardest-hit sections of the city, roughly one-fourth of its residents experienced less than a foot of standing floodwater or no flooding at all, according to an analysis of flooding and population data crunched by Richard Campanella, associate director of Tulane and Xavier universities' Center for Bioenvironmental Research.

The areas with little or no flooding mirror the initial post-Katrina redevelopment pattern for eastern

New Orleans: a doughnut. The mostly dry areas basically formed a circle around the more heavily flooded swath of real estate bounded by the Industrial Canal, Hayne Boulevard, Paris Road and Chef Menteur Highway.

The findings are based on flood data captured Aug. 31, 2005, two days after Katrina ravaged southern Mississippi and Louisiana. The review included the heavily populated areas within the levee system, excluding areas east of Village de l'Est, such as the communities of Venetian Isles and Lake Catherine.

The mostly dry areas were invisible to many metropolitan area residents who got their view of eastern New Orleans traveling along Interstate 10, a thoroughfare slicing through the wettest areas far from where the Schaefers lived.

"When we tell some people that we didn't flood and that we live right by the lake, they say 'You're a liar,' " Dolores Schaefer said. "We had some roof damage and some rain came in that way, but it looked basically like it does today."

"Thank God," she added, reflecting on the condition of the three-bedroom, two-bath, brick, slab home the couple moved into in 1969 and that it was spared by looters. The Schaefers bought the house, about a half block from Hayne Boulevard near Lake Pontchartrain, because family lived nearby and the yard provided space for a half-acre vegetable garden in which Ralph Schaefer grows cabbage, tomatoes, eggplant, bell peppers, mustard greens, turnips and okra.

Schaefer suspects some water spilled over the Lake Pontchartrain levee, adding a little salt to the garden's soil, which he blames for smaller post-Katrina harvests.

"It's coming back, though," he said. "It's getting a little better each year."

Sources of flooding

Lake water was one of several sources of flooding in the East, said Ivor van Heerden, deputy director of the LSU Hurricane Center and leader of Team Louisiana, which conducted a forensic investigation of the levee failures. "About 65 percent of the water in the East came from breaches and the rest was overtopping," van Heerden said, adding that nearly all of the water poured in between 4:45 a.m. and 11:30 a.m. on Aug. 29.

Floodwaters that poured inside the levee system rose on average to about 1 1/2 feet below sea level in eastern New Orleans, compared with about 3 1/2 feet above sea level for much of the metropolitan area.

If a residence in eastern New Orleans was higher than 1 1/2 feet below sea level, then it probably wouldn't have gotten any water, van Heerden said. "You might have gotten some when the winds were sloshing the water around."

On average, eastern New Orleans is about 6 feet below sea level, he said.

"The irony of this is that the lowest-lying area got the least flooding in terms of vertical height," van Heerden said. "And what that reflects is not so much elevation but the quality of the levees."

Anthony Smith and his wife, Claudia, knew all the way from Australia that the levee along Lake Pontchartrain within view of their home at the corner of Hayne Boulevard and Mercier Street in eastern New Orleans was intact.

The Smiths were five days into a 30th wedding anniversary trip when Katrina hit. On the day after the hurricane, Smith turned on a television and thought he was watching a tsunami in a foreign country. Then he spotted the Superdome.

'I fell on my knees'

"I fell on my knees," Smith said. "I couldn't believe the city was engulfed like that in water."

Initially, he concluded his home was destroyed and there was nothing he and his wife could do, so they should just try to enjoy the trip. But his curiosity soon had him using Google Earth to survey his neighborhood. "Some areas were a dull brown and others were a healthy-looking green," he said.

"Ours was green."

In the areas identified by Campanella's map as having no water or a foot or less, "most of my neighbors only faced cleanup," he said.

When Smith returned to his two-story, three-bedroom home in September, he found that a little water had gotten in under the front door, but the rest of the house was unharmed by floodwaters, he said.

Smith, like the Schaefers, was grateful not to have been looted. The wrought-iron fence around the property also kept flotsam from slamming into his house. His loss basically was limited to roof damage. Even his BMW parked in the garage was OK.

"When people ask how I did, I say, 'Fine,' " Smith said. "But once they know I live in New Orleans East, they can't believe where I live didn't flood."

Levees and ridges

The elevation of the landscape that spared the Schaefers, the Smiths and others near Hayne Boulevard is manmade, Campanella said.

"Humans have built up the land there, reinforcing the lakefront levees," he said.

South of I-10 along what Campanella describes as a natural ridge, many more were spared standing water.

In his book "Geographies of New Orleans," Campanella notes: "The Metairie/Gentilly Ridge today rises 3 to 4 feet above sea level and 6 to 10 feet above the adjacent lowlands. Its natural levees are highest and widest near the origin, Kenner by the river, and progressively flatten and narrow eastward to the vicinity of Chef Menteur Pass."

It's this high ground that Donald Lofton celebrated after realizing he had picked the ideal spot on which to build his home in the summer of 2004: Good Drive near Chef Menteur Highway.

"I left for Texas, the day before Katrina, with about 25 family members," Lofton recalled. "And then the news reports started coming in. For a week, I believed everything was flooded and I felt stupid because my insurance company kept telling me I was not required to have flood insurance where I was. So I didn't renew it to save about 200 bucks."

About 10 days later, though, a neighbor sent word that he'd been on Good Drive and Lofton's home was fine. A few days after that, Lofton, equipped with a special work pass, drove home.

"After I got past the authorities on the West Bank, I took the Huey P. Long to I-10 and then took the Chef exit," Lofton said. "As I got near Read and Chef Menteur Highway, I saw this green mulch, marsh-looking stuff all over and about 30 boats all over the road. Some places were impassable and I had to drive on the neutral ground."

"As I turned onto Good, I could see that the grass was still green and nothing was out of place: not a screen, not a broken window," he said. "And there was no debris on the lawn, and I said, 'Thank you Lord!' "

The inside of his house was bone dry, he said, but in disarray. All of his furniture had been turned upside down and tossed about, broken glass was on the floor. Apparently looters had their way with the place and lived there a couple of days. They didn't steal anything irreplaceable, said Lofton, who remains joyful.

"I couldn't believe it; I lost only a few shingles on the ridgeline of the roof that took a guy 10 minutes to fix," he said. "I wasn't homeless. A great weight was lifted from my shoulders."

. . . . . . .

Leslie Williams can be reached at lwilliams@timespicayune.com or (504) 826-3358.