UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K – JUDGE DUVAL |
| PERTAINS TO: | MAG. (2) – MAG. WILKINSON |
| INSURANCE: *FONTENOT*, 07-4115 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendants, Auto Club Family Insurance Company respectfully request oral argument on the Plaintiffs', John and Kim Fontenot's Motion to Remand, filed with this court on August 30, 2007. ACFIC believes that oral argument will assist the court in resolving the multiple issues presented by the Motion to Remand. This case involves questions of first instance regarding the peculiarities of Louisiana's Code of Civil Procedure Articles dealing with pleading amounts in controversy, and the effect thereof on Removal on the basis of federal diversity jurisdiction. Defendant believes that the Court will certainly welcome the opportunity to ask any questions of the parties that might be needed to resolve the issues presented.

CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.

By: _____
THOMAS M. RICHARD (#2069)
KENNETH B. KROBERT (#7865)
3850 North Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: 504-830-3845
Telefax: 504-836-9543
*Attorneys for Defendant*

## CERTIFICATE OF SERVICES

I hereby certify that on the 9th day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing o any non-CM/ECF participant.

_____
KENNETH B. KROBERT