# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" 2 |
| | | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | |
| | | MAG. WILKINSON |
| Carney, No. 07-01349 | * | |

## ORDER

**IT IS ORDERED** that mover be and is hereby granted an additional twenty (20) days from the date of this order in which to file responsive pleadings in the above numbered and entitled matter.

**THUS** done and signed in **NEW ORLEANS, LOUISIANA**, on this 10th day of October, 2007.

_____
JUDGE, EASTERN DISTRICT UNITED STATES DISTRICT COURT