UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" 2 |
| | | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | |
| | | MAG. WILKINSON |
| Douville, No. 07-01113 | * | |

### ORDER

**IT IS ORDERED** that mover be and is hereby granted an additional t<sup>twenty (20)</sup> days from the date of this order in which to file responsive pleadings in the above numbered and entitled matter.

**THUS** done and signed in **NEW ORLEANS, LOUISIANA,** on this 10th day of October, 20 0 7.

_____
JUDGE, EASTERN DISTRICT UNITED STATES DISTRICT COURT