UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 "K" 2 |
| | | JUDGE DUVAL |
| PERTAINS TO: LEVEE | * | |
| | | MAG. WILKINSON |
| Gisevius, No. 06-5308 | * | |

### ORDER

**IT IS ORDERED** that mover be and is hereby granted an additional twenty (20) ) days from the date of this order in which to file responsive pleadings in the above numbered and entitled matter.

**THUS** done and signed in **NEW ORLEANS, LOUISIANA,** on this <u>10th</u> day of <u>October</u>, 2007.

_____
JUDGE, EASTERN DISTRICT UNITED STATES DISTRICT COURT