UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GEORGE A. JUNOT and | * | CIVIL ACTION NO. 07-4395 |
| JUDY JUNOT | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| VERSUS | * | |
| | * | SECTION "K" |
| STATE FARM FIRE & | * | |
| CASUALTY COMPANY | * | MAGISTRATE ( ) |
| | * | |

*************************************************************************

## CORPORATE DISCLOSURE STATEMENT

**NOW COMES** defendant, State Farm Fire and Casualty Company, (hereinafter referred to as "State Farm"), a foreign corporation, who files this Corporate Disclosure by and through undersigned counsel in compliance with Local Rule 5.6 and Federal Rule of Civil Procedure 7.1.

Defendant states that State Farm is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company. State Farm Mutual Automobile Insurance Company is the parent of defendant, State Farm, and no publicly held company owns 10% or more of its stock.

Furthermore, neither defendant State Farm nor its parent has any publicly traded stock.

Dated this 10TH day of October, 2007.

Respectfully submitted,

_____
PETER J. WANEK, ESQ. (23353)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
(504)831-0946
Attorney for State Farm Fire and Casualty Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served on counsel of

record by placing the same in the U.S. mail, postage prepaid and properly addressed this 10TH day

of October, 2007.

_____