UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN E. POWELL AND<br>LILLIAN S. POWELL | * <br> * <br> * | CIVIL ACTION:<br><br>NO. 07-4785 |
| VERSUS | * <br> * | <br>SECTION: K |
| ALLSTATE INSURANCE COMPANY | * <br> * | <br>MAG.: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED: _____    _____

DATE

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiffs, John E. Powell and Lillian S. Powell, and defendant, Allstate Insurance Company, as to all demands principal and incidental, all parties to bear their own costs.

New Orleans, Louisiana, this \_\_\_10th\_\_\_ day of \_\_\_\_\_October\_\_\_\_\_, 2007.

_____
JUDGE