UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>PERTAINS TO: SEVERED MASS JOINDER CASES | * <br> * <br> * <br> * | CIVIL ACTION<br><br>No. 05-4182 |
| *severed from Abadie, 06-5164* | * <br> * | SECTION "K" (2) |
| LESLEY DIROSA, LOUIS DIROSA<br>       Plaintiff | * <br> * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | No. 07-2499 |
| STATE FARM FIRE and CASUALTY COMPANY<br>       Defendant | * <br> * | SECTION "K" (2) |

## ORDER

**IT IS ORDERED** that the Plaintiffs' Motion for Partial Summary Judgment on the Enforceability of the Anti-Concurrent Cause Clause be and is hereby **DISMISSED**.

New Orleans, LA, this    10th    day of     October  , 2007

_____
JUDGE