UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: LEVEE, Michael O. Carey, | § | |
| (07-2741) | § | |
| | § | |

ORDER

Having considered defendant United States of America's Ex Parte Consent Motion for an Extension of Time, and for good cause shown, it is hereby ORDERED that defendant's Motion is GRANTED. The United States shall have an additional 30 days until on or before November 8, 2007, to file its Answer or otherwise to respond.

New Orleans, Louisiana, this __10th__ day of __October__, 2007.

_____
UNITED STATES DISTRICT JUDGE