## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| **PERTAINS TO:** | * | SECTION "K" (2) |
| *Mooney,* C.A. No. 06-8602 | | |

\*   \*   \*   \*   \*   \*   \*   \*

### EX PARTE MOTION AND INCORPORATED
### MEMORANDUM TO SUBSTITUTE COUNSEL OF RECORD

NOW COMES plaintiff, Colleen Mooney, who respectfully requests that B. Gerald Weeks and the Weeks Law Firm be substituted as counsel of record for plaintiff and the law firm of Weeks, Kavanagh & Rendeiro, David E. Kavanagh and Gino J. Rendeiro be withdrawn as counsel of record for plaintiff in the above and entitled actions.

Respectfully submitted:

s/ Gino J. Rendeiro

Dated: October 10, 2007

Gino J. Rendeiro- Bar No. 14348
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, 2nd Floor
New Orleans, LA 70112
Tel. (504) 529-5100
Grendeiro@wkrlaw.com

## CERTIFICATE

I do hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  *I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: N/A*

                                          Respectfully submitted,

                                          S/Gino J. Rendeiro
                                          Gino J. Rendeiro (14348)
                                          Weeks Kavanagh & Rendeiro
                                          810 Union Street, Suite 200
                                          New Orleans, Louisiana 70112
                                          Telephone: 504- 529-5100
                                          Fax No.: 504-529-3700
                                          Grendeiro@wkrlaw.com