UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Mooney,* C.A. No. 06-8602 | | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Substitute Counsel of record:

IT IS ORDERED that the motion is hereby GRANTED and that B. Gerald Weeks and the Weeks Law Firm be and the same is hereby substituted as counsel of record for plaintiff, Colleen Mooney, and that Weeks, Kavanagh & Rendeiro, David E. Kavanagh and Gino J. Rendeiro be withdrawn as counsel of record in the above numbered and entitled action.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE