UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO.   05-4182 |
| PERTAINS TO: | * | SECTION "K" (2) |
| *Mooney,* C.A. No. 06-8602 | | |

*   *   *   *   *   *   *   *

EX PARTE MOTION AND INCORPORATED
MEMORANDUM TO SUBSTITUTE COUNSEL OF RECORD

NOW COMES plaintiff, Colleen Mooney, who respectfully requests that B. Gerald Weeks and the Weeks Law Firm be substituted as counsel of record for plaintiff and the law firm of Weeks, Kavanagh & Rendeiro, David E. Kavanagh and Gino J. Rendeiro be withdrawn as counsel of record for plaintiff in the above and entitled actions.

                             Respectfully submitted:

                             s/ Gino J. Rendeiro
Dated: October 10, 2007      Gino J. Rendeiro- Bar No. 14348
                             WEEKS, KAVANAGH & RENDEIRO
                             810 Union Street, 2nd Floor
                             New Orleans, LA 70112
                             Tel. (504) 529-5100
                             Grendeiro@wkrlaw.com

**CERTIFICATE**

I do hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  *I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: N/A*

                              Respectfully submitted,

                              S/Gino J. Rendeiro
                              Gino J. Rendeiro (14348)
                              Weeks Kavanagh & Rendeiro
                              810 Union Street, Suite 200
                              New Orleans, Louisiana 70112
                              Telephone: 504- 529-5100
                              Fax No.: 504-529-3700
                              Grendeiro@wkrlaw.com