UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | § <br> § <br> § | CIVIL ACTION NO.: 05-4182 |
| _____ | § <br> § <br> § | JUDGE: DUVAL <br> SECTION "K" |
| PERTAINS TO: <br><br> INSURANCE Civil Action No.:06-9096 <br> Kim P. Thomas, wife of/and <br> Kenneth O. Thomas <br><br> _____ | § <br> § <br> § <br> § <br> § <br> § <br> § | MAGISTRATE: 2 <br> JUDGE: WILKINSON |

## RULE 41(a) JOINT STIPULATION OF DISMISSAL

**NOW INTO COURT,** through undersigned counsel of record, come plaintiffs, Kim P. Thomas and Kenneth O. Thomas, as well as the defendant, Allstate Insurance Company, in its capacity as a WYO Program insurance carrier, who each and all do hereby stipulate and agree that all claims against Allstate Insurance Company, in its capacity as a WYO Program insurance carrier, in the above referenced cause are hereby dismissed with prejudice. Plaintiffs reserve all rights against Kenneth Taylor and Allstate Insurance Company, in its capacity as a homeowner's insurance carrier and/or any other responsible party.

Each party to bear their respective costs.

WHEREFORE, the said parties pray that the Court issue an Order dismissing Plaintiffs'

claims against Allstate Insurance Company, in its capacity as a WYO Program insurance carrier with prejudice and with each party to bear its own costs.  Plaintiffs reserve all rights against Kenneth Taylor and Allstate Insurance Company in its capacity as a homeowner's insurance carrier and/or any other responsible party.

Dated:  October 10, 2007.

        Respectfully submitted,

        **NIELSEN LAW FIRM, LLC**

        */s/ Dorothy L. Tarver*_____
        GERALD J. NIELSEN, LA. BAR NO. 17078
        THOMAS C. PENNEBAKER, LA. BAR NO. 24597
        DOROTHY L. TARVER, LA. BAR NO. 29714
        3838 North Causeway Blvd., Suite 2850
        Metairie, LA 70002
        Phone: (504) 837-2500  Fax: (504) 832-9165
        Counsel for Defendant, Allstate Insurance Company
        in its Capacity as a WYO Program insurance carrier

        -and-

        */s/ Gary M. Pendergast*_____
        GARY M. PENDERGAST, ESQ., LA. BAR NO. 10420
        1515 Poydras Street, Suite 2260
        New Orleans, Louisiana 70130
        Counsel for Plaintiffs:
        Kim P. Thomas and Kenneth O. Thomas

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

GLENN B. ADAMS
MICHAEL W. COLLINS
Porteous, Hainkel & Johnson, LLP
704 Carondelet Street
New Orleans, LA 70130-3774
Counsel for Allstate Insurance Company
in its capacity as Homeowner's Insurer

GARY M. PENDERGAST
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70130
Counsel for Plaintiffs:
Kim P. Thomas and Kenneth O. Thomas

                                                          /S/ *DOROTHY L. TARVER*