UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION**<br><br>_____<br><br>**PERTAINS TO:**<br><br>**INSURANCE Civil Action No.:06-9096**<br>Kim P. Thomas, wife of/and<br>Kenneth O. Thomas<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.: 05-4182**<br><br>**JUDGE: DUVAL**<br>**SECTION "K"**<br><br>**MAGISTRATE: 2**<br>**JUDGE: WILKINSON** |

## O R D E R

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that any and all claims asserted by plaintiffs, Kim P. Thomas and Kenneth O. Thomas against Defendant, Allstate Insurance Company, in its capacity as a WYO Program insurance carrier, are hereby dismissed, with prejudice, each party to bear its own costs. Plaintiffs reserve all rights against Kenneth Taylor and Allstate Insurance Company in its capacity as a homeowner's insurance carrier and/or any other responsible party.

**NEW ORLEANS, LOUISIANA**, this _____day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE