UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION NO.:  05-4182 |
| PERTAINS TO: INSURANCE | *<br>* | JUDGE:  DUVAL "K" |
| Midland, C.A. No. 07-4869 | *<br>* | MAGISTRATE:  WILKINSON (2) |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing Unopposed *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Defendants, Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company, (collectively, "Liberty Mutual"), be and hereby are granted a fifteen-day extension of time up to and including October 25, 2007, within which to answer or otherwise respond to the Plaintiff's Petition.

New Orleans, Louisiana, this  10th day of October, 2007.

_____
JUDGE