UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** the foregoing Motion to Exceed Page Limits

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff, the State of Louisiana, is granted leave of Court to file a Memorandum in Support of its Motion to Exceed Page Limits established by Local Rule 7.8E.

New Orleans, Louisiana, this 10th day of October, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE