UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2"<br> |
| PERTAINS TO: ROAD HOME<br>*State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |

*********************************************************************

### NOTICE OF HEARING

TO:   Ralph Hubbard
      Lugenbuhl, Wheaton, Peck, Rankin, & Hubbard
      601 Poydras Street, Suite 2775
      New Orleans, LA 70130

      Judy Y. Barrasso
      Edward R. Wicker, Jr.
      Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
      909 Poydras Street, Suite 1800
      New Orleans, LA .70112

      Charles L. Chassaignac, IV
      Porteous, Hainkel, & Johnson
      343 3rd Street
      Baton Rouge, LA 70801

PLEASE TAKE NOTICE that Plaintiff, the State of Louisiana, will bring its Motion to

Remand before the Honorable Judge Stanwood R. Duval, Jr., on Wednesday, November 14, 2007,

at 9:30 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

        Respectfully submitted,

        THE STATE OF LOUISIANA

        The Honorable Charles C. Foti, Jr. (No. 5784)
        ATTORNEY GENERAL,
        STATE OF LOUISIANA
        1885 North Third Street, 6th Floor
        Baton Rouge, LA 70802
        Ph.: 225-326-6040
        Fax: 225-326-6097

        AND

        /s/   Calvin C. Fayard, Jr.
        Calvin C. Fayard, Jr. (No. 5486)
        FAYARD & HONEYCUTT, A.P.C.
        519 Florida Avenue, S.W.
        Denham Springs, LA 70726
        Ph.: 225-664-4193
        Fax: 225-664-6925
        Email: calvinfayard@fayardlaw.com

        AND

        Paul G. Aucoin (No. 2604)
        PAUL G. AUCOIN, ATTORNEY AT LAW
        135 Goodwill Plantation
        Vacherie, LA 70090-5240
        Ph.: 225-265-7906
        Fax: 225-265-7906
        Email: aucoinp@bellsouth.net

        AND

        Joseph J. McKernan (No. 10027)
        McKERNAN LAW FIRM
        8710 Jefferson Highway
        Baton Rouge, LA 70809
        Ph.: 225-926-1234
        Fax: 225-926-1202
        Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Ph.:  504-525-2553
Fax:  504-523-2508
Email: FCDLaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/  Calvin C. Fayard, Jr.
CALVIN C. FAYARD, JR.