**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO:
                                                SECTION "K"(2)
*O'Dwyer*          C.A. No. 06-4024

<u>ORDER</u>

The Court has reviewed Plaintiff's Motion to Rescind Order of September 11, 2007 (Doc.

7802) and finds that oral argument is unnecessary.  Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 7803) concerning that

motion is **DENIED**.

New Orleans, Louisiana, this  10th day of October, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**