**MINUTE ENTRY**
**DUVAL, J.**
**October 5, 2007**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES **CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: LEVEE AND MRGO** | **SECTION "K"(2)** |
| Class Certification Briefing | |

Attending a status conference held this day to discuss the length of the briefs to be filed with respect to the opposition to the Motions for Class Certification in LEVEE and MRGO were:

> William Treeby
> Ralph Hubbard and
> Joseph Bruno.

After a full discussion concerning defendants' concerns,

**IT IS ORDERED** that the defendants in MRGO shall be allowed to file one consolidated brief of up to 100 pages; however, a 10 page executive summary with citations into the brief itself must accompany it. The Court noted that it assures the parties that the brief shall be read in its entirety.

**IT IS FURTHER ORDERED** that the defendants in LEVEE shall be allowed to file one consolidated brief of up to 40 pages; however a 5 page executive summary with citations into the brief itself must accompany it.

JS-10: 10 MINS.