UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * * SECTION "K" (2) |
| PERTAINS TO: MRGO LEVEE | * * JUDGE DUVAL * * MAGISTRATE WILKINSON |

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, come MRGO and Levee Defendants, Washington Group International, Inc., Orleans Levee District, Lake Borgne Basin Levee District, East Jefferson Levee District, Sewerage and Water Board of New Orleans, Board of Commissioners of the Port of New Orleans and the United States of America (collectively, "Defendants") and respectfully submit this Notice of Manual Attachment referencing the following Exhibits to Defendants' Memorandum in Opposition to Plaintiffs' Motion In Limine to Exclude the Class Certification-Related Testimony of Michael W. Truax, which exhibits have been filed manually into the record of the above captioned litigation. Exhibit "1" Levee Report of Michael W. Truax, MAI; Exhbit "2" MRGO Report of Michael W. Traux, MAI; Exhibit "3" Deposition of John A. Kilpatrick, PhD, MRICS taken on September 26, 2007; Exhibit "4" Deposition of John A. Kilpatrick, PhD, MRICS taken on September 27, 2007; Exhibit "5" Affidavit of John A. Kilpatrick, PhD, MRICS; and Exhibit "6" Deposition of Prof. Johannes Vrijling, p.p. 43-44.

Dated:  October 10, 2007.

                                      Respectfully submitted,

*/s/William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

| | |
|---|---|
| */s/Thomas P. Anzelmo* | */s/Robin D. Smith* |
| Thomas P. Anzelmo, 2533 | Robin D. Smith |
| Mark E. Hanna, 19336 | Trial Attorney |
| Kyle P. Kirsch, 26363 | Torts Branch, Civil Division |
| Andre J. Lagarde, 28649 | U.S. Department of Justice |
|     Of | P.O. Box 888 |
| McCranie, Sistrunk, Anzelmo, Hardy, | Benjamin Franklin Station |
|   Maxwell & McDaniel | Washington, D.C. 20044 |
| 3445 N. Causeway Boulevard, Suite 800 | Telephone: (202) 616-4289 |
| Metairie, Louisiana 70002 | Facsimile: (202) 616-5200 |
| Telephone: (504) 831-0946 | |
| Facsimile: (504) 831-2492 | Attorneys for United States of America |

And

*/s/ Gary M. Zwain*

| | |
|---|---|
| James L. Pate, 10333 | Lawrence J. Duplass, 5199 |
| Ben L. Mayeux, 19042 | Gary M. Zwain, 13809 |
|     Of | Andrew D. Weinstock, 18495 |
| Laborde & Neuner | Joseph E. Bearden, III, 26188 |
| One Petroleum Center, Suite 200 |     Of |
| 1001 West Pinhook Road, Suite 200 | Duplass, Zwain, Bourgeois, Morton, Pfister & |
| Post Office Drawer 52828 | Weinstock |
| Lafayette, Louisiana 70505-2828 | 3838 N. Causeway Blvd., Suite 2900 |
| Telephone: (337) 237-7000 | Metairie, Louisiana 70002 |
| | Telephone: (504) 832-3700 |
| Attorneys for the Orleans Levee District | Facsimile: (504) 837-3119 |

and

Mr. Charles M. Lanier, Jr., 18299
Mr. J. Warren Gardner, Jr., 5928
Ms. Elizabeth Cordes, 1786
    Of
Christovich & Kearney
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
Telephone: (504) 593-4272
Facsimile: (504) 561-5743

Attorneys for the Sewerage and Water Board of New Orleans

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District and the Board of Commissioners for the East Jefferson Levee District

3

J. Frederick Kessenich, 7354
Jonathan H. Sandoz, 23928
Michael W. McMahon, 23987
Jon A. Van Steenis, 27122
Kirk N. Aurandt, 25336
    Of
Daigle, Fisse & Kessenich, PLC
P.O. Box 3530
Covington, LA 70434-5350
Telephone:  (985) 871-0800
Facsimile:  (985) 871-0899

Attorneys for the Board of Commissioners of the Port of New Orleans

## **CERTIFICATE**

     I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record operation of the court's electronic filing system and by depositing same in the United States Mail properly addressed and postage prepaid, this 10th day of October, 2007.

                                         *JOSEPH E. BEARDEN, III*
                                         Joseph E. Bearden, III