PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 007 | ERD-007-000000001 | ERD-007-000000430 | USACE; ERDC; Coastal and Hydraulics Lab | Jane Smith | KC225 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CHL IPET Background Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| ERN | 007 | ERN-007-000000001 | ERN-007-000000005 | USACE; ERDC; Coastal and Hydraulics Lab | Jane Smith | KC225 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CHL IPET Background Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| ERD | 009 | ERD-009-000000001 | ERD-009-000000144 | USACE; ERDC; Coastal and Hydraulics Lab | Fred Pinkard | KC225 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CHL IPET Background Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| ERN | 009 | ERN-009-000000001 | ERN-009-000000004 | USACE; ERDC; Coastal and Hydraulics Lab | Fred Pinkard | KC225 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CHL IPET Background Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 010 | ERD-010-000000001 | ERD-010-000000426 | USACE; ERDC; Coastal and Hydraulics Lab | Fred Pinkard | KC225 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CHL IPET Background Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| ERN | 012 | ERD-012-000000001 | ERD-012-000000006 | USACE; ERDC; Coastal and Hydraulics Lab | Fred Pinkard | KC225 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CHL IPET Background Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| ERN | 032 | ERN-032-000000001 | ERN-032-000000001 | USACE; ERDC; Coastal and Hydraulics Lab | Fred Pinkard | KC226 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | CHL IPET Background Material - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| ERN | 033 | ERN-033-000000001 | ERN-033-000000001 | USACE; ERDC; Coastal and Hydraulics Lab | Ronald Heath | KC227 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Video: Lightning Boy - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERN | 033 | ERN-033-000000002 | ERN-033-000000002 | USACE; ERDC; Coastal and Hydraulics Lab | Ronald Heath | KC227 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Video: Entergy, Bonck - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |
| ERN | 033 | ERN-033-000000003 | ERN-033-000000003 | USACE; ERDC; Coastal and Hydraulics Lab | Ronald Heath | KC227 | 10/10/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IPET Video: Helmers - Confidential produced pursuant to Protective Order restrictions In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182 "K" (2) |