UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE, MRGO, RESPONDER, BARGE | § | |
| | § | |
| FILED IN: | § | |
| 05-4181, 06-1885, 06-2268, 06-4024, 06-4634, | § | |
| 06-4931, 06-5042, 06-5116, 06-5118, 06-5127, | § | |
| 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, | § | |
| 06-5140, 06-5142, 06-5159, 06-5161, 06-5163, | § | |
| 06-5771, 07-206, 07-647, 06-8708, 07-1073, | § | |
| 07-1113, 07-1271, 07-1284, 07-1285, 07-1286, | § | |
| 07-1288, 07-1289, 07-2742, 07-3173, 07-3500, | § | |
| 07-4225, 07-4226, 07-4227, 07-4271, 07-4353, | § | |
| 07-4386, 07-4504, 07-4519, 07-4522, 07-4544, | § | |
| 07-4568, 07-4607, 07-4724, 07-4774, 07-4775, | § | |
| 07-4837, 07-4851, 07-4901, 07-4902, 07-4903, | § | |
| 07-4906, 07-4913, 07-4914, 07-4943, 07-4945, | § | |
| 07-4944, 07-5022, 07-5030, 07-5044, 07-5063, | § | |
| 07-5070, 07-5082, 07-5096, 07-5097, 07-5098, | § | |
| 07-5105, 07-5130, 07-5134, 07-5137, 07-5141, | § | |
| 07-5174, 07-5178, 07-5191, 07-5396, 07-5397. | § | |
| _____ | § | |

<u>MOTION TO ENROLL</u>

Trial Attorney Kara K. Miller hereby moves to enroll the appearance of Trial Attorneys Taheerah K. El-Amin, John A. Woodcock III, Sarah K. Soja, and Jessica G. Sullivan on behalf of the United States of America, defendant in the above-noted cases.  It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| Torts Branch, Civil Division | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 888 | 1331 Pennsylvania Ave., NW |
| Benjamin Franklin Station | Room 8095N |
| Washington, D.C.  20044 | Washington, DC 20004 |

ECF Filing:
taheerah.el-amin@usdoj.gov
jack.woodcock@usdoj.gov
sara.soja@usdoj.gov
jessica.sullivan@usdoj.gov

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

         s/ Kara K. Miller
        KARA K. MILLER
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
October 10, 2007        Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I, Kara K. Miller, hereby certify that on October 10, 2007, I served a true copy of the United States' Motion to Enroll upon all parties by ECF:

                       s/   Kara K. Miller
                       KARA K. MILLER