UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: MRGO AND LEVEE | |
| FILED IN    ALL MRGO AND LEVEE | |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF PLAINTIFFS' PUTATIVE EXPERT JOHN A. KILPATRICK.

The MRGO Defendants, through undersigned counsel, respectfully move for leave to file the accompanying reply brief in support of their Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick (Rec. Doc. 7992). The MRGO Defendants respectfully submit that their reply brief will assist the Court in its resolution of the Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick, and that the resolution of the motion will not be delayed by the submission of the attached reply brief.

895701v.1

**WHEREFORE**, the MRGO Defendants respectfully move for leave to file a reply brief in support of their Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick.

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

/s/Thomas P. Anzelmo
Thomas P. Anzelmo, 2533
Mark E. Hanna, 19336
Kyle P. Kirsch, 26363
Andre J. Lagarde, 28649
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
  MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: 504-831-0946
Fax:   504-831-2492

Counsel for Board of Commissioners of the Orleans Levee District, on behalf of the Levee Defendants

Adrian Wager-Zito
Julie E. McEvoy
Julia L. Cronin
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax:    202-626-1700

Jerre Doak
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Phone: 214-969-4894
Fax:    214-969-2977

Attorneys for Defendant Washington Group International, Inc., on behalf of the MRGO Defendants

895701v.1

## <u>CERTIFICATE</u>

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Leave to File Reply Brief has been served upon all counsel of record by the CM/ECF system this 10th day of October, 2007.

*/s/ Heather S. Lonian*