UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  MRGO AND LEVEE | JUDGE DUVAL |
| FILED IN:  MRGO AND LEVEE | MAG. WILKINSON |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Brief in Support of Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick;

**IT IS ORDERED** that the motion is **GRANTED** and that the accompanying reply brief be and hereby is filed into the record.

New Orleans, Louisiana, this _____ day of October, 2007.

UNITED STATES DISTRICT JUDGE

895761v.1