## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |  |
|---|---|---|---|
| | * | | |
| **IN RE:  KATRINA CANAL BREACHES** | * | | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** | |
| | * | | |
| | * | **NO. 05-4182** | |
| **PERTAINS TO:  BARGE** | * | **and consolidated cases** | |
| | * | | |
| | * | **SECTION "K"  (2)** | |
| *Boutte v. Lafarge*     05-5531 | * | | |
| *Mumford v. Ingram*     05-5724 | * | | |
| *Lagarde v. Lafarge*     06-5342 | * | **JUDGE** | |
| *Perry v. Ingram*     06-6299 | * | **STANWOOD R. DUVAL, JR.** | |
| *Benoit v. Lafarge*     06-7516 | * | | |
| *Parfait Family v. USA*     07-3500 | * | **MAG.** | |
| *Lafarge v. USA*     07-5178 | * | **JOSEPH C. WILKINSON, JR.** | |

### ORDER

Considering the BARGE PSLC's Motion to Expedite, Record Doc. No. 8251, which is

DENIED, **IT IS ORDERED** that plaintiffs' Motion for Leave to File Sixth Supplemental

and Amending Mumford Complaint, Record Doc. No. 8250, will be decided on the record

without oral argument. Written opposition, if any, must be filed no later than **October 16,**

**2007**.

New Orleans, Louisiana, this _____9th_____ day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE