UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br><br> INSURANCE (Tarzetti, No. 06-5895) | § CIVIL ACTION <br> § <br> § No. 05-4182 <br> § <br> § <br> § SECTION "K" <br> § JUDGE STANWOOD R. DUVAL, JR. <br> § <br> § MAG. DIV. 2 <br> § MAG. JOSEPH C. WILKINSON, JR. |

## NOTICE TO BE REMOVED FROM
## NOTIFICATION IN KATRINA CANAL BREACH LITIGATION

**NOW INTO COURT** through undersigned counsel, comes Plaintiffs, **GENE TARZETTI and KHALANN TARZETTI**, who respectfully suggest that the claims asserted by them in the above referenced matter have been settled and compromised and, as such, undersigned counsel would like to request in this notice that the following email addresses be deleted from the email list for the Katrina Canal Breach Litigation:

jdaniels@rdandc.com
nikki@rdandc.com

Respectfully Submitted,

**JAMES L. DANIELS, Bar No. 4488**
**RINGUET DANIELS & COLLIER**
(A Professional Law Corporation)
302 Rue France, Ste. 201
P. O. Box 52647
Lafayette, Louisiana 70505
(337) 232-0002

s/James L. Daniels
**Attorneys for Gene and Khalann Tarzetti**

## CERTIFICATE OF SERVICE

          **I HEREBY CERTIFY** that on April 20, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing of the following to all counsel of record.

Lafayette, Louisiana, this 20th day of April, 2007

                                                    s/James L. Daniels  
                                                         JAMES L. DANIELS