UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION
                                    NO. 05-4182 "K" (2)

PERTAINS TO:  BARGE                             JUDGE DUVAL
    **Mumford, C.A. No. 05-5724**                MAG. WILKINSON

**O R D E R**

In response to the court's previous order, Record Doc. No. 8173, counsel of record for plaintiffs in the referenced <u>Mumford</u> case have advised that service of process has been effected upon defendants, Riverway Company, New York Marine & General Insurance Company, American Home Assurance Company and International Marine Underwriters.  Record Doc. Nos. 78, 124, 125 and 126 in Civil Action No. 05-4419-C. In addition, answers have been filed on behalf of these defendants, and Riverway Company has been dismissed by stipulation.  Record Doc. Nos. 104 and 155 in Civil Action No. 05-4419-C and 8262 in C.A. No. 05-4182.  Accordingly,

**IT IS ORDERED** that the court's previous order dated October 4, 2007, Record Doc. No. 8173, is hereby marked SATISFIED.  The Clerk is directed to enter on the

docket sheet of this case the names of counsel representing these parties as set out on the

docket sheet of Civil Action No. 05-4419-C.

New Orleans, Louisiana, this _____9th_____ day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**