OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 OCT -4  PM 1:47
LORETTA G. WHYTE
CLERK

Date: 10/4/7

Marguerite Abrahms

vs.

USA Dept of the Army Corp.

Case No. 07-4386  Section K
Consolidated with 05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Peter D. Keisler - US Attorney General
   (address) 950 Pennsylvania Ave. NW Washington DC 20530-0001
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Darleen Jacobs
Address 823 St Louis St N.O.

___ Fee_____
___ Process___
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___