# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**RETURN**

**SUMMONS IN A CIVIL CASE**

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182  K(2)
& CONSOLIDATED CASES

07-5067
Harry Connick, Sr., et al
v.
United States of America, et al

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT - 4 2007

LORETTA G. WHYTE
CLERK

TO:
The United States of America, Department of the Army
Corps of Engineers
Charles Zammitt; Contracting Officer
Department of the Army
New Orleans District Corp of Engineers
7400 Leake Ave.
New Orleans, LA 70118-3651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. PATRICK CONNICK
3900 VETERANS BLVD., 3RD FLOOR
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

LORETTA G. WHYTE

(BY) DEPUTY CLERK  B. Gregory

DATE

SEP 2 7 2007

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [signature: Simone H. Yoder] | DATE  10-2-07 |
| Name of SERVER (PRINT)  Simone H. Yoder | TITLE  Law Clerk for Pat Connick |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Charles Tammitt's office at Army Corps of Engineers building

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECEIPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-07
              Date

Signature of Server: [signature: Simone H. Yoder]

Address of Server: 543 Joseph St. NOLA 70115

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.