AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

*FILED OCT - 4 2007
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA*

**RETURN**

SUMMONS IN A CIVIL CASE

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182  K(2)
& CONSOLIDATED CASES

07-5067

Harry Connick, Sr., et al
      v.
United States of America, et al

TO:
JAMES LETTEN
UNITED STATES ATTORNEY
U.S. DEPARTMENT OF JUSTICE,
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, 2ND FLOOR
HALE BOGGS FEDERAL BUILDING
NEW ORLEANS, LA 70130-3319

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. PATRICK CONNICK
3900 VETERANS BLVD., 3RD FLOOR
METAIRIE, LA 70006

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                 DATE

**LORETTA G. WHYTE**

SEP 27 2007

(BY) DEPUTY CLERK
B. Gregory

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-28-07 |
| Name of SERVER (PRINT)  Simone Yoder | TITLE  Law Clerk for J.P. Connick |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Tammy Falcone

☐ Returned unexecuted: _____

☐ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECEIPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-28-07
           Date

Signature of Server: Simone Yoder

543 Joseph St., NOLA 70115
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.