# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

07-4906

SUMMONS IN A CIVIL CASE

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182   K(2)
& CONSOLIDATED CASES

DAVID Anderson, et al
vs.
United States of America, et al

TO:
The United States of America, Department of the Army
Corps of Engineers
Charles Zammitt; Contracting Officer
Department of the Army
New Orleans District Corp of Engineers
7400 Leake Ave.
New Orleans, LA 70118-3651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                      DATE
   LORETTA G. WHYTE                                        AUG 2 8 2007

(BY) DEPUTY CLERK
C. Bourgeois

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/4/07 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| MARY MCMAHON | PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/4/07__
          Date

Signature of Server

2202 Avenue B
Metairie, La 70001
Address of Server

Phone: (504) 782-0512  
Fax: (504) 831-1203

# Albert J. Rebennack
Attorney at Law

2202 Avenue B  
Metairie, LA 70001

New Orleans,  
Westbank and Houma  
Offices by Appointment

September 24, 2007

**VIA HAND DELIVERY AND CERTIFIED MAIL**  
**The United States of America, Department of the Army Corps of Engineers**  
**Charles Zammitt**  
**Contracting Officer**  
**Department of the Army**  
**New Orleans District Corp of Engineers**  
**7400 Leake Ave.**  
**New Orleans, LA 70118-3651**

   *Re:* *David Anderson, et al, et al vs. United States of America, et al*  
     *Civil Action, No. 07-4906 "K" (2)*  
     *In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Sir or Madam:

  Please be advised you have been formally served.

                 Sincerely,

                 A. J. Rebennack

AJR/mkm  
Enclosure

