AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

07-4914

SUMMONS IN A CIVIL CASE

SECT. K MAG. 2

PERTAINS TO:
LEVEE AND MRGO

Beatrice Allen, et al
VS.
United States of America, et al

CASE NUMBER: 05-04182   K(2)
& CONSOLIDATED CASES

TO:
The United States of America, Department of the Army
Corps of Engineers
Charles Zammitt; Contracting Officer
Department of the Army
New Orleans District Corp of Engineers
7400 Leake Ave.
New Orleans, LA 70118-3651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE   AUG 2 8 2007
LORETTA G. WHYTE

(BY) DEPUTY CLERK
C. Bourgeois

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/25/07 |
| Name of SERVER (PRINT) MARY MCMAHON | TITLE PARALEGAL |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Charles R. Zax

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/25/07
                Date

Signature of Server

2202 AVENUE B
Address of Server
Metairie, La 70001