# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

07-4914

SECT. K MAG. 2

SUMMONS IN A CIVIL CASE

PERTAINS TO:
LEVEE AND MRGO

Beatrice Allen, et al
  VS.
United States of America, et al

CASE NUMBER: 05-04182   K(2)
& CONSOLIDATED CASES

TO:

The United States of America, Department of the Army
Corps of Engineers
Charles Zammitt; Contracting Officer
Department of the Army
New Orleans District Corp of Engineers
7400 Leake Ave.
New Orleans, LA 70118-3651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE   AUG 2 8 2007

LORETTA G. WHYTE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

(BY) DEPUTY CLERK
C. Bourgeois

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]   DATE 10/4/07

Name of SERVER (PRINT): MARY MCMAHON   TITLE: PARALEGAL

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/07
             Date

Signature of Server

2202 Avenue B
Metairie, La 70001
Address of Server

# Albert J. Rebennack
Attorney at Law

Phone: (504) 782-0512
Fax: (504) 831-1203

2202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

September 24, 2007

**VIA HAND DELIVERY AND CERTIFIED MAIL**
The United States of America, Department of the Army Corps of Engineers
Charles Zammitt
Contracting Officer
Department of the Army
New Orleans District Corp of Engineers
7400 Leake Ave.
New Orleans, LA 70118-3651

>   *Re:   Beatrice Allen, et al vs. United States of America, et al*
>          *Civil Action, No. 07-4914 "K" (2)*
>          *In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Sir or Madam:

Please be advised you have been formally served.

Sincerely,

A. J. Rebennack

AJR/mkm
Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHARLES JAMMITT
DEPT OF ARMY
CORP OF ENG.
7400 LEAKE AVE
NEW ORLEANS, LA
70118-3651

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Kiara Phillips
B. Date of Delivery  10/1/07
C. Signature
X Kai Phillips
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

ALLEN

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7006 0810 0000 6878 1776

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

A.J. Rebennack
2202 Avenue B
Metairie, LA 70001

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

NEW ORLEANS LA 70123 OFFICIAL USE

| | |
|---|---|
| Postage | $4.60 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.40 |

Postmark Here — 0023 Elmwood Branch 70123 — 09/27/2007
ALLEN

Sent To: CHARLES JAMMITT CORP OF ENG.
Street, Apt. No.; or PO Box No.  7400 LEAKE AVE
City, State, ZIP+4  NEW ORLEANS, LA 70118-3651

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0000 6878 1776