# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**FILED**
2007 OCT -9 PM 1:30
LORETTA G. WHYTE
**RETURN**

**SUMMONS IN A CIVIL CASE**

PERTAINS TO:
LEVEE AND MRGO

ALVIN BALL JR., ET AL
VS.
THE UNITED STATES OF
AMERICA, ET AL

CASE NUMBER: 05-04182  K(2)
& CONSOLIDATED CASES

**07-5096**

**SECT. K MAG 2**

TO:
JAMES LETTEN
UNITED STATES ATTORNEY
U.S. DEPARTMENT OF JUSTICE,
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, 2ND FLOOR
HALE BOGGS FEDERAL BUILDING
NEW ORLEANS, LA 70130-3319

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ____60____ days after service of the summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK                                DATE    AUG 29 2007

                                             AUG 29 2007

(BY) DEPUTY CLERK _____

Fee____
Process____
X  Dktd____
__ CtRmDep____
__ Doc. No.____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/4/07 |
| Name of SERVER (PRINT) MARY MCMAHON | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: TAMMY FALCONE

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNE GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/4/07
Date

Signature of Server

2202 Avenue B
Address of Server
Metairie, La 70001

Phone (504) 782-0512
Fax: (504) 831-1203

# Albert J. Rebennack
Attorney at Law

2202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

September 24, 2007

**VIA HAND DELIVERY AND CERTIFIED MAIL**
**JAMES LETTEN**
**UNITED STATES ATTORNEY**
**U.S. DEPARTMENT OF JUSTICE,**
**EASTERN DISTRICT OF LOUISIANA**
**500 POYDRAS STREET, 2ND FLOOR**
**HALE BOGGS FEDERAL BUILDING**
**NEW ORLEANS, LA 70130-3319**

    **Re:**    *Alvin Ball Jr., et al vs. United States of America, et al*
            *Civil Action, No. 07-5096 "K" (2)*
            ***In Re: Katrina Canal Breaches Consolidated Litigation***

Dear Sir or Madam:

Please be advised you have been formally served.

                                              Sincerely,

                                              A. J. Rebennack

AJR/mkm
Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW ORLEANS, LA 70130

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | $4.60 | 0023 |
| Return Receipt Fee (Endorsement Required) | $2.65 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $2.15 | |
| Total Postage & Fees | $0.00 | |
| | $9.40 | |

Postmark: NEW ORLEANS ELMWOOD BRANCH, SEP 27, 09/27/2007

Sent To: JAMES LETTEN USADJ
Street, Apt. No.; or PO Box No.: 500 POYDRAS ST. 2ND FLOOR
City, State, ZIP+4: NEW ORLEANS LA 70130-3319

PS Form 3800, June 2002    See Reverse for Instructions

Article Number: 7006 0810 0000 6878 1738

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Letten USADJ
500 Poydras St.
2nd Floor
New Orleans, LA 70130-3319

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. DeJean
B. Date of Delivery: 9/28/07
C. Signature: X S. DeJean  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below: BALL

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7006 0810 0000 6878 1738

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952