# United States District Court
### EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

RETURN

PERTAINS TO:
LEVEE AND MRGO

ALVIN BALL JR., ETAL
VS.
THE UNITED STATES OF
AMERICA, ET AL

TO:
JAMES LETTEN
UNITED STATES ATTORNEY
U.S. DEPARTMENT OF JUSTICE,
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, 2ND FLOOR
HALE BOGGS FEDERAL BUILDING
NEW ORLEANS, LA 70130-3319

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-04182   K(2)
& CONSOLIDATED CASES

07-5096

SECT. K MAG 2

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK                                                        DATE   AUG 2 9 2007

(BY) DEPUTY CLERK

___ Fee
___ Process
X   DKtd
___ CtRmDep
___ Doc. No.

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE 9/25/07

Name of SERVER (PRINT) MARY MCMAHON

TITLE PARALEGAL

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: TAMMY FALCONE

☐ Returned unexecuted:

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/25/07
Date

Signature of Server

Address of Server: 2202 Avenue B
Metairie, La 70001