# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
2007 OCT -9 PM 1:29
LORETTA G. WHYTE
CLERK

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**SUMMONS IN A CIVIL CASE**

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182 K(2)
& CONSOLIDATED CASES

Betty Lundy, et al
vs.
United States of America, et al

07-3173
"K"(2)

TO:

The United States of America, Department of the Army
Corps of Engineers
Charles Zammitt; Contracting Officer
Department of the Army
New Orleans District Corp of Engineers
7400 Leake Ave.
New Orleans, LA 70118-3651

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **LORETTA G. WHYTE**

DATE  **JUN - 8 2007**

___ Fee____
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No.____

ERK  B. Gregory

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]  
DATE: 6/14/07

Name of SERVER (PRINT): MARY MCMAHON  
TITLE: PARALEGAL

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE   CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/14/07  
Date

Signature of Server

2202 Avenue B  
Address of Server  
Metairie, La 70001

Phone: (504) 782-0512
Fax: (504) 831-1203

# A. J. Rebennack
Attorney at Law
2202 Avenue B
Metairie, LA 70001

By Appt.
1100 Poydras Street
Suite 2900
New Orleans, LA 70163

June 8, 2007

**VIA HAND DELIVERY AND CERTIFIED MAIL**
The United States of America, Department of the Army Corps of Engineers
Charles Zammitt
Contracting Officer
Department of the Army
New Orleans District Corp of Engineers
7400 Leake Ave.
New Orleans, LA 70118-3651

Re: *Betty Lundy, et al vs. United States of America, et al*
*Civil Action, No. 05-4182 "K" (2)*
*In Re: Katrina Canal Breaches Consolidated Litigation*

Dear Sir or Madam:

Please be advised you have been formally served.

Sincerely,

A. J. Rebennack

AJR/mkm
Enclosure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 9-28-07<br>C. Signature<br>X _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>CHARLES ZAMMIT<br>US ARMY CORP OF ENG<br>7400 LEAKE AVE.<br>NEW ORLEANS, LA 70118-3651 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label) | 7006 0810 0000 6878 1653 |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com.

NEW ORLEANS, LA 70118  OFFICIAL USE  0023

| Postage | $4.60 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.40 |

Postmark Here — ELMWOOD BRANCH 70   09/27/2007

Sent To: CHARLES ZAMMIT, US ARMY CORP ENG
Street, Apt. No.; or PO Box No.: 7400 LEAKE AVE.
City, State, ZIP+4: NEW ORLEANS LA 70118-3651

7006 0810 0000 6878 1653

CERTIFIED MAIL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
THE U.S. OF America Dept of Army
Corp of Engineers
CHARLES ZAMMITT
CONTRACTING OFFICER
DEPT OF THE ARMY
N.O. District Corp of Engineers
7400 Leake Ave.
New Orleans, La 70118-3651

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): KATRINA LUNDY
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 3110 0000 7595 4148

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
NEW ORLEANS LA 70148

| | | |
|---|---|---|
| Postage | $4.60 | 0005 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | AUG 15 |
| Total Postage & Fees | $9.40 | 08/15/2007 |

Sent To: US of Amer. Dept of Army Corp
CHARLES ZAMMIT Contracting Officer
Street, Apt No.; or PO Box No. 7400 Leake Ave.
City, State, Zip+4 New Orleans, La 70118-3651

7005 3110 0000 7595 4148

PS Form 3800, June 2002   See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X                                           ☐ Agent<br>                                              ☐ Addressee |
| 1. Article Addressed to: US OF AMER.<br>CHARLES ZAMMIT<br>DEPT OF ARMY CORP OF ENG<br>CONTRACTING OFFICER<br>7400 LEAKE AVE.<br>NEW ORLEANS, LA<br>70118-3651 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number (Copy from service label) | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

NEW ORLEANS LA 70118                        0180

| | | |
|---|---|---|
| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.40 |

04 Postmark Here
06/15/2007

Sent To US ARMY CORP OF ENG
CHARLES ZAMMIT CONTRAC. OFFICE
Street, Apt. No.; or PO Box No. 7400 LEAKE AVE
City, State, ZIP+4 NEW ORLEANS, LA 70118-3651

PS Form 3800, June 2002      See Reverse for Instructions

7005 3110 0000 7595 4049



**Albert J. Rebennack**
Attorney at Law

Phone: (504) 782-0512
Fax: (5...)

New Orleans,
Westbank and Houma
Offices by Appointment

2202 Avenue B

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0000 7595 4148**
Status: **Delivered**

Your item was delivered at 11:21 AM on August 16, 2007 in NEW ORLEANS, LA 70118.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

9/24/2007