# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

**SUMMONS IN A CIVIL CASE**

PERTAINS TO:
LEVEE AND MRGO

CASE NUMBER: 05-04182 K(2)
& CONSOLIDATED CASES

BETTY LUNDY, ET AL
VS.
UNITED STATES OF AMERICA, ET AL

07-3173
"K" (2)

TO:

**JAMES LETTEN**
**UNITED STATES ATTORNEY**
**U.S. DEPARTMENT OF JUSTICE,**
**EASTERN DISTRICT OF LOUISIANA**
**500 POYDRAS STREET, 2ND FLOOR**
**HALE BOGGS FEDERAL BUILDING**
**NEW ORLEANS, LA 70130-3319**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **LORETTA G. WHYTE**                    DATE  **AUG 13 2007**

(BY) DEPUTY CLERK  *B. Gregory*

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 10/4/07

Name of SERVER (PRINT): MARY MCMAHON

TITLE: PARALEGAL

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL RETURN RECEITP REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECIEPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/4/07
                Date

Signature of Server

Address of Server: 2202 Avenue B
Metairie, La 70001

Phone: (504) 782-0512
Fax: (504) 831-1203

# A. J. Rebennack
Attorney at Law
2202 Avenue B
Metairie, LA 70001

By Appt.
1100 Poydras Street
Suite 2900
New Orleans, LA 70163

August 13, 2007

**VIA HAND DELIVERY AND CERTIFIED MAIL**
**JAMES LETTEN**
**UNITED STATES ATTORNEY**
**U.S. DEPARTMENT OF JUSTICE,**
**EASTERN DISTRICT OF LOUISIANA**
**500 POYDRAS STREET, 2ND FLOOR**
**HALE BOGGS FEDERAL BUILDING**
**NEW ORLEANS, LA 70130-3319**

   Re: *Betty Lundy, et al vs. United States of America, et al*
      *Civil Action, No. 05-4182 "K" (2)*
      ***In Re: Katrina Canal Breaches Consolidated Litigation***

Dear Sir or Madam:

  Please be advised you have been formally served.

                  Sincerely,

                   A. J. Rebennack

AJR/mkm
Enclosure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  S. DeJean   B. Date of Delivery 9/26/07<br>C. Signature  X  S. DeJean   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>James Letten US Attney<br>USDOJ<br>500 POYDRAS ST. 2ND FLOOR<br>HALE BOGGS<br>NEW ORLEANS, LA 70130<br>LUNDY | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service) | 7006 0810 0000 6878 1646 |
| PS Form 3811, July 1999 | Domestic Return Receipt  102595-00-M-0952 |



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.40 |

Sent To: JAMES LETTEN
Street, Apt. No.; or PO Box No. 500 POYDRAS ST. 2nd FLOOR Hale Boggs
City, State, ZIP+4 NEW ORLEANS, LA 70130-3319

PS Form 3800, June 2002        See Reverse for Instructions

7006 0810 0000 6878 1646

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>James Letten<br>US Attorney USDOJ<br>Eastern District of La<br>500 Poydras St. 2nd Floor<br>Hale Boggs Federal Building<br>New Orleans, La 70130-3319 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>Katrina/Lundy<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0000 7595 4131 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.40 |

Sent To: James Letten US Attorney USDOJ
Street, Apt. No.; or PO Box No. 500 Poydras St. 2nd Floor Hale Boggs
City, State, ZIP+4 New Orleans, La 70130-3319

PS Form 3800, June 2002    See Reverse for Instructions



Phone: (504) 782-0512
Fax: (5...

# Albert J. Rebennack
Attorney at Law

3202 Avenue B
Metairie, LA 70001

New Orleans,
Westbank and Houma
Offices by Appointment

Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0000 7595 4131**
Status: **Delivered**

Your item was delivered at 9:28 AM on August 16, 2007 in NEW ORLEANS, LA 70130.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                           9/24/2007