AO 440 (Rev. 10/93) Summons in a Civil Action

===============================================================================

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

TRUSTEES OF THE RELIGIOUS AND
CHARITABLE RISK POOLING TRUST OF
THE BROTHERS OF THE CHRISTIAN
SCHOOLS AND AFFILIATES

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-5130 K(2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

United States Department of the Army

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Quentin F. Urquhart, Jr.
400 Poydras St., Suite 2700
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

*P. Hebert*
(By) Deputy Clerk

**August 31, 2007**
Date

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9.24.07 |
| NAME OF SERVER (PRINT) Robin Arieux-Lotz | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served by Louisiana Long Arm Statute (certified mail #7002 0860 0000 1582 0601). See copy of certified receipt attached.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/2007
              Date

Signature of Server: Robin Arieux-Lotz

Address of Server: 400 Poydras St., Suite 2700, New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Cee         ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 24 2007 |
| 1. Article Addressed to:<br>Col. Jill Grant<br>Chief, Tort Claims Division<br>U.S. Army Claims Service<br>Office of the Judge Advocate General<br>Fort Meade, Maryland 20755-5360 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7002 0860 0000 1582 0601 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |