# United States District Court

### EASTERN DISTRICT OF LOUISIANA

TRUSTEES OF THE RELIGIOUS AND
CHARITABLE RISK POOLING TRUST OF
THE BROTHERS OF THE CHRISTIAN
SCHOOLS AND AFFILIATES

SUMMONS IN A CIVIL CASE

V.

Case Number: 07-5130 K(2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

US Attorney
Jim Letten
500 Poydras Street
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Quentin F. Urquhart, Jr.
400 Poydras St., Suite 2700
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

_P. Hebert_
(By) Deputy Clerk

**August 31, 2007**
Date

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/7/07 |
| NAME OF SERVER (PRINT) DAVID DAY | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVICE MADE ON U.S. ATTORNEY JIM LETTEN THROUGH TAMMY FALCONE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/7/07
         Date

Signature of Server

Address of Server: PO Box 30149 NOLA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.