Effective 4/10/06                FINANCIAL & CIVIL ALLOTMENT SHEET                Receipt No. 347649
                                                                                   Deputy Clerk: ____

**ACCOUNT CODE:**                                    **REGISTRY FUND:**                    OCT 0 5 2007

6855XX Accounts                                      604700 Accounts
_____ - Restitution                                  _____ - Cash Bonds
_____ - U.S. Postal Service Forms                    _____ - Land Condemnation
_____ - Petty Offense                                _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
   _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
   _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00
       **FILING FEES**
   _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
   _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
   _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
   ✓  - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
   _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
       **COPY FEES**
   _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
   _____ - Copies (.50 per page - # of pages _____) 322350
   _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
   _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
       **MISCELLANEOUS ACCOUNTS**
   _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
   _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
   _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
   _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
   _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
              Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
   _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
   _____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
   _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

       RECEIVED FROM (FIRM): Levee Litigation Group - Joe Bruno
       CASE NUMBER: 05-4182              SECTION: K
       CASE TITLE: In Re: Katrina Canal Breaches Litigation

       PAYMENT OF [ 455.00 ]   CASH ____   CHECK ✓   MONEY ORDER ____
                               SEAMAN ____   PAUPER ____   NON CASH ____

---
                         Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

   _____ 1. Cases requiring immediate action             _____ 6. Habeas Corpus & Other Convictions
           by the Court such as TRO, Injunction,                  Petitions Title 28 USC Sec. 2255
           Orders to Show Cause, etc.                    _____ 7. Petitions for Stay of Execution
   _____ 2. Class Action                                          Death Sentence
   _____ 3. Antitrust                                    _____ 8. Social Security Case
   _____ 4. Patent, Trademark, Copyright                 _____ 9. All Others
   _____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   _____ Yes   _____ No
Is this a RELATED CASE?        _____ Yes   _____ No    Attorney of Record _____