Effective 4/10/06    **FINANCIAL & CIVIL ALLOTMENT SHEET**    Receipt No. 347657

Deputy Clerk: _____

OCT 0 9 2007

**ACCOUNT CODE:**    **REGISTRY FUND:**

6855XX Accounts    604700 Accounts
_____ - Restitution    _____ - Cash Bonds
_____ - U.S. Postal Service Forms    _____ - Land Condemnation
_____ - Petty Offense    _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
          085000 - $5.00 / 510000 - $10.00
    **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
          086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
    **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
    **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
 ✓    - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
_____ - Criminal Justice Act (ALL CJA Payments) (092800 - CJAPANL)

RECEIVED FROM (FIRM): C Frulot

CASE NUMBER: 2005-4182    SECTION: K/2

CASE TITLE: _____

PAYMENT OF  [ 5 00 ]   CASH ___  CHECK ___  MONEY ORDER ✓
                       SEAMAN ___  PAUPER ___  NON CASH ___

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_\_\_ 1. Cases requiring immediate action       \_\_\_\_\_ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.              \_\_\_\_\_ 7. Petitions for Stay of Execution
\_\_\_\_\_ 2. Class Action                                   Death Sentence
\_\_\_\_\_ 3. Antitrust                              \_\_\_\_\_ 8. Social Security Case
\_\_\_\_\_ 4. Patent, Trademark, Copyright           \_\_\_\_\_ 9. All Others
\_\_\_\_\_ 5. Civil Rights Case

Is this a THREE JUDGE COURT?    _____ Yes _____ No
Is this a RELATED CASE?         _____ Yes _____ No    Attorney of Record _____