## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO:   06-4931 (Emma Brock, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

**AMENDED MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT PURSUANT TO PROCEDURE APPROVED BY JUDGE DUVAL IN RECORD DOC. 6937 DATED AUGUST 9, 2007**

**NOW INTO COURT**, through undersigned counsel, come petitioners in the above captioned matter, who respectfully pray for leave to file their Second Supplemental and Amending Complaint against the defendants, pursuant to Procedure Approved by Judge Duval in Record Doc. 6937 dated August 9, 2007 and respectfully represent:

1.

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the petitioners wish to supplement and amend the original complaint as outlined in the attached Second Supplemental and Amending Complaint.

2.

Petitioners show that leave of court is required for this pleading, but that leave shall be freely given when justice so requires.

3.

Petitioners further show that the claims asserted in the amending pleading arose out of the

conduct, transaction and occurrence set forth in the original pleading.

4.

The defendant United States opposes the Court granting permission to file the Second Supplemental and Amending Complaint.

**WHEREFORE**, the petitioners pray that this Court grant leave for the filing of their Second Supplemental and Amending Complaint and that same be filed in accordance with law.

    Respectfully submitted,

    /s/Robert J. Caluda
    Robert J. Caluda
    La. Bar No. 3804
    Attorney for Plaintiffs
    The Caluda Law Firm
    3232 Edenborn Avenue
    Metairie, Louisiana 70002
    Telephone: (504)586-0361
    Facsimile: (504) 522-5161
    **rcaluda@rcaluda.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/11 /07, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing upon all counsel of record by ECF.

    /s/Robert J. Caluda
    Robert J. Caluda

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NUMBER: 05-4182** |
| **LEVEE CASES** | * | **SECTION: "K" (2)** |
| **PERTAINS TO:   06-4931** | | |
| **(Emma Brock, et al)** | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |

### ORDER

Considering the foregoing motion by petitioners in the above captioned matter for leave to file their Second Supplemental and Amending Complaint per the Procedure Ordered August 9, 2007 (Rec. Doc 6937),

**IT IS HEREBY ORDERED** that plaintiffs are granted leave to file their Second Supplemental and Amending Complaint and that such Complaint be filed into the record and that the filing is retroactive to the date of the 1st attempted filing of the Second Supplemental and Amending Complaint as of August 29, 2007.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| LEVEE CASES PERTAINS TO:    06-4931 (Emma Brock, et al) | * | SECTION: "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

### CERTIFICATE PURSUANT TO LOCAL CIVIL RULE 7.6E

Undersigned counsel hereby certifies that counsel for the United States of America and all other defendants in 06-4931, have been contacted regarding the accompanying Motion for Leave to File Second Supplemental and Amending Complaint for Damages and opposition has been expressed.

Respectfully submitted,

s/Robert J. Caluda
Robert J. Caluda
La. Bar No. 3804
Attorney for Plaintiffs
The Caluda Law Firm
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161
rcaluda@rcaluda.com

### CERTIFICATE OF SERVICE

I hereby certify that on 10/11/07, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing upon all counsel of record by ECF.

/s/Robert J. Caluda
Robert J. Caluda

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NUMBER: 05-4182** |
| **LEVEE CASES**<br>**PERTAINS TO:    06-4931**<br>**(Emma Brock, et al)** | * | **SECTION: "K" (2)** |
| | * | **JUDGE DUVAL** |
| | * | **MAG. WILKINSON** |

### NOTICE OF HEARING

Considering the foregoing Motion and opposition expressed:

**IT IS ORDERED,** that defendants show cause on the 31st day of October, 2007 at 9:30 a.m. o'clock, why plaintiffs should not be granted the relief requested.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2007.

_____
JUDGE