UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION. | CIVIL ACTION NO. 50-4182 |
| | SECTION: " K" |
| PERTAINS TO: MRGO (07-4851) | JUDGE DUVAL |
| | MAG. 2 (WILKINSON) |

### **ORDER**

CONSIDERING the foregoing motion to permit visiting attorneys to appear and participate as co-counsel, along with the affidavits of RIKKE A. DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING and the certificates of good standing,

IT IS HEREBY ORDERED that RIKKE A. DIERSSEN-MORICE and ELIZABETH SHIELDS KEATING of the law firm FAEGRE & BENSON LLP, 2200 Wells Fargo Center, 90 Seventh Street, Minneapolis, MN  55402-3901, (612) 766-7000, be permitted to enroll as attorneys pro hac vice and to appear and participate as co-counsel for Six Flags, Inc. in this action.

New Orleans, Louisiana, this 10th day of October, 2007.

_____
JUDGE STANWOOD DUVAL

93395
fb.us.2328582.01