FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -9  PM 3: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: LEVEE: 06-6642 (PONTCHARTRAIN BAPTIST CHURCH) (BRIDGE PROJECTS) | * * * | MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that all named Plaintiffs in Civil Action No. 06-6642 and listed below:

> PONTCHARTRAIN BAPTIST CHURCH
> ARTHUR C. SARGENT
> LUCY T. SARGENT
> PAMELA YOUNG SMALLPAGE
> RICHARD MATILAND SMALLPAGE, JR.
> MR & MRS. H. J. BOSWORTH
> ROTHFOS CORPORATION
> INTERAMERICAN COFFEE, INC. and
> NOBLE AMERICAS CORPORATION

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order for Final Judgment under Rule 54(b) of the Honorable Stanwood R. Duval, Jr., dated September 11, 2007 (Record Document No. 7494), a copy of which is appended hereto and marked for identification as Exhibit No. 1.

Fee 455.00 pd
Process
X Dktd
CtRmDep
Doc. No.

Respectfully submitted,

*William ONeil* (signature)

WILLIAM E. O'NEIL (#10213)
THE O'NEIL GROUP, L.L.C.
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 833-4770 Telephone
(504) 831-9852 Facsimile
weo@theoneilgroup.com

-and-

*Don M. Richard* (signature)

DON M. RICHARD (#11226)
ATTORNEY AT LAW
701 N. CAUSEWAY BLVD.
METAIRIE, LA 70001
(504) 834-9882
don@dmr-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 9th day of October, 2007.

*William ONeil* (signature)

WILLIAM E. O'NEIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | \* <br> \* | CIVIL ACTION |
| | \* | NO. 05-4182 |
| PERTAINS TO LEVEE:<br>05-4181, 05-4182, 05-4191, 05-4568, 05-5237,<br>05-6073, 05-6314, 05-6324, 05-6327, 05-6359,<br>06-0020, 06-0225, 06-0629, 06-0886, 06-1885,<br>06-2278, 06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931, 06-5032,<br>06-5042, 06-5159, 06-5161, 06-5163, 06-5260,<br>06-5308, 06-5367, 06-5471, 06-5771, 06-5785,<br>06-5786, 06-5937, 06-6473, 06-6642, 06-7682,<br>06-8708, 06-11208, 07-0206, 07-0647, 07-0993,<br>07-1113, 07-1284, 07-1286, 07-1288, 07-1289,<br>07-1349, | \*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* | SECTION "K" (2) |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## FINAL JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment shall be entered in favor of defendant Engineers and Contractors, specifically Eustis Engineering Company, Inc., Modjeski and Masters, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, Gotech, Inc., Boh Bros. Construction, L.L.C., B & K Construction Company, Inc., T.L. James and Company, Inc., and C.R. Pittman Construction

Company, Inc and against all plaintiffs in the Superseding Master Consolidated Class Action Complaint (Levee) (Doc. No. 3240), C.A. Nos. 05-4181 O'Dwyer, 05-4182 Berthelot, 05-4191 Jared Vodanovich, 05-4568 Harvey, 05-5237 Ann Vodanovich, 05-6073 Kirsch, 05-6314 Ezell, 05-6324 Brown, 05-6327 LeBlanc, 05-6359 Bradley, 06-0020 Tauzin, 06-0225 Bradley, 06-0629 Carney, 06-0886 Finney, 06-1885 O'Dwyer, 06-2278 Christenberry, 06-2287 Sanchez, 06-2346 Fitzmorris, 06-2545 Marcello, 06-3529 Harvey 06-4065 Cathy Adams, 06-4389 O'Dwyer, 06-4634 Glenn Adams, 06-4931 Brock, 06-5032 Joseph, 06-5042 Cohen, 06-5159 Fleming, 06-5161 Holmes, 06-5163 Gordon, 06-5260 Leduff, 06-5308 Gisevius, 06-5367 Breithoff, 06-5471 Williams, E., 06-5771 O'Dwyer, 06-5785 Cochran, 06-5786 O'Dwyer, 06-5937 Yacob, 06-6314 (typo), 06-6473 Deane, 06-6642 Pontchartrain Baptist, 06-7682 Paul, 06-8708 Richardson, 06-11208 Speed, 07-0206 O'Dwyer, 07-0647 Greer, 07-0993 Paul, 07-1113 Douville, 07-1284 Coco, 07-1286 Augustine, 07-1288 Hennessey, 07-1289 Coniglio, and 07-1349 Carney, finally dismissing all of the captioned complaints against the moving Engineers and Contractors with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this is a Final Judgment pursuant to the signed ORDER FOR FINAL JUDGMENT UNDER RULE 54(b) (Doc. No. 6733).

New Orleans, Louisiana, this __11th__ day of September, 2007.

Stanwood R. Duval, Jr.
United States District Court Judge