Effective 4/10/06      FINANCIAL & CIVIL ALLOTMENT SHEET      Receipt No.: **347747**
Deputy Clerk: ___

OCT 0 9 2007

**ACCOUNT CODE:**

6855XX Accounts
   _____ - Restitution
   _____ - U.S. Postal Service Forms
   _____ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
   _____ - Cash Bonds
   _____ - Land Condemnation
   _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
   _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
   _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
           085000 - $5.00 / 510000 - $10.00
      **FILING FEES**
   _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
   _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
           086900 - $20.00 / 510000 - $19.00
   _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
   ✓ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
   _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
      **COPY FEES**
   _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
   _____ - Copies (.50 per page - # of pages _____) 322350
   _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
   _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
      **MISCELLANEOUS ACCOUNTS**
   _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
   _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
   _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
   _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
   _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
   _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
   _____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
   _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): **The O'Neil Group LLC**
CASE NUMBER: **05-4182**     SECTION: **K(2)**
CASE TITLE: _____
PAYMENT OF **455.00**    CASH \_\_\_    CHECK ✓ #**4761**    MONEY ORDER \_\_\_
                       SEAMAN \_\_\_    PAUPER \_\_\_    NON CASH \_\_\_

(handwritten: plaintiff filing appeal)

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_\_ 1. Cases requiring immediate action
      by the Court such as TRO, Injunction,
      Orders to Show Cause, etc.
\_\_\_\_ 2. Class Action
\_\_\_\_ 3. Antitrust
\_\_\_\_ 4. Patent, Trademark, Copyright
\_\_\_\_ 5. Civil Rights Case

\_\_\_\_ 6. Habeas Corpus & Other Convictions
      Petitions Title 28 USC Sec. 2255
\_\_\_\_ 7. Petitions for Stay of Execution
      Death Sentence
\_\_\_\_ 8. Social Security Case
\_\_\_\_ 9. All Others

Is this a THREE JUDGE COURT? \_\_\_ Yes \_\_\_ No
Is this a RELATED CASE? \_\_\_ Yes \_\_\_ No      Attorney of Record