AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

CAROLE A. BREITHOFF, wife of and
FRANCIS G. WELLER

V.

UNITED STATES OF AMERICA
DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-4918

SECT. K MAG 2

TO: (Name and address of Defendant)

Attorney General of the United States
950 Pennsylvania Ave.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carole A. Breithoff #13836
Francis G. Weller #13351
Plaintiffs/Attorneys
2932 Lime St.
Metairie, LA 70006

an answer to the Amended and supplemented Complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    AUG 2 8 2007

CLERK                                               DATE

C. Pompeion

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

≈AO 440 (Rev. 8/01) Summons in a Civil Action
(By) DEPUTY CLERK
≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Oct. 1, 2007 |
| NAME OF SERVER (PRINT) FRANCIS C. WELLER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): BY CERTIFIED MAIL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct. 10, 2007
                   Date

Signature of Server

215 Jewel St
New Orleans, LA 70124
Address of Server

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FRANCIS G. WELLER
215 JEWEL STREET
NEW ORLEANS, LA
70124

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of The United States
Department of Justice, Room B-103
950 Pennsylvania Avenue NW
Washington D.C. 20530-0001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
OCT 01 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0001 8439 5222

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540