UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHERINE BOOZMAN, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-7412 "I" (2) |
| | * | |
| GREAT NORTHERN INSURANCE COMPANY, ET AL | * | JUDGE: AFRICK |
| | * | |
| | * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' RESPONSES TO REQUEST FOR ADMISSIONS
PROPOUNDED BY DEFENDANT, GREAT NORTHERN INSURANCE COMPANY**

TO:  GREAT NORTHERN INSURANCE COMPANY
     Through their counsel of record:
     Steven W. Usdin
     John W. Joyce
     Barrasso, Usdin, Kupperman,
     Freeman & Sarver, LLC
     909 Poydras Street, Suite 2400
     New Orleans, LA 70112

NOW COMES, Plaintiffs, Catherine Boozman and Howard Shapiro, through undersigned counsel and in response to Defendant's, Great Northern Insurance Company, Request for Admissions, provide the following:

**REQUEST FOR ADMISSION NO. 1:**

Admit that you filed this lawsuit before submitting the documentation supporting your contents claim to Great Northern.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Denied.  Clients have submitted certain information to insurer prior to the filing of the lawsuit.  Supplemental information has been submitted to insurer to amend claims.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you filed this lawsuit before submitting the documentation supporting your claim under the Policy for additional living expenses to Great Northern.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Denied.  Clients have submitted certain information to insurer prior to the filing of the lawsuit.  Supplemental information has been submitted to insurer to amend claims.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you filed this lawsuit before submitting all documentation supporting your claim under the Policy for property damage to Great Northern.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Denied.  Clients have submitted certain information to insurer prior to the filing of the lawsuit.  Supplemental information has been submitted to insurer to amend claims.

**REQUEST FOR ADMISSION NO. 4**

Admit that as of August 31, 2007 you had not submitted the documentation supporting your claim for damage to contents of your home to Great Northern.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Denied.  Clients have submitted certain information to insurer prior to the filing of the lawsuit.  Supplemental information has been submitted to insurer to amend claims.

**REQUEST FOR ADMISSION NO. 5:**

Admit that as of August 31, 2007 you had not submitted to Great Northern the documentation supporting your claim under the Policy for additional living expenses.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Denied.  Clients have submitted certain information to insurer prior to the filing of the lawsuit.  Supplemental information has been submitted to insurer to amend claims.

**REQUEST FOR ADMISSION NO. 6**:

Admit that you submitted information supporting your wind damage claim under the Policy to Great Northern after June 1, 2007.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admitted. Clients have submitted supplemental information supporting their wind claim after June 1, 2007.

          **Respectfully Submitted,**
          **ALLAN BERGER & ASSOCIATES, L.L.C.**

          ___S/ALLAN BERGER_____
          **ALLAN BERGER (Bar No. 2977)**
          4173 Canal Street
          New Orleans, Louisiana  70119-5972
          Telephone:     (504) 486-9481
          Facsimile:      (504) 483-8130

**FEINGERTS & KELLY, PLC**

**BRUCE L. FEINGERTS (Bar No. 5499)**
One Canal Place, Suite 2700
365 Canal Street
New Orleans, Louisiana 70130
Telephone:     (504) 568-1515
Facsimile:       (504) 568-1521

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been forwarded to all known counsel of record via facsimile and/or United States Mail, postage prepaid and properly addressed this ___11TH___ day of _____OCTOBER_____, 2007.


_____S/ALLAN BERGER_____
**ALLAN BERGER**