UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| (Parfait, No. 07-3500) | § | |
| _____ | § | |

**DEFENDANT UNITED STATES'
MOTION TO DISMISS**

Pursuant to Rule 12(b)(1), Fed. R. Civ. P., the United States moves to dismiss this action for

lack of subject-matter jurisdiction. In support of this motion, the Court is respectfully referred to

1

the United States' Memorandum of Law, attached hereto.

October 11, 2007                              Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  C. FREDERICK BECKNER III
                                                  Deputy Assistant Attorney General

                                                  PHYLLIS J. PYLES
                                                  Director, Torts Branch

                                                  JAMES G. TOUHEY, JR.
                                                  Assistant Director, Torts Branch

                                                  s/ Kara K. Miller
                                                  KARA K. MILLER
                                                  Trial Attorney
                                                  JESSICA G. SULLIVAN
                                                  Trial Attorney
                                                  Torts Branch, Civil Division
                                                  U.S. Department of Justice
                                                  P.O. Box 888
                                                  Benjamin Franklin Station
                                                  Washington, D.C.  20044
                                                  (202) 616-4448
                                                  (202) 616-5200 (fax)
                                                  kara.k.miller@usdoj.gov
                                                  Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

    I, Kara K. Miller, hereby certify that on October 11, 2007, I served a true copy of "United States' Motion to Dismiss" upon all counsel of record by ECF, electronic mail, or first class mail.

                      /s/ Kara K. Miller
                      Kara K. Miller