UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| (Lafarge, No. 07-5178) | § | |
| _____ | § | |

**DEFENDANT UNITED STATES'**
**MOTION TO DISMISS**

Pursuant to Rule 12(b)(1), Fed. R. Civ. P., the United States moves to dismiss this action for

lack of subject-matter jurisdiction.  In support of this motion, the Court is respectfully referred to

1

the United States' Memorandum of Law, attached hereto.

October 11, 2007                            Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              C. FREDERICK BECKNER III
                                              Deputy Assistant Attorney General

                                              PHYLLIS J. PYLES
                                              Director, Torts Branch

                                              JAMES G. TOUHEY, JR.
                                              Assistant Director, Torts Branch

                                              s/ Kara K. Miller
                                              KARA K. MILLER
                                              Trial Attorney
                                              JESSICA G. SULLIVAN
                                              Trial Attorney
                                              Torts Branch, Civil Division
                                              U.S. Department of Justice
                                              P.O. Box 888
                                              Benjamin Franklin Station
                                              Washington, D.C.  20044
                                              (202) 616-4448
                                              (202) 616-5200 (fax)
                                              kara.k.miller@usdoj.gov
                                              Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

    I, Kara K. Miller, hereby certify that on October 11, 2007, I served a true copy of "United States' Motion to Dismiss" upon all counsel of record by ECF, electronic mail, or first class mail.

                              /s/ Kara K. Miller
                              Kara K. Miller