**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| (Lafarge, No. 07-5178) | § | |
| _____ | § | |

<u>**NOTICE OF HEARING**</u>

TO:     All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States of America's

Motion to Dismiss at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States

Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 31st day of October, 2007, at

9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1