UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> _____ <br> PERTAINS TO:  BARGE <br> <br> FILED IN:   05-5724; 05-5531; 06-5342; <br> 06-6299; 06-7516; 07-3500; <br> 07-5178 <br> _____ | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**UNITED STATES OF AMERICA'S MOTION FOR
RELIEF FROM CASE MANAGEMENT ORDER NO. 5**

The United States of America hereby moves for amendment of Case Management Order ("CMO") No. 5.  For the reasons set forth in the accompanying Memorandum of Law, the United States moves for amendment of CMO No. 5 to stay the discovery deadlines applicable to the United States in the Barge category pending rulings on its motions to dismiss; and, further moves for amendment of CMO No. 5 to permit all party categories to reserve some of the allotted

interrogatories, requests for admission, and requests for production to be served in a second phase of written discovery.

Dated:  October 11, 2007                    Respectfully submitted,

                                          PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Kara K. Miller
KARA K. MILLER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4448 / (202) 616-5200 (Fax)
Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I, Kara K. Miller, hereby certify that on October 11, 2007, I served a true copy of the United States' Motion for Relief from Case Management Order No. 5, Memorandum in Support, and Notice of Hearing upon all counsel of record by ECF.

                                    s/ Kara K. Miller
                                        Kara K. Miller