UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  BARGE | § | |
| | § | |
| FILED IN:    05-5724; 05-5531; 06-5342; | § | |
| 06-6299; 06-7516; 07-3500; | § | |
| 07-5178 | § | |
| | § | |

## NOTICE OF HEARING

TO:     All Counsel of Record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States of America's Motion for Relief from Case Management Order No. 5 at the Courtroom of the Honorable Joseph C. Wilkinson, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 31st day of October, 2007, at 11:00 a.m.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE