UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>　　　　CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  BARGE | § § | |
| FILED IN:    05-5724; 05-5531; 06-5342;<br>　　　　　　06-6299; 06-7516; 07-3500;<br>　　　　　　07-5178 | § § § § | |

**UNITED STATES OF AMERICA'S MOTION FOR EXPEDITED HEARING ON ITS MOTION FOR RELIEF FROM CASE MANAGEMENT ORDER NO. 5**

　　　The United States of America has moved for amendment of Case Management Order ("CMO") No. 5. to stay the discovery deadlines applicable to the United States in the Barge category pending rulings on its motions to dismiss; and, further, to permit a second phase of written discovery.  R.D. 8366.  The United States' motion is noticed for hearing on October 31, 2007, in accordance with the Court's next available hearing date.  However, the United States' motion seeks relief from an immediate deadline on October 12, 2007.  Therefore, the United States requests expedited consideration of its motion for relief and respectfully requests that the motion be heard at the Court's earliest convenience.

A proposed order is provided.

Dated:  October 11, 2007                           Respectfully submitted,

                                                   PETER D. KEISLER
                                                   Assistant Attorney General

                                                   C. FREDERICK BECKNER III
                                                   Deputy Assistant Attorney General

                                                   PHYLLIS J. PYLES
                                                   Director, Torts Branch

                                                   JAMES G. TOUHEY, JR.
                                                   Assistant Director, Torts Branch

                                                   s/ Kara K. Miller
                                                   KARA K. MILLER
                                                   Trial Attorney
                                                   Torts Branch, Civil Division
                                                   U.S. Department of Justice
                                                   Benjamin Franklin Station, P.O. Box 888
                                                   Washington, D.C.  20044
                                                   (202) 616-4448 / (202) 616-5200 (Fax)
                                                   Attorneys for the United States

## CERTIFICATE OF SERVICE

      I, Kara K. Miller, hereby certify that on October 11, 2007, I served a true copy of the United States' Motion for Expedited Hearing and Proposed Order upon all counsel of record by ECF.

                s/ Kara K. Miller
                   Kara K. Miller