UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO: BARGE | § | |
| | § | |
| FILED IN: 05-5724; 05-5531; 06-5342; | § | |
| 06-6299; 06-7516; 07-3500; | § | |
| 07-5178 | § | |
| | § | |

## ORDER

Having considered the United States' Motion for Expedited Hearing on its Motion for Relief from Case Management Order No. 5, the Court finds that the motion is supported by good cause, and the United States' Motion for Expedited Hearing is hereby GRANTED.

The undersigned will hear the United States of America's Motion for Relief from Case Management Order No. 5 at the Courtroom of the Honorable Joseph C. Wilkinson, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the ____ day of October, 2007, at ____ a.m./p.m.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE