UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:

LEVEE     06-7307 (STEUDLEIN)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EXPARTE MOTION TO BIFURCATE INDIVIDUAL CLAIMS
### OF CHRISTINE STEUDLEIN WIFE OF/AND HENRY J. STEUDLEIN, III

NOW INTO COURT, comes the Defendant, FIDELITY NATIONAL INSURANCE COMPANY ("FNIC"), a Write-Your-Own ("WYO") Program carrier participating in the U.S. Governments's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended (the "NFIA")(42 U.S.C. § 4001 *et seq*.), appearing herein its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] and at the expense of the federal treasury,[3] and in accordance with Case Management Order No. 4, Section, VII, which provides for bifurcation upon motion of any party, moves this Honorable Court for the entry of an Order Bifurcating the referenced proceeding captioned, "*Christine Steudlein wife of/and Henry J. Steudlein,*

---

[1] 44 C.F.R. §62.23(f)

[2] 42 U.S.C. §4071(a)(1); *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998)

[3] 42 U.S.C. §4017(d)(1); *Van Holt v. Liberty Mutual Fire Ins. Co.,* 163 F 3d 161 (3rd Cir. 1998).

*III vs. State Farm Fire and Casualty Company, Fidelity National Insurance Company, Warren Dennis and Hylton Petiti, Jr."* Civil Action No. 06-7307 from the consolidated litigation and referring the referenced proceeding to Magistrate Judge Joseph C. Wilkinson, Jr., for the entry of a separate scheduling order in accordance with the provisions of Case Management Order No. 4, Section VII.

Dated: October 12, 2007.                    Respectfully submitted,

**NIELSEN LAW FIRM, L.L.C.**

/s/ Kristie E. Luke
Kristie E. Luke, La. Bar No.29958
William Treas, La. Bar No. 26537
Gerald J. Nielsen, La. Bar No.17078
Three Lakeway Center
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504) 832-9165
Counsel for:
**Fidelity National Insurance Company
(In its capacity as a WYO Program carrier)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2007, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Gary M. Pendergast
1515 Poydras Street, Suite 2260
New Orleans, LA 70112
*Attorney for Plaintiffs,*
*Christine Steudlein wife of/and Henry J. Steudlein, III*

JOSEPH M. MESSINA, ESQ.
ERIC B. BERGER, ESQ.
Lobman, Carnahan, Batt, Angelle & Nader
The Texaco Ctr, Suite 2300
400 Poydras St.
New Orleans, LA 70130
*Attorneys for Defendants,*
*State Farm Fire & Casualty Co., and Hylton Petit, Jr.*

      I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

      N/A

                                      */s/ Kristie E. Luke*
                                      Kristie E. Luke