**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

**In Re: KATRINA CANAL BREACHES**                                    **CIVIL ACTION**
      **CONSOLIDATED LITIGATION**                          **NO. 05-4182 "K" (2)**
                                              **JUDGE DUVAL**
                                              **MAG.  WILKINSON**

**PERTAINS TO:**

**LEVEE        06-7307 (STEUDLEIN)**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

      Considering Fidelity National Insurance Company's Ex Parte Motion to Bifurcate Individual

Claim of Christine Steudlein wife of/and Henry J. Steudlein, III;

      IT IS HEREBY ORDERED that the referenced proceeding "*Christine Steudlein wife of/and*

*Henry J. Steudlein, III vs. State Farm Fire and Casualty Company, Fidelity National Insurance*

*Company, Warren Dennis and Hylton Petit, Jr.*"  Civil Action No. 06-7307, be and hereby is

bifurcated, and that the matter will be referred to Magistrate Judge Joseph C. Wilkinson, Jr. in

accordance with Case Management Order No. 4, Section VII.

      New Orleans, Louisiana, this _____ day of October, 2007.


                                _____
                                  Magistrate Judge Joseph C. Wilkinson, Jr.