**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO LEVEE and MRGO, | § | |
| *Lundy* (07-3173) | § | |
| _____ | § | |

**EX PARTE CONSENT MOTION FOR EXTENSION OF TIME**

Defendant United States hereby moves for an extension of time within which to answer or otherwise respond to plaintiffs' Complaint pursuant to Local Rule 7.9E.

The answer deadline in this case is October 12, 2007. Undersigned counsel for defendant respectfully request an additional twenty days until November 3, 2007 to answer or otherwise respond.  Counsel certify that legal counsel for Betty Lundy has been consulted and expresses no opposition to the requested extension.  This request is not made for any improper purpose, but out of a genuine need for more time.

1

**WHEREFORE**, defendant United States respectfully requests that an extension of time from October 12, 2007, up to and including November 3, 2007, be granted to answer or otherwise respond. A proposed Order is attached to this motion.

    Respectfully submitted,

    PETER KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER III
    Deputy Assistant Attorney General, Civil Division

    PHYLLIS J. PYLES
    Director, Torts Branch

    JAMES G. TOUHEY, JR.
    Assistant Director, Torts Branch


    /s/ Richard R. Stone
    RICHARD R. STONE
    Senior Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 888,  Benjamin Franklin Station
    Washington, DC  20044
    (202) 616-4291//(202) 616-5200 (FAX)

    Attorneys for the United States of America

Dated: October 12, 2007

## CERTIFICATE OF SERVICE

I, Richard R. Stone, hereby certify that on October 12, 2007, I served a true copy of Defendant United States' Ex Parte Consent Motion upon all parties by ECF.

      /s/ Richard R. Stone
     RICHARD R. STONE