**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | |
| | * | **NO.   05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Mooney,* **C.A. No. 06-8602** | | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Substitute Counsel of record:

IT IS ORDERED that the motion is hereby GRANTED and that B. Gerald Weeks  and the Weeks Law Firm be and the same is hereby substituted as counsel of record for plaintiff, Colleen Mooney, and that Weeks, Kavanagh & Rendeiro, David E. Kavanagh and Gino J. Rendeiro be withdrawn as counsel of record in the above numbered and entitled action.

New Orleans, Louisiana, this _____11th_____ day of ____October____, 2007.

_____
JUDGE