U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT 1 1 2007

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN L. DORSEY<br>Plaintiff, | CIVIL ACTION<br>NUMBER: 07-5034 |
| v. | SECTION: K   MAG: 2 |
| THE UNITED STATES OF<br>AMERICA ETAL<br>Defendant | |

## AFFIDAVIT OF SERVICES

STATE OF LOUISIANA

PARISH OF ORLEANS

**BEFORE ME**, the undersigned Notary personally appeared **JOHN L. DORSEY**, attorney, who after being duly sworn, said that on the 6th of September, he served copies of the Complaint by John L. Dorsey, against the United States of America and the United States Army Corps of Engineers in this action in accordance with Rule 4 of the Federal Rules of Civil Procedure, by mailing the process to the United States Attorney General, 5137 Robert F. Kennedy Blvd., 10th & Constitution Ave. N.W., Washington, D.C. 20530, enclosed in an envelope deposited in the United States mail by Certified Mail, Return

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
___ Doc No. ___

Receipt Requested, on said date, properly addressed with sufficient postage affixed and he received the certified domestic postal return receipt attached hereto as Exhibit "A" indicating delivery of same on September 6, 2007.

_____
John L. Dorsey

SWORN TO AND SUBSCRIBED
before me this ___ day of September 2007

_____
Notary Public ANTHONY W. SKIDMORE
NOTARY No. 21896

Exhibit A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 06 2007<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>U.S. Attorney General<br>5137 Robert F. Kennedy Bldg<br>10th & Constitution Avenue<br>Washington, D.C. 20530 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0001 6868 2409 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

John L. Dorsey
1721 Pleasure St.
New Orleans, LA 70122

# United States District Court

_____ DISTRICT OF _____

**RETURN** (stamp)

John L. Dorsey
v.
United States of America
United State Army Corp of Engineers

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-5034**

**SECT. K  MAG. 2**

TO: (Name and address of defendant)
United State of America
U.S. Attorney General
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Dorsey, Esq
1721 Pleasure Street
New Orleans, La 70122

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**
CLERK

(BY) DEPUTY CLERK

DATE: **AUG 29 2007**

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: Sept. 06-2007

NAME OF SERVER (PRINT): John L. Dorsey

TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept. 22, 2007

Signature of Server: John L. Dorsey

Address of Server: 1721 Pleasure St, NOLA 70122

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

**RETURN** (stamp)

John L. Dorsey
v.
United States of America
United State Army Corp of Engineers

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07-5034**

**SECT. K MAG. 2**

TO: (Name and address of defendant)

United State Army Corp of Engineer
U.S. Attorney General
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John L. Dorsey, Esq
1721 Pleasure Street
New Orleans, LA 70122

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

DATE: AUG 29 2007

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Sept. 06-2007 |
| NAME OF SERVER (PRINT) John L. Dorsey | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept. 22, 2007

Signature of Server: [signed] John L. Dorsey

Address of Server: 1721 Pleasure St. NOLA 70122

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.