UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | |
| | § | NO.:05-4182 |
| | § | |
| PERTAINS TO: BARGE | § | SECTION "K" (2) |
| | § | JUDGE DUVAL |
| FILED IN:  05-5724; 05-5531; 06-5342; | § | MAG. WILKINSON |
| 06-6299; 06-7516; 07-3500; | § | |
| 07-5178 | § | |

## **O R D E R**

The United States of America's Motion for Relief from Case Management Order No. 5 will be determined on the record without oral argument. Written opposition, if any, must be filed no later than **OCTOBER 18, 2007.**

New Orleans, Louisiana, this __12th__ day of October, 2007.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE