UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |

PERTAINS TO:  BARGE

*Boutte v. Lafarge, No. 05-5531*
*Mumford v. Ingram, No. 05-5724*
*Lagarde v. Lafarge, No. 06-5342*
*Perry v. Ingram, No. 06-6299*
*Benoit v. Lafarge, No. 06-7516*
*Parfait Family v. USA, No. 07-3500*
*LNA v. USA, No. 07-5178*

### OPPOSITION OF LAFARGE NORTH AMERICA INC. TO THE UNITED STATES' MOTION FOR EXPEDITED HEARING ON ITS MOTION FOR RELIEF FROM CASE MANAGEMENT ORDER NO. 5

Lafarge North America Inc. ("LNA") hereby opposes the government's motion [Doc. 8367] for expedited treatment of its motion to amend Case Management Order No. 5 [Doc. 8366]. The Government says (at 1) that it requires expedited treatment because its motion to amend seeks relief from "from an imminent deadline on October 12, 2007." That deadline is ***today***.

The Court should deny the Government's motion for expedited treatment because the supposed need for expedition is due entirely to the Government's unjustified delay in filing its

motion to amend and because, in light of that delay, it is already too late for such expedited treatment to be meaningfully or fairly granted.  The Government could have filed a timely motion to amend CMO #5, as other parties have done,[1] but the Government simply failed to do so.  Now, due to the Government's delay, it is now impossible for the Court to set a schedule for briefing from the other parties and then a hearing on the Government's motion to amend before the expiration of *today's* deadline.  Moreover, other parties, including LNA, will be complying with today's deadline, and it would be unfair to excuse the Government from having to comply after LNA and all other parties have had to comply.  In short, having waited too long to file its motion, the Government has no legitimate basis to ask the Court to expedite that motion.

Furthermore, the Government's underlying motion to amend CMO #5 is entirely without merit.  The Court has already rejected the Government's argument that it should be excused from discovery until its motion to dismiss has been adjudicated, and the current motion is merely more of the same.[2]  Indeed, LNA is entitled to production of documents from the Government regardless of the Court's adjudication of the motion to dismiss, which is months in the future in any event.  (This is because the documents are also relevant to LNA's defense against the plaintiffs' claims, not just to LNA's claims against the Government.)  Further, if the Government believes that discovery it has already produced in the Katrina litigation is responsive to LNA's requests, then it need not reinvent the wheel in responding to LNA's discovery requests.  But the timetable established by the Court for adjudicating this matter will not brook further delay.  For these reasons and others, LNA will file a memorandum in opposition to the Government's motion to amend CMO #5 when it is due, and will request oral argument on that motion.  In the interim, there is no basis for the Government's request for expedited treatment.

---

[1] See, e.g., Doc. 7913 (motion for relief from class certification deadline filed more than a month before deadline).

[2] See CMO #5, Doc. 7724 at 2 (acknowledging review of parties' Rule 26(f) proposals); Doc. 733 in No. 05-4419 (Government's Rule 26(f) proposal resisting any discovery from LNA).

- 3 -

For these reasons, the Government's motion for expedited treatment should be denied.

          Respectfully submitted,

          Robert B. Fisher, Jr., T.A. (# 5587)
          Derek A. Walker (#13175)
          Ivan M. Rodriguez (#22574)
          Parker Harrison (# 27538)
          **CHAFFE McCALL, L.L.P.**
          2300 Energy Centre
          1100 Poydras Street
          New Orleans, LA 70163-2300
          Telephone: (504) 585-7000

          Daniel A. Webb (#13294)
          **SUTTERFIELD & WEBB, LLC**
          650 Poydras Street, Suite 2715
          New Orleans, LA 70130
          Telephone: (504) 598-2715

          /s/ John D. Aldock
          John D. Aldock
          Mark S. Raffman
          **GOODWIN PROCTER LLP**
          901 New York Avenue, NW
          Washington, DC 20001
          Telephone: (202) 346-4240

          **ATTORNEYS FOR**
          **LAFARGE NORTH AMERICA INC.**

- 4 -

## Certificate of Service

I do hereby certify that I have on this 12th day of October, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing notification.

/s/ John D. Aldock