**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| VEN | 008 | VEN-008-000000001 | VEN-008-000000007 | USACE; MVD; MVK; CEMVK-ED-HH | Robert B. Stubbs | KC228 | 10/12/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | HEC-RAS Orleans Metro - 37 Storage Areas |
| VED | 009 | VED-009-000000001 | VED-009-000000371 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC229 | 10/12/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Updated summary of the percentage contribution from each individual flooding source in each sub-area and New Orleans East Bank area HEC-RAS model input files |
| VEN | 009 | VEN-009-000000001 | VEN-009-000000001 | USACE; MVD; MVK; CEMVK-ED-HH | John B. Smith | KC229 | 10/12/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Updated summary of the percentage contribution from each individual flooding source in each sub-area and New Orleans East Bank area HEC-RAS model input files |
| ERD | 031 | ERD-031-000000001 | ERD-031-000001538 | USACE; ERDC | Deborah Carpenter | KC230 | 10/12/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | 10 WES Reports - GSL |