UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BONIE M. RAULT | * | CIVIL ACTION NO.: 06-1734 |
| | * | |
| VERSUS | * | JUDGE: DUVAL |
| | * | |
| ENCOMPASS INSURANCE COMPANY | * | MAGISTRATE: WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ENCOMPASS'S WITNESS AND EXHIBIT LIST

**NOW COMES** defendant, Encompass Insurance Company, who submits the following witness and exhibit list:

### WITNESS LIST

1. Bonnie Rault

2. Evelyn Rault

3. Joseph M. Rault Jr.

4. Gary Moore; adjuster

5. Brain Davis; adjuster

6. Timothy Motroni; adjuster

7. David Teasdale, PE, Haag Engineering

8. Matthew Gardiner, PE Haag Engineering

9. David L. Mitchell, Phd. Forensic Meteorology

10. Pam Crockett, litigation adjuster

11. John Jacobson; Bayou Paquet Road

12. Sheila Eckhoff; adjuster Bayou Piquet Road

1

13.        Any witness listed by any other party

## EXHIBIT LIST

1. Construction plan of 611 Northline, Metairie Louisiana address.

2. Claims diary of Encompass Insurance Company, relative to complainant's damaged property at the 611 Northline, Metairie (hereinafter Northline) and 32272 Bayou Paquet Rd. Slidell (hereinafter Slidell) locations.

3. Encompass Insurance Homeowners Policy relative to complainant's damaged property.

4. Encompass' Claims Activity Logs relative to complainant's damaged property at the Northline Metairie and Slidell locations.

5. Adjuster Summary Reports relative to complainant's damaged property to the Northline Metairie and Slidell locations.

6. Adjuster Initial Damage Summary with photographs of complainant's damaged property of the Northline and Slidell locations.

6. Copies of all Encompass checks made payable to the complainant.

7. Any supplemental estimates relative to complainant's damaged properties.

8. Copies of all correspondence to the complainant.

9. The Original Haag Engineering Report of January 27, 2005 and the supplemental reports of September 6, 2007 and their supporting documents.

10. MET Associates Report and supporting documents.

11. All photos taken by plaintiff.

12. Satellite photos of the Northline and Slidell flood properties.

13. 12/31/05 Denial letter for areas of flood damage re; Slidell location

13. Any exhibit listed by any other party.

Respectfully submitted,

s/Donald de Boisblanc, Jr.

_____
Donald F. de Boisblanc           (#4786)
Donald F. de Boisblanc, Jr.   (#23462) T.A.
J. Rand Smith, Jr.                  (#27090)
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Telephone:     (504) 586-0005
Facsimile:     (504) 586-0007
OF COUNSEL TO LOZES AND PONDER


Respectfully submitted,

s/Steve M. Lozes

_____
STEVEN M. LOZES (#8922)
LOZES and PONDER
1010 Common Street, Suite 1700
New Orleans, Louisiana 70112
Telephone: (504) 581-4455
Fax: (504) 587-9408
Counsel for Encompass Insurance Company

## CERTIFICATE OF SERVICE

    I, Donald F. de Boisblanc, Jr., do hereby certify that a copy of the foregoing pleading has been served upon all parties through their attorney of record by:  transmitting same via facsimile, and/or depositing same in the United States Mail, properly addressed and postage pre-paid this 12th day of October, 2007.

                        s/Donald de Boisblanc, Jr.
                        _____