UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FONTENOT AND | * | CIVIL ACTION NO.: 07-4115 |
| KIM FONTENOT | * | |
| | * | SECTION: "K" |
| VERSUS | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| AUTO CLUB FAMILY | * | |
| INSURANCE COMPANY | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY BRIEF IN
## SUPPORT OF MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, JOHN

FONTENOT and KIM FONTENOT, who move for leave to file a reply brief in Support of their

Motion to Remand on the basis that the opposition memorandum raises various unsubstantiated

allegations of law and fact that necessitate a response on behalf of JOHN FONTENOT and KIM

FONTENOT.

Respectfully submitted,

s/John L. Fontenot
JOHN L. FONTENOT, T.A. (#26640)
One Shell Square – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:    (504) 581-3234
Facsimile:    (504) 566-0210
Email: john.fontenot@arlaw.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on October 15, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

s/John L. Fontenot
JOHN L. FONTENOT