12/29/06  FRI 12:51 FAX 504 836 9540   Received 12/29/2006 12:51PM in 07:30 on line [1] for COPYCENTER * Pg 1/16
CHOPIN, WAGAR, RICHARD                                                                 ☒001

# *Chopin Wagar Richard & Kutcher*

*Attorneys at Law*
A Limited Liability Partnership

**Jason P. Foote**
Partner
Direct Telephone  504 830 3827
Telefax  504 836 9579
jfoote@chopin.com

December 29, 2006

**Via Facsimile – 566-0210**
Mr. John Fontenot
701 Poydras Street, Suite 4500
New Orleans, LA 70139

     RE:    John Fontenot, et al v. Auto Club Family Insurance Company
           Our File No.: 823.4424

Dear John:

     Following our conversation earlier this month, I communicated your demand for payment of the full policy limit to my client, as well as your demand for a "formal response." I am writing this to provide you with that formal response.

     Obviously, the ramifications of Judge Duvall's recent ruling have not yet been fully considered and/or determined, nor has my client determined whether to appeal that decision. Nevertheless, assuming for the moment that Auto Club would be responsible for damages related to not only wind and wind driven rain but also the water damage which occurred from the many feet of water that inundated your home, Auto Club is not in possession of any estimates, damage reports, loss evaluations, or any other documentation whatsoever upon which to base a decision to pay any amount of the policy limit, much less the full policy limit.

     Additionally, you have not provided Auto Club with any of the flood insurance information, namely the payments made by your flood insurer, any estimates prepared by your flood insurer, or any other documentation exchanged between you and your flood insurer. When Auto Club inspected your house in approximately October, 2005, Auto Club was being guided by the general rule that all damages attributable to flood were excluded, and therefore, Auto Club did not prepare an estimate to determine the flood damages. At this point, Auto Club is not in possession of any documentation which could be considered sufficient to obligate Auto Club to make any further payments at this time, much less the policy limits.

12-06-06 Ltr to PA enc DV Requests - mcg

Two Lakeway Center, Suite 900  3850 North Causeway Boulevard
Metairie, LA 70002
Telephone 504 830 3838
Telefax 504 836 9540

**EXHIBIT 1**

Case 2:05-cv-04182-SRD-JCW   Document 8393-3   Filed 10/15/07   Page 2 of 2

Received 12/29/.   12:51PM in 07:30 on line [1] for COPYCENTL   Pg 2/16
12/29/06  FRI 12:52 FAX 504 836 9540       CHOPIN,WAGAR,RICHARD                              ☒002

*Chopin Wagar Richard & Kutcher*

Mr. John Fontenot
Page 2
December 29, 2006

  On behalf of Auto Club, I am hereby requesting that Auto Club be allowed to thoroughly inspect the property once again. Additionally, I am hereby requesting that you provide Auto Club with any and all documentation, estimates, loss evaluations, appraisals, and all other documentation which you consider to be relevant to Auto Club's evaluation of your claim in light of Judge Duvall's ruling. In that regard, I am enclosing a First Set of Interrogatories and First Request for Production of Documents in order to formally request that information. Please response to these discovery requests within the delays allowed by law.

  I would also like to schedule your deposition and the deposition of your wife, Kim Fontenot, at the earliest mutually convenient date possible. Please contact me upon receipt of this letter so we can discuss deposition dates.

  I would be happy to discuss any of these issues with you in more detail should you desire. I will await your response to my requests.

  Thank you very much. With kindest regards, I remain,

                Very truly yours,

                JASON P. FOOTE

JPF/mcg

Enclosures