## John L. Fontenot

**From:** John L. Fontenot
**Sent:** Tuesday, May 22, 2007 9:24 AM
**To:** 'jfoote@chopin.com'
**Subject:** Fontenot v. AAA

Jason,

Per our last conversation, it is my understanding that someone else is handling this claim. I would ask that you provide me with contact information for the new attorney and that you ask the new attorney to call me.

John

5/22/2007


EXHIBIT 2