## John L. Fontenot

**From:**    John L. Fontenot
**Sent:**    Friday, June 29, 2007 7:52 AM
**To:**      'jfoote@chopin.com'
**Subject:** Fontenot v. AAA

Jason,

Despite multiple requests, I still have not received from you the name and contact information of the attorney now assigned to my case.  Please forward the information to me at your earliest possible convenience.

Cordially,

John

EXHIBIT

3