UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

### DEFENDANT UNITED STATES' CONSENT MOTION TO AMEND *ROBINSON* C.M.O. NO. 1 AND INCORPORATED MEMORANDUM

Pursuant to Rules 6(b), Fed. R. Civ. P., and Local Rule 7, the United States, with the consent of Plaintiffs,[1] moves for an enlargement of time in which to complete § 702c immunity expert depositions, and to modify the Summary Judgment briefing and hearing schedule in the above-captioned case.

Under CMO No. 1, §702(c), discovery will be suspended on November 2, 2007, and the United States' Motion for Summary Judgment is due to be filed on November 19 and heard on

---

[1] Plaintiffs' stipulation to the proposed enlargement is conditioned on no change in the September 2008 trial date.

1

January 16, 2008. The deadline for Plaintiffs' production of their expert reports was September 15, 2007.

To enlarge the time for reviewing expert reports and related materials, and correspondingly enlarge the time for completing expert depositions and briefing Flood Control Act Immunity in support of a motion for summary judgment, the United States proposes the following revised schedule, to which Plaintiffs have stipulated and to which the Court, it has advised, is amenable:

| Date | Event |
|---|---|
| October 18, 2007: | Production of experts' documents responsive to United States' Request for Production No. 1 and related information, particularly information responsive to United States' Interrogatories 41 and 42 (and any others in which information was withheld pursuant to an objection lodged on grounds that the interrogatory called for premature disclosure of expert testimony). |
| November 30, 2007: | Completion of § 702c expert depositions. |
| December 21, 2007: | Motion for Summary Judgment to be filed. |
| January 11, 2008: | Opposition to Motion to be filed. |
| January 25, 2008: | Reply to be filed. |
| March 12, 2008: | 10 a.m. Hearing on Motion for Summary Judgment. |

## CONCLUSION

For the foregoing reasons, the United States' Consent Motion for Modification of CMO No. 1 should be granted.

        Respectfully submitted,

        PETER D. KEISLER
        Acting Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHY, JR.
        Assistant Director, Torts Branch

        s/ Robin D. Smith
        ROBIN D. SMITH
        Senior Trial Counsel
        SARAH K. SOJA
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2007, a true copy of Defendant United States' consent motion to amend *Robinson* CMO 1 to enlarge the time to complete § 702c immunity expert depositions and to modify the Summary Judgment briefing and hearing schedule was served on all counsel of record by ECF.

                                             s/ Robin D. Smith
                                             Robin D. Smith