UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| *Robinson*, No. 06-2286 | § | |
| _____ | § | |

## ORDER

Having considered the United States' Consent Motion to Amend *Robinson* Case Management Order No. 1, and for good cause shown, it is hereby ORDERED that the Motion to Amend is GRANTED.

C.M.O. No. 1 is hereby amended to provide the following deadlines:

October 18, 2007:   Production of experts' documents responsive to United States' Request for Production No. 1 and related information, particularly information responsive to United States' Interrogatories 41 and 42 (and any others in which information was withheld pursuant to an objection lodged on

1

                    grounds that the interrogatory called for premature disclosure of expert testimony).

November 30, 2007:    Completion of § 702c expert depositions.

December 21, 2007:    Motion for Summary Judgment to be filed.

January 11, 2008:    Opposition to Motion to be filed.

January 25, 2008:    Reply to be filed.

March 12, 2008:    Hearing on Motion for Summary Judgment.

      New Orleans, Louisiana, this _____ day of _____, 2007.

                                      _____
                                      UNITED STATES DISTRICT JUDGE