UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§ |
| PERTAINS TO:  ROAD HOME<br>*Louisiana State*  C.A. No. 07-5528 | §<br>§ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 5.6E, defendants Balboa Insurance Company and Meritplan Insurance Company hereby disclose that their corporate parent is Countrywide Financial Corporation, which is a publicly held corporation. There are no other publicly held companies that hold 10% or more of Balboa Insurance Company or Meritplan Insurance Company's stock.

720146.1

1

Respectfully submitted this 15th day of October, 2007.

                                          **MCGLINCHEY STAFFORD, PLLC**

                                          */s/ Anne D. LeJeune*
                                          GERARD E. WIMBERLY, JR. (#13584) (T.A.)
                                          ANTHONY ROLLO ( # 01133)
                                          DANIEL T. PLUNKETT (# 21822)
                                          ANNE D. LEJEUNE  (# 24829)
                                          643 Magazine Street
                                          New Orleans, LA 70130
                                          Telephone: (504) 586-1200
                                          Facsimile: (504) 596-0377

                                          ATTORNEYS FOR DEFENDANTS, BALBOA
                                          INSURANCE COMPANY AND MERITPLAN
                                          INSURANCE COMPANY.

## CERTIFICATE OF SERVICE

I hereby certify that on this ___15th___ day of October, 2007, I electronically filed the foregoing corporate disclosure by Balboa Insurance Company and Meritplan Insurance Company with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          */s/ Anne D. LeJeune*
                                          Anne D. LeJeune