UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>         CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO LEVEE and MRGO,<br>*Lundy* (07-3173)<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Having considered defendant's *Ex Parte* Consent Order for an Extension of Time, and, for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED. The United States may have an additional 20 days, to and including November 3 to answer or otherwise respond to the Complaint.

New Orleans, Louisiana, this  15th  day of        October         , 2007.

_____
UNITED STATES DISTRICT JUDGE

1