UNITED STATES DISTICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | *  *  * | Civil Action  No. 05-4182 |
| PERTAINS TO: BARGE | *  *  * | and consolidated cases  Section "K" (2) |
| Boutte v. Lafarge     05-5531  Mumford v. Ingram 05-5724  Lagarde v. Lafarge   06-5342  Perry v. Ingram       06-6299  Benoit v. Lafarge     06-7516 | *  *  *  *  *  *  * | Judge Stanwood R. Duval, Jr.  Mag. Joseph C. Wilkinson, Jr. |

**CERTIFICATE OF NO OPPOSITION**

The undersigned counsel for Plaintiffs in Benoit et al v. Lafarge North America et al., hereby certifies that he contacted all counsel and they are all in agreement with the attached Motion.

Respectfully Submitted,

**F. GERALD MAPLES, P.A.**

_s/ Carlos A. Zelaya, II_ __
F. Gerald Maples (#25960)
Stephen M. Wiles, T.A. (#17865)
Carlos A. Zelaya, II (#22900)
Laurent J. Demosthenidy (#30473)
902 Julia Street
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 15 October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to counsel for all parties.  If any party is not a participant in the system, a copy will be sent via facsimile and/or U.S. Mail, postage prepaid and properly addressed, on 15 October, 2007.

                                                      s/<u>Carlos A. Zelaya, II</u>
                                                          Attorney at Law