UNITED STATES DISTICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | Civil Action |
| | * | No. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | Section "K" (2) |
| Boutte v. Lafarge     05-5531 | * | |
| Mumford v. Ingram 05-5724 | * | Judge Stanwood R. Duval, Jr. |
| Lagarde v. Lafarge   06-5342 | * | Mag. Joseph C. Wilkinson, Jr. |
| Perry v. Ingram       06-6299 | * | |
| Benoit v. Lafarge     06-7516 | * | |
| | * | |
| | * | |

**ORDER**

Considering the foregoing motion and finding it to have merit,

IT IS ORDERED that Defendant Gary Dufrene is hereby DISMISSED without Prejudice from the referenced action Benoit et al v. Lafarge North America et al. (related case number 06-7516).

United States District Judge

Respectfully Submitted,

**F. GERALD MAPLES, P.A.**
 _s/ Carlos A. Zelaya, II_
F. Gerald Maples (#25960)
Stephen M. Wiles, T.A. (#17865)
Carlos A. Zelaya, II (#22900)
Laurent J. Demosthenidy (#30473)
902 Julia Street
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 15 October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to counsel for all parties. If any party is not a participant in the system, a copy will be sent via facsimile and/or U.S. Mail, postage prepaid and properly addressed, on 15 October, 2007.

                                                s/<u>Carlos A. Zelaya, II</u>
                                                   Attorney at Law