UNITED STATES DISTICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
|     CONSOLIDATED LITIGATION | * | Civil Action |
| | * | No. 05-4182 |
| PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | Section "K" (2) |
| Boutte v. Lafarge   05-5531 | * | |
| Mumford v. Ingram 05-5724 | * | Judge Stanwood R. Duval, Jr. |
| Lagarde v. Lafarge   06-5342 | * | Mag. Joseph C. Wilkinson, Jr. |
| Perry v. Ingram        06-6299 | * | |
| Benoit v. Lafarge     06-7516 | * | |
| | * | |
| | * | |

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS DEFENDANT MARK TEMPLIT**

    **NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-captioned matter and respectfully move this Court to dismiss their claims against Defendant Mark Templit without prejudice pursuant to Fed. R. Civ. P. Rule 41(a) (2).  There is no opposition to this motion.

    Respectfully submitted this 15 October, 2007.

2

        F. GERALD MAPLES, P.A.

        /s/Carlos A. Zelaya, II
        F. Gerald Maples (#25960)
        Stephen M. Wiles, (#17865)
        Carlos Zelaya, II (#22900)
        902 Julia Street
        New Orleans, Louisiana 70113
        Telephone:   (504) 569-8732
        Facsimile:   (504) 525-6932

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 15 October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to counsel for all parties. If any party is not a participant in the system, a copy will be sent via facsimile and/or U.S. Mail, postage prepaid and properly addressed, on this 15 October, 2007.

        s/Carlos A. Zelaya, II
          Attorney at Law