UNITED STATES DISTICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES     CONSOLIDATED LITIGATION | *  *  * | Civil Action No. 05-4182 |
| PERTAINS TO: BARGE | *  *  * | and consolidated cases Section "K" (2) |
| Boutte v. Lafarge     05-5531 Mumford v. Ingram 05-5724 Lagarde v. Lafarge   06-5342 Perry v. Ingram        06-6299 Benoit v. Lafarge     06-7516 | *  *  *  *  *  *  * | Judge Stanwood R. Duval, Jr. Mag. Joseph C. Wilkinson, Jr. |

**CERTIFICATE OF NO OPPOSITION**

      The undersigned counsel for Plaintiffs in Benoit et al v. Lafarge North America et al., hereby certifies that he contacted all counsel and they are all in agreement with the attached Motion.

      Respectfully Submitted,

      **F. GERALD MAPLES, P.A.**

      _s/ Carlos A. Zelaya, II_ __
      F. Gerald Maples (#25960)
      Stephen M. Wiles, T.A. (#17865)
      Carlos A. Zelaya, II (#22900)
      Laurent J. Demosthenidy (#30473)
      902 Julia Street
      New Orleans, Louisiana 70113
      Telephone: (504) 569-8732
      Facsimile: (504) 525-6932

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 15 October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to counsel for all parties.  If any party is not a participant in the system, a copy will be sent via facsimile and/or U.S. Mail, postage prepaid and properly addressed, on 15 October, 2007.

                                                s/Carlos A. Zelaya, II
                                                  Attorney at Law