UNITED STATES DISTICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | |
|         CONSOLIDATED LITIGATION | * | Civil Action |
| | * | No. 05-4182 |
|         PERTAINS TO: BARGE | * | and consolidated cases |
| | * | |
| | * | Section "K" (2) |
| Boutte v. Lafarge     05-5531 | * | |
| Mumford v. Ingram  05-5724 | * | Judge Stanwood R. Duval, Jr. |
| Lagarde v. Lafarge   06-5342 | * | Mag. Joseph C. Wilkinson, Jr. |
| Perry v. Ingram        06-6299 | * | |
| Benoit v. Lafarge     06-7516 | * | |
| | * | |
| | * | |

## PLAINTIFFS' UNOPPOSED MOTION TO DISMISS DEFENDANT ERIC THIGPEN

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-captioned matter and respectfully move this Court to dismiss their claims against Defendant Eric Thigpen without prejudice pursuant to Fed. R. Civ. P. Rule 41(a) (2).  There is no opposition to this motion.

Respectfully submitted this 15 of October, 2007.

F. GERALD MAPLES, P.A.

/s/Carlos A. Zelaya, II
F. Gerald Maples (#25960)
Stephen M. Wiles, (#17865)
Carlos Zelaya, II (#22900)
902 Julia Street
New Orleans, Louisiana 70113
Telephone:   (504) 569-8732
Facsimile:    (504) 525-6932

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15 October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to counsel for all parties. If any party is not a participant in the system, a copy will be sent via facsimile and/or U.S. Mail, postage prepaid and properly addressed, on 15 October, 2007.

s/Carlos A. Zelaya, II
  Attorney at Law