# UNITED STATES DISTICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES     *
      CONSOLIDATED LITIGATION     *     Civil Action

                                   *     No. 05-4182

        PERTAINS TO: BARGE     *     and consolidated cases

                                     *

                                     *     Section "K" (2)

Boutte v. Lafarge     05-5531     *

Mumford v. Ingram 05-5724     *     Judge Stanwood R. Duval, Jr.

Lagarde v. Lafarge    06-5342     *     Mag. Joseph C. Wilkinson, Jr.

Perry v. Ingram       06-6299     *

Benoit v. Lafarge     06-7516     *

                                     *

                                     *

## CERTIFICATE OF NO OPPOSITION

The undersigned counsel for Plaintiffs in Benoit et al v. Lafarge North America et al., hereby certifies that he contacted all counsel and they are all in agreement with the attached Motion.

                              Respectfully Submitted,

                              **F. GERALD MAPLES, P.A.**

                              _s/ Carlos A. Zelaya, II_____ __

                              F. Gerald Maples (#25960)

                              Stephen M. Wiles, T.A. (#17865)

                              Carlos A. Zelaya, II (#22900)

                              Laurent J. Demosthenidy (#30473)

                              902 Julia Street

                              New Orleans, Louisiana 70113

                              Telephone: (504) 569-8732

                              Facsimile: (504) 525-6932

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 15 October, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing to counsel for all parties.  If any party is not a participant in the system, a copy will be sent via facsimile and/or U.S. Mail, postage prepaid and properly addressed, on 15 October, 2007.


<u>s/Carlos A. Zelaya, II</u>
Attorney at Law