UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:

LEVEE    06-7307 (STEUDLEIN)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering Fidelity National Insurance Company's Ex Parte Motion to Bifurcate Individual Claim of Christine Steudlein wife of/and Henry J. Steudlein, III;

IT IS HEREBY ORDERED that the referenced proceeding "*Christine Steudlein wife of/and Henry J. Steudlein, III vs. State Farm Fire and Casualty Company, Fidelity National Insurance Company, Warren Dennis and Hylton Petit, Jr.*" Civil Action No. 06-7307, be and hereby is bifurcated, and that the matter will be referred to Magistrate Judge Joseph C. Wilkinson, Jr. in accordance with Case Management Order No. 4, Section VII.

New Orleans, Louisiana, this ___15th___ day of October, 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge