**MINUTE ENTRY**
**DUVAL, J.**
**October 12, 2007**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: LEVEE/MRGO**<br>*Daubert Hearing* | **SECTION "K"(2)** |

    Attending a status conference held this day concerning the *Daubert* hearings scheduled for October 17, 2007 were:

    Joseph Bruno
    Drew Ranier
    Charley Sutton
    Ralph Hubbard
    Bill Treeby

    With respect to Defendants' Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick, it is the understanding of the Court that there will be an opening statement, deposition cuts will be proffered, and the live testimony of Dr. Carey Vandell and Mr. James Richardson will be adduced.

    As to Plaintiffs' Motion in Limine to Exclude the Class Certification Related Testimony of Michael W. Truax, there will be a separate opening, one witness with directed cross-examination plus documents presented.

    It is anticipated that the *Daubert* hearings will conclude by Thursday, October, 18, 2007 at 5:00 p.m.

    The parties shall present to Judge Duval the deposition excerpts for his review prior to the hearing no later than **10:00 a.m. Tuesday, October 16, 2007.**

JS-10: 30 MINS.