MINUTE ENTRY
DUVAL, J.
October 12, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION
                                NO. 05-4182

PERTAINS TO: INSURANCE          SECTION "K"(2)

      Attending a status conference held this day concerning the Insurance Umbrella were:

      Joseph Bruno
      Calvin Fayard
      James Garner
      Drew Ranier
      Frank Dudenhefer
      Judy Barrasso
      Charles Chassaignac
      Wayne J. Lee
      Ralph Hubbard
      Seth Schmeeckle

      The status conference was called at the request of the Insurance Plaintiffs Sub-Group Litigation Committee to discuss the Fifth Circuit's recent rulings in *Chehardy* and *Xavier* as well as the plethora of new cases which were filed with the second anniversary of Hurricane Katrina. Plaintiffs' counsel informed the Court that it is interested in developing a district-wide plan for litigation which would involve a multi-track system to include a settlement track, a fast track for trials, and a common issue track to utilize common discovery. Defense counsel understood this argument; however, they also commented that the quickest resolutions occurred with the setting of a trial date.

The Court made it clear that it is highly unlikely that a "court-wide" plan could be confected and that if there were some agreement for the umbrella to continue, the Court might consider it. However, in the event that the Court determines that the Insurance Umbrella is no longer viable as a result of the Fifth Circuit's ruling, it would be unlikely that it would maintain the umbrella as presently configured. Furthermore, the Court might consider implementing a plan in the event that even after deconsolidation it has more the three or four hundred insurance cases. That decision, however, is for a later day.

This issue of deconsolidation will be squarely addressed at the hearing on Insurance Defendants' Joint Motion to (1) Modify the Court's May 1, 2006 Consolidation Order; and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella which was scheduled for October 17, 2007. However, because of the Court's schedule and the hearing on the *Daubert* issues for the Class Certification proceedings,

**IT IS ORDERED** that the Insurance Defendants' Joint Motion to (1) Modify the Court's May 1, 2006 (Doc.7759) Consolidation Order; and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella is **CONTINUED** to **October 31, 2007 at 9:30 a.m. Oral argument shall be had at that time.**

JS-10: 1 HR. 15 MINS.