UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: JOHN FONTENOT | * | MAGISTRATE WILKINSON |
| AND KIM FONTENOT (07-4115) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## OPPOSITION TO AUTO CLUB'S REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, John and Kim Fontenot, who file this opposition to Auto Club's Request for Oral Argument. The primary reason given by Auto Club for requesting oral argument is that the motion to remand deals with novel issues of law with respect to Louisiana civil procedure. A review of the briefs submitted by both parties demonstrates that the motion to remand does not deal with any issues, much less novel issues, of law related to Louisiana civil procedure, but instead deals with issues of federal law. In fact, it is clear from both briefs that the motion to remand deals with the interpretation of 28 U.S.C. §1446(b) only and that the cases cited in both briefs actually establish the same interpretation of §1446(b). Given thus and the fact that Auto Club did not dispute the facts necessary for the Court to reach a conclusion, the plaintiffs believe that oral argument is not necessary and this matter should be submitted on briefs.

WHEREFORE, plaintiffs, John and Kim Fontenot, respectfully request that this Honorable Court deny Auto Club's request for oral argument.

Respectfully submitted,

s/John L. Fontenot
JOHN L. FONTENOT, T.A. (#26640)
One Shell Square – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone:   (504) 581-3234
Facsimile:   (504) 566-0210
Email: john.fontenot@arlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants.

s/John L. Fontenot
JOHN L. FONTENOT