UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| Pertains to: INSURANCE (07-5815) | * | |
| *Sarah Moody Thomas, et al v. The* | * | |
| *Hanover Insurance Company* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CORPORATE DISCLOSURE STATEMENT OF
## HANOVER INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Hanover Insurance Company, which, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits this corporate disclosure statement.

The Hanover Insurance Company, a wholly owned subsidiary of Opus Investment Management, Inc., a wholly owned subsidiary of The Hanover Insurance Group, Inc., a publicly traded company.

Respectfully submitted:

_/s/ Rachel A. Meese_____
**Ralph S. Hubbard III, T.A., La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Rachel A. Meese, La. Bar No. 25457**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a true and correct copy of the foregoing pleading has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 16th day of October, 2007.

__/s/ Rachel A. Meese_____