UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| *Robinson*, No. 06-2286 | § | |
| _____ | § | |

## ORDER

Having considered the United States' Consent Motion to Amend *Robinson* Case Management Order No. 1, and for good cause shown, it is hereby ORDERED that the Motion to Amend is GRANTED.

C.M.O. No. 1 is hereby amended to provide the following deadlines:

October 18, 2007:   Production of experts' documents responsive to United States' Request for Production No. 1 and related information, particularly information responsive to United States' Interrogatories 41 and 42 (and any others in which information was withheld pursuant to an objection lodged on

1

>grounds that the interrogatory called for premature disclosure of expert testimony).

November 30, 2007:   Completion of § 702c expert depositions.

December 21, 2007:   Motion for Summary Judgment to be filed.

January 11, 2008:   Opposition to Motion to be filed.

January 25, 2008:   Reply to be filed.

March 12, 2008:   Hearing on Motion for Summary Judgment.
  NO FURTHER EXTENSIONS OF TIME SHALL BE GRANTED.

New Orleans, Louisiana, this __16th__ day of _____October_____, 2007.

_____
UNITED STATES DISTRICT JUDGE