UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FONTENOT AND | * | CIVIL ACTION NO.: 07-4115 |
| KIM FONTENOT | * | |
| | * | SECTION: "K" |
| VERSUS | * | |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| AUTO CLUB FAMILY | * | |
| INSURANCE COMPANY | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

After considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to Remand,

**IT IS HEREBY ORDERED** that the Motion for Leave to File Reply Brief in Support of Motion to Remand is **GRANTED.**

New Orleans, Louisiana, this  16th  day of  October , 2007.

_____
UNITED STATES DISTRICT JUDGE