# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE

FILED IN     05-4181, 05-4182, 05-4191, 05-4568,
            05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 05-6359, 06-0020, 06-1885,
            06-0225, 06-0886, 06-11208, 06-2278,
            06-2287, 06-2346, 06-2545, 06-3529,
            06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163,
            06-5367, 06-5471, 06-5771, 06-5786,
            06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288,
            07-1289

CIVIL ACTION

NO. 05-4182 "K" (2)

JUDGE DUVAL

MAG. WILKINSON

## LEVEE DEFENDANTS' MOTION TO STRIKE CERTAIN ALLEGATIONS CONTAINED IN PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT AND PLAINTIFFS' CORRECTED RESTATED LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT

For the reasons set forth more fully in the accompanying memorandum, the Levee

defendants hereby respectfully move the Court to strike certain allegations contained in

Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action

887010v.1

Complaint (Doc. 6941) and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action Complaint (Doc. 7571).

Dated:  October 16, 2007                    Respectfully submitted,


s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
      HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:  (504) 593-4272
FACSIMILE:  (504) 561-5743
Attorneys  for  the  SEWERAGE  AND  WATER
BOARD OF NEW ORLEANS

887010v.1

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
     MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE:  (504) 832-3700
FACSIMILE:  (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE:  (202) 616-4289
FACSIMILE:  (202) 616-5200
Attorneys for the UNITED STATES OF
AMERICA

887010v.1

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
   & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:  (504) 568-1990
FACSIMILE:  (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2007, a copy of the above and foregoing **Levee Defendants' Motion to Strike Certain Allegations Contained in Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action Complaint** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com

887010v.1