UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> §<br>§<br>PERTAINS TO: §<br>INSURANCE      (07-4810) §<br>*Esplanade Plaza, LLC v. The Hanover* §<br>*Insurance Company* §<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION TO DISMISS

**ON MOTION** of plaintiff, Esplanade Plaza, L.L.C., in the above entitled and numbered case, and upon suggesting to the Court that all matters of controversy between it and The Hanover Insurance Company have been compromised and settled, and that said action should accordingly be dismissed with prejudice as to all demands, all parties to bear their own costs. Further, the original complaint has not been served, and The Hanover Insurance Company has not answered.

Respectfully submitted,

/s/ Wanda J. Edwards
WANDA J. EDWARDS, #27448
FAYARD & HONEYCUTT, APC
519 Florida Avenue SW

Denham Springs, Louisiana 70726<br>
Telephone: 225-664-4193<br>
Facsimile: 225-664-6925

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Wanda J. Edwards
WANDA J. EDWARDS