UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Vanderbrook*, No. 05-6323 | * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## UNOPPOSED MOTION TO CONTINUE THE STANDARD FIRE INSURANCE COMPANY'S MOTION FOR ENTRY OF FINAL JUDGMENT

NOW COME, Joseph M. Bruno, Liaison Counsel, Plaintiffs Steering Committee and Calvin C. Fayard, Jr. Liaison Counsel, Plaintiffs Sub Litigation Committee-Insurance, Robert Harvey (hereinafter "Movers"), who move for entry of an unopposed Order continuing the hearing on the Motion for Entry of Final Judgment filed by The Standard Fire Insurance Company and which motion has been fixed for hearing on the 17th day of October, 2007. Movers have contacted Defendants Liaison Counsel and he advises that there is no objection to the Motion. Movers further request that this Court reschedule same for hearing with oral argument commencing at 2:00 p.m., October 31, 2007.

WHEREFORE, Movers respectfully requests that this Unopposed Motion for Continuance be granted and the subject motion continued as requested.

1

Respectfully submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno
PLAINTIFFS' LIAISON COUNSEL
jbruno@jbrunolaw.com
Law Offices of Joseph M. Bruno, L.L.C..
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 561-6776
Fax: (504) 561-6775

FOR THE INSURANCE PLAINTIFFS
SUBGROUP LITIGATION COMMITTEE

/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar No. 5486)
LIAISON COUNSEL – INSURANCE PSLC
calvinfayard@fayardlaw.com
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

## CERTIFICATE OF SERVICE

I hereby certify that, on October 15, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Joseph M. Bruno
Joseph M. Bruno