UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Vanderbrook*, No. 05-6323 | * * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the Unopposed Motion to Continue the hearing on the Motion for Entry of Final Judgment filed by The Standard Fire Insurance Company,

**IT IS ORDERED** that the hearing scheduled for the 17th day of October, 2007 be and the same is hereby continued to 2:00 p.m. on the 31st day of October, 2007.

New Orleans, Louisiana this the _____ of October, 2007.

_____
STANWOOD R. DUVAL, JR.

DISTRICT COURT JUDGE