UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| _____ | * <br> * | JUDGE DUVALL |
| PERTAINS TO: | * <br> * | MAG. WILKINSON |
| BARGE: 07-3500 (PARFAIT FAMILY) | * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF ORLEANS LEVEE DISTRICT'S MOTION TO ADOPT WASHINGTON GROUP INC.'S MOTION TO DISMISS OR ALTERNATIVELY STAY PARFAIT FAMILY

MAY IT PLEASE THE COURT:

Defendant, Orleans Levee District, hereby wishes to adopt Washington Group Inc.'s Motion to Dismiss or Alternatively Stay *Parfait Family v. United States* (record doc. 8225).

More specifically, the Orleans Levee District wishes to adopt the argument advanced by Washington Group Inc. that because the class set forth in the *Parfait Family* Complaint overlaps with and is substantially similar to one of the MRGO subclasses, the complaint should be dismissed, or alternatively, stayed based on the "first to file rule."

**WHEREFORE**, the Orleans Levee District respectfully requests that this Honorable Court

dismiss and/or stay the Parfait Family's Complaint against it for all the reasons as advanced by Washington Group.

Respectfully submitted,

*/s/ Thomas P. Anzelmo*

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
DARCY E. DECKER (#30469)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a on October 16th, 2007, a copy of the above and foregoing documents was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants

MARK E. HANNA (#19336)
mhanna@mcsalaw.com