# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE CASES | NUMBER: 05-4182 "K" (2) |
| <u>Franco</u> 06-07660 | JUDGE DUVAL<br>MAG. WILKINSON |

## EX PARTE MOTION TO CONTINUE TRIAL

Complainants, through undersigned counsel, moves to continue trial of this matter from October 31, 2007, and in support show:

1. Undersigned counsel will be out of state many consecutive days during the month of October and therefore unable to effectively prepare a response to the Defendant's opposition to Claimants' request for jury trial.

2. Opposing counsel has no objections to the filing of this Motion.

WHEREFORE, Claimants' pray that trial be continued from October 31, 2007, to an available hearing date in November, 2007.

Respectfully submitted,

 /s/ GEORGE F. RIESS
**GEORGE F. RIESS (LA. BAR # 11266)**
**LAW OFFICES OF GEORGE F. RIESS**
**& ASSOCIATES, L.L.C.**
**228 St. Charles Avenue, Suite 1224**
**New Orleans, Louisiana   70130**
**Telephone: (504) 568-1962**
**Facsimile:   (504) 568-1965**
**Email: georgeriess@riess-law.com**

**Attorney for Complainants**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served by placing the same in the United States mail with correct postage affixed thereto this ____ day of October, 2007:

Steven W. Usdin
Barrasso, Usdin, Kuppermann, Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  504-589-9700
susdin@barrassousdin.com

Jonathan M. Walsh
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
jwalsh@dkslaw.com

                                               /s/ GEORGE F. RIESS
                                               GEORGE F. RIESS