UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| *In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION* | * * * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE 07-3433 (Manint v. Allstate) | * * * | |

## ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

NOW COMES Allstate Insurance Company who, in compliance with Federal Rules of Civil Procedure 7.1, submits the following Corporate Disclosure:

Allstate Insurance Company is a wholly-owned subsidiary of the Allstate Corporation, which is a Delaware corporation. The stock of the Allstate corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of the Allstate corporation. Allstate Insurance Company does not own 10% or more of any publicly-traded entity.

Respectfully submitted,

/s/ Scott G. Jones
SCOTT G. JONES #14408
INABNET & JONES, L.L.C.
1331 West Causeway Approach
Mandeville, LA 70471
Telephone: 985-624-9920
Facsimile: 985-624-9940

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that there are no non-CM/ECF participants in this case.

/s/ Scott G. Jones
Scott G. Jones (Bar No. 14408)