UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4024 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL MEMORANDUM**

**COMES NOW** plaintiff in Civil Action No. 06-4024 and upon suggesting to the Court that oral argument on plaintiff's Motion to Rescind Order of September 11, 2007 (Record Document No. 7538) has been denied and, accordingly, moves This Honorable Court for leave to file the attached Supplemental Memorandum in order to respond to the arguments made by the Federal Government in its Memorandum in Opposition to said Motion, and to make additional points in writing which would have been made at oral argument.

-1-

-2-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:   S/Ashton R. O'Dwyer, Jr.**
　　　　Ashton R. O'Dwyer, Jr.
　　　　Bar No. 10166
　　　　821 Baronne Street
　　　　New Orleans, LA 70113
　　　　Tel. 504-679-6166
　　　　Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 16th day of October 2007.

　　　　　　　　S/Ashton R. O'Dwyer, Jr.