-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:   * | MAGISTRATE (2) |
| NO.   06-4024   * | |
| * | JUDGE DUVAL |
| * | |
| * | MAGISTRATE WILKINSON |
| * | |
| * * * * * * * * * * * * * * * * * * | |

## ORDER

Considering plaintiff's Ex Parte Motion for Leave to File Supplemental Memorandum, which the Court has duly noted,

**IT IS ORDERED THAT** plaintiff be and she is hereby granted leave to file a Supplemental Memorandum in support of her Motion to Rescind Order of September 11, 2007.  (Record Document No. 7538) etc.

New Orleans, Louisiana, this _____ day of _____ 2007.

_____
**J U D G E**

-1-