UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES** § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** § | **NO.: 05-4182 "K"(2)** |
| § | **JUDGE DUVAL** |
| § | **MAG. WILKERSON** |
| § | |
| § | |
| **PERTAINS TO:** § | |
| **LEVEE:** § | |
| **C.R. PITTMAN CONSTRUCTION COMPANY, INC.** § | |
| **(07-2771)** § | |

### *EX PARTE* MOTION TO CONTINUE UNITED STATES OF AMERICA'S MOTION TO DISMISS [DOCUMENT 7876]

NOW INTO COURT, comes plaintiff, C.R. Pittman Construction Company, Inc. ("CRPCCI"), after conferring with counsel for defendant, The United States of America, and requests that the hearing scheduled for October 31, 2007 at 9:30 a.m., on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) be continued until November 28, 2007 at 9:30 a.m., for the following reasons:

1. Counsel for CRPCCI have multiple pre-existing conflicting matters on their schedule for October 31, 2007;

2. Counsel for defendant, The United States of America, has been contacted and does not object to the motion to continue and has agreed to the new date of November 28, 2007 at 9:30 a.m.; and

1

3.  Granting of this motion will not delay this action nor prejudice the parties to this lawsuit.

Wherefore, CRPCCI prays that the hearing scheduled for October 31, 2007 at 9:30 a.m., on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) be continued until November 28, 2007 at 9:30 a.m.

>Respectfully submitted:
>
>/s/ Gerald A. Melchiode
>_____
>GERALD A. MELCHIODE (#22525)
>jmelchiode@gjtbs.com
>WILLIAM J. PERRY (#19100)
>wperry@gjtbs.com
>GALLOWAY, JOHNSON, TOMPKINS,
>BURR & SMITH
>One Shell Square
>701 Poydras Street, 40th Floor
>New Orleans, Louisiana 70139
>Telephone:  (504) 525-6802
>Facsimile:   (504) 525-2456
>COUNSEL FOR PLAINTIFF, C.R. PITTMAN
>CONSTRUCTION COMPANY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.  A copy of same will be mailed to all non-CM/ECF participating counsel.

>/s/ Gerald A. Melchiode
>_____
>GERALD A. MELCHIODE