UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION § | NO.: 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKERSON |
| | § | |
| | § | |
| **PERTAINS TO:** | § | |
| **LEVEE:** | § | |
| **C.R. PITTMAN CONSTRUCTION COMPANY, INC.** § | | |
| **(07-2771)** | § | |

**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE UNITED STATES OF AMERICA'S MOTION TO DISMISS [DOCUMENT 7876]**

Considering the *Ex Parte Motion to Continue United States of America's Motion to Dismiss [Document 7876]* (hereinafter "the Motion"):

**IT IS ORDERED** that the Motion is **GRANTED;** and

**IT IS FURTHER ORDERED** that the hearing scheduled for October 31, 2007, on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) [Document 7876] be continued until November 28, 2007, at 9:30 a.m.

New Orleans, Louisiana this ____ day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana