UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | | § | JUDGE DUVAL |
| | | § | MAG. WILKERSON |
| | | § | |
| | | § | |
| PERTAINS TO: | | § | |
| LEVEE: | | § | |
| C.R. PITTMAN CONSTRUCTION COMPANY, INC. | | § | |
| (07-2771) | | § | |

### AMENDED NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that hearing of the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) will be heard before the Honorable Stanwood R. Duval, Jr., United States District Judge, Courtroom C352, on November 28, 2007, at 9:30 a.m.

Respectfully submitted,

/s/ Gerald A. Melchiode
_____
GERALD A. MELCHIODE (#22525)
jmelchiode@gjtbs.com
WILLIAM J. PERRY (#19100)
wperry@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
COUNSEL FOR PLAINTIFF, C.R. PITTMAN
CONSTRUCTION COMPANY, INC.

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2007, I electronically filed the foregoing *Ex Parte Motion to Continue, Memorandum in Support of Ex Parte Motion to Continue, Order, and Amended Notice of Hearing* with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Gerald A. Melchiode

Gerald A. Melchiode