UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NO.  05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | |
| INSURANCE | * | MAGISTRATE JUDGE WILKINSON |
| (*Vanderbrook,* No. 05-6323) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**MOTION FOR FINAL JUDGMENT BY**
**STATE FARM FIRE AND CASUALTY COMPANY**

      **NOW INTO COURT,** through undersigned counsel comes Defendant, State Farm Fire and Casualty Company ("State Farm"), and moves the Court for entry of final judgment as to all defendants pursuant to Federal Rule of Civil Procedure 58(d) in accordance with the opinion of the Fifth Circuit Court of Appeals in this matter or, in the alternative, for entry of final judgment in favor of State Farm pursuant to Rule 54(b) because all issues against State Farm have been fully resolved by this Court and there is no just reason for delay.

896232v.1

- 2 -

**WHEREFORE**, State Farm respectfully requests the Court enter a final judgment dismissing all defendants pursuant to Rule 58(d) or, in the alternative, dismissing State Farm pursuant to Rule 54(b).

Respectfully submitted,

*/s/ Stephen G. Bullock*
Wayne J. Lee, 7916
 wlee@stonepigman.com
Stephen G. Bullock, 3648
 sbullock@stonepigman.com
    Of
STONE PIGMAN WALTHER
 WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Fax:  (504) 581-3361

Attorneys for State Farm Fire and Casualty
 Company

- 3 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing State Farm Fire and Casualty Company's Motion for Entry of Final Judgment has been served upon the following counsel of record by electronic notice from the Court's CM/ECF system, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 16th day of October, 2007.

                                                                  */s/ Stephen G. Bullock*

896232v.1