UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO.  05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE (*Vanderbrook,* No. 05-6323) | * * * * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that State Farm Fire and Casualty Company's Motion for Final Judgment is hereby set for hearing on the 31st day of October, 2007 at 2:00 p.m. before the Honorable Judge Stanwood Duval, Jr., in the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Dated:  October 16, 2007

896279v.1

Respectfully submitted,

*/s/ Stephen G. Bullock*
Wayne J. Lee, 7916
  wlee@stonepigman.com
Stephen G. Bullock, 3648
  sbullock@stonepigman.com
          Of
STONE PIGMAN WALTHER
  WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Fax:  (504) 581-3361

Attorneys for State Farm Fire and Casualty
  Company

### **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon the following counsel of record by electronic notice from the Court's CM/ECF system, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 16th day of October, 2007.

  */s/ Stephen G. Bullock*

896279v.1