UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO: INSURANCE (*Vanderbrook,* No. 05-6323) | * * * * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * | * | |

### REQUEST FOR ORAL ARGUMENT ON MOTION FOR FINAL JUDGMENT

In accordance with Local Rule 78.1E, Defendant State Farm Fire and Casualty Company ("State Farm") requests oral argument on its Motion for Final Judgment. State Farm's motion presents the issues whether all defendants should be dismissed from this suit in accordance with the directive of the Fifth Circuit, or whether State Farm must be dismissed pursuant to Rule 54(b). Oral argument will serve to clarify the issues of fact and law presented in the motion and will aid the Court in its understanding of the issues.

896447v.1

WHEREFORE, State Farm prays that its Request for Oral Argument be granted and that oral argument be held on its Motion for Final Judgment.

Dated:  October 16, 2007

Respectfully submitted,

/s/ Stephen G. Bullock
Wayne J. Lee, 7916
 wlee@stonepigman.com
Stephen G. Bullock, 3648
 sbullock@stonepigman.com
       Of
STONE PIGMAN WALTHER
 WITTMANN LLC
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Fax:  (504) 581-3361

Attorneys for State Farm Fire and Casualty
 Company

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Request for Oral Argument on Motion for Final Judgment has been served upon the following counsel of record by electronic notice from the Court's CM/ECF system, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 16th day of October, 2007.

/s/ Stephen G. Bullock