# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | * NO. 05-4182 "K" (2) |
| | * |
| | * JUDGE STANWOOD R. DUVAL |
| | * |
| | * MAG. JUDGE JOSEPH C. WILKINSON, JR. |
| | * |

*THIS PLEADING APPLIES TO:*   **BARGE**

*Lafarge North America Inc. v.*                    C.A. No. 07-5178
*United States of America, Department of the Army, Corps of Engineers*

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally appeared Katherine W. Heck, of the

law firm Chaffe McCall, LLP, 1100 Poydras Street, 2300 Energy Centre, New Orleans,

Louisiana 70163-2300, who after being duly sworn, said that on the 28th day of September, 2007,

she did cause to be mailed Summonses and copies of the "Complaint" which applies to "*Lafarge*

*North America Inc. v. United States of America, Department of the Army, Corps of Engineers*",

Civil Action No. 07-5178 (originally assigned to Section "D" (1), and now consolidated with "In

994376-1

Re: Katrina Canal Beaches Consolidated Litigation – Barge", Civil Action No. 05-4182 "K" (2)),

by Lafarge North America Inc. against United States of America, Department of the Army,

Corps of Engineers, in this action in accordance with Rule 4 of the Federal Rules of Civil

Procedure, by mailing the process to U.S. Attorney James B. Letten, 210 Hale Boggs Federal

Building, 500 Poydras Street, New Orleans, Louisiana 70130, Attention Civil Process Clerk, and

to Acting Attorney General, United States of America, Peter Keisler, U.S. Department of Justice,

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, with copies to Lt. General Robert

L. Van Antwerp, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers

Headquarters, 441 G Street NW, Washington DC 20314 and Col. Alvin B. Lee, District

Engineer, U.S. Army Corps of Engineers, New Orleans, District Headquarters, P. O. Box 60267,

New Orleans, Louisiana 70160-0267; each enclosed in an envelope deposited in the United

States mail by Certified Mail, Return Receipt Requested, on said date, properly addressed with

sufficient postage affixed; and that she received the certified domestic postal return receipts,

attached hereto as Exhibit "A", indicating delivery of same on the following dates:

> U. S. Atty. James Letten, delivered on October 1, 2007
> Acting U.S. Atty. Gen. Peter Keisler, delivered on October 3, 2007
> Lt. Gen. Robert Van Antwerp, USCOE, delivered on October 5, 2007
> Col Alvin Lee, USCOE, delivered on October 1, 2007

*Katherine W. Heck*

Katherine W. Heck

Sworn to and subscribed before me,

Notary, this 17 day of October , 2007.

_____

NOTARY PUBLIC

SCOTT A. SOULE
NOTARY PUBLIC
LOUISIANA
BAR NUMBER 20379
COMMISSION EXPIRES AT DEATH