UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>*<br>* JUDGE STANWOOD R. DUVAL<br>*<br>* MAG. JUDGE JOSEPH C. WILKINSON, JR.<br>* |

*THIS PLEADING APPLIES TO:* **BARGE**

*Lafarge North America Inc. v.*          C.A. No. 07-5178
*United States of America, Department of the Army, Corps of Engineers*

**CERTIFIED MAIL RETURN RECEIPTS**

# EXHIBIT A

994389-1

EXHIBIT "A"

## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. James B. Letten
United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street
New Orleans LA 70130
ATTN: Civil Process Clerk

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): [signature] / C. Date of Delivery: 10/1/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1820 0004 0602 4713

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Hon. Peter Keisler
Acting Attorney General
United States of America
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): [signature] / C. Date of Delivery: OCT 0 9 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 2150 0000 7941 5645

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Lt. General Robert L. Van Antwerp
Chief of Engineers & Commanding General
U.S. Army Corps of Engineers
441 G. Street Headquarters
Washington D.C. 20314

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): [signature] / C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 2150 0000 7941 5652

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Return Receipt 4

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Col. Alvin B. Lee
District Engineer
U.S. Army Corps of Engineers
New Orleans District Headquarters
P.O. Box 60267
New Orleans LA 70160-0267

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): [signature] / C. Date of Delivery: OCT 01 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7006 2150 0000 7941 5669

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540