UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br><br>LEVEE/MRGO DAUBERT HEARINGS | SECTION "K"(2) |

### ORDER

Because of difficulties encountered by counsel in producing to the Court the deposition excerpts of John A. Kilpatrick and the Court's own motion schedule,

**IT IS ORDERED** that the hearing on the Motion to Exclude John A Kilpatrick (Doc. 7992), the Motion in Limine to Exclude the Class Certification-Related Testimony of Michael W. Truax (Doc. 8116) and the Motion to Exclude the Report and Testimony of Plaintiffs' Putative Expert John A. Kilpatrick (Doc. 8167) are **CONTINUED** to **Thursday, October 18, 2007 at 8:30 a.m.**  It is anticipated that the hearing shall continue until 6:30 p.m. that evening.

New Orleans, Louisiana, this 16th day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE