UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO:   RAULT<br>            C.A. No. 06-1734 | SECTION: "K" (2) |

## ORDER

At the request of the parties, a **Settlement Conference** is set in this case on **NOVEMBER 1, 2007 at 4:00 p.m.** before me.

New Orleans, Louisiana, this __17th__ day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**