# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RETURN

LAFARGE NORTH AMERICA, INC.        **SUMMONS IN A CIVIL CASE**

V.                                  Case Number: 07-5178"D"(1)

UNITED STATES OF AMERICA,
DEPARTMENT OF THE ARMY, CORPS
OF ENGINEERS


TO: (Name and address of defendant)

United States Army Corps of Engineers
through Assistant U.S. Attorney
500 Magazine Street, Hale Boggs Federal Building
New Orleans, LA  70130


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert W. Fisher, Jr.
Chaffe McCall, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA  70163


an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


Loretta G. Whyte                              September 5, 2007
Clerk                                         Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 1, 2007 |
| NAME OF SERVER (PRINT)<br>Katherine W. Heck | TITLE<br>Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail - Hon James B. Letten, U.S. Attorney, Attn Civil Process Clerk - Date of Delivery 10/1/07 (See Exh. A Attached - Domestic Return Receipts)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/16/07
        Date

Katherine W Heck
Signature of Server

Address of Server
CHAFFE McCALL, L.L.P.
2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-2300

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.