AO 440 (Rev. 10/93) Summons in a Civil Action

========================================================================================================

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RETURN

LAFARGE NORTH AMERICA, INC.

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-5178"D"(1)

UNITED STATES OF AMERICA,
DEPARTMENT OF THE ARMY, CORPS
OF ENGINEERS

TO: (Name and address of defendant)

United States Army Corps of Engineers
through U.S. Attorney General
Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert W. Fisher, Jr.
Chaffe McCall, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA  70163

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte

Clerk

September 5, 2007

Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>*October 3, 2007* |
| NAME OF SERVER (PRINT)<br>*Katherine W. Heck* | TITLE *Secretary* |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): *Certified Mail - Hon. Peter Keisler, Acting Attorney General, U.S.A.*
*Date of Delivery 10/3/07*
*(See Exhibit A Attached - Domestic Return Receipts)*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___*10/16/07*___
Date

*Katherine W Heck*
Signature of Server

CHAFFE McCALL, L.L.P.
2300 ENERGY CENTRE
1100 POYDRAS STREET
Address of Server
NEW ORLEANS, LA  70163-2300

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.