UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:<br><br>MRGO: 07-4568 | | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 5.6E, plaintiff, COMMONWEALTH INSURANCE COMPANY hereby discloses that it is a wholly owned subsidiary of Fairfax Financial which is a publicly held corporation. There are no other companies, publicly traded or otherwise that hold 10% or more of Hartford Steam Boiler and Inspection Company.

Respectfully submitted,

_____
Ernest Svenson (No. 17164)
Svenson Law Firm
432 Henry Clay Ave.
New Orleans, LA 70118-5724
Tel: 504-208-5199
Fax: 504-324-0453

and

/s Elisa Gilbert
_____
Elisa T. Gilbert, Esq (T.A.)
Brendan R. O'Brien
Gilbert & Gilbert, LLC
350 Fifth Avenue, Suite 5615
New York, NY 10118-5615

## CERTIFICATE OF SERVICE

    A copy of this motion will be served upon all counsel of record on this date through the Court's CM/ECF system. Notice of this filing will be sent counsel for all parties by operation of the court's electronic filing system. Done on this date: October 17, 2007.

_____
Ernest E. Svenson