# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RETURN

PHILLIP REED, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 07-5022"K"(2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

United States of America
through the U.S. Attorney
Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Camilo K. Salas, III    1660
650 Poydras Street, Suite 1660
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                        September 4, 2007
Clerk                                   Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | Oct. 4, 2007 |
| NAME OF SERVER (PRINT) CAMILO K. SALAS III | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY CERTIFIED MAIL ADDRESSED TO: "ACTING ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES DEPARTMENT OF JUSTICE", WASHINGTON, D.C. 20530" POSTAGE PRE-PAID.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Oct. 4, 2007
Date

Signature of Server
CAMILO K. SALAS III
650 POYDRAS ST., SUITE 1660
Address of Server
NEW ORLEANS, LA. 70130
504-799-3080

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.