# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RETURN

PHILLIP REED, ET AL    **SUMMONS IN A CIVIL CASE**

V.    Case Number: 07-5022"K"(2)

UNITED STATES OF AMERICA, ET AL

TO: (Name and address of defendant)

United States of America
through the A~~ssistant~~ U.S. Attorney
500 Magazine Street, Hale Boggs Federal Building
New Orleans, LA  70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Camilo K. Salas, III        *1660*
650 Poydras Street, Suite ~~1650~~
New Orleans, LA  70130

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                    September 4, 2007
Clerk                               Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/4/07 |
| NAME OF SERVER (PRINT)  CAMILO K. SALAS III | TITLE  ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): BY HAND DELIVERY TO PARALEGAL SPECIALIST CAROLYN PITRE AT THE CIVIL DIVISION OF THE U.S. ATTORNEY'S OFFICE, 650 POYDRAS ST., SUITE 2420, NEW ORLEANS, LA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/07
        Date

Signature of Server
CAMILO K. SALAS III
650 POYDRAS ST. SUITE 1660
Address of Server
N.O. LA. 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.