UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO: INSURANCE                  SECTION "K"(2)

## ORDER

It having come to the Court's attention that it had determined that the Motion to Modify was to be heard at a special setting in order to accommodate certain schedules and that the Minute Entry (Doc. 8411) is incorrect,

**IT IS ORDERED** that the Insurance Defendants' Joint Motion to (1) Modify the Court's May 1, 2006 Consolidation Order; and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella (Doc.7759) is **CONTINUED** to **October 31, 2007 at 2:00 p.m. Oral argument shall be had at that time.**

New Orleans, Louisiana, this  17th  day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE