**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 17, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: JOHN FONTENOT CA No. 07-4115<br>REC. DOC. 7587 | NO. 05-4182<br>SECTION "K"(2) |

**MOTION** to remand case to Civil District Court for the Parish of Orleans by John Fontenot and Kim Fontenot, filed 9/13/07.

**CASE MANAGER: SHEENA DEMAS**
**COURT RECORDER: BONNIE HEBERT**

**APPEARANCES:** John Fontenot, Jr. & Kenneth Krobert

Court begins at 11:24 a.m.  Case called; all present and ready.
Oral argument by parties.
Court GRANTED the motion for oral reasons stated on the record.
Court shall issue an order.
Court adjourns at 11:45 a.m.

JS-10 (:20)