UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>           CONSOIDATED LITIGATION | CIVIL ACTION |
| LEVEE CASES | NO. 05-4182 |
| PERTAINS TO:  (Fontenot 07-4115) | SECTION "K" |

### *ORDER*

Before  the Court is plaintiffs' motion to remand (Doc. 6).  For the reasons stated on the record during the hearing held this date, the motion is GRANTED.

**IT IS HEREBY ORDERED** that this proceeding is REMANDED to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this 17th day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE