UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br>INSURANCE *Holbrook* No. 06-2617 | |

## EX PARTE MOTION TO BIFURCATE INDIVIDUAL CLAIMS OF RONALD A. HOLBROOK AND APRIL HOLBROOK

In accordance with Case Management Order No. 4, Section VII, which provides for bifurcation upon motion of any party, plaintiffs Ronald A. Holbrook and April Holbrook ("Holbrooks") hereby request that the Court enter an Order bifurcating the proceeding caption Ronald A. Holbrook and April Holbrook versus AAA Insurance Agency, Inc., et al. Civil Action No. 06-2617, from the consolidated litigation for purposes of discovery relating to insurance issues, including but not limited to individualized adjusting issues; bad faith claim handling; total amount of damage from wind, including water damage from wind; total amount of damage from water; and, whether there is total loss.

Accordingly, Holbrooks requests that the referenced proceeding be referred to Magistrate Judge Wilkinson in accordance with the provisions of the Case Management Order No. 4, Section VII. at p. 48

By Attorneys:

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703
Facsimile: (225) 343-0630

By: _____
Connell L. Archey (#20086)
Randal J. Robert, T.A. (#21840)
Jennifer A. Hataway (#26323)
Travis B. Wilkinson (#28806)
Attorneys for Ronald A. Holbrook and April Holbrook

## CERTIFICATE

I hereby certify that a copy of the Ex parte Motion to Bifurcate Individual Claims of Ronald A. Holbrook and April Holbrook has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, as follows:

William T. Treas
*Nielsen Law Firm, LLC*
2121 Airline Highway, Suite 200
Metairie, LA 70001

Kevin G. Barreca
*Sessions Fishman & Nathan LLP*
Lakeway Two, Suite 1240
3850 N. Causeway Blvd.
Metairie, LA 70002-1752

on this 17th day of October, 2007.

_____
Connell L. Archey

- 2 -