UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>LEVEE & MRGO | § CIVIL ACTION NO. 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANTS' COMMON-LIABILITY EXPERT WITNESS LIST

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO No. 4"), the Levee and MRGO Defendants submit the following list of "common liability" expert witnesses.  Although this witness list is submitted jointly by all Levee and MRGO Defendants to comply with the CMO No. 4, many Defendants have retained their own liability expert(s).  Accordingly, the party or parties sponsoring the proposed expert witness(es) are identified below.

The Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate.  The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category."  CMO, § I(A).  The Levee and MRGO Defendants deny that any liability issues exist in these consolidated cases that are common to any of the parties in any way that

would allow class certification of any liability issues for trial.  The Levee and MRGO Defendants expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

| EXPERT | SPONSORING PARTY | CASE(S) | SUBJECT MATTER/ EXPERTISE |
|---|---|---|---|
| **Charles T. Brigden** <br> Clarion Associates, Inc. <br> 601 South LaSalle Street <br> Suite 600 <br> Chicago, IL  60605 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Ins. Co. | Levee & MRGO | commercial and private real estate appraisal, feasibility studies, and market studies |
| **Prof. Robert A. Dalrymple** <br> Civil Engineering Department <br> 210 Latrobe Hall <br> Johns Hopkins University <br> Baltimore, MD  21218 | Washington Group International, Inc. | MRGO | civil and coastal engineering (including storm surge, waves, water flow, overtopping and tides) in connection with the breaches along the eastside of the Industrial Canal |
| **Bruce A. Ebersole, P.E.** <br> Chief, Flood & Storm Protection Division <br> Coastal & Hydraulics Laboratory, USACE | The United States | Levee & MRGO | civil hydrology engineering/hydrodynamic loadings/levee walls/ influences of MRGO |
| **Steve Fitzgerald** <br> Harris County Flood Control District, Houston, TX | The United States | Levee & MRGO | hydrology/interior drainage |
| **Michael W. Flores, P.E.** <br> GCR & Associates, Inc. <br> UNO Research and Technology Park <br> 2021 Lakeshore Drive <br> Suite 100 <br> New Orleans, LA  70122 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Ins. Co. | Levee & MRGO | land surveying |

| EXPERT | SPONSORING PARTY | CASE(S) | SUBJECT MATTER/ EXPERTISE |
|---|---|---|---|
| **Jeff Harris** Hydrologic Engineering Center USACE | The United States | Levee & MRGO | storm surge modeling, hydrology |
| **Brian Jarvinen** Formerly with National Hurricane Center | The United States, Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage and Water Board, St. Paul Ins. Co., and Washington Group International, Inc. | Levee & MRGO | meteorology/storm surge research, modeling and reporting/results of storm surge events and effects |
| **William Klein, Jr.** General Biologist, Ecological Planning and Restoration Section, Environmental Branch, New Orleans District USACE | The United States | Levee & MRGO | wetlands/environmental compliance |
| **David L. Kriebel, Ph.D., P.E.** 745 Buckeye Court Millersville, MD  21108 | The United States, Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Inc. Co. | Levee & MRGO | coastal and ocean engineering |
| **Paul D. Kuhlmeier, Ph.D., P.E., P.G.** 5296 E. Softwood Drive Boise, ID  83716 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & | Levee & MRGO | hydrology, hydraulics, and hydrological and geological engineering |

896559v.1

| EXPERT | SPONSORING PARTY | CASE(S) | SUBJECT MATTER/ EXPERTISE |
|---|---|---|---|
| | Water Board, and St. Paul Inc. Co. | | |
| **Dr. Reed L. Mosher** Chief Structural Mechanics Division, USACE | The United States | Levee & MRGO | civil geotechnical engineering/project evaluation/ performance assessment |
| **Erik L. Nelson, Ph.D., P.E.** 2740 Dallas Parkway Suite 220 Dallas, TX  75093 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Inc. Co. | Levee & MRGO | architectural engineering |
| **Gib A. Owen** Chief, Ecological Planning and Restoration Section, Environmental Branch, New Orleans District USACE | The United States | Levee & MRGO | wetlands/environmental compliance |
| **Billy R. Prochaska, P.E.** 9935 Hillyard Baton Rouge, LA  70809 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Inc. Co. | Levee & MRGO | geotechnical engineering |
| **Dr. Donald T. Resio** Senior Scientist Coastal & Hydraulics Laboratory USACE | The United States | Levee & MRGO | hydrodynamic forces/oceanography/ wind and wave interaction and probability analysis |
| **James A. Richardson, Ph.D.** 3200 CEBA Building Louisiana State University Baton Rouge, LA  70803 | Orleans Levee District, East Jefferson Levee District, Lake | Levee & MRGO | economics |

| EXPERT | SPONSORING PARTY | CASE(S) | SUBJECT MATTER/ EXPERTISE |
|---|---|---|---|
| | Borgne Levee District, Sewerage & Water Board, and St. Paul Inc. Co. | | |
| **Gregory C. Rigamer** GCR & Associates, Inc. UNO Research and Technology Park 2021 Lakeshore Drive Suite 100 New Orleans, LA  70122 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Inc. Co. | Levee & MRGO | demographics, cultural heritage and urban planning |
| **Richard W. Roddewig, MAI** Clarion Associates, Inc. 601 South LaSalle Street Suite 600 Chicago, IL  60605 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Inc. Co. | Levee & MRGO | commercial and private real estate appraisal, feasibility studies, and market studies |
| **Deborah Senn, Esq.** Deborah Senn Expert Services Seattle, Washington | The United States | Levee & MRGO | insurance |
| **Dr. Leonard A. Shabman** Resources for the Future Washington, DC | The United States | Levee & MRGO | decision making |
| **Francisco Silva-Tulla, Sc.D., P.E. and T. William Lambe, Sc.D., P.E.** GeoEngineering and Environment 12 Baskin Road Lexington, MA  02421 | Washington Group International, Inc. | MRGO | civil and geotechnical engineering relating to the cause of failure of the levee/ floodwalls along the eastside of the Industrial Canal |

896559v.1

| EXPERT | SPONSORING PARTY | CASE(S) | SUBJECT MATTER/ EXPERTISE |
|---|---|---|---|
| **Michael W. Truax, MAI** <br> Truax, Robles & Baldwin, LLC <br> 3045 Ridgelake Drive <br> Suite 100 <br> Metairie, LA  70002 | Orleans Levee District, East Jefferson Levee District, Lake Borgne Levee District, Sewerage & Water Board, and St. Paul Inc. Co. | Levee & MRGO | commercial and private real estate appraisal |
| **Prof. Kerry D. Vandell** <br> The Paul Merage School of Business, University of California-Irvine <br> 429 SB <br> Irvine, CA  92697 | Washington Group International, Inc. | MRGO | economics; proposed class allegations of diminution of real estate values |
| **David A. Vigh, Ph.D.** <br> Environmental Team Leader, Mississippi Valley Division USACE | The United States | Levee & MRGO | wetlands/environmental compliance |
| **Jeffrey C. Walker** <br> SAIC, GSTI Division | The United States | Levee & MRGO | LIDAR |
| **Dr. Joannes Westerink** <br> Dept. Of Civil Engineering & Geological Sciences, University of Notre Dame | The United States | Levee & MRGO | storm surge modeling |
| **Dr. Thomas F. Wolff** <br> Associate Dean for Graduate Studies, College of Engineering Michigan State University | The United States | Levee & MRGO | geotechnical engineering |
| **Dr. Douglas Woolley** <br> Retired Prof. Economics Radford University | The United States | Levee & MRGO | decision making |
| **David B. Zilkoski** <br> Director, National Geodetic Survey, National Ocean & Atmospheric Administration | The United States | Levee & MRGO | geodetic datums |

896559v.1

Dated:  October 17, 2007					Respectfully submitted,


					*/s/Ralph S. Hubbard III*
					Ralph S. Hubbard III, Esq.  (7040)
					Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
					601 Poydras St., Ste. 2775
					New Orleans, La. 70130
					504-568-1990
					504-310-9195 (fax)
					**Defendants' Liaison Counsel**



					*/s/Thomas P. Anzelmo*
					Thomas P. Anzelmo (2533)
						Of
					McCranie, Sistrunk, Anzelmo, Hardy,
					 Maxwell & McDaniel
					3445 N. Causeway Boulevard, Suite 800
					Metairie, Louisiana  70002
					Telephone:  (504) 831-0946
					Facsimile:   (504) 831-2492
					**On Behalf of Levee Defendants**


					*/s/William D. Treeby*
					William D. Treeby (12901)
						Of
					Stone Pigman Walther Wittmann L.L.C.
					546 Carondelet Street
					New Orleans, Louisiana  70130
					Telephone:  (504) 581-3200
					Facsimile:   (504) 581-3361
					**On Behalf of MRGO Defendants**

896559v.1

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendants' Common-Liability Expert Witness List has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 17th day of October, 2007.

/s/William D. Treeby

896559v.1