QUALIFICATIONS OF
**CHARLES T. BRIGDEN**
CLARION ASSOCIATES, INC.

## PROFESSIONAL HISTORY

| | |
|---|---|
| Present | Vice President - Clarion Associates, Inc.<br>Chicago, Illinois |
| Prior | Senior Financial Analyst - MarketPlace Development, 1998-2002<br>Boston, Massachusetts |
| | Development Associate - The Fiore Companies 1996-1998<br>Madison, Wisconsin |
| | Project Assistant - The Johnson Controls Institute for Environmental Quality in Architecture, 1995-1996<br>Milwaukee, Wisconsin |

## AREAS OF SPECIAL COMPETENCE

Real estate appraisal and consulting assignments including site planning and layout, development feasibility studies, and market studies of larger residential, retail, commercial office, industrial, and senior housing projects and vacant land sites. Special concentration in valuation of conservation and preservation easements, historic structures, and special purpose properties.

Broad management experience in real estate finance and development including leasing, project oversight and financial management. Practical experience in all aspects of real estate development and property management disciplines including design and construction, leasing, financing, legal and financial accounting.

## REPRESENTATIVE MAJOR PROJECTS

Real estate appraisal and consulting assignments on large and complex assignments across the U.S. including Michigan, Ohio, Illinois, Minnesota, Nebraska, West Virginia, Virginia, Washington, Wisconsin, District of Columbia, New York, New Jersey, Massachusetts, Florida, South Dakota, Louisiana, Connecticut, Colorado and California.

Extensive experience in real estate appraisal, financial analysis and consulting assignments in conjunction with litigation, including

determining the impact, if any, of environmental contamination on the value of real property.

Valuation of historic preservation and conservation easement donations for Federal tax purposes.

Development of award-winning, complex food and retail redevelopment projects at major U.S. airports including LaGuardia, Philadelphia and San Francisco.

**EDUCATION**

M.S. Real Estate - University of Wisconsin *(Summa Cum Laude)*

B.S. Architecture - University of Wisconsin *(Cum Laude)*

**PROFESSIONAL MEMBERSHIPS**

Member, University of Wisconsin Real Estate Alumni Association

Member, Urban Land Institute