## Steven D. Fitzgerald, P.E.  (Steve)

8306 Pheasant Glen Dr.
Spring TX 77379
281-370-6665 (home)
832-651-0304 (cell)
sfitzgerald3@houston.rr.com

---

**Experience:**  **1981-Present**          **Harris County Flood Control District (HCFCD)
Houston, Texas**

*Positions Held:*

| | |
|---|---|
| 1979-1984 | Watershed Coordinator |
| 1984-1989 | Manager, Watershed Coordination Department |
| 1989-1997 | Manager, Capital Improvements Department |
| 1997-Present | Chief Engineer |

*Highlights of Accomplishments:*

- Coordinated development and authored most of the HCFCD's first design criteria manual in 1984. Prepared an improved and updated manual in 2004 in coordination with HCFCD staff and community organizations.

- As manager of the HCFCD's first Capital Improvements Department and with the help of the staff, developed procedures, engineering technical knowledge, standard design scopes, project priorities, and budgets.

- Created and manages the HCFCD's Flood Watch and Information Program which monitors and evaluates actual flood events.

- As lead HCFCD representative to the U.S. Army Corps of Engineers, worked in almost all areas to keep Harris County federal projects progressing toward completion.

- Served as member of the Corps' Hurricane Katrina New Orleans Interagency Performance Evaluation Task Force (IPET) as a co-lead of the Interior Drainage Team.

- Prepared presentations, co-authored papers, conducted continuing education seminars, and lead public meetings

*Current Assignments:*

- Assist with resolution of technical issues for studies and projects.
- Federal projects Program Manager
- Manage the comprehensive Urban Stormwater Management Study and other special studies

**1979-1981**          **Turner Collie & Braden, Inc.;  Houston, Texas**

Graduate Engineer - supported water resource and bridge studies and projects

**Professional:**  Member American Society of Civil Engineers
Texas Professional Engineers Registration

**Education:**  1977-1979     University of Illinois at Champaign-Urbana, M.S.C.E.
1973-1977     Stanford University, B.S.C.E.

**Community
Service:**  Scoutmaster, Boy Scout Troop 1323
Board Member, Water Control and Improvement District #114

# Brian R. Jarvinen

17120 S.W. 78th Avenue
Miami, FL  33157-4811
(305) 238-9070 (Office)   (786) 266-5195 (Cell)

| | |
|---|---|
| **Experience** | *2005-Present      Miami, FL* |
| | **Private Consultant, Hurricanes and Storm Surge** |
| | *1996-2005     National Hurricane Center Miami, FL* |
| | **Hurricane Forecaster, Storm Surge Group Leader** |

- Operational Hurricane Forecaster
- Team Leader, Applied Hurricane Storm Surge Project
- Historical Hurricane Researcher

*1979-1996     National Hurricane Center Miami, FL*

**Storm Surge Group Leader**

- Determined Hurricane Storm Surge Plain from Texas to Maine.
- Helped decrease the number of storm surge deaths in recent major hurricane events.
- Trained 200 coastal, local, state and federal emergency managers in storm surge concepts, model application and model results.

*1971-2005     National Hurricane Center Miami, FL*

**Research Meteorologist**

*1970-1971     National Hurricane Research Laboratory  Miami, FL*

<u>*Research Areas:*</u>

- Co-Developer of SHIFOR Model (Statistical Hurricane Intensity Forecast)
- Developed MEOW (Maximum Envelope Of Water) concept for emergency management planning
- Satellite Meteorology
- Structure and Dynamics of Hurricanes
- Air-Sea Interaction

**Education**   *1963-1969     Miami-Dade Junior College, Florida State University*

- B.S., Meteorology Major with Minors in Mathematics and Physics
- M.S., Tropical Meteorology
- Graduate Studies towards Ph.D. (1970-1971)

**Personal**   *Miami native, Married since 1968 to Diane Hackett Jarvinen, 2 sons*

**Interests**   *Travel, Fishing, Historical Hurricane Research*

**Professional Society**   *American Meteorology Society*

**Awards**   *Neil Frank Award, April 1990*
*For "pioneering leadership over the past decade in storm surge research and in hurricane evacuation planning in coastal areas of the United States."*

Bibliography for Brian R. Jarvinen

1.      **An Evaluation of the Slosh Storm-Surge Model**
Brian Jarvinen and Miles Lawrence
Bulletin of the American Meteorological Society v. 66 no. 11 pages 1408-1411
ISSN: 0003-0007

2.      **Numerical Prediction of Tropical Weather Systems**
BANNER I. MILLER, PETER P. CHASE, and BRIAN R. JARVINEN
*Monthly Weather Review*
Volume 100, Issue 12 (December 1972) pp. 825–835

3.      **Statistical forecasts of tropical cyclone intensity for the North Atlantic basin**
Brian R. Jarvinen and Charles J. Neumann.
Miami : National Hurricane Center, National Weather Service ; Springfield, Va. :
available from the National Technical Information Service.
Pub date:1979, pages: 22
United States. National Oceanic and Atmospheric Administration. NOAA technical
memorandum NWS NHC ; -10.

4.      **A decision procedure for application in predicting the landfall of hurricanes**
R.H. Simpson and Brian R. Jarvinen
Publication: Fort Worth, Tex. : U.S. Dept. of Commerce, National Oceanic and
Atmospheric Administration, National Weather Service, Southern Region Headquarters,
Scientific Services Division
Pub date: 1973, pages: 10
Series Title: (NOAA technical memorandum NWS SR ; 71)

5.      **A Reanalysis of Hurricane Andrew's Intensity**
Christopher W. Landsea,  James L. Franklin,  Colin J. McAdie,  John L. Beven II,  James
M. Gross,  Brian R. Jarvinen,  Richard J. Pasch,  Edward N. Rappaport,  Jason P. Dunion,
and Peter P. Dodge
*Bulletin of the American Meteorological Society*
Volume 85, Issue 11 (November 2004) pp. 1699–1712

6.      **Observed versus Slosh model storm surge for Connecticut, New York and
upper New Jersey in Hurricane Gloria, September 1985**
Publisher: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration,
National Weather Service, National Hurricane Center,
Brian Jarvinen and Jeff Gebert.
Pub date: 1987, pages: 17
Series Title: (NOAA technical memorandum NWS NHC ; 36)

7.      **Observed versus SLOSH model storm surge for North Carolina in Hurricane
Gloria, September 1985**
Brian Jarvinen and Allan McDuffie
Publisher: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration,
National Weather Service, National Hurricane Center,
Pub date: 1987, pages: 21
Series Title: (NOAA technical memorandum NWS NHC ; 37)

8.      **Comparison of observed versus slosh model computed storm surge hydrographs along the Delaware and New Jersey shorelines for Hurricane Gloria, September 1985**
Publisher: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center,
Pub date: 1986, pages: 17
Series Title: (NOAA technical memorandum NWS NHC ; 32)


9.      **A storm surge atlas for the Sabine Lake area**
Author: Wiggert, Victor and Jarvinen, Brian.
Publisher: Miami, Fla : U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center
Pub date: 1986, pages: 50
General Note: "April, 1986." General Note: "Prepared by the National Hurricane Center and AOML/Hurricane Research Division, Miami, Florida, in cooperation with the Techniques Development Laboratory, Silver Spring, Maryland." Bibliography note: Includes bibliographical references (p. 49-50).
Series Title: (NOAA technical memorandum NWS NHC ; 30)

10.     **A storm surge atlas for Corpus Christi, Texas**
Brian R. Jarvinen, A. Barry Damiano, Gloria J.D. Lockett.
Publisher: Miami, Fla. : U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center
Pub date:1985, pages: 41, A-39
General Note: "August, 1985." General Note: "Prepared by the National Hurricane Center and AOML/Hurricane Research Division, Miami, Florida, in cooperation with the Techniques Development Laboratory, Silver Spring, Maryland."
Series Title: (NOAA technical memorandum NWS NHC ; 27)

11.     **A tropical cyclone data tape for the North Atlantic basin, 1886-1983 : contents, limitations, and uses**
Brian R. Jarvinen, Charles J. Neumann, and Mary A.S. Davis.
Publisher: Miami, Florida : National Oceanic and Atmospheric Administration, National Weather Service, National Hurricane Center; Springfield, Va. : available from NTIS.
Pub date: 1984, pages: 21
Series Title: (NOAA technical memorandum NWS NHC ; 22)

12.     **A tropical cyclone data tape for the North Atlantic basin 1886-1977 : contents, limitations, and uses**
Brian R. Jarvinen and Eduardo L Caso.
Publication info: Miami : National Weather Service, National Hurricane Center : available from National Technical Information Service
Pub date:1978, pages: 22
United States. National Oceanic and Atmospheric Administration. NOAA technical memorandum NWS NHC ; 6.

13.     **Atlantic tropical cyclone tracks by 5-, 10-, 15-, and 30-day periods**
Brian R. Jarvinen and Charles J. Neumann
Publication info: Miami : National Hurricane Center
Pub date:1978, pages: 57

Series: United States. National Oceanic and Atmospheric Administration. NOAA technical memorandum NWS NHC ; 5.

14.   **Objective analysis of the sea surface temperature**
Brian R. Jarvinen
Publication: Fort Worth, Tex.: U.S. Dept. of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, Southern Region Headquarters, Scientific Service Division
Pub date: 1973, pages:16
Series Title: (NOAA technical memorandum NWS SR ; 72)


15.   **Tropical cyclones of the North Atlantic Ocean, 1871–1992**
Neumann, C. J., B. R. Jarvinen, C. J. McAdie, and J. D. Elms
National Climatic Data Center in cooperation with the National Hurricane Center, Coral Gables, FL,
Pub date: 1993, pages:193

16.   **Tropical cyclones of the North Atlantic Ocean, 1871–1998. Historical Climatology Series, No. 6-2**
Neumann C. J., B. R. Jarvinen, C. J. McAdie, and G. R. Hammer
National Climatic Data Center, Asheville, NC (in cooperation with the National Hurricane Center, Miami, FL),
Pub date: 1999, pages: 206

# Dr. Donald T. Resio

Senior Technologist,
US Army Engineer Research and Development Center (ERDC)
Coastal and Hydraulics Laboratory (CHL)
Vicksburg, MS
Phone:  (601) 634-2018

Dr. Resio was appointed to the position of Senior Technologist (ST) in May 1994.  This position represents the highest technical rank in the DoD civil service, with less than forty such positions authorized within the Army.  Dr. Resio has been involved in performing and directing engineering and oceanographic research for over 30 years.  He serves as the technical leader for the Coastal Military Engineering program and is the Technical Manager (TM) for a new Advanced Technology Concept Demonstration (ACTD) for military logistics. He also conducts/directs research that spans a wide range of environmental and engineering areas within the Corps Civil Works Program.  In this capacity he directs the MORPHOS project aimed at improving the predictive state of the art for winds, waves, currents, surges, and coastal evolution due to storms.  Most recently, Dr. Resio has been selected as the co-leader (with Professor Emeritus Robert Dean of the University of Florida) for the Interagency Performance Evaluation Taskforce (IPET) Task 5a (analysis of wave and surge effects, overtopping and related forces on levees during Katrina) and as the leader of the Risk Analysis team for the South Louisiana Hurricane Protection Project.

Dr. Resio's research areas include the development of innovative marine and coastal structures, meteorology and climatology, specialized environmental statistics (with a focus on extremal and multivariate methods), theoretical studies of surface gravity waves in deep and shallow water, development of numerical models for surface gravity waves in deep and shallow water, and coastal processes.  He has published over 30 articles in leading international journals as well as over 100 reports and conference papers in these fields.  Dr. Resio's experience includes 20 years of government service, 4 years as a professor at the Florida Institute of Technology, 2 years as a Vice President of Oceanweather, Inc., and 8 years as president of his own consulting company, Offshore & Coastal Technologies, Inc.

Dr. Resio earned his BA, MS, and PhD degrees at the University of Virginia, with the last of these awarded in 1974 in the field of Environmental Science: fluid dynamics.  Dr. Resio has twice been a recipient of the Army's Research and Development Award and was the lead author of the Bronze Medallion Paper at the Army Science Conference in 2002.  He has also been awarded the Department of Army's Meritorious Civilian Service Award and is on the Board of Directors for Engineering at the Florida Institute of Technology.   He is the co-organizer of the annual Seabasing/Force Projection From the Sea R&D Symposium held in Duck, North Carolina.  Dr. Resio is a member of several international working groups for waves research and is also the biannual co-organizer of the International Workshop on Wave Prediction and Hindcasting.

**CURRICULUM VITA**

**Leonard A. Shabman**
**March 2005**

**HOME ADDRESS:**

1600 North Oak Street
Arlington, VA 22209
703 527 2721

**OFFICE ADDRESS:**

Resources for the Future
1616 P Street NW
Washington, DC 20036
202 328 5109
shabman@rff.org

**EDUCATION:**

B.S.    University of Massachusetts, 1967
M.S.    Cornell University, 1969
Ph.D.   Cornell University, 1972

BIOGRAPHY

Len Shabman became a Resident Scholar in the Energy and Natural Resources division of Resources for the Future beginning July 2002. He also is currently serving as the Arthur Maass-Gilbert White visiting scholar at the Institute for Water Resources at Fort Belvoir. Prior to 2002 he was on the faculty in the Department of Agricultural and Applied Economics at Virginia Tech for 30 years and served as the Director of the Virginia Water Resources Research Center from 1995 until 2002. He has served as staff economist at the United States Water Resources Council (October 1977-October 1978), Scientific Advisor to the Assistant Secretary of Army, Civil Works August (1984- 1985) and Visiting Scholar at the National Academy of Sciences National Research Council (2001). He received his Ph.D. from Cornell University.

Throughout his career he has provided consultation and advice to numerous federal and state government agencies, as well as to non-governmental organizations. He currently serves the National Technical Review Committee for the Coastal Louisiana Restoration Program. He is a member of the National Academy of Sciences, National Research Council, Water Science and Technology Board. He has served on eight  Academies Committees including the committees on the Restoration of Aquatic Ecosystems, Flood Control for the American River, CA., USGS Water Research, Watershed Management, Wetlands Mitigation (vice-chair), the TMDL program (consultant) and Corps of Engineers: Planning and Technical Review Procedures – the 216 Studies (Chair), Independent Review of the Everglades Restoration Program

**CURRENT RESEARCH FOCUS**

- Approaches to integrating water quality standard setting with the TMDL program implementation
- Permitting under Section 404 of the Clean Water Act
- Design of cap and allowance trading systems and other incentive based programs for water quality management
- Development of evaluation protocols for large-scale ecosystem restoration programs

**PUBLICATIONS:**

**Journal Papers**

Shabman, L. and R.J. Kalter. "Effects of Public Programs for Outdoor Recreation on Personal Income Distribution." *American Journal of Agricultural Economics* 51.5 (December 1969): pp. 1516-1519.

Shabman, L. "The Use of Economic Analysis in the Tennessee Valley Authority: The Case of the Duck River Project." *Southern Journal of Agricultural Economics* 5.1 (July 1973): pp. 245-252.

Shabman, L. "Toward More Effective Public Participation in Coastal Zone Management." *Coastal Zone Management Journal* 1.2 (Winter 1974): pp. 197-208.

Shabman, L. "Why the Army Corps of Engineers is Changing." *Public Administration Review* 35.5 (September-October 1975): pp. 564-565.

Shabman, L. and D. Damianos. "Flood Hazard Effects on Residential Property Values." *Journal of Water Resources Planning and Management Division, American Society of Civil Engineers* 102.WR1 (April 1976): pp. 151-162.

Ashton, P., C. Cooper Ruska and L. Shabman. "A Legal-Historical Analysis of Navigation User Charges." *Journal of Water Resources Planning and Management Division,* 102.WR1 (April 1976): pp. 89-100.

Spilka, W., D. Kenyon and L. Shabman. "Water-Rail Rate Competition and the Competitive Position of the Northeastern Poultry Industry." *Journal of the Northeastern Agricultural Economics Council* 7.1 (April 1978): pp. 13-17.

Shabman, L. and S. Batie. "The Economic Value of Natural Coastal Wetlands:  A Critique." *Coastal Zone Management Journal* 4.3 (Fall 1978): pp. 231-247.

Shabman, L. and M. Bertelsen. "The Use of Development Value Estimates in Wetland Permit Decisions." *Land Economics* 55.2 (May 1979): pp. 213-222.

Shabman, L. and S. Batie. "A Reply to the Rebuttal." of  "Economic Value of Natural Coastline Wetlands:  A Critique." *Coastal Zone Management Journal* 5.3 (1979): pp. 243-244.

Shabman, L., S. Batie and C. Mabbs-Zeno. "The Economics of Wetlands Preservation in Virginia." *Journal of the Northeastern Agricultural Economics Council* 7.2 (October 1979): pp. 101-115.

Batie, S. and L. Shabman. "Valuing Non-market Goods--Conceptual and Empirical Issues:  Discussion." *American Journal of Agricultural Economics* 61.5 (December 1979): pp. 931-932.

Binkley, J. and L. Shabman. "Implications of Recent User Charge Legislation for Barge Transportation of Agricultural Commodities."  *Southern Journal of Agricultural Economics* 12.2 (December 1980): pp. 117-123.

Park, W. and L. Shabman.  "Considerations in Choosing the Appropriate Mix of Urban and Agricultural Nonpoint Pollution Control." *Water Resources Bulletin* 17.6 (December 1981): pp. 1023-1028.

Batie, S. and L. Shabman. "Estimating the Economic Value of Wetlands: Principles, Methods and Limitations." *Coastal Zone Management Journal* 10.3 (1982): pp. 255-277.

Shabman, L. "Economic Analysis of Water Conservation Policy (Discussion)." *Water Resources Bulletin* 18.2 (April 1982): pp. 345-349.

Park, W. and L. Shabman. "Distributional Constraints on the Acceptance of Non-Point Pollution Control Plans." *American Journal of Agricultural Economics* 64.3 (August 1982): pp. 455-462.

Shabman, L. and R. Ostrander. "Financial Implications of Outdoor Recreation Planning Practices:  A Case Study from Virginia." *Leisure Sciences* 5.3 (1983): pp. 161-179.

Shabman L. "Evaluating Direct Benefit Estimation Procedures for Irrigation Projects:  A Simplified Approach." *Water Resources Bulletin* 19.2 (May 1983): pp. 297-300.

Cox, W. and L. Shabman.  "Virginia's Water Law:  Resolving the Interjurisdictional Transfer Issue." *Virginia Journal of Natural Resources Law* 3.2 (Winter 1984): pp. 181-234.

Shabman, L. "Emerging Concepts for the Conduct of State Water Resources Planning." *Water Resources Bulletin*  20.2 (April 1984): pp. 203-209.

Shabman, L. "Water Resources Management:  Policy Economics for an Era of Transition."  *Southern Journal of Agricultural Economics*  16.1 (July 1984): pp. 53-65.

Shabman, L. "Book Review of `Buying a Better Environment:  Cost Effective Regulation Through Permit Trading." *Water Resources Bulletin* 20.4 (August 1984): pp. 630-632.

Shabman, L. "Book Review of `The State of the Environment." *Water Resources Bulletin* 21.4 (August 1984): pp. 592-593.

Shabman, L. and O. Capps. "Benefit Taxation for Environmental Improvement:  A Case Example from Virginia's Soft Crab Fishery." *Land Economics* 61.4 (November 1985): pp. 398-408.

Shabman, L. "Natural Resource Economics: Methodological Orientations and Policy Effectiveness." *American Journal of Agricultural Economics*  67.5 (December 1985): pp. 1030-1034.

Osborn, C. T., J. Schefter, and L. Shabman. "The Accuracy of Water Use Forecasts:  Evaluation and Implications." *Water Resources Bulletin*  21.1 (February 1986): pp. 101-109.  (Awarded best article in V-21 of *Water Resources Bulletin*.)

Shabman, L. and G. E. Dickey. "Federal Financial Responsibility for Coastal Port Development: A Study of the Process of Policy Redefinition." *Policy Studies Review*  6.2 (November 1986): pp. 358-365.

Kohl, D., L. Shabman, and H. Stoevener. "Agricultural Transition: Its Implications for Agricultural Economics Extension in the Southeast." *Southern Journal of Agricultural Economics*  19.1 (July 1987): pp. 35-43.

Shabman, L. and S. Batie. "Mitigating Damages from Coastal Wetlands Development: Policy, Economics, and Financing." *Marine Resource Economics*  4 (1987): pp. 227-248.

Osborn, C. T. and L. Shabman. "The Use of Water Resource Information:  The Second National Water Assessment." *Water Resource Bulletin*  24.6 (December 1988): pp. 1161-1167.

Bosch D. G. and L. A. Shabman. "The Decline of Private Sector Oyster Culture in Virginia: Causes and Remedial Policies." *Marine Resource Economics*  6 (1989): pp. 227-243.

Bosch, D. and L. Shabman. "Simulation Modeling to Set Priorities for Research on Oyster Production." *American Journal of Agricultural Economics*  72.2  (May 1990): pp. 371- 381.

Shabman, L. "Environmental Hazards of Farming:  Thinking About the Management Challenge." *Southern Journal of Agricultural Economics*  (July 1990): pp. 11-21.

Thunberg, E. and L. Shabman. "Determinants of Landowner's Willingness to Pay for Flood Hazard Reduction." *Water Resources Bulletin*  27.4 (August 1991): pp. 657-665.

Shabman, L. and K. Stephenson. "The Possibility of Community-Wide Flood Control Benefits:  Evidence from Voting Behavior in a Bond Referendum."  *Water Resources Research* 28.4 (April 1992):  pp. 959-964.

Shabman, L. "Wetlands: From Preservation to Restoration," *Forum for Applied Research and Public Policy* 7.1 (Spring 1992): pp. 105-106.

Santopietro, G. and L. Shabman. "Can Privatization Be Inefficient?:  The Case of the Chesapeake Bay Oyster Fishery." *Journal of Economic Issues*  26.2 (June 1992): pp. 407-419.

Santopietro, G. and L. Shabman. "Property Rights to the Chesapeake Bay Oyster Fishery:  History and Implications." *Society and Natural Resources* 5.2 (1992): 165-178.

Shabman, L. and S. Phillips. "Making Markets Work for Electric Energy Conservation." *Virginia Coal and Energy Journal.* 4 (Winter 1992-1993): pp. 53-65.

Shabman, L. "Book Review of 'Environment and Economy:  Property Rights and Public Policy." *American Journal of Agricultural Economics.* 74.2 (1992):  pp. 834-835.

Shabman, L. and P. Norris. "Economic and Environmental Considerations for Nitrogen Management in the Mid-Atlantic Coastal Plain." *American Journal of Alternative Agriculture.* 7.4 (1992):  pp. 148-156.

Shabman, L. and R. Kramer. "The Effects of Agricultural and Tax Policy Reform on the Economic Return to Wetland Drainage in the Mississippi Delta Region." *Land Economics.* 69.3 (August 1993):  pp. 85-126.

Shabman, L., D. King, and P. Scodari. "Wetlands Mitigation Success Through Credit Market Systems." *Wetlands Journal.* Vol. 5:2 (Summer 1993):  pp. 9-13.

Shabman, L. and Stephenson, K. "A Critique of the Self-Interested Voter Model: The Case of a Local Single Issue Referendum." *Journal of Economic Issues.*  28:4 (December 1994).  pp. 1173-1186.

Ellerbrock, M. and L. Shabman. "Cars and Nature:  A Case Study in Environmental Economics For High School." *Environmental Education Research.*  1.3 (1995): pp. 315-325.

Shabman, L. "Demosclerosis: Assessing the Argument." *American Journal of Agricultural Economics*. 77.4 (December 1995):  pp. 1135-1140.

Ellerbrock, M. J., L. A. Shabman, S. S. Batie. "Three Paths to Economic Education:  Some Lessons from Moral Philosophy." *Virginia Economic Journal*.  Vol. 1 (July 1996):  pp. 73-83.

Shabman, L. and K. Stephenson. "Environmental Policy Reform:  A Taxonomy of Economists' Perspectives." *Journal of Agricultural and Applied Economics*.  28.1 (July 1996):  pp. 117-125.

Shabman, L. and K. Stephenson. "Searching for the Correct Benefit Estimate:  Empirical Evidence for an Alternative Perspective." *Land Economics*.  72.4 (November 1996):  pp. 433-449.

Shabman, L. and K. Stephenson, P. Scodari. "Wetlands Credit Sales as a Strategy for Achieving No Net Loss:  The Limitations of Regulatory Conditions." *Wetlands*.  18.3  (September 1998):  pp 471-481.

Amacher, L. Shabman, J. Sullivan, L. Zepp. "Reforestation of Flooded Farmland." *Journal of Forestry*. 96.5 (May 1998):  pp. 10-17.

Stephenson, K., P. Norris, L. Shabman. "Watershed Based Effluent Trading: The Nonpoint Source Challenge." Contemporary Economic Policy. *16 (October 1998):  pp 412-42.*

Shabman, L., and M. Fina. "Some Unconventional Thoughts on Sprawl." *William & Mary Environmental Law and Policy Review*, 23:3 (Fall 1999): 739-775.

Stephenson, K., Shabman, L., Geyer, L. "Watershed-based Effluent Allowance Trading:  Identifying the Statutory and Regulatory  Barriers to Implementation." *The Environmental Lawyer.* (5:3) (June 1999) 775-815.

L. Shabman and Stephenson, K. "Environmental Valuation and Its Economic Critics." *Journal of Water Resources Planning and Management,* v. 126, No. 6, November-December, 2000, pps. 382-388.

L. Shabman,. Zepp, L., King, D. and Wainger, L. "Reforesting Frequently Flooded Agricultural Land: Will a Market for Carbon Sequestration Credits Be Enough?" *American Journal of Alternative Agriculture,* Volume 17, No , 2002, pps. 1-9.

Smith E., K. Ye, C. Hughes and L. Shabman. "Assessing Violations of Water Quality Standards Under Section 303 (d) of the Clean Water Act." *Environmental Science and Technology*, v.25, No. 3, February 2001. pps. 606-612.

Shabman, L. K. Stephenson and W. Shobe. "Effluent and Emission Trading Programs: Reflections on the Air and Water Experiences." *Environmental Practice*, v. 4,  July 2002.

Shabman, L. and E. Smith. "Implications of Applying Statistically Based Procedures for Water Quality Assessment." *Journal of Water Resources Planning and Management*, January 2003.

Shabman, L. and W. Cox. "Urban Water Supply Planning and the Environment: Extending the Reach of Section 404 of the Clean Water Act." *Virginia Journal of Environmental Law*, Spring 2004.

## Chapters in Books

Shabman, L. "Economic Incentives for Bottomland Conversion: The Role of Public Policy and Programs." *Transactions of the 45th North American Wildlife and Natural Resources Conference*. Ed., K. Sabol.  Washington, D.C.:  Wildlife Management Institute. 1980.  pp. 402-412.

Shabman, L. and S. Batie.  "Estimating the Economic Value of Coastal Wetlands: Conceptual Issues and Research Needs." *Estuarine Perspectives*.  Ed., V. S. Kennedy.  New York:  Academic Press, 1980.  pp. 3-15.

Shabman, L., W. Kerns, and C. Mabbs-Zeno. "An Assessment of a New Intergovernmental Organization: The Chesapeake Bay Commission." *Unified River Basin Management*.  Eds., R. North, L. Dworsky, D. Allee. Minneapolis, Minnesota:  American Water Resources Association. 1980.  pp. 187-198.

Shabman L. and W. Kerns. "Intergovernmental Management for the Chesapeake Bay:  Emerging Issues and Alternatives." *Unified River Basin Management: Stage II*.  Eds., D. Allee, L. Dworsky, R. North. Minneapolis, Minnesota: American Water Resources Association.  1981.  pp. 369-378.

Shabman, L. "Non-market Valuation and Public Policy:  Historical Lessons and New Directions," *Multiobjective Analysis of Water Resource Systems*.  Eds., Y. Haimes and D. Allee.  New York:  American Society of Civil Engineers.  1984. pp. 16-36.

Batie, S., L. Shabman, and R. Kramer. "U.S. Agricultural and Natural Resource Policy:  Past and Future." *The Future of the North American Granary*.  Ed., C. Ford Runge.  Ames, Iowa:  Iowa State University Press.   1986. pp. 132-148.  also printed in *The Dilemmas of Choice*, K. Price, ed., Washington, D.C.: Resources for the Future, Inc. 1985.  pp. 127-146.

Kramer, R. and L. Shabman. "Incentives for Agricultural Development of U.S. Wetlands:  A Case Study of the Bottomland Hardwoods of the Lower Mississippi River Valley." *Agriculture and the Environment*. Eds., T. Phipps, P. Crosson, K. Price.  Washington, D.C.:  Resources for the Future, Inc. 1986. pp. 175-201.

Shabman, L. "Water Project Design And Safety:  Prospects for Use of Risk Analysis in Public Sector Organizations." *Risk Based Decision Making in Water Resources*.  Ed., Y. Haimes and E. Stakhiv.  New York:  American Society of Civil Engineers. 1986. pp. 16-29.

Shabman L. and W. Cox. "Costs of Water Management Institutions:  A Study of Southeastern Virginia." *Scarce Water and Institutional Change*.  Ed., K. Frederick. Washington, D.C.:  Resources for the Future. February 1986.  pp. 134-170.

Capps, O., L. Shabman, and J. Brown.  "Hard Clam Demand:  Past Determinants and Future Prospects." *Clam Mariculture in North America*. Eds., J. Manzi and M. Castagna.  Amsterdam:  Elsevier. 1989.  pp. 395-414.

Shabman, L. "Economics, Economists, and Water Policy Advising." *The Role of Social and Behavioral Sciences in Water Resources Planning and Management*. Eds., D. Bauman and Y. Haimes.  New York: American Society of Civil Engineers.  1988.  pp. 113-125.

Shabman, L.  "The Benefits and Costs of Flood Control:  Reflections on the Flood Control Act of 1936." *The Flood Control Challenge:  Past, Present, and Future*. Eds., H. Rosen and M. Reuss.  Chicago: Public Works Historical Society.  1988. pp. 109-123.

Leitch, J. and L. Shabman. "Overview of Economic Assessment Methods Relevant to Wetland Evaluation." *The Ecology and Management of Wetlands*, Vol. 2, *Management, Use, and Value of Wetlands*, Portland, Oregon:  Timber Press. 1988. pp. 95-102.

Cox W. and L. Shabman. "Innovative Compensation Arrangements for Resolving Water Transfer Conflicts." *Managing Water-Related Conflicts:  The Engineers Role*.  Eds., W. Viessman, Jr. and E. T. Smerdon.  New York: American Society of Civil Engineers.  1989.  pp. 94-109.

Shabman, L. "Water-Use Forecasting - Benefits and Capabilities." *National Water Summary- 1987*. Reston, Va.:  United States Geological Survey.  1990. pp. 117-122.

Shabman and D. Woolley, "Responding to the Aftermath of the Mount Saint Helen's Eruption:  Analysis and Communication of Risk," in *Risk-Based Decision Making in Water Resources.*  Y. Haimes and E. Stakhiv, eds., New York: American Society of Civil Engineers.  1989.  pp. 45-59.

Taylor, D., K. Hofseth, L. Shabman, and D. Moser.  "Moving Toward A Probability-Based Risk Analysis of the Benefits and Costs of Major Rehabilitation Projects." *Risk-Based Decision Making in Water Resources*.  Y. Haimes, D. Moser, and E. Stakhiv, Eds., New York:  American Society of Civil Engineers. 1992.  pp. 148-173.

Shabman, L.  "Risk Assessment or Engineering Standards:  Choices for Project Design." *Risk-Based Decision Making in Water Resources*.  Y. Haimes, D. Moser, and E. Stakhiv, Eds., New York:  American Society of Civil Engineers. 1991.  pp. 40-51.

Shabman, L.  "Making Land Settlement Policy In A Federalist System." *Land Ownership and Taxation in American Agriculture*.  G. Wunderlich, Ed. Boulder, Colorado:  Westview.  1993.  pp. 149-168.

Shabman, L.  "Bargaining Markets, and Watershed Restoration:  Some Elements of a New National Water Policy."  *Water Resources Administration in the United States:  Policy, Practice, and Emerging Issues.*  Ed., Martin Reuss.  Michigan: The Michigan State University Press.  1993.  pp. 94-104.

Shabman, L.  "Measuring the Benefits of Flood Risk Reduction:  Comparing Techniques." *Risk-Based Decision Making In Water Resources VI.*  Eds., Y. Haimes, D. Moser, and E. Stakhiv.  New York, New York:  American Society of Civil Engineers.  1994.  pp. 122-135.

O'Grady and L. Shabman. "The Effects of Uncertainty and Time Preference on Choosing Shore Protection." *Risk-Based Decision Making In Water Resources VI.*  Eds., Y. Haimes, D. Moser, and E. Stakhiv.  New York, New York:  American Society of Civil Engineers.  1994.  pp. 136-154.

Shabman, L. "Reflections on the Regulatory Reform Debate."  *Risk-Based Decision Making in Water Resources VII.*  Eds. Y. Y. Haimes, D. A. Moser, and E. Z. Stakhiv.  New York, New York: American Society of Civil Engineers.  October pp.1-9.

Shabman, L. "Making Watershed Restoration Happen:  What Does Economics Offer?" *Rehabilitating Damaged Ecosystems.*  Ed., J. Cairns.  Chelsea, Michigan:  Lewis Publishers.  1995.  pp. 35-48.

Shabman, L. and W.E. Cox.  "Conflict over Eastern Water Transfers:  Toward a New Era of Negotiation."  *Resolution of Water Quanity/Quality Conflicts.*  Eds., E. Loehman and A. Dinar.  Westport, Connecticut:  Greenwood Publishing Group, Inc.  1995.  pp. 189-201.

Shabman, L.  "Water Disputes and Government Response:  A Perspective on the Coming Decade."  *Resolution of Water Quantity/Quality Conflicts.*  Eds. A. Dinar and E. Loehman.  Westport, Connecticut:  Greenwood Publishing Group, Inc.  1995.  pp. 259-267.

Shabman, L. A., P. Scodari, and D. King.  "Wetland Mitigation Banking Markets."  *Mitigation Banking: Theory and Practice.*  Eds. L. L. Marsh, D. R. Porter, and D. A. Salvesen.  Washington, D.C.:  Island Press.  1996.  pp. 109-138.

Shabman, L.  "Land Settlement, Public Policy, and the Environmental Future of the Southeast Coast."  *Sustainable Development in the Southeastern Coastal Zone.*  Eds., F. J. Vernberg, W. Vernberg, and T. Siewicki.  Columbia, S.C.:  University of South Carolina. 1996.  Pp. 7-24.

Shabman, L. "Decision Making and Uncertainty in Ambient Water Quality Management," in *Economics and Ecological Risk Assessment*, in R. Bruins and M. Heberling, eds. CRC Press, 2004.

Boyd, J. and L. Shabman. "Combating Ignorance About US Water Quality," in *New Approaches on Energy and the Environment*, R. Morgernstern and P. Portney, eds.,  RFF Press, 2004.

**Technical Reports, Comments and Other Papers**

Over 150 technical reports, contract report and other professional papers have been published.

# Jeffrey C. Walker

## EDUCATION

M.S., Civil Engineering, Purdue University, *1993*
Major Studies: Surveying Engineering, Geodesy, Photogrammetry, Data Adjustment, Statistics, and Geographic Information Systems.

B.S., Computer Science, Old Dominion University, *1988*
Major Subjects: Operating Systems, Systems Program Design, Data Communication Systems, Data Base Concepts, Data Structures, Discrete Structures, Computer Graphics, FORTRAN, Pascal, C.

## PROFESSIONAL SUMMARY

With over 19 years of experience in geomatics engineering, Mr. Walker possesses a thorough understanding of advanced surveying methodologies, geodesy, photogrammetry, remote sensing and software development and the ability to apply that knowledge to problems that involve the development of new and largely untried concepts.   As well as, an intimate knowledge of LIDAR (Light Detection and Ranging), digital/conventional (multi-spectral) cameras and GPS/IMU (Global Positioning System/Inertial Measurement Unit) sensors/systems and collection/processing methodologies and the ability to support the entire project life cycle including project conceptualization, cost/time estimation, milestone development, execution and documentation.

## RESEARCH AND WORK EXPERIENCE

**SAIC, GSTI Division**                                              *(April 2006 – present)*

*Systems Engineer:* Responsible for the research and development of advanced remote sensing and emerging technologies to support ongoing and future business activities within SAIC.  Instrumental in the algorithmic development and support of terrestrial based LIDAR sensors onto stationary and vehicle based scenarios.  Provide technical leadership in assessing and implementing new engineering initiatives. Assure quality and completeness of generated data products, technical and program documents

Serve as technical lead on development of the next generation Buckeye E/O and LIDAR sensors integrated onto an UAV platform.  Responsible for photogrammetric, IMU/GPS, hardware/software support required to meet the goals of the program.

Provide mission and troubleshooting support to the Iraq LIDAR data capture and processing teams. Serve as a key member on the data processing team to ensure that the goals and objectives of SAIC's client are met in an accurate and timely manner.

Actively participate on new business opportunity capture teams. Collaborate on the technical approach and win strategy, as well as, produce technical and supporting documentation for the overall proposal process.

Mr. Walker served as a technical lead for the development of the video processing pipeline under the DARPA Urbanscape program.

**Geo-Spatial Technologies, Inc. (GSTI)**                    (*Sep 2005 – April 2006*)

*Senior Computer Scientist:*  Responsible for the research and development of advanced remote sensing and emerging technologies to support ongoing and future business activities within GSTI.  Mr. Walker possesses a thorough understanding of digital topographic data sources and the methodologies involved to transform these data into application-specific formats.

Served as principal investigator for SPEYES VBIED LIDAR and 3DF checkpoint collection systems.  Provided the technical leadership required to insure the successful completion of project milestones.  Prepared required documentation and weekly presentations, as well as, supported and/or coordinated activities with other project leaders.

**EarthData Technologies**                    (*June 1998 to Sep 2005*)

*Senior Computer Scientist:* Responsible for the development and exploitation of computers and automated technology in support of the EarthData Group for creation of production procedures and software, as well as, serving as technical expert for all aspects of photogrammetry, remote sensing, and GIS sciences.  In addition, Mr. Walker's responsibilities included the development of methods and procedures for the operational use of new technologies and software packages.

Mr. Walker was technically responsible for the development of the ARIES (Airborne Rapid Imaging for Emergency Support) system.   ARIES has three main components:  an air component that provides multiple types of sensor data to depict the disaster site; a ground component that provides on-site data processing operations and mission control; and a data link component to transfer data and facilitate communications at gigabit per second speeds.  Mr. Walker was involved in all aspects of the successful deployment and operation of this system.

Mr. Walker was a key member of EarthData's rapid response team which deployed to Albany, NY immediately following the attack on the World Trade Center.  Responsible for the establishment of a data processing base of operations and instrumental in sensor integration and data exploitation.  Worked with New York State Office for Technology to provide remote sensing data from airborne light detection and ranging (LIDAR) sensor, high resolution digital camera, and a thermal camera within 12 hours of collection.  A total of 43 aerial missions were flown and processed onsite between September 15 and October 22, 2001.

Instrumental in the design, development, and commercialization of EarthData's LIDAR system and operating processes.  Mr. Walker was intimately involved in every LIDAR project undertaken by EarthData, with responsibilities for flight planning or review of final flight plans; mission specification and design; insitu mission troubleshooting; post-collection data review and scrubbing.  Mr. Walker developed the algorithms and Windows-based software for post-processing of LIDAR data, including the machine level binary interface; integration of LIDAR data with airborne GPS and IMU sensors; and development of algorithms to remove vegetation and buildings in a semi-automated fashion.

**USACE Topographic Engineering Center (TEC)**                    (*May 1988 to May 1998*)

*Computer Scientist:*   Responsible for research in the areas of surveying, mapping, geodesy, photogrammetry, remote sensing, and geographic information systems (GIS) and for the development of models and systems for collection and analysis of spatial data.  This research included providing software support and technical expertise in the integration of various technologies into advanced digital

and automated information systems in direct support to the civil works surveying and mapping function of the U.S. Army Corps of Engineers District and Division Offices.

Responsible for the development of an Arcview-based and web-based GIS application to store, display and geographically query information concerning all active USACE Civil Works projects replacing volumes of hardcopy notebooks.

Served as the principal investigator on two Cooperative Research and Development Agreement (CRDA) projects.  The first CRDA, Construction Vehicle Navigation and Automation, was with Caterpillar Inc. on the development of a Computer Aided Earthmoving System (CAES), now sold world wide by Caterpillar.  This project focused on the development of a system to position, track, and maneuver construction and other equipment during their normal construction activities.  As principle investigator, Mr. Walker was responsible for the technical leadership and had a substantial involvement in development and experimentation with Caterpillar scientists, as well as ensuring adherence to all contractual matters.  The second CRDA, GPS Controlled Photogrammetry, was with Photo Science, Inc. of Gaithersburg, Maryland, on the application of kinematic GPS to position the airborne camera for photogrammetric mapping applications. The techniques devised on this project now serve as the industry standard for photogrammetric mapping.

Designed and developed production level software for the support of the deployment of the 30th Engineer Battalion (topographic) surveyors to Operation Desert Shield using Defense Mapping Agency (DMA) GPS based absolute point positioning algorithms.  Following the deployment, Mr. Walker led a team of engineers and scientists in the production of 2,500 engineering drawings of Kuwait City in support of the US Army Corps of Engineers damage assessment and reconstruction mission.

Developed a series of computer programs, working with Dr. Benjamin Remondi of the Department of Commerce, in support of the invention of On-the-Fly GPS ambiguity resolution.  Mr. Walker was responsible for diagnosing the machine-level data structures for numerous models of GPS receivers and developing the algorithms and software for computation of the required satellite data.

Served on both the Civil/Site and Surveying and Mapping single discipline task groups as the USACE TEC representative.  The goal of these task groups was the standardization of CADD symbology and practices throughout the Corps of Engineers District and Division Offices.

Designed and developed the software package "CORPSCON".  This software has been adopted by the surveying and mapping industry as a national standard for datum and state plane coordinate transformations.

Developed course materials and served as a Proponent Sponsored Engineer Corps Training (PROSPECT) Instructor for Advanced Surveying from 1990 to 1998.


## SPECIAL HONORS AND AWARDS

*Special Act Award (1994):* Responsible for the collection of precise survey data for a study of digital topographic data requirements for the Army modeling and simulation community that was sponsored by the Deputy Under Secretary of the Army for operations research.

*Special Act Award (1993):* Worked in conjunction with St. Louis District providing support to assess damage to flood control structures and changing river bottom conditions during the flood.

*Special Act Award (1992):* Designed and developed the software package "CORPSCON." This software has been adopted by the surveying industry as a national standard for datum and state plane coordinate transformations.

*Special Act Award (1991):* Developed a series of computer programs in support of the invention of on-the-fly GPS ambiguity resolution. Responsible for diagnosing the machine-level data structures for numerous models of GPS receivers and developing the algorithms and software for computation of the required satellite data.

*Special Act Award (1991):* Coordinated the production of 2,500 engineering drawings of Kuwait City in support of the USACE damage assessment and reconstruction mission.

*Special Act Award (1990):* Designed and developed software for support of the deployment of the 30th Engineer Battalion (topographic) surveyors to Operation Desert Shield. This software was based on Defense Mapping Agency (DMA) absolute point positioning software.


## PUBLICATIONS, REPORTS AND INVITED PRESENTATIONS

Rodarmel, Scott, Simerlink, Walker 2002. "Multisensor fusion over the World Trade Center disaster site" Optical Engineering, Sep 2002, Volume 41, Number 9, Bellingham, WA.

Walker, J. 1997. "GPS for GIS Data Collection", USACE/NOAA Surveying, Mapping and Remote Sensing Conference Workshop, St. Louis, MO.

Walker, J. 1997. "Construction Vehicle Navigation and Automation" Army RD&A, July-Aug 1997 Ft. Belvoir, VA.

Walker, J. 1997. *Engineer Circular 1130-2-207, Electronic Project Maps and Index Sheets.*

Walker, J., Gudat, A. 1996. *Construction Vehicle Navigation and Automation.* Construction Productivity Advancement Research (CPAR) Program Final Report CPAR-TD-96-1.

Walker, J. 1996. *On-The-Fly (OTF) Real-Time Positioning.* Third Annual Federal Waterways Management Research and Development Coordination Conference, Silver Spring, MD.

Walker, J. 1996. *Computer Technology.* Oklahoma Society of Land Surveyors Annual Conference, Tulsa, OK.

Messmore, J., Fatale, L., Ackeret, D., Wu, D., and Walker, J. 1995. *Field Line of Sight Collection Experiences and Statistical Analysis.* ACSM/ASPRS Annual Conference and Exposition.

Walker, J. 1995. *Report on the Development of GPS Controlled Photogrammetry.* GPS Controlled Photogrammetry Cooperative Research and Development Agreement (CRDA) Final Report. .

Walker, J., Garster, J. 1995. "Differential GPS: Revolutionizing Corps Applications" Sea Technology, Mar 1995, Arlington, VA.

Walker, J. 1995. "Stake No More", Emerging Technology

US Army Corps of Engineers Engineer Manual 1110-1-1004, Deformation Monitoring and Control

Surveying, 1994.

Walker, J. 1994. "Construction Vehicle Navigation and Automation" The Military Engineer, No 565, Aug-Sep 1994

Walker, J., Gudat, A. 1994. *Caterpillar and TEC Joint Research Project: Construction Vehicle Navigation and Automation.* U.S. Army Corps of Engineers 1994 Training Symposium, New Orleans, LA.

US Army Corps of Engineers Engineer Manual 1110-1-1005, Topographic Surveying, 1994.

## REFERENCES

Available upon request.

October 16, 2007

## CURRICULUM VITAE

## JOANNES JACOBUS A. WESTERINK

Professor
Department of Civil Engineering and Geological Sciences
University of Notre Dame
Notre Dame, IN 46556-0767
Phone: (574) 631-6475
Fax: (575) 631-9236
e-mail: jjw@photius.ce.nd.edu

## EDUCATION

| | |
|---|---|
| 1981-1984 | Ph.D. Civil Engineering, Massachusetts Institute of Technology |
| 1979-1981 | M.S. Civil Engineering, State University of New York at Buffalo |
| 1975-1979 | B.S. Civil Engineering, Summa Cum Laude, State University of New York at Buffalo |

## EMPLOYMENT

| | |
|---|---|
| 2006-present | Professor of Civil Engineering and Geological Sciences, University of Notre Dame |
| 1995-2006 | Associate Professor of Civil Engineering and Geological Sciences, University of Notre Dame |
| 1990-1995 | Assistant Professor of Civil Engineering, University of Notre Dame |
| 1987-1990 | Assistant Professor of Civil and Ocean Engineering, Texas A&M University |
| 1984-1987 | Assistant Professor of Civil Engineering, Princeton University |
| 1981-1984 | Research Assistant, Department of Civil Engineering, Massachusetts Institute of Technology |
| 1979-1981 | Seagrant Scholar sponsored by the National Oceanic and Atmospheric Administration |

## RESEARCH INTERESTS

Computational fluid mechanics
Finite element methods
Modeling of circulation and transport in coastal seas and oceans
Tidal hydrodynamics
Hurricane storm surge prediction
Geophysical turbulence modeling
Numerical modeling of the convection-diffusion and Navier-Stokes equations
Environmental fluid mechanics

## AWARDS AND FELLOWSHIPS

R.P. Apmann Memorial Scholarship, State University of New York at Buffalo, 1979
Kaneb Teaching Award, Department of Civil Engineering and Geological Sciences, University of Notre Dame, 2000
BP Outstanding Teacher of the Year Award, College of Engineering, University of Notre Dame, 2004
Faculty Fellow, John A. Kaneb Center for Teaching and Learning, University of Notre Dame (2005-2006).
U.S. Army Corps of Engineers Interagency Performance Evaluation Task Force Leadership Award, 2007.
Department of the Army, Outstanding Civilian Service Medal, 2007.

1

October 16, 2007

**PROFESSIONAL ACTIVITIES**

Member American Geophysical Union

Member American Society of Civil Engineers

Editorial board member for *Advances in Water Resources* (1989-1997)

Advisor member of the Computational Hydraulics Committee, ASCE Hydraulics Division (1990-1994)

Affiliate Scientist, Center for Coastal and Land Margin Research, Oregon Graduate Institute (1992-1996)

Control member of the Task Committee on Pre-Standardization of Estuarine Tidal Modeling, ASCE Hydraulics Division (1992-1994)

Control member of the Computational Hydraulics Committee, ASCE Hydraulics Division (1994-1996): Secretary (1994)

Member, International Scientific Advisory Committee, Coastal Engineering 95, Cancun, Mexico (1994-1995)

Member, International Scientific Advisory Committee, Coastal Engineering 97, La Coruna, Spain (1996-1997)

Member, International Scientific Advisory Committee, Coastal Engineering 99, Lemnos, Greece (1998-1999)

Member, Organizing Committee, Fifth SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio, TX, March 24-27, 1999 (1998-1999)

Member, International Organizing Committee, Twelfth International Conference on Finite Element Methods in Flow Problems, Meijo University, Nagoya, Japan, April 2-4, 2003 (2001-2003)

Member, Advisory Committee, Coastal and Environmental Modeling Laboratory, Louisiana State University, Baton Rouge, LA, (2003).

Co-organizer with M. Iskandarani and J. Pietrzak the Fifth International Workshop on Unstructured Mesh Numerical Modeling of Coastal, Shelf and Ocean Flows, Miami FL, November 13-15, 2006.

U.S. Congressional Briefing with Clint Dawson entitled, "From Katrina Forward; How Mathematical Modeling Predicts Storm Surges," for the American Mathematical Society, U.S. Congress, Washington D.C., November 3, 2005.

Numerical Modeling of Hurricane Katrina Surge and Wave Environment Team co-leader for the U.S. Army Corps of Engineers' Interagency Performance Evaluation of New Orleans and Southeastern Louisiana Hurricane Protection Projects (2005-2007).

Commissioner, Southeast Louisiana Flood Protection Authority–West Bank (2007-    ).

**JOURNAL PUBLICATIONS**

1. Westerink, J.J., J.J. Connor and K.D. Stolzenbach, "A Primitive Pseudo Wave Equation Formulation for Solving the Harmonic Shallow Water Equations," *Advances in Water Resources*, **10**, 188-199, 1987.

2. Westerink, J.J., J.J. Connor and K.D. Stolzenbach, "A Frequency-Time Domain Finite Element Model for Tidal Circulation Based on the Least Squares Harmonic Analysis Method," *International Journal for Numerical Methods in Fluids*, **8**, 813-843, 1988.

3. Westerink, J.J. and D. Shea, "Consistent Higher Degree Petrov-Galerkin Methods for the Solution of the Transient Convection-Diffusion Equation," *International Journal for Numerical Methods in Engineering,* **28**, 1077-1101, 1989.

4. Westerink, J.J., K.D. Stolzenbach and J.J. Connor, "General Spectral Computations of the Nonlinear Shallow Water Tidal Interactions Within the Bight of Abaco," *Journal of Physical Oceanography*, **19,** 1350-1373, 1989.

5. Baptista, A.M., J.J. Westerink and P.J. Turner, "Tides in the English Channel and Southern North Sea. A Frequency Domain Analysis Using Model TEA-NL," *Advances in Water Resources*, **12**, 166-183, 1989.

6. Cantekin, M.E. and J.J. Westerink, "Non-Diffusive N+2 Degree Petrov-Galerkin Methods for Two-Dimensional Transient Transport Computations," *International Journal for Numerical Methods in Engineering*, **30**, 397-418, 1990.

7. Luettich, R.A. and J.J. Westerink, "A Solution for the Vertical Variation of Stress, Rather than Velocity, in a Three-Dimensional Circulation Model," *International Journal for Numerical Methods in Fluids*, **12**, 911-928, 1991.

October 16, 2007

8.  Westerink, J.J. and W.G. Gray, "Progress in Surface Water Modeling," *Reviews of Geophysics*, **29**, April Supplement, 210-217, 1991.

9.  Westerink, J.J., R.A. Luettich, A.M. Baptista, N.W. Scheffner and P. Farrar, "Tide and Storm Surge Predictions Using a Finite Element Model," *Journal of Hydraulic Engineering*, **118**, 1373-1390, 1992.

10. Cantekin, M.E., J.J. Westerink and R.A. Luettich, "Low and Moderate Reynolds Number Transient Flow Simulations Using Space Filtered Navier Stokes Equations," *Numerical Methods for Partial Differential Equations*, **10**, 491-524, 1994.

11. Kolar, R.L., J.J. Westerink, M.E. Cantekin and C.A. Blain, "Aspects of Nonlinear Simulations Using Shallow Water Models Based on the Wave Continuity Equation," *Computers and Fluids*, **23**, 3, 523-538, 1994.

12. Kolar, R.L., W.G. Gray, J.J. Westerink and R.A. Luettich, "Shallow Water Modeling in Spherical Coordinates: Equation Formulation, Numerical Implementation and Application," *Journal of Hydraulic Research*, **32**, 1, 3-24, 1994.

13. Westerink, J.J., R.A. Luettich and J.C. Muccino, "Modeling Tides in the Western North Atlantic Using Unstructured Graded Grids," *Tellus*, **46A**, 178-199, 1994.

14. Westerink, J.J., R.A. Luettich, J.K. Wu and R.L. Kolar, "The Influence of Normal Flow Boundary Conditions on Spurious Modes in Finite Element Solutions to the Shallow Water Equations," *International Journal for Numerical Methods in Fluids*, **18**, 1021-1060, 1994.

15. Luettich, R.A., S. Hu and J.J. Westerink, "Development of the Direct Stress Solution Technique for Three Dimensional Hydrodynamic Models Using Finite Elements," *International Journal for Numerical Methods in Fluids*, **19**, 295-319, 1994.

16. Blain, C.A., J.J. Westerink and R.A. Luettich, "The Influence of Domain Size on the Response Characteristics of a Hurricane Storm Surge Model," *Journal of Geophysical Research*, **99, C9**, 18467-18479, 1994.

17. Grenier, R.R., R.A. Luettich and J.J. Westerink, "A Comparison of the Nonlinear Frictional Characteristics of Two-Dimensional and Three-Dimensional Models of a Shallow Tidal Embayment," *Journal of Geophysical Research*, **100, C7**, 13719-13735, 1995.

18. Kolar, R.L., W.G. Gray and J.J. Westerink, "Boundary Conditions in Shallow Water Models - An Alternative Implementation for Finite Element Codes," *International Journal for Numerical Methods in Fluids*, **22**, 603-618, 1996.

19. Blain, C.A., J.J. Westerink and R.A. Luettich, "Grid Convergence Studies for the Prediction of Hurricane Storm Surge," *International Journal for Numerical Methods in Fluids*, **26**, 369-401, 1998.

20. Hagen, S.C., J.J. Westerink and R.L. Kolar, "One-Dimensional Finite Element Grids Based on a Localized Truncation Error Analysis," *International Journal for Numerical Methods in Fluids*, **32**, 241-261, 2000.

21. Hagen, S.C., J.J. Westerink, R.L. Kolar and O. Horstmann, "Two Dimensional Unstructured Mesh Generation for Tidal Models," *International Journal for Numerical Methods in Fluids*, **35**, 669-686, 2001.

22. Atkinson, J.H., J.J. Westerink and J.M. Hervouet, "Similarities between the Quasi-Bubble and the Generalized Wave Continuity Equation Solutions to the Shallow Water Equations," *International Journal for Numerical Methods in Fluids*, **45**, 689-714, 2004.

23. Atkinson, J.H., J.J. Westerink and R.A. Luettich, "Two-Dimensional Dispersion Analysis of Finite Element Approximations to the Shallow Water Equations," *International Journal for Numerical Methods in Fluids*, **45,** 715-749, 2004.

24. Bunya, S., J.J. Westerink and S. Yoshimura, "Discontinuous Boundary Implementations for the Shallow Water Equations," *International Journal for Numerical Methods in Fluids*, **47**, 1451-1468, 2005.

October 16, 2007

25. Bunya, S., S. Yoshimura and J.J. Westerink, "Improvements in the Mass Conservation Property Using Alternative Boundary Formulations for Quasi Bubble Finite Element Solutions to the Shallow Water Equations," *International Journal for Numerical Methods in Fluids*, **51**, 1277-1296**,** 2006.

26. Dawson, C., J.J. Westerink, J.C. Feyen and D. Pothina, "Continuous, Discontinuous and Coupled Discontinuous-Continuous Galerkin Finite Element Methods for the Shallow Water Equations," *International Journal for Numerical Methods in Fluids*, **52**, 63-88, 2006.

27. Kubatko, E.J., J.J. Westerink and C. Dawson, "An Unstructured Grid Morphodynamic Model with a Discontinuous Galerkin Method for Bed Evolution," *Ocean Modeling*, **15**, 71-89, 2006.

28. Kubatko, E.J., J.J. Westerink and C. Dawson, "*hp* Discontinuous Galerkin Methods for Advection Dominated Problems in Shallow Water Flow," *Computer Methods in Applied Mechanics and Engineering*, **196**, 437-451, 2006.

29. Kubatko, E.J and J.J. Westerink, "Exact Discontinuous Solutions of Exner's Bed Evolution Model: A Simple Theory for Sediment Bores," *Journal of Hydraulic Engineering,* **133**, 305-311, 2007.

30. Kubatko, E.J., J.J. Westerink and C. Dawson, "Semi-discrete Discontinuous Galerkin Methods and Stage Exceeding Order Strong Stability Preserving Runge-Kutta Time Discretizations," *Journal of Computational Physics,* **222**, 832-848, 2007.

31. Westerink, J.J., J.C. Feyen, J.H. Atkinson, R.A. Luettich, C. Dawson, M.D. Powell, J.P. Dunion, H.J. Roberts, E. J. Kubatko, H. Pourtaheri, "A Basin to Channel Scale Unstructured Grid Hurricane Storm Surge Model for Southern Louisiana," *Monthly Weather Review*, Accepted pending minor revisions, 2006.

32. Ebersole, B.A., D. Resio, and J.J. Westerink, "A Community Approach to Improved Prediction and Characterization of Coastal Storm Hazards," *Marine Technology Society Journal,* **40**,  4 , 56-68, 2006/2007.

33. Westerink, J.J., J.C. Feyen, J.H. Atkinson, R.A. Luettich, C. Dawson, M.D. Powell, J.P. Dunion, H.J. Roberts, E. J. Kubatko, H. Pourtaheri, "A New Generation Hurricane Storm Surge Model for Southern Louisiana," *Bulletin of the American Meteorological Society*, In Review, 2006.

34. Bunya, S., E.J. Kubatko, J.J. Westerink, C. Dawson, S. Yoshimura, "A Mass Conserving Moving Boundary Method for Discontinuous Galerkin Solutions to the Shallow Water Equations," *Journal of Computational Physics,* In Review, 2007.

35. Kubatko, E.J., S. Bunya, C. Dawson, J.J. Westerink, "A *p*-adaptive Discontinuous Galerkin Method for the Shallow Water Equations," *International Journal for Numerical Methods in Engineering,* In Review, 2007.

**REFEREED TECHNICAL REPORTS**

1. Link, L.E., J.J. Jaeger, J. Stevenson, W. Stroupe, R.L. Mosher, D. Martin, J.K. Garster, D.B. Zilkoski, B.A. Ebersole, J.J. Westerink, D.T. Resio, R.G. Dean, M.K. Sharp, R.S. Steedman, J.M. Duncan, B.L. Moentenich, B.Howard, J. Harris, S. Fitzgerald, D. Moser, P. Canning, J. Foster, B. Muller, "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," Volume I – Executive Summary and Overview, Draft Final Report of the Interagency Performance Task Force, U.S. Army Corps of Engineers, Washington, D.C., June, 2006.

2. Ebersole, B.A., J.J. Westerink, D.T. Resio, R.G. Dean, "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," Volume IV – The Storm, Draft Final Report of the Interagency Performance Task Force, U.S. Army Corps of Engineers, Washington, D.C., June, 2006.

October 16, 2007

**REFEREED BOOK CHAPTERS (*I - indicates invited*)**

1.[*I*] Luettich, R.A. and J.J. Westerink, "Continental Shelf Scale Convergence Studies with a Barotropic Tidal Model," in Quantitative Skill Assessment for Coastal Ocean Models, D.R. Lynch and A.M. Davies, Editors, Coastal and Estuarine Studies Series, **47**, American Geophysical Union, Washington, D.C., 1995

**REFEREED CONFERENCE PROCEEDINGS**

1. Westerink, J.J., "The Solution of the Shock Wave Problem Using the Fractional Step Method," Proceedings of the Symposium on Computational Acoustics, Yale University, New Haven, Ct., D. Lee, R. Sternberg and M. Schulz, Eds., 1986.

2. Luettich, R.A., S. Hu, J.J. Westerink and N.W. Scheffner, "Modeling 3-D Circulation Using the DSS Technique," Estuarine and Coastal Modeling, M. Spaulding Ed., ASCE, N.Y., N.Y., 1992.

3. Westerink, J.J., J.C. Muccino and R.A. Luettich, "Tide and Storm Surge Computations for the Western North Atlantic and Gulf of Mexico," Estuarine and Coastal Modeling, M. Spaulding Ed., ASCE, N.Y., N.Y., 1992.

4. Grenier, R.R., R.A. Luettich and J.J. Westerink, "Comparison of 2D and 3D Models for Computing Shallow Water Tides in a Friction Dominated Tidal Embayment," Estuarine and Coastal Modeling III, M. Spaulding et al. Eds., ASCE, New York, NY, 58-70, 1994.

5. Spargo, E., J.J. Westerink, R.A. Luettich and D. Mark, "Developing a Tidal Constituent Database for the Eastern North Pacific Ocean," Estuarine and Coastal Modeling, Proceedings of the Eight International Conference, November 3-5, 2003, Monterey, CA, M. Spaulding et al. Eds., ASCE, New York, NY, 2004.

6. Dietrich, J.C., R.L. Kolar and J.J. Westerink, "Refinements in Continuous Galerkin Wetting and Drying Algorithms," Estuarine and Coastal Modeling, Proceedings of the Ninth International Conference, October 31-November 2, 2005, Charleston, SC, M. Spaulding et al. Eds., 2006.

**BOOK CHAPTERS (*I - indicates invited*)**

1.[*I*] Westerink, J.J., R.A. Luettich, C.A. Blain and S.C. Hagen, "Surface Elevation and Circulation in Continental Margin Waters," in Finite Element Modeling of Environmental Problems, Surface and Subsurface Flow and Transport, G.F. Carey, Ed., J. Wiley and Sons, Chichester, 1995.

2.[*I*] Westerink, J.J. and P.J. Roache, "Issues in Convergence Studies in Geophysical Flow Computations," in Next Generation Environmental Models Computational Methods, G. Delic and M.F. Wheeler, Eds., Society for Industrial and Applied Mathematics, Philadelphia, PA, 1997.

**CONFERENCE PROCEEDINGS (*I - indicates invited, P - indicates invited Plenary speaker*)**

1. Harms, V.W., C.T. Bishop and J.J. Westerink, "Pipe-Tire Floating Breakwater Design Criteria," Floating Breakwater Conference, Seattle, Washington, October 19-21, 1981.

2. Westerink, J.J., J.J. Connor and K.D. Stolzenbach., "Harmonic Finite Element Model of Tidal Circulation for Small Bays," Proceedings of the Conference on Frontiers in Hydraulic Engineering, H.T. Shen, Ed., ASCE, N.Y., 1983.

3. Westerink, J.J., J.J. Connor and K.D. Stolzenbach, "Spectral Computations within the Bight of Abaco Using a Frequency-Time Domain Finite Element Model," Proceedings of the Sixth International Conference on Finite Elements in Water Resources, A. Sa da Costa et al., Eds., Lisbon, Portugal, 1986.

4. Westerink, J.J., D. Shea and M.E. Cantekin, "Non-diffusive N+2 Degree Upwinding Methods for the Finite Element Solution of the Time Dependent Transport Equation," VIIth International Conference on Computational Methods in Water Resources, Cambridge, MA, M. Celia et al. Eds., 1988.

5

October 16, 2007

5.  Miller, M.C., W.E. Roper, L.E. Borgman and J.J. Westerink, "Development of Water Level and Wave Height Design Data," Proceedings, 23rd Joint Meeting, United States - Japan Program in Natural Resources, Panel on Wind and Seismic Effects, Tsukuba, Japan, 14-17 May, 1991.

6.  Kolar, R.L., W.G. Gray and J.J. Westerink, "An Analysis of the Mass Conserving Properties of the Generalized Wave Continuity Equation," Proceedings of the IX International Conference on Computational Methods in Water Resources, T. Russell et al. Eds., Denver, CO., June 1992.

7.  Luettich, R.A. and J.J. Westerink, "A Three Dimensional Circulation Model Using a Direct Stress Solution over the Vertical," Proceedings of the IX International Conference on Computational Methods in Water Resources, T. Russell et al. Eds., Denver, CO., June 1992.

8.  Westerink, J.J., J.C. Muccino and R.A. Luettich, "Resolution Requirements for a Tidal Model of the Western North Atlantic and Gulf of Mexico," Proceedings of the IX International Conference on Computational Methods in Water Resources, T. Russell et al. Eds., Denver, CO., June 1992.

9.  Kareem, A., J.J. Westerink and L.E. Borgman, "Integrated Risk Assessment for Coastal Regions Subjected to Tropical Storms/Global Climate Change," Proceedings of the 7th U.S. National Conference on Wind Engineering, UCLA, June 1993.

10. Kolar, R.L., W.G. Gray and J.J. Westerink, "Normal Flow Boundary Conditions in Shallow Water Models - Affect on Mass Conservation and Accuracy," Proceedings of the X International Conference on Computational Methods in Water Resources, A. Peters et al. Eds, Heidelberg, July, 1994.

11. Blain, C.A., J.J. Westerink and R.A. Luettich, "Domain and Grid Sensitivity Studies for Hurricane Storm Surge Predictions," Proceedings of the X International Conference on Computational Methods in Water Resources, A. Peters et al. Eds., Heidelberg, July, 1994.

12.[I] Westerink, J.J. and R.A. Luettich, "Meshing Requirements for Large Scale Coastal Ocean Tidal Models," Proceedings of the X International Conference on Computational Methods in Water Resources, A. Peters et al. Eds., Heidelberg, July, 1994.

13.[I] Hagen, S.C. and J.J. Westerink, "Finite Element Grids Based on Truncation Error Analysis," Second International Conference on Hydro-science and Engineering, Beijing, China, March, 1995.

14. Hagen, S.C. and J.J. Westerink, "First Element Grid Resolution Based on Second and Fourth Order Truncation Error Analysis," Coastal Engineering '95, C.A. Brebbia et al. Eds., Cancun, Mexico, September, 1995.

15. Blain, C.A., J.J. Westerink and R.A. Luettich, "Application of a Domain Size and Gridding Strategy in the Prediction of Hurricane Storm Surge," Computer Modeling of Seas and Coastal Regions II, C.A. Brebbia et al. Eds., Computational Mechanics Publications, Southampton, 301-308, 1995.

16. Scheffner, N.W., J.J. Westerink and R.A. Luettich, "Applications of a Longwave Hydrodynamic Model Generated Tropical and Extra-tropical Storm Surge Database," Computer Modeling of Seas and Coastal Regions II, C.A. Brebbia et al. Eds., Computational Mechanics Publications, Southampton, 327-334, 1995.

17.[I] Westerink, J.J. and P.J. Roache, "Issues in Convergence Studies in Geophysical Flow Computations," Joint ASME/JSME Fluids Engineering Conference, Hilton Head, SC, August, 1995.

18.[P] Westerink, J.J., R.A. Luettich and R.L Kolar, "Advances in Finite Element Modeling of Coastal Ocean Hydrodynamics," Computational Methods in Water Resources XI, Volume 2, Computational Methods in Surface Flow and Transport Problems, A. Aldama et al. Eds., Computational Mechanics Publications, Southampton, 313-322, 1996.

19. Kolar, R.L., J.J. Westerink and S.C. Hagen, "Truncation Error Analysis of Shallow Water Models Based on the Generalized Wave Continuity Equation," Computational Methods in Water Resources XI, Volume 2, Computational Methods in Surface Flow and Transport Problems, A. Aldama et al. Eds., Computational Mechanics Publications, Southampton, 215-222, 1996.

6

October 16, 2007

20.[I] Westerink, J.J., R.A. Luettich and R.L Kolar, "ADCIRC, An Advanced Finite Element Model for Coastal Ocean Circulation," The Third Asian Pacific Conference on Computational Mechanics, 16-18 September, Seoul, Korea, 1996.

21. Hagen, S.C. and J.J. Westerink, "Utilization of an Imposed Multiple of Change in Finite Element Grid Generation," The Third Asian Pacific Conference on Computational Mechanics, 16-18 September, Seoul, Korea, 1996.

22. Kolar, R.L., J.P. Looper, J.J. Westerink and W.G. Gray, "An Improved Time Marching Algorithm for GWC Shallow Water Models," Computational Methods in Water Resources XII, Volume 2, Computational Methods in Surface and Ground Water Transport, V.N. Burganos et al. Eds., Computational Mechanics Publications, Southampton, 379-386, 1998.

23. Atkinson, J.H. and J.J. Westerink, "Evaluation of Spatial Discretizations of the Shallow Water Equations," Computational Methods in Water Resources XIII, L. Bentley et al. Eds., Volume 2, Computational Methods, Surface Waters Systems and Hydrology, Balkema Publishers, Rotterdam, 873-880, 2000.

24. Feyen, J.C., J.H. Atkinson and J.J. Westerink, "Issues in Hurricane Surge Computations Using a GWCE Based F.E. Model," Computational Methods in Water Resources XIII, L. Bentley et al. Eds., Volume 2, Computational Methods, Surface Waters Systems and Hydrology, Balkema Publishers, Rotterdam, 865-872, 2000.

25. Aldama, A., A. Aguillar, R. Kolar and J.J. Westerink, "A Mass Conservation Analysis of the GWCE Formulation," Computational Methods in Water Resources XIII, L. Bentley et al. Eds., Volume 2, Computational Methods, Surface Waters Systems and Hydrology, Balkema Publishers, Rotterdam, 907-912, 2000.

26. Kolar, R. and J.J. Westerink, "A Look Back at 20 Years of GWC Based Shallow Water Models," Computational Methods in Water Resources XIII, L. Bentley et al. Eds., Volume 2, Computational Methods, Surface Waters Systems and Hydrology, Balkema Publishers, Rotterdam, 899-906, 2000.

27. Feyen, J.C., J.H. Atkinson and J.J. Westerink, "GWCE-based Shallow Water Equation Simulations of the Lake Pontchartrain - Lake Borgne Tidal System," Computational Methods in Water Resources XIV, S.M. Hassanizadeh et al. Eds., Volume 2, Developments in Water Science, 47, Elsevier, Amsterdam, 1581-1588, 2002.

**CONFERENCE ABSTRACTS (*I - indicates Invited*; *P - indicates invited Plenary speaker*)**

1. Westerink, J.J., J.J. Connor and K.D. Stolzenbach., "A Numerical Study of the Tides within the Bight of Abaco," Fall Meeting of the American Geophysical Union, San Francisco, EOS, Vol. 66, No. 46, 1985.

2.[I] Westerink, J.J. and M.E. Cantekin, "Superconvergent Petrov-Galerkin Methods for the Transient Transport Equation," Fall Meeting of the American Geophysical Union, San Francisco, EOS, Vol. 70, No. 43, 1989.

3. Wu, J., J.J. Westerink and R.A. Luettich, "Boundary Condition Control on Spurious Modes in Finite Element Solutions of the Shallow Water Equations," Fall Meeting of the American Geophysical Union, San Francisco, EOS, Vol. 70, No. 43, 1989.

4. Luettich, R.A., S. Hu and J.J. Westerink, "An Efficient Method for Including Boundary Layers in 3-D Hydrodynamic Models: Solving for the Vertical Variation of Shear Stress Rather than Velocity," Fall Meeting of the American Geophysical Union, EOS, Vol. 71, No. 43, 1990.

5.[I] Westerink, J.J., "Non-Diffusive Petrov-Galerkin Methods for the Transient Transport Equation," Workshop on Advances in Computational Methods for Transport Phenomena, University of Kentucky, Lexington KY, January 7-9, 1991.

6. Westerink, J.J., R.A. Luettich, A.M. Baptista and N.W. Scheffner, "Tidal Circulation Computations for the Western Atlantic Shelf and Gulf of Mexico," 25th Annual Congress of the Canadian Meteorological and Oceanographic Society, Winnipeg, Canada, 3-7 June, 1991.

October 16, 2007

7.   Luettich, R.A., S. Hu and J.J. Westerink, "Development and Application of a Three-Dimensional Circulation Model Using a Direct Stress Solution Over the Vertical," 25th Annual Congress of the Canadian Meteorological and Oceanographic Society, Winnipeg, Canada, 3-7 June, 1991.

8.[I]  Cantekin, M.E., J.J. Westerink, R.A. Luettich, "Lid Driven Cavity Flow Computations Using Filtered Navier Stokes Equations," First U.S. National Congress on Computational Mechanics, Chicago, July 21-24, 1991.

9.[I]  Westerink, J.J. and R.A. Luettich, "Modeling Tides and Hurricane Storm Surge in the Western Atlantic Using the Generalized Wave Continuity Equation Model," JONSMOD '92, P.P. Dyke, Ed., Copenhagen, August 3-6, 1992.

10.[I]  Luettich, R.A. and J.J. Westerink, "Assessing the Physics of Coastal Flow Models by Examining the Spectral Distribution of Nonlinear Tides," SIAM Conference on Mathematical and Computational Issues in the Geosciences, Houston, TX, April, 1993.

11.[I]  Westerink, J.J. and R.A. Luettich, "Grid Convergence Studies for Coastal Ocean Models," SIAM Conference on Mathematical and Computational Issues in the Geosciences, Houston, TX, April, 1993.

12.   Westerink, J.J. and R.A. Luettich, "Sensitivity Studies of Forcing Mechanisms for the Western North Atlantic Tidal Model," 3rd International Conference on Estuarine and Coastal Modeling, Oak Brook, IL, September, 1993.

13.[I]  Westerink, J.J. and R.A. Luettich, "Convergence Studies of Tidal and Hurricane Storm Surge Response for Continental Margin Waters," Workshop on Finite Element Modeling of Environmental Problems, G.F. Carey, Ed., Computational Fluid Dynamics Laboratory, University of Texas at Austin, Austin, TX, March 4-5, 1994.

14.[I]  Luettich, R.A. and J.J. Westerink, "Tidal Characteristics from a Barotropic Tidal Model of the Western North Atlantic and the Gulf of Mexico," JONSMOD '94, P.P. Dyke, Ed., Brussels, July 25-28, 1994.

15.[I]  Westerink, J.J., C.A. Blain and R.A. Luettich, "Convergence Studies of Hurricane Storm Surge Response over a Large Scale Shelf Model," JONSMOD '94, P.P. Dyke, Ed., Brussels, July 25-28, 1994.

16.[P]  Westerink, J.J. and R.A. Luettich, "Convergence Studies of Tides and Hurricane Response in Continental Margin Waters," SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio, TX, February 8-11, 1995.

17.[I]  Westerink, J.J. and R.A. Luettich, "Unstructured Mesh Design and Error Assessment for Surface Water Flow Models," Workshop on the Next Generation Environmental Models Computational Methods, U.S. Environmental Protection Agency National Environmental Supercomputing Center, Bay City, MI, August 1995.

18.[I]  Westerink, J.J. and R.L. Kolar, "Analysis of Boundary Conditions for Shallow Water Equation Models," Coastal Engineering 95, C.A. Brebbia et al. Eds., Cancun, Mexico, September 1995.

19.   Hagen, S.C. and J.J. Westerink, "A Practical Approach for Two-Dimensional Finite Element Mesh Generation Based on Localized Truncation Error Analysis," Fourth International Conference on Estuarine and Coastal Modeling, San Diego, CA, October 26-28, 1995.

20.   Luettich, R.A. and J.J. Westerink, "Recent Results from a Tidal Model of the Western North Atlantic, Gulf of Mexico and Caribbean Sea," Fourth International Conference on Estuarine and Coastal Modeling, San Diego, CA, October 26-28, 1995.

21.   Luettich, R.A., J.J. Westerink and J. Hudgins, "Initial Results from a Combined Tide and Storm Surge Forecast Model of the U.S. East Coast, Gulf of Mexico and Caribbean Sea," 7th Pacific Congress on Marine Science and Technology, Honolulu, HA, June, 1996.

22.   Luettich, R.A. and J.J. Westerink, "Sensitivity Studies with a Finite Element Tidal Model of the Western North Atlantic, Gulf of Mexico and Caribbean Sea," Tidal Sciences 1996, London, October, 1996.

23.   Atkinson, J.H. and J.J. Westerink, "Convergence Study of Solutions to the Advection-Diffusion Equation," Fourth SIAM Conference on Mathematical and Computational Issues in the Geosciences, Albuquerque, NM, June 16-19, 1997.

October 16, 2007

24.  Kolar, R.L. and J.J. Westerink, "A Look Back at 20 Years of Wave Equation Models," Fifth SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio TX, March 24-27, 1999

25.  Westerink, J.J., R.L. Kolar, and R.A. Luettich, "Issues of Mass Conservation Associated with GWCE Based Finite Element Surface Water Models," Fifth SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio TX, March 24-27, 1999

26.[P] Westerink, J.J., "Modeling Hurricane Storm Surge Using Large Domains and Unstructured Grids," 1999 Gordon Research Conference on Coastal Ocean Modeling, Colby-Sawyer College, New London NH, June 20-24, 1999

27.[I] Westerink, J.J., "Modeling Hurricane Storm Surge Using Large Domains and Unstructured Grids," Society for Engineering Science, Austin TX, October 25-27, 1999.

28.  Atkinson, J.H. and J.J. Westerink, "Similarities between the Quasi-Bubble and the Generalized Wave Continuity Equation Solutions to the Shallow Water Equations," Fifteenth International Symposium on Mathematical Theory of Networks and Systems, University of Notre Dame, August 12-16, 2002.

29.  Spargo, E., J.J. Westerink and R.A. Luettich, "A Tidal Constituent Database for the Eastern North Pacific Ocean," Twelfth International Conference on Finite Element Methods in Flow Problems, Meijo University, Nagoya, Japan, April 2-4, 2003.

30.  Feyen, J.C., J.J. Westerink and C. Dawson, "A Comparison of the Generalized Wave Continuity Equation and Discontinuous Galerkin Finite Element Methods for the Shallow Water Equations," Twelfth International Conference on Finite Element Methods in Flow Problems, Meijo University, Nagoya, Japan, April 2-4, 2003.

31.  Kubatko, E.J. and J.J. Westerink, "Applying the Discontinuous Galerkin Method to the Equation of Sediment Continuity," Twelfth International Conference on Finite Element Methods in Flow Problems, Meijo University, Nagoya, Japan, April 2-4, 2003.

32.[I] Westerink, J.J., "Hurricane Storm Surge Simulations Using a Large Domain Finite Element Model in Southern Louisiana," The Second International Workshop on Unstructured Grid Numerical Modeling of Coastal, Shelf and Ocean Flows, Delft University of Technology, Delft, Netherlands, 23-25 September, 2003.

33.[I] Luettich, R.A. and J.J. Westerink, "Hurricane Storm Surge Simulations Using the ADCIRC Coastal Ocean Hydrodynamic Model," 58th Interdepartmental Hurricane Conference, Charleston, SC, March, 2004.

34.  van Heerden, I.L. and J.J. Westerink, "The Use of the ADCIRC Hydrodynamic Model for Computing Hurricane Storm Surge in Southern Louisiana," 58th Interdepartmental Hurricane Conference, Charleston, SC, March, 2004.

35.  Kubatko, E.J., J.J. Westerink, and C. Dawson, "The $h$-$p$ Discontinuous Galerkin Method Applied to the Shallow Water Equations," The Third International Workshop on Unstructured Grid Numerical Modeling of Coastal, Shelf and Ocean Flows, Laboratoire d'Etudes en Geodesie et Oceanographie Spatiales, Obsevatoire Midi-Pyrenees, Toulouse, France, 20-22 September, 2004.

36.[I] Westerink, J.J., J.C. Feyen, J.H. Atkinson, R.A. Luettich, C. Dawson, H.J. Roberts, and E.J. Kubatko, "Development of a Large Domain Finite Element Storm Surge Model for Southern Louisiana," International Workshops on Advances in Computational Mechanics, Tokyo, Japan, 3-6 November, 2004.

37.[I] Kubatko, E.J., J.J. Westerink, and C. Dawson, "$h$-$p$ Discontinuous Galerkin Methods for Coastal and Estuarine Circulation and Transport," International Workshops on Advances in Computational Mechanics, Tokyo, Japan, 3-6 November, 2004.

38.  Bunya, S., S. Yoshimura, and J.J. Westerink, "Quasi-bubble Finite Element Formulation for the Shallow Water Equations with Discontinuous Boundary Implementation," International Conference on Computational Mechanics 2004, Singapore, 15-17 December 2004.

39.  Kolar, R.L., K. Dresback, J.C. Dietrich, J.J. Westerink and R.A. Luettich, "Recent Advances with the ADCIRC Family of Hydrodynamic Models; Part 1 - Development," Eighth U.S. National Congress on Computational Mechanics, Austin, TX, July 24-28, 2005.

9

October 16, 2007

40. Kolar, R.L., K. Dresback, J.C. Dietrich, J.J. Westerink and R.A. Luettich, "Recent Advances with the ADCIRC Family of Hydrodynamic Models; Part 2 - Applications," Eighth U.S. National Congress on Computational Mechanics, Austin, TX, July 24-28, 2005.

41. Kubatko, E.J., J.J. Westerink and C. Dawson, "$h$-$p$ Discontinuous Galerkin Methods for Shallow Water Flow and Transport," Eighth U.S. National Congress on Computational Mechanics, Austin, TX, July 24-28, 2005.

42. Bunya, S., S. Yoshimura and J.J. Westerink, "Alternative Formulations of Open Boundary Forcing for Shallow Water Flows," Eighth U.S. National Congress on Computational Mechanics, Austin, TX, July 24-28, 2005.

43.[P] Westerink, J.J., E.J. Kubatko, S. Bunya, C. Dawson and R.A. Luettich, "Coupled Shallow Water Equation - Morphological Computations Using Continuous Galerkin and Discontinuous Galerkin Based Finite Element Solutions," The Fourth International Workshop on Unstructured Grid Numerical Modeling of Coastal, Shelf and Ocean Flows, Bremerhaven Germany, October 10-12, 2005.

44. Kubatko, E.J., S. Bunya, J.J. Westerink and C. Dawson, "Recent Developments and Applications of an $h$-$p$ Discontinuous Galerkin Model for Shallow Water Flow and Transport," The Fourth International Workshop on Unstructured Grid Numerical Modeling of Coastal, Shelf and Ocean Flows, Bremerhaven Germany, October 10-12, 2005

45. Dawson, C., J. Westerink, E. Kubatko, "A DG-Based Hydrodynamic Storm Surge Model," The Seventh World Congress on Computational Mechanics, Los Angeles, CA, July 16-22, 2006.

46. Westerink, J., S. Bunya, J.C. Dietrich, H. Westerink, R. Luettich, C. Dawson, "High Resolution Unstructured Storm Surge Models of the Gulf of Mexico," The Seventh World Congress on Computational Mechanics, Los Angeles, CA, July 16-22, 2006.

47. Bunya, S., J. Westerink, E. Kubatko, C. Dawson, S. Yoshimura, "A New Wetting and Drying Algorithm for Discontinuous Galerkin Solutions to the Shallow Water Equations," The Seventh World Congress on Computational Mechanics, Los Angeles, CA, July 16-22, 2006.

48. Kubatko, E., J. Westerink, C. Dawson, S. Bunya, "High-Order Discontinuous Galerkin Methods for Advection Dominated Shallow Water Hydrodynamics and Transport," The Seventh World Congress on Computational Mechanics, Los Angeles, CA, July 16-22, 2006.

49.[I] Westerink, J., S. Bunya, J.C. Dietrich, R. Luettich, B. Ebersole, J. Atkinson, H. Westerink, J. Smith, B. Jensen, A. Cox, V. Cardonne, M. Powell, "High Resolution Unstructured Grid Storm Surge Modeling for Southern Louisiana," Rebuilding the New Orleans Region: Infrastructure Systems and Technology Innovation Forum, New Orleans, LA, September 24-26, 2006.

50. Bunya, S., J. Westerink, J.C. Dietrich, "Next-generation Hurricane/Typhoon Storm Surge Modeling Using Unstructured Grids in HPC Environments," The 84th Conference of the Fluids Engineering Division of the Japan Society of Mechanical Engineers, Toyo University, Kawagoe, Japan, October 28-29, 2006.

51.[P] Westerink, J., S. Bunya, J.C. Dietrich, "Hindcasting Hurricane Katrina Using the ADCIRC High Resolution Unstructured Grid Coastal Ocean Model," The 84th Conference of the Fluids Engineering Division of the Japan Society of Mechanical Engineers, Toyo University, Kawagoe, Japan, October 28-29, 2006.

52. Bunya, S., J. Westerink, E. Kubatko, C. Dawson, "Mass Conservative Wetting and Drying Algorithm for Discontinuous Galerkin Solutions to the Shallow Water Equations," The Fifth International Workshop on Unstructured Grid Numerical Modelling of Coastal, Shelf, and Ocean Flows, Miami, FL, November 13-15, 2006.

53. Kubatko, E., C. Dawson, J. Westerink, "hp-adaptive Discontinuous Galerkin Methods for the Shallow Water Equations," The Fifth International Workshop on Unstructured Grid Numerical Modelling of Coastal, Shelf, and Ocean Flows, Miami, FL, November 13-15, 2006.

54. Tromble, E., R. Kolar, J. Westerink, "Optimal Parameter Selection in GWCE-based Shallow Water Models," The Fifth International Workshop on Unstructured Grid Numerical Modelling of Coastal, Shelf and Ocean Flows, Miami, FL, November 13-15, 2006.

October 16, 2007

55. Westerink, J., S. Bunya, J.C. Dietrich, R. Luettich, B. Ebersole, J. Atkinson, H. Westerink, J. Smith, B. Jensen, A. Cox, V. Cardonne, M. Powell, "High Resolution Unstructured Grid Storm Surge Modeling for Southern Louisiana," The Fifth International Workshop on Unstructured Grid Numerical Modelling of Coastal, Shelf, and Ocean Flows, Miami, FL, November 13-15, 2006.

56. Westerink, J., "An Overview of Hurricane Science and Modeling," 2007 AAAS Annual Meeting, Science and Technology for Sustainable Well-Being, San Francisco, CA, February 15-19, 2007.

57. Westerink, J., "High Resolution Multi-Scale Storm Surge Modeling for Southern Louisiana," 2007 SIAM Conference on Mathematical and Computational Issues in the Geosciences, Santa FE, NM, March 19-22, 2007.

## TECHNICAL REPORTS

1. Harms, V.W., B. Safaie, S.N. Kam, and J.J. Westerink, "Computer Manual for Calculating Wave Height Distributions about Offshore Structures," WREE Report 79-4, Department of Civil Engineering, State University of New York at Buffalo, September, 1979.

2. Harms, V.W. and J.J. Westerink, "Wave Transmission and Mooring-Force Characteristics of Pipe-Tire Breakwaters," Lawrence Berkeley Laboratory Report No. 11778, University of California, Berkeley, October, 1980.

3. Harms, V.W., J.J. Westerink, R.M. Sorenson and J.E. McTamany, "Wave Transmission and Mooring-Force Characteristics of Pipe-Tire Breakwaters," CERC Technical Paper No. 82-4, U.S. Army Engineer Waterways Experiment Station, Vicksburg, Mississippi, 1982.

4. Bishop, C.T., V.W. Harms and J.J. Westerink, "Pipe-Tire Breakwater Model Tests Data Report," Hydraulics Division Report L7R4A6, National Water Research Institute, Canada Centre for Inland Waters, Environment Canada, March, 1982.

5. Westerink, J.J., J.J. Connor, K.D. Stolzenbach, E.E. Adams and A.M. Baptista, "TEA: A Linear Frequency Domain Finite Element Model for Tidal Embayment Analysis," Technical Report, M.I.T. Energy Laboratory, Cambridge, Mass., February, 1984.

6. Westerink, J.J., K.D. Stolzenbach and J.J. Connor, "A Frequency Domain Finite Element Model for Tidal Circulation," Report No. MIT-EL 85-006, M.I.T. Energy Laboratory, Cambridge, Mass., 1985.

7. Westerink, J.J., E. Cantekin and D. Shea, "The Development of Higher Order Finite Element Upwinding Schemes for Convection Dominated Turbulent Flow Problems," Report No. COE-303, Ocean Engineering Program, Texas A&M University, 1988.

8. Westerink, J.J. and R.A. Luettich, "Review of Numerical Modeling Strategies for Predicting the Long Term Hydrodynamic Circulation for Estimating the Fate of Disposed Dredged Materials," Report No. COE-304, Ocean Engineering Program, Texas A&M University, 1989.

9. Luettich, R.A., J.J. Westerink and N.W. Scheffner, "ADCIRC: An Advanced Three-Dimensional Circulation Model for Shelves, Coasts and Estuaries, Report 1: Theory and Methodology of ADCIRC-2DDI and ADCIRC-3DL," Technical Report DRP-92-6, Department of the Army, US Army Corps of Engineers, Washington D.C., November, 1991.

10. Westerink, J.J. and R.A. Luettich, "Tide and Storm Surge Predictions in the Gulf of Mexico Using Model ADCIRC-2D," Report to the US Army Engineer Waterways Experiment Station, July, 1991.

11. Luettich, R.A., R.H. Birkhahn and J.J. Westerink, "Application of ADCIRC-2DDI to Masonboro Inlet, North Carolina: A Brief Numerical Modeling Study," Contractors Report to the US Army Engineer Waterways Experiment Station, August, 1991.

12. Westerink, J.J., R.A. Luettich, C.A. Blain and N.W. Scheffner, "ADCIRC: An Advanced Three-Dimensional Circulation Model for Shelves, Coasts and Estuaries; Report 2: Users Manual for ADCIRC-2DDI," Department of the Army, US Army Corps of Engineers, Washington D.C., July 1992.

October 16, 2007

13. Westerink, J.J., "Tidal Prediction in the Gulf of Mexico/Galveston Bay Using Model ADCIRC-2DDI," Contractors Report to the US Army Engineer Waterways Experiment Station, January, 1993.

14. Westerink, J.J., R.A. Luettich and N.W. Scheffner, "Development of a Tidal Constituent Data Base for the Western North Atlantic and Gulf of Mexico," Department of the Army, US Army Corps of Engineers, Washington, D.C., 1993.

15. Blain, C.A., J.J. Westerink, R.A. Luettich and N.W. Scheffner, "Hurricane Storm Surge Modeling Using Large Domains," Department of the Army, US Army Corps of Engineers, Washington, D.C., 1993.

16. Blain, C.A., J.J. Westerink, R.A. Luettich and N.W. Scheffner, "Generation of a Storm Surge Data Base from the Hindcast of 153 Historical Hurricane Events," Department of the Army, US Army Corps of Engineers, Washington, D.C., 1993.

17. Scheffner, N.W., D.J. Mark, C.A. Blain, J.J. Westerink and R.A. Luettich, "A Tropical Storm Data Base For the East and Gulf Coasts of the United States," Department of the Army, US Army Corps of Engineers, Washington, D.C., 1994.

18. Blain, C.A., J.J. Westerink, R.A. Luettich and N.W. Scheffner, "The Influence of Domain Size and Grid Structure on the Response Characteristics of a Hurricane Storm Surge Model," Department of the Army Waterways Experiment Station, Vicksburg MS, 1994.

19. Hench, J.L., R.A. Luettich, J.J. Westerink and N.W. Scheffner, "Development of a Tidal Constituent Database for the Eastern North Pacific," Department of the Army, U.S. Army Corps of Engineers, Washington, D.C., 1994.

20. Blain, C.A., J.J. Westerink, R.A. Luettich and N.W. Scheffner, "Generation of a Storm Surge Time History Data Base From the Hindcast of Extratropical Storm Events from 1977-1992," Contractors report to the U.S. Army Engineer Waterways Experiment Station, December, 1994.

21. Westerink, J.J. and R.A. Luettich, "Tidal Predictions for Galveston Bay, Texas Using Model ADCIRC-2DDI," Report to the Texas Water Development Board, State of Texas, Austin TX, December, 1997.

22. Westerink, J.J., R.A. Luettich and A. Militello, "Leaky Internal-Barrier Normal-Flow Boundaries in the ADCIRC Coastal Hydrodynamics Code," Coastal and Hydraulic Engineering Technical Note IV-XX, U.S. Army Engineer Research and Development Center, Vicksburg MS, May 2001.

23. Mukai, A., J.J. Westerink and R.A. Luettich, "Guidelines for Using the Eastcoast 2001 Database of Tidal Constituents within the Western North Atlantic Ocean, Gulf of Mexico and Caribbean Sea," Coastal and Hydraulic Engineering Technical Note, U.S. Army Engineer Research and Development Center, Vicksburg MS, September 2001.

24. Mukai, A., J.J. Westerink, R.A. Luettich and D.J. Mark, "A Tidal Constituent Database for the Western North Atlantic Ocean, Gulf of Mexico and Caribbean Sea," Technical Report, U.S. Army Engineer Research and Development Center, Vicksburg MS, Report ERDC/CHL TR-02-24, September 2002.

25. Spargo, E.A., J.J. Westerink, R.A. Luettich and D.J. Mark, "ENPAC 2003: A Tidal Constituent Database for the Eastern North Pacific Ocean," Technical Report, U.S. Army Engineer Research and Development Center, Vicksburg MS, Report ERDC/CHL TR-04-12, September 2004.

**OTHER INVITED LECTURES AND ADDRESSES**

1.  "A Frequency-Time Domain Finite Element Model for Tidal Circulation," Department of Civil Engineering, University of California at Berkeley, January, 1984.

2.  "Computations of Nonlinear Shallow Water Tidal Interactions using a General Spectral Finite Element Model," Department of Civil Engineering, The University of Delaware, May 1987.

3.  "Numerical Modeling of Coastal Circulation," Naval Oceanographic Research and Development Activity, U.S.

October 16, 2007

Navy, Bay St. Louis, MS, January 1988.

4.   "Finite Element Modeling of Shallow Water Tidal Circulation," National Research Council, Ottawa, Canada, March 1989.

5.   "Improved Finite Element Methods for Circulation and Transport in Coastal Seas," Texas Institute for Computational Mechanics, The University of Texas at Austin, March 1989.

6.   "Advances in Finite Element Modeling of Coastal Ocean Hydrodynamics," Department of Civil Engineering, Chuo University, Tokyo, Japan, September, 1996.

7.   "Convergence and Grid Issues for Finite Element Solutions to the Shallow Water Equations," Mexican Institute for Water Technology, Jiutepec, Mexico, November, 1996.

8.   "ADCIRC Overview and Perspective on 20 years of GWCE Based Modeling," 4th Army-Navy ADCIRC Model Workshop, Naval Research Laboratory, Stennis Space Center, MS, February 20-21, 2001.

9.   "ADCIRC Developments and Directions," 5th ADCIRC Model Workshop, Naval Research Laboratory, Stennis Space Center, MS, February 2-4, 2001.

10.   "ADCIRC Overview and Model Features," "Modeling Strategy and Example Applications," "Grays Harbor Grid Design and Parameter Selection," Coastal Inlets Research Program, SMS Steering Module Workshop, U.S. Army Engineering Research and Development Center, Vicksburg, MS, July 29-August 2, 2002.

11.   "Hurricane Hindcasts in Southern Louisiana Using a GWCE-based Finite Element Model," Advisory Board Meeting, Louisiana State University Hurricane Center, Baton Rouge, LA, August 21, 2002.

12.   "ADCIRC Progress and Development Report: Implementation of Discontinuous Galerkin Methods for Hydrodynamic and Transport Modeling," Coastal Inlets Research Program Inlet Modeling System Sediment Transport and Morphology Change Team Meeting # 2, Ponte Vedra Beach, Fl, February 11, 2003.

13.   "ADCIRC Tidal Data Bases, Implementation of Discontinuous Galerkin Methods for Hydrodynamic and Transport Modeling, ADCIRC Parallel Processing," Coastal Inlets Research Program Inlet Modeling System Sediment Transport and Morphology Change Team Meeting # 2, Ponte Vedra Beach, Fl, February 11, 2003.

14.   "Overview of the ADCIRC Model," Florida Coastal Hydraulics Workshop, University of Central Florida, Orlando, FL, June 4-6, 2003.

15.   "Louisiana Storm Surge Study," Florida Coastal Hydraulics Workshop, University of Central Florida, Orlando, FL, June 4-6, 2003.

16.   "Future Development of ADCIRC," Florida Coastal Hydraulics Workshop, University of Central Florida, Orlando, FL, June 4-6, 2003.

17.   "Storm Surge Flooding along the Southern Louisiana Coast," ADCIRC Briefing to U.S. Army Corps of Engineers Management, U.S. Army Engineer Research and Development Center, Vicksburg, MS, June 9, 2003.

18.   "Storm Surge Flooding Realities - ADCIRC Modeling," Center for the Study of Public Health Impacts of Hurricanes, Advisory Committee Meeting, Louisiana State University, Baton Rouge, LA, September 15, 2003.

19.   "Impact of Advances in High Performance Computing on Storm Surge Modeling," Coastal and Environmental Modeling Laboratory, Advisory Committee Meeting, Louisiana State University, Baton Rouge, LA, September 30, 2003.

20.   "Hurricane Storm Surge Calculations in Southern Louisiana Using a Finite Element Based Model," Applied Mathematics Seminar, University of Notre Dame, Notre Dame, IN, October 13, 2003.

21.   "Large Scale - Small Scale Applications of the ADCIRC Hydrodynamic Model," Texas Water Development Board, State of Texas, Austin, TX, April 28, 2004.

22.   "Storm Surge Modeling in the Gulf of Mexico Using ADCIRC," Chester Jelesnianski Seminar in Ocean Engineering, Department of Civil Engineering, Texas A&M University, College Station, TX, April 29, 2004.

October 16, 2007

23.    "An Overview of ADCIRC-IMS, A System of CG and DG Based Solutions for 2D and 3D Hydrodynamics and Transport," U.S. Army Research and Development Center, Vicksburg, MS, September 8, 2004.

24.    "Unstructured Grid Shallow Water Equation Applications and Algorithms," Delft University of Technology, December 17, 2004.

25.    "ADCIRC Storm Surge Computations in Southern Louisiana," U.S. Army Corps of Engineers New Orleans District, Federal Emergency Management Agency - ADCIRC Meeting, February 16, 2005.

26.    "Hindcasting Hurricane Katrina Using an Unstructured Grid Model for Southern Louisiana," Notre Dame booth at Supercomputing 2005, Seattle WA, November 16, 2005.

27.    "The Impact of Hurricane Katrina and Predicting Storm Surges in Southern Louisiana," Scholars in the classroom series, Kaneb Center for Teaching and Learning, University of Notre Dame, Notre Dame, IN, February 23, 2006.

28.    "An Overview of Hurricane Inundation Modeling in the Gulf of Mexico and the Need for Statistical Quantification of High Impact Very Low Frequency Events," Workshop on Stochastic Modeling, Center for Applied Mathematics, University of Notre Dame, Notre Dame, IN, March 26, 2006.

29.    "The Impact of Hurricane Katrina and Predicting Storm Surges in Southern Louisiana," Interdisciplinary Studies in Tsunami Impacts and Mitigation, Research Experience for Undergraduates, Department of Civil Engineer and Geological Sciences, University of Notre Dame, Notre Dame, IN, June 14, 2006.


## SPONSORED RESEARCH

1.    National Science Foundation: Grant EET-8718436, September 1987 - December 1989, "Improved Computations for Convection Dominated Turbulent Flow Problems Using the Fractional Step Method," Principal Investigator; Award $59,978.

2.    Texas A&M Engineering Excellence Award: April 1988 - March 1989, "Development of Filtered Solution Techniques for Turbulent Flow Simulation," Principal Investigator; Award $15,000.

3.    U.S. Army Engineers, Waterways Experiment Station, Grant DACW39-86-D-0004/0001, July 1988 - December 1989, "Development of a Two-Dimensional Numerical Model for Estimating the Long Term Fate of Dredged Material," Principal Investigator; Award $116,093.

4.    National Science Foundation Offshore Technology Research Center: Grant CDR-8721512-Project 6300A13, October 1988 - September 1989, "Forces on Slender Structures," Co-principal Investigator with Jun Zhang, Texas A&M University; Award $96,630.

5.    U.S. Army Engineers, Waterways Experiment Station, Grant DACW39-86-D-0004/0002, August 1989 - September 1990, "New York Bight Model Feasibility Study," Principal Investigator; Award $54,335.

6.    National Science Foundation Offshore Technology Research Center: Grant CDR-8721512-Project 6300A13, October 1989 - September 1990, "Forces on Slender Structures," Co-principal Investigator with Jun Zhang, Texas A&M University; Award $81,217.

7.    U.S. Army Engineers, Waterways Experiment Station, Grant DACW39-90-M-2965, April 1990 - September 1990, "A Storm Surge Application of the DRP Circulation Model to the Gulf of Mexico," Principal Investigator; Award $21,457.

8.    U.S. Army Engineers, Waterways Experiment Station, Grant DACW 39-90-K-0021, May 1990 - September 1994, "Two-Dimensional and Three-Dimensional Tidal and Storm Surge Circulation Computations for the Western Atlantic Shelf and the Gulf of Mexico," Principal Investigator with R.A. Luettich, University of North Carolina at Chapel Hill; Award $375,302

14

October 16, 2007

9.  National Science Foundation Offshore Technology Center: Grant CDR-8721512; October 1990 - November 1992, "Turbulent Flow Modeling with Space-Time Filtered Solutions to the Navier Stokes Equations," Principle Investigator; Award $30,210.

10. U.S. Army Engineers, Waterways Experiment Station, Grant DACW 39-92-M-0352, December 1991 - June 1992, "Tidal Predictions in Galveston Bay Using the Gulf of Mexico Model," Principal Investigator; Award $9,443.

11. U.S. Army Engineers, Waterways Experiment Station, October 1994 - January 2000, Grant DACW 39-95-K-0011, "Enhancements of the ADCIRC Model for the Analysis of Coastal Inlet Hydrodynamics," Principal Investigator with R.A. Luettich, University of North Carolina at Chapel Hill; Award $343,265.

12. Texas Water Development Board, November 1994 - December 1995, "Computer Simulation of Water Movement and Salinity Transport in Galveston Bay, Texas," Principal Investigator; Award $15,000.

13. U.S. Army Engineers, Waterways Experiment Station, May 1995 - December 1996, "Development of Second Generation Long Wave Hydrodynamic Databases for U.S. Coastal and Continental Margin Waters," Principal Investigator with R.A. Luettich, University of North Carolina at Chapel Hill; Award $114,721.

14. U.S. Naval Research Laboratory, April 1997 - September 1999, "Development and Application of a Prognostic 3 Dimensional Baroclinic Capability in the ADCIRC Hydrodynamic Model," Co-Principal Investigator with R.A. Luettich, University of North Carolina at Chapel Hill; Amount $131,972.

15. Army Research Office, April 1998 - March 1999, Grant DAAG55-98-1-0091, "Scalable Meta-Computing in Computational Sciences and Engineering," Co-Principal Investigator with A. Lumsdaine, N. Chrisochoides, E. Maginn, M. Stadtherr and R. Stevenson, University of Notre Dame; Amount $400,000.

16. Texas Water Development Board, State of Texas, September 1998 - August 1999, "Baroclinic Hydrodynamic Simulations for the Texas Gulf Coast and Gulf of Mexico," Principal Investigator; Award $21,000.

17. Texas Water Development Board, State of Texas, September 1999 - January 2001, "ADCIRC Model for Shelves, Coasts and Estuaries to the Texas Gulf Coast," Principal Investigator; Award $21,000.

18. University of Notre Dame Graduate School, Equipment Restoration Fund, January 2000, "Scalable Meta-Computing for High Performance Computational Science and Engineering," Co-Principal Investigator with A. Lumsdaine, N. Chrisochoides, E. Maginn, M. Stadtherr and R. Stevenson, University of Notre Dame; Amount $200,000.

19. U.S. Army Engineer Research and Development Center, February 2000 - January 2005, Grant DACW 42-00-C-0006, "ADCIRC Hydrodynamic Circulation and Transport Code Development and Applications," Principal Investigator with R.A. Luettich, University of North Carolina at Chapel Hill; Award $674,450.

20. U.S. Army Corps of Engineers, New Orleans District, September 2000 - August 2001, Grant DACW29-00-C-0085, "Modifications of the ADCIRC-NO Hurricane Model to Enhance Robustness, Accuracy and Ease of Implementation," Principal Investigator; Award $247,928.

21. National Science Foundation, September 2001 - August 2004, "Adaptive Multinumeric Finite Element Methods for Shallow Water Flow," Co-Principal Investigator with C. Dawson at University of Texas at Austin; Award to Notre Dame $77,322.

22. Texas Water Development Board, State of Texas, June 2001- May 2002, "ADCIRC Model for Shelves, Coasts and Estuaries to the Texas Gulf Coast," Principal Investigator; Award $21,000.

23. Millennium Trust, Health Excellence Fund, State of Louisiana/ Subcontract through Louisiana State University Hurricane Center, January 2002 - December 2005, "Hydrodynamic Modeling of Flooding Events in Southern Louisiana," Principal Investigator; Award to Notre Dame $209,846.

24. Texas Water Development Board, State of Texas, July 2002- June 2003, "ADCIRC Model for Shelves, Coasts and Estuaries to the Texas Gulf Coast," Principal Investigator; Award $20,000.

25. Sun Microsystems Matching Equipment Grant Program Q4 FY03, July 2003, Principal Investigator; Award

October 16, 2007

$40,896.50.

26. U.S. Army Engineer Research and Development Center, February 2005 - January 2008, Grant W912HZ-05-C-0022, "ADCIRC-CZMS Coastal Zone Modeling System for Circulation, Transport and Morphology: Development and Applications," Principal Investigator; Award $445,506.

27. Offshore and Coastal Technologies Inc., May 2005 - August 2005, "Chesapeake Bay Sediment Hydrodynamic Modeling," Principal Investigator; Award $15,000.

28. U.S. Army Corps of Engineers, New Orleans District, September 2005, Addition to Grant W912HZ-05-C-0022, "Category 5 Hurricane Protection for Louisiana Study," Principal Investigator; Award $77,760.

29. U.S. Army Corps of Engineers, New Orleans District (through Arcadis Inc. as project managers for FEMA and USACE New Orleans District), September 2005 - February 2006, "Development of a Gulf of Mexico Storm Surge Model from Texas to Florida," Principal Investigator, Award $141,000.

30. U.S. Army Corps of Engineers, Mobile District, September 2005 – August 2007, contract W91278-05-D-0018/003 (through Woolpert Inc. as part of a project funded through a direct Congressional appropriation), "Morphos 3D Long Wave Hydrodynamic Modeling," Principal Investigator; Award $175,095.

31. Office of Naval Research, October 2005 - September 2009, "Wave and Circulation Modeling on Unstructured Grids," Principal Investigator with C. Dawson at the University of Texas at Austin and R.A. Luettich at the University of North Carolina at Chapel Hill; Award $452,910.

    (This project is in cooperation with a separately ONR funded parallel project entitled "A Spectral Shallow Water Wave Model with Nonlinear Energy and Phase Evolution" by L.H. Holthuijsen and G.S. Stelling at Delft University of Technology)

32. National Aeronautics and Space Administration, May 2006 - April 2009, "Topographic and Hydrologic Modeling Constraints on Martian Channel Flow and Erosion," Co-Principal Investigator with Principal Investigator S. Sakimoto at the University of Notre Dame and Collaborators L. Keszthelyi of the United States Geological Survey and R. Williams of the Planetary Science Institute; Award $99,239.

33. U.S. Army Corps of Engineers, New Orleans District (through Arcadis Inc. as project managers for FEMA and USACE New Orleans District), June 2006 – May 2007, "USACE/FEMA Storm Surge Modeling Study-Phase I: Eastern Louisiana," Principal Investigator; Award $138,561.

34. U.S. Army Engineer Research and Development Center, September 2006 - August 2007, "Regional Hydrodynamics Task Co-leadership and Storm Surge Analysis and Modeling," Principal Investigator; $299,644.

35. National Science Foundation, September 2006 – August 2009, "CMG Collaborative Research: Adaptive Numerical Methods for Shallow Water Circulation with Applications to Hurricane Storm Surge Modeling," Co-Principal Investigator with C. Dawson at the University of Texas at Austin and R.A. Luettich at the University of North Carolina at Chapel Hill; Award $600,000

## RESEARCH SUPERVISED

### *Undergraduate Research*

D. Shea, Topic: Petrov-Galerkin Solutions to the Convection-Diffusion Equation, senior thesis, August 1986 - July 1987.

S. Liu, Topic: Petrov-Galerkin Solutions to the Convection-Diffusion Equation, senior thesis, August 1986 - May 1987.

H. Zhao, Topic: New York Bight Circulation Studies, January - July 1990.

L. O'Brien, Topic: Finite Element Grid Development for Coastal Circulation Models, NSF Research Experience for Undergraduates, June - July 1991.

S. Hagen, Topic: Truncation Error Analysis for Shallow Water Equations, NSF Research Experience for Undergraduates, June - July 1992.

R. Li, Topic: Finite Element Grid Studies for Coastal Circulation Models, NSF Research Experience for

16

October 16, 2007

Undergraduates, June - July 1994.

K. Adu-Sarkodie, Topic: Influence of Grid Valence on the Generation of Spurious Modes in Solutions to the Shallow Water Equations, independent study, January - May 2000.

M. Altman, Topic: Hurricane Storm Surge Calculations in Southern Louisiana, January 2001 - May 2002.

P. Drummey, Topic: Tidal Computations in Texas Coastal Inlets, January - December 2001, August 2002 - May 2003.

A. Henisey, Topic: Tidal Computations in Texas Coastal Inlets, January - May 2002.

P.J. Craig, Topic: Resonant Modes of the Gulf of Mexico, September 2004 - May 2005.

J. Breckler, Topic: The Influence of South Western Levees on Storm Surge Propagating Up the Mississippi River Under High River Stage Conditions, September – December 2005.

### Master's Theses Directed

J.C. Muccino, "Grid Resolution Studies of the Western North Atlantic Ocean, Gulf of Mexico and Caribbean Sea," Department of Civil Engineering and Geological Sciences, University of Notre Dame, M.S., completed November 1992.

M.J. Roe, "Achieving a Dynamic Steady State in the Western North Atlantic/Gulf of Mexico/Caribbean Using Graded Finite Element Grids," Department of Civil Engineering and Geological Sciences, University of Notre Dame, M.S., completed August 1998.

A. Mukai, "Tidal Computations within the Western North Atlantic Using a High Resolution Unstructured Finite Element Mesh," Department of Civil Engineering and Geological Sciences, University of Notre Dame, M.S., completed September 2001.

E. Spargo, "Using a Finite Element Model of the Shallow Water Equations to Model Tides in the Eastern North Pacific Ocean," Department of Civil Engineering and Geological Sciences, University of Notre Dame, M.S., completed September 2003.

H. Roberts, "Grid Generation Methods for High Resolution Finite Element Models Used for Hurricane Storm Surge Prediction," Department of Civil Engineering and Geological Sciences, University of Notre Dame, M.S., completed December 2004.

P. Miller, "Grid Resolution and Parameter Study for Coupled Hydrodynamic Sediment Wave Models over an Idealization of the Shinnecock Inlet, New York," Department of Civil Engineering and Geological Sciences, University of Notre Dame, M.S., completed April 2005.

### Visiting Graduate Students

A.A. Chavez, Instituto Mexicano de Technologia del Agua, Topic: Simulation of Flushing of Inlets in Cancun, Mexico, February - May 1997.

S. Bunya, University of Tokyo, Topic: Boundary Condition Implementations for Quasi-Bubble Solutions to Shallow Water Equations, July 2003 - June 2004.

### Doctoral Dissertations Directed

M.E. Cantekin, "Numerical Simulation with Gaussian Low Pass Filtered Navier Stokes Equations," Department of Civil Engineering, Texas A&M University, Ph.D., completed July 1991.

C.A. Blain, "The Influence of Domain Size and Grid Structure on the Response Characteristics of a Hurricane Storm Surge Model," Department of Civil Engineering and Geological Sciences, University of Notre Dame, Ph.D., completed June 1994.

S.C. Hagen, "Truncation Error Analysis and Grid Design for Long Wave Propagation in Continental Margin Waters," Department of Civil Engineering and Geological Sciences, University of Notre Dame, Ph.D., completed July 1997.

J. H. Atkinson, "Two-dimensional Analysis of Spatial Discretizations of the Shallow Water Equations," Department of Civil Engineering and Geological Sciences, University of Notre Dame, Ph.D., completed October 2002.

J. C. Feyen, "Predictive Hurricane Storm Surge Modeling through Use of a Large Scale Locally Refined Finite Element Model," Department of Civil Engineering and Geological Sciences, University of Notre Dame, Ph.D., completed April 2005.

E.J. Kubatko, "Development, Implementation, and Verification of *hp* Discontinuous Galerkin Models for

17

October 16, 2007

Shallow Water Hydrodynamics and Transport," Department of Civil Engineering and Geological Sciences, University of Notre Dame, Ph.D., completed December 2005.

D.J. Mark, Ph.D. candidate.

J.C. Dietrich, Ph.D. program.

### *Post Doctoral Associates*

J.K. Wu, Topic: Finite Element Based Solutions to the Shallow Water Equations, August 1988 - August 1990

M.E. Cantekin, Topic: Analysis of Finite Element Based Solutions to the Shallow Water Equations, August 1991 - July 1992

R.L. Kolar, Topic: Mass Conservation Issues for Finite Element Solutions to the Shallow Water Equations, July - August 1992.

S. Bunya (visiting assistant professor), Topic: Discontinuous Galerkin Implementations for Coupled Shallow Water Equations, June 2005 - present.

E.J. Kubatko, Topic: Discontinuous Galerkin Solutions to the Shallow Water Equations," January – August 2006.

## COURSES TAUGHT

### *Princeton University*

| | |
|---|---|
| CE 276 | Introduction to Water Resources |
| CE 306 | Applied Engineering Hydraulics |
| CE 508 | Numerical Methods in Engineering |
| CE 581 | Advanced Hydraulics |

### *Texas A&M University*

| | |
|---|---|
| ENGR 102 | Engineering Analysis II |
| CVEN 311 | Fluid Dynamics |
| OCEN 678 | Hydromechanics |
| CVEN 688 | Computational Fluid Dynamics |

### *University of Notre Dame* (with Teacher Course Evaluation scores out of 4.0 for the past 4 years)

| | |
|---|---|
| CE 242 | Introduction to Civil Engineering |
| CE 341 | Computational Methods (3.60) |
| CE 344 | Hydraulic Engineering (3.73) |
| CE 441 | Numerical Methods in Engineering (3.83, 3.89, 3.83, 3.55) |
| CE 539 | Advanced Hydraulics (4.00, 4.00) |
| CE 563 | Finite Elements in Engineering (3.63, 3.84, 3.80, 3.86) |
| CE 598 | Modeling Surface Water Flow and Transport |
| CE30125 | Computational Methods (3.73, 3.78) |
| CE60450 | Advanced Hydraulics (4.00) |

## CONFERENCE SESSIONS ORGANIZED

Co-organized with W.G. Gray a mini-symposium at the Third SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio, TX, February 8-10, 1995, entitled "Finite Element Methods for Surface Water Flow and Transport" (1994-1995)

Co-organized with R. Kolar a mini-symposium at the Fifth SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio, TX, March 24-27, 1999, entitled "Solution Strategies to the Shallow Water Equations" (1998-1999)

Co-organized with C. Dawson, S. Yoshimura and K. Kashiyama a mini-symposium at the Eighth U.S. National Congress on Computational Mechanics, Austin, TX, July 24-28, 2005, entitled "Finite Element Methods in Environmental Fluid Mechanics" (2005)

Co-organized with K. Kashiyama three technical sessions at the Seventh World Congress on Computational

October 16, 2007

Mechanics, Los Angeles, CA, July 16-22, 2006, entitled "Finite Element Methods in Environmental Fluid Mechanics" (2006)

## CONFERENCE SESSIONS CHAIRED

VI[th] International Conference on Finite Elements in Water Resources, Lisbon, June 1986.

VII[th] International Conference on Computational Methods in Water Resources, M.I.T., Cambridge, MA, June 1988.

IX[th] International Conference on Computational Methods in Water Resources, Denver, June 1992.

X[th] International Conference on Computational Methods in Water Resources, Heidelberg, July 1994.

Third SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio, February, 1995 (co-chair with W.G. Gray).

Coastal Engineering 95, Cancun, Mexico, September 1995.

XI[th] International Conference on Computational Methods in Water Resources, Cancun, Mexico, July 1996.

XII[th] International Conference on Computational Methods in Water Resources, Crete, Greece, June 1998.

Fifth SIAM Conference on Mathematical and Computational Issues in the Geosciences, San Antonio, March 1999 (Plenary session).

XIII[th] International Conference on Computational Methods in Water Resources, Calgary, Canada, June 2000.

Twelfth International Conference on Finite Element Methods in Flow Problems, Meijo University, Nagoya, Japan, April 2-4, 2003 (Plenary session and contributed session).

Eighth U.S. National Congress on Computational Mechanics, Austin, TX, July 24-28, 2005 (Mini-symposium).

Seventh World Congress on Computational Mechanics, Los Angeles, CA, July 2006.

## TECHNICAL REVIEWER

### Journals
Advances in Water Resources
Communications in Applied Numerical Methods
International Journal for Numerical Methods in Fluids
International Journal for Numerical Methods for Heat and Fluid Flow
Journal of Continental Shelf Research
Journal of Engineering Mechanics
Journal of Geophysical Research
Journal of Hydraulic Engineering
Journal of Physical Oceanography
Journal of Waterway, Port, Coastal and Ocean Engineering
Numerical Methods for Partial Differential Equations
Water Resources Research

### Books
Estuarine and Coastal Modeling II, M.L. Spaulding et al., Eds.
Estuarine and Coastal Modeling III, M.L. Spaulding et al., Eds.
Handbook of Coastal and Ocean Engineering, J. Herbich, Ed.
Numerical Methods for Ordinary and Partial Differential Equations, M. Celia and W.G. Gray
Quantitative Skill Assessment for Coastal Ocean Models, D.R. Lynch and A.M. Davies, Eds.

October 16, 2007

*Funding Agencies*
    Delaware Seagrant
    M.I.T. Seagrant
    National Oceanic and Atmospheric Administration
    National Science Foundation
    Oregon Seagrant
    U.S. Geological Survey

## COMMITTEES/SERVICE ACTIVITIES

*Princeton University*

| | |
|---|---|
| Fall 1985-Spring 1987 | ASCE Student Chapter Advisor |
| Fall 1985-Spring 1987 | Departmental Library Liaison |

*Texas A&M University*

| | |
|---|---|
| Fall 1989-Spring 1990 | Member Departmental Computer Committee |

*University of Notre Dame*

| | |
|---|---|
| Fall 1991-Summer 1992 | Member Departmental Computing Committee |
| Fall 1991-Summer 1994 | Member of the College Library Committee |
| Fall 1992-Summer 1994 | Chair of the Departmental Computing Committee |
| Fall 1992-present | Member of the College Computing Committee |
| Fall 1992-Spring 1993 | Member of the Departmental Undergraduate Curriculum Committee |
| Spring 1993-Fall 1993 | Member of the University Subcommittee on Large Scale Technical Computing |
| Fall 1993 | Member of the Departmental Catholic Character Committee |
| Fall 1993-Summer 1994 | Member of the Departmental Honesty Committee |
| Spring 1994-Summer 1994 | Member of the Office of University Computing UNIX Search Committee |
| Spring 1994-Spring 1995 | Member of the University Off-Campus Computer Access Committee |
| Spring 1994-Summer 1994 | Member of the University Subcommittee on Resource Allocation for the IBM SP1 Computing Facility |
| Summer 1994-Summer 1996 | Member of the University Committee on Technical Computing |
| Fall 1994 | Member of the College Computing UNIX Search Committee |
| Summer 1995-Summer 1996 | Member of the University Committee on Computing and Information Services |
| Fall 1995-Summer 1996 | Chair of the College Computing Committee |
| Fall 1995-present | Member of Departmental Committee on Appointments and Promotions |
| Fall 1997 | Moran Search Committee |
| Fall 2000-Spring 2003 | Executive Committee Center for Applied Mathematics |
| Spring 2000 | Member of the University Committee on Technical Computing |
| Fall 2001-Summer 2002 | Member of the Ad Hoc Committee on Computing in the College of Engineering |
| Fall 2001-present | Civil Engineering Program Class Co-advisor |
| Spring 2007 | Computing Strategic Plan Task Force |

## Thomas F. Wolff, Ph.D., P.E.

**EDUCATION**

**Ph.D.**, **Civil Engineering** (Geotechnical)
**Purdue University**, May, 1985
Major Professor: Dr. M. E. Harr.
Thesis Title: *Analysis and Design of Embankment Dam Slopes: A Probabilistic Approach*

**M.S.**, **Civil Engineering** (Geotechnical)
**Oklahoma State University**, August 1974
Major Professor: T. A. Halliburton
Report Title: *Performance of Underseepage Controls during the 1973 Mississippi River Flood*

**B.S.**, **Civil Engineering**
**University of Missouri - Rolla**, June 1970

**MAJOR AREAS OF RESEARCH AND PRACTICE**

- Reliability Analysis in Civil Engineering
- Probabilistic Methods in Geotechnical Engineering and Pavements
- Dams, Levees, and Hydraulic Structures
- Seepage and Dewatering
- Foundations and Retaining Structures
- Computer-Aided Design and Numerical Methods in Geotechnical Engineering

**EMPLOYMENT**

**Michigan State University,** East Lansing, MI

- Associate Dean for Undergraduate Studies, August 1998–Present
- Associate Professor of Civil Engineering , 1991–Present
- Assistant Professor of Civil Engineering, 1986–July 1991

**Washington University**, Saint Louis, MO

- Affiliate Professor of Civil Engineering , 1984–1985

**Geotechnical Engineering Consultant**, 1986–Present

**U.S. Army Corps of Engineers**, Saint Louis District

- Geotechnical Engineer, 1970–1985
- Student Engineering Aide, 1967–1970

**REGISTRATION**

- Registered Professional Engineer, Missouri, since 1975.

**PROFESSIONAL SOCIETY MEMBERSHIPS**

- American Society of Civil Engineers (ASCE), Member

- Member, ASCE Geo-Institute Committee on Reliability and Safety

- American Society for Engineering Education (ASEE)
- National Academic Advising Association (NACADA)
- Women in Engineering Program Advocates Network (WEPAN)

# GEOTECHNICAL ENGINEERING RESEARCH AND DESIGN

## FUNDED ENGINEERING RESEARCH (MSU)

(most recent listed first)

Co-Prinicpal Investigator, ***Detecting and Quantifying Segregation in Bituminous Pavement and Predicting its Effect on Performance***, with Dr. G.Y. Baladi, sponsored by Michigan Department of Transportation, September 1997 - September 1999, $200,328.

Co-Principal Investigator, ***Engineering Characteristics and Maintenance of Golf Putting Greens***, with Dr. J. Crum and others, sponsored by United States Golf Association, May 1998 - May 2001, $75,000.

Co-Principal Investigator, ***Engineering Characteristics and Maintenance of Golf Putting Greens***, with Dr. J. Crum, sponsored by United States Golf Association, May 1996 - May 1998, $40,000 (engineering portion).

Co-Principal Investigator, ***Test Method to Determine the Existence of Segregation in Bituminous Mixtures***, with Dr. G. Y. Baladi, sponsored by Michigan Department of Transportation, September 1995 - September 1997, $120,000.

Principal Investigator, ***Geotechnical Reliability of Dam and Levee Embankments***, sponsored by U.S. Army Waterways Experiment Station, May – September 1995, $40,000.

Principal Investigator, ***Reliability of Existing Levees***, sponsored by U.S. Army Waterways Experiment Station, May – September 1994, $19,854.

Principal Investigator, ***Probabilistic Assessment of Pile Interference***, sponsored by U.S. Army Waterways Experiment Station, July 1993 – June 1994, $44,359

Principal Investigator, ***Engineering Reliability Assessment of Navigation Systems (Part II)***, sponsored by U.S. Army Waterways Experiment Station, January – March 1992, $11,844.

Principal Investigator, ***Engineering Reliability Assessment of Navigation Systems***, sponsored by U.S. Army Waterways Experiment Station, April – September 1991. $73,493.

Principal Investigator, ***Design Guidance for Pile Interference Assessment***, sponsored by U.S. Army Engineer Waterways Experiment Station, June – September 1990. $16,045.

Principal Investigator, ***Interference Assessment for Pile Groups Using Probabilistic Methods,*** sponsored by U.S. Army Engineer Waterways Experiment Station, May 1989 - April 1990. $21,122.

Principal Investigator, ***Finite Element Verification of Underseepage Analysis Procedures***, sponsored by U.S. Army Engineer Waterways Experiment Station, May – September 1989. $9,021.

Principal Investigator, ***Improvements to Underseepage Analysis for Special Foundation Conditions***, sponsored by U.S. Army Engineer Waterways Experiment Station, August 1988 – May 1989. Includes development of program LEVEEMSU. $24,729.

Principal Investigator, ***Levee Underseepage Analysis for Special Foundation Conditions***, sponsored by U.S.

Army Engineer Waterways Experiment Station, Mar. – Sep. 1987. $40,712.

Principal Investigator, ***Uncertainty, Judgment, and Decision in Foundation Design, an Integrated Study***, funded by Michigan State University, Jan. – Dec. 1987 $6,575

**Research Engineer under Interagency Personnel Agreement** with U.S. Army Engineer Waterways Experiment Station, Vicksburg MS (April 1986 – January 1987, $21,914). Drafted chapters and sections of Corps of Engineers' Engineering Manual on design of retaining walls and flood walls, and Engineering Manual on slope stability. Reviewed Corps' design procedures for levee underseepage controls.

## PROFESSIONAL EXPERIENCE WITH CORPS OF ENGINEERS, 1970 - 1985

Fifteen years of successively increasing responsibility for geotechnical aspects of water resource projects.

Served on U.S. Army Corps of Engineers' **GCASE** (Geotechnical aspects of Computer Aided Structural Engineering) Committee (1980–1985), which provided opinions and advice on computer program development.

Served on U.S. Army Corps of Engineers' **CASE** (Computer Aided Structural Engineering) Committee task group on retaining walls and flood walls, which provided opinions and advice on program development and methods of analysis.

Served on U.S. Army Corps of Engineers' **CAGE** (Computer Aided Geotechnical Engineering) Committee task group on slope stability, which oversaw development of program UTEXAS2.

**Project Geotechnical Engineer, Melvin Price Lock and Dam, Mississippi River, Alton, IL.** Performed and oversaw analysis and design of foundations and earth structures, including specifications and performance evaluation for two dewatering systems in excess of 100,000 gallons per minute, pile load test program, overwater exploration program, concept development for $1 million research program on instrumented cofferdam cell, concept development for $15 million research program to determine the effects of pile driving adjacent to grouted and ungrouted foundations, technical evaluation of major contract claims, and hydrogeologic analysis to predict change in regional groundwater levels.



**Project Geotechnical Engineer, Lock and Dam No. 3, Red River Waterway, Louisiana;** engineering analysis and design for semi-gravity dam on Tertiary claystone and sand-founded navigation lock.

Served as team leader, team geotechnical engineer, peer reviewer for numerous **inspections of non-federal dams** under Corps of Engineers' dam inspection program. Field staff engineer on construction of Rend Lake Dam, Benton, IL.

Performed miscellaneous engineeering analysis and design tasks for many **water resources projects,** including the Alton-to-Gale, IL levees system, Carlyle Dam, Shelbyville Dam, Clarence Cannon Dam, and Kaskaskia Lock & Dam and Navigation Project.

**Thomas F. Wolff, Ph.D., P.E.**

**PROFESSIONAL ACTIVITIES IN ENGINEERING EDUCATION**

**Associate Dean for Undergraduate Studies**
**College of Engineering, Michigan State University**

Responsible for undergraduate engineering recruiting and scholarships, undergraduate advising program, enrollment managment, undergraduate academic records and actions, freshman residential living-learning program, Office of Experiential Education and Employer Relations, Engineering Diversity Programs Office, Engineering Study Abroad, K-12 outreach, liaison to engineering student organizations and student shops.

**Funded Grants in Engineering Education**

**Michigan Louis Stokes Alliance for Minority Participation (MI-LSAMP).** Joint project with University of Michigan (lead), Western Michigan, and Wayne State University. Lead co-PI for Michigan State University. $2,580,680 over five years; MSU allocation $544, 511 October 2005-2010.

**Teaching**

**Undergraduate courses** taught at Michigan State University:

- CE 271 Introduction to Civil Engineering (surveying component)
- CE 312 - Soil Mechanics
- CE 390 - Civil Engineering Analysis (Numerical Methods)
- CE 418 - Geotechnical Engineering Design
- CE 419 - Stability of Earth Masses (now combined with CE 418)
- CE 490 - Supervised Independent Study
- EGR 291 - ROSES seminar for freshmen in the Residential Option for Science and Engineering Students

**Graduate courses** taught at Michigan State University:

- CE 810 - Reliability-Based Design in Civil Engineering
- CE 812 - Mechanical Properties of Soils
- CE 815 - Special Topics in Geotechnical Engineering (Earth Structures)
- CE 818 - Advanced Geotechnical Design
- CE 890 - Supervised Independent study

Courses taught at Washington University (St. Louis), 1984-85:

- Foundations (undergraduate)
- Advanced Topics in Geotechnical Engineering (graduate)

Three-time recipient of the **Withrow Teaching Excellence Award** in the Department of Civil and Environmental Engineering, 1992, 1993, and 1998.

Recipient of the 1993 **Chi Epsilon**, Great Lakes Region, **James H. Robbins Award for Excellence in Teaching**.

**Ph.D. Students Graduated and Dissertation Topics:**

- Magdal N. Haji, 1990, *A Mathematical Algorithm for Selection of SPT Resistance Value in Foundation Design*.

- Nasrullah Abeer, 1991, *An Expert System for the Preliminary Design of Cantilever Retaining Walls*
- Rosely AbMalik, 1992, *Pile Foundation Design: Interrelation of Safety Measures from Deterministic and Reliability-Based Methods*.
- Weijun Wang, 1992, *Probabilistic Reliability Evaluation of Navigation Structures*
- Mostafa K. Ashoor, 1994, *Applications of Geostatistics to Settlement Problems*
- Ahmed M. Hassan, 1998, *A Practical Approach to Combined Probabilistic Analysis of Slope Stability and Seepage Problems*
- Chieh-Min Chang, 2000, *Detecting Segregation in Bituminous Pavements and Relating its Effect to Performance*, (co-advisor with G.Y. Baladi)

## Service Activities

- Faculty Advisor and co-advisor, Michigan State University Student Engineering Council, 1998-present.
- Faculty Co-advisor, Tau Beta Pi Engineering Honor Society, 2000-present.
- Faculty Advisor, Chi Epsilon Civil Engineering Honor Society, 1987 - 1998.

- Member, MSU Department of Civil Engineering Advisory Committee, 1990 - 1994.
- Member, Undergraduate Curriculum Committee, MSU Department of Civil and Environmental Engineering, 1986-92, 1995-98.
- Member, Curriculum Committee, College of Engineering, 1987-92, 1996-98; Chairperson, 1989-92, and 1996-98; Secretary, 1998-present. Included development of revised curricula for transition from quarter system to semester system.
- University Academic Council, alternate for Dean, 1998-present
- University ad-hoc committee on MSU Response to Hurricane Katrina, and Hurrican Katrina Seminar Series, 2005
- University Commencement Committee, 2000-present
- University Curriculum Committee, 2002-03.
- University Teacher Education Commitee, 1998-present
- Member, Advisory Committee on Academic Credentials to Michigan Professional Engineering Board, 1987-1998.
- Curriculum consulting and outreach support for Woodcreek Science and Engineering Magnet Elementary School, Lansing Public Schools, 2003-present.

- Organizer, ASEE Associate Dean's Forum at ASEE National Convention-- 2003-06

**Thomas F. Wolff, Ph.D., P.E.**

**INVITED LECTURES AND OUTREACH**

*Performance of Relief Wells*, for Corps of Engineers' short courses on seepage control, 1978–89.

*Methods of Slope Stability Analysis*, for Corps of Engineers' short course on Computer - Aided Foundation Engineering, 1985.

*Seepage Analysis Using Computers*, INFOCORP conference, 1985.

*Geotechnical Aspects of Retaining Wall Design*, for Corps of Engineers' short courses on Structural Design Criteria and Computer-Aided Design of Retaining Walls, annually, 1986–89.

*Planning, Constructing, and Operating Cellular Cofferdams*, for North Pacific Division, Corps of Engineers, Portland, OR, 1987.

*Geotechnical Engineering*, for Professional Engineer Exam review course for Michigan Department of Transportation, 1987.

Short course on *Soil Mechanics and Foundations* for Pakistan Military College of Engineering, Rawalpindi, Pakistan, 1990 (two weeks).

*Reliability Analysis of Gravity Monolith Structures*, for Corps of Engineers Short Course on Reliability Analysis of Navigation Structures, Rock Island, IL, December 1991; Vicksburg, MS, June and July 1992; June, August, and September 1993.

*Reliability Analysis of Navigation Structures*, for Lansing-Jackson Branch, American Society of Civil Engineers, January, 1992.

*Slope Stability Using Microcomputers*. Regional Seminar for the Association of State Dam Safety Officials (ASDSO), Lansing, MI, June 22-23, 1992

*Probabilistic Methods in Engineering Analysis and Design*, for St. Louis District, U.S. Army Corps of Engineers, August 4-8, 1992

*Numerical Techniques for Seepage Analysis*, for Corps of Engineers' short course in Design, Installation and Maintenance of Relief Well Systems, Columbus, OH, September, 1993.

*Aspectos Hidrogeologicos en la Investigacion de Presas* (a course on seepage analysis of dams), with M.E. Harr and W. Sherman, for Instituto Costarricense de Electricidad (Costa Rican Electric Institute), November 28 – December 2, 1994, San Jose, Costa Rica

*Probabilistic Methods in Engineering Analysis and Design*, short course for Jacksonville District, U.S. Army Corps of Engineers, March 6-10, 1995.

*Probabilistic Stability Analysis in Theory and Practice*, Michigan Dam Safety Workshop, sponsored by Michigan Department of Environmental Quality, May, 1996.

*Probabilistic Methods in Geotechnical Engineering:Some Comments on the Art and Practice*, at *Use of Probability for Geotechnical Aspects of Dams and Waterways*, workshop at Virginia Tech, March 20, 1997.

*Segregation Evaluation of Bituminous Pavements*, to Michigan Department of Transportation Resident Engineers Conference, March, 1997.

*Case Histories of Geotechnical Reliability Analysis*, for short course at U.S. Army Engineer Waterways Experiment Station, May 1998.

*Slope Stability Analysis*, to Michigan Department of Environmental Quality, July 1998.

*Workshop on Risk Assessment for Seepage and Piping in Dams and Foundations*, invited panelist, Virginia Tech for U.S. Army Corps of Engineers, March 2000.

*Experience with Engineering Criteria 2000*, to Forum on Lower Division Engineering Education, NSF-sponsored workshop at State University of New York -- Binghamton, NY, August 24-25, 2000.

*Reliability Analysis for Dams and Levees*, to Grand Rapids Branch, Michigan Section, ASCE, Sep 2002.

*Civil Engineering Senior Seminar,* University of Missouri - Rolla, October 30, 2003

*Engineering Today and Tomorrow, ... at MSU, in Michigan and Beyond,* MSPE-ASCE joint annual meeting, Feb 2004.

*MSU Preparataion for ABET Accreditation*, for University of Michigan, College of Engneering, Dec 2004 and Jan 2005.

*The Challenges of a Large Study Abroad Program: Taking MSU to Russia,* ASEE Engineering Deans' Institute, Tucson, AZ, Apr 05.

*Levee Engineering* at *"A City at the End of the River,"* MSU forum on Hurricane Katrina, October 2005.

*New Orleans Levees in Hurricane Katrina,* to

- ASCE. MSU student chapter, Nov 15, 2005
- ASCE Lansing-Jackson branch, Jan 19, 2006
- MSU EGR 150, "Engineers and the Engineering Profession," Jan 31, 2006
- MSU Engineering faculty brown bag seminar, Feb 14, 2006
- ASCE, Detroit branch student night, Feb 21, 2006
- McMaster's University, College of Engineering, Hamilton, ON, March 9, 2006
- SWE, MSU student chapter, March 22, 2006
- Purdue Geotechnical Society, West Lafayette, IN Mar 31, 2006

*Media Interviews regarding Hurricane Katrina* to New York Times, Christian Science Monitor, MSU State News, New Orleans Times-Picayune, NPR, Fox News Network (national television live) WJR radio (Detroit, live) WWL radio (New Orleans, two call-in shows), Impact radio (campus, live), and other outlets, Fall 2005.

*Research Needs in Disaster Engineering: Hurricane Protection,* ASCE Annual Department Chairpersons Meeting, presentation and panel, Mar 6, 2006

*Engineers Helping Society Address Risk,* ASFE Annual Meeting, Chicago, IL, Oct 7, 2006

**Thomas F. Wolff, Ph.D., P.E.**

## PUBLICATIONS - BOOKS

Wolff, T. F. (1995), *Spreadsheet Applications in Geotechnical Engineering*, PWS-Kent, Boston, 1995

## PUBLICATIONS - BOOK CHAPTERS

Wolff, T. F.(1994), "Soil Mechanics," and "Foundations and Retaining Structures," in *Principles and Practice of Civil Engineering—PE Exam Review Manual,* Merle Potter, ed., Great Lakes Press, 1994, 1996.

Wolff, T. F.(1995, 2002), "Soil Relationships and Classification," in *The Civil Engineering Handbook,* CRC Press, Inc., 1995. Second edition, 2002.

Wolff, T. F.(1996), "Geotechnical Engineering," in *Fundamentals of Engineering, Discipline-Specific FE/EIT Exam Review*, Merle Potter, ed., Great Lakes Press, 1996 Nine editions through 2000.

Wolff, T.F. (2007), "Applications of Reliability Analysis to Levees," in *Reliability-Based Design in Geotechnical Engineering*, K.K. Phoon, ed., Spon Press (in preparation).

## PUBLICATIONS - SPECIAL REPORTS

Seed, R.B., Nicholson, P.G., … Wolff, T.F., (22 authors) (2005), *Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005.* Joint report of teams from ASCE and the University of California Berkeley. Berkeley report No. UCB/CITRIS – 05/01, November 17, 2005. Report was submitted to the U.S. Senate Committee on Homeland Security and Committee on Environment and Public Works.

## PUBLICATIONS - PERIODICALS

Crum, J. R., Wolff, T.F., and Rogers, J.N. III (2004), "Agronomic and Engineering Properties of USGA Putting Greens, USGA Green Section Record, Vol. 42, No. 2, March-April 2004, pp. 11-14. http://www.usga.org/turf/green_section_record/2004/march_april/agronomic.html  Also in USGA's Turfgrass and Environmental Research Online, http://usgatero.msu.edu, article http://turf.lib.msu.edu/tero/v02/n15.pdf

## PUBLICATIONS - JOURNALS

Klostermann, M.J., Wolff, T.F., and Jahren, N.G. (1982), "Quantitative Relationship of Grouting to the Reduction of Groundwater Flow through Rock Foundations," *Bulletin of the Association of Engineering Geologists*, Vol. XIX, No. 1, 1982, pp. 15-24.

Wolff, T. F., (1991), "Embankment Reliability versus Factor of Safety: Before and After Slide Repair," *International Journal for Numerical and Analytical Methods in Geomechanics*, Volume 15, Issue No.1, January 1991.

Wolff, T. F., (1993), "Probabilistic Assessment of Pile Interference," *Journal of Geotechnical Engineering,* ASCE, Vol. 119, No. 3, March 1993, pp. 525-542.

Gabr, M.A., Wolff, T.F., Brizendine, A. L., and Taylor, H.M. (1996) "Underseepage Analysis of Levees on Two-Layer and Three-Layer Foundation," *Computers and Geotechnics*, Vol. 18, No. 2, pp. 88-107, 1996.

Hassan, A. M., and Wolff, T.F., (1999), "Search Algorithm for Minimum Reliability Index of Slopes," *Journal of Geotechnical and Geoenvironmental Engineering, ASCE,* Vol. 124, No. 4, April 1999, pp. 301-308.

Buch, N., and Wolff, T.F. (2000), "Classroom Teaching through Inquiry," *ASCE Journal of Professional Issues in Engineering* ,July, 2000.

Henderson, J.J., Crum, J.R., Wolff, T.F., and Rogers, J.N. III (accepted for publication) Effects of Silt and Clay on the Agronomic and Engineering Properties of a Sand Textured Root Zone Material. Subimtted to *Crop Science.*

Henderson, J.J. Crum, J.R., Wolff, T.F., and Rogers, III, J.N.. (2005) "Effects of Particle Size Distribution and Water Content at Compaction on Saturated Hydraulic Conductivity and Strength of High Sand Content Root Zone Materials. *Soil Science,* 170(5):315-324, May 2005

## PUBLICATIONS - JOURNAL DISCUSSIONS

Wolff, T. F., and Conroy, P. J., (1992), discussion of "Improved Design Procedures for Vertically Loaded H-Piles in Sand," by H.M. Coyle and R. Ungaro, *Journal of Geotechnical Engineering*, ASCE, Vol 118, No. 7, July 1992.

Duncan, M.J., Navin, M., and Wolff, T.F. (2003) discussion of "Probabilistic Slope Stability for Practice," by H. El-Ramly, N.R. Morgenstern and D.M. Cruden, Canadian Geotechnical Journal, vol. 39, pp. 665-683, 2002. http://article.pubs.nrc-cnrc.gc.ca/ppv/RPViewDoc? _handler_=HandleInitialGet&journal=cgj&volume=40&calyLang=eng&articleFile=t03-030.pdf

## PUBLICATIONS - CONFERENCES

Wolff, T. F., and Harr, M.E., (1987), "Slope Design for Earth Dams," in *Reliability and Risk Analysis in Civil Engineering 2*, Proceedings of the Fifth International Conference on Applications of Statistics and Probability in Soil and Structural Engineering, Vancouver, BC, Canada, May, 1987, pp. 725 - 732 (refereed).

Wolff, T. F., Hempen, G. L., Dirnberger, M. M., and Moore, B. H., (1988), "Probabilistic Analysis of Earthquake-Induced Pool Release," *Second International Conference on Case Histories in Geotechnical Engineering*, University of Missouri - Rolla, June 1988, pp. 787-794. (refereed)

Wolff, T. F. (1989), "Geotechnical Judgment in Foundation Design," in *Foundation Engineering: Current Principles and Practices*, Proceedings of the 1989 ASCE Foundation Engineering Congress, Evanston, IL, June, 1989, F.H. Kulhawy, ed., pp. 903-917. (refereed)

Wolff, T. F. (1989), "Pile Capacity Prediction Using Parameter Functions," in *Predicted and Observed Axial Behavior of Piles, Results of a Pile Prediction Symposium* sponsored by the Geotechnical Engineering Division, ASCE, Evanston, IL, June, 1989, ASCE Geotechnical Special Publication No. 23, pp. 96 - 106.

Wolff, T.F., and Lamroux, R. L. (1989), "Microcomputer Simulation and Animation of the Consolidation Test,"

*Proceedings, 7th National Conference on Microcomputers in Civil Engineering,* W. E. Carroll and D.S. Leftwich, eds., University of Central Florida, Orlando, FL, November, 1989, pp. 102-105.

Wolff, T.F., and Tipton, R.W. (1989), "Spreadsheet Design of Anchored Sheetpiles," *Proceedings, 7th National Conference on Microcomputers in Civil Engineering*, W. E. Carroll and D.S. Leftwich, eds., University of Central Florida, Orlando, FL, November, 1989, pp. 78-82.

Wolff, T. F., (1990), "Spreadsheets in Geotechnical Engineering," in *Proceedings of ASCE 1990 National Forum on Education and Continuing Development for the Civil Engineer*, Las Vegas, NV, April, 1990

Wolff, T. F., and Wang, W. (1993), "Reliability Analysis of Navigation Structures," in *Geotechnical Practice in Dam Rehabilitation,* Proceedings of the specialty conference sponsored by the Geotechnical Engineering Division, ASCE, North Carolina State University, Raleigh, North Carolina, April 25-28, 1993, ASCE Geotechnical Specialty Publication No. 35, pp. 159-173.

Dias, M. S., Pierce, F. J., and Wolff, T. F., (1993), "Soil Compressibility of Three Glacial Soils Relative to Tillage System and Wheel Traffic," Annual Meetings, American Society of Agronomy - Crop Science Society of America - Soil Science Society of America, Cincinnati, OH, November 7-12, 1993

AbMalik, R., and Wolff, T. F., (1994), "Correlation of Safety Measures from Deterministic and Reliability-Based Approaches for Pile Foundation Design," DFI - 94, Fifth International Conference of the Deep Foundations Institute, Brussels, Belgium, June 13-15, 1994.

Wolff, T. F., and AbMalik, R. B., (1994), "Pile Foundation Design: Correlation of Safety Measures from Deterministic and Reliability-Based Approaches Using Spreadsheet Program, *First Congress on Computing in Civil Engineering*, ASCE, Washington, D.C., June 20-22, 1994.

Wolff, T. F. (1996), "Probabilistic Slope Stability in Theory and Practice," in *Uncertainty in the Geologic Environment: From Theory to Practice*, Proceedings of Uncertainty '96, ASCE Geotechnical Special Publication No. 58, C.D. Shackelford, P. P. Nelson, and M.J.S. Roth, eds., pp. 419-433 (invited paper, refereed).

Wolff, T. F., Demsky, E.C., Schauer, J., and Perry, E. (1996), "Reliability Assessment of Dike and Levee Embankments, in *Uncertainty in the Geologic Environment: From Theory to Practice*, Proceedings of Uncertainty '96, ASCE Geotechnical Special Publication No. 58, C.D. Shackelford, P. P. Nelson, and M.J.S. Roth, eds., pp. 636-650 (refereed).

Abeer, N. and Wolff, T. F., (1997), "Development of Knowledge-Based System for the Preliminary Design of Cantilever Retaining Walls," XIV International Conference on Soil Mechanics and Foundation Engineering, Hamburg, Germany, 1997.

Abeer, N. and Wolff, T. F., (1997), "Effect of Earth Pressure Assumptions on the Design of Cantilever Retaining Walls," 37th Annual Convention, the Institution of Engineers, Pakistan, Lahore, April 1997.

Wolff, T.F. (1997), Geotechnical Reliability of Levees, paper 6, Hydrology and Hydraulics Workshop on Risk-Based Analysis for Flood Damage Reduction Studies, U.S. Army Corps of Engineers, Hydrologic Engineering Center,

Crum, J. R., Wolff, T. F., Freeborn, R. A., and Miller, M. (1997), " Engineering Properties of High Sand Content Soils Used in Golf Putting Greens and Sports Fields*," 67th Annual Michigan Turfgrass Conference Proceedings*, Volume 26, January 20-24, 1997, Lansing, MI, Michigan State University Extension, pp. 73-82.

Hassan, A.M., and Wolff, T.F. (2000), "Effect of Deterministic and Probabilistic Models on Slope Reliability," *GeoDenver 2000*, ASCE, Denver, CO, August 2000. (referreed).

Henderson, J.J., Crum, J.R., Wolff, T. F., and Rogers, J.N. (2000). "The Effects of Adding Silt and Clay on the Agronomic and Engineering Properties of a Sand Textured Root Zone Material," *70th Annual Michigan Turfgrass Conference Proceedings,* vol 29, pp. 164-167.

Chang, C.-M., Baladi, G. Y., and Wolff, T.F. (2001), "Using Pavement Distress Data to Assess the Impact of Construction on Pavement Performance," *Transportation Research Record, Journal of the Transportation Research Board*, No. 1761, pp. 15-25. Also presented at, and in proceedings of, 80th Transportation Research Board Annual Meeting, Washington, D.C., January 2001. (referreed).

Zmich, R., and Wolff, T. F. (2001) "The ROSES Program at Michigan State University: History and Assessment," American Society for Engineering Education, Annual Meeting, Albuquerque, NM, June 2001. (referreed).

Henderson, J.J., Crum, J.R., Wolff, T. F., and Rogers, J.N. (2001). "Athletic Field Root Zone Mixes: What's the Best Mix for Your Field?" *71st Annual Michigan Turfgrass Conference Proceedings,* vol 30, pp. 96-99. http://www.lib.msu.edu/turf/mtc2001/96.pdf

Chang, C.-M., Baladi, G. Y., and Wolff, T.F. (2002), "Detecting Segregation in Bituminous Pavements and Relating its Effects to Conditon," *79th Transportation Research Board Annual Meeting*, Washington, D.C., January 2000. (referreed).

Henderson, J.J., Crum, J.R., Wolff, T. F., and Rogers, J.N. (2002). "Athletic Field Systems Study," *72nd Annual Michigan Turfgrass Conference Proceedings,* vol 31, pp. 14-17. http://www.lib.msu.edu/tic/mtc2002/2002mtcproc.pdf

Henderson, J.J., Crum, J.R., Wolff, T. F., and Rogers, J.N. (2003). "Athletic Field Systems Research," *73rd Annual Michigan Turfgrass Conference Proceedings,* vol 32, pp. 158-161.


## CONFERENCE PRESENTATIONS

Wolff, T.F. (1998), "Modeling Real World Design, *American Concrete Institute National Convention*, Session on "Bring Your Course to Life, Los Angeles, CA, October 1998.

Wolff, T. F. (1999), "Preparation for EC 2000," *American Society for Engineering Education National Conference*, Associate Deans Workshop, Charlotte, NC, June 20-22, 1999.

Chang, C.-M., Wolff, T.F., and Baladi, G.Y. (2000) "Detecting and Quantifying Segregation in Bituminous Pavements and Relating its Effect to Condition," *79th Transportation Research Board Annual Meeting*, Washington, D.C., January 9-13, 2000.

Wolff, T.F. (2000), "Enrollment Management in a Limited Enrollment Program," *American Society for Engineering Education National Conference*, Associate Deans Workshop, St. Louis, MO, June 2000.

Panel Presentation, "Experiences with EC 2000, Big Ten Plus Associate Deans," *American Society for Engineering Education National Conference*, Associate Deans Workshop, St. Louis, MO, June 2000.

Henderson, J.J., Crum, J.R., Wolff, T. F., Rogers, J.N. III (2001), "The Effects of Adding Silt and Clay on the Agronomic and Engineering Properties of a Sand," *2001 Annual Meeting, American Society of Agronomy, Crop Science Society of America, Soil Science Society of America,* Charlotte, NC, October 2001.

## REPORTS

U.S. Army Engineer District, St. Louis (USAEDSTL), (1976), "Re-Evaluation of Underseepage Controls, Mississippi River Levees, Alton to Gale, IL, Phase I: Performance of Underseepage Controls During the 1973 Flood."

Pace, M.E., Mosher, R., Williams, D. R., and Wolff, T. F. (1984), "Seepage Analysis of Confined Flow Problems by the Method of Fragments." *Instructional Report No. K-84-8*, U.S. Army Engineer Waterways Experiment Station, Vicksburg, Mississippi, September, 1984

Wolff, T. F., (1987), "Levee Underseepage Analysis for Special Foundation Conditions," research report prepared for U. S. Army Engineer Waterways Experiment Station, Geotechnical Laboratory. Michigan State University, Division of Engineering Research, September, 1987.

Wolff, T. F., (1988), "Lecture Notes on Retaining Wall Design–Geotechnical Aspects," prepared for Structural Design Criteria Course, U.S. Army Engineer Waterways Experiment Station, 19-23 May 1986; revised June 1988.

Wolff, T. F., (1988), "Geotechnical Judgment in Foundation Design," Department of Civil Engineering and Division of Engineering Research, Michigan State University, East Lansing, MI, 48824, May 1988.

Wolff, T. F., (1989), "LEVEEMSU: A Software Package Designed for Levee Underseepage Analysis," research report prepared for U.S. Army Engineer Waterways Experiment Station, Geotechnical Laboratory, May 1989.

Wolff, T. F., (1989), "Finite Element Verification of Underseepage Analysis Software," research report prepared for U.S. Army Engineer Waterways Experiment Station, Geotechnical Laboratory, Vicksburg, MS, September, 1989.

Wolff, T. F. (1989), "Levee Underseepage Analysis for Special Foundation Conditions," *Technical Report REMR-GT-11*, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS, September, 1989, 91 pp.

Wolff, T. F. (1989), "LEVEEMSU: A Software Package Designed for Levee Underseepage Analysis," *Technical Report GL-89-13*, U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS, September, 1989, 74 pp.

Wolff, T. F., (1990), "PILINT: A Software Package Designed for Pile Interference Analysis," prepared for U.S. Army Engineer Waterways Experiment Station, Information Technology Laboratory, Vicksburg, MS, April, 1990. (currently in publication by Corps).

Wolff, T. F., and Soehnlen, G., (1991), "Seepage Analysis of Levees on Three-Layer Irregular Foundations," prepared for Geotechnical Laboratory, U.S. Army Engineer Waterways Experiment Station, August, 1991.

Wolff, T. F., (1991), "Modeling Relief Wells in Program LEVEEMSU," prepared for Geotechnical Laboratory, U.S. Army Engineer Waterways Experiment Station, October, 1991.

Wolff, T. F., and Wang, W., (1992), "Engineering Reliability of Navigation Structures," research report, Michigan State University, for U.S. Army Corps of Engineers, January 1992.

U.S. Army Corps of Engineers, (1992), "Pile Layout to Minimize Interference," Engineer Technical Letter ETL 1110-8-17(FR), Department of the Army, US Army Corps of Engineers, Washington, DC, 20314-1000.

Wolff, T. F., (1992), "Recommended Procedures for Reliability Analyses: Locks and Dam No. 25," prepared for Geotechnical Branch, St. Louis District, U.S. Army Corps of Engineers, February, 1992.

Wolff, T. F., (1992) "Slope Stability Analysis Using Microcomputers," course notes for ASDSO short course, Lansing, MI, June 1992.

Wolff, T. F., (1993), "Report on Probabilistic Models for Lock and Dam No. 24," prepared for Geotechnical Branch, St. Louis District, U.S. Army Corps of Engineers, January, 1993.

Shannon and Wilson, Inc., and Thomas F. Wolff, Ph.D., P.E., (1994), "Probability Models for Geotechnical Aspects of Navigation Structures," prepared for St. Louis District, U.S. Army Corps of Engineers, in connection with the Upper Mississippi River Study, January, 1994.

Wolff, T. F., and Ramon, C., (1994), "CPGP2: A New Program for Pile Interference Assessment," prepared for U.S. Army Engineer Waterways Experiment Station, Information Technology Laboratory, Vicksburg, MS, June 1994.

Wolff, T. F., (1994), "Evaluating the Reliability of Existing Levees," prepared for U.S. Army Engineer Waterways Experiment Station, Geotechnical Laboratory, Vicksburg, MS, September 1994. This is also Appendix B to U.S. Army Corps of Engineers ETL 1110-2-556, Risk-Based Analysis in Geotechnical Engineering for Support of Planning Studies, 28 May 1999.

Wolff, T. F. (1996) "Application of Time-Based Reliability Analysis to Corps of Engineers' Geotechnical Engineering Problems," report prepared for St. Louis District, U.S. Army Corps of Engineers, under subcontract to Shannon and Wilson, Inc., St. Louis, MO, November 1996.

Wolff, T. F. (1996) "Application of Spatial Averaging and Spatial Correlation to Corps of Engineers' Geotechnical Engineering Problems," report prepared for St. Louis District, U.S. Army Corps of Engineers, under subcontract to Shannon and Wilson, Inc., St. Louis, MO, December 1996.

Wolff, T. F., Baladi, G. Y., and Chang, C.-M. (1997), "Test Method to Determine the Existence of Segregation in Bituminous Mixtures," for Michigan Department of Transportation, MSU Pavement Research Center of Excellence report, September 1997.

Wolff, T. F. (1998), "Assessment of Geotechnical Reliability," report prepared for St. Louis District, U.S. Army Corps of Engineers, under subcontract to URS-Greiner Woodward-Clyde Consultants, St. Louis, MO, September 1998.

U.S. Army Corps of Engineers, (1999) ETL 1110-2-556, Risk-Based Analysis in Geotechnical Engineering for Support of Planning Studies, 28 May, 1999, with two appendices. Appendix A, An Overview of Probabilistic Analysis for Geotechnical Engineering Problems. Appendix B: Evaluating the Reliability of Existing Levees.

Wolff, T. F., Baladi, G. Y., and Chang, C.-M. (2000), "Detecting and Quantifying Segregation in Bituminous Mixtures and Relating its Effect to Condition," for Michigan Department of Transportation, MSU Pavement Research Center of Excellence report, March 2000.

Wolff, T. F., (2002), "Design and Performance of Underseepage Controls: A Critical Review, " U.S. Army Corps of Engineers, Engineer Research and Development Center, Vicksburg, MS, report ERDC/GSL TR-02-19. Originally written in 1986, formally published in September, 2002.

Wolff, T. F., Hassan, A., Khan, R., Ur-Rasul, I., and Miller, M. (2004), "Geotechnical Reliability of Dam and Levee Embankments," Report ERDC/GSL CR-04-1, U.S. Army Engineer Research and Development Center, Vicksburg, MS, September 2004. (Originally written in 1995, but unpublished.)

Thomas F. Wolff, Ph.D., P.E.

## PROFESSIONAL SERVICE AND CONSULTING ACTIVITIES

## PROFESSIONAL SERVICE

Member, ASCE Committee on Geotechnical Reliability

Session Chair, ASCE Geo-Denver conference, February 2007.

**ASCE Levee Assessment Team.** In October, 2005, spent one week in New Orleans with ASCE, an NSF-sponsored team, and a Corps of Engineers' team preparing a preliminary assessment of levee performance and failures. 22 person team provided a preliminary report which was furnished to the U.S. Senate Committee on Homeland Security on November 1, 2005 (see publications page)

## REVIEWS

**I have provided paper and book reviews for**

- ASCE Journal of Geotechnical adn Geoenvironmental Engineering
- ASCE Journal of Transportation Engineering
- ASEE Journal of Engineering Education
- John Wiley and Sons
- Prentice Hall

## CONSULTING - CLIENTS AND SERVICES

**John Berlin**, Attorney, Cadillac, MI. Expert witness regarding groundwater rise and basement flooding due to ditch construction, 1992–1993.

**Chesterfield-Monarch Levee District, St. Louis, MO,** policy and criteria review regarding seepage berms design, 2001

**Consumer's Energy Company**, Jackson, MI. Design review of subdrainage system for power plant ash pond extension, 1993.

**E. Czuprynski**, Attorney, Bay City, MI. Expert witness on drowning below hydropower dam, 1989-92.

**A. B. Dalimonte**, Attorney, Lansing, MI. Expert witness on foundation performance of mobile home, 1989.

**Fraser, Trebilcock, Davis and Foster, P.C.,** Ron Pentecost, Attorney, Expert advice on lawsuits regarding excessive settlement of foundations, 1993.

**G2 Consulting Group, Troy, MI.** Advice on design of riverfront retaining structures, 2002.

**Geotechnology, Inc.**, St. Louis, MO.

- Performance analysis of dewatering system, Melvin Price Lock and Dam, for U. S. Army Engineer District, St. Louis, 1986–87.
- Investigation of dewatering system performance and cofferdam slope failure, Melvin Price Lock and Dam, for U.S. Army Engineer District, St. Louis, 1988.
- Independent peer review and value engineering study for design of Mozingo Creek Dam, Maryville, MO, a 70 ft high USDA Soil Conservation Service dam on soft alluvium, 1990.

**Knaggs, Harter, King, and O'Malley**, Clifford Knaggs, Attorney,, Lansing, MI. Expert witness for lawsuit regarding method of payment for hauling hazardous waste contaminated soil, 1994.

**David Landry**, Attorney, Farmington MI. Expert witness on drowning below hydropower dam, 1993.

**Dr. G. A. Leonards**, West Lafayette, IN. Assisted in analysis of hotel collapse during earthquake, Loutraki, Greece, 1982

**Timothy Mrozowski**, Architect, East Lansing, MI. Preliminary foundation requirements for office building on peat, 1988–89.

**NTH Consultants**, Farmington Hills, MI. Advice on application of probabilistic methods for evaluating waste containment alternatives, 1987.

**New Horizons, Inc**., Jackson, MI. Advice on slope stability analysis for ash ponds, 1992

**Ruman, Clements, Tobin and Holub, P.C**., David Holub, Attorney, Hammond, IN. Expert witness on flooding due to breaching of embankment, Little Calumet River, Highland IN, 1995.

**Smith, Haughey, Rice and Roegge,** Jennifer Jordan, Attorney,   Grand Rapids, MI. Expert witness for lawsuit involving soil and drainage conditions near residence, 1997.

**Shannon and Wilson, Inc**., St. Louis, MO.

- Comprehensive study and report on *Probability Models for Geotechnical Aspects of Navigation Structures* prepared for St. Louis District, Corps of Engineers, 1993-94.
- Advice on interpretation of piezometer and well flow data for Mississippi River levees in 1993 flood, 1994.
- Two reports on application of probabilistic methods to geotechnical engineering problems (lifetime models and spatial correlation), prepared for St. Louis District, Corps of Engineers, 1996.
- Preparation of Engineering Circular on Geotechnical Reliability Analysis, for Office, Chief of Engineers, U.S. Army, 1997.

**Sinas, Dramis, Brake, Boughton, McIntyre, and Reisig**, P.C, Attorneys, Lansing, MI.

- Expert witness in lawsuit regarding personal injury at dam spillway, 1995-1996
- Review of other cases regarding dams, 2001

**STS Consultants**, Lansing, MI. Advice on finite element modeling of ash pond seepage, 1993

**Kenneth Tableman**, Attorney, Lansing, MI. Expert witness in lawsuit regarding construction payment quantities, 1992.

**UAW Legal Services**, Detroit, MI. Review of settlement problem at residence, 1991

**URS Greiner – Woodward-Clyde Consultants**.

- Development of Corps of Engineers' Guidelines for Geotechnical Reliability Analysis, 1998. ETL 1110-2-556
- Board of Expert Consultants to Jacksonville District, U.S. Army Corps of Engineers, for Review of Seepage Stability of Herbert Hoover Dike, 1998.

**U.S. Army Corps of Engineers,** member of expert panel for *Workshop on Risk Assessment for Seepage and Piping in Dams and Foundations* at Virginia Tech, March, 2000

**U.S. Army Corps of Engineers, Interagency Project Review Team (IPET),** internal review of draft report on Hurricane Katrina and New Orleans Levee Failures, 2006.

**U.S. Army Corps of Engineers, Jacksonville District**. Application of reliability analysis to Herbert Hoover Dike, Lake Okechobee, FL, 1994 - 1997, several contracts.

**U.S. Army Corps of Engineers, Mobile District.** Application of reliability analysis for Major Rehabilitation Report for Walter F. George Dam, Georgia, 1996-97.

**U.S. Army Corps of Engineers, New England Division.** Consulting and report review for Reliability Analysis of Hodges Village Dam, Massachusetts, 1995.

**U.S. Army Corps of Engineers, Sacramento District.** Independent Technical Reviewer for expert panel regarding seepage control and berm criteria for California levees, 2003.

**U.S. Army Corps of Engineers, St. Louis District**.

- Preparation of technical report, expert testimony, and review of post-trial briefs for $4 million dollar claim regarding construction dewatering at Melvin Price Lock and Dam, 1989-90).
- Application of reliability analysis to Lock and Dam No. 25, Mississippi River, Winfield, MO, 1992.
- Application of reliability analysis to Lock and Dam No. 24, Mississippi River, Clarksville, MO, 1993
- Review of Draft Appendix Engineering Circular (Reliability Analysis), 2002-03
- Review of methodology for Reliability Analysis, 2003-05.

**U.S. Army Engineer Waterways Experiment Station**, Geotechnical Laboratory, Vicksburg, MS.

- Panel member for development of expert system on seepage control for dams, assisting Agapito and Associates, 1987.
- Extension of computer program LEVEEMSU for analysis of three-layer foundation systems, for Geotechnical Laboratory, 1991.
- Recommendations for improved numerical modeling of relief wells, 1991.
- Member of expert panel (with M.E. Harr and J.M. Duncan) to review geotechnical time-reliability model for Upper Mississippi River Navigation Planning Study, 1995
- Lecture at Levee Reliability Workshop, 2001

**Kurt D. Yockey**, Attorney, Detroit, MI. Review of lawsuit involving trench cave-in, June 1992.

# CURRICULUM VITA

Dr. Douglas C. Woolley

<u>Home Address</u>
P.O. Box 448
Newbern, VA 24126

<u>Phone Number</u>
540-239 0592

<u>Email Address</u>
dwoolley@radford.edu

## Academic Degrees:

Ph.D., University of Connecticut, Economics, 1976
M.A., University of Connecticut, Economics, 1972
B.A., University of Connecticut, Economics, 1968

## Academic Experience:

Professor of Economics, Radford University, 1975-2005. (Retired)

Director of the Center for Economic Education, Radford University, 1980-2005.

## Consulting Experience:

| | |
|---|---|
| 2005 | Arlington National Cemetery. ANC Monument Study for Congress. |
| 2000 | Arlington National Cemetery.  Review of FY 2002 Capital Plan. |
| 1999-00 | Arlington National Cemetery. Capital Plan and Project Evaluation Criteria. |
| 1999, June | Nature Conservancy. Protection of rainforest in Bolivia and Argentina. Site work in Bolivia. |
| 1999, April/May | Arlington National Cemetery. Review of Master Plan for U.S. Congress. |
| 1997, Spring/ Summer | Office of the Assistant Secretary of the Army (Civil Works). Master Plan for Arlington National Cemetery. Demographic analysis and estimate of future burials at the cemetery to the year 2030. Long-range capital budget strategy. |

| 1984-95 | Special Services Contract with the Office of the Assistant Secretary of the Army for Civil Works, Washington, DC – Review and analysis of planning documents, etc. |
|---|---|

## Non-Academic Employment:

| 1983-84 | Scientific Advisor to the Assistant Secretary of the Army for Civil Works (Intergovernmental Personnel Act Appointment) |
|---|---|
| 2006-07 | Consultant, Institute for Water Resources (USACE) |

## Selected Honors and Recognitions:

National Research Council – Water Science and Technology Board Certificate of Appreciation for Outstanding Service; Member of the Committee to Assess the U.S. Army Corps of Engineers – Water Resource Project Planning Procedures, January 1, 1997-January 31, 1999.

## Selected Intellectual Contributions:

"Decision-Making Chronology for the Lake Pontchartrain & Vicinity Hurricane Protection Project," *Institute for Water Resources of the U.S. Army Corps of Engineers,* Washington, DC, June 2007.

"A Risk Case History: Decisions on the Hurricane Protection System in New Orleans Prior to Katrina," *ASME,* Chicago, Illinois, November, 2006.

"Estimating the Benefits of Watershed Management to Private Dam Owners: The Case of the Rio Bermejo," (with G. Santopietro), EcoSummit 2000, Halifax, Nova Scotia, June 2000.

"New Directions in Water Resources Planning for the U.S. Army Corps of Engineers," (with Moreau, Bosselman, Carson, Clark, Eisel, Gardner, Gorini, Hunt, Krone, Riley, Sparks, Steinberg), *National Academy Press*, Washington, DC, 1999.

"Timing Issues Related to the Planning of Public Projects with Environmental Enhancement Benefits," *Missouri Valley Economic Association*, Memphis, TN, February 24-27, 1999.

"Making a Case for the Bureaucracy," *Midsouth Academy of Economics and Finance,* Nashville, TN; February 1994.

"Establishing the Base Condition for Cost Effectiveness - A Case Study," *Society of Cost Estimating and Analysis*, Washington, DC; July 1992 (not presented)

"Economic Benefits of Federal Flood Control - A Retrospective Look," (with L. Shabman), *American Society of Civil Engineers*, Kansas City, MO; March 1987.

"Flood Damages:  An Economic and Historical Perspective," *Proceedings of Association of State Flood Plain Managers*, June 1986.

"The Consequences of Risk Aversion within the Bureaucracy - A Case Study," *Midsouth Academy of Economics and Finance*, Memphis, TN; February 1986.

"Benefit-Cost Analysis and Planning Strategies to Deal with the Long-Term Problems Created by the Eruption of Mount Saint Helens," *Southern Regional Science Association*, Washington, DC; May 1985.

"Cost Sharing Policy and the Provisions of Quasi-Public Goods, Some Recent Developments," *Midsouth Academy of Economists*, Shreveport, LA; February 1985.

"The Relationship Between Economic Analysis and Project Financing, From Theory to Policy - Recreation*," The U.S. Army Corps of Engineers - Economic and Social Analysis Advanced Course,* Chicago, IL; July 1984.

"Cost Sharing Initiatives and Regulatory Reform of the U.S. Army Corps of Engineers Under the Reagan Administration," *Virginia Social Science Association*, Charlottesville, VA; March 1984.

David B. Zilkoski
Director, National Geodetic Survey
National Ocean Service, NOAA
Silver Spring, Maryland  20910

BIOGRAPHICAL SKETCH

David B. Zilkoski received a B.S. degree in Forest Engineering from the College of Environmental Science and Forestry at Syracuse University in 1974 and a M.S. degree in geodetic science from The Ohio State University in 1979.  He has been employed by National Oceanic and Atmospheric Administration (NOAA) since 1974.  From 1974 to 1981, as a member of the NOAA's National Geodetic Survey (NGS) Horizontal Network Branch, he participated in the new adjustment of the North American Datum.  In 1981, he transferred to the Vertical Network Branch and served as Chief, Vertical Analysis Section and Project Manager, New Adjustment of the North American Vertical Datum.  In February 1998, he was named Chief of Geosciences Research Division (GRD); in February 2000, he was selected as Deputy Director of NGS; and in February 2006, he was selected as Director, National Geodetic Survey.

Under the auspices of the Federal Geodetic Control Subcommittee, he evaluated new leveling instrumentation, e.g., electronic digital bar code leveling systems.  Based on instrument testing, he developed and verified new specifications and procedures to estimate classically derived, as well as GPS derived, orthometric heights.  Under his leadership, NGS has the developed and transferred new positioning technologies such as the Shallow Water Positioning System (SWaPS) for monitoring underwater features, GPS-equipped buoys, the incorporation of geodetic data and procedures into restoration projects for determining accurate elevation models, and the use of new geodetic and remote sensing technology such as GPS, LIDAR, and IFSAR to generate shoreline and other coastal information for managers.

He has authored a number of publications on coastal subsidence, surveying, and vertical datums including a chapter in *The DEM Users Manual* (2001, The American Society for Photogrammetry and Remote Sensing, Bethesda, MD, (David F. Maune, ed.).  He is also a guest lecturer at the University of California at Riverside.  Mr. Zilkoski is Chair of the MTS Marine Geodetic Information System Committee, Chair of the Federal Geodetic Control Subcommittee, a past President of the American Association for Geodetic Surveying, a member of the American Geophysical Union, Maryland Society of Surveyors, and a fellow of the American Congress on Surveying and Mapping and the International Association of Geodesy.

August 2007
David B. Zilkoski
301-713-3222 x 141
Dave.Zilkoski@noaa.gov