PROFILE

# Mike Flores, P.E.
President & Principal / Civil Engineer

GCR & ASSOCIATES, INC.
2021 LAKESHORE DRIVE,
SUITE 500
NEW ORLEANS, LA 70122
504-304-2500
504-304-2525 – FAX
mflores@gcrconsulting.com

## PROFILE

Mr. Flores serves as GCR's President and offers more than thirty years experience in all facets of civil engineering and land surveying. He is responsible for directing the completion of all engineering projects of GCR & Associates, Inc., which includes surveying, engineering design, traffic evaluation, roadway intersection signalization, construction and permanent roadway signage, supervision of construction and master planning, and noise contour analysis. In addition to supervisory responsibilities, he has participated as a civil engineer on a variety of projects that include roadway and bridge design, traffic engineering, roadway signage, and intersection design.

Since the impact of Hurricane Katrina, Mr. Flores has played a lead role in GCR's recovery-related projects. Working with FEMA, the US Army Corps of Engineers, and various private contractors, he led the teams at GCR who developed information management systems to track debris collection; catalog the post-disaster housing inventory in New Orleans using GIS technology; create project management and reporting systems for the Louis Armstrong New Orleans International Airport; and manage the recovery process for each parish in Louisiana.

In addition to his vast experience in engineering and project management, Mr. Flores enjoys a reputation as an expert in the field of airport planning and design. His understanding of airport and aircraft operations led him to develop PHOTOSLOPE, a surveying process which combines terrestrial photography and standard surveying practices to document and identify obstructions to the imaginary surfaces surrounding airports, as defined by FAR Part 77. Since its introduction in 1982, PHOTOSLOPE has been approved by the Federal Aviation Administration and used to establish the status of the approach surfaces to over 2,000 runway ends in 18 states.

His active involvement in all aspects of airport planning significantly contributed to the design of the Airport Information Management System (AIMS) software known as Airport IQ. The Airport IQ software, which consolidates all airport operations information, has been accepted by the FAA for Systems Planning Funds. The Airport IQ program is presently being used or has been adopted for use by 34 state agencies to maintain information for all public use airports in their states. Additionally, the Airport IQ program has been expanded for individual airport use and today is used by many airports to maintain information on the daily activities of the airport from lease management to pavement conditions.

The Airport IQ for Windows program has been approved by the FAA for use in printing and maintenance of the Airport Master Record (FAA Form 5010-1). In 2000, Mr. Flores led the effort, under contract to the FAA, for automation of the FAA Form 5010 reporting process through the design and development of the www.5010web.com website. Today, the website is hosted and supported by GCR & Associates, under Mr. Flores' direction. The data maintained by GCR is then uploaded to the National Flight Data Center (NFDC), the official data for all public use airports in North America.

Most recently, GCR was selected by FAA to design and host a new website to be used by all FAA Part 139 Inspectors to assist in the certification of all "Certificated" airports. Mr. Flores is the Technical Director for this Certification and Compliance Management Information System (CCMIS)

---

GCR & ASSOCIATES, INC.
2021 LAKESHORE DRIVE,
SUITE 500
NEW ORLEANS, LA 70122
504-304-2500
504-304-2525 - FAX
mflores@gcrconsulting.com

**Education and Training:**
B.S., Civil
Engineering, 1969
Louisiana Tech
University
Ruston, LA

**Certifications:**
ASCE Professional Grade
- Engineer IX,
Professional Engineer
Louisiana (14132)
California (23342)
Texas (64849) Oregon
(13908)
New Mexico (10039)
Illinois (0620043007)
Mississippi (11154),
Professional Land
Surveyor: Louisiana
(4374)

**Technical Skills:**
System Designer,
Project Management,
System Support