**DAVID L. KRIEBEL, Ph.D., P.E.**
745 Buckeye Court
Millersville, MD 21108

Work: 410-293-6432                                      Home: 410-987-9896
FAX: 410-293-2219                                       Mobile: 410-703-5146
kriebel@usna.edu                                        kriebel1@comcast.net

## EXPERTISE

Coastal and Ocean Engineering, including analysis of natural hazards, ocean waves and wave statistics, wave-structure interaction, sediment transport and erosion processes, and coastal zone management.

## EDUCATION

Doctor of Philosophy, Coastal and Ocean Engineering, University of Florida, 1987
Master of Civil Engineering, University of Delaware, 1982
Bachelor of Science, Civil Engineering, Pennsylvania State University, 1980

## EXPERIENCE

**Ocean Engineering Program, United States Naval Academy, Annapolis, Maryland**
Professor, 1996-present, Associate Professor, 1992-1996, Assistant Professor, 1987-1992

> Director, Ocean Engineering Program, 2000-present, responsible for curriculum, facilities, and faculty in the ocean engineering major
>
> Director, Hydromechanics Laboratory, 1996-2002, responsible for budgeting, personnel, and facilities for major wave/towing tank facilities.
>
> Teaching in areas of: coastal engineering, ocean wave mechanics, offshore structural analysis, marine soil mechanics and foundations, marine environmental engineering, introduction to naval architecture, and ocean engineering design.
>
> Research conducted for National Science Foundation, Office of Naval Research, Naval Facilities Engineering Command, Army Corps of Engineers, US Coast Guard, and Mobil Research & Development Corporation. Representative projects include: deep water wave statistics and wave crest elevations, near-shore wave transformation, sediment transport, shoreline erosion control, wave runup on beaches, analytical and numerical methods for predicting beach profile response, wave interaction with vertical-wall breakwaters, wave and current loading on cylinders, ship-generated waves, and passing vessel effects.

**Army Corps of Engineers, Anchorage, Alaska**
Coastal/Hydraulic Engineer, 1982-1983

> Project manager for feasibility studies of deep-draft navigation and small boat harbor projects at Whittier, Hydaburg, St. Paul Island, Dillingham, False Pass, andNome. Field installation, equipment procurement, and analysis of wind and wave data for Alaska Coastal Data Collection Program.

1

**Consultant in Coastal and Ocean Engineering, 1984-present**

Part-time consultant to more than 30 clients on natural hazards, ocean waves, beach and dune erosion, sediment transport, coastal flooding, and coastal structures, including:

Developer of EDUNE numerical model for simulating beach and dune erosion associated with hurricanes and northeasters.

Advisor to Federal Highway Administration study of wave loads on bridge decks, 2007

Expert witness for case relate to revetment construction, Annapolis, MD, 2006. Prepared expert report and participated in settlement conference.

Investigation of beach response related to storm water outfall at Virginia Beach, VA, for URS Corporation, 2006

Design review for proposed floating breakwater and litigation support for Cliffside Marina, Whittier, AK, 2006

Expert witness regarding ship generated waves, Marlborough District Council, New Zealand, 2005. Prepared expert report and testified in New Zealand Environment Court.

Expert witness regarding marine stormwater outfall failure, Greeley and Hansen, Richmond, VA, 2005. Prepared expert report and gave deposition.

Investigation of tsunami impact on ports, harbors, and coastal infrastructure, American Society of Civil Engineers, Phuket, Thailand, 2005.

Investigation of coastal erosion impact of Canaveral Harbor on Brevard County beaches, for U.S. Army Corps of Engineers, 2001-2002.

Investigation of debris impact loads during floods, for American Society of Civil Engineers and the Federal Emergency Management Agency, 1999-2000.

Review of revisions to FEMA's *Coastal Construction Manual*, 1998-1999.

Development of partial safety factors for hurricane wind and floods on coastal buildings, for American Society of Civil Engineers and Federal Emergency Management Agency, 1996-1997.

Review of Beachfront Management Program for South Carolina Department of Health and Environmental Control, 1995.

Development of Northeaster Risk Index for Delaware Emergency Management Agency and Delaware Department of Natural Resources and Environmental Control, 1995.

Review of Coastal Construction Control Line for Florida Department of Environmental Protection, 1994.

Review of Barrow Beach Nourishment Project for North Slope Borough Science Advisory Board, Barrow, Alaska, 1994.

2

## AWARDS

U.S. Naval Academy, Civilian Faculty Teaching Award, 2004
Presidential Young Investigator Award, National Science Foundation, 1991-1996

## PROFESSIONAL ACTIVITIES

Registered Professional Engineer, Virginia

Board of Directors and Secretary of Coasts, oceans, Ports, and Rivers Institute of American Society of Civil Engineers, 2005-present

Board of Directors, Association of Coastal Engineers, 2004-2006

U.S. Representative, International Standards Organization (ISO) Working Group on Structural Design for Waves and Currents, 2002-2004.

Co-Chair, Assoc.of Coastal Engineers, Coastal Engineering Certification Committee, 2000-2002

U.S. Representative, International Towing Tank Conference, Committee on Environmental Modeling, 1996-2000

Editorial Board, ASCE Journal of Waterway, Port, Coastal and Ocean Engineering, 1989-1994

Member, Technical Committee on Coastal Engineering, ASCE, 1988-1994

Member, American Society of Civil Engineers
Member, American Shore and Beach Preservation Association
N.A.U.I certified SCUBA diver

## PUBLICATIONS

Kriebel, D., and Seelig, W., 2007, "Mooring Loads due to Parallel Passing Ships, ASCE Ports 2007 Conference, San Diego.

Kriebel, D., 2006, "Laboratory Tests of Mooring Loads due to Passing Vessels, Prevention First 2006 Conf., California State Lands Commission, Long Beach, Sept 2006.

Hughes. S., Kriebel, D., Winer, H., Bodgett, E. and Seabergh, W., "Laboratory Measurements of Wave Forces on Heavily Overtopped Vertical Wall," International Conf. on Coastal Engineering, San Diego, Sept 2006.

Dalrymple, R., and Kriebel, D., 2005, "The Engineering Impact of the Tsunami in Thailand," *The Bridge*, Journal of the National Academy of Engineering, Vol. 35, No. 2, Wash., D.C.

Kriebel, D. and Dalrymple, R., 2005, "The Impact of the 26 Dec 2004 Tsunami on Coastal Infrastructure in Thailand," in report by the Task Committee on Lifelines in Earthquake Engineering, EERI, American Society of Civil Engineers.

Torum, A., Goda, Y., Burcharth, H., Kortenhaus, A., and Kriebel, D., 2005, "Wave and Current Forces," Report of Working Group, International Standards Organization.

3

Kriebel, D., 2005, "An Empirical Model for Ship Generated Waves," Waves 2005 Conference, Madrid, submitted.

Kriebel, D., 2005, "A Design Method for Timber Wave Screens," Proc. 29th Intl. Conf. on Coastal Engineering, Lisbon, in press

Kriebel, D., 2004, "Design Guidelines for Timber Wave Screens," U.S. Naval Academy Engineering Report EW-1-04, July 2004.

Smith, W.G. and Kriebel, D., 2004, "Design of Timber Wave Screens," Proceedings of Ports '04 Conference, American Society of Civil Engineers, May 2004.

Kriebel, D., Weggel, J.R., and Dalrymple, R.A., 2003, "Independent Coastal Engineering Study of Canaveral Harbor and the Brevard County Shore Protection Project," Proc. National Conference on Beach Preservation Technology, Feb 2003.

Judge, C. and Kriebel, D., 2002, Shallow Water Tow Tests to Investigate Rise, Trim, Squat, and Wave Elevation, US Naval Academy, Division of Engineering and Weapons Technical Report EW-03-02, 26 August 2002.

Waters, J., Mayer, R., and Kriebel, D., 2003, "Dredging-Related Impacts of Current and Future Trends in the International Shipping Industry," Proc. 3rd Specialty Conference on Dredging and dredged Material Disposal, Orlando

Kriebel, D. and Wallendorf, L., 2001, "Air Gap Model Tests on a MOB Module," Proc. 10th Intl. Conf. on Offshore and Polar Engineering, Stavanger, Norway, June 2001.

Kriebel, D. and Finlayson, W., 2001, "Ocean Engineering Design Experience at the U.S. Naval Academy," Proc. Oceans 2001 Conference, Honolulu, HI, Nov 2001

Kriebel, D., 2001, "Wave Amplification and Air Gap Tests on a MOB Module," Proc. 24th US-Japan Marine Facilities Panel, US-Japan Cooperative Program in Natural Resources, Honolulu, HI.

Kriebel, D., "Breaking Waves in Intermediate Depths with and without Currents," Proc. 27th Intl Conf on Coastal Engineering, Sydney, Australia, July 2000.

Kriebel, D., Buss, L., and Rogers, S., 2000, "Debris Loads During Floods," report prepared for American Society of Civil Engineers Structural Engineering Institute.

Kriebel, D. and Alsina, M., 2000, "Simulation of Extreme Waves in a Background Random Sea," Proc. of 9th Intl. Conf. On Offshore and Polar Engineering, Seattle, WA.

Mayer, R., Waters, J., and Kriebel, D., 2000, "Design & Maintenance of Deep-Draft Navigation Channels - A Comparison of Current Practice with U.S. and International Guidance," Institute for Water Resources, U.S. Army Corps of Engineers, Alexandria, VA, November 2000.

Mayer, R., Waters, J., and Kriebel, D., 2000, "Design & Maintenance of Deep-Draft Navigation Channels - An Overview of Current Practice with an Annotated Bibliography," Institute for Water Resources, U.S. Army Corps of Engineers, Alexandria, VA, July 2000.

4

Kriebel, D., Berek, E., Chakrabarti, S., and Waters, J., 1999, "Wave-Current Loading on a Shallow Water Caisson: An Evaluation of the API Recommended Practice," Journal of Waterway, Port, Coastal, and Ocean Engineering, Vol. 125, No. 1, pp. 29-38.

Kriebel, D. and Wallendorf, L., 1999, "Physical Model Tests on a Generic MOB Module," Prof. Conf. On Very large Floating Structures, Honolulu, HI, Sept. 1999

Falzarano, J., Kalyan, U., Rodriguez, W., Vassilev, R., and Kriebel, D., "MOB SBU Transit Draft Dynamics and Stability Analytical Study," 3rd Intl. Conf. on Very Large Floating Structures," Honolulu, 1999, pp. 562-566.

Kriebel, D, 1999, "Performance of Vertical Wave Barriers in Random Seas, " Proceeding of Coastal Structures '99 Conference, Santander Spain, June 1999

Gilman, J. and Kriebel, D., 1999, "Partial-Depth Pile-Supported Wave Barriers: A Design Procedure," Proceeding of Coastal Structures '99 Conference, Santander Spain, June 1999

Kriebel, D. "Nonlinear Wave Interaction with a Vertical Circular Cylinder: Wave Forces," Journal of Ocean Engineering, Vol. 25, No. 7, 1998, 597-605.

Kriebel, D., White, G., Mouring, S., Mehta, K., and Smith, D., 1998, "An Investigation of Load factors for Flood and Combined Wind and Flood," report prepared for American Society of Civil Engineers Structural Engineering Institute.

Kriebel, D., Sollitt, C., and Gerken, W., 1998, "Wave Forces on a Vertical Wave Barrier," Proc. 26th Intl. Conf. On Coastal Engineering, Copenhagen, June 1998, pp. 2069-2081

Buchmann, B., Skourup, J., and Kriebel, D., "Second Order Wave Interaction with a Large Structure," 26th Intl. Conf. on Coastal Engineering, Copenhagen, 1998, pp. 1613-1624.

Chakrabarti, S. and Kriebel, D., "Wave Kinematics for Simulated Shallow Water Storm Waves - Analysis and Experiments,"Journal of Ocean Engineering, Vol.24, No. 9, 1997, pp. 835-865.

Chakrabarti, S, Kriebel, D., and Berek, E., "Forces on a Single Pile Caisson in Breaking Waves and Current," Applied Ocean Research, Vol. 19, No. 2, 1997, pp. 113-140.

Kriebel, D., 1997, "Use of Transient Waves in Wave Barrier Model Testing," Proceedings of 3rd International Symposium on Ocean Wave Measurement and Analysis, Virginia Beach, VA.

Kriebel, D.L, Berek, E.P., Chakrabarti, S.K., and Waters, J.K., "Wave-Current Loading on a Shallow Water Caisson," Proceedings of 28th Offshore Technology Conference, Houston, Texas, Paper OTC 8067, May 1996

Kriebel, D. and Bollmann, C., 1996, "Wave Transmission Past a Vertical Wave Barrier," Proc. 25th Intl. Conf. On Coastal Engineering, Orlando, Sept. 1996

Dawson, T., Kriebel, D., and Wallendorf, L., "Markov Description of Wave Crest Statistics, " Journal of Offshore Mechanics and Arctic Engineering, Vol. 118, No. 1, Feb 1996, pp. 37-45.

5

Kriebel, D., Dalrymple, R., Pratt, A., and Sakovitch, V., "A Shoreline Risk Index for Northeasters," National Conference on Natural Disaster Reduction, Washington, D.C., December 1996, pp. 225-235

Kriebel, D., and Waters, J., "Model Testing of a Deep Water Compliant Tower," Proceedings Offshore Mechanics and Arctic Engineering Conference., Copenhagen, June 1995

Kriebel, D., and Waters, J., "Model Testing of a Deep Water Compliant Tower," Proc. 14th Intl. Offshore Mechanics and Arctic Engineering Conference., Copenhagen, Vol. B, June 1995, pp. 1-9.

Water, J.K., Kriebel, D.L., Johnson, J., Chakrabarti, S.K., and Berek, E.P., "Model Tests of Extreme Wave Loading on a Shallow Water Caisson," Proceedings of American Towing Tank Conference, College Station, Texas, October 1995

Kriebel, D., "Swash Zone Wave Characteristics from SUPERTANK," 24th Intl. Conf. on Coastal Engineering, Kobe, Japan, October 1994, pp. 2207-2221.

Mayer, R., and Kriebel, D., "Wave Runup on Composite-Slope and Concave Beaches," 24th Intl. Conf. on Coastal Engineering, Kobe, Japan, October 1994, pp. 2325-2339.

Kriebel, D., and Smith, J., "Wave Transformation Measurements at SUPERTANK," Coastal Dynamics '94 Conference, Barcelona, 1994, pp. 233-247.

Kriebel, D., and Dawson. T., "Evolution of Wave Breaking in Random Seas," Intl. Symposium on Waves - Physical and Numerical Modelling, Vancouver, 1994.

Cox, D., Kobayashi, N., and Kriebel, D., "Numerical Model Verification using SUPERTANK Data," Coastal Dynamics '94 Conference, Barcelona, Feb. 1994, pp. 248-262.

Mayer, R., and Kriebel, D., "Wave Runup on Curvilinear Slopes," Proceedings of Beach Preservation Technology Conference, Tampa, Feb. 1994, pp. 442-453.

Dawson, T., and Kriebel, D., "Nonlinearity in Crest-Trough Statistics of Bretschneider Seas," 13th Intl. Offshore Mechanics and Arctic Engineering Conference, 1994, pp. 27-36.

Kriebel, D., and Dawson, T., "Nonlinearity on Wave Crest Statistics," 2nd Intl. Symp. on Ocean Wave Measurement and Analysis, ASCE, New Orleans, 1993, pp. 61-75.

Dawson, T., Kriebel, D., and Wallendorf, L., "Breaking Waves in Laboratory Generated JONSWAP Seas," Journal of Applied Ocean Research, Vol. 15, No. 2, 1993, pp.85-94.

Kriebel, D.L., "Nonlinear Runup of Random Waves on a Large Vertical Cylinder," Proceedings 12th Offshore Mechanics and Arctic Engineering Conference, Glasgow, 1993, pp. 49-56.

Dawson, T., and Kriebel, D., "Experimental Study of Wave Groups in Ocean Swell," Proceedings 12th Offshore Mechanics and Arctic Engineering Conference, Glasgow, 1993, pp. 1-8.

Kriebel, D.L and Dean, R.G., "Convolution Method for Time-Dependent Beach Profile Response," Journal of Waterway, Port, Coastal, and Ocean Engineering, ASCE, Vol. 119, No. 2, 1993, pp. 204-226.

Kriebel, D.L. "Vertical Wave Barriers: Wave Transmission and Wave Forces," 23rd Intl. Conf. on

Coastal Engineering, Venice, Italy, 1993, pp. 1313-1326.

Davies, B. and Kriebel, D., "Model Testing of Wave Transmission Past Reef Breakwaters," 23rd Intl. Conf. on Coastal Engineering, Venice, Italy, 1993, pp. 1115-1128.

Creed, C., Dalrymple, R., Kriebel, D., and Kaihatu, J., "Equilibrium Beach Profiles with Random Seas," 23rd Intl. Conf. on Coastal Engineering, Venice, Italy, 1993, pp. 1973-1986.

Kriebel, D. and Dawson, T., "Distribution of Crest Amplitudes in Severe Seas with Breaking," Journal of Offshore Mechanics and Arctic Engineering, ASME, Vol. 115, No. 1, 1993, pp. 9-15.

Kriebel, D., "Nonlinear Wave Runup on Large Circular Cylinders," Proceedings Civil Engineering in the Oceans Conference, College Station, Texas, Nov. 1992, pp. 173-187.

Seelig, W., Kriebel, D., and Headland, J., "Broadside Current forces on Ships," Proceedings Civil Engineering in the Oceans Conference, College Station, Texas, Nov. 1992, pp. 326-340.

Kriebel, D.L., "Nonlinear Wave Interaction with a Vertical Circular Cylinder, Part II: Wave Runup," Ocean Engineering, Vol. 19, No. 1, 1992, pp. 75-99.

Kriebel, D.L. and Dawson, T.H., "Nonlinear Effects on Wave Groups in Random Seas," Journal of Offshore Mechanics and Arctic Engineering, Vol. 113, No. 2, pp. 142-147, 1991.

Kriebel, D., Kraus, N., and Larson, M., "Engineering Methods for Cross-Shore Beach Profile Response," Proceedings Coastal Sediments '91 Conference, Seattle, pp. 557-571, 1991.

Dawson, T.H., Kriebel, D.L., and Wallendorf, L.A., "Experimental Study of Wave Groups in Deep Water Random Waves," Journal of Applied Ocean Research, Vol. 13, No. 3, pp. 116-131, 1991.

Dawson, T. and Kriebel, D., "Statistics of Breaking Waves in Deep Water random Seas," Proceedings 1st Intl. Offshore and Polar Engineering Conference, Edinburgh, pp. 39-46, 1991.

Kraus, N., Larson, M., and Kriebel, D., "Evaluation of Beach Erosion and Accretion Predictors, Proceedings Coastal Sediments '91 Conference, Seattle, pp. 572-587, 1991.

Kriebel, D.L, "Nonlinear Wave Interaction with a Vertical Circular Cylinder, Part I: Diffraction Theory," Ocean Engineering Journal, Vol. 17, No. 4, pp. 345-377, 1990.

Kriebel, D.L, "Nonlinear Wave Interaction with a Vertical Circular Cylinder, Part I: Diffraction Theory," Ocean Engineering Journal, Vol. 17, No. 4, pp. 345-377, 1990.

Kriebel, D.L, "Recent Advances in Numerical Modelling of Dune Erosion," Proceedings 22nd Intl. Conference on Coastal Engineering, Delft, The Netherlands, pp. 2304-2317, 1990.

Kriebel, D.L., and Zseleczky, J., "Evaluation of Viscous Damping Models for Single-Point-Mooring Simulation," U.S. Naval Academy, Div. Engr. and Weapons, Rpt. EW-9-90, 1990.

Kriebel, D.L., "Storm Erosion and Sea Level Rise Considerations for Beach Nourishment," Proceedings Conference on Beach Preservation Technology, Gainesville, Florida, 1988, pp. 139-150.

Kriebel, D.L., "Nonlinear Diffraction by a Vertical Cylinder," Proceedings 21st Intl. Conference on Coastal Engineering, Malaga, Spain, 1988, pp. 17-31.

Kriebel, D.L., "Beach Recovery Following Hurricane Elena," Proceedings Coastal Sediments '87 Conf., New Orleans, 1987, pp. 990-1005.

Kriebel, D.L., Dally, W.R., and Dean, R.G., "An Undistorted Froude Model for Surf Zone Sediment Transport," Proceedings 20th Intl. Conference on Coastal Engineering, Taipei, 1986, pp. 1296-1310.

Kriebel, D.L., "Verification Study of a Dune Erosion Model," Shore and Beach, Vol. 54, No. 3, 1986, pp. 13-21.

Bodge, K.R. and Kriebel, D.L., "Storm Surge and Wave Damage Along Florida's Gulf Coast From Hurricane Elena," Proceedings Conf. on Beach Preservation, Ft. Lauderdale, 1986, pp. 156-177.

Kriebel, D.L. and Dean, R.G., "Numerical Simulation of Time-Dependent Beach and Dune Erosion Due to Severe Storms," Coastal Engineering, Vol. 9, 1985, pp. 221-245.

Kriebel, D.L. and Dean, R.G., "Beach and Dune Response to Severe Storms," Proceedings 19th Intl. Conference on Coastal Engineering, Houston, 1984, pp. 1584-1599.

Kriebel, D.L., Dally, W.R., and Dean, R.G., "Beach Recovery Mechanisms Following Severe Erosion Events," Report 86/016, Dept. of Coastal and Oceanographic Engineering, Univ. of Florida, 1987.

Kriebel, D.L. and Dean, R.G., "Estimates of Erosion and Mitigation Requirements Under Various Scenarios of Sea Level Rise and Storm Frequency for Ocean City, Maryland," in "Potential Level Rise on the Beach at Ocean City, Maryland," ed. J.G. Titus, U.S. Environmental Protection Agency, EPA 230-10-85-013, Oct. 1985.