*Haton Chentyke*

CURRICULUM VITAE

**PAUL D. KUHLMEIER, Ph.D., P.E., P.G.**
5296 E. Softwood Dr
Boise, ID 83716

Office: 208-631-6500
Fax: 208-343-2520
e-mail: pkuhlmeier@aol.com

**Expertise**

Chemical Fate and Transport Modeling
3-D Animated Simulations for Process and Emissions Modeling
Contaminant Remediation
Air Quality Modeling/Measurement
Surface Water/Groundwater Hydrology
Forensic Environmental Engineering
Water/Wastewater Treatment

**Academic Background**

| | | |
|---|---|---|
| Ph.D., 1989 | Environmental Engineering, University of Tennessee Minor, statistics | |
| M.S., 1981 | Civil Engineering, South Dakota School of Mines | |
| B.S., 1978 | Civil Engineering, South Dakota School of Mines | |

**Other Post Graduate Academic Course Work**

| | |
|---|---|
| 1988-89 | Economics; University of Tennessee |
| 1983-84 | MBA Studies; Central Michigan University |
| 1982 | Soil Physics; University of California at Berkeley |
| 1981 | MBA Studies; Rutgers University |
| 1979 | Forestry, Stephen F. Austin University |

**Registrations/Certification**

Professional Engineer - California, New York, Tennessee, Ohio, Indiana, Georgia, North Carolina, South Carolina, and Florida
Professional Geologist - North Carolina, Tennessee, and Indiana

**Experience**

Dr. Kuhlmeier is a practicing engineer and hydrologist specializing in the areas of chemical emissions, air quality, surface water and groundwater hydrology, remediation, chemical fate and transport through soil, water, and air, and forensic environmental engineering. Dr. Kuhlmeier has held positions as a group manager, corporate director, project director/manager, and project engineer. He has been actively involved with environmental and construction projects in 26 states and several foreign countries over the past 25 years.

**Expert Witness**

Dr. Kuhlmeier has been retained in matters involving environmental litigation as an expert in several areas. He has provided expert witness testimony in deposition or at trial on the issues of emergency response to chemical releases, emissions of volatile chemicals from waste materials, chemical fate and transport of metals and organics, NRDA claims, CERCLA PRP allocation theory, heavy construction practices, NCP compliance, risk assessment, and CERCLA process execution. He has also been retained as an expert in bioremediation, remedial studies, cost analysis, and remedies selection analysis. Litigation matters have encompassed a wide variety of settings and chemicals, including; waste disposal facilities, phosphorus production plants, chemical manufacturing plants, truck-trailer fire, wood treating sites, manufactured gas plants, dry cleaning plants, oil recycling, oil production waste treatment facilities, storm

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.    page 2

water runoff, minerals mining sites, pesticide manufacturing, hazardous materials spills, and multi-source volatile organic contaminated sites.

### Recent Hydrology Related Projects
Modeling surface water flow and sediment transport dynamics in the Alamosa River, Colorado
Modeling surface water flow and the fate of spilled oil in a rural Oklahoma stream.

### Recent Air Quality Projects
Air modeling emissions from a common carrier truck-trailer fire in Arkansas.
Air modeling the release of acrolein from a petro-chemical vent release.
Expert Witness, Air Quality Modeling, releases of particulates, PAHs and benzene from an operating Wood Treating Plant, WVa
Chemical Plant recreation and air quality modeling from fugitive and plant point sources (particulates, $SO_2$, Fl, NOx, $P_2O_5$)
Technical Advisor to the Idaho Clean Air Force, Treasure Valley SIP Development (PM10 modeling)
Expert Witness, Worker Exposure to emissions of volatile organics from a Petroleum Tank Farm

### Other Current Projects
Design and Construction of 4 wastewater plants in Texas, Louisiana, and Oklahoma for Kansas City Southern Railroad
Program Manager, Ruston Superfund Site, Alexandria, Louisiana
Expert Witness, Highway Construction Delay Claim, Louisiana
3-D Animated and Interactive Railroad HazMat Training Tool Development
Conceptual Master Plan for Commercial Redevelopment of Brownfield Sites, Louisiana
Brownsfield redevelopment of historical drum recycling facilities to University housing and mixed commercial development, Baton Rouge, LA.
Closure of a former drum recycling facility in Port Arthur, TX.
Design and construction of stormwater management systems at a Shreveport, LA railyard.
Design and construction of in-situ industrial wastewater pond stabilization and closure.

### Wood Treating, Petroleum, and MGP Related Projects

Dr. Kuhlmeier has worked extensively in the field of hydrocarbon fate, transport, and remediation. Examples of past litigation related applied research include:

- Fate, transport, and remediation of creosote at a wood treating facility in Oregon, expert testimony
- Fate, transport, and remediation of PCP at a box treating facility in southern California, expert testimony
- Fate, transport, and remediation of creosote and PCP at a former wood treating facility in Louisiana, expert testimony
- Fate and transport of creosote related compounds at an operating wood treating facility in West Virginia
- Fate, transport, and remediation of MGP wastes at a former MGP plant in central California, expert testimony
- Fate and transport of organics and metals from mobile and diffuse sources contributing to stormwater channels along Highway 101 near San Francisco, expert testimony
- Applied research related to PAH fate and transport in soil and ground water, Southern Pacific Railroad, Sacramento, and Tracy California sites, and Eugene, Oregon.

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.                                          page 3

**Metals Expertise**

Dr. Kuhlmeier performed his doctoral research in the area of heavy metals transport and fate in estuarine environments at the Mare Island Shipyard, Vallejo, California. He has been active in metals transport research since 1978. He was a graduate researcher in the original EPA National Urban Runoff Program (NURP) that intensively studied the effects of nonpoint source pollution on surface water quality. Examples of his work with metals sites include:

- Bunker Hill mine remediation, Idaho
- Testifying expert regarding CERCLA cost allocation, tailing dam construction, metals leaching and surface water-sediment interactions in Madison Mine Lead-cobalt litigation, Missouri
- Assessment, fate and transport analysis, remedial design and construction for steel slag remediation, Union City, CA.
- Expert witness on arsenic fate and transport in shallow soils, herbicide site litigation, TX
- Metals assessment and remedial measures Concord Naval Base, Concord, CA
- Fate and transport of metals and organics in shallow sediments and groundwater, Naval Air Station Moffett Field, Mountain View, CA.
- Fate and distribution of metals and radionuclides, East Fork Popular Creek, Oak Ridge TN.
- Expert Witness for CERCLA litigation Summitville Mine, Colorado, metals fate and transport in mountain streams, CERCLA allocation, and remedial measures assessment

**Remediation**

He has designed and performed over 30 bench-scale treatability studies and 15 pilot tests, constructed 17 full-scale in situ bioreclamation projects, installed several air sparging/soil-vapor extraction systems, and designed and constructed over a 25 on-site ground-water treatment systems using physical/chemical processes. His research efforts have been focused in several areas including, biological methods for degradation of xenobiotic compounds including PCBs, pesticides, petroleum, polyaromatic hydrocarbons (PAHs), and organic polymers in soil and groundwater. He has conducted several research programs leading to published articles regarding the fate, transport, and treatment of inorganic/organic arsenic in soil and ground water; metals and PCB partitioning in estuarine sediments and the mobility and composition of weathered petroleum and creosote in soils.

Examples of past projects include:
- Remediation of petroleum at railroad facilities and refineries,
- Active and abandoned mine site soil, ground water, and acid mine drainage,
- Water treatment design for reclamation of a drinking water aquifer in North Central Puerto Rico,
- Mixed metals and organic contamination at an industrial site in North Carolina and Florida
- PCB remediation in shallow Passaic River (New Jersey) sediments.

In Louisiana, at the PetroProcessors site, Dr. Kuhlmeier designed a heavy metals treatment system for contaminated ground water. He was involved in the execution of bench- and pilot-scale incineration tests

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.                                      page 4

that were used to design a rotary kiln to incinerate mercury-contaminated soils at a General Electric facility in Puerto Rico. In 1991, he designed the emergency response for the remediation a large metarn sodium spill in California's Sacramento River. He has designed industrial waste landfills and composite covers for hazardous waste cells.

### Remedial Studies

Throughout his career, Dr. Kuhlmeier has developed and executed sampling programs for soils, surface water, air, ground water, biota, and vegetation. Dr. Kuhlmeier has directed over 100 hazardous and radioactive waste studies (RI/FS; RFI/CMS) since 1980. He was also involved in early mixed waste cleanup efforts conducted under FUSRAP, and directed the Region 9 RI/FS program at Navy and Air Force installations in California and Arizona under HAZWRAP. In addition, he has directed major projects at all three Oak Ridge plants, Lawrence Livermore National Laboratory, Fernald, Idaho National Engineering Laboratory, Weldon Spring, and Rocky Mountain Arsenal. He also has designed and directed multi-site RI/FS and corrective actions at over 15 private party NPL sites, performing sampling, characterizations, geophysical investigations, treatability studies, and remediation for hazardous and mixed waste.

### Water and Wastewater Treatment

Dr. Kuhlmeier has held management roles in the design, construction, and operation of several primary and secondary water and wastewater treatment systems. He has also participated in the operation of four secondary treatment systems including activated sludge, trickling filter, extended aeration, and oxidation ditch designs. He holds a Class II Wastewater Treatment Plant Operator's license. Dr. Kuhlmeier designed and managed the construction of industrial wastewater lagoons and sludge handling equipment for a 1.5 mgd flow at an activated carbon plant in Texas. He also redesigned an industrial wastewater plant at a chemical facility for ICI using synthetic media biofiltration. In concert with the Southern Pacific Utilities Department, he was involved with troubleshooting existing pretreatment facilities which usually consist of oil-water separation, dissolved air flotation, ultrafiltration or multimedia filtration, and various types of settling systems. He has designed and installed water supply systems for potable and industrial purposes. He has designed and managed the construction of passive treatment systems for surface and adit mine drainage from metals mining sites using constructed wetlands and passive neutralization (limestone) techniques.

### Engineering/Construction Management

Dr. Kuhlmeier has managed key elements on several heavy industrial and rail projects both in the United States and abroad. Examples include:
- Supervised up to 200 professional and craft labor as Resident engineer on several nuclear and coal fired power plants, Vogtle (Augusta) GA, Midland MI, and Colstrip MT
- Managed 15 engineers and 70 craft labor for infrastructure construction of the city of Jubail, Saudi Arabia
- Managed 55 member field construction staff for oil pipeline construction in Venezuela
- Supervised 14 member engineering design team for coal mine development, Diamond Shamrock, Alaska
- Directed contractors, consultants, and utility department crews on environmental restoration, wastewater treatment, water supply, yard and track removal,

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.                                          page 5

construction, alignment, and reclamation projects
- Field engineer for construction of Washington Area Metro Light Rail
- Mine reclamation Superintendent for ICI coal mines in East Texas
- Special Projects group manager of engineering and scientific staff- environmental projects

**Societies**
Water Environment Federation (WEF)
American Society of Civil Engineers (ASCE)
American Geophysical Union (AGU)
American Water Works Association (AWWA)
Soil Science Society of America (SSA)
National Ground Water Association (NGWA)

**Committees**
WEF, Industrial Wastewater Advisory Counsel
WEF, Past Chair, Groundwater Committee
ASCE, Environmental Engineering Committee
AAR, Environmental Research Committee
Reviewer, WEF J. Water Research
EPA Task Force on Ecological Soil Screening Levels
Reviewer, ASTM Special Publications
Reviewer, DOE SERDEP Environmental Program Awards
TPH Working Group (EPA/DOD/DOE/Industry consortium)

**Countries Worked In**
United States, Canada, Mexico, Puerto Rico, Saudi Arabia, Venezuela, Indonesia, Borneo, Brunei

**Teaching Appointments**
Adjunct Professor, University of Idaho, Boise; Civil Engineering Department, 1992-4
Adjunct Professor, University of Alabama, Huntsville; Civil and Environmental Engineering Department, 1997-98
Asst. Professor, Boise State University, College of Engineering, 2000-2002

**Corporate Positions**
Dames & Moore, Inc. Director, Railroad Programs/Principle Engineer, 1997-2000
Southern Pacific Railroad, Director, Environmental Remediation, 1992-1996
Morrison Knudsen Corp., Director, Special Projects, 1989-1992
IT Corporation, Principle Consultant, 1986-1989
Bechtel Civil and Minerals, Resident Engineer, Major Projects, 1981-1986
ICI Americas, Project Engineer, chemical and pharmaceutical Divisions, 1979-1981

**Publications**
Over 50 journal articles, book chapters, and conference presentations from 1981-2004

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.   page 6

Recent Publications

Kuhlmeier, P.D., and C.A.Culley, 2004. *Digitized Re-Creation of a Derailment and HAZMAT Spill, In*: Proceedings Bureau of Explosives Hazardous Materials Seminar, 17th Annual, DVD, May 18 2004. Pueblo, CO.

Kuhlmeier, P.D., and C.A.Culley, 2003. *Interactive Training Module for Railroad HAZMAT Response, In*: Proceedings 2003 Railroad Environmental Conference, University of Illinois, DVD, November 6, 2003. http://cee.uiuc.edu/railroad

Kuhlmeier, P.D., 2003. Fate of Chemical Releases into the Environment, Clinics in Occupational and Environmental Medicine, No. 2, Elsevier Science Publishers, pp. 313-326

Kuhlmeier, P.D., Krieger, G.R. and Hall, W., 2000. Pollution Prevention Practices, *In:* Pollution Prevention and Hazardous Waste Management, Ed: G.R. Krieger M.D., National Safety Council, Chicago, IL. Chapter 10.

Kuhlmeier, P.D., and Moreneu, J., 2000. Hazardous Waste Treatment Technologies, *In:* Pollution Prevention and Hazardous Waste Management, Ed: G.R. Krieger M.D., National Safety Council, Chicago, IL. Chapter 8.

Kuhlmeier, P.D., 1998. ISO 14000 Auditing Guidelines. Industrial Wastewater Magazine, Water Environ. Fed., May-June issue p. 18.

Kuhlmeier, P.D. and W. Danne, 1998. Mobile Chemical Munitions Destruction Technology, *In*: Proceedings EXPO 2000, Munster, Germany, 10 pp.

Kuhlmeier, P.D., 1997. Dynamic Assessment of Arsenic Sorption and Desorption from Coarse Grained Soils, Journal of Soil Contamination, CRC Press, Boca Raton, FL, 6(1):21-36.

Kuhlmeier, P.D., 1997. Partitioning of Arsenic Species in Fine Grained Soils, Journal of Air and Waste Management, Boston, 47(4): 481-490.

Kuhlmeier, P.D., 1997. Coprecipitation of Arsenical Pesticides from Water, submitted to Journal of Environmental Engineering, ASCE, New York, NY.

Kuhlmeier, P.D. and S. Sherwood, 1996. Treatment of Organoarsencials and Inorganic Arsenic in Groundwater, Water Environmental Research, Water Environmental Federation, Alexandria, VA, 61(4): 981-990.

Kuhlmeier, P.D., 1996. Sorption and Desorption of Arsenic from Sandy Soils: Column Studies. Journal of Air and Waste Management, Boston, MA..

Kuhlmeier, P.D., and M.G. Grant, 1995. Enhancing the Extraction of Weathered Bunker C and Diesel Fuels from Alluvial Soils by Surfactants, *In*: Kostecki and Calabrese, Principles and Practices for Diesel Contaminated Soils, Vol. 5, Amherst Scientific Publishers, Amherst, MA

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.                              page 7

Kuhlmeier, P.D., 1994. Biodegradation of Organic Pollutants in Soil, *In*: Wise and Trantolo, Handbook of Process Engineering for Pollution Control and Waste Minimization. Marcel Dekker Publishing, New York, NY. Chapter 18.

Kuhlmeier, P.D., and M.G. Grant, 1994. Characterization of Weathered Diesel and Bunker Oil in Soil and Ground Water, *In*: Kostecki and Calabrese, Principles and Practices for Diesel Contaminated Soils, Vol. 4, Amherst Scientific Publishers, Amherst, MA. Chapter 1.

Kuhlmeier, P.D., and M.G. Grant, 1994, Viability of Hydraulic Sweeping Bunker C and Diesel Fuel from Alluvial Sediments. *In*: Kostecki and Calabrese, Principles and Practices for Diesel Contaminated Soils, Vol. 3"Lewis Publishers, Chelsa, MI, pp. 57-78.

Kuhlmeier, P.D., 1994. "Arsenic Pretreatment for Discharge to a Houston, Texas POTW" *In*: Proceedings of Water Environment, Federation 67th Annual Conference, POTW Workshop, Alexandria, VA, pp. 1-8.

Kuhlmeier, P.D., K. Schilling, and R. Hardy, 1993. "Characterization of Isocyanates in Soil During an Emergency Response", *In*: Proc. of 3rd International Symp. Field Screening Methods for Hazardous Waste and Toxic Chemicals, U.S. EPA, Las Vegas NV, pp. 191-200 Schilling, K, R.

Hardy, R. and P. Kuhlmeier, 1993. "Use of an Isolation Flux Chamber to Estimate Air Emissions Resulting from Chemical Spill Cleanup Process", *In*: Proc. of 3rd International Symp. Field Screening Methods for Hazardous Wastes and Toxic Chemicals, U.S. EPA, Las Vegas NV, pp. 105-117.

Kuhlmeier, Paul D., 1992. "Vapor Phase Trichloroethylene Recovery from Hydrogen Peroxide Stimulated Soils." Proceedings National R&D Conference on the Control of Hazardous Materials, HMCRI, San Francisco, CA, pp. 203-214.

Huebner, R.S., R.P Brownall, S.B. Garland, P.D. Kuhlmeier, and B.M. Thompson, 1992. "Groundwater Legislation and Regulation", Jour. WPCF, Oct, pp. 51-56.

Kuhlmeier, Paul D, 1991. "Threshold Limited Kinetics of Aromatic Hydrocarbons in Shallow Soil Systems," Proceedings of Environmental Remediation,'91; U.S. DOE, Richland, WA, pp. 651-657.

Kuhlmeier, Paul D., 1991. "Occurrence and Distribution of Metals and Tributyltin in a Northern California USA Wetland," XX General Assembly of Union Geodesy and Geophysics [ISHA Symp.], Publication No.207, Vienna, Austria.

Kuhlmeier, Paul D. and T.E. Sturdivant, 1991. "Delineation of Lithology and Ground Water Quality in a Complex Fluvial Estuarine Depositional Zone," *In*: Current Practices in Ground Water and Vadose Zone Investigations, ASTM STP 1118, D.M. Niehen and M.M. Sara, eds.

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.                                    page 8

Kuhlmeier, Paul D., 1991. "The Safe Drinking Water Act Past and Future," *In*: The 1991 Environmental Regulation Handbook, Executive Enterprises, Inc., New York, NY 27 pp.

Sturdivant, T.E. and Paul D. Kuhlmeier, 1990. "Cone Penetrometer/Hydropunch: An Efficient Approach for Delineating Subsurface Lithology and Ground Water Quality", DOE Model Conference, Oak Ridge, TN. pp. 231-243.

Kuhlmeier, Paul D., 1990. "Numerical Simulations and Physical Verification of

Industrial Abrasives Transport During Sheetflow Runoff," <u>Proceedings of Purdue University Industrial Waste Conference</u>, Vol. 45, Lewis Publishing, Ann Arbor, Michigan.

Kuhlmeier, Paul D., 1989. "Transport of Contaminated Sediments Over a Small Industrialized Watershed," Ph.D. Dissertation, University of Tennessee, Knoxville, Tennessee.

Kuhlmeier, Paul D., 1989. "Enhanced Microbial Degradation of Styrene in Shallow Soil and Groundwater." <u>Third IAHS Scientific Assembly</u>. IAHS publication No. 195, Baltimore, Maryland, pp. 189-197.

20 additional publications 1981-1989.

## Courses Taught

<u>Graduate Level</u>
Environmental Chemodynamics
Environmental Law and Regulation
Environmental Remediation

<u>Undergraduate Level</u>
Engineering Statics
Mechanics of Materials
Construction Equipment and Use
Mechanical and Electrical Systems
Construction Cost Control

<u>Animated 3-D Process and Emissions Modeling Examples</u>

PAUL D. KUHLMEIER, Ph.D., P.E., P.G. 


*Facility Reconstruction: Phosphorus Production Plant*



*Animation of Production Facility: Used to explain process and emissions at plant*

PAUL D. KUHLMEIER, Ph.D., P.E., P.G.     page 10



*Animation HazMat Release from Derailment*



*Air Quality Presentation: Wood Treating Plant*