T. WILLIAM LAMBE                                          GEOENGINEERING AND ENVIRONMENT

## EDUCATION

1948    Sc.D., Civil Engineering, Massachusetts Institute of Technology,
1944    S.M., Civil Engineering, Massachusetts Institute of Technology,
1942    B.S., Civil Engineering, North Carolina State University,

## EXPERIENCE SUMMARY

Dr. Lambe is a GeoEngineering and Environment consultant with over 50 years of experience consulting in geotechnical engineering and teaching at the Massachusetts Institute of Technology. Dr. Lambe has participated in engineering projects in roles ranging from complete responsibility (design, preparation of specifications, supervision of construction and long-term surveillance) to limited and specialized services. Dr. Lambe is currently a consulting geotechnical engineer and Professor of Civil Engineering, Emeritus, at the Massachusetts Institute of Technology.

## PROJECT EXPERIENCE

| *Project Category*     | *Number of Projects:* | *Malfunctions Investigated* | *Number of Projects* |
|------------------------|-----------------------|-----------------------------|----------------------|
| Earth Dams             | 49                    | Dams                        | 28                   |
| Earth Slopes           | 53                    | Slopes                      | 53                   |
| Foundations            | 13                    | Walls                       | 2                    |
| Airports and Highways  | 6                     | **Total**                   | 83                   |
| Retaining Walls        | 6                     |                             |                      |
| Dredging               | 3                     | *Project Locations*         |                      |
| Breakwaters            | 2                     | Countries                   | 20                   |
| Misc.                  | 5                     | U.S. States                 | 19                   |
| **Total**              | 137                   |                             |                      |

## AREAS OF EXPERTISE

Soil Mechanics, Soil Behavior            Performance Prediction
Earth Structures                         Excavations
Landslides                               Foundation Engineering
Laboratory Tests                         Soil Stabilization

## HONORS AND AWARDS

| | | | |
|---|---|---|---|
| 1952 | Collingswood Prize, ASCE | 1954 | Desmond Fitzgerald Medal, BSCE |
| 1956 | Desmond Fitzgerald Medal, BSCE | 1961 | Arthur M. Wellington Prize, ASCE |
| 1964 | Norman Medal, ASCE | 1969 | Certificate of Appreciation, NASA |
| 1970 | Terzaghi Lecturer, ASCE | 1973 | Geotechnical Section Prize, BSCE |
| 1973 | Keynote Speaker at Pan American, Australia-New Zealand, Asian and S.E. Asian Conferences | 1973 | R.P. Davis Lecturer, University of West Virginia |

| | | | |
|---|---|---|---|
| 1973 | Citation from Bogazici University, Turkey, for achievements in soil mechanics | 1973 | General Reporter, VIII International Soils Conference, Moscow |
| 1973 | Terzaghi Memorial Lecturer, Istanbul, Turkey | 1974 | Keynote Speaker, V Brazilian Conference, Sao Paulo |
| 1975 | Karl Terzaghi Award, ASCE | 1980 | Kapp Memorial Lecturer, New York |
| 1980 | Moh Lecturer in Taipei, Taiwan | 1981 | Moh Lecturer in Indonesia and Singapore |
| 1982 | Distinguished Engineering Alumnus Award, North Carolina State University | 1982 | G. Brooks Earnest Award, Cleveland Section of ASCE |
| 1983 | Keynote Speaker, Southeastern States Dam Safety Conference | 1984 | Arthur M. Wellington Prize, ASCE |
| 1984 | Honorary Member of ASCE | 1985 | Terzaghi Orator of International Society of Soil Mechanics and Foundation Engineering |
| 1985 | Ardaman Lecturer, University of Florida | 1985 | Shaw Lecturer, North Carolina State University |
| 1997 | Buchanan Lecturer, Texas A&M University | 1998 | Keynote Speaker, South East Asian Geotechnical Conference |

## PAPERS AND PRESENTATIONS

Dr. Lambe has authored over 90 publications related to research and engineering projects. The primary topics of these publications are: fundamentals of soil mechanics; laboratory investigations; predictions of performance of constructed facilities; evaluation of field performance; dams; natural slopes; landslides; foundations; excavations; soil stabilization; pore water pressure; compaction; and safety programs. He has written three books:

*Soil Testing for Engineers*, John Wiley and Sons, Inc., New York, 1951.
*Foundation Engineering*, McGraw-Hill Book Company, Inc., New York, 1962 (co-author).
*Soil Mechanics*, John Wiley and Sons, Inc., New York, 1969 (co-authored with R.V. Whitman).

## EMPLOYMENT HISTORY

| | | |
|---|---|---|
| Consultant in Geotechnical Engineering | | 1945-Present |
| Massachusetts Institute of Technology, Cambridge, MA | Edmund K. Turner Professor of Civil Engineering, Emeritus | 1981-Present |
| | Edmund K. Turner Professor of Civil Engineering | 1969-1981 |
| | Professor of Geotechnical Engineering, Head Geotechnical Division | 1959-1969 |
| | Associate Professor and Director of Soil Stabilization Laboratory | 1952-1959 |
| | Assistant Professor of Soil Mechanics | 1949-1952 |
| | Instructor of Soil Mechanics | 1945-1949 |
| Dames & Moore, San Francisco, CA | Soil Engineer | 1944-1945 |
| University of California, San Francisco, CA | Structural and Foundation Engineer | 1944 |
| U.S. Navy, Brunswick, ME | Field Engineer on Airbase Construction | 1943 |
| University of New Hampshire, Durham, NH | Instructor of Civil Engineering | 1942-1943 |
| Olsen Consulting Engineers, Edenton, NC | Field Engineer | 1942 |
| American Bridge Company, Cambridge, PA | Structural Detailer | 1942 |