**BILLY R. PROCHASKA, P.E.**
Geotechnical Consultant

**EDUCATION**     University of Southwestern Louisiana: BSCE "With Distinction", 1961
University of Florida, MSE, 1967

**PROFESSIONAL EXPERIENCE**

In over 44 years of professional practice Mr. Prochaska has worked on projects in ten states, the U.S. Virgin Islands and the republics of Mexico, Panama, Guyana and Belize. Representative assignments include offshore and waterfront projects in the U.S. and Central America, petrochemical facilities, waste disposal ponds, and geological sampling for nuclear waste disposal sites. His transportation consultation and design has included streets, aircraft facilities, container handling and log yard paving systems and railroads on soft ground. He has conducted stability and foundation analyses for Exxon's entire waterfront in Baton Rouge, and for various facilities on the Mississippi River at Gramercy, Geismar, Baton Rouge, and Lake Providence, Louisiana and Natchez, Mississippi. Shallow foundation design experience varies from petroleum tanks on soft ground, with and without sand drains, to mat foundations on volcanic outwash. Experience in the design of deep foundations includes driven piles, drilled shafts, and bell bottomed footings.

Mr. Prochaska has worked in the design of offshore platform piling, Mississippi River docks, a tanker berth in the Republic of Panama, repairs of tanker berths in Mexico, and deep-water moorings in the Mississippi River and the Demerara River in the Republic of Guyana.

Mr. Prochaska has been involved in the design of waste treatment facilities, site assessments, and monitoring well installations. In 1977, he directed the drilling operations in support of the study of north Louisiana salt domes for the disposal of nuclear wastes. During late 1979 and early 1980 Mr. Prochaska supervised the field investigation for the Big Cajun Power Plant in DeSoto Parish. In 1980, he also supervised the field operations at the IT site in Ascension Parish and the exploration for a power plant in St. James Parish. In 1982, he supervised the initial geotechnical work at the train derailment in Livingston, Louisiana. He has designed solid waste disposal cells in Jackson Parish, oil field drilling mud treatment facilities in St. Mary Parish, and has worked in the quality assurance program for construction of solid waste facilities for a major disposal firm. Mr. Prochaska has also designed and supervised the construction of monitoring wells. Since 1997 he has performed the geotechnical engineering services for coastal restoration projects at Little Vermillion Bay, the "Jaws" in Cote' Blanche Bay, Pecan Island terraces, Four Mile Canal and Rainey Refuge Terraces.

During the 1983-1984 academic year, and again in 1997, Mr. Prochaska served as an adjunct Assistant Professor in the Construction and Civil Engineering Departments at Louisiana State University, teaching undergraduate geotechnical laboratories. During the fall semester of 2000, Mr. Prochaska served as lecturer at UL at Lafayette in geotechnical and environmental aspects of construction management, and in the fall of 2002 he served as adjunct assistant professor in the Civil Engineering Department teaching Foundation Engineering. Mr. Prochaska has conducted basic research in the use of the static cone penetrometer as an exploration tool, as well as the screw plate-bearing test as an in-situ measurement instrument. He has also utilized the field vane shear, seismic refraction and resistivity surveys in subsoil

# BILLY R. PROCHASKA, P.E. – Page 2

profiling. He assisted in the design of optical measuring systems to monitor movements and determine the deformation modulus of the foundation materials under the Glen Canyon Dam.

Mr. Prochaska has completed the 40-hour OSHA hazardous material safety program and the industrial safety training course, continuing education courses in Environmental Geohydrology, Chemistry of Hazardous Materials, and Hazardous Materials Management. He has been recognized in Louisiana and the U.S. District Courts as an expert in geotechnical engineering.

Mr. Prochaska serves on the Governor's Advisory Committee for the Water Well Drillers Licensing Board and on the Advisory Board for the Civil Engineering Department at University of Louisiana at Lafayette. In October 2005 Mr. Prochaska was invited to serve on the Louisiana Team in the investigation of the causes of failure of levees in the New Orleans Area. He has been elected by the Board of Directors of the Louisiana Ground Water Association to serve as the Executive Director effective March 1, 2006.

## PROFESSIONAL SOCIETY MEMBERSHIPS

American Society of Civil Engineers (ASCE)
    President, Baton Rouge Branch (1975-1976)

National Ground Water Association (NGWA)

Louisiana Ground Water Association (LGWA)
    Board Member, President (1998, 2005)

Louisiana Engineering Society (LES)

Louisiana Society of Professional Surveyors (LSPS)

## PROFESSIONAL REGISTRATION

State of Louisiana
    Civil Engineer (1961)
    Land Surveyor (1970)
    Water Well Driller (1984)
    Environmental Engineer (1994)

State of Mississippi
    Professional Engineer (1986)

BILLY R. PROCHASKA, P.E. – Page 3

## CONTINUING EDUCATION

Deep Foundation Design, University of Missouri – Rolla (1976)

Ground Anchors and Soil Nailing (1992)

Principles of Effective Management, Louisiana State University (1993)

Introduction to Hazardous Waste Management, Louisiana State University (1994)

Environmental Geology/Hydrology, Louisiana State University (1994)

Chemistry of Hazardous Materials, Louisiana State University (1996)

Geotextiles in Transportation Applications, Virginia Polytechnic Institute (1996)

Enhanced In-Situ Testing for Geotechnical Analysis and Foundation Design, Georgia Institute of Technology (2005)

January 31, 2006