| TITLE OF PROPOSAL | PROFILE |
|---|---|
| # Gregory C. Rigamer<br>CEO & Principal / Urban Planner<br><br>In 1979, Gregory C. Rigamer established GCR & Associates, Inc. as a full-service professional consulting firm with expertise in urban and transportation planning, aviation and civil engineering, real property management and acquisition, and development of management information systems. Today, GCR employs a staff of over 85 professionals and specializes in building information management systems to support critical decision-making processes for an international client base. As CEO, Mr. Rigamer has diligently guided the expansion of the firm's knowledge base to encompass such diverse areas as criminal justice reporting for courts and law enforcement agencies, information systems for the broadcasting and reporting of election results, process and chemistry data management for nuclear power plants, financial management applications for government and private entities, and large scale facility inventory systems for institutional property owners.<br><br>Mr. Rigamer and GCR have been intricately involved in both response and recovery initiatives throughout Louisiana since hurricanes Katrina and Rita. Under his direction, GCR published the first accounts of people, households, and communities impacted by storm surges and flood waters throughout Louisiana. Additionally, working in concert with the Louisiana Housing Finance Agency, FEMA, the Bring New Orleans Back Commission, and the Louisiana Recovery Authority, GCR established the financial impact to housing throughout Louisiana that was subsequently used to frame the housing recovery program funded by the Community Development Block Grant program. As a demographer, Mr. Rigamer was retained by the U.S. Attorney in the Eastern District of Louisiana to evaluate alleged disparities in the post-Katrina jury system. He also served as a strategic consultant for the Louisiana Secretary of State during the highly contentious 2006 New Orleans mayor's race, the first election in the city after Hurricane Katrina. Mr. Rigamer's demographic assessments and election models were used to demonstrate that a fair and equitable election could be held. The courts agreed, the election was held, and the process was as predicted. The outcome was not contested.<br><br>In the late 1990s, Mr. Rigamer began providing consulting services for local elections in New Orleans and the surrounding region. From the success of these early efforts, the firm was recognized by the Pennsylvania House of Representatives Republican Caucus, and was retained to design, develop, and implement a constituent history information management system. To this day, the firm enjoys an ongoing relationship with the House Republican Caucus.<br><br>The success of the work in Pennsylvania helped to promote the development of more sophisticated computerized tools based on geographical information systems (GIS) analysis as well as analysis based on both voter registration data and voter history data. | GCR & ASSOCIATES,<br>----<br><br><br>Education and Training:<br>M.S., Urban Studies, 1974<br>University of New Orleans<br>New Orleans, LA<br><br>B.A., Philosophy, 1971<br>Louisiana State University<br>Baton Rouge, LA |

| | |
|---|---|
| Within the State of Louisiana, Mr. Rigamer served as a key strategist for the 2002 campaign of US Senator Mary Landrieu, the 2003 campaign of Governor Kathleen Blanco, and the 2004 campaign of US Senator David Vitter. Mr. Rigamer has also provided campaign tools for hundreds of state house legislature and municipal campaigns.<br><br>In addition, Mr. Rigamer and has served as expert witness in legal proceedings for such diverse clients as the US Attorney, Children's Hospital of New Orleans, the Levee Defense Panel, St. Ann's Lodging, Health Care Realty Services, and Toys 'R Us.<br><br>Mr. Rigamer's professional expertise is in the areas of urban planning and management consulting. As an urban planner, Mr. Rigamer has been instrumental in a number of landmark projects that have affected the shape and future of the Greater New Orleans Metropolitan Area. He has worked with the State of Louisiana in the development of plans, right-of-way acquisition, and environmental permitting for the second Greater New Orleans Mississippi River Bridge and the formulation of a long-range transportation plan for the Greater New Orleans Area. Other projects of relevance include the Regional Transit Assessment, the I-10 Corridor Evaluation, TSM I-VI, and the New Orleans International Airport Strategic Growth Plan. Complementary to these areas of transportation planning, Mr. Rigamer has completed a significant number of community-planning projects related to real estate evaluation, urban design, economic evaluations, and land use planning. | GCR & ASSOCIATES, INC. |