QUALIFICATIONS OF
**RICHARD J. RODDEWIG**
CLARION ASSOCIATES, INC.

**PROFESSIONAL HISTORY**

| | |
|---|---|
| Present | President - Clarion Associates, Inc. |
| Prior | Senior Principal - Pannell Kerr Forster, 1987-1988 |
| | Senior Vice President - Shlaes & Co., Real Estate Counselors and Appraisers, 1986-1987 |
| | Vice President and General Counsel, Shlaes & Young Information Systems, 1982-1986 |
| | Consultant - Shlaes & Co., 1978-1986 |
| | Attorney-at-law - Roddewig and Associates, 1976 to 1977; 1978-1987; 1988 to 1992. |
| | Research Attorney - Northeastern Illinois Planning Commission, 1977-1978 |
| | Associate and Attorney - Ross & Hardies, Chicago, 1973-1976 |
| | Staff Attorney and Consultant in Australia, International Comparative Land Use Project - The Conservation Foundation, Washington, D.C., 1974-1975 |
| | Adjunct lecturer - Governors State University, Park Forest South, Illinois, 1978; Northeastern Illinois University, Chicago, Illinois, 1979; School of Urban Sciences, University of Illinois at Chicago Circle, 1979 to 1987; School of History of Art and Architecture, University of Illinois at Chicago Circle, 1985 to 1989; Department of Finance, DePaul University, Chicago, Illinois, 1990 to Present. |

**AREAS OF SPECIAL COMPETENCE**

Real estate consulting practice concentrated on appraisals, feasibility studies, and market studies of larger residential, retail, commercial office, industrial, hotel and motel properties and vacant sites. Special concentration in valuation of historic structures, contaminated property, and special purpose properties.

Legal experience in real estate, income tax, land use and zoning, and historic preservation law.

**REPESENTATIVE MAJOR PROJECTS**

>Real estate appraisal and consulting assignments on projects in more than 50 cities and 30 states.
>
>Qualified as an expert witness before arbitration panels and in federal and state courts in Arizona, Colorado, Alaska, Minnesota, Illinois, Tennessee, Texas and Pennsylvania.
>
>Directed appraisal of 1300 miles of railroad right-of-way for federal bankruptcy trustee.
>
>Consultant to City of Chicago Department of Planning on revisions to Chicago Zoning Ordinance.
>
>Valuation of more than 100 historic preservation easements donations for private developers and the Internal Revenue Service.
>
>Valuation consultant and expert witness for $20.0 million township open space acquisition program.
>
>Analysis of impacts of contamination and environmental risks on neighborhoods, markets and properties in cities, towns and rural areas in approximately 25 states including Alaska, Hawaii, California, Washington, Wyoming, Colorado, Missouri, Minnesota, Illinois, Wisconsin, Michigan, Indiana, Ohio, Pennsylvania, New Jersey, Connecticut, Massachusetts, South Carolina, Georgia, Florida and Mississippi.
>
>Consulting and expert testimony for Exxon concerning impact of *Exxon Valdez* oil spill on land markets and property values in Alaska.
>
>Valuation of landfills in Colorado and Pennsylvania.
>
>Valuation of water storage and irrigation district properties in Colorado and Alberta, Canada.
>
>Valuation of all privately owned real estate at the South Rim of Grand Canyon National Park.
>
>Valuation of the Saturn integrated automobile manufacturing and assembly plant in Spring Hill, Tennessee.

| | |
|---|---|
| **EDUCATION** | Master of Arts - University of Chicago |
| | Juris Doctor - University of Chicago |
| | Bachelor of Arts (Summa cum Laude) - University of Notre Dame |
| **PUBLICATIONS** | Author, co-author, or contributor to eight books and more than fifty monographs and articles in publications such as <u>Real Estate Review</u>, <u>The Appraisal Journal</u>, <u>Valuation</u>, <u>Urban Land</u>, <u>The Urban Lawyer</u>, <u>Real Estate Issues</u>, and <u>Real Estate Today</u>.  Featured speaker nationally on preservation law, environmental risk analysis, real estate economics, rehab feasibility, and appraisal practice. |
| **PROFESSIONAL MEMBERSHIPS** | Member, Appraisal Institute (designated MAI).  Chair, Government Affairs Committee, Illinois Chapter, Appraisal Institute, 1991-92.  Past Member, Regional Ethics and Counseling Panel.  Member, Special Conservation Easement Valuation Task Force, 2006. |
| | Currently licensed as a Certified General Real Estate Appraiser in following states: Illinois, License No. 153-000129; Michigan, License No. 1201070816; Indiana, License No. CG40400323; Georgia, License No. 274679; Ohio, License No. 2003020402; Colorado, License No. CG01319904, Mississippi, License No. GA-839, and Florida, License RZ3090.  Previously permanently licensed in Minnesota (No. 10001113), Alaska (No. 210), Wisconsin, License No. 1166-010, and Nebraska (No. CG210047).  Temporarily licensed in many other states including New York, Connecticut, Texas, Tennessee, the District of Columbia, Pennsylvania, Louisiana, and New Mexico. |
| | Currently licensed as a Real Estate Broker in Illinois and formerly in Pennsylvania. |
| | Member, Counselors of Real Estate (designated CRE).  Chair, Midwest Chapter, 1991; Vice Chair, Midwest Chapter, 1992. |
| | Member of the Illinois Bar, Chicago Bar Association, and American Bar Association. |
| | American Bar Association:  Chairman, Historic Preservation and Architectural Controls Subcommittee, 1984-1988; Vice Chairman, Land Use Law Committee, 1985-1987; Chairman, Land Use Law Committee, 1987-1990; Co-Chair, Waste Disposal and Land Use Law Subcommittee, 1991 to 1998; Member, Real Estate Damages Subcommittee of Environmental Litigation Committee, 2004 to present. |

|  |  |
|---|---|
|  | Member, Ely Chapter, Lambda Alpha International; Treasurer, 1987-1988; Vice President, 1988-1989; President, 1990. |
|  | Member, American Planning Association. |
| **HONORS** | Elected to Phi Beta Kappa, University of Notre Dame (1970). |
|  | Second Annual Richard Nickel Award, Professional Preservationist of the Year (1985), Landmarks Preservation Council of Illinois. |
|  | Sanders A. Kahn Award (1996) as the author who develops the best example of a thought-provoking presentation on concepts and practical problems facing the appraisal and real estate industries, for article in *The Appraisal Journal*, published by The Appraisal Institute. |
|  | Regular contributing columnist (Environment and the Appraiser Department), *The Appraisal Journal* (1996 to 2002). |
| **CIVIC INVOLVEMENT** | Member, Board of Governors, Landmarks Preservation Council of Illinois, 1976-1979 and 1982-1985; Vice President, 1978-1979 and 1983-1984. |
|  | Member, Illinois Historic Sites Advisory Council, 1979-1982. |
|  | Member, Illinois Governor's Advisory Task Force on Historic Preservation, 1985. |
|  | Member, Board of Trustees, Illinois Historic Preservation Agency, 1985-1991. |
|  | Member, Illinois Governor's Tourism Task Force, 1986-1987 (Chairman, Financing Subcommittee). |
|  | Board of Directors, Preservation Action, Washington D.C., 1988-1990. |
|  | Board of Directors, Frederick Law Olmsted Society of Riverside, Illinois, 1986-1988. |
|  | Member, Appraisal Institute Conservation Easement Task Force |

## PUBLICATIONS BY RICHARD J. RODDEWIG

### BOOKS (AUTHOR, CO-AUTHOR, EDITOR OR CONTRIBUTOR)

"Australia: Land Banking as an Emerging Policy," in Neal Roberts (ed.), The Government Land Developers, (Lexington: D.C. Heath and Company, 1977).

Green Bans: The Birth of Australian Environmental Politics, (New York, N.Y.: Allanheld Osmun & Co./Universe Books, in conjunction with The Conservation Foundation, 1978).

"Preservation Law and Economics," Chapter 7 in A Handbook on Historic Preservation Law, (Washington, D.C.: The Conservation Foundation and the National Center for Preservation Law, 1983).

Rehab for Profit: New Opportunities in Real Estate, with Jared Shlaes, (Chicago: National Association of Realtors, 1984).

The Conservation Easement Handbook: Managing Land Conservation and Historic Preservation Easement Programs, with Cheryl A. Inghram et al., (San Francisco: Trust for Public Land and the Land Trust Exchange, 1988).

"The Office Building as an Economic Generator and Contributor," Chapter 3 in The Office Building: From Concept to Investment Reality, (Chicago: Counselors of Real Estate, The Appraisal Institute, and the Society of Industrial and Office REALTORS, 1993).

"Inverse Condemnation in Regulatory Takings," with Christopher J. Duerksen, Chapter 14E in Nichols on Eminent Domain, (New York: Matthew Bender & Company, Inc., updated release, 1996).

Valuing Contaminated Properties: An Appraisal Institute Anthology, (Chicago: The Appraisal Institute, 2002).

### MONOGRAPHS

"Components of a Good Historic Preservation Ordinance," (Chicago: Landmarks Preservation Council of Illinois, 1980).

Condominium Conversion Legislation: Separating Myth From Reality, (Washington, D.C.: National Association of Realtors, 1980).

Loft Conversions: Planning Issues, Problems and Prospects, Planning Advisory Service Report Number 362, (Chicago: American Planning Association, 1981).

Preservation Easements in Illinois, (Chicago: Landmarks Preservation Council of Illinois, 1982).

Preservation Ordinances and Financial Incentives: How They Guide Design, (Washington, D.C.: National League of Cities, 1982).

"The Uniform Condominium Act and Illinois Condominium Ordinances: A Comparison," ORER Report No. 1, (Urbana, Illinois: University of Illinois Office of Real Estate Research, 1982).

Preparing a Historic Preservation Ordinance, Planning Advisory Service Report Number 374, (Chicago: American Planning Association, 1983).

Analyzing the Economic Feasibility of a Development Project: A Guide for Planners, Planning Advisory Service Report Number 380, (Chicago: American Planning Association, 1983).

Economic Benefits from Rehabilitation of Historic Buildings in Illinois, (Springfield, Illinois: Illinois Historic Preservation Agency, 1984).

Transferable Development Rights Programs: TDRs and the Real Estate Marketplace, with Cheryl A. Inghram, Planning Advisory Service Report Number 401, (Chicago: American Planning Association, 1987).

Responding to the Takings Challenge:  A Guide for Officials and Planners, with Christopher J. Duerksen, Planning Advisory Service Report Number 416, (Chicago: American Planning Association, 1989).

"Compensation for Temporary Takings After First English: Has a Taking Occurred and What Is the Measure of Damages?," in Section 1983 and Land Use, (Clifton, N.J.:  Prentice Hall Law and Business, 1989, p. 153).

Economic Incentives for Historic Preservation, A Critical Issues Fund Report, (Washington, D.C.: National Trust for Historic Preservation, 1989).

Takings Law in Plain English, with Christopher J. Duerksen, produced for the American Resources Information Network, 1994.

Preparing a Historic Preservation Plan, with Bradford J. White, Planning Advisory Service Report Number 450, (Chicago: American Planning Association and National Trust for Historic Preservation, 1994).

Environmental Risk and the Real Estate Appraisal Process: Seminar Workbook, with Gary R. Papke, (Chicago: The Appraisal Institute, 1994).

Special Purpose Properties: The Challenges of Real Estate Appraising in Limited Markets: Seminar Workbook, with Gary R. Papke, (Chicago: The Appraisal Institute, 1995).

Appraising Environmentally Contaminated Properties: Understanding and Evaluating Stigma: Seminar Workbook, (Chicago: The Appraisal Institute, 2001).

## ARTICLES

"In Australia, Unions Strike for Environment," with John S. Rosenberg, in The Conservation Foundation Letter, November 1975.

"New Shelters in Old Properties: The Tax Reform Act of 1976," with Michael S. Young, in Real Estate Issues, Volume 3, Number 2, (Chicago:  American Society of Real Estate Counselors, Winter 1978, p. 9).

"Neighborhood Revitalization and the Historic Preservation Incentives of the Tax Reform Act of 1976:  Lessons from the Bottom Line of a Chicago Red Brick Three Flat," in The Urban Lawyer, Volume 11, Number 1, (Kansas City:  University of Missouri at Kansas City School of Law, Winter 1979, p. 35).

"Real Estate Tax Impact of Condominium Conversions: A Chicago Perspective," with Michael S. Young, in The Appraisal Journal, January 1980.

"Creating a Workable Historic Preservation Ordinance," in American Planning Association, Illinois Chapter, Newsletter, May 1980.

"Condomania or Condophobia?," in Real Estate Issues, Volume 5, Number 1, (Chicago:  American Society of Real Estate Counselors, Summer 1980, p. 16).

"Building on the Past," in Real Estate Today, (Chicago:  National Association of Realtors, October 1980).

"The Changing Character of Chicago's Condominium Market," in Condominium: Chicagoland's Condominium Guide, First Edition, Summer-Fall 1981.

"Preservation Rulings Foster Development and Economic Growth," in Design, December 14, 1981.

"Appraising the Best Tax Shelter in History," with Jared Shlaes, in The Appraisal Journal, Volume L, Number 1, (Chicago: American Society of Real Estate Appraisers, January 1982, p. 25) .

"'Certified' Rehabilitation of Historic Buildings:  Are the Tax Benefits Worth the Extra Cost?," in Real Estate Review, Volume 12, Number 3, (Boston: Warren, Gorham & Lamont, Autumn 1982, p. 67).

"Preservation Easements Reconsidered: An Alternative Approach to Value," with Jared Shlaes, in <u>The Appraisal Journal</u>, Volume LII, Number 3, (Chicago: American Society of Real Estate Appraisers, July 1984, p. 325).

"Appraising Theme Parks," with Steven P. Schiltz and Gary Papke, in <u>The Appraisal Journal</u>, Volume LIV, Number 1, (Chicago: American Society of Real Estate Appraisers, January 1986, p. 85).

"Preservation Easement Law:  An Overview of Recent Developments," in <u>The Urban Lawyer</u>, Volume 18, Number 1, (Kansas City:  University of Missouri at Kansas City School of Law, Winter 1986, p. 229).

"Supreme Court Rules for Landowners," with Jared Shlaes, in <u>The Inland Architect</u>, (Chicago:  The Inland Architect Press, September/October 1986, p. 4).

"Landmark Preservation: The New Chicago Ordinance," in <u>Preservation Law Reporter</u>, Volume 6, Nos. 1 and 2, (Washington, D.C.: National Trust for Historic Preservation, Spring/Summer 1987, 6 PLR 2017).

"Essential Elements of a Statewide Legislative Program for Historic Preservation," in <u>Preservation Forum</u>, Volume 2, Number 2, (Washington, D.C.: National Trust for Historic Preservation, Summer 1988, p. 11).

"Selling America's Heritage . . . Without Selling Out," in <u>Preservation Forum</u>, Volume 2, Number 3, (Washington, D.C.: National Trust for Historic Preservation, Fall 1988, p. 2).

"Measuring Regulatory Hardship: Dealing with Real Estate Questions in Takings Cases," with Christopher J. Duerksen, in <u>Urban Land</u>, Volume 48, No. 1, (Washington, D.C.: Urban Land Institute, January 1989, p. 21).

"Measuring Regulatory Hardship: Are California Elephants Pink?," with Christopher J. Duerksen, in <u>Urban Land</u>, Volume 48, No. 5, (Washington, D.C.:  Urban Land Institute, January 1989, p. 15).

"Measuring Regulatory Hardship," with Christopher J. Duerksen, in <u>Valuation</u>, Volume 34, Number II, (Washington, D.C.: American Society of Appraisers, June 1989, p. 48).

"Recent Developments in Land Use, Planning and Zoning," in <u>The Urban Lawyer</u>, Volume 21, Number 4, (Chicago: American Bar Association, Fall 1989, p. 769).

"Recent Developments in Land Use, Planning and Zoning," in <u>The Urban Lawyer</u>, Volume 22, Number 4, (Chicago: American Bar Association, Fall 1990, p. 719).

"Report of the Subcommittee on Land Use and Solid Waste," with Richard V. Houpt and Glenn C. Sechen, in <u>The Urban Lawyer</u>, Volume 23, Number 4, (Chicago:  American Bar Association, Fall 1991, p. 753).

"Measuring the Damages in Takings Cases:  The Next Frontier," with Christopher J. Duerksen, in <u>Zoning and Planning Law Report</u>, Volume 15, Number 7, (New York:  Clark Boardman Callaghan, July-August 1992, p. 49).

"Ready for Takeoff:  Developing the 21st Century Airport," with Christopher J. Duerksen, in <u>Urban Land</u>, Volume 51, No. 11, (Washington, D.C.:  Urban Land Institute, November 1992, p. 26).

"The Commerce Clause and Waste Disposal Management Plans," with Richard V. Houpt and Glenn C. Sechen, in <u>The Urban Lawyer</u>, Vol. 24, No. 4, (Chicago, American Bar Association, Fall 1992, p. 907).

"Market Value and Public Value: An Exploratory Essay," with Gary Papke, in <u>The Appraisal Journal</u>, Volume LXI, Number 1, (Chicago: Appraisal Institute, January 1993).

"A Better Way to Plan Airports," with Christopher J. Duerksen and Raymond L. Reaves, in <u>Urban Land</u>, Vol. 52, No. 3, (Washington, D.C.: Urban Land Institute, March 1993, p. 35).

"Recent Developments with RCRA Subtitle D and Commerce Clause Cases After the *Hunt* and *Fort Gratiot* Decisions," with Glenn C. Sechen, in <u>The Urban Lawyer</u>, Vol. 25, No. 4, (Chicago, American Bar Association, Fall 1993, p. 797).

"Historic Preservation and the Constitution: Dispelling the Thirteen Myths," <u>Historic Preservation Forum</u>, July/August 1993, p. 11.

"Municipal Solid Waste: The Uncertain Future of Flow Control -- A Municipal Perspective," with Glenn C. Sechen, in The Urban Lawyer, Vol. 26, No. 4, (Chicago: American Bar Association, Fall 1994, p. 801).

"Reduce Income Taxes with a Preservation Easement," with Victoria L. Allan, in Innkeeping, Vol. 14, No. 4, (Santa Barbara, Professional Association of Innkeepers International, April 1996, p. 1).

"Stigma, Environmental Risk and Property Values: 10 Critical Inquiries," in The Appraisal Journal, Volume LXIV, Number 4 (Chicago: The Appraisal Institute, October 1996, p. 375).

"Environment and the Appraiser: Temporary Stigma: Lessons from the *Exxon Valdez* Litigation," in The Appraisal Journal, Volume LXV, Number 1 (Chicago: The Appraisal Institute, January 1997, p. 96-101).

"Environment and the Appraiser: Using the Cost of Environmental Insurance to Measure Contaminated Property Stigma," in The Appraisal Journal, Volume LXV, Number 3 (Chicago: The Appraisal Institute, July 1997, p. 304).

"EPA's Brownfields Initiative: Will It Improve the Market for Contaminated Properties?" in Valuation Insights & Perspectives, Volume 2, Number 3 (Chicago: The Appraisal Institute, Third Quarter 1997, p. 46).

"Environment and the Appraiser: Contaminated Properties and Guide Note 8: Questions, Answers, and Suggestions for Reform," in The Appraisal Journal, Volume LXVI, Number 1 (Chicago: The Appraisal Institute, January, 1998, p. 99).

"Environment and the Appraiser: Choosing the Right Analytical Tool for the Job," in The Appraisal Journal, Volume LXVI, Number 3 (Chicago: The Appraisal Institute, July, 1998, p. 320).

"Environment and the Appraiser: Classifying the Level of Stigma and Risk Affecting Contaminated Property," in The Appraisal Journal, Volume LXVII, Number 1 (Chicago: The Appraisal Institute, January, 1999, p. 98).

"Environment and the Appraiser: Adjusting Environmental Case Study Comparables by Using an Environmental Risk Scoring System," in The Appraisal Journal, Volume LXVIII, Number 4 (Chicago: The Appraisal Institute, October, 2000, p. 371).

"Junk Science, Environmental Stigma, Market Surveys, and Proper Appraisal Methodology: Recent Lessons from the Litigation Trenches," in The Appraisal Journal, Volume LXVII, Number 4, (Chicago: The Appraisal Institute, October 1999, p. 447).

"Environment and the Appraiser: Mortgage Lenders and the Institutionalization and Normalization of Environmental Risk Analysis," in The Appraisal Journal, Volume LXIX, Number 2 (Chicago: The Appraisal Institute, April, 2001, p. 119).

"Testing the Reliability of Contingent Valuation in the Real Estate Marketplace," with James D. Frey, in The Appraisal Journal, Volume LXXIV, Number 3 (Chicago: The Appraisal Institute, Summer 2006, p. 267).

**BOOK REVIEWS**

Federal Historic Preservation Case Law, Charlotte R. Bell, in The Appraisal Journal, Volume LIV, Number 2, (Chicago: American Society of Real Estate Appraisers, April 1986, p. 306).

Landmark Justice: The Influence of William J. Brennan on America's Communities, Charles M. Haar and Jerold S. Kayden, in The Urban Lawyer, Volume 21, Number 2, (Kansas City, Missouri: University of Missouri at Kansas City School of Law, Spring 1989, p. 399).

Icons and Aliens, John Costonis, in Inland Architect, Volume 34, No. 1, (Chicago: January/February 1990, p. 81).

Environmental Engineering Dictionary, 3d ed., compiled and edited by C.C. Lee, PhD., in The Appraisal Journal, Volume LXVII, Number 2, (Chicago: The Appraisal Institute, April 1999, p. 224).

# CLARION ASSOCIATES, INC.
## Richard J. Roddewig
## Depositions and Trial Testimony
## 1996-2007

WMI Properties, Inc. v. Bucks County Board of Assessment, Court of Common Pleas of Bucks County, Pennsylvania, Case No. 93-10620-18-6 and Case No. 93-10443-2-6. (Trial Testimony: May of 1996).

Jim Sowell Construction Co., Inc., v. City of Coppell, United States District Court, Northern District of Texas, Dallas Division, Civil Action No. 3:96-CV-0666-D (Deposition: January 3 and February 14, 1997).

Albuquerque Commons Partnership v. City Council of the City of Albuquerque, Second Judicial District Court, County of Bernalillo, State of New Mexico, No. CV-95-006031. (Deposition: October 28, 1997).

City of Greenwood Village v. Richard Oneslager, Jr., et al., District Court of Arapahoe County, Colorado, Case No. 95 CV 2209, Division 3. (Trial Testimony: 1997).

American National Bank & Trust Co. V. Harcros Chemicals, Inc., et al., U.S. District Court, N.D. Illinois, Docket No. 95 C 3750. (Deposition: February 1998).

Bernard R. Buchner, et al. v. Amoco Oil Company, et al., Circuit Court of LaCrosse County, Wisconsin, Case No. 94-CV-318. (Deposition: approximately 1998).

Moore Drums, Inc. v. Lockheed Corporation, U.S. District Court, District of South Carolina, Carleston Division, Case No. 2:94-3437-23. (Deposition: 1999)

L.B. Anderson v. Lake County, Circuit Court of Lake County, Illinois. (Deposition and Trial Testimony: January and February 1999).

Illinois Department of Transportation v. Oxford Bank & Trust, Circuit Court of Lake County, Illinois, Case No. 96 ED 4. (Deposition 2000)

Richard N. Jayson v. Urban Redevelopment Commission of City of Stamford, CT, Superior Court J.D. of Stamford/Norwalk, Docket No. CV-95-0148934S (Deposition given late 2001. Case settled before trial testimony)

Major Andrews III, et al v. Kerr-McGee Corporation, U.S. District Court, Northern District Mississippi, Eastern Division, C.A. NO. 1:00CV158-D-A (Deposition in early 2002. Case settled before trial testimony)

Greater Omaha Realty v. City of Omaha, Nebraska, District Court of Douglas County, Doc. 965, No. 279. (Deposition given in early 2002. Case settled before trial testimony)

City of Lake Forest v. Broadacre Management Company, Circuit Court of Lake County, Illinois, Case No. OO ED 03 (Deposition given December 2001. Trial Testimony given in 2002)

United States of America v. Lots Numbered 108 through 114, Trustee for the National Treasury Employees Union, et al. U.S. District Court, District of Columbia, Civil No. 02-0019-HHK. (Deposition given February 26, 2003. Case settled before trial testimony)

Devane, et al., vs. The Lockformer Company, et al., Circuit Court of DuPage County, Illinois, Case No. 01 L 377 (Deposition given May 30, 2003. Trial Testimony given July 9, 2003)

Kellum, et al., vs. Kuhlman Electric Corporation, et al., Circuit Court of Copiah County, Mississippi, C.A. No. 2001-0313 thru 2001-0324 (Deposition given August 14, 2003. Testimony at Preliminary Hearing on June 29, 2004)

Appeal of Saturn Corporation, Tennessee State Board of Equalization, Tax Years 1996 Through 1999, (Deposition given October 22-23, 2003. Testimony at Administrative Hearing on November 6-7, 2003)

Illinois Department of Transportation v. Union Pacific Railroad, Circuit Court of Cook County, Illinois, Case No. 01 L 50519 and No. 01 L 50520 (Deposition given March 24, 2004)

In the Matter of the Arbitration between LaSalle National Trust, N.A., v. American National Bank and Trust Company of Chicago, Circuit Court of Cook County, Illinois, Chancery Division, Case No. 94 CH 11637 (Depositions given August 1998, May 1999, and May 6, 2004; Trial Testimony in 1998; Hearing Testimony given in 1999 and June 16-17 2004)

Galatia Community Unit School District No. 1, et al, v. Department of Revenue Re: The American Coal Company, State of Illinois, No. 02-PT-0012. (Deposition given in October of 2004)

Palmisano, et al. v. Olin Corporation, et al., United States District Court, Northern District of California, San Jose Division, Case No. 5:03-cv-01607-RMW (Deposition given October 26, 2004)

CMC Heartland Partners, v. The Redevelopment Authority of the City of Milwaukee, Circuit Court of Milwaukee County, Wisconsin, Case No. 04-CV-003127
(Deposition given September 21, 2005)

Mather Investment Properties, L.L.C., v. Illinois Trapshooters Association, Inc. et al., Circuit Court for the Seventh Judicial Circuit, Sangamon County, Illinois, Case No. 2003 L 0144 (Deposition given November 21, 2006)

Whitehouse Hotel Limited Partnership, v. Commissioner of Internal Revenue, United States Tax Court, Docket No. 12104-03 (Trial Testimony given December 6, 2006.)

Perrine, et al. v. E. I. DuPont de Nemours and Company, et al., Circuit Court of Harrison County, West Virginia, Civil Action No. 04-C-296-2 (Deposition given June 7, 2007).