

# Francisco Silva-Tulla, Sc.D., P.E.
Consulting Civil Engineer
GeoEngineering and Environment

## EDUCATION

Sc.D., Civil Engineering, Massachusetts Institute of Technology, Cambridge, MA, 1977
M.S., Civil Engineering, Massachusetts Institute of Technology, Cambridge, MA, 1975
B.S. with high honors, Civil Engineering, University of Illinois, Champaign-Urbana, Illinois, 1971

## CERTIFICATIONS AND TRAINING

Registered Professional Engineer, Florida and Puerto Rico, 1979 (others requested by reciprocity)
Certified U.S. Navy Diver, 1973 (not current), Certified NAUI Diver, 1973
Public Works Management, U.S. Navy Civil Engineer Corps Officer School, 1971
OSHA 40-Hour Hazardous Waste Site Health & Safety (HAZWOPER) Training
OSHA Supervisory Training

## EXPERIENCE OVERVIEW

Dr. Silva has 35 years of professional experience including 30 years as a consulting engineer, participating on engineering projects and studies in roles ranging from complete responsibility (program or project management, design, plans and specifications, budget control, construction supervision, quality control, and long-term surveillance) to specialized services (supervision of work performed by other engineering firms; guidance and leadership to groups of consultants; quality assurance; value engineering; expert witness and litigation support; soil and groundwater exploration, sampling, analysis and characterization; and environmental assessments and impact studies). For U.S. Government agencies and private corporations, Dr. Silva has performed engineering and environmental work linked to CERCLA-, RCRA-, CWA-, CAA-, and NEPA-related projects. Dr. Silva's experience includes work for the mining, construction, chemical, petrochemical, petroleum, power, transportation, manufacturing, and waste disposal industries as well as U.S. and foreign government agencies. A large part of his professional experience relates to earth structures (especially embankments, dams, dikes, slopes, landfills, and excavations) and the safety of constructed facilities (including probabilistic risk assessments and dam safety).

## PROFESSIONAL AFFILIATIONS

American Society of Civil Engineers (former chairman, Embankments, Dams and Slopes Committee)
National Dam Safety Review Board, (formerly ICODS) Member of Training Workgroup on behalf of ASCE
Boston Society of Civil Engineers
International Society for Soil Mechanics and Foundation Engineering
United States Society of Dams
Southeast Asian Geotechnical Society
Sociedad Venezolana de Mecánica de Suelos (corresponding member)
Society of American Military Engineers
Association of Civil Engineering Corps Officers

## LANGUAGES

English:  native fluency          Portuguese: limited reading and speaking
Spanish: native speaker           Italian:    limited reading and speaking

1



**EMPLOYMENT HISTORY**

| | | |
|---|---|---|
| GeoEngineering and Environment, Lexington, MA | Consulting Civil Engineer, Owner | 2005 to present |
| ICF Consulting, Lexington, MA[1] | Senior Vice President and Distinguished Consultant[2] | 2002-2005 |
| Arthur D. Little, Inc., Cambridge, MA | Vice President and Director | 1993-2002 |
| T. William Lambe and Associates, FL / Geotechnics, Inc., Lexington, MA | Associate / President, Owner | 1975-1993 |
| Massachusetts Institute of Technology, Department of Civil Engineering, Cambridge, MA | Research Assistant | 1973-1975 |
| U.S. Navy, Inter-American Naval Training Center, Civic Action and Rural Development Department, Key West, FL | Assistant Director | 1972-1973 |
| U.S. Navy, Naval Station, Key West, FL | Activity Civil Engineer | 1971-1972 |
| Hato Rey Building Co., Engineers and Contractors, San Juan, Puerto Rico | Heavy Equipment Operator, Diesel Engine Mechanic, Surveyor | 1967-1971 |

**SECURITY CLEARANCES:** Secret, US Navy, not current

**PROJECT EXPERIENCE**

**Geotechnical and GeoEnvironmental Engineering**

New Orleans Levee Assessment Team, 2005. Dr. Silva was a member of the Geo-Institute of ASCE team assembled in the wake of the passage of Hurricane Katrina to study the performance of the regional flood protection systems in the New Orleans area. The following link provides access to the team's report: http://hsgac.senate.gov/_files/Katrina/Preliminary_Report.pdf

Clearwater Dam Major Rehabilitation, 2005 to present. Dr. Silva serves on the Board of Consultants for the rehabilitation of this Corps of Engineer flood control dam in Missouri. Built on karst terrain in the 1940's, the dam developed a sinkhole in the upstream slope in 2003, the first time the reservoir approached full capacity.

Geotechnical Safety Program, Confidential Commercial Client, 1985 to present. Dr. Silva implemented a geotechnical safety program for a landslide in a heavily populated area in Puerto Rico. Horizontal movements in excess of one meter were controlled using an economical drainage scheme instead of the complicated unloading scheme proposed previously. The stabilization by drainage saved several million dollars. Dr. Silva also provided litigation support.

Geotechnical Safety of a Hydrogen Storage Cavern, Salt Dome, 2004 to present. Dr. Silva evaluated the feasibility and geotechnical risks of a proposed solution cavern in a salt dome formation for the storage of

---

[1] ICF Consulting acquired the Global Environment and Risk (Americas) division of Arthur D. Little Inc. in April 2002

[2] Appointed *ICF Consulting Distinguished Consultant* in 2003. ICF Consulting recognizes individuals who have set themselves apart as leaders in their chosen consulting discipline. Selection as a Distinguished Consultant is the highest company honor that can be bestowed upon a consultant and is recognition of the significant and sustained substantive accomplishments of the awardees. This permanent honor is limited to six individuals among 1200+ employees.



hydrogen for a major U.S. gas producer. Once the project implementation started, Dr. Silva was retained to oversee the geotechnical safety of the solution mining operations and develop a quantitative risk assessment for the facility.

$CO_2$ Geo-sequestration Risk Assessment, 2005. Dr. Silva developed a quantitative risk assessment framework for geo-sequestration of $CO_2$ for the U.S. Environmental Protection Agency. In order to deliver meaningful results within a reasonably short time and with a limited level of effort, the framework contemplates determining the failure probabilities through elicitation of quantified expert judgment.

Dam Failure Investigation, Lisan Peninsula, Dead Sea, Jordan, 2003 to 2004. Dr. Silva served as expert witness and led a geotechnical investigation of a 2.4 km. long dam failure during first filling of the reservoir. Tasks included review of design reports and subsequent failure investigation reports, compilation and analysis of laboratory test data, performance of slope stability analyses, and coordination among various engineering and legal groups. This investigation was performed in support of litigation.

Tailings Dams, International Mineral Corporation (IMC), 1993 to 2004. Dr. Silva served on a board of consultants for a geotechnical safety program covering over 50 tailing dams for IMC's Florida phosphate operations.

Geotechnical Safety Programs, Petróleos de Venezuela (PDVSA), 1975 - 2002. Dr. Silva managed two comprehensive geotechnical safety programs for one of the largest oil producer in the world at the 700,000 bbl/day Amuay Refinery in Paraguaná and the Cantinas Fuel Distribution Plant near Caracas. The geotechnical safety programs have the following nine components: performance criteria, design assessment, field measurement system, construction assessment, surveillance, performance evaluations, safety assessment, remedial measures, and contingency plan. During the last 20 years, the safety programs have included the types of projects described below. Among other benefits to the client from this work, the Amuay refinery stores 30 million barrels of refined product at 10% of the cost of storage in traditional steel tanks, and the Cantinas fuel distribution plant avoided a $200 million relocation to a less desirable site. Over the years the Geotechnical Safety Programs included projects related to the following:

Dams – FORS-1, FORS-2, FORS-3, Siburua, Las Barrancas, Tacarigua.

Oil Storage Reservoirs – Three oil storage reservoirs with a combined storage capacity of about 30 million barrels of oil.

Landslides – Analyses and design of preventive or remedial measures for numerous landslides along a 14 km. long cliff at a refinery and landslide affecting half a fuel distribution plant.

Earthquake Engineering – Evaluation of seismic resistance of earth dams for oil storage reservoirs

Foundations – Foundations for buildings, tanks, bridges, pipelines, and specialized structures, including braced excavations near the shoreline and shallow and deep foundations for a $1.2 billion refinery expansion. Subsidence due to oil extraction in the Bolivar Coastal field.

Ports and Harbors – Oil-loading piers, submarine oil loading pipeline..

Environmental – Design, construction modifications, or operation of industrial and hazardous waste facilities for the storage or disposal of petroleum products, coke, contaminated soils, and refinery operations waste. Development and implementation of environmental program for a 50-year-old refinery and a 40-year-old fuel distribution plant.

Institutional Strengthening– Multi-year training programs for professional and technical personnel included development and implementation of processes and procedures, formal presentations,



on-the-job training, exchange programs, and guidance for post-graduate studies (including selection of university and graduate thesis supervision)

Waste Water Treatment Plant, Technip Italy, 2002 - 2003. Dr Silva has assisted with corrective measures for a waste water treatment plant serving a petrochemical complex in Qatar

Foundations in Karst Terrain, Bermuda Properties, 1999 – 2002. For the oldest resort operator in Bermuda. Dr. Silva has helped with the development of hotel and residential projects in karst terrain. The work has included evaluation of the environmental impact of the projects on the delicate cave ecosystems, testimony before government commissions, and engineering guidance for the design and construction of foundations in karst.

Industrial Landfill Failure, LTV Steel, 1999 – 2002. Dr. Silva helped determine the cause of failure of an industrial landfill landslide and provided litigation support.

Mine Reclamation, Glencore International and Enirisorse, 1999 – 2002. For one of the world's largest commodity traders and the Italian government mining organization, Dr. Silva helped transform an abandoned open-pit, poli-metallic mine underlain by several levels of underground galleries into a state-of-the-art industrial waste repository serving the a lead and zinc smelter complex on the island of Sardinia, Italy.

Landfill Failure, Government of Bogotá, Colombia, 1999 – 2001. Dr. Silva helped determine the cause of failure of the Doña Juana Landfill, one of the largest landfill failures to date.

Braced Excavation for Sea Water Intake, Technip Italy, 1999 – 2000. For one of the world's three largest construction companies, Dr. Silva helped determine the cause of failure of a braced excavation in sand for a sea water intake in Qatar, redesigned the excavation, and supervised the reconstruction. The contractor completed the structure within the original time schedule, avoiding costs of $1 million per day from unscheduled plant stoppage.

Environmental Remediation, County of San Luis Obispo, 1994 to 1997. Dr. Silva supervised the geotechnical sections of the EIR for the Guadalupe Oil Field Remediation and Abandonment Project, San Luis Obispo, California. This CEQA/NEPA-regulated project involved government entities at the local, county, regional, state, and federal levels. Issues addressed included river scour; beach and dune erosion; beach, dune, and wetlands protection and restoration; slope stability; construction procedures; and excavation safety.

Industrial Landfill cap, Rohm & Haas, 1993 - 1996. Dr. Silva has assisted with the design of an industrial landfill cap in Pennsylvania and remedial measures for a landslide in England. The industrial landfill cap included stability considerations during the construction of a cutoff wall. As a result of Dr. Silva's collaboration, the designers realized the feasibility of safely executing the excavations needed for the construction of the cutoff without resorting to expensive stabilization measures.

Landfill Cap, U.S. Environmental Protection Agency (EPA), 1993 - 1996. Dr. Silva performed design and construction assessment for the BFI-Rockingham Superfund site landfill closure, including evaluation of seismic resistance of the completed structure.

Geotechnical Safety Program, Toa Nenryo Kogyo Oil Company, 1975 - 1995. Dr. Silva predicted settlement of tanks subjected to cyclic loads on reclaimed land in Tokyo Bay to help plan re-leveling expenses. He also contributed to the execution of a geotechnical safety program for several refinery sites in Kawasaki aimed at minimizing the risk due to earthquake-induced failures. This safety program included design and implementation of preventive measures to increase the liquefaction resistance of the foundation soils. These earthquake resistant measures proved so successful that the government required all other refineries in Japan to implement similar measures.

4

Dam Failure Assessment, Black & Veatch Consulting Engineers, 1988 - 1992. Dr. Silva assisted in the failure analysis, redesign, and reconstruction of an earth dam and helped with problems of soil compaction in earth embankments. Dr. Silva also provided litigation support related to the dam failure.

Geotechnical Safety Program, Stauffer Chemical and Rhône-Poulenc, 1978 - 1992. Dr. Silva managed a geotechnical safety program at a trona mine and refinery aimed at operating safely several tailings reservoirs impounded by earth dams. The safety program included design and construction of remedial measures for a dam close to failure at a savings of about $1.2 million over a previously proposed remedial scheme.

Geotechnical Safety Program, AMAX Phosphate and Borden Chemical, 1976 - 1992. Dr. Silva managed geotechnical safety programs at two phosphate mines in Florida as well as two phosphate plants in Florida and one in Illinois. Projects included the safety of many miles of earthen dams and dikes; installation of slurry walls to control subsurface flow; design and construction assessment of earth dams for mining and industrial waste reservoirs; operation and safety of gypsum stacks, including a complete risk assessment for one stack; and abandonment of a phosphate mine.

Hazardous Waste Secure Cells, Browning - Ferris Industries (BFI), 1988 – 1991. Dr. Silva analyzed the failure of two hazardous waste secure cells in Ohio and Illinois, provided litigation support related to those facilities, and helped design remedial measures to correct deficiencies at the Illinois facility. Dr. Silva also assisted BFI in the design and construction of a hazardous waste secure cell in Puerto Rico.

Geotechnical Safety Program, Commonwealth Oil Refining Co. in Puerto Rico (CORCO), 1975 - 1985. Dr. Silva managed a geotechnical safety program aimed at controlling landslides at a refinery and a petrochemical plant. The program included design and construction of remedial and preventive measures for landslides endangering the installations and predictions of future landslide activity to prevent damages.

Tailings Dam Safety, Aluminum Company of America (ALCOA), 1980 – 1984. Dr. Silva assessed the design and performance of earth dams impounding industrial waste reservoirs and prepared recommendations for preventive measures to increase their safety.

Dam Safety Evaluation, Yankee Atomic Electric, 1981. Dr. Silva helped assess the safety of an earth dam located just upstream from a nuclear power plant near the Vermont–Massachusetts border.

Braced Excavation, Kawasaki Steel, 1980 - 1981. Dr. Silva helped in the design and construction control of a major excavation near Tokyo, Japan.

Offshore Structure Foundations, Rijkswaterstaat Deltadienst, 1976 to 1981. Dr. Silva contributed to the design investigation for the Oosterchelde closure in the Netherlands. This investigation provided design parameters for the offshore caisson's foundations and included the development of laboratory equipment to perform cyclic tests in sands.

Geotechnical Laboratory, Universidad Católica in Caracas, Venezuela, 1977 – 1978. Dr. Silva assisted in updating the geotechnical laboratory.

Soft Ground Engineering, Massachusetts Highway Department, 1973 to 1978. Dr. Silva worked on developing design methodology for embankments on soft clays, and supervised geotechnical laboratory programs.

Heavy Equipment Operator, Hato Rey Building Company, 1969 - 1971. Dr. Silva worked as a diesel mechanic and heavy equipment operator (Caterpillar 631B scrapers, D-9 dozers).



**Environmental Assessments**

<u>Hazardous, Toxic and Radiological Waste, U.S. Army Corps of Engineers, New England District, 1999 - 2005</u>. Dr. Silva served as program manager and chief engineer for Hazardous, Toxic and Radiological Waste (HTRW) activities. Tasks under this multi-year contract include remediation of acid mine drainage problems at the Elizabeth Mine in Vermont, one of the oldest copper mines in the country; CERCLA Remedial Investigation and CERCLA NTCRA Removal Action Design of the former Eastland Woolen Mill Site in Corinna, Maine; DNAPL recovery and annual monitoring of contamination at the Nyanza Superfund Site in Massachusetts; investigation of contamination at the former Naval Depot in Hingham, MA; and site investigation at the former Keystone Ordnance Works, Geneva, Pennsylvania.

<u>Alternative Remedial Action Contract (ARC), EPA Region 1, 1993 – 1998</u>. Dr. Silva served as the lead engineer for several ARC task orders including: design review and construction oversight for the BFI-Rockingham VT Superfund site landfill closure plan; design review and construction oversight for the landfill cap and slurry wall seepage barrier at the Brunswick Naval Air Station in Brunswick, Maine; design review of the Allen Harbor Landfill Closure at the Naval Construction Battalion Center (NCBC) Davisville RI; remedial design and remedial action for contaminated sediments at the Ottati & Goss Superfund Site, a former steel drum reconditioning facility located in Kingston, New Hampshire.

<u>Environmental Impact Assessment, Consorzio Venezia Nuova, 1996 - 1998</u>. Dr. Silva served as director-in-charge of the ADL component of the review of the environmental impact statement of the mobile gates for the protection of the Venice lagoon against tidal flooding.

<u>Environmental Impact Statement, construction and operation of new rail line in Texas, Surface Transportation Board, 2003.</u> Dr. Silva provided geotechnical engineering support for the EIS on the San Jacinto Rail Limited and The Burlington Northern and Santa Fe Railway Company Construction and Operation of a new rail line from the Bayport Loop near Houston, Harris County, Texas.

<u>Environmental Impact Study, West Africa Gas Pipeline. 2004.</u> Dr. Silva provided senior engineering and science review for the EIS of this 688.6km long pipeline to deliver natural gas from Nigeria to regulating & metering stations in Benin, Togo, and Ghana. About 90% of the pipeline alignment is offshore with some of the onshore segments traversing sensitive lagoon areas.

**Construction Management**

<u>Construction Operations, U.S. Navy, Reserve Naval Mobile Construction Battalion 12, 1982 - 1985</u>. As operations officer and third in command, Dr. Silva supervised day-to-day operations of the 700-person battalion and its full complement of heavy construction equipment, shops, and multiple job sites.

<u>Construction Management, U.S. Navy, Inter-American Naval Training Center, Civic Action and Rural Development Department, 1972 - 1973</u>. Dr. Silva managed construction, rehabilitation, and equipment of facilities for a new school; developed curriculum for training Latin American naval officers in project management; enlisted naval personnel in the construction trades; and supervised a select team of Seabees during development of curriculum and planning of flood control projects in Bolivia.

<u>Public Works Management, U.S. Naval Station, Key West, 1971 - 1972</u>. Dr. Silva was responsible for public works support for the submarine base, including an electric power plant and fresh water aqueduct supplying Key West from the Florida mainland. He managed numerous construction and rehabilitation projects for shore facilities, including industrial, institutional and residential buildings, piers, tanks, and roads. Dr Silva was the first officer to be assigned responsibilities for environmental matters at the Naval Station.



**Policy and Regulatory Guidance**

<u>Sustainable Water Resources Development, World Bank, 2005.</u> Dr. Silva is leading a study aimed at developing intergovernmental cooperation for the sustainable development of water resources in Mexico. The study aims to analyze environmental linkages through the identification of environmental impacts of current and planned policies and policy causes of environmental degradation, as well as to propose policy/institutional level interventions to alleviate environmental degradation.

<u>Tailings Dams, International Mineral Corporation (IMC), 1993 to 2004.</u> Dr. Silva has prepared design guidelines (initial document plus several updates) to ensure compliance with the Florida Department of Environmental Protection regulations for tailing dams used for the storage of phosphate mining waste.

<u>Mine Reclamation, Glencore International and Enirisorse, 1999 – 2002.</u> For one of the world's largest commodity traders and the Italian government mining organization, Dr. Silva helped prepare design guidelines for an industrial waste repository to ensure compliance with Italian environmental regulations and accepted engineering practice.

<u>Petróleos de Venezuela (PDVSA), 1975 – 2002.</u> For one of the world's largest oil producers, Dr. Silva helped develop performance criteria for refinery installations to ensure compliance with Venezuelan environmental regulations and corporate safety requirements.

## SELECTED PUBLICATIONS AND PRESENTATIONS

Dr. Silva is the author or co-author of technical papers and numerous reports on geotechnical and geo-environmental subjects. He is the author of the *Soil Mechanics* article in the McGraw-Hill Encyclopedia of Science and Technology and co-editor of "Judgment and Innovation: The Heritage and Future of the Geotechnical Engineering Profession" (Geotechnical Special Publication No. 111). He is presently working on the book *Earth Structures*, co-authored with T. William Lambe, and the second edition of the textbook *Soil Mechanics*, co-authored with T. William Lambe and R. V. Whitman.

**Books**

Lambe, T. W., R. V. Whitman, and Francisco Silva. *Soil Mechanics*, 2nd edition, John Wiley and Sons (textbook in preparation).

Francisco Silva and Kavazanjian, Jr., Edward. *Judgment and Innovation: The Heritage and Future of the Geotechnical Engineering Profession.* ASCE, Geotechnical Special Publication No. 111, 2000.

Silva-Tulla, Francisco. "Soil Mechanics." *McGraw-Hill Encyclopedia of Science and Technology*, 7th edition 16:592-600, 1992.

**Papers**

F. Silva, T.W. Lambe and W. A. Marr, "Probability and Risk of Slope Failure", submitted for publication in the *Journal of Geotechnical and Geoenvironmental Engineering*, ASCE, 2005

Ramírez-Reynaga, Martin and Francisco Silva, "A Simplified Ranking Procedure to Assess Dam Safety in Mexico", accepted for publication in the *Proceedings of the XVI ICSMGE*, Osaka, Japan, September 2005.

Zhang L., F. Silva, and R. Grismala. "Ultimate lateral resistance to piles in cohesionless soils". *Journal of Geotechnical and Geoenvironmental Engineering*, ASCE, 131 (1), 78-83, 2005.



Silva-Tulla, Francisco. "The October 1985 Landslide at Barrio Mameyes, Ponce, Puerto Rico." Committee on Natural Disasters, National Academy of Sciences, National Academy Press, Washington, D.C., 1986.

Lambe, T.W., Francisco Silva-Tulla, and C.M. Troconis. "Landslide Prediction and Prevention." *Proceedings of the Eleventh International Conference on Soil Mechanics and Foundation Engineering*, San Francisco, California, U.S.A., 4:2035-2039, August 1985.

Lambe, T.W., W.A. Marr, and Francisco Silva-Tulla. "Key Features of the Geotechnical Safety Programme for the Amuay Cliffside." *Geotechnical Engineering*, Journal of the Southeast Asian Geotechnical Society, 11:2: 97-12, December 1981.

Lambe, T.W., W.A. Marr, and Francisco Silva-Tulla. "Instability of the Amuay Cliffside." *Journal of the Geotechnical Engineering Division*, ASCE, Volume 107, GT11, Proc. Paper 16636:1505-1520, November 1981.

Lambe, T.W., W.A. Marr, and Francisco Silva-Tulla. "Safety of a Constructed Facility: Geotechnical Aspects." *Journal of the Geotechnical Engineering Division*. ASCE, Volume 107, GT3, Proc. Paper 16107:339-352, March 1981.

Silva-Tulla, Francisco. "Predicting Settlements of Clay Foundations Subjected to Cyclic Loading." Thesis submitted in partial fulfillment of requirements for degree of Doctor of Science at the Massachusetts Institute of Technology, March 1977,(366 pp.)

Lambe, T. W., W. Allen Marr, and Francisco Silva-Tulla. "Stability of an Embankment on a Partially Consolidated Foundation." M.I.T. Department of Civil Engineering, Constructed Facilities Division, Research Report R76-17, Order No. 536, 121 p., March 1976.

Ladd, C.C., W.D. Hawkes, and Francisco Silva-Tulla. "Predicted Performance of an Embankment on Boston Blue Clay." *Proceedings of the Foundation Deformation Prediction Symposium*. M.I.T., Cambridge, Massachusetts, U.S.A., Volume 2, November 1974.

## PRESENTATIONS

### Lectures

*$CO_2$ Geo-sequestration Risk Assessment*, U.S. EPA Geologic Sequestration Workgroup Washington, D.C. 6 May 2005, Invited Lecture

*Probability and Risk of Slope Failure*, Florida Department of Environmental Protection, Tampa, Florida, U.S.A., 15 April 2004, Invited Lecture

*Reclamation of an Open Pit Mine: Case Study from Sardinia, Italy*, U. S. Army Corps of Engineers, New England District, Concord, Massachusetts, U.S.A., 21 November 2003, Invited Lecture

*Evaluating the Stability of an Earth Structure*, XII Pan-American Conference on Soil Mechanics and Foundation Engineering, Cambridge, Massachusetts, U.S.A., June 2003

*Environmental Geotechnics in Engineering Practice*, XVII Venezuelan Geotechnical Seminar, Caracas, Venezuela, November 2002, Invited Lecture.

*Probability and Risk of Slope Failure*, February 2002, University of Massachusetts at Lowell, Invited Lecture

Lambe, T.W. and Francisco Silva, "Evaluating the Stability of an Earth Structure", *Proceedings of the XII Pan-American Conference on Soil Mechanics and Foundation Engineering*, Cambridge, Massachusetts, U.S.A., June 2003

Zhang L., F. Silva-Tulla and R. Grismala. "Horizontal subgrade reaction coefficient of rock". *Soil and Rock America 2003*, MIT, Cambridge, 2003.

Silva, Francisco and Lianyang Zhang, "Geoenvironmental Engineering: Application of Geotechnical Fundamentals for Sustainable Development — State of the Practice", *Proceedings of the VXII Venezuelan Geotechnical Seminar*, Caracas, Venezuela, 5 to 7 November 2002

L. Zhang, F. Silva-Tulla, and R. Grismala. "Ultimate Resistance of Laterally Loaded Piles in Cohesionless Soils" *Proceedings of the International Deep Foundations Congress, ASCE Geotechnical Special Publication No. 116*, 13 to 15 February 2002,

Lambe, T.W. and Francisco Silva-Tulla. *The Determination of Soil Strength for a Stability Analysis.* American Society of Civil Engineers Annual Convention, Boston, Massachusetts, U.S.A., October 20, 1998.

Silva-Tulla, Francisco and Pedro C. Repeto. "General Report on Environmental Geotechnics." *Proceedings of the X Pan-American Conference on Soil Mechanics and Foundation Engineering*, Guadalajara, Mexico, October 29-November 3, 1995.

Lambe, T.W. and Francisco Silva-Tulla. "The Bishop Slope Revisited." *Geotechnical News*, July 1995.

Grismala, Ralph E., Francisco Silva-Tulla and T.W. Lambe, "Geotechnical Field Data Management at the Amuay Refinery—Lessons Learned During the Past 30 Years." Transportation Research Board Annual Conference Proceedings, January 1995.

Lambe, T.W. and Francisco Silva-Tulla. "Dam Stability Following Reservoir Drawdown." *Geotechnical News*, pp. 64-70, December 1994.

Silva, Francisco et al. *Unsolved Problems in Dam Engineering Analysis in the United States.* Compiled by the USCOLD Committee on Methods of Numerical Analysis of Dams, United States Committee on Large Dams, March 1993.

Lambe, T.W. and Francisco Silva-Tulla. "Stability Analysis of an Earth Slope." *Stability and Performance of Slopes and Embankments-II*, Proceedings of a Specialty Conference sponsored by the Geotechnical Engineering Division of the American Society of Civil Engineers, Berkeley, California, pp. 27-69, June 29-July 1, 1992.

Lambe, P.C., T.W. Lambe, and Francisco Silva-Tulla. "Expressing the Level of Stability of a Slope." *The Art and Science of Geotechnical Engineering at the Dawn of the Twenty-First Century*, A Volume Honoring Ralph B. Peck, Cording et al., editors, John Wiley and Sons, N.Y., N.Y., U.S.A., pp. 558-588, 1989.

Lambe, P.C., T.W. Lambe, W.A. Marr, and Francisco Silva-Tulla. "Instability of Natural Slopes in Residual Slopes Derived from Limestone." *Proceedings of the 12th International Conference on Soil Mechanics and Foundation Engineering*, Rio de Janeiro, Brazil, Volume 3:1623-1626, August 1989.

Silva-Tulla, F. "A Geotechnical Safety Program for Unstable Slopes." *Mitigation of Hazard due to Extreme Natural Events in America.* Proceedings of an International Conference on Natural Disasters, National Science Foundation and University of Puerto Rico, Mayagüez, Puerto Rico, January 20-23, 1987:2-17, April 1988.

Lambe, P.C., T.W. Lambe, and Francisco Silva-Tulla. "Stability of an Unloaded Slope." *Proceedings of the Ninth Southeast Asian Geotechnical Conference*, Bangkok, Thailand, 1:1-1 to 1-16, December 1987.

*Probability of Slope Failure*, Florida Dam Safety 2002, Tampa, Florida, January 2002, Invited Lecture.

*Stability of Earthen Structures*, Florida Dam Safety 2002, Tampa, Florida, January 2002, Invited Lecture.

*Innovative Environmental Investigation and Remediation Techniques*, XIV Venezuelan Geotechnical Seminar, Caracas, Venezuela, October 1996, Invited Lecture.

*Stability Analysis Using the Stress Path Method*, 15th Symposium of Caribbean Geology, University of Puerto Rico, Mayagüez, PR, February 1996, Invited Lecture.

*Quantitative Geology Using Stress Path*, 15th Symposium of Caribbean Geology, University of Puerto Rico, Mayagüez, PR, February 1996, Invited Lecture.

*General Report on Environmental Geotechnics*, 10th Pan-American Conference on Soil Mechanics and Foundation Engineering, Guadalajara, Mexico, October 1995, Invited Lecture.

*Landslide Stabilization with Drainage*, I Curso Suramericano de Movimientos de Masas, Universidad Centro Occidental "Lisandro Alvarado," Barquisimeto, Venezuela, October 1995, Invited Lecture.

*Total Quality Management—The High Performance Business Approach to Environmental Management*, 1ra Convención de Medio Ambiente, Asociación Nacional de la Industria Química, Mexico City, October 27, 1994, Invited Lecture.

*Trayectoria de Esfuerzos para Analisis de Estabilidad*, X Seminario Venezolano de Geotécnia, Caracas, Venezuela, October 19, 1988, Invited Lecture.

*Stability of an Unloaded Slope*, Ninth Southeast Asian Geotechnical Conference, Bangkok, Thailand, December 1987, Technical Presentation.

*Expressing the Level of Stability of a Slope*, Symposium on the Art and Science of Geotechnical Engineering at the Dawn of the Twenty-first Century, honoring Professor Ralph B. Peck, University of Illinois, Urbana, Illinois, April 1987, Invited Lecture.

*A Geotechnical Safety Program for Unstable Slopes*, Conference on Natural Disasters, The National Science Foundation, University of Puerto Rico, Mayagüez, PR, January 1987, Invited Lecture.

*Landslide Prediction and Prevention*, U.S. Army Corps of Engineers, Waterways Experiment Station, Vicksburg, Mississippi, March 25, 1986, Invited Lecture.

*The October 1985 Mameyes Landslide in Ponce, Puerto Rico*, Committee on Natural Disasters, National Research Council, National Academy of Sciences, Washington, D.C., January 20, 1986, Invited Lecture.

## Conferences

Dr. Silva-Tulla has contributed to professional conferences in roles ranging from organizing and moderating sessions to assisting with technical material preparation for special sessions or lectures. The conferences include:

XIII Pan-American Conference on Soil Mechanics and Foundation Engineering, Margarita Island, Venezuela, June 2007, member of organizing committee and technical committee

XII Pan-American Conference on Soil Mechanics and Foundation Engineering, Cambridge, Massachusetts, U.S.A., June 2003, member of organizing committee and technical committee

Geo-Congress 98, Geo Institute of the American Society of Civil Engineers Specialty Conference, Boston, Massachusetts, October 18-21, 1998, organizer and moderator of session on Judgment and Innovation—The Heritage and Future of the Geotechnical Engineering Profession.

Petro-Safe 98: Integrated Solutions to Environmental Challenges, January 27-29, 1998, Houston, Texas.

Special Conference on Latin America Oil, Gas, and Power: Finding Opportunities and Profits in the New Phase of Expansion, November 6-7, 1997, New York City.

1996 Annual Convention and Exposition, American Society of Civil Engineers, Session on Use of Innovative Technologies in Geotechnical Engineering, Washington, D.C., November 10-14, 1996.

XIV Venezuelan Geotechnical Seminar, Caracas, Venezuela, October 1996.

15th Symposium of Caribbean Geology, University of Puerto Rico, Mayagüez, PR, February 1996.

11th Pan-American Conference on Soil Mechanics and Foundation Engineering, Guadalajara, Mexico, October 1995.

I Curso Suramericano de Movimientos de Masas, Universidad Centro Occidental "Lisandro Alvarado," Barquisimeto, Venezuela, Ocober 1995.

1ra Convención de Medio Ambiente, Asociación Nacional de la Industria Química, Mexico City, October 27, 1994.

Beyond NAFTA: Forging Profitable Alliances with Mexican Partners and Customers, June 12-15, 1994, Mexico City, chairman of session on Environmental Remediation in Mexico.

Geotechnical Practice in Dam Rehabilitation, ASCE Geotechnical Division Specialty Conference, Raleigh, N.C., April 1993, Session on Alternative Drawdown Procedures.

Stability and Performance of Slopes and Embankments—II, ASCE Geotechnical Division Specialty Conference, Berkeley, Calif., June 1992, Opening Session.

Tenth Southeast Asian Geotechnical Conference, Taipei, ROC, April 1990, Special Session on Design and Construction of Compacted Clay Slopes.

Stability of a Slope on Compacted Clay, North Carolina ASCE Geotechnical Group Seminar, Raleigh, N.C., April 12, 1989.

Ninth Southeast Asian Geotechnical Conference, Bangkok, Thailand, December 1987, 20th Anniversary Lecture on Opening Session.

Workshop for Users of Natural Hazards Research, The George Washington University, Washington, D.C., August 1987.

Eleventh International Conference on Soil Mechanics and Foundation Engineering, San Francisco, Calif., August 1985, The First Terzaghi Oration—Amuay Landslides.

Foundation Deformation Symposium, M.I.T., Cambridge, Mass., November 1974.