## QUALIFICATIONS OF MICHAEL W. TRUAX, MAI
### (Continued)

### Approved Fee Appraiser For:

| | |
|---|---|
| American Commercial Capital | Hancock Bank |
| AmSouth Bank | HSBC Bank |
| AMI Capital, Inc. | J P Morgan Chase Bank |
| Bank of America | Jefferson Parish |
| Board of Commissioners of the Orleans Levee District | Iberia Bank |
| | Interbay Funding |
| Capital Financial Resources | LaSalle Bank |
| Capital One Bank | Metairie Bank |
| Central Progressive Bank | Metlife Capital Corporation |
| CIBC-Oppenheimer | National Capital Funding Corporation |
| Collateral Mortgage Capital, LLC | National Realty Funding |
| Crescent Bank and Trust | Nations Bank/Bank of America |
| Eustis Mortgage | New South Federal Savings Bank |
| Federal Deposit Insurance Corporation | Omni Bank |
| Federal Home Loan Bank Board | Parish National Bank |
| Fidelity Homestead | Regions Bank |
| First Bank and Trust | Resolution Trust Corporation |
| First National Bank of St. Mary Parish | St. Mary Bank |
| First National Bank USA | Southern Pacific Bank |
| GE Capital | Sunlife Assurance of Canada |
| GMAC Commercial Mortgage Corporation | Textron Financial |
| Greater New Orleans Homestead | Whitney National Bank |
| Gulf Coast Bank and Trust | Your Bank |

### Partial List of Corporate/Institutional Clients

| | |
|---|---|
| Archdiocese of New Orleans | Jefferson Parish School Board |
| BellSouth | Louisiana Gas Service Company |
| Board of Commissioners of the Port of New Orleans | Loyola University |
| | Marathon Ashland Petroleum |
| BP America | McDonald's Corporation |
| Burger King | New Orleans Public Service (NOPSI) |
| Census Bureau | 19th Judicial District Court |
| Chevron Oil/Texaco | Norfolk Southern Railroad |
| City of New Orleans | Orleans Parish School Board |
| CSX Railroad | Pan American Life Insurance Company |
| East Jefferson General Hospital | St. Bernard Parish |
| Entergy La.., Inc. | Shell Oil/Equiva/Equilon |
| Ernest Morial Exhibition Hall Authority | Small Business Association |
| Exxon/Mobile | Taco Bell |
| GATX | Terrebonne Parish |
| Halliburton | U.S. Army Corps of Engineers |
| HCA | U.S. Department of Interior |
| Internal Revenue Service | U.S. Department of Justice |
| JEDCO | |

### Partial List of Attorney Clients

| | | | |
|---|---|---|---|
| Tom Anselmo | René Curry | Wilson Krebs | Moise Steeg, Jr. |
| Brod Bagert | Frank D'Amico, Jr. | Robert Kutcher | Charles Stern |
| Herman Barnett | Taylor Darden | Neville Landry | Frank Tessier |
| Leonard Berins | Albert Derbes | Robert Lowe | Emile Turner |
| Thomas Blum | Douglas Draper | Don McDaniel | Gerald Wasserman |
| Andrew Braun | Clarence Dupuy | Russell Nunez | Scott Whittaker |
| Elwood Cahill | Steven Hartel | Randy Opotowsky | Barney Williams |
| Rudy Cerone | | | |

## QUALIFICATIONS OF MICHAEL W. TRUAX, MAI
## (Continued)

### Major Projects

Appraisal of Atchafalaya River Basin for U.S. Army Corps of Engineers.

Environmental Impact Study of Highways for Louisiana Department of Transportation and Development.

Appraisal of Salt Domes and related pipelines in Louisiana and Texas for U.S. Army Corps of Engineers of Strategic Oil Storage Program.

Appraisal of right-of-way for extension of Earhart Boulevard in Jefferson Parish from the New Orleans Parish Line to Causeway Boulevard for the Louisiana Department of Transportation and Development.

Appraisal of Newport News Shipbuilding and Drydock Shipyard in Newport News, Virginia; largest shipyard in the western hemisphere; nuclear aircraft carriers, and attack submarines among ships constructed at facility.

Appraisal of Ford Motor Company Engineering and Research Center in Dearborn, Michigan; contains over 5,000,000 S.F. in ±100 buildings.

Study/analysis regarding property value impact associated with Shell Oil Company "cracker" unit explosion in Norco, Louisiana.

Market and property value analysis in support of the development of the Superconducting Super Collider Project in Ellis County, Texas.

Market study of real estate value impacts associated with environmental contamination from Thompson-Hayworth Plant in New Orleans, Louisiana.

Appraisal of Dow Corning manufacturing facility in Midland, Michigan; large (over 100 building/tower improvements) integrated, chemical plant used in the research, development and production of silicon-based, specialty chemical products.

Appraisal of Dow Chemical Company World Headquarters in Midland, Michigan; complex includes ±914,000 S.F. of gross building area contained in multiple (8) structures as developed on a ±153 acre campus

Appraisal of the Dow Chemical Company manufacturing facility in Midland, Michigan; large (over 500 buildings/towers), integrated, chemical plant used in the research, development and production of a wide range of chemical products.

### Court Testimony As Expert Witness

Jefferson Parish District Court
Orleans Parish District Court
Tangipahoa Parish District Court
St. Bernard Parish District Court
Lafourche Parish District Court
St. Tammany Parish District Court

U.S. Bankruptcy Court for the Western
   District of Louisiana
U.S. District Court for the Eastern
   District of Louisiana
U.S. Bankruptcy Court for the Eastern
   District of Louisiana