UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| | * * | MAGISTRATE: 2 |
| PERTAINS TO: INSURANCE (#06-8637) | * * * | |
| BSD CONSTRUCTION, INC. | * * | |
| VERSUS | * * | |
| STONE INSURANCE, INC. AND ZURICH AMERICAN INSURANCE COMPANY | * * * | |
| *   *   *   *   *   *   *   * | | |

**JOINT PARTIAL MOTION TO DISMISS, WITHOUT PREJUDICE**

**NOW COME** plaintiff, BSD Construction, Inc, and defendant, Assurance Company of America (erroneously sued as Zurich American Insurance Company and hereinafter, "ACA"), and upon representing to this Honorable Court that all claims asserted by BSD Construction, Inc. against ACA were the result of flood waters that are thus, under current precedent, not covered under ACA's policy number BR 50971770, effective September 24, 2005 through September 24, 2006, and issued to BSD Construction, Inc.

Thus, plaintiff, BSD Construction, Inc, and ACA mutually desire to dismiss all claims by and between the parties hereto, without prejudice, and with each party to bear its own costs.

**WHEREFORE**, plaintiff, BSD Construction, Inc., and defendant, Assurance Company of America (erroneously sued as Zurich American Insurance Company), respectfully move this Honorable Court for the entry of an Order dismissing all claims by and between BSD Construction, Inc. and Assurance Company of America and Zurich American Insurance Company, **WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Lamar M. Richardson*

**LAMAR M. RICHARDSON (#11243)**
110 Moores Road
Mandeville, Louisiana   70471
Telephone: (985) 626-4414

*Counsel for Plaintiff,*
*BSD Construction, Inc.*

*~and~*

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS,**
     **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Assurance Company of America*
*(erroneously sued as Zurich American Insurance*
*Company)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of October, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**