UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| | | § § | |
| PERTAINS TO: LEVEE: C.R. PITTMAN CONSTRUCTION COMPANY, INC. (07-2771) | | § § § § | |

**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE UNITED STATES OF AMERICA'S MOTION TO DISMISS [DOCUMENT 7876]**

Considering the *Ex Parte Motion to Continue United States of America's Motion to Dismiss [Document 7876]* (hereinafter "the Motion"):

**IT IS ORDERED** that the Motion is **GRANTED;** and

**IT IS FURTHER ORDERED** that the hearing scheduled for October 31, 2007, on the United States of America's Motion to Dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(1) [Document 7876] be continued until November 28, 2007, at 9:30 a.m.

New Orleans, Louisiana this 18th day of October, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

1