-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   06-4024 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering plaintiff's Ex Parte Motion for Leave to File Supplemental Memorandum, which the Court has duly noted,

**IT IS ORDERED THAT** plaintiff be and she is hereby granted leave to file a Supplemental Memorandum in support of her Motion to Rescind Order of September 11, 2007.  (Record Document No. 7538) etc.

New Orleans, Louisiana, this 25th day of October 2007.

_____
J U D G E

-1-