

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br><br>MAG. WILKINSON |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285, 07-5067 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL AS A SUPPLEMENT TO MRGO DEFENDANTS' JOINT MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, come the MRGO Defendants, who for the reasons set forth in the accompanying memorandum, respectfully move for leave to file two categories of exhibits — Form 95s and affidavits of insurance companies — under seal as supplements to their Joint Memorandum in Opposition to Plaintiffs' Motion for Class Certification. These materials have been designated "Confidential" or "Party-Sensitive Confidential Information" by the producing parties pursuant to this Court's Master Protective Order (Docket No. 5393). Plaintiffs' Liaison Counsel has been consulted and has no opposition to this motion.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No.____895396v.1

**WHEREFORE**, the MRGO Defendants respectfully move for leave to file two categories of exhibits under seal as supplements to their Joint Memorandum in Opposition to Plaintiffs' Motion for Class Certification.

Dated: October 9, 2007

Respectfully submitted,

/s/ Heather Lonian

William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc. on behalf of the MRGO and Levee Defendants

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Exhibits Under Seal has been served upon the Court via hand delivery and all counsel of record via e-mail this 9th day of October, 2007.

_____
Heather Lona