UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO | JUDGE DUVAL |
| FILED IN    05-4181, 05-4182, 05-5237, 05-6073,<br>05-6314, 05-6324, 05-6327, 05-6359,<br>06-0225, 06-0886, 06-1885, 06-2152,<br>06-2278, 06-2287, 06-2824, 06-4024,<br>06-4065, 06-4066, 06-4389, 06-4634,<br>06-4931, 06-5032, 06-5155, 06-5159,<br>06-5161, 06-5162, 06-5260, 06-5771,<br>06-5786, 06-5937, 07-0206, 07-0621,<br>07-1073, 07-1271, 07-1285, 07-5067 | MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
FOR LEAVE TO FILE EXHIBITS UNDER SEAL AS A
SUPPLEMENT TO MRGO DEFENDANTS' MEMORANDUM IN
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The MRGO Defendants move for leave to file two categories of exhibits under seal – Form 95s and affidavits of insurance companies – both of which have been designated "Confidential" or "Party-Sensitive Confidential Information" pursuant to this Court's Master Protective Order (Docket No. 5393) by the producing parties as a supplement to their Opposition to Plaintiffs' Motion for Class Certification.[1] Defendants in so moving are complying with the provisions of the Court's Master Protective Order.

---

[1] The attached documents are exhibits to the MRGO Defendants' Joint Memorandum in Opposition to Plaintiffs' Motion for Class Certification, Appendix Tabs 34-44.

895602v.1

## I.     Form 95s

The United States, pursuant to releases by counsel for the named plaintiffs, produced to defendants the Form 95 claim forms submitted to the government by or on behalf of the named plaintiffs. The United States, by order of this Court (Docket No. 6053), also produced to plaintiffs and defendants all Form 95s submitted by or on behalf of any Louisiana citizen claiming damages as a result of Hurricane Katrina. The confidential information contained in certain of these documents is relevant to the Court's determination of whether to certify plaintiffs' proposed class. Defendants have thus referenced this information in their opposition to plaintiffs' motion for class certification and have submitted this claim information as exhibits to their opposition.

The United States and this Court rightfully acknowledges the privacy concerns surrounding the production of this claim information. (Docket No. 6053 at 15-16.) Although counsel for the named plaintiffs provided releases for the production of the Form 95s submitted by or on behalf of the named plaintiffs, the releases only provide for production to defense counsel in the MRGO litigation. *See, e.g.* Ex. 1. These releases are therefore not sufficiently broad to cover the filing of these documents in the public domain. As such, defendants request the named plaintiffs' Form 95s be filed under seal for review only by this Court and counsel for the parties to this litigation.

The United States produced Form 95s of other proposed class members with the following designation:

895602v.1

CONFIDENTIAL
PRODUCED PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA
CANAL BREACHES LITIGATION CIVIL ACTION NO. 05-4182 "K" (2)

As indicated in the Court's Master Protective Order, information designated as such may only be accessed by: counsel of record in the consolidated litigation; outside experts and consultants retained in connection with the consolidated litigation[2]; the Court and its personnel; the author, addressees, and recipients of the confidential information; and a deponent in the consolidated litigation upon a showing of necessity. (Docket No. 5393 at 5-7.) In accordance with the Court's order, defendants hereby request these confidential exhibits be filed under seal to prevent this information from entering the public domain and thus violating the Court' protective order.

## II. Insurance Affidavits

Various insurers provided defendants with affidavits concerning the claims for damage made by proposed class members in the Greater New Orleans area. These documents were designated either:

CONFIDENTIAL
PRODUCED PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA
CANAL BREACHES LITIGATION CIVIL ACTION NO. 05-4182 "K" (2)

or

PARTY SENSITIVE CONFIDENTIAL INFORMATION
PRODUCED PURSUANT TO PROTECTIVE ORDER IN RE: KATRINA
CANAL BREACHES LITIGATION CIVIL ACTION NO. 05-4182 "K" (2)

---

[2] Any outside consultant or expert to which confidential information is produced must first review the Court's Master Protective Order and execute a written acknowledgment agreeing to be bound by its terms.

As indicated above, documents marked "Confidential" may only be accessed by select individuals. Moreover, documents designated "party sensitive" are given even greater protection by the Master Protective Order. Production of party-sensitive confidential information may only occur after prior written permission by the designating party and only to the following persons: counsel of record for particularly identified parties; experts and consultants of particularly identified parties (upon execution of acknowledgment to be bound by the terms of the Master Protective Order); the Court and its personnel; authors, addressees, and recipients of the party-sensitive confidential information; and deponents presently employed by the designating party. (Docket No. 5393 at 8-10.)

Defendants have conferred with the entities that produced the aforementioned affidavits. The entities agreed that defendants may utilize the protected information provided in the affidavits. But, these documents must be filed under seal to prevent the confidential and protected information provided in these affidavits from being accessed by individuals beyond the scope of protection provided by the Court's order.

Wherefore, defendants hereby request that the attached Form 95s and insurance affidavits be filed under seal as exhibits to the MRGO Defendants' Joint Memorandum in Opposition to Plaintiffs' Motion for Class Certification. Pursuant to the Master Protective Order, these documents will remain under seal until the final termination of this consolidated litigation, at which time said documents will be returned to the

- 5 -

designating parties or counsel for defendants' will certify their destruction, or until further order of the Court.

Dated: October 9, 2007

Respectfully submitted,

*/s/ Heather Lonian*

William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
   Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Leave to File Exhibits Under Seal as a Supplement to MRGO Defendants' Joint Memorandum in Opposition to Class Certification has been served upon the Court via hand-delivery and all counsel of record via email this 9th day of October, 2007.

_____
Heather S. Lonian

895602v.1