UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
| | * |
| | * NO. 05-4182 "K" (2) |
| | * |
| PERTAINS TO: MRGO | * JUDGE DUVAL |
| | * |
| | * MAG. WILKINSON |
| FILED IN  05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5771, 06-5786, 06-5937, 07-0206, 07-0621, 07-1073, 07-1271, 07-1285, 07-5067 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SEALING MOTION

**PLEASE TAKE NOTICE** that the MRGO Defendants hereby identify their accompanying Unopposed Motion for Leave to File Exhibits Under Seal as a Supplement to their Joint Memorandum in Opposition to Plaintiffs' Motion for Class Certification as a sealing motion.

895419v.1

Dated: October 9, 2007

Respectfully submitted,

*[signature]*

William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
   Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group
International, Inc., on behalf of the MRGO
and LEVEE Defendants

Of counsel

Adrian Wager-Zito
Julie McEvoy
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

Jerome R. Doak
Jones Day
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

895419v.1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Sealing Motion has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 9th day of October, 2007.

*Heather Loria*