UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * |
| PERTAINS TO: MRGO | * JUDGE DUVAL <br> * |
| FILED IN   05-4181, 05-4182, 05-5237, 05-6073, <br> 05-6314, 05-6324, 05-6327, 05-6359, <br> 06-0225, 06-0886, 06-1885, 06-2152, <br> 06-2278, 06-2287, 06-2824, 06-4024, <br> 06-4065, 06-4066, 06-4389, 06-4634, <br> 06-4931, 06-5032, 06-5155, 06-5159, <br> 06-5161, 06-5162, 06-5260, 06-5771, <br> 06-5786, 06-5937, 07-0206, 07-0621, <br> 07-1073, 07-1271, 07-1285, 07-5067 | * MAG. WILKINSON <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Documents Under Seal as Supplements to the MRGO Defendants' Joint Memorandum in Opposition to the Plaintiffs' Motion for Class Certification;

The proposed categories of exhibits -- Form 95s and affidavits of insurance companies -- having been designated as "Confidential" or "Party-Sensitive Confidential Information" by the producing parties pursuant to the Court's Master Protective Order (Docket No. 5393) and having been shown to contain sensitive information that should not be filed in the public domain, the Court hereby **GRANTS** the motion and further **ORDERS** that that the attached Form 95s and insurance affidavits be filed under seal as

exhibits to the MRGO Defendants' Joint Memorandum in Opposition to Plaintiffs' Motion for Class Certification. Pursuant to the Master Protective Order, these documents will remain under seal until the final termination of this consolidated litigation, at which time said documents will be returned to the designating parties or counsel for defendants' will certify their destruction, or until further order of the Court.

New Orleans, Louisiana, this ___ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE