UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NUMBER: 05-4182 cKc (2) |
| PERTAINS TO: INSURANCE CASES | JUDGE DUVAL<br>MAG. WILKINSON |
| <u>Franco</u> 06-07660 | |

### ORDER

Considering the foregoing,

IT IS ORDERED that summary judgment currently set for October 31, 2007, be continued from October 31, 2007 to a date to be determined.

_____
**JUDGE**