FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 18  PM 3: 18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR AND SHIRLEY BURTON; KEVIN WELLS, | * * * |
| Plaintiffs, | * |
| | * CIVIL ACTION NO.: 07-5961 |
| VERSUS | * |
| | * JUDGE: Stanwood R. Duval, Jr. |
| ALLSTATE INSURANCE COMPANY, | * |
| | * MAGISTRATE: Daniel E. Wilkinson, Jr. |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition (the "Motion"), and the Court is of the opinion that the Motion should be granted. Therefore,

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before October 21, 2007.

SIGNED at New Orleans, Louisiana, on this _18th_ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

1