FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT -9 PM 4:49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL AND VICKIE KRAMER; NORMAN PALAZZO, | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.: 07-5960 |
| VERSUS | * * | JUDGE: Stanwood R. Duval, Jr. |
| ALLSTATE INSURANCE COMPANY, | * * | MAGISTRATE: Daniel E. Wilkinson, Jr. |
| Defendant. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ALLSTATE INSURANCE COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' PETITION

Pursuant to Local Rule 7.9E, Defendant, Allstate Insurance Company ("Allstate"), without waiving any defenses or objections, moves for a twenty-day extension of time up and including October 21, 2007, within which to answer or otherwise respond to the Plaintiffs' Petition. Without this extension, Allstate's answer or other responsive pleadings would be due on October 1, 2007. FED. R. CIV. P. 81.

Undersigned counsel certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the Petition filed in this Court in this action and that Plaintiffs have not filed in the record an objection to an extension of time. To

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

the contrary, Plaintiffs' counsel informed Allstate's counsel that he was not opposed to Allstate's request for twenty additional days to answer or otherwise respond to the Petition.

WHEREFORE, Defendant, Allstate Insurance Company, respectfully moves this Court for an extension of time up to and including October 21, 2007, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted,

By: _____
Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

**OF COUNSEL:**
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(800) 803-4700 Telephone

*Attorneys for Defendant,*
*Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing have been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addresses, this 4th day of October, 2007.

_____
Arthur J. Lentini

2