FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF

2007 OCT 18 PM 3: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL AND VICKIE KRAMER; NORMAN PALAZZO, | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.: 07-5960 |
| VERSUS | * * | JUDGE: Stanwood R. Duval, Jr. |
| ALLSTATE INSURANCE COMPANY, | * * | MAGISTRATE: Daniel E. Wilkinson, Jr. |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition (the "Motion"), and the Court is of the opinion that the Motion should be granted. Therefore,

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before October 21, 2007.

SIGNED at New Orleans, Louisiana, on this 18th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

1