MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 18, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION  NO. 05-4182 |
| PERTAINS TO: RAULT, C.A. No. 06-1734 | SECTION "K" (2) |

**ORDER**

A telephone conference was conducted in the referenced <u>Rault</u> case on this date to discuss settlement possibilities. Participating were: Miles Clements, representing plaintiff; Steve Lozes and Don DeBoisblanc, representing defendant.

To accommodate both my schedule and the schedules of counsel, IT IS ORDERED that the **Settlement Conference** previously set for **NOVEMBER 1, 2007 at 4:00 p.m.** is **hereby RESET** to **OCTOBER 31, 2007 at 3:00 p.m.** before me.

New Orleans, Louisiana, this __18th__ day of October, 2007.

*[signature]*
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   0:10