UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| RAULT, 06-1734 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**ENCOMPASS INSURANCE COMPANY'S MOTION TO COMPEL BONNIE M. RAULT TO RESPOND TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW INTO COURT, through undersigned counsel, comes defendant, Encompass Insurance Company, who respectfully requests this Honorable Court to issue an order pursuant to LA C.C. P. Art. 1469 compelling plaintiff, Bonnie M. Rault, to respond to discovery requests propounded by defendant, Encompass Bonnie M. Rault Insurance Company, as reflected more fully in the accompanying memorandum.

            Respectfully Submitted:

            S/ Donald F. de Boisblanc, Jr.
            Donald F. de Boisblanc    4786
            Donald F. de Boisblanc, Jr.  23462
            J. Rand Smith, Jr.    27090
            Attorneys at Law
            410 South Rampart Street
            New Orleans, Louisiana 70112
            Tel. (504-586-0005
            Fax (504) 586-0007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been served on all known counsel of record by placing the same in the United States mail, postage prepaid and properly addressed, on this 19th day of October, 2007.

S/ Donald F. de Boisblanc, Jr.