UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| RAULT, 06-1734 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Considering the foregoing:

**IT IS HEREBY ORDERED THAT** the Motion to Compel filed by Encompass Insurance Company is set for the 14th day of November, 2007 at 11:00 am and that no further notice is not required.

New Orleans, Louisiana this _____ day of October, 2007.

_____
JUDGE