UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| | * | |
| PERTAINS TO: INSURANCE, | * | MAGISTRATE: WILKINSON |
| RAULT, 06-1734 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF COMPLIANCE WITH LR 37.1 E

This statement certifies that Encompass Insurance Company has conferred with Plaintiff's counsel, in a good-faith effort to resolve the matter of outstanding discovery without court action, as required by Federal Rule of Civil Procedure 37(a)(2)(B). Pursuant to Local Rule 37.1 E, a discovery conference was set for October 15, 2007 at 3:00 pm, wherein the issue of outstanding discovery was discussed. To date, outstanding discovery responses have not been received by this office.

Respectfully Submitted:

S/ Donald F. de Boisblanc, Jr.
Donald F. de Boisblanc          4786
Donald F. de Boisblanc, Jr.   23462
J. Rand Smith, Jr.                  27090
Attorneys at Law
410 South Rampart Street
New Orleans, Louisiana 70112
Tel. (504-586-0005
Fax (504) 586-0007