AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2007 OCT 17 AM 11:59 LORETTA G. WHYTE CLERK*

**RETURN**

### SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-04182   K(2)
& CONSOLIDATED CASES

PERTAINS TO:
LEVEE AND MRGO

*07-5067*
*Harry Connick, Sr., et al*
*v.*
*United States of America, et al*

TO:
**The United States of America, Department of the Army Corps of Engineers**
Robin D. Smith
US Department of Justice; Torts Branch; Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. PATRICK CONNICK
3900 VETERANS BLVD., 3RD FLOOR
METAIRIE, LA 70006

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| LORETTA G. WHYTE | SEP 2 7 2007 |

(BY) DEPUTY CLERK *B. Gregory*

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE

Name of SERVER (PRINT)

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):SENT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED TO THE UNTIED STATES ATTORNEY GENERAL. ORIGINAL CERTIFIED MAIL RETURN RECEIPT FILED WITH RETURN SUMMONS FOR CONSOLIDATED CASE _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                                    Signature of Server

                                                       _____
                                                       Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robin D. Smith
US Dept. of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): OCT 0 1 2007
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0005 6216 9797

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
01 OCT 2007 PM
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Law Office of J. Patrick Connick, L.L.C.*
*3900 Veterans Boulevard, 3rd Floor*
*Metairie, Louisiana 70002*

07-5067 - Complaint
Re: Connick v. United States

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here: 9/28/07

Sent To: Robin D. Smith
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7007 0710 0005 6216 9797

PS Form 3800, August 2006    See Reverse for Instructions