OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: October 15, 2007

Robert Barrack
vs.

The United States of America and the
Army Corp of Engineers

Case No. 07-5141 ___ Section ___ K(2)
05-4182

Dear Sir:

Please (issue) (**re-issue**) summons on the (**complaint**) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) United States Corp of Engineers
   (address) 7400 Leake Ave. New Orleans LA
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/Robert H. Murphy
"Signature"

Attorney for Plaintiffs _____

Address 701 Poydras St. Suite 400
New Orleans, LA 70139

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____