# FarmersAlliance

Insuring   Rural   America   Since   1888

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2007 OCT 18 PM 1:53

LORETTA G. WHYTE
CLERK

October 15, 2007

Joseph M. Bruno, APLC
855 Baronne Street
Third Floor
New Orleans, LA  70113

> Re:  *Abadie v. Aegis Security insurance Co., et al*
>      Eastern District of Louisiana
>      Case No.: 07-5112
>      Section K, Magistrate 2

Dear Mr. Bruno:

I received a class action complaint naming Farmers Alliance Mutual Insurance Company (Farmers Alliance) as a defendant in the above captioned case.  Be advised that Farmers Alliance does not now, nor has it ever, written property and casualty insurance in the state of Louisiana.  Accordingly, none of the allegations in the complaint apply to Farmers Alliance.

Please provide me with a dismissal of Farmers Alliance from this action at your earliest convenience.

Sincerely,

Jess W. Arbuckle
General Counsel

cc:  Loretta G. Whyte, Clerk ✓
     Jay Dardenne, Secretary of State

1122 N. Main, P.O. Box 1401 • McPherson, KS  67460
620.241.2200 • fax 620.241.5482 • www.fami.com
Farmers Alliance Mutual Insurance Company
Alliance Indemnity Company • Alliance Insurance Company, Inc.