UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

> NON-029-000000001   to   NON-029-000003921;
> NON-030-000000001   to   NON-030-000000040.

This Notice of Production is respectfully submitted,

           PETER D. KEISLER
           Assistant Attorney General

           C. FREDERICK BECKNER III
           Deputy Assistant Attorney General

           PHYLLIS J. PYLES
           Director, Torts Branch

           JAMES G. TOUHEY, JR.
           Assistant Director, Torts Branch

           <u>s/ Paul Marc Levine</u>
           PAUL MARC LEVINE
           Trial Attorney, Torts Branch, Civil Division
           U.S. Department of Justice
           Benjamin Franklin Station, P.O. Box 888
           Washington, D.C. 20044
           (202) 616-4400 / (202) 616-5200 (Fax)
           Attorneys for the United States

Dated: October 19, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on October 19, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

    s/ Paul Marc Levine
    PAUL MARC LEVINE