**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NON | 029 | NON-029-000000001 | NON-029-000003921 | USACE; MVD; MVN; Operations | Michael Sullivan | KC231 | 10/19/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | MRGO Surveys 1995 - 2007 |
| NON | 030 | NON-030-000000001 | NON-030-000000040 | USACE; MVD; MVN; Operations | Michael Sullivan | KC232 | 10/19/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | IHNC Lake Pontchartrain - GIWW East of Harvey Lock |