GILBERT V. ANDRY, IV†
JONATHAN B. ANDRY*

†Also admitted in Colorado & Texas
*LLM in Energy and Environmental Law



THE ANDRY LAW FIRM L.L.C.

TOLL FREE 1.800.536.8899
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA     504.276.8899

2007 OCT 18  PM 12: 55    504.366.8899

LORETTA G. WHYTE
CLERK

610 BARONNE STREET   |   NEW ORLEANS   |   LOUISIANA 70113   |   TELEPHONE 504.586.8899 Fax 504.586.8911

October 18, 2007

Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

      RE:   Jonathan B. Andry, et al v. FEMA, et al
             USDC, Eastern District, No. 07-4533

Dear Sir/Madam:

     Please issue a summons on the complaint to the following individuals:

1. Federal Emergency Management Agency
   500 C Street, SW
   Washington, DC 20024-2523

2. United States Attorney General Alberto Gonzales
   United States Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

3. United States Attorney Jim Letten
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

4. Precise Adjustments, Inc.
   Through Carl Hermann, III
   559 E FM813
   Palmer, TX 75152

Yours very truly,

JONATHAN B. ANDRY

JBA/bap
Enc.