UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE *Holbrook* No. 06-2617 | |

## **ORDER**

Considering the foregoing Ex Parte Motion to Bifurcate Individual Claims of Ronald A. Holbrook and April Holbrook;

IT IS HEREBY ORDERED that the referenced proceeding be and hereby is bifurcated in accordance with Case Management Order No. 4, Section 5(C), and that the matter will be referred for scheduling of a preliminary conference before Magistrate Wilkinson.

New Orleans, Louisiana, this _____19th_____ day of _____October_____, 2007.

_____

UNITED STATES DISTRICT JUDGE