THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL W. HUGHES** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO.** |
| | * | **2:06-cv- 08885** |
| **LOUISIANA CITIZENS PROPERTY** | * | **JUDGE: STANWOOD R. DUVAL** |
| **INSURANCE CORPORATION,** | * | |
| **WILLIAM E. WASHINGTON, INC. and** | * | **MAG: JOSEPH C. WILKINSON** |
| **ALLSTATE INSURANCE COMPANY** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS WITH RESERVATION OF RIGHTS**

NOW INTO COURT, comes Plaintiff, Michael W. Hughes, through undersigned counsel, who moves to dismiss his claims asserted in his original petition against Allstate Insurance Company in its capacity as a WY O carrier under the Standard Flood Insurance Policy issued by Allstate Insurance Company to Plaintiffs for the following reasons:

1.

Plaintiff's claims against Allstate Insurance Company in its capacity as a WY O carrier under the Standard Flood Insurance Policy issued by Allstate Insurance Company to Plaintiff asserted in

his original petition filed in state court have been resolved since the filing of the lawsuit.

2.

Plaintiff desires and is entitled to have his claims asserted in the original petition against Allstate Insurance Company in its capacity as a WY O carrier under the Standard Flood Insurance Policy issued by Allstate Insurance Company to Plaintiff dismissed with prejudice.  Plaintiff is entitled and therefore reserve all of his rights to pursue his claims against all other named persons or entities, including but not limited to, all other named Defendants listed in the original petition.

3.

WHEREFORE, Plaintiff prays that all claims against Allstate Insurance Company asserted by Plaintiff under the Standard Flood Insurance Policy issued by Allstate Insurance Company in its capacity as a WYO carrier be dismissed with prejudice.

Dated this __ day of June, 2007.

Respectfully submitted,

_____
Gary M. Pendergast (10420)
1515 Poydras Street
Suite 2260
New Orleans, LA 70112
Telephone (504) 523-0454

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Notice of Removal was served upon all counsel of record by hand delivery, facsimile transmission, electronic mail, and/or by U.S. Postal Service, on this _____ day of June, 2007.

Gary M. Pendergast
1515 Poydras Street
Suite 2260
New Orleans, LA 70112

Glenn B. Adams
Porteous, Hainkel, & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130-3774

Mary Ellen Wyatt
Nielsen Law Firm, L.L.C.
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002

                                                          _____
                                                          GARY M. PENDERGAST