UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL W. HUGHES** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO.** |
| | * | **2:06-cv- 08885** |
| **LOUISIANA CITIZENS PROPERTY** | * | **JUDGE: STANWOOD R. DUVAL** |
| **INSURANCE CORPORATION,** | * | |
| **WILLIAM E. WASHINGTON, INC. and** | * | **MAG: JOSEPH C. WILKINSON** |
| **ALLSTATE INSURANCE COMPANY** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion to Dismiss with Reservation of Rights,

IT IS ORDERED that this matter is dismissed with prejudice, with each party hereto to bear its own costs and expenses.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
**JUDGE**