UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LICIA DUFFY, WIFE OF/AND TERRENCE DUFFY, SR. | * * * | CIVIL ACTION: 2:06-CV-8674 |
| Plaintiffs, | * * | |
| vs. | * * | JUDGE: HELEN G. BERRIGAN |
| LARRY ORLANDO AND ALLSTATE INSURANCE COMPANY | * * * | |
| Defendants. | * * | MAG: SALLY SHUSHAN |

**************************************

## MOTION TO DISMISS WITH RESERVATION OF RIGHTS

NOW INTO COURT, comes Plaintiffs, Licia Duffy, wife of/and Terrence Duffy, Sr., through undersigned counsel, who moves to dismiss their claims asserted in their original petition against Allstate Insurance Company in its capacity as a WYO carrier under the Standard Flood Insurance Policy issued by Allstate Insurance Company to Plaintiffs for the following reasons:

1.

Plaintiffs' claims against Allstate Insurance Company in its capacity as a WYO carrier under the Standard Flood Insurance Policy issued by Allstate Insurance Company to Plaintiffs asserted in their original petition filed in state court have been resolved since the filing of the lawsuit.

2.

Plaintiffs desire and are entitled to have their claims asserted in the original petition against Allstate Insurance Company in its capacity as a WY O carrier under the Standard Flood Insurance Policy issued by Allstate Insurance Company to Plaintiffs dismissed with prejudice.  Plaintiffs are entitled and therefore reserve all of their rights to pursue their claims against all other named persons or entities, including but not limited to, all other named Defendants.

3.

WHEREFORE, Plaintiffs pray that all claims against Allstate Insurance Company, in its capacity as a WYO, asserted by Plaintiffs under the Standard Flood Insurance Policy issued by Allstate Insurance Company in its capacity as a WYO carrier be dismissed with prejudice.

Dated this __ day of June, 2007.

                                            Respectfully submitted,

                                            _____

                                            Gary M. Pendergast (10420)
                                            1515 Poydras Street
                                            Suite 2260
                                            New Orleans, LA 70112
                                            Telephone (504) 523-0454

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Notice of Removal was served upon all counsel of record by hand delivery, facsimile transmission, electronic mail, and/or by U.S. Postal Service, on this ____ day of June, 2007.

    Gary M. Pendergast
    1515 Poydras Street
    Suite 2260
    New Orleans, LA 70112

Glenn B. Adams
Porteous, Hainkel, & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130-3774

Mary Ellen Wyatt
Nielsen Law Firm, L.L.C.
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002

 

                                                                        GARY M. PENDERGAST