UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LICIA DUFFY, WIFE OF/AND<br>TERRENCE DUFFY, SR. | * <br> * <br> * | CIVIL ACTION: 2:06-CV-8674 |
| Plaintiffs, | * <br> * | |
| vs. | * <br> * | JUDGE: HELEN G. BERRIGAN |
| LARRY ORLANDO AND<br>ALLSTATE INSURANCE COMPANY | * <br> * <br> * | |
| Defendants. | * <br> * | MAG:  SALLY SHUSHAN |

**************************************

## ORDER

Considering the foregoing Motion to Dismiss with Reservation of Rights,

IT IS ORDERED that this matter is dismissed with prejudice, with each party hereto to bear its own costs and expenses.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**JUDGE**