UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE & MRGO | | |

**DEFENDANTS' SUPPLEMENT AND CORRECTION TO
"COMMON-LIABILITY" EXPERT WITNESS LIST (REC. DOC. 8463)**

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1, 2007 (Docket No. 3299) ("CMO No. 4"), the Levee and MRGO Defendants supplement and correct their "Common-Liability" Expert Witness List (Rec. Doc. 8463) as follows:

1. Attached hereto is the Curriculum Vitae of Dr. James A. Richardson, which was inadvertently omitted from the "Common-Liability" Expert Witness List.

2. St. Paul Fire and Marine Insurance Company (incorrectly named as "St. Paul Ins. Co." and "St. Paul Inc. Co." in the "Common-Liability" Expert Witness List)("St. Paul") was erroneously identified in the "Common-Liability" Expert Witness List as a "sponsoring party" for certain expert witnesses.  St. Paul does not join as a "sponsoring party" for any listed expert witness, but reserves its right to call any expert witness identified in the "Common-Liability" Expert Witness List.

896899v.1

Dated:  October 19th, 2007          Respectfully submitted,

*/s/Ralph S. Hubbard III*
Ralph S. Hubbard III, Esq.  (7040)
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, La. 70130
504-568-1990
504-310-9195 (fax)
**Defendants' Liaison Counsel**


*/s/Thomas P. Anzelmo*
Thomas P. Anzelmo (2533)
    Of
McCranie, Sistrunk, Anzelmo, Hardy,
 Maxwell & McDaniel
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Facsimile:   (504) 831-2492
**On Behalf of Levee Defendants**


*/s/William D. Treeby*
William D. Treeby (12901)
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361
**On Behalf of MRGO Defendants**

896899v.1

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendants' Supplement to "Common-Liability" Expert Witness List (Rec. Doc. 8463) has been served upon all counsel of record through the Court's CM/ECF system or by placing same in the United States mail, postage prepaid and properly addressed, this 19th day of October, 2007.

/s/William D. Treeby