**Appendix I**
**James A. Richardson**
**John Rhea Alumni Professor of Economics**
**Director, Public Administration Institute**
**Louisiana State University**

Bus. Address:      Public Administration Institute
                           3200 CEBA Building
                           Louisiana State University
                           Baton Rouge, LA  70803
                           (225) 578-6745
                           (225) 578-9078 FAX
                           parich@lsu.edu

Home Address:      3165 Kleinert Avenue
                           Baton Rouge, LA   70806
                           (225) 383-3310
                           (225) 383-2575 FAX
                           jamesrichardson2@cox.net

Personal Data:       Born, 2/23/44, San Antonio, Texas
                           Married, 2 children

Education:            A.B., (Economics) St. Mary's University of Texas, 1966
                           A.M., (Economics) University of Michigan, 1970
                           Ph.D., (Economics) University of Michigan, 1971

Employment: Director,      Public Administration Institute, 1984 through present and
                      John Rhea Alumni Professor of Economics, Louisiana State
                      University, 1989 – present

                              Associate Vice-Chancellor for Academic Affairs; Director,
                      Public Administration Institute; and Alumni Professor of
                Economics, Louisiana State University, 1989 – 1994

                              Acting Dean and Professor of Economics, Louisiana State
                      University, 1983-1984

                              Chairperson and Associate Professor of Economics, Louisiana
                      State University, 1982-1983

                              Graduate Coordinator and Associate Professor of Economics,
                      Louisiana State University, 1975-1982

Assistant Professor of Economics, University of Michigan, 1971

Assistant Professor of Economics, Louisiana State University, 1970-1975

Program Analyst, U. S. Bureau of the Budget, 1967

| | |
|---|---|
| Boards and Committees: | Member, Council of Trustees, Gulf South Research Institute, 1982-1987 |
| | Member, Board of Trustees, Public Affairs Research Council of Louisiana, 1982-Present |
| | Chairman, Board of Trustees, Public Affairs Research Council of Louisiana, 1996-97 |
| | Member, Board of Trustees, Council for A Better Louisiana, 1988-present |
| | Charter Member, Louisiana Partnership for Technology, 1988- |
| | Member, Revenue Estimating Conference, State of Louisiana, 1987-present |
| | Member, Government Fiscal Affairs Committee, Baton Rouge Chamber of Commerce, 1986-2000 |
| | Member, Transition Team, Governor-elect 1988 |
| | Member, Transition Team, Louisiana State Treasurer, 1988 |
| | Member, Business Tax Issues, National Tax Association |
| Editorial Boards: | Texas Business Review, 1981-84 |
| | Journal of Education Finance, 1982-88 |

Research Activities:

Books

Louisiana's Fiscal Alternatives: Finding Permanent Solutions to Recurring Budget Crises, editor (LSU Press, 1988).

Handbook on Taxation, co-editor (Marcel Dekker, January 1999).

Chapters in Books

"Forecasting Revenues and Expenditures," Chapter 38 in Handbook of Governmental Accounting and Finance, edited by N. Apostolou and L. Crumbley, (John Wiley, 1988); also in second edition (1991).

"Severance Tax Reform," Chapter 16 in Reforming State Tax Systems, edited by Steven D. Gold, (National Conference of State Legislatures, 1986).

"Introduction, Purpose, and Scope," Chapter 1 in Louisiana's Fiscal Alternatives, edited by J. Richardson, (LSU Press, 1988).

"Tax Instability in Louisiana," Chapter 7 in Louisiana's Fiscal Alternatives, edited by J. Richardson, (LSU Press, 1988).

"Mineral Taxes and Revenues and Budgeting Stability," (With L. Scott), Chapter 8 in Louisiana's Fiscal Alternatives, edited by J. Richardson, (LSU Press, 1988).

"Paying For State Government in Louisiana: Considering the Alternatives," Chapter 19 in Louisiana's Fiscal Alternatives, edited by J. Richardson, (LSU Press, 1988).

"Introduction to Handbook on Taxation," chapter in Handbook on Taxation, edited by James A. Richardson and W. Bartley Hildreth (Marcel Dekker, 1999)

"Economics Principles of Taxation," chapter in Handbook on Taxation. edited by James A. Richardson and W. Bartley Hildreth (Marcel Dekker, 1999).

"State Severance Taxes," chapter in Handbook on Taxation, edited by
    James A. Richardson and W. Bartley Hildreth (Marcel Dekker, 1999).

"Forecasting State Revenues in Louisiana: From Dramatic Changes in the Oil and Gas Industry in the 1970s and 1980s to the Aftermath of Catastrophic Hurricanes in the 2000s" Handbook of Government Budget Forecasting (Taylor and Francis, 2007) .

Refereed Articles

"Monetary Rules and Optimal Monetary Policy," <u>Nebraska Journal of</u>
Business and Economics (Autumn, 1975)

"Projecting State Revenues in Louisiana:  Progress and Problems,"
Annals of Mid-South Academy of Economist, (Summer, 1976).

"Projecting State Revenue in Louisiana with an Econometric Model,"
State and Local Government Review (Fall, 1978) (co-author).

"Tax Rate changes and the Specification of the Tax Equation," <u>Public Finance Quarterly</u> (April,
1979) (co-author).

"A Short-Run Regional Oil and Gas Model:  The Case of Louisiana," (with Loren C. Scott),
<u>Growth and Change</u> (Fall, 1979).

"Income and Employment in a State Econometric Model:  The Case of Louisiana," <u>Journal of</u>
<u>Economics</u>, Vol. IV (Fall, 1978).

"The Impact of the Energy Shortage on Small Businesses in Region VI," (with Loren C. Scott)
<u>Texas Business Review,</u> (July/August, 1980).

"Determining an Appropriate Teacher Salary," (with J. T. Williams) <u>Journal of Education</u>
<u>Finance</u> (December 1981).

"Domestic and International Implications of Federal and State Policies Toward Heavy Oil,"
<u>Heavy Versus Light Oil:  Technical Issues and Economic Considerations</u>, edited by Ragaei El
Mallakh, International Research Center for Energy and Economic Development (1983).

"Resource Location Patterns and State Severance Taxes:  Some Empirical Evidence," (with
Loren C. Scott) <u>Natural Resources Journal</u>, (Winter, 1983).

"A Review of State Severance Taxes in the United States," (with Loren C. Scott) <u>Texas Business</u>
<u>Review</u> (July/August, 1982).

"Government Regulation and Market Distortions:  The Case of the NGPA and the Louisiana Economy," (with Loren C. Scott) Journal of Energy and Development (Autumn, 1982).

"Subjective Evaluation of Composite Econometric Policy Inputs," (with T. Gulledge and J. Ringuest) Socio-Economic Planning Sciences (Fall 1986).

"Spectral Analysis of Nominal Interest Rates," (with U. Erol and T. Gulledge) Journal of Economic Dynamics and Control, (Proceedings) (1987).

"A Re-Examination of the Fisher Hypothesis," 13th World Congress on Computation and Applied Mathematics, Proceedings, Vol 4, (July 1991), pp. 1757-1759 (co-author).

"The Politics and Economics of Taxing Oil and Gas in Louisiana, Proceedings, National Tax Association, 1992, pp. 170-173.

"Taxing Oil and Gas in Kansas," Kansas Business Review, Spring 1995.

"Forecasting State Revenue in Louisiana:  Procedures and Results," 1995 Academy of Business Administration.

"State Severance Taxes," Encyclopedia of Taxation and Tax Policy, (published by National Tax Association, 1998 and 2005).

"Katrina/Rita: The Ultimate Test for Tax Policy," National Tax Journal, (September 2006).

"Natural Disasters and State and Local Finance in Louisiana: A Case Study in 2005," Municipal Finance Journal, (Fall 2006).

What's Needed for Post-Katrina Recovery,  Study for Financial Services Roundtable, (March, 2006).


Other Published Articles

"The Consumer Price Index: Part I," Louisiana Business Review, (April, 1975).

"The Consumer Price Index: Part II," Louisiana Business Review, (May, 1975).

"Louisiana's Revenue Outlook," Louisiana Business Review, (March, 1976).

"A Flowchart Description of the Louisiana Economy," (with Loren C. Scott) Annals of Louisiana Academy of Economists, (Fall 1977).

"The Consumer Price Index:  Revised and Updated for the 1970's," <u>Louisiana Business Review</u>, (April 1978).

"Louisiana Financial Opportunities," <u>Louisiana Business Review</u> (May 1980).

"Louisiana Oil and Gas Severance Tax:  A Historical Review," <u>Louisiana Business Review</u> (July 1978) (with Loren C. Scott).

"Louisiana's Financial Opportunities:   Money and Minerals," <u>Louisiana Business Review</u>, (Spring 1981).

"Experiences With the Combining of Simple Forecasts With Those From Large Econometric Models," <u>Proceedings</u>, American Institute for Decision Science, Toronto, Canada, 1984 (with J.L. Ringuest and T. Gulledge).
"Louisiana State Revenue Outlook," <u>Louisiana Business Review</u>, (Spring 1983).

"Louisiana's 1983 Economic Outlook," <u>Louisiana Business Review</u>, (Spring 1983) (co author).

"Louisiana's 1984 Economic Outlook," <u>Louisiana Business Review</u>, (Fall 1983) (co-author).

"Louisiana's 1984 Economic Predictions," <u>Louisiana Business Review</u>, (Winter 1984).

"Louisiana's Economic Outlook, 1985" (co-author) (LSU College of Business Administration, 1985).

"Louisiana's Economic Outlook, 1986" (co-author) (LSU College of Business Administration, 1986).

"Louisiana's Economic Outlook for 1988 and 1989" (co-author) (LSU College of Business Administration, 1987).

"Louisiana's Economic Outlook for 1989 and 1990" (co-author) (LSU College of Business Administration, 1988).

"Louisiana's Economic Outlook for 1990 and 1991" (co-author) (LSU College of Business Administration, 1989).

"Louisiana's Economic Outlook for 1991 and 1992" (co-author) (LSU College of Business Administration, 1990).

"Louisiana's Economic Outlook for 1992 and 1993" (co-author) (LSU College of Business Administration, 1991).

"Louisiana's Economic Outlook for 1993 and 1994" (co-author) (LSU College of Business Administration, 1992).

"Louisiana's Economic Outlook for 1994 and 1995" (co-author) (LSU College of Business Administration, 1993).

"Louisiana's Economic Outlook for 1995 and 1996" (co-author) (LSU College of Business Administration, 1994).

"Louisiana's Economic Outlook for 1996 and 1997" (co-author) (LSU College of Business Administration, 1995).

"Louisiana's Economic Outlook for 1997 and 1998" (co-author) (LSU College of Business Administration, 1996).

"Louisiana's Economic Outlook for 1998 and 1999" (co-author) (LSU College of    Business Administration, 1997).


  "Louisiana 's Economic Outlook for 1999 and 2000" (co-author) (LSU College of Business Administration, 1998)

 "Louisiana's Economic Outlook for 2000 and 2001" (co-author) (LSU's E.J. Ourso College of Business Administration, 1999)

 "Louisiana's Economic Outlook for 2001 and 2002" (co-author) (LSU's E.J. Ourso College of Business Administration, 2000)

 "Louisiana's Economic Outlook for 2002 and 2003" (co-author) (LSU's E.J. Ourso College of Business Administration, 2001)

 "Louisiana's Economic Outlook for 2003 and 2004" (co-author) (LSU's E.J. Ourso College of Business Administration, 2002)

 "Louisiana's Economic Outlook for 2004 and 2005" (co-author) (LSU's E.J. Ourso College of Business Administration, 2003)

 "Louisiana's Economic Outlook for 2005 and 2006" (co-author) (LSU's E.J. Ourso College of Business Administration, 2004)

 "Louisiana's Economic Outlook for 2006 and 2007" (co-author) (LSU's E.J. Ourso College of Business Administration, 2005)

 "Louisiana's Economic Outlook for 2007 and 2008," (co-author), (LSU's E. J. Ourso College of Business Administration, 2006)

Book Reviews

Is Growth Obsolete? by William Nordhaus and James Tobin for The Annals of Regional Science.

Unemployment, Vacancies, and the Rate of Change of Earnings: A Regional Analysis, by A.E. Webb and Regional Rates of Growth of Employment: An Analysis of Variance Treatment by B. Weeden. National Institute of Economic and Social Research, Regional Papers III (Cambridge University Press, 1974) for The Annals of Regional Science.

Grants and Research Studies Associated with Grants, LSU

Louisiana Revenue Projection Model, grant through Legislative Fiscal Office, 1975, $72,000 (with Loren C. Scott).
Louisiana Revenue Projection Model, 80 pages.
User's Manual for Revenue Model, 106 pages.
Compendium of Louisiana Taxes and Revenues, 343 pages.

Energy Policy Evaluation Model, grant through Department of Natural Resources, 1978-79, $21,000 (with W.P. Culbertson).
Energy/Resources Policy Evaluation System, 81 pages.

State Taxation of Natural Resources, grant through U.S. Department of Interior, 1980-81, $72,500 (with Loren C. Scott).

Taxation of Natural Resources by States: Theoretical and Empirical Findings, 200 pages.
Louisiana Econometric Model, grant through Board of Regents, 1981-81, $65,000 (with Loren C. Scott). Results published in Louisiana Business Review (Winter, 1983).

Louisiana Energy Sector, grant from LSU Center for Energy Studies, 1983, $17,500 (with Loren C. Scott).

Louisiana Econometric Model, grant from Louisiana Board of Regents, 1983-84, $55,000 (with Loren C. Scott).

KPGM Peat Marwick, Tax Study for Louisiana, 1995, $55,000.

Papers and Discussions at Professional Meetings

"Monetary Rules and Monetary Policy" presented at Southwestern Social Science Meeting, (March 1972).

"Optimal Time Horizon for Policy Making," presented at Southwestern Social Science Meeting, (March 1973).

"Measuring the Impact of Monetary and Fiscal Policy," presented at Atlantic Economic Conference, (September 1974).

"Inflation and Development in the Mexican Economy:  A Discussion," presented at Southern Economic Association, (November 1974).

"Reduced-Form Models and Monetary and Fiscal Multipliers," presented at Western Economic Association, (June 1975).

"Oil and Gas Forecasting Model," presented at Southwestern Social Science Meeting (April 1976) (with Loren C. Scott).

"Obtaining Consistent and Efficient Estimates with the Kalman Filter," special paper presented to Economics Conference on Optimal Control Theory, sponsored by National Bureau of Economic Research (May 1976), (co-author).

"Oil and Gas Econometric Model:  The Case of Louisiana," presented to Western Economic Association Meeting (June  1976) (with Loren C. Scott).

Comments on "Money, Liquidity, Reverse Causation, and the Transactions Demand for Money," Southern Economic Association Meetings (November 1976).

"A Long-Run Model of Oil and Gas Production" (with Loren C. Scott) at Southern Economic Meetings (November 1977).

"Price Expectations, Interest Rates, and Monetary and Fiscal Authorities," at Southwestern Social Science Meetings (April 1978).

"Income and Employment in a State Econometric Model:  The Case of Louisiana," at Missouri Valley Economic Conference (February 1978).

"Price Expectations and Impact of Monetary and Fiscal Authorities Over the Business Cycle," presented to Southern Economic Meetings, (November 1979).

"Determining an Appropriate Teachers Salary," presented to Education Finance Association, 1980.

"State Taxation of Natural Resources," presented to Western Economic Association, (July 1981).

"Domestic and International Implications of Federal and State Policies Towards Heavy Oil," presented to Conference on Heavy vs. Light Oil, sponsored by International Research Center for Energy and Economic Development, University of Colorado, (March 1982).

"Government Regulations and Market Distortions: The Case of the NGPA and the Louisiana Economy," presented to International Research Center for Energy and Economic Development, University of Colorado (September 1982).

"Experience with the Combining of Simple Forecasts with those of Large Scale Econometric Models," American Institute For Decision Sciences (October 1984).

"Combining Macroeconomic Inputs," Paper presented at the ORSA/TIMS Joint National Meeting, Boston, Mass., (1985).

"Spectral Analysis of Nominal Interest Rates," Conference on Dynamic Modeling and Control of National Economies, Budapest, Hungary (July 1986).

"Projecting the Impact of Offshore Oil and Gas Activity on A Producer State" International Society of Forecasting (Boston: May 1987).

"Tax Reform and Tax Forecasting," International Society of Forecasting (Boston: May 1987).

"The Impact of OPEC on the Louisiana Offshore Industry," Missouri Valley Economic Association (February 1987).

"Perspectives on Louisiana Tax Reform," Alabama Fiscal Policy Symposium (August 1986).

Louisiana Tax Study, moderated and presented three papers, LSU/CABL Tax Conference (January 1987).

"State Tax Reform," Public Affairs Research Conference Annual Report, (March 1987).

"Business and Environmental Taxes," paper discussant, American Economic Association and National Tax Association, (January 1992).

"Politics and Economics of Taxing Oil and Gas in Louisiana," National Tax Proceedings (October 1992).

"Taxing Oil and Gas in Kansas," Task Force of the Governor (October 1995).

"Forecasting State Revenues in Louisiana:  Procedures and Results," presented to International Conference of Academy of Business Administration, Summer 1995.


Conferences and Public Forums

"Money and Minerals" presented to Annual Conference of Public Affairs Research Council, 1980.

"Energy and the Louisiana Economy" presented to Annual Conference of Public Affairs Research Council, 1982.

"Louisiana's Financial Future' presented to Annual Conference of Public Affairs Research Council, 1983.

"Economic Outlook for Louisiana," sponsored by the LSU College of Business Administration, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001,  2002, 2003, 2004, and 2005.


Electricity Deregulation in Louisiana, Annual Conference of Public Affairs Research Council of Louisiana, 1997

Louisiana Fiscal Reform Efforts, presented to Annual Conference of Public Affairs Research Council, 1998

Katrina and the Recovery of the Gulf Coast, Housing Policy Council, New Orleans, (December 2005).

Katrina and the Recovery of New Orleans, Mortgage Bankers Association, Phoenix, AZ (February 2006)

Katrina and Mega-catastrophes, Financial Services Roundtable, Phoenix, AZ, (March 2006).

Initiating the Recovery after Katrina, Blue Ribbon Commission on Mega-catastrophes sponsored by Financial Services Roundtable, Chicago, IL (June 2006).

Katrina/Rita: The Ultimate Test for Tax Policy, National Tax Association, May 2006.

Dissertation

An Analysis of Alternative Monetary Policies within the Framework of the FRB-MIT Econometric Model (completed August 1971: Directed by Warren L. Smith, University of Michigan).

Teaching Activities:

     Courses Taught:

Principles of Economics (Michigan and LSU, Undergrad.)
     Money and Banking (Michigan and LSU, Undergrad.)
     Business Cycle Theory (LSU, Undergrad.)
     Aggregate Economics (LSU, Undergrad.)
Urban Economics (LSU, Undergrad.)
     Seminar in Monetary and Fiscal Policy (LSU, Grad.)
     Advanced Macroeconomic Theory (LSU, Grad.)
     Independent Readings (LSU, Undergrad. and Grad.)
     Public Administration Colloquium (LSU, Grad.)
     Microeconomic Decisions (LSU, Grad.)
     Public Finance (LSU, Grad and Undergrad)
     Internships/Practicums, (LSU, Grad.)

Dissertation Committees

     Jorge O. Bonvicini,  Economics, 1972
     William B. Green,  Economics, 1974
     Walton M. Padelford,  Economics, 1975
     Jeffrey Reed, Economics, 1976
     Rafael Juantorena,  Engineering, 1976
     James Fellows,  Economics, 1977
     Lloyd Shell, Economics, 1977
     Sam Fraser,  Economics, 1978
     W.D. McMillin (co-director),  Economics, 1979
     Andrew Foshee,  Economics, 1980
     Cary Heath,  Economics, 1983
     John McDonald,  Economics, 1984
     Shahruz Mohtadi,  Economics, 1984
     Umit Erol, (director)  Economics, 1986
     Deep Shikka,  Economics, 1986
     Patricia Knight,  Economics, 1988

William Davis,  Vocational Education, 1991
Randy Russ,  Marketing, 1996
Gloria T. Nye,  Education, 1997
Lonnie Luce, Education, 1998
Poki Kofi, Forestry and Natural Resources, 2003
William Van Dengerhn, Accounting, 2004
Steve Kelly, Education, 2006


Master's Committee (thesis)

John Elstrott,  Economics, 1972
Douglas Weimer,  Economics, 1974 (director)
Matt Fannin,  Agricultural Economics, 1998



Professional Service:

Referee for Public Finance Quarterly, Southwestern Social Science
Quarterly, Growth and Change, Journal of Economics, Journal of Education Finance, Journal of
Macroeconomics, and Municipal Finance Quarterly.

Member of American Economic Association,  Southern Economic Association,   Education
Finance Association, American Society of Public Administrators, National Tax Association, and
National Association of Schools of Public Affairs and Administration.



University Service:

Committees

Graduate Advisory Committee for Economics (Chairperson as of September 1976 to 1982)

Computer Center liaison for College of Business Administration, 1974-75, 1975-76, 1976 to
1982)

Honors Program Committee, 1971-1973

Committee to Select Computer Hardware for CEBA, Spring 1977

College Policy Committee (Chairperson, 1978-1981)

College Courses and Curricula Committee, 1978-1983, Chairperson in 1982

University Courses and Curricula Committee, 1980-1983

University Self-Study Committee, Chairperson Financial Resources, 1982-1983.

Executive Committee, College of Business Administration, 1983-Present.

University Planning Committee, 1990-1994

Computer Advisory Committee, 1990-1994

L.S.U. Faculty Senate, 1999-2002

Faculty Senate Executive Committee, 1999-2001

Review of Evaluation of Faculty Members, Instructors, and Research Associates, 2001-02

Committee to Review Athletic Oversight, 2002

Self-study Committee for upcoming accreditation, 2001-02

Search Committee for Dean of Business School, 2002

Fellow in Reilly Center on Media and Public Policy, 2001-05

Committee to Review Tenure Policy, 2002-2005

Search Committee for Provost, 2006-

University Planning Council, 2006 to present

Search Committee for Dean of College of Business, 2007


Service to Community

Member, Louisiana Tax Study Commission, 1983-84.

Contributor to Senate Task Force on Economic Development, 1983-1984.

Contributor to House Forum on Economic Development, 1985.

Contributor to House/Senate Task Force on Economic Development Strategies, 1987.

Testimony before Numerous Committees of the Louisiana Senate and House of Representatives, since 1975.

Testimony before U. S. Senate Committee on Energy Policy, 1986.

Testimony before U.S. House of Representatives, 2006

Member, Revenue Estimating Conference, State of Louisiana, 1987-present

Fiscal Advisor to Governor of Louisiana, 1988-91

Advisor to Governor of Louisiana, 1995-96, on Unemployment Insurance Program

Member, Louisiana Law Institute's Tax Study Committee, 2000

Speaker at numerous clubs and luncheons such as Rotary, Lions, Kiwanis,    Professional Women's Association, Personnel Managers, Financial Analysts, and others.

Chairman, Public Affairs Research Council of Louisiana, 1995-97

Member, Board of Trustees, Public Affairs Research Council of Louisiana, 1980-present

Member, Tax Study Commission, Created by Resolution of Louisiana Senate    and House, 1999-2000

Honors

Woodrow Wilson Fellowship 1966-67
University Fellowship, 1967-68 (Michigan)
Teaching Fellowship, 1968-69 (Michigan)
FDIC Dissertation Grant, 1969-70
LSU Graduate School Summer Research Fellowship, Summer 1973
LSU Foundation Post Doctoral Research Fellowship, 1973-74, 1974-75, and
1976-77
LSU Foundation Distinguished Service Award, 1987
John Rhea Alumni Professor, 1989-present
Fellow, Reilly Center on Media and Public Policy, 2002 through present

Consulting Research Studies

An Evaluation of Louisiana Public School Teacher Salaries (March 1979) - for the Governor of the State of Louisiana.  Improving School Finance in Louisiana (1980) - for a Task Force on Education in Louisiana.

Economic and Environmental Evaluation of OCS Natural Gas Activities on the State of Louisiana (1980) - for the legal team defending First Use Tax.

Alternatives for Improving Personal Property Taxation in Louisiana (1981) for Louisiana Tax Commission.

Measuring and Evaluating the Impact of Agricultural Activity on Northeast Louisiana (1982) for Northeast Agribusiness Council.

Task Force on Economic Development (1982) for Board of Regents.

Assessment of Economic and Environmental Impact of Livingston Train Derailment, for 21st District Court, September 1984.

Assessment of Value of Red River Waterway, 1985.

The Economic and Fiscal Impact of Repealing the Blue Laws,
Citizens for Economic Reform, 1986.

The Impact of OCS Oil and Gas Activities on Louisiana, Chevron, USA. 1986.

Legislative Fiscal Office: Revenue Estimates and Training Person for the office, 1975 and 1976 and revenue estimates and training Person for the office, 1981-82.


Expert Witness for Private Companies

Federal and State Court for the computation of loss of wages and profits

      Oil and Gas Contract Disputes

      Take and Pay Contract Disputes—estimates of damages

Evaluation of Business Enterprises

      Evaluation of value of injured parties, wrongful deaths, discrimination, et al

      Evaluation of Costs of Disruptions on Communities

      Coastal Zone Management Commission

Business Contract Disputes

Business Damages

Bankruptcy proceedings

Economic Impact of Industries on Local and State Economies

Consulting and Expert Witness for Governments

       Department of Education, Louisiana

       Department of Wildlife and Fisheries, Louisiana

       Department of Revenue and Taxation, Louisiana

       Department of Transportation and Development, Louisiana

       Division of Administration, Louisiana

       Department of Economic Development

       Department of Labor, Louisiana

       Attorney General's Office, Louisiana

       City of Baker, Louisiana

       City of Zachary, Louisiana

       Sulphur Community, Louisiana

       Department of Revenue, Alabama

       Office of Governor, Kansas

       Office of Governor, Louisiana


Consulting or Expert Witnessing: Listing of Private Firms (not complete list)

       Ethyl, 1972 (market forecasts for products)
       Louisiana Retailers Association, 1982, 1987 (impact of interest rate limitations)
       Allied Corporation, 1983-84 (take or pay contract dispute)

Martin Exploration Company, 1984 (cram down hearing in bankruptcy court)
Dames and Moore, 1986 (energy impact in Louisiana)
Governor's Economic Development Commission, 1986 (economic development options for state)
Chevron Corporation, 1986 (offshore impact on onshore Louisiana)
Louisiana Council for Fiscal Reform, 1987-88 (tax reform for state)
Arkla Gas, 1987-88 (merger study for FTC)
Goudchaux-Maison Blanche, 1987 (change in blue law ordinance)
K-Mart, 1987 (change in blue law ordinance)
J. C. Penney, 1987 (change in blue law ordinance)
Sears, 1987 (change in blue law ordinance)
South Central Bell, 1990-91 (rate issue before Public Service Commission)
John Paul Mitchell Systems 1992-96 (dispute with distributor)
Texaco, Inc. 1992-93 (royalty dispute with state)
Texaco, Inc. 1993-96 (valuation issue with royalty owners)
Louisiana's Lottery Corp., 1994 (lottery study—in and out of state issues)
Calcasieu Marine Bank, 1992-1997 (forecast for state and regional economy)
Hibernia National Bank, Lake Charles, 1998-04 (forecast for economy)
Entergy, Inc., 1996-1997 (deregulation issue before Public Service Commission)
IMC Global, 1997-98 (punitive damages analysis)
Institute for Quality in Medicaid, 1998 (study of pharmaceuticals in costs of healthcare)
C-K Associates, 1992-2005 (economic impact studies)
Pilko and Associates, 1998 (economic impact study)
Rubicon Chemicals, 1998 (economic impact study)
Industrial Concepts, Inc., 1998 (arbitration case: distribution dispute)
K & M Enterprises, Inc., 1998 (damages in business dispute)
CONDEA Vista Company, 1998, 2001 (punitive damages analysis)
Source Production and Equipment Company, Inc., 1998 (business damages)
Amoco Corporation, 1998 (punitive damages)
Borden Chemical, 1999 (economic impact study)
Marathon Ashland Petroleum, 1999 (economic impact study)
Louisiana Public Facilities Authority, 1999 (economic impact study)
Insulin Infusion Specialities, 1999 (business damages)
J & R Systems, 1999 (business damages)
CSRS Engineers, 1999-2000 (master plan for Iberia Parish)
Postlewaite & Netterville, 1999 (study of venture capital in Louisiana)
Louisiana Hospital Association, 1999 and 2002 (economic impact of hospitals)
Kaiser Aluminum, 1999 (economic impact study)
C & S Metals, 2000 (economic impact study)
Cogentrix, 2000 (economic impact study)
CalPine, 2000-01 (economic impact study)
Shell Oil Company, 2000 (compensatory and punitive damages)
Cleco, Inc., 2000 (economic impact of power facilities)
Hewlett-Packard, 1992, 2000 (business damages)
Shintech Corporation, 2001 (economic impact study)

Louisiana Generating, 2001 (economic impact study)
URS Corporation, 2001 (economic impact study)
Coastal Engineering and Environmental Consultants, 2001-2002 (economic impact studies)
C-K Associates, Inc., 2001-02 (business damages)
Capitol City Properties, 2001 (contractual dispute—reasonableness of decision)
Southern Exposure Wildlife, Inc., 2001-2003 (business damages)
Cox Communications, 2002 (economic impact study)
Kean Miller Law Firm, 2002 (economic projections)
Cleco, Inc., 2002 (economic projections)
J. Ray McDermott, 2001-02 (economic impact)
LMCMS/ACS, 2003 (business loss study)
R. W. Beck and Associates 2003 (economic impact study)
Boise Cascade Paper (economic impact study)
Division of Administration and The Football Network, 2003 (economic impact study)
Louisiana Technology Park, 2003 (economic impact analysis)
Port of New Orleans, (2004) (economic analysis of CAFTA)
Cox Communications 2004 (economic impact study)
Louisiana Public Facilities Authority, 2004 (economic impact study)
Louisiana Generating, LLC, 2004 (economic impact study)
Louisiana Hospital Association, 2004 (economic impact study)
Louisiana Independent Pharmacies Association, 2004 (economic impact study)
Louisiana Nursing Home Association, 2004 (economic impact study)
Welding Industry, 2003-2004 (economic analysis of welding industry)
Louisiana Municipal Association, 2004-05 (study of retirement systems)
Farquoui Construction, 2004 (analysis of Bass Pro's economic impact on Livingston Parish)
LJG Land Company, Ascension Parish, 2004-05
Shintech, economic impact study, 2005
Stonehenge Capital Company, economic impact study of film industry, 2005
Providence Engineering and Environmental Group, economic impact study, 2005
Eagle Environmental Services, economic impact study, 2005
Baton Rouge Metropolitan Airport, economic impact study, 2005
Colonial Pinnacle Retail Plaza, economic impact study, 2005
Lake Charles Memorial Hospital, 2005
Louisiana Hospital Association, economic impact of Katrina, 2005 and 2006
Financial Services Roundtable, economic analysis of Post Katrina Recover, 2006
Marathon Petroleum Company, economic impact study, 2006
NRG Energy, economic impact study, 2006
Entergy New Orleans, economic analysis of Entergy's role in New Orleans, 2006
Entergy Gulf States, role of Entergy in Gulf States Region, 2006
Entergy Louisiana, role of Entergy in Entergy Louisiana region, 2006
Financial Services Roundtable, Accelerating the Recovery in New Orleans, 2006
Louisiana Department of Education, Fiscal Indicators, 2006
Louisiana Independent Pharmacies Association, Dispensing Fees for
        Prescriptions, 2006-o7
Baton Rouge Chamber of Commerce, 2006

Pinnacle Entertainment, 2006
Louisiana Hospital Association, 2007
Baton Rouge Area Chamber, 2007
Cox Communications, 2007
Creekstone Companies, 2007
Broadway South, 2007
Port Manchac, 2007
Iberville Parish, 2007
Bayer Properties, 2007
US TransCarbon, 2007
New Orleans Leveee Board, 2007
CNA Insurance, court proceedings, 2007
Hanover Insurance, court proceedings, 2007
AmClyde, court proceedings, 2007

Consulting or Expert Witnessing: Listing of Governments (not complete list)

Louisiana Department of Wildlife and Fisheries, 1988-1990, (analysis of shell dredging and appropriate fees to be charged)

Special Consultant to Governor, Louisiana Special Sessions, 1988 and 1989 (fiscal issues)

Louisiana Division of Administration, 1993, 2002, 2004

Louisiana Department of Labor, 1994-1997, 2004, 2005 (evaluation of Unemployment Insurance Trust Fund)

State of Kansas, 1995 (tax issues)

State of Alabama, 1996 (legal dispute regarding valuation of natural gas at wellhead)

Louisiana Attorney General, 1996-97 (analysis of Minimum Foundation Program)

Louisiana Department of Education, 1996, 2005

City of Baker, 1997-98 and 2000-01 (financial analysis of new school system)

City of Zachary, 1999 (financial analysis of new school system)

City of Sulphur, 2004-05 (financial analysis of new school system)

Louisiana Department of Revenue, 1999 (legal issue regarding taxation of manufactured homes)

Louisiana Office of Governor, 2000 (tax analysis of alternative taxing schemes)

Louisiana Office of Governor, 2004-05 (economic impact and tax analysis of professional sports team)

Louisiana Department of Wildlife and Fisheries, 2000-01 (analysis of fees on seismic activities)

Louisiana Department of Economic Development, 2001 and 2005 (economic impact study)

Louisiana Department of Economic Development, 2002 (analysis of tax incentives in Louisiana)

Louisiana Division of Administration, 2003 (analysis of economic impact of The Football Network)

Louisiana Department of Natural Resources, 2003-04 (analysis of economic cost of coastal erosion)

Louisiana Department of Economic Development, 2004 (analysis of rice industry investment in North Louisiana)

Louisiana Department of Labor, 2004-05 (analysis of Unemployment Insurance Trust Fund Modifications)

Louisiana Department of Education, 2006-07, (establishment of fiscal assessment of school districts).