## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | & Consolidated Cases |
| | * | |
| PERTAINS TO: | * | JUDGE DUVALL |
| | * | |
| LEVEE: 06-5127 (DEPASS) | * | MAG. KNOWLES |
| | * | |
| | * | |

**************************************************************************

## THE PARISH OF JEFFERSON'S MOTION
## FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(b)

Pursuant to Fed. R. Civ. P. 54(b), defendant, the Parish of Jefferson, who is affected by the Order and Reasons issued October 12, 2007 (Document No. 8390), moves the Court to make an express determination that there is no just reason for delay and to direct the entry of a final judgment as to the Court's Order granting defendant's 12(b)(6) motion for failure to state a claim on the ground that there is no just reason for delay, as set forth with particularity in the memorandum submitted herewith.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com

## CERTIFICATE OF SERVICE

We hereby certify that on October 22, 2007, we electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that we served a true copy of the foregoing pleading upon all counsel of record by first class and/or electronic mail.

**BURGLASS & TANKERSLEY, LLC**

/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com