**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | **& Consolidated Cases** |
| | * | |
| **PERTAINS TO:** | * | **JUDGE DUVALL** |
| | * | |
| **LEVEE: 06-5127 (DEPASS)** | * | **MAG. KNOWLES** |
| | * | |
| | * | |

**************************************************************************

**MEMORANDUM IN SUPPORT OF THE PARISH
OF JEFFERSON'S MOTION FOR ENTRY OF FINAL
JUDGMENT UNDER RULE 54(B)**

On October 12, 2007, the Court granted defendant, the Parish of Jefferson's, pending

12(b)(6) motion for failure to state a claim. The Court's order resolved all remaining claims between

the Defendant and all Plaintiffs in the above captioned matters. The Parish of Jefferson brings this

motion asking the Court to certify its order as final under Fed. R. Civ. P. 54(b).

Rule 54(b) provides in pertinent part:

> When more than one claim for relief is presented in an action,
> whether as a claim, counterclaim, cross-claim, or third-party claim,
> or when multiple parties are involved, the court may direct the entry
> of a final judgment as to one or more but fewer than all of the claims
> or parties only upon an express determination that there is no just
> reason for delay and upon an express direction for the entry of
> judgment. In the absence of such determination and direction, any
> order or other form of decision, however designated, which
> adjudicates fewer than al the claims or the rights and liabilities of
> fewer than all the parties shall not terminate the action as to any of the
> claims or parties, and the order or other form of decision is subject to
> revision at any time before the entry of judgment adjudicating all the
> claims and the rights and liabilities of all the parties.

Here there is no just reason for delay in this case.  The Court's Order resolved all remaining claims

against the Parish of Jefferson, finding that Jefferson Parish is immune from liability pursuant to La.

Rev. Stat. 29:735 and La. Rev. Stat 9:2800.

For these reasons, the Parish of Jefferson requests that this Court find that there is no just

reason for delay and direct the clerk to enter the Orders as final judgment, pursuant to Rule 54(b),

FRCP.

Respectfully submitted,

**BURGLASS & TANKERSLEY, LLC**

/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com

**CERTIFICATE OF SERVICE**

We hereby certify that on October 22, 2007, we electronically filed the foregoing with the
Clerk of Court by using the CM/ECF system and that we served a true copy of the foregoing
pleading upon all counsel of record by first class and/or electronic mail.

**BURGLASS & TANKERSLEY, LLC**

/S/ Scott O. Gaspard
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
ctankersley@burglass.com
dphayer@burglass.com
sgaspard@burglass.com