UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | |
| | § | NO.:05-4182 |
| | § | |
| PERTAINS TO: BARGE | § | SECTION "K" (2) |
| | § | JUDGE DUVAL |
| FILED IN:  05-5724; 05-5531; 06-5342; | § | MAG. WILKINSON |
| 06-6299; 06-7516; 07-3500; | § | |
| 07-5178 | § | |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:      Washington Group International's Unopposed Motion to Amend Case Management Order No. 5, Record Doc. No. 8283

O R D E R E D:

 XXX : GRANTED. CMO No. 5 is amended so that Washington Group International's deadline to propound written discovery is extended until November 12, 2007. Written responses to the requests must be provided no later than December 21, 2007.

New Orleans, Louisiana, this   22nd   day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE