# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

JONATHAN B. ANDRY AND
CAROLINE ANDRY

V.

FEDERAL EMERGENCY MANAGEMENT
AGENCY & PRECISE ADJUSTMENTS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4533

TO: Precise Adjustments, Inc.
Through Carl Hermann, III
559 E. FM813
Palmer, TX 75152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

JONATHAN B. ANDRY
THE ANDRY LAW FIRM
610 BARONNE STREET
NEW ORLEANS, LA 70113

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 1 8 2007

LORETTA G. WHYTE

CLERK                                    DATE

_Stephanie Kall_
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-22-07 |
| Name of SERVER (PRINT) Fed Ex | TITLE overnight delivery |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via Federal Express and received/signed for by on 10-22-07. See attached delivery confirmation.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-22-07
                   Date

Signature of Server

610 Baronne St., N.O. LA 70113
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Brandy

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, October 22, 2007 11:06 AM
**To:** brandy@andrylawfirm.com
**Subject:** FedEx Shipment 799736985822 Delivered

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | The Andry Law Firm |
| Name: | Brandy Aleman-Perez |
| E-mail: | brandy@andrylawfirm.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | Andry v. NFIP |
| Ship (P/U) date: | Oct 19, 2007 |
| Delivery date: | Oct 22, 2007 11:01 AM |
| Sign for by: | Signature Release on file |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Residential Delivery |
| | Deliver Weekday |

Tracking number: 799736985822

Shipper Information
Brandy Aleman-Perez
The Andry Law Firm
610 Baronne St.
New Orleans
LA
US
70113

Recipient Information
Carl Hermann, III
Precise Adjustments, Inc.
559 E. FM813
Palmer
TX
US
75152

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:05 AM CDT on 10/22/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

10/22/2007