# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

JONATHAN B. ANDRY AND
CAROLINE ANDRY

V.

FEDERAL EMERGENCY MANAGEMENT
AGENCY & PRECISE ADJUSTMENTS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4533

TO: Federal Emergency Management Agency
500 C Street, SW
Washington, DC 20024-2523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

JONATHAN B. ANDRY
THE ANDRY LAW FIRM
610 BARONNE STREET
NEW ORLEANS, LA 70113

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    OCT 1 8 2007

_____          _____
CLERK                                                DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10-22-07 |
| Name of SERVER (PRINT)  Fed Ex | TITLE  Courier |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via Fed Ex and received/signed for by D. Cooks. See attached confirmation of delivery.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-22-07
            Date

Signature of Server

616 Baronne St., N.O., LA 70113
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Brandy

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, October 22, 2007 7:25 AM
**To:** brandy@andrylawfirm.com
**Subject:** FedEx Shipment 799736981275 Delivered

---

This tracking update has been requested by:

Company Name:           The Andry Law Firm
Name:                   Brandy Aleman-Perez
E-mail:                 brandy@andrylawfirm.com

---

Our records indicate that the following shipment has been delivered:

Reference:                  Andry v. NFIP
Ship (P/U) date:            Oct 19, 2007
Delivery date:              Oct 22, 2007 8:21 AM
Sign for by:                D.COOKS
Delivered to:               Mailroom
Service type:               FedEx Priority Overnight
Packaging type:             FedEx Envelope
Number of pieces:           1
Weight:                     0.50 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            799736981275

Shipper Information                 Recipient Information
Brandy Aleman-Perez                 Federal Emergency Management
The Andry Law Firm                  Agency
610 Baronne St.                     500 C Street, SW
New Orleans                         Washington
LA                                  DC
US                                  US
70113                               200242523

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 7:25 AM CDT
on 10/22/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the

10/22/2007