# United States District Court

EASTERN DISTRICT OF LOUISIANA

**RETURN**

JONATHAN B. ANDRY AND
CAROLINE ANDRY

V.

FEDERAL EMERGENCY MANAGEMENT
AGENCY & PRECISE ADJUSTMENTS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4533

TO:

United States Attorney Jim Letten

500 Poydras Street, Suite B-210

New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

JONATHAN B. ANDRY
THE ANDRY LAW FIRM
610 BARONNE STREET
NEW ORLEANS, LA 70113

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                OCT 1 8 2007

CLERK                                           DATE

_Stephanie Kall_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10-19-07 |
| Name of SERVER (PRINT) Danny Andre | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Left Summons at the United States Attorney's Jim Letten's Office, Tammy Falcone accepted the summons

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-19-07
Date

Signature of Server

938 Lafayette St, N.O. La 70113 ste #428
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.