MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 16, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Thomas</u>, 06-9096 | JUDGE DUVAL<br>MAG. WILKINSON |

### SCHEDULING ORDER

A preliminary conference was conducted in the referenced case, <u>Kim P. Thomas et al. v. Kenneth Taylor et al.</u>, C.A. No. 06-9096 c/w 05-4182, on October 16, 2007, before the undersigned magistrate judge pursuant to Paragraph VII of Case Management Order No. 4 ("CMO No. 4"). Participating were: Gary Pendergast, representing plaintiffs; Glenn Adams, representing defendants.

Counsel reported that the motion to bifurcate which resulted in the conference had been erroneously requested by counsel for the National Flood Insurance Program defendant, who is no longer involved in the case. Thus, the original order in which the individual issues in the referenced <u>Thomas</u> case were bifurcated and referred to me by

**MJSTAR:   0:20**

the presiding district judge, Record Doc. No. 7526, was a mistake. Counsel advised that they do not desire any particular individualized track for this case at this time, as they attempt their individual efforts to settle this claim.

Accordingly, the referral order is SATISFIED, and no further action will be taken at this time in the referenced <u>Thomas</u> case.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**