UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (Brock, No. 06-4931) | § | |
| | § | |

**DEFENDANT UNITED STATES OF AMERICA'S OPPOSITION
TO PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE SECOND
SUPPLEMENTAL AND AMENDING COMPLAINT PURSUANT TO PROCEDURE
APPROVED BY JUDGE DUVAL IN RECORD DOC. 6937 DATED AUGUST 9, 2007
(Rec. Doc. No. 8405)**

**1. INTRODUCTION**

On August 29, 2007, Plaintiffs filed a Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. No. 7353).  The United States opposed that motion on September 11, 2007 (Rec. Doc. No. 7492).  On September 20, 2007, this Court denied Plaintiffs' motion because Plaintiffs failed to show "good cause" justifying a modification of the scheduling order.  Rec. Doc. No. 7773 (citing S&W Enterprises, L.L.C. v. South Trust Bank of Ala., NA, 315 F.3d 533, 536 (5th Cir. 2003).  On October 16, 2007, Plaintiffs filed an "Amended Motion for Leave to File Second Supplemental and Amending Complaint Pursuant to Procedure Approved by Judge Duval in Record Doc. 6937 Dated August 9, 2007".  Because Judge Duval's August 9, 2007 Order does not apply to Plaintiffs' case, and because Plaintiffs still have not demonstrated the requisite "good cause," Plaintiffs' Amended Motion for Leave should be denied.

## II.  ARGUMENT

**1.    Judge Duval's August 9, 2007, Order is not applicable to this case.**

Plaintiffs' Amended Motion cites Judge Duval's August 9, 2007, Order (Rec. Doc. No. 6937) as the authority for their proposed amendments to the complaint.  However, Judge Duval's Order applies only to "(a) any named Plaintiff <u>in any referenced case</u>" or "(b) [a] non-party . . . [seeking to] intervene as a plaintiff <u>in a referenced case</u>."  Emphasis added.  Plaintiffs' case is not among those referenced in Judge Duval's Order.[1]  Therefore, Judge Duval's order simply is not applicable here.[2]

**2.    Plaintiffs again failed to demonstrate the requisite "good cause."**

As this Court noted in its September 20, 2007, Order denying Plaintiffs' first motion for leave to amend, "[o]nly upon the movant's demonstration of good cause to modify the scheduling order will the more liberal standard of Rule 15(a) apply to the district court's decision to grant or deny leave."  <u>S&W Enterprises.</u>, 315 F.3d at 536.  Just as Plaintiffs' first motion for leave to amend, Plaintiffs' Amended Motion fails to establish the requisite "good cause."  Thus, for the same reasons set forth in both this Court's September 20, 2007, Order, as well as in the United States' Opposition to Plaintiffs' Second Supplemental and Amending Class Action

---

[1] Judge Duval's August 9, 2007, Order, Rec. Doc. No. 6937, applies to No. 06-5116 (SIMS), No. 06-5134 (CHRISTOPHE), No. 06-5118 (RICHARD),  No. 06-5137 (WILLIAMS), No. 06-5142 (AUGUSTINE), No. 06-5127 (DEPASS), No. 06-5132 (FERDINAND), No. 06-5128 (ADAMS), No. 06-5131 (BOURGEOIS), and No. 06-5140 (PORTER).

[2] Even if Judge Duval's order was applicable, Plaintiffs did not comply with its terms; indeed, Plaintiffs failed to "provid[e] [] claim identification number[s]" for any of the Form SF 95 claims purportedly submitted by the proposed class members named in Plaintiffs' Second Supplemental and Amending Class Action Complaint, as required by Judge Duval's August 9, 2007 Order (see Rec. Doc. No. 6937, at ¶(a).

Complaint (Doc. Rec. No. 7492),[3] Plaintiffs' Amended Motion for Leave to File Second Supplemental and Amending Complaint should be denied.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs' Amended Motion to Amend should be denied.

>Respectfully submitted,
>
>PETER D. KEISLER
>Assistant Attorney General
>
>PHYLLIS J. PYLES
>Director, Torts Branch
>
>JAMES G. TOUHEY
>Assistant Director, Torts Branch
>
>s/ Richard R. Stone
>ATTORNEY NAME
>Senior Trial Attorney, Torts Branch, Civil Division
>U.S. Department of Justice
>Benjamin Franklin Station, P.O. Box 888
>Washington, D.C. 20044
>(202) 616-4400 / (202) 616-5200 (Fax)
>Attorneys for the United States

Dated: October 22, 2007

### CERTIFICATE OF SERVICE

I, Richard R. Stone, hereby certify that on October 22, 2007, I served a copy of Defendant's Opposition to Plaintiffs' Amended Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. No. 8405) by ECF to all parties.

>s/Richard R. Stone
>RICHARD R. STONE

---

[3] The United States hereby incorporates the arguments asserted in its Opposition to Plaintiffs' Second Supplemental and Amending Class Action Complaint (Doc. Rec. No. 7492).