UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                      CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  BARGE                                JUDGE DUVAL
      **Benoit, C.A. No. 06-7516**        MAG. WILKINSON

## ORDER

In response to my Rule 4(m) order of October 4, 2007, Record Doc. No. 8172,

plaintiffs have  filed three separate motions voluntarily to dismiss defendants Gary

Dufrene, Mark Templit and Eric Thigpan, Record Doc. Nos. 8402, 8403, 8404.

Accordingly, my order has been SATISFIED, and no further action under Rule

4(m) is required.

New Orleans, Louisiana, this 22nd day of October, 2007.


        JOSEPH C. WILKINSON, JR.
      UNITED STATES MAGISTRATE JUDGE


**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**