UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
CONSOLIDATED LITIGATION
                                  NO.: 05-4182

                                  SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
            05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
            06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
            06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
            06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
            06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
            07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

## ORDER

Considering the foregoing defendants' Motion to Exceed Page Limit for Memorandum in Opposition to Plaintiff's Motion for Class Certification:

IT IS ORDERED that defendants be motion is granted and that defendants be allowed to exceed the page limit set forth in local rule 7.8.1e.

New Orleans, Louisiana, this 22nd of October, 2007.

_____
STANWOOD DUVAL, JR.
UNITED STATES DISTICT COURT JUDGE

1