UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|        CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| LEVEE, MRGO, RESPONDER, BARGE | § | |
| | § | |
| FILED IN: | § | |
| 05-4181, 06-1885, 06-2268, 06-4024, 06-4634, | § | |
| 06-4931, 06-5042, 06-5116, 06-5118, 06-5127, | § | |
| 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, | § | |
| 06-5140, 06-5142, 06-5159, 06-5161, 06-5163, | § | |
| 06-5771, 07-206, 07-647, 06-8708, 07-1073, | § | |
| 07-1113, 07-1271, 07-1284, 07-1285, 07-1286, | § | |
| 07-1288, 07-1289, 07-2742, 07-3173, 07-3500, | § | |
| 07-4225, 07-4226, 07-4227, 07-4271, 07-4353, | § | |
| 07-4386, 07-4504, 07-4519, 07-4522, 07-4544, | § | |
| 07-4568, 07-4607, 07-4724, 07-4774, 07-4775, | § | |
| 07-4837, 07-4851, 07-4901, 07-4902, 07-4903, | § | |
| 07-4906, 07-4913, 07-4914, 07-4943, 07-4945, | § | |
| 07-4944, 07-5022, 07-5030, 07-5044, 07-5063, | § | |
| 07-5070, 07-5082, 07-5096, 07-5097, 07-5098, | § | |
| 07-5105, 07-5130, 07-5134, 07-5137, 07-5141, | § | |
| 07-5174, 07-5178, 07-5191, 07-5396, 07-5397. | § | |
| _____ | § | |

<u>ORDER</u>

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Taheerah K. El-Amin, John A. Woodcock III, Sarah K. Soja, and Jessica G. Sullivan as counselors of record for defendant, the United States of America.

New Orleans, Louisiana, this 22nd day of October, 2007.

_____
United States District Judge