UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |
| PERTAINS TO: <br> INSURANCE    (07-4810) <br> *Esplanade Plaza, LLC v. The Hanover Insurance Company* | |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause be and it hereby is dismissed with prejudice as to plaintiff, Esplanade Plaza, L.L.C., and defendant, The Hanover Insurance Company, as to all demands, all parties to bear their own costs.

New Orleans, Louisiana, this __22nd__ day of __October__, 2007.

_____
JUDGE