UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NUMBER: 05-4182 cKc (2) |
| PERTAINS TO: INSURANCE CASES | JUDGE DUVAL |
| <u>Franco</u> 06-07660 | MAG. WILKINSON |

### ORDER

Considering the foregoing,

IT IS ORDERED that the Motion for Trial by Jury (Doc. 7986) currently set for October 31, 2007, be continued from October 31, 2007 to November 14, 2007.

New Orleans, Louisiana, this 22nd day of October, 2007.

Stanwood R. Duval, Jr.
United States District Judge