UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARTHUR AND SHIRLEY BURTON; KEVIN WELLS, | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.:  07-5961 |
| VERSUS | * * | JUDGE:  Stanwood R. Duval, Jr. |
| ALLSTATE INSURANCE COMPANY, | * * | MAGISTRATE:  Daniel E. Wilkinson, Jr. |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ALLSTATE INSURANCE COMPANY'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION AND ALL PARTIES' JOINT MOTION TO EXTEND THE INITIAL DISCLOSURE DEADLINES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Allstate Insurance Company ("Allstate"), without waiving any defenses or objections, moves for an additional extension of time up to and including November 26, 2007, within which to answer or otherwise respond to the Plaintiffs' Petition.  In addition, the parties jointly request that the Court extend the Initial Disclosure deadline in this case to December 14, 2007.

    1.    This case involves multiple plaintiffs, all of whom have sued Allstate seeking coverage under their homeowner's insurance policies for damages allegedly sustained as a

result of Hurricane Katrina. In light of the multiple plaintiffs, the differing policies, and the various circumstances under which each claim arises, Allstate needs additional time to review the files to ensure that its responsive pleading addresses the various defenses and denials that may be available to Allstate in each instance. Plaintiffs' counsel has agreed to Allstate's request for additional time to respond to the Petition.

    2.    With respect to the Initial Disclosures, all parties request an extension of the Court's deadline set forth in Case Management and Scheduling Order No. 4. The extension is necessary because of the multiple plaintiffs and the need for Allstate's counsel to secure the relevant files, review them for privileged and confidential information and prepare them for production. Likewise, Plaintiffs' counsel needs time to obtain the necessary policy information from his clients. For these reasons, the parties jointly request that the Court extend the Initial Disclosure deadline to December 14, 2007.

WHEREFORE, Allstate Insurance Company respectfully moves this Court for an extension of time up to and including November 26, 2007, within which to answer or otherwise file responsive pleadings to the Petition in this action and the parties jointly request that the Initial Disclosure deadline be extended to December 14, 2007.

                                      Respectfully submitted,

                                      By:_____
                                          Arthur J. Lentini, APLC (#8520)
                                      6620 Riverside Drive, Suite 312
                                      Metairie, Louisiana 70003
                                      (504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(800) 803-4700 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing have been served upon all counsel of record by First Class Mail on the 18th day of October, 2007.

_____
Arthur J. Lentini