UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR AND SHIRLEY BURTON; KEVIN WELLS, <br><br> Plaintiffs, <br><br> VERSUS <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | * <br> * <br> * <br> * <br> *  CIVIL ACTION NO.:  07-5961 <br> * <br> *  JUDGE:  Stanwood R. Duval, Jr. <br> * <br> *  MAGISTRATE:  Daniel E. Wilkinson, Jr. <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition and All Parties' Joint Motion to Extend the Initial Disclosure Deadlines (the "Motion"), and the Court is of the opinion that the Motion should be granted.  Therefore,

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before November 26, 2007.  IT IS FURTHER

ORDERED that the Initial Disclosure deadline is extended to December 14, 2007.

SIGNED at New Orleans, Louisiana, on this ____ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

1