UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION: K |
| | * | |
| PERTAINS TO: | * | MAGISTRATE: 2 |
| INSURANCE (#06-8637) | * | |
| | * | |
| BSD CONSTRUCTION, INC. | * | |
| | * | |
| VERSUS | * | |
| | * | |
| STONE INSURANCE, INC. AND ZURICH AMERICAN INSURANCE COMPANY | * * * | |
| *   *   *   *   *   *   *   * | | |

## ORDER

Considering the foregoing Joint Partial Motion and Order of Dismissal:

**IT IS HEREBY ORDERED** that all claims against defendants, ASSURANCE COMPANY OF AMERICA and ZURICH AMERICAN INSURANCE COMPANY, in the above entitled cause and action be and the same are hereby dismissed, without prejudice, each party to bear their own costs.

**NEW ORLEANS**, Louisiana, this  22nd  day of    October   , 2007

_____
JUDGE