UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL W. HUGHES | * | |
| Plaintiff, | * | |
| VERSUS | * | CIVIL ACTION NO. |
| | * | 2:06-cv- 08885 |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, WILLIAM E. WASHINGTON, INC. and ALLSTATE INSURANCE COMPANY | * | JUDGE: STANWOOD R. DUVAL |
| | * | MAG: JOSEPH C. WILKINSON |
| Defendants. | * | |

## ORDER

Considering the foregoing Motion to Dismiss with Reservation of Rights,

IT IS ORDERED that this matter is dismissed with prejudice, with each party hereto to bear its own costs and expenses.

New Orleans, Louisiana, this 22nd day of October, 2007.

_____
JUDGE