## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO.   05-4182** |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| *Hughes,* **C.A. No. 06-8885** | | |

\* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that plaintiff's claims in the above, entitled and numbered cause be and the same are hereby dismissed, each party to bear their own costs.

**NEW ORLEANS, LOUISIANA**, this 22nd day of October, 2007.

_____
**UNITED STATES DISTRICT COURT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 22nd day of October, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

s/ Gary M. Pendergast