UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| _____ | * | |
| PERTAINS TO: | * | SECTION K – JUDGE DUVAL |
| | * | |
| INSURANCE:   PATTERSON, 06-6655 | * | |
| | * | MAG. (2)  MAG. WILKINSON |

*************************************

## JOINT MOTION TO DISMISS

**NOW INTO COURT**, through undersigned Counsel, come the Plaintiffs, Michelle Monroe Patterson and Gerard Patterson, and Defendant, Auto Club Family Insurance Company, and upon suggesting to the Court that they have compromised and settled all disputes and differences between them and that desire to now to have all claims of Michelle Monroe Patterson and Gerard Patterson asserted against Auto Club Family Insurance Company in the above captioned litigation dismissed with prejudice, each party to bear their own costs.

NOW, therefore, the aforementioned parties move this honorable Court for an Order dismissing any and all claims of Michelle Monroe Patterson and Gerard Patterson against Auto Club Family Insurance Company in this pending action, with prejudice, each party to bear their own costs.

Respectfully submitted,

**TILLERY & TILLERY**

BY: _____

    A. SCOTT TILLERY (#12788)
    701 Metairie Road, Suite. 2A301
    Metairie, LA  70005
    Telephone:  504-828-1768
    *Attorneys for Plaintiffs*

**CHOPIN, WAGAR, RICHARD,
& KUTCHER, LLP**

BY: _____

    THOMAS M. RICHARD, T.A. (#2069)
    BRADLEY J. LUMINAIS, JR. (#28663)
    3850 North Causeway Boulevard
    Two Lakeway Center - Suite 900
    Metairie, Louisiana  70002
    Telephone:  (504) 830-8345
    Facsimile:  (504) 836-9543
    *Attorneys for Defendant, Auto Club Family
    Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the _22nd_ day of _October_, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed.  I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

_____
BRADLEY J. LUMINAIS, JR.