UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * <br> * | SECTION K – JUDGE DUVAL |
| INSURANCE:   PATTERSON, 06-6655 | * <br> * | MAG. (2) MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice of the parties;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Dismiss With Prejudice is granted, and that any and all claims of Michelle Monroe Patterson and Gerard Patterson and against Auto Club Family Insurance Company in the above captioned litigation be, and the same hereby, **DISMISSED** with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**JUDGE**