UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*          05-5531 | * | |
| *Mumford v. Ingram*      05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*             06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*              07-5178 | * * | JOSEPH C. WILKINSON, JR. |

**EX PARTE MOTION FOR LEAVE TO AMEND/CORRECT
SIXTH SUPPLEMENTAL AND AMENDED COMPLAINT**

Now come BARGE plaintiffs, through undersigned counsel, who respectfully move for leave of Court to correct the Sixth Supplemental and Amended Complaint proposed in the Mumford matter to the extent that the geographical putative class boundaries reference the wrong landmarks to delineate the northern boundary of the proposed class.  The necessary amendment is contained in the attached proposed Corrected Sixth Supplemental and Amended Complaint.

RESPECTFULLY SUBMITTED,

**BARGE P.S.L.C.**

**WIEDEMANN & WIEDEMANN**

/s/Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN, (13457)**
**KARL WIEDEMANN, (18502)**
**KAREN WIEDEMANN, (21151)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs


**LAW OFFICE OF BRIAN A. GILBERT**


/s/Brian A. Gilbert
**BRIAN A. GILBERT (21297)**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs


/s/Patrick J. Sanders
**PATRICK J. SANDERS (18741)**
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

   **I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload,  this 23 day of October, 2007.


/s/Brian A. Gilbert
**BRIAN A. GILBERT**