UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO:  BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*            05-5531 | * | |
| *Mumford v. Ingram*       05-5724 | * | |
| *Lagarde v. Lafarge*        06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*           06-7516 | * | |
| *Parfait Family v. USA*    07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * * | JOSEPH C. WILKINSON, JR. |

## ORDER

Considering BARGE Plaintiffs' Ex Parte Motion for Leave to Amend/Correct Sixth Supplemental and Amended Complaint, and the proposed correction, it is hereby ordered that leave be and is hereby granted to make the proposed correction.

New Orleans, Louisiana, this 23 day of October, 2007.

                                                  **MAG. JOSEPH C. WILKINSON, JR.**