**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1185,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

PERTAINS TO: LEVEE

---

**DEFENDANTS' SECOND SUPPLEMENTAL**
**PRELIMINARY "COMMON LIABILITY" EXHIBIT LIST**

Pursuant to the Court's Case Management and Scheduling Order No. 4, entered March 1,

2007 (Docket No. 3299) ("CMO"), the undersigned Defendants supplement their preliminary list

of "common liability" exhibits.  The joint nature of the instant filing is made solely in conformity

with the Court's Order and should not be construed as an adoption, approval, or endorsement of

anything  contained  therein  by  any  particular  defendant  unless  specified  as  such.

1

As a preliminary matter, the Levee Defendants note that by submitting the instant list, they do not agree that any "common liability issues" exist or that any trial or trials on "common liability issues" is feasible, warranted or appropriate. The term "common liability issues" is defined in the CMO as "refer[ing] to the descriptions of all three claim categories set out above [Levee, MRGO and Insurance], but excludes quantification of individual damage claims and individual adjusting and other individual coverage issues asserted in the non-class action cases that are part of the Insurance category." CMO, § I(A).

The Levee Defendants deny that to the extent that any liability issues exist in these consolidated cases are common to any of the parties in any way that would allow class certification of any liability issues for trial. The Levee Defendants herein expressly reserve any and all rights to object to or otherwise contest a trial or trials on "common liability issues."

Although the Levee Defendants have endeavored in good faith to prepare this preliminary exhibit list, liability discovery in this case has only recently begun, and it will not close until early 2008. Consequently, the Levee Defendants have not finally determined the identity of exhibits that may be used at a "common liability" trial, which may take place sometime after March 26, 2009. CMO, § VI(B). In accordance with the Court's CMO, the Levee Defendants will use their best efforts to supplement this list on the 20th of every month from now until March 20, 2008, when the final exhibit list is due. *Id.*, § IV(A)(3).

The following is a general list of the documents that may be introduced at the trial of this matter. At this point in the litigation it is not feasible to identify the specific documents that will be introduced.

1.      Relevant engineering manuals

2.      Relevant research reports

3.      Relevant survey reports

4.      Relevant memoranda (e.g., design, benchmark, and standard project hurricane)

5.      Relevant budget justification sheets

6.      Relevant court injunction documents

7.      Relevant General Accounting Office reports

8.      Relevant evaluation and reevaluation reports

9.      Relevant memoranda

10.     Relevant parts of IPET Report and underlying materials and supporting documents

11.     Relevant agreements, contracts, and correspondence between USACE and local levee authorities and contractors

12.     Relevant dredging permits

13.     Relevant design data (including but not limited to maps, charts, drawings, blueprints, memoranda, plans and specifications)

14.     Relevant inspection reports

15.     Relevant modeling data and depictions

16.     Any document listed by any plaintiff or co-defendant in this matter, including but not limited to, those listed in initial disclosures, answers to interrogatories and requests to admit, response to requests for production of documents, correspondence, or any documents (hard copy or electrically stored information) in the document depositories developed in this matter

17.     Legislative materials

18.     Statutes and regulations

Dated:  October 22, 2007                     Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:  (504) 593-4272
FACSIMILE:  (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE:  (504) 832-3700
FACSIMILE:  (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE:  (202) 616-4289
FACSIMILE:  (202) 616-5200
Attorneys for the UNITED STATES OF
AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
    & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA  70130-6027
TELEPHONE:  (504) 568-1990
FACSIMILE:  (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2007, a copy of the above and foregoing **Defendants' Second Supplemental Preliminary "Common Liability" Exhibit List** was filed electronically with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492
E-MAIL:  tpa@mcsalaw.com