UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANCAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 |

PERTAINS TO: 07-1690 (WILLIAMS)

**************************************************************

### MOTION TO COMPEL DEPOSITION AND/OR FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Auto Club Family Insurance Company ("Auto Club"), who respectfully request that plaintiff be ordered to appear for deposition and/or that her case be dismissed for failure to cooperate in discovery all for the reasons set forth more fully in the Memorandum in Support hereof.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com

---

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

/s/ William H. Eckert

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7556*
**Fax:** *(504) 836-7566*
**Email:** beckert@ungarino-eckert.com