UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANCAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: 07-1690 (WILLIAMS) | CIVIL ACTION<br><br>NO. 05-4182 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE

Undersigned counsel hereby certifies that he has spoken with Brent Klibert and written to Brent Klibert in hopes of resolving this issue. Ms. Williams failed to appear for deposition, failed to appear for mediation, and counsel has not responded to undersigned counsel's correspondence of September 7, 2007, attached hereto as Exhibit No. 5.

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**     *(504) 836-7556*
**Fax:**            **(504) 836-7566**
**Email:**          beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com