UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant's Motion to Compel Deposition and/or for Dismissal will be brought on for hearing on the November 14, 2007 at 11:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Judge Joseph C. Wilkinson, Jr., United States Courthouse 500 Poydras Street, Room C-151, New Orleans, LA 70130.

| CERTIFICATE OF SERVICE |
|---|
| I hereby certify that on October 22, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.<br><br>/s/ William H. Eckert<br>UNGARINO & ECKERT, LLC<br>3850 N. Causeway Blvd., Suite 1280<br>Metairie, LA 70002<br>Telephone: (504) 836-7556<br>Fax: (504) 836-7566<br>beckert@ungarino-eckert.com |

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** *(504) 836-7556*
**Fax:** (504) 836-7566
**Email:** beckert@ungarino-eckert.com