UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES        CIVIL ACTION
CONSOLIDATED LITIGATION

                                                                      NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)

**********************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DEPOSITION AND/OR FOR DISMISSAL

May it please the court,

This Memorandum is filed on behalf of defendant, Auto Club Family Insurance Company ("Auto Club"), in support of Auto Club's accompanying Motion to Compel Deposition and/or for Dismissal. Auto Club previously scheduled the deposition of plaintiff, Latoya Williams ("Williams"), for July 18, 2007 at 8:30 a.m. See Notice of Deposition and Document Production, Exhibit No. 1. This deposition date and time was coordinated and cleared with William's counsel, please see correspondence of June 21, 2007, Exhibit No. 2.

Undersigned counsel appeared for William's deposition and Williams did not appear. According to communication from William's counsel, Ms. Williams was well aware of the deposition and indicated that she did not want to go forward with the litigation.

Thereafter, in its ongoing efforts to resolve hurricane litigation, Auto Club attempted to schedule mediation with Ms. Williams and this mediation was set for August 21, 2007 at 8:30 a.m. at MAPS. Please see correspondence of July 6, 2007, Exhibit No. 3.

At the mediation scheduled for August 21, 2007, counsel for Williams indicated that she was not appearing and again indicated that there was some inclination would be voluntarily dismissing this matter.

Thereafter, on September 7, 2007, still not having received any dismissal nor any confirmation of Williams' intentions, undersigned counsel for Auto Club wrote to Williams' counsel requesting some indication as to where this case was going. Undersigned counsel pointed out that Ms. Williams did not appear for deposition, mediation did not go forward, and Auto Club needed some indication as to the direction of the litigation. Please see correspondence of September 7, 2007, Exhibit No. 4. Further, undersigned counsel for Auto Club forwarded a Motion and Order to Dismiss and asked that it be signed and returned. Undersigned counsel for Auto Club further requested that if the case was not going to be dismissed to please provide deposition dates so that the deposition could be re-noticed since Williams failed to appear at the first scheduled deposition.

Undersigned counsel has no record of any communication or response to the September 7, 2007 correspondence and, accordingly, Auto Club respectfully request that an Order be issued compelling Ms. Williams to appear for deposition within fifteen days and/or that Ms. Williams either dismiss her case or that her case be dismissed if she fails to appear for deposition as Ordered.

Further, Auto Club respectfully requests an award of reasonable attorneys' fees and costs incurred with this Motion.

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

/s/ William H. Eckert
_____

*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7556*
**Fax:** (504) 836-7566
**Email:** beckert@ungarino-eckert.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, I served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid, OR by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
beckert@ungarino-eckert.com