UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANCAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION
NO. 05-4182

PERTAINS TO: 07-1690 (WILLIAMS)
*****************************************************************

## ORDER

Considering the foregoing Motion,

It is hereby ordered that plaintiff, Latoya Williams, appear for deposition within the next fifteen days or dismiss her case or her case will be dismissed.

New Orleans, Louisiana, this ____ day of _____, 2007

_____
JUDGE