UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANCAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |

PERTAINS TO: 07-1690 (WILLIAMS)

**********************************************************************

## NOTICE OF DEPOSITION AND DOCUMENT PRODUCTION

TO:   Latoya Williams
      Through her attorney of record:
      Brent A. Klibert, Esq.
      Roy F. Amedee, Jr., Esq.
      Law Offices of Roy F. Amedee, Jr.
      228 St. Charles Avenue – Ste. 801
      New Orleans, LA 70130

**PLEASE TAKE NOTICE** that undersigned counsel on behalf of Automobile Club Inter-Insurance Exchange/Auto Club Family Insurance Company a/k/a AAA, will take the deposition of **Latoya Williams on July 18, 2007 at 8:30 a.m. at 228 St. Charles Avenue, Suite 801, New Orleans, Louisiana**, for all purposes permitted under the Louisiana Rules of Civil Procedure, before a Notary Public or some other person authorized to administer oaths, at which time and place you are notified to appear and take such part as you may deem proper.

Deponent needs to produce the following:

1. all documentation of communications with insurance companies and/or agents;
2. all documentation regarding damage claimed;
3. any photographs of property/damages;
4. all documentation regarding insurance covering property/loss in question; and
5. all documentation showing any payments received for hurricane damage/claims



**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on October 22, 2007.

_____
WILLIAM H. ECKERT

Respectfully submitted:

**UNGARINO & ECKERT, LLC**

_____
*WILLIAM H. ECKERT (#18591)*
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   *(504) 836-7556*
Fax:              (504) 836-7566
Email:          beckert@ungarino-eckert.com