# UNGARINO & ECKERT, L.L.C.
ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

MATTHEW J. UNGARINO
WILLIAM H. ECKERT †
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON †
BRYAN E. LEGE
DAVID P. SULLIVAN ‡
DAVID C. KIMMEL
BRUCE D. BEACH *
STEPHEN M. GELÉ
DAVID I. BORDELON

* Admitted in Louisiana & Texas
† Admitted in Louisiana & Mississippi
‡ Admitted in Mississippi
λ Admitted in Louisiana & Michigan

## LOUISIANA OFFICES
*New Orleans   Baton Rouge*
*Shreveport    Lafayette*

## MISSISSIPPI OFFICES
*Jackson      Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7556
FAX: (504) 836-7566

E-MAIL: beckert@ungarino-eckert.com

IMELDA T. FRUGÉ, R.N.
JAMES M. BENSON
MARC E. DEVENPORT

K. ELIZABETH HEINEN
J. MICHAEL NASH
SHANDA L. LEWIS ‡
RHONDA J. THOMAS, R.N.
KELLY O. THIBEAUX
REED S. MINKIN λ
HALIMA N. SMITH
NORMAN F. HODGINS III
PAUL J. HAMMER
CHRISTOPHER C. BROUGHTON

SPECIAL COUNSEL
GINGER K. DEFOREST
KAREN G. ARENA
LAURA HENDERSON-COURTNEY ‡

June 21, 2007

*Via Email: ramedeejr@aol.com*
Roy F. Amedee, Jr., Esq.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue – Ste. 801
New Orleans, LA 70130

*Via Email: brent@klibertlaw.com*
Brent A. Klibert, Esq.
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130

Re:   Latoya Williams vs. Auto Club Family Ins. Co.
      Claim No. HO809096
      Our File No. 33-10149

Dear Roy and Brent:

Please allow this correspondence to confirm that we have scheduled the deposition of Latoya Williams for July 18, 2007 at 8:30 a.m. Enclosed please find a Notice of Deposition and Document Production.


EXHIBIT 2

Roy F. Amedee, Jr., Esq.
Brent A. Klibert, Esq.
June 21, 2007
Page 2 of 2

      With kind regards, I remain

                                          Sincerely yours,

                                          William H. Eckert

WHE/aar

Enclosure

L:\DOCS\10000's\10100-10199\10149\Counsel-Williams.004.aar.doc