# UNGARINO & ECKERT, L.L.C.

ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

MATTHEW J. UNGARINO
WILLIAM H. ECKERT †
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON †
BRUCE D. BEACH *
DAVID P. SULLIVAN ‡
DAVID C. KIMMEL
ROBIN L. JONES
STEPHEN M. GELÉ
DAVID I. BORDELON
IMELDA T. FRUGÉ, R.N.

\* Admitted in Louisiana & Texas
† Admitted in Louisiana & Mississippi
‡ Admitted in Mississippi
λ Admitted in Louisiana & Michigan

## LOUISIANA OFFICES
*New Orleans    Baton Rouge
Shreveport    Lafayette*

## MISSISSIPPI OFFICES
*Jackson    Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7556
FAX: (504) 836-7566

E-MAIL: beckert@ungarino-eckert.com

JAMES M. BENSON
DONALD R. KLOTZ, JR.

K. ELIZABETH HEINEN
J. MICHAEL NASH
SHANDA L. LEWIS ‡
RHONDA J. THOMAS, R.N.
KELLY O. THIBEAUX
REED S. MINKIN λ
HALIMA N. SMITH
NORMAN F. HODGINS III
PAUL J. HAMMER

SPECIAL COUNSEL
GINGER K. DEFOREST
KAREN G. ARENA
LAURA HENDERSON-COURTNEY ‡
HELEN H. BABIN

September 7, 2007

*Via Email: ramedeejr@aol.com*
Roy F. Amedee, Jr., Esq.
Law Offices of Roy F. Amedee, Jr.
228 St. Charles Avenue – Ste. 801
New Orleans, LA 70130

*Via Email: brent@klibertlaw.com*
Brent A. Klibert, Esq.
228 St. Charles Ave.
Suite 801
New Orleans, LA 70130

    Re:   Latoya Williams vs. Auto Club Family Ins. Co.
            Claim No. HO809096
            Our File No. 33-10149

Dear Roy and Brent:

    We have attempted to conduct discovery and Ms. Williams did not appear at her deposition. We offered mediation and you declined. You indicated that Ms. Williams does not want to go forward with this litigation and, if so, we need to know now. We need to get this case resolved.

    Enclosed is a Motion and Order to Dismiss with prejudice and with each party bearing their own costs. Please execute and return same in ten days.



EXHIBIT 4

Roy F. Amedee, Jr., Esq.
Brent A. Klibert, Esq.
September 7, 2007
Page 2 of 2

    If I do not receive the dismissal, then I will assume that you and Ms. Williams are not dismissing this case and, therefore, I will need to proceed with discovery.  Accordingly, if you don't return the dismissal, please provide me with deposition dates within the next 15 days.

    If I don't get the dismissal and do not hear from you within fifteen days, I will file a Motion to Compel the deposition and/or for dismissal.

    With kind regards, I remain

                            Sincerely yours,

                            William H. Eckert

WHE/aar

Enclosure

cc:    Thomas R. Collins, CPCU Via e-mail: Collins.Tom@aaa-calif.com