UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| VALERIE ZIMMERMAN | * | CIVIL ACTION NO.: 05-4182<br>Reference: 06-3932 |
|---|---|---|
| Versus | * | SECTION: K |
| STATE FARM FIRE & CASUALTY | * | MAG. 2 |

### JOINT MOTION TO DISMISS

ON MOTION of Plaintiffs, Valerie Zimmerman and Sterling C. Zimmerman, and Defendants State Farm Fire and Casualty Company, appearing herein through undersigned counsel, and on suggesting to this Honorable Court that the above numbered and entitled cause of action has been amicably compromised and settled, and therefore, any and all causes of action of the Plaintiffs against all parties should be dismissed with full prejudice, with each party to bear his own cost.

WHEREFORE, petitioners pray this Honorable Court dismiss the above captioned matter with full prejudice, with each party to bear his own cost.

|  | Respectfully submitted,<br><br>/s/ Elsie B. Halford |
|---|---|
|  | **ELSIE B. HALFORD, BAR NO. (#6427)**<br>Attorney for Plaintiffs<br>1526 Choctaw Avenue<br>Metairie, Louisiana 70005<br>Telephone: (504) 835-8087 |

|  | and<br><br>/s/ Wm. Ryan Acomb<br>**WM. RYAN ACOMB (#16780)**<br>Attorney for Defendants<br>Porteous, Hainkel & Johnson, L.L.P.<br>704 Carondolet Street<br>New Orleans, LA 70130-3774<br>Telephone: (504) 412-6230 |
|---|---|

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on October 23, 2007.

/s/ Elsie B. Halford
ELSIE B. HALFORD

and

/s/ Wm. Ryan Acomb
WM. RYAN ACOMB