UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
|     CONSOLIDATED LITIGATION | § | |
| | § | NO.:05-4182 |
| | § | |
| PERTAINS TO: BARGE | § | SECTION "K" (2) |
| | § | JUDGE DUVAL |
| FILED IN: 05-5724; 05-5531; 06-5342; | § | MAG. WILKINSON |
|     06-6299; 06-7516; 07-3500; | § | |
|     07-5178 | § | |

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  The United States' Motion for Relief from Case Management Order No. 5, Record Doc. No. 8366

O R D E R E D:

 XXX :  DENIED.  The motion is denied to the extent that the United States requests a stay of discovery pending a decision on its motions to dismiss. The United States is a party to these cases until such time as it is no longer a party, and the pendency of motions to dismiss that may or may not be granted is no reason to relieve the government from its discovery obligations, particularly not in cases that have been set for trial, with a deadline for fact discovery in about seven months.

     Good cause has not been shown and the motion is also denied as to the United States' request for an amendment of CMO No. 5, Record Doc. No. 7724, to allow all parties to reserve some of their allotted discovery requests and to propound those reserved requests during a second phase of written discovery with a later deadline. This blank check, prospective kind of amendment is unnecessary in light of the provisions of

Paragraph V(A)(8) of CMO No. 5, which already sets out a procedure by which parties <u>may</u> agree upon or seek leave of court to submit additional written discovery.

New Orleans, Louisiana, this  23rd  day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. STANWOOD R. DUVAL, JR.