UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO.  05-4182 "K" (2) |
| PERTAINS TO:  INSURANCE | |
| | JUDGE DUVAL |
| *Greenwood:*  No. 07-6194 | |
| | MAGISTRATE WILKINSON |

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel of record, comes Homesite Insurance Company and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6 states that it is 100% owned by Homesite Securities Company, LLC which has parent company Homesite Group Incorporated and that no publicly traded company owns 10% or more of Homesite Insurance Company's stock.

Respectfully submitted:

**PHELPS DUNBAR LLP**


BY:   /s/ Nora B. Bilbro
         NEIL C. ABRAMSON (21436)
         NORA B. BILBRO (22955)
         Canal Place
         365 Canal Street • Suite 2000
         New Orleans, Louisiana  70130-6534
         Telephone:  (504) 566-1311
         Facsimile:  (504) 568-9130 or 9007


         and

NO.99819818.1

MARSHALL M. REDMON (18398)
445 North Boulevard, Suite 701
Baton Rouge, LA  70802
Telephone: (225) 346-0285
Fax: (225) 381-9197

COUNSEL FOR HOMESITE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via electronic mail, facsimile and/or the United States mail, properly addressed and first class postage prepaid on this 23rd day of October, 2007.

/s/  Nora B. Bilbro