UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| | * | |
| | * | |
| PERTAINS TO:   ROAD HOME | * | JUDGE STANWOOD R. DUVAL, JR. |
| *LOUISIANA STATE C.A. NO. 07-5528* | * | MAGISTRATE JUDGE WILKINSON |

**************************************************************************************

**DISCLOSURE STATEMENT
ON BEHALF OF CONTINENTAL INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, comes and appears Continental Insurance Company and submits its corporate disclosure statement as follows:

1. Continental Insurance Company is currently a Pennsylvania corporation. It was originally incorporated in New York in 1853, redomesticated to New Hampshire in 1977 redomesticated to South Carolina in 2004 and then redomesticated to Pennsylvania in 2006. Continental Insurance Company is a wholly owned subsidiary of Continental Casualty Company.

2. All of Continental Casualty Company's common stock is owned by The Continental Corporation. The Continental Corporation's stock is not publicly traded.

3. All of The Continental Corporation's stock is owned by the CNA Financial Corporation. CNA Financial Corporation issues shares to the public.

Page 1

      4.      Loews Corporation owns the majority of the stock of CNA Financial Corporation. Loews Corporation's stock is publicly traded.

      5.      No other corporation owns 10% or more of the stock of CNA Financial Corporation.

      Respectfully submitted,

      LABORDE & NEUNER

      s/Ben L. Mayeaux
      BEN L. MAYEAUX #19042
      JAMES L. PATE #10333
      WILL MONTZ #29355
      One Petroleum Center, Suite 200
      1001 West Pinhook Road
      Lafayette, Louisiana 70503
      TELEPHONE:    (337) 237-7000
      FACSIMILE:    (337) 233-9450
      Attorneys for Continental Insurance Company

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2007, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      s/Ben L. Mayeaux
      COUNSEL