# IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

## (USDC, E.D. La. No. 05-4182 "K")

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 22 AM 7: 23

LORETTA G. WHYTE
CLERK

PLAINTIFFS' LIAISON
COUNSEL
Joseph M. Bruno

LEVEE SUBGROUP
LITIGATION COMMITTEE
Gerald E. Meunier,
Liaison
Daniel E. Becnel, Jr.
Joseph M. Bruno
Walter C. Dumas
Darleen M. Jacobs
Hugh P. Lambert

MRGO SUBGROUP
LITIGATION COMMITTEE
James P. Roy, Liaison
John B. Andry
Joseph M. Bruno
Clay H. Mitchell
Pierce O'Donnell

INSURANCE SUBGROUP
LITIGATION COMMITTEE
Calvin C. Fayard, Jr.,
Liaison
Joseph M. Bruno
John N. Ellison
James M. Garner
Joseph J. McKernan
Drew A. Ranier

LITIGATION
COORDINATOR
J. Robert Warren, II

855 BARONNE STREET
NEW ORLEANS, LA. 70113
(504) 525-1335
(504) 561-6775 FACSIMILE

October 18, 2007

VIA EMAIL@ wilkinso@laed.uscourts.gov
Honorable Judge Joseph C. Wilkinson , Jr.
Magistrate Judge Division 2
US District Court - Eastern District of Louisiana
500 Camp Street, Room B409
New Orleans, LA 70130

RE:  *In Re Katrina Canal Breaches Consolidated Litigation*
Master Case No.: 05-4182, Section "K" (2)
*Electronic Repository*

As the Court will recall, Paragraph C(1)(a) of CMO # 4 provided that the parties were to confer and establish a "joint electronic repository" to maintain "a copy of all documents produced during discovery" by use of "a third-party vendor to be selected by agreement of the parties." Discovery proceeded while these efforts were ongoing. At a hearing on May 24, 2007, the parties reported on the extensive efforts that had been made to identify competent vendors. The parties reported that the list of preferred vendors had been narrowed to two, Daegis and File Control, but that the selection and implementation process was at an impasse.

To resolve which third party vendor merited the contract award, the Court appointed an expert, Mr. Craig Ball, to review the pending proposals and identify the preferred vendor. The Court did note its concerns "about the enormous financial burden" and "urged" the parties to explore means to reduce these costs. (Doc. 5391.) On July 23, 2007, Mr. Ball reported that in his view, File Control was the preferred vendor though he echoed the concerns of the Court in describing the File Control fee structure to be "obscene." (A copy of Mr. Ball's report is attached.) That File Control's pricing was consistent with that of other vendors does not make it less obscene.

After considering Mr. Ball's recommendations, the Plaintiffs agreed to engage in further negotiations with File Control and the Defendants. The contract negotiations have reached an end point, such that the Plaintiffs are now faced with a decision to enter into a million dollar plus agreement for a minimum period of three years. Because of these associated extraordinary costs and discovery developments since July 23, 2007, the Plaintiffs request the they be relieved from the obligation mandated by CMO #4 to shoulder one-half of the joint electronic repository costs. The Defendants do not oppose this request.

RECEIVED
OCT 19 2007
CHAMBERS OF JUDGE
U.S. MAGISTRATE
JOSEPH C. WILKINSON, JR.

Fee
Doc. No.

Since late July, 2007, the hard copy document production by the United States has been substantially completed. It has also become clear to the Plaintiffs that discovery against all non-Government defendants is likewise substantially complete and manageable by methods which are much less expensive and more conventional than contemplated by CMO #4. The joint electronic repository as planned to be hosted by File Control is too large of a management solution for this discovery.

What does remain is ESI (Electronic Stored Information) to be produced by the United States. The Plaintiffs recently learned that the original estimates of ESI to be produced were 6 terabytes, or enough hard copy to fill six libraries. The Government also advised the Plaintiffs that there is virtually no ESI pre-1995. Given these reports, the Plaintiffs have substantially revised their ESI request and are conferring with the Government in an effort to reduce the production size to a more manageable level.

On October 10, 2007, the Plaintiffs notified the Defendants of their concerns and urged them to execute the File Control Agreement and proceed without the participation of the Plaintiffs. We again urge them to proceed, albeit alone.

We wish to thank the Defendants and File Control for the time, effort, and talent they brought to this effort.

The Plaintiffs, at this time and in all good conscience, do not believe the File Control solution to be in their best interest. We request the Court relieve the Plaintiffs of their obligation to participate in and fund the Repository. We stand prepared to meet with the Court on this issue at the pleasure of the Court.

With kindest regards, I remain.

Very truly yours,

THE LAW OFFICE OF JOSEPH M. BRUNO, APLC

Joseph M. Bruno

JMB/sap
Enclosure

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES                              CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION


### Recommendation of Consultant Craig Ball Respecting Repository Vendor


**Recommendation:**  File Control should host the ESI repository.

**Summary:**  My task was to assess the capabilities and proposals of two ESI hosting service vendors, Daegis and File Control, and advise the court and parties which of the two was best suited to the engagement. I was not permitted to consider any other service providers, nor was I empowered to alter or renegotiate any aspect of the outstanding proposals.

To that end, I've polled counsel in the case, reviewed pleadings and other communiqués, investigated the experience and capabilities of both vendor candidates, inspected their facilities in Houston and San Francisco, met with and questioned vendor management and staff, contacted references, viewed product demonstrations and analyzed proposals. I also attempted to pin down the anticipated forms and quantity of electronically stored information expected to comprise the collection and to assess the extent and timing of the project cost as a function of variability in the form and quantity of the data. I feel I was able to secure a clear picture of both candidates' strengths and weaknesses and a reasonably reliable impression of the forms of information that will predominate in the collection.

The candidates shared strong credentials. Each offered impressive products and talented, dedicated people. Each was esteemed by customers for their accessibility, responsiveness and commitment to client service. Both addressed my inquiries promptly and candidly. Each possessed a wealth of technical knowledge and practical experience, and both were amenable to tailoring their offerings, as feasible, to the task and adapting to best serve the needs of the parties and the court. In short, Daegis and File Control were both excellent candidates notwithstanding their small size and relatively low profile in the electronic discovery sector.

The candidates also have in common that neither has created a repository as large as the projected extent and complexity of the Katrina Canal Breaches Consolidated Litigation repository. Their respective ability to meet the expectations of the parties requires extrapolation from past performance and the expectation that key personnel will remain with the project through its critical early stages. Neither candidate is institutionalized to the point that their ability to perform would be unaffected by the departure of key people. Further, both candidates proffered pricing that I'd be inclined to label "unconscionable" or "shocking" but for the sizable uncertainty premium both were obliged to factor into their outsize estimates. Neither vendor was given sufficient hard data about the true composition and volume of the repository, with the result that neither delivered their most competitive or cost-effective proposal. It's difficult at this juncture to particularize the nature and

1

scope of the production, but the disparity between what should be known about the ESI and what has been assumed is excessive. The gulf is so great that I have little confidence that the actual cost and complexity of the project will closely correlate with the assumptions and projections.

Though lesser considerations influence my thinking, my recommendation of File Control is based principally on their superior ability to scale the system to the upper reaches of the projected volume without significantly degraded performance and on their cost structure when cast against the most likely make up of the hosted ESI. Indeed, there are scenarios where File Control's charges for the project may exceed those posited by Daegis, but the greatest likelihood is that File Control's pricing will result in substantially reduced costs overall, along with lower up front costs benefiting all parties. Though I feel that File Control has the edge in terms of scalable technology, the cost differential is material.

**Explanation:**

I am an attorney who has been licensed in Texas and actively and continuously engaged in the trial practice and instruction of law for 25 years. Throughout my career, and particularly during the last 20 years, I've studied and taught the use of forensic technology and developed expertise in the field that has come to be known as "computer forensics." I hold multiple tested and peer-reviewed certifications as a computer forensics examiner and frequently serve as a special master or court-appointed neutral in matters involving computer forensics and electronic evidence. I also regularly lecture and publish on the topic of electronic discovery, as well as plan and participate in the leading symposia in that discipline. I've been privileged to have served the courts and counsel as an expert in some of the largest and most noted electronic discovery efforts in recent years.

Early last month, I received a phone call from Debra S. Clayman of the Washington, D.C. office of the Jones Day law firm inquiring about my availability to serve as a consultant regarding the proposed electronic document depository in this matter. The following week, I received a request to confer by telephone with representatives of the plaintiffs and defendants. On June 10th, after the June 8th conference call, plaintiffs' counsel requested I furnish a projected scope of work. I responded with the following:

1. To the extent possible, collect information on the nature and volume of the information to be collected, searched, reviewed and produced in discovery. This includes gaining a sense of the breakdown between information on paper (and its forms), information in imaged formats (including availability of OCR and load data) and information in native formats (including its forms and the media on which it resides--e.g., tape vs. disk).

2. Engage in discussions with counsel for both sides to understand, *inter* alia, expectations for the repository, existing and planned work flow practices for document review, search tool experience and preferences, team sizes and anticipated bandwidth demands.

3. Gauge the capabilities of the vendors in terms of, *inter* alia, processes and infrastructure, processing capacity, work flow, scalability, staffing, use of subcontractors, background, experience, management of exceptional media, available search tools and training, performance, QA/QC, security, support, stability, recourse and, of course, pricing. This would entail interviewing one or more knowledgeable vendor representatives, personal inspection of the principal processing and hosting facilities of both vendors as well as discussions with law firms who have previously worked with these vendors in engagements

of comparable scale and complexity.  I do not plan to evaluate the vendors for conflicts.

4. Within reason, review any information which the parties want me to see before reporting to the court respecting my opinion as to which of the two vendors is best suited to serve as the repository vendor, principally based on the abilities and anticipated cost-effectiveness of the contenders balanced against the nature of the information and the needs and expectations of counsel.

I also furnished a projected budget and retainer agreement, and completed a conflicts check against some seventy pages listing parties and counsel.  Ultimately, the parties engaged me to serve on or about June 15, 2007.  I was instructed to restrict my work to evaluating only the two vendors put forward by the parties, being Daegis by the Plaintiffs and File Control by the defendants.  Throughout the engagement, both sides have pointedly cautioned me concerning the circumscribed nature of the engagement, and I have scrupulously heeded their direction.  Notwithstanding my reservations concerning the process that resulted in the final two candidates, I've not sought to essay the finalists against others in the marketplace, but only against each other.

In the ensuing weeks, counsel furnished and I reviewed data and proposals concerning the vendors.  These included proposals, marketing materials and other data exchanged among the parties and presented to the court.  I reviewed the United States' ESI production protocol and disputed protocol proposals exchanged between the parties to assess whether the repository would be principally composed of document images, i.e., TIFFs and JPEGs accompanied by searchable text and metadata, or documents in their native forms, i.e., in the file formats created and used by computer programs.  The form of the data produced to the repository impacts performance, complexity and cost.  Further, the form of the data dictates the extent to which the information must be processed before it can be made accessible to users of the repository.

## Goals for the Repository
To assess the candidates to host the repository, I needed to understand what they were expected to deliver.  Other than the skeletal request for proposal, the parties shared none of their goals for the repository.  To that end, I drafted and circulated a short questionnaire to counsel inquiring as to experience, needs and expectations.  The responses to those questionnaires were enlightening if only because they highlighted the disparity between what the parties *think* they need in a repository and the genuine objectives.  For example, most respondents expressed a desire to use the repository for privilege review when, in fact, all of the documents would be expected to have previously been vetted for privilege *before* production to the repository.  I suspect most respondents treated the questionnaire as a wish list for the tool they'd use to process ESI internally rather than as a blueprint for the repository.  Too, fault may lie with the questionnaire.

I arrived at the following goals to guide me in the assessment:

- The system has to work well; that is, the implementation had to support easy access and intuitive interaction.

- The system has to scale well, such that increases in the size of the library and the user population don't significantly diminish users' ability to sort, search and view the content.

3

- The system has to grow efficiently, assuring prompt accessibility to data produced and reliable tracking of production.

- The system must provide adequate training, support and adaptability, implemented in a manner that one party's consumption of services does not unfairly increase another party's cost.

- The system must be reasonably secure against foreseeable hazards and service interruptions, as well as hardened against unauthorized use.

- The cost of the system should be rationally related to the nature, composition and use of its contents.

**Data Composition and Volume**

I generally of the view that the overall cost of upload and review of ESI in native forms is lower than with TIFF production; but here, the cost advantage of native production is all but extinguished by the defendants' and government's intention to produce primarily in processed image formats. The greatest cost difference between imaged and native productions flows from the processing required to convert native formats to images, extract textual and metadata content and create so-called "load files" to deliver the data and content sets. Here, those costs will be largely (if not completely) borne by the government and the defendants *before* delivery of production to the repository. Whatever native component there will be to the production appears likely to be confined to items, like spreadsheets, whose usefulness is materially impaired by conversion to images.

While the overall cost of the discovery effort could potentially be lowered by native production from all parties, the overall cost of the repository will not. The government intends to produce the bulk of its material as TIFF and JPG imaged formats with load files. This will be the case for millions of paper documents expected to be contributed to the repository, as well as for the majority of electronic formats that retain their essential usability when converted to images. Even for complex ESI like databases that typically don't work as TIFFs, the government has announced its intention to furnish same as reports generated by querying the database, also produced as TIFFs with textual content and metadata.

Further, though the production protocols are unresolved, the defendants have made clear their intention to produce their materials in imaged formats accompanied by textual content and metadata. That is not to say that the defendants have refused to produce native data and, indeed, granting the plaintiffs a comparable level of functionality will necessitate that some native forms be furnished in lieu of or in addition to imaged counterparts. However, the native forms reaching the repository can reliably be expected to be small in relative number and volume and, more to the point, the defendants have committed to bear the burden of data extraction and conversion before data reaches the repository. Per the defendants in an e-mail to me of July 16, 2007:

> "[At] this early stage in discovery, we [have] thus far collected mostly TIFF images. But in the future, the parties may produce to the depository TIFF and/or native files -- depending on the protocols that the parties ultimately agree upon. Either way, the important point to understand is that all data will be produced to the electronic

4

repository in a production format <u>with parsed metadata and full text</u>.   Accordingly, there will be little (and most likely no) raw data conversion necessary." *[Emphasis in original]*

The plaintiffs, also in a July 16th e-mail, expressed a goal for the repository as follows:

> "Importantly Plaintiffs firmly believe that we need the vendor to have full service capabilities so that there is little to nothing required by counsel to access the data via the online central repository. Documents produced by parties should seamlessly be added to the repository by the vendor chosen which will require a vendor with significant experience with all types of data processing and upload."

Both repository candidates have the capability and experience to effectuate conversion and data extraction; however, both the government's and the defendants' commitment to pre-process the data diminishes the importance of processing as a repository host responsibility.  Since the pricing offered by each candidate diverges markedly based upon the necessity for such services and the composition of the collection, removing a significant component of native processing and hosting has a large impact on project cost.

**Facilities and Physical Security**
I purchased Dun & Bradstreet Business Information reports for File Control (as Filecontrol Partners, Ltd., a Texas corporation since 1999) and Daegis (as Strategic Office Solutions, Inc., a California corporation since 1999).  Nothing in the reports suggested a significant disparity between the firms in terms of financial stability.  Though File Control reportedly employed 31 persons and Daegis 90 persons, the report did not reflect that File Control is closely affiliated via joint ownership with RLS/LIT Group, Inc.; consequently, the relative sizes of the candidates are comparable, as are their physical plants and processing capabilities.

I inspected the offices and processing facilities of both candidates, in Houston for File Control on June 27 and in San Francisco for Daegis on June 28.  Each maintained attractive, professionally-appearing facilities in up market office buildings.

File Control's offices were located south of Houston's Galleria area at 6330 West Loop South on the third floor of a well-appointed office building.  The offices were spacious, likely as a consequence of their sharing facilities with other business ventures of File Control's owner, W. Yendell Rogers, III, and because they've been sublet on very favorable terms from an energy company.  I additionally visited an imaging and processing facility of affiliate company, RLS/LIT group at 3724 Dacoma Street in Houston.  This busy facility employed equipment in good repair and used space efficiently.

Daegis' offices and processing facilities were jointly housed on part of the third floor of 350 Montgomery Street in downtown San Francisco.  Doubtlessly as a consequence of the high rental of their desirable downtown location, working space was tight for Daegis.  However, the space was efficiently employed, and equipment appeared in good operational order.

In terms of scale, equipment and activity, the processing capabilities and facilities of both companies were strikingly similar.  Though, to their credit, neither was particularly impressive, both were professional, orderly and sufficient to their purpose.  However, neither the Daegis facility nor

File Control's West Loop offices were particularly well secured. **File Control's Dacoma Street** facility was better secured.

The physical security concerns just mentioned are in part ameliorated by the fact that both Daegis and File Control lease space in secure data centers to house the servers holding client data. Such "co-located" facilities employ state-of-the-art systems to limit physical access to authorized persons and guard against data loss from natural disaster and utility disruption. These hardened centers both employ 24/7 monitoring, redundant communication links, sophisticated fire suppression and internally generated back up power. As might be expected, the San Francisco facility is designed to withstand earthquake damage, and the Houston facility is resistant to hurricane risks. The bottom line is that each vendor takes commercially reasonable steps to protect the physical integrity of, and access to, hosted data.

Considering this litigation centers on a disaster that proved simply placing your data in a different part of a city is insufficient, both vendors would be well-advised to insure that their back up mechanisms are implemented to withstand events that render an entire city or region inaccessible. Further, as a hardened facility is of little value if the data housed within can be accessed remotely from an insecure facility, both vendors should examine the physical security of offices housing data in process or administrative-level remote access systems and passwords. Here, the vendors are comparably challenged.

## Access Security
Beyond physical security of the facilities, another key security consideration is access control and authentication with regard to the data. Hosted data necessarily faces the Internet, such that it is at risk of penetration. Further, the repository must allow users to be able to flag hot documents and work collaboratively to review information. Each user must have confidence that their work product will be shared only with those with whom they chooses to collaborate. In this, both candidates offer much the same options and both have expressed to me a willingness to implement whatever level of access- and privilege-security the parties desire. Neither vendor enjoys a notable advantage here.

## Software, Processes and Infrastructure
I spent several hours viewing demonstrations of each vendor's hosted review tools. Both are fine products, and either is perfectly capable of supporting the relatively undemanding search and management tasks of this project. The challenge facing the litigants here isn't so much *what* they want to do with the data as the volume of information against which they will seek to do it. The Daegis DocHunter application was visually more appealing and offered some bells and whistles that were less evident in the File Control tool; however, the advantages seen in the Daegis product went mainly to the task of privilege review, features of little value to this repository project.

Both vendors' offerings have a sufficient complement of **search features and organizational controls** to meet the anticipated needs of the litigants in terms of locating, categorizing, viewing and tagging information. Neither of the tools include the **latest concept-based ESI search technologies or graphical analytic features**, but I expect either offering could be adapted (at substantial additional cost) to add such features, if required.

Both vendors impressed me in terms of their appreciation of the importance of project

management in a successful electronic discovery effort. This is another area where Daegis may have a slight edge over File Control in terms of the number of experienced project managers it employs. Both vendors demonstrate a solid grasp of the steps to process, track and assure quality control in a large-scale e-discovery project.

Both vendors have good track records and share two qualities praised time-and-again by their customers I spoke with: *accessibility* and *responsiveness*. Though their small size poses some risk in terms of longevity, continuity and recourse, neither vendor is plagued by bureaucracy or high turnover. The distance between the lowest tiers and C-level management is so thin that customers routinely recount issues being quickly elevated to the company leadership when problems arose. Both Daegis and File Control enjoy reputations among their customers for promptly addressing concerns and implementing features or workarounds to meet customer requests. In the areas of accessibility and responsiveness, though both were praised mightily, File Control prevails. File Control's CEO, Ahmad Mian, received such glowing praise from so many quarters that it resonated with me when one observer confided, "They better hope Ahmad doesn't get hit by a bus." The loss of key people is a valid concern affecting both vendors. Each is ably led by a compact team of talented people. Thus, each is more vulnerable to disruption in the event key people depart. Their small size makes them nimble and responsive, but it makes them more vulnerable, too. Since they are similarly situated in this respect, I treated this important concern as not auguring in favor of one candidate over another.

## Training and Support
Both candidates articulated reasonable plans for user training and, again, both get points from their references for the high quality of their support. These are areas where File Control also appeared to have some slight advantage, but as the training programs are inchoate as I write this, I can only judge File Control's more favorably based on the level of detail in which their plans were described rather than on having seen any training materials. Neither vendor demonstrated existing training offerings, but I'm satisfied that both are capable of getting users of the repository up to speed very quickly. Ease of use and a gentle learning curve are features of both Daegis' and File Control's tools, so neither vendor enjoys a major leg up.

## Scalability
Of project cost and scalability--the two differentiators with the greatest impact on my recommendation--it's unfortunate that the assessment of scalability is necessarily somewhat speculative. Neither vendor has hosted a collection sized at the upper reaches of the volume projected in the Katrina repository, so their ability to scale their systems above 50 million pages without materially degraded performance is uncertain, and my judgment in that regard is based on an assessment of their technologies and extrapolation from their experience. File Control recounts more experience than Daegis with significantly larger collections and more simultaneous users. File Control's customers praised File Control's ability to grow to large collections without degraded performance. In contrast, one of Daegis' customers recounted performance issues as their collection grew. I attach the greatest weight to the uncertainty, voiced to me by Daegis' technical leadership, as to what the impact might be of the collection growing to its projected upper echelons. They hoped and expected to be able to meet the demands but conceded that diminished performance was likely and the extent to which it might affect the user experience couldn't be predicted with confidence.

By conceding the performance hit and uncertainty, Daegis gained in credibility more than it lost in

my perception of its technical prowess. But the fact remained that, in seeking to scale to meet unprecedented demands on their systems, Daegis would be required to break some new ground, and some of the methods they employ, *e.g.*, DTSearch, don't always scale up well.

File Control has handled collections closer in size and utilization to the projected extent of the Katrina collection. Where Daegis focuses on a variety of litigation support functions, File Control's focal business is online hosting of large data volumes to many users. I'm impressed with the work they are doing in conjunction with Microsoft to wring new performance levels from the SQL Server environment and the resources they can draw on to rapidly deliver new features. On mundane-but-essential tasks ranging from embossing documents with customized stamps to local printing of selected documents, my sense is that File Control is further along in the implementation of its online features and able to move more quickly to implement client requests by adding features rather than finding workarounds.

Pricing

I find the cost projections for this project to be obscene. I cannot fathom how the cost to host 20 million documents and 10 terabytes of data can mount to more than 25 million dollars over a seven year period. However, I'm only permitted to assess the vendors against one another, no matter how inflated I feel their cost projections might be.

It is seductive--but misleading--to simply compare the component pricing of each vendor's proposal or arrive at an end-of-project price and flatly contend that one vendor is less expensive than another. When one vendor charges less for imaged data and the other less for native data, the actual cost of the project is closely tied to the composition of the collection. Moreover, assessing the "best price" for the project requires consideration of the *distribution* of cost. Front loading much of the expense may achieve the lowest dollar cost, but it may also operate inequitably.

In calculating cost, I used the spreadsheet reflecting Daegis' pricing furnished to by plaintiffs' counsel, Frank Dudenhefer, Jr. and Philip Gregory, on June 10, 2007. This pricing was the same as that which Mr. Dudenhefer sent to me in an Excel spreadsheet entitled, **"Daegis_-_Vendor_Price_Grid_-_REVISED"** on June 14, 2007. For File Control's pricing, I used the spreadsheet detailing File Control's May 29, 2007 revisions furnished to me by defense counsel, Debra Clayman, on June 12, 2007.

As discussed above, I consider it probable that the repository will be principally populated by imaged formats rather than native data. Accordingly, I recast the proposals to assess the cost to load and host a TIFF repository rather than a mixed repository of TIFF and more than a terabyte of native data. Costs shift markedly in File Control's favor when the data in the repository is imaged documents. For example, assuming 100 users, the projected first year cost to load and host a million document TIFF collection is $170,000 for Daegis but less than $53,000 for File Control. As the collection increases to five, ten and twenty million documents, File Control costs less than Daegis in the first year by approximately $262,000, $408,000 and $848,000, respectively. As the number of users increases, the first year cost differential narrows, but File Control's pricing remains at least $57,000 more favorable than Daegis' pricing. In fact, if one assumes a "pure" TIFF collection rather than a mixed or native collection, File Control's pricing is less than Daegis' pricing for the seven-year life of the project by anywhere from $595,000 to more than $4.6 million. For a TIFF collection, File Control's pricing always significantly undercuts Daegis' for every variation of collection size and user population.

Even incorporating native data, as long as the TIFF component of the collection exceeds 5 million documents, File Control's first year loading and hosting price always beats Daegis' price. Additionally, File Control's three-, five- and seven-year cost projections always beat Daegis' *as the collection grows larger* (i.e., >20 million TIFFs), notwithstanding the complement of native files. For a detailed analysis of the pricing disparities, please see attached Exhibit A. Sums in red indicate the more costly candidate.

I'm reluctant to rely too heavily on the cost projections because they are, in some respects, fanciful and don't permit reliable assessment of the impact of expensive ancillary services. If, for example, a user should seek to move a sizable chunk of the collection to another system (such as might occur if a user wanted to employ tools like Concordance or Summation in-house), the cost of that withdrawal is substantial and, absent other provision, borne as a shared cost by all. Similarly, it's foreseeable that some users may elect to "blow back" (i.e., print to paper from electronic formats) selected portions of the collection. This, too, can generate costs capable of inflating the overall project cost.

The outsize cost projections likely reflect an "uncertainty premium" occasioned by how little hard data was shared concerning the true nature and volume of the ESI. Moreover, the vendors were instructed to accept assumptions concerning the page length of a document and the page equivalency of a gigabyte that have a shaky correspondence to real world values. Not all documents are three pages in length, and the assumption that a gigabyte of data equals 22,500 pages is tantamount to assuming all the native data is already in the TIFF image format. Assumptions must be made to predict cost, but those assumptions should closely mirror real world circumstances. I question whether the assumptions visited upon the vendors are based on any analysis of the actual data expected to be contributed to the collection. As the assumptions further diverge from reality, the cost has nowhere to go but up, since the use of monthly hosting charges build a floor preventing costs from dropping, and unfortunately, the selection process dispels much of the incentive that might otherwise force the vendors to sharpen their pencils and offer less stratospheric pricing.

Bleary as I am of the pricing and projections, they are all I have to assess project cost, and I'm compelled to rely upon them.

Conclusion

The selection process that reduced the choices to Daegis and File Control was an odd one. It appears many of the largest and most experience companies in the field were excluded from consideration notwithstanding that this is a project on a scale that would have mitigated in their favor. But however we arrived, both Daegis and File Control--two companies virtually unknown to me heretofore--impressed me with their energy and insight. The challenge in this task is that *both* companies offer talented teams and suitable software. I'm persuaded that each would strive to deliver what's asked of them, and the greatest likelihood is that neither would prove a poor choice. In an ideal world, we could capitalize on the strengths of each (e.g., Daegis would provide project management and File Control would host the data), but I fear doing so would only serve to ratchet up costs without a commensurate bump in performance.

Having to choose, I recommend File Control because I believe their systems are more likely to be able to support the largest volume of data and population of simultaneous users. Ultimately, this is a hosting engagement, and File Control's preeminent strength is hosting. Certainly, File Control

has the capability to serve the parties should conversion of data from one form to another be required, but I'd caution the parties against same. The proposition that a native production is less expensive than an imaged production doesn't wash when the cost of data conversion is excluded. In the main, the government and the defendants have committed to bear the cost of data conversion before production and to insure that most or all of the data they contribute to the repository is accompanied by discrete searchable text and relevant metadata. To shift this responsibility to the repository vendor only serves to visit upon the plaintiffs a sizable expense they would not otherwise sustain.

I also recommend File Control as the repository vendor because my assessment of their pricing leads me to conclude that they will be the most cost-effective of the contenders if the composition of the collection tilts overwhelmingly toward imaged production. By all appearances, that's the direction it's going. I favor File Control's lower up-front costs because I think deferred cost will create the most equitable situation for both sides. The defendants benefit to the extent that any party might be entitled to exit the case on summary judgment, and the plaintiffs benefit in that it allows them to defer the full brunt of the hosting cost until such costs might be defrayed, e.g, by early resolution with some defendants. Finally, in a technology environment where costs continue to drop steeply, deferring up front costs benefits the consumer. Electronic data is the most portable asset imaginable. If high up front costs mean that much of the vendor's profit has been realized, where is the incentive to share lower technology costs as they emerge? When up front investment is minimized, the parties keep their options open to securing more favorable pricing and improved features without additional cost or, if concessions are not forthcoming, to shift the data elsewhere.

Respectfully Submitted,

Craig Ball
Texas Bar No. 01632200
Craig D. Ball, P.C.
1101 Ridgecrest Drive
Austin, Texas 78746
Tel. (512) 514-0182
Fax: 512-532-6511
E-MAIL: craig@ball.net
WEB: www.craigball.com

10

# EXHIBIT A

| 100 users | Daegis Total Initial Loading and Set Up Costs: | File Control | Daegis Total Costs per month: 100 users | File Control Total Costs per month: 100 users | Daegis First Year Costs 100 users | File Control First Year Costs 100 users | Daegis Subsequent Year Costs 100 users | File Control Subsequent Year Costs 100 users | Daegis 2 Year Cost | File Control 2 Year Cost | Daegis 3 Year Cost | File Control 3 Year Cost | Daegis 5 Year Cost | File Control 5 Year Cost | Daegis 7 Year Cost | File Control 7 Year Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000,000 docs and 1 TB Native | [illegible] | $49,250.00 | [illegible] | [illegible] | [illegible] | [illegible] | $426,000.00 | [illegible] | $997,000.00 | $1,058,690.00 | $1,423,000.00 | $1,557,410.00 | $2,275,000.00 | $2,572,850.00 | $3,127,000.00 | $3,562,290.00 |
| 1,000,000 docs and 3 TB Native | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $5,105,000.00 | [illegible] | $6,989,000.00 | [illegible] |
| 1,000,000 docs and 5 TB Native | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,410,000.00 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $10,515,000.00 | [illegible] |
| 1,000,000 docs and 10 TB Native | [illegible] | $304,250.00 | $212,500.00 | [illegible] | [illegible] | $3,472,970.00 | $2,550,000.00 | [illegible] | $6,370,000.00 | [illegible] | $8,920,000.00 | [illegible] | $14,020,000.00 | [illegible] | $19,120,000.00 | [illegible] |
| 5,000,000 docs and 1 TB Native | [illegible] | [illegible] | [illegible] | $52,000.00 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $1,326,525.00 | [illegible] | $1,967,725.00 | [illegible] | $3,220,125.00 | [illegible] | $4,482,525.00 |
| 5,000,000 docs and 3 TB Native | [illegible] | $139,125.00 | [illegible] | [illegible] | [illegible] | [illegible] | $1,188,000.00 | [illegible] | $2,811,000.00 | [illegible] | $3,999,000.00 | [illegible] | $6,375,000.00 | $7,135,125.00 | $8,751,000.00 | [illegible] |
| 5,000,000 docs and 5 TB Native | [illegible] | $194,125.00 | $138,000.00 | [illegible] | [illegible] | [illegible] | $1,656,000.00 | [illegible] | $3,997,000.00 | [illegible] | $5,653,000.00 | [illegible] | $8,965,000.00 | [illegible] | $12,277,000.00 | [illegible] |
| 5,000,000 docs and 10 TB Native | $1,310,000.00 | $319,125.00 | $233,000.00 | [illegible] | $4,106,000.00 | $3,614,325.00 | $2,796,000.00 | [illegible] | $6,902,000.00 | [illegible] | $9,698,000.00 | $10,204,725.00 | $15,290,000.00 | $16,795,125.00 | $20,882,000.00 | $23,385,525.00 |
| 10,000,000 docs and 1 TB Native | $235,000.00 | $79,000.00 | $75,700.00 | $62,800.00 | $1,143,400.00 | $832,600.00 | $908,400.00 | $753,600.00 | $2,051,800.00 | $1,586,200.00 | $2,960,200.00 | $2,339,800.00 | $4,777,000.00 | $3,847,000.00 | $6,593,800.00 | $5,354,200.00 |
| 10,000,000 docs and 3 TB Native | $485,000.00 | $154,000.00 | $118,500.00 | $126,800.00 | $1,907,000.00 | $1,675,600.00 | $1,422,000.00 | $1,521,600.00 | $3,329,000.00 | $3,197,200.00 | $4,751,000.00 | $4,718,800.00 | $7,595,000.00 | $7,762,000.00 | $10,439,000.00 | $10,806,200.00 |
| 10,000,000 docs and 5 TB Native | $735,000.00 | $209,000.00 | $157,500.00 | $174,800.00 | $2,625,000.00 | $2,306,600.00 | $1,890,000.00 | $2,097,600.00 | $4,515,000.00 | $4,404,200.00 | $6,405,000.00 | $6,501,800.00 | $10,185,000.00 | $10,697,000.00 | $13,965,000.00 | $14,892,200.00 |
| 10,000,000 docs and 10 TB Native | $1,360,000.00 | $334,000.00 | $252,500.00 | $284,600.00 | $4,390,000.00 | $3,751,600.00 | $3,030,000.00 | $3,417,600.00 | $7,420,000.00 | $7,169,200.00 | $10,450,000.00 | $10,586,800.00 | $16,510,000.00 | $17,422,000.00 | $22,570,000.00 | $24,257,200.00 |
| 20,000,000 docs and 1 TB Native | $335,000.00 | $104,500.00 | $123,000.00 | $78,800.00 | $1,811,000.00 | $1,062,100.00 | $1,476,000.00 | $957,600.00 | $3,287,000.00 | $2,019,700.00 | $4,763,000.00 | $2,977,300.00 | $7,715,000.00 | $4,892,500.00 | $10,667,000.00 | $6,807,700.00 |
| 20,000,000 docs and 3 TB Native | $585,000.00 | $179,500.00 | $166,000.00 | $143,800.00 | $2,577,000.00 | $1,905,100.00 | $1,992,000.00 | $1,725,600.00 | $4,569,000.00 | $3,630,700.00 | $6,561,000.00 | $5,356,300.00 | $10,545,000.00 | $8,807,500.00 | $14,529,000.00 | $12,258,700.00 |
| 20,000,000 docs and 5 TB Native | $835,000.00 | $234,500.00 | $205,000.00 | $191,800.00 | $3,295,000.00 | $2,536,100.00 | $2,460,000.00 | $2,301,600.00 | $5,755,000.00 | $4,837,700.00 | $8,215,000.00 | $7,139,300.00 | $13,135,000.00 | $11,742,500.00 | $18,055,000.00 | $16,345,700.00 |
| 20,000,000 docs and 10 TB Native | $1,460,000.00 | $359,500.00 | $300,000.00 | $301,800.00 | $5,060,000.00 | $3,981,100.00 | $3,600,000.00 | $3,621,600.00 | $8,660,000.00 | $7,602,700.00 | $12,260,000.00 | $11,224,300.00 | $19,460,000.00 | $18,467,500.00 | $26,560,000.00 | $25,710,700.00 |

| 500 users | Daegis Total Initial Loading and Set Up Costs: | File Control | Daegis Total Costs per month: 500 users | File Control Total Costs per month: 500 users | Daegis First Year Costs 500 users | File Control First Year Costs 500 users | Daegis Subsequent Year Costs 500 users | File Control Subsequent Year Costs 500 users | Daegis 2 Year Cost 500 users | File Control 2 Year Cost 500 users | Daegis 3 Year Cost 500 users | File Control 3 Year Cost 500 users | Daegis 5 Year Cost 500 users | File Control 5 Year Cost 500 users | Daegis 7 Year Cost 500 users | File Control 7 Year Cost 500 users |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000,000 docs and 1 TB Native | [illegible] | $49,250.00 | $35,500.00 | [illegible] | $571,000.00 | [illegible] | $426,000.00 | $549,720.00 | $997,000.00 | [illegible] | $1,423,000.00 | [illegible] | $2,275,000.00 | $2,752,650.00 | $3,127,000.00 | [illegible] |
| 1,000,000 docs and 3 TB Native | [illegible] | [illegible] | $78,500.00 | [illegible] | $1,337,000.00 | [illegible] | $642,000.00 | [illegible] | $2,279,000.00 | [illegible] | $3,221,000.00 | [illegible] | $5,105,000.00 | $6,667,650.00 | $6,889,000.00 | $9,255,290.00 |
| 1,000,000 docs and 5 TB Native | [illegible] | [illegible] | [illegible] | [illegible] | $2,055,000.00 | [illegible] | $1,410,000.00 | [illegible] | $3,455,000.00 | [illegible] | $4,875,000.00 | [illegible] | $7,695,000.00 | [illegible] | $10,515,000.00 | [illegible] |
| 1,000,000 docs and 10 TB Native | [illegible] | $304,250.00 | [illegible] | [illegible] | [illegible] | $2,508,970.00 | $2,550,000.00 | [illegible] | $6,370,000.00 | [illegible] | $8,920,000.00 | [illegible] | $14,020,000.00 | [illegible] | $19,120,000.00 | [illegible] |
| 5,000,000 docs and 1 TB Native | [illegible] | $64,125.00 | [illegible] | $55,650.00 | [illegible] | $731,325.00 | [illegible] | $667,200.00 | [illegible] | $1,398,525.00 | [illegible] | $2,065,725.00 | [illegible] | $3,400,125.00 | [illegible] | $4,734,525.00 |
| 5,000,000 docs and 3 TB Native | [illegible] | $139,125.00 | $99,000.00 | [illegible] | [illegible] | $1,574,325.00 | $1,188,000.00 | [illegible] | $2,811,000.00 | [illegible] | $3,999,000.00 | [illegible] | $6,375,000.00 | [illegible] | $8,751,000.00 | [illegible] |
| 5,000,000 docs and 5 TB Native | [illegible] | $194,125.00 | [illegible] | [illegible] | [illegible] | [illegible] | $1,656,000.00 | [illegible] | $3,997,000.00 | [illegible] | $5,653,000.00 | [illegible] | $8,965,000.00 | [illegible] | $12,277,000.00 | [illegible] |
| 5,000,000 docs and 10 TB Native | [illegible] | $319,125.00 | $233,000.00 | [illegible] | [illegible] | $3,650,325.00 | $2,796,000.00 | [illegible] | $6,902,000.00 | [illegible] | $9,698,000.00 | [illegible] | $15,290,000.00 | [illegible] | $20,882,000.00 | [illegible] |
| 10,000,000 docs and 1 TB Native | [illegible] | $79,000.00 | [illegible] | $65,500.00 | $1,143,400.00 | $868,600.00 | [illegible] | $789,600.00 | [illegible] | $1,658,200.00 | [illegible] | $2,447,800.00 | [illegible] | $4,027,000.00 | [illegible] | $5,606,200.00 |
| 10,000,000 docs and 3 TB Native | [illegible] | $154,000.00 | $118,500.00 | [illegible] | [illegible] | $1,711,600.00 | $1,422,000.00 | [illegible] | [illegible] | $3,269,200.00 | $4,751,000.00 | [illegible] | $7,595,000.00 | [illegible] | $10,439,000.00 | [illegible] |
| 10,000,000 docs and 5 TB Native | [illegible] | $209,000.00 | $157,500.00 | [illegible] | $2,625,000.00 | $2,342,600.00 | $1,890,000.00 | [illegible] | [illegible] | $4,476,200.00 | $6,405,000.00 | [illegible] | $10,185,000.00 | [illegible] | $13,965,000.00 | [illegible] |
| 10,000,000 docs and 10 TB Native | [illegible] | $334,000.00 | [illegible] | [illegible] | [illegible] | $3,797,600.00 | $3,030,000.00 | [illegible] | [illegible] | $7,241,200.00 | $10,450,000.00 | [illegible] | $16,510,000.00 | [illegible] | $22,570,000.00 | [illegible] |
| 20,000,000 docs and 1 TB Native | [illegible] | $104,500.00 | [illegible] | $82,600.00 | [illegible] | $1,098,100.00 | [illegible] | $993,600.00 | [illegible] | $2,091,700.00 | [illegible] | $3,085,300.00 | [illegible] | $5,072,500.00 | [illegible] | $7,059,700.00 |
| 20,000,000 docs and 3 TB Native | [illegible] | $179,500.00 | [illegible] | $146,600.00 | [illegible] | $1,941,100.00 | [illegible] | $1,761,600.00 | [illegible] | $3,702,700.00 | [illegible] | $5,464,300.00 | [illegible] | $8,987,500.00 | [illegible] | $12,510,700.00 |
| 20,000,000 docs and 5 TB Native | [illegible] | $234,500.00 | [illegible] | $194,600.00 | [illegible] | $2,572,100.00 | [illegible] | $2,337,600.00 | [illegible] | $4,909,700.00 | [illegible] | $7,247,300.00 | [illegible] | $11,922,500.00 | [illegible] | $16,597,700.00 |
| 20,000,000 docs and 10 TB Native | [illegible] | $359,500.00 | $300,000.00 | [illegible] | [illegible] | $4,017,100.00 | $3,600,000.00 | [illegible] | $8,660,000.00 | $7,674,700.00 | [illegible] | $11,332,300.00 | [illegible] | $18,647,500.00 | [illegible] | $25,902,700.00 |

| 1000 users | Daegis Total Initial Loading and Set Up Costs: | File Control | Daegis Total Costs per month: 1000 users | File Control Total Costs per month: 1000 users | Daegis First Year Costs 1000 users | File Control First Year Costs 1000 users | Daegis Subsequent Year Costs 1000 users | File Control Subsequent Year Costs 1000 users | Daegis 2 Year Cost 1000 users | File Control 2 Year Cost 1000 users | Daegis 3 Year Cost 1000 users | File Control 3 Year Cost 1000 users | Daegis 5 Year Cost 1000 users | File Control 5 Year Cost 1000 users | Daegis 7 Year Cost 1000 users | File Control 7 Year Cost 1000 users |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000,000 docs and 1 TB Native | $145,000.00 | $49,250.00 | $35,500.00 | $47,060.00 | $571,000.00 | $613,970.00 | $426,000.00 | $564,720.00 | $997,000.00 | $1,178,690.00 | $1,423,000.00 | $1,743,410.00 | $2,275,000.00 | $2,872,850.00 | $3,127,000.00 | $4,002,280.00 |
| 1,000,000 docs and 3 TB Native | $395,000.00 | $124,250.00 | $78,500.00 | $111,060.00 | $1,337,000.00 | $1,456,970.00 | $942,000.00 | $1,332,720.00 | $2,279,000.00 | $2,789,690.00 | $3,221,000.00 | $4,122,410.00 | $5,105,000.00 | $6,797,850.00 | $6,989,000.00 | $9,453,290.00 |
| 1,000,000 docs and 5 TB Native | $645,000.00 | $179,250.00 | $117,500.00 | $159,060.00 | $2,065,000.00 | $2,087,970.00 | $1,410,000.00 | $1,908,720.00 | $3,465,000.00 | $3,996,690.00 | $4,875,000.00 | $5,905,410.00 | $7,695,000.00 | $9,722,850.00 | $10,515,000.00 | $13,540,290.00 |
| 1,000,000 docs and 10 TB Native | $1,270,000.00 | $304,250.00 | $212,500.00 | $269,060.00 | $3,820,000.00 | $3,532,970.00 | $2,550,000.00 | $3,228,720.00 | $6,370,000.00 | $6,761,690.00 | $8,920,000.00 | $9,990,410.00 | $14,020,000.00 | $16,447,850.00 | $19,120,000.00 | $22,905,290.00 |
| 5,000,000 docs and 1 TB Native | $185,000.00 | $64,125.00 | $56,000.00 | $57,600.00 | $857,000.00 | $755,325.00 | $672,000.00 | $691,200.00 | $1,529,000.00 | $1,446,525.00 | $2,201,000.00 | $2,137,725.00 | $3,545,000.00 | $3,520,125.00 | $4,889,000.00 | $4,902,525.00 |
| 5,000,000 docs and 3 TB Native | $435,000.00 | $138,125.00 | $99,000.00 | $121,600.00 | $1,623,000.00 | $1,598,325.00 | $1,188,000.00 | $1,459,200.00 | $2,811,000.00 | $3,057,525.00 | $3,999,000.00 | $4,516,725.00 | $6,375,000.00 | $7,435,125.00 | $8,751,000.00 | $10,353,525.00 |
| 5,000,000 docs and 5 TB Native | $685,000.00 | $194,125.00 | $138,000.00 | $169,600.00 | $2,341,000.00 | $2,229,325.00 | $1,656,000.00 | $2,035,200.00 | $3,997,000.00 | $4,264,525.00 | $5,653,000.00 | $5,299,725.00 | $8,965,000.00 | $10,370,125.00 | $12,277,000.00 | $14,440,525.00 |
| 5,000,000 docs and 10 TB Native | $1,310,000.00 | $318,125.00 | $233,000.00 | $279,600.00 | $4,106,000.00 | $3,674,325.00 | $2,796,000.00 | $3,355,200.00 | $6,902,000.00 | $7,029,525.00 | $9,698,000.00 | $10,384,725.00 | $15,290,000.00 | $17,095,125.00 | $20,882,000.00 | $23,805,525.00 |
| 10,000,000 docs and 1 TB Native | $235,000.00 | $79,000.00 | $75,700.00 | $67,800.00 | $1,143,400.00 | $892,600.00 | $908,400.00 | $813,600.00 | $2,051,800.00 | $1,706,200.00 | $2,960,200.00 | $2,519,800.00 | $4,777,000.00 | $4,147,000.00 | $6,593,800.00 | $5,774,200.00 |
| 10,000,000 docs and 3 TB Native | $485,000.00 | $154,000.00 | $118,500.00 | $131,800.00 | $1,907,000.00 | $1,735,600.00 | $1,422,000.00 | $1,581,600.00 | $3,329,000.00 | $3,317,200.00 | $4,751,000.00 | $4,898,800.00 | $7,595,000.00 | $8,062,000.00 | $10,439,000.00 | $11,225,200.00 |
| 10,000,000 docs and 5 TB Native | $735,000.00 | $209,000.00 | $157,500.00 | $179,800.00 | $2,625,000.00 | $2,398,600.00 | $1,890,000.00 | $2,157,600.00 | $4,515,000.00 | $4,524,200.00 | $6,405,000.00 | $6,681,800.00 | $10,185,000.00 | $10,997,000.00 | $13,965,000.00 | $15,312,200.00 |
| 10,000,000 docs and 10 TB Native | $1,360,000.00 | $334,000.00 | $252,500.00 | $289,800.00 | $4,390,000.00 | $3,811,600.00 | $3,030,000.00 | $3,477,600.00 | $7,420,000.00 | $7,289,200.00 | $10,450,000.00 | $10,766,800.00 | $16,510,000.00 | $17,722,000.00 | $22,570,000.00 | $24,677,200.00 |
| 20,000,000 docs and 1 TB Native | $335,000.00 | $104,500.00 | $123,000.00 | $84,800.00 | $1,811,000.00 | $1,122,100.00 | $1,476,000.00 | $1,017,600.00 | $3,287,000.00 | $2,139,700.00 | $4,763,000.00 | $3,157,300.00 | $7,715,000.00 | $5,192,500.00 | $10,667,000.00 | $7,227,700.00 |
| 20,000,000 docs and 3 TB Native | $585,000.00 | $179,500.00 | $166,000.00 | $148,800.00 | $2,577,000.00 | $1,965,100.00 | $1,992,000.00 | $1,785,600.00 | $4,569,000.00 | $3,750,700.00 | $6,561,000.00 | $5,536,300.00 | $10,545,000.00 | $9,107,500.00 | $14,529,000.00 | $12,678,700.00 |
| 20,000,000 docs and 5 TB Native | $835,000.00 | $234,500.00 | $205,000.00 | $196,800.00 | $3,295,000.00 | $2,598,100.00 | $2,460,000.00 | $2,381,600.00 | $5,755,000.00 | $4,957,700.00 | $8,215,000.00 | $7,319,300.00 | $13,135,000.00 | $12,042,500.00 | $18,055,000.00 | $16,765,700.00 |
| 20,000,000 docs and 10 TB Native | $1,460,000.00 | $359,500.00 | $300,000.00 | $306,600.00 | $5,060,000.00 | $4,041,100.00 | $3,600,000.00 | $3,661,600.00 | $8,660,000.00 | $7,722,700.00 | $12,260,000.00 | $11,404,300.00 | $18,460,000.00 | $18,767,500.00 | $26,560,000.00 | $26,130,700.00 |

**TIFF Production ONLY**

| 100 users, NO Native Component | Daegis Total Initial Loading and Set Up Costs: (includes setup fee) | File Control | Daegis Total Costs per month: 100 users | File Control Total Costs per month: 100 users (w/ user fees) | Daegis First Year Costs 100 users | File Control First Year Costs 100 users | Daegis Subsequent Year Costs 100 users | File Control Subsequent Year Costs 100 users | Daegis 2 Year Cost | File Control 2 Year Cost | Daegis 3 Year Cost | File Control 3 Year Cost | Daegis 5 Year Cost | File Control 5 Year Cost | Daegis 7 Year Cost | File Control 7 Year Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000,000 docs | $20,000.00 | $4,250.00 | $12,500.00 | $4,060.00 | $170,000.00 | $52,970.00 | $150,000.00 | $48,720.00 | $320,000.00 | $101,690.00 | $470,000.00 | $150,410.00 | $770,000.00 | $247,850.00 | $1,070,000.00 | $345,290.00 |
| 5,000,000 docs | $60,000.00 | $19,125.00 | $33,000.00 | $14,600.00 | $456,000.00 | $194,325.00 | $396,000.00 | $175,200.00 | $852,000.00 | $369,525.00 | $1,248,000.00 | $544,725.00 | $2,040,000.00 | $895,125.00 | $2,832,000.00 | $1,245,525.00 |
| 10,000,000 docs | $110,000.00 | $34,000.00 | $52,500.00 | $24,800.00 | $740,000.00 | $331,600.00 | $630,000.00 | $297,600.00 | $1,370,000.00 | $629,200.00 | $2,000,000.00 | $926,800.00 | $3,260,000.00 | $1,522,000.00 | $4,520,000.00 | $2,117,200.00 |
| 20,000,000 docs | $210,000.00 | $59,500.00 | $100,000.00 | $41,800.00 | $1,410,000.00 | $561,100.00 | $1,200,000.00 | $501,600.00 | $2,610,000.00 | $1,062,700.00 | $3,810,000.00 | $1,564,300.00 | $6,210,000.00 | $2,587,500.00 | $8,610,000.00 | $3,570,700.00 |

| 500 users, NO Native Component | Daegis Total Initial Loading and Set Up Costs: (includes setup fee) | File Control | Daegis Total Costs per month: 500 users | File Control Total Costs per month: 500 users (w/ user fees) | Daegis First Year Costs 500 users | File Control First Year Costs 500 users | Daegis Subsequent Year Costs 500 users | File Control Subsequent Year Costs 500 users | Daegis 2 Year Cost | File Control 2 Year Cost | Daegis 3 Year Cost | File Control 3 Year Cost | Daegis 5 Year Cost | File Control 5 Year Cost | Daegis 7 Year Cost | File Control 7 Year Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000,000 docs | $20,000.00 | $4,250.00 | $12,500.00 | $7,060.00 | $170,000.00 | $88,970.00 | $150,000.00 | $84,720.00 | $320,000.00 | $173,690.00 | $470,000.00 | $258,410.00 | $770,000.00 | $427,850.00 | $1,070,000.00 | $597,290.00 |
| 5,000,000 docs | $60,000.00 | $19,125.00 | $33,000.00 | $17,600.00 | $456,000.00 | $230,325.00 | $396,000.00 | $211,200.00 | $852,000.00 | $441,525.00 | $1,248,000.00 | $652,725.00 | $2,040,000.00 | $1,075,125.00 | $2,832,000.00 | $1,497,525.00 |
| 10,000,000 docs | $110,000.00 | $34,000.00 | $52,500.00 | $27,800.00 | $740,000.00 | $387,600.00 | $630,000.00 | $333,600.00 | $1,370,000.00 | $701,200.00 | $2,000,000.00 | $1,034,800.00 | $3,260,000.00 | $1,702,000.00 | $4,520,000.00 | $2,369,200.00 |
| 20,000,000 docs | $210,000.00 | $59,500.00 | $100,000.00 | $44,800.00 | $1,410,000.00 | $597,100.00 | $1,200,000.00 | $537,600.00 | $2,610,000.00 | $1,134,700.00 | $3,810,000.00 | $1,672,300.00 | $6,210,000.00 | $2,747,500.00 | $8,610,000.00 | $3,822,700.00 |

| 1000 users, NO Native Component | Daegis Total Initial Loading and Set Up Costs: (includes setup fee) | File Control | Daegis Total Costs per month: 1000 users | File Control Total Costs per month: 1000 users (w/ user fees) | Daegis First Year Costs 1000 users | File Control First Year Costs 1000 users | Daegis Subsequent Year Costs 1000 users | File Control Subsequent Year Costs 1000 users | Daegis 2 Year Cost | File Control 2 Year Cost | Daegis 3 Year Cost | File Control 3 Year Cost | Daegis 5 Year Cost | File Control 5 Year Cost | Daegis 7 Year Cost | File Control 7 Year Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,000,000 docs | $20,000.00 | $4,250.00 | $12,500.00 | $9,060.00 | $170,000.00 | $112,970.00 | $150,000.00 | $108,720.00 | $320,000.00 | $221,690.00 | $470,000.00 | $330,410.00 | $770,000.00 | $547,850.00 | $1,070,000.00 | $765,290.00 |
| 5,000,000 docs | $60,000.00 | $19,125.00 | $33,000.00 | $19,600.00 | $456,000.00 | $254,325.00 | $396,000.00 | $235,200.00 | $852,000.00 | $489,525.00 | $1,248,000.00 | $724,725.00 | $2,040,000.00 | $1,195,125.00 | $2,832,000.00 | $1,665,525.00 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10,000,000 docs | $110,000.00 | $34,000.00 | $52,500.00 | $29,800.00 | $740,000.00 | $391,600.00 | $630,000.00 | $357,600.00 | $1,070,000.00 | $749,200.00 | $2,000,000.00 | $1,106,800.00 | $3,260,000.00 | $1,822,000.00 | $4,520,000.00 | $2,537,200.00 |
| 20,000,000 docs | $210,000.00 | $59,500.00 | $100,000.00 | $46,800.00 | $1,410,000.00 | $621,100.00 | $1,200,000.00 | $561,600.00 | $2,610,000.00 | $1,182,700.00 | $3,850,000.00 | $1,744,300.00 | $5,210,000.00 | $2,867,500.00 | $8,610,000.00 | $3,990,700.00 |

**NATIVE Production Only Projection**

| [illegible] | Daegis | File Control | Daegis | File Control | Daegis | File Control | Daegis | File Control | Daegis | File Control | Daegis | File Control | Daegis | File Control | Daegis | File Control |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | Total Initial Loading and Set Up Costs: (includes setup fee) | | Total Costs per month: 100 users | Total Costs per month: 100 users (w/ user fees) | First Year Costs 100 users | First Year Costs 100 users | Subsequent Year Costs 100 users | Subsequent Year Costs 100 users | 2 Year Cost | 2 Year Cost | 3 Year Cost | 3 Year Cost | 5 Year Cost | 5 Year Cost | 7 Year Cost | 7 Year Cost |
| [illegible] | $13[illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $963,000.00 | [illegible] | $1,515,000.00 | [illegible] | $2,067,000.00 | [illegible] |
| [illegible] | $385[illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $792,000.00 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $4,345,000.00 | [illegible] | [illegible] | [illegible] |
| 5 Terabytes | $635,000.00 | $175,000.00 | [illegible] | $151,000.00 | $1,895,000.00 | [illegible] | $1,260,000.00 | [illegible] | [illegible] | [illegible] | $4,415,000.00 | [illegible] | $6,935,000.00 | [illegible] | $9,455,000.00 | [illegible] |
| 10 Terabytes | $1,350,000.00 | $300,000.00 | $200,000.00 | $261,000.00 | [illegible] | $3,432,000.00 | $2,400,000.00 | $3,132,000.00 | $6,150,000.00 | $5,564,000.00 | $8,550,000.00 | $9,096,000.00 | $13,350,000.00 | $15,960,000.00 | $18,150,000.00 | $22,224,000.00 |

| 500 users, NO TIFF Component | Total Initial Loading and Set Up Costs: (includes setup fee) | | Total Costs per month: 500 users | Total Costs per month: 500 users (w/ user fees) | First Year Costs 500 users | First Year Costs 500 users | Subsequent Year Costs 500 users | Subsequent Year Costs 500 users | 2 Year Cost | 2 Year Cost | 3 Year Cost | 3 Year Cost | 5 Year Cost | 5 Year Cost | 7 Year Cost | 7 Year Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Terabyte | $135,000.00 | $45,000.00 | $23,000.00 | $42,000.00 | $411,000.00 | $549,000.00 | $276,000.00 | $504,000.00 | $687,000.00 | $1,053,000.00 | $963,000.00 | $1,557,000.00 | $1,515,000.00 | $2,565,000.00 | $2,067,000.00 | $3,573,000.00 |
| 3 Terabytes | $385,000.00 | $120,000.00 | $66,000.00 | $106,000.00 | $1,177,000.00 | $1,392,000.00 | $792,000.00 | $1,272,000.00 | $1,969,000.00 | $2,664,000.00 | $2,761,000.00 | $3,936,000.00 | $4,345,000.00 | $6,480,000.00 | $5,929,000.00 | $9,024,000.00 |
| 5 Terabytes | $635,000.00 | $175,000.00 | $105,000.00 | $154,000.00 | $1,895,000.00 | $2,023,000.00 | $1,260,000.00 | $1,848,000.00 | $3,155,000.00 | $3,871,000.00 | $4,415,000.00 | $5,719,000.00 | $6,935,000.00 | $9,415,000.00 | $9,455,000.00 | $13,111,000.00 |
| 10 Terabytes | $1,350,000.00 | $300,000.00 | $200,000.00 | $204,000.00 | $3,750,000.00 | $3,468,000.00 | $2,400,000.00 | $3,168,000.00 | $6,150,000.00 | $6,636,000.00 | $8,550,000.00 | $9,804,000.00 | $13,350,000.00 | $16,140,000.00 | $18,150,000.00 | $22,476,000.00 |

| 1000 users, NO TIFF Component | Total Initial Loading and Set Up Costs: (includes setup fee) | | Total Costs per month: 1000 users | Total Costs per month: 1000 users (w/ user fees) | First Year Costs 1000 users | First Year Costs 1000 users | Subsequent Year Costs 1000 users | Subsequent Year Costs 1000 users | 2 Year Cost | 2 Year Cost | 3 Year Cost | 3 Year Cost | 5 Year Cost | 5 Year Cost | 7 Year Cost | 7 Year Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Terabyte | $135,000.00 | $45,000.00 | $23,000.00 | $44,000.00 | $411,000.00 | [illegible] | $275,000.00 | $528,000.00 | $687,000.00 | [illegible] | $963,000.00 | [illegible] | $1,515,000.00 | [illegible] | $2,067,000.00 | $3,741,000.00 |
| 3 Terabytes | $385,000.00 | $120,000.00 | $66,000.00 | $106,000.00 | $1,177,000.00 | [illegible] | $792,000.00 | [illegible] | $1,969,000.00 | [illegible] | $2,761,000.00 | [illegible] | $4,345,000.00 | [illegible] | $5,929,000.00 | [illegible] |
| 5 Terabytes | [illegible] | [illegible] | [illegible] | [illegible] | $1,895,000.00 | [illegible] | $1,260,000.00 | [illegible] | [illegible] | [illegible] | $4,415,000.00 | [illegible] | $6,935,000.00 | [illegible] | $9,455,000.00 | [illegible] |
| 10 Terabytes | $1,350,000.00 | $300,000.00 | $200,000.00 | [illegible] | [illegible] | [illegible] | $2,400,000.00 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $13,350,000.00 | [illegible] | $18,150,000.00 | [illegible] |