UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:
KATRINA CANAL BREACHES       \*CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION      \*
     \*
PERTAINS TO:    INSURANCE      \*
     \*
GREG BASS    NO. 07-3418      \*
     \* SECT.: (K)
VERSUS      \*JUDGE DUVAL
            \*
ALLSTATE INSURANCE COMPANY      \*MAG.: (2)
     \* MAGISTRATE WILKINSON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO WITHDRAW
RULE 56 (C) MOTION FOR SUMMARY JUDGMENT OF BEHALF OF
ALLSTATE INSURANCE COMPANY**

**NOW COMES,** Defendant, Allstate Insurance Company, who moves this Honorable Court to enter an order allowing it to withdraw its Rule 56 (c) Motion for Summary Judgment on the grounds it was filed at a time when Allstate Insurance Company was not in compliance with Case` Management Order #4. Undersigned counsel's failure to comply with the provisions of the case management order was, it is submitted, a result of the press of business and the multiple demands of this litigation and its various complexities and controlling orders. The failure, it is submitted was not intentional and not a result of any disrespect for this Honorable Court. Allstate desires to have the pending Rule 56 (c) Motion for Summary Judgment withdrawn subject to being able to re-file the motion upon compliance with Case Management Order No. 4.

Respectfully submitted,

**THE SCHWAB LAW FIRM**

*/s/    Danna E. Schwab*
**DANNA E. SCHWAB, (#20367)**
**ESTELLE MAHONEY (#08879)**
7847 MAIN STREET
P. O. BOX 7095
HOUMA, LA  70361
TELEPHONE: (985) 868-1342
FAX:  985-868-1345
E-mail: dschwab@theschwablawfirm.com
**Counsel for Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail postage prepaid and properly addressed to all non-CM/ECF participants.

*/s/ Danna E. Schwab*