UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:

| | |
|---|---|
| **KATRINA CANAL BREACHES** | **\*CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | \* |
| **PERTAINS TO:     INSURANCE** | \* |
| **GREG BASS NO. 07-3418** | \* |
| | \* **SECT.: (K) JUDGE DUVAL** |
| **VERSUS** | |
| **ALLSTATE INSURANCE COMPANY** | **\*MAG.: (2) MAG. WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CERTIFICATE OF NO OBJECTIONB FILED IN COMPLIANCE WITH LOCAL RULE REGARDING ALLSTATE'S MOTION TO WITHDRAW` RULE 56 (C) MOTION FOR SUMMARY JUDGMENT
OF BEHALF OF ALLSTATE INSURANCE COMPANY**

**UNDERSIGNED COUNSEL** certifies that she has consulted with counsel of record for Plaintiff, Gregory Bass, and that there is no objection to the granting of the requested relief. In fact, the Motion to Withdraw Allstate Insurance Company's Rule 56 (c) Motion for Summary Judgment is being filed at the request and insistence of Plaintiff's counsel.

        Respectfully submitted,

        **THE SCHWAB LAW FIRM**

        */s/     Danna E. Schwab*
        **DANNA E. SCHWAB, (#20367)**
        **ESTELLE E. MAHONEY (#08879**)
        7847 MAIN STREET
        P. O. BOX 7095
        HOUMA, LA  70361
        TELEPHONE: (985) 868-1342
        FAX:  985-868-1345
        E-mail: dschwab@theschwablawfirm.com
        **Counsel for Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail postage prepaid and properly addressed to all non-CM/ECF participants.

                                                                                            */s/ Danna E. Schwab*