UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:

| | |
|---|---|
| **KATRINA CANAL BREACHES** | *****CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | ***** |
| **PERTAINS TO:     INSURANCE** | ***** |
| **GREG BASS NO. 07-3418** | ***** |
| | ***** **SECT.: (K) JUDGE DUVAL** |
| **VERSUS** | |
| **ALLSTATE INSURANCE COMPANY** | *****MAG.: (2) MAG. WILKINSON** |

******************************************

### ORDER ON UNOPPOSED MOTION TO WITHDRAW
### RULE 56 (C) MOTION FOR SUMMARY JUDGMENT
### OF BEHALF OF ALLSTATE INSURANCE COMPANY

**CONSIDERING THE ABOVE AND FOREGOING MOTION,** the facts and law being in favor of the granting thereof,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Allstate Insurance Company be and is hereby withdrawn  subject to it  being refiled at a time when Allstate is in compliance with Case  Management Order No. 4.

**THUS DONE AND SIGNED** in Chambers on this, the ___ day of _____ 2007 at New Orleans, Louisiana.

_____
Honorable Stanwood Duvall, Judge