UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION: NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: DUVAL |
| PERTAINS TO: | * | |
| | * | MAGISTRATE: WILKINSON |
| INSURANCE:  *AARON* 06-4746 | * | |
| | * | STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR LIMITED REOPENING OF CASE FOR THE PURPOSE OF DISMISSING ALL FARMERS INSURANCE EXCHANGE HOMEOWNERS INSURANCE POLICY HOLDERS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes FARMERS INSURANCE EXCHANGE, in its capacity as the homeowners insurance carrier, only, and the following plaintiffs: JOANN DUNCAN; DON AND THOMIKA CUNNINGHAM; MARLENE Z. PETE; LAWRENCE AND SHELIA PINKEY [Sic] (PINKNEY); PATRICIA JOHNSON; and ANGELA MCKNIGHT, collectively referred to as "Settled Farmers Plaintiffs" who aver that they have amicably resolved their disputes and that these Settled Farmers Plaintiffs acknowledge receipt of adequate settlement funds from Farmers Insurance Exchange.  Accordingly, the Settled Farmers Plaintiffs and Farmers Insurance Exchange jointly move this Court for entry of an Order to 1) reopen Aaron, et al vs. AIG Centennial Insurance Company, et al, number 06-4746 with respect to Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier, only, solely for the limited purpose of addressing this motion and 2) to dismiss with prejudice and at each parties costs all of the claims asserted by each of the respective Settled Farmers Plaintiffs against Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier, only, including without limitation their claims arising under their respective policies of insurance for any and all damages sustained either in Hurricane Katrina, Hurricane Rita and/or claims based on subsequent claim handling.

FURTHER, undersigned counsel aver that in the event the foregoing motion is granted, that Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier, only, should be terminated as a defendant in the captioned litigation because none of the remaining plaintiffs assert claims against Farmers Insurance Exchange.

WHEREFORE, Settled Farmers Plaintiffs and Farmers Insurance Exchange pray that this Court enter an Order which: 1) reopens Aaron, et al vs. AIG Centennial Insurance Company, et al, number 06-4746 with respect to Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier, only, solely for the limited purpose of addressing this motion; and 2) dismisses with prejudice and at each party's cost all of the settled Farmers plaintiffs claims asserted in the captioned matter, including without limitation their claims arising under their respected policies of insurance for damages sustained either in Hurricane Katrina, Hurricane Rita and/or claims based on subsequent claim handling, including any and all claims with prejudice.

Respectfully Submitted:

BY:   *S/JOSEPH W. RAUSCH*
**JOSEPH W. RAUSCH** Bar Roll#11394
**JIM HALL & ASSOCIATES, LLC**
*800 N. Causeway Blvd., Suite 100*
*Metairie, Louisiana 70001*
*Telephone: (504)832-3000*
*Facsimile: (504) 832-1799*
*Attorneys for Plaintiffs* JOANN DUNCAN; DON AND THOMIKA CUNNINGHAM; MARLENE Z. PETE; LAWRENCE AND SHELIA PINKEY [Sic] (PINKNEY); PATRICIA JOHNSON; and ANGELA MCKNIGHT

BY:   *S/VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**, Bar Roll#27392
**SEALE, SMITH, ZUBER & BARNETTE**
Two United Plaza, Suite 200
*8550 United Plaza Boulevard*
*Baton Rouge, Louisiana 70809*
*Telephone: (225) 924-1600*
Facsimile: (225) 924-6100
*Attorney for Farmers Insurance Exchange*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing Joint Motion For Limited Reopening Of Case For The Purpose Of Dismissing All Farmers Insurance Exchange Policy Holders With Prejudice has been electronically filed with the Clerk of court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney:

Mr. Jim Hall
Mr. Joseph W. Rausch
JIM HALL AND ASSOCIATES
800 N. Causeway Boulevard, Ste. 100
Metairie, Louisiana  70001
*Counsel for Plaintiff*

Baton Rouge, Louisiana, this   23    day of October, 2007.

S/*VALERIE BRIGGS BARGAS*
VALERIE BRIGGS BARGAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES    * | CIVIL ACTION: NO. 05-4182 |
| CONSOLIDATED LITIGATION    * | |
|     * | JUDGE: DUVAL |
| PERTAINS TO:    * | |
|     * | MAGISTRATE: WILKINSON |
| INSURANCE:  *AARON* 06-4746    * | |
|     * | STATE OF LOUISIANA |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Joint Motion for Limited Reopening of the case for the purposes of dismissing certain Farmers Insurance Exchange homeowners policy holders with prejudice and to dismiss all other plaintiffs' claims against Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier, only, without prejudice;

IT ORDERED ADJUDGED AND DECREED that all of the claims of Joann Duncan, Patricia Johnson, Angela McKnight, Marlene Z. Pete, Lawrence and Shelia Pinkey[sic] (Pinkney) and Thomika and Don Cunningham**,** including without limitation their claims arising out of their respective policies of insurance for all damages sustained either in Hurricane Katrina and/or Hurricane Rita and/or claims based on subsequent claim handling against Farmers Insurance Exchange are hereby dismissed with prejudice at each party's cost.

As a result of the foregoing, no remaining plaintiffs in this matter have claims against Farmers Insurance Exchange, in its capacity as the homeowners insurance carrier.  Therefore, it is hereby ordered that Farmers Insurance Exchange, in its capacity as a homeowners insurance carrier, only, be terminated as a defendant from the instant case, reference number 06-4746.

SIGNED   IN   CHAMBERS,   New   Orleans,   Louisiana,   this   _____   day   of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA