## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br>XAVIER UNIVERSITY OF LA., NO. 06-0516 | *<br>*<br>*<br>* | |

### DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE ITS SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING RETROACTIVITY OF ACT 813

**NOW COMES** defendant, Travelers Property Casualty Company of America ("Travelers"), who requests leave to file the attached Supplemental Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Retroactivity of Act 813. This supplemental memorandum is necessary to bring to the Court's attention a recent decision by the Louisiana Fourth Circuit Court of Appeal. This motion is in the interest of justice and judicial economy.

**WHEREFORE**, Travelers Property Casualty Company of America prays that this Court grant leave to allow the filing of its attached Supplemental Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Retroactivity of Act 813.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
RALPH S. HUBBARD III, La. Bar. #7040
SIMEON B. REIMONENQ, JR., La. Bar #19755
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

Stephen E. Goldman (pro hac vice)
Christopher J. Hug (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:    (860) 275-8255
Facsimile:    (860) 275-8299

Attorneys for Travelers Property
Casualty Company of America

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, a copy of Travelers' Motion for Leave to File Its Supplemental Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Retroactivity of Act 813 was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system.

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.