UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br>XAVIER UNIVERSITY OF LA., NO. 06-0516 | *<br>*<br>*<br>* | |

## ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Travelers Property Casualty Company of America is hereby granted leave to file its Supplemental Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Retroactivity of Act 813.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE