**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**ONE CANAL PLACE**
**365 CANAL STREET**
**SUITE 2670**
**NEW ORLEANS, LA 70130**
**TELEPHONE: (504) 561-6561**
**FACSIMILE: (504) 561-6560**

February 17, 2006

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The United States Army Corps of Engineers
c/o Its Assistant District Counsel
Randall C, Merchant, Esq.
Foot of Prytania Street at the
 Mississippi River
New Orleans, LA 70118

Federal Emergency Management Agency
c/o Edward A. Broyles, Esq.
Acting Associate General Counsel for General Law
Office of General Counsel
Federal Center Plaza
500 C Southwest
Washington, D.C. 20472

    Re: Maureen O'Dwyer, et al.
       vs. The United States of America, et al.
       No. 05-4181 "K"(5)

Dear Randy and Mr. Broyles::

  This will constitute formal written submission of the following individual claims, made both individually and in representative capacities, which are made against your agencies on behalf of the following clients, who I represent in the capacity of agent, attorney-in-fact and legal representative:

    **Shirley D. O'Dwyer**
    **Lisa Marie O'Dwyer**
    **Maureen O'Dwyer**
    **Harold Joseph Gagnet**

February 17, 2006
Page 16

      Paul Mosley, Sr.
      Paul Mosley, Jr.
      Brandon Mosley
      Hope Mosely
      Shaqual Mosley
      Shannel Mosely
      Ivan Mosley
      Betty Mosley
      Margarite Rochon
      Raymond Hunter
      Naomi Hunter
      Wilson M. Simmons
      Procula D. Simmons
      Tammy Amos
      Michael Green

The statutory bases for each individual claim against your agencies may include the following, *inter alia*:

Malfeasance, misfeasance and nonfeasance

Violation of LSA-R.S. 14:134

Unconstitutional taking of property without just compensation in violation of the Fifth Amendment to the Constitution of the United States

Articles 667, 2315, 2315.1, 2315.2, 2315.6, 2316, 2317, 2317.1 and 2322 of the Louisiana Civil Code

The Oil Pollution Act of 1990 and precursor legislation

The Comprehensive Environmental Response Compensation and Liability Act and precursor legislation

The Federal Water Pollution Control Act

The Clean Water Act

The Clean Air Act

The National Environmental Policy Act

The Toxic Substances Control Act

The Resource Conservation and Recovery Act

The Louisiana Environmental Quality Act

The Louisiana Air Control Law

The Louisiana Water Control Law

The Louisiana Oil Spill Prevention and Response Act

The above-identified individual claims against your agencies include claims arising out of the deficient preparations for and deficient response to Hurricane KATRINA and its aftermath by your agencies, which caused damages to my clients.

Each individual claim is in the certain sum of $2.5 million, plus attorney's fees to be fixed at the maximum percentage of the total award allowed by law, and may include wrongful death and survival actions, claims for bodily injury, loss of and damage to real and/or personal property, damages for fear, fright, hopelessness, emotional distress and mental anguish, and damage caused by pollution, including damage to natural resources, as well as any other damages recoverable under the above-identified statutes.

Yours very truly,

Ashton R. O'Dwyer, Jr.
As Agent for, Attorney-in-Fact and Legal
Representative of the Individual Claimants
identified herein

AROD/vtb
cc:   Ms. Tess Finnegan (via facsimile)