UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   06-6099 * | | |
| * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |

* * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs in Civil Action No. 06-6099 and request oral argument on the Government's Motion to Dismiss.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:   S/Ashton R. O'Dwyer, Jr.
        Ashton R. O'Dwyer, Jr.
        Bar No. 10166
        821 Baronne Street
        New Orleans, LA 70113
        Tel. 504-679-6166
        Fax. 504-581-4336

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 23rd day of October 2007.

S/Ashton R. O'Dwyer, Jr.