UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" MAG "2" |
| PERTAINS TO: ROAD HOME *State of Louisiana, C.A. No. 07-5528* | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

*************************************************************************

## MOTION TO REMAND REGARDING MMTJA

The State of Louisiana, individually and on behalf of the State of Louisiana, Division of Administration, Office of Community Development (the "State"), through the Honorable Charles C. Foti, Jr., the Attorney General for the State of Louisiana, and through the undersigned private counsel duly authorized to act for and on behalf of the State, respectfully request that this Honorable Court remand its suit against the Insurance Company Defendants.

On September 11, 2007, several insurers (collectively referred to as "Allstate") filed a Notice of Removal, alleging federal jurisdiction pursuant to the Class Action Fairness Act ("CAFA"). In response to Allstate's Notice of Removal, the State, on October 10, 2007, filed a Motion to Remand. This motion addressed only the grounds for removal advanced by Allstate.

1

On September 24, 2007, the "Hartford Defendants" and "Travelers Defendants" filed a Joinder in Notice of Removal that alleged supplemental grounds for removal.[1]  In addition to claiming jurisdiction under CAFA, the Hartford Defendants and Travelers Defendants assert the State's lawsuit may be removed pursuant to the Multiparty, Multiforum Trial Jurisdiction Act ("MMTJA").

Several judges in the United States District Court for the Eastern District of Louisiana have examined whether MMTJA may be used as a basis for removal in Hurricane Katrina suits.  **Every** Judge in this district that has addressed this issue has determined that the MMTJA is inapplicable to Katrina suits.  Accordingly, to the extent federal jurisdiction is premised solely on the MMTJA, the State requests that this Court remand the suit.  The State also requests that, pursuant to 28 U.S.C. § 1447(c), it be reimbursed for all costs and fees incurred as a result of the removal.

Respectfully submitted:

THE STATE OF LOUISIANA

The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA  70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

---

[1] The "Hartford Defendants" and "Travelers Defendants" are identified on page one of the Joinder of Removal.  *See* Rec. Doc. 7875.

    /s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/ Calvin C. Fayard, Jr.
CALVIN C. FAYARD, JR.