AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**ENTERGY NEW ORLEANS, INC, ENTERGY LOUISIANA, L.L.C., ENTERGY SERVICES, INC., ENTERGY CORPORATION, AND HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY**

**VERSUS**

**THE UNITED STATES OF AMERICA**

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER**: 07-4608

TO: United States of America
c/o Jim Letten
U.S. Attorney, Eastern District of Louisiana
501 Magazine Street, 2d Floor
New Orleans, Louisiana, 70130-3313

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gilbert and Gilbert LLC
Elisa T. Gilbert
Brendan R. O'Brien
350 Fifth Avenue, Suite 5615
New York, NY 10118

Svenson Law Firm, LLC
Ernest Svenson, Esq.
432 Henry Clay Avenue
New Orleans, LA 70118

Leila A. D'Aquin
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA 70113

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK                                                                          DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me 1 | DATE |
|---|---|
| Name of SERVER (PRINT) TITLE | TITLE |

*Check one box below to indicate appropriate method of service*

[ ]  Served Personally upon the Defendant. Place where served:_____
_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[ ]  Returned unexecuted_____
_____
_____
_____

[ ]  Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
*Date*                                                                                *Signature of Server*

_____
*IAddress of Server*