OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 10/24/07

ENTERGY

vs.

United States

Case No. 07-4608   Section K

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) U.S. Attorney ED LA
   (address) 501 Magazine St. New Orleans, LA. 70130
2. (name) Attorney General, Dep't of Justice
   (address) 950 Pennsylvania Ave. Washington, DC 20530
3. (name) Army Corps of Engineers HQ
   (address) 441 G Street NW, Washington, D.C. 20314
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for   Hartford Steam Boiler & Inspection
Address   432 Henry Clay Ave
          New Orleans, LA. 70118