# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES  *    CIVIL ACTION NO. 05-4182
        CONSOLIDATED LITIGATION  *

                        *    SECTION "K"

                        *

PERTAINS TO:           *    MAGISTRATE (2)

NO.    07-3500         *

                        *    JUDGE DUVAL

                        *

                        *    MAGISTRATE WILKINSON

                        *

* * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

      **COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the

provisions of Rule 78.1 of the Uniform Local Rules of the United States District Courts

for the State of Louisiana, and request oral argument on the Motion to Dismiss or,

Alternatively, to Stay by Washington Group International, Inc.


                    Respectfully submitted,

                    **LAW OFFICES OF**
                    **ASHTON R. O'DWYER, JR.**
                    **Counsel for Plaintiffs**

                    **By:   S/Ashton R. O'Dwyer, Jr.**
                          **Ashton R. O'Dwyer, Jr.**
                          **Bar No. 10166**
                          **821 Baronne Street**
                          **New Orleans, LA 70113**
                          **Tel. 504-679-6166**
                          **Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 23rd day of October 2007.

S/Ashton R. O'Dwyer, Jr.