## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * CIVIL ACTION NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * MAG. WILKINSON |

PERTAINS TO:  BARGE

*Parfait Family v. USA*, No. 07-3500

### RESPONSE OF LAFARGE NORTH AMERICA INC. TO WASHINGTON GROUP INTERNATIONAL INC'S MOTION TO DISMISS OR ALTERNATIVELY STAY *PARFAIT FAMILY v. UNITED STATES*, NO. 07-3500

Defendant Lafarge North America Inc. ("LNA") responds to the motion [Doc. 8224] of Washington Group International Inc. ("WGI") seeking dismissal or a stay of the claims asserted against it in the above-captioned *Parfait Family* action. LNA considers this motion to be a matter between WGI and the *Parfait* plaintiffs. The motion does not implicate the progress of the separate Barge track according to the schedule or procedures set forth in CMO #5. Accordingly, LNA takes no position on the motion.

Respectfully submitted,

**CHAFFE McCALL, L.L.P.**

Robert B. Fisher, Jr., T.A. (# 5587)
Derek A. Walker (#13175)
Ivan M. Rodriguez (#22574)
Parker Harrison (# 27538)
2300 Energy Centre

LIBW/1660472.2

2

        1100 Poydras Street
        New Orleans, LA 70163-2300
        Telephone: (504) 585-7000

        Daniel A. Webb (#13294)
        **SUTTERFIELD & WEBB, LLC**
        Poydras Center
        650 Poydras Street, Suite 2715
        New Orleans, LA 70130
        Telephone: (504) 598-2715

        __/s/ John D. Aldock____
        John D. Aldock
        **GOODWIN PROCTER LLP**
        901 New York Ave., N.W.
        Washington, DC 20036
        Telephone:  (202) 346-4000

        **ATTORNEYS FOR**
        **LAFARGE NORTH AMERICA INC.**

**Certificate of Service**

I do hereby certify that I have on this ___23rd___ day of October, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by ECF or other electronic notification, facsimile transmission, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____John D. Aldock_____