6 of 6 DOCUMENTS

Copyright 2007 The Times-Picayune Publishing Company
Times-Picayune (New Orleans)

February 28, 2007 Wednesday

**SECTION:** METRO; Lolis Eric Elie; Pg. 1

**LENGTH:** 446 words

**HEADLINE:** Suing corps? There's no time to wait

**BYLINE:** Lolis Eric Elie

**BODY:**

The **deadline** is Thursday. That much we know.

If you sustained damage caused by levee failures and flooding from the Mississippi River-Gulf Outlet and want to join the class-action **lawsuit** against the Army Corps of Engineers, you need to sign up by Thursday.

"For a claim of personal injury or property damage, that a person alleges has been caused by the negligent acts of an employee of the United States Government, federal law requires that the claimant file a written claim with the appropriate federal agency, in this case the U.S. Army Engineer District, New Orleans, Louisiana," the corps says on its Web site.

You can download the required form, Form **SF-95,** from www.katrinajustice.com or from the Katrina claims section of the corps' Web site, www.mvn.usace.army.mil

Forms also are available at the St. Bernard Parish government complex, 8201 W. Judge Perez Drive.

"Once the claim is received, this agency will have six months from the date of receipt in order to investigate and adjudicate your claim," the corps' Web site says. "It is possible that, if warranted, an administrative settlement could be negotiated with you. It is also possible that the claim could be denied."

Given the tightness of the **deadline,** it is advisable that you bring your form directly to the corps' office at 7400 Leake Ave., near Burdette Street. The forms can be dropped off between 9 a.m. and 5 p.m. at a mailbox outside the corps' office.

**Deadline** to act

Suing the federal government is difficult. A 1928 federal law immunizes the Army Corps of Engineers from **lawsuits** resulting from its flood-control projects.

But earlier this month, U.S. District Judge Stanwood Duval ruled that the corps could not claim immunity and that WDSU-TV anchorman Norman Robinson, a Lower 9th Ward couple and two St. Bernard Parish residents could proceed with their suit.

There are two acts under which it is possible to sue the corps: the Admiralty Extension Act and the Federal Tort Claims Act. For our immediate purpose, the difference between the two acts is simple.

The **deadline** to file under the tort claims statute isn't until Aug. 29, the second anniversary of Hurricane Katrina. But to be eligible for compensation under both acts, it is necessary that you file a claim by Thursday.

First things first

A suit of this magnitude against the federal government, while not exactly unprecedented, is certainly unusual.


EXHIBIT
E in globo

Suing corps? There's no time to wait Times-Picayune (New Orleans) February 28, 2007 Wednesday

Getting the government to pay the billions of dollars in losses won't be easy. But we can worry about that later. For now, the important thing to remember is that the **deadline** for filing for **SF-95** is Thursday.

. . . . . . .

Lolis Eric Elie can be reached at lelie@timespicayune.com or (504) 826-3330.

**LOAD-DATE:** April 19, 2007

5 of 6 DOCUMENTS

Copyright 2007 The Times-Picayune Publishing Company
Times-Picayune (New Orleans)

March 2, 2007 Friday

**SECTION:** NATIONAL; Pg. 1

**LENGTH:** 1261 words

**HEADLINE:** N.O. asks whopping $77 billion in claim to corps;
Entergy, S&WB also seek millions on form

**BYLINE:** By Michelle Krupa,, Susan Finch, and Frank Donze, Staff writers

**BODY:**

Submitting a claim for a staggering $77 billion, the city of New Orleans joined tens of thousands of would-be plaintiffs who rushed to beat a Thursday **deadline** to alert the Army Corps of Engineers that they may sue for losses resulting from the levee breaches after Hurricane Katrina.

Also joining the queue were Entergy New Orleans, the city's bankrupt electrical utility, which is seeking $655 million, and the New Orleans Sewerage & Water Board, which put in a claim of about $460 million, spokesmen for the agencies said.

While they are likely to be among the largest filed, the three claims became part of an avalanche of paperwork that poured into the corps' Leake Avenue headquarters as Thursday's 11:59 p.m. **deadline** approached, corps personnel said.

By the time of the morning commute, cars already had clogged the two-lane River Road and miles of connecting arteries. The miles-long traffic jam got so thick that the federal agency established satellite pick-up points on Carrollton Avenue and Magazine Street.

"We took people out of offices to help out: engineers, lawyers, secretaries, you name it," spokesman Chris Accardo said. "At one time, we might have had 50 people out there."

Hours before the cut-off time, enough bags and boxes of claim forms had arrived to fill an 8-by-10-foot room, corps spokeswoman Kathy Gibbs said.

The filing bonanza would have been unthinkable just a few weeks ago.

Until recently, the idea of suing the Army Corps of Engineers was dismissed by most lawyers as a non-starter. They pointed to a 1928 federal law immunizing the corps from **lawsuits** stemming from its flood-control projects.

But early last month, U.S. District Judge Stanwood Duval ruled that the corps has no such protection when it comes to **lawsuits** over problems caused by its navigation projects.

That decision kept alive a 2006 **lawsuit** filed against the corps by WDSU-TV anchor Norman Robinson, a Lower 9th Ward couple and two St. Bernard Parish residents, and raised prospects of success of similar cases.

Robinson and his fellow plaintiffs argue that negligence by the corps in building and maintaining the Mississippi River-Gulf Outlet destroyed protective wetlands and turned the shipping channel into a speedway for Katrina storm surges that destroyed their homes.

Denham Springs lawyer Calvin Fayard said Thursday that earlier this week, he and fellow Katrina plaintiff attorneys Joe Bruno and Pierce O'Donnell reminded New Orleans City Council members about the claim-filing **deadline.**

N.O. asks whopping $77 billion in claim to corps; Entergy, S&WB also seek millions on form Times-Picayune (New Orleans) March 2, 2007 Friday

"We informed them what was going on and urged them to notify any of the city agencies or the bodies they may regulate -- cable TV, utilities -- to advise them about the **deadline**," Fayard said. "We explained they would not be able to make a claim until they file this form."

The lawyers also alerted council members to a new case that blames corps negligence for causing breaks in the 17th Street Canal, and the flooding that followed.

Bruno said that if Duval decides that the 17th Street Canal, like the MR-GO, is a navigational waterway, he could find that the corps is also not immune from **lawsuits** over damage done by flooding from the canal.

Aiming high

Nagin, who has never been shy about demanding the struggling city's due recompense from the federal government, had given no indication that his administration intended to join the stampede of filers.

In announcing its claim, the mayor's office issued a terse news release by e-mail. It said the city attorney's office filed the paperwork Wednesday afternoon but offered no further details, including how officials arrived at the massive dollar figure.

The $77 billion sum amounts to nearly three-quarters of the $110 billion in federal recovery aid that has been dispatched to the Gulf Coast to cover everything from housing needs to business loans to debris removal.

"Obviously, I would assume that we have some basis for coming up with these numbers, but I don't have that information," Nagin spokesman James Ross said late Thursday. "All I can tell you if that you'll have to assume that there is some basis for the number."

Shedding some light on the mystery, City Councilwoman Shelley Midura said she attended a closed-door meeting Wednesday with Fayard and other attorneys, who encouraged the city to aim high in its quest to sue for damages.

"One of the important points they made was that we need to take into account the lost revenue to the city -- the lost property taxes, the lost income -- plus all of the buildings, everything," Midura said. "All of it is potentially eligible: school buildings, office buildings, everything."

Midura said the strategy is simple: "to make sure the city preserved its right to claim damages if the suit is successful."

Lost revenue

S&WB spokesman Robert Jackson echoed that sentiment. He said the agency, which has lost half its customer base since the flood, also hopes to recoup lost operating revenue.

Entergy New Orleans, meanwhile, plans to decrease the amount of its $655 million claim if any of its pending applications for federal aid come through, spokesman Morgan Stewart said. Nevertheless, he said the utility did not want to miss the opportunity to share in any corps settlement.

"It is our obligation to pursue every avenue possible to find financial assistance that would reduce the burden of the cost of damage from Katrina on our customers," he said.

While the water board and Entergy limited their claims to property damages, their spokesmen said, Ross did not know the extent of City Hall's claim. Like any claimant, the city also could reserve the right to sue for personal injury or wrongful death, perhaps on behalf of city residents or employees who died or were injured in the flood.

The three categories are included on the two-page form, known as **SF-95,** that would-be plaintiffs were required to submit.

Timing unclear

It also was unclear why the city waited a full day to reveal that it had filed the claim form.

Nagin's press office e-mailed the news release about 20 minutes before Air Force One lifted off from Louis Armstrong International Airport, concluding President Bush's visit to the city Thursday, the 18-month anniversary of Katrina. During the trip, Bush visited a Central City charter school and sat shoulder-to-shoulder with Nagin during lunch at a Treme restaurant.

Ross said the city's announcement had nothing to do with the president's visit.

N.O. asks whopping $77 billion in claim to corps; Entergy, S&WB also seek millions on form Times-Picayune (New Orleans) March 2, 2007 Friday

"We did not time the announcement of our filing of form **SF-95** to coincide with anything," he said via e-mail late Thursday. "There were absolutely no motives connected to the timing of the announcement."

Notably absent from the array of potential litigants to file claims with the corps is the state of Louisiana, hard-hit St. Bernard Parish and Jefferson Parish.

St. Bernard Councilman Joey DiFatta said the council did not file a claim because it already is suing the corps for flooding related to the MR-GO.

The state, which joined the same suit in September, took a similar position related to the **SF-95** option, said Kris Wartelle, a spokeswoman for state Attorney General Charles Foti.

DiFatta and Wartelle noted that the **lawsuit** does not seek monetary damages. Rather, DiFatta said, it seeks to force the corps "to shut the MR-GO, build the levees and rebuild the coast."

. . . . . . .

Bill Barrow, Meghan Gordon, Sheila Grissett and Bob Warren contributed to this report.

Michelle Krupa can be reached at mkrupa@timespicayune.com or (504) 826-3312. Susan Finch can be reached at sfinch@timespicayune.com or (504) 826-3340. Frank Donze can be reached at fdonze@timespicayune.com or (504) 826-3328.

**LOAD-DATE:** March 2, 2007

3 of 6 DOCUMENTS

Copyright 2007 The Times-Picayune Publishing Company
Times-Picayune (New Orleans)

March 23, 2007 Friday

**SECTION:** NATIONAL; Pg. 1

**LENGTH:** 645 words

**HEADLINE:** Forms filed with corps so far seek $400 billion;
With thousands left to check, demands cover array of losses

**BYLINE:** By Sheila Grissett, East Jefferson bureau

**BODY:**

Only halfway through the process, Army Corps of Engineers officials who are examining claim forms filed by tens of thousands of people over Hurricane Katrina flooding estimate the alleged damages have already passed the $400 billion mark.

The demands run the gamut, from damages for the loss of a pet to a $200 billion claim by the state of Louisiana -- the single largest to surface thus far. In some cases, claims were filed by residents whose property didn't flood but who seek compensation for mental or emotional stress created by multiple breaks in the federal hurricane protection system, corps officials said.

Col. Richard Wagenaar, commander of the corps' New Orleans District, said his agency won't identify claimants by name to protect their privacy. But he confirmed that the $400 billion estimate so far doesn't include $78.1 billion of previously announced claims: $77 billion from the city of New Orleans, $655 million from Entergy and $460 million from the New Orleans Sewerage & Water Board.

"We haven't found any of those claims in the envelopes opened to date, but we're probably only maybe 50 percent through them," Wagenaar said this week.

Representatives of the three entities have said they submitted the federal government's Standard Form 95, preserving their right to sue the corps.

A spokeswoman for Attorney General Charles Foti Jr. confirmed Thursday that he signed a state claim for $200 billion in damages that Louisiana officials say they suffered as a result of the corps' alleged negligence in "the building, design, etc. of the MR-GO and the levee system in general."

Foti's office said the claim is intended not only to provide the federal government notice of potential damage requests, which is required as part of the administrative claims process, but also to give the corps time to investigate the claim and consider settlement before litigation.

The filings of **SF-95** began slowly after a Feb. 2 ruling by U.S. District Judge Stanwood Duval that the corps is not automatically immune from **lawsuits** involving its navigation projects.

Duval's decision breathed new life into a suit filed by WDSU television personality Norman Robinson and two couples who lived in the flooded Lower 9th Ward and St. Bernard Parish. They accuse the corps of negligently building and maintaining the Mississippi River-Gulf Outlet.

The ruling also raised the prospect that new suits would be filed, including a similar challenge involving the corps' work on the 17th Street and London Avenue canals.

The trickle of SF-95s roared into a deluge with the approach of the March 1 filing **deadline.**

Page 2
Forms filed with corps so far seek $400 billion; With thousands left to check, demands cover array of losses Times-Picayune (New Orleans) March 23, 2007 Friday

In a scene reminiscent of last-minute income tax filers who jam the post office on April 15, roads leading to the corps' Leake Avenue district headquarters during the 48 hours preceding the **deadline** were clogged with drivers seeking to drop off their forms. To help move along the process, supervisors sent shifts of corps employees to stand alongside the streets and hold U.S. mail bins from the agency's mail room, fulfilling a requirement that the forms be treated and safeguarded as U.S. mail.

In some cases, motorists asked to borrow corps employees' pens to fill out the two-page forms on the spot. Examining the forms these days, corps employees said they occasionally find one bearing only a signature, perhaps a testament to the haste with which documents were submitted. In one instance just before the filing **deadline,** a motorist thrust a blank form from a vehicle window, saying her attorney told her to be sure to get it filed before March 1, said a corps employee who asked not to be identified.

Wagenaar estimates it will take two to three more weeks to complete inspecting and tallying all the claims. He said the paperwork is enough to fill an 8-by-10-foot room.

. . . . . . .

Sheila Grissett can be reached at sgrissett@timespicayune.com or (504) 717-7700.

**LOAD-DATE:** March 23, 2007

1 of 6 DOCUMENTS

Copyright 2007 The Times-Picayune Publishing Company
Times-Picayune (New Orleans)

August 18, 2007 Saturday
Correction Appended

**SECTION:** METRO; Pg. 2

**LENGTH:** 361 words

**HEADLINE:** Aug. 29 is **deadline** to file levee claims;
Forms must be in corps' hands by then

**BYLINE:** By Susan Finch, Staff writer

**BODY:**

CORRECTIONS APPENDED

New Orleans-area residents who want to sue the federal government over levee breaks that left their homes flooded after Hurricane Katrina face an Aug. 29 **deadline** to hand in claim forms to the Army Corps of Engineers.

Individuals and businesses must complete and send in Form **SF-95** by the **deadline** before they can bring Federal Tort Claims Act **lawsuits** aimed at forcing Uncle Sam to compensate them for flood damage.

Corps officials emphasize that Aug. 29, the second anniversary of Katrina, is the **deadline** for getting the claim forms into the corps' hands, not the date by which the mailed paperwork is postmarked.

Forms can be sent to the corps office at 7400 Leake Ave., New Orleans, LA 70118, or, for people still displaced by the 2005 storms, to the legal departments of any of the corps' 52 district offices around the country.

Starting Monday, the claim forms will be available at local post offices. In the meantime, copies can be downloaded from several places on the Internet, among them www.katrinajustice.com and www.mvn.usac.army.mil/, the corps' New Orleans District Web site. Aug. 29 is the second claims-filing **deadline** for Katrina victims this years

Ahead of a March 1 **deadline,** 326,000 individuals and businesses sent in claims alerting the corps they planned to seek money from the government in damage **lawsuits** based on federal admiralty laws.

As the March **deadline** approached, many people hand-carried the forms to the corps' New Orleans office on Leake Avenue, where corps employees were stationed along the roadway to accept the documents. The corps also had people at the main post office to accept the forms.

But there are no plans to repeat those efforts, Harris said.

"We encourage people to mail (claim forms) in," Harris said. "If you mail it this week, you're good. Don't wait until that last week."

The admiralty law claim forms that the corps received earlier this year also qualify their senders to sue under the Federal Tort Claims Act. Anyone needing to make adjustments to their claims must get word of that to the corps by Aug. 29.

. . . . . . .

Susan Finch can be reached at sfinch@timespicayune.com or (504) 826-3340.

**CORRECTION:**

Aug. 29 is deadline to file levee claims; Forms must be in corps' hands by then Times-Picayune (New Orleans) August 18, 2007 Saturday Correction Appended

Web address corrected: An article in Saturday's editions incorrectly reported the Internet address of the Army Corps of Engineers' New Orleans district office. The address is www.mvn.usace.army.mil/ (8/21/2007)

Insurance **deadline** is Aug. 30: Stories in recent editions, most recently on Tuesday, cite an incorrect **deadline** for filing **lawsuits** against private insurance companies over Hurricane Katrina claims. Any such **lawsuits** must be filed by close of business on Aug. 30, according to Judy Wright, a spokeswoman for Insurance Commissioner Jim Donelon.

**LOAD-DATE:** August 22, 2007