UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATE LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO:     LEVEE & MR-GO | |

_____

**MR-GO AND LEVEE PSLCS' JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER NO. 4, AS AMENDED, TO DEFER CLASS ACTION CERTIFICATION PROCEEDINGS**

Pursuant to Rule 16, Fed.R.Civ.P., and Paragraph X of Case Management and Scheduling Order No. 4, the MR-GO and Levee PSLCs jointly move for an order modifying Case Management and Scheduling Order No. 4 to defer MR-GO and Levee class action proceedings until a decision in *Robinson v. United States*. In support of this Joint Motion, the Court is respectfully referred to the MR-GO and Levee PSLCs' Memorandum in Support of this Joint Motion, the Declaration of Joseph M. Bruno, and the entire record.

Dated:  October 23, 2007        **Respectfully Submitted,**

                               **APPROVED PLAINTIFFS LIAISON COUNSEL**

                               /s/ Joseph M. Bruno_____
                               JOSEPH M. BRUNO (La. Bar # 3604)
                               PLAINTIFFS LIAISON COUNSEL
                               The Law Offices of Joseph M. Bruno,
                               855 Baronne Street
                               New Orleans, Louisiana 70113
                               Telephone: (504) 525-1335
                               Facsimile: (504) 561-6775
                               Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

/s/ James Parkerson Roy_____
JAMES PARKERSON ROY (La. Bar # 11511)
MR-GO PSLC LIAISON COUNSEL
Domengeaux Wright Roy & Edwards LLC
P.O.Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796
Email: jimr@wrightroy.com

For
**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

Jonathan Andry
Clay Mitchell
Pierce O'Donnell
James Parkerson Roy


**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

 /s/Gerald E. Meunier
GERALD E. MEUNIER (La. Bar #9471)
LEVEE PSLC LIAISON COUNSEL
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: (504) 522-2304
Facsimile: (504) 528-9973
Email: gmeunier@gainsben.com

For
**LEVEE PLAINTIFFS' SUB-GROUP LITIGATION COMMITTEE**

Gerald E. Meunier
Daniel E. Becnel, Jr.
Joseph M. Bruno
D. Blayne Honeycutt
Hugh P. Lambert
Darlene Jacobs
Walter Dumas

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 23rd day of October, 2007.

                                      */s/ Joseph M. Bruno*
                                      **Joseph M. Bruno**