

EXHIBIT "A"



**EXHIBIT "B"**













