UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATE LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" (2) |
| PERTAINS TO:     LEVEE & MR-GO | |

## CASE MANAGEMENT AND SCHEDULING ORDER NO . 6

Before the Court is the Levee and MR-GO PSLC's Joint Motion to Modify Case Management Order No. 4, As Amended, To Defer Class Certification Proceedings and Related Matters ("Joint Motion").  The Joint Motion asks the Court to defer ruling on the pending class certification motions until the Court hears and decides the case of *Robinson v. United States* (C.A. No. 06-2286) which is scheduled for trial beginning on September 8, 2008.

After consideration of all pleadings filed in this matter,

**IT IS ORDERED** that Case Management Order No. 4, as amended, is hereby further amended as follows:

1. The pending motion for class action certification filed by the Levee and MR-GO Plaintiffs, currently scheduled for hearing on November 5, 2007, is taken off calendar without prejudice to renewal after, and all class action proceedings are deferred in the Consolidated Litigation until, the Court hears and decides *Robinson v. United States* (C.A. No. 06-2286).

2.	Prior to the renewal of class action proceedings in the Levee, MR-GO, and Barge litigation, the Court, upon request of the Plaintiffs, will schedule a case management conference.

New Orleans, Louisiana, this ____ day of October, 2007.

                                          _____
                                          **STANWOOD R. DUVAL, JR.**
                                          **UNITED STATES DISTRICT JUDGE**