# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
      CONSOLIDATED LITIGATION

NO.: 05-4182

SECTION "K" (2)

PERTAINS TO: LEVEE & MRGO

---

**MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING OF THE MRGO AND LEVEE PSLCS' JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER NO. 4, AS AMENDED, TO DEFER CLASS ACTION CERTIFICATION PROCEEDINGS**

**NOW INTO COURT,** through undersigned counsel, come the MRGO and Levee PLSCS, which respectfully move this Honorable Court for an Order granting an expedited hearing of its Motion for Expedited Hearing of the MRGO and Levee PSLCS' Joint Motion to Modify Case Management Order No. 4, As Amended, to Defer Class Action Certification Proceedings as soon as counsel may be heard by the Court, for the following reasons:

I.

The MRGO and Levee PSLCS' motions for class certification are currently scheduled for November 5, 2007.  Due to the close proximity of this date, the currently available dates for said motion will not allow the above referenced motion to be addressed in a timely fashion.

WHEREFORE, the MRGO and Levee PSLCS' pray that the court grant the Motion for Expedited Hearing on the MRGO and Levee PSLCS' Joint Motion to Modify Case Management Order No. 4, As Amended, to Defer Class Action Certification Proceedings.

RESPECTFULLY SUBMITTED:

LEVEE LITIGATION GROUP

BY:____s/Joseph M. Bruno_____
Joseph M. Bruno (#3604)
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:(504) 581-1493
E-Mail:jbruno@brunobrunolaw.com
Plaintiffs' Liaison Counsel

-and-

GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail:gmeunier@gainsben.com
Levee PSLC Liaison Counsel

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY (La. Bar # 11511)
MR-GO PSLC LIAISON COUNSEL
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants:

s/Joseph M. Bruno
**JOSEPH M. BRUNO #3604**