UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |ру

PERTAINS TO: LEVEE & MRGO

---

### ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that MRGO and Levee PSLCS' Motion for Expedited Hearing of the MRGO and Levee PSLCS' Joint Motion to Modify Case Management Order No. 4, As Amended, to Defer Class Action Certification Proceedings Motion be and hereby is **GRANTED**, and will be heard on the _____ day of October, 2007 at ____ ____ o'clock ____ m.

New Orleans, Louisiana, this _____ day of October, 2007.

_____
**UNITED STATES DISTRICT COURT JUDGE**