UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES           CIVIL ACTION
        CONSOLIDATED LITIGATION
                                         NO. 05-4182

PERTAINS TO:   Levee, MRGO,              SECTION "K" (2)
               Insurance                 JUDGE DUVAL
                                         MAG. WILKINSON

**O R D E R**

By letter dated October 18, 2007, plaintiffs' Liaison Counsel, Joseph M. Bruno, forwarded to me the Recommendation of Consultant Craig Ball Respecting Repository Vendor. These materials have been filed in the record. Record Doc. No. 8577. In Liaison Counsel's letter, plaintiffs have requested that they be relieved from the obligation mandated by Case Management Order No. 4 ("CMO No. 4") to establish and pay one-half of the cost of a joint electronic document repository. Although the letter states that defendants do not oppose this request, I am unsure whether some expenses in connection with the proposed joint electronic document repository that the parties anticipated would be shared have already been incurred.

The requirement of a joint electronic document repository, including the 50/50 joint payment provision, was included in CMO No. 4 at the joint request of all parties. Record Doc. No. 3142 (Attachment at pp. 12-13). While I am inclined to vacate the electronic document repository requirement of CMO No. 4 in light of the enormous prospective costs that have recently become clear, before I relieve plaintiffs of <u>all</u>

obligations in connection with the joint electronic document repository, I will give all defendants an opportunity to respond to this request, including particularly insofar as any costs that may have already been incurred are concerned.

Accordingly, IT IS ORDERED that no later than NOVEMBER 1, 2007, any defendant may file a written response to plaintiffs' request contained in Liaison Counsel's letter of October 18, 2007. Thereafter, I will act on the request without further hearing or written input.

New Orleans, Louisiana, this  23rd  day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE