UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br><br>PERTAINS TO: ROAD HOME<br>*Louisiana State* C.A. No. 07-5528 | § CIVIL ACTION<br>§ NO.  05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAGISTRATE WILKINSON<br>§<br>§<br>§<br>§ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, HSBC Insurance Company of Delaware submits the following Corporate Disclosure Statement:

HSBC Insurance Company of Delaware is a wholly owned subsidiary of Household Insurance Group Holding Company, which is a wholly owned subsidiary of HFC Company LLC, which is a wholly owned subsidiary of HSBC Consumer Lending (USA), Inc., which is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly owned subsidiary of HSBC Investments (North America) Inc., which is a wholly owned subsidiary of HSBC North America Holdings Inc., which is a wholly owned subsidiary of HSBC Overseas Holdings (UK) Inc., which is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation.

720753.2

1

HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange. Additionally, preferred shares and debt securities of various HSBC, Household International, Inc., Household Finance Corporation and Beneficial Corporation entities are also publicly traded in the United States.

**MCGLINCHEY STAFFORD, PLLC**

/s/ Gerard E. Wimberly, Jr.
GERARD E. WIMBERLY, JR. (#13584) (T.A.)
ANTHONY ROLLO ( # 01133)
DANIEL T. PLUNKETT (# 21822)
ANNE D. LEJEUNE  (# 24829)
643 Magazine Street
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-0377

ATTORNEYS FOR DEFENDANT,
HSBC INSURANCE COMPANY OF
DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2007, I electronically filed the foregoing Corporate Disclosure Statement by HSBC Insurance Company of Delaware with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

Gerard E. Wimberly, Jr.
Gerard E. Wimberly, Jr.

720753.2

2