UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K" (2) |
| § | | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| § | | |
| PERTAINS TO: § | | |
| ALL LEVEE § | | |
| ALL MRGO § | | |
| _____§ | | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

| | | |
|---|---|---|
| AIN-137-000000001 | to | AIN-137-000000016; |
| AIN-192-000001510 | to | AIN-192-000001526; |
| NED-025-000000619 | to | NED-025-000000625; |
| NED-057-000000001 | to | NED-057-000000003; |
| NED-078-000000874 | to | NED-078-000000878; |
| NED-111-000002678 | to | NED-111-000002679; |
| NED-141-000000161 | to | NED-141-000000162; |

NED-141-000000182 to NED-141-000000185;

NED-141-000000186 to NED-141-000000192;

NED-141-000000224 to NED-141-000000229;

NED-141-000000237 to NED-141-000000239;

NED-141-000000242 to NED-141-000000257;

NED-141-000000282 to NED-141-000000288;

NED-141-000000291 to NED-141-000000291;

NED-141-000000293 to NED-141-000000301;

NED-141-000000316 to NED-141-000000341;

NED-141-000000344 to NED-141-000000386;

NED-141-000000426 to NED-141-000000428;

NED-141-000001103 to NED-141-000001570;

NED-141-000001584 to NED-141-000001624;

NED-153-000001041 to NED-153-000001044;

NED-215-000000876 to NED-215-000000876;

NOP-013-000003039 to NOP-013-000003042;

PET-019-000001027 to PET-019-000001028;

PET-019-000003013 to PET-019-000003016;

PET-019-000003090 to PET-019-000003095;

PET-019-000003224 to PET-019-000003225.

The United States' privilege log is attached.

                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ Paul Marc Levine
PAUL MARC LEVINE
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4400/ (202) 616-5200 (Fax)
Attorneys for the United States

Dated: October 24, 2007

## CERTIFICATE OF SERVICE

      I, Paul Marc Levine, hereby certify that on October 24, 2007, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                                              s/ Paul Marc Levine
                                              PAUL MARC LEVINE