Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| AIN-137-000000001 | AIN-137-000000016 | Deliberative Process | 19950818 | | USACE CELMV-DP-B | Cavitt; Schroeder; Buisson; Herr | USACE PD | Fact Sheet dated 08/18/1995 regarding General Investigations of Mississippi River Ship Channel Reconnaissance Study of long-term improvements and attached budgetary information, date range 08/18/1995 to 08/23/1995. |
| | | | | | | Broussard; Doucet; Dicharry; Usner; Burdine; Lucore; Naomi; Thompson | USACE PP | |
| AIN-192-000001510 | AIN-192-000001526 | Attorney-Client | 20000613 | Dykes, Joey | USACE CEMVN-PM-W | Fredine, Jack; Martinson, Bob; Kinsey, Mary; Glorioso, Daryl; Frederick, Denise; Holland, Mike; Hull, Falcolm | | Flow-charts and write-ups dated 02/24/2000 to 06/07/2000 regarding Legal Review PAT. |
| NED-025-000000619 | NED-025-000000625 | Attorney Work Product | 19970603 | Schulz | | | | Legal Review Comments dated 05/31/1997 to 06/03/1997 on Lake Pontchartrain and Vicinity Hurricane Protection, High Level Plan, London Avenue Outfall Canal, Parallel Protection Fronting Protection, Pumping Station No. 4 and a Measurement & Payment Summary. |
| NED-057-000000001 | NED-057-000000002 | Attorney-Client | 19980909 | Kinsey, Mary V | | Bonurada Glorioso | LMNN30 LMNS30 | Email regarding Lake Pontchartrain, Hi Level Plan, Fronting Protection, P.S.3. |
| | | | | | | Nachmang; Northeyr | | |
| NED-057-000000003 | NED-057-000000003 | Attorney-Client | 19980902 | Tickner, Eugene W | USACE Engineering Division CEMVN-ED | | Office of Counsel | Memorandum regarding Lake Pontchartrain, La & Vicinity, High Level Plan, London Ave. Outfall Canal, Parallel Protection, Fronting Protection P.S. No. 3, Orleans Parish, LA, Sewage and Water Board of New Orleans Consent Decree. |
| | | | | Hassenboehler | USACE CEMVN-ED-TM | | USACE CEMVN-ED-GS | |
| | | | | Guizerix, R | USACE CEMVN-ED-T | | | |
| NED-078-000000874 | NED-078-000000878 | Attorney-Client | 19700716 | Baehr, J | USACE Engineering Division | District Counsel Bracey | | |
| | | | | Chief | USACE Engineering Division | Chief | USACE Engineering Division | |
| | | | | Towers, J A | USACE Counsel | Willoz, A L | Board of Levee Commissioners, Orleans Levee District | |
| | | | | Barber, William H | Louisville & Nashville Railroad Company | Barber, William H | Louisville & Nashville Railroad Company | |
| | | | | Willoz, A L | Board of Levee Commissioners, Orleans Levee District | | U.S. Army, New Orleans District | |
| | | | | | | | USACE | |
| | | | | | | | La. Dept. of Public Works | |
| | | | | | | Lennox, Edw. N | | |
| | | | | | | McGovern, D A | | |
| NED-111-000002678 | NED-111-000002679 | Attorney-Client | 19990719 | Bland, Stephen S | USACE CEMVN-RE-L | | MRGO Reevaluation Study Team | Memorandum regarding the summary of lawsuits versus U.S., relating to MRGO and flooding from Hurricane Betsy. |
| NED-141-000000161 | NED-141-000000162 | Attorney-Client | 20050518 | Northey, Robert D Steevens, Jeffrey A | USACE MVD MVN ERDC EL MS | Steevens, Jeffrey A Burdine, Carol S Mathies, Linda G Mach, Rodney F Wiegand, Danny L ODonnell, Jessica Sorgente, Natalia Agan, John A Frederick, Denise D | ERDC EL MS USACE MVD MVN USACE MVD MVN USACE MVD MVN USACE MVD MVN USACE MVD MVN USACE MVD MVN | Emails dated 05/11/2005 to 5/18/2005 regarding HCNA v. USACE. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-141-000000182 | NED-141-000000185 | Attorney Work Product; Attorney-Client | 20041208 | Bacuta, George | ED G | Burdine, Carol<br>Bacuta, George<br>Purrington, Jackie<br>Mathies, Linda<br>Mach, Rodney<br>Wiegand, Danny<br>Steevens, Jeff<br>Boe, Richard<br>Alfonso, Christopher<br>Hingle, Pierre<br>Northey, Robert | PPPMD<br>ED G<br>PPPMD<br>OD<br>H&H<br>H&H<br>WES: ERDC EL MS<br>PPPMD<br>ED LW<br>CD<br>OC | Draft Minutes IHNC SAP/Lawsuit PDT Meeting 8 December 2004, 10-11 am, Rm 345. |
| NED-141-000000186 | NED-141-000000192 | Attorney-Client | 20041202 | Bacuta, George C<br>Wiegand, Danny L<br>Steevens, Jeffrey A<br>Mathies, Linda G<br>Mach Rodney F | USACE MVD MVN<br>USACE MVD MVN<br>ERDC EL MS<br>USACE MVD MVN<br>USACE MVD MVN | Weigand, Danny L<br>Brooks, Robert L<br>Guillory, Lee A<br>Montegut, James A<br>Wagner, Kevin G<br>Balint, Carl O<br>Deloach, Pamela A<br>Steevens, Jeffrey A<br>Mathies, Linda G<br>Mach, Rodney F<br>Burdine, Carol S<br>Northey, Robert D<br>Purrington, Jackie<br>Hingle, Pierre<br>Mabry, Reuben C<br>Bacuta, George C | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>ERDC EL MS<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>GRD<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 11/29/2004 to 12/02/2004 regarding Meeting to Finalize Response to LPBF Letter. |
| NED-141-000000224 | NED-141-000000229 | Attorney Work Product; Attorney-Client | 20041202 | Woodward, Mark L<br>Mach, Rodney F<br>Northey, Robert D<br>Bacuta, George C | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Deloach, Pamela A<br>Northey, Robert D<br>Mathies, Linda G<br>Schilling, Emile F<br>Burdine, Carol S<br>Wiegand, Danny L<br>Bacuta, George C<br>Mach, Rodney F<br>Guillory, Lee A<br>Mabry, Reuben C<br>Brooks, Robert L<br>Boe, Richard E<br>Steevens, Jeffrey A<br>Elmer, Ronald R | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>ERDC EL MS<br>USACE MVD MVN | Emails dated 11/10/2004 to 12/02/2004 with attached meeting agenda regarding IHNC Deep Mixing Report; IHNC SAP/Lawsuit PDT Meeting; HCNA v. USACE; IHNC Lock. |
| NED-141-000000237 | NED-141-000000239 | Deliberative Process | 20041104 | Cruse, Cynthia M<br>Usner, Edward G<br>ONeill, John R<br>Deloach, Pamela A | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Deloach, Pamela A<br>Usner, Edward G<br>ONeill, John R<br>Cruse, Cynthia M<br>Browning, Gay B<br>Rauber, Gary W<br>WilsonPrater, Tawanda R | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 11/03/2004 to 11/04/2004 regarding L-Number Program. |
| NED-141-000000242 | NED-141-000000248 | Deliberative Process | 20041108 | Usner, Edward G<br>Deloach, Pamela A<br>Kramer, Christina A<br>Blodgett, Edward R<br>Park Howard E<br>Gonski, Mark H<br>Cali, Peter R | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>ERDC CHL MS<br>USACE MVD MVN<br>USACE MVD MVN | Deloach, Pamela A<br>Usner, Edward G<br>Burdine, Carol S<br>Kramer, Christina A<br>Gonski, Mark H<br>Blodgett, Edward R<br>McCollum, Randy A<br>Webb, Dennis W<br>Lovett, David P<br>Oliphant, Julie L<br>Vojkovich, Frank J<br>Britsch, Louis D<br>Woodward, Mark L | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>ERDC CHL MS<br>ERDC CHL MS<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails, Table and Notes dated 10/01/2004 to 11/08/2004 regarding IHNC Lock Project, DDR, Lock Design (108785) [P2]; IHNC Lock Replacement Study; IHNC; St. Claude and Claiborne Reach; IHNC CIP Design Funding Status; IHNC New Lock; IHNC Soil Mixing vs. Floodwall. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-141-000000249 | NED-141-000000252 | Deliberative Process; Attorney Client | 20041025 | Bacuta, George C<br>Mathies, Linda G<br>Alfonso, Christopher D | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Deloach, Pamela A<br>Elmer, Ronald R<br>Alfonso, Christopher D<br>Broussard, Richard W<br>Balint, Carol O<br>Gonski, Mark H<br>Guillory, Lee A<br>Montegut, James A<br>Mathies, Linda G<br>Mach, Rodney F<br>Wiegand, Danny L<br>Bacuta, George C<br>OCain, Keith J<br>Woodward, Mark L<br>Lovett, David P | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails regarding SAP Comments. |
| NED-141-000000253 | NED-141-000000257 | Deliberative Process | 20041026 | Gonski, Mark H<br>Elmer, Ronald R<br>Balint, Carol O<br>Pinner, Richard B<br>Rauh, Stephen | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>Jacobs Civil | Deloach, Pamela A<br>Woodward, Mark L<br>Lovett, David P<br>Cali, Peter R<br>Balint, Carol O<br>Gonski, Mark H<br>Pinner, Richard B<br>Elmer, Ronald R<br>Oliphant, Julie L<br>Vojkovich, Frank J<br>Rauh, Stephen<br>Haggerty, Daniel R | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>Jacobs Civil<br>USACE MVD MVN | Emails dated 10/01/2004 to 10/26/2004 regarding IHNC Soil Mixing vs. Floodwall; IHNC L Numbers; IHNC - Cutoff Walls; Pile Curves for IHNC T-Walls. |
| NED-141-000000282 | NED-141-000000288 | Deliberative Process | XXXXXXXX | | | | | Mississippi River Hydrodynamic Study; Draft Mississippi River Delta Management Study. |
| NED-141-000000291 | NED-141-000000291 | Attorney-Client; Deliberative Process | 20040907 | Wiegand, Danny L | USACE MVD MVN | Mathies, Linda G<br>Mach, Rodney F<br>Boe, Richard E<br>Northey, Robert D<br>Bacuta, George C<br>Burdine, Carol S<br>Balint, Carol O<br>Deloach, Pamela A | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Highlights from IHNC SAP Meeting on 7 Sep 04. |
| NED-141-000000293 | NED-141-000000295 | Deliberative Process; Attorney-Client | 20040720 | Purrington, Jackie B<br>Mathies, Linda G<br>Bacuta, George C<br>Northey, Robert D | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Mathies, Linda G<br>Wiegand, Danny L<br>Bacuta, George C<br>Mach, Rodney F<br>Balint, Carol O<br>Alfonso, Christopher D<br>Corbino, Jeffrey M<br>Deloach, Pamela A<br>Hebert Don G<br>Purrington, Jackie B<br>Mabry, Reuben C<br>Hall, John W<br>Northey, Robert D | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 07/16/2004 to 07/20/2004 regarding HCNA v. USACE. |
| NED-141-000000296 | NED-141-000000297 | Deliberative Process; Attorney-Client | 20040907 | Bacuta, George C<br>Boe, Richard E<br>Wiegand, Danny L | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Deloach, Pamela A<br>Broussard, Richard W<br>Alfonso, Christopher D<br>Wiegand, Danny L<br>Mathies, Linda G<br>Burdine, Carol S<br>Danflous, Louis E<br>Baumy, Walter O<br>Grieshaber, John B<br>Northey, Robert D<br>Boe, Richard E | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 08/26/2004 to 09/07/2004 regarding The "IHNC Site" for disposal and the random backfill. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-141-000000298 | NED-141-000000301 | Deliberative Process; Attorney-Client | 20040812 | Cali, Peter R<br>Gonski, Mark H<br>Elmer, Ronald R<br>Northey, Robert D | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Gonski, Mark H<br>Woodward, Mark L<br>Deloach, Pamela A<br>Baumy, Walter O<br>Cali, Peter R<br>ODonnell, Jessica<br>Sorgente, Natalia<br>Frederick, Denise D<br>Florent, Randy D<br>Bacuta, George C<br>Mathies, Linda G<br>Mach, Rodney F<br>Boe, Richard E<br>Wiegand, Danny L<br>Elmer, Ronald R<br>Hicks, Billy J<br>Eisenmenger, Jameson L<br>Steevens, Jeffrey A<br>Guillory, Lee A | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br><br><br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>ERDC EL MS<br>USACE MVD MVN | Spreadsheet and emails dated 08/06/2004 to 08/12/2004 regarding Engineering Division FY2004 Cost Estimate Project: IHNC - Levees and Floodwalls DDR FWI: 002H4L; IHNC Flood Protection; What is the definition of is? |
| NED-141-000000316 | NED-141-000000317 | Attorney -Client; Deliberative Process | 20040806 | Gonski, Mark H<br>Burdine, Carol S<br>Wiegand, Danny L | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Burdine, Carol S<br>Deloach, Pamela A<br>Basurto, Renato H<br>Guillory, Lee A<br>Wagner, Candida X<br>Young, Frederick S<br>Desoto, Angela L<br>Mosrie, Sami J<br>Gonski, Mark H<br>Pilie, Ellsworth J<br>Marlborough, Dwayne A<br>Vossen, Jean<br>Thomson, Robert J<br>Gele, Kelly M<br>Penna, Anna R<br>Wolff, James R<br>Wurtzel, David R<br>Conravey, Steve E<br>Hingle, Pierre M<br>Bonura, Darryl C<br>Coates, Allen R<br>Just, Gloria N<br>Waits, Stuart<br>WilsonPrater, Tawanda R<br>Usner, Edward G<br>Purrington, Jackie B<br>Mach, Rodney F<br>Bacuta, George C<br>Mathies, Linda G<br>Bacuta, George C<br>Boe, Richard E | USACE MVD MVN (×31) | Emails dated 04/09/2004 and 08/06/2004 regarding P2 Estimated Needed for FY05 West Bank and Vicinity Project; IHNC SAP. |
| NED-141-000000318 | NED-141-000000329 | Attorney Work Product; Deliberative Process; Attorney-Client | 20040719 | Purrington, Jackie B<br>Brown, Christopher R | USACE MVD MVN<br>Tulane Environment Law Clinic | Bacuta, George C<br>Northey, Robert D<br>Mathies, Linda G<br>Mach, Rodney F<br>Boe, Richard E<br>Guillory, Lee A<br>Burdine, Carol S<br>Usner, Edward G<br>Hicks, Billy J<br>LeBlanc, Julie Z<br>Elmer, Ronald R<br>Steevens, Jeffrey A<br>Deloach, Pamela A<br>Eisenmenger, Jameson L | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>ERDC EL MS<br>USACE MVD MVN<br>USACE MVD MVN | Pleading and email dated 07/15/2004 and 07/19/2004 regarding Holy Cross v. USACE; Third Set of Requests for Admissions and Fourth Set of Requests for Production from Holy Cross Neighborhood Association, Gulf Restoration Network, and Louisiana Environmental Action Network to U.S. Army Corps of Engineers. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-141-000000330 | NED-141-000000338 | Attorney Work Product; Deliberative Process; Attorney-Client | 20040728 | Bacuta, George C<br>Purrington, Jackie B<br>Wiegand, Danny L<br>Northey, Robert D | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Purrington, Jackie B<br>Eisenmenger, Jameson L<br>Northey, Robert D<br>Mathies, Linda G<br>Mach, Rodney F<br>Boe, Richard E<br>Guillory, Lee A<br>Deloach, Pamela A<br>Serio, Pete J<br>Balint, Carol O<br>Elmer, Ronald R<br>Steevens, Jeffrey A<br>Burdine, Carol S<br>Usner, Edward G<br>Mabry, Reuben C<br>Brooks, Robert L<br>Alfonso, Christopher D<br>Gonski, Mark H<br>LeBlanc, Julie Z<br>Hicks, Billy J<br>Broussard, Richard W<br>Bacuta, George C<br>Wiegand, Danny L<br>Hall, John W<br>Corbino, Jeffrey M<br>Hebert, Don G | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>ERDC EL MS<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 07/16/2004 to 07/28/2004 regarding Reminder regarding Holy Cross v. USACE; Holy Cross v. USACE; HCNA v. USACE. |
| NED-141-000000339 | NED-141-000000341 | Deliberative Process; Attorney-Client | 20040720 | Purrington, Jackie B<br>Hassenboehler, Thomas G | USACE MVD MVN<br>Engineering Division, Structures Branch | Kilroy, Maurya<br>Schulz, Alan D<br>Martin, August W<br>Burdine, Carol S<br>Usner, Edward G<br>Deloach, Pamela A<br>Commander<br>Redford, Marcus<br>LaGrange, Gary P | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>Eighth Coast Guard District<br>Bridge Administration Branch<br>Port of New Orleans | Email and letters dated 6/16/2004 and 7/20/2004 regarding Siphon; 95% Submittal from Modjeski and Masters, Inc. Feasibility of Movable Bridge Alternatives for the Relocation/Alteration of the Claiborne Ave. at Inner Harbor Navigation Canal (IHNC) dated June 2004. |
| NED-141-000000344 | NED-141-000000346 | Deliberative Process; Attorney-Client | 20040105 | Purrington, Jackie B | USACE MVD MVN | Guillory, Lee A<br>Roe, Brian<br>Finnegan, Stephen F<br>Broussard, Richard W<br>Binet, Jason A<br>Lambert, Dawn M<br>Thomson, Robert J<br>Kilroy, Maurya<br>Zack, Michael<br>Martin, August W<br>Blodgett, Edward R<br>Elmer, Ronald R<br>Alette, Donald M<br>Mach, Rodney F<br>Wiegand, Danny L<br>Haab, Mark E<br>Russell, Juanita K<br>Arnold, Dean<br>Hassenboehler, Thomas G<br>Bacuta, George C<br>Mabry, Reuben C<br>Northey, Robert D<br>Gonski, Mark H<br>Usner, Edward G | USACE MVD MVN<br>USACE MVD MVN Contractor<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Email regarding IHNC PDT Meeting. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-141-000000347 | NED-141-000000352 | Attorney Work Product; Deliberative Process; Attorney-Client | 20040804 | Burdine, Carol S<br>Bacuta, George C<br>Northey, Robert D<br>Boe, Richard E | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Bacuta, George C<br>Elmer, Ronald R<br>Deloach, Pamela A<br>Northey, Robert D<br>Boe, Richard E<br>Purrington, Jackie B | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 08/04/2004 regarding HCNA v. USACE. |
| NED-141-000000353 | NED-141-000000353 | Attorney Work Product; Deliberative Process; Attorney-Client | 20040805 | Elmer, Ronald R<br>Bacuta, George C<br>Northey, Robert D | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Bacuta, George C<br>Deloach, Pamela A<br>Elmer, Ronald R<br>Northey, Robert D<br>Boe, Richard E<br>Burdine, Carol S<br>Purrington, Jackie B | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 08/04/2004 to 08/05/2004 regarding HCNA v. USACE. |
| NED-141-000000354 | NED-141-000000355 | Deliberative Process | 20040708 | | | | | Notes regarding Claiborne Ave Bridge Replacement. |
| NED-141-000000356 | NED-141-000000358 | Attorney Work Product; Deliberative Process; Attorney-Client | 20040708 | Purrington, Jackie B<br>Northey, Robert D<br>Brown, Christopher<br>Sorgente, Natalia | USACE MVD MVN<br>USACE MVD MVN<br>Tulane Environmental Law Clinic<br>United States Department of Justice Environmental Defense Section | Mathies, Linda G<br>Bacuta, George C<br>Mach, Rodney F<br>Wiegand, Danny L<br>Burdine, Carol S<br>LeBlanc, Julie Z<br>Boe, Richard E<br>Hicks, Billy J<br>Elmer, Ronald R<br>Deloach, Pamela A<br>Eisenmenger, Jameson L<br>Frederick, Denise D<br>ODonnell, Jessica<br>Sorgente, Natalia | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>United States Department of Justice Environmental Defense Section<br>United States Department of Justice Environmental Defense Section | Emails and letter dated 07/06/2004 to 07/08/2004 regarding Holy Cross Neighborhood Assn, v. USACE; Expert Reports; Holy Cross Neighborhood Ass'n et al. v. U.S. Army Corps of Engineers, No. 03-0370 "L" (4). |
| NED-141-000000359 | NED-141-000000364 | Attorney Work Product; Deliberative Process | 20010205 | Doody, Edwin J | Inner Harbor Navigational Canal Crossings Advisory Committee | | United States District Court Eastern District of Louisiana<br>Holy Cross Neighborhood Association<br>Gulf Restoration Network<br>Louisiana Environmental Action Network<br>United States Army Corps of Engineers | Expert Report of Edwin J. Doody. |
| NED-141-000000365 | NED-141-000000386 | Attorney Work Product; Deliberative Process; Attorney-Client | 20040706 | Henshaw, Steven R | EnviroForensics | | United States District Court Eastern District of Louisiana<br>Holy Cross Neighborhood Association<br>Gulf Restoration Network<br>Louisiana Environmental Action Network<br>United States Army Corps of Engineers | Expert Report of Stephen R. Henshaw. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NED-141-000000426 | NED-141-000000428 | Deliberative Process; Attorney-Client | 20040623 | Purrington, Jackie B<br>Northey, Robert D<br>Gonski, Mark H<br>Usner, Edward G<br>Martin, August W | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Northey, Robert D<br>Mathies, Linda G<br>Bacuta, George C<br>Elmer, Ronald R<br>Deloach, Pamela A<br>Guillory, Lee A<br>Wiegand, Danny L<br>Mach, Rodney F<br>Burdine, Carol S<br>ODonnel, Jessica<br>Sorgente, Natalia<br>Gonski, Mark H<br>Kulick, Jane B<br>Usner, Edward G<br>Hassenboehler, Thomas G<br>Purrington, Jackie B | USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br><br><br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN<br>USACE MVD MVN | Emails dated 06/14/2004 to 08/03/2004 regarding IHNC SAP; URS IHNC Task Order 1; Florida Avenue Siphon - FWIKD0639. |
| NED-141-000001103 | NED-141-000001570 | Deliberative Process | 200303XX | Pohise, Thomas J;<br>Richardson, Thomas W | Department of the Army Engineer Research and Development Center, Corps of Engineers Coastal and Hydraulics Laboratory Waterways Experiment Station | Alette, Don | USACE CEMVN-ED-HD | Inner Harbor Navigation Canal Replacement Lock Filling and Emptying System, Inner Harbor Navigation Canal, Louisiana Hydraulic Model Investigation dated 08/03/2001; Final Submittal Facility Relocation Study Report of Relocation Alternatives for Facilities Along the Inner Harbor Navigational Canal for the Lock Replacement dated 04/1999; Inner Harbor Navigation Canal Replacement Lock Filling and Emptying System, Inner Harbor Navigation Canal, New Orleans, Louisiana Hydraulic Model Investigation dated 03/2003. |
| | | | | Hite, John E | Coastal and Hydraulics Laboratory U.S. Army Engineer Research and Development Center | | U.S. Army Engineer District, New Orleans | |
| | | | | | Waldemar S. Nelson and Company Incorporated | | USACE New Orleans District | |
| | | | | | Hartman Engineering, Inc. | | | |
| NED-141-000001584 | NED-141-000001624 | Deliberative Process | 200102XX | | USACE | | | Inner Harbor Navigation Canal Lock Replacement Project Project Management Plan Appendixes A - G. |
| NED-153-000001041 | NED-153-000001041 | Deliberative Process; Attorney-Client | 19990827 | Sellers, Clyde H;<br>Kilroy, Maurya | USACE CEMVN-RE-L | | USACE CEMVN-ED-SR | Memorandum regarding Request for an attorney's opinion for Compensable Interest, Inner Harbor Navigational Canal (IHNC), Replacement Project - Florida Ave. Siphon. |
| | | | | | | | USACE CEMVN-ED-SP | |
| | | | | | | | USACE CEMVN-ED-TM | |
| | | | | | | | USACE CEMVN-ED-SR | |
| | | | | | | | USACE CEMVN-PM | |
| | | | | | | | USACE CEMVN-RE-A | |
| | | | | | | | USACE CEMVN-RE-P | |
| NED-153-000001042 | NED-153-000001044 | Deliberative Process; Attorney-Client | 19990831 | Kilroy, Maurya | U.S. Army Engineer District New Orleans | | | Second Supplement to Preliminary Attorney's Investigation and Report of Compensable Interest for the Mississippi River Gulf Outlet New Lock and Connecting Channels Orleans Parish, Louisiana. |
| NED-215-000000876 | NED-215-000000876 | Attorney Work Product; Attorney-Client | 19960522 | Frederick, Denise D | | Grubbrob | LMNN30 | Email regarding records for the Pittman case. |

Privilege Log
In Re Katrina Canal Breaches Litigation, No. 05-4182
October 24, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| NOP-013-000003039 | NOP-013-000003042 | Attorney-Client | 20040310 | Russo, Edmond J; Frederick, Denise D; Sloan, G R; Kuhn, Phillip | USACE MVD MVN; USACE MVD MVN; USACE MVD; USACE MVD | Diehl, Edwin H; Breerwood, Gregory E; Park, Micheal F; Wiggins, Elizabeth; Jones, Steve; Laird, Ann A; Gage, Patti; Beard, Patti; Sloan, Rogers S; Segrest, John; Kilgo, Larry; Waguespack, Leslie; Renfroe, Linda; Smith, Maryetta; Kuhn, Phillip; Cobb, Stephen; Hampton, Susan; Arnold, William; Barnett, Larry J; Zack, Michael | USACE MVD MVN; USACE MVD MVN; USACE MVD MVN; USACE MVD MVN; USACE MVD; USACE MVD; USACE MVD MVN; USACE MVD MVN; USACE MVD; USACE MVR; USACE MVD MVN | Emails dated 03/09/2004 to 03/10/2004 regarding St Bernard Parish Resolution Against MRGO Advanced Maintenance Dredging. |
| PET-019-000001027 | PET-019-000001028 | Deliberative Process | 20001212 | Young, Russell J; Naomi, Alfred C; Pinner, Richard B | USACE MVN | Young, Russell J; Naomi, Alfred C; Pinner, Richard B; Claverie-Hanke, Patricia R; Grieshaber, John B; Baumy, Walter O; Wagner, Kevin G; Hote, Janis M | USACE MVN | Emails regarding Verret to Caernavon Levee Project. |
| PET-019-000003013 | PET-019-000003016 | Deliberative Process | 20011130 | Young, Russell J; Thurmond, Danny L; Seaworth, Christine | USACE MVN | Young, Russell J; Thurmond, Danny L; Seaworth, Christine | USACE MVN | Emails dated 11/29/01 to 11/30/2001 regarding Verret to Caernavon and attached Telephone Conversation Record regarding Chalmette Loop: Verret to Caernarvon Levee Improvements. |
| | | | | Harlan, Harry | URS | Harlan, Harry | URS | |
| PET-019-000003090 | PET-019-000003095 | Deliberative Process | 20020103 | Thurmond, Danny L; Naomi, Alfred C | USACE MVN | Naomi, Alfred C; Thurmond, Danny L | USACE MVN | Emails regarding Creedmore Drainage Structure Issue and attached Creedmore Drainage Structure Options. |
| PET-019-000003224 | PET-019-000003225 | Deliberative Process | 20011129 | Haggerty, Daniel R | USACE MVN | Young, Russell J; Thurmond, Danny L; Pinner, Richard B | USACE MVN | Email and handwritten notes regarding Verret to Caernavon I wall locations. |
| | | | | Harlan, Harry | URS | | | |