UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: | JUDGE DUVAL |
| 07-4852 (Joseph Aguilar III v. Alea London Ltd.) | |
| 07-5112 (Susan Abadie v. Aegis Ins. Co.) | MAG. WILKINSON |
| 07-5199 (Rafael Acevedo v. AAA Ins.) | |
| 07-5205 (Chudd Abram v. AAA Ins.) | |
| 07-5208 (Rafael Acevedo v. AAA) | |

**JOINT MOTION SETTING DEADLINES FOR
SERVICE OF AND RESPONSE TO COMPLAINTS**

Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel hereby jointly submit the following motion for an order setting deadlines for the service of, and response to, the complaints filed in the above-captioned consolidated actions, on the following grounds:

1. The above-captioned actions are styled as mass and/or class actions involving thousands of individual plaintiffs.

2. Due to the sheer number of parties, many of the complaints have yet to be served on the Insurance Defendants through the Louisiana Secretary of State, or otherwise. Also, the Insurance Defendants are still working to ascertain which of the plaintiffs they insured, and then obtain copies of their claim files and policies.

3. In two of the above-captioned actions (Nos. 07-4852 and 07-5112), there are motions pending to administratively close the actions, which motions are scheduled to be heard on

October 31, 2007. Before those motions are resolved, it would be premature and inefficient for the Insurance Defendants to respond to the complaints in those actions.

    4.    In these circumstances, Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel agree upon and request that the Court adopt the following deadlines:

    a.    Service of the complaints in the above-captioned actions shall be effectuated on all the Insurance Defendants named therein no later than November 30, 2007.

    b.    Irrespective of the dates of service, the Insurance Defendants named in the above-captioned actions shall have up to and including January 18, 2008 in which to file and serve responses to the complaints.

Respectfully submitted,

s/Joseph M. Bruno
**Joseph M. Bruno, T.A., La. Bar # 3604**
**Liaison Counsel for Plaintiffs**
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504)581-1493
E-Mail:    jbruno@jbrunolaw.com

**and**

s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Liaison Counsel for Defendants**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:    rhubbard@lawla.com

3

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of October, 2007, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system.

                                        /s/ Joseph M. Bruno_____

                                        /s/ Ralph S. Hubbard_____

3