UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In Re:**

| | |
|---|---|
| **KATRINA CANAL BREACHES** | *CIVIL ACTION NO.: 05-4182 |
| **CONSOLIDATED LITIGATION** | * |
| **PERTAINS TO:   INSURANCE** | * |
| **GREG BASS NO. 07-3418** | * |
| | * **SECT.: (K) JUDGE DUVAL** |
| **VERSUS** | |
| **ALLSTATE INSURANCE COMPANY** | ***MAG.: (2) MAG. WILKINSON** |

*******************************************

### ORDER ON UNOPPOSED MOTION TO WITHDRAW RULE 56 (C) MOTION FOR SUMMARY JUDGMENT OF BEHALF OF ALLSTATE INSURANCE COMPANY

**CONSIDERING THE ABOVE AND FOREGOING MOTION,** the facts and law being in favor of the granting thereof,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Allstate Insurance Company be and is hereby withdrawn subject to it being refiled at a time when Allstate is in compliance with Case Management Order No. 4.

**THUS DONE AND SIGNED** in Chambers on this, the 24th day of October 2007 at New Orleans, Louisiana.

_____October_____
Honorable Stanwood Duval, Judge