**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 18, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: MRGO & LEVEE | NO. 05-4182 |
| | SECTION "K"(2) |

**MOTION** to exclude the report and testimony of Pltfs' putative Expert John A. Kilpatrick by Defts, Washington Group International, Inc., Orleans Levee District, Lake Borgne Basin Levee District, United States, filed 9/26/07, doc. 7992.

**MOTION** to exclude the class certification-related testimony of Michael W. Truax by Pltfs', filed 10/2/07, doc. 8116.

**MOTION** to exclude the report and testimony of Pltfs' putative Expert John A. Kilpatrick by Deft, Sewerage and Water Board of New Orleans, filed 10/3/07, doc. 8167.

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS: CATHY PEPPER AND TONI TUSA**

**APPEARANCES:** Joseph Bruno, Gerald Meunier, James P. Roy, Blayne Honeycutt, Gary Zwain, William Marple, Adrian Wager-Zito, William Treeby, Carmelite Bertaut, Hilliard Kelly, Richard M. Martin, Jr., Charles Lanier, Jr., & Sarah Ranier Kearney

Court begins at 8:55 a.m. Case called; all present and ready.
Oral argument by parties regarding docs 7992 and 8167.
Defts' witnesses, Kerry Dean Vandell (Expert), James Richardson (Expert), sworn and testified.
Pltfs' witness, John Kilpatrick by deposition.
Joint exhibits 1A, 1B, 1C (volume 1 and volume 2), Joint exhibit 2 offered and admitted.
Defts' exhibits 3 through 12, offered and admitted.
Oral argument by parties regarding doc. 8116.
Pltfs' witness, Michael Williams Truax, sworn and testified.
Pltfs' offer exhibits Truax 1 & 2, admitted.
These matters are SUBMITTED.
Court adjourned at 6:03 p.m.

JS-10 (7:08)

AO 187(Rev. 4/82)          EXHIBIT AND WITNESS LIST

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | VS. | DISTRICT COURT EASTERN DIST. OF LOUISIANA |
|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>See the minute entry in re: appearances | DEFENDANT'S ATTORNEY<br><br>See the minute entry in re: appearances | DOCKET NUMBER<br><br>CA 05-4182 "K"(2) |
| | | TRIAL DATE(S)<br><br>October 18, 2007 |
| PRESIDING JUDGE<br><br>STANWOOD R. DUVAL, JR. | COURT REPORTER<br><br>CATHY PEPPER & TONI TUSA | CASE MANAGER<br><br>SHEENA DEMAS |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| JNT 1A | | 10/18/07 | X | X | Volume I of deposition of John Kilpatrick, PH.D. on 8/13/07. |
| 1B | | " | X | X | Volume I of deposition of John Kilpatrick, PH.D. on August 13, 2007. (highlighted) |
| 1C | | " | X | X | DVD Volume 1 & 2 of deposition of John Kilpatrick, PH.D. |
| | 3 | " | X | X | Curriculum vitae of Expert Kerry Dean Vandell, August 2007 |
| | 4 | " | X | X | Resume of Expert James A. Richardson |
| | 5 | " | X | X | Map of City of N.O. income by neighborhood |
| | 6 | " | X | X | Map of City of N.O. poverty by neighborhood |
| | 7 | " | X | X | Map of City of N.O. renter occupied by neighborhood |
| | 8 | " | X | X | Map of City of N.O. mortgage pd above $1,000 by neighborhood |
| | 9 | " | X | X | Map of City of N.O. business units by neighborhood |
| | 10 | " | X | X | Map of City of N.O. employment by neighborhood |
| | 11 | " | X | X | Map of City of N.O. December 2006 resettlement patterns as a percentage of Pre-Katrina Activity by Census Block |
| | 12 | " | X | X | Map of City of N.O. Aug. 2007 resettlement patterns as a percentage of Pre-Katrina Activity by Census Block |
| Truax 1 | | " | X | X | Expert/Consulting Report of Michael W. Truax, MAI in re: various property valuation and damage assessment issues as a result of flooding associated with Hurricane Katrina August 28, 2007 |
| 2` | | " | X | X | Affidavit of Michael W. Truax, MAI |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.