UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | |
| | § | NO. 05-4182 |
| | § | |
| PERTAINS TO: BARGE | § | SECTION "K" (2) |
| | § | JUDGE DUVAL |
| FILED IN:   05-5531; 05-5724; 06-5342; | § | MAG. WILKINSON |
| 06-6299; 06-7516; 07-3500; | § | |
| 07-5178 | § | |

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days before the date set for hearing of the motion.  No memorandum in opposition to Plaintiff's Motion for Leave to File Sixth Supplemental and Amending Mumford Complaint, Record Doc. No. 8250, set for hearing on October 24, 2007 at 11:00 a.m. without oral argument, has been timely submitted.

However, two days ago, plaintiffs submitted an "Ex Parte Motion for Leave to Amend/Correct Sixth Supplemental and Amended Complaint." Record Doc. No. 8565. This motion indicates that the previous "Sixth Supplemental and Amended Complaint" contained errors of a substantive nature in describing the proposed class and seeks to

correct those errors. This latest motion fails to comply with either of Local Rules 7.2E or 7.6E. Under these circumstances, the first motion, Record Doc. No. 8250, which seeks leave to file an erroneous pleading, cannot be granted, and it is DENIED.

Because the second motion, Record Doc. No. 8565, fails to comply either with Local Rule 7.2E or 7.6E, it cannot be granted at this time either. Accordingly, IT IS ORDERED that any party who opposes plaintiffs' second "Motion for Leave to Amend/Correct Sixth Supplemental and Amended Complaint" must file its written opposition no later than October 30, 2007. Thereafter, the court will rule on the second motion without oral argument, assuming – of course – that plaintiffs do not change it again or have not made some additional mistake in asserting it.

Plaintiffs' interim class counsel and the Barge P.S.L.C. are hereby advised that the court has tired of these continuing mistakes and failures to comply with the applicable rules. They serve only to confuse an already difficult record.

New Orleans, Louisiana, this   24th   day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE