MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 25, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
           CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Reese, 06-4873           JUDGE DUVAL
                                                 MAG. WILKINSON

    A settlement conference was conducted in the captioned case on August 7, 2007 before the undersigned magistrate judge. After numerous follow-up discussions via telephone, the court has been advised by plaintiff's counsel that a settlement has been reached. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order in Reese v. Allstate Insurance Co., 06-4873.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR: **1 : 30**