UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Kirsch,* C.A. No. 07-3399 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion for Summary Judgment (Doc. 7735) filed by Allstate Insurance Company wherein it seeks to dismiss the instant case as being duplicative of *Lynda Lyons Kirsch v. Allstate Ins. Co.,* C.A. No. 07-3398 as the property named in that suit is the same property as the one named in the instant matter. The property is in reality one single property, a single duplex that bears two addresses: 6401 Curran Road and 7701 Mill Street. There having been no timely opposition to the motion filed and finding that the motion has merit in that this case is clearly duplicative of the lower filed suit,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 7735) filed by Allstate Insurance Company is **GRANTED** and judgment shall be entered in favor of Allstate Insurance Company and against Lynda Lyons Kirsch with each party to bear its/her own costs. Such adjudication shall have no bearing on the merits of the lower-numbered suit.

New Orleans, Louisiana, this  25th  day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE