UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Kirsch,* C.A. No. 07-3399 | SECTION "K"(2) |

## JUDGMENT

Considering the foregoing Order,

**IT IS ORDERED, DECREED AND ADJUDGED** that judgment shall be entered in favor of Allstate Insurance Company and against Lynda Lyons Kirsch with each party to bear its/her own costs.

New Orleans, Louisiana, this   25th day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE