UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN ABADIE, TOGETHER WITH ALL INDIVIDUALS AND ENTITIES WHOSE NAMES APPEAR ON THE ATTACHED EXHIBIT A, BOTH INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY-SITUATED | * * * * * * * | CIVIL ACTION<br><br>NUMBER:    07-5112<br><br>SECTION:   "K" |
| VERSUS | * * | MAGISTRATE   (2)<br><br>*ABADIE II* |
| AEGIS SECURITY INSURANCE COMPANY, ET. AL | * * | |

## ORDER

Considering the above and foregoing Motion for Order Administratively Closing *Abadie, et.al. V. Aegis Security Insurance Co., et. al (Abadie II)*, and there being no timely opposition filed,

**IT IS ORDERED** that the Plaintiffs' Motion for Order Administratively Closing *Abadie, et.al. V. Aegis Security Insurance Co., et. al (Abadie II)* be and hereby is **GRANTED**, thereby administratively closing this matter and reserving the option to move to re-open and sever individual claims in the event that it becomes apparent that continued negotiations of those individual claims will be unsuccessful.

New Orleans, Louisiana, this    25th    day of October, 2007.

UNITED STATES DISTRICT JUDGE