UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Proctor*, C.A. No. 07-3453 | SECTION "K"(2) |

## ORDER

Before the Court is a Motion for Summary Judgment (Doc. 8252) filed by Allstate Insurance Company ("Allstate") wherein it seeks dismissal of this matter based on the failure of plaintiff, Geraldine Proctor, to state a cause a of action against Allstate Insurance Company because it did not issue any policy of insurance to plaintiff.  There being no timely opposition to this motion filed, and the Court finding such motion to have merit,

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 8252) filed by Allstate Insurance Company is **GRANTED** and judgment shall be entered in favor of Allstate Insurance Company and against Geraldine Proctor.

New Orleans, Louisiana, this  25th  day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE