UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>LEVEE (HERTZ 909 POYDRAS, L.L.C.;<br>HERTZ TEXACO CENTER, L.L.C.; and<br>POYDRAS CENTER, L.L.C. v.<br>UNITED STATES OF AMERICA, ET AL.,<br>NO. 07-5361) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

Plaintiffs, Hertz 909 Poydras, L.L.C., Hertz Texaco Center, L.L.C., and Poydras Center, L.L.C., move this Court for an order substituting Peter L. Hilbert, Jr., of the firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., as counsel of record in place of Joshua S. Force in the above entitled and numbered cause.

Respectfully Submitted:

/s/ James M. Garner
JAMES M. GARNER, #19589, T.A.
RICHARD P. RICHTER, #01562
PETER L. HILBERT, JR. # 6875
JEFFREY D. KESSLER #30156
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
**ATTORNEYS FOR PLAINTIFFS, HERTZ 909 POYDRAS, L.L.C.; HERTZ TEXACO CENTER, L.L.C.; AND POYDRAS CENTER, L.L.C.**