UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO: *Norman*, C.A. No. 07-3450     SECTION "K"(2)

## JUDGMENT

Considering the foregoing Order,

**IT IS ORDERED, DECREED AND ADJUDGED** that judgment shall be entered in favor of Allstate Insurance Company and against Gerald Norman with each party to bear its/his own costs.

New Orleans, Louisiana, this 25th day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE