UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>LEVEE (DOMINION/NO CENTRE, L.L.C.;<br>AND NEVE YERUSHALAYIM<br>NEW ORLEANS HOLDINGS, L.L.C.<br>v. UNITED STATES OF AMERICA, ET AL.,<br>NO. 07-4984) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

IT IS HEREBY ORDERED that Peter L. Hilbert, Jr. of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., be and is hereby substituted and enrolled as counsel of record for Plaintiffs, Dominion/ NO Centre, L.L.C. and Neve Yerushalayim New Orleans Holdings, L.L.C., and that Joshua S. Force be and is hereby removed as counsel of record for said defendants.

New Orleans, Louisiana, this _____ day of October, 2007.

_____
JUDGE