**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  KATRINA CANAL BREACHES**      **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

      **NO. 05-4182 "K" (2)**

**PERTAINS TO:**      **JUDGE DUVAL**
**07-4852 (Joseph Aguilar III v. Alea London Ltd.)**
**07-5112 (Susan Abadie v. Aegis Ins. Co.)**      **MAG. WILKINSON**
**07-5199 (Rafael Acevedo v. AAA Ins.)**
**07-5205 (Chudd Abram v. AAA Ins.)**
**07-5208 (Rafael Acevedo v. AAA)**

---

## ORDER

---

Based on the foregoing, the Court finds there is good cause to GRANT the joint motion submitted by Plaintiffs' Liaison Counsel and Defendants Liaison Counsel, and hereby orders as follows:

1.      Service of the complaints filed in Civil Action Nos. 07-4852, 07-5112, 07-5199, 07-5205, and 07-5208 shall be effectuated on all of the Insurance Defendants named therein no later than November 30, 2007.

2.      Irrespective of the dates of service, the Insurance Defendants named in the above actions shall have up to and including January 18, 2008 in which to file and serve responses to the complaints.

New Orleans, Louisiana.

IT IS SO ORDERED.

Date: _____10/25/07_____

_____
Hon. Stanwood R. Duval, Jr.
United States District Court Judge

1