UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-8589) R&M GLYNN, INC. d/b/a AMY'S HALLMARK v. ALLSTATE INSURANCE COMPANY | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ALLSTATE'S MOTION TO COMPEL RESPONSES TO DISCOVERY

Defendant Allstate Insurance Company ("Allstate") submits this motion to compel plaintiff to provide responses their outstanding Interrogatories and Requests for Production of Documents. Plaintiff has not responded to, objected to, or requested an extension of time for responding to Allstate's discovery requests, which were served on June 19, 2007.

In accordance with Local Rule 37.1E, Allstate's counsel certifies that prior to filing this motion they have, in good faith, discussed this matter with counsel for plaintiff in an attempt to resolve this matter by agreement, but were unsuccessful.

WHEREFORE, Allstate respectfully requests that this Court grant Allstate's Motion to Compel plaintiff to respond to Allstate's discovery requests and forward costs and attorney's fees associated with this motion.

Respectfully submitted,

*[signature]*

GLENN B. ADAMS (2316)
MICHAEL W. COLLINS (29129)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
       mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this 25th day October, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding through CM/ECF, by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

*[signature]*

MICHAEL W. COLLINS