UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| _____ | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-8589) R&M GLYNN, INC. d/b/a AMY'S HALLMARK v. ALLSTATE INSURANCE COMPANY | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF ALLSTATE'S MOTION TO COMPEL

Defendant Allstate Insurance Company ("Allstate") respectfully moves this Court to compel plaintiff to respond to Allstate's First Set of Interrogatories and Requests for Production of Documents ("Discovery Requests").

Allstate propounded its Discovery Requests on plaintiff on June 19, 2007 (*See* Allstate's Discovery Requests, attached as Exhibit "A"). Pursuant to Federal Rules of Civil Procedure 33 and 34, plaintiff's responses to Allstate's Discovery Requests were due within thirty days of service, or around July 19, 2007. To date, well over four months from the date Allstate propounded discovery on plaintiff, Allstate has not received responses from plaintiff.

Allstate's counsel has sent letters to plaintiff's counsel seeking the discovery responses. Counsel for Allstate has attempted to resolve the discovery dispute through discussions with

opposing counsel, correspondence to opposing counsel, and by scheduling a conference pursuant to Rule 37 on October 3, 2007 at 2:30 p.m., at which time plaintiff counsel did not appear to discuss the matter. In addition, Allstate conferred with plaintiff counsel on or around October 8, 2007, at which time counsel mutually agreed to allow plaintiff to submit discovery responses to Allstate no later than October 18, 2007   (*See* Correspondence, attached as Exhibit "B"). Undersigned counsel conferred with plaintiff counsel on October 23, 2007, in good faith, to resolve this matter. To date, plaintiff has not produced complete responsive information to Allstate's discovery. As plaintiff has failed to timely respond to Allstate's discovery requests, plaintiff should be ordered to immediately respond to Allstate's outstanding discovery requests.

For the foregoing reasons, Allstate respectfully requests this Court order: 1) that plaintiff respond immediately and fully to Allstate's First Set of Interrogatories and Requests for Production of Documents; and 2) that plaintiff pay the costs and attorney's fees associated with this motion as allowed by the Federal Rules of Civil Procedure 37(a)(4).

Respectfully submitted,

GLENN B. ADAMS (2316)
MICHAEL W. COLLINS (29129)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
       mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this 25th day October, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding through CM/ECF, by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

_____
MICHAEL W. COLLINS