C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
HOY R. HUGHES
DEAN J. MANNING
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
ELEANOR W. WALL
EMILY S. MORRISON
MICHELE L. TROWBRIDGE

PLEASE REPLY TO:
NEW ORLEANS

EMAIL ADDRESS OF WRITER:
gadams@phjlaw.com

DIRECT DIAL OF WRITER:
(504) 412-6226

June 19, 2007

Lawrence J. Centola, III, Esq.
Martzell & Bickford
338 Lafayette Street
New Orleans, LA  70130

     Re:    R&M Glynn, Inc. d/b/a Amy's Hallmark v. Allstate Insurance Company
           USDC Eastern District No. 06-8589; Judge: R; Magistrate: 5
           File No.: 3570056

Dear Mr. Centola:

     Enclosed please find a copy of Allstate Insurance Company's First Set of Interrogatories and Requests for Production of Documents to Plaintiff, directed to your client, R&M Glynn, Inc. d/b/a Amy's Hallmark. Kindly provide responses to the discovery so that we might move this matter forward.

                           Sincerely,

                           GLENN B. ADAMS
                           MICHAEL W. COLLINS

GBA/MWC/bmg
Enclosures



EXHIBIT B

<div style="display: flex; justify-content: space-between;">

<div>
C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DeROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON


EMAIL ADDRESS OF WRITER
gadams@phjlaw.com

DIRECT DIAL OF WRITER:
(504) 412-6226
</div>

<div style="text-align: center;">

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

___

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

___

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

___

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900
</div>

<div style="text-align: right;">
WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
HOY R. HUGHES
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
ELEANOR W. WALL
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND


PLEASE REPLY TO:
NEW ORLEANS
</div>

</div>

September 26, 2007

<u>VIA FACSIMILE & U.S. MAIL: (504) 581-7635</u>
Lawrence J. Centola, III, Esq.
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

    Re: R&M Glynn, Inc. d/b/a Amy's Hallmark v. Allstate Insurance Company
       USDC Eastern District No. 06-8589
       USDC Eastern District Consolidated No. 05-4182; Section: K; Magistrate: 2
       Our File No.: 357.0056

Dear Mr. Centola:

  To avoid a Motion to Compel, please provide within the next two weeks:
    1. Responses to Allstate's first set of discovery;
    2. Date(s) to depose your clients; and
    3. Settlement demand.

  We are scheduling a Rule 37.1 Conference on October 3, 2007 at 2:30 p.m. You may attend by telephone if you initiate the call.

                  Sincerely,

                  GLENN B. ADAMS
                  MICHAEL W. COLLINS

GBA/MWC/bg

| | **PORTEOUS, HAINKEL AND JOHNSON, L.L.P.** | |
|---|---|---|
| C. GORDON JOHNSON, JR.<br>JAMES S. THOMPSON<br>MICHAEL K. FITZPATRICK<br>RALPH R. ALEXIS, III<br>ADRIANNE L. BAUMGARTNER<br>DAVID J. MITCHELL<br>JAMES R. CARTER<br>GLENN B. ADAMS<br>WM. RYAN ACOMB<br>FRED M. TROWBRIDGE, JR.<br>WILLIAM C. LOZES<br>PATRICK D. DEROUEN<br>CHARLES L. CHASSAIGNAC, IV<br>MICHAEL G. GEE<br>DAN RICHARD DORSEY<br>JAMES R. NIESET, JR.<br>JAMES E. JOHNSON<br>CHAUNTIS T. JENKINS<br>KATHLEEN E. SIMON | 704 CARONDELET STREET<br>NEW ORLEANS, LOUISIANA 70130-3774<br>TELEPHONE 504-581-3838<br>FACSIMILE 504-581-4069<br><br>WWW.PHJLAW.COM<br><br>408 N. COLUMBIA STREET<br>COVINGTON, LOUISIANA 70433-2920<br>TELEPHONE 985-893-4790<br>FACSIMILE 985-893-1392<br><br>211 WEST FIFTH STREET<br>THIBODAUX, LOUISIANA 70301-3199<br>TELEPHONE 985-446-8451<br>FACSIMILE 985-447-3004 | WILLIAM A. PORTEOUS, JR. (1899-1969)<br>F. CARTER JOHNSON, JR. (1905-1964)<br>JOHN J. HAINKEL, JR. (1938-2005)<br>WILLIAM A. PORTEOUS, III (1937-2006)<br><br>NANCY L. CROMARTIE<br>PATRICIA P. BARATTINI<br>LAURIE L. DeARMOND<br>NICHOLAS C. GRISTINA<br>BRYAN J. HAYDEL, JR.<br>CHAD J. PRIMEAUX<br>HOY R. HUGHES<br>MICHAEL W. COLLINS<br>ASHLEY G. SIMONEAUX<br>ELEANOR W. WALL<br>EMILY S. MORRISON<br>MICHELE L. TROWBRIDGE<br>GUY H. BUMPAS, IV<br>MICHAEL J. MADERE<br>HEATHER A. ENGLAND |
| EMAIL ADDRESS OF WRITER<br>gadams@phjlaw.com<br>mcollins@phjlaw.com<br><br>DIRECT DIAL OF WRITER:<br>(504) 412-6226 gadams<br>(504) 412-6268 mcollins | 343 THIRD STREET, SUITE 202<br>BATON ROUGE, LOUISIANA 70801-1309<br>TELEPHONE 225-383-8900<br>FACSIMILE 225-383-7900 | PLEASE REPLY TO:<br>**NEW ORLEANS** |

October 8, 2007

Mr. Lawrence J. Centola, III, Esquire
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130

   Re: R&M Glynn, Inc. d/b/a Amy's Hallmark v. Allstate Insurance Company
      USDC Eastern District No. 06-8589
      USDC Eastern District Consolidated No. 05-4182; Section: K; Magistrate: 2
      Our File No.: 357.0056

Dear Larry:

   Please allow this letter to confirm our discussion in which you extended a settlement offer of $100,000.00 to settle this matter. We have forwarded the same to our client.

   In addition, we agreed to allow you until October 18, 2007 to provide discovery responses prior to our filing a Motion to Compel the same. Please also provide dates on which we may depose your client, R & M Glynn, Inc. d/b/a Amy's Hallmark.

                Very truly yours,

                GLENN B. ADAMS
                MICHAEL W. COLLINS

GBA/MWC/drb