UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * * | JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-8589) R&M GLYNN, INC. d/b/a AMY'S HALLMARK v. ALLSTATE INSURANCE COMPANY | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE, that Defendant, Allstate Insurance Company, will bring its Motion to Compel before Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge for the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana on the 28th day of November at 11:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

GLENN B. ADAMS (2316)
MICHAEL W. COLLINS (29129)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this 25th day October, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding through CM/ECF, by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

MICHAEL W. COLLINS