UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K"(2)<br>*<br>* JUDGE DUVAL<br>* MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-8589)<br>R&M GLYNN, INC. d/b/a AMY'S HALLMARK v.<br>ALLSTATE INSURANCE COMPANY | *<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 37 CERTIFICATE

Undersigned counsel for Allstate Insurance Company ("Allstate") hereby certifies that in compliance with Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1E, counsel for Allstate has attempted to resolve the discovery dispute through correspondence to opposing counsel and by setting a Rule 37 conference with opposing counsel on October 3, 2007 at 2:30 p.m., at which time plaintiff counsel did not appear. Counsel for Allstate conferred with plaintiff counsel on numerous dates in October, and allowed additional time for plaintiff to respond to the discovery. To date, plaintiff has not responded to the discovery and counsel have been unable to resolve the discovery dispute.

Respectfully submitted,

_____
GLENN B. ADAMS (2316)
MICHAEL W. COLLINS (29129)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
       mcollins@phjlaw.com
Attorneys for Allstate Insurance Company

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have this 25th day October, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding through CM/ECF, by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

_____
MICHAEL W. COLLINS