UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROY GREENWOOD AND JUNE GREENWOOD** | **CIVIL ACTION NO.: 07-6194** |
| | **SECTION: "K" (2)** |
| **VERSUS** | |
| | **JUDGE:  HON.  DUVAL** |
| **HOMESITE INSURANCE CORPORATION** | **MAG: HON.  WILKINSON** |

**STIPULATION AND RENUNCIATION OF RIGHT TO ENFORCE JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, ROY GREENWOOD and JUNE GREENWOOD, who expressly stipulate that the amount in controversy in the captioned matter does not exceed $75,000.00 inclusive of all general and special damages, attorney's fees and penalties.  Plaintiffs also hereby renounce any right to enforce any judgment in the above captioned matter in an amount greater than $75,000.00 inclusive of all general and special damages, attorney's

-1-

fees and penalties, but exclusive of interest and costs.

                                        **Respectfully submitted,**

                                        */s/  J. Douglas Sunseri*

                                        _____
**J. DOUGLAS SUNSERI (#19173)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
**A Group of Professional Corporations**
3000 18th Street
Metairie, LA 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843

Attorneys for Plaintiffs, ROY GREENWOOD
and JUNE GREENWOOD

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                        */s/  J. Douglas Sunseri*

                                        _____
                                        J. DOUGLAS SUNSERI