**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| | § | |
| PERTAINS TO: ROAD HOME | § | |
| *Louisiana State C.A. No. 07-5528* | § | |
| _____ | § | |

## MOTION TO ENTER CASE MANAGEMENT ORDER

NOW INTO COURT, through undersigned counsel, comes the State of Louisiana which submits the attached Case Management Order #6 and Stipulated Confidentiality Agreement and Order pursuant to Document No.  7729  of the Docket for In Re: Katrina Canal Breaches Consolidated Litigation, C.A. #05-4182.

The State of Louisiana, through its attorneys, has conferred with several members of the defense bar including Defense Liaison Counsel Ralph Hubbard and Seth Schmeekle, and has conferred with other counsel representing various Insurance Company Defendants and there has been no opposition expressed to the attached CMO.  In fact, the CMO and the Confidentiality Agreement

1

have been drafted with input from opposing parties.

The State of Louisiana believes it is important to enter this CMO at this time to appoint Road Home leadership committees and to enter an order ensuring the confidentiality of personal information contained in Road Home recipient files maintained by the State, so that the State may begin to disseminate this personal information to the Insurance Company Defendants and to promote the resolution of claims relating to The Road Home Program.

WHEREFORE, The State of Louisiana respectfully requests that the Court enter CMO #6 and the Stipulated Confidentiality Agreement.

Respectfully Submitted:

THE STATE OF LOUISIANA

The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA  70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

    /s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA  70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW

2

135 Goodwill Plantation
Vacherie, LA  70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA  70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA  70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA  70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

AND

James P. Roy (No. 11511)
DOMENGEAUX    WRIGHT    ROY    &
EDWARDS L.L.C.

3

556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.:  337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the forgoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of

record in the captioned matter.

<u>      /s/   Calvin C. Fayard, Jr.   </u>
CALVIN C. FAYARD, JR.

4