UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: ROAD HOME<br>*Louisiana State C.A. No. 07-5528* | §<br>§<br>§ | |

## MEMORANDUM IN SUPPORT OF
## MOTION TO ENTER CASE MANAGEMENT ORDER

MAY IT PLEASE THE COURT:

The State of Louisiana moves the Court to enter Case Management Order #6 with an Attached Stipulated Confidentiality Agreement for the following reasons:

On September 18, 2007, the Court entered an Order providing that the Road Home case was consolidated into the umbrella of Hurricane Katrina-related litigation. In the Order, the Court stated that Case Management and Scheduling Order No. 6 would be entered in order to set forth the process by which this case would proceed. See Document No. 7729 of the Docket for In Re: Katrina Canal Breaches Consolidated Litigation, C.A. #05-4182.

1

The State of Louisiana, through its attorneys, has conferred with several members of the defense bar including Defense Liaison Counsel Ralph Hubbard, Seth Schmeekle, Judy Barrasso, Wayne Lee, and Chase Chassaignac. Through negotiations, the parties were able to confect the CMO at issue. Considering the number of insurance company defendants, however, the State of Louisiana was unable to garner approval from every defendant, though the CMO and the Confidentiality Agreement have been drafted with input from opposing parties.

The State of Louisiana submits that it is important to enter this CMO at this time to appoint Road Home leadership committees and to enter an order ensuring the confidentiality of personal information contained in Road Home recipient files maintained by the State, so that the State may begin to disseminate this personal information to the Insurance Company Defendants and to promote the resolution of claims relating to The Road Home Program.

Furthermore, in an effort to promote for judicial economy and manage this massive litigation, the State of Louisiana respectfully suggests that the Case Management Order is crucial.

## CONCLUSION

For the foregoing reasons, the State of Louisiana requests that the Court enter Case Management Order #6 and the Stipulated Confidentiality Agreement.

Respectfully Submitted:

THE STATE OF LOUISIANA

The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

   /s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

3

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

AND

James P. Roy (No. 11511)
DOMENGEAUX WRIGHT ROY & EDWARDS L.L.C.
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.: 337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

    /s/  Calvin C. Fayard, Jr.
    CALVIN C. FAYARD, JR.