**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| | § | |
| PERTAINS TO: ROAD HOME | § | |
| *Louisiana State* C.A. No. 07-5528 | § | |
| | § | |

<u>ATTACHMENT A TO CMO #6:</u>
<u>STIPULATED CONFIDENTIALITY AGREEMENT AND ORDER</u>
<u>FOR RECEIPT OF ROAD HOME APPLICANT AND RECIPIENT INFORMATION</u>

On August 23, 2007, the State of Louisiana, individually and on behalf of the State Of

Louisiana, Division Of Administration, Office Of Community Development ("the State"),

through the Honorable Charles C. Foti, Jr., the Attorney General for the State of Louisiana,

instituted in state court *The State of Louisiana, individually and on behalf of State of Louisiana,*

*Division of Administration, Office of Community Development ex rel The Honorable Charles C.*

*Foti, Jr. The Attorney General for the State of Louisiana v. AAA Insurance, et al.,* ("Road Home

Action") as a putative class action against the named Insurance Company Defendants for the

recovery of funds paid as part of the State's The Road Home Program and for declaratory and

injunctive relief, individually and on behalf of all past and present recipients of funds through The Road Home Program and all eligible and/or future recipients of funds through The Road Home Program (hereinafter referred to collectively as "Applicants and Recipients"). A list which the State represents to be a list of Applicants and Recipients who have received, or who may be eligible to receive, funds through The Road Home Program was filed under seal and attached as Exhibit "A" to the State's First Amended and Restated Class Action Petition for Damages and Declaratory and Injunctive Relief filed on August 29, 2007 ("First Amended Petition"). Insurance Company Defendants that were served with the First Amended Petition received a compact disc that purports to contain the Applicant and Recipient list, but the information and data therein are password protected. The State has subsequently agreed to create a separate list for each Insurance Company Defendant, each of which will contain what the State represents to be a list of only those Applicants and Recipients alleged by the State to be insured by such Insurance Company Defendant, or group of related Insurance Company Defendants

On September 11, 2007, the Road Home Action was removed to federal court and then transferred to this Section. The State has filed motions to remand the Road Home Action to state court, and the State enters this Stipulation without waiving any rights to challenge this Court's or any other federal court's jurisdiction over this matter.

**OBJECTIVE**

To facilitate the release of Personal Information and/or records relating to any Applicant or Recipient's personal, insurance, financial, etc. information collected and maintained by the State through The Road Home Program to the appropriate Insurance Company Defendant in the Road Home Action for its use for purposes of discovery, case evaluation, motions, and preparation for arbitration, mediation, settlement, and/or trial, as well as to facilitate resolution of

property insurance claims by Applicants and Recipients against such Insurance Company Defendant (whether or not such claims are in litigation), while ensuring the confidentiality of all Applicants and Recipients' personal records and information. "Personal Information" shall be defined and hereinafter include the following: names of Applicants and Recipients, social security numbers of Applicants and Recipients, addresses of Applicants and Recipients, any Applicants and Recipients' phone numbers and driver's license numbers, the amount of any Road Home payment to any Applicant or Recipient, insurers of Applicants and Recipients, policy and claim numbers of Applicants and Recipients, and payments made by insurers to Applicants and Recipients, any Road Home identification number, and any other information which the parties agree to exchange under the terms of this Stipulation.  This Stipulation and Order is intended to cover the information contained on Exhibit "A" to the State's First Amended Petition, and any other Personal Information provided by the State to the Insurance Company Defendants.  Personal Information means only that information that is specific to a particular Applicant or Recipient and does not include aggregate data contained on or compiled from Exhibit A (e.g., total number of Applicants and Recipients, total payments to Recipients), or aggregate subsets of data.

**STIPULATION**

Subject to approval by Court order, it is hereby stipulated and agreed by and between the respective parties hereto through their respective legal counsel or other authorized representative that any Applicant or Recipient's Personal Information contained in Exhibit "A" to the State's First Amended Petition, or otherwise, is confidential and shall be protected, and any password used to maintain the confidentiality of these records and information shall not be disseminated

except as provided herein. Therefore, the disclosure of this Personal Information shall be conducted pursuant to the following terms, restrictions and condition:

1. Each Applicant or Recipient's Personal Information shall be disclosed only to each counsel of record in the Road Home Action for the Insurance Company Defendant alleged to have insured such Recipient and to other individuals, including other attorneys, employees, agents, managing agents, independent adjusters, insurance company (or reinsurer) personnel (including in-house counsel), and retained experts, who are employed by, are under contract with, or who have been retained to assist such Insurance Company Defendant (or its reinsurers) and/or its counsel of record in the preparation for, and/or at the trial of the Road Home Action or any case in which an Applicant or Recipient is seeking property insurance benefits from such Insurance Company Defendant, and/or for purposes of discovery, case evaluation, and preparation for arbitration, mediation, or settlement of the Road Home Action, any case in which an Applicant or Recipient is seeking property insurance benefits from such Insurance Company Defendant, or any claim not in litigation for property insurance benefits from such Insurance Company Defendant. Consistent with the Objectives stated in the second paragraph of this document, an Applicant or Recipient's Personal Information may also be disclosed as reasonably necessary and/or required to arbitrators, mediators, the Court, authorized Court personnel, and to members of an empaneled jury in the Road Home Action, or any case in which an Applicant or Recipient is seeking property insurance benefits from such Insurance Company Defendant, or any claim not in litigation for property insurance benefits from such defendant, without notice. If an Insurance Company Defendant seeks to use an Applicant or Recipient's Personal Information for any other purpose not expressly contemplated by the Objectives stated in the second paragraph of this document, it must provide reasonable advance written notice to

the State, through designated private independent counsel, who serves as its designated representative for maintaining this Personal Information. Currently the designated representative is: N. Frank Elliot III, Ranier, Gayle & Elliot, L.L.C., 1419 Ryan Street, Lake Charles, LA 70601, Phone number: 337-494-7171, Facsimile number: 337-494-7218, and electronic mail: felliot@rgelaw.com.

2. As a condition for access and/or continued access to any Applicant or Recipient's Personal Information, all individuals and entities, including those identified in paragraph 1, other than arbitrators, mediators, empanelled jurors, the Court and its authorized personnel, shall be promptly informed of the provisions of this Stipulation and Order and shall promptly agree to be bound by the terms of this Stipulation and Order.

3. By executing this Stipulation and Order, counsel for any Insurance Company Defendant and all partners, associates, and employees of counsel's law firm shall be deemed to be bound by the terms of this Stipulation and Order. Any counsel who intends to disclose any Applicant or Recipient's Personal Information to anyone, who is not a partner, associate or an employee of counsel, shall promptly take steps to ensure that all persons intended to receive this Personal Information are informed of this requirement. Such counsel shall require that one person at each other law firm, Insurance Company Defendant, or other business or organization whose personnel will have access to Personal Information shall be responsible for maintaining the confidentiality of such Personal Information consistent with this Stipulation and Order within such law firm, Insurance Company Defendant, or other business or organization and shall execute a copy of the Stipulated Confidentiality Agreement ("Agreement"), a copy of which is attached hereto as Exhibit "A."

4.  Whenever a person executes the Agreement, counsel initiating the disclosure shall retain the original executed Agreement as part of the attorney's records of the Road Home Action.

5.  Consistent with the stated Objective of this Stipulation and Order, the counsel of record for each party hereto shall be responsible for employing reasonable measures to control the duplication of, access to, and distribution of copies of Personal Information received by such counsel relating to Applicants and Recipients alleged to have been insured by the Insurance Company Defendant(s) represented by such counsel. Persons or entities identified in Paragraph 1 who receive Personal Information pursuant to this Stipulation and Order shall not duplicate any Personal Information except (i) for use as working copies for themselves and/or their employees, (ii) for the purpose of submission to Court or use at deposition, consistent with paragraph 6, and/or (iii) for the purposes of confirming the insured status of any Applicants and Recipients alleged by the State to be insureds of a particular Insurance Company Defendant for use in connection with any property insurance claims by any such insureds (whether or not in litigation), including litigating or facilitating the resolution of any such claims. If any person or entity identified in Paragraph 1 who received Personal Information pursuant to this Stipulation and Order desires to duplicate any Personal Information other than for the purposes enumerated in this paragraph 5 and consistent with the Objective stated in the second paragraph of this document, then counsel of record shall inform the State's designated representative.

6.  Counsel for any party who obtains an Applicant or Recipient's Personal Information and intends in the Road Home Action or in any other case in which use is permitted to file such information with the Court or use it at deposition in such case shall clearly mark the documents and/or media as "CONFIDENTIAL AND SEALED VIA _____, 2007 ORDER OF

6

COURT". Furthermore, if Counsel for any party who obtains an Applicant or Recipient's Personal Information and intends to use such information for any other purposes not otherwise permitted herein, such Counsel shall contact the State's designated representative for written permission. Nothing herein shall preclude counsel for a party from disclosing aggregate information from the Personal Information in a way that does not disclose the Personal Information of any individual Applicant or Recipient. Furthermore, nothing contained herein shall be construed to limit the extent to which defense counsel of record may share information amongst themselves or with litigation consultants for purposes of joint defense of the litigation.

7. All Applicants and Recipients' Personal Information shall be used solely for the purpose of litigating and/or pursuing a settlement of the Road Home Action or in connection with any property insurance claim (whether or not in litigation) by an Applicant or Recipient against an Insurance Company Defendant. Any other use of an Applicant or Recipient's Personal Information obtained pursuant to this Stipulation and Order is prohibited.

8. Any person who receives any form of an Applicant or Recipient's Personal Information, including any writings and/or data compilations thereof, shall not reveal, discuss or transmit any such information with any other person or with any entity that is not entitled to receive such information under the terms of this Stipulation and Order, or as otherwise agreed to by counsel for an Insurance Company Defendant and the State, through its designated representative.

9. Nothing herein shall be deemed to affect any Applicant or Recipient's or the State's ability to seek relief from and/or prosecute any unlawful disclosure of any Applicant or Recipient's Personal Information which is protected by the terms of this Stipulation and Order.

7

10. All provisions of this Stipulation and Order restricting the use of any Applicant or Recipient's Personal Information shall continue to be binding after the conclusion of the Road Home Action, unless otherwise agreed by the parties or ordered by the Court.

11. Neither the termination of the Road Home Action nor the termination of employment of any person who has had access to any Applicant or Recipient's Personal Information or the contents thereof shall relieve any such person from the obligation of maintaining the confidentiality of such information.

12. Nothing contained herein shall prohibit the receipt or use of the same or similar information that may be obtained by legitimate and proper means independently of this Stipulation and Order, including from a source other than the State in the Road Home Action. This Stipulation and Order is only intended to cover information provided in the Road Home Action. Nor shall anything contained herein preclude an Applicant or Recipient from authorizing disclosure or use of Personal Information relating to him or her.

13. Nothing herein shall preclude counsel of record or an Insurance Company Defendant from contacting directly an Applicant or Recipient or, if represented, his or her counsel, to disclose and/or discuss any Personal Information relating to such Applicant or Recipient in connection with the Road Home Action or any property insurance claim by such Applicant or Recipient.

14. This Stipulation and Order may be modified by agreement of the parties or their legal counsel, or by order of Court.

15. Each Insurance Company Defendant shall be provided with access, through its counsel of record and in accordance with the terms of this Stipulation and Order, to Personal Information relating to Applicants and Recipients alleged by the State to be insured by such

Insurance Company Defendant, after (a) the Court has approved the Stipulation and Order, (b) counsel of record for such Insurance Company Defendant has signed and filed an agreement to the terms of this Stipulation and Order in a form similar to the attached, (c) a copy of the executed agreement is received by the State's designated representative, and (d) any and all copies of the compact disk marked Exhibit "A" to the State's First Amended Petition that were received by such Insurance Company Defendant are returned to the State's designated representative or are destroyed.

16.   Nothing herein shall be construed as an agreement by any Insurance Company Defendant as to the validity of any purported assignments of rights to the State or the validity of any claims asserted by the State or any putative class member or as a waiver of any defenses thereto.   Additionally, nothing herein shall be construed as an agreement by the State that any Insurance Company Defendant has fully and properly resolved or justly refused to resolve any claim, or as a waiver of any right or defense of the State to defend, pursue or prosecute any matter or claim against any Insurance Company Defendant related to any such alleged action, inaction, or breach.

17.   It is stipulated that no party is waiving or consenting to the jurisdiction of this Court or any other federal court by entering into this Stipulation.   In particular, the State enters this Stipulation with full reservation of its rights to seek remand of this action to state court.

Agreed to by:
THE STATE OF LOUISIANA,
Through the Honorable Charles C. Foti, Jr.,
Attorney General for the State of Louisiana
and through the State Designated Representative

_____        _October 25_____, 2007
N. Frank Elliot III
Ranier, Gayle & Elliot, L.L.C.

1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

and by Insurance Company Defendants, through their counsel of record, on separately executed

Agreements to this Stipulation and Order, which may be executed and filed either before or after

Court approval.

SO ORDERED:

_____          _____, 2007
Stanwood R. Duval, Jr.
United States District Judge


_____          _____, 2007
Joseph Wilkinson
United States Magistrate Judge

In Re: KATRINA CANAL BREACHES § CIVIL ACTION
 CONSOLIDATED LITIGATION § NO. 05-4182 "K"(2)
 § JUDGE DUVAL
 § MAG. WILKINSON
_____§
 §
 §
PERTAINS TO: ROAD HOME §
 Louisiana State C.A. No. 07-5528 §
_____§

## AGREEMENT BY INSURANCE COMPANY DEFENDANT TO STIPULATED CONFIDENTIALITY AGREEMENT AND ORDER FOR RECEIPT OF ROAD HOME APPLICANT AND RECIPIENT INFORMATION

The Insurance Company Defendant identified below, by its undersigned counsel of

record, hereby agrees to the terms of the Stipulated Confidentiality Agreement and Order for

Receipt of Road Home Applicant and Recipient Information.


Agreed to by:


_____     _____, 2007
[COUNSEL]

Counsel for [**Insurance Company Defendant**]

11

## EXHIBIT "A"
## STIPULATED CONFIDENTIALITY AGREEMENT
*In re: Katrina Canal Breaches Litigation*
Civil Action No. 05-4182 "K" (2)
Pertains to: Road Home
*Louisiana State*, Civil Action No. 07-5528,

United States District Court for the Eastern District of Louisiana

I have read and I understand the Stipulated Confidentiality Agreement and Order for Receipt of Road Home Applicant and Recipient Information ("Stipulation and Order") concerning the release of Applicant and Recipient Personal Information filed under seal in the above referenced proceedings entered into by the parties in the above-referenced litigation, to which a copy this Statement is attached. I hereby agree to be bound by all the terms, conditions, and restrictions imposed by this Stipulation and Order.

I will use the Personal Information disclosed to me solely in accordance with the terms of the Stipulation and Order.

I understand that my failure to comply with any and all terms, conditions and restrictions of the Stipulation and Order may subject me to adverse proceedings, including sanctions that may be imposed by a Court.

I hereby consent and agree to all terms of the Stipulation and Order and consent and agree to be bound by them.

_____
Address

_____
City, State and Zip Code

_____
Phone Number

_____
Signature and Date

_____
Print Name and Title

_____
Company Name

12