UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: ROAD HOME<br>*Louisiana State C.A. No. 07-5528* | | |

## NOTICE OF HEARING

TO: Ralph Hubbard
Lugenbuhl, Wheaton, Peck, Rankin, & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130

Judy Y. Barrasso
Edward R. Wicker, Jr.
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA  70112

Charles L. Chassaignac, IV
Porteous, Hainkel, & Johnson
343 3rd Street
Baton Rouge, LA 70801

1

PLEASE TAKE NOTICE that Plaintiff, the State of Louisiana, will bring its Motion to Enter Case Management Order No. 6 before the Honorable Magistrate Judge Joseph Wilkinson on Wednesday, November 14, 2007, at 9:30 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana or at such time as the Magistrate may set pursuant to a Motion for Expedited Hearing filed this date.

Respectfully submitted,

THE STATE OF LOUISIANA

The Honorable Charles C. Foti, Jr. (No. 5784)
ATTORNEY GENERAL,
STATE OF LOUISIANA
1885 North Third Street, 6th Floor
Baton Rouge, LA 70802
Ph.: 225-326-6040
Fax: 225-326-6097

AND

__/s/   Calvin C. Fayard, Jr.__
Calvin C. Fayard, Jr. (No. 5486)
FAYARD & HONEYCUTT, A.P.C.
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Ph.: 225-664-4193
Fax: 225-664-6925
Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM
A Limited Liability Company
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

AND

James P. Roy (No. 11511)
DOMENGEAUX WRIGHT ROY & EDWARDS L.L.C.
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Ph.: 337-233-3033
Fax: 337-232-8213
Email: jimr@wrightroy.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

/s/  Calvin C. Fayard, Jr.
CALVIN C. FAYARD, JR.