UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ROAD HOME *Louisiana State C.A. No. 07-5528* | | |

## MOTION FOR EXPEDITED HEARING REGARDING CASE MANAGEMENT ORDER #6

NOW INTO COURT, through undersigned counsel, comes the State of Louisiana which respectfully requests an expedited hearing on the Motion to Enter Case Management Order #6 and the Stipulated Confidentiality Agreement.

The State of Louisiana, through its attorneys, has conferred with several members of the defense bar including Ralph Hubbard, Seth Schmeekle, Wayne Lee, Judy Barrasso, and Chase Chassaignac. There has been no expressed opposition to the CMO or the Stipulated Confidentiality Agreement; however, due to the large number of defense counsel, it has not been possible to garner the approval from everyone. Thus, the State of Louisiana seeks to hold an expedited hearing on the

1

CMO and Confidentiality Agreement to allow any opposition to be heard, yet ensure that leadership committees and a confidentiality agreement may be established and approved by the Court to continued the advancement of claims relating to The Road Home Program.

Due to the nature of this litigation, there is a great deal of private, confidential information regarding Road Home applicants. The Confidentiality Agreement is necessary to protect the rights of citizens of this State. The State seeks expedited consideration of this matter so that the State may begin the expeditious dissemination of this voluminous information. Expedited consideration will permit safeguards to be set forth which will protect that information, yet permit the dissemination of personal information to further the resolution of claims relating to The Road Home Program.

WHEREFORE, The State of Louisiana respectfully requests that the Court enter CMO #6 and the Stipulated Confidentiality Agreement.

                Respectfully Submitted:

                THE STATE OF LOUISIANA

                The Honorable Charles C. Foti, Jr. (No. 5784)
                ATTORNEY GENERAL,
                STATE OF LOUISIANA
                1885 North Third Street, 6th Floor
                Baton Rouge, LA  70802
                Ph.: 225-326-6040
                Fax: 225-326-6097

                AND

                  /s/   Calvin C. Fayard, Jr.
                Calvin C. Fayard, Jr. (No. 5486)
                FAYARD & HONEYCUTT, A.P.C.
                519 Florida Avenue, S.W.
                Denham Springs, LA  70726
                Ph.: 225-664-4193
                Fax: 225-664-6925

Email: calvinfayard@fayardlaw.com

AND

Paul G. Aucoin (No. 2604)
PAUL G. AUCOIN, ATTORNEY AT LAW
135 Goodwill Plantation
Vacherie, LA 70090-5240
Ph.: 225-265-7906
Fax: 225-265-7906
Email: aucoinp@bellsouth.net

AND

Joseph J. McKernan (No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Ph.: 225-926-1234
Fax: 225-926-1202
Email: jemckernam@mckernanlawfirm.com

AND

Drew A. Ranier (No. 8320)
RANIER, GAYLE & ELLIOTT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph.: 337-494-7171
Fax: 337-494-7219
Email: drainer@rgelaw.com

AND

Frank C. Dudenhefer, Jr. (No. 5117)
THE DUDENHEFER LAW FIRM, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Ph.: 504-525-2553
Fax: 504-523-2508
Email: FCDLaw@aol.com

AND

>James P. Roy (No. 11511)
>DOMENGEAUX WRIGHT ROY & EDWARDS L.L.C.
>556 Jefferson Street, Suite 500
>P. O. Box 3668
>Lafayette, LA 70502-3668
>Ph.: 337-233-3033
>Fax: 337-232-8213
>Email: jimr@wrightroy.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record in the captioned matter.

>/s/   Calvin C. Fayard, Jr.
>CALVIN C. FAYARD, JR.