# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> PERTAINS TO: ROAD HOME § <br> *Louisiana State C.A. No. 07-5528* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## PROPOSED ORDER

**CONSIDERING** the foregoing Motion for Expedited Hearing on the Motion to Enter Case Management Order No. 6 and the Stipulated Confidentiality Agreement:

**IT IS HEREBY ORDERED** that the Motion is _____, and that an expedited hearing on the Motion to Enter Case Management Order No. 6 and the Stipulated Confidentiality Agreement shall commence on the _____ day of _____, 2007 at _____ a.m/p.m before the Honorable Magistrate Judge Wilkinson.

_____
MAGISTRATE JUDGE WILKINSON