UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br><br>PERTAINS TO: ROAD HOME<br>    Louisiana State C.A. No. 07-5528<br>* * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>SECTION:  K<br><br>MAGISTRATE: 2 |

## NOTICE OF CORPORATE DISCLOSURE

Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.  Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation.  (The remaining 0.1289% is owned by ZGA US Limited.)  Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss corporation.  Zurich Group Holding is owned 43% by Allied Zurich p.l.c and 57% by Zurich Financial Services.  Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services.  Zurich Financial Services is the only

publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Respectfully submitted,

/s/ Richard E. King

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Zurich American Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of October, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Richard E. King

**RICHARD E. KING**