UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| BARGE:  NO. 07-3500 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

### PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS "LATE" AND OUT OF TIME

**COME NOW,** plaintiffs in Civil Action No. 07-3500, appearing through undersigned counsel, and upon suggesting to the Court that it was only by accident, this afternoon, that counsel became aware of the Government's Motion to Dismiss the above-styled and numbered cause (Record Document No. 8364), which had eluded him previously and, accordingly, moves This Honorable Court for leave to file the attached Memorandum in Opposition to the Government's Motion to Dismiss "late" and out of time.

        Respectfully submitted,

        LAW OFFICES OF
        ASHTON R. O'DWYER, JR.
        **Counsel for Plaintiffs**

        By:   **S/Ashton R. O'Dwyer, Jr.**
                Ashton R. O'Dwyer, Jr.

-2-

                                       Bar No. 10166
                                       821 Baronne Street
                                       New Orleans, LA 70113
                                       Tel. 504-679-6166
                                       Fax. 504-581-4336

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 25th day of October 2007.

                                                  S/Ashton R. O'Dwyer, Jr.