# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES    *
    CONSOLIDATED LITIGATION    *

              *

PERTAINS TO:             *
BARGE:  NO. 07-3500       *

              *

              *

* * * * * * * * * * * * * * * * * * * *

CIVIL ACTION NO. 05-4182

SECTION "K"

MAGISTRATE (2)

JUDGE DUVAL
MAGISTRATE WILKINSON

## NOTICE OF MANUAL ATTACHMENT

The following exhibits of plaintiffs' Fifth Circuit Briefs are attached:

1. Appellants' Brief in Case No. 06-30705 filed on November 27, 2006;

2. Appellants' Reply Brief in Case No. 06-30705 filed on February 15, 2007;

3. Appellants' Brief in Case No. 07-30273 filed on August 1, 2007;  and

4. Appellants' Reply Brief in Case No. 07-30273 filed on October 24, 2007.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By:    S/Ashton R. O'Dwyer, Jr.
        Ashton R. O'Dwyer, Jr.
        Bar No. 10166
        821 Baronne Street
        New Orleans, LA 70113
        Tel. 504-679-6166
        Fax. 504-581-4336

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 25th day of October 2007.

S/Ashton R. O'Dwyer, Jr.