UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| BARGE: NO. 07-3500 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering plaintiffs' Ex Parte Motion for Leave to File Memorandum in Opposition to the Government's Motion to Dimiss "late" and out of time, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs in Civil Action No. 07-3500 be and they are hereby **GRANTED** leave of Court to file a Memorandum in Opposition to the Government's Motion to Dismiss (Record Document No. 8364) late and out of time.

_____
**J U D G E**