## LIST OF PARTIES REMAINING IN THE CASE

<u>Plaintiffs</u>
Gerry Call
Ivory and Shirley Chopin
Dale and Marlene Cooney
George and Una Dicket
Lucien and Margaret Fleming
Douglas Levy, Jr.
Orin Mangar
John T. Meehan, Executor for Nancy and Robert Meehan
Lanita Patrick
Louvenia Pierce
James Robinson
Christine Snyder
Milton and Virgie Stevenson
Donald and Jerry Ann Veals

<u>Defendant</u>
Allstate Insurance Company

EXHIBIT "A"