**CT** CORPORATION
A WoltersKluwer Company

*[handwritten: C A T Ivory + Shirley Chopin 5113535981]*

**Service of Process Transmittal**
09/20/2007
CT Log Number 512608607

**TO:** Pam Broyard
Allstate Insurance Company
SE LA Liability/Casualty MCO, 3900 No. Causeway Boulevard
Suite 400
Metairie, LA 70002-

*Steve Lihosit*
*SEP 2 4 2007*
*Received*

**RE:** **Process Served in Louisiana**

**FOR:** ALLSTATE INSURANCE COMPANY (Domestic State: IL)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

**TITLE OF ACTION:** Gerry Call, et al. Pltfs. vs. Allstate Insurance Company, Dft.

**DOCUMENT(S) SERVED:** Letter, Citation, Petition, Request for Notice

**COURT/AGENCY:** 24th Judicial District Court, Parish of Jefferson, LA
Case # 648687

**NATURE OF ACTION:** Insurance Litigation - Policy benefits claimed for property damage as a result of the 2005 Hurricane Season

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Baton Rouge, LA

**DATE AND HOUR OF SERVICE:** By Certified Mail on 09/18/2007 postmarked on 09/17/2007

**APPEARANCE OR ANSWER DUE:** Within 15 days after the service hereof

**ATTORNEY(S) / SENDER(S):** Stuart T. Barasch
Hurricane Legal Center
1100 Poydras St.
Ste 2900
New Orleans, LA 70163
504-525-1944

**ACTION ITEMS:** SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790832699522
Email Notification, Patti Gariti pgarq@allstate.com

**SIGNED:** C T Corporation System
**PER:** Parrish Madonia
**ADDRESS:** 8550 United Plaza Boulevard
Baton Rouge, LA 70809
**TELEPHONE:** 225-922-4490

*SUIT RECEIVED*
*SEP 21 2007*

Page 1 of 1 / PM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT "C"

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

9/17/07

ALLSTATE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA  70809

SUIT NO: 648687
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

GERRY CALL, ETAL
vs
ALLSTATE INS. CO, ETAL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

```
Served on: JAY DARDENNE              Date:   9/14/07 at  3:00 PM
Served by: J. BROWN                  Title: DEPUTY SHERIFF
===========================================================================
Received    Number      Date      Paid By                 Amount
CHECK/M.O.  1166        8/17/07   HURRICAN LEGAL CENTE    25.00

HB
===========================================================================
```

# NO. 663688



**DIV. O**
JUDGE
ROSS P. LaDART

(101) Citation: ISS PET FOR DAMAGES/REQUEST FOR NOTICE;      070824-5658-8

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

GERRY CALL, IVORY CHOPIN, SHIRLEY CHOPIN, DALE
COONEY, MARLENE COONEY, UNA DICKET, GEORGE
DICKET, LUCIEN FLEMING, MARGARET FLEMING,
DOUGLAS LEVY JR, ORIN MANGAR, JOHN T MEEHAN,
NANCY MEEHAN, ROBERT MEEHAN, LANITA PATRICK,       Case: 648-687    Div: "O"
LOUVENIA PIERCE, JAMES ROBINSON, CHRISTINE         P 1 GERRY CALL
SNYDER, MILTON STEVENSON, VIRGIE STEVENSON,
DONALD VEALS, JERRY ANN VEAL
  versus
ALLSTATE INSURANCE COMPANY

To: ALLSTATE INSURANCE COMPANY
THRU THEIR AGENT FOR SERVICE OF PROCESS           SS#1166 $25.00
THRU LOUISIANA SECRETARY OF STATE                 EBR#1167 $27.92
BATON ROUGE LA 70809

SERVED ON
JAY DARDENNE
SEP 17 2007
SECRETARY OF STATE
COMMERCIAL DIVISION

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR
DAMAGES/REQUEST FOR NOTICE of which a true and correct copy accompanies this citation, or
make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and
for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the
service hereof, under penalty of default.

This service was requested by attorney STUART T. BARASCH and was issued by the Clerk Of Court
on the 24th day of August, 2007.

_____
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISS PET FOR DAMAGES/REQUEST FOR NOTICE;      070824-5658-8

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of
_____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish
in the hands of _____, a person of suitable age and discretion
residing in said domicile and whose name and other facts connected with this service, I learned by
interrogating the said person, said party herein being absent from his residence at the time of said
service.

RETURNED: Parish of _____ this _____ day of _____, _____.

SERVICE: $ _____      BY: _____
MILEAGE: $ _____          Deputy Sheriff
TOTAL: $ _____