UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO.:  05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:  INSURANCE | * <br> * | |
| SHANE AND SHARON ANSARDI, ET AL., | * <br> * | |
| Plaintiffs, | * <br> * | CIVIL ACTION<br>NO.:  07-5767 |
| VERSUS | * <br> * | |
| ALLSTATE INSURANCE COMPANY, | * <br> * | |
| Defendant. | * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ALLSTATE INSURANCE COMPANY'S NOTICE
COMPLYING WITH THE COURT'S REMOVAL ORDER**

Pursuant to the Court's September 25, 2007 Order, the removing party, Defendant Allstate Insurance Company ("Allstate"), files this Notice providing the information requested by the Court. Attached as Exhibit A is a list of all parties still remaining in the case. Exhibit B contains a copy of all pleadings filed in the state court. Attached as Exhibit C is a copy of the return of service of process served on Allstate.

1

Respectfully submitted,

*/s/ Arthur J. Lentini*

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing have been served upon all counsel of record by First Class Mail on the 25th day of October, 2007.

*/s/ Arthur J. Lentini*

Arthur J. Lentini

2