## LIST OF PARTIES REMAINING IN THE CASE

<u>Plaintiffs</u>
Shane and Sharon Ansardi
Grady and Cheryl Bell
Michael and Mary Benfatti
Josie Bourgeois
Donald Brossette
Craig Bruno
Paul and Mattie Dantoni
Adam Fried, Jr.
Alicia Gilmore
Thais and Anthony M. Graffeo, Sr.
Jerry and Kristi Horowitz
Clayton and Carrie Juan
Stephen and Agnes Letuile
Elaine McCartney
Sinclair and Julie Mixon, Jr.
Michael and Josephine Netto
Pamela Nicosia
Randal and Audrey Penney
Ralph Pitre by Marilyn St. Amant
Dominick Puipuro
David and Christine Richards
Jack and Lorraine Roux, Jr.
Karl and Carol Scheuermann
Tonya Seager
Joseph J. Serpas, Jr.
Thomas and Paddy Thibodeaux
Lisa Williams
LeRoy and Carolyn Williams

<u>Defendant</u>
Allstate Insurance Company

EXHIBIT "A"