# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
9/19/07
(225) 922-0415

ALLSTATE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA  70809

SUIT NO: 109825
34TH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD

SHANE AND SHARON ANSARDI ET AL
vs
ALLSTATE INS CO

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date:   9/18/07 at  3:00 PM
Served by: J BROWN               Title: DEPUTY SHERIFF

================================================================================
Received    Number      Date      Paid By                 Amount
CHECK/M.O.  68504       8/23/07   ST. BERNARD PRSH COC    25.00

JN
================================================================================

# NO. 664170



# EXHIBIT "C"

# CITATION

SHANE AND SHARON ANSARDI; GRADY AND
CHERYL BELL, MICHAEL AND MARY BENFATTI;
JOSIE BOURGEOIS; DONALD BROSSETTE;
CRAIG BRUNO; PAUL AND MATTIE DANTONI;
ADAM FRIED, JR.; ALICIA GILMORE; THAIS
AND ANTHONY M. GRAFFEO, SR.; JERRY AND
KRISTI HOROWITZ; CLAYTON AND CARRIE
JUAN; STEPHEN AND AGNES LETUILE; ELAINE
MCCARTNEY; SINCLAIR AND JULIE MIXON,
JR.; MICHAEL AND JOSEPHINE NETTO;
PAMELA NICOSIA; RANDAL AND AUDREY
PENNEY; RALPH PITRE BY MARILYN ST.
AMANT; DOMINICK PUIPURO; DAVID AND
CHRISTINE RICHARDS; JACK AND LORRAINE
ROUX, JR.; KARL AND CAROL SCHEURMANN;
TONYA SEAGER; JOSEPH J. SERPAS, JR.;
THOMAS AND PADDY THIBODEAUX; LISA
WILLIAMS; LEROY AND CAROLYN WILLIAMS
Versus

ALLSTATE INSURANCE COMPANY

Case: **109-825**

SERVED ON JAY DARDENNE

SEP 18 2007

SECRETARY OF STATE
COMMERCIAL DIVISION

Division: A

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

---

TO: ALLSTATE INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE
HONORABLE JAY DARDENNE
P.O. BOX 94125
BATON ROUGE, LA

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 21ST day of AUGUST, 2007.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _Carol Corcoran_
Deputy Clerk

CC/P1

(S) Carol Corcoran

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ on
_____ on _____ at _____ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

_____
Sheriff