MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 24, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ROAD HOME, <u>Louisiana State</u>, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

At counsel's request, the court conducted a telephone conference today with Seth Schmeeckle, representing defendants; and Wanda Edwards and Frank Elliot, representing plaintiffs. Counsel advised the court that they have prepared agreed-upon case management and protective orders, but counsel for all individual parties may require an opportunity to register any opposition. Counsel were instructed to file a motion and notice it for hearing before me in accordance with the Local Rules.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0 : 10**