UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES          *     CIVIL ACTION
        CONSOLIDATED LITIGATION       *     NO.:  05-4182 "K" (2)
                                        *     JUDGE DUVAL
                                        *     MAG. WILKINSON
                                        *

                                        *
PERTAINS TO:  INSURANCE                  *
                                        *
ALVIN AND ALBERTA ALEXANDER,            *
ET AL.,                                 *
                                        *     CIVIL ACTION
                    Plaintiffs,        *     NO.:  07-5768
                                        *
VERSUS                                  *
                                        *
ALLSTATE INSURANCE COMPANY,             *
                                        *
                    Defendant.        *
** * * * * * * * * * * * * * * * * * * * * * * * * * *

## ALLSTATE INSURANCE COMPANY'S NOTICE
## COMPLYING WITH THE COURT'S REMOVAL ORDER

Pursuant to the Court's September 25, 2007 Order, the removing party, Defendant Allstate Insurance Company ("Allstate"), files this Notice providing the information requested by the Court.  Attached as Exhibit A is a list of all parties still remaining in the case.  Exhibit B contains a copy of all pleadings filed in the state court.  Attached as Exhibit C is a copy of the return of service of process served on Allstate.

Respectfully submitted,

*/s/ Arthur J. Lentini*

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

**Attorneys for Allstate Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing have been served upon all counsel of record by First Class Mail on the 25th day of October, 2007.

*/s/ Arthur J. Lentini*

Arthur J. Lentini