## LIST OF PARTIES REMAINING IN THE CASE

Plaintiffs
Alvin and Alberta Alexander
Gwendolyn Brinston
Joseph and Rose Carriere
Mark and Sunchong Dernovsek
Martin J. and Clara B. Earl
James Foucha
Reginald and Deana Howard
Richard and Earin Mrozinski
John Peters
Ronald and Miki Pichon
Nevada Robinson
Michael and Nakia Sorina
Eva Torrance
William and Pamela Young, Jr.

Defendant
Allstate Insurance Company

EXHIBIT "A"