# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
9/07/07
(225) 922-0415

ALLSTATE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA  70809

SUIT NO: 200714054
22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY

ALVIN ALEXANDER ET AL
vs
ALLSTATE INSURANCE CO

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

                                        Yours very truly,

                                        JAY DARDENNE
                                        Secretary of State

Served on: JAY DARDENNE           Date:   9/06/07 at  3:00 PM
Served by: J BROWN                Title: DEPUTY SHERIFF

```
===========================================================================
Received    Number      Date      Paid By                    Amount
CHECK/M.O.  81268       8/22/07   ST. TAMMANY PRSH COC       25.00

EC
===========================================================================
```

# NO. 662372



# EXHIBIT "C"

**SERVE**

| | |
|---|---|
| ALVIN ALEXANDER, ET AL | No.   2007-14054 A |
| Versus | **22ⁿᵈ Judicial District Court** <br> **Parish of St. Tammany** |
| ALLSTATE INSURANCE COMPANY | **Louisiana** |

TO THE DEFENDANT    ALLSTATE INSURANCE COMPANY, THROUGH THEIR AGENT FOR SERVICE

OF PROCESS: SECRETARY OF STATE, STATE OF LOUISIANA, BATON ROUGE, LA

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22ⁿᵈ Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    20ᵀᴴ    day of    AUGUST    A.D. 20    07

**SERVED ON JAY DARDENNE**

**SEP 0 6 2007**

**SECRETARY OF STATE COMMERCIAL DIVISION**

ISSUED: 8/22/07

*Malise Prieto*, CLERK OF COURT    **A TRUE COPY**

BY:    S/KRISTINA M. KEMP

*Kristina M. Kemp*
DY. CLERK 22nd JUD. DIST. COURT
DEPARTMENT OF THE COURT

ATTORNEY    STUART T BARASCH    P01

1100 POYDRAS STREET SUITE 2900

NEW ORLEANS LOUISIANA 70163

Received on _____, 20 _____, and on the _____ day of _____, 20 _____,

I served a true copy of the within _____

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____
Deputy Sheriff

Parish of _____

K-101    101-15