UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| MICHAEL AND VICKIE KRAMER; NORMAN PALAZZO, | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO.: 07-5960 |
| VERSUS | * * | |
| ALLSTATE INSURANCE COMPANY, | * * | |
| Defendant. | * | |

**ALLSTATE INSURANCE COMPANY'S NOTICE
COMPLYING WITH THE COURT'S REMOVAL ORDER**

Pursuant to the Court's September 25, 2007 Order, the removing party, Defendant Allstate Insurance Company ("Allstate"), files this Notice providing the information requested by the Court. Attached as Exhibit A is a list of all parties still remaining in the case. Exhibit B contains a copy of all pleadings filed in the state court. Attached as Exhibit C is a copy of the return of service of process served on Allstate.

1

Respectfully submitted,

/s/ Arthur J. Lentini

Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(504) 456-5809 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing have been served upon all counsel of record by First Class Mail on the 25th day of October, 2007.

/s/ Arthur J. Lentini

Arthur J. Lentini