## LIST OF PARTIES REMAINING IN THE CASE

Plaintiffs
Michael and Vickie Kramer
Norman Palazzo

Defendant
Allstate Insurance Company

EXHIBIT "A"