# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
9/11/07
(225) 922-0415

ALLSTATE INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA  70809

SUIT NO: 55058
25TH JUDICIAL DISTRICT COURT
PARISH OF PLAQUEMINES

MICHAEL PALAZZO ET AL
vs
ALLSTATE INS CO

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding.  If you received this document in error, please
return it to the above address with a letter of explanation.

                              Yours very truly,

                              JAY DARDENNE
                              Secretary of State

Served on: JAY DARDENNE            Date:   9/10/07 at  3:00 PM
Served by: J BROWN                 Title: DEPUTY SHERIFF

================================================================================
Received    Number       Date       Paid By                    Amount
CHECK/M.O.  1171         8/17/07    HURRICANE LEGAL CENT       25.00

EC
================================================================================

# NO. 662743



# EXHIBIT "C"

## CITATION

**FOR SERVICE**

**MICHAEL PALAZZO ET AL**

Versus

**ALLSTATE INSURANCE CO**



Case: **00055058**
Division: **B**
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

---

To: ALLSTATE INSURANCE CO
THROUGH THEIR AGENT FOR SERVICE OF PROCESS
SECRETARY OF STATE
STATE OF LOUISIANA
BATON ROUGE LA

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, August 23, 2007.

Req. By:
STUART BARASCH
(504)525 1944

SERVED ON
JAY DARDENNE
SEP 1 0 2007
SECRETARY OF STATE
COMMERCIAL DIVISION

*[signature]*

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                              By: _____
Mileage    $_____           Deputy Sheriff

Total       $_____

[ ORIGINAL ]