**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO MR GO, | § | |
| *Bowley* (07-4271) | § | |
| _____ | § | |

**EX PARTE CONSENT MOTION FOR EXTENSION OF TIME**

Defendant United States hereby moves for an extension of time within which to answer or otherwise plead to plaintiffs' Complaint pursuant to Local Rule 7.9E.

The answer deadline in this case is October 26, 2007. Undersigned counsel for defendant respectfully request an additional twenty days until November 15, 2007 to answer or otherwise respond.  Counsel certify that legal counsel for Clint Bowley has been consulted and expresses no opposition to the requested extension.  This request is not made for any improper purpose, but out of a genuine need for more time.

1

**WHEREFORE**, defendant United States respectfully requests that an extension of time from October 26, 2007, up to and including November 15, 2007, be granted to answer or otherwise respond. A proposed Order is attached to this motion.

Respectfully submitted,

PETER KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch


 /s/ Richard R. Stone
RICHARD R. STONE
Senior Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888,  Benjamin Franklin Station
Washington, DC  20044
(202) 616-4291//(202) 616-5200 (FAX)

Attorneys for the United States of America

Dated: October 26, 2007

## CERTIFICATE OF SERVICE

I, Richard R. Stone, hereby certify that on October 26, 2007, I served a true copy of Defendant United States' Ex Parte Consent Motion upon all parties by ECF.

                                       /s/ Richard R. Stone
                                       RICHARD R. STONE