MINUTE ENTRY
DUVAL, J.
October 24, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO: LEVEE, MRGO, BARGE                 SECTION "K"(2)

Attending a status conference held this day concerning a Motion were:

Joseph Bruno
Ralph Hubbard
Brian Gilbert
John Aldock
Derrick Walker
Bill Treeby
Robin Smith

The status conference was called by the Court to discuss with counsel MR-GO and LEVEE PSLCS' Joint Motion to Modify Case Management and Scheduling Order No. 4, as Amended, to Defer Class Action Certification Proceedings (Doc. 8603). The Court noted its concerns: 1) that there has already been an extensive expenditure for the hearing which is scheduled to commence on November 5, 2007; 2) that this motion is late-filed; but 3) that postponing the certification hearing until the motion practice (Rule 12 and Rule 56 motions) has been completed might make for a more cogent, streamlined proceeding, or could conceivably result in making such a hearing moot.

In addition, the Court noted that it was re-thinking the relationship between the BARGE category of the umbrella and MRGO, as the classes sought to be certified in these two matters are coterminous and perhaps should be heard in one proceeding. Accordingly,

**IT IS ORDERED** that any opposition to the Motion to Modify Case Management and Scheduling Order No. 4 (Doc. 8603) must be filed no later than **5:00 p.m. on Friday, October 26, 2007.**

**IT IS FURTHER ORDERED** that such memorandum shall also include any argument counsel may have for opposing the adjudication of the third-party claim of Lafarge against the United States with the adjudication of the MRGO claims.

JS-10: 1 HOUR

jsj2