UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

10/25/07

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

PERTAINS TO: LEVEE & MRGO

---

### ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that MRGO and Levee PSLCS' Motion for Expedited Hearing of the MRGO and Levee PSLCS' Joint Motion to Modify Case Management Order No. 4, As Amended, to Defer Class Action Certification Proceedings Motion be and hereby is **GRANTED**,

New Orleans, Louisiana, this   25th   day of October, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

A Telephonic Status Conference was set for October 24, 2007 at 3:30 p.m. Briefing was ordered by a subsequent Minute Entry. This motion will be taken on the papers.