# United States District Court

_____ DISTRICT OF _____

CLINT BOWLEY, ET AL

SUMMONS IN A CIVIL CASE

V.

THE UNITED STATES OF AMERICA
DEPARTMENT OF THE ARMY
CORPS OF ENGINEERS

CASE NUMBER: 07-4271

SECT. K   MAG. 2

**07-4271**

**SECT. K MAG. 2**

TO: (Name and address of defendant)

United States of America
C/o U.S. Attorney Jim Letten
500 Poydras St.
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wallace Kent Porter
3808 Clearview Pkwy.
Metairie, LA 70006

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

B. Gregory
(BY) DEPUTY CLERK

AUG 22 2007

DATE

_ Fee _____
_ Process _____
X Dktd _____
_ CtRmDep _____
_ Doc. No. _____

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | AUGUST 27, 2007 |
| NAME OF SERVER (PRINT) | TITLE |
| WALLACE KENT PORTER | ATTORNEY FOR PLAINTIFFS |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 500 POYDRAS ST., NEW ORLEANS, LA 70130 VIA CERTIFIED MAIL ACT # 7002 0510 0000 9220 7560

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): SEE ATTACHED CERTIFIED MAIL GREEN CARD

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/20/07
              Date

Signature of Server

3808 CLEARVIEW PKWY., METAIRIE, LA 70006

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY JIM LETTEN
500 POYDRAS ST.
NEW ORLEANS, LA 70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  S. DeJean     [ ] Agent  [ ] Addressee

B. Received By (Printed Name):  S. DeJean

C. Date of Delivery:

D. Is delivery address different from item 1?  [ ] Yes  [ ] No
If YES, enter delivery address below:

3. Service Type
[X] Certified Mail       [ ] Express Mail
[ ] Registered           [ ] Return Receipt for Merchandise
[ ] Insured Mail         [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)  [ ] Yes

2. Article Number (Transfer from service label):  7002 0510 0000 9220 7560

PS Form 3811, August 2001      Domestic Return Receipt       102595-02-M-1035