# United States District Court

_____ DISTRICT OF _____

CLINT BOWLEY, ET AL

**SUMMONS IN A CIVIL CASE**

V.

The United States of America
Dept. of The Army
Corps of Engineers

CASE NUMBER: 07-4271

Sect. K Mag. 2

**07-4271**

**SECT. K MAG. 2**

TO: (Name and address of defendant)

United States
c/o Attorney General
Alberto Gonzales Esq
950 Pennsylvania Ave.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wallace Kent Porter
3808 Clearview Pkwy.
Metairie, LA 70006

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

B. Gregory
(BY) DEPUTY CLERK

DATE AUG 22 2007

Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2007 OCT 23 AM 11: 47
LORETTA G. WHYTE CLERK

RETURN

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | AUGUST 29, 2007 |
| NAME OF SERVER (PRINT) | TITLE |
| WALLACE KENT PORTER | ATTORNEY FOR PLAINTIFFS |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 950 PENNSYLVANIA AVE, NW. WASHINGTON, DC 20530 VIA CERTIFIED MAIL # 7002 0510 0000 9220 7553

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): SEE ATTACHED/ENCLOSED GREEN CARD.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  OCTOBER 20, 2007
Date

Signature of Server

3808 CLEARVIEW PKWY.
METAIRIE, LA 70006

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY GENERAL A GONZALES
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garnett Parks_  [ ] Agent  [ ] Addressee

B. Received by (Printed Name)  C. Date of Delivery
AUG 29 2007

D. Is delivery address different from item 1?  [ ] Yes
   If YES, enter delivery address below:  [ ] No

3. Service Type
[X] Certified Mail   [ ] Express Mail
[ ] Registered       [ ] Return Receipt for Merchandise
[ ] Insured Mail     [ ] C.O.D.

4. Restricted Delivery? (Extra Fee)   [ ] Yes

2. Article Number
(Transfer from service label)    7002 0510 0000 9220 7553

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035