# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Marguerite Abrahms, et al

V.

The United States of America,
Department of the Army, Corps of
Engineers

**RETURN**

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-4386

Sec. "K" Mag. 2

consolidated with 05-4182

TO: (Name and address of Defendant)

Peter D. Keisler, Acting Attorney General
U. S. Department of Justice, 950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA  70112

[FILED 2007 OCT 24 PM 3:35 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    OCT - 4 2007

CLERK                                                DATE

B. Gregory

(By) DEPUTY CLERK

___ Fee
_X_ Process
___ Dktd
___ O/RmDep
___ Doc. No

| Service of the Summons and complaint was made by me[1] | DATE | |
|---|---|---|
| NAME OF SERVER (PRINT) Modesta Brown | TITLE Soc | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Cert Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/23/07
Date

Signature of Server: Modesta Brown

Address of Server: 823 St. Louis St. NOLA 70113

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 9.60

Sent To: Peter Keisler
Street, Apt. No.; or PO Box No. 950 Pennsylvania
City, State, ZIP+4 Washington DC 20530

PS Form 3800, August 2006

7006 3450 0001 5381 5969

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Peter D. Keisler
Acting Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Garnett Parker
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: OCT 1 0 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0001 5381 5969

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540