# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

**RETURN**

Marguerite Abrahms, et al

V.

The United States of America,
Department of the Army, Corps of
Engineers

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-5044
Sec. "K" Mag. 2

Consolidated with 05-4182

TO: (Name and address of Defendant)

Peter D. Keisler, Acting Attorney General
U. S. Department of Justice, 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darleen M. Jacobs
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA 70112

*FILED 2007 OCT 24 PM 3:34 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA*

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(By) DEPUTY CLERK

DATE   OCT - 4 2007

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

Service of the Summons and complaint was made by me

NAME OF SERVER (PRINT) Modesta A. Brown  TITLE Secretary

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Cert. Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/07       Modesta Brown
              Date              Signature of Server

              833 H. Laws, NOLa 70112
              Address of Server

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $  $4.60
Certified Fee   $2.45
Return Receipt Fee (Endorsement Required)  $2.15
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $  $9.40   10/04/2007

Sent To: Peter L. Keisler
Street, Apt. No.; or PO Box No. 950 Pennsylvania
City, State, ZIP+4: Washington DC 20530

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Peter D. Keisler
   Acting Attorney General
   U.S. Dept. of Justice
   950 Pennsylvania Ave NW
   Washington, DC 20530

2. Article Number: 7006 3450 0001 5381 5952

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name): _____  C. Date of Delivery: OCT 10 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540