UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES           CIVIL ACTION
        CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K" (2)

PERTAINS TO: ROAD HOME, <u>Louisiana State</u>, 07-5528     JUDGE DUVAL
                                        MAG. WILKINSON

## ORDER

Considering the foregoing Motion for Expedited Hearing on the Motion to Enter Case Management Order No. 6 and the Stipulated Confidentiality Agreement, Record Doc. No. 8647,

**IT IS HEREBY ORDERED** that the Motion to Enter Case Management Order No. 6 and the Stipulated Confidentiality Agreement, Record Doc. No. 8646, will be determined on an expedited basis without oral argument. Written opposition to the motion, including objections or suggested modifications to the proposed orders, must be filed no later than **November 1, 2007**.

New Orleans, Louisiana, this  26th  day of October, 2007.

JOSEPH C. WILKINSON, JR
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**