

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES   * | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION. | | |
| | * | SECTION "K" |
| PERTAINS TO: | * | JUDGE DUVAL |
| LEVEE (07-4903) | | |
| *    *    *    *    *    *    * | | MAG. 2 (WILKINSON) |

### RETURN OF SUMMONS EXECUTED

STATE OF LOUISIANA

PARISH OF ORLEANS

**BEFORE ME**, the undersigned authority, duly commissioned, qualified and sworn in and for the state and parish aforesaid, personally came and appeared,

**PAULA H. STEELE**,

who after being by me first duly sworn did depose and say that:

I served a copy of the attached Summons and Complaint upon Jim Letten, United States Attorney, U.S. Department of Justice, Eastern District of Louisiana, 500 Poydras Street, Second Floor, New Orleans, Louisiana 70130-3319, which service was accepted by Tammy Falcone on September 28, 2007.

_____
PAULA H. STEELE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17th DAY OF
OCTOBER, 2007.

_____
FRANK A. MILANESE (#1961)
NOTARY PUBLIC
My commission is for life.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No.____
```

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

Return

Karen G. Milanese, wife of/and
Frank A. Milanese

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The United States of America,
   Department of the Army,
   Corps of Engineers

**07-4903**

**SECT. K  MAG. 2**

TO: (Name and address of defendant)

Jim Letten
United States Attorney
U.S. Department of Justice,
Eastern District of Louisiana
500 Poydras Street, 2nd Floor
New Orleans, LA 70130-3319

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRANK A. MILANESE
FRANK A. MILANESE, PLC
650 Poydras Street
Suite 2617
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                        AUG 2 8 2007

CLERK                                                   DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE on September 28, 2007 |
| Name of SERVER (PRINT) Paula H. Steele | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: 500 Poydras Street, New Orleans, LA 70130 upon Tammy Falcone,

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/4/07
Date

Signature of Server: Paula H. Steele

Address of Server: 650 Poydras St, New Orleans, La 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.