

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION. | * | SECTION "K" |
| PERTAINS TO: | * | JUDGE DUVAL |
| LEVEE (07-4903) | | |
| * * * * * * * | | MAG. 2 (WILKINSON) |

### RETURN OF SUMMONS EXECUTED

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

      **BEFORE ME**, the undersigned authority, duly commissioned, qualified and sworn in and for the state and parish aforesaid, personally came and appeared,

**PAULA H. STEELE,**

who after being by me first duly sworn did depose and say that:

      I mailed a copy of the attached Summons and Complaint to United States Army Corps of Engineers, 7400 Leake Avenue, New Orleans, Louisiana, by placing same in the United States mail, certified return receipt requested, bearing Certified Mail No. 7001 0320 0005 6159 0810, and said receipt being returned to us marked received on or about October 9, 2007. (See attached.)

                                                 _____
                                                 PAULA H. STEELE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17th DAY OF
OCTOBER, 2007.

_____
FRANK A. MILANESE (#1961)
NOTARY PUBLIC
My commission is for life.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# United States District Court

## EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| KAREN G. MILANESE, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 07-4903 "K" (3) |
| UNITED STATES ARMY CORPS OF ENGINEERS | |

TO: (Name and address of defendant)

United States Army Corps of Engineers

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank Anthony Milanese
Frank Anthony Milanese, PLC
650 Poydras St.
Suite 2617
New Orleans, LA 70130-6101

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                           August 28, 2007
Clerk                                       Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE October 4, 2007 |
| NAME OF SERVER (PRINT) Paula H. Steele | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail via U.S. Postal Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 4, 2007
Date

Signature of Server: Paula H. Steele

Address of Server: 650 Poydras St
New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) / B. Date of Delivery: 10-9-07<br>C. Signature: X S. C Miller  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>U.S. Army Corps of Engineers<br>7400 Leake Ave.<br>New Orleans, LA<br>70118 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 0320 0005 6159 0810 |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424