

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION. | * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K" |
| PERTAINS TO: LEVEE (07-4902) | * | JUDGE DUVAL |
| * * * * * * * | | MAG. 2 (WILKINSON) |

### RETURN OF SUMMONS EXECUTED

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

      **BEFORE ME**, the undersigned authority, duly commissioned, qualified and sworn in and for the state and parish aforesaid, personally came and appeared,

**PAULA H. STEELE,**

who after being by me first duly sworn did depose and say that:

      I served a copy of the attached Summons and Complaint upon Jim Letten, United States Attorney, U.S. Department of Justice, Eastern District of Louisiana, 500 Poydras Street, Second Floor, New Orleans, Louisiana 70130-3319, which service was accepted by Tammy Falcone on September 28, 2007.

                                                         */s/ Paula H. Steele*

                                                           **PAULA H. STEELE**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF
OCTOBER, 2007

_____
**FRANK A. MILANESE** (#1961)
**NOTARY PUBLIC**
My commission is for life.

```
___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.
```

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

Return

Bhola Dhume, individually,
and as Manager of
Cosmos Enterprises, LLC;
and Prabha Dhume,
wife of Bhola Dhume

V.

The United States of America,
Department of the Army,
Corps of Engineers

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07-4902**

**SECT. K MAG. 2**

TO: (Name and address of defendant)

Jim Letten
United States Attorney
U.S. Department of Justice,
Eastern District of Louisiana
500 Poydras Street, 2nd Floor
New Orleans, LA 70130-3319

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRANK A. MILANESE
FRANK A. MILANESE, PLC
650 Poydras Street
Suite 2617
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

AUG 28 2007
DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: On September 28, 2007

Name of SERVER (PRINT): Paula H. Steele

TITLE:

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 500 Poydras Street, New Orleans, LA 70130   upon Tammy Falcone.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/07
Date

Signature of Server: Paula H. Steele

Address of Server: 650 Poydras St, New Orleans, La 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.