**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| | * | |
| **PERTAINS TO:** | * | **MAGISTRATE (2)** |
| **BARGE:  NO. 07-3500** | * | |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE WILKINSON** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering plaintiffs' Ex Parte Motion for Leave to File Memorandum in Opposition to the Government's Motion to Dimiss "late" and out of time, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs in Civil Action No. 07-3500 be and they are hereby **GRANTED** leave of Court to file a Memorandum in Opposition to the Government's Motion to Dismiss (Record Document No. 8364) late and out of time.

New Orleans, Louisiana, this  26th day of October, 2007.

_____
**J U D G E**