UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| BARGE:  NO. 07-3500 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

The following exhibits of plaintiffs' Fifth Circuit Briefs are attached:

1. Appellants' Brief in Case No. 06-30705 filed on November 27, 2006;

2. Appellants' Reply Brief in Case No. 06-30705 filed on February 15, 2007;

3. Appellants' Brief in Case No. 07-30273 filed on August 1, 2007;  and

4. Appellants' Reply Brief in Case No. 07-30273 filed on October 24, 2007.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:   S/Ashton R. O'Dwyer, Jr.
        Ashton R. O'Dwyer, Jr.
        **Bar No. 10166
        821 Baronne Street
        New Orleans, LA 70113
        Tel. 504-679-6166
        Fax. 504-581-4336**

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 25th day of October 2007.

                                                        S/Ashton R. O'Dwyer, Jr.