UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br>ALL INSURANCE CASES | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THE INSURANCE DEFENDANTS' JOINT MOTION TO: (1) MODIFY THE COURT'S MAY 1, 2006 CONSOLIDATION ORDER; AND (2) DECONSOLIDATE AND/OR SEVER CASES WITHIN THE INSURANCE UMBRELLA

In accordance with Local Rule 7.5E, Defendant State Farm Fire and Casualty Company ("State Farm") respectfully moves for leave to file the attached Reply Memorandum in support of the Insurance Defendants' Joint Motion to (1) Modify the Court's May 1, 2006 Consolidation Order; and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella ("Motion to Deconsolidate"), and in response to the Opposition to the Motion to Deconsolidate filed by the Plaintiffs' Subgroup Litigation Committee-Insurance ("Insurance Plaintiffs"). State Farm requests the leave in order to briefly address the Insurance Plaintiffs' arguments raised in their opposition memorandum. This reply brief will further assist the Court in analyzing the pertinent issues in this matter.

897130v.1

- 2 -

**WHEREFORE,** State Farm Fire and Casualty Company prays that its motion be granted and the attached Reply Memorandum be filed of record in the above-captioned proceeding.

Dated:  October 26, 2007

                                                                Respectfully submitted,

                                                                */s/ Wayne J. Lee*

Charles L. Chassaignac, IV, 20746,              Wayne J. Lee, 7916
 cchassaignac@phjlaw.com                         wlee@stonepigman.com
            Of                                                              Of
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.    STONE PIGMAN WALTHER WITTMANN L.L.C.
343 Third Street, Suite 202                       546 Carondelet Street
Baton Rouge, LA  70801-1309                 New Orleans, LA  70130-3588
Phone:  (225) 383-8900                            Phone:  (504) 581-3200
Facsimile:  (225) 383-7900                       Fax:  (504) 581-3361

Attorneys for State Farm Fire and Casualty Company

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing State Farm Fire and Casualty Company's Motion for Leave to File Reply Memorandum in Support of the Insurance Defendants' Joint Motion to 1) Modify the Court's May 1, 2006, Consolidation Order; and (2) Deconsolidate and/or Sever Cases Within the Insurance Umbrella has been served upon all counsel of record by electronic notice from the Court's CM/ECF system, this 26th day of October, 2007.

                                              */s/ Wayne J. Lee*

897130v.1