IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**U.S. COURT OF APPEALS**
**FILED**

No. 07-30119

AUG 27 2007

CHARLES R. FULBRUGE III
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION

RICHARD VANDERBROOK; MARY JANE SILVA; JAMES CAPELLA; MADELINE GRENIER, misidentified as Sophia Granier; JACK CAPELLA, as the Executor of the Succession of Lilian Capella; GREGORY JACKSON; PETER ASCANI, III; ROBERT G HARVEY, SR

    Plaintiffs - Appellees-Cross-Appellants

v.

UNITRIN PREFERRED INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

---

No. 07-30139

KELLY A HUMPHREYS

    Plaintiff - Appellee-Cross-Appellant

v.

ENCOMPASS INDEMNITY COMPANY

    Defendant - Appellant-Cross-Appellee

---

XAVIER UNIVERSITY OF LOUISIANA

    Plaintiff - Appellee

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

    Defendant - Appellant


EXHIBIT A

```
------------------------------------------------------------
```

GLADYS CHEHARDY; DANIEL FONTANEZ; JACQUELYN FONTANEZ; LARRY FORSTER; GLENDY FORSTER; ET AL

    Plaintiffs - Appellees-Cross-Appellants

v.

ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; AMERICAN INSURANCE COMPANY; AEGIS SECURITY INSURANCE COMPANY; LAFAYETTE INSURANCE COMPANY; LIBERTY MUTUAL FIRE INSURANCE COMPANY; AAA HOMEOWNERS AUTO CLUB FAMILY INSURANCE COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; LEXINGTON INSURANCE COMPANY; ENCOMPASS INSURANCE COMPANY OF AMERICA; GREAT NORTHERN INSURANCE COMPANY; HANOVER INSURANCE COMPANY; STANDARD FIRE INSURANCE COMPANY

    Defendants - Appellants

STATE FARM FIRE AND CASUALTY COMPANY

    Defendant - Cross-Appellee

```
------------------------------------------------------------
```

    Appeals from the United States District Court for the
        Eastern District of Louisiana, New Orleans

```
------------------------------------------------------------
```

O R D E R :

    IT IS ORDERED that the motions of Appellee Xavier University of Louisiana and Appellees Daniel Fontanez, Jacquelyn Fontanez, Larry Forster, Glendy Forster, Gladys Chehardy, Et Al for a stay of the mandate pending Louisiana Fourth Circuit Court of Appeal's and Louisiana Supreme Court's rulings in Sher v. Lafayette Insurance Company is *denied*.

                                      /s/ Carolyn Dineen King
                              CAROLYN DINEEN KING
                              UNITED STATES CIRCUIT JUDGE

MOT-21