UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § THIS DOCUMENT RELATES TO: § Insurance § § No. 06-5164, *Abadie et al., v Aegis Security* § *Insurance Co., et al.* § _____§ | CIVIL ACTION NO.: 05-4182  SECTION "K"  MAGISTRATE (2) |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, who wish to voluntarily dismiss the claims against Bankers Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff(s) respectfully request(s) that this Court reopen this case with respect to defendant Bankers Insurance Company for the sole purpose of addressing this motion, thereby allowing plaintiff(s) to voluntarily dismiss the claims against Bankers Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, Plaintiffs. prays that the Court reopen this case with respect to defendant Bankers Insurance Company for the sole purpose of addressing this motion, thereby allowing plaintiff(s) to voluntarily dismiss her claims against Bankers Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:   /s/ Joseph M. Bruno
JOSEPH M. BRUNO (# 3604)
L. SCOTT JOANEN (# 21431)
The Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 26th day of September, 2007.

  /s/ Joseph M. Bruno
Joseph M. Bruno