UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| PERTAINS TO: BARGE and MRGO | * * * | NO. 05-4182 and consolidated cases |
| | * * * | SECTION "K" (2) |
| | * * | JUDGE STANWOOD R. DUVAL, JR. |
| *Parfait Family v. USA*       07-3500 | * * * | MAG. JOSEPH C. WILKINSON, JR. |

## EX PARTE MOTION FOR LEAVE TO SEVER AND RECONSOLIDATE, and TO AMEND CLASS ACTION COMPLAINTS ACCORDINGLY

NOW COME The Parfait Family, et al, through undersigned counsel, and the BARGE Plaintiff Subgroup Litigation Committee, who respectfully move the Court for an Order granting leave to sever causes of action asserted in The Parfait Family v. USA, et al, No. 07-3500, such that (1) class action claims therein alleging negligence and other fault concerning the mooring, movement and care of ING 4727 as the alleged cause of breaches of the eastern Industrial Canal floodwall shall remain pending under the BARGE group umbrella as Civil Action 07-3500, and shall be subject to CMO Nos. 4 and 5, and all other applicable orders and proceedings in the consolidated litigation, while (2) class action claims in 07-3500 alleging faulty design, construction and maintenance of the eastern Industrial Canal floodwall and related projects, and alleging faulty design, construction and maintenance of the MRGO and related projects, shall be severed and resonsolidated under the

MRGO umbrella, without prejudice as to any remaining prescriptive, statute of limitations or laches periods as of the original date on which 07-3500 was filed, and shall be subject to CMO No. 4 and all other applicable orders and proceedings in the consolidated litigation. Mover attaches proposed class action complaints intended to effect the said amendment, severance and reconsolidation, and additionally moves for leave to file same as per this motion.

It is so moved.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

_____
ASHTON R. O'DWYER, JR (#10166)
821 Baronne Street
New Orleans, Louisiana 70113
Tel: 504/581-6180
Fax: 504/581-4336

And

**BARGE Plaintiff Subgroup Litigation Committee**

**WIEDEMANN & WIEDEMANN**

_____
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

**LAW OFFICE OF BRIAN A. GILBERT**

_____
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

And

_____
PATRICK J. SANDERS
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via electronic mail, and/or via facsimile, and/or via ECF upload, this 26 day of October, 2007.

_____