## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 |
| PERTAINS TO: BARGE and MRGO | * and consolidated cases * * SECTION "K" (2) * * * JUDGE * STANWOOD R. DUVAL, JR. * |
| *Parfait Family v. USA*    07-3500 | * MAG. * JOSEPH C. WILKINSON, JR. * |

## ORDER

Considering The Parfait Family, et al's, and The BARGE P.S.L.C.'s, Ex Parte Motion for Leave to Sever and Reconsolidate, and to Amend Class Action Complaints Accordingly, it is hereby ordered that the motion be and is hereby granted.

It is further ordered that causes of action asserted in The Parfait Family v. USA, et al, No. 07-3500, shall be severed and reconsolidated by virtue of the two amending complaints proposed by The Parfait Family, such that (1) class action claims therein alleging negligence and other fault concerning the mooring, movement and care of ING 4727 as the alleged cause of breaches of the eastern Industrial Canal floodwall shall remain pending under the BARGE group umbrella as Civil Action 07-3500, and shall be subject to CMO Nos. 4 and 5, and all other applicable orders and proceedings in the consolidated litigation, while (2) class action claims in 07-3500 alleging faulty

design, construction and maintenance of the eastern Industrial Canal floodwall and related projects, and alleging faulty design, construction and maintenance of the MRGO and related projects, shall be severed and resonsolidated under the MRGO umbrella, without prejudice as to any remaining prescriptive, statute of limitations or laches periods as of the original date on which 07-3500 was filed, and shall be subject to CMO No. 4 and all other applicable orders and proceedings in the consolidated litigation.

It is further ordered that leave is hereby granted to file the said amended complaints by The Parfait Family, and that the Clerk of Court assign a separate civil action case number for all administrative, statistical and docketing purposes to the claims severed into the MRGO litigation group umbrella.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via United States Mail, first class postage prepaid and properly addressed, and/or via electronic mail, and/or via facsimile, and/or via ECF upload, this 26 day of October, 2007.

_____