UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 and consolidated cases |
| | * * | SECTION "K"  (2) |
| PERTAINS TO:  BARGE, LEVEE, MRGO | * * * * | JUDGE STANWOOD R. DUVAL, JR. MAG. JOSEPH C. WILKINSON, JR. |

*******************************************

### EX PARTE MOTION FOR LEAVE TO EXCEED L.R. 7.8.1E PAGE LENGTH LIMITATION

Now comes BARGE PSLC counsel, who respectfully move for leave to file a Memorandum of 14 pages in opposition to the **MRGO and LEVEE PSLCS' Motion to Modify Case Management Order No. 4, As Amended, to Defer Class Action Certification Proceedings**. Movers agree with and abide by the Court's admonition against expansive, prolix narrative. However, fair and adequate expression of the BARGE Plaintiffs' contentions required for the Court's analysis mandate these few excess pages (much of which are caption and signatures).

RESPECTFULLY SUBMITTED,

BARGE P.S.L.C.

WIEDEMANN & WIEDEMANN

/s/Lawrence D. Wiedemann
**LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)**

                                      **KAREN WIEDEMANN, (21151)**
                                      821 Baronne Street
                                      New Orleans, Louisiana 70113
                                      Telephone: (504) 581-6180
                                      Attorneys for Plaintiffs


**LAW OFFICE OF BRIAN A. GILBERT**


                                      /s/Brian A. Gilbert
                                      **BRIAN A. GILBERT (21297)**
                                      821 Baronne Street
                                      New Orleans, Louisiana 70113
                                      Telephone: (504) 885-7700
                                      Attorney for Plaintiffs


                                      /s/Patrick J. Sanders
                                      **PATRICK J. SANDERS (18741)**
                                      Attorney at Law
                                      3316 Ridgelake Drive
                                      Metairie, Louisiana 70002
                                      Telephone: (504) 834-0646
                                      Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

     **I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 23 day of October, 2007.


                                        /s/Brian A. Gilbert
                                      **BRIAN A. GILBERT**