UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>ALL INSURANCE CASES | JUDGE DUVAL<br>MAG. WILKINSON |

*EX PARTE* MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM IN SUPPORT OF INSURANCE DEFENDANTS'
MOTION TO: (1) MODIFY THE COURT'S MAY 1, 2006
CONSOLIDATION ORDER; AND (2) DECONSOLIDATE AND/OR
SEVER CASES WITHIN INSURANCE UMBRELLA

**NOW INTO COURT,** through undersigned counsel, comes Insurer Defendants Liaison Counsel and files this *Ex Parte* Motion for Leave to File Reply Memorandum in Support of its Motion to (1) Modify the Court's May 1, 2006 Consolidation Order and (2) Deconsolidate and/or Sever Cases within Insurance Umbrella.  Insurer Defendants Liaison Counsel avers that this Reply Memorandum is necessary to clarify significant inaccuracies in Plaintiffs' response brief.

**WHEREFORE**, Insurer Defendants Liaison Counsel pray that this Honorable Court issue an Order permitting it leave to file the Reply Memorandum in Support of its Motion to (1) Modify the Court's May 1, 2006 Consolidation Order and (2) Deconsolidate and/or Sever Cases within Insurance Umbrella attached hereto.

Respectfully submitted,

/s/Ralph S. Hubbard
**Ralph S. Hubbard, III, T.A., La. Bar #7040**
**Insurer Defendants' Liaison Counsel**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:  rhubbard@lawla.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 26th day of October 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to All Known Counsel of Record by operation of the Court's electronic filing system and/or U.S. mail.

/s/ Ralph S. Hubbard
Ralph S. Hubbard