UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ALL LEVEE | § | |
| ALL MRGO | § | |
| _____ | § | |

NOTICE OF PRODUCTION

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States opened a Review and Select facility in New Orleans for the inspection of paper documents, pursuant to its Document Production Protocol. The following documents were selected by Plaintiffs for production in the manner specified in the United States Document Production Protocol:

AIN-017-000000258 to AIN-017-000000260;
AIN-017-000000337 to AIN-017-000000339;
AIN-017-000000345 to AIN-017-000000346;
AIN-017-000000374 to AIN-017-000000375;

| | | |
|---|---|---|
| AIN-017-000000431 | to | AIN-017-000000470; |
| AIN-017-000000484 | to | AIN-017-000000487; |
| AIN-137-000000017 | to | AIN-137-000000029; |
| AIN-137-000000036 | to | AIN-137-000000054; |
| AIN-137-000000676 | to | AIN-137-000000763; |
| AIN-137-000000804 | to | AIN-137-000000813; |
| NED-025-000000018 | to | NED-025-000000018; |
| NED-025-000002163 | to | NED-025-000002170; |
| NED-081-000001500 | to | NED-081-000001521; |
| NED-081-000003227 | to | NED-081-000003269; |
| NED-141-000000149 | to | NED-141-000000160; |
| NED-141-000000163 | to | NED-141-000000181; |
| NED-141-000000193 | to | NED-141-000000223; |
| NED-141-000000230 | to | NED-141-000000236; |
| NED-141-000000240 | to | NED-141-000000241; |
| NED-141-000000258 | to | NED-141-000000281; |
| NED-141-000000289 | to | NED-141-000000290; |
| NED-141-000000292 | to | NED-141-000000292; |
| NED-141-000000302 | to | NED-141-000000315; |
| NED-141-000000342 | to | NED-141-000000343; |
| NED-141-000000387 | to | NED-141-000000425; |
| NED-141-000000429 | to | NED-141-000001102; |
| NED-141-000001571 | to | NED-141-000001583; |
| NED-141-000001625 | to | NED-141-000002184; |
| NED-162-000000156 | to | NED-162-000000157; |
| NED-162-000001220 | to | NED-162-000001223; |
| NED-215-000001576 | to | NED-215-000001581; |
| PET-019-000003226 | to | PET-019-000003231. |

In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, and the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

    DPK-001-000000001  to  DPK-001-000000002;
    NED-241-000000001  to  NED-241-000000167.


            Respectfully submitted,


            PETER D. KEISLER
            Assistant Attorney General

            C. FREDERICK BECKNER III
            Deputy Assistant Attorney General

            PHYLLIS J. PYLES
            Director, Torts Branch

            JAMES G. TOUHEY, JR.
            Assistant Director, Torts Branch

             s/ Paul Marc Levine
            PAUL MARC LEVINE
            Trial Attorney, Torts Branch, Civil Division
            U.S. Department of Justice
            Benjamin Franklin Station, P.O. Box 888
            Washington, D.C.  20044
            (202) 616-4400 / (202) 616-5200 (Fax)
            Attorneys for the United States

Dated: October 26, 2007

## **CERTIFICATE OF SERVICE**

I, Paul Marc Levine, hereby certify that on October 26, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                                                         s/ Paul Marc Levine
                                                                      PAUL MARC LEVINE