PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 241 | NED-241-000000001 | NED-241-000000167 | USACE; MVD; MVN; Eng | Nancy Powell | KC233 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Documents created by URS Corporation for the State of Louisiana Department of Natural Resources; CH Coastal Study authored by Dr. Vladimir Shepsis - Coast & Harbor Engineering, Inc. |
| DPK | 001 | DPK-001-000000001 | DPK-001-000000002 | Paul Kuhlmeier | Paul Kuhlmeier | KC234 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | 37 vs. 20 Capture Areas |
| AIN | 017 | AIN-017-000000258 | AIN-017-000000260 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000337 | AIN-017-000000339 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000345 | AIN-017-000000346 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |

## PRODUCTION LOG
### In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 017 | AIN-017-000000374 | AIN-017-000000375 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000431 | AIN-017-000000470 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 017 | AIN-017-000000484 | AIN-017-000000487 | USACE; MVD; MVN; Planning Division; Economic & Social Analysis | Veronica Williams | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 017) from June 2007 Review and Select Production |
| AIN | 137 | AIN-137-000000017 | AIN-137-000000029 | USACE; MVD; MVN; CEMVN-PM-P | Not available | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |
| AIN | 137 | AIN-137-000000036 | AIN-137-000000054 | USACE; MVD; MVN; CEMVN-PM-P | Not available | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |
| AIN | 137 | AIN-137-000000676 | AIN-137-000000763 | USACE; MVD; MVN; CEMVN-PM-P | Not available | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| AIN | 137 | AIN-137-000000804 | AIN-137-000000813 | USACE; MVD; MVN; CEMVN-PM-P | Not available | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 519) from July 2007 Review and Select Production |
| NED | 025 | NED-025-000000018 | NED-025-000000018 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 243) from June 2007 Review and Select Production |
| NED | 025 | NED-025-000002163 | NED-025-000002170 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 243) from June 2007 Review and Select Production |
| NED | 081 | NED-081-000001500 | NED-081-000001521 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 271) from June 2007 Review and Select Production |
| NED | 081 | NED-081-000003227 | NED-081-000003269 | USACE; MVD; MVN; ED-T; Structures Branch | Angela Desoto Duncan; Cliff Matthews | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 271) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000149 | NED-141-000000160 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 141 | NED-141-000000163 | NED-141-000000181 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000193 | NED-141-000000223 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000230 | NED-141-000000236 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000240 | NED-141-000000241 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000258 | NED-141-000000281 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000289 | NED-141-000000290 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |

**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 141 | NED-141-000000292 | NED-141-000000292 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000302 | NED-141-000000315 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000342 | NED-141-000000343 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000387 | NED-141-000000425 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000000429 | NED-141-000001102 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 141 | NED-141-000001571 | NED-141-000001583 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |

PRODUCTION LOG
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| NED | 141 | NED-141-000001625 | NED-141-000002184 | USACE; MVD; MVN; CEMVN-ED-S | Christie Nunez or Carl Broyles | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 363) from June 2007 Review and Select Production |
| NED | 162 | NED-162-000000156 | NED-162-000000157 | USACE; MVD; MVN; ED-F | G. Brown | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1269) from July 2007 Review and Select Production |
| NED | 162 | NED-162-000001220 | NED-162-000001223 | USACE; MVD; MVN; ED-F | G. Brown | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1269) from July 2007 Review and Select Production |
| NED | 215 | NED-215-000001576 | NED-215-000001581 | USACE; MVD; MVN; CD-ED | Darryl C. Bonura | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 1286) from July 2007 Review and Select Production |
| PET | 019 | PET-019-000003226 | PET-019-000003231 | USACE; MVD; MVN; ED-LS | Melvin Ray | KC235 | 10/26/2007 | Class - Levee and MRGO; Common Liability - Levee and MRGO; Robinson | Plaintiff Selections (Project Box 445) from June 2007 Review and Select Production |