# United States District Court

## EASTERN DISTRICT OF LOUISIANA

LAURA P. MILES BROWN         **SUMMONS IN A CIVIL CASE**

V.                            Case Number: 07-4789 "K" (2)

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY


TO: (Name and address of defendant)

Metropolitan Property and Casualty Insurance Company




**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Calvin C. Fayard, Jr.
519 Florida Avenue SW
Denham Springs, LA 70726



an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


**Loretta G. Whyte**                          **August 30, 2007**
Clerk                                          Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 10-26-2007

NAME OF SERVER (PRINT): Carolyn Mistoler

TITLE: Ofc. Mgr.

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Secretary of State 8549 United Plaza Blvd. Baton Rouge, LA 70809

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-26-2007

Signature of Server: Carolyn Mistoler

Address of Server: 519 Florida Ave SW Denham Springs LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.