UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| | * | JUDGE STANWOOD DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE OPPOSITION

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Richard Vanderbrook, Mary Jane Silva, James Capella, Sophia Granier, Jack Capella (on behalf of his deceased parent), Gregory Jackson, Peter Ascani, III, and Robert Harvey , who move for leave to file their Opposition to State Farm Fire and Casualty Insurance Company's ("State Farm") Motion for Entry of Judgment for the following reasons, to wit:

I.

The Standard Fire Insurance Company ("Standard Fire"), incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company, moved for entry of final judgment in its favor in the *Vanderbrook* case, in accordance with the August 2, 2007 opinion of the U.S. Court of Appeals for the Fifth Circuit in this case.  (Doc. No. 8051).

II.

State Farm filed an identical Motion. (Doc. No. 8434).

III.

The Plaintiffs timely filed an Opposition to Standard Fire's Motion for Entry of Judgment on Tuesday, October 23, 2007. (Document No. 8594).

IV.

The Plaintiffs Opposition to State Farm's Motion for Entry of Judgment was due that same date, but was inadvertently not filed.

V.

As the issues are patently identical, the Plaintiffs pray that their Opposition to State Farm's Motion for Entry of Judgment be considered by the Court.

WHEREFORE, the Plaintiffs Richard Vanderbrook, Mary Jane Silva, James Capella, Sophia Granier, Jack Capella (on behalf of his deceased parent), Gregory Jackson, Peter Ascani, III, and Robert Harvey pray for an Order by the Court granting leave to file the attached Opposition to State Farm Fire and Casualty Insurance Company's ("State Farm") Motion for Entry of Judgment .

**Respectfully Submitted**:

**PLAINTIFFS' LIAISON COUNSEL**

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
THE LAW OFFICE OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, LA 70113
(504) 561-6776
jbruno@jbrunolaw.com

AND

Robert G. Harvey (#18615)
LAW OFFICE OF ROBERT G. HARVEY
2609 Canal Street, 5th Floor
New Orleans, LA 70119
(504) 822-2136
rgharvey@bellsouth.net

AND

**THE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE - INSURANCE**

Calvin C. Fayard, Jr. (#5486)
LIAISON COUNSEL - INSURANCE
FAYARD & HONEYCUTT, APC 519
Florida Avenue, SW
Denham Springs, LA 70726
(225) 664-4193
calvinfayard@fayardlaw.com

John N. Ellison, Esq. (Admitted *Pro Hac Vice*)
ANDERSON, KILL, & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 568-4202
 jellison@andersonkill.com

James M. Garner (#19589)
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
(504) 299-2100
jgarner@shergarner.com

Joseph J. McKernan (#10027)
MCKERNAN LAW FIRM 8710
Jefferson Highway
Baton Rouge, LA 70809
(225) 926-1234
jemckernan@mckernanlawfirm.com

Drew A. Ranier (#8320)
RANIER, GAYLE, & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171
dranier@rgelaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same, properly addressed and postage prepaid, in the U.S. Mail and/or via facsimile or the Court CM/ECF system on this 26th day of October, 2007.

                                                                                         /s/ Joseph M. Bruno
                                                                                          Joseph M. Bruno