# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    * CIVIL ACTION NO. 05-4182
LITIGATION    *
   * SECTION "K" (2)
   *
   * JUDGE DUVAL
   * MAG. WILKINSON

_____

PERTAINS TO:  BARGE
(No. 07-3500)

## RESPONSE OF LAFARGE NORTH AMERICA INC.
## TO EX PARTE MOTION FOR LEAVE TO SEVER AND RECONSOLIDATE
## AND TO AMEND CLASS ACTION COMPLAINTS ACCORDINGLY

Defendant Lafarge North America Inc. ("LNA") submits this response to the plaintiffs'

motion seeking to sever and reconsolidate the claims in No. 07-3500, and to file amended

complaints to accomplish that end.[1]  When previously ordered by this Court to undertake these

same actions,[2] plaintiffs represented that it was "impossible" for them to do so.[3]

Whatever the reasons for plaintiffs' change of heart, there is no need for the Court to

sever and reconsolidate the claims in No. 07-3500 at this time.  The claims for which severance

is sought are already the subject of motions to dismiss that are under submission and pending

_____

[1] R. Doc. 8698.  Plaintiffs' motion was made without compliance with L.R. 7.2 E and L.R. 7.6, and LNA is thus
forced to guess at what would be the due date for a response or for a hearing on this motion.  Nevertheless, the
Court's e-mail to the parties of Saturday, October 27, 2007 – the day after the filing of this motion – suggests that
the motion will be "addressed in written reasons to issue next week."

[2] R. Doc. 7 in No. 07-3500.

[3] R. Doc. 711 in No. 05-4419.

before the Court.[4]  If those claims are dismissed, there will be no occasion for the Court to consider their further handling, and the entire severance issue will disappear of its own accord. Accordingly, until the Court has ruled on the pending motions to dismiss, it would be premature for it to rule on the plaintiffs' current motion.  Indeed, given that severance and amendment would require all of the parties to re-plead, granting the motion now would be wasteful if the end result is going to be dismissal in any event.

Because plaintiffs' motion does not seek severance of any claims other than those brought by the plaintiffs themselves, LNA confines its response to the relief sought in the plaintiffs' motion.  There is no motion before the Court to sever any claims other than the ones brought by the plaintiffs themselves in this specific matter (No. 07-3500), and no occasion for the Court to consider any broader issues than those raised by the plaintiffs' motion.  Should plaintiffs be given leave to amend their complaint, then LNA reserves all rights to seek dismissal under Rule 12 of the Federal Rules of Civil Procedure or otherwise plead to the complaint in accordance with the Rules.

.                                    Respectfully submitted,

                                     Robert B. Fisher, Jr., T.A. (# 5587)
                                     Derek A. Walker (#13175)
                                     Ivan M. Rodriguez (#22574)
                                     Parker Harrison (# 27538)
                                     **CHAFFE McCALL, L.L.P.**
                                     2300 Energy Centre
                                     1100 Poydras Street
                                     New Orleans, LA 70163-2300
                                     Telephone: (504) 585-7000

---

[4] R. Doc. 8224 (WGI motion to dismiss); R. Doc. 8364 (United States' Motion to Dismiss).

LIBW/1661063.1

Daniel A. Webb (#13294)
**SUTTERFIELD & WEBB, LLC**
650 Poydras Street, Suite 2715
New Orleans, LA 70130
Telephone: (504) 598-2715

/s/ John D. Aldock
John D. Aldock
Mark S. Raffman
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4240

**ATTORNEYS FOR
LAFARGE NORTH AMERICA INC.**

Dated: October 29, 2007

LIBW/1661063.1

## **Certificate of Service**

I hereby certify that I have on this 29th day of October, 2007 caused a copy of the foregoing pleading to be served on counsel for all parties to this proceeding by electronic filing notification.

/s/ John D. Aldock