**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | **CIVIL ACTION** **NO. 05-4182** |
| **PERTAINS TO: RESPONDER** | **SECTION "K"(2)** |
| *Parfait*        **C.A. No. 07-3500** | |

<u>**ORDER**</u>

The Court has reviewed the Government's Motion to Dismiss (Doc. 8364) and the opposition thereto and finds that oral argument will not aid the Court. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 8654) concerning the United States Motion for Dismiss (Doc. 8364) is **DENIED** .

New Orleans, Louisiana, this  29th day of October, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**