UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: RESPONDER | SECTION "K"(2) |
| *O'Dwyer*   C.A. No. 06-6099 | |

## ORDER

The Court has reviewed the Motion to Dismiss (Doc. 7985) and the opposition thereto and finds that oral argument will not aid the Court in disposing of this motion. Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 8590) concerning the United States Motion for Dismiss (Doc. 7985) is **DENIED** .

New Orleans, Louisiana, this 29th day of October, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**