UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO LEVEE, | § | |
| *Radlauer* (07-4226) | § | |
| _____ | § | |

## ORDER

Having considered defendant's *Ex Parte* Consent Order for an Extension of Time, and, for good cause shown, it is hereby ORDERED that defendant's Motion is hereby GRANTED. The United States may have an additional 20 days, to and including November 15 to answer or otherwise respond to the Complaint.

New Orleans, Louisiana, this 29th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

1