RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEWERAGE AND WATER BOARD OF NEW ORLEANS | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 07-5105 |
| THE UNITED STATES OF AMERICA and THE UNITED STATES ARMY CORPS OF ENGINEERS | SECTION K   MAG. 2 |

TO: Mr. James B. Letten
    United States Attorney
    210 Hale Boggs Federal Bldg.
    500 Poydras Street
    New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin R. Tully
Christovich & Kearney, LLP
601 Poydras Street Suite 2300
New Orleans, LA 70130-6078

an answer to the complaint which is herewith served upon you, within <u>sixty (60) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    SEP 04 2007

_____          _____
CLERK                                                DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-4-07 |
| Name of SERVER (PRINT) Ashley L. Trosclair | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Tammy Jabea
210 Hale Boggs Fed. Bldg.
500 Poydras St. N.O. LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-4-07
Date

Signature of Server: Ashley L. Trosclair

Address of Server: 601 Poydras St. Suite 2300
New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.