# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br><br>JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Vanderbrook*, No. 05-6323 | * * * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Upon considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of its Motion for Entry of Final Judgment;

**IT IS HEREBY ORDERED** that The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company) ("Standard Fire") be, and it hereby is, granted leave to file its Reply Memorandum in Support of its Motion for Entry of Final Judgment.

**NEW ORLEANS, LOUISIANA** this  29th day of    October    , 2007.

_____
UNITED STATES DISTRICT JUDGE

1