# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEWERAGE AND WATER BOARD OF NEW ORLEANS | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 07-5105 |
| THE UNITED STATES OF AMERICA and THE UNITED STATES ARMY CORPS OF ENGINEERS | SECTION K   MAG. 2 |

TO: The Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin R. Tully
Christovich & Kearney, LLP
601 Poydras Street Suite 2300
New Orleans, LA 70130-6078

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                           SEP 04 2007

CLERK                                                                          DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/04/07 |
| Name of SERVER (PRINT) ROBIN CASTLE | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: Attorney General of the United States, U.S. Dept of Justice, 950 Pennsylvania Ave NW Washington, D.C. 20530-0001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): See attached certified mail receipt showing service on 9/10/07

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/29/07
            Date

Signature of Server

Address of Server: 601 Poydras St. #2300, New Orleans, LA 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| **7160 3901 9849 7647 1266** | A. Received by (Please Print Clearly) *Earnest L. Parks* | B. Date of Delivery |
| | C. Signature  X | SEP 19, 2007 ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  **CERTIFIED MAIL** | | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to: | **Reference Information** | |
| The Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Ave. NW Washington, DC 20530-0001 | 38864  Kevin R. Tully, Esq. | |

PS Form 3811, January 2005           Domestic Return Receipt