UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION<br>NO. 05-4182<br>and consolidated cases<br><br>SECTION "K" (2)<br><br>JUDGE<br>STANWOOD R. DUVAL, JR.<br><br>MAG.<br>JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: BARGE, LEVEE, MRGO | | |

*******************************************

## ORDER

Considering the BARGE PSLC's **Ex Parte Motion for Leave to Exceed L.R. 7.8.1E Page Length Limitation** in opposition to the MRGO and LEVEE PSLCS' Motion to Modify Case Management Order No. 4, As Amended, to Defer Class Action Certification Proceedings, it is hereby ORDERED that the motion be, and is hereby, GRANTED.

New Orleans, Louisiana, this 29th day of October, 2007.

_____
HON. STANWOOD R. DUVAL, JR.

### CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the above and foregoing has been forwarded to all counsel of record by depositing the same in the U.S. Mail, postage prepaid, and/or via ECF upload, this 23 day of October, 2007.

/s/Brian A. Gilbert