-1-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:<br>ALL INSURANCE CASES | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Upon considering the foregoing Reply Memorandum in Support of its Motion to (1) Modify the Court's May 1, 2006 Consolidation Order and (2) Deconsolidate and/or Sever Cases within Insurance Umbrella;

**IT IS HEREBY ORDERD** that Insurer Defendants Liaison Counsel be, and it hereby is, granted leave to file Reply Memorandum in Support of its Motion to (1) Modify the Court's May 1, 2006 Consolidation Order and (2) Deconsolidate and/or Sever Cases within Insurance Umbrella.

New Orleans, Louisiana, this  29th  day of      October       , 2007.

_____
UNITED STATES DISTRICT JUDGE