UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL** | * | **CIVIL ACTION** |
| **BREACHES CONSOLIDATED** | * | |
| **LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | |
| | * | **JUDGE STANWOOD DUVAL** |
| **PERTAINS TO: INSURANCE** | * | |
| *Vanderbrook*, **No. 05-6323** | * | **MAGISTRATE JUDGE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING**, it is ORDERED that Plaintiffs Richard Vanderbrook, Mary Jane Silva, James Capella, Sophia Granier, Jack Capella (on behalf of his deceased parent), Gregory Jackson, Peter Ascani, III, and Robert Harvey Motion for Leave to File Opposition be and hereby is **GRANTED**, and that the Opposition to State Farm Fire and Casualty Insurance Company's Motion for Entry of Judgment be filed.

New Orleans, Louisiana, this   29th   day of October, 2007.

**UNITED STATES DISTRICT COURT JUDGE**