UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) <br><br> JUDGE STANWOOD DUVAL |
| PERTAINS TO: INSURANCE *Vanderbrook*, No. 05-6323 | * * * | MAGISTRATE JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## PLAINTIFFS' OPPOSITION TO STATE FARM FIRE AND CASUALTY INSURANCE COMPANY'S MOTION FOR ENTRY OF FINAL JUDGMENT

I. INTRODUCTION

Defendant State Farm Fire and Casualty Insurance Company's ("State Farm") has moved for entry of final judgment in its favor in the *Vanderbrook* case, in accordance with the August 2, 2007 opinion of the U.S. Court of Appeals for the Fifth Circuit in this case. Plaintiffs Richard Vanderbrook, Mary Jane Silva, James Capella, Sophia Granier, Jack Capella (on behalf of his deceased parent), Gregory Jackson, Peter Ascani, III, and Robert Harvey suggest the instant motion is premature as the time for writ application to the United States Supreme Court has not expired.

## II. RELEVANT CHRONOLOGY

The Fifth Circuit issued an opinion in the interlocutory appeal entitled *In Re Katrina Breaches Litigation*, (5th Cir. C.A., No: 7:30119) on August 2, 2007. Numerous related appeals, all arising from the same District Court ruling, were the subject of the opinion and judgment. *Vanderbrook*, along with the *Chehardy*, and *Xavier* appeals were therein decided. This opinion and judgment was filed in the *Vanderbrook, Chehardy*, and *Xavier* district court record (See: e.g. *Vanderbrook*, Civ. A. No. 05-6323, Rec. Doc. 47.)

A Petition for Rehearing En Banc in *Xavier* and a Petition for Rehearing En Banc in *Chehardy* were timely filed. Each was denied on August 27, 2007. These timely filed applications for rehearing had the effect of suspending the delay for seeking post opinion and judgment relief in *Vanderbrook* as well. In other words, the delay for applying to the United States Supreme Court has not expired on any of the cases decided under the caption *In Re Katrina Breaches Litigation, supra,* on August 2, 2007, including *Vanderbrook.*

## III. AN APPLICATION TO THE SUPREME COURT ON WRIT PRACTICE IN *VANDERBROOK* IS TIMELY

Supreme Court Rule 13(1) provides that "… a petition for a writ of certiorari …is timely when it is filed with the Clerk of this Court within 90 days after entry of the judgment." The delays for seeking relief in the United States Supreme Court have not yet run in either *Chehardy* or *Xavier*. Rule 13 (3) further provides that "… the time to file the petition for a writ of certiorari for all parties **(whether or not they requested rehearing or joined in the petition for rehearing)** runs from the date of the denial of rehearing, or, if rehearing is granted, the subsequent entry of judgment." (Emphasis Supplied). Clearly, the *Vanderbrook* plaintiffs have

2

until late November, 2007 to seek relief before the Supreme Court of the United States and until those delays have run, the August 2, 2007 judgment in not final as to any of the matters therein decided, including *Vanderbrook.*

## IV. CONCLUSION

For all of the foregoing reasons, a final judgment should not be entered in *Vanderbrook.*

Respectfully Submitted:

**PLAINTIFFS' LIAISON COUNSEL**

  /s/   Joseph M. Bruno
Joseph M. Bruno (#3604)
THE LAW OFFICE OF JOSEPH M. BRUNO
855 Baronne Street
New Orleans, LA 70113
(504) 561-6776
jbruno@jbrunolaw.com

AND

Robert G. Harvey (#18615)
LAW OFFICE OF ROBERT G. HARVEY
2609 Canal Street, 5th Floor
New Orleans, LA 70119
(504) 822-2136
rgharvey@bellsouth.net

AND

**THE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE - INSURANCE**

Calvin C. Fayard, Jr. (#5486)
LIAISON COUNSEL - INSURANCE
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
(225) 664-4193
calvinfayard@fayardlaw.com

John N. Ellison, Esq. (Admitted *Pro Hac Vice*)
ANDERSON, KILL, & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 568-4202
jellison@andersonkill.com

James M. Garner (#19589)
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, LA 70112
(504) 299-2100
jgarner@shergarner.com

Joseph J. McKernan (#10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
(225) 926-1234
jemckernan@mckernanlawfirm.com

Drew A. Ranier (#8320)
RANIER, GAYLE, & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
(337) 494-7171
dranier@rgelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same, properly addressed and postage prepaid, in the U.S. Mail and/or via facsimile or the Court CM/ECF system on this 26th day of October, 2007.

/s/ Joseph M. Bruno
Joseph M. Bruno