# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 OCT 26 PM 3:58
LORETTA G. WHYTE
CLERK

**RETURN**

STATE OF LOUISIANA, individually and on behalf of STATE OF LOUISIANA, DIVISION OF ADMINISTRATION *EX REL* THE HONORABLE CHARLES C. FOTI, JR., THE ATTORNEY GENERAL FOR THE STATE OF LOUISIANA

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES OF AMERICA THROUGH THE ARMY CORPS OF ENGINEERS

CASE NUMBER **07-5040**

**SECT. K  MAG. 2**

[Relates to MR-GO & LEVEE cases:
In Re: Katrina Canal Breaches Consolidated Litigation
Docket No. 05-4182, Section "K" (2)]

TO: UNITED STATES OF AMERICA
Through its Registered Agent:
Jim Letten, U.S. Attorney
500 Poydras Street, Suite B-210
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Honorable Charles C. Foti,
Attorney General, State of Louisiana
1885 North Third Street, 6th Floor
Baton Rouge, Louisiana 70802

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

DATE **AUG 29 2007**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 10/03/07

Name of SERVER (PRINT): Ashley Philen

TITLE:

Check one box below to indicate appropriate method of service

☑ Served Personally upon the ~~Defendant~~ Attorney General. Place where served: 1885 North Third Street, 4th Floor Baton Rouge, Louisiana

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/3/07
Date

Signature of Server: [signed]

Address of Server: 9811 Siegen Lane, Baton Rouge, LA 70810

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.