## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION                          NO. 05-4182 "K" (2)
                                                 JUDGE DUVAL
                                                 MAG. WILKINSON

PERTAINS TO: INSURANCE (07-6363)

### THE PLAINTIFFS' MOTION TO STAY AND MOTION TO REMAND

NOW COME the Plaintiffs Paul Volpe and Diane Volpe, through the undersigned counsel of record, suggesting that this action should be stayed pending a ruling from the Louisiana Fourth Circuit, Court of Appeal, in the *Sher v. Lafayette Insurance Company* case[1] and/or a ruling by this Court on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance Umbrella. Additionally, as set forth in the Plaintiffs' memorandum in support of these motions, the Plaintiffs

---

[1]  *Sher v. Lafayette Insurance Company*, No. 2007-CA-0757 (La. App. 4th Cir), on appeal from the Civil District Court for the Parish of Orleans, No. 2006-9276, Division "G", Section "11", Giarrusso, J.

move to motion to remand this action back to the Thirty-Fourth Judicial District Court, Parish of St.

Bernard, State of Louisiana, if appropriate, following the rulings in the *Sher* case and on the

Insurance Company Defendants' Joint Motion for Deconsolidation by this Court.

Respectfully submitted,

RANIER, GAYLE & ELLIOT, L.L.C.


/s/ LARRY D. DYESS
Drew Ranier, La. Bar No. 8320
dranier@rgelaw.com
N. Frank Elliot III, La. Bar No. 23054 (T.A.)
felliot@rgelaw.com
Larry D. Dyess, La. Bar No.19555
ldyess@rgelaw.com
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

*Attorneys for the Plaintiffs*

2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on October 29, 2007, a true copy of the foregoing was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM / ECF system.

<u>*/s/* LARRY D. DYESS</u>