UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO: INSURANCE (07-6363)

### THE PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO STAY AND MOTION TO REMAND

MAY IT PLEASE THE COURT:

The Plaintiffs Paul Volpe and Diane Volpe, through the undersigned counsel of record, submit this memorandum in support of their motion to stay this action pending a ruling from the Louisiana Fourth Circuit, Court of Appeal, in the *Sher v. Lafayette Insurance Company* case[1] and/or a ruling by the Court on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance

---

[1] *Sher v. Lafayette Insurance Company*, No. 2007-CA-0757 (La. App. 4th Cir), on appeal from the Civil District Court for the Parish of Orleans, No. 2006-9276, Division "G", Section "11", Giarrusso, J.

1

Umbrella. Further, the Plaintiffs submit this memorandum in support of their motion to remand this action back to the Thirty-Fourth Judicial District Court, Parish of St. Bernard, State of Louisiana, if appropriate, following the rulings in the *Sher* case and on the Insurance Company Defendants' Joint Motion for Deconsolidation by this Court. For the reasons set forth in this memorandum, the Plaintiffs respectfully request that this Honorable Court enter an order staying this action and defer a ruling on the Plaintiffs' motion to remand as plead herein.

In *Chehardy* and *Xavier*, this Court found "water damage" exclusions identical or nearly identical to the exclusion contained in the Plaintiffs' "All Risk" policy to be ambiguous. Following this Court's ruling, appeals to the United States Fifth Circuit, Court of Appeals were taken. On August 27, 2007, the Fifth Circuit denied the *Chehardy* and *Xavier* policyholders' request for rehearing following the Fifth Circuit's decision reversing this Court's November 27, 2006, Order.[2] Writ applications to the United States Supreme Court are anticipated to be filed next month.

While the United States Fifth Circuit made an *Erie* guess in the *Chehardy* and *Xavier* actions, other state district courts have ruled consistently with this Court's November 27, 2006, Order. Most notably, the Louisiana Fourth Circuit has pending before it in *Sher v. Lafayette Insurance Company* an appeal of a decision from the Civil District Court for the Parish of Orleans which raises identical

---

[2] *In Re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 "K" (2), Order, dated November 27, 2006, Document No. 1803.

issues found in this Court's November 27, 2006, Order. The Civil District Court's ruling is consistent with this Court's prior decision. The Louisiana Fourth Circuit heard arguments on September 12, 2007, and a decision is anticipated in the very near future.

The Plaintiffs' action is based solely upon state law. The Plaintiffs suggest that if the Louisiana Fourth Circuit affirms the district court's ruling in *Sher*, then diversity jurisdiction is likely present in this Court. A finding in *Sher* consistent with this Court's prior ruling in *Chehardy* and *Xavier* would support a summary finding in favor of the Plaintiffs that they are entitled to proceeds under their policy, plus interest, penalties, fees and costs, in excess of $75,000.00. On the other hand, if the Louisiana Fourth Circuit rules consistent with the recent decisions of the United States Fifth Circuit in the *Chehardy* and *Xavier* actions, then the Plaintiffs may be unable to recover proceeds under their policy, including their claims for interest, penalties, fees and costs, in excess of $75,000.00. In fact, the Plaintiffs may stipulate that their combined claims in this action are less than $75,000.00. Accordingly, remand to state court would be appropriate at that time.

Moreover, on September 19, 2007, the Insurance Company Defendants filed a Joint Motion with this Court seeking to Deconsolidate and Sever cases contained in the Insurance Umbrella.[3] An opposition to the motion was filed by the Plaintiffs' Steering Committee. This Court has not ruled on that motion yet. The Plaintiffs understand that this Court has indicated that if the Louisiana Fourth Circuit affirms the Civil District Court in the *Sher* case that this Court may not deconsolidate

---

[3] *In Re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 "K" (2), Document No. 7759.

3

the Insurance Umbrella. The Plaintiffs also understand this Court has indicated that it likely will deconsolidate the Insurance Umbrella, if the Louisiana Fourth Circuit rules consistent with the United States Fifth Circuit's decisions in *Chehardy* and *Xavier*.[4]

Accordingly, the Plaintiffs suggest that staying this action pending a decision in the *Sher* case is appropriate. The Plaintiffs further recognize that their motion to remand may be premature at this time; however, because of the strict time limits provide by 28 U.S.C. § 1447(c), the Plaintiffs believe it is necessary to file a motion to remand to preserve their rights to challenge federal jurisdiction in the event the Louisiana Fourth Circuit in the *Sher* case finds consistent with the United States Fifth Circuit's decision in *Chehardy* and *Xavier*, and their potential total recovery is less than $75,000.00.

## **CONCLUSION**

For the foregoing reasons, the Plaintiffs respectfully request that this action be stayed and a decision on their motion to remand be deferred until the Louisiana Fourth Circuit rules in the *Sher* case and/or this Court rules on the Insurance Company Defendants' Joint Motion to Deconsolidate the Insurance Umbrella.

---

[4] The Plaintiffs suggest that if this Court grants the Insurance Company Defendants' Motion to Deconsolidate, the Defendants' arguments in this action relating to the applicability of the Multiparty, Mulitforum Trial Jurisdiction Act ("MMTJA") would be moot.

Respectfully submitted,

RANIER, GAYLE & ELLIOT, L.L.C.


 /s/ LARRY D. DYESS
Drew Ranier, La. Bar No. 8320
dranier@rgelaw.com
N. Frank Elliot III, La. Bar No. 23054 (T.A.)
felliot@rgelaw.com
Larry D. Dyess, La. Bar No.19555
ldyess@rgelaw.com
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

*Attorneys for the Plaintiffs*

5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2007, a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

                                                 /s/ LARRY D. DYESS