UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO: INSURANCE (07-6363)

### **ORDER**

IT IS HEREBY ORDERED that this action is stayed pending a decision from the Louisiana Fourth Circuit, Court of Appeal, in *Sher v. Lafayette Insurance Company* case and/or a ruling by this Court on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance Umbrella.

IT IS FURTHER ORDERED that the Plaintiffs' motion to remand is stayed and deferred until the Louisiana Fourth Circuit, Court of Appeal, in *Sher v. Lafayette Insurance Company* case

1

and/or a ruling by this Court on the Insurance Company Defendants' Joint Motion to Modify the Court's May 1, 2006 Consolidated Order and Deconsolidate and/or Sever Cases within the Insurance Umbrella.

    Thus done and signed this ___ day of _____, 2007.

                                                                 _____
                                                                  THE HONORABLE STANWOOD R. DUVAL, JR.
                                                                  DISTRICT JUDGE