UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO: INSURANCE (07-6363)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs Paul Volpe and Diane Volpe, will bring their Motion to Stay and Motion to Remand before the Honorable Stanwood R. Duval, Jr. on November 28, 2007, at 9:30 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

        Respectfully submitted,

        RANIER, GAYLE & ELLIOT, L.L.C.


        /s/ LARRY D. DYESS
        Drew Ranier, La. Bar No. 8320
        dranier@rgelaw.com
        N. Frank Elliot III, La. Bar No. 23054 (T.A.)
        felliot@rgelaw.com
        Larry D. Dyess, La. Bar No.19555
        ldyess@rgelaw.com
        1419 Ryan Street
        Lake Charles, LA 70601
        Ph: (337) 494-7171
        Fax: (337) 494-7218

        *Attorneys for the Plaintiffs*


## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 29, 2007, a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

        /s/ LARRY D. DYESS