UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE | |
| FILED IN     05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |

***EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPPORT OF LEVEE DEFENDANTS' MOTION TO STRIKE CERTAIN ALLEGATIONS CONTAINED IN PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT AND PLAINTIFFS' CORRECTED RESTATED LEVEE <u>MASTER CONSOLIDATED CLASS ACTION COMPLAINT</u>**

The Levee defendants, through undersigned counsel, respectfully move this Honorable

Court for an Order granting leave to file the attached Reply Memorandum in Support of Levee

Defendants' Motion to Strike Certain Allegations Contained in Plaintiffs' First

Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action Complaint, for the reason that defendants need to briefly address certain allegations set forth in plaintiffs' Memorandum in Opposition (Doc. 8652) filed in response to defendants' original Motion (Doc. 8425).

Dated: October 29, 2007                          Respectfully submitted,

                                                    s/ Thomas P. Anzelmo
                                                  McCRANIE, SISTRUNK, ANZELMO,
                                                      HARDY, MAXWELL & McDANIEL
                                                  Thomas P. Anzelmo, P.A. - #2533
                                                  Mark E. Hanna - #19336
                                                  Kyle P. Kirsch - #26363
                                                  Andre J. Lagarde - #28649
                                                  3445 N. Causeway Boulevard, Ste. 800
                                                  Metairie, Louisiana 70002
                                                  TELEPHONE: (504) 831-0946
                                                  FACSIMILE: (504) 831-2492

                                                  and

                                                  LABORDE & NEUNER
                                                  Ben L. Mayeaux - #19042
                                                  James L. Pate - # 10333
                                                  Gregory A. Koury - #26364
                                                  One Petroleum Center, Suite 200
                                                  1001 West Pinhook Road
                                                  Lafayette, Louisiana 70503
                                                  TELEPHONE: (337) 237-7000
                                                  FACSIMILE: (337) 233-945
                                                  Attorneys for the ORLEANS LEVEE DISTRICT

887011v.1

s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE: (504) 593-4272
FACSIMILE: (504) 561-5743
Attorneys for the SEWERAGE AND WATER BOARD OF NEW ORLEANS


s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
    MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT

s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF AMERICA

s/ Ralph S. Hubbard III
LUGENBUHL, WHEATON, PECK, RANKIN
   & HUBBARD
Ralph S. Hubbard III - # 7040
Joseph Guichet - # 24441
Rachel Meese - # 25457
601 Poydras Street
Pan American Life Center, Suite 2775
New Orleans, LA 70130-6027
TELEPHONE: (504) 568-1990
FACSIMILE: (504) 310-9195
Attorneys for ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2007, a copy of the above and foregoing *Ex Parte* **Motion for Leave to File Reply Memorandum in Support of Levee Defendants' Motion to Strike Certain Allegations Contained in Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action Complaint** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                           s/ Thomas P. Anzelmo
                                           McCRANIE, SISTRUNK, ANZELMO,
                                               HARDY, MAXWELL & McDANIEL
                                           3445 N. Causeway Boulevard, Ste. 800
                                           Metairie, Louisiana 70002
                                           TELEPHONE: (504) 831-0946
                                           FACSIMILE: (504) 831-2492
                                           E-MAIL: tpa@mcsalaw.com