UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY BERGERON** | * | |
| | * | **NO. 07-5896** |
| | * | |
| **VERSUS** | * | **SECTION K(2)** |
| | * | |
| **AUTO CLUB FAMILY INSURANCE** | * | **JUDGE DUVAL** |
| **COMPANY** | * | |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |

**************************************

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company, which pursuant to Fed. R. Civ. P. 7.1 and L.R. 5.6E, respectfully submits the following statement of its corporate interest and affiliations for the use of this Court.

1. Auto Club Family Insurance Company is a Missouri stock insurance corporation with its principal place of business in St. Louis, Missouri;

2. Auto Club Family Insurance Company is wholly owned by Automobile Club Inter-Insurance Exchange domiciled in St. Louis, Missouri;

3.  No publicly held corporation owns 10% or more of Auto Club Family Insurance Company or Automobile Club Inter-Insurance Exchange.

Respectfully submitted:

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____
JASON P. FOOTE (#25050)
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
*Attorneys for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing o any non-CM/ECF participant.

_____
JASON P. FOOTE