UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   07-5023 | * | |
|       07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

## MOTION FOR LEAVE TO INTERVENE

**COME NOW** parties seeking leave to intervene as plaintiffs in the above-styled and numbered causes, appearing through undersigned counsel pursuant to the provisions of Rule 24, Federal Rules of Civil Procedure, and Local Rule 7.6 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and move This Honorable Court for leave to intervene in the above-styled and numbered causes as plaintiffs, upon the grounds that the parties seeking leave to intervene have an interest relating to the property or transactions which is the subject matter of the referenced actions, and that the disposition of the actions may, as a practical matter, impair or impede the ability of the parties seeking to intervene herein to protect those interests.

-2-

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
                **Ashton R. O'Dwyer, Jr.**
                **Bar No. 10166**
                **821 Baronne Street**
                **New Orleans, LA 70113**
                **Tel. 504-679-6166**
                **Fax. 504-581-4336**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via electronic filing this 29th day of October 2007.

                S/Ashton R. O'Dwyer, Jr.