**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**821 BARONNE STREET**
**NEW ORLEANS, LA 70113**
**TELEPHONE: (504) 679-6166**
**FACSIMILE: (504) 581-4336**

July 26, 2007

**VIA FACSIMILE**
**225-326-6797**
**and**
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The Louisiana Department of Justice
c/o Attorney General Charles Foti,
Custodian of LDOJ Records
1885 North Third Street
Baton Rouge, LA 70802

    Re: Ashton R. O'Dwyer, Jr.
       Public Records Act Request

Dear Sir:

  This is a formal request for Louisiana public records made pursuant to the provisions of the Louisiana Public Records Act, LSA-R.S. §44:1, et seq., and the Louisiana Constitution of 1974, Article XII, §3. I am making this request on my own behalf, and on behalf of my client, Katherine Taber O'Dwyer, who also happens to be my spouse. We are asking the Louisiana Department of Justice to produce the following public records for inspection and copying:

  Any and all Louisiana public records generated by or received by any employee of the Louisiana Department of Justice which will reveal the full case style and civil action number of each and every civil action instituted by or on behalf of the State of Louisiana, or any of its branches, agencies or executives or department heads, in any United States District Court for the State of Louisiana during Charles Foti's tenure of office as Attorney General, as well as the same records pertaining to litigation in which the State or any of its branches, agencies or executives or department heads were named as defendants, but where immunity from being required to litigate in Federal Court pursuant to the 11th Amendment of the U.S. Constitution was not pleaded or raised as a defense, as well as those which will disclose any and all written assurances, contracts or other written abrogations of or waivers of 11th Amendment immunity by the State, its branches, agencies or executives or department heads in consideration of the

July 26, 2007
Page 2

        acceptance of or solicitation of Federal assistance or money, in any way related to disaster relief, flood or hurricane protection, prison reform, law enforcement, homeland security, anti-terrorism, emergency response or mitigation of property or business losses as a result of man-made or natural disasters, including particularly, but not limited to, Hurricanes KATRINA and RITA, to include any and all files and records, whether in hard copy form, recorded form, on card, disc, microfilm or tape, or generated, received or maintained electronically, the said files, records and writings to include, without limitation, any and all correspondence, letters, memoranda, intra-office memoranda, memoranda to or from a specific recipient or sender, or recipients or senders, or to a file, and including any and all types of files maintained by Louisiana Department of Justice, whether printed or in electronic form, electronic digitized copies, records stored on the hard drive of any State-owned or personal computer, or information contained in electronic data processing equipment.

    If the Louisiana Department of Justice chooses to deny this request, in whole or in part, then you are requested to provide a written explanation for each denial, including reference to the specific statutory exemptions upon which you may rely.  Also, you are requested to provide all segregable, producible portions of otherwise excepted materials.

    Because disclosure of the public records identified herein is in the public interest, both Mrs. O'Dwyer and I request that any fees for copying and postage be waived.  If the request for waiver is denied, please advise me if fees for complying with this request are expected to exceed $100.

                                             Yours very truly,


                                             Ashton R. O'Dwyer, Jr.

AROD/vtb