**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**821 BARONNE STREET**
**NEW ORLEANS, LA 70113**
**TELEPHONE: (504) 679-6166**
**FACSIMILE: (504) 581-4336**

September 5, 2007

**VIA FACSIMILE**
**225-326-6797**
**and**
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The Louisiana Department of Justice
c/o Attorney General Charles Foti,
Custodian of LDOJ Records
1885 North Third Street
Baton Rouge, LA 70802

      Re:    Ashton R. O'Dwyer, Jr.
                 Public Records Act Request

Dear Sir:

    This is a formal request for Louisiana public records made pursuant to the provisions of the Louisiana Public Records Act, LSA-R.S. §44:1, et seq., and the Louisiana Constitution of 1974, Article XII, §3. I am making this request on my own behalf, and on behalf of my client, Katherine Taber O'Dwyer, who also happens to be my spouse. We are asking the Louisiana Department of Justice to produce the following public records for inspection and copying:

    Any and all records generated by or received by any employee of the Louisiana Department of Justice in any way pertaining to solicitation of, negotiations for, awarding of, and/or retaining of, legal representation of the State of Louisiana with respect to the following Civil Actions now pending on the docket of the United States District Court for the Eastern District of Louisiana:

    1.    Representation of the State of Louisiana in an unknown civil action number seeking prospective injunctive relief with respect to the closure of the Mississippi River Gulf Outlet, which action is not readily available from a review of the U.S. District Court's PACER System, but which is believed to be consolidated with a case in which the lead plaintiff is named "Savoy";


EXHIBIT NO. 2

September 5, 2007
Page 2

2. Representation of the State of Louisiana in Civil Action No. 07-5023[1]; and

3. Representation of the State of Louisiana in Civil Action No. 07-5040.

To include any and all files and records in any way pertaining to the negotiation of any agreement concerning the attorney's fees to be paid by or on behalf of the State to each of the private attorneys representing the State's interests in the aforementioned litigation, whether by way of retainer agreement, by hourly rate, or by contingent fee contract, to include any and all files and records, whether in hard copy form, recorded form, on card, disc, microfilm or tape, or generated, received or maintained electronically, the said files, records and writings to include, without limitation, any and all any and all correspondence, letters, memoranda, intra-office memoranda, memoranda to or from a specific recipient or sender, or recipients or senders, or to a file, and including administrative files, evaluation files, investigative files, litigation files, or any other types of files maintained by the Louisiana Department of Justice, including facsimiles and notes, whether handwritten or typed, E-mails, whether printed or in electronic form, electronic digitized copies, records stored on the hard drive of any State-owned or personal computer, or information contained in electronic data processing equipment, and including those in any way pertaining to the solicitation of legal representation, negotiations for legal representation, remuneration for legal representation, and/or awarding of or retaining of legal representation on behalf of the State, minutes of meetings, agreements, retainer agreements, contracts, hourly rate agreements or contracts, contingency fee contracts, and all other writings of any nature or kind in any way pertaining to the aforementioned litigation and subjects since August 29, 2005, and continuing through the present time, and including all files, records, and writings sent to or received by any of the following and any employee of the Louisiana Department of Justice, as well as telephone records, whether land-line, satellite, or cellular, evidencing communication between any employee of the Louisiana Department of Justice and any of the following since August 29, 2005:

Bob F. Wright
James P. Roy
Any Member or employee of the Law Firm of
Domegeaux, Wright, Roy & Edwards

Calvin Clifford Fayard, Jr.
Any Member or employee of the Law Firm of Fayard & Honeycutt

---

[1] The copy of this missive which was sent to the Attorney General via facsimile dated September 4, 2007 contained a typographical error. The correct Civil Action Number is 07-5023.