September 5, 2007
Page 3

        Daniel E. Becnel, Jr.
        Any Member or employee of the Law Firm of Daniel E. Becnel, Jr.

        Drew A. Ranier
        Any Member or employee of the Law Firm of Ranier, Gayle & Elliot

        Frank Charles Dudenhefer, Jr.
        Any Member or employee of the Law Firm of Frank Charles Dudenhefer, Jr.

        J.J. (Jerry) McKernan
        Any Member or employee of the Law Firm of McKernan

        Jonathan Beauregard Andry
        Any Member or employee of the Andry Law Firm

        Paul Gerard Aucoin
        Any Member or employee of the Law Firm of Paul G. Aucoin

        Any Members of the Plaintiffs' Liaison Committee in 05-4182 and consolidated cases, including, without limitation:

            Joseph M. Bruno
            Any Member or employee of the Law Firm of Bruno & Bruno,

            Gerald E. Meunier
            Any Member or employee of the Law Firm of Gainsburgh, Benjamin, David, Meunier & Warshauer

            Hugh P. Lambert
            Any Member or employee of the Law Firm of Lambert & Nelson

            Darleen M. Jacobs
            Any Member or employee of the Law Firm of Jacobs & Sarrat

      In any way pertaining to solicitation of, negotiations for, awarding of and/or retaining of legal representation of the State of Louisiana in the aforementioned litigation since August 29, 2005, and continuing through the present time.

September 5, 2007
Page 4

      If the Louisiana Department of Justice chooses to deny this request, in whole or in part, then you are requested to provide a written explanation for the denial, including reference to the specific statutory exemptions upon which you may rely. Also, you are requested to provide all segregable, producible portions of otherwise excepted materials.

      Because disclosure of the public records identified herein is in the public interest, both Mrs. O'Dwyer and I request that any fees for copying and postage be waived. If the request for waiver is denied, please advise me if fees for complying with this request are expected to exceed $100.

                                                                               Yours very truly,

                                                                       Ashton R. O'Dwyer, Jr.

AROD/vtb