Page 1 of 3

00001

## Ashton O'Dwyer

**From:**        Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:**        Wednesday, September 05, 2007 12:46 PM
**To:**          'Bob Wright'; 'calvinfayard@fayardlaw.com'; 'dbecnel@becnellaw.com'; 'Drew Ranier';
                 'FCDlaw@aol.com'; 'jmckernan@mckernanlawfirm.com'; 'Johnathan Andry';
                 'southhalll@ag.state.la.us'; 'jmr@wrightroy.com'
**Attachments:** header.htm

Gentlemen:

This is a formal request for Louisiana public records made pursuant to the provisions of the Louisiana Public Records Act, LSA-R.S. §44:1, et seq., and the Louisiana Constitution of 1974, Article XII, §3. I am making this request on my own behalf, and on behalf of my client, Katherine Taber O'Dwyer, who also happens to be my spouse. We are asking each of you, and your law firms, to produce the following public records for inspection and copying:

Any and all records generated by or received by you and/or by any Member or employee of your law firms in any way pertaining to solicitation of, negotiations for, awarding of, and/or retaining of, legal representation of the State of Louisiana with respect to the following Civil Actions now pending on the docket of the United States District Court for the Eastern District of Louisiana:

1.    Representation of the State of Louisiana in a presently unidentified civil action seeking prospective injunctive relief with respect to the closure of the Mississippi River Gulf Outlet, which action is not readily available from a review of the U.S. District Court's PACER System, but which is believed to be consolidated with a case in which the lead plaintiff is named "Savoy", bearing C.A. No. 06-3557;

2.    Representation of the State of Louisiana in Civil Action No. 07-5023; and

3.    Representation of the State of Louisiana in Civil Action No. 07-5040.

To include any and all files and records in any way pertaining to the negotiation of any agreement concerning the attorney's fees to be paid by or on behalf of the State to each of you for representation of the State's interests in the aforementioned litigation, whether by way of retainer agreement, by hourly rate, or by contingent fee contract, to include any and all files and records, whether in hard copy form, recorded form, on card, disc, microfilm or tape, or generated, received or maintained electronically, the said files, records and writings to include, without limitation, any and all correspondence, letters, memoranda, intra-office memoranda, memoranda to or from a specific recipient or sender, or recipients or senders, or to a file, and including administrative files, client files, evaluation files, financial files, investigative files, legal files, litigation files, or any other types of files maintained by you and your law firms, including facsimiles and notes, whether handwritten or typed, E-mails, whether printed or in electronic form, electronic digitized copies, records stored on the hard drive of any firm or personal computer, or information contained in electronic data processing equipment, and including those in any way pertaining to the solicitation of legal representation, negotiations for legal representation, remuneration for legal representation, and/or awarding of or retaining of legal representation on behalf of the State, minutes of meetings, agreements, retainer agreements,

10/29/2007

EXHIBIT
NO. 3