contracts, hourly rate agreements or contracts, contingency fee contracts, and all other writings of any nature or kind in any way pertaining to the aforementioned litigation and subjects since August 29, 2005, and continuing through the present time, and including all files, records, and writings sent by or received by you and your law firms, as well as telephone records, whether land-line, satellite, or cellular, evidencing communication between you and your law firms and any of the following since August 29, 2005:

>Governor Kathleen Blanco

>Any individual employed by or representing the Executive, Judicial or Legislative Branches of Louisiana State Government

>Attorney General Charles Foti

>Any employee or representative of the Louisiana Department of Justice;

>Any employee or representative of the Louisiana Division of Administration

>Any employee or representative of the Louisiana Office of Risk Management

>Any Members of the Plaintiffs' Liaison Committee in C.A. No. 05-4182 and consolidated cases, including, without limitation, the following:

>>Joseph M. Bruno
>>Any Member or employee of the Law Firm of Bruno & Bruno,

>>Gerald E. Meunier
>>Any Member or employee of the Law Firm of Gainsburgh, Benjamin, David, Meunier & Warshauer

>>Hugh P. Lambert
>>Any Member or employee of the Law Firm of Lambert & Nelson

>>Darleen M. Jacobs
>>Any Member or employee of the Law Firm of Jacobs & Sarrat

In any way pertaining to solicitation of, negotiations for, awarding of and/or retaining of legal representation of the State of Louisiana in the aforementioned litigation since August 29, 2007, and continuing through the present time.

My client and I maintain that your representation of the State of Louisiana in the aforementioned litigation effectively "clothes" you and your law firms with Louisiana State Agency status, rendering your personal and law firm records, and particularly those sent to you and your law firms by employees of the State or by you and your law firms to State employees, Louisiana Public Records.

If you or your law firms choose to deny this request, in whole or in part, then you are requested to provide a written explanation for the denial, including reference to the specific statutory exemptions upon which you may rely. Also, you are requested to provide all segregable, producible portions of otherwise excepted materials.

10/29/2007

Because disclosure of the public records identified herein is in the public interest, both Mrs. O'Dwyer and I request that any fees for copying and postage be waived. If the request for waiver is denied, please advise me if fees for complying with this request are expected to exceed $100.

*[signature: ARO'Dwyer Jr.]*

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
821 Baronne Street
New Orleans, LA 70113
Tel. (504) 679-6166
Fax. (504) 581-4336
AROD@odwyerlaw.com

10/29/2007