UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    07-5023 | * | |
| 07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

INTERVENING COMPLAINT
AGAINST THE STATE OF LOUISIANA
FILED PRUSUANT TO RULE 24,
FEDERAL RULES OF CIVIL PROCEDURE

I.

Intervening plaintiffs in the above-styled and numbered cause are the following:

**Ashton R. O'Dwyer, Jr.**
**Katherine Taber O'Dwyer**
**Maureen O'Dwyer**
**Harold Joseph Gagnet**
**Sally Egerton Richards**
**Shane E. Porter**
**Stephanie Porter**
 **Interior Specialties, L.L.C.**
**Shelia Jones Jordan**
**Charles Edward Jordon**
**Wayne M. Jones**
**Gloria Agnes Griffin, individually and as Administratrix of the**
 **Succession of her brother Stephen Williams, and on behalf of any**
  **and all heirs, survivors, relatives and beneficiaries of the deceased**
**Leticia Brown**
**Jo Anna McLean**
**Lee Davidson McLean III**

**Kathryn Frank**
**Richard Springer Favor**
  **And**
**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guice**
**Kenneth Hastings Guice**
**Anthony Phillip Henderson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
**Aaron Jacob O'Dwyer**
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**
**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young**
  **and**
**Veronica F. Young d/b/a Floor Crafters Wood Interiors**
**Joseph Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**
**Robert J. Jeanfreau, M.D.**
**Jerry Victor Jacob**
**Gloria Pohlman Hecker**
**Joseph W.P. Hecker, in proper person**
**Shirley D. O'Dwyer**
**Alexis Navarro O'Dwyer**
**Lisa Marie O'Dwyer**
**Nicholas S. Lindner**
**Ruth B. Ragas**
**Paul J. Ragas**
**Jason P. Ragas**
**Walter J. Morgan**
**Katie L. Ragas**
**Arthur Tracy Abel**
**Kathleen C. Abel**

**Kitty B. Hoffman**
**Craig Anthony Miller**
**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**

**Lynn Lee**
**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Irvin Skinner**
**Brandon Smith**
**Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Denesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy, Sr., and his spouse,**
  **Dawn Bundy, on their own behalfs and on behalf of their minor children,**
  **Blair Bundy, Jr.**
  **Jane Bundy**
  **Skekinah Bundy and**
  **Emanuel Bundy**
**Jill Bundy**
**John Collins**
**Sherlene Collins**
**Janice Collins, on her own behalf and on behalf of her son,**
  **John Henry Collins**
**Jamie Collins, on her own behalf and on behalf of her son,**
  **Jacobi Glover**
**Mitchell Armour**
**Vanessa Carter**
**Kerry Carter**
**Joshua Billon and his spouse,**
 **Monica Billon, on their own behalf and on behalf of their minor**
 **Children,**
  **Isaiah Billon and**
  **Monica Billon**
**Betty Christy**

De-Fean Christy
La-Shawn D. Robinson
Patricia Granger, on her own behalf and on behalf of her daughter
 Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her children,
 Lemor James,
 Ariel James,
 Yolanda Jefferson, and
 Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her children,
 Yasemine and
 Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf and on behalf of her minor children,
 Karim Kemp
 Karen Kemp
 Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
 Dajohon Recasner,
 Kurshell Recasner and
 Charleston Recasner
 Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Roxchell Panika Santee', on her own behalf and on behalf of her minor son,
 Tyree Santee'

**Samuel Bourne**

**Nicole Bryan**

**Alton J. Crowden, on his own behalf and on behalf of his minor children,**
   **Cameron Crowden and**
   **Kelli Crowden**

**Ashley Navarre**

**Shana Patterson**

**Keana Quinn**

**Niketsa Ramsey, on her own behalf and on behalf of her minor children,**
   **Desmonisha Ramsey,**
   **Kenyel Rochon and**
   **Desmond Ramsey**

**Darylynn Ramsey**

**Julie Ramsey, on her own behalf and on behalf of her minor children,**
   **Dalisha Ramsey and**
   **Charli Ramsey**

**Robert Rhone**

**Joshua Smith**

**Cynthia Tibbet, on her own behalf and on behalf of her children,**
   **Brittany Tibbet,**
   **Sidney Tibbet,**
   **Chelesa Tibbet, and**

**Janice Tollins, on her own behalf and on behalf of her minor son,**
   **John Tollins**

**Glenda Medina**

**Michele Elizabeth Omes**

**Jim Richard Pazos**

**Avery Scott**

**Frank Duncan  Macpherson Strachan III**

**Joshua Dillon and his spouse,**

**Monica Dillon, on their own behalfs and on behalf of their minor children,**
   **Isaiah Dillon and**
   **Monica Pollard**

**Donald G. Deaton**

**Pamela A. Morgan**

**Frank Butler, Jr., on his own behalf And on behalf of his minor children,**
   **Frank Butler III,**
   **Charles Butler and**
   **Tachmonite Butler**

**Lorenzo Butler**

**Alonzo W. Butler and his spouse,**

**Laquinta Butler, on their own behalfs and on behalf of their minor children,**
   **Alonzo W. Butler, Jr.**
   **Jasmyn Butler, and**
   **Rashaad Butler**

**Rita Bailey**

**Tony Green**
**Robert Fairley**
**Ronald George**
**Lina Vaughn**
**William Byrd**
**Sylvia Byrd**
**Ruth Harris**
**Clifford Harris**
**Jonathan Washington**
**Vicky Michel**
**Simon Kleindorf**
**Bertha Kleindorf**
**David Kleindorf**
**Connie Kleindorf**
**Troylyn Washington, on her own behalf and on behalf of her minor child,**
 **Dasia Washington**
**Mercedes Ann Washington**
**Roy Junior Washington**
**Tony Green**
**Eva McGee**
**Levi Johnson**
**Patricia Johnson**
**Lequecia Bunn, on her own behalf and on behalf of her minor child,**
 **Jada Gibson**
**Imelda Johnson**
**Michael Johnson**
**Mulkina Coates, on her own behalf and on behalf of her minor children,**
 **Keshina Coates and**
 **Malik Coates**
**Benjamin Morgan**
**Chandra Maxon, on her own behalf and on behalf of her minor children,**
 **Byron Maxon,**
 **Darianne Maxon,**
 **Janea Maxon,**
 **Willie Maxon,**
 **Devante Maxon, and**
 **Chandray Maxon**
**Marylyn Maxon, on her own behalf and on behalf of her minor children,**
 **Shancanacia Maxon,**
 **Ravanell Maxon, and**
 **Robert Maxon**
**Lois Torregano**
**Loisha Breaux, on her own behalf and on behalf of her minor children,**
 **Loishell Williams and**
 **Mikayla Breaux**
**Vanesa Davis**

**James Cook**
**Daniel Davis**
**Joan A. Miller**
**Linda Boyd, on her own behalf and on behalf of her minor children,**
 **Caress Boyd, and**
 **Charles Boyd**
**Elijah Washington**
**Keineisha Richard, on her own behalf and on behalf of her minor children,**
 **Marlon Richard,**
 **Marcel Richard, and**
 **Emyjah Washington**
**Anthony Barnes**
**Falisha Barnes**
**Melanie Barnes**
**Darryle Lee Johnson, Sr.**
**Tameko Benjamin, on her own behalf and on behalf of her minor children,**
 **Jovana Benjamin**
 **Darione Benjamin**
 **Darryle Lee Johnson, Jr., and**
 **Darielle Benjamin**
**Delilah Milton**
**Kimmie Ferdinand**
**Ashley Ferdinand**
**Cornell Batiste**
**James Hollins and his wife,**
**Lakvina Coates, on their own behalf and on behalf of their minor**
**children,**
 **Semaj Hollins, and**
 **Jamaya Hollins**
**Tamaya Coates**
**Maria Washington, on her own behalf and on behalf of her minor**
**children,**
 **Janisha Washington,**
 **Andrew Washington,**
 **Charles Washington, and**
 **Mekhi Washington**
**Andrew Hill**
**Leslie Johnson, on her own behalf and on behalf of her minor child,**
 **Jamay Johnson**
**Lakeisha Fernandez, on her own behalf and on behalf of her minor child,**
 **Eddie McGee, Jr.**
**Lessie Johnson**
**Zelda McKendall**
**Ellsworth P. McKendall**
**Kimberly McKendall**
**Michael McKendall**

Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor children,
  Kavon Lang, and
  Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
  Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf and on behalf of her minor
        children,
  Shaune Bakewell, and
  LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor
        children,
  Victor Lyn Morgan
  Pamelor Morgan
  Vicknesha Morgan, and
  Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor
        children,
  Shaune Bakewell, and
  LaShay Johnson
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam and
  Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor children,
  Natiasha Lewis and
  Shaila Lewis
Christoopher Patterson, and his spouse,
  Linda Johnson, on their own behalfs and on behalf of their minor children,
  Christopher Edward Patterson, Jr. and

Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor children,
  Sherman Singleton
  Shermont Singleton and
  Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
  Rodney James, Jr. and
  Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor children,
  Charles Arington
  Tyriel Arington and
  Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
  Chad Williams
Janice Barnes
Shena Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,
  William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece and
      nephew,
  Caliyah Porter and
  Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor children,
  Eric Arrington and
  Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
  Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,

**Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,**
   **Emmanuel Goffredo Hernandez**
**Aldo Gofredo Hernandez, Jr.**
**Lloyd Loup III**
**Alaina Loup**
**Kenneth Arcement**
**Marlene Arcement**
**Shanika Taylor**
**Marsha Taylor**
**Erica Kemp**
**Latonya Caldwell, on her own behalf and on behalf of her minor children,**
   **Onyell Caldwell and**
   **Charles Dears**
**Larose Taylor**
**Stephan Sawyer**
**Ms. Eprsy Livas**
**Brandon Livas**
**Clifford Coates**
**Tammie Chattman, on her own behalf and on behalf of her minor children,**
   **Rudarion Chattman**
   **Randel Chattman, and**
   **Joseph Chattman**
**Linzie Brown**
**Emargie C. Brumfield**
**Leonard Brumfield**
**Brandon Carr**
**Jessie Arbuthnot**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc and his spouse,**
   **Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,**
   **Mika Jane LeBlanc**
**Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,**
   **Jamechia Smith, and**
   **Diamond Beam**
**Michael Gaines**
**William B. English, Jr.**
**Rosaria English**
**Hazel McGuire**
**Mary H. Johnson**
**Jerry Matthews**
**Dennis Jones, Jr.**

**Raquel Roth, on her own behalf and on behalf of her minor children,**
 **Dennis Jones III and**
 **Kellie Ann Jones**
**Linda Roth**
**Toya Roth, on her own behalf and on behalf of her minor children,**
 **Jerrell White and**
 **Terrell Roth**
**Courtney Little, on her own behalf and on behalf of her minor children,**
 **Tezanne Allen,**
 **Rashad Little, and**
 **Fabian Earls, Jr.**
**Reynell Santee, and his spouse,**
 **Tawana Rayford, on their own behalfs and on behalf of their minor**
  **children,**
 **Ranisha Rayford,**
 **Wynell Rayford, and**
 **Reynell Rayford**
**Darron Meyers**
**Troylyn Meyers, on her own behalf and on behalf of her minor children,**
 **Keiera Minor and**
 **Ashley Meyers, and on behalf of her grandchild,**
 **Daniah Williams**
**Roxchell Santee, on her own behalf and on behalf of her minor child,**
 **Tyree Santee**
**Phillip Lazard**
**Marguerite Lazard**
**Joel Frank**
**Juliet Johnson**
**Ronald Rome**
**Aunna Johnson, on her own behalf and on behalf of her minor children,**
 **Darryl Johnson and**
 **Carlos Johnson**
**John Washington**
**Bernadine Washington**
**Wanda Washington**
**Alexis Washington**
**Hazel Taylor**
**Christina Taylor**
**Sophia Taylor, on her own behalf and on behalf of her minor child,**
 **Alex Taylor**
**Yolanda Washington, on her own behalf and on behalf of her minor children,**
 **Alecia Washington,**
 **Alacia Washington and**
 **Tyrell Washington**
**Tyronne Washington**
**Bruce Washington**

Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,
  Paris Johnson,
  Traychell White and
  Kani Santee
Reynell Santee and his spouse,
  Tawana Rayford, on their own behalf and on behalf of their minor children,
  Ranisha Rayford,
  Wynell Rayford and
  Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
  Timothy Santee,
  Marvin Santee,
  Ireal Santee,
  Tiffany Santee,
  Teianna Santee
  Teriane Santee and
  Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
  Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children,
  Jamechia Smith and
  Diamond Beam
Victor Moore and his spouse,
  Pamelyn Morgan, on their own behalf and on behalf of their minor children,
  Victor Lyn Morgan,
  Pamelor Morgan,
  Vicknesha Morgan and
  Victoria Moore
Louise Ragas
Fayann Ragas
Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire
        Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith

Gayle LeBlanc
Michael LeBlanc, and his spouse,
  Larice Taylor LeBlanc, on their own behalf and on behalf of their minor
      child,
  Mika Jane LeBlanc
Jessie Arbuthnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Hunter
William Hunter
AndrewWilliams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosely
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Wilson M. Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Colleen Mooney
Shirley Simon, individually and as Administratrix of the Succession of
Richard Simon, deceased, and on behalf of any and all heirs, survivors,
relatives and beneficiaries of the deceased, including the children,
  Richard Simon, Jr.
  Richanda Simon
  Ashley Simon
  Teddy Simon
Alden Whiting, Jr.
Bobby Davis
Movella Wicker
Ms. Tony Owens
Kela Johnson
Raquan Johnson
Curtis Johnson

**Paulette Dupart and children**
**Dawn Barthe**
**Derrick Barthe**
**Ellen Penny**
**Antoinette Theriot**
**Janice L. Barnes, individually and no behalf of the minor child,**
  **Shena Barnes**
**Janice Barnes**
**Doris Starnes**
**Lois Torregano, individually and on behalf of her minor child,**
  **Loishell Williams**
**Loisha Breaux, individually and on behalf of her minor child,**
  **Mikayla Breaux**
**Bruce Michael West and**
**Tracy Collins, on their own behalf(s) and on behalf of the minor children,**
  **Jamar Kevin West and**
  **Angelique Hawkins**
**Richinda Simon**
**Dwayne Thomas and**
**Lisa Thomas, on their own behalf(s) and on behalf of the minor children,**
  **Aliyah Monet Thomas and**
  **Dawana Thomas**
**Samuel Johnson**
**Karen Johnson**
**Henry Johnson**
**Kim Johnson**
**Joann Johnson**
**Joann Green**
**Edwina Green**
**Billy H. Davis**
**Pat Winford**
**Shelia Ann Armond, on her own behalf and on behalf of her minor grandson,**
  **James Charles Patrick Armond**
**Shirley Jean Simon, individually, and as administratrix of the Succession of**
**her deceased husband, Richard Alphonse Simon, Sr. and personal**
**representative of the deceased, and on behalf of the minor children,**
  **Rhoneric Moses Simon,**
  **Rhynique Moniya Simon and**
  **Rhyashli Monya Simon**
**Rhonda Motasha Simon**
**Richard Alphonse Simon, Jr.**
**Windell Williams**
**Sylvia Page**
**Rose Mary Boitmann**
**Arlie Dyson**
**James J. Woulfe**

Daniel W. Arceneaux
Alfred "Wolf" Green
Darlana Green, on her own behalf and on behalf of the minor children,
   Armani Green and
   Anya Green
Myayana Reed
Matthew Wilson
David Jones, Sr.
Antoinette Jones, on their own behalf(s) and on behalf of their minor
children,
   David Jones, Jr. and
   Dajanet Jones
Chantell Harvey, on her own behalf and on behalf of her minor children,
   Damien Harvey,
   Darall Harvey and
   Dontal Harvey
Dorothy Harvey
Claudia Harvey, on her own behalf and on behalf of her minor children,
   Marcee Joseph and
   Marcell Joseph
Markell Joseph
Myron Mack
Sheila Lewis, on her own behalf and on behalf of her minor children,
   Pernell Lewis and
   Ashanti Lewis
Tyrone Cuneo
Sheila Cuneo
Cherie Johnson
Edward William Davis
Karin Liegh Gober Davis
Jasmine Terry, on her own behalf and on behalf of her minor child,
   Jyshaun Deloney
Keith Martin, on his own behalf and on behalf of his minor child,
   Lakeitha Martin
Contrice Phipps
Karen A. Collins
Lynette Renee Cambridge
Ebony Ellis
Donette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
Patricia Wells
Barbara Ann Anderson
Michelle Sandifer
Courtney Conway

Gilda Washington
Ebony G. Ellis
Christopher Thomas
Ladoia Smith
David Taylor
Alfred C. Green
Jaran Thomas
Charles Sykes
Alexander Williams
Drue Bryant
Tyrell LeBlanc
Jerry Burns
Clifton Thompson
Adam Stacker
Johnnie Causey
Jefferson E. Yarborough
James Gregory Vincent
Gwendolyn J. Green, on her own behalf and on behalf of her minor son,
  Michael J. Green
Brandy M. Johnson
Adam C. Morrison
Dorothy Harvey, on her own behalf and on behalf of her minor grandchild,
  Dwayne Banks
Arlie Dyson
Ether Bullock, on her own behalf and on behalf of her minor grandchildren,
  Tharnell Bullock and
  Calvin Bullock
Charles Terrell
Penny Jo Anderson
Larry M. Broyard, Sr.
Agatha Broyard
Ossiemea Marshall, on her own behalf and on behalf of her minor child,
  Larry M. Broyard, Jr.
Dorothy Saddler Harris
Charles Harris
Mamie White
Bobbie Davis
Pamela Maye
Clayton Wicker
Laurence Wicker
Ron Wicker
Charlita Clark, as natural tutrix of her minor children,
  Tyrus Jamal Clark and
  Shedrick Clark III
Terry Rattler
Claudia Rattler

**Renelle Rattler**
**Carolyn Jones**
**Gregory Baptiste, Sr. and his spouse,**
  **Lisa Baptiste, on their own behalf and on behalf of their minor child,**
  **Jonathan Baptiste**
**Gregory Baptiste, Jr. and**
**Devon Baptiste**
**Ashley Norris**
**Susan Lazard**
**Sandra B. Scott**
**Tirrell Scott**
**Calvin Scott**
**Ernest Milien, Sr.**
**Sharon Brown, on her own behalf and on behalf of her minor daughter,**
  **Rochelle Brown**
**Ruth Washington Harris**
**Ruby Washington**
**Lamont Marrero**
**Robert Butler**
**Antoine Deloney**
**Kellen Phipps**
**Keith Martin**
**Contrice Phipps**
**Troy C. Louis and**
**Erika Louis, on their own behalf and on behalf of their minor children,**
  **Gregory Williams,**
  **Erik Louis,**
  **Darrion Louis and**
  **Shekinah Louis**
**Dawnell Williams**
**David Bealer**
**Roseann Bealer**
**Stacy Bealer**
**Roland Rodrigue**
**Cheryl Rodrigue**
**John Elmer Smith**
**Wanda Jean Smith**
**Robin Marie Smith**
**Linda R. Breaux**
**Larry Robert Reinhardt**
**Rosa A. Reinhardt**
**Robert E. Stone**
**Linda Dufrene**
**Aldo Goffredo Hernandez, Sr., and his spouse,**
  **Areli Carlota Hernandez, on their own behalf and on behalf of their minor**
  **child,**

Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
William B. English, Jr.
Rosaria English
Jeffrey Baker Day
Ashley O'Dwyer Day
Christopher T. Kitsos
Joyce A. Kitsos
Theresa Anna West
Stacy English, on her own behalf and on behalf of her minor child,
   Kayla English
Wrenel Hill
Janice Hill
Shinedel Hill
Robert Butler
Theresa Anna West
Janet Ausbrook and
Anna Ausbrook, on their own behalf and on behalf of
   James Ausbrook, retarded
Joycelyn Causey, on her own behalf and on behalf of her minor daughter,
   Lashae Simon
Trenese Simon
Judith Chaupette
Tarita B. Smith, on her own behalf and on behalf of her minor sons,
   Byron Smith and
   Royce Smith
Paul Mosely
Ronald M. Farve, on his own behalf and on behalf of his minor daughter,
   Rhonda Farve
Renee Farve, on her own behalf and on behalf of her minor children,
   Jalicia Slick,
   Darvell Burgess and
   Dwight Clark
Silas Battie
Shelita Simon, on her own behalf and on behalf of her minor children,
   Roger Simon,
   Rogerrikka Simon and
   Terrell Simon

**Terrell Byrd**
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor grandson,**
**  Tharnelle Bullock**
**Charles Terrell**
**Bernadette Riley**
**Keoka Foster, on her own behalf and on behalf of her minor child,**
**  Kiera Foster**
**George Morant**
**Jeanne Morant**
**Mrs. Rudolph T. O'Dwyer, Jr.**
**Rudolph Theodore O'Dwyer III**
**Joseph K. Rowan and his spouse**
**  Mary Angela Rowan, on their own behalf and on behalf of their minor child,**
**  Christopher David Rowan**
**Jonathan Patrick Rowan**
**Jay Emile Pfister O'Dwyer and his spouse,**
**  Marcie Heine O'Dwyer, on their own behalf and on behalf of their minor twins,**
**  Julia Elizabeth O'Dwyer and Jenna Elizabeth O'Dwyer**
**Frances Raymond Pfister**
**Ann Haydel Pfister**
**Frances Raymond Pfister III**
**Timothy Thadeous Pfister**
**Dr. Irma Pfister**
**C.P. Christensen, Inc. d/b/a "EmbroidMe"**
**Chris P. Christensen**
**Judy Scalan**
**Sylvia S. Worthington**
**Joann Ovino Tujague**
**Carolyn Dubourg**
**Shaw Dubourg**
**Whitney Dubourg**
**Lawrence Wicker**
**Pamela Maye**
**Pamela Williams**
**Robert Butler**
**Lonnie Taylor**
**Thomas Green**
**Louise Green, on her own behalf and on behalf of the minor child,**
**  Deviance Green**
**Gerald Green**
**Clayton Wicker**
**Ernest Wicker**
**Ron Wicker**
**Linda Wilson, on her own behalf and on behalf of the minor children,**

Brice Lee and
  Brittany Wilson
Brandon Wilson
Alvin Whiting, Jr.
Mamie White
Bobbie Davis
Clifford Baptiste
Marie Baptiste
Rudolph Dupart
Brenda Dupart
Carolyn Jones
Kela Johnson, on her own behalf and on behalf of her minor children,
  Rahquan Johnson and
  Curtis Johnson
Larry M. Broyard, Sr.
Milous Magee III
Trikita Rattler, on her own behalf and on behalf of her minor children,
  Ta-Quita Rattler
  Renelle Rattler
  Marvin Rattler and
  Tirrell Rattler
Claudia Rattler
Latanya Renkin, on her own behalf and on behalf of the minor child,
  Jycal Renkin
Calvin Renkin
Christina Cherry
Cynthia Richardson, on her own behalf and on behalf of her minor nieces,
  Ajia Richardson and
  India Jackson
Nekia Richardson, on her own behalf and on behalf of the minor children,
  Nekia White and
  Kani Richardson
Kela Johnson, on her own behalf and on behalf of the minor children,
  Curtis Johnson and
  Rahquan Johnson
Eureka Richardson, on her own behalf and on behalf of the minor child,
  Thomas Enclorde
Edwina Green
Antwine Deloney
Cleveland Mills
Joy Wicker
Ms. Tony Owens
Gregory Baptiste, Sr. and his spouse,
Lisa Baptiste, on their own behalf sand on behalf of their minor children,
  Gregory Baptist, Jr. and
  Jonathan Baptiste

**Devin Baptiste**
**Ellen Penny**
**Antoinette Theriot**
**Mark Owens**
**Patricia S. Cross**
**Nathaniel Carr**
**John Turner**
**John Branch**
**Hope Branch**
**J. Haron Lanoue**
**William Heine**
**Linda Heine**
**Jerry Burns**
**Nichelle Burns, on her own behalf and no behalf of her minor children,**
  **Taquisha James,**
  **Trevon James,**
  **Jerry Burns III and**
  **Jerrmya Burns**
**Howles Miles**
**Lynn Butler**
**Chriscynthia Williams**
**Olivia Honore or Honora (spelled phonetically)**
**Jefferson Eric Yarborough**
**Bruce West**
**Tracy Collins**
**Lynn Butler**
**Clifford Harris**
**Ruth Harris**
**Jonathan Washington**
**Carolyn Duborg**
**Shan Duborg**
**Whitney Duborg**
**Keith Martin, on his own behalf and on behalf of his minor child,**
  **Lakeitha Martin**
**Lottie Davis, individually and as Administratrix of the Succession of her**
**mother, Elma Davis, deceased, and on behalf of any and all heirs, survivors,**
**relatives and beneficiaries of the deceased**
**Tamrifka Davis**
**Theresa Edwards**
**Darrell Edwards**
**Terry Adams**
**Gary McCloud**
**Donna Pollard**
**Gregory Lewis Henry**
**Judy Scalan**
**Derek Williams, on his own behalf and on behalf of his minor children,**

Derek Williams, Jr.
Derynet Williams
Levi Stanley
Samuel Johnson
Karen Johnson
The Parfait Family
Wilson Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Helen Frank (individually and as Administratrix of the Succession of
Richard Frank, and on behalf of any and all heirs, survivors, relatives and
beneficiaries of the deceased),
Michelle "Mink" Jones
Kenneth Williams
Derrick Williams
Ladanya Williams
Cadorra Williams
Valerie Williams, on her own behalf and on behalf of her minor children,
Chrishawn Williams
Jamon Williams, and
Tameka Williams
Andrew Hill
Maria Washington, on her own behalf and on behalf of her minor
children,
Janisha Washington
Andrew Washington
Charles Washington
Mekhi Washington
Tammy McFarland
Joshua McFarland
Kelly Augusta
Artis Ulmer, Sr.
Ruth Ulmer
Artis Ulmer, Jr., on his own behalf and on behalf of his son,
Roche Easpdron
Patricia Harris
Bernon Barnes
Charles Ulmer, Sr.
Charles Ulmer, Jr.
Derick Ulmer
Dennis Ulmer
Kevin McFarland
Charles Hollaway
Joseph Smith
Clarisa McCoy

**Wardell Luter**
**Janet Luter**
**Christopher Luter and his wife**
  **Tracy Luter, on their own behalf and on behalf of their minor children,**
  **Tranard Luter, and**
  **Crista Luter**
**Linda Molaison**
**Gail Brown, on her own behalf and on behalf of her minor children,**
  **Aaron Pulliam, and**
  **Brandon Pulliam**
**Shelia Martin**
**Keith Martin**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire**
**Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc, and his spouse,**
  **Larice Taylor LeBlanc, on their own behalf and on behalf of their minor**
**child,**
  **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosely**
**Shaqual Mosely**
**Shannel Mosely**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Vanessa Carter**
**Chris McCormick**
**Michele Armour**

**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, in her own behalf and on behalf of her minor children,**
**Jasemine and**
**Jasemine and**
**Yasemine Greenwood**
**Daniel Weber, individually and in his capacity as Administrator of the Succession of his spouse, Rosetta Marrero, and as personal representative of the deceased, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased, known or unknown**
**Lamont Marrero**
**Edward Marrero**
**Renzoll Marrero**
**Peter Thibodeaux**
**Agnes Mae Recasner**
**Quiana Whitney**
**Carl Recasner**
**Bobby Recasner**
**Tyrone Moffett and his fiancé,**
**Ashley Robinson, on their own behalfs and on behalf of their minor child,**
**Ty' Janie Moffett**
**Bruce Hayes**
**Marinesha Green, on her own behalf and on behalf of her minor child,**
**Bruce Hayes III**
**Emma Martin**
**Ollie Rickney**
**Ryan Ward**
**Tinisha Sims, on her own behalf and on behalf of her minor children,**
**Kiyera Sims, and**
**Garnycia Reed**
**Broderick Mack**
**Antonio Green**
**Ebony Gordon**
**Melba Gibson**
**Emmanuel Joseph LeBlanc**
**Gertrude LeBlanc**
**Ardell Joseph LeBlanc**
**LeShaun Monique LeBlanc**
**Cyndria LeBlanc**
**Arianya LeBlanc**
**Paul Mosley**
**Betty Mosley**
**Contrice Phipps**
**Troy Louis, and his spouse,**

Erika Louis, on their own behalfs and on behalf of their minor children,
Gregory Williams,
Erik Louis,
Darrion Louis,
Shekinah Louis
Raymond Joseph
Claudia Rattler
Terry Rattler
Renelle Rattler
Joseph Russo-Tiesse, Sr.
Dorothy Russo-Tiesse
Joseph Russo-Tiesse, Jr.
Larry Finnan
Susan Finnan
Jamie Finnan
Ashley Finnan
Kasie Finnan
Dean Huettmann, and his spouse,
  Rebecca Huettmann, on their own behalf and on behalf of their minor child,
  Aaron Huettmann
Roy Schlosser, Sr.
Mary Ann Schlosser, on her own behalf and on behalf of her minor child,
  Roy Schlosser, Jr.
Travis Lagattuta, and his spouse,
  Jamie Lagattuta, on their own behalf and on behalf of their minor children,
  Jonathan Lagattuta and
  Mason Lagattuta
Henry "Hank" Schlosser, and his spouse,
  Teresa Schlosser, on their own behalf, and on behalf of their minor children,
  Ashley Schlosser,
  Christopher Schlosser and
  Michael Schlosser
Donald Kelly
Susan Kelly
Pastor James R. Shears,
on his own behalf, and as agent for and mandatary of his congregation, The
Gethsemane Lutheran Congregation, Church Council and The Gethsemane
Lutheran Church, 2825 Paris Road, Chalmette, LA
Aloma Shears
Joshua Shears
Jonathan Shears
Henry "Hank" Schlosser and his spouse
Teresa Schlosser on behalf of their minor children by changing the childrens'
names as follows:
  Ashley Schlosser to Ashley Bolion
  Christopher Schlosser to Christopher Panerello

**Michael Schlosser to Michael Panerello**
**Bruce Edwin Blew**
**Irving Frank Galle, Jr.**
**Kitty Galle**
**Jason Michael Galle**
**Sandra Callahan**
**James Williams, Jr. and his spouse,**
**Brenda Williams**
**Calvin Preyan**
**Larry Lawrence**
**Kevin Davis**
**Joseph Jones**
**George Lewis**
**Silas L. Williams**
**Mary Bernice Williams**
**Crystal Williams**
**Savanna Williams**
**Lionel Hunter**
**Wallace M. Barnes**
**Willie Gibson**
**Jefferson Eric Yarborough**
**Daniel Cornelius Wilson**
**Wallace M. Barnes**
**Willie Gibson**
**Darrele Edwards**
**Keith Lewis**
**Byron Kelly**
**Shawn Sherman**
**Louis Bryant**
**Clarence Richard**
**Dustin Toni Sevin**
**Gregory McClay**
**Kevin King**
**Clarence Joseph**
**Willie Smith**
**Clarence Johnson**
**Derrick Boykins**
**Darrell Edwards**
**Terry Adams**
**Gregory Louis Henry**
**Kevin Green**
**Ladoia Smith**
**Charles Sykes**
**David Taylor**
**Christopher Taylor**
**Geghvar Hooks**

John Caston
David Vincent Thompson and his spouse,
  Pricela A. Thompson, on their own behalfs, and on behalf of their minor
children,
  John Thompson
  James Thompson and
  Daniel Thompson
Gary Michael Williams
Larry Howard
Tyrone Smith
Henry L. Beba and his spouse
  Rochelle Beba
Joy Blackstone, who was doing business as JMC Beauty Salon
Chadsidy Blackstone, on her own behalf and on behalf of her minor child,
  Jaylyn Blackstone
Darrel Salvage
JoAnn Green
George A. Schiaffino
Colette Schiaffino
Bobbie Smith
Lisa M. Smith
Jerome Smith
Todd Whitaker, Sr.
Todd Whitaker, Jr.
Rochelle Baxter, on her own behalf and on behalf of her minor children,
  Rolecia Baxter,
  Breionna Baxter,
  Calvin Baxter, and
  Colby Baxter
Alacia Baxter, on her own behalf and on behalf of her minor child,
  Laquinca Baxter
Kevin Toussaint, Sr. and his spouse,
  Tamacia Latanya Johnson, on their own behalf and on behalf of their minor
children,
  James Moore Johnson
  Shantrell Marie Johnson
  Ashley Kimrolesha Johnson
  Aaron Kendell Johnson
  Keshawn Kylie Johnson
  Lloyd Ray Johnson
  Kevineka Tamacia Toussaint
Tamica Latanya Toussaint
Kimberly Marie Johnson, on her own behalf and on behalf of her minor
child,
  Alfred Johnson
Kim Johnson

Ricky Smallwood, Sr.
Gina Smallwood
Ricky Smallwood, Jr.
Steven A. Hester
Jeanette Foster
Paul Donald Hellmers
Marissa Salon Hellmers
John Blue
Kleo E. Blue III
Henry L. Beba, Jr.
Patricia Blue
Nancy Lytle, on her own behalf and on behalf of her minor child,
  Gabrielle Kehoe
Paul J. Rindolfo
Rose Boguille
Karen Kemp
Dawn Bundy, on her own behalf and on behalf of her minor children,
  Emanuel Bundy
  Shekinah Bundy
  Jane Bundy, and
  Blair Bundy, Jr.
Roxchell Panika Santee', on her own behalf and on behalf of her minor son,
  Tyree Santee'
David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Jocelyn Causey
Shelita Simon, on her own behalf and on behalf of her minor children,
  Roger Simon
  Rogerrikka Simon,
  Terrell Simon,
  Terrell Byrd and
  Tyrell Byrd
Coleen Mooney
Tarita B. Smith, on her own behalf and on behalf of her minor children,
  Byron Smith and

Royce Smith
Trey McCrory
Ether Bullock, on her own behalf and on behalf of her minor grandson,
  Tharnell Bullock
Charles Terrell
Evelyn McDowell, on her own behalf and on behalf of her deceased mother,
  Sylvia Haley, and as personal representative of the deceased, and on behalf
of her minor son,
  Gino McDowell, her minor grandson,
  Bishop Thomas, minor nephew,
  Lewis Johnson, and minor niece,
  Jaleesa Robinson
JoAnn Green
Patricia Blue
Steven A. Hester
Jeanette Foster
Donald Hellmers
John Blue
Nancy Lytle
Jo-Ann Wingate
Brandon Wingate
Clyde P. Wingate, Jr.
Jermaine Rome
TroyLynn Smith
Mr. and Mrs. Samuel Johnson
Karen A. Collins
Lynette Renee Cambridge
Ebony Ellis
Donette Atkinson
Lisa Mzones or Myones
Shawnee Duncan
Barbara Sanders
Patricia Wells
Belinda Wilson
Barbara Ann Anderson
Michelle Sandifer
Courtney Conway
Gilda Washington
Ebony G. Ellis
Tyrone Cuneo
Sheila Cuneo
Cherie Johnson
Calvin Preyan
Larry Lawrence
Kevin Davis
Joseph Jones

**Rudell Griffin**
**Thadeus Baxter**
**Willie Gibson**
**Dorothy Johnson**
**Tony Lemon**
**Jason Lemon**
**John D. Lynch**
**Michael Whitfield**
**Larry E. Warner**
**Calvin Preyan**
**Larry Lawrence**
**Kevin Davis**
**Joseph Jones**
**Wallace M. Barnes**
**Elvira Morgan**
**Kilven Green**
**Mark Owens**
**Willie James**
**Derrick Jarrow**
**Sean Maurice Wesley**
**Valerie Green on her own behalf and on behalf of her minor child,**
  **Langston Green**
**Valerie Green, on her own behalf and on behalf of her minor child,**
  **Langston Green**
**Shawnique Green**
**David Sparks**
**Walter Brooks**
**Larry E. Warner**
**Carolyn Williams**
**Stephen Watson**
**Dionne Sparks Warner, on her own behalf and as Administratrix of the**
**Succession of her deceased father, Henry Donald Sparks, Sr., and on behalf**
**of any and all heirs, survivors, relatives and beneficiaries of the deceased,**
**including, but not limited to,**
  **Henry Donald Sparks, Jr.**
  **Jeffery Sparks,**
  **Donald Sparks,**
  **Tilly Sparks,**
  **Sterling Sparks**
  **John Sparks**
**Gwendolyn Sparks, on her own behalf and as Administratrix of the**
**Succession of her deceased brother, Edward Charles Sparks, and as personal**
**representative of her deceased sister-in-law, Susie Joseph Sparks, wife of**
**Edward Charles Sparks,, and as personal representative of the estate of her**
**minor nephew, Edward Charles Sparks, Jr., and as Administratrix of the**
**Succession of her Aunt, Marjorie Katherine Edwards**

**Allan Colley**
**Kevin D. Colley**
**Christopher B. Colley**
**Dupuy Storage & Forwarding, L.L.C.**
**Colley Real Estate, L.L.C.**
**Colley Real Estate Partnership**
**RTI Logistics, L.L.C.**
**Eugene Davis**
**Troy Davis**
**Tom West**
**Coleen L. Mooney**
**Charles M. Farve**
**Edwin Bates**
**Kevin Wilkes a/k/a Kevin Weathersby**
**Kerry Wheeler**
**Anthony David Simon, Sr.**
**Matthew Wilson**
**Amanda Washington**
**Willie James Brock**
**Lacrechia C. Warner**
**Willie Lemon**

each of whom claims an interest in the $200 billion dollars which the State of Louisiana is seeking to recover from the United States of America in the above-styled and numbered causes.

## II.

Intervening plaintiffs, and each or all of them, are are representative of the following classes of people, *inter alia*:

    A.    Citizens and/or residents of the Parishes of Orleans, Jefferson and St. Bernard, State of Louisiana, who are survivors of human beings who died as a result of the fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance by the State of Louisiana;

    B.    Citizens and/or residents of the Parishes of Orleans, Jefferson and St. Bernard, State of Louisiana, who suffered bodily injury, pain and suffering,

mental anguish and/or emotional distress, including damages for anxiety, fear, fright, despair and hopelessness, as a result of the fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance by the State of Louisiana;

C.   Citizens and/or residents of the Parishes of Orleans, Jefferson and St. Bernard, State of Louisiana, who suffered loss of or damage to property, both real and personal, and/or diminution in the value of their property, as a result of the fault, neglect, strict liability and/or breach of the warranty of workmanlike performance by the State of Louisiana;

D.   Citizens and/or residents of the Parishes of Orleans, Jefferson and St. Bernard, State of Louisiana, who suffered purely economic losses, such as lost income, business interruption losses, lost profits, lost opportunities, relocation expenses, increased business and/or living expenses, increased insurance premiums and unavailability of insurance coverage, as a result of the fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance by the State of Louisiana;

E.   Citizens and/or residents of the Parishes of Orleans, Jefferson and St. Bernard, State of Louisiana, who suffered damage from pollution, including bodily injury, contamination of real or personal property, lost revenues, profits and earning capacity due to pollution, and damage for subsistence use, as well as damage for the cost of containment, clean-up, remediation and restoration, and for damage to the environment as a result

of the fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance by the State of Louisiana;

F.    Citizens and/or residents of the Parishes of Orleans, Jefferson and St. Bernard, State of Louisiana, who experienced the threat of loss or damage, mental anguish and/or emotional distress, including anxiety, fear fright, despair and hopelessness, as a result of the fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance by the State of Louisiana;  and

G.    All Victims of KATRINA, but particularly those who were critical care patients in hospitals and nursing homes, and people without the means of transportation out of the City, including those persons who were encouraged to proceed to the government-designated shelter-of-last-resort", the Superdome, which government knew was located in a flood plain, and those persons who, after KATRINA passed through the City, found themselves stranded in their homes, on rooftops, on raised portions of highways and bridges, at the Superdome, at the Convention Center, and at other places of refuge, where they were simply abandoned, for days, by all levels of government, which simply failed to act to provide rescue and evacuation in a timely and efficient manner, virtually abandoning these Victims of KATRINA to their own devices and plight, and also including inmates of the Orleans Parish Prison facilities.

**III.**

Intervening plaintiffs aver a number of causes of action against the State of Louisiana, including causes of action for the recovery of damages for offenses and quasi-offenses, which fall within two (2) broad categories, viz., "Levee" and "Responder" causes of action, which are described more particularly, infra.

## JURISDICTION AND APPLICABLE LAW

## IV.

This Court has subject matter jurisdiction of the claims herein asserted by virtue of the Constitution and laws of the United States and the State of Louisiana. Alternatively, this Court has subject matter jurisdiction of the claims herein asserted by virtue of the admiralty and maritime nature of the claims herein asserted. Intervening plaintiffs aver that the following torts, including maritime torts, were committed against them by the State of Louisiana:

1) Defective and negligent design, construction, operation, inspection and maintenance of an entire navigable waterway system, including levees and retaining wall structures, consisting of the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, the Inner Harbor Navigation Canal (a/k/a "The Industrial Canal"), the London Avenue Canal, the Orleans Avenue Canal and the 17th Street Canal, their environs and tributaries;

2) Negligent failure to contain the navigable waters of the United States identified, supra;

3) Negligent dredging of the navigable waters of the United States identified, supra;

**V**.

This Court also has jurisdiction of the claims herein asserted by virtue of violation of the following pollution statutes by the State of Louisiana:

>       The Oil Pollution Act of 1990 and precursor legislation
>
>       The Comprehensive Environmental Response Compensation and Liability Act and precursor litigation
>
>       The Federal Water Pollution Control Act
>
>       The Clean Water Act
>
>       The Clean Air Act

**VI**.

Additionally, this Court has jurisdiction of the claims herein asserted pursuant to the Fifth Amendment of the United States Constitution, and pursuant to Article 1, Section 4 of the Louisiana Constitution of 1974, since intervening plaintiffs in this case also aver the taking of their property by the State of Louisiana without just compensation.

**VII.**

Intervening plaintiffs also aver subject matter jurisdiction by virtue of violation of the following Louisiana State laws which, it is submitted, are not in conflict with the general maritime law, and the violation of which may be viewed as indicia of the violation of the general maritime law by the State of Louisiana, as well as violation of State law, thus entitling plaintiffs to damages from the State:

>       LSA-R.S. 14:39
>
>       LSA-R.S. 14:55
>
>       LSA-R.S. 14:56
>
>       LSA-R.S. 14:134

Article 667 of the Louisiana Civil Code

Article 2315 of the Louisiana Civil Code

Article 2315.1 of the Louisiana Civil Code

Article 2315.2 of the Louisiana Civil Code

Article 2315.6 of the Louisiana Civil Code

Article 2316 of the Louisiana Civil Code

Article 2317 of the Louisiana Civil Code

Article 2317.1 of the Louisiana Civil Code

Article 2322 of the Louisiana Civil Code

The Louisiana Environmental Quality Act

The Louisiana Air Control Law

The Louisiana Water Control Law

The Louisiana Oil Spill Prevention and Response Act

**VIII.**

Intervening plaintiffs also aver that the State of Louisiana breached the warranty of workmanlike performance owed to each of them and their property by the State under the general maritime law.

**IX.**

Intervening plaintiffs also aver causes of action against the State of Louisiana for trespass and nuisance.

## UNAVAILABILITY OF ELEVENTH
## AMENDMENT IMMUNITY

### X.

Intervening plaintiffs aver that the State of Louisiana is not immune from litigating intervening plaintiffs' claims against it in this forum pursuant to the 11th Amendment to the U.S. Constitution, because by virtue of the State's voluntary decision to expressly invoke Federal Court jurisdiction by instituting suit in this forum in the name of the State of Louisiana in Civil Action Nos. 07-5023 and 07-5040, *inter alia*, the State of Louisiana and Attorney General Charles C. Foti waived any immunity the State might otherwise have had from being required to litigate in Federal Court.  Clark v. Barnard, 108 U.S. 436, 2 S.Ct. 878 (1883) and its progeny;  Lapides v. Board of Regents of University System of Georgia, 535 U.S. 613, 122 S.Ct. 1640 (2002) and cases cited therein.

### XI.

In the alternative, intervening plaintiffs aver that the State of Louisiana is not entitled to invoke immunity under the 11th Amendment from being required to litigate in Federal Court by virtue of the following:

1)   Intervening plaintiffs aver that the State of Louisiana, its agencies, etc., have waived Eleventh Amendment Immunity by virtue of persistent and systematic invocation of the jurisdiction of the Federal Court system in Louisiana, including particularly, invocation of the jurisdiction of the United States District Court for the Eastern District of Louisiana in Civil Action Nos. 05-4157, 06-3813 and 06-3552, among others.

2)   Intervening plaintiffs aver, upon information and belief, that the matters which they are seeking to litigate against the State in Federal Court are matters on which Congress has already abrogated the State's 11th Amendment immunity, involving flood control, hurricane protection, and disaster preparation and response.

-38-

Accordingly, intervening plaintiffs aver that they should have been permitted to conduct discovery concerning the federal, state and local legislative schemes, which have established "partnerships" between and among the federal, state and local governments. Intervening plaintiffs also aver that discovery may reveal documentation of other forms of waiver of 11th Amendment immunity by the State of Louisiana.

3)   The 11th Amendment to the U.S. Constitution has been badly misconstrued by the Judiciary, and simply does not apply under the facts and circumstances of this case, because:

a)   The State of Louisiana has waived sovereign immunity for cases sounding in tort by virtue of Article XII, §10(A) of the Louisiana Constitution of 1974;

b)   The Federal Courts, therefore, would have had jurisdiction over cases brought against the State by its own citizens pursuant to Article III, Section 2 of the U.S. Constitution, which extended Federal judicial power ". . . to all cases, in law or equity, arising under the Constitution, the laws of the United States . . . under their authority."

c)   The "federal question" for the exercise of federal jurisdiction over such cases is the Court's supplemental jurisdiction under 28 U.S.C. §1367.

## THE STATE'S WAIVER OF IMMUNITY

## XII.

Intervening plaintiffs aver that the State of Louisiana has waived immunity for actions of this nature by virtue of Article XII, §10 of the Louisiana Constitution of 1974, and by virtue of LSA-R.S. 9:2798.1.

## AS TO THE LEVEE CAUSES OF ACTION

## XIII.

Sometime at or about the time Hurricane KATRINA made landfall in Louisiana on the early morning of August 29, 2006, and thereafter, numerous breaches in the levees

and retaining wall structures occurred along the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, the Inner Harbor Navigation Canal (a/k/a the Industrial Canal), the London Avenue Canal and the 17th Street Canal. As a result of those breaches, flooding of the Greater Metropolitan Area, including parts of the Parishes of Orleans, Jefferson and St. Bernard, occurred. Additional flooding was caused by storm surge flowing over "low spots" or unprotected areas along the banks of the London Avenue and Orleans Avenue Canals, and by virtue of the back-flow of water into the Greater New Orleans Metropolitan Area from outfall canals in all three (3) parishes through pumping stations which had been improvidently, and negligently, incorporated into the "flood protection system" for the area, which pumping stations were not equipped with back-flow valves, check valves or similar devices which would have prevented the back-flow of water from the canals through the pumping stations and into the area, when the pumps stopped operating for one reason or another.

### XIV.

Intervening plaintiffs aver that the above-described breaches in the levees and retaining wall structures of the navigable waterways identified, supra, and the flooding of the Greater New Orleans Metropolitan Area, described, supra, whether caused by breaches, overtopping, surge flowing over "low spots", back-flow through pumping stations or flooding from whatever cause, were caused or occasioned by the State's fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance which was owed plaintiffs and their property by the State of Louisiana. Intervening plaintiffs also aver that the State of Louisiana failed in its duty to ensure the competent design, construction operation, inspection and maintenance of an entire

navigable waterway system, consisting of the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, the Inner Harbor Navigation Canal (a/k/a the Industrial Canal), the London Avenue Canal, the Orleans Avenue Canal and the 17th Street Canal, and their environs and tributaries, which were defectively and negligently designed, constructed, operated, inspected and maintained, and that the State of Louisiana failed in its duty to properly contain navigable waters of the United States in that navigable waterway system.

## XV.

Intervening plaintiffs also aver the following facts in support of their allegations of liability for fault, neglect, strict liability and/or breach of the warranty of workmanlike performance by the State of Louisiana:

1)   Failing to discharge the statutory obligations as outlined in Titles 33, 36 and 38 of the Louisiana Revised Statutes.

2)   Failing to have or implement competent management structures, rules procedures, standards and training programs.

3)   Lobbying for and approving, in 1985, construction of "The High Level Plan" rather than "The Barrier Plan".

4)   Failing to coordinate with the U.S. Army Corps of Engineers and with State and local agencies so that responsibility for cooperation concerning levees, drainage and flood control, and for inspection and maintenance of completed portions of the Lake Pontchartrain Project, were clearly spelled out.

5)   Ignoring "turnover" letters from the U.S. Army Corps of Engineers.

6)   Failing to properly train employees and to coordinate with each other and with the U.S. Army Corps of Engineers in order to better discharge the statutory duties of inspecting and maintaining the levee systems.

7)   Failing to competently inspect and maintain the levee systems or maintain proper records addressing inspection and maintenance.

8)   Failing to remedy obviously deficient conditions in the levee systems, which proper inspection should have disclosed.

-41-

9)     Failing to notify the U.S. Army Corps of Engineers after several residents of Bellaire Drive reported water in their yards several months prior to KATRINA, and failing to do anything about the water which was reported, independently of the Corps of Engineers.

10)    Institutionalizing a complete lack of cooperation and coordination and between the New Orleans Levee Board and the Sewerage and Water Board of New Orleans.

11)    Negligently dredging the navigable waterways identified herein which eliminated any factor of safety in the original designs for the levee and retaining wall structures.

12)    Misdirecting funds which should have been earmarked for flood control projects and/or flood-related projects to other projects, in violation of law.

13)    Focusing money and resources on non-flood-protection activities.

14)    Failing to remedy "low spots" in the retaining wall structures on the London Avenue and Orleans Avenue Canals, with the result that storm surge from Lake Pontchartrain poured into the City of New Orleans and surrounding area during Hurricane KATRINA.

15)    Failing to remedy levees which were known to be below design height.

16)    Failing to repair the W-30 floodgate on the West side of the Industrial Canal prior to KATRINA, and failing to adequately close the gap left in the hurricane protection system by that damaged floodgate.

17)    Failing to have and/or to follow competent emergency operations plans, including the failure to stockpile materials for use in an emergency.

18)    Failing to learn any lessons from the difficulties which Pittman Construction Co., Inc. encountered with the sheet piles and the concrete monolith panels at the 17th Street Canal in 1993 and 1994.

19)    Failing to learn any lessons from prior hurricane exercises, including particularly the Hurricane PAM exercise, among others.

20)    Establishing an Emergency Operations Center in a flood plain.

21)    Failing to have a clear understanding with the Federal Government (the U.S. Army Corps of Engineers) about who was responsible for what, when there was a problem.

22)     Interfering with and actually obstructing the closing of the levee breaches and the dewatering of the City of New Orleans after Hurricane KATRINA.

23)     Failing to safeguard the water supply of the East Bank of Orleans Parish in the aftermath of Hurricane KATRINA, with the result that entire city blocks burned to the ground, because there was no water to douse the fires.

24)     Failing to property monitor water pressures adjacent to the water bodies involved in this litigation.

25)     Failing to adequately protect pumps and electrical generating equipment, including emergency generating equipment, from flooding.

26)     Failing to ensure operational redundancy in the water pumping and drainage systems.

27)     Failing to establish and have competent Engineering Staff(s), and in a sufficient number, to do what the law required them to do.

28)     Constructing earthen levees with unsuitable materials.

29)     Failing to equip pump stations, pumps, piping and drainage systems with back-flow valves, check valves or similar devices, which said failure contributed to the flooding of urban areas as a result of back-flow.

Intervening plaintiffs reserve the right to amend the foregoing Article when the facts become more fully known.

## XVI.

Intervening plaintiffs aver that as a result of the aforesaid fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance by the State of Louisiana, intervening plaintiffs have sustained damages, including damages for the wrongful deaths of loved ones, bodily injuries, property damage, both real and personal, lost income, business interruption losses, lost profits, lost opportunities, pain, suffering, mental anguish and emotional distress, inconvenience, relocation expenses and increased business and/or living expenses, diminution in the pre-KATRINA value of property, as well as other quantifiable losses for which money damages are being sought by

intervening plaintiffs from the State in this action, including damages incurred by virtue of pollution.

## XVII.

Intervening plaintiffs further aver that as a result of the aforesaid fault, neglect, strict liability and/or breach of the implied warranty of workmanlike performance by the State of Louisiana, intervening plaintiffs have sustained economic damages and losses in the form of increased insurance premiums since Hurricane KATRINA, when contrasted with the premiums charged pre-KATRINA, and damages and losses caused by the unavailability of insurance coverage.

## XVIII.

Intervening plaintiffs aver that the conduct of certain employees of the State of Louisiana, described, supra, was criminal, willful, wanton and reckless, so as to constitute legal misconduct, entitling intervening plaintiffs to an award of punitive or exemplary damages from the State under the general maritime law.

## AS TO THE RESPONDER CAUSES OF ACTION

## XIX.

Prior to, during, and after Hurricane KATRINA, the State of Louisiana, acting negligently, or under color of state law, ordinance, proclamation, regulation, statute or usage, in an official capacity, and in furtherance of unlawful and unconstitutional custom, practice and policies, in violation of federal and state law, and intentionally and with deliberate indifference, committed the following simple and constitutional torts against intervening plaintiffs and against those similarly situated to intervening plaintiffs:

-44-

1)     Failure to have proper Emergency Operations Plans.

2)     Failure to follow the plans, if such plans existed.

3)     Failure to timely order and competently implement evacuation.

4)     Failure to order and competently implement the timely evacuation of critical care patients in hospitals and nursing homes.

5)     Failure to effectively utilize available transportation assets, both before and after KATRINA.

6)     Failure to prepare proper shelters and to provision shelters with food, water, sanitary facilities, medications and equipment.

7)     Failure to effectively utilize available manpower assets, including the National Guard, the State Police and other agencies and departments.

8)     Permitting the complete breakdown of law and order in the Greater New Orleans Metropolitan Area in the aftermath of Hurricane KATRINA, and failing to enforce the law.

9)     Intentional and/or negligent infliction of physical injury.

10)    Intentional and/or negligent infliction of mental anguish and emotional distress.

## XX.

Intervening plaintiffs also aver a breach of duty by the State of Louisiana to timely and competently rescue intervening plaintiffs and those similarly situated under the general maritime law, particularly since the State created the conditions which placed intervening plaintiffs in peril and in need of rescue.

## XXI.

By virtue of the State of Louisiana having committed the above-described simple and constitutional torts against intervening plaintiffs, the State violated rights, privileges

and immunities guaranteed to intervening plaintiffs under the 4th, 5th and 14th Amendments to the United States Constitution, all in violation of 42 U.S.C. 1983.

## XXII.

By virtue of the State of Louisiana having committed the above-described simple and constitutional torts against intervening plaintiffs, the State violated rights, privileges and immunities guaranteed to plaintiffs under Article I, Sections 1, 2, 3 and 4 of the Louisiana Constitution of 1974.

## XXIII.

The actions and inactions by the State of Louisiana were practiced intentionally, with malice, and/or with reckless disregard for and/or with deliberate indifference to intervening plaintiffs' federally protected rights, as well as intervening plaintiffs' rights under State law.

## XXIV.

As a direct result of the above-described tortuous, unconstitutional and illegal conduct of the State of Louisiana, intervening plaintiffs aver entitlement to monetary damages from the State, including compensatory and exemplary damages, and damages for the following:

> Attorney's fees and expenses directly and reasonably incurred in proving actual violations of plaintiffs' constitutional rights.
>
> Deprivation of property.
>
> Physical injury.
>
> Pain and suffering.
>
> Mental anguish and emotional distress, including anxiety, depression, fear, helplessness and hopelessness.

## AS TO ALL CAUSES OF ACTION

### XXV.

Intervening plaintiffs aver that the actions and inaction by the State of Louisiana, and those for whom the State is legally responsible, complained of herein, were willful, and constituted criminal, malicious, intentional, willful, outrageous, reckless, or flagrant misconduct, so as to deprive the State of immunity from liability pursuant to the provisions of LSA-R.S. 9:2798.1, and, additionally aver that the State and those for whom the State is legally responsible were in derogation of and violated specific rules and regulations promulgated pursuant to the provisions of LSA-R.S. 29.735, so as to deprive the State of immunity from liability under the provisions of that statute as well.

### XXVI.

More to the point, intervening plaintiffs aver that the State and those for whom the State is legally responsible had no discretion to violate federal or state law or to deprive intervening plaintiffs of their constitutional rights.

### XXVII.

Intervening plaintiffs aver that any State law, ordinance, proclamation, regulation, statute, etc., pursuant to which the State or those for whom the State is legally responsible, or any of them, claim they acted, is unconstitutional, and that the State's conduct pursuant to any State law, ordinance, proclamation, regulation, statute, etc., complained of herein, cannot be immunized by State law.

## XXVIII.

Intervening plaintiffs specifically invoke the doctrine of *res ipsa loquitor* in connection with the factual and legal circumstances which resulted in the bringing of this action.

## XXIX.

Intervening plaintiffs aver entitlement to an award of reasonable attorney's fees and expenses of litigation to be fixed at the maximum percentage of the total award allowed by law, whether pursuant to Article 595, Louisiana Code of Civil Procedure, 42 U.S.C. §1988, Rule 23, Federal Rules of Civil Procedure, or pursuant to any other Article, Code Article or Federal or State statute, or allowed by law.

## XXX.

In the alternative, intervening plaintiffs plead "compensation" (as that term is used in Louisiana Civil Code Article 1893, <u>et seq.</u>) and the "right of recoupment", as well as "offset" and "set-off", against the State of Louisiana.

## SEPARATE CAUSE OF ACTION FOR DAMAGES
## BY VIRTUE OF FRAUD UPON THE COURT

## XXXI.

Intervening plaintiffs aver that the State of Louisiana knew well that it would be instituting Civil Action Nos. 07-5023 and 07-5040 when the State and its lawyers previously invoked immunity under the 11th Amendment to the U.S. Constitution from being required to litigate in Federal Court in cases which are a matter of record in Civil Action No. 05-4182.  More particularly, intervening plaintiffs and their counsel aver that when the State and its lawyers argued Motions to Dismiss, and a Motion for Sanctions, on February 28, 2007, and thereafter allowed dismissal of claims against the State on 11th

Amendment grounds, and allowed sanctions to be imposed on undersigned counsel, the State of Louisiana and its lawyers committed fraud upon the Court and upon undersigned counsel for intervening plaintiffs and his clients, entitling them to damages, attorneys fee and costs from the State.

**SEPARATE CAUSES OF ACTION PURSUANT
TO THE LOUISIANA PUBLIC RECORDS
ACT, LSA-R.S. 44:1, *ET SEQ.***

**XXXII.**

By facsimile, letter and/or E-mail to the State of Louisiana, the Louisiana Department of Justice and to counsel of record for the State of Louisiana, dated July 26, 2007 and September 5, 2007, copies of which are appended hereto and marked for identification as Exhibit Nos. 1, 2 and 3, undersigned counsel for intervening plaintiffs directed requests for Louisiana Public Records to the State and the State's attorneys pursuant to the provisions of the Louisiana Public Records Act, LSA-R.S. 44:1, *et seq.*, the contents of which are specifically incorporated herein by reference thereto as if copied *in extenso*.  To date, no responses to the aforesaid Louisiana Public Records Act requests have been forthcoming from the State of Louisiana, entitling intervening plaintiffs and their attorney to an absolute right to the requested records, in addition to an award of attorney's fees and costs.

**TIMELINESS OF THIS ACTION**

**XXXIII.**

Intervening plaintiffs aver that other Civil Actions instituted by them, and/or causes of action asserted by them, or by some of them, against the State of Louisiana and those for whom or which the State is legally responsible, in Civil Action No. 05-4182 and

consolidated cases on the docket of this Court, and/or in State Court, interrupted prescription for the claims asserted herein against the State.  See also Article XXXVII, infra.  Alternatively, intervening plaintiffs aver that, as to the claims asserted herein for damages for personal injury and death, as well as for the claims for damages for failure to timely and competently rescue intervening plaintiffs, the applicable statute of limitations is found in 46 U.S.C. §763(a), which provides a uniform three-year statute of limitations for maritime personal injury and wrongful death claims.  Usher v. M/V OCEAN WAVE, 27 F.3d 370 (9th Cir. 1994).  Accordingly, intervening plaintiffs aver that the personal injury and death claims asserted herein against the State are timely.

### XXXIV.

Intervening plaintiffs also aver that their claims for damages pursuant to 28 U.S.C. §1983 are also subject to the three-year statute of limitations found in 46 U.S.C. §763(a), rather than any State statute.

### XXXV.

Intervening plaintiffs further aver that, as respects the claims asserted herein for economic losses and property damage, the maritime doctrine of laches is applicable, which renders this action timely, since intervening plaintiffs are not guilty of inexcusable delay in filing suit, and since the State of Louisiana has not suffered any prejudice as a result of intervening plaintiffs delay in filing suit.  Further, intervening plaintiffs aver that the State has been on notice of the claims herein asserted since the filing of the matter entitled:  "Maureen O'Dwyer versus The United States of America, et al," being Civil Action No. 05-4181 on the docket of the United States District Court for the Eastern District of Louisiana, on September 19, 2005.

## XXXVI.

More particularly, intervening plaintiffs aver that the general maritime law, which is applicable to the claims herein asserted, preempts any State statute of limitations.

## XXXVII.

In the alternative, intervening plaintiffs aver that this action is timely for the additional reasons that: (1) the filing of other actions against the State of Louisiana in Courts of competent jurisdiction since August 29, 2005, have served to interrupt or toll any applicable State prescriptive period against the State;  (2) any applicable State statute of limitations has been interrupted or tolled by virtue of the Doctrine of Equitable Tolling, which is applicable to the claims herein asserted, because any delay in filing suit was not due to any bad faith motive, the State was on prior notice of the claims herein asserted, and the State has suffered no prejudice; and (3) any State statute of limitations which might be invoked to deprive intervening plaintiffs of substantive rights violates the U.S. Constitution as well as the Louisiana Constitution of 1974.

## XXXVIII.

Further in the alternative, intervening plaintiffs aver that a number of the claims asserted herein, including the claims for emotional distress and mental anguish, lost income, business interruption losses, lost profits, lost opportunities, relocation expenses, increased business and/or living expenses, and increased insurance premiums, and unavailability of insurance coverage constitute continuing torts, which serve to interrupt prescription and extend the limitations period on all causes of action asserted herein.

**XXXIX.**

Further in the alternative, intervening plaintiffs aver that the State of Louisiana is equitably estopped from invoking or pleading prescription under the facts and circumstances of this case.

**<u>JURY DEMAND</u>**

**XXXX.**

Intervening plaintiffs' desire and demand trial by jury.


**WHEREFORE**, intervening plaintiffs pray that, after trial on the merits, and all due proceedings had, there be judgment entered herein in favor of intervening plaintiffs and against the State of Louisiana for the full amount of intervening plaintiffs' damages, plus reasonable attorney's fees, pre-judgment interest, and costs, including expenses of litigation allowed by Article 595, Louisiana Code of Civil Procedure, 42 U.S.C. §1988, Rule 23, Federal Rules of Civil Procedure, or pursuant to any other Article, Code Article or Federal or State statute, or allowed by law.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

**By:    S/Ashton R. O'Dwyer, Jr.**
              **Ashton R. O'Dwyer, Jr.
              Bar No. 10166
              821 Baronne Street
              New Orleans, LA 70113
              Tel. 504-679-6166
              Fax. 504-581-4336**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Intervening Complaint has been served upon all counsel of record via electronic filing this 29th day of October 2007.

S/Ashton R. O'Dwyer, Jr.