UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   07-5023 | * | |
| 07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion

Leave to Intervene for hearing before the Honorable Magistrate Judge Joseph C.

Wilkinson, Jr., at 11:00 A.M., on the 14th day of November 2007, at the United States

District Court, 500 Poydras Street, New Orleans, Louisiana 70130.


Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

By:     S/Ashton R. O'Dwyer, Jr.
        **Ashton R. O'Dwyer, Jr.**
        **Bar No. 10166**
        **821 Baronne Street**
        **New Orleans, LA 70113**
        **Tel. 504-679-6166**
        **Fax. 504-581-4336**

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via electronic filing this 29th day of October 2007.

S/Ashton R. O'Dwyer, Jr.