UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.    07-5023 * | | |
| 07-5040 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.6

**COMES NOW** Ashton R. O'Dwyer, Jr., counsel of record for parties seeking leave to intervene as plaintiffs in the above-styled and numbered causes, and certifies that by E-mail dated August 31, 2007, to counsel for the State of Louisiana in the above-styled and numbered causes, he solicited their consent to the filing of a Motion for Leave to Intervene in those causes to assert claims for damages against the State of Louisiana, a copy of which is appended hereto and marked for identification as Exhibit No. 1, but that he receivced no response to his solicitation from anyone.

            Respectfully submitted,

            LAW OFFICES OF
            ASHTON R. O'DWYER, JR.

            By:    S/Ashton R. O'Dwyer, Jr.
                Ashton R. O'Dwyer, Jr.
                Bar No. 10166
                821 Baronne Street
                New Orleans, LA 70113
                Tel. 504-679-6166
                Fax. 504-581-4336

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 29th day of October 2007.

                                        S/Ashton R. O'Dwyer, Jr.