## Charles Sutton

**From:** Charles Sutton [suttonlaw@bellsouth.net]

**Sent:** Wednesday, September 12, 2007 9:32 AM

**To:** 'Joshua Palmintier'

**Cc:** 'tpa@mcsalaw.com'; 'bmayeaux@labordeandneuner.com'; 'GARY M. ZWAIN'

**Subject:** In Re Katrina Canal Breaches Consolidated Litigation

Dear Josh:

This email is in furtherance of our telephone conversation of this morning, in which we discussed Leslie Dorantes. Specifically, Ms. Dorantes was originally identified by plaintiffs as a proposed class representative. However, at some point after she was deposed, you verbally advised me that Ms. Dorantes was being withdrawn by plaintiffs as a proposed class representative. Consistent with your representations, Ms. Dorantes was not identified as a proposed class representative in either (1) Plaintiffs' Restated Levee Master Consolidated Class Action Complaint, or (2) Plaintiffs' Amended Motion for Class Certification.

However, Ms. Dorantes has been subsequently identified in (1) Plaintiffs' Amended Final Witness List for Class Certification, and (2) Exhibit B (see p. 9 thereof) to Plaintiffs' Consolidated Brief in Support of Motions for Class Certification.

As requested by me during our conversation today, please confirm that Ms. Dorantes is in fact no longer a proposed class representative and will not be called as a witness at the class certification hearing. Thank you.

**Charles E. Sutton, Jr.**
**Sutton Law Firm, LLC**
**2101 N. Highway 190, Suite 105**
**Covington, LA  70433**
**Telephone: (985) 249-5991**
**Cell:  (504) 957-5576**
**Facsimile: (985) 249-5992**
**E-Mail: suttonlaw@bellsouth.net**

CONFIDENTIALITY NOTE
The information contained in this e-mail is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (985) 249-5991 and return the original message to us via e-mail. Thank you.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, please be informed that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

9/12/2007

