# JIM S. HALL & ASSOCIATES, LLC
### ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100  
Metairie, Louisiana 70001

Telephone: (504) 832-3000  
Telecopier: (504) 832-1799

October 24, 2007

**U.S. DISTRICT COURT**  
**EASTERN DISTRICT OF LOUISIANA**  
FILED  OCT 25 2007  
LORETTA G. WHYTE  
CLERK

United States District Court  
Attn: Clerk of Court  
500 Camp Street, Room # C-151  
New Orleans, Louisiana 70130

RE: AGUILAR, et al vs. ALEA LONDON LIMITED, et al  
CASE NO. 05-4182 "K" (2)   GUILAR C.A. NO. 07-4852 )

Dear Madam:

Enclosed please find an original and one copy of our SUMMONS IN A CIVIL CASE which ask that you sign and seal. Once you have signed and sealed the 91 originals, I ask that you call our office and we will send our courier to pick up same and return them to our office.

If you have any questions, please do not hesitate to contact the undersigned.

Thanking you for your attention, I remain

Very truly yours,

JOSEPH W. RAUSCH

JWR/ps  
Enclosures

___ Fee___  
___ Process___ Sms  
_X_ Dktd___  
___ CtRmDep___  
___ Doc. No.___