# JIM S. HALL & ASSOCIATES, LLC
ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100　　　　　　　　　　　　　　　Telephone: (504) 832-3000
Metairie, Louisiana 70001　　　　　　　　　　　　　　　　　　Telecopier: (504) 832-1799

October 29, 2007

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

FILED　OCT 2 9 2007

LORETTA G. WHYTE
CLERK

**HAND DELIVERED**

United States District Court
500 Poydras St.
New Orleans, Louisiana 70130

Attn: Clerk of Court

　　RE:　AGUILAR, et al vs. ALEA LONDON LIMITED, et al
　　　　　CASE NO. 05-4182 "K" (2)　GUILAR C.A. NO. 07-4852 )

Dear Madam:

　　Enclosed please find an original and one copy of our SUMMONS IN A CIVIL CASE to Assurant Group which we ask that you sign, seal and return via BNJ Courier Service.

　　If you have any questions, please do not hesitate to contact the undersigned.

　　Thanking you for your attention, I remain

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Joseph W. Rausch
　　　　　　　　　　　　　　　　　　　JOSEPH W. RAUSCH

JWR/ps
Enclosures

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____