UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO: 05-4182 <br> * <br> * SECTION: "K(2)" <br> * <br> * JUDGE: DUVAL |
| PERTAINS TO: <br> INSURANCE | * <br> * MAG.: WILKINSON <br> * |
| GOMEZ v. AMERICAN BANKERS INS. CO. <br> CIVIL ACTION NO. 07-4536 | * <br> * |

*******************************************

## SECTION 1447 NOTICE OF COMPLIANCE AND LISTING OF PARTIES

NOW INTO COURT, through undersigned counsel, comes Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA ("American"), and submits the following list of parties still remaining in this action:

1. Suzanne Gomez - Plaintiff;

2. Glenn Buras - Plaintiff; and

3. American Bankers Insurance Company of Florida - Defendant.

October 30, 2007.

              Respectfully submitted,

              NIELSEN LAW FIRM, L.L.C.

1

>/s/ William R. DeJean
>GERALD J. NIELSEN, La. S.B. 17078
>WILLIAM R. DEJEAN, La. S.B. 22762
>3838 N. Causeway Blvd., Suite 2850
>Metairie, Louisiana 70002
>Tel. (504) 837-2500
>Fax (504) 832-9165
>Email: wdejean@nielsenlawfirm.com
>Counsel for Defendant: American Bankers Insurance Company of Florida

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Brian D. Katz, Esq.
Soren E. Gisleson, Esq.
Joseph E. Cain, Esq.
HERMAN, HERMAN, KATZ, & COTLAR
820 O'Keefe Ave.
New Orleans, Louisiana 70113

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.

>/s/ William R. DeJean
>William R. DeJean