UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO:<br>Insurance<br><br>No. 07-5112, *Susan Abadie et al., v Aegis Security Insurance Co., et al.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>THIS PLEADING APPLIES ONLY<br>TO THE CLAIM OF<br>JOSHUA ROBICHAUX |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED REOPENING OF CASE AND PARTIAL MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Joshua Robichaux, who wishes to voluntarily dismiss the claims against Homesite Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Accordingly, plaintiff, Joshua Robichaux, respectfully requests that this Court reopen this case with respect to defendant Homesite Insurance Company for the sole purpose of addressing this motion, thereby allowing plaintiff to voluntarily dismiss the claims against Homesite Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against

all other parties in any other litigation, each party to bear their own costs.

WHEREFORE, Joshua Robichaux prays that the Court reopen this case with respect to defendant Homesite Insurance Company for the sole purpose of addressing this motion, thereby allowing plaintiff(s) to voluntarily dismiss his claims against Homesite Insurance Company in the above captioned matter only, with prejudice, specifically reserving all rights against all other parties in any other litigation, each party to bear their own costs.

Respectfully submitted:

BY:  /s/ Joseph M. Bruno
**JOSEPH M. BRUNO (# 3604)**
**L. SCOTT JOANEN (# 21431)**
The Law Offices of Joseph M. Bruno
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by First Class, United States Mail, properly addressed and postage prepaid, or by facsimile or other electronic transmission this 29th day of October, 2007.

  /s/ Joseph M. Bruno
**JOSEPH M. BRUNO**