UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION NO: 05-4182<br>*<br>* SECTION: "K(2)"<br>* |
| | * JUDGE: DUVAL |
| PERTAINS TO:<br>INSURANCE | *<br>* MAG.: WILKINSON<br>* |
| GOMEZ v. AMERICAN BANKERS INS. CO.<br>CIVIL ACTION NO. 07-4536 | *<br>* |

*******************************************

**CORPORATE DISCLOSURE STATEMENT**

DEFENDANT, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, (hereafter referred to as "American"), in compliance with the Federal Rules of Civil Procedure Rule 7.1 and Local Rule 5.6, files this Corporate Disclosure Statement to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, and the undersigned counsel for American certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

American Bankers Insurance Company of Florida is a member of and wholly owned by Assurant Solutions, Inc.  Assurant Solutions, Inc. is publically traded.

1

WHEREFORE, Defendant, American Bankers Insurance Company of Florida, deems that this disclosure be deemed good and sufficient, and in accordance with Federal Rules of Civil Procedure Rule 7.1 and Local Rule 5.6.

Dated: October 30, 2007.

>Respectfully submitted,
>
>**NIELSEN LAW FIRM, L.L.C.**
>
>*/s/ William R. DeJean*
>WILLIAM R. DeJEAN, LA. S.B. # 22762
>GERALD J. NIELSEN, LA. S.B. # 17078
>3838 N. Causeway Blvd.  Suite 2850
>Metairie, Louisiana 70002
>Tel. (504) 837-2500; Fax (504) 832-9165
>Email: wdejean@nielsenlawfirm.com
>Counsel for Defendant:
>AMERICAN BANKERS INSURANCE
>COMPANY OF FLORIDA

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Brian D. Katz, Esq.
Soren E. Gisleson, Esq.
Joseph E. Cain, Esq.
HERMAN, HERMAN, KATZ, & COTLAR
820 O'Keefe Ave.
New Orleans, Louisiana 70113

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A.                                    */s/ William R. DeJean*
                                        William R. DeJean