

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALVIN AND ALBERTA ALEXANDER; GWENDOLYN BRINSTON; JOSEPH AND ROSE CARRIERE; MARK AND SUNCHONG DERNOVSEK; MARTIN J. AND CLARE B. EARL; JAMES FOUCHA; REGINALD AND DEANA HOWARD; RICHARD AND EARIN MROZINSKI; JOHN PETERS; RONALD AND MIKI PICHON; NEVADA ROBINSON; MICHAEL AND NAKIA SORINA; EVA TORRANCE; WILLIAM AND PAMELA YOUNG, JR., <br><br> Plaintiffs, <br><br> VERSUS <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION <br><br> NO.: 07-5768 <br><br><br><br><br><br> JUDGE: Stanwood R. Duval, Jr. <br><br> MAGISTRATE: Daniel E. Wilkinson, Jr. |

### ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition and All Parties' Joint Motion to Extend the Initial Disclosure Deadlines (the "Motion"), and the Court is of the opinion that the Motion should be granted. Therefore,

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before November 16, 2007. IT IS FURTHER

ORDERED that the Initial Disclosure deadline is extended to November 30, 2007.

SIGNED at New Orleans, Louisiana on this 24th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

This motion does not conform to the style required by CMO No. 4 which issued on 9/28/07. Any pleading not conforming to the CMO shall be denied based on improper form.