```
                                              FILED
                                          U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF LA

                                          2007 OCT 30  AM 7:35

                                              LORETTA G. WHYTE
                                                    CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERRY CALL; IVORY AND SHIRLEY CHOPIN; DALE AND MARLENE COONEY; GEORGE AND UNA DICKET; LUCIEN AND MARGARET FLEMING; DOUGLAS LEVY, JR.; ORIN MANGAR; JOHN T. MEEHAN, EXECUTOR FOR NANCY AND ROBERT MEEHAN; LANITA PATRICK; LOUVENIA PIERCE; JAMES ROBINSON; CHRISTINE SNYDER; MILTON AND VIRGIE STEVENON; DONALD AND JERRY ANN VEALS, | * * * * * * * * * * * * * | CIVIL ACTION  NO.:  07-5769 |
| Plaintiffs, | * * | |
| VERSUS | * * | JUDGE:  Stanwood R. Duval, Jr. |
| ALLSTATE INSURANCE COMPANY, | * * | MAGISTRATE:  Daniel E. Wilkinson, Jr. |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition and All Parties' Joint Motion to Extend the Initial Disclosure Deadlines (the "Motion"), and the Court is of the opinion that the Motion should be granted. Therefore,

```
                                          __ Fee_____
                                          __ Process_____
                                          X/ Dktd_____
                                          ✓ CtRmDep_____
                                          __ Doc. No._____
```

1

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before November 16, 2007. IT IS FURTHER

ORDERED that the Initial Disclosure deadline is extended to November 30, 2007.

SIGNED at New Orleans, Louisiana on this 29th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

*Please note this motion does not conform to the style required by CMO 4 which issued on 9/28/07. Any pleading not conforming to the CMO shall be denied based on improper form.*