

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANE AND SHARON ANSARDI; GRADY AND CHERYL BELL; MICHAEL AND MARY BENFATTI; JOSIE BOURGEOIS; DONALD BROSSETTE; CRAIG BRUNO; PAUL AND MATTIE DANTONI; ADAM FRIED, JR.; ALICIA GILMORE; THAIS AND ANTHONY M. GRAFFEO, SR.; JERRY AND KRISTI HOROWITZ; CLAYTON AND CARRIE JUAN; STEPHEN AND AGNES LETUILE; ELAINE MCCARTNEY; SINCLAIR AND JULIE MIXON, JR.; MICHAEL AND JOSEPHINE NETTO; PAMELA NICOSIA; RANDAL AND AUDREY PENNEY; RALPH PITRE BY MARILYN ST. AMANT; DOMINICK PUIPURO; DAVID AND CHRISTINE RICHARDS; JACK AND LORRAINE ROUX, JR.; KARL AND CAROL SCHEUERMANN; TONYA SEAGER; JOSEPH J. SERPAS, JR.; THOMAS AND PADDY THIBODEAUX; LISA WILLIAMS; LEROY AND CAROLYN WILLIAMS, | * * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION<br><br>NO.: 07-5767<br><br>05-4182 |
| Plaintiffs, | * * | |
| VERSUS | * * | JUDGE: Stanwood R. Duval, Jr. |

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

|  |  |  |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | * | MAGISTRATE: Daniel E. Wilkinson, Jr. |
|  | * |  |
| Defendant. | * |  |
|  | * |  |

* * * * * * * * * * * * * * * * * * * * * * * *

### ALLSTATE INSURANCE COMPANY'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION AND ALL PARTIES' JOINT MOTION TO EXTEND THE INITIAL DISCLOSURE DEADLINES

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure,, Defendant, Allstate Insurance Company ("Allstate"), without waiving any defenses or objections, moves for an additional extension of time up to and including November 16, 2007, within which to answer or otherwise respond to the Plaintiffs' Petition. In addition, the parties jointly request that the Court extend the Initial Disclosure deadline in this case to November 30, 2007.

1. This case involves multiple plaintiffs, all of whom have sued Allstate seeking coverage under their homeowner's, or in some cases renter's or commercial, insurance policies for damages allegedly sustained as a result of Hurricane Katrina. In light of the number of plaintiffs, the differing policies, and the various circumstances under which each claim arises, Allstate needs additional time to review the files to ensure that its responsive pleading addresses the various defenses and denials that may be available to Allstate in each instance. Plaintiffs' counsel has agreed to Allstate's request for additional time to respond to the Petition.

2. With respect to the Initial Disclosures, all parties request an extension of the Court's deadline set forth in Case Management and Scheduling Order No. 4. The extension is necessary because of the number of plaintiffs and the need for Allstate's counsel to secure the relevant files, review them for privileged and confidential information and prepare them

2

for production. Likewise, Plaintiffs' counsel needs time to obtain the necessary policy information from all of his clients. For these reasons, the parties jointly request that the Court extend the Initial Disclosure deadline to November 30, 2007.

WHEREFORE, Allstate Insurance Company respectfully moves this Court for an extension of time up to and including November 16, 2007, within which to answer or otherwise file responsive pleadings to the Petition in this action and the parties jointly request that the Initial Disclosure deadline be extended to November 30, 2007.

Respectfully submitted,

By: *[signature]*
Arthur J. Lentini, APLC (#8520)
6620 Riverside Drive, Suite 312
Metairie, Louisiana 70003
(504) 780-8700 Telephone

OF COUNSEL:
Stephen H. Lee
J. B. (Trey) Henderson III
6660 Riverside Drive, Suite 212
Metairie, Louisiana 70003
(800) 803-4700 Telephone

*Attorneys for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing have been served upon all counsel of record by First Class Mail on the 16th day of October, 2007.

*[signature]*
Arthur J. Lentini