## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE AND SHARON ANSARDI; GRADY AND CHERYL BELL; MICHAEL AND MARY BENFATTI; JOSIE BOURGEOIS; DONALD BROSSETTE; CRAIG BRUNO; PAUL AND MATTIE DANTONI; ADAM FRIED, JR.; ALICIA GILMORE; THAIS AND ANTHONY M. GRAFFEO, SR.; JERRY AND KRISTI HOROWITZ; CLAYTON AND CARRIE JUAN; STEPHEN AND AGNES LETUILE; ELAINE MCCARTNEY; SINCLAIR AND JULIE MIXON, JR.; MICHAEL AND JOSEPHINE NETTO; PAMELA NICOSIA; RANDAL AND AUDREY PENNEY; RALPH PITRE BY MARILYN ST. AMANT; DOMINICK PUIPURO; DAVID AND CHRISTINE RICHARDS; JACK AND LORRAINE ROUX, JR.; KARL AND CAROL SCHEUERMANN; TONYA SEAGER; JOSEPH J. SERPAS, JR.; THOMAS AND PADDY THIBODEAUX; LISA WILLIAMS; LEROY AND CAROLYN WILLIAMS, <br><br>     Plaintiffs, | CIVIL ACTION <br><br> NO.:  07-5767 |

```
__ Fee_____
__ Process_____
X  Dktd_____
_✓_ CtRmDep____
__ Doc. No.____
```

1

|   |   |   |
|---|---|---|
| VERSUS | * | JUDGE: Stanwood R. Duval, Jr. |
|  | * |  |
| ALLSTATE INSURANCE COMPANY, | * | MAGISTRATE: Daniel E. Wilkinson, Jr. |
|  | * |  |
| Defendant. | * |  |
|  | * |  |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 OCT 30  AM 7:35
LORETTA G. WHYTE
CLERK

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER EXTENDING TIME

On this day, the Court considered Allstate Insurance Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Petition and All Parties' Joint Motion to Extend the Initial Disclosure Deadlines (the "Motion"), and the Court is of the opinion that the Motion should be granted. Therefore,

IT IS ORDERED that Defendant may answer or otherwise respond to Plaintiffs' Petition on or before November 16, 2007. IT IS FURTHER

ORDERED that the Initial Disclosure deadline is extended to November 30, 2007.

SIGNED at New Orleans, Louisiana on this 29th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

\* Please note this Motion does not conform to the style required as per Case Mngt. Order No. 4 which issued on October 12, 2007. Any pleading not conforming to the CMO shall be denied based on the failure to follow the CMO.

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

2