FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 29  PM 2:08

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 |
| | * |
| | * SECTION: "K" |
| PERTAINS TO: INSURANCE | * |
| | * JUDGE STANWOOD R. DUVAL, JR. |
| ROGOWSKI, 07-3571 | * |
| | * MAGISTRATE 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiffs, Edna and Stanley Rogowski, Jr., who advise this Honorable Court that they have resolved their dispute with defendant, Liberty Mutual Fire Insurance Company ("Liberty Mutual"). As a result of this settlement, plaintiffs respectfully request that all of their claims and this lawsuit be dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,
**CONNICK AND CONNICK, L.L.C.**

_____
**WILLIAM P. CONNICK (#14158)**
2551 Metairie Road
Metairie, Louisiana 70005
Telephone: (504) 838-8777
Facsimile: (504) 838-9903

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No. _____

LAW OFFICE OF ROY F. AMEDEE, JR.
**Roy F. Amedee, Jr. – 2449**
**Brent A. Klibert – 29296**
228 St. Charles Avenue, Suite 801
New Orleans, Louisiana 70130
Telephone: (504) 592-3222
Facsimile: (504) 592-8783

PATRICK G. KEHOE, JR., A.P.L.C.
**Patrick G. Kehoe, Jr. – 14419**
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

LESTELLE & LESTELLE, A.P.L.C.
**Terrence J. Lestelle – 08540**
**Andrea S. Lestelle – 08539**
**Jeffery B. Struckhoff – 30173**
3421 N. Causeway Blvd., Suite 602
Metairie, Louisiana 70002
Telephone: (504) 828-1224
Facsimile: (504) 828-1229

ROBICHAUX LAW FIRM
**J. Van Robichaux, Jr. – 11338**
Mailing Address: P.O. Box 792500
New Orleans, LA 70179
6305 Elysian Fields Ave., Suite 304
New Orleans, Louisiana 70122
Telephone: (504) 286-2022
Facsimile: (504) 282-6298

ALLAN BERGER & ASSOCIATES, A.P
**Allan Berger – 2977**
4173 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
**ATTORNEYS FOR THE PLAINTIFF**
**Edna and Stanley Rogowski, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to e-mail notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 24TH day of OCTOBER, 2007.

**WILLIAM P. CONNICK**