UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.:  05-4182 "K" (2) |
| | | JUDGE:  DUVAL |
| | | MAGISTRATE:  WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Kathy Rose Fischman, No. 06-4949)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**ON JOINT MOTION** of Plaintiff, KATHY ROSE FISCHMAN and Defendant, STATE FARM FIRE AND CASUALTY COMPANY, appearing herein through undersigned counsel, and upon suggesting to this Honorable Court that the above entitled and numbered cause has been amicably settled and fully compromised as to all allegations made against STATE FARM FIRE AND CASUALTY COMPANY, move that same be dismissed, with full prejudice, each party to bear their own costs;

Respectfully submitted

*/s/ James Fischman*

JAMES M. GARNER
DEBRA J. FISCHMAN
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LA 70112
(504) 299-2100 FAX (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS**

*/s/ Burt Carnahan*

BURT K. CARNAHAN, #3920
HEATHER CHEESBRO, #30437
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE POYDRAS TOWER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292 FAX (504) 586-1290
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___19th___ day of ___Oct.___, 2007, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James M. Garner, Debra J. Fischman

/s/ Heather Cheesbro