MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 30, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Riley</u>, 06-8756 | JUDGE DUVAL<br>MAG. WILKINSON |

The court has been advised by letter filed separately in the record that the referenced case, <u>Don Riley et al. v. Allstate Insurance Company</u>, C.A. No. 06-8756 c/w 05-4182, has settled. Accordingly, by copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order in <u>Riley</u>, 06-8756.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

MJSTAR:  0 : 05