UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| _____ | * * | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE *Road Home,* No. 07-5582 | * * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**APPLICATION FOR ADMISSION *PRO HAC VICE* AS CO-COUNSEL FOR ALLSTATE DEFENDANTS**

**NOW INTO COURT** come Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company (collectively "Allstate"), who move that Richard L. Fenton be admitted by this Court to act as co-counsel on behalf of Allstate, and in support of this motion state:

1. Richard L. Fenton is licensed to practice law in the State of Illinois (admitted 1978).  Currently he is a member in good standing of the State Bar of Illinois.  Mr. Fenton is not under suspension or disbarment by any court, and no criminal charges have been instituted against him.

96442

As evidence thereof, an affidavit and certificate of good standing from the Supreme Court of Illinois are attached.

2. Mr. Fenton is an attorney with the law firm of Sonnenschein, Nath & Rosenthal, LLP, 7800 Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606-6404 (phone: 312-876-8000), (fax: 312-876-7934), (e-mail: rfenton@sonnenschein.com).

3. The law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. is counsel for Allstate in the above-captioned matter.  By this motion it is requested that the Court admit, *pro hac vice*, Richard L. Fenton to act as co-counsel for Allstate.

**WHEREFORE**, Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company

of America, and Encompass Property and Casualty Company pray that Richard L. Fenton be admitted *pro hac vice* and enrolled as co-counsel of record in this proceeding.

                                 Respectfully submitted,

                                 */s/ Edward R. Wicker, Jr.*
Judy Y. Barrasso, 2814
Edward J. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700

*Attorneys for Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty*

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Application for Admission *Pro Hac Vice* has been served upon all counsel of record via the court's electronic CM/ECF filing system this 30th day of October, 2007.

                                 */s/ Edward R. Wicker, Jr.*
                                 .

96442