UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  *  CIVIL ACTION *  NO.: 05-4182 "K" (2) *  *  JUDGE DUVAL |
| PERTAINS TO:  INSURANCE *Road Home*, No. 07-5528 | *  *  MAGISTRATE JUDGE WILKINSON *  * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF RICHARD L. FENTON

**STATE OF ILLINOIS**

**COUNTY OF COOK**

THE AFFIANT, Richard L. Fenton, after having first been duly sworn, hereby states the following under oath, pursuant to Local Rule 83.2.6(e) of the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, in connection with my request for admission to appear as counsel *pro hac vice*:

1. I desire to appear as counsel *pro hac vice* for Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and

1

96428 (3).doc

Casualty Company (collectively "Allstate") before the United States District Court for the Eastern District of Louisiana in the matter captioned: "*The State of Lousiana, individually and on behalf of, State of Lousiana, Division of Administration, Office of Community Development ex rel The Honorable Charles C. Foti, Jr., The Attorney General for the State of Louisiana, individually and as a class action on behalf of all recipients of funds as well as all eligible and/or future recipients of funds through The Road Home Program v. AAA Insurance, et al.*" bearing Civil Action No. 07-5528.

2. I am an attorney at law, admitted to practice in 1978 before the Supreme Court of Illinois, the Highest Court in the State of Illinois.

3. I am also admitted to practice before the Supreme Court of the United States, the United States Courts of Appeal for the Second, Fifth, Sixth, Seventh, Ninth and Eleventh Circuits, United States Tax Court, and the United States District Courts for the Northern District of Illinois, Central District of Illinois and Eastern District of Wisconsin.

4. I have practiced law continuously since my admission in the State of Illinois in 1978, and am currently in good standing of the Bar of the State of Illinois, and all other bars to which I am admitted.

5. Attached hereto is a Certificate of Good Standing from the Highest Court of the State of Illinois.

6. I have never been the subject of a disciplinary proceeding of any nature, nor have criminal charges ever been instituted against me.

7. I currently practice law with the law firm of Sonnenschein, Nath & Rosenthal, LLP, and my contact information is as follows:

Richard L. Fenton
Sonnenschein, Nath & Rosenthal, LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL   60606-6404
Telephone no.: 312-876-8000
Fax no.: 312-876-7934
e-mail: rfenton@sonnenschein.com

8. The names and addresses of the members in good standing of the Louisiana Bar who are admitted to practice before the United States District Court for the Eastern District of Louisiana with whom I am associated in the above-styled action are as follows:

Judy Y. Barrasso
Edward R. Wicker, Jr.
Barrasso, Usdin, Kupperman
    Freeman & Sarver, L.L.C.,
909 Poydras Street, Suite 2400
New Orleans, LA 70112

9. I consent to the jurisdiction of the United States District Court for the Eastern District of Louisiana in all respects as if I were a regularly admitted and licensed member of the Louisiana Bar and admitted to practice before the United States District Court for the Eastern District of Louisiana.

_____
Richard L. Fenton

Sworn to and subscribed before me,
This 30th day of October, 2007.

_Karen J Barker_
Notary Public

My Commission Expires: 02/09/2010

```
****************************
*      "OFFICIAL SEAL"      *
*      KAREN J. BARKER      *
*  Notary Public, State of Illinois  *
*  My Commission Expires 02/09/10  *
****************************
```

4

96428 (3).doc

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Richard Lee Fenton

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 3, 1978 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, January 12, 2007.

*Juleann Hornyak*

Clerk