UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| _____ | * * | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE *Road Home,* No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the foregoing Application for Admission *Pro Hac Vice* as Co-Counsel for Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company;

**IT IS ORDERED** that the Motion is hereby granted and that Richard L. Fenton be and hereby is admitted *pro hac vice* to appear as co-counsel for Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity

1

96449

Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company in this matter.

      New Orleans, Louisiana this ___ day of _____, 2007.

                                                      _____
                                                            J U D G E

96449