UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: BARGE<br>(Lafarge, No. 07-5178) | §<br>§<br>§<br>§ | |

## UNITED STATES' EX PARTE/CONSENT MOTION
## FOR LEAVE TO FILE A REPLY MEMORANDUM

**MAY IT PLEASE THE COURT:**

Defendant, the United States of America, hereby requests leave to file a Reply to the Plaintiff's Memorandum in Opposition to the Government's Motion to Dismiss (Document No. 8602). The reasons for the United States' Motion for Leave are set forth in the accompanying Memorandum in Support and the United States' Reply Memorandum, attached hereto.

Plaintiff has no objection to the United States' request. Pursuant to Local Rule 7.3E, this motion is accompanied by a proposed order.

1

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        C. FREDERICK BECKNER III
                        Deputy Assistant Attorney General

                        PHYLLIS J. PYLES
                        Director, Torts Branch

                        JAMES G. TOUHEY, JR.
                        Assistant Director, Torts Branch

                        <u>s/Jessica G. Sullivan</u>
                        JESSICA G. SULLIVAN
                        Trial Attorney
                        Torts Branch, Civil Division
                        U.S. Department of Justice
                        P.O. Box 888
                        Benjamin Franklin Station
                        Washington, D.C. 20044
                        (202) 616-4262
                        (202) 616-5200 (fax)
                        jessica.sullivan@usdoj.gov
                        Attorneys for Defendant United States

Dated: October 30, 2007

## CERTIFICATE OF SERVICE

    I, Jessica G. Sullivan, hereby certify that on October 30, 2007, I served a true copy of "United States' Ex Parte/Consent Motion for Leave to File a Reply Memorandum" upon all counsel of record by ECF, electronic mail, or first class mail.

                                      /s/Jessica G. Sullivan
                                      Jessica G. Sullivan