UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: BARGE (Lafarge, No. 07-5178) | § § § § | |

## MEMORANDUM IN SUPPORT OF UNITED STATES' EX PARTE/CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

**MAY IT PLEASE THE COURT:**

This memorandum is submitted by Defendant, the United States of America, in support of its Motion for Leave to File Reply Memorandum to Plaintiff's Opposition to its Motion to Dismiss for lack of subject matter jurisdiction. The United States' Motion to Dismiss is presently set for hearing before the Court on October 31, 2007. The United States seeks dismissal from this action because the Court lacks jurisdiction over the subject matter of the claims asserted by Plaintiff against the United States.

1

The United States seeks leave of Court to file the attached Reply Memorandum to address the issues raised by the Plaintiff in its Opposition Memorandum. Plaintiff consents to the United States' Motion for Leave.

Accordingly, the United States respectfully requests that this Court grant it leave to file its proposed Reply Memorandum.

                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/Jessica G. Sullivan
JESSICA G. SULLIVAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 616-4262
(202) 616-5200 (fax)
jessica.sullivan@usdoj.gov
Attorneys for Defendant United States

Dated: October 30, 2007

## CERTIFICATE OF SERVICE

    I, Jessica G. Sullivan, hereby certify that on October 30, 2007, I served a true copy of the "Memorandum in Support of the United States' Motion for Leave to File a Reply Memorandum" upon all counsel of record by ECF, electronic mail, or first class mail.

                                        <u>/s/Jessica G. Sullivan</u>
                                        Jessica G. Sullivan