UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: BARGE<br>(Lafarge, No. 07-5178) | §<br>§<br>§<br>§ | |

### ORDER

Having considered the Motion for Leave to File a Reply Memorandum filed by the United States of America, it is hereby ORDERED that the United States of America is granted leave to file its proposed Reply Memorandum in response to Plaintiff's Opposition to the Untied States' Motion to Dismiss (Document No. 8602).

New Orleans, Louisiana, this ___ day of _____, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE