**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: BARGE | § | |
| (Parfait, No. 07-3500) | § | |
| _____ | § | |

**UNITED STATES' EX PARTE/CONSENT MOTION**
**FOR LEAVE TO FILE A REPLY MEMORANDUM**

**MAY IT PLEASE THE COURT:**

Defendant, the United States of America, hereby requests leave to file a Reply to the

Plaintiffs' Memorandum in Opposition to the Government's Motion to Dismiss (Document No.

8653-2). The reasons for the United States' Motion for Leave are set forth in the accompanying

Memorandum in Support and the United States' Reply Memorandum, attached hereto.

Plaintiffs have no objection to the United States' request. Pursuant to Local Rule 7.3E, this

motion is accompanied by a proposed order.

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/Jessica G. Sullivan
JESSICA G. SULLIVAN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4262
(202) 616-5200 (fax)
jessica.sullivan@usdoj.gov
Attorneys for Defendant United States

Dated: October 30, 2007

## CERTIFICATE OF SERVICE

I, Jessica G. Sullivan, hereby certify that on October 30, 2007, I served a true copy of "United States' Ex Parte/Consent Motion For Leave to File a Reply Memorandum" upon all counsel of record by ECF, electronic mail, or first class mail.

<u>/s/Jessica G. Sullivan</u>
Jessica G. Sullivan

3