UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: BARGE (Parfait, No. 07-3500) | § § § § | |

**MEMORANDUM IN SUPPORT OF UNITED STATES' EX PARTE/CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

**MAY IT PLEASE THE COURT:**

This memorandum is submitted by Defendant, the United States of America, in support of its Motion for Leave to File Reply Memorandum to Plaintiffs' Opposition to its Motion to Dismiss for lack of subject matter jurisdiction. The United States' Motion to Dismiss is presently set for hearing before the Court on October 31, 2007. The United States seeks dismissal from this action because the Court lacks jurisdiction over the subject matter of the claims asserted by Plaintiffs against the United States.

1

The United States seeks leave of Court to file the attached Reply Memorandum to address the issues raised by the Plaintiffs in their Opposition Memorandum. Plaintiffs consent/do not consent to the United States' Motion for Leave.

Accordingly, the United States respectfully requests that this Court grant it leave to file its proposed Reply Memorandum.

> Respectfully submitted,
>
> PETER D. KEISLER
> Assistant Attorney General
>
> C. FREDERICK BECKNER III
> Deputy Assistant Attorney General
>
> PHYLLIS J. PYLES
> Director, Torts Branch
>
> JAMES G. TOUHEY, JR.
> Assistant Director, Torts Branch
>
> s/Jessica G. Sullivan
> JESSICA G. SULLIVAN
> Trial Attorney
> Torts Branch, Civil Division
> U.S. Department of Justice
> P.O. Box 888
> Benjamin Franklin Station
> Washington, D.C. 20044
> (202) 616-4262
> (202) 616-5200 (fax)
> jessica.sullivan@usdoj.gov
> Attorneys for Defendant United States

Dated: October 30, 2007

## CERTIFICATE OF SERVICE

I, Jessica G. Sullivan, hereby certify that on October 30, 2007, I served a true copy of the "Memorandum in Support of the United States' Ex Parte/Consent Motion for Leave to File Reply Memorandum" upon all counsel of record by ECF, electronic mail, or first class mail.

/s/Jessica G. Sullivan
Jessica G. Sullivan