# United States District Court
## EASTERN DISTRICT OF LOUISIANA

Meritplan Insurance Company and
Balboa Insurance Company

V.

The United States of America by and through
The United States Army Corps of Engineers

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-5389

SECT K MAG 2

TO: Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED**

and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerard E. Wimberly, Esq.
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

SEP - 4 2007
DATE

_[signature]_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

Name of SERVER (PRINT): Anne D. LeJeune

DATE: October 22, 2007

TITLE:

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served via certified mail - Received by Ernest Parker on October 22, 2007. See attached U.S. Postal service green card receipt.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 31, 2007
              Date

Signature of Server

Address of Server: 2711 N. Haskell Ave, Suite 2700
                   Dallas, TX 75204

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>OCT 2 2 2007 |
| 1. Article Addressed to:<br>Attorney General of the U.S.<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 3450 0002 6952 6179 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540