MINUTE ENTRY
WILKINSON, M. J.
OCTOBER 30, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Rault, 06-1734 | JUDGE DUVAL<br>MAG. WILKINSON |

A settlement conference was conducted on this date before the undersigned magistrate judge in the referenced Rault case only. Settlement discussions are continuing.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **1 : 40**