# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**Meritplan Insurance Company and Balboa Insurance Company**

V.

**The United States of America by and through The United States Army Corps of Engineers**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-5389

SECT K MAG 2

TO: Honorable Jim Letten
U.S. Attorney for the Eastern District of Louisiana
U.S. Department of Justice
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, LA 70130

## YOU ARE HEREBY SUMMONED

and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerard E. Wimberly, Esq.
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                   SEP - 4 2007
CLERK                                               DATE

*[signature]*
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/21/07 |
| Name of SERVER (PRINT)  Anne O. LeJeune | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail - Received by S. DeJean on October 21, 2007. See attached U.S. Postal Service green card receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 31, 2007
               Date

Signature of Server

2711 N. Haskell Ave, Suite 2700
Address of Server   Dallas, TX 75204

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Jim Letten
   U.S. Attorney for Eastern District, LA
   US Department of Justice
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA  70130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _S. DeJean_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): S. DeJean
C. Date of Delivery: 10/21/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0002 6952 6186

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540