UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: INSURANCE, <u>Williams</u>, 06-10714 | JUDGE DUVAL MAG. WILKINSON |

## ORDER

At the request of John Redmann, counsel for plaintiffs, and having been advised that opposing counsel, Susan Rogge, agrees to the change, **IT IS ORDERED** that the **Final Pretrial Conference** previously set in the referenced case, <u>Audrey Williams et al. v. Allstate Insurance Company et al.</u>, C.A. No. 06-10714 c/w 05-4182, on April 8, 2008, is hereby RESET on **April 9, 2008 at 2:00 p.m. before the magistrate judge.**

All other dates and deadlines previously set in the court's scheduling order, Record Doc. No. 8542, remain as previously set.

New Orleans, Louisiana, this __31st__ day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**