UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DON RILEY, *et al*                                                          CIVIL ACTION

VERSUS                                                                         NO.  06-8756

ALLSTATE INSURANCE COMPANY                                SECTION "K"

## ORDER OF DISMISSAL

The Court having been advised by the office of counsel for plaintiff that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action or to seek Summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for allurposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT  IF WITNESSES HAVE BEEN  SUBPOENAED, **EVERY** **WITNESS** MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this ___31st___ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE