UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: BARGE | § § § | SECTION "K" (2)<br>JUDGE DUVAL |
| FILED IN:   05-5531; 05-5724; 06-5342;<br>06-6299; 06-7516; 07-3500;<br>07-5178 | § § § § | MAG. WILKINSON |

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiffs' "Ex Parte Motion for Leave to Amend/Correct Sixth Supplemental and Amended Complaint," Record Doc. No. 8565

O R D E R E D:

 XXX : GRANTED. By order dated October 24, 2007, Record Doc. No. 8265, I required that any party wishing to oppose the referenced motion must file its written opposition no later than October 30, 2007. No opposition has been timely filed. Accordingly, this motion is deemed to be unopposed. In addition, the motion appears to have merit. Obviously, allegations that describe the proposed class and identify specific class representatives are vital in a putative class action, like these cases. Defendants undoubtedly do not oppose the motion because they would like to know what class allegations are being made in these cases. Who can say why these critical allegations concerning the proposed class were not included in the original complaint or in the five previous amendments? Certainly, they need to be known now.

New Orleans, Louisiana, this   31st   day of October, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**