UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: LEVEE | |
| FILED IN   05-4181, 05-4182, 05-4191, 05-4568,<br>05-5237, 05-6073, 05-6314, 05-6324,<br>05-6327, 05-6359, 06-0020, 06-1885,<br>06-0225, 06-0886, 06-11208, 06-2278,<br>06-2287, 06-2346, 06-2545, 06-3529,<br>06-4065, 06-4389, 06-4634, 06-4931,<br>06-5032, 06-5042, 06-5159, 06-5163,<br>06-5367, 06-5471, 06-5771, 06-5786,<br>06-5937, 06-7682, 07-0206, 07-0647,<br>07-0993, 07-1284, 07-1286, 07-1288,<br>07-1289 | |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Levee Defendants' Motion to Strike Certain Allegations Contained in Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action;

**IT IS ORDERED** that the Motion is hereby GRANTED and that Reply Memorandum in Support of Levee Defendants' Motion to Strike Certain Allegations Contained

in Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action is filed into the record of this case.

NEW ORLEANS, LOUISIANA, this \_\_\_31st\_\_\_ day of October, 2007

_____
UNITED STATES DISTRICT JUDGE