UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE | JUDGE DUVAL |
| | MAG. WILKINSON |
| FILED IN     05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885, 06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346, 06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471, 06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647, 07-0993, 07-1284, 07-1286, 07-1288, 07-1289 | |

**REPLY MEMORANDUM IN SUPPORT OF LEVEE DEFENDANTS' MOTION TO STRIKE CERTAIN ALLEGATIONS CONTAINED IN PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT AND PLAINTIFFS' CORRECTED RESTATED LEVEE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

On October 16, 2007, defendants filed the Levee Defendants' Motion to Strike Certain Allegations Contained in Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action (Doc. 8425). On October 25, 2007, plaintiffs filed their

- 1 -

887010v.1

memorandum in opposition to the aforementioned Motion (Doc. 8652). Certain allegations contained in plaintiff's opposition memorandum are inaccurate and/or incomplete and, as such, are addressed briefly below.

### A.  Plaintiff Leslie Dorantes

Plaintiffs, through their counsel Josh Palmintier, verbally advised defendants that plaintiffs were withdrawing Leslie Dorantes as a class representative. This notice was confirmed in writing by defense counsel to plaintiffs' counsel,[1] which confirmation was never disputed and/or otherwise responded to by plaintiffs' counsel. Plaintiffs have also confirmed their withdrawal of Ms. Dorantes as a class representative by failing to identify her as a proposed class representative in their Amended Motion for Class Certification (Doc. 6940). As such, this Court should strike Leslie Dorantes as a proposed Subclass Three Representative.

### B.  Counts I, III and IV

**1. Count Three (Allegations of Negligent Design and Construction of Floodwalls at the 17th Street Canal): Section Heading of Count Three and Paragraph Nos. 121, 153 and 158 of both plaintiffs' First Supplemental Complaint and Corrected Restated Complaint to the extent that they include the entire class and Subclass 4:**

Plaintiffs' basis for attempting to add the entire class and Subclass 4 into Count Three rests simply upon the notion that this Court's August 10, 2007 Order (Doc. 6939) does not prohibit this. Such purported basis is without merit. First, this Court's Order specifically delineates the various respects in which plaintiffs were allowed to amend their Complaint, and this attempted amendment is not within the scope of the Court's Order. Second, the Order specifically prohibits plaintiffs from incorporating Subclass 4 into Count One, which, similarly to Count Three, addresses the 17th Street Canal. Third, plaintiffs' counsel, at the August 8th

---

[1] See September 12, 2007 email from Charles Sutton to Josh Palmintier, attached hereto as Exhibit A.

hearing, advised the Court that no waters from the 17th Street Canal breach reached the geographical area of Subclass Four. For the above reasons, these attempted amendments by plaintiffs should be stricken.

> 2. **Count Four (Allegations of Negligent Design and Construction of Floodwalls at the London Avenue Canal and Orleans Avenue Canal): Section Heading of Count Four of both plaintiffs' First Supplemental Complaint and Corrected Restated Complaint to the extent that it includes allegations concerning the Orleans Avenue Canal and the entire class and Subclasses 2 and 4:**

Plaintiffs' basis for (1) adding the Orleans Avenue Canal, and (2) adding the entire class and Subclasses 2 and 4 in connection with their allegations concerning both the London Avenue Canal and the Orleans Avenue Canal are, again, simply that the August 10th Order does not prohibit this. Of course the August 10th Order does not prohibit this, as plaintiffs never sought leave to file such claims in the first place. Moreover, such attempted amendments were never within the scope of either the August 8th hearing or this Court's August 10th Order. Rather, this Court, in its Order, simply allowed amendments relating to drafting errors and to remedy problems caused by proposed class representatives refusing to go forward. These attempted amendments by plaintiffs, which violate both the letter and spirit of the Court's leave to amend, should be stricken.

> 3. **Count Four (Allegations of Negligent Design and Construction of Floodwalls at the London Avenue Canal and Orleans Avenue Canal): Paragraph Nos. 151 – 157 of both plaintiffs' First Supplemental Complaint and Corrected Restated Complaint to the extent that they include allegations concerning the Orleans Avenue Canal:**

For the same reasons set forth in the preceding Section (B)(2), these attempted amendments by plaintiffs should be stricken.

4. **Count I (17th Street Canal Drainage Project Allegations): Section Heading of Count One and Paragraph Nos. 88 and 89 of plaintiffs' First Supplemental Complaint to the extent they include the overall class and Subclass 4; Section Heading of Count One and Paragraph Nos. 86 and 88-91 of plaintiffs' Corrected Restated Complaint to the extent they include the overall class and Subclass 4:**

For the reasons set forth in Section (B)(1) above, including the fact that the Court's August 10th Order specifically prohibits plaintiffs from incorporating Subclass 4 into Count One, these particular attempted amendments by plaintiffs should be stricken.

5. **Count I (17th Street Canal Drainage Project Allegations): Paragraph Nos. 87 and 88 of plaintiffs' Corrected Restated Complaint and Paragraph No. 142 of both plaintiffs' First Supplemental Complaint and Corrected Restated Complaint to the extent that they amend the plaintiffs' Superseding Complaint's allegations concerning the "Barrier Plan" and the "High Level Plan" or to allege that the OLD or SWB negligently abandoned an authorized plan to install floodgates:**

Plaintiffs, in their opposition memorandum, agree that these attempted amendments should be stricken.

6. **Count Four (Allegations of Negligent Design and Construction of Floodwalls at the London Avenue Canal and Orleans Avenue Canal): Section Heading of Count Four and any allegations of Count Four of both plaintiffs' First Supplemental Complaint and Corrected Restated Complaint to the extent they attempt to assert a claim against SWB for any liability relating to the London Avenue Canal:**

Plaintiffs, in their opposition memorandum, agree that these attempted amendments should be stricken.

WHEREFORE, for the reasons stated both herein and in defendants' original supporting memorandum (Doc. 8425-2), defendants respectfully request that this Honorable Court grant, in its entirety, defendants' Motion to Strike Certain Allegations Contained in Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action.

887010v.1

Dated:  October 29, 2007                    Respectfully submitted,

s/ Thomas P. Anzelmo
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
Thomas P. Anzelmo, P.A. - #2533
Mark E. Hanna - #19336
Kyle P. Kirsch - #26363
Andre J. Lagarde - #28649
3445 N. Causeway Boulevard, Ste. 800
Metairie, Louisiana 70002
TELEPHONE:  (504) 831-0946
FACSIMILE:  (504) 831-2492

and

LABORDE & NEUNER
Ben L. Mayeaux - #19042
James L. Pate - # 10333
Gregory A. Koury - #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:  (337) 237-7000
FACSIMILE:  (337) 233-9450
Attorneys for the ORLEANS LEVEE
DISTRICT


s/ Charles M. Lanier, Jr.
CHRISTOVICH & KEARNEY, LLP
Charles M. Lanier, Jr. - #18299
J. Warren Gardner, Jr. - #5928
Elizabeth Cordes - #1786
Pan American Life Center
601 Poydras Street, Suite 2300
New Orleans, LA 70130-6078
TELEPHONE:  (504) 593-4272
FACSIMILE:  (504) 561-5743
Attorneys for the SEWERAGE AND WATER
BOARD OF NEW ORLEANS

5

887010v.1

s/ Gary M. Zwain
DUPLASS, ZWAIN, BOURGEOIS,
   MORTON, PFISTER & WEINSTOCK
Lawrence J. Duplass - #5199
Gary M. Zwain - #13809
Andrew D. Weinstock - #18495
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700
FACSIMILE: (504) 837-3119
Attorneys for the BOARD OF
COMMISSIONERS FOR THE EAST
JEFFERSON LEVEE DISTRICT


s/ Robin D. Smith
U.S. DEPARTMENT OF JUSTICE
Peter D. Keisler
Assistant Attorney General
Jeffrey S. Bucholtz
Principal Deputy Assistant Attorney General
C. Frederick Beckner III
Deputy Assistant Attorney General
Phyllis J. Pyles
Director, Torts Branch
Robin D. Smith
Trial Attorney
Torts Branch, Civil Division
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
TELEPHONE: (202) 616-4289
FACSIMILE: (202) 616-5200
Attorneys for the UNITED STATES OF
AMERICA

887010v.1

        s/ Ralph S. Hubbard III
        LUGENBUHL, WHEATON, PECK, RANKIN
         & HUBBARD
        Ralph S. Hubbard III - # 7040
        Joseph Guichet - # 24441
        Rachel Meese - # 25457
        601 Poydras Street
        Pan American Life Center, Suite 2775
        New Orleans, LA 70130-6027
        TELEPHONE: (504) 568-1990
        FACSIMILE: (504) 310-9195
        Attorneys for ST. PAUL FIRE AND MARINE
        INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2007, a copy of the above and foregoing **Reply Memorandum in Support of Levee Defendants' Motion to Strike Certain Allegations Contained in Plaintiffs' First Supplemental and Amending Levee Master Consolidated Class Action Complaint and Plaintiffs' Corrected Restated Levee Master Consolidated Class Action Complaint** was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

        s/ Thomas P. Anzelmo
        McCRANIE, SISTRUNK, ANZELMO,
         HARDY, MAXWELL & McDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, Louisiana 70002
        TELEPHONE: (504) 831-0946
        FACSIMILE: (504) 831-2492
        E-MAIL: tpa@mcsalaw.com

887010v.1