MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 29, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES　　　　　　CIVIL ACTION
　　　　CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE, Goodman, 06-3799　　JUDGE DUVAL
　　　　　　　　　　　　　　　　　　　　　　　　MAG. WILKINSON

## SCHEDULING ORDER

　　A preliminary conference was conducted in the referenced case, Sean Goodman et al. v. Fidelity National Insurance Company et al., C.A. No. 06-3799 c/w 05-4182, on October 29, 2007, before the undersigned magistrate judge. Participating via telephone were: Lana Crouch, representing plaintiffs; Dorothy Tarver, Maurice Bostick and Ralph Breaux, representing defendants. The conference was conducted pursuant to referral of the presiding district judge, Record Doc. No. 7527, and Paragraph VII of Case Management Order No. 4 ("CMO No. 4") allowing non-class action cases asserting claims involving individual adjusting and coverage issues, including liability and

MJSTAR:  0 : 30

damages but not including "common liability issues" as described in CMO No. 4, to proceed separately toward resolution.

Settlement possibilities were discussed. It appears that the case is not currently in a posture to settle.

All parties are considering consenting to proceed before a United States Magistrate Judge. A written consent form is being circulated. Upon receipt of a fully executed consent form, this case will be deconsolidated from the captioned consolidated litigation and set for trial on the date agreed upon by counsel during the conference. In the meantime, the schedule set out herein will be imposed pursuant to Fed. R. Civ. P. 16. The dates and deadlines established in this scheduling order apply only to the individual <u>Goodman</u> issues.

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, including motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **August 6, 2008**. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the court.

No further Rule 26(a)(1) disclosures will be required in this case.

Depositions for trial use shall be taken and all discovery shall be completed not later than **July 18, 2008**.

The previously fixed deadline for amendments to pleadings, third-party actions, cross-claims, and counterclaims has lapsed.  No further amendments will be allowed, absent a showing of good cause.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **March 17, 2008**.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **April 17, 2008**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than **April 17, 2008**.

The court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

A further settlement conference may be scheduled before the Magistrate Judge at any time at the joint request of all parties to this action.

The individualized issues in the Goodman case do not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

**The Final Pretrial Conference will be held on August 25, 2008, at 2:30 p.m. before the Magistrate Judge**. Counsel will be prepared in accordance with the final Pretrial Notice attached. At this pretrial conference, a date for trial in **September 2008** may be assigned, if appropriate, unless the agreed-upon trial date has already been assigned after the written consent form is received. Counsel are directed to reserve time on their calendars appropriately.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. Continuances will not normally be granted.

                                              JOSEPH C. WILKINSON, JR.
                                     UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**