UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
|  | * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
|  | * | SECTION "K" (2) |
| *Boutte v. Lafarge*     05-5531 | * |  |
| *Mumford v. Ingram*     05-5724 | * |  |
| *Lagarde v. Lafarge*     06-5342 | * | JUDGE |
| *Perry v. Ingram*     06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*     06-7516 | * |  |
| *Parfait Family v. USA*     07-3500 | * | MAG. |
| *Lafarge v. USA*     07-5178 | * | JOSEPH C. WILKINSON, JR. |

**MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, FOR DISMISSAL, STAY, OR TRANSFER, OF CIVIL ACTION NUMBER 06-3123 (CSH) IN THE SOUTHERN DISTRICT OF NEW YORK**

PSLC, moves the Court the withdraw document number 7731, a motion for summary judgment on the issue of coverage of American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("The American Club") under a protection and indemnity policy issued to defendant, Lafarge North America, Inc., or alternatively, to dismiss, stay, or transfer, the manner entitled "*American Steamship Owners Mutual Protection and Indemnity Association, Inc., Plaintiff v. Lafarge North America, Inc., Defendant,*" No. 06 Civ. 3123 (CSH) United States District Court, Southern District, New York, a second filed case involving a declaratory judgment action on the same coverage issue; and to continue the hearing of movers' motion scheduled for November 14, 2007.

RESPECTFULLY SUBMITTED,

WIEDEMANN & WIEDEMANN

/s/Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN, (13457)
KARL WIEDEMANN, (18502)
KAREN WIEDEMANN, (21151)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 581-6180
Attorneys for Plaintiffs

LAW OFFICE OF BRIAN A. GILBERT

/s/ Brian A. Gilbert
BRIAN A. GILBERT (21297)
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 885-7700
Attorney for Plaintiffs

LAW OFFICE OF PATRICK J. SANDERS

/s/Patrick J. Sanders
PATRICK J. SANDERS (18741)
Attorney at Law
3316 Ridgelake Drive
Metairie, Louisiana 70002
Telephone: (504) 834-0646
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which send a notice of electronic filing to CM/ECF participants. I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile, and/or E-mail, to non-CM/ECF participants.

New Orleans, Louisiana, this 31st day of October, 2007.

/s/ Lawrence D. Wiedemann
LAWRENCE D. WIEDEMANN