UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION NO.: 05-4182 "K"(2) * * *  JUDGE DUVAL * * |
| _____ | *  MAG. WILKINSON * |
| PERTAINS TO:  ROAD HOME         *Louisiana State* C.A. No. 07-5528 _____ | * * * |

*************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS

NOW COME plaintiffs herein, through undersigned counsel, who move this court to enroll **John W. Houghtaling, Esquire** and his law firm, **Gauthier, Houghtaling & Williams, LLP** as additional counsel of record for plaintiffs in accordance with the approval and authorization letter attached hereto.

WHEREFORE, plaintiffs pray that the John W. Houghtaling and Gauthier, Houghtaling & Williams be enrolled as additional counsel of record for plaintiffs.

    Respectfully submitted:

    GAUTHIER, HOUGHTALING
    & WILLIAMS,  L.L.P.

    s/JamesM. Williams_____
    James M. Williams, Esq. Bar No: 26141
    3500 N. Hullen Street
    Metairie, Louisiana  70002
    Telephone:     (504) 456-8600
    Facsimile:      (504) 456-8624
    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____s/ James M. Williams_____
JAMES M. WILLIAMS