UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 "K"(2) * * * JUDGE DUVAL * * |
| _____ | * MAG. WILKINSON * |
| PERTAINS TO: ROAD HOME    *Louisiana State* C.A. No. 07-5528 _____ | * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Based on the foregoing Motion to Enroll Additional Counsel of Record for Plaintiffs:

**IT IS HEREBY ORDERED** that John W. Houghtaling, Esquire and the law firm of Gauthier, Houghtaling & Williams, LLP be enrolled as additional counsel of record for plaintiffs as it pertains to the "Road Home" litigation in the above captioned matter.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**