**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.
JAMES S. THOMPSON
MICHAEL K. FITZPATRICK
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
DAVID J. MITCHELL
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
PATRICK D. DEROUEN
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

400 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY Y. CROMARTIE
PATRICIA P. BARATTINI
LAURIE L. DeARMOND
NICHOLAS O. GRISTINA
BRYAN J. HAYDEL, JR.
CHAD J. PRIMEAUX
ROY R. HUGHES
MICHAEL W. COLLINS
ASHLEY G. SIMONEAUX
ELEANOR W. WALL
EMILY S. MORRISON
MICHELE L. TROWBRIDGE
GUY H. BUMPAS, IV
MICHAEL J. MADERE
HEATHER A. ENGLAND
RALPH J. AUCOIN, JR
STACEY G. ROLAND

EMAIL ADDRESS OF WRITER
mcollins@phjlaw.com

DIRECT DIAL OF WRITER:
(504) 412-6268

PLEASE REPLY TO:
**NEW ORLEANS**

October 29, 2007

Hon. Joseph C. Wilkinson, Jr.
USDC Eastern District
B409 Hale Boggs Federal Bldg.
501 Magazine Street
New Orleans, LA 70130

Re:   Don and Cynthia Riley v. Allstate Insurance Company
      USDC Eastern District No. 06-8756 c/w 05-4182 K(2)
      Our File No.: 357.0071

Dear Magistrate Wilkinson:

Please be advised that the parties have mutually agreed upon a settlement. As such, a settlement conference will not be needed.

A Joint Motion to Dismiss will be filed once the settlement has been finalized.

Very truly yours,

GLENN B. ADAMS
MICHAEL W. COLLINS

GBA/MWC/cmg

cc:   Mr. Patrick G. Kehoe, Jr.