UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § PERTAINS TO: § § ALL CASES § § § § § | CIVIL ACTION NO. 05-4182 SECTION "K"(2) JUDGE DUVAL MAG. WILKINSON |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

---

[1] This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated September 28, 2007

| | | |
|---|---|---|
| Alexander v.Allstate Insurance Company | Insurance | 07-04455 |
| Adams v.State Farm Fire and Casualty Insurance Company | Insurance | 07-04459 |
| Alexander, Sr et al v.Automobile Club Inter-Insurance Exchange et al | Insurance | 07-04538 |
| Ansardi v.Allstate Insurance Company | Insurance | 07-05767 |
| Call et al v.Allstate Insurance Company | Insurance | 07-05769 |
| Moody Thomas et al v.Hanover Insurance Company | Insurance | 07-05815 |
| Skau v.Liberty Mutual Fire Insurance Company | Insurance | 07-05850 |
| Dixon et al v.Standard Fire Insurance Company | Insurance | 07-05852 |
| Bergeron v.Auto Club Family Insurance Company | Insurance | 07-05896 |
| Kramer et al v. Allstate Insurance Company | Insurance | 07-05960 |
| Burton et al v. Allstate Insurance Company | Insurance | 07-05961 |
| Greenwood et al v.Homesite Insurance Company | Insurance | 07-06194 |
| Davis v.State Farm Fire and Casualty Company | Insurance | 07-06247 |
| Schmit v.Liberty Mutual Fire Insurance Company | Insurance | 07-06256 |
| Volpe et al v.Standard Fire Insurance Company | Insurance | 07-06363 |
| Lawrence v.Federal Insurance Company | Insurance | 07-06454 |
| Bloom v.State Farm Fire & Casualty Company | Insurance | 07-06488 |
| Wightkin et al v.Allstate Insurance Company | Insurance | 07-06614 |

| | | |
|---|---|---|
| Robert et al  v.American Insurance Company/ Fireman's Fund Insurance | Insurance | 07-06853 |
| Richardson et al  v.Allstate Insurance Company et al | Insurance | 07-07092 |
| LaCour v.Allstate Indemnity Company et al | Insurance | 07-07093 |
| Harrison et al  v.Allstate Indemnity Company  et al | Insurance | 07-07094 |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 1st day of November, 2007

_____
JOSEPH M. BRUNO, La. Bar. #3604
Law Offices of Joseph M.Bruno
855 Barrone Street
New Orleans, LA  70113
Telephone:  (504) 561-6776
Facsimile:  (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195

**Defendants Liaison Counsel**