UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  <br>*  CIVIL ACTION<br>*  NO.: 05-4182 "K" (2)<br>*  <br>*  JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>Debra Cloud No. 06-6093 | *  <br>*  MAGISTRATE JUDGE WILKINSON<br>*  <br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company ("Allstate"), and respectfully moves this Honorable Court, pursuant to Rule 37(b)(2)(A), to dismiss the captioned matter with prejudices, on the grounds that plaintiff has ignored orders of this Court and egregiously disregarded the requirements of the Federal Rules of Civil Procedure with respect to discovery. The bases for this motion are more fully set forth in the attached supporting memorandum.

- 1 -

96336

Respectfully submitted,

*s/ Jeanmarie LoCoco Nicholson*
Judy Y. Barrasso, 2814
Jeanmarie LoCoco Nicholson, 8655
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Insurance
 Company

## CERTIFICATE

I hereby certify that on November 1, 2007, I electronically filed the foregoing Motion to Dismiss by using the CM/ECF system which will send a notice of electronic filing to counsel of record, as well as by U.S. Mail.

*s/ Jeanmarie LoCoco Nicholson*

96336