UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  <br>*  CIVIL ACTION<br>*  NO.: 05-4182 "K" (2)<br>*<br>*  JUDGE DUVAL<br>*<br>*  MAGISTRATE JUDGE WILKINSON<br>*<br>* |
| PERTAINS TO: INSURANCE<br>Debra Cloud No. 06-6093 | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Allstate Insurance Company ("Allstate") will bring the attached Motion to Dismiss before the Honorable Stanwood R. Duval, United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on November 28, 2007, at 9:30 a.m. or as soon thereafter as counsel may be heard.

96338

- 2 -

Respectfully submitted,

*s/ Jeanmarie LoCoco Nicholson*
Judy Y. Barrasso, 2814
Jeanmarie LoCoco Nicholson, 8655
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Insurance
 Company

### CERTIFICATE

I hereby certify that on 1 November 2007, I electronically filed the foregoing Notice of Hearing by using the CM/ECF system which will send a notice of electronic filing to counsel of record, , as well as by U.S. Mail.

*s/ Jeanmarie LoCoco Nicholson*

96338