UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROY GREENWOOD and** <br> **JUNE GREENWOOD** | **CIVIL ACTION NO. 07-6194** |
| | **SECTION "K"(2)** |
| **VERSUS** | |
| | **JUDGE: HON. DUVAL** |
| **HOMESITE INSURANCE** <br> **COMPANY** | **MAG: HON. WILKINSON** |

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, ROY GREENWOOD and JUNE GREENWOOD, who respectfully move this Honorable Court for an order remanding this action to Civil District Court for the Parish of Orleans, for the reasons more fully explained in the

attached Memorandum.

                                                **Respectfully submitted,**

                                                /s/ *J. Douglas Sunseri*
                                                _____
                                                **J. DOUGLAS SUNSERI (#19173)**
                                                **EDWARD C. VOCKE, IV (#22882)**
                                                **NICAUD, SUNSERI & FRADELLA, L.L.C.**
                                                A Group of Professional Corporations
                                                3000 18th Street
                                                Metairie, Louisiana 70002
                                                Telephone: (504) 837-1304

                                                Attorneys for Plaintiffs, ROY GREENWOOD and JUNE GREENWOOD

## CERTIFICATE OF SERVICE

     I hereby certify that on this 1st day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                /s/ *J. Douglas Sunseri*
                                                _____
                                                J. DOUGLAS SUNSERI