CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 07-8071

DIVISION "L-6"

ROY GREENWOOD AND JUNE GREENWOOD

versus

HOMESITE INSURANCE COMPANY

FILED:_____

_____
DEPUTY CLERK

## BINDING STIPULATION

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned case, ROY GREENWOOD and JUNE GREENWOOD, and attorney for Plaintiffs, J. Douglas Sunseri and Edward C. Vocke, IV, who hereby jointly stipulate as follows:

1.

The total sum or value in controversy in this cause of action does not exceed $75,000.00, exclusive of interest and costs.

2.

The total sum or value in controversy in this cause of action does not exceed $75,000.00, exclusive of interest and costs.

3.

Neither Plaintiffs nor their lawyers will accept an amount that exceeds $75,000.00, exclusive of interest and costs.

4.

Neither Plaintiffs nor their lawyers will amend the petition after one year to plead an amount in controversy in excess of $75,000.00, exclusive of interest and costs.

5.

Neither Plaintiffs nor their lawyers will authorize anyone on their behalf or their future heirs and assigns, to make such an amendment.


EXHIBIT A

6.

Plaintiffs and their lawyers understand and agree that Plaintiffs' recovery is limited to an amount less than $75,000.00, exclusive of interest and costs.

Respectfully submitted,

_____
J. DOUGLAS SUNSERI (#19173)
EDWARD C. VOCKE, IV (#22882)
NICAUD, SUNSERI & FRADELLA, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843
Attorney for ROY GREENWOOD
and JUNE GREENWOOD

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all counsel of record, by facsimile and/or First Class, United States Mail, properly addressed and postage prepaid, this ___ day of October, 2007.