# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROY GREENWOOD and**<br>**JUNE  GREENWOOD** | **CIVIL ACTION NO. 07-6194** |
| | **SECTION  "K"(2)** |
| **VERSUS** | |
| | **JUDGE: HON. DUVAL** |
| **HOMESITE  INSURANCE**<br>**COMPANY** | **MAG: HON. WILKINSON** |

### <u>NOTICE OF HEARING</u>

TO:     HOMESITE INSURANCE COMPANY
        Through their attorneys of record:
        PHELPS DUNBAR, LLP
        Neil C.Abramson
        Nora B. Bilbro
        Canal Place
        365 Canal Street, Suite 2000
        New Orleans, LA 70130-6534

        Marshall M. Redmon
        445 North Boulevard, suite 701
        Baton Rouge, LA 70802

        **PLEASE TAKE NOTICE** that Plaintiffs, ROY GREENWOOD and JUNE GREENWOOD

-1-

will bring their  Motion to Remand before Judge STANWOOD R. DUVAL, JR. on Wednesday,

November 28, 2007 at 9:30 a.m.,or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ J. Douglas Sunseri*

_____

**J. DOUGLAS SUNSERI (#19173)**
**EDWARD C. VOCKE, IV (#22882)**
**NICAUD, SUNSERI & FRADELLA, L.L.C.**
A Group of Professional Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiffs, ROY GREENWOOD and
JUNE GREENWOOD