UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    07-5023 | * | |
| 07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * | * | |

**AMENDED MOTION FOR LEAVE TO INTERVENE**

**COME NOW** parties seeking leave to intervene as plaintiffs in the above-styled and numbered causes, appearing through undersigned counsel pursuant to the provisions of Rule 24, Federal Rules of Civil Procedure, and Local Rule 7.6 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and move This Honorable Court for leave to file a First Amended Intervening Complaint against the State of Louisiana in the above-styled and numbered causes as plaintiffs, upon the grounds that additional causes of action were only recently discovered as a result of legal research which revealed the case of Cooper v. Louisiana Department of Public Works, 870 So.2d 315 (La. App. 3d Cir. 2004), with amendment of the Intervening Complaint becoming necessary to assert the causes of action identified in Cooper, supra.

-2-

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**
        **Counsel for Plaintiffs**

        **By:**   **S/Ashton R. O'Dwyer, Jr.**
              **Ashton R. O'Dwyer, Jr.**
              **Bar No. 10166**
              **821 Baronne Street**
              **New Orleans, LA 70113**
              **Tel. 504-679-6166**
              **Fax. 504-581-4336**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via electronic filing this 1st day of November 2007.

                S/Ashton R. O'Dwyer, Jr.