**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.    07-5023 | * | |
| 07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF**
**<u>AMENDED MOTION FOR LEAVE TO INTERVENE</u>**

**MAY IT PLEASE THE COURT:**

This memorandum is filed primarily to comply with the Local Rules which require that a memorandum accompany all motions noticed for hearing.  Briefly, since the filing of original Motion for Leave to Intervene (Record Document No. 8735) on October 29, 2007, counsel for intervening plaintiffs discovered through legal research the opinion in <u>Cooper</u>, and it is therefore necessary to file a First Amended Intervening Complaint against the State of Louisiana in order to assert the causes of action identified in <u>Cooper</u>, supra.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**Counsel for Plaintiffs**

By:   **S/Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**
**821 Baronne Street**
**New Orleans, LA 70113**
**Tel. 504-679-6166**
**Fax. 504-581-4336**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Memorandum has been served upon all counsel of record via electronic filing this 1st day of November 2007.

S/Ashton R. O'Dwyer, Jr.