UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| NO.   07-5023 * | | |
| 07-5040 * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF MANUAL ATTACHMENT**

Exhibit No. 1, <u>Cooper v. Department of Public Works</u>, 870 So.2d 315, (La. App. 3d Cir. 2004).

          Respectfully submitted,
          **LAW OFFICES OF**
          **ASHTON R. O'DWYER, JR.**

          By:   S/Ashton R. O'Dwyer, Jr.
                Ashton R. O'Dwyer, Jr.
                Bar No. 10166
                821 Baronne Street
                New Orleans, LA 70113
                Tel. 504-679-6166
                Fax. 504-581-4336

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 1st day of November 2007.

          S/Ashton R. O'Dwyer, Jr.