UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.  07-5023 | * | |
|       07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel bring the attached Motion Leave to Intervene for hearing before the Honorable Magistrate Judge Joseph C. Wilkinson, Jr., at 11:00 A.M., on the 28th day of November 2007, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
**Counsel for Plaintiffs**

By:   S/Ashton R. O'Dwyer, Jr.
        Ashton R. O'Dwyer, Jr.
        Bar No. 10166
        821 Baronne Street
        New Orleans, LA 70113
        Tel. 504-679-6166
        Fax. 504-581-4336

-1-

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via electronic filing this 1st day of November 2007.

                                                        S/Ashton R. O'Dwyer, Jr.