UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| NO.   07-5023 | * | |
|          07-5040 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

**CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.6**

**COMES NOW** Ashton R. O'Dwyer, Jr., counsel of record for parties seeking leave to intervene as plaintiffs in the above-styled and numbered causes, and certifies that by E-mail dated August 31, 2007, to counsel for the State of Louisiana in the above-styled and numbered causes, he solicited their consent to the filing of a Motion for Leave to Intervene in those causes to assert claims for damages against the State of Louisiana, a copy of which is appended hereto and marked for identification as Exhibit No. 1, but that he received no response to his solicitation from anyone.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**LAW OFFICES OF
　　　　　　　　　　　　　　　　ASHTON R. O'DWYER, JR.**

　　　　　　　　　　　　　　　　By:   **S/Ashton R. O'Dwyer, Jr.**
　　　　　　　　　　　　　　　　　　　**Ashton R. O'Dwyer, Jr.
　　　　　　　　　　　　　　　　　　　Bar No. 10166
　　　　　　　　　　　　　　　　　　　821 Baronne Street
　　　　　　　　　　　　　　　　　　　New Orleans, LA 70113
　　　　　　　　　　　　　　　　　　　Tel. 504-679-6166
　　　　　　　　　　　　　　　　　　　Fax. 504-581-4336**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 1st day of November 2007.

                                        S/Ashton R. O'Dwyer, Jr.