UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |

**PERTAINS TO: BARGE**

**MOTION TO APPEAR** *PRO HAC VICE*

NOW INTO COURT, through undersigned counsel, comes defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., to respectfully move under Uniform Local Rule 83.2.6E for the United States District Court, Eastern District of Louisiana, for appearance *pro hac vice*, on behalf of American Steamship Owners Mutual Protection and Indemnity Association, Inc., in the above-captioned matter, of applicant attorney:

**John M. Woods**
**Thacher Proffitt & Wood LLP**
**Two World Financial Center**
**New York, NY 10281**
**[t] 212 . 912 . 7672**
**[f] 212 . 912 . 7751**

Undersigned counsel is a member of the bar of this court. The applicant attorney has in **Exhibit A** stated under oath that no disciplinary proceedings or criminal charges have been instituted against him, and attached hereto as **Exhibit B** is a certificate from the judge or clerk of the United States District Court, Southern District of New York, verifying that the applicant attorney has been

admitted to practice in such court and that he is in good standing therein.

WHEREFORE, undersigned counsel and defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., respectfully requests admission of Mr. John M. Woods to appear *pro hac vice* before this court on behalf of American Steamship Owners Mutual Protection and Indemnity Association, Inc., in the above-captioned matter, with all the rights and privileges attendant thereto, and entry of Mr. John M. Woods as counsel of record for the same.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ LLP

　　　/s/ Philip S. Brooks, Jr.　　　
A. GORDON GRANT, JR. (6221)
PHILIP S. BROOKS, JR. (21501)
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163
[t] 504 . 585 . 3200
[f] 504 . 585 . 7688

Attorneys for American Steamship Owners
Mutual Protection and Indemnity Assoc., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this __1st__ day of __November__, 2007, the undersigned filed the foregoing pleading with the Clerk of Court via CM/ECF upload, which will automatically send a notice of electronic filing to all parties.

　　　/s/ Philip S. Brooks, Jr.