# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__JOHN  MAYNARD  WOODS__, Bar # __JW0697__

was duly admitted to practice in this Court on

__JUNE  2nd, 1981__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__  on  __OCTOBER  30th, 2007__

J. MICHAEL McMAHON

by: _(signature)_

Clerk                                                                                       Deputy Clerk

**EXHIBIT B**