# United States District Court

## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

___NEIL   THOMAS   BLOOMFIELD___, Bar # _____NB0669_____

was duly admitted to practice in this Court on

___APRIL  29th,  2005___, and is in good standing

as a member of the Bar of this Court.

Dated at ___500 Pearl Street___
         ___New York, New York___       on ___OCTOBER  30th,  2007___

**J. MICHAEL McMAHON**

_____       by: _____

Clerk                                  Deputy Clerk

EXHIBIT
B