UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ PERTAINS TO: ROAD HOME LOUISIANA STATE C.A. NO. 07-5528 | CIVIL ACTION NO: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFFS

NOW COME plaintiffs herein, through undersigned counsel, who move this court to enroll, **Stephen B. Murray, Stephen B. Murray, Jr., James R. Dugan, II, Douglas R. Plymale** and their law firm, **Murray Law Firm** as additional counsel of record for plaintiffs.

WHEREFORE, plaintiffs pray that Stephen B. Murray, Stephen B. Murray, Jr., James R. Dugan, II, Douglas R. Plymale, and the Murray Law Firm be enrolled as additional counsel of record for plaintiffs.

Respectfully submitted,

**Murray Law Firm**

   /s/ James R. Dugan, II
James R. Dugan, II (24785)
Stephen B. Murray (9858)
Stephen B. Murray, Jr. (23877)
Douglas R. Plymale (28409)
Suite 1100, Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130
Telephone:  (504) 525-8100
Facsimile:  (504) 584-5249

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of November, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/James R. Dugan, II