UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION _____ PERTAINS TO: ROAD HOME LOUISIANA STATE C.A. NO. 07-5528 | CIVIL ACTION NO: 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record for Plaintiffs:

IT IS HEREBY ORDERED that Stephen B. Murray, Stephen B. Murray, Jr., James R. Dugan, II, Douglas R. Plymale and the Murray Law Firm be and are hereby enrolled as additional counsel of record for plaintiffs as it pertains to the "Road Home" litigation in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE