MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 1, 2007

                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>       CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ROAD HOME, 07-5528 | JUDGE DUVAL<br>MAG. WILKINSON |

     At the request of counsel, a status conference was held today to discuss the State of Louisiana's Motion to Enter Case Management Order No. 6 and the Stipulated Confidentiality Agreement, Record Doc. No. 8646, as well as a possible protocol for settling claims by insureds against their insurers when the insureds are also applicants for and/or recipients of funds from the Road Home program.  Participating were Calvin C. Fayard, Jr., Frank Dudenhefer, Jr., and N. Frank Elliott, III, representing the State of Louisiana; L. Scott Joanen and Joseph N. Bruno, representing the Plaintiffs' Liaison Committee; Wayne J. Lee and Charles l. Chassaignac, IV, representing State Farm Fire and Casualty Company; Ralph S. Hubbard, III and Seth A. Schmeeckle, representing

MJSTAR:  **1 : 20**

Standard Fire Insurance Company; and Richard L. Fenton, representing Allstate Insurance Company. Counsel will conduct further discussions among themselves, and another conference may be scheduled upon request.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE