Effective 4/10/06          FINANCIAL & CIVIL ALLOTMENT SHEET          Receipt No.: 349272
                                                                      Deputy Clerk: ___

**OCT 3 1 2007**

ACCOUNT CODE:                                REGISTRY FUND:

6855XX Accounts                              604700 Accounts
_____ - Restitution                          _____ - Cash Bonds
_____ - U.S. Postal Service Forms            _____ - Land Condemnation
_____ - Petty Offense                        _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00
    FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
    COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
    MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): BARRASSO (RICHARD L. FENTON)
CASE NUMBER: 05-4182       SECTION: K
CASE TITLE: KATRINA CANAL BREACHES

PAYMENT OF [ 5 — ]  CASH _____  CHECK _____  MONEY ORDER ✓
                    SEAMAN _____  PAUPER _____  NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action          _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                       Death Sentence
_____ 3. Antitrust                                 _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright              _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT? _____ Yes _____ No
Is this a RELATED CASE?      _____ Yes _____ No     Attorney of Record _____