UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHY ADAMS, ET AL | = | CIVIL ACTION |
| PLAINTIFFS | = | NUMBER: 06-4065 |
| VERSUS | = | SECTION:   K |
| BOH BROS.CONSTRUCTION COMPANY, L.L.C., ET AL | = | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who move to

dismiss **PITTMAN CONSTRUCTION COMPANY OF LOUISIANA, INC**. *without*

*prejudice*, reserving all rights against all other parties. Counsel for Pittman Construction

Company of Louisiana, Inc. has been contacted and has no opposition.

Respectfully Submitted,

**/s/ A.J. Rebennack**
A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2202 Avenue B
Metairie, Louisiana 70001
Telephone:     (504) 782-0512
Facsimile:     (504) 831-1203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully Submitted,

**/s/ A.J. Rebennack**
A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2202 Avenue B
Metairie, Louisiana 70001
Telephone:     (504) 782-0512
Facsimile:      (504) 831-1203