UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHY ADAMS, ET AL | * | |
| | * | CIVIL ACTION |
| PLAINTIFFS | * | |
| | * | NUMBER: 06-4065 |
| VERSUS | * | |
| | * | SECTION: K |
| BOH BROS. CONSTRUCTION | * | |
| COMPANY, L.L.C., ET AL | * | MAGISTRATE: 2 |
| | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the above and foregoing,

IT IS HEREBY ORDERED, adjudged, and decreed that PITTMAN CONSTRUCTION COMPANY OF LOUISIANA, INC. be dismissed *without prejudice*, with Plaintiffs reserving all rights against all other parties.

UNITED STATES EASTERN DISTRICT COURT, this _____ day of

_____, 2007.

_____
**JUDGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                Respectfully Submitted,

                                                **/s/ A.J. Rebennack**
                                                A. J. Rebennack, Bar No. 18677
                                                *Attorney for Plaintiff*
                                                2202 Avenue B
                                                Metairie, Louisiana 70001
                                                Telephone:    (504) 782-0512
                                                Facsimile:     (504) 831-1203