UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO | § | |
| *Robinson*, No. 06-2286 | § | |
| _____ | § | |

**NOTICE OF VIDEOTAPED DEPOSITION**

To:

**PLEASE TAKE NOTICE** that the Defendant United States, through its undersigned counsel, will take the videotaped deposition of Arthur R. Theis, at the conference room of Lambert and Nelson, P.L.C., 701 Magazine St., New Orleans, Louisiana 70130 on Thursday, November 8, 2007 at 9:00 a.m. The videotaped deposition will be taken for all purposes allowed under the Federal Rules of Civil Procedure before a court reporter or other official duly authorized to administer oaths and record oral testimony.

Pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure, the

1

2

Defendant United States requests that Arthur R. Theis produce the documents set forth in the attached Exhibit A to the offices of the undersigned counsel, no later than 3:00 p.m. on Monday, November 5, 2007.

Dated:  November 1, 2007                                    Respectfully submitted,

                                                                                s/ Robin D. Smith
                                                                                ROBIN D. SMITH
                                                                                Senior Trial Counsel
                                                                                Torts Branch, Civil Division
                                                                                U.S. Department of Justice
                                                                                P.O. Box 888
                                                                                Benjamin Franklin Station
                                                                                Washington, D.C.  20044
                                                                                (202) 616-4289
                                                                                (202) 616-5200 (fax)
                                                                                robin.doyle.smith@usdoj.gov
                                                                                Attorney for Defendant United States

## EXHIBIT A TO NOTICE OF VIDEOTAPED DEPOSITION

1. Any and all materials considered or relied upon by the deponent in connection with this litigation.

2. Any and all updates to the deponent's September 17, 2007, report.

3. Any and all documents regarding any work that the deponent has contracted to perform or has performed for any governmental agency, whether federal state or local.

4. Any and all invoices prepared and/or submitted by the deponent regarding work performed by the deponent in connection with this litigation.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing notice was served by ECF on November 2, 2007, upon all counsel of record.

        /s Robin D. Smith
        ROBIN D. SMITH