UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| _____§ | MAG. WILKINSON |
| § | |
| PERTAINS TO: § | |
| LEVEE, MRGO, RESPONDER, BARGE § | |
| § | |
| FILED IN: § | |
| 05-4181, 06-1885, 06-2268, 06-4024, 06-4634, § | |
| 06-4931, 06-5042, 06-5116, 06-5118, 06-5127, § | |
| 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, § | |
| 06-5140, 06-5142, 06-5159, 06-5161, 06-5163, § | |
| 06-5771, 07-206, 07-647, 06-8708, 07-1073, § | |
| 07-1113, 07-1271, 07-1284, 07-1285, 07-1286, § | |
| 07-1288, 07-1289, 07-2741, 07-2742, 07-3173, § | |
| 07-3500, 07-4225, 07-4226, 07-4227, 07-4271, § | |
| 07-4353, 07-4386, 07-4504, 07-4519, 07-4522, § | |
| 07-4544, 07-4568, 07-4607, 07-4608, 07-4724, § | |
| 07-4774, 07-4775, 07-4837, 07-4851, 07-4901, § | |
| 07-4902, 07-4903, 07-4906, 07-4911, 07-4913, § | |
| 07-4914, 07-4920, 07- 4942, 07-4943, 07-4945, § | |
| 07-4944, 07-5022, 07-5030, 07-5044, 07-5063, § | |
| 07-5070, 07-5082, 07-5096, 07-5097, 07-5098, § | |
| 07-5105, 07-5130, 07-5134, 07-5137, 07-5141, § | |
| 07-5174, 07-5178, 07-5191, 07-5389, 07-5396, § | |
| 07-5397. § | |
| _____§ | |

## MOTION TO ENROLL

Trial Attorney Kara K. Miller hereby moves to enroll the appearance of Trial Attorneys

Daniel Michael Baeza, Jr., Jeffrey Paul Ehrlich, and David Samuel Silverbrand on behalf of the United States of America, defendant in the above-noted cases.  It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| Torts Branch, Civil Division | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 888 | 1331 Pennsylvania Ave., NW |
| Benjamin Franklin Station | Room 8095N |
| Washington, D.C.  20044 | Washington, DC 20004 |

ECF Filing:
dan.baeza@usdoj.gov
jeff.ehrlich@usdoj.gov
david.silverbrand@usdoj.gov

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 s/ Kara K. Miller
KARA K. MILLER
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)

November 2, 2007           Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Kara K. Miller, hereby certify that on November 2, 2007, I served a true copy of the United States' Motion to Enroll upon all parties by ECF.

                         s/ Kara K. Miller
                         KARA K. MILLER