UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §          CIVIL ACTION
            CONSOLIDATED LITIGATION        §          NO. 05-4182 "K" (2)
                                                                  §          JUDGE DUVAL
_____§          MAG. WILKINSON
                                                                  §
PERTAINS TO:                                            §
LEVEE, MRGO, RESPONDER, BARGE          §
                                                                  §
FILED IN:                                                    §
05-4181, 06-1885, 06-2268, 06-4024, 06-4634,   §
06-4931, 06-5042, 06-5116, 06-5118, 06-5127,   §
06-5128, 06-5131, 06-5132, 06-5134, 06-5137,   §
06-5140, 06-5142, 06-5159, 06-5161, 06-5163,   §
06-5771, 07-206, 07-647, 06-8708, 07-1073,      §
07-1113, 07-1271, 07-1284, 07-1285, 07-1286,   §
07-1288, 07-1289, 07-2741, 07-2742, 07-3173,   §
07-3500, 07-4225, 07-4226, 07-4227, 07-4271,   §
07-4353, 07-4386, 07-4504, 07-4519, 07-4522,   §
07-4544, 07-4568, 07-4607, 07-4608, 07-4724,   §
07-4774, 07-4775, 07-4837, 07-4851, 07-4901,   §
07-4902, 07-4903, 07-4906, 07-4911, 07-4913,   §
07-4914, 07-4920, 07- 4942, 07-4943, 07-4945,  §
07-4944, 07-5022, 07-5030, 07-5044, 07-5063,   §
07-5070, 07-5082, 07-5096, 07-5097, 07-5098,   §
07-5105, 07-5130, 07-5134, 07-5137, 07-5141,   §
07-5174, 07-5178, 07-5191, 07-5389, 07-5396,   §
07-5397.                                                     §
_____§

ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Daniel Michael Baeza, Jr., Jeffrey Paul Ehrlich, and David Samuel Silverbrand as counselors of record for defendant, the United States of America.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
United States District Judge