UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES       §    CIVIL ACTION
        CONSOLIDATED LITIGATION       §    NO. 05-4182 "K" (2)
                                      §    JUDGE DUVAL
_____§    MAG. WILKINSON
                                      §
PERTAINS TO:                          §
    ALL LEVEE                         §
    ALL MRGO                          §
    ALL BARGE                         §
                                      §
_____§


NOTICE OF PRODUCTION


In response to the First Sets of Requests for Production propounded by the Plaintiffs in the MRGO and Levee Class Certification Actions, the First Sets of Requests for Production to the United States propounded by the Plaintiffs in the common liability MRGO and Levee categories, the First Set of Requests for Production propounded by Plaintiffs in Robinson (06-2268), and Lafarge North American Inc.'s Requests for Production of Documents in the Barge category, respectively, the United States has produced the following Bates ranges in the manner specified in its Document Production Protocol:

        ERD-034-000000001       to      ERD-034-000001959
        NEN-242-000000001       to      NEN-242-000022823

This Notice of Production is respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        JAMES G. TOUHEY, JR.
        Assistant Director, Torts Branch

        s/ Paul Marc Levine
        PAUL MARC LEVINE
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 616-4400 / (202) 616-5200 (Fax)
        Attorneys for the United States

Dated: November 2, 2007

## CERTIFICATE OF SERVICE

I, Paul Marc Levine, hereby certify that on November 2, 2007, I served a true copy of the United States' Notice of Production upon all parties by ECF.

                                        s/ Paul Marc Levine
                                      PAUL MARC LEVINE