**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ERD | 034 | ERD-034-000000001 | ERD-034-000001959 | USACE; ERDC | Deborah Carpenter | KC236 | 11/2/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | GSL Reports |
| NEN | 242 | NEN-242-000000001 | NEN-242-000022823 | USACE; MVD; MVN; Engineering Division - Structure Foundations Section | Richard Pinner | KC237 | 11/2/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Boring Logs |