UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>ALL MRGO, *ROBINSON* (06-2268) | * CIVIL ACTION<br>* NO. 05-4182<br>* SECTION "K" (2)<br>* JUDGE DUVAL<br>* MAGISTRATE WILKINSON |

**MOTION TO QUASH THE NOVEMBER 1, 2007 NOTICES OF VIDEOTAPED DEPOSITION, OR IN THE ALTERNATIVE, FOR ENTRY OF PROTECTIVE ORDER**

For the reasons set forth in the accompanying supporting memorandum, Washington Group International, Inc. ("WGII") and the Board of Commissioners for the Lake Borgne Levee District ("LBLD"), through undersigned counsel, respectfully request that this Court quash the November 1, 2007 Notices of Videotaped Deposition ("Notices"), or in the alternative, enter a Protective Order limiting the binding nature of the depositions to the *Robinson* matter and permitting WGII and LBLD to re-notice such depositions, if necessary in the MRGO litigation, at a later time, or, in the further alternative, extend the deadlines in *Robinson*, to allow re-scheduling of these and other *Robinson* depositions to allow appropriate and reasonable scheduling to allow the MRGO defendants to participate.

**WHEREFORE**, Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District respectfully request that this Court quash the November 1, 2007 Notices of Videotaped Depositions, or in the alternative, enter a Protective Order limiting the binding nature of the depositions to the *Robinson* matter and permitting WGII

898691v.1

and LBLD to re-notice such depositions, if necessary in the MRGO litigation, at a later time, or, in the further alternative, extend the deadlines in *Robinson*, to allow re-scheduling of these and other *Robinson* depositions to allow appropriate and reasonable scheduling to allow the MRGO defendants to participate.

Dated:  November 2, 2007	Respectfully submitted,


	/s/William D. Treeby
	William D. Treeby, 12901
	Carmelite M. Bertaut, 3054
	Heather S. Lonian, 29956
	    Of
	Stone Pigman Walther Wittmann L.L.C.
	546 Carondelet Street
	New Orleans, Louisiana  70130
	Telephone:  (504) 581-3200
	Facsimile:   (504) 581-3361

	Attorneys for Washington Group
	International, Inc.

	Of counsel

	Adrian Wager-Zito
	Jones Day
	51 Louisiana Avenue, N.W.
	Washington, D.C. 20001-2113
	Telephone:  (202) 879-4645
	Facsimile:  (202) 626-1700



	/s/ Gary M. Zwain
	Lawrence J. Duplass, 5199
	Gary M. Zwain, 13809
	Andrew D. Weinstock, 18495
	    Of
	Duplass, Zwain, Bourgeois, Morton, Pfister &
	Weinstock
	3838 N. Causeway Blvd., Suite 2900
	Metairie, Louisiana 70002
	Telephone: (504) 832-3700
	Facsimile: (504) 837-3119

	Attorneys for Board of Commissioners for the
	Lake Borgne Basin Levee District

- 2 -

898691v.1

- 3 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Quash has been served upon all counsel of record via the Court's CM/ECF system, this 2nd day of November, 2007.

*/s/ William D. Treeby*
William D. Treeby

898691v.1