UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182<br>* SECTION "K" (2)<br>* |
| PERTAINS TO:<br><br>ALL MRGO, *ROBINSON* (06-2268) | * JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come defendants Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District, and respectfully request permission to orally argue their Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order. Defendants respectfully submit that oral argument will clarify the issues of law and fact and will assist the Court in making a correct disposition of the motion.

**WHEREFORE**, Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District respectfully request permission to orally

898743v.1

- 3 -

argue their Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order.

Dated:  November 2, 2007                                   Respectfully submitted,

*/s/William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

898743v.1

/s/ *Gary M. Zwain*
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
   Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana  70002
Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record via the Court's CM/ECF system, this 2nd day of November, 2007.

/s/ *William D. Treeby*
William D. Treeby

- 4 -

898743v.1