UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>ALL MRGO, *ROBINSON* (06-2268) | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## L.R. 37 CERTIFICATE

Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District, through undersigned counsel, hereby certify that they have conferred with opposing counsel in an attempt to resolve the issues raised in the accompanying Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order, but were unable to resolve this dispute.

898849v.1

- 2 -

Dated:  November 2, 2007                              Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700


/s/ Gary M. Zwain
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
    Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District

- 2 -

898849v.1

- 3 -

## CERTIFICATE

      I hereby certify that a copy of the above and foregoing Motion to Quash has been served upon all counsel of record via the Court's CM/ECF system, this 2nd day of November, 2007.

                */s/ William D. Treeby*
                William D. Treeby

898849v.1