- 2 -

898696v.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>ALL MRGO, *ROBINSON* (06-2268) | *<br>* CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, in the event the Court declines to hear their Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order on an expedited basis, Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District will bring the aforesaid motion before the Honorable Joseph C. Wilkinson, Jr. in the United States District Courthouse,

- 2 -

898696v.1

- 3 -

500 Camp Street, New Orleans, Louisiana 70130 on the 28th day of November, 2007 at 11:00 a.m.

Dated: November 2, 2007                              Respectfully submitted,

                                    */s/William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700

- 4 -

/s/ *Gary M. Zwain*
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
   Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record via the Court's CM/ECF system, this 2nd day of November, 2007.

/s/ *William D. Treeby*
William D. Treeby