UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' MOTION
FOR PROTECTIVE ORDER**

Pursuant to Rule 26(c), Fed. R. Civ. P., the Defendant United States hereby moves for entry of a protective order governing a deposition of the United States under Rule 30(b)(6), Fed. R. Civ. P.  Plaintiffs' Counsel Pierce O'Donnell was consulted and stated that Plaintiffs' oppose the motion.

1

In support of this motion, the Court is respectfully referred to the Memorandum of Law in Support, to the exhibits attached thereto, and to the entire record.

Respectfully submitted,

 PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY
Assistant Director, Torts Branch

s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2007, a true copy of Defendant United States' Motion for Protective Order was served on all counsel of record by ECF.

                         s/ Robin D. Smith
                         Robin D. Smith