# Exhibit A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  MRGO, *Robinson,* (No. 06-2268) | |

**NOTICE OF DEPOSITION OF DEFENDANTS UNITED STATES AND THE UNITED STATES ARMY CORPS OF ENGINEERS PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr., and Lucille Franz ("Plaintiffs"), through their attorneys of record, will take the deposition under oath of the person(s) most knowledgeable with respect to the subject matters specified below, or, for, or on behalf of, Defendants United States of American and the United States Army Corps of Engineers ("Defendants").  This deposition will take place on November 14-15, 2007, commencing at 9:00 a.m. at the Andry Law Firm, 610 Baronne Street, New Orleans, Louisiana 70113.  The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

1

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, Live Note, and will be transcribed.  The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, Live Note and will be transcribed.

Plaintiffs request that Defendants designate one or more officers, directors, managing agents, or other persons who consent to testify on their behalf, to testify with regard to the matters listed below.

## **MATTERS ON WHICH EXAMINATION IS REQUESTED**

1.	The standards and criteria for the construction of levees between 1965 and the present, including, but not limited to, (1) written standards, manuals or guidelines maintained or published by the United States Army Corps of Engineers during this time period, and (2) any and all changes, modifications, or amendments to such written standards, manuals or guidelines.

2.	The design, construction, operation, maintenance, or modification of the Inner Harbor Navigation Canal (IHNC), also known as the Industrial Canal, including, but not limited to, (a) any and all modifications, expansion, revisions, enlargement, reconstruction, or other design or construction activities related to any expansion of locks located on, or in, the IHNC; (b) any design or construction activities related to the so-called IHNC Lock Expansion Project; or (c) any investigations, studies, reports, memoranda, circulars or any other analysis or written communications related to any impact or potential impact of the IHNC Lock Expansion Project

on any flood control related projects or structures in the Greater New Orleans area, including, but not limited to, the Lower Ninth Ward.

    3.    The design, construction, operation and maintenance of the Mississippi River-Gulf Outlet (MR-GO), including, but not limited to, the following topic areas:

    a.  Any coordination or communication between either the United States Department of the Army, the United States Army Corps of Engineers, or the New Orleans District of the United States Army Corps of Engineers, on the one hand, and either (1) the United States Department of Interior; (2) any subdivision of the United States Department of Interior, including the United States Fish and Wildlife Service; (3) any agency or political subdivision of the State of Louisiana; or (4) any other local interest or political entity, including, but not limited to, any commission associated or connected with the Port of New Orleans, on the other hand, concerning or related to (5) any investigation or reconnaissance conducted in connection with the submission of House Doc. No. 245 to the United States Congress; (6) the preparation, compilation or drafting of any design memoranda related to the Mississippi River-Gulf Outlet; or (7) the construction of the Mississippi River-Gulf Outlet.

    b.  The design, construction, maintenance, operation and contents of any "spoil bank" constructed during, or in connection with, the construction or operation of the MR-GO.  For purposes of this notice of deposition, the term "spoil bank" shall refer to any location created, designated, demarcated, constructed or otherwise maintained for the receipt or deposit of earthen material

        "dredged" or otherwise excavated in connection with the construction, operating or maintenance of the MR-GO.

    c. The dredging methods or techniques used in connection with the construction, operation or maintenance of the Mississippi River-Gulf Outlet.

4. The design, construction, operation and maintenance of the Citrus Back Levee, New Orleans East Levee, or the New Orleans East Back Levee, including, but not limited to the following:

    a. Any and all reports investigations, notes, memoranda, compliance, transferals, or all other actions taken by either the United States Department of the Army, the United States Army Corps of Engineers, or the New Orleans District of the United States Army Corps of Engineers to comply with, or ensure compliance by any third party with, 33 C.F.R. §§ 208.10, 209.300, 209.330, or any other relevant or applicable, statute, regulation, policy, or practice.

5. The design, construction, operation and maintenance of (a) any earthen structures which Defendants claim to be levees within the area commonly known as "Reach 1" of the Mississippi River-Gulf Outlet (MR-GO) otherwise defined as that portion of the combined MR-GO/Gulf Intracoastal Waterway (GIWW) extending from the juncture of the combined MR-GO/GIWW with the Inner Harbor Navigation Canal (IHNC or Industrial Canal) to the point at which the MR-GO diverges from the GIWW; and (b) any earthen structures which Defendants claim to be levees along, or adjacent to, any segment of "Reach 2" of the Mississippi River-Gulf Outlet (MR-GO), defined as that portion of the MR-GO extending from the point at which the MR-GO intersects with, joins, or diverges from the Gulf Intracoastal Waterway southeast to the Gulf of Mexico, including, put not limited to the following:

a. Any and all reports investigations, notes, memoranda, compliance, transferals, or all other actions taken by either the United States Department of the Army, the United States Army Corps of Engineers, or the New Orleans District of the United States Army Corps of Engineers to comply with, or ensure compliance by any third party with, 33 C.F.R. §§ 208.10, 209.300, 209.330, or any other relevant or applicable, statute, regulation, policy, or practice.

Dated: October 31, 2007

**O'Donnell & Associates P.C.**

By: s/ Pierce O'Donnell
Pierce O'Donnell (*pro hac vice*)
550 S. Hope St., Suite 1000
Los Angeles, California 90071
Phone: (213) 347-0290
Fax: (213) 347-0298

**The Andry Law Firm, LLC**

Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

| **Bruno & Bruno** | **Domengeaux Wright Roy & Edwards LLC** |
|---|---|
| Joseph M. Bruno (LSBA No. 3604) | Bob F. Wright (LSBA No. 13691) |
| David S. Scalia (LSBA No. 21369) | James P. Roy (LSBA No. 11511) |
| 855 Baronne Street | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70133 | P.O. Box 3668 |
| Telephone: (504) 525-1335 | Lafayette, Louisiana 70502-3668 |
| Facsimile: (504) 581-1493 | Telephone: (337) 233-3033 |
|  | Facsimile: (337) 233-2796 |
| **Fayard & Honeycutt** | **Girardi & Keese** |
| Calvin C. Fayard, Jr. (LSBA No. | Thomas V. Girardi (*pro hac vice*) |

5

5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Ranier, Gayle & Elliot, LLC**

N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett   (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**

Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085

6

622 Baronne Street					**Attorneys for Plaintiffs**
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**CERTIFICATE OF SERVICE**

    I, Pierce O'Donnell, hereby certify that on October 31, 2007, I caused to be served Plaintiffs' NOTICE OF DEPOSITION OF DEFENDANTS UNITED STATES AND THE UNITED STATES ARMY CORPS OF ENGINEERS PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE upon Defendant's counsel, Robin D. Smith, Catherine Corlies, Traci Colquette, and Jim McConnon by email at robin.doyle.smith@usdoj.gov; catherine.corlies@usdoj.gov, traci.colquette@usdoj.gov, and jim.mcconnon@usdoj.gov ; and Federal Express mail addressed to the United States Department of Justice, Torts Branch, Civil Division, 1331 Pennsylvania Ave, Room 8095-N, Washington, D.C. 20044.

    /s/ Pierce O'Donnell