# Exhibit B

**From:** Smith, Robin (CIV)
**Sent:** Thursday, November 01, 2007 12:01 PM
**To:** Raffman, Mark S; Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Cc:** Ralph Hubbard; Joe Bruno; sschmeeckle@lawla.com
**Subject:** RE: Robinson v. United States depositions

Please be aware that the deposition of the United States with respect to flooding that occurred from the MRGO, the GIWW, and the IHNC is set for November 14 and 15. Although it is now noticed for only Robinson and the MRGO track, the United States believes that the deposition should be re-noticed to include also the Levee and Barge tracks, to avoid unnecessary duplication of effort.

Robin D. Smith, Esq.
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC  20044
202-616-4289 (voice)
202-616-5200 (fax)

---

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Thursday, November 01, 2007 9:43 AM
**To:** Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Smith, Robin (CIV); Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Subject:** Robinson v. United States depositions

We have been advised that depositions are being scheduled in Robinson v. United States, and asked to pass the information along to Barge litigation parties. As of today we understand the following depositions are proposed or confirmed for the offices of Hugh Lambert in New Orleans.

Confirmed:
Arnold - Nov. 6
Morris - Nov. 7
Theis - Nov. 8
Bea - Nov. 19
Kemp - Nov. 27

Proposed
Penland - Nov. 19
Day - Nov. 28
Vrijling - Nov. 29

We also understand that a Rule 30(b)(6) deposition of the United States is under discussion for the week of November 12.

**From:** Smith, Robin (CIV)
**Sent:** Thursday, November 01, 2007 12:35 PM
**To:** Smith, Robin (CIV); 'Raffman, Mark S'; 'Law Office of Brian A. Gilbert'; 'Aldock, John D.'; 'Brooks, Phillip S., Jr.'; 'Bruno, Joseph M., Jr.'; 'Emmett, John F.'; 'Fisher, Robert Burns, Jr.'; 'Greenberg, Jeffrey T.'; 'Guidry, Richard J.'; 'Harris, Rufus C., III'; 'Lanier, Charles M., Jr.'; 'Martin, Denise'; Miller, Kara K. (CIV); 'Mouledoux, Andre J.'; 'Musser, John H., IV'; Myer, Peter (CIV); 'O'Dwyer, Ashton R., Jr.'; 'Sandoz, Jonathan'; 'Walker, Derek Anthony'; 'Webb, Daniel A.'; 'Wiles, Stephen M.'; 'Willhoft, Jill Schultz'; 'Zelaya, Carlos A., II'; 'Don K Haycraft'; 'Emmett, John F.'; 'Harris, Rufus C., III'; 'Wyner, Richard M'; 'Goldberg, Eric I'; 'Harrison, Parker'; 'Fisher, Robert'; 'Rodriguez, Ivan Mauricio'; 'aowen@oslaw.com'
**Cc:** 'Ralph Hubbard'; 'Joe Bruno'; 'sschmeeckle@lawla.com'
**Subject:** RE: Robinson v. United States depositions

**Attachments:** Robinson, MRGO 30(b)(6) notice.pdf
The notice is attached.

---

**From:** Smith, Robin (CIV)
**Sent:** Thursday, November 01, 2007 12:01 PM
**To:** Raffman, Mark S; Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Cc:** Ralph Hubbard; Joe Bruno; sschmeeckle@lawla.com
**Subject:** RE: Robinson v. United States depositions

Please be aware that the deposition of the United States with respect to flooding that occurred from the MRGO, the GIWW, and the IHNC is set for November 14 and 15. Although it is now noticed for only Robinson and the MRGO track, the United States believes that the deposition should be re-noticed to include also the Levee and Barge tracks, to avoid unnecessary duplication of effort.

Robin D. Smith, Esq.
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC  20044
202-616-4289 (voice)
202-616-5200 (fax)

---

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Thursday, November 01, 2007 9:43 AM
**To:** Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Smith, Robin (CIV); Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Subject:** Robinson v. United States depositions

We have been advised that depositions are being scheduled in Robinson v. United States, and asked to pass the information along to Barge litigation parties. As of today we understand the following depositions are proposed or confirmed for the offices of Hugh Lambert in New Orleans.

Confirmed:
Arnold - Nov. 6
Morris - Nov. 7
Theis - Nov. 8
Bea - Nov. 19
Kemp - Nov. 27

Proposed
Penland - Nov. 19
Day - Nov. 28
Vrijling - Nov. 29

We also understand that a Rule 30(b)(6) deposition of the United States is under discussion for the week of November 12.