# Exhibit C

**From:** Raffman, Mark S [mraffman@goodwinprocter.com]
**Sent:** Thursday, November 01, 2007 1:26 PM
**To:** Smith, Robin (CIV); Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com; Wyner, Richard M; Goldberg, Eric I; Chud, Adam M
**Cc:** Ralph Hubbard; Joe Bruno; sschmeeckle@lawla.com
**Subject:** RE: Robinson v. United States depositions

Dear Mr. Smith,

We received your email regarding the Rule 30(b)(6) deposition to take place on November 14-15 in the Robinson case. As you know, Lafarge North America has only recently been given access to any of the documents previously produced by the United States, and has not received responses to any of its written discovery requests. In the circumstances, LNA objects to any attempt to force it into a premature Rule 30(b)(6) deposition for the convenience of the government and its witnesses. We do not believe that Case Management Order #5 gives the United States the right to dictate to us when and how a Rule 30(b)(6) deposition should be taken.

Having said that, we are willing to notice the Rule 30(b)(6) deposition of the United States <u>on the topics stated in the pending notice only</u>, to take place on November 14-15, 2007 concurrent with the deposition in Robinson, if the United States stipulates that, notwithstanding LNA's agreement to participate in this deposition to avoid unnecessary duplication of effort on those particular topics, LNA retains its right to notice the Rule 30(b)(6) deposition of the United States on topics other than those stated in the notice. Please be advised, moreover, that LNA will reserve all rights to reopen the deposition if subsequent written discovery or documents produced by the United States reveal a need to do so.

Sincerely,

Mark S. Raffman

---

**From:** Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
**Sent:** Thursday, November 01, 2007 12:35 PM
**To:** Smith, Robin (CIV); Raffman, Mark S; Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Cc:** Ralph Hubbard; Joe Bruno; sschmeeckle@lawla.com
**Subject:** RE: Robinson v. United States depositions

The notice is attached.

---

**From:** Smith, Robin (CIV)
**Sent:** Thursday, November 01, 2007 12:01 PM
**To:** Raffman, Mark S; Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles

M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Cc:** Ralph Hubbard; Joe Bruno; sschmeeckle@lawla.com
**Subject:** RE: Robinson v. United States depositions

Please be aware that the deposition of the United States with respect to flooding that occurred from the MRGO, the GIWW, and the IHNC is set for November 14 and 15.  Although it is now noticed for only Robinson and the MRGO track, the United States believes that the deposition should be re-noticed to include also the Levee and Barge tracks, to avoid unnecessary duplication of effort.

**Robin D. Smith, Esq.**
**Senior Trial Counsel**
**Civil Division, Torts Branch**
**U.S. Department of Justice**
**P.O. Box 888**
**Benjamin Franklin Station**
**Washington, DC  20044**
**202-616-4289 (voice)**
**202-616-5200 (fax)**

---

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Thursday, November 01, 2007 9:43 AM
**To:** Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K. (CIV); Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter (CIV); O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Smith, Robin (CIV); Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Subject:** Robinson v. United States depositions

We have been advised that depositions are being scheduled in Robinson v. United States, and asked to pass the information along to Barge litigation parties.  As of today we understand the following depositions are proposed or confirmed for the offices of Hugh Lambert in New Orleans.

Confirmed:
Arnold - Nov. 6
Morris - Nov. 7
Theis - Nov. 8
Bea - Nov. 19
Kemp - Nov. 27

Proposed
Penland - Nov. 19
Day - Nov. 28
Vrijling - Nov. 29

We also understand that a Rule 30(b)(6) deposition of the United States is under discussion for the week of November 12.