# Exhibit D

**From:** Law Office of Brian A. Gilbert [bgilbert@briangilbertlaw.com]
**Sent:** Thursday, November 01, 2007 3:05 PM
**To:** 'Raffman, Mark S'
**Cc:** Gerald E. Meunier; Joe Bruno; William D. Treeby; czelaya@fgmapleslaw.com; walker@chaffe.com; dwebb@swslaw.com; 'Emory, William'; fisher@chaffe.com; ggrant@monbar.com; jaldock@goodwinprocter.com; plazalaw@cox.net; jmusser@bellsouth.net; jskirwin@maples.com; jsandoz@daiglefisse.com; ldwiedeman@aol.com; 'Mouledoux, Andrew'; pbrooks@monbar.com; Myer, Peter (CIV); pistols42@aol.com; jguidry@thecochranfirmno.com; smwiles@fgmapleslaw.com; 'Aldock, John'; 'Andry, John'; 'Aurandt, Kirk'; 'Becnel, Danny'; 'Brooks, Phillip S., Jr.'; 'Bruno, Joseph M., Jr.'; 'Dumas, Walter'; 'Emmett, John F.'; 'Emory, William'; 'Fendler, Sherman Gene'; 'Fisher, Robert Burns, Jr.'; 'Greenberg, Jeffrey T.'; 'Guidry, Richard J.'; 'Harris, Rufus C., III'; 'Haycraft, Don K.'; 'Jacobs, Darleen'; 'Lambert, Hugh'; 'Lanier, Charles M., Jr.'; 'Martin, Denise'; 'Meunier, Gerald'; Miller, Kara K. (CIV); 'Mitchell, Clay'; 'Mouledoux, Andre J.'; 'Musser, John H., IV'; Myer, Peter (CIV); 'O'Donnell, Pierce'; 'O'Donnell, Pierce'; 'O'Dwyer, Ashton R., Jr.'; 'Raffman, Mark'; 'Roy, James R.'; 'Sanders, Patrick'; 'Sandoz, Jonathan'; Smith, Robin (CIV); 'Walker, Derek Anthony'; 'Webb, Daniel A.'; 'Wiedemann, Karen'; 'Wiedemann, Karl'; 'Wiedemann, Lawrence D.'; 'Wiles, Stephen M.'; 'Willhoft, Jill Schultz'; 'Zelaya, Carlos A., II'; aboyd@lawla.com; 'Aldock, John'; am@ecwko.com; 'Anzelmo, Thomas P.'; 'Aurandt, Kirk Norris'; bevers@liskow.com; 'Black, James Robert, Esq.'; cacardo@duplass.com; chaisson@chaffe.com; 'Cobb, James A., Jr.'; Corlies, Catherine (CIV); crb@ecwko.com; dlb@harrisrufty.com; dlebreton@daiglefisse.com; dphillips@cochranfirm.com; 'Duplass, Lawrence J.'; dwleefe@liskow.com; 'Emmett, John F.'; 'Emory, Bill'; federal@maples.com; 'Fendler, Sherman Gene'; 'Fisher, Robert Burns, Jr.'; forbes@chaffe.com; 'Fripp, Nia'; 'Gelpi, Kenneth Joseph, Jr.'; gmiguez@liskow.com; 'Grant, Arthur Gordon, Jr.'; 'Greenberg, Jeffrey Todd'; gs@ecwko.com; 'Guichet, Joseph Pierre'; 'Guidry, Richard J.'; 'Hanna, Mark Emmerson'; 'Harris, Rufus C., III'; 'Harrison, Parker'; 'Haycraft, Donald'; hbrandon@goodwinprocter.com; heck@chaffe.com; 'Hubbard, Ralph Shelton, III'; 'Jacobs, Julie'; Jeff@plazalaw.com; jepstein@mcsalaw.com; jguidry@cochranfirm.com; jinman@liskow.com; 'Kessenich, John Frederick'; 'Kirwan, John Stuart III'; 'Kraus, Douglas R.'; ldemos@gmapleslaw.com; leslies@ln-law.com; ljackson@lawla.com; ljp@harrisrufty.com; lmd@swslaw.com; lquintana@monbar.com; ltaylor@fgmapleslaw.com; 'Maples, F. Gerald'; martinez@chaffe.com; 'Mayberry, Meredith Anne'; Miller, Kara K. (CIV); mnguyen@lawla.com; 'Motes, Carmen'; 'Mouledoux, Andre J.'; mraffman@goodwinprocter.com; 'Musser, John H., IV'; Myer, Peter (CIV); 'O'Dwyer, Ashton, Jr.'; ozg@mcsalaw.com; 'Pate, James L.'; pbrooks@monbar.com; 'Rodriguez, Ivan Mauricio'; 'Rufty, Alfred J., III'; 'Sanders, Patrick J.'; 'Sanders, Patrick Joseph'; 'Schaub, Wanda'; sdeblieux@duplass.com; Smith, Robin (CIV); 'Spencer, Louis G.'; 'Spencer, Louis G.'; 'Torrence, Jean'; 'Towler, Lisa'; vbroussard@odwyerlaw.com; vdufrene@burgosevans.com; vicknair@chaffe.com; 'Villa, Stacy'; 'Walker, Derek Anthony'; 'Webb, Daniel A.'; 'Weinstock, Andrew'; 'Wiedemann, Karen'; 'Wiedemann, Karl'; 'Wiedemann, Lawrence D.'; 'Wiles, Stephen'; 'Willhoft, Jill Schultz'; 'Wise, Brett D.'; ymaranto@monbar.com; 'Zelaya, Carlos'
**Subject:** RE: Robinson v. United States depositions

Who asked that BARGE be passed along this information?  Is the email meant to provide formal notice as per FRCP?  Does LNA intend to participate in these depositions?  We are not parties to Robinson and do not agree that it is a test case relative to the BARGE claims.  Furthermore, if we are expected to participate in these depositions, or if LNA is to participate and use them in any manner in the BARGE litigation, or if LNA intends to offer these same experts and their opinions in the BARGE case, then the BARGE PSLC objects for lack of sufficient notice and participation in scheduling. We are unable with such insufficient notice to fully exercise our rights.

*Brian A. Gilbert, Esq.*
*LAW OFFICE OF BRIAN A. GILBERT, P.L.C.*
*821 Baronne Street*
*New Orleans, Louisiana*
*Telephone: (504) 885-7700*
*Telephone: (504) 581-6180*
*Facsimile: (504) 581-4336*

CONFIDENTIALITY NOTICE
*This e-mail transmission, including attachments, if any, is intended for the use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the recipient but do not wish to receive communication through this medium, please so advise the sender immediately.*

**From:** Raffman, Mark S [mailto:mraffman@goodwinprocter.com]
**Sent:** Thursday, November 01, 2007 7:43 AM
**To:** Law Office of Brian A. Gilbert; Aldock, John D.; Brooks, Phillip S., Jr.; Bruno, Joseph M., Jr.; Emmett, John F.; Fisher, Robert Burns, Jr.; Greenberg, Jeffrey T.; Guidry, Richard J.; Harris, Rufus C., III; Lanier, Charles M., Jr.; Martin, Denise; Miller, Kara K.; Mouledoux, Andre J.; Musser, John H., IV; Myer, Peter G.; O'Dwyer, Ashton R., Jr.; Sandoz, Jonathan; Smith, Robin D.; Walker, Derek Anthony; Webb, Daniel A.; Wiles, Stephen M.; Willhoft, Jill Schultz; Zelaya, Carlos A., II; Don K Haycraft; Emmett, John F.; Harris, Rufus C., III; Wyner, Richard M; Goldberg, Eric I; Harrison, Parker; Fisher, Robert; Rodriguez, Ivan Mauricio; aowen@oslaw.com
**Subject:** Robinson v. United States depositions

We have been advised that depositions are being scheduled in Robinson v. United States, and asked to pass the information along to Barge litigation parties. As of today we understand the following depositions are proposed or confirmed for the offices of Hugh Lambert in New Orleans.

Confirmed:
Arnold - Nov. 6
Morris - Nov. 7
Theis - Nov. 8
Bea - Nov. 19
Kemp - Nov. 27

Proposed
Penland - Nov. 19
Day - Nov. 28
Vrijling - Nov. 29

We also understand that a Rule 30(b)(6) deposition of the United States is under discussion for the week of November 12.