# Exhibit E

DUPLASS
ZWAIN
BOURGEOIS
MORTON
PFISTER &
WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
JOSEPH B. MORTON, III
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART

JOSEPH G. GLASS (2)
KEVIN R. DERHAM
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSEL M. FERRIOL
CHRISTINA M. ROSELLE (3)
NICOLE M. BOYER
RYAN M. MALONE
WILLIAM J. GUSTE, IV

JENNIFER M. MORRIS

–SPECIAL COUNSEL–
DAVID M. CAMBRE

–OF COUNSEL–
KENNETH J. BERKE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Oklahoma

November 2, 2007

**<u>Via E-Mail</u>**

Robin D. Smith, Esq.
Senior Trial Counsel
U. S. Department of Justice
P. O. Box 888
Benjamin Franklin Station
Washington, D. C.  20044

Joseph M. Bruno, Esq.
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113

Pierce O'Donnell, Esq.
550 S. Hope Street, Suite 1000
Los Angeles, CA  90071

RE: Civil Action No.:  05-4182 – Section "K" (2)
United States District Court for the Eastern District
IN RE:  Katrina Canal Breaches Consolidated Litigation
Pertains to Levee and MRGO

Dear Gentlemen:

This morning I received a string of e-mails, many of which were not originally directed to me, regarding plaintiffs' 30(b)(6) notice issued to the United States for a deposition scheduled to take place on November 14  and 15, 2007.   The notice was issued with respect to *Robinson* (to which my clients are not a party) and to *MRGO*.  The certificate of service is dated October 31, 2007, fifteen days prior to the commencement of the deposition.  I understand from the e-mails that you want the deposition to apply to the *Levee* matter as well, in spite of the notice being limited in scope to the MRGO waterway and the Industrial Canal.

Please be advised that we object to the deposition going forward as presently scheduled in *MRGO*.  Further, we do not agree that the scope of the deposition should be enlarged to include *Levee*.  We point out that, insofar as *MRGO* is concerned, the

A PROFESSIONAL LAW CORPORATION
29TH FLOOR, THREE LAKEWAY CENTER   3838 N. CAUSEWAY BLVD.   METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700   FAX 504.837.3119
www.duplass.com

notice was not issued in conformity with Case Management Order No. 4 that requires liaison counsel from both sides to confer and coordinate prior to the scheduling of any common liability deposition. See CMO 4 Section D(5) at page 35. Had counsel conferred, the deposition of the United States clearly would have been scheduled well after November 14, 2007 in view of counsel's almost exclusive involvement in preparation for the class certification hearing that, until last week, was scheduled to commence on November 4, 2007. There is simply insufficient time for defendants to adequately prepare for a 30(b)(6) deposition that commences in less than two weeks.

Additionally, defendants, including the United States, requested a stay of all discovery in *MRGO* and *Levee* pending disposition of motions filed by the United States and WGI and in the event Judge Duval continued the class certification hearing, which he has now done. Clearly, it is premature to proceed with any deposition in *MRGO* and *Levee* prior to Judge Duval ruling on the motion to stay and the issuance of a new case management order.

Accordingly, we believe plaintiffs should withdraw the deposition notice insofar as it relates to *MRGO* and arrange to confer with liaison counsel to schedule it properly and in accordance with Case Management Order No. 4. In the event the United States or any other party believes the scope of the 30(b)(6) deposition notice should be broadened to include *Levee*, the notice should be revised and also issued in accordance with Case Management Order No. 4.

We have no objection to the deposition proceeding as noticed so long as it is clear that it pertains only to the *Robinson* matter and it is without prejudice to the *MRGO* and *Levee* defendants to depose the United States at a later date.

                                            Very truly yours

                                            **DUPLASS, ZWAIN, BOURGEOIS, MORTON PFISTER & WEINSTOCK**

                                            *Gary M. Zwain*

                                            **GARY M. ZWAIN**

GMZ/kb
cc:    Ralph Hubbard, Esq.
        Thomas P. Anzelmo, Jr., Esq.
        Ben L. Mayeaux, Esq.
        William D. Treeby, Esq.
        Charles M. Lanier, Jr., Esq.