UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States will bring its Motion for Protective Order before the Honorable Joseph C. Wilkinson, Jr. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana 70130 on the 28th day of November, 2007 at 11:00 a.m..

This Notice of Hearing is respectfully submitted,

 PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Washington, D.C.  20044
(202) 616-4289
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, this Notice of Hearing was served on all counsel of record by ECF.

   s/ Robin D. Smith
Robin D. Smith