UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

**DEFENDANT UNITED STATES' EX PARTE MOTION FOR EXPEDITED HEARING AND INCORPORATED MEMORANDUM**

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an expedited hearing of its motion for protective order. Expedited consideration of the motion is required because a protective order is sought with respect to a deposition noticed for November 14 and 15, 2007.

1

For this reason, the motion for expedited hearing should be granted.

>Respectfully submitted,
>
>s/ Robin D. Smith
>ROBIN D. SMITH
>Senior Trial Counsel
>Torts Branch, Civil Division
>U.S. Department of Justice
>P.O. Box 888
>Benjamin Franklin Station
>Washington, D.C.  20044
>(202) 616-4289
>(202) 616-5200 (fax)
>robin.doyle.smith@usdoj.gov
>Attorneys for Defendant United States

3

## **CERTIFICATE OF SERVICE**

I certify that on November 2, 2007, a true copy of Defendant United States' Motion for Expedited Hearing was served on all counsel of record by ECF.

                                      s/ Robin D. Smith
                                       Robin D. Smith