UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____§ | | |

## ORDER

Having considered the United States' Motion for Expedited Hearing on its Motion for Protective Order, and for good cause shown, it is hereby ORDERED that the Motion for Expedited Hearing is GRANTED.  The United States' Motion for Protective Order shall be heard without oral argument on November_____, 2007.


New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES MAGISTRATE JUDGE

1