UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| _____ | * * | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE *Road Home,* No. 07-5528 | * * * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Application for Admission *Pro Hac Vice* as Co-Counsel for Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company;

**IT IS ORDERED** that the Motion is hereby granted and that Richard L. Fenton be and hereby is admitted *pro hac vice* to appear as co-counsel for Defendants Allstate Insurance Company, Allstate Indemnity Company, Encompass Indemnity

1

96449

2

Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company in this matter.

New Orleans, Louisiana this 2nd day of November, 2007.

_____
JUDGE

96449