UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION |
| | * * | NO. 05-4182 |
| PERTAINS TO: BARGE | * * | and consolidated cases |
| | * | SECTION "K"  (2) |
| *Boutte v. Lafarge*           05-5531 | * | |
| *Mumford v. Ingram*     05-5724 | * | |
| *Lagarde v. Lafarge*      06-5342 | * | JUDGE |
| *Perry v. Ingram*              06-6299 | * | STANWOOD R. DUVAL, JR. |
| *Benoit v. Lafarge*          06-7516 | * | |
| *Parfait Family v. USA*   07-3500 | * | MAG. |
| *Lafarge v. USA*               07-5178 | * | JOSEPH C. WILKINSON, JR. |

## ORDER

Let the motion for summary judgment, or alternatively, to dismiss, stay, or transfer, the matter entitled "*American Steamship Owners Mutual Protection and Indemnity Association, Inc., Plaintiff v. Lafarge North America, Inc., Defendant,*" No. 06 Civ. 3123 (CSH) United States District Court, Southern District, New York, filed by PSLC on behalf of the Barge plaintiffs under Document No. 7731, be, and it is hereby withdrawn, and let the hearing of the motion noticed for November 14, 2007, at 9:30 a.m., be, and the same is hereby cancelled.

New Orleans, Louisiana, this 2nd day of November, 2007.

_____
JOSEPH C. WILKINSON, JR.
STANWOOD R. DUVAL Jr.