UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) |
| PERTAINS TO: <br><br> ALL MRGO, *ROBINSON* (06-2268) | * <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING

Washington Group International, Inc. ("WGII") and the Board of Commissioners for the Lake Borgne Levee District ("LBLD"), through undersigned counsel, respectfully move for entry of an order setting their accompanying Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order for expedited hearing. WGII and LBLD respectfully submit that expedited hearing is necessary in order to permit this motion to be heard prior to the referenced depositions, which are noticed for Tuesday, November 6 and Thursday, November 8, 2007.

**WHEREFORE**, Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District respectfully move for entry of an order setting their accompanying Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order for expedited hearing.

898644v.1

Dated:  November 2, 2007

Respectfully submitted,

*/s/William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group
International, Inc.

Of counsel

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700


*/s/ Gary M. Zwain*
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
    Of
Duplass, Zwain, Bourgeois, Morton, Pfister &
Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

Attorneys for Board of Commissioners for the
Lake Borgne Basin Levee District

- 2 -

898644v.1

- 3 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Expedited Hearing has been served upon all counsel of record via the Court's CM/ECF system, this 2nd day of November, 2007.

                                                */s/ William D. Treeby*
                                               William D. Treeby

898644v.1