UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * |
| PERTAINS TO: <br><br> ALL MRGO, *ROBINSON* (06-2268) | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Expedited Hearing;

**IT IS ORDERED** that the motion is **GRANTED** and that the Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order shall be heard on an expedited basis.  Any opposition thereto shall be filed no later than November ____, 2007 at ____ __.m.

New Orleans, Louisiana, this _____ day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

898654v.1