# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182<br>* SECTION "K" (2) |
| PERTAINS TO:<br><br>ALL MRGO, *ROBINSON* (06-2268) | * JUDGE DUVAL<br>* MAGISTRATE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come defendants Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District, and respectfully request permission to orally argue their Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order. Defendants respectfully submit that oral argument will clarify the issues of law and fact and will assist the Court in making a correct disposition of the motion.

**WHEREFORE**, Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District respectfully request permission to orally

898743v.1

argue their Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order.

Dated: November 2, 2007                                Respectfully submitted,

*/s/William D. Treeby*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
    Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-4645
Facsimile: (202) 626-1700

                                            */s/ Gary M. Zwain*
                                            Lawrence J. Duplass, 5199
                                            Gary M. Zwain, 13809
                                            Andrew D. Weinstock, 18495
                                                Of
                                            Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
                                            3838 N. Causeway Blvd., Suite 2900
                                            Metairie, Louisiana  70002
                                            Telephone:  (504) 832-3700
                                            Facsimile:  (504) 837-3119

                                            Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record via the Court's CM/ECF system, this 2nd day of November, 2007.

                                            */s/ William D. Treeby*
                                            William D. Treeby

898743v.1