## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * |
| PERTAINS TO: <br><br> ALL MRGO, *ROBINSON* (06-2268) | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE EXHIBITS TO MOTION TO QUASH NOVEMBER 1, 2007 NOTICES OF VIDEOTAPED DEPOSITION (REC. DOC. 8804)

**NOW INTO COURT**, through undersigned counsel, come Defendants Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District, which respectfully request leave to file the accompanying Exhibits 1, 2, 3, and 4 to their Motion to Quash November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order (Rec. Doc. 8804).

**WHEREFORE**, Defendants Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District respectfully request leave to file the

accompanying Exhibits 1, 2, 3, and 4 to their Motion to Quash November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order (Rec. Doc. 8804).

Dated:  November 5, 2007                               Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, 12901
Carmelite M. Bertaut, 3054
Heather S. Lonian, 29956
     Of
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc.

Of counsel

Adrian Wager-Zito
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-4645
Facsimile:  (202) 626-1700


*/s/ Gary M. Zwain*
Lawrence J. Duplass, 5199
Gary M. Zwain, 13809
Andrew D. Weinstock, 18495
     Of
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana  70002
Telephone:  (504) 832-3700
Facsimile:  (504) 837-3119

Attorneys for Board of Commissioners for the Lake Borgne Basin Levee District

898916v.1

- 2 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Exhibits has been served upon all counsel of record via the Court's CM/ECF system, this 5th day of November, 2007.

*/s/ Heather S. Lonian*
Heather S. Lonian

898916v.1