UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>ALL MRGO, *ROBINSON* (06-2268) | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Leave to File Exhibits;

**IT IS ORDERED** that the motion is **GRANTED** and that the accompanying exhibits be and hereby are filed into the record as Exhibits 1, 2, 3, and 4 to the Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order (Rec. Doc. 8804).

New Orleans, Louisiana, this _____ day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

898920v.1