MINUTE ENTRY
WILKINSON, M. J.
NOVEMBER 2, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
     CONSOLIDATED LITIGATION

                                              NO. 05-4182 "K"(2)

PERTAINS TO: INSURANCE, Rault, 06-1734              JUDGE DUVAL
                                              MAG. WILKINSON


     A settlement conference was conducted in the referenced Rault case on October 30, 2007 before the undersigned magistrate judge. After numerous follow-up discussions via telephone, the court has been advised that a settlement has been reached. By copy of this minute entry, Judge Duval is advised so that he may enter an appropriate dismissal order in the referenced Rault case only.

                                                JOSEPH C. WILKINSON, JR.
                                     UNITED STATES MAGISTRATE JUDGE


**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**


MJSTAR:  **0 : 45**