UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE, Rault, 06-1734 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Defendant's Motion to Compel Plaintiff to Respond to Interrogatories and Request for Production of Documents, Record Doc. No. 8510

O R D E R E D:

 XXX :  DISMISSED AS MOOT:  The court has been advised that the captioned Rault case has settled and, therefore, the referenced motion, previously set for hearing before me on November 14, 2007, is moot.

New Orleans, Louisiana, this   5th   day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE