UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: | |
| | SECTION "K" (2) |
| ROBINSON (06-2268) | |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

## ORDER

Considering the Defendant United States' Motion for Protective Order ("U.S. Motion") and Defendants Washington Group International, Inc. and the Board of Commissioners for the Lake Borgne Levee District's Motion to Quash The November 1, 2007 Notices of Videotaped Deposition, Or In The Alternative, For Entry of Protective Order ("WGII Motion");

**IT IS ORDERED** that the U.S. Motion is denied in its entirety.

**IT IS FURTHER ORDERED** that the WGII Motion is denied with respect to the request that the Court quash the currently scheduled depositions of the *Robinson* Plaintiffs' 702c immunity experts.  The WGII Motion is granted to the extent that the Court reiterates that the depositions of the *Robinson* Plaintiffs' 702c immunity experts shall be binding only in the *Robinson* case.

New Orleans, Louisiana, this _____ day of November 2007.

_____
UNITED STATES MAGISTRATE JUDGE