UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | * * * * * | CIVIL ACTION 05-4182 MAGISTRATE 2 SECTION "K" |
| PERTAINS TO: 07-5397 | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ANSWER ON BEHALF OF THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT

**NOW INTO COURT**, through undersigned counsel, comes the BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT who answers the above captioned Complaint, as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the Board of Commissioners for the Lake Borgne Basin Lake District upon which relief may be granted.

### SECOND DEFENSE

Plaintiffs' claims are extinguished by the operation of prescription, peremption and/or laches.

## THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that any of said loss or damages alleged herein was caused by the actions or inactions of third-parties for whom the Board of Commissioners for the Lake Borgne Basin Levee District is not responsible or liable.

## FOURTH DEFENSE

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent that any of said losses or damages alleged herein were caused by pre-existing conditions over which the Board of Commissioners for the Lake Borgne Basin Levee District had/have no control.

## FIFTH DEFENSE

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent the acts or omissions of others including other parties that have not been named in these proceedings, were intervening, superceding, new and/or independent causes of any of the loss or damage alleged herein.

## SIXTH DEFENSE

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent any of said loss or damage alleged herein were caused by Plaintiffs' own comparative fault, and/or contributory negligence, and/or assumption of risk.

## SEVENTH DEFENSE

Plaintiffs' claims against the Board of Commissioners for the Lake Borgne Basin Levee District are barred, in whole or in part, to the extent that Plaintiffs failed to mitigate, minimize, avoid or abate any of the losses or damages alleged herein.

## EIGHTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges it cannot be held liable to Plaintiffs because Defendant was in compliance with the designs, plans, specifications and requirements of the United States Army Corp of Engineers and others.

## NINTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, alleges that it is entitled to discretionary immunity pursuant to La. R.S. 9:2798.1 as well as La. R.S. 13:5106.

## TENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, alleges that it is entitled to all defenses and immunities pursuant to La. R.S. 9:2800.

## ELEVENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that Plaintiffs were negligent in failing to follow lawful orders to evacuate as well as for other acts and omissions of Plaintiffs to be proven at trial.

## TWELVTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that the risk of flooding, injury and loss of property constitute known risks.

## THIRTEENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that any levee for which Defendant may be responsible was constructed in accordance with specific federal guidelines.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the Supremacy Clause Article VI of the United States Constitution because those claims are pre-empted by federal law including 32 U.S.C. §701, et seq.

## FIFTEENTH DEFENSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges it is immune from liability for any damages caused by floodwaters. See 33 U.S.C. §702(c).

## SIXTEENTH DEFNSE

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, affirmatively alleges that Plaintiffs' injuries and damages alleged herein resulted from circumstances and causes that could not have been prevented by Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District.

## SEVENTEENTH DEFENSE

As a political subdivision of the State of Louisiana, Lake Borgne is entitled to a limitation of liability for general damages under La. R.S. 13:5106

## EIGHTEENTH DEFENSE

Lake Borgne affirmatively pleads the provisions of LSA-R.S. 9:5624 (Actions for damages to property damaged for public purposes).

## NINETEENTH DEFENSE

Defendant affirmatively alleges that to the extent that plaintiffs have, or should hereafter, settle for any of the alleged injuries and damages with any persons, whether parties or non-parties, defendant is entitled to a credit and offset in the amount of said settlement(s), which are not part of the Collateral Source doctrine, and/or for the amount of the settling parties' allocated percentage of fault.

## TWENTIETH DEFENSE

Defendant affirmatively alleges that plaintiffs' claims are barred due to an Act of God, *force majeure*, and/or a fortuitous event.

## TWENTY-FIRST DEFENSE

Defendant affirmatively alleges that plaintiff's allegations are improperly vague and ambiguous. As such, defendant reserves the right to seek more definite allegations from plaintiffs to amend its answer.

## TWENTY-SECOND DEFENSE

Defendant affirmatively pleads the doctrine of *lis pendens*.

## **TWENTY-THIRD DEFENSE**

Defendant, the Board of Commissioners for the Lake Borgne Basin Levee District, herein responds to the specific allegations plead in the Complaint as follows:

### I.

The allegations contained in paragraphs 1 through 7 of the complaint regarding jurisdiction are admitted.

### II.

The allegations contained in paragraph 8 are denied for lack of sufficient information to justify a belief therein.

### III.

In response to the allegations contained in Paragraph 9 of the Complaint, those allegations do not require a response on the part of answering Defendant. Nevertheless, in so far as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

### IV.

In response to the allegations contained in Paragraph 10 of the Complaint, those allegations do not require a response on the part of answering Defendant. Nevertheless, in so far as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

### V.

The allegations contained in paragraph 12 are denied for lack of information sufficient to justify a belief therein.

**VI.**

In response to the allegations contained in Paragraph 13 of the Complaint, those allegations do not require a response on the part of answering Defendant. Nevertheless, in so far as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**VII.**

In response to the allegations contained in Paragraph 14 of the Complaint, those allegations do not require a response on the part of answering Defendant. Nevertheless, in so far as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**VIII.**

Defendant admits its status as alleged in paragraph 15.

**IX.**

In response to the allegations contained in Paragraph 16 of the Complaint, those allegations do not require a response on the part of answering Defendant. Nevertheless, in so far as an answer is deemed necessary, the allegations are denied for lack of sufficient information to justify a belief therein.

**X.**

The allegations contained in Paragraph 17 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 17 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XI.

The allegations contained in Paragraph 18 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 18 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XII.

The allegations contained in Paragraph 19 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XIII.

The allegations contained in Paragraph 20 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XIV.

The allegations contained in Paragraphs 21 through 22 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 18 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XV.

The allegations contained in Paragraph 23 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XVI.

The allegations contained in Paragraph 24 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XVII.

The allegations contained in Paragraph 25 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 25 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XVIII.

The allegations contained in Paragraph 26 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XIX.

The allegations contained in Paragraphs 27 through 30 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraphs 27 through 30 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XX.

The allegations contained in Paragraph 31 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XXI.

The allegations contained in Paragraph 32 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 32 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XXII.

The allegations contained in Paragraph 33 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XXIII.

The allegations contained in Paragraph 34 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 34 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XXIV.

The allegations contained in Paragraphs 35 through 38 of the Complaint constitute a legal conclusion and a prayer for relief to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 35 through 38 of the Complaint are denied for lack of sufficient information to justify a belief therein.

## XXV.

In response to the allegations contained in Paragraph 39 of the Complaint, those allegations do not require a response on the part of answering Defendant. Nevertheless, in so far as an answer is deemed necessary, the allegations of paragraph 39 are denied for lack of sufficient information to justify a belief therein.

## XXVI.

In response to the allegations contained in Paragraph 40 through 42 of the Complaint, those allegations do not require a response on the part of answering Defendant. Nevertheless, in so far as an answer is deemed necessary, the allegations of

paragraphs 40 through 42 are denied for lack of sufficient information to justify a belief therein.

### XXVII.

The allegations contained in Paragraphs 43 through 44 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraphs 43 through 44 of the Complaint are denied for lack of sufficient information to justify a belief therein.

### XXVIII.

The allegations contained in Paragraph 46 of the Complaint are denied.

### XXIX.

The allegations contained in Paragraph 47 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 47 of the Complaint are denied for lack of sufficient information to justify a belief therein.

### XXX.

The allegations of paragraph 48 are denied.

### XXXI.

The allegations of paragraph 49 are denied.

### XXXII.

The allegations contained in Paragraph 50 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 50 of the Complaint are denied.

XXXIII.

The allegations of paragraph of 51 are denied.

XXXIV.

The allegations contained in Paragraph 52 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 52 of the Complaint are denied.

XXXV.

The allegations contained in Paragraphs 53 through 55 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraphs 53 through 55 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XXXVI.

The allegations contained in Paragraphs 56 through 57 of the Complaint require no answer from this defendant. However, to the extent that a response is required the allegations contained in Paragraphs 56 through 57 of the Complaint are denied for lack of information sufficient to justify a belief therein.

XXXVII.

The allegations contained in Paragraphs 58 through 59 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraphs 58 through 59 of the Complaint are denied for lack of information sufficient to justify a belief therein.

## XXXVIII.

The allegations contained in paragraphs 60 through 61 are denied for lack of sufficient information to justify a belief therein.

## XXXIX.

The allegations contained in Paragraph 62 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 62 of the Complaint are denied for lack of information sufficient to justify a belief therein.

## XXXX.

The allegations contained in paragraphs 63 through 64 are denied for lack of sufficient information to justify a belief therein.

## XXXXI.

The allegations contained in Paragraph 65 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 65 of the Complaint are denied for lack of information sufficient to justify a belief therein.

## XXXXII.

The allegations contained in paragraphs 66 through 67 are denied for lack of sufficient information to justify a belief therein.

## XXXXIII.

The allegations contained in Paragraphs 68 through 71 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent

that a response is required the allegations contained in Paragraphs 68 through 71 of the Complaint are denied for lack of information sufficient to justify a belief therein.

### XXXXIV.

The allegations of Paragraphs 72 through 73 are denied for lack of sufficient information to justify a belief therein.

### XXXXV.

The allegations contained in Paragraphs 74 through 80 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraphs 74 through 80 of the Complaint are denied for lack of information sufficient to justify a belief therein.

### XXXXVI.

The allegations of Paragraph 81 are denied.

### XXXXVII.

The allegations of Paragraph 82 are denied.

### XXXXVIII.

The allegations contained in Paragraph 83 of the Complaint constitute a legal conclusion to which no response is required. However, to the extent that a response is required the allegations contained in Paragraph 83 of the Complaint are denied for lack of information sufficient to justify a belief therein.

### XXXXIX.

The allegations of paragraph 84 are denied.

### XXXXX.

The allegations of paragraph 85 require no answer from this defendant.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

_____
**LAWRENCE J. DUPLASS #5199**
**ANDREW D. WEINSTOCK #18495**
**JENNIFER M. MORRIS #29936**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
**Counsel for Defendant, Board of Commissioners, Lake Borgne Basin Levee District**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2007, a copy of the foregoing Board of Commissioners for the Lake Borgne Levee District was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

_____
**ANDREW D. WEINSTOCK (#18495)**