UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: BARGE<br>(Parfait, No. 07-3500) | §<br>§<br>§<br>§ | |

### ORDER

Having considered the Motion for Leave to File a Reply Memorandum filed by the United States of America, it is hereby ORDERED that the United States of America is granted leave to file its proposed Reply Memorandum in response to Plaintiffs' Opposition to the Untied States' Motion to Dismiss (Document No. 8653-2).

New Orleans, Louisiana, this 2nd day of November, 2007.

_____
STANWOOD R. DUVAL, JR.
UNTIED STATES DISTRICT JUDGE