UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY ROBERTS** | * | **CIVIL ACTION NO. 06-2315** |
| | * | |
| **VERSUS** | * | **JUDGE PETER BEER (M)** |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | **MAGISTRATE ALMA CHASEZ (5)** |

**************************************************************************

## MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Mary Roberts and, upon suggesting to the court that the parties recently settled all claims for $25,000.00 and that Ms. Roberts had provided documentation of $24,700.00 in content losses, and upon further suggesting that Allstate classified the whole loss as a loss under coverage "A" of its policy, or as a dwelling loss, thus putting the SBA and the LA Division of Administration as payees on the check, respectfully request that this court grant this motion and compel Allstate to change its classification of the loss and name only Mary Roberts and Michael D. Riley as payees, all as more fully explained in the attached supporting memorandum.

Respectfully submitted,

s/Michael D. Riley
**MICHAEL D. RILEY, APLC (17116)**
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

## CERTIFICATE OF SERVICE

I hereby certify that, on November 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Bailey Smith, Esq.

s/Michael D. Riley
**Michael D. Riley  (17116)**
833 Baronne Street
New Orleans, LA  70113
Telephone:  (504) 588-1110
Facsimile:   (504) 588-1954