## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY ROBERTS** | * | **CIVIL ACTION NO. 06-2315** |
| **VERSUS** | * | **JUDGE PETER BEER (M)** |
| **ALLSTATE INSURANCE COMPANY** | * | **MAGISTRATE ALMA CHASEZ (5)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMO IN SUPPORT OF MOTION TO COMPEL

*May It Please The Court:*

On August 10, 2007, plaintiff and defendant entered into mediation to attempt to settle this matter. Plaintiff produced a copy of a damage appraised by Shane Guirovich which detailed $8,034.78 in wind damage over and above amounts already paid by Allstate and an itemized list of contents which were in the attic that were destroyed by wind and rain. The contents totaled $24,700.00 in value. At the conclusion of mediation, the parties agreed to settled the matter for $25,000.00. Allstate severely discounted the dwelling claim and simply paid out on the contents loss.

Upon receiving the settlement check, Allstate placed the names of the SBA (Small Business Administration) and the Louisiana Division of Administration on the check. When undersigned counsel inquired as to why those payees were listed on a check which represented Contents loss, counsel was advised that Allstate had input this classification code into their system. Further, with litigation pending by the State of Louisiana on behalf of the Road Home Program and all of Allstate's records having already been subpoenaed, Allstate would not change the classification and remove the names of the SBA and the Louisiana Division of Administration without a court order.

The settlement effected at mediation represents payment for a Content loss alleged by Ms.

Roberts.  In exchange for the payment, Ms. Roberts executed a full and final release.  Neither the SBA nor Road Home is entitled to insurance recovery for Contents loss.  They were incorrectly listed as payees, and this court should grant this motion and order Allstate to the reissue the settlement check of $25,000.00, without naming the SBA and/or the Louisiana Division of Administration as payees.

                Respectfully submitted,

                s/Michael D. Riley_____
                **MICHAEL D. RILEY, APLC (17116)**
                833 Baronne Street
                New Orleans, LA 70113
                Telephone: (504) 588-1110
                Facsimile: (504) 588-1954

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

            Bailey Smith, Esq.

                s/Michael D. Riley_____
                **Michael D. Riley  (17116)**
                833 Baronne Street
                New Orleans, LA  70113
                Telephone:  (504) 588-1110
                Facsimile:   (504) 588-1954