## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARY ROBERTS** | * | **CIVIL ACTION NO. 06-2315** |
| | * | |
| **VERSUS** | * | **JUDGE PETER BEER (M)** |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | **MAGISTRATE ALMA CHASEZ (5)** |
| | * | |

**************************************************************************

## NOTICE OF MOTION

To:  Bailey Smith,  Attorney of Record for Allstate Insurance Company

**PLEASE TAKE NOTICE** that on the 28th  the day of November, 2007, at 9:30 a.m. or as soon thereafter as counsel may be heard, Michael D. Riley, attorney for plaintiff, shall bring on for hearing before the honorable Peter Beer, U.S.D.J., a Motion to Compel.

**PLEASE TAKE FURTHER NOTICE** that counsel for plaintiff requests oral argument. You are invited to attend and participate as you deem fit and proper.

Respectfully submitted,

s/Michael D. Riley_____
**MICHAEL D. RILEY, APLC (17116)**
833 Baronne Street
New Orleans, LA 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954