Effective 4/10/06      **FINANCIAL & CIVIL ALLOTMENT SHEET**      Receipt No.: 349378
Deputy Clerk: ag

**NOV 0 2 2007**

**ACCOUNT CODE:**      **REGISTRY FUND:**

6855XX Accounts      604700 Accounts
\_\_\_\_\_ - Restitution      \_\_\_\_\_ - Cash Bonds
\_\_\_\_\_ - U.S. Postal Service Forms      \_\_\_\_\_ - Land Condemnation
\_\_\_\_\_ - Petty Offense      \_\_\_\_\_ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
\_\_\_\_\_ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
\_\_\_\_\_ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
      085000 - $5.00 / 510000 - $10.00

     **FILING FEES**
\_\_\_\_\_ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
\_\_\_\_\_ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
      086900 - $20.00 / 510000 - $19.00
\_\_\_\_\_ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
\_\_\_\_\_ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
\_\_\_\_\_ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

     **COPY FEES**
\_\_\_\_\_ - Copies from public terminal (.10 per page - # of pages \_\_\_\_\_) 5114CR
\_\_\_\_\_ - Copies (.50 per page - # of pages \_\_\_\_\_) 322350
\_\_\_\_\_ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
\_\_\_\_\_ - Magnetic Tape Recordings \_\_\_\_\_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

     **MISCELLANEOUS ACCOUNTS**
\_\_\_\_\_ - Certification (# of Cert. \_\_\_\_\_) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
\_\_\_\_\_ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
\_\_\_\_\_ - Records Search (TOTAL $26.00 Each) (# of names \_\_\_\_\_) 322360 - $15.00 / 510000 - $11.00
\_\_\_\_\_ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
\_\_\_\_\_ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
      Recovery of Costs - Jury Assessment \_\_\_\_\_ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
2 ✓ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
    ✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

Cc: Sect. K

**ACCOUNTS RECEIVABLE**
\_\_\_\_\_ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): ✓ Montgomery, Barnett
CASE NUMBER: ✓ 05-4182 "K"      SECTION: "K"
CASE TITLE: Katrina Canal Breaches Consolidated Litigation

PAYMENT OF [ 10 ]      CASH \_\_\_\_\_    CHECK ✓    MONEY ORDER \_\_\_\_\_
                                       SEAMAN \_\_\_\_\_    PAUPER \_\_\_\_\_    NON CASH \_\_\_\_\_

     Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_\_\_ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.      \_\_\_\_\_ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
\_\_\_\_\_ 2. Class Action      \_\_\_\_\_ 7. Petitions for Stay of Execution Death Sentence
\_\_\_\_\_ 3. Antitrust      \_\_\_\_\_ 8. Social Security Case
\_\_\_\_\_ 4. Patent, Trademark, Copyright      \_\_\_\_\_ 9. All Others
\_\_\_\_\_ 5. Civil Rights Case

Is this a THREE JUDGE COURT? \_\_\_\_\_ Yes \_\_\_\_\_ No
Is this a RELATED CASE? \_\_\_\_\_ Yes \_\_\_\_\_ No      Attorney of Record _____