UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION                NO. 05-4182 "K" (2)

PERTAINS TO: BARGE

### ORDER

Considering the Motion to Appear *Pro Hac Vice*, properly formed and filed by counsel for defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., it is hereby ordered that Mr. John M. Woods, of Thacher Proffitt & Wood LLP, Two World Financial Center, New York, New York, 10281, be admitted to appear *pro hac vice* before this court on behalf of American Steamship Owners Mutual Protection and Indemnity Association, Inc., in the above-captioned matter, with all the rights and privileges attendant thereto, and that he be entered as counsel of record for the same.

Signed and entered in New Orleans, Louisiana, on this  2nd  day of   November  , 2007.

_____
JUDGE