UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION: K |
| PERTAINS TO: ROAD HOME | * | |
| | * | MAGISTRATE: 2 |
| (State of Louisiana v. AAA Insurance, et al., | * | |
| No. 07-5528) | * | |
| | * | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come National Security Fire &

Casualty Company and Omega One Insurance Company, who respectfully request that Sidney

W. Degan, III (La. #4804) and Julia A. Dietz (La. #18866) of the law firm Degan, Blanchard &

Nash, 400 Poydras Street, Suite 2600, New Orleans, Louisiana 70130, be enrolled as counsel of

record to represent their interests in the above-captioned matter.

Respectfully submitted,
DEGAN, BLANCHARD & NASH

/s/ Julia A. Dietz
Sidney W. Degan, III, (#4804)
Julia A. Dietz (#18866)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333

Facsimile: (504) 529-3337
Email: sdegan@degan.com
Email: jdietz@degan.com

*Attorneys for National Security Fire &*
*Casualty Company and Omega One*
*Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served this date, November 5, 2007, via electronic mail, upon all counsel of record.

/s/ Julia A. Dietz
Julia A. Dietz

l:\docs\144\5344\docs\01 Motion to Enroll.doc