UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION: K |
| PERTAINS TO: ROAD HOME | * * | MAGISTRATE: 2 |
| (State of Louisiana v. AAA Insurance, et al., No. 07-5528) | * * * | |

## ORDER

Considering the foregoing Motion of National Security Fire & Casualty Company and Omega One Insurance Company to Enroll as Counsel of Record;

**IT IS HEREBY ORDERED** that said Motion is granted and that Sidney W. Degan, III (La. #4804) and Julia A. Dietz (La. #18866) of the law firm Degan, Blanchard & Nash, 400 Poydras Street, Suite 2600, New Orleans, Louisiana 70130, be enrolled as counsel of record to represent the interests of National Security Fire & Casualty Company and Omega One Insurance Company in the above-captioned matter.

Signed on this _____ day of _____, 2007, in New Orleans, Louisiana.

_____
**Judge, USDC, EDLA**

I:\docs\144\5344\docs\02 Order.doc