UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION.: 05-4182<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:<br>INSURANCE   (06-8637)<br><br>BSD CONSTRUCTION, INC.<br>                    Plaintiff<br>VERSUS<br><br>STONE INSURANCE, INC.<br>and<br>ZURICH AMERICAN<br>INSURANCE COMPANY | * * * * * * * * * * * | |

*********************************************

**STONE INSURANCE, INC.'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Stone Insurance, Inc. ("Stone"), who files this Motion for Leave to File Supplemental Memorandum in Support of its Motion for Summary Judgment.

1.

Stone's Motion for Summary Judgment is scheduled for hearing on November 7, 2007.

2.

Stone's Supplemental Memorandum in Support of Motion for Summary Judgment contains additional evidence in further support of the arguments raised in the Motion for Summary Judgment.

3.

Plaintiff will not be prejudiced by this supplementation because it is made well in advance of the hearing date for the Motion for Summary Judgment and is based on the deposition testimony of Brett Davis, who testified on behalf of BSD Construction, Inc..

**Prayer**

**WHEREFORE**, Stone respectfully prays that leave of court will be granted for the filing of its Supplemental Memorandum in Support of Motion for Summary Judgment, and for such other and further relief as Defendants may show themselves justly entitled to receive.

Respectfully submitted:

UNGARINO & ECKERT, LLC

/s/ William H. Eckert
WILLIAM H. ECKERT (#18591) (T.A.)
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: *(504) 836-7556*
Fax: *(504) 836-7566*
Email: beckert@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Lamar M. Richardson, and Jr., Richard E. King.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
beckert@ungarino-eckert.com