UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION.: 05-4182 |
| | | JUDGE DUVAL |
| | | MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE (06-8637) | * * * | |
| BSD CONSTRUCTION, INC. Plaintiff VERSUS STONE INSURANCE, INC. and ZURICH AMERICAN INSURANCE COMPANY | * * * * * * * * | |

*******************************************

## ORDER

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that Stone Insurance, Inc. be and is hereby granted leave to file the above and foregoing Supplemental Memorandum in Support of Motion for Summary Judgment.

New Orleans, Louisiana, this _____ day of November, 2007.

_____
**JUDGE**