UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| _____§ | MAG. WILKINSON |
| § | |
| PERTAINS TO: § | |
| ALL LEVEE § | |
| ALL MRGO § | |
| ALL BARGE § | |
| _____§ | |

NOTICE OF PRIVILEGE LOG

Pursuant to the Court's Order of August 2, 2007 (Doc. Rec. No. 6815), Federal Rule of Civil Procedure 26(b)(5), the United States' Document Production Protocol, and the "Clawback" Order (Doc. Rec. No. 5183), the United States hereby designates the following documents as privileged:

AIN-018-000000027   to   AIN-018-000000034;

AIN-018-000000275   to   AIN-018-000000276;

AIN-018-000000325   to   AIN-018-000000332;

AIN-018-000000346   to   AIN-018-000000359;

AIN-018-000000465   to   AIN-018-000000470;

AIN-018-000000471   to   AIN-018-000000480;

AIN-018-000000485   to   AIN-018-000000492;

| | | |
|---|---|---|
| AIN-018-000000680 | to | AIN-018-000000687; |
| MVD-007-000002642 | to | MVD-007-000002643; |
| MVD-007-000002664 | to | MVD-007-000002665; |
| MVD-007-000002690 | to | MVD-007-000002701; |
| MVD-007-000002843 | to | MVD-007-000002856; |
| MVD-007-000002995 | to | MVD-007-000002997; |
| NED-132-000000001 | to | NED-132-000000006; |
| NED-132-000000012 | to | NED-132-000000024; |
| NED-132-000000086 | to | NED-132-000000095; |
| NED-132-000000101 | to | NED-132-000000175; |
| NED-132-000000194 | to | NED-132-000000201; |
| NED-132-000000228 | to | NED-132-000000243; |
| NED-132-000000246 | to | NED-132-000000248; |
| NED-132-000000295 | to | NED-132-000000300; |
| NED-132-000000403 | to | NED-132-000000404; |
| NED-132-000000751 | to | NED-132-000000751; |
| NED-132-000000753 | to | NED-132-000000753; |
| NED-132-000000762 | to | NED-132-000000769; |
| NED-132-000000826 | to | NED-132-000000838; |
| NED-132-000000871 | to | NED-132-000000872; |
| NED-132-000001023 | to | NED-132-000001029; |
| NED-132-000001243 | to | NED-132-000001243; |

| | | |
|---|---|---|
| NED-132-000001270 | to | NED-132-000001278; |
| NED-132-000001338 | to | NED-132-000001341; |
| NED-132-000001357 | to | NED-132-000001360; |
| NED-132-000001408 | to | NED-132-000001440; |
| NED-132-000001550 | to | NED-132-000001555; |
| NED-132-000001655 | to | NED-132-000001686; |
| NED-132-000001698 | to | NED-132-000001712; |
| NED-132-000001718 | to | NED-132-000001727; |
| NED-132-000001732 | to | NED-132-000001735; |
| NED-132-000001838 | to | NED-132-000001841; |
| NRG-010-000000028 | to | NRG-010-000000029; |
| NRG-010-000001967 | to | NRG-010-000001969; |
| NRG-018-000000558 | to | NRG-018-000000563; |
| NRG-018-000000595 | to | NRG-018-000000595; |
| NRG-018-000000642 | to | NRG-018-000000704; |
| NRG-018-000001025 | to | NRG-018-000001042; |
| NRG-019-000001345 | to | NRG-019-000001381. |

The United States' privilege log is attached.

                                Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

                                C. FREDERICK BECKNER III
                                Deputy Assistant Attorney General

                                PHYLLIS J. PYLES
                                Director, Torts Branch

                                JAMES G. TOUHEY, JR.
                                Assistant Director, Torts Branch

                                _s/ James F. McConnon, Jr._
                                JAMES F. McCONNON, JR.
                                Trial Attorney, Torts Branch, Civil Division
                                U.S. Department of Justice
                                Benjamin Franklin Station, P.O. Box 888
                                Washington, D.C.  20044
                                (202) 616-4400/ (202) 616-5200 (Fax)
                                Attorneys for the United States

Dated: November 5, 2007

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on November 5, 2007, I served a true copy of the United States' Notice of Privilege Log upon all parties by ECF.

                            s/ James F. McConnon, Jr.
                            JAMES F. McCONNON, JR.