Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| First Bates | Last Bates | Assertion | Document Date | Author | Author Organization | Addressee | Addressee Organization | Description |
|---|---|---|---|---|---|---|---|---|
| AIN-018-000000027 | AIN-018-000000034 | Attorney-Client | 19830930 | Brown, Thad  J | USACE Real Estate Division | | USACE LMNED-SR | Disposition Forms dated 08/30/1983 and 09/30/1983 regarding Independence to IHNC Floodwall, Item M-93.3 to 92.8-L, Request for Attorney's Report on Facilities to be Relocated with Inclosure dated 09/30/1983 regarding Attorney's Investigation and Report of Compensable Interest, Item M-93.3 to 92.8-L Independence to IHNC Floodwall Orleans Parish, Louisiana  and Schedule A List of Facilities by Owners. |
| | | | | Chatry, Frederic M | USACE Engineering Division | | USACE LMNRE-AP | |
| | | | | Mehurin, Penn | U.S. Army Engineer District, New Orleans | | USACE LMNRE-AC | |
| | | | | Seale | USACE Engineering Division | | USACE LMNRE-E | |
| | | | | | | | USACE LMNRE-P | |
| | | | | | | | USACE LMNED-P | |
| | | | | | | | USACE Real Estate Division | |
| | | | | | | | USACE Engineering Division | |
| | | | | | | | USACE LMNOC | |
| | | | | | | A, T H | | |
| | | | | | | F, R | | |
| | | | | | | Gelpi | | |
| | | | | | | Mehurin | | |
| | | | | | | R, C | | |
| | | | | | | W, H T | | |
| AIN-018-000000275 | AIN-018-000000276 | Attorney-Client | 19840724 | Resta, R H | USACE Engineering Division | | DAEN-ECE-B | Memorandum regarding Flood Control, Mississippi River and Tributaries, Mississippi River Levees, Item M-93.3 to 92.8-L, Independence Street to IHNC Floodwall, Orleans Parish, Louisiana, Relocation of Facilities, Design Memorandum No. 80. |
| | | | | | | Commander | USACE New Orleans District LMNED-SR | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| AIN-018-000000325 | AIN-018-000000332 | Attorney-Client | 19840710 | Mehurin, Penn | U.S. Army Engineer District, New Orleans | | | Report regarding Flood Control, Mississippi River and Tributaries Mississippi River Levees Item M-93.3 to 92.8-L, Independence St. to IHNC Floodwall Orleans Parish, Louisiana Relocation of Facilities Design Memorandum No. 80, Appendix A dated 09/30/1983 regarding Attorney's Investigation and Report of Compensable Interest and Appendix B dated 07/10/1984 regarding Supplemental Attorney's Opinion of Compensable Interest. |
|---|---|---|---|---|---|---|---|---|
| AIN-018-000000346 | AIN-018-000000359 | Attorney-Client | 19840711 | Brown, Thad J | USACE Real Estate Division | | USACE LMNED-P | Disposition Form dated 07/11/1984 regarding Independence Street to IHNC Floodwall Item M-93.3 to 92.8-L, Revised Attorney's Opinion on Naval Support Activity Facilities and attached Supplemental Attorney's Opinion of Compensable Interest Item M-93.3to 92.8-L Independence to IHNC Floodwall Orleans Parish, Louisiana; Report regarding Flood Control, Mississippi River and Tributaries Mississippi River Levees Item M-93.3 to 92.8-L, Independence St. to IHNC Floodwall Orleans Parish, Louisiana Relocation of Facilities Design Memorandum No. 80, Appendix A dated 09/30/1983 regarding  Attorney's Investigation and Report of Compensable Interest and Appendix B dated 07/10/1984 regarding Supplemental Attorney's Opinion of Compensable Interest. |
| | | | | Mehurin, Penn | U.S. Army Engineer District, New Orleans | | USACE LMNED-SR | |
| | | | | | | | USACE LMNRE-AP | |
| | | | | | | | USACE LMNRE-AC | |
| | | | | | | | USACE LMNRE-E | |
| | | | | | | | USACE LMNRE-P | |
| | | | | | | | USACE Engineering Division | |
| | | | | | | | USACE LMNOC | |
| | | | | | | Mehurin | | |
| | | | | | | | | |
| | | | | | | | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| AIN-018-000000465 | AIN-018-000000470 | Attorney-Client | 19840711 | Brown, Thad J | USACE Real Estate Division | | USACE LMNRE-AC | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Disposition Form dated 07/11/1984 regarding Independence Street to IHNC Floodwall, Item M-93.3 to 92.8-L, Revised Attorney's Opinion on Naval Support Activity Facilities and attachment dated 07/10/1984 regarding Supplemental Attorney's Opinion of Compensable Interest Item M-93.3 to 92.8-L Independence to the IHNC Floodwall Orleans Parish, Louisiana. |
| | | | | Mehurin, Penn | U.S. Army Engineer District, New Orleans | | USACE LMNRE-P | |
| | | | | | | | USACE LMNED-P | |
| | | | | | | | USACE LMNRE-E | |
| | | | | | | | USACE LMNRE-AP | |
| | | | | | | | USACE LMNED-SR | |
| | | | | | | | USACE Engineering Division | |
| | | | | | | | USACE LMNOC | |
| | | | | | | Mehurin | | |
| AIN-018-000000471 | AIN-018-000000480 | Attorney-Client | 198406XX | | Comptroller General of the United States | | USACE LMNED-PM | Disposition Form dated 05/09/1984 regarding Independence Street to IHNC Floodwall, Item M-93.3 to 92.8-L, Request Revised Attorney's Opinion on Naval Support Activity Facilities and attached handwritten notes dated 04/26/1984 to 06/1984 regarding the Attorney  opinion and Relocation of Federally Owned Facilities -- Comptroller General Decisions on Using Civil Works Funds for Payment Thereof, including attached Comptroller General Decision dated 08/31/1977 regarding the funding for the Health Resources Administration move, 56 Comp. Gen. 928. |
| | | | | Brown, Thad J | USACE Real Estate Division | | USACE LMNRE-AC | |
| | | | | Chatry, Frederic M | USACE Engineering Division | | USACE Real Estate Division | |
| | | | | Frank | | | USACE Engineering Division | |
| | | | | Gagliano, Frank | USACE Engineering Division, Design Services Branch | | USACE LMNRE-E | |
| | | | | Mehurin, Penn | U.S. Army Engineer District, New Orleans | | USACE LMNRE-AP | |
| | | | | | | | USACE LMNED-SR | |
| | | | | | | | USACE LMNOC | |
| | | | | | | | USACE LMNED-P | |
| | | | | | | | USACE LMNRE-P | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | Florent, Randy D | USACE Real Estate Division | |
| | | | | | | Gagliano, Frank | USACE Engineering Division, Design Services Branch | |
| | | | | | | Gelpi | | |
| | | | | | | Harrington | | |
| | | | | | | Jose | | |
| | | | | | | Mehurin | | |
| | | | | | | Terry | | |
| AIN-018-000000485 | AIN-018-000000492 | Attorney-Client | 19840426 | Gagliano, Frank | USACE Engineering Division Design Services Branch | Florent, Randy D | USACE Real Estate Division | Handwritten Note regarding forwarding citations found and NSA and USCG decision;  Memo to File dated 04/26/1984 regarding Relocation of Federally Owned Facilities--Comptroller General Decision On Using Civil  Works Funds for Payment Thereof; Lexis Nexis Press Release regarding In the matter of funding for the Health Resources Administration Move B-164031(2)  Comptroller General of the United States 56 Comp. Gen. 928, dated 08/31/1977. |
| | | | | | | Gagliano, Frank | USACE Engineering Division Design Services Branch | |
| | | | | | | Harrington | | |
| AIN-018-000000680 | AIN-018-000000687 | Attorney-Client | 19840710 | Mehurin, Penn | U.S. Army Engineer District, New Orleans | | | Report regarding Flood Control, Mississippi River and Tributaries Mississippi River Levees Item M-93.3 to 92.8-L, Independence St. to IHNC Floodwall Orleans Parish, Louisiana Relocation of Facilities Design Memorandum No. 80 Appendix A dated 09/30/1983 regarding Attorney's Investigation and Report of Compensable Interest, Schedule A List of Facilities by Owners and Appendix B dated 07/10/1984 regarding Supplemental Attorney's Opinion of Compensable Interest. |
| MVD-007-000002642 | MVD-007-000002643 | Attorney-Client | 20060110 | Frederick, Denise D | USACE MVD MVN CEMVN-OC | Bivona, John C | USACE MVD MVN | Email dated 01/10/2006 regarding Follow-up to 01/10/2006 meeting with supporting attachments enclosed. |
| | | | | | | Chiu, Shung K | USACE MVD MVN | |
| | | | | | | Florent, Randy D | USACE MVD MVN | |
| | | | | | | Hawkins, Gary L | USACE MVD MVN | |
| | | | | | | Merchant, Randall | USACE MVD MVN | |
| | | | | | | Wallace, Frederic | USACE MVD MVN | |
| | | | | | | Young, James A | USACE MVD | |
| | | | | | | Young, Roger J | USACE HNC | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MVD-007-000002664 | MVD-007-000002665 | Attorney-Client | 20051209 | Berick, David | HSGAC | Accardo, Christopher J | USACE MVD MVN | E-mail dated 10/14/2005 to 10/17/2005 regarding Senate HSGAC - Updated Request and Priority Information requests; E mail dated 12/09/2005 regarding Collection of Lake Pontchartrain Documents. |
| | | | | Healy, Patrick D | USACE HQ02 | Barnett, Larry J | USACE MVD | |
| | | | | Terrell, Bruce A | USACE MVD MVN | Baumy, Walter O | USACE MVD MVN | |
| | | | | Wagenaar, Richard P | USACE MVD MVN | Bleakley, Albert M | USACE MVD | |
| | | | | | | Breerwood, | USACE MVD MVN | |
| | | | | | | Eldridge, Tom | HSGAC | |
| | | | | | | Frederick, Denise | USACE MVD MVN | |
| | | | | | | Grieshabar, John | USACE MVD MVN | |
| | | | | | | Huston, Kip R | USACE HQ02 | |
| | | | | | | Labure, Linda C | USACE MVD MVN | |
| | | | | | | Podany, Thomas J | USACE MVD MVN | |
| | | | | | | Starkel, Murray P | USACE MVD MVN | |
| | | | | | | Stein, Todd | | |
| MVD-007-000002690 | MVD-007-000002701 | Attorney - Client | 20060113 | Barnett, Larry J | USACE MVD | | USACE MVD MVN Facility Helpdesk | Email regarding Chronology of Lake Pontchartrain Project Documents; Email dated 12/09/2005 regarding Collection of Lake Pontchartrain Documents; Email dated 01/05/2006 to 01/09/2006 regarding Research and Preparation of Chronology of Planning, Design and Construction of 17th St., London, Orleans Canal Floodwalls and IHNC Levee; Emails dated 01/05/2006 to 01/09/2006 regarding Chronologic History of 17th St., London Ave. and Orleans Ave. Outfall Canals; Emails dated 12/20/2005 to 01/07/2006 regarding Development of the Chronologic History 12-20 document; Emails dated 12/21/2005 to 12/22/2005 regarding Research of Engineering Division Files and Stanley Consultants Needs Office Space at MVD. |
| | | | | Boone, Gayle G | USACE MVD MVN | | USACE MVD MVN Helpdesk | |
| | | | | Brooks, Robert L | USACE MVD MVN | Accardo, Christopher J | USACE MVD MVN | |
| | | | | Dupuy, Michael B | USACE MVD MVN Design Services Branch | Barnett, Larry J | USACE MVD | |
| | | | | Frederick, Denise D | USACE MVD MVN CEMVN-OC | Barr, Jim | USACE MVD MVN | |
| | | | | Knight, Sandra K | USACE MVD | Baumy, Walter O | USACE MVD MVN | |
| | | | | Merchant, Randall C | USACE MVD MVN CEMVN-OC | Berna, David L | USACE MVD MVN | |
| | | | | Starkel, Murray P | USACE MVD MVN | Bivona, John C | USACE MVD MVN | |
| | | | | Young, James A | USACE MVD | Bleakley, Albert M | USACE MVD | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Boone, Gayle G | USACE MVD MVN | |
| | | | | | | Breerwood, Gregory E | USACE MVD MVN | |
| | | | | | | Brooks, Robert L | USACE MVD MVN | |
| | | | | | | Camillo, Charles A | USACE MVD | |
| | | | | | | Chiu, Shung K | USACE MVD MVN | |
| | | | | | | Danflous, Louis E | USACE MVD MVN | |
| | | | | | | Dupuy, Michael B | USACE MVD MVN Design Services Branch | |
| | | | | | | Flores, Richard A | USACE MVD MVN | |
| | | | | | | Frederick, Denise D | USACE MVD MVN CEMVN-OC | |
| | | | | | | Grieshaber, John B | USACE MVD MVN | |
| | | | | | | Hawkins, Gary L | USACE MVD MVN | |
| | | | | | | Hibner, Daniel H | USACE MVD MVN | |
| | | | | | | Hitchings, Daniel H | USACE MVD | |
| | | | | | | Jaeger, John J | LRH | |
| | | | | | | Johnson, Craig | USACE MVD MVN | |
| | | | | | | Keen, Steve E | USACE MVD MVN | |
| | | | | | | Kennedy, Shelton E | USACE MVD MVN | |
| | | | | | | Klaus, Ken | USACE MVD | |
| | | | | | | Knight, Sandra K | USACE MVD | |
| | | | | | | Labure, Linda C | USACE MVD MVN | |
| | | | | | | Mabry, Reuben C | USACE MVD MVN | |
| | | | | | | Mazzanti, Mark L | USACE MVD MVN | |
| | | | | | | Mcgowen, Nicole A | USACE MVD MVN | |
| | | | | | | Merchant, Randall C | USACE MVD MVN CEMVN-OC | |
| | | | | | | Miller, Kitty E | USACE MVD MVN | |
| | | | | | | Naomi, Alfred C | USACE MVD MVN | |
| | | | | | | Park, Michael F | USACE MVD MVN | |
| | | | | | | Podany, Thomas J | USACE MVD MVN | |
| | | | | | | Prater, Betty J | USACE MVD MVN | |
| | | | | | | Purviance, Clair P | USACE MVD | |
| | | | | | | Starkel, Murray P | USACE MVD MVN | |
| | | | | | | Terrell, Bruce A | USACE MVD MVN | |
| | | | | | | Wagenaar, Richard P | USACE MVD MVN | |
| | | | | | | Walton, Victor | USACE MVD MVN | |
| | | | | | | Williams, Daphne R | USACE MVD MVN | |
| | | | | | | Young, James A | USACE MVD | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MVD-007-000002843 | MVD-007-000002856 | Deliberative Process | 20070426 | | USACE CEMVD-PD-WW | Barnett, Larry | | Handwritten record of the 04/26/2007 Conference Call regarding IPET; Email dated 04/19/2007 regarding MVD Staff Comments on IPET Draft Report-Remaining Issues for 04/26/07 and attached Memorandum dated 09/05/2006 regarding MVD Comments on IPET FinalDraft Report. |
| | | | | Banks, Larry E | USACE MVD | Barnett, Larry J | USACE MVD | |
| | | | | | | Baumy, Walter O | | |
| | | | | | | Bedey, Jeffrey A | USACE MVD MVN | |
| | | | | | | Bivona, John | | |
| | | | | | | Bleakley, Albert M | USACE MVD | |
| | | | | | | Brooks, Bob | USACE MVD MVN | |
| | | | | | | Brooks, Eddie | | |
| | | | | | | Brooks, Eddie O | USACE MVD | |
| | | | | | | Crear, Robert BG | USACE MVD | |
| | | | | | | Durham-Aguilera, Karen L | USACE MVD MVN | |
| | | | | | | Harris, Jeff | | |
| | | | | | | Jaeger, John | | |
| | | | | | | Jaeger, John J | LRH | |
| | | | | | | Meador, John A | USACE MVD MVN | |
| | | | | | | Mosher, Reed L | | |
| | | | | | | Pezza, David A | USACE HQ02 | |
| | | | | | | Puiner, Richard | | |
| | | | | | | Rogers, Michael B | USACE MVD | |
| | | | | | | Smith, John | | |
| | | | | | | Stockdale, Lee | | |
| | | | | | | Wagenaar, Richard P | USACE MVD MVN | |
| MVD-007-000002995 | MVD-007-000002997 | Deliberative Process | 20061129 | Banks, Larry E | USACE MVD | Banks, Larry E | USACE MVD | Email dated 11/28/2006 to 11/29/2006 regarding "Lessons Learned from the levee failure in the New Orleans Area and Their Impact on the Levee design and Assessment across the Nation", accepted for publication in GeoDenver, 2007 ASCE (UNCLASSIFIED). |
| | | | | Smith, Jerry L | USACE MVD | Baumy, Walter O | USACE MVD MVN | |
| | | | | Vojkovich, Frank J | USACE MVD MVN | Bivona, John C | USACE MVD MVN | |
| | | | | Vroman, Noah D | ERDC-GSL-MS | Bonura, Darryl C | USACE MVD MVN | |
| | | | | Young, Frederick S | | Brandstetter, Charles P | USACE MVD MVN | |
| | | | | | | Brooks, Eddie O | USACE MVD | |
| | | | | | | Brooks, John | USACE MVD | |
| | | | | | | Chiu, Shung K | USACE MVD MVN | |
| | | | | | | Dauenhauer, Rob M | USACE MVD MVN | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Hassenboehler, Thomas G | USACE MVD MVN | |
| | | | | | | Klaus, Ken | USACE MVD | |
| | | | | | | Lundberg, Denny A | USACE MVR | |
| | | | | | | Pinner, Richard B | USACE MVD MVN | |
| | | | | | | Schwanz, Neil T | USACE MVP | |
| | | | | | | Shadie, Charles E | USACE MVD | |
| | | | | | | Sills, George L | ERDC-GSL-MS | |
| | | | | | | Smith, Jerry L | USACE MVD | |
| | | | | | | Stagg, Duane | USACE MVD | |
| | | | | | | Varuso, Rich J | USACE MVD MVN | |
| | | | | | | Vojkovich, Frank J | USACE MVD MVN | |
| | | | | | | Vroman, Noah D | ERDC-GSL-MS | |
| | | | | | | Waddle, Jimmy | USACE MVD | |
| | | | | | | Wahl, Ronald E | ERDC-GSL-MS | |
| | | | | | | Waits, Stuart | USACE MVD MVN | |
| | | | | | | Waugaman, Craig | | |
| NED-132-000000001 | NED-132-000000006 | Attorney-Client; Attorney Work Product | 19780530 | Chatry | USACE Engineering Division | | USACE District Counsel | Documents regarding 1110-2-1150a - Lake Pontchatrain, La & Vic. St. Charles Parish; Memorandum dated 02/09/1978 regarding Concerned Citizens of St. Charles Parish vs. Alexander and attached St. Charles Parish Suit Answers to Interrogatories Under Rule 33; Handwritten notes regarding Back Up Info on Interrogatories; Routing and Transmittal Slip dated 05/30/1978. |
| | | | | Dicharry, Joe | | Barton | | |
| | | | | | | Chatry | | |
| | | | | | | Dicharry, Joe | | |
| | | | | | | Harrington | | |
| NED-132-000000012 | NED-132-000000024 | Attorney Work Product | 1978XXXX | Griffith, Steven F | Attorney for Plaintiffs | | United States District Court Eastern Louisiana | Plaintiffs' Suggested Undisputed Material Facts regarding Concerned Citizens of St. Charles Parish, etc versus Clifford L Alexander, et al; Affidavit regarding Concerned Citizens of St. Charles Parish, etc versus Clifford L Alexander, et al; Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment. |
| | | | | Waters, Robert F | | | | |
| NED-132-000000086 | NED-132-000000095 | Attorney-Client; Attorney Work Product | 19780307 | Chatry | | Chief | Engineering Division | Document regarding Concerned Citizens of St. Charles Parish vs Alexander, with enclosures; Document regarding St. Charles Parish Suit Answers to Interrogatories under Rule 33; Disposition Form regarding Concerned Citizens of St. Charles Parish v Alexander. |
| | | | | Dicharry, Joe | | Dicharry | | |
| | | | | Towers | District Counsel | District Counsel | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NED-132-000000101 | NED-132-000000102 | Attorney - Client; Attorney Work Product | 19770503 | Chatry | USACE Engineering Division | | USACE District Counsel | Memorandum dated 05/03/1977 and attached Disposition Form dated 04/25/1977 regarding St. Charles Litigation. |
| | | | | Towers | USACE District Counsel | | USACE Engineering Division | |
| | | | | | | Guizerix Millan | | |
| NED-132-000000103 | NED-132-000000175 | Attorney Work Product | 19770502 | | Times-Picayune | | USACE Office of the District Engineer | Correspondence forwarded on 05/02/1977 in Support of a Plan to Move for Dismissal relevant to the St. Charles Suit, including Letters dated 11/20/1968 to 08/22/1975 regarding the St. Charles Parish Lakefront Levee feature of the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project. |
| | | | | Ballin, Arthur L | Law Offices of Arthur L. Ballin | | USACE Office of District Engineer New Orleans District | |
| | | | | Boggs, Hale | U.S. House of Representatives | | Louisiana Department of Public Works | |
| | | | | Busch, Arthur W | Environmental Protection Agency Region VI | | USACE LMNPL | |
| | | | | Cole, Anthony C | USACE Real Estate Division LMNRE-A | | Board of Levee Commissioners Orleans Levee District Room 200- Wildlife & Fisheries Bldg. | |
| | | | | Gillaspy, Paul W | Walker Land Company | | USACE Engineering Division | |
| | | | | Haar, Herbert R | USACE LMNED-PP | | St. Charles Parish Officials | |
| | | | | Heiberg, E R | USACE | | USACE OCE ENGCW-V | |
| | | | | Henderson, Jed | USACE Engineering Division Structural Design Service Branch | | USACE | |
| | | | | Hunt, Richard L | USACE LMNED-DD | | USACE LMNOC | |
| | | | | Koisch, F P | USACE | | USACE Executive Office | |
| | | | | Lauricella, John L | Board of Levee Commissioners of the Pontchartrain Levee District | | USACE LMNED | |
| | | | | McIntyre, Kenneth E | USACE Civil Works | | St. Charles Parish Police Jury | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | McKernan, J J | Board of Commissioners for the Pontchartrain Levee District | | USACE LMVD LMVED-TD | |
|---|---|---|---|---|---|---|---|---|
| | | | | McNamara, John P | Board of Levee Commissioners Orleans Levee District | | Board of Commissioners Pontchartrain Levee District | |
| | | | | Oubre, George T | Louisiana Senate | | USACE Planning Division | |
| | | | | Rush, Early J | USACE | | USACE Office of Counsel | |
| | | | | Smith, J A | J Arthur Smith Attorney at Law | Boese | | |
| | | | | Veron, E J | Board of Commissioners for the Pontchartrain Levee District | Boggs, Hale | U.S. House of Representatives | |
| | | | | White, John C | U.S. Environmental Protection Agency Region VI | Broussard-Dodd | | |
| | | | | Schillaci, Inez R | St. Charles Parish Police Jury | Caffery, Patrick T | U.S. House of Representatives | |
| | | | | | | Cambre, Milton | | |
| | | | | | | Corbett, James R | | |
| | | | | | | Downs, C H | State of Louisiana Department of Public Works | |
| | | | | | | Faucheaux, Robert R | Board of Commissioners Pontchartrain Levee District | |
| | | | | | | Gillaspy, Paul W | Walker Land Company | |
| | | | | | | Gilworth, David | Walker Land Company | |
| | | | | | | Haar, Herbert R | USACE LMNED-PP | |
| | | | | | | Henderson, Jed | USACE Engineering Division Structural Design Service Branch | |
| | | | | | | Hughes, Vance | Environmental Protection Agency-Office of Water Planning and Standards | |
| | | | | | | Hunt, Richard L | USACE New Orleans District Corps of Engineers | |
| | | | | | | King | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Lauricella, John L | Board of Levee Commissioners of the Pontchartrain Levee District | |
| | | | | | | Lennox, Edw N | Board of Levee Commissioners Orleans Levee District | |
| | | | | | | Long, Speedy O | U.S. House of Representatives | |
| | | | | | | Magner, Earl J | State of Louisiana Department of Public Works | |
| | | | | | | McKernan, J J | Board of Commissioners for the Pontchartrain Levee District | |
| | | | | | | Myers, Hu B | State of Louisiana Department of Public Works | |
| | | | | | | Oubre, George T | Louisiana Senate | |
| | | | | | | Rush, Early J | USACE New Orleans District | |
| | | | | | | Schillaci, Inez R | St. Charles Parish Police Jury | |
| | | | | | | Seale | | |
| | | | | | | Smith, J A | | |
| | | | | | | Vogel, Herbert | Department of Housing and Urban Development Office of Interstate Land Sales Registration | |
| | | | | | | White, John C | U.S. Environmental Protection Agency Region VI | |
| NED-132-000000194 | NED-132-000000201 | Deliberative Process; Attorney-Client | 19780330 | | U.S. Army Engineer District, New Orleans | Boese | | Report dated 04/1972 regarding Draft Environmental Statement Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project; Handwritten Note regarding the forwarding of the Draft Environmental Statement on 03/30/1978. |
| NED-132-000000228 | NED-132-000000240 | Attorney - Client | 19800618 | Roy | USACE Planning Division | | USACE Office of Counsel | Minutes dated 06/18/1980 Regarding  Lake Pontchartrain Technical Advisory Group Meeting; Roster dated 06/03/1980 Regarding Technical Advisory Group Meeting Minutes Lake Ponchartrain Tidal Pass Study with Attendance Roster; Agenda dated 06/03-04/1980 Regarding Technical Advisory Group Meetings Lake Pontchartrain Tidal Pass Studies Tentative Agenda. |
| | | | | | | | USACE Engineering Division | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Bahr, Len | LSU Coop | |
| | | | | | | Barton | | |
| | | | | | | Benson, Norm | FWS Lafayette, LA | |
| | | | | | | Benson, Norm | | |
| | | | | | | Broussard | | |
| | | | | | | Brown | | |
| | | | | | | Chambers, David | LSU Center for Wetlands Resources | |
| | | | | | | Chatry | | |
| | | | | | | Chuang, Wen-Ssn | LSU Coastal Studies Institute | |
| | | | | | | Cronin, L Eugene | USACE COE/New Orleans | |
| | | | | | | Deegan, Linda | LSU Center for Wetlands Resources | |
| | | | | | | Dicharry | | |
| | | | | | | Drummond, Nancy | LSU Center for Wetlands Resources | |
| | | | | | | Fannaly, Marion T | LSU Coastal Studies Institute | |
| | | | | | | Fruge David | US Fish & Wildlife Service | |
| | | | | | | Griffin, Elizabeth A | USACE LMNOC | |
| | | | | | | Grummond, Charles | USACE COE/New Orleans | |
| | | | | | | Harrington | | |
| | | | | | | Hartzog | | |
| | | | | | | Hartzog, Larry | USACE Environmental Analysis Branch, Planning Division | |
| | | | | | | Hawes, Sue | USACE NOD | |
| | | | | | | Herke, W H | US Fish & Wildlife Service | |
| | | | | | | Holland, Tom | USACE LMVD-CE | |
| | | | | | | Hutts, D Vann | | |
| | | | | | | Kitchens, Wiley | FWS Lafayette, LA | |
| | | | | | | Latapie, Ralph | LA Department of Wildlife and Fisheries | |
| | | | | | | Lawler, George C | USACE COUNSEL | |
| | | | | | | Lexine, Steve | LSU Center for Wetlands Resources | |
| | | | | | | Lindry, Michael G | LSU Center for Wetlands Resources | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Lindstedt, Diane | LSU Center for Wetlands Resources | |
| | | | | | | Moore, Donald | NMFS | |
| | | | | | | Murray, Stephen P | LSU Coastal Studies Institute | |
| | | | | | | Oswald, Thomas | LSU Center for Wetlands Resources | |
| | | | | | | Paille, Ronald | LSU Center for Wetlands Resources | |
| | | | | | | Rogillio, Howard E | LA Department of Wildlife and Fisheries | |
| | | | | | | Ruple, David | LSU Center for Wetlands Resources | |
| | | | | | | Schroeder, R H | USACE NOD | |
| | | | | | | Seale | | |
| | | | | | | Sikora, Jean | LSU Center for Wetlands Resources | |
| | | | | | | Skors, Walter | LSU Center for Wetlands Resources | |
| | | | | | | Stone, James H | LSU Center for Wetlands Resources | |
| | | | | | | Swenson, Erick | LSU Center for Wetlands Resources | |
| | | | | | | Thompson, Bruce A | LSU Center for Wetlands Resources | |
| | | | | | | Tickner | | |
| | | | | | | Towers, Joseph | USACE LMNOC | |
| | | | | | | Verret, Steve | LSU Center for Wetlands Resources | |
| | | | | | | Weber, John C | USACE Environmental Analysis Branch, Planning Division | |
| | | | | | | WESHH | | |
| | | | | | | Westshel, Karen A | LSU Center for Wetlands Resources | |
| | | | | | | Whalin, Robert W | USACE COE Re | |
| | | | | | | Wilkins, James G | LSU Center for Wetlands Resources | |
| | | | | | | Williams, Judith | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NED-132-000000241 | NED-132-000000243 | Deliberative Process | 19800606 | Chatry | USACE LMNED-MP | | USACE Engineering Division | Memo dated 06/06/1980 Regarding "Working Papers" Preliminary Formulation of Alternative Plans for the Lake Ponchartrain, LA & Vic Hurricane Protection Project, Draft - Engineering Division Comments. |
| | | | | | | | USACE Planning Division | |
| | | | | | | Stutts | | |
| NED-132-000000246 | NED-132-000000248 | Deliberative Process | XXXXXXXX | Guizerix, Robert J | USACE LMNED-DG | | | Draft dated XX/XX/XXXX Regarding Lake Pontchartrain Hurricane Protection Project, Alternative Plans Study. |
| NED-132-000000295 | NED-132-000000300 | Deliberative Process | XXXXXXXX | | | | | Document regarding Comments on the Working Papers with Pumping Stations Jefferson Parish - East Bank Capacity Chart. |
| NED-132-000000403 | NED-132-000000404 | Deliberative Process | 19800403 | Simmons, H B | USACE Hydraulics Laboratory | | WESHH | Memo dated 04/03/1980 and 11/08/1979 regarding Review of Final Draft Report, "Models for Understanding the Hydrodynamics of Lake Pontchartrain" with Enclosures. |
| | | | | Stutts, V | | | USACE District Engineer | |
| | | | | | | | USACE LMNED-HC | |
| NED-132-000000751 | NED-132-000000751 | Attorney-Client | XXXXXXXX | | | | | Handwritten document regarding questions pertaining to total water depth in enclosed area for 100 year and project storm. |
| NED-132-000000753 | NED-132-000000753 | Attorney-Client; Attorney Work Product | 19780224 | Boese, Bob | USA | Baehr | | Telephone or Verbal Conversation Record form regarding Hurricane Protection Care. |
| | | | | | | Decker | | |
| | | | | | | Dicharry | | |
| | | | | | | Guizerix | | |
| | | | | | | Hardy | | |
| | | | | | | Johnson | | |
| | | | | | | Millay, Stan | USACE LMNOC | |
| | | | | | | Montz | | |
| | | | | | | Rush | USACE | |
| | | | | | | Soileau | | |
| | | | | | | Towers | | |
| NED-132-000000762 | NED-132-000000769 | Attorney - Client | 19780201 | Boese, Bob | United States Attorney | Baehr | | Documents regarding engineering drawings; Telephone or Verbal Record dated 02/01/1978 regarding Lake Pontchartrain & Vicinity Hurricane Protection Plan with United States District Court Eastern District of Louisiana  Motion to Modify Injunction Attachment. |
| | | | | Boese, Robert L | United States Government | Johnsen | | |
| | | | | Gallinghouse, Gerald J | Assistant United States Attorney | Judlin | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Milleen, Stan | USACE LMNOC | |
| | | | | | Montz | | |
| NED-132-000000826 | NED-132-000000838 | Deliberative Process | XXXXXXXX | | | | Position Paper regarding The Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project Draft. |
| NED-132-000000871 | NED-132-000000872 | Deliberative Process | 19820325 | Judlin, Walter D | USACE Design Branch | | USACE Design Memo Branch | Disposition Form dated 03/25/1982 regarding Lake Pontchartrain, La. & Vicinity Hurricane Protection Project - Alternative Study - Cost Estimates St. Charles Parish, N. of Airline Hwy.. Levee Alinement - HLP (SPH) Protection and attached revised Levee design Sections relevant to the North of Airline Hwy. Levee Alinement. |
| | | | | | | G, R | |
| | | | | | | Romero | |
| NED-132-000001023 | NED-132-000001029 | Attorney - Client | 19811005 | | USACE Design Memo Branch | | USACE Hydraulics & Hydrologic Branch | Memoranda dated 10/05/1981, 10/19/1981 to 10/21/1981 regarding Lake Pontchartrain, LA & Vicinity Hurricane Protection Project - Status of Work WES Model Studies; Memorandum of Meeting regarding Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project - Draft Plan of Study, including List of Attendees. |
| | | | | Harrington | USACE LMNED-MP | | USACE Design Memo Branch | |
| | | | | Reynolds, J C | | | USACE Engineering Division | |
| | | | | Soileau | USACE Hydraulics & Hydrologic Branch | | USACE H & H Branch | |
| | | | | | | Bardwall, Jack | USACE LMVD Tech Eng | |
| | | | | | | Barton, Ernest | USACE LMNED-MP | |
| | | | | | | Bayley, Fred | USACE LMVD Planning Division | |
| | | | | | | Cave, Lawrence | USACE LMVED-G | |
| | | | | | | Chatry, Frederic | USACE LMNED | |
| | | | | | | Cobb, Steve | USACE LMVD Planning Division | |
| | | | | | | Cole, Anthony C | USACE NOD Real Estate Division | |
| | | | | | | Cook, Larry F | USACE LMVED-WH | |
| | | | | | | Florent, Randy D | USACE NOD Real Estate Division | |
| | | | | | | Frerichs, James | USACE NOD Planning Division | |
| | | | | | | Graham, Joe | USACE LMVRE | |
| | | | | | | Griffin, Elizabeth A | USACE NOD Counsel | |
| | | | | | | Guizerix, Robert J | USACE LMNED-DG | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Harrington, Thomas E | USACE LMNED-M Engineering | |
| | | | | | | Hartzog, Larry | USACE NOD Planning Division | |
| | | | | | | Hawes, Sue | USACE NOD Planning Division | |
| | | | | | | Hill, William Hote | USACE LMVED-T | |
| | | | | | | Johnson, Norwyn | USACE LMVD Planning Division | |
| | | | | | | Landry, Vic | USACE NOD Exec Ofc | |
| | | | | | | Latta, Lucille | USACE LMVRE-A | |
| | | | | | | Lee, Robert C | USACE NOD Exec Ofc | |
| | | | | | | Lominick, Wes | USACE NOD Counsel | |
| | | | | | | Louque, R E | USACE LMVED-W | |
| | | | | | | Nettles, E H | USACE LMVD Program Branch | |
| | | | | | | Pittman, Rod | USACE NOD PROG DEV OFC | |
| | | | | | | Read, William | USACE LMVEX | |
| | | | | | | Resta, R H | USACE LMVED | |
| | | | | | | Reynolds, Jim | USACE NOD Planning Division | |
| | | | | | | Robbins, Arnold | USACE LMVD Planning Division | |
| | | | | | | Schroeder, R H | USACE NOD Planning Division | |
| | | | | | | Stutts | | |
| | | | | | | Stutts, David V | USACE LMVED-MP | |
| | | | | | | Towers, Joseph | USACE NOD Counsel | |
| | | | | | | Weber, John | USACE NOD Planning Division | |
| | | | | | | Whitaker, Harry | USACE NOD Real Estate Division | |
| | | | | | | Wright, Hugh | USACE NOD Planning Division | |
| NED-132-000001243 | NED-132-000001243 | Attorney - Client | 19780424 | Marshall, R C | USACE Division Engineer | | Office of Counsel | Memorandum regarding Lake Pontchartrain, LA, and Vicinity - Restudy and Revision of EIS. |
| | | | | | | D, G J | | |
| | | | | | | District Engineer | USACE LMNPD-R | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NED-132-000001270 | NED-132-000001278 | Deliberative Process | 19780413 | Chatry, Frederic M | USACE Engineering Division | | USACE Equip Pool Section | Report regarding Two Basic Structural Alternatives in the Alternative Plans Study: High Level Plan and Barrier Plan; Hand-Written Memo to Files dated 04/13/1978 regarding the "Low Risk" Schedule for revised EIS and attached Draft Comments regarding Engineering Studies included in revised EIS Schedule; Disposition Form dated 04/03/1978 regarding Request for Approval for Charter of Light Aircraft. |
| | | | | D, G J | | Chief | F&A Branch | |
| | | | | Deputy District Engineer | | Deputy District Engineer | | |
| | | | | | | Shell, Bill | | |
| NED-132-000001338 | NED-132-000001341 | Deliberative Process | 19800728 | Becnel | USACE H&H Branch | | USACE Design Memo Branch | Memorandum dated 07/17/1980 regarding Review of Final Draft Reports "General Hydrography of Lake Pontchartrain, Louisiana" and "General Hydrography of the Tidal Passes of Lake Pontchartrain, Louisiana"; Disposition Forms dated 07/24/1980 to 07/28/1980 regarding Review of Final Version of Hydrology Reports Prepared for Lake Pontchartrain Study by LSU Center for Wetlands. |
| | | | | Boyd, M B | USACE Hydraulics Laboratory | | USACE Planning Division | |
| | | | | Chatry | USACE Engineering Division | District Engineer | USACE New Orleans District LMNED-HC | |
| | | | | Simmons, H B | USACE Hydraulics Laboratory | Hote | | |
| | | | | | | Stutts | | |
| NED-132-000001357 | NED-132-000001358 | Deliberative Process | 19800703 | Chatry | USACE Engineering Division | | USACE Planning Division | Disposition Form regarding Lake Pontchartrain, LA & Vicinity Hurricane Protection Project - "Working Papers" Preliminary Formulation of Alternative Plans. |
| | | | | | | Stutts | | |
| NED-132-000001359 | NED-132-000001360 | Deliberative Process | 19800703 | Chatry | USACE Engineering Division | | USACE Planning Division | Disposition Form regarding Minutes of Lake Pontchartrain Technical Advisory Group Meeting Held 3 & 4 June 1980 with attached enclosure Technical Session (06/03/1980) TAG Comments. |
| | | | | | | Combe, Jay | USACE LMNED-H | |
| | | | | | | Grimwood | | |
| | | | | | | Stutts, Van | USACE LMNED- M | |
| NED-132-000001408 | NED-132-000001440 | Deliberative Process | 198006XX | | USACE USAED Planning Division Plan Formulation Branch | Stutts | | Draft report regarding Working Papers: Preliminary Formulation of Alternative Plans for the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project. |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NED-132-000001550 | NED-132-000001555 | Deliberative Process | 198107XX | | USACE LMNED-FS | | | Drawings regarding Preliminary Design Sections Cost Estimating for 17th St. Outfall Canal I-Wall Reaches 1-3 High Level Plans, London Ave. Outfall Canal Reach 4 Levee High Level Plan and Orleans Ave. Outfall Canal I-Wall Reaches 1-2 High Level Plans. |
| NED-132-000001655 | NED-132-000001686 | Deliberative Process | 197712XX | Cronin, L E | | District Engineer | USACE New Orleans District | Draft report dated 12/XX/1977 regarding Environmental Consideration of the Construction and Operation of Proposed Barrier Structures at Chef Menteur Pass and the Rigolets Pass, Lake Pontchartrain, Louisiana. |
| NED-132-000001698 | NED-132-000001712 | Attorney - Client | 19830303 | | USACE District Engineer | | USACE LMNPD-RC | File Folder 1110-2-1150a entitled "Lake Pontchartrain, La. & Vic., Alternative Plans Studies 1983"; Telephone or Verbal Conversation Record dated 03/03/1983 regarding Lake Pontchartrain Hurricane Project; Memorandum dated 02/11/1983 regarding Lake Pontchartrain and Vicinity Hurricane Protection Project: Avoidance of Magnetic Anomalies Located in Offshore Borrow Areas, including attached UTM Coordinates and Maps identifying Avoidance Areas; Disposition Form and attached documents regarding Lake Pontchartrain and Vicinity Project, Rights of Entry for Cultural Resources Investigations and Environmental Analysis Visual Surveys Expiring in March and May 1983. |
| | | | | | U.S. Geological Survey | | USACE Planning Division | |
| | | | | | USACE Engineering Division | | USACE Real Estate Division | |
| | | | | | USACE LMNED-FS | | USACE LMNED-MP | |
| | | | | Chatry Frederic M | USACE Engineering Division | | USACE LMNPD-R | |
| | | | | Cole, Anthony C | USACE Real Estate Division | | USACE LMNPD-F | |
| | | | | Robbins, Arnold V | USACE LMVPD-P | | USACE LMNRE-P | |
| | | | | Wagahoff, Cletis R | USACE Planning Division | | USACE LMNED-PB | |
| | | | | | | | USACE LMNNO | |
| | | | | | | | USACE LMNED-PF | |
| | | | | | | | USACE Engineering Division | |
| | | | | | | Bagley | | |
| | | | | | | Bayley | | |
| | | | | | | Delaune | | |
| | | | | | | Graham, Joe | | |
| | | | | | | Harris | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | Hill, Jack | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Nettles | | |
| | | | | | | Nutter, Ed | USACE DAEN-CWP-G | |
| | | | | | | Read | | |
| | | | | | | Resta | | |
| | | | | | | Robbins, Arnold V | USACE LMVPD-P | |
| | | | | | | Stout | | |
| | | | | | | Stutts | USACE LMNED-SP | |
| NED-132-000001718 | NED-132-000001727 | Deliberative Process | 19830322 | B, E E | | Barton | | Handwritten Notes regarding Phase I GDM and Model Studies; Routing and Transmittal slips dated 05/06/1982 to 03/22/1983 and attached Memorandum dated 05/05/1982 regarding Lake Pontchartrain, LA. & Vicinity Hurricane Protection Project, Revised EIS and Phase I Type Study and attached Status report dated 04/1982 regarding Lake Pontchartrain, LA. & Vicinity Hurricane Protection Project. |
| | | | | Robbins, Arnold V | USACE LMVPD-P | Chatry | | |
| | | | | Stutts, D Vann | USACE LMNED-MP | Harrington | | |
| | | | | | | Reynolds, Jim | USACE | |
| | | | | | | Shelton | | |
| NED-132-000001732 | NED-132-000001735 | Deliberative Process | 19820513 | Chatry Frederic M | USACE Engineering Division | | Waterways Experiment Station | Memorandums dated 05/13/1982, 05/25/1982 to 08/06/1982 Regarding Transmittal of Draft Report Entitled Lake Pontchartrain and Vicinity Hurricane Protection Plan; Disposition Form dated 05/25/1982. |
| | | | | Harrington, Thomas E | USACE Design Services Branch | Chatry | USACE LMNED | |
| | | | | Soileau, Cecil W | USACE Hydraulics and Hydrologic Branch | Combe | USACE LMNED-HC | |
| | | | | | | Hote | USACE Design Services Branch | |
| | | | | | | Soileau | USACE LMNED-HC | |
| | | | | | | Stutts | USACE Hydraulics & Hydrologic Branch | |
| NED-132-000001838 | NED-132-000001839 | Attorney - Client | XXXXXXXX | Nachman, Gwenn B | USACE District Counsel | | | Memorandum regarding the Lake Pontchartrain and Vicinity Hurricane Protection Project and St. Charles Parish, with particular reference to interior drainage problems and pumping stations. |
| NED-132-000001840 | NED-132-000001841 | Deliberative Process | 19961007 | | | | | Report regarding Final Draft:  Comments to CELMVD-ED-PF memorandum. |
| NRG-010-000000028 | NRG-010-000000029 | Attorney - Client | 19991115 | Frederick, Denise D | USACE MVD MVN | Florent, Randy D | USACE MVD MVN | Emails regarding ADA Question. |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | Nachman, Gwenn B | USACE MVD MVN CEMVN-OC | Frederick, Denise D | USACE MVD MVN | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Kuz, Annette | USACE MVD | |
| | | | | | | Nachman, Gwenn B | USACE MVD MVN CEMVN-OC | |
| | | | | | | Naomi, Alfred C | USACE MVD MVN | |
| | | | | | | Wagner, Kevin G | USACE MVD MVN | |
| NRG-010-000001967 | NRG-010-000001969 | Attorney - Client | 20011004 | Bland, Stephen S | USACE MVD MVN | Bland, Stephen S | USACE MVD MVN | Emails dated 10/02/2001 to 10/04/2001 regarding Lake Pontchartrain  Hurricane Protection -  St. Charles Parish. |
| | | | | Naomi, Alfred C | USACE MVD MVN | Burdine, Carol S | USACE MVD MVN | |
| | | | | Rosamano, Marco A | USACE MVD MVN | Cottone, Elizabeth W | USACE MVD MVN | |
| | | | | | | Cruppi, Janet R | USACE MVD MVN | |
| | | | | | | Dicharry, Gerald J | USACE MVD MVN | |
| | | | | | | Fredine, Jack | USACE MVD MVN | |
| | | | | | | Naomi, Alfred C | USACE MVD MVN | |
| | | | | | | Rosamano, Marco A | USACE MVD MVN | |
| | | | | | | Wagner, Kevin G | USACE MVD MVN | |
| NRG-018-000000558 | NRG-018-000000563 | Attorney - Client | 19990226 | Brooks, Michael | USACE MVD MVN | Bonura, Darryl C | USACE MVD MVN | Email and attached document dated 02/25/1999 regarding SWB Consent Decree; Email dated 02/26/1999 regarding SWB Consent Decree; Emails dated 02/03/1999 to 02/04/1999 regarding EPA/S&WB Consent Decree and attached Letter dated 02/03/1999 regarding Southeast Louisiana Urban Flood Control (SELA) and Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Projects. |
| | | | | Green, Stanley B | USACE MVD MVN | Brooks, Michael | USACE MVD MVN | |
| | | | | Northey, Robert | USACE MVD MVN Office of Counsel | Frederick, Denise D | USACE MVD MVN | |
| | | | | Wagner, Kevin G | USACE MVD MVN | Gorman, Harold J | | |
| | | | | | | Green, Stanley B | USACE MVD MVN | |
| | | | | | | Hassenboehler, Thomas G | USACE MVD MVN | |
| | | | | | | Marchand, Harold D | Sewerage & Water Board of New Orleans Office of Special Counsel | |
| | | | | | | Naomi, Alfred C | USACE MVD MVN | |
| | | | | | | Northey, Robert | USACE MVD MVN Office of Counsel | |
| | | | | | | Wagner, Kevin G | USACE MVD MVN | |
| NRG-018-000000595 | NRG-018-000000595 | Attorney - Client | 19990125 | Green, Stanley B | USACE MVD MVN | Brooks, Michael | USACE MVD MVN | Email regarding EPA Consent Decree. |
| | | | | | | Conravey, Steve E | USACE MVD MVN | |
| | | | | | | Cottone, Elizabeth | USACE MVD MVN | |
| | | | | | | Guggenheimer, Carl R | USACE MVD MVN | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | Hassenboehler, Thomas G | USACE MVD MVN | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Naomi, Alfred C | USACE MVD MVN | |
| | | | | | | Northey, Robert | USACE MVD MVN | |
| | | | | | | Patterson, Willie L | USACE MVD MVN | |
| | | | | | | Pecoul, Diane K | USACE MVD MVN | |
| | | | | | | Purdum, Ward C | USACE MVD MVN | |
| | | | | | | Satterlee, Gerard S | USACE MVD MVN | |
| | | | | | | Wagner, Kevin G | USACE MVD MVN | |
| NRG-018-000000642 | NRG-018-000000704 | Attorney - Client; Attorney Work Product | 19980406 | Clifford, Jerry | U.S. Environmental Protection Agency Region VI | | United States of America | Consent Decree in the Matter of United States of America & League of Women Voters of New Orleans, et al. v. Sewerage and Water Board of New Orleans, City of New Orleans, and the State of Louisiana, Civil Action No. 93-3212. |
| | | | | Coleman, Samuel | U.S. Environmental Protection Agency Region VI | | State of Louisiana | |
| | | | | Cruden, John C | United States Department of Justice Environmental and Natural Resources Division | | City of New Orleans | |
| | | | | Diamond, Henry L | Beveridge & Diamond P.C. | | League of Women Voters of New Orleans | |
| | | | | Dibiagio-Wood, Elyse | United States Environmental Protection Agency Office of Regulatory Enforcement | | Eastern District of Louisiana New Orleans Division | |
| | | | | Herman, Steven A | United States Environmental Protection Agency Office of Enforcement and Compliance Assurance | | Sewerage and Water Board of New Orleans | |
| | | | | Ieyoub, Richard P. | State of Louisiana | | | |
| | | | | Jordon, Eddie J | Eastern District of Louisiana | | | |
| | | | | Kuehn, Robert R | Tulane University Environmental Law Clinic | | | |
| | | | | Lambert, John D | Sewerage and Water Board of New Orleans | | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

|  |  |  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|--|--|
|  |  |  |  | Rocha, Nelly | United States Environmental Protection Agency - Region 6 Compliance Assurance and Enforcement Division |  |  |  |
|  |  |  |  | Rosenthal, Arnold S | United States Department of Justice Environment and Natural Resources Division Environmental Enforcement Section |  |  |  |
|  |  |  |  | Russell, Avis Marie | City of New Orleans |  |  |  |
|  |  |  |  | Schiffer, Lois J | United States Department of Justice Environmental and Natural Resources Division |  |  |  |
|  |  |  |  | Smith, Michael P | State of Louisiana Department of Justice Public Protection Division |  |  |  |
|  |  |  |  | Weidenfeld, Paul | Eastern District of Louisiana |  |  |  |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NRG-018-000001025 | NRG-018-000001042 | Attorney - Client; Attorney Work Product | 19990204 | Bonura, Darryl C | USACE MVD MVN | Benavides, Ada | USACE MVD MVN | Emails dated 01/11/1999 to 02/04/1999 regarding EPA/S&WB Consent Decree; Email dated 01/11/1999 regarding EPA/S&WB Consent Decree and attached Letter dated 12/23/1998 regarding Southeast Louisiana Urban Flood Control Project U.S. Environmental Protection Agency/Sewerage and Water Board Consent Decree;  Letter dated 12/23/1998 regarding Southeast Louisiana Urban Flood Control Project U.S. Environmental Protection Agency/Sewerage and Water Board Consent Decree; Emails dated 12/23/1998 to 12/28/1998 regarding SELA and Sewerage & Water Board of New Orleans/EPA Consent Decree; Letter dated 12/23/1998 regarding Southeast Louisiana Urban Flood Control Project U.S. Environmental Protection Agency/Sewerage and Water Board Consent Decree; Handwritten Notes dated 09/18/1998 and Email dated 9/9/1998 regarding Lake Pontchartrain Hi Level Plan, Fronting Protection, P.S. 3 dated 09/09/1998; Letter dated 08/21/1998 regarding Fronting Protection at Drainage Pumping Station (DPS) No. 3EPA Consent Decree Language. |
| | | | | Brooks | | Bonura, Darryl C | USACE MVD MVN | |
| | | | | Green, Stanley B | USACE MVD MVN | Bonurada | USACE LMNN30 | |
| | | | | Kinsey, Mary V | | Brooks, Michael | USACE MVD MVN | |
| | | | | Marchand, Harold D | Sewerage & Water Board of New Orleans Office of Special Counsel | Buisson, Bob | USACE MVD MVN | |
| | | | | Naomi, Alfred C | USACE MVD MVN | Cottone, Elizabeth | USACE MVD MVN | |
| | | | | Northey, Robert | USACE MVD MVN Office of Counsel | Danflous, Louis E | USACE MVD MVN | |
| | | | | Wagner, Kevin G | USACE MVD MVN CEMVN-PM-E | Earl, Carolyn H | USACE MVD MVN | |
| | | | | | | Frederick, Denise D | USACE MVD MVN | |
| | | | | | | Glorioso | USACE LMNS30 | |
| | | | | | | Gorman, Harold J | | |
| | | | | | | Green, Stanley B | USACE MVD MVN | |
| | | | | | | Guggenheimer, Carl R | USACE MVD MVN | |
| | | | | | | Hassenboehler, Thomas G | USACE MVD MVN | |
| | | | | | | Kevin | | |
| | | | | | | Lambert, John D | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | Marchand, Harold D | Sewerage & Water Board of New Orleans Office of Special Counsel | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | McKinney, C G | | |
| | | | | | | Nachman, Gwenn B | USACE MVD MVN | |
| | | | | | | Naomi, Alfred C | USACE MVD MVN | |
| | | | | | | Northey, Robert | USACE MVD MVN Office of Counsel | |
| | | | | | | Spencer, Stevan G | Orleans Levee District | |
| | | | | | | St. Martin, Marcia | | |
| | | | | | | Sullivan, G J | | |
| | | | | | | Tickner, W E | USACE Engineering Design | |
| | | | | | | Tickner, W E | USACE MVD MVN | |
| | | | | | | Victor, Gerard M | | |
| | | | | | | Wagner, Kevin G | USACE MVD MVN CEMVN-PM-E | |
| NRG-019-000001345 | NRG-019-000001381 | Attorney - Client | 19970618 | Broussard, Terral J | USACE Programs and Project Management Division | | Pontchartrain Levee District | Memorandum dated 06/04/1996 regarding Lake Pontchartrain & Vicinity, LA, Hurricane Protection- St. Charles Parish Construction Acceleration and Pump Station Feasibility and attached Letter including a Feasibility Report, Funding and Schedule spreadsheets and a Hydraulic Appendix and Tables; Fax cover with attached Letter dated 07/15/1997 regarding the incorporation of pumping stations in the St. Charles Parish portion of the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project and attached Letter dated 06/18/1997 addressing the incorporation of flow through pump stations, rather than flood gates into the Lake Pontchartrain and Vicinity, LA Hurricane Protection Project, St. Charles Parish, north of Airline Highway. |
| | | | | Dyson, Jerry | | Barnett, Larry | USACE LMVD-OC | |
| | | | | Nachman, Gwendolyn B | USACE CELMN-OC | Broussard | USACE CEMVN-PM-M | |
| | | | | Tauzin, W J | U.S. Congress | Broussard, Terral J | USACE Programs and Project Management Division | |
| | | | | Tregre, Chris A | St. Charles Parish | Cottone, E W | USACE CEMVN-PM-M | |
| | | | | | | Graves, Garret | | |
| | | | | | | Gwenn | | |
| | | | | | | Hebert, Gordon | | |
| | | | | | | Schulz, Alan | | |

Privilege Log
In Re: Katrina Canal Breaches Litigation, No. 05-4182
November 5, 2007

| | | | | | | Tregre, Chris A | St. Charles Parish | |
|---|---|---|---|---|---|---|---|---|