STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER**
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Telephone: (504) 525-1944
Facsimile: (504) 525-1279

# HURRICANE LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT
2007 NOV -5 AM 9:00
LORETTA G. WHYTE
CLERK

07-4459 (K/2)
(Consolidated with 05-4182)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROBERT ADAMS; KATHERINE ALEXANDER; DOLORES )
ALEXANDER; CATHERINE ANN ALLEN-PERKINS; )
WILLIE ANTOINE, III; VINCENT AND SUE AUBERT, JR.; )
ROBERT AND ETHEL MAE BAILEY; MACK BARNES; )
MARK BATISTE; BARBARA BLADE; CRAIG AND SHARON )
BLAIR; BERT AND MARY BOE; GERALDINE BORDELON; )
PAUL AND JOYCE BROWN; FREDRICK, JOY AND )
MICHAEL BULLINGER; SHAREY CARRE; STEDMON AND )
VANESSA CONNOR; LEON CORDIER; MICHAEL )
CORLEY; DERWAN COWART; GERMAINE H. CRAFT )
AND RUTH HONORE; TOMMY AND ALICE CURTAIN; )
ALVIN DAVIS; AUBREY AND HELEN DAVIS; ISIDORE )
AND TERRY DE LANZAC; ISIDORE DE LANZAC AND )
IRIS GEREIGHTY; ALTHEA DETEWILLE; ZENA EZEB; )
GAYNELL FARRELL; HARRY AND MAZEY FERRIER; )
NORMAN AND CYNTHIA GALLO; GAIL GREATHOUSE; )
THADDEUS GREENLEE; CHARLIE AND FRANKIE )
HARRIS; EDWARD AND MARTENIA HAWKINS; JOY )
HESSE; JIMMIE HINTON; GWENDOLYN HONORE; )
RONALD H. JEFFERSON; DAWN AND JEFFREY )
JOHNSON; LIONEL JOHNSON; PATRICIA JOHNSON; )

1

__ Fee
✓ Process
X Dktd
__ CtRmDep
__ Doc. No

| | |
|---|---|
| WILFRED JOSEPH; KELSH AND SHIRLEY KELLY; CHARLENE M. LEAL; GARY AND KAREN LEAUMONT; EDWARD AND BARBARA LEFEVRE; MARIE M. LEWIS; VIOLA LITTLE; FRANK LOMBARDO; OLIVER AND JACQUELINE LUCIUS, SR.; SUZANNE LYONS; REGINA MARSHALL; JOSEPH AND NANCY McDANIEL; MAXINE MILLER; MARY MILLS; GARY AND PATRICIA MITCHELL; DENNIS AND LOIS MORGAN; YOLONDA MORNAY; RITA NEASON; LYNN PATNETT; JERROLD AND MARLENE PEDESCLAUX; VINCENT AND MARY PEREZ; DENNIS AND MARILYN PERTUIT; BARBARA RAINEY; EVELYN RIVERA; SHIRLEY ROBERTSON; JOEL SCHROEDER; PETER STEVENSON, JR.; RUSSELL STOCKARD; RAYMOND SUTTON; MYRA TERRY; JUANITA THOMAS; STANLEY TUCKER; CHARLES UNTZ, JR.; JUNE WILLIAMS,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiffs Viola Little amends the Complaint to correct the misnaming of the defendant State Farm and add the name of Allstate as additional defendant.

The allegations in the complaint are unchanged by the amended complaint.

The amended complaint is timely filed and in accordance with Federal Rule of Civil Procedure Rule 15(a) and (c).

                                      Respectfully submitted,

*[signature]*

STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
1100 Poydras Street
Suite 2900
New Orleans, LA  70163
Telephone: (504) 525-1944