STUART T. BARASCH (20650)
**HURRICANE LEGAL CENTER**
1100 Poydras Street
Suite 2900
New Orleans, LA   70163
Telephone:   (504) 525-1944
Facsimile:     (504) 525-1279



**HURRICANE LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 NOV -5  AM 8: 53
LORETTA G. WHYTE
CLERK

07-5206(K/2)
(consolidated
with 05-4182)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DEBRA ADAMS & LILLIE MAE SEAWRIGHT; CLAUDIA         )
AGNEW; SHEIKH AHMED & SHEILA BULT; DENNIS           )
AKINS; SAMUEL V. & ROGER J. ALBERT; ROBERT &        )
SANDRA ALLUMS; LYNETTE ANCALADE; SANTIAGO &         )
LUCINA  AVILA; CHARLES & CATHY BAKER; CHERYL        )
BANNISTER; EMMA BARNES; DENISE BAPTISTE;  GAIL      )
BAPTISTE; JOHN BEAUMONT; RANDY BELLIZAN;            )
RICHARD BELLIZAN; DEBRA BELTAN; GLORIA              )
BENANDI; DEBRA BENNETT; EARLINE BERGERON;           )
ELAINE BERRY; CLEVELAND & MYRTIS BETHLEY;           )
ELVERT BIJOU; ROBERT &  PATRICIA  BILLIOT;          )
RONALD BILLIZON; DIANE BOSEMAN; RICHARD             )
BOSEMAN; BARBARA S. BOURGEOIS; CEDONIA              )
BRANCH; CLAUDIA BRELAND; BARBARA BROOME;            )
VIOLET BROUSSARD; JAMES & JANICE BROWN;             )
MARION BRYAN; LASHAWN BUCHANAN; ARTHUR &            )
SHIRLEY BURTON; INEZ BYNUM; DEBORAH  CANNON;        )
PEARL CANTRELLE; JOHN M. & WINIFRED CARLSON;        )
GREGORY & JOANN CARRIE; DOROTHY & ALVIN             )
CARTER; RICHARD CASSARA; EDWARD C. & WANDA P.       )
CEASER; IVORY A. CHOPIN; CYNTHIA  CHRISTOFF;        )

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

1

HEZEKIAH CLARK; SANTO & BARBARA COLLURA;           )
BONNIE CONDOR; GREGORY & JEAN CORDIER;             )
JERMAINE & CLIMMIE CRAFT;  WAYNE CRITFIELD;        )
LARRY & HANNAH CUSHENBERRY; ORALEAN &              )
HAROLD CUTNO; ALICE DABNEY; ETHEL DALON-           )
JOHNSON; LAWRENCE DARSAM; SHEILA DAVIS;            )
VANESSA & JAMES DAVIS; BEATRICE & WENDELL          )
DEBOSE; MARK & SUNCHONG DERNOVSEK; MARY            )
DEVEZEN & DENISE JOLLY;  LARRY & ANGETTE           )
DICKERSON;  SIDNEY & INEZ DOREST; GENEVA           )
DORSEY; RITA DUNAWAY; CESAR & JULIA                )
ECHEVERRIA; HARRY ENCALADE; GLADYS ENCLADE;        )
LISA ENGLADE & TERRY DELANZAK; LORENZO &           )
CECILIA ESTEEN; ETTIE ESTOPINAL; MARGIE FAVA;      )
LISA & ANTHONY FIELDS; KEVIN & DENETIA FISHER;     )
DIANA & LAWRENCE FIZER, JR.; BETTY FOLEY;          )
DONNA & RONALD FOURNIER; JOSEPH FRADY;             )
IRENE FRANCIS; ELLSWORTH & JOANN FRANK;            )
WANDA FRANKLIN; ORVILLE FRAZIER; THOMAS            )
GANT, JR.; ALICE GARRETT; GINO GAUTREAUX;          )
CHARLES & EILEEN GETTYS; BRENDA V. GIBSON;         )
MARK & EDWINA GILBERT; FELIX & JOSEPH              )
GIORLANDO; CHERYL C. & ANTHONY W. GOMEZ;           )
VINCENT & ELLEN GOODMAN; MARVIN GORDON;            )
ALBERT & BLUE GREEN; RHONDA GRAF;  JAMES           )
GRAYOL, JR. & OLGA C. KNOX; DARLENE GREEN;         )
REGINALD J. GREEN; JOYCELYN & OZINE HAGAN;         )
KEVIN & LEIGH HANHART; ALFRED HARRIS; JOAN         )
HARRIS; RONDELL HARRIS; JOHNNIE MAE HARRISON;      )
RONALD HASNEY, JR.; BERNADETTE & JERRY             )
HAYES; EVELYN HENRY; TONI HOLMES; YVONNE           )
HUNTLEY; DOROTHY & GREGORY HUSBAND;                )
CAROLYN IMPASTATO; FLORINE JACKSON; STEPHANIE )
JACKSON; DEBORAH JAMES; WILLIE MAE &               )
MARVIN JEFFERSON; EDWARD & JUNE JOHNSON;           )
MERRY JOHNSON; BENNIE JONES; BENNIE & BRENDA       )
JONES; JILL & NUMA JONES; ELSIE JOSEPH; ULYSSES    )
& SARAH JUPITER; NORMA & MARIE KABLE; PETER        )
LABAT; STEVEN & TINA LATUSO; THOMAS LAVIGNE;       )
DIANNE & BEAUREGARD LAWSON; PATRICIA LEE;          )
SHARON LEE; RUTH LEFORT AND LOUVENIA & TRACI       )

LEFORT; FLOYDELL LEWIS; CONRAD LOPEZ; DON & )
DEIDRE LOPEZ; DEBRA LOWE & ANGELINA JACKSON; )
IVAS LUNA; BETTY LUNDY; GEORGE & DAWN LUPO; )
TONGELA & CAROLYN MACK; TRACY MADISON; )
AUDREY & JOSEPH MALONE; WALTER & MARY )
MASCARI; KAREN MATTHEWS; STEPHEN & MARCIA H. )
MATTHEWS; HERMINA MCCALL; DAVID MCFARLAND, )
SR.; JAMES & BOBBIE MCGEE, SR.; PETER )
MCGRUDER; PATRICE C. MCHUGHES; CLEO )
MCKENNIE; THELMA MCKENZIE; ROBERT MEEHAN; )
ROSE MARY MENZIES; JUDY MERCADAL; BLAINE & )
VELMA MEREDITH; RUSSELL MILES, Jr.; WILLIE MILES; )
ANN MILLER; KATHLEEN MILLER; DAWN MISCHLER; )
KENNETH MITCHELL; DOROTHY MONROE; JOHN )
MONTZ; EMILE MORANO; JANNETTE MORROW; )
CHRISTINE MOTEN; HELEN MOTEN; EARL MOZIER; )
WILBERT MURPHY; HENRY & JACQUELINE MUSE, JR.; )
IDA MYLES; DIANE NELSON; ALBERT & EMMA NOEL; )
GERALDINE NORMAN; MARK NORWAY; MARK NUNEZ; )
JOSEPH & LOVIE O'BRIEN; OLD PATHWAY BAPTIST )
CHURCH; JOYCE OLSEN; PAMELA OPREA; MICHAEL & )
SHIRLEY ORIANO; KAAREN TEMPLE; MARIE PEREZ; )
CORNELIUS PERRY; JANICE PETERS; JOHN PETERS; )
HOWARD & JO-ANN PETERSON; AMOS PIERCE; )
THOMAS PONSON; STEPHANIE POREE; WARREN & )
KIM POWELL; ROSALIND RANDALL; MARK RASCHKE; )
CHARLIE & DONNA RICHARDSON; JOSEPH & ALICE )
RILEY; CHERYL RIVERA; MATTHEW ROBINSON; )
PATRICIA ROBINSON; HENRY ROSENTHAL; MICHAEL & )
ROSIE ROYAL; DAVID & ALFRED ROTH; REGAN & )
CRYSTAL RUSSELL; RICHARD & DEBRA RUSSELL; )
MINNIE RYAN; THELMA SANDERS; JOHN & WILMA )
SARGENT; ARTIS SATCHER; CATHERINE )
SCHEXNAYDER; ANN & PAMELA SCHMITT; PAMELA )
SCHMITT; TODD SCHMITT; PAUL SCINEAUX, JR.; )
HAROLD SEARS; BRENDA J. SHARETT; MICHAEL )
SHAW; VALERIE SHIELDS; AUDREY & JOE SHIMSHACK; )
REBECCA SIDNEY; RONALD & EVELYN SIMONEAUX; )
CHARLES SIMPSON; HOWARD SLAN; ALAN & LOIS )
SMITH; BETTY SMITH; THEODORE STARKEY, JR.; )
JESSE & MARY SMITH; JOYCE SMITH BY SHARON )

3

KINGSTON; CHRISTINE SNYDER; FELICIA STAFFORD; )
ORA LEE W. SUMMERS; VALERIE S. TAYLOR; )
MARY THIBODEAUX; BETTY THOMAS; DOROTHY )
THOMPSON; LAWRENCE THONN; LORRAINE )
THORNTON; AMELIA TOLLIVER; JAMES TROXCLAIR; )
ELSIE TURNER; PEARLIE TYLER; BARBARA VEAL; )
VIRGIE VEGH; CECILE VIGEE; J'NET WARREN; JEAN )
WASHINGTON; REBECCA WASHINGTON; LOIS )
WATSON; ETHEL WEESER; CLIFTON & ESTENE )
WICKCLIFF; HERMAN B & BRENDA WILLIAMS; )
SHARLENE C. WILLIAMS; LOUIS & ZARA WILLIAMS, )
JR.; VIRGIL & FAY WILLIAMS, JR.; NICOLE & JUAN )
WILSON; WILLIAM WILSON; GAIL Y. WOMACK; )
DAVID & ROBYN WULFF; WALTER & ROSABELLE )
YURATICH, )
)
    Plaintiffs, )
)
vs. )
)
ALLSTATE INSURANCE COMPANY; STATE FARM
INSURANCE
    Defendant. )
_____)

## FIRST AMENDED COMPLAINT FOR DAMAGES

Plaintiff Cornelius Perry amends the Complaint to correct the misnaming of the defendant Allstate and add the name of State Farm as additional defendant.

The allegations in the Complaint are unchanged by the amended complaint.

The amended complaint is timely filed and in accordance with Federal Rule of Civil Procedure Rule 15(a) and (c).

                                       Respectfully submitted,

_____
STUART T. BARASCH (20650)
HURRICANE LEGAL CENTER
1100 Poydras Street
Suite 2900
New Orleans, LA  70163
Telephone: (504) 525-1944