**PRODUCTION LOG**
In Re Katrina Canal Breaches Litigation, No. 05-4182

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| INM | 197 | INM-197-000000001 | INM-197-000002186 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1527) |
| INM | 198 | INM-198-000000001 | INM-198-000002600 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1528) |
| INM | 199 | INM-199-000000001 | INM-199-000001648 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1529) |
| INM | 200 | INM-200-000000001 | INM-200-000001993 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1530) |
| INM | 201 | INM-201-000000001 | INM-201-000002469 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1531) |

**PRODUCTION LOG**
**In Re Katrina Canal Breaches Litigation, No. 05-4182**

| Container Source Code | Container Number | Bates First | Bates Last | Source (Agency, Division, Office, Location) | Custodian Name | Media Number | Date Produced | Track | Comments |
|---|---|---|---|---|---|---|---|---|---|
| INM | 202 | INM-202-000000001 | INM-202-000002704 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1532) |
| INM | 203 | INM-203-000000001 | INM-203-000002290 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1533) |
| INM | 204 | INM-204-000000001 | INM-204-000002990 | USACE; MVD; MVN | Unavailable | KC238 | 11/5/2007 | Class - Levee, MRGO and Barge; Common Liability - Levee, MRGO and Barge; Robinson | Full Box Production October 2007 Contract Box (Project Box 1534) |