**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 31, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| PERTAINS TO: BARGE Parfait Family, CA 07-3500 | NO. 05-4182 |
| | SECTION "K"(2) |

**MOTION** to dismiss or alternatively to stay Parfait Family V. United States, No. 07-3500 by Washington Group International, Inc., filed 10/5/07, doc. 8224.

**MOTION** to adopt Washington Group International, Inc. to dismiss or alternatively to stay Parfait Family V. United States, No. 07-3500 by Orleans Levee District, filed 10/16/07, doc. 8428.

**CASE MANAGER: SHEENA DEMAS**
**COURT RECORDER: CINDY USNER**

**APPEARANCES:** Joseph Bruno, Scott Joanen, Ashton O'Dwyer, William Treeby, Mark Hanna, Ben Mayeaux, Gary Zwain, Brian Gilbert, Heather Lonian & Daniel Webb

Court begins at 10:45 a.m.  Case called; all present and ready.
Oral  argument by parties.
Ashton O'Dwyer offer exhibits 1, 2A-F,  & 3, admitted.
Power point presentation exhibits A & B, admitted by Joseph Bruno.
These matter are SUBMITTED.
Court adjourned at  12:06 p.m.

JS-10 (1:19)

**AO 187(Rev. 4/82)**      **EXHIBIT AND WITNESS LIST**

| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | VS. | | DISTRICT COURT<br>EASTERN DIST. OF LOUISIANA |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br><br>See the minute entry in re: appearances | DEFENDANT'S ATTORNEY<br><br>See the minute entry in re: appearances | | DOCKET NUMBER<br>CA 05-4182 "K"(2) |
| | | | TRIAL DATE(S)<br>October 31, 2007 |
| PRESIDING JUDGE<br><br>STANWOOD R. DUVAL, JR. | COURT RECORDER<br><br>CINDY USNER | | CASE MANAGER<br><br>SHEENA DEMAS |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/31/07 | X | X | Email from Bob Bea , July 2, 2007 to Ashton O'Dwyer Re: WGI |
| 2 A-F | | " | X | X | Emails from Ashton O'Dwyer Re: WGI Documents |
| 3 | | " | X | X | Memo from Asst. Secretary of the Army (Civil Works) Septemper 20, 2000<br><br>Re: MRGO, Evaluation Report on Inner Harbor Navigation Canal Lock Replacement |
| | | | | | |
| A & B | | X | X | X | Power Point Presentation 2 maps shown by Joseph Bruno. |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.