UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § _____ § PERTAINS TO: § LEVEE, MRGO (06-5260) § BOBBY L. LEDUFF, ET AL. § § § § | CIVIL ACTION No. 05-4182 "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |

### PLAINTIFFS' FIRST SUPPLEMENTAL COMPLAINT

Plaintiffs **Bobby L. Leduff,** *et al.*, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and in accordance with the Court's Order dated September 11, 2007 (Doc. no. 7517; granting Defendant St. Paul Fire and Marine Insurance Companies' Motion for More Definite Statement) files this *First Supplemental Complaint.*

1.

Plaintiffs incorporate by reference all of the allegations, including the Prayer for Relief, filed in **Plaintiffs' Original Complaint** (filed as cause no. 06-5260).

2.

Plaintiffs supplement **Plaintiffs' Original Complaint**, Paragraph **63**, to include the following additional language:

> Plaintiffs aver that Defendant St. Paul had in full force and effect a policy of liability insurance affording coverage to Defendant Orleans Levee District with respect to the matters,

1

risks and things for which this defendant is liable herein, thereby affording plaintiffs the right to proceed against this defendant insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S. 22:655.

3.

Plaintiffs renew and reiterate all of the other allegations and prayers for relief, as alleged in *Plaintiffs' Original Complaint*, as though fully stated herein, and further avers that such allegations are made as to Defendants identified therein, and requests all other forms of relief allowed by law, including but not limited to a trial by jury.

Respectfully submitted,

**BROUSSARD & HART LLC**

By: _____/s/ William T. Jones, Jr._____
   **Randall Hart**
   Louisiana Bar No. 23119
   Admitted to Western District of Louisiana
   Admission to Eastern District of Louisiana Pending
   1301 Common Street
   Lake Charles, LA  70601
   Tel:  (337) 439-2450
   Fax:  (337) 439-3450

**GRADY, SCHNEIDER & NEWMAN, LLP**
   **Peter B. Schneider (TRIAL ATTORNEY)**
   Texas State Bar No.: 00791615
   Admitted to the East. Dist. of La. Pro Hac Vice
   **Keith Grady**
   Texas State Bar No. 00786853
   Admitted to the East. Dist. of La. Pro Hac Vice
   **William T. Jones, Jr.**
   Texas State Bar No. 24032601
   Admitted to the East. Dist. of La. Pro Hac Vice
   801 Congress, 4th Floor
   Houston, Texas 77002
   Tel:  (713) 228-2200
   Fax:  (713) 228-2210

## CERTIFICATE OF SERVICE

     The undersigned certifies that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic filing as required by the Federal Rules of Civil Procedure on this the 5th day of November, 2007.

                                                /s/ William T. Jones, Jr.
                                                **William T. Jones, Jr.**