UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION <br> NO. 05-4182 <br> SECTION "K" (2) |
| PERTAINS TO: <br> ALL MRGO, *ROBINSON* (06-2268) | JUDGE DUVAL <br> MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Motion for Leave to File Exhibits, Record Doc. No. 8820,

**IT IS ORDERED** that the motion is **GRANTED** and that the accompanying exhibits be and hereby are filed into the record as Exhibits 1, 2, 3, and 4 to the Motion to Quash the November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order (Rec. Doc. 8804).

New Orleans, Louisiana, this ___5th___ day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

898920v.1