UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  07-5023, 07-5040  JUDGE DUVAL
MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Motion for Leave to Intervene, Record Doc. No. 8735

O R D E R E D:

 XXX : CONTINUED.  Plaintiffs' liaison counsel has advised the court that the parties have agreed that this motion, which is currently noticed for hearing on November 14, 2007, should be heard on the same date as the Amended Motion for Leave to Intervene, Record Doc. No. 8789, filed by the same parties, which has been noticed for hearing on November 28, 2007.  Accordingly, the motion is continued and will be decided on my November 28, 2007 motion docket, together with the amended motion for leave to intervene, both WITHOUT oral argument.

New Orleans, Louisiana, this   5th   day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE