UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:   ALL MRGO,<br>                        Robinson, No. 06-2268 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER ON MOTIONS

APPEARANCES:  None (on the briefs)

MOTIONS:  (1)  Washington Group International, Inc. and Board of Commissioners' Motion for Expedited Hearing, Record Doc. No. 8818
(2)  Request for Oral Argument, Record Doc. No. 8819
(3)  Washington Group International, Inc. and Board of Commissioners' Motion to Quash November 1, 2007 Notices of Videotaped Deposition, or in the Alternative, for Entry of Protective Order, Record Doc. No. 8804

O R D E R E D:

 (1), (2) :  DISMISSED AS MOOT.  As set out below, counsel have advised that they have reached an agreement concerning the notices of depositions that are the subject of these motions. Accordingly, neither an expedited hearing nor oral argument are necessary, and these motions are moot.

 (3) :  GRANTED IN PART AND DENIED IN PART, pursuant to the agreement of counsel. William Treeby, counsel for movants; Joseph Bruno, counsel for the Plaintiffs' Liaison Committee; and Robin Smith, counsel for the United States, have jointly advised the court that all parties agree that the notices of deposition at issue should have been noticed only in the Robinson case, Civil Action No. 06-2268, and not in the overall MRGO category of cases. Accordingly, **IT IS ORDERED** that the motion is granted in part in that the notices of the depositions of Jessie L. Arnold and Arthur R. Theis are


modified to reflect that they apply in <u>Robinson</u>, C.A. No. 06-2268, only. In all other respects, the motion is denied.

New Orleans, Louisiana, this  5th  day of November, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE