UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION.: 05-4182 JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE    (06-8637) BSD CONSTRUCTION, INC.           Plaintiff VERSUS STONE INSURANCE, INC. and ZURICH AMERICAN INSURANCE COMPANY | * * * * * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MOTION FOR SUMMARY JUDGMENT</u>

**NOW INTO COURT**, through undersigned counsel, comes defendant, Stone Insurance, Inc. ("Stone"), who respectfully requests that this Court dismiss BSD's claims against Stone with

prejudice and at BSD's cost for the reasons set forth in the accompanying memorandum.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Lamar M. Richardson, and Jr., Richard E. King.

/s/ William H. Eckert
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
beckert@ungarino-eckert.com

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

**/s/ William H. Eckert**

**WILLIAM H. ECKERT (#18591) (T.A.)**
**Suite 1280, Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7556*
**Fax:** *(504) 836-7566*
**Email:  beckert@ungarino-eckert.com**