UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION.: 05-4182 |
| | | JUDGE DUVAL |
| | | MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE   (06-8637) | * * * | |
| BSD CONSTRUCTION, INC.<br>          Plaintiff | * * | |
| VERSUS | * * | |
| STONE INSURANCE, INC.<br>and<br>ZURICH AMERICAN<br>INSURANCE COMPANY | * * * * | |

*********************************************

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Stone Insurance, Inc.'s Motion for Summary Judgment

G:\DOCS\9000's\9800-9899\9842\msj.hns.doc

will be brought for hearing on November 7, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard before the Honorable Kurt Englehardt, United States Courthouse, 500 Camp Street, Courtroom C351, New Orleans, Louisiana 70130.