UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION.: 05-4182 <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |
| PERTAINS TO:<br>INSURANCE      (06-8637)<br><br>BSD CONSTRUCTION, INC.<br>              Plaintiff<br>VERSUS<br><br>STONE INSURANCE, INC.<br>and<br>ZURICH AMERICAN<br>INSURANCE COMPANY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

******************************************

### STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes defendant, Stone Insurance,

Inc., who submits the following statement of facts that are uncontested:

1) The builders risk policy in question (#BR50971770) was originally issued by Zurich American Insurance Company to Davis Development, LLC on July 25, 2001.[1]

2) The policy in question was delivered to the BSD on August 10, 2001.[2]

3) The policy in question was a continuously reporting policy and was in effect on the date of loss, August 29, 2005.[3]

4) The policy specifically excluded coverage for damages caused by flood.[4]

5) On May 13, 2002, Stone Insurance, Inc. sent a letter to BSD enclosing a checklist of BSD's insurance needs and asking BSD to return the checklist to them within two weeks.[5]

6) In June 2002, BSD called Stone and requested that the name on their policy be changed to BSD Construction, Inc.[6]

---

[1] See BSDs' Petition for Insurance Benefits and Damages With Jury Demand and Exhibit 1, copy of the Builder's Risk policy issued to Davis Development, LLC.
[2] See, Exhibit 2, letter dated August 10, 2001 to Davis Development, LLC from Stone.
[3] See, Exhibit 1.
[4] Id.
[5] See, Exhibit 3, letter dated May 13, 2002 to Davis Development, LLC from Stone.
[6] See, Exhibit 4, copy of phone message to Stone Insurance, Inc. from Colleen of BSD Construction, LLC.

7) The Petition for Declaratory Judgment and Damages was filed on August 24, 2006.[7]

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on September 26, 2007 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Lamar M. Richardson, and Jr., Richard E. King.<br><br>/s/ William H. Eckert<br>UNGARINO & ECKERT, LLC<br>3850 N. Causeway Blvd., Suite 1280<br>Metairie, LA 70002<br>Telephone: (504) 836-7537<br>Fax: (504) 836-7538<br>beckert@ungarino-eckert.com | **Respectfully submitted:**<br><br>**UNGARINO & ECKERT, LLC**<br><br>/s/ **William H. Eckert**<br>**WILLIAM H. ECKERT (#18591) (T.A.)**<br>**Suite 1280, Lakeway Two**<br>**3850 North Causeway Boulevard**<br>**Metairie, Louisiana  70002**<br>**Telephone:** *(504) 836-7556*<br>**Fax:**          (504) 836-7566<br>**Email:  beckert@ungarino-eckert.com** |

---

[7] See BSDs' Petition for Insurance Benefits and Damages With Jury Demand.